**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

_____

UNITED STATES OF AMERICA,        :

                  :    Criminal No. 4:CR–96-239

        Respondent,   :

                  :    Judge Muir

        v.          :

                  :    Electronically Filed

DAVID PAUL HAMMER,   :

                  :

        Petitioner.    :

                  :

_____ :

## ORDER

**AND NOW**, this _____day of November, 2004, the Government's *Motion* for

wholesale disclosure of Petitioner's trial counsel file is hereby denied.  Further, the

Government's *Motion* for disclosure of the file of Stephen Smith, Esq., is denied in

as much as his conduct is not at issue as articulated in Petitioner's claims of

ineffective assistance of counsel.

It is further ORDERED that the Government's *Motion* for disclosure of the file

of David Ruhnke, Esq., and Ronald Travis, Esq., to the extent that said *Motion* seeks

disclosure of documents related to Petitioner's claims of ineffective assistance of

counsel is hereby GRANTED as follows:

1.    Any records and documents relating to trial counsel's investigation and preparation of the competency proceedings prior to the entry of Petitioner's guilty plea;

2.    Records and documents relating to trial counsel's investigation and preparation prior to Petitioner's waiver of his direct appeal;

3.    Records and documents relating to trial counsel's investigation into the veracity of Petitioner's confession and the medical and physical evidence found at the scene and during the autopsy that supports or refutes Petitioner's statement.

By the Court

_____

Muir, J.
District Court Judge