## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

_____

UNITED STATES OF AMERICA,

         Respondent,

         v.

DAVID PAUL HAMMER,

         Petitioner.

_____

:
:
:    Criminal No. 4:CR–96-239
:
:    Judge Muir
:
:
:
:
:
:
:

## NOTICE OF FILING UNDER SEAL

AND NOW comes David Paul Hammer, by his counsel, and files the following document under seal: *Notice of Alternative Dates for the Transport of David Paul Hammer by the United States Marshal Service to the Hospital of the University of Pennsylvania, Neuropsychiatry Center for Purposes of Conducting a Magnetic Resonance Imaging (MRI), a Positron Emission Tomography (PET) Scan and Associated Testing*.

Respectfully submitted,


s/ Anne L. Saunders

ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)


 s/ Michael Wiseman

MICHAEL WISEMAN,  ESQUIRE
Supervising Assistant Federal Defender
Attorney ID#PA 75342
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Building
Independence Square West
Philadelphia, PA 19106

Date: November 8, 2004          (Michael_Wiseman@fd.org)

## <u>CERTIFICATE OF SERVICE</u>

I, Anne Saunders, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing *Hammer's Notice of Filing Under Seal* via Federal Express overnight and by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA.  17701-6465

Respectfully submitted,


s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)

Date:  November 8, 2004