**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

_____

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Respondent, | : Criminal No. 4:CR–96-239 |
| | : |
| v. | : Judge Muir |
| | : |
| DAVID PAUL HAMMER, | : |
| | : |
| Petitioner. | : |
| | : |

_____  :

**REPLY TO THE GOVERNMENT'S RESPONSE TO MR. HAMMER'S
MOTION TO DIRECT THE UNITED STATES MARSHALS TO
TRANSPORT HAMMER TO THE HOSPITAL OF THE UNIVERSITY OF
PENNSYLVANIA,  NEUROPSYCHIATRY CENTER FOR PURPOSES OF
CONDUCTING A MAGNETIC RESONANCE IMAGING (MRI), A
POSITRON EMISSION TOMOGRAPHY (PET) SCAN AND ASSOCIATED
TESTING; FOR AN EXTENSION OF TIME FOR PROVIDING ANY
SUPPLEMENTAL REPORT GENERATED AS A RESULT OF THE
TESTING CONDUCTED**

David Paul Hammer, by his counsel, pursuant to the Fifth, Sixth and Eighth

Amendments to the United States Constitution, respectfully submits this _Reply to the_

_Government's Opposition to Motion to Direct the United States Marshals to_

_Transport Hammer to the Hospital of the University of Pennsylvania,_

*Neuropsychiatry Center for Purposes of Conducting a Magnetic Resonance Imaging (MRI), a Positron Emission Tomography (PET) Scan and Associated Testing; for an Extension of Time for Providing Any Supplemental Report Generated as a Result of the Testing Conducted* and, in support thereof, states the following:

**Relevant Background**

On September 9, 2004, this Court set the evidentiary hearing on Mr. Hammer's Section 2255 Petition for January 10, 2005.  On October 26, 2004, Mr. Hammer filed his Motion to Direct the United States Marshals to Transport Hammer to the Hospital of the University of Pennsylvania, Neuropsychiatry Center for Purposes of Conducting a Magnetic Resonance Imaging (MRI), a Positron Emission Tomography (PET) Scan and Associated Testing; for an Extension of Time for Providing Any Supplemental Report Generated as a Result of the Testing Conducted.  On October 26, 2004, this Court directed expedited briefing.  On November 5, 2005, the Government filed its Opposition to Motion to Direct the United States Marshals to Transport Hammer to the Hospital of the University of Pennsylvania, Neuropsychiatry Center for Purposes of Conducting a Magnetic Resonance Imaging (MRI), a Positron Emission Tomography (PET) Scan and Associated Testing; for an Extension of Time for Providing Any Supplemental Report Generated as a Result of the Testing Conducted (*"Opposition"*).  Mr. Hammer files this reply to that *Opposition*.

**Discussion**

The Government concedes that the evaluation requested is relevant to claims raised in the *Petition*. Essentially, the Government opposes the transport on two bases: the security concerns and the Government's claim that it has not been demonstrated that the closest facility with the proper equipment, trained staff and certifications is in Philadelphia.

Although Mr. Hammer believes Dr. Gur's affidavit makes the point clear that the number of facilities are limited, counsel has attached hereto a supplemental affidavit that further clarifies that there are only two facilities in Pennsylvania with the proper equipment, the proper protocols for that equipment, the proper certifications and the properly trained staff to assist in administering the testing. One of those facilities is in Pittsburgh (where the testing was conducted by Dr. Gur in Commonwealth v. Ockenhouse) and the other was the previously described facility in Philadelphia. Counsel suggested Philadelphia because it is closer than Pittsburgh.

As for the concerns for security, counsel notes that Mr. Hammer was transported to a hospital facility while committed to the Springfield, Missouri institution for a clinical MRI (not the testing proposed by Dr. Gur). As in this request, Mr. Hammer was in plastic restraints during the testing procedure. He was transported to the hospital and back to the institution by prison officials without incident.

As for Mr. Martin's concerns that the proposed date was in the previous motion, counsel has this date filed, under seal, alternative dates for the transport in which the facility in Philadelphia is available. Counsel has served only Mr. Martin with these dates and, as officers of the court, counsel aver that no notice - written or otherwise - will be provided to Mr. Hammer.

WHEREFORE, for the reasons set forth above, as well as those in Mr. Hammer's *Motion to Direct the United States Marshals to Transport Hammer to the Hospital of the University of Pennsylvania, Neuropsychiatry Center for Purposes of Conducting a Magnetic Resonance Imaging (MRI), a Positron Emission Tomography (PET) Scan and Associated Testing; for an Extension of Time for Providing Any Supplemental Report Generated as a Result of the Testing Conducted*, Mr. Hammer respectfully requests that this Court grant his motion to transport him to the facility for testing by Dr. Gur and his request for an extension of time to provide any supplemental report as a result of that testing.

Respectfully submitted,

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)

s/ Michael Wiseman

MICHAEL WISEMAN, ESQUIRE

Supervising Assistant Federal Defender

Attorney ID#PA 75342

Defender Association of Philadelphia

Federal Court Division-Capital Habeas Unit

Suite 545 West – The Curtis Building

Independence Square West

Philadelphia, PA 19106

(Michael_Wiseman@fd.org)

Dated: November 8, 2004

## **CERTIFICATE OF SERVICE**

I, Anne Saunders, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing *Reply to the Government's Opposition to Motion to Direct the United States Marshals to Transport Hammer to the Hospital of the University of Pennsylvania, Neuropsychiatry Center for Purposes of Conducting a Magnetic Resonance Imaging (MRI), a Positron Emission Tomography (PET) Scan and Associated Testing; for an Extension of Time for Providing Any Supplemental Report Generated as a Result of the Testing Conducted* via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA.  17701-6465

Michael R. Regan
United States Marshal
Federal Building, 10th Floor
228 Walnut Street
PO Box 11686
Harrisburg, PA   17108

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

Joseph Smith, Warden
Lewisburg USP
2400 Robert F. Miller Drive
Lewisburg, PA.  17837

Lori Cunningham, Esquire
Lewisburg USP
2400 Robert F. Miller Drive
Lewisburg, PA.  17837

Date:  November 8, 2004                Respectfully submitted,

                                       s/ Anne L. Saunders
                                       ANNE L. SAUNDERS, ESQUIRE
                                       Asst. Federal Public Defender
                                       Attorney ID #PA 48458
                                       100 Chestnut Street, Suite 306
                                       Harrisburg, PA 17101
                                       Tel. No. (717) 782-3843
                                       Fax No. (717) 782-3966
                                       (Anne_Saunders@fd.org)
                                       Attorney for David Paul Hammer