**VITA**

Donald N. Bersoff

Date of Birth:
March 1, 1939

Home Address:
780 College Avenue
Haverford, PA 19041

## Education

| | | |
|---|---|---|
| Juris Doctor | June 1976 | Yale University Law School |
| Doctor of Philosophy | February 1965 | New York University: School Psychology |
| Master of Arts | February 1960 | New York University: Educational Psychology |
| Bachelor of Science | June 1958 | New York University: English Education |

## Employment

August 2001 to Present

Professor Emeritus, Villanova University School of Law
E-mail: bersoffd@law.villanova.edu
FAX: 610/658-0844

Adjunct Professor, Department of Psychology, Drexel University, Mail Stop 626, Broad and Vine Streets, Philadelphia, PA 19101; 215/762-8464

Psycholegal Consultation Services
Haverford, PA 19041; 610/649-8448
E-mail: DBersoff@aol.com

January 1990 to August 2001

Full Professor (tenured), Villanova University School of Law, Villanova, Pennsylvania 19085

Full Professor (tenured), Department of Clinical & Health Psychology, MCP Hahnemann University (now merged with Drexel University)

Responsibilities: Director, J.D.-Ph.D. Program in Law and Psychology (Joint program at Villanova and MCP HU); Faculty member in APA-accredited clinical psychology program; Teach courses in mental health law, application of social science to law, criminal law, ethics and professional issues in psychology; Supervise and conduct research

| | |
|---|---|
| July 1988 to January 1990 | Partner, Law Firm of Jenner & Block, Washington, D.C. |
| October 1981 to July 1988 | Partner, Law Firm of Ennis Friedman & Bersoff, Washington, D.C. |
| July 1982 to June 1986 | Adjunct Full Professor of Law, University of Maryland School of Law, Baltimore, Maryland |
| | Adjunct Full Professor, Department of Psychology, The Johns Hopkins University, Baltimore, Maryland |
| | Responsibilities: Coordinator, Law and Psychology (J.D.-Ph.D.) Program (from September 1978) (funded by NIMH, 1981-1986); Teach Seminar in Law & Psychology; Advanced Seminar in Law & Psychology |
| June 1976 to July 1982 | Associate Professor of Law, University of Maryland School of Law, Baltimore, Maryland (Tenured as of July 1979) (Assistant Professor, 1976-1979) |
| | Professor, Department of Psychology (joint appointment), The Johns Hopkins University, Baltimore, Maryland |
| | Responsibilities: Coordinator, Law & Psychology Program; Teach courses in Criminal Law, Civil Rights of the Handicapped, Law and Psychology; Supervising attorney, General Practice Clinic; Consultant, Developmental Disabilities Law Project |
| December 1979 to September 1981 | General Counsel, American Psychological Association (Legal services to APA subsequently provided through Ennis Friedman & Bersoff and then Jenner & Block) |
| August 1976 to February 1978 | Special Consultant, National Commission for the Protection of Human Subjects in Biomedical and Behavioral Research |
| September 1973 to June 1976 | Full-time Candidate for J.D. degree, University of Virginia (1973-74) and Yale University (1974-76) |
| | Activities: Board of Editors, Yale Law Journal; Member and Executive Board Member, Yale Legal Services Organization (Mental Hospital Legal Services Project) |

Summer Employment: 1974 - Children's Defense Fund, Cambridge, Massachusetts; 1975 - Civil Rights Division, Office of General Counsel, DHEW, Washington, D.C.

July 1971 to August 1973

Associate Professor, University of Georgia, Department of Educational Psychology, College of Education, Athens, Georgia

Responsibilities: Program development in School Psychology (masters through doctoral level training); Teach courses in behavoral approaches to instruction and classroom management, assessment of intelligence and personality, professional courses in school psychology; Research; Advise masters and doctoral candidates; Member, Graduate Faculty

October 1969 to June 1971

Assistant Professor, the Ohio State University, joint appointment, Faculty for Exceptional Children (College of Education) and Department of Psychology (College of Social and Behavioral Sciences). Columbus, Ohio

Responsibilities: Teach courses in psychological assessment, principles of treating problem children, and behavior modification; Supervise field experience for school psychology interns; Advise graduate students; Research; Member, Graduate Faculty (Level II)

June 1968 to August 1969

Associate Professor, Department of Psychology and Director of Psychological Services, Mansfield State College, Mansfield, Pennsylvania

Responsibilities: Provide psychotherapeutic services to students and consultation to faculty and administration concerning student problems; Teach courses (graduate and under-graduate) within Department of Psychology; Develop a two-year certification program in School Psychology

May 1965 to May 1968

Clinical Psychologist (Captain) USAF, Wilford Hall USAF Hospital, Lackland AFB, Texas, and USAF Hospital, Clark AFB, Philippines

Responsibilities: Provide inpatient and outpatient psychological services to military

3

|  |  |
|---|---|
|  | personnel and their families; consultation with DOD Overseas School |
| June 1967 to May 1968 | Staff Psychologist (part-time), Bexar County Community Guidance Center, San Antonio, Texas |
| September 1963 to May 1965 | Director of Community Education and Staff Psychologist, Staten Island Mental Health Society (an interdisciplinary child psychiatric clinic and community mental health center affiliated with St. Vincent's Hospital adult outpatient psychiatric clinic), Staten Island, NY |
| September 1962 to September 1963 | Psychology Intern, Staten Island Mental Health Society (NIMH Stipend) |
| September 1962 to May 1965 | Instructor (part-time), New York University, Department of Educational Psychology and Department of Educational Statistics |

## Other Related Pertinent Experience

|  |  |
|---|---|
| 1990-1991 | Consultant, Saville & Holdsworth Ltd (series of presentations in 8 U.S. cities on employment testing under the 1988-1989 Supreme Court opinions and proposed civil rights legislation) |
| 1979-1982 | Member, National Academy of Sciences Panel on Selection and Placement of Students in Programs for the Mentally Retarded (resulted in Panel Report, <u>Placing Children in Special Education: A Strategy for Equity</u>, published by NAS in 1982) |
| 1981 to present | Adjunct Faculty, School of Psychology, Florida Institute of Technology<br><br>Responsibilities: Teach invited seminar on Forensic Issues in Psychology |
| June 1981 | Adjunct Faculty, Western Michigan University<br><br>Responsibilities: Teach invited seminar on Legal Rights of Handicapped Children |
| September 1980 to 1983 | Member, Maryland Universities Inter-professional Ethics Study Group |

4

| | |
|---|---|
| July 1980 | Lecturer, Michigan State University |
| | Responsibilities:  Teach invited week-long seminar on Law and Psychoeducational Services |
| June 1978 to December 1979 | Member, Human Volunteers Research Committee, University of Maryland at Baltimore |
| | Member, Committee for Protection of Human Subjects, John F. Kennedy Institute for Handicapped Children, Baltimore, Maryland |
| September 1979 to June 1981 | Member, Board of Directors, Maryland Advisory Unit for the Developmentally Disabled (Appointed by the Governor) |
| September 1977 to October 1982 | Trainer, Impartial Hearing Officers (under Pub. L. 94-142) for States of Delaware, Maryland, Michigan and Education Service Center Region IV, Texas |
| September 1977 to June 1981 | Member, Board of Trustees, Hamilton House (half-way house for mentally ill offenders, Baltimore, Maryland) |
| July 1977 to 1982 | Member, ACLU Legal Panel (providing legal representation to a variety of clients in civil and criminal matters) |
| November 1974 to May 1976 | Government Intern, State of Connecticut (consultant to State Special Education Advisory Council) |
| July 1975 | Adjunct Professor, E. Montana State University and University of Montana |
| | Responsibilities:  Teach course in psycho-situational assessment and intervention (with M. Hennen, Ph.D.) |
| September 1961 to September 1963 | Teaching Assistant, New York University, Department of Educational Psychology |
| February 1960 to August 1962 | Instructor, Reading Institute, New York University |
| | Responsibilities: Teach children with reading disability in self-contained classrooms |

**Bar Memberships and Psychological Certifications, etc.**

Member of Bar, Commonwealth of Pennsylvania (since October 1990)
Member of Bar, District of Columbia (since November 1984)
Member of Bar, State of Maryland (since December 1976)
Member of Bar, Supreme Court of the United States (since February 1980)
Member of Bar, United States Court of Appeals, District of Columbia Circuit (since February 1982)
Member of Bar, Third Circuit Court of Appeals (since June 1984)
Member of Bar, Fifth Circuit Court of Appeals (since December 1983)
Member of Bar, Fourth Circuit Court of Appeals (since May 1979)
Member of Bar, Eleventh Circuit Court of Appeals (since August 1984)
Member of Bar, Federal District Court of Eastern District of Pennsylvania (since October 1991)
Member of Bar, Federal District Court of District of Columbia (since June 1986)
Member of Bar, Federal District Court of Maryland (since January 1977)
Member of Bar, Supreme Bench of Baltimore City (since January 1977)
Diplomate, American Board of Professional Psychology (ABPP), School Psychology (since 1974)
Permanent Certification, School Psychologist, New York State

**Honors**

Recipient, Lifetime Contribution Award, American Psychology-Law Society (2002)
Recipient, Presidential Citation, American Psychological Association, for distinguished service to APA and for contributions to law and psychology (2000)
Recipient, Ethics Educator of the Year Award, Pennsylvania Psychological Association (2000)
Recipient, Distinguished Contributions to Psychology as a Science and Profession, Pennsylvania Psychological Association (1997)
Recipient, Arthur Furst Ethics Award, Pacific Graduate School of Psychology (1997)
Invited Participant, APA Assembly for the 21st Century, Washington, DC (1994)
Listed in Who's Who in America (1982-present)
Distinguished Alumni Achievement Award, NYU School of Education Health, Nursing, and Arts Professions (1981)
Outstanding Summer Legal Intern, DHEW (1975)
Brian E. Tomlinson Memorial Award, Outstanding Achievement in Psychology, New York University (1974) - Acceptance speech entitled "The Rights of Students and Parents: Legal and Ethical Considerations for School Practitioners"
Distinguished Teacher Award Nominee, Ohio State University (1971)

Founders Day Award, Outstanding Scholar, New York University (1965)

New York State Regents College Teaching Fellowship (1958-59)

Distinguished Military Graduate, New York University (1958)

Charles Hayden Memorial Scholarship, New York University (1954)

## Governance Responsibilities - National Organizations

Chair, Blue Ribbon Panel, American Psychological Association (1999-2000)

Co-Convener, Children, Divorce, and Custody: Lawyers and Psychologists Working Together, Conference cosponsored by the American Bar Association and American Psychological Association (April 1997).

Member and Chair, Policy and Planning Board, American Psychological Association (1997-1999); Chair-Elect (1998); Chair (1999)

Program Chair, 1999 Convention, American Psychological Association, Division 1 (General Psychology) (1998-1999)

Member, American Psychological Association Board of Directors Ad Hoc Committee on Ethics Procedures (1997)

Member, Board of Directors, American Psychological Association (1994-1997)

Commission Member, Third Circuit Task Force for Equal Treatment in the Courts, Commission on Race & Ethnicity (1995-1997)

Chair, Steering Committee, APA National Invitational Conference on Education and Training in Law & Psychology (1994-1995)

Member, Council of Representatives (Division 41), American Psychological Association (1991-1994; 1999-2001)

Invited Participant, APA National Conference on Postdoctoral Education & Training in Psychology, Norman, OK (Jan. 1994)

Chair, Mental Disabilities Law Section, Association of American Law Schools (1994); Member, Executive Committee (1992-1994)

Member, American Psychological Association Special Board of Directors Task Force on Sexual Impropriety in Psychology (1990-1993)

Member, American Psychological Society Ethics Committee (1990-1992)

Member, American Bar Association Commission on Mentally Disabled (1985-1990)

President, American Psychology-Law Society (1980-1981); Past President and Member of Executive Board (1981-1984)

Treasurer and Member of Executive Board, American Psychology-Law Society (1977-1980)

Member of Executive Board, American Psychology-Law Society (1991-1994)

Member, American Psychological Association (APA) Committee on Psychological Tests and Assessment (1979) (resigned to accept General Counsel's position)

Member, APA Council of Representatives (Division 16) (1978-1979)

Member, Board of Advisors and Executive Committee, National

Center for the Study of Corporal Punishment (1976-present)
Member, Executive Council, Division 16, APA (1978-1980)
Member, APA Task Force on Psychology and Legal Action (1977)
Chair, Law and Ethics Committee, Division 16, APA (1972-1977)


**Memberships**

Fellow, American Psychological Association (Divisions 1, 16, 37, 41, 52)
Fellow, American Psychology-Law Society
Member, American Bar Association (Section memberships in Family Law; Individual Rights & Responsibilities; Science & Technology; Legal Education & Admissions to Bar)
Fellow, Pennsylvania Psychological Association
Past memberships include: American Psychological Society (Fellow); National Health Lawyers Association; Board of Trustees, Ohio Psychological Association; Executive Board, Georgia Association of School Psychologists; Georgia Psychological Association; Central Ohio Psychological Association; International Society for the Study of Symbols; International Council of Psychologists; Chair, Georgia Council of University Trainers of School Psychologists; Chair, Ohio Inter-University Council of School Psychology Trainers


**Research-Related Consultation and Participation**

Fordham University Center for Ethics Education, Advisory Board Member: Assessment and Enhancement of Research Consent Capacity for Adults with Mental Retardation (2001 to present)
American Association for the Advancement of Science Workshop on Ethical and Legal Aspects of Human Subjects in Cyberpace (1999)
Villanova Law School Summer Research Grant (1991 to 2000)
National Symposium on Justice and Mental Health Systems Interactions (1990)
National Academy of Sciences, Committee on Child Development Research and Public Policy, Panel on Selection and Placement of Students in Programs for the Mentally Retarded (September 1980-January 1982)
Society for Research in Child Development Study Group on Developmental Factors in Competence to Consent (one of 13 recipients of SRCD Grants to investigate children's competency in the legal and psychological context) (April 1980-1982)
National Center for Administrative Justice (advisory board to group studying implementation of due process in the public schools)
Applied Management Sciences (advisory board to group studying misclassification of handicapped children)
Community Mental Health Law Project (advisory board to group studying community-based alternatives to incarceration and commitment)

Bureau of Education of the Handicapped (DHEW) (now Office of Special Education and Rehabilitation Services, Department of Education) (grants reviewer and panelist)

**Selected Consultantships**

Community Behavioral Health, Philadelphia
Florida Mental Health Institute (Univ. of South Florida), Tampa
Family Institute, Philadelphia
Kirby Forensic Institute, New York
Department of Justice, Delaware
Department of Professional Regulation, Pennsylvania
Devereux Foundation
Saville & Holdsworth Ltd, Boston & United Kingdom
National Center for State Courts
Bureau of Education of the Handicapped, DHEW
Illinois State Department of Correction
Michigan Department of Education
Connecticut Department of Education
Maryland Department of Education
Tennessee Protection and Advocacy System
Georgia Department of Education
Ohio Division of Special Education
Montgomery County Public Schools, Maryland
Montgomery, Delaware & Chester Counties Public Schools (PA)
Detroit Public Schools
Fairfax County, Va. Public Schools
Dade County, Florida Board of Education
Educational Resource Center, Houston, Texas
Educational Resource Center, Richardson, Texas
Educational Resource Center, San Angelo, Texas
Great Falls, Montana Public Schools
Teacher Corps; Athens, Georgia
Ninth District Educational Services Center; Cleveland, Georgia
Tioga, Bradford and Allegheny Counties Public Schools, Pennsylvania
Nashville (Metro Area) School Psychologists
Urban Resources; Columbus, Ohio

**Publications**

    A.   Books

    (2003). <u>Ethical conflicts in psychology.</u> Washington, DC: American Psychological Association (3d Ed.)

    (2001). <u>2000 Supplement to Ziskin's Coping with Psychiatric and Psychological Testimony</u> (5th Ed.). (Senior editor with S. Anderer, L. Dodds, & D. Glass).

(1999).   <u>Ethical conflicts in psychology.</u>   Washington, DC: American Psychological Association (2d Ed.)

(1999).   <u>Law and mental health professionals: Pennsylvania</u>. Washington, DC:   American Psychological Association).   (Senior author with R. Field, S. Anderer, & T. Zaplac).

(1995).   <u>Ethical conflicts in psychology.</u>   Washington, DC: American Psychological Association.

(1976).   <u>Learning to teach:   A decision-making system</u>. Lexington, Mass.:   D.C. Heath.   (co-author with M. Tillman   J. Dolly).

B.    Chapters in Books

(2000).   Confidentiality.  In A. Kazdin (Ed.), <u>Encyclopedia of Psychology</u>.  Washington, DC:   American Psychological Association.

(2000).    Case Law.   In A. Kazdin (Ed.), <u>Encyclopedia of Psychology</u>.  Washington, DC:   American Psychological Association.

(2000).   Ethical issues in the collection of self-report data. In A. Stone, J. Turkkan, C. Bachrach, V. Cain, J. Jobe, H. Kurtzman (Eds.), <u>The science of self-report:  Implications for research and practice</u>.  Mahwah, NJ:   Erlbaum. (co-author with David Bersoff).

(2000).    Law and school psychology.   In C. Reynolds & T. Gutkin (Eds.), <u>Handbook of school psychology</u> (3rd ed.) pp. 1077-1112.  New York:   Wiley (co-author with D. Reschly).

(in press).  Depositions and the forensic psychologist.  In S. Bucky (Ed.), <u>The comprehensive textbook of ethics and law in the practice of psychology</u>. New York:  Plenum (also serve on Editorial Board for text with Bruce Bennett, Joanne Callan, and George Stricker).

(1999).   Preparing for two cultures:  Education and training in psychology and law.  In R. Roesch, S. Hart, & J. Ogloff (Eds.), <u>Psychology and law:  State of the discipline</u> (pp. 375-401).  New York:  Plenum.

(1999).   Ethical perspectives in clinical research.  In P. Kendall, J. N. Butcher & G. N. Holmbeck (Eds.), <u>Fundamentals of clinical research</u> pp. 31-53.  (co-author with David Bersoff).

(1991).   Legal issues in computerized psychological testing. In T. Gutkin & S. Wise (Eds.), <u>The computer and the decision-making process</u>.  (pp. 225-243).  Hillsdale, NJ:   L. Erlbaum.   (Senior author with P. Hofer).

(1990).  The legal regulation of school psychology.  In C. Reynolds and T. Gutkin (Eds.), <u>Handbook of school psychology</u> (2d ed).  (pp. 939-963).  New York:  Wiley.  (Senior author with P. Hofer).

(1989).  Legal considerations in quality assurance.  In G. Stricker and A. Rodriguez (Eds.), <u>Quality assurance in mental health</u>.  (pp. 311-329).  New York:  Plenum.  (Senior author with K. Kinports).

(1984).  Social and legal influences on test development and usage.  In B. Plake (Ed.), <u>Social and technical issues in testing</u>.  Hillsdale, NJ:  L. Erlbaum.

(1984).  Psychological assessment in the schools.  In N. Repucci, L. Weithorn, E. Mulvey and J. Monahan (Eds.), <u>Children, mental health and the law</u>.  Beverly Hills:  Sage Publications.

(1983).  Children as participants in psychoeducational assessment.  In G. Melton, G. Koocher, and M. Saks (Eds.), <u>Children's competence to consent</u>.  (pp. 149-177).  New York:  Plenum.

(1982).  Regarding psychologists testily:  The legal regulation of psychological assessment.  In J. Schierer & B. Hammonds (Eds.), Master Lecture Series (Vol. II) <u>Psychology and the law</u>:  Washington, D.C.:  APA.

(1982).  Children as research subjects:  Problems of competency and consent.  In J. Henning (Ed.), <u>Rights of children: Legal and psychological perspectives</u>.  Springfield, Ill.:  Charles C. Thomas.

(1982).  <u>Larry P</u>. and <u>PASE</u>:  Judicial report cards on the validity of individual intelligence tests.  In T. Kratochwill (Ed.), <u>Advances in School Psychology</u>, (Vol. II).  Hillsdale, N.J.:  Lawrence Erlbaum Assoc.

(1982).  The legal regulation of school psychology.  In C. Reynolds and T. Gutkin (Eds.), <u>Handbook for school psychology</u>.  (pp. 1043-1074).  New York:  Wiley.

(1980).  Equal educational opportunity.  In R. Burgdorf (Ed.), <u>The legal rights of handicapped persons:  Cases, materials, and text</u>.  (pp. 53-315).  Baltimore, Md.:  Paul H. Brookes.  (Co-author with R. Burgdorf).

(1980).  A practical guide to privileged communication for psychologists.  In G. Cooke (Ed.), <u>The role of the forensic psychologist</u>.  Springfield, Ill.:  Charles C. Thomas.  (Senior author with M. Jain).

11

(1980). Confidentiality and the Family Rights to Privacy Act. In NASW (Eds.), School social work and the law. Washington, D.C.: NASW.

(1979). Ethical and legal issues in behavioral assessment. In D. Sabatino and T. Miller (Eds.), Describing learner characteristics for special education instruction. New York: Grune & Stratton. (Senior author with T. Miller).

(1978). Reciprocity and coercion in psychotherapy. In C. T. Fischer S. Brodsky (Eds.), The Prometheus principle: Informed participation by clients in human services. New Brunswick: Transaction.

(1978). Procedural safeguards under Pub. L. 94-142. In Bureau of Education for the Handicapped, DHEW (Ed.), Due Process: Developing criteria for the evaluation of due process procedural safeguards provisions. Washington, D.C.: DHEW.

(1978). Legal and ethical concerns in research. In L. Goldman (Ed.), Research for the counselor. (pp. 363-397). New York: Wiley.

(1976). Positive Reinforcement Observation Schedule (PROS): Development and Applications. In E. Mash & L. Terdal (Eds.), Behavior therapy assessment: Diagnosis, design and evaluation. N.Y.: Springer. (Senior author with D. Moyer). A description of the PROS appears in Johnson, O.G. & Bommarito, J.W. (Eds.), Tests and measurements in child development: A handbook (revised edition) 1976.

C. Articles in Peer-Reviewed Journals

(2002). Some contrarian concerns about law, psychology, and public policy. Law and Human Behavior, 26, 565-574.

(2001). Bruce J. Ennis: A remembrance. Law and Human Behavior, 25, 663-665.

(1997). Training in law and psychology: Models from the Villanova Conference. American Psychologist, 52, 1301-1310. (Senior author with J. Goodman-Delahunty, T. Grisso, V. Hans, N. Poythress, & R. Roesch).

(1996). How many procedural safeguards does it take to get a psychiatrist to leave the lightbulb unchanged? A due process analysis of the MacArthur Treatment Competency Study. Psychology, Public Policy, and the Law, 2, 45-72. (Co-author with T. Kirk).

(1996). Process and procedures for dealing with misconduct: A necessity or a nightmare? Journal of Dental Research, 75, 836-840.

12

(1996).    The virtue of principle ethics.    The Counseling Psychologist, 24, 86-91.

(1996).    Education and training in psychology and law/criminal justice:  Historical foundations, present structures, and future developments.  Criminal Justice and Behavior, 23, 200-235.

(1995).    The not-so Weisman:  The Supreme Court's continuing misuse of social science research.  University of Chicago Law School Roundtable, 2, 279-302. (Senior author with D. Glass) (2 U.Chi. L. Sch. Roundtable 279 (1995)).

(1994).    Explicit ambiguity:  The 1992 ethics code as an oxymoron.  Professional Psychology:  Research and Practice, 25, 382-387.

(1994).    Legal issues in the assessment and treatment of individuals with dual diagnoses. Journal of Consulting & Clinical Psychology, 62, 55-62.  (Senior author with D. Glass & N. Blain).

(1993).    The relation between ethical codes and moral principles.  Ethics & Behavior, 3, 345-357.  (Senior author with P. Koeppl).

(1993).    What constitutes a scientific review?  A majority retort to Barrett and Morris.  Law and Human Behavior, 17, 217-233. (Second author with S. Fiske, E. Borgida, K. Deaux, & M. Heilman). Reprinted in M. R. Walsh (Ed.), Women, men, and gender. New Haven: Yale Univ. Press.

(1993).    Accuracy and objectivity on behalf of the APA. American Psychologist, 48, 55-56.  (Second author with S. Fiske, E. Borgida, K. Deaux, & M. Heilman).

(1992).    Judicial deference to nonlegal decisionmakers: Imposing simplistic solutions on problems of cognitive complexity in mental disability law.  Southern Methodist Law Review, 46, 327-370 (46 SMU L. Rev. 327 (1992)).

(1992).    Autonomy for vulnerable populations:  The Supreme Court's reckless disregard for social science and self-determination.  Villanova Law Review, 37, 1569-1605 (37 Vill. L. Rev. 1569 (1992)).

(1992).    Is to share pro bono? Ethics & Behavior, 2, 312-315.

(1991).    Social science research on trial:  The use of sex stereotyping research in Price Waterhouse v. Hopkins.  American Psychologist, 46, 1049-1060.  (Second author with S. Fiske, E. Borgida, K. Deaux, & M. Heilman).

13

(1991).  Respectful silence.  Ethics & Behavior, 1, 278-291.

(1991).  APA amicus curiae briefs:  Furthering lesbian and gay male civil rights.  American Psychologist, 46, 950-956.  (Senior author with David W. Ogden).

(1988).  Should subjective employment devices be scrutinized?  Its elementary my dear Ms. Watson.  American Psychologist, 43, 1016-1018.

(1987).  Social science data and the Supreme Court:  Lockhart as a case in point.  American Psychologist, 42, 52-57.

(1986).  Psychologists and the judicial system:  Broader perspectives.  Law and Human Behavior, 10, 151-165.

(1983).  Hospital privileges and the antitrust laws.  American Psychologist, 38, 1238-1242.

(1981).  From courthouse to schoolhouse:  Using the legal system to secure the right to an appropriate education.  American Journal of Orthopsychiatry, 52, 506-517.

(1981).  Testing and the law.  American Psychologist, 36, 1047-1056.

(1979).  Regarding psychologists testily:  Legal constraints on psychological assessment in the public schools.  Maryland Law Review, 39, 27-120.  (39 Md. L. Rev. 27 (1979)).

(1979).  Handicapped persons as research subjects.  Amicus, 4, 133-140.

(1979).  Legal implications of public education of the handicapped.  Journal of Research and Development in Education, 12, 274-291 (Senior author with E. Veltman).

(1978).  Applied psychology and judicial decision making:  Corporal punishment as a case in point.  Professional Psychology, 9, 400-411 (senior author with D. Prasse) (Special issue on Law and Applied Psychology).

(1978).  Parental consent for psychological evaluations:  Legal, ethical and practical considerations.  Journal of School Psychology, 16, 274-281 (Co-author with W. Pryzwansky).

(1977).  Special education for preschoolers:  Impact of the Education for All Handicapped Children Act of 1975.  Journal of School Psychology, 15, 190-191.

(1976).  Representation for children in custody proceedings: All that glitters is not Gault.  Journal of Family Law, 15, 27-49 (15 J. Fam. Law 27 (1976-1977)).

(1976).  An integrated approach to the psychosituational assessment of behavior.  Professional Psychology, 7, 485-495.  (Co-author with C. Ellett).

(1976).  Therapists as protectors and policemen:  New roles as a result of Tarasoff?  Professional Psychology, 7, 267-273.

(Spring, 1976).  Child advocacy:  The next step.  Educational Quarterly.  (Spring), 7, 10-17.  Reprinted in Dushkin Publishing Co. (Ed.), Readings in education, Guilford, CT.:    Dushkin Publishing Co., 1977.

(1975).  Professional ethics and legal responsibilities:  On the horns of a dilemma.  Journal of School Psychology, 13, 359-376.

(1974).  Reinforcement practices of black and white teachers in integrated classrooms.  Journal of Educational Psychology, 66, 473-480.  (Co-author with R. Byalick).

(1973).    Silk purses into sow's ears:   The decline of psychological testing and a suggestion for its redemption.  American Psychologist, 28, 892-899.  Reprinted in School Psychology Digest, 1973, 2, 18-23.

(1973).  The ethical practice of school psychology:  Rebuttal and suggested model.  Professional Psychology, 4, 305-312.  Reprinted in School Psychology Digest, 1974, 3, 16-21.

(1972).  A precise and valid measure of behavior and behavior change in the classroom.  Journal of School Psychology, 10, 361-366.  (Senior author with C. Ericson).

(1972).  Effectiveness of special class placement for children labeled "neurologically handicapped."  Journal of School Psychology, 10, 157-164.  (Senior author with M. Kabler, E. Fiscus, R. Ankney).

(1972).  Physically handicapped students in school psychology programs.  Journal of School Psychology, 10, 217-220.

(1972).    Protecting whom?   A rebuttal.   Professional Psychology, 3, 301-302.

(1971).  "Current functioning" myth:  An overlooked fallacy in psychological assessment.  Journal of Consulting and Clinical Psychology, 37, 391-393.

(1971). School psychology as "institutional psychiatry." Professional Psychology, 1971, 2, 266-270. Reprinted in A. Davids (Ed.), Issues in abnormal child psychology, Belmont, Calif.: Brooks/Cole, 1973. Also reprinted in School Psychology Digest, 1974, 3, 16-21.

(1971). An interview model for the psychosituational assessment of children's behavior. American Journal of Orthopsychiatry, 41, 483-493. (Senior author with R. Grieger). Reprinted in Rational Living, 1972, 7, 14-22.

(1971). School psychology and special education: A suggestion for change. Journal of School Psychology, 9, 58-60.

(1970). Rorschach correlates of traumatic neurosis of war. Journal of Projective Techniques and Personality Assessment, 26, 71-73.

(1970). The revised deterioration formula for the Wechsler Adult Intelligence Scale: A test of validity. Journal of Clinical Psychology, 26, 71-73.

D. Papers Presented at Major Scientific and Professional Meetings

(2003, November). The differing conceptions of culpability in law and psychology. Keynote address presented at the Widener University School of Law Symposium on Culpability and the Death Penalty--The Intersection of Law and Psychology, Wilmington, DE.

(2002, March). Some contrarian concerns about law, psychology, and public policy. Invited paper presented at the meeting of the American Psychology-Law Society, Austin, TX.

(2001, August). Ethics of evaluating people with mental retardation in the criminal justice system. In C. Fisher (Chair), Ethical and legal issues for mental retardation research and practice. Symposium conducted at the meeting of the American Psychological Association, San Francisco.

(2001, August). Discussant (Ethical, legal, and practical implications of Internet assessment). In L. Frumkin (Chair), Internet-based assessment: State of the art in testing. Symposium conducted at the meeting of the American Psychological Association, San Francisco.

(2000, October). Forensic evidence in the Clutter murder case. Moderator of all-day session presented at the National Conference on Science and the Law sponsored by the NIJ, USDOJ, ABA, American Academy of Forensic Sciences, National Center for State Courts in collaboration with the National Academy of Sciences and the Federal Judicial Center, San Diego, CA.

(2000, September).  The ethics of expert evidence.  Invited comments presented at the Scientific Evidence Workshop sponsored by the Science, Technology, and Law Program of the National Academies of Science, Washington, DC.

(2000, August).  Chair.  Presidential miniconvention on psychology and law--Law, psychology and disability in the workplace.  Invited symposium presented at the annual meeting of the American Psychological Association, Washington, D.C.

(2000, August).  Co-Chair.  Forum on the future--P&P's five-year report and recommendations.  Symposium presented at the annual meeting of the American Psychological Association, Washington, D.C.

(2000, March).  Admissibility of social science and forensic psychological evidence: A post-<u>Daubert</u> update.  Paper presented at the biennial meeting of the American Psychology-Law Society, New Orleans (senior author with L. Peters and E. Nabors).

(2000, March).  Chair, <u>Impact of </u>Daubert.  Symposium presented at the biennial meeting of the American Psychology-Law Society, New Orleans.

(1999, October).  Resolving competing ethical demands between the professions.  In C. Clark (Chair), <u>Ethics for psychologist-lawyer interactions.</u>  Symposium presented at a joint conference of the American Bar Association Criminal Justice Section & the American Psychological Association on Psychological Expertise and Criminal Justice, Washington, DC.

(1999, August).  Ethical knowledge: An essential component of competent forensic practice.  In A. Goldstein (Chair), <u>Dimensions of Competence in Forensic Psychology Practice.</u>  Symposium presented at the annual meeting of the American Psychological Association, Boston.

(1999, August).  Disclosing raw test data:  Resolving competing policies.  In S. Urbina (Chair), <u>Challenges and innvoations in psychological testing and assessment.</u>  Symposium presented at the annual meeting of the American Psychological Association, Boston.

(1999, August).  Discussant.  In L. Wrightsman (Chair), <u>Social science applications to law.</u>  Symposium presented at the annual meeting of the American Psychological Association, Boston.

(1998, August).  Discussant.  In A. Goldstein (Chair), <u>Ethics and law in conflict</u>.  Symposium presented at the annual meeting of the American Psychological Association, San Francisco.

(1998), August.  Discussant.  In A. Tomkins (Chair), <u>APA and the amicus process</u>.  Symposium presented at the annual meeting of the American Psychological Association, San Francisco.

(1997, August).  Ethical issues facing psychologists in courtrooms.  In M. Gindes (Chair), <u>Surviving your day in court-- Interplay between psychology and law</u>.  Symposium presented at the annual meeting of the American Psychological Association, Chicago.

(1997, August).  Legal implications of establishing test user qualifications.  In L. Hough (Chair), <u>Are you qualified to use psychological tests?</u>  Symposium presented at the annual meeting of the American Psychological Association, Chicago.

(1997, August).  The role of education and training.  In E. Drogin (Chair), <u>Addictions and Family Law</u>.  Symposium presented at the annual meeting of the American Bar Association, San Francisco, CA.

(1997, July).  <u>The application of</u> Daubert <u>to forensic and social science evidence</u>.  Invited address presented at the Federal Judicial Center's National Workshop for Magistrate Judges, Denver, CO.

(1997, July).  <u>Ethical issues for the changing mental health marketplace</u>.  Workshop presented for the Nebraska State Ethics Committee, Omaha, NE.

(1997, June).  <u>Confidentiality issues in the patient-therapist relationship</u>.  Invited paper presented at XXII International Congress on Law and Mental Health, Montreal, Canada.

(1997, May).  <u>Ethical issues for the forensic practitioner</u>. Workshop presented for the American Academy of Forensic Psychology (CE), Philadelphia, PA. (also Jan. 1998, Hilton Head, SC; Jan. 1999, Las Vegas; Jan. 2000, Monterey, CA; Oct. 2000, Orlando; Jan., 2001, San Jose, CA; Mar., 2002, Austin, TX; Oct. 2002, Kansas City, MO; Jun. 2003, San Juan, PR).

(1997, May).  <u>School children, social science, and the Supreme Court.</u>  Invited paper presented at the New York University Awards Dinner, New York City, NY.

(1997, April).  <u>Turning over test data:  Why psychologists are concerned and ethical issues for psychologists performing custody evaluations</u>.  Symposium presented at the APA/ABA Conference on Children, Lawyers, and Divorce, Los Angeles, CA.

(1997, April).  <u>How do we define the best interests of the child</u>.  Symposium presented at the APA/ABA Conference on Children, Lawyers, and Divorce, Los Angeles, CA (with E. Mavis Hetherington).

(1996, November).   Ethical issues in the collection of self-report data.   Invited paper presented at the Conference on the Science of Self-Report:  Implications for research and practice, National Institutes of Health, Bethesda, MD.

(1996, August).   The value of joint degree programs.  In A. Tomkins (Chair).   Issues in psycholegal training.   Symposium presented at the annual meeting of the American Psychological Association, Toronto, Canada.

(1996, August).  Discussant.  In D. Brown (Chair).  Testing confronts the law.  Symposium presented at the annual meeting of the American Psychological Association, Toronto, Canada.

(1996, August).   Joint J.D./Ph.D programs.   In D. Bersoff (Chair).   Training in law and psychology:  Outcomes of the Villanova Conference.  Symposium presented at the annual meeting of the American Psychological Association, Toronto, Canada.

(1996, August).   Discussant.   In A. Stanton (Chair).   Why lawyers and psychologists don't see eye to eye.   Symposium presented at the annual meeting of the American Psychological Association, Toronto, Canada.

(1996, April).   Admissibility of expert testimony.   In B. Frumkin (Chair).  Aggression and abuse:  Clinical and legal issues. Paper presented at the Sixth Annual National Symposium:  Mental Health and the Law, Ft. Lauderdale, FL

(1996, March).   The admissibility of forensic psychological evidence.   In David Martindale (Chair).  Dealing with Daubert. Symposium presented at the meeting of the American Psychology-Law Society, Hilton Head, S.C.

(1996), March).   Discussant.   In Douglas Marlowe (Chair). Empirical contributions to coercive substance abuse and mental health policies.   Symposium presented at the meeting of the American Psychology-Law Society, Hilton Head, S.C.

(1995, August).   Professional issues and training.  In Ronald Roesch & Stephen Hart (Chairs).  Psychology and the law--The state of the discipline.   Symposium presented at the meeting of the American Psychological Association, New York, N.Y.

(1995, August).   The role of forensic testimony and social science in the O.J. Simpson trial.   In Frank Farley (Chair). Psychology and O.J. Simpson.  Symposium presented at the meeting of the American Psychological Association, New York, N.Y.

(1995, August).   Discussant.   In Joanne Callan (Chair). Ethics education.   Symposium presented at the meeting of the

American Psychological Association (part of Education Directorate Mini-Convention), New York, N.Y.

(1995, May). <u>Facts, faults, and fantasies</u>. Keynote address presented at the National Invitational Conference on Education and Training in Law & Psychology, Villanova Law School, Villanova, PA.

(1995, March). Legal and psychological concerns in litigating cases of repressed/false memories. In Carol Tracy (Chair). <u>Sexual abuse and memory</u>. Symposium sponsored by the Women's Law Project, University of Pennsylvania, Phila, PA.

(1994, September). <u>Relying on mental health experts:  It isn't all mental, it may not be healthy, and it's probably not expert</u>. Invited paper presented at the Federal Administrative Judges Conference, Hershey, Pa.

(1994, August). Discussant. In Marc J. Ackerman (Chair). <u>Surviving your day in court--Interplay between psychology and law</u>. Symposium presented at the meeting of the American Psychological Association, Los Angeles, CA.

(1994, August). Discussant. In Teresa Parnell (Chair). <u>Children divorcing their parents--The Gregory K. Case</u>. Symposium presented at the meeting of the American Psychological Association, Los Angeles, CA.

(1994, August). Some legal and social science concerns after <u>Forklift</u>. In Jane Goodman (Chair). <u>Sexual harassment in the workplace after</u> Harris v. Forklift--<u>Scientific and legal issues</u>. Symposium presented at the meeting of the American Psychological Association, Los Angeles, CA.

(1994, January). The Supreme Court's decision in Daubert v. Merrell Dow. In D. Bersoff & N. Vidmar (Co-chairs). <u>The admissibility of forensic and social science evidence after</u> Daubert v. Merrell Dow. Symposium presented at the meeting of the Association of American Law Schools, Orlando, FL.

(1993, September). <u>De' meaning of demeanor:  Who is being deceived?</u> Invited paper presented at the Federal Administrative Judges Conference, Williamsburg, VA.

(1993, August). <u>Daubert v. Merrell Dow</u>: Issues and outcome. In D. Bersoff (Chair). <u>Standards for admitting scientific evidence--the Supreme Court speaks</u>. Symposium conducted at the meeting of the American Psychological Association, Toronto, Canada.

(1993, August). Chair. <u>Emerging legal and research issues in an era of managed mental health care</u>. Discussion Session with John Petrila conducted at the meeting of the American Psychological Association, Toronto, Canada.

(1993, March).  The effect on personnel assessment of advances in United States employment discrimination law.  Invited paper presented at a conference sponsored by Saville Holdsworth, Ltd., London, England.

(1992, August).  Psychological contributions to mental health policy affecting children.  In M. Johnson (Chair).  Effects of Parham v. J.R. on mental health services and policy.  Symposium conducted at the centennial convention of the American Psychological Association, Washington, DC.

(1992, August).  Judicial deference to professional decision making.  In K. Herman (Chair).  Professional and ethical issues.  Paper session conducted at the centennial convention of the American Psychological Association, Washington, DC.

(1992, March).  Chair.  Social science contributions to mental health policy reform.  Symposium conducted at the meeting of the American Psychology-Law Society, San Diego.

(1992, March).  Co-presenter (with J. Goodman & P. Nickerson).  Presenting statistical and psychometric evidence in employment discrimination cases.  Workshop presented at the meeting of the American Psychology-Law Society, San Diego.

(1992, March).  Discussant.  In M. Saks (Chair).  Americans with Disabilities Act:  A new realm of practice and research.  Symposium presented at the meeting of the American Psychology-Law Society, San Diego.

(1992, January).  Judicial deference to nonlegal decisionmakers:  Imposing simplistic solutions to problems of cognitive complexity in mental disability law.  In D. Shuman (Chair).  Psychological perspectives on mental disability law.  Symposium conducted at the meeting of the Association of American Law Schools, San Antonio.

(1991, October).  Autonomy for vulnerable populations:  The Supreme Court's reckless disregard for social science and self-determination.  In S. Anderer (Chair).  Autonomy for vulnerable populations:  Legal and psychological perspectives.  Symposium conducted by the Villanova Law School, Villanova, Pa.

(1991, August).  Legal issues confronting full-time academicians with part-time private practice.  In D. Lutz (Chair), Full-time academicians in part-time practice--ethical and legal concerns.  Symposium conducted at the meeting of the American Psychological Association, San Francisco.

(1991, August).  Legal rights of graduate students.  In J. Pointer (Chair), Students' rights and grievance procedures in

21

academic programs and internships.    Symposium conducted at the meeting of the American Psychological Association, San Francisco.

(1991, May).  The American Psychological Association as amicus curiae.   In H. Schwartz (Chair), Influencing the courts on psychiatric issues.   Symposium conducted at the meeting of the American Psychiatric Association, New Orleans.

(1991, January).  Autonomy and vulnerable populations:  The Supreme Court's reckless disregard for morality and science.  Grand Rounds presented at Hahnemann University, Philadelphia.

(1990, August).  Chair.  Committee on Legal Issues Update on APA Amicus Cases.  Panel conducted at the meeting of the American Psychological Association, Boston.

(1990, April).   Death penalty for juvenile defendants. Invited debate presented at Chestnut Hill College, Philadelphia.

(1990, April).  Legal update on special education and school psychology.    Invited  workshop  presented  at  Lewis  &  Clark University, Portland, OR.

(1990, March).   APA and the Supreme Court:   A ten year retrospective.   Invited address presented at the meeting of the American Psychology-Law Society, Williamsburg, VA.

(1990, March).  Legal considerations in the assessment and placement of handicapped children.   Invited keynote address presented at the tenth annual conference on the Future of Psychology in the Schools, Philadelphia.

(1990, January).   Psychological perspectives on Price Waterhouse v. Hopkins.  In J. Lamber (Chair), Interdisciplinaruy perspectives on employment discrimination. Symposium conducted at the meeting of the Association of American Law Schools, San Francisco.

(1989, October).   Autonomy and vulnerable populations. Invited address on the tenth anniversary of the Univ. of Md.-Johns Hopkins Law and Psychology Program, Baltimore.

(1989, August).  Legal and ethical issues in computerized testing.   In M. Kolen (Chair), Computer-based testing and assessment.  Symposium conducted at the meeting of the American Psychological Association, New Orleans.

(1989, August).  Discussant.  In R. Bloom (Chair), Should lesbians and gays be given security clearances?  Symposium conducted at the meeting of the American Psychological Association, New Orleans.

(1989, August). Discussant. In M. Dutton-Douglas (Chair), Issues in the defense of battered women. Symposium conducted at the meeting of the American Psychological Association, New Orleans.

(1988, August). From the courts to state legislatures. In. G. Herek (Chair), The future demise of state sodomy laws: Roles for psychologists. Symposium conducted at the meeting of the American Psychological Association, Atlanta.

(1988, August). Discussant. In N. Lohr (Chair), The scope of informed consent: A matter of context. Symposium conducted at the meeting of the American Psychological Association, Atlanta.

(1987, August). Legal aspects of accountability for psychologists. In K. Pope (Chair), Malpractice, ethics and aspects of accountability: New standards and trends. Symposium conducted at the meeting of the American Psychological Association, New York.

(1987, August). Sodomy, social science, and the Supreme Court. In A. Tompkins (Chair), Social science and the Constitution: Psycholegal perspectives on individuals' rights. Symposium conducted at the meeting of the American Psychological Association, New York.

(1987, August). Invited participant. In D. Mills (Chair), Ethics and the Federal Trade Commission. Symposium conducted at the meeting of the American Psychological Association, New York.

(1987, August). Discussant. In D. Shapiro (Chair), Duty to warn: Clinical perspectives and legal critique. Symposium conducted at the meeting of the American Psychological Association, New York.

(1986, August). Lockhart v. McCree: Social science and the Supreme Court. Invited address presented at the meeting of the American Psychological Association, Washington, DC.

(1985, August). Discussant. In N. Abeles (Chair), Diagnosing battered spouse and rape trauma syndromes: Are psychologists experts? Panel discussion presented at the meeting of the American Psychological Association, Los Angeles.

(1985, August). Legal issues concerning enforcement of standards for psychologists. In L. Schoenfeldt (Chair), Standards for psychologists: Aspirations or prescriptions? Symposium presented at the meeting of the American Psychological Association, Los Angeles.

(1985, August). The U.S. Supreme Court and ERISA. In B. Bennett (Chair). The Employment Retirement Income Security Act Enigma: State versus federal regulation of the professions. Panel

discussion presented at the meeting of the American Psychological Association, Los Angeles.

(1985, August).    Participant.    In B. Dorset & J. Lindemann (Chairs).  State psychological association affairs:  Legal issues. Workshop presented at the meeting of the American Psychological Association, Los Angeles.

(1984, April).    Invited Discussant.    FTC Symposium on Advertising by Health Care Professionals, Washington, D.C.

(1983, October).    Test use and the law.    Invited paper presented at the ETS Invitational Conference entitled The Uses and Misuses of Tests, New York City.

(1983, October).    Copyright and antitrust issues in computerized psychological assessment. In R. Green (Chair).  Legal issues associated with mental health systems development and dissemination.    Seminar presented at annual meeting of American Association for Medical Systems and Informatics, Baltimore.

(1983), August).  Legal issues in the insanity defense.  In N. Abeles (Chair).  The insanity defense:  Ethical, psychological and legal issues.  Discussion session presented at annual meeting of American Psychological Association, Anaheim, CA.

(1983, August).  Psychology in the legal realm.  In D. Faigman (Chair).  Psychology and law training models.  Symposium presented at annual meeting of American Psychological Association, Anaheim, CA.

(1983, August).    Right to refuse psychotropic drugs.    In P. DeLeon (Chair).  Public policy on mental disability law:  New directions.    Symposium presented at annual meeting of American Psychological Association, Anaheim, CA.

(1983, August).    The P.A.N.E. and Akron cases in the U.S. Supreme Court.  Symposium presented at annual meeting of American Psychological Association, Anaheim, CA.

(1983, July).  Psychologists and the judicial system:  Broader perspectives.    Invited paper presented at M. McCloskey H. Egeth (Chairs.  Conference on the Experimental Psychologist in Court: The Ethics of Expert Testimony, The Johns Hopkins University, Baltimore.

(1982, October).    Human Rights for Whom?    Invited Address presented at Symposium entitled Human Rights:  Should We Care?  at Georgia Southern College, Statesboro, GA.

(1982, August).    Legal issues in the prediction of dangerousness.  In N. Abeles (Chair).  Prediction of dangerousness:

Legal, ethical, and research issues. Discussion session presented at annual meeting of the American Psychological Association, Washington, D.C.

(1982, August). Use of APA legal services. In G. DeNelsky (Chair). How state associations use legal counsel. Symposium presented at annual meeting of the American Psychological Association, Washington, D.C.

(1982, August). Participant. In S. Wallach (Chairperson). Constitutional rights and risks: Institutionalized persons and the professionals who serve them. Symposium presented at the annual meeting of the American Psychological Association, Washington, D.C.

(1982, August). Regarding psychologists testily: Legal regulation of psychological assessment. Master Lecture presented at annual meeting of American Psychological Association, Washington, D.C.

(1982, April). Social and legal influences on test development and usage. Invited address presented at first annual Buros-Nebraska Symposium on Measurement and Testing, Lincoln, NE.

(1981, October). Legal issues in special education. Keynote address presented at the Conference on Special Education, Pennsylvania State University, PA.

(1981, October). Constitutional problems in government-compelled mental status examinations. Presidential Address at the meeting of the American Psychology-Law Society, Cambridge, MA.

(1981, August). Information for the courts and public policy makers. Paper presented at the American Psychological Association Conference on Testing, Assessment and Public Policy, Los Angeles, CA.

(1981, August). Discussant. In G. Melton (Chairperson). Recent research in children's competence to consent. Symposium presented at annual meeting of the American Psychological Association, Los Angeles, CA.

(1981, June). Legal constraints on mental health practitioners: The right to and the right to refuse treatment. Invited address presented to the First Annual Conference on Health and Behavioral Sciences, Morgantown, WV.

(1981, May). Professional obligations and Pub. L. 94-142: The Forrest case. Workshop presented at the Second National Institute on Legal Problems of Educating the Handicapped, Washington, D.C.

(1980, December).  Legal regulation of special education. Keynote address presented at 6th annual Law-Education Institute, Lehigh University, PA.

(1980, September).  Chair.  Issues involved in the case of Larry P. v. Riles.  Symposium presented at the meeting of the American Psychological Association, Montreal, Canada (sponsored by six APA Boards and Committees).

(1980, September).  Legal implications of the Larry P. decision on the profession of psychology.  In H. Dent (Chair).  The case of Larry P.:  Implications for professional psychology. Symposium presented at the meeting of the American Psychological Association, Montreal, Canada (sponsored by APA Board of Convention Affairs).

(1980, September).  Participant.  In J. Webb (Chair).  Legal issues for psychology.  Symposium presented at the meeting of the American Psychological Association, Montreal, Canada.

(1980, June).  Using psychologists as expert witnesses. Invited address at the Fourth Annual Interdisciplinary Seminar in Criminal Law, University of Washington Law School, Seattle, WA.

(1980, April).  Implications of Larry P. for providing services to handicapped children.  Paper presented at the meeting of the Council for Exceptional Children, Philadelphia.

(1980, April).  The civil rights of unwed fathers.  In J. Spain (Chair).  The unwed father.  Symposium presented at meeting of the American Orthopsychiatric Association, Toronto, Canada.

(1980, March).  Legal issues in the practice of psychology. Symposium presented at a workshop sponsored by the Psychiatric Institute Foundation on Professional Affairs for Psychologists, Washington, D.C.

(1979, December).  Legal issues in behavioral therapy. Symposium presented at the meeting of the American Association of Behavior Therapy, San Francisco, CA.

(1979, October).  The psychologist in the courtroom. Workshop presented under auspices of Loyola (Maryland) College's Center for Allied Health Studies and Psychology Department, Columbia, MD.

(1979, October).  Legislation for the handicapped:  Overview and recent developments.  Keynote address presented at the Conference on the Handicapped, University of Texas School of Law, Austin, TX.

(1979, September).  Discussant.  In G. Melton (Chair). Empirical approaches to children's rights.  Symposium presented at

the meeting of the American Psychological Association, New York, NY.

(1979, September).  Legal issues in children's consent to psychological research.  In A. Tompkins (Chair).  Children's consent to psychological problems:  Policies and principles.  Symposium presented at the meeting of the American Psychological Association, New York, NY.

(1979, September).  Discussant.  In R. Barclay (Chair).  Current issues in forensic psychology:  Research in evaluation and treatment.  Symposium presented at the meeting of the American Psychological Association, New York, NY.

(1979, August).  Law and the school psychologist.  Two-day workshop offered at the 24th Professional Institution of the Division of School Psychology (American Psychological Association), New York, NY.

(1979, May).  A legal analysis of P. v. Riles.  In A. Berger (Chair).  Larry P. v. Riles: A Symposium.  Symposium presented at the meeting of the American Association on Mental Deficiency, Miami, FL.

(1979, May).  Intelligence testing as a prerequisite to habilitative services:  Legal perspectives.  In S. Breuning (Chair).  Challenging the standard intellectual assessment: Incentive effects, drug effects, programming implications, and legal perspectives.  Symposium presented at the meeting of the American Association on Mental Deficiency, Miami, FL.

(1979, April).  The child as participant in the delivery of special education services: Guidelines from law and ethics.  In V. Cook (Chair).  Informed involvement of the child assessment and intervention.  Symposium presented at the meeting of the Council for Exceptional Children, Dallas, TX.

(1979, April).  Patient participation in decision-making:  A legal survey.  In R. Hartigan (Chair).  Whither consumer-professional relationships in the 1980's?  Symposium presented at the meeting of the American Orthopsychiatric Association, Washington, D.C.

(1979, March).  Legal issues in school psychology.  Workshop offered at the National Association of School Psychologists, San Diego.

(1979, March).  Moral and legal aspects of discipline codes and students rights.  Workshop offered at the National Conference on Violence and Discipline in Society, Temple University, Philadelphia.

(1978, October).  An evaluation of past efforts to legislate values.  In G. McDevitt (Chair).  The handicapped experience: Some humanistic perspectives.  Program presented at the University of Baltimore.

(1978, September).  The psychologist in the legal system. Workshop presented under auspices of Loyola (Maryland) College's Center for Allied Health Studies and Psychology Department. Columbia, MD.

(1978, September).  Legal and ethical issues in developing alternative psychoeducational programs.  In D. Glenwick (Chair). Alternative community-based psychoeducational programs for students with behavior disorders.  Symposium presented at the meeting of the American Psychological Association, Toronto, Canada.

(1978, August).  Discussant.  In J. Richards (Chair). Psychological research and decision-making policies in the criminal justice system.  Symposium presented at the meeting of the American Psychological Association, Toronto, Canada.

(1978, May).  Procedural safeguards under Pub. L. 94-142.  In L. Morra (Chair).  Implementing Pub. L. 94-142.  Symposium presented at the meeting of the American Association of Mental Deficiency, Denver, CO.

(1978, May).  Legal issues in school psychology.  Workshop offered at the National Association of School Psychologists, New York, NY.

(1977, November).  The impact of Pub. L. 94-142 on the functioning of school mental health professionals.  Keynote address presented at the 33rd Annual Michigan School Social Workers Conference, Lansing, MI.

(1977, October).  Legal constraints on the behavior of school psychologists.  Keynote address presented at the Pennsylvania School Psychologists Conference, University Park, PA.

(1977, August).  State as co-therapist: Legal constraints in psychotherapy.  In D. Silber (Chair).  Legal problems and ethical attitudes of therapists.  Symposium presented at the meeting of the American Psychological Association, San Francisco.

(1977, August; 1978, March).  Parental consent for psychological evaluations: Legal perspectives.  In W. Pryzwansky (Chair).  Parental consent for psychological evaluations: Legal, ethical, and practical problems.  Symposium presented at the meeting of the American Psychological Association, San Francisco. Also presented at the meeting of the National Association of School Psychologists, New York, NY.

28

(1977, August).    Tarasoff revisited:    Therapists as police?  In N. Abeles (Chair).  Legal issues in psychology.    Symposium presented at the meeting of the American Psychological Association, San Francisco.

(1977, August).    Law and the school psychologist.    Two-day workshop offered at the 22nd Professional Institute of the Division of School Psychology (American Psychological Association), San Francisco.

(1977, April).    Rights of adjudicated youth to an education: A legal dilemma.    Paper presented at a Forum Concerning Norm-Violating Youth, Atlanta, GA.

(1977, April).    Privacy and access to medical records.    Paper presented at The Robert E. Cooke Medical Ethics Lecture Series.  John F. Kennedy Institute, Baltimore.

(1977, March).    Nondiscriminatory assessment of learning disabled children.    Paper presented at the meeting of the Association of Children with Learning Disorders.    Washington, D.C.  (Senior author with J. Ysseldyke).

(1976, October).    Confidentiality of educational records.  Paper presented at Colloquium, School of Education, Howard University, Washington, D.C.

(1976, October).    Law and its influence on the practice of psychology.    Two-day workshop offered at the annual meeting of the Virginia Psychological Association, Blacksburg, VA.

(1976, September).    Privacy, the law, and the practice of psychology in the schools.    In S. Margulies (Chair).  Privacy, the law, and the practice of psychology.    Symposium presented at the meeting of the American Psychological Association, Washington, D.C.

(1976, September).    Law and school psychology.    Three-day workshop offered at the 21st Professional Institute of the Division of School Psychology (American Psychological Association), Washington, D.C.

(1976, May).  Constitutional issues and the survival of school psychology.    Paper presented at the meeting of the New York State Psychological Association, New York City, NY.

(1975, September).    Developing legal theories in child advocacy.    In G. Gottesegen (Chair).    Child advocacy:    A sociopsychological spectrum.  Symposium presented at the meeting of the American Psychological Association, Chicago, IL.

(1975, September).    Chair, Ethical practices in school psychology.    Symposium presented at meeting of the American Psychological Association, Chicago, IL.

(1975, August).   Law and the school psychologist.   Three-day workshop offered at the 20th Professional Institute of the Division of School Psychology (American Psychological Association), Chicago, IL.

(1975, April).    Chair, Child advocacy in principle and practice.   Symposium presented at meeting of New York State Psychological Association, Kiamesha Lake, NY.

(1974, September).   Child advocacy in everyday practice:   A model borrowed from law.   In S. Levine (Chair).   Who shall protect the children?   Symposium presented at the meeting of the American Psychological Association, New Orleans, LA.

(1974, September).   Reinforcement emission in clinical and classroom settings:   Some evidence of the "current functioning" myth.   Paper presented at the meeting of the American Psychological Association, New Orleans, LA (Co-author with M.B. Rigsby).

(1974, June).    Legal and ethical viewpoints in personality assessment.    Paper presented at Summer Professional Training Institute for School Psychologists.    James Madison College, Harrisonburg, VA.

(1974, May).   A conceptual approach to educational psychology.   Paper presented at the meeting of the Southeastern Psychological Association, Hollywood, FL (Co-author with M. Tillman & J. Dolly).

(1973, August).   Positive Reinforcement Observation Schedule (PROS):   Development and applications at educational settings.   Paper presented at the meeting of the American Psychological Association, Montreal, Canada.   In Proceedings, 1973, 8, 713-714 (Senior author with D. Moyer).

(1973, August).    Reciprocity and coercion in individual psychotherapy.   In C. T. Fischer (Chair).   Clients as informed participant:   Progress in practice.   Symposium presented at the meeting of the American Psychological Association, Montreal, Canada.

(1973, August).   New tricks for old dogs:   A modern approach to psychological assessment.   Paper presented at the meeting of the American Psychological Association, Montreal, Canada (Co-author with C.D. Ellett).

(1973, March).    A method to assess teacher reinforcement preference and use.   Paper presented at the First Annual School Psychology Conference, Atlanta, GA.

30

(1972, December).    Alternatives to psychological testing. Paper presented at the Southeastern Invitational Conference on Measurement in Education, Athens, GA.  Abstracted in ERIC, Research in Education, August 1973, ED 075469.

(1972, March).    Development and application of the Positive Reinforcement Observation Schedule.  Paper presented at the Georgia Counselor's Conference, Atlanta, GA.

(1971, October).  Positive Reinforcement Observation Schedule (PROS):  A multi-purpose technique for enhancing the effectiveness of teachers and para-professionals.  Invited paper presented at the joint meeting of the Virginia Psychological Association and the Virginia Association of School Psychologists, Charlottesville, VA.

(1971, September).    A precise and valid measure of behavior and behavior change in the classroom.  Paper presented at the meeting of the American Psychological Association, Washington, D.C. In Proceedings, 1971, 6 (Part 2), 555-556.  Also abstracted in ERIC, Research in Education, February 1972 (Senior author with C. Ericson).

(1969, April).    Relative frequency of phonemes in the speech of schizophrenic children.  Paper presented at the meeting of the Eastern Psychological Association, Philadelphia, PA (presentation of doctoral dissertation).

(1968, January).    Rorschach protocols of two cases of traumatic neurosis of war.  Paper presented at the meeting of the 15th Annual Symposium of USAF Behavioral Scientists, Wichita Falls, TX.

E. Miscellaneous Publications

(1996).    Law and psychology a la carte [Review of Psychology in litigation and legislation].  Contemporary Psychology, 41, 327-328.

(1993).    Academicians as advocates [Review of Psychology and public policy].  Contemporary Psychology, 38, 78-80.

(1993).    [Review of Essays in therapeutic jurisprudence]. Ethics, 103, 851-852.

(1992).    Tragic anecdotes make bad law [Review of Madness in the streets:  How psychiatry and the law abandoned the mentally ill].  Contemporary Psychology, 37, 569-570.

(1975, April).    Right to records.  American Psychological Association Monitor, 6, 15-16 (letter).

31

(1974). Testing patterns. American Bar Association Journal, 60, 384 (letter in response to E. Griswold's article, In praise of bar examinations. ABAJ, January 1974).

(1970). Schools are fact oriented. Contemporary Psychology, 15, 525 (letter).

(1970). [Review of Psychosocial principles applied to classroom teaching]. Journal of School Psychology, 8, 154-155.

(1965). Man and machine calculating the mind. Journal of the American Medical Association, 192, 150 (letter).

F.    Unpublished materials

Ethical issues in psychology:  Readings, cases, and materials (1990, 1991, 1992, 1993, 1994).

Standards for the administration and interpretation of computerized psychological testing (1983).

Casebook, Law and Psychology (12 Chapters, 1400 pages).

Behavioral approaches to assessment and observation in the school.

Counseling and psychotherapy in the school setting (Co-author with R. Grieger).

The psychological evaluation of children:  A manual of report writing for psychologists who work with children in education settings.  Two reports from this mimeographed manuscript are reprinted in Tallent, N.  Psychological report writing, Englewood Cliffs, N.J.:  Prentice-Hall, 1976.

G.    Editorial Positions

Editorial Board, Psychology, Public Policy, and the Law (Vol. 1-present)

Editorial Board, Professional Psychology:  Research and Practice (Vol. 31-present)

Editorial Board, Journal of Legal Education (1992-1994)

Associate Editor, Law and Human Behavior (Vols. 9-12).

Editorial Board, Law and Human Behavior (Vols. 4-8, 17-present).

Editoral Board, Behavioral Sciences and the Law (Vol. 12-present)

Editorial Board, Ethics and Behavior (Vol. 2-present).

Editorial Board, Law and Policy (1995-present)

Advisory Board, Advances in School Psychology (continuing series published by Erlbaum) (1979-1985).

Associate Editor, Journal of School Psychology Section on University Training and Professional Affairs (Volume 10-14; 1972-1976); Section on Law, Education and Psychology (Volume 15-19; 1976-1980).

Board of Editors, <u>Yale Law Journal</u> (March 1975 to June 1976).

Co-editor, Special Issue on Levels and Training in School Psychology. <u>Journal of School Psychology</u>, Volume 12 (1974).

Guest reviewer:

<u>American Psychologist</u>
<u>Journal of Personality and Social Psychology</u>
<u>Psychological Methods</u>
<u>Journal of Social Issues</u>
<u>Professional Psychology: Research and Practice</u>
<u>Behavioral Sciences and the Law</u>
<u>Journal of Applied Behavioral Analysis</u>
<u>Mental Retardation</u>
<u>Education Quarterly</u>
<u>Hospital & Community Psychiatry</u>

Manuscript consultant for Oxford University Press, Allyn & Bacon, W.B. Saunders, Academic Press, Princeton University Press, publishers.

H.    Media Appearances

WHYY (PBS Radio; Phila, PA), March 1998, Interview on children's rights in divorce

WWDB Radio (Phila, PA), December 1996, Interview on law and psychology

WPHL-TV (Phila, PA), November 1996, Interview on abolition of insanity defense in Pennsylvania.

WPVI-TV (Phila. PA), July 1995, Interviews on jury stress (related to Simpson trial).

K-106 Radio, (Phila. PA), May & September 1990, Interviews on children's rights.

CNN, Cable News Network, 1985-1989, Several interviews on Supreme Court decisions involving law, social science, and mental health.

CBS-TV, January 1985, <u>CBS Morning News</u>, Interview on sexual abuse of children.

ABC Radio News, March 1984, Interview on insanity defense.

CNN, Cable News Network, March 1984, Interview on <u>Freeman Reports</u> concerning sexual abuse of children.

WKAZ-TV (Kalamazoo, Michigan), June 1981, Interview on rights of handicapped children.

KUT Radio (Austin, Texas), October 1979, Interview on rights of the handicapped.

WABC-TV (New York, NY), September 1979, Interview on news concerning dress codes.

NBC-TV, June 1979, <u>Children and All That Jazz</u>, Discussion on children's rights.

WBAL-TV News (Baltimore, MD), March 1978, <u>Action News Update</u>, Panel discussion on child custody.

WBAL Radio, (Baltimore, MD), March 1978, <u>Comment and Controversy</u>, Debate on learning disabilities.

WBAL-TV News (Baltimore, MD), February 1978, Interviews on news series devoted to child custody.

WTTG-TV (Washington, D.C.), January 1978, Interview on <u>Panorama</u> concerning rights of retarded persons.

CBS-TV, Sunrise Semester, November 1977 (two-part discussion of childrens' rights and Supreme Court corporal punishment decision on series devoted to discipline).

Charlottesville, Virginia, Educational TV, November 1973 (debate on special education placement).