## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

_____ :

UNITED STATES OF AMERICA,        :
                                 :    Criminal No. 4:CR–96-239
            Respondent,          :
                                 :    Judge Muir
            v.                   :
                                 :
DAVID PAUL HAMMER,               :
                                 :
            Petitioner.          :
                                 :
_____ :

## ORDER

And Now, this _____ day of _____, 2004 upon consideration of *Petitioner's Motion for Reconsideration of this Court's Order of November 12, 2004 Denying in Part His Second Post-Conviction Discovery Motion*, and the Government's response thereto, it is hereby ORDERED:

1.    Petitioner's Motion for Reconsideration is GRANTED;

2.    Upon Reconsideration, this Court GRANTS that portion of *Petitioner's Second Post-Conviction Motion for Discovery* requesting access to all writings between the mental health providers employed by the United States Bureau of Prisons and the Office of United States Attorney, regarding David Paul Hammer;

3.    Accordingly, the United States Government is ORDERED to forthwith provide copies of all such documents to Petitioner's counsel.

SO ORDERED,

_____
Malcolm Muir, U.S.D.J.