## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 4:CR–96-239 |
| Respondent, | : | |
| | : | Judge Muir |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Petitioner. | : | |
| | : | |
| _____ | : | |

### Certificate of Non-Concurrence

David Paul Hammer, through undersigned counsel, hereby submits this Certificate of Non-Concurrence regarding *Petitioner's Motion for Reconsideration of this Court's Order of November 12, 2004 Denying in Part His Second Post-Conviction Discovery Motion.*

1.      Counsel for Mr. Hammer have today filed a Motion seeking Reconsideration of a portion of this Court's Order of November 12, 2004.  Pursuant to Local Rule 7.1 undersigned counsel contacted opposing counsel, Fred Martin, to seek his position with regard to the relief sought in the Motion.

2.      Mr. Martin indicated that the Government does not concur.

1

Respectfully Submitted,


s/ Michael Wiseman
MICHAEL WISEMAN, ESQUIRE
Supervising Assistant Federal Defender
Attorney ID#PA 75342
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
Tel. No. (215)928-0520
(Michael_Wiseman@fd.org)

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
(Anne_Saunders@fd.org)

# CERTIFICATE OF SERVICE

I, Michael Wiseman, of do hereby certify that on this date I served a copy of the foregoing Certificate of Non-Concurrence via Electronic Case Filing upon the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Federal Building, Room 217
228 Walnut Street
Harrisburg, PA 17108

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

Date: November 18, 2004         Michael Wiseman

                                s/ Michael Wiseman