# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

—

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 4:CR–96-239 |
| Respondent, | : | |
| | : | Judge Muir |
| v. | : | |
| | : | Electronically Filed |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Petitioner. | : | |
| | : | |
| | : | |

## PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER OF NOVEMBER 12, 2004 DENYING IN PART HIS *SECOND POST-CONVICTION DISCOVERY MOTION*

Michael Wiseman
Supervisory Ass't. Federal Defender
Capital Habeas Corpus Unit
Suite 545 West – The Curtis Building
Philadelphia, PA 19106
215-928-0520

Anne L. Saunders
Assistant Federal Public Defender
Capital Habeas Corpus Unit
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
717-782-3843

Counsel for Petitioner, David Paul Hammer

Dated:    November 18, 2004
          Philadelphia, PA

## PRELIMINARY STATEMENT

Petitioner is a death sentenced federal prisoner who has initiated proceedings under 28 U.S.C. § 2255 challenging his murder conviction and sentence of death. This Court has scheduled an evidentiary hearing to address the merits of the claims before the Court, said hearing to commence on January 10, 2005.

This Court decided and largely denied *Petitioner's Second Motion for Post-Conviction Discovery*. In so doing, the Court mistook relevant facts and law. Accordingly, Petitioner has filed a *Motion for Reconsideration of this Court's Order of November 12, 2004 Denying in Part His Second Post-Conviction Discovery Motion.*

Petitioner submits this Memorandum of Law in support of the *Motion for Reconsideration.*

**ARGUMENT**

**Petitioner's Discovery Motion Seeking Access to the Conflict Memos.**

As set forth in the accompanying *Motion,* this Court's November 12, 2004 order addressing Petitioner's discovery request for any writings between Bureau of Prison mental health employees and the United States Attorney's Office related to Mr. Hammer (hereafter, *Conflict Memos*), failed to appreciate the scope of the conflicts alleged by Petitioner. Because the Court failed to appreciate the full scope of the pled conflicts, its resolution of this discovery request was cramped and erroneous.

The law is clear that reconsideration of a court's decision is appropriate and required when the decision is based upon a misapprehension of the relevant facts and/or law. See e.g. Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985) ("The purpose of a motion for reconsideration is to correct manifest errors of law or fact . . ."); Plaisted v. Geisinger Medical Center, 210 F.R.D. 539, 540 (M.D. Pa. 2002) (same).

As delineated in the *Motion,* this Court's decision denying access to the *Conflict Memos* was predicated upon its misapprehension of the full scope of the conflict of interest claims pled by Petitioner. In view of the allegations in the *Motion for Reconsideration,* this is unquestionably a "manifest error" and should

1

be corrected while Petitioner can still make use of the requested discovery.

Therefore, for the reasons stated in the *Motion for Reconsideration*, in Petitioner's *Discovery Motion*, and based upon the record and all prior proceedings had herein, this Court should reconsider its denial of Petitioner's request for access to the *Conflict Memos* and upon such reconsideration, it should grant access to them.

Respectfully Submitted,


s/ Michael Wiseman
MICHAEL WISEMAN, ESQUIRE
Supervising Assistant Federal Defender
Attorney ID#PA 75342
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
Tel. No. (215)928-0520
(Michael_Wiseman@fd.org)

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
(Anne_Saunders@fd.org)

2

## CERTIFICATE OF SERVICE

I, Michael Wiseman, of do hereby certify that on this date I served a copy of the foregoing *Petitioner's Memorandum of Law in Support of Motion for Reconsideration of this Court's Order of November 12, 2004 Denying in Part His Second Post-Conviction Discovery Motion,*via Electronic Case Filing.

Frederick E. Martin, Esquire
United States Attorney's Office
Federal Building, Room 217
228 Walnut Street
Harrisburg, PA 17108

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

Date: November 18, 2004

Michael Wiseman

s/ Michael Wiseman