*IN CAMERA* EXHIBITS TO GOVERNMENT'S BRIEF IN OPPOSITION TO PETITIONER'S MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER OF NOVEMBER 12, 2004, DENYING IN PART HIS SECOND POST-CONVICTION DISCOVERY MOTION