IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

     :    Criminal No.  4: CR-96-239

     :

     v.      :

     :   Judge Muir

     :   (Electronically Filed)

DAVID PAUL HAMMER      :

_____

**ORDER**

_____

AND NOW, upon consideration of David Paul Hammer's *Motion for Leave to Conduct Forensic Testing*, it is hereby ORDERED and DIRECTED that Petitioner's request for forensic testing is GRANTED.  Petitioner's expert, Dr. Albert Harper, while in the presence of the assigned FBI Agent at the offices of the FBI in Williamsport, Pennsylvania, is permitted to designate the forensic evidence to be

tested and to submit said evidence  to a certified laboratory chosen by Petitioner's

expert for purposes of DNA testing.

BY THE COURT,

_____

J.