IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 4: CR-96-239 |
| | : | |
| v. | : | |
| | : | Judge Muir |
| | : | (Electronically Filed) |
| DAVID PAUL HAMMER | : | |

### STATEMENT OF NON-CONCURRENCE

AND NOW comes David Paul Hammer, through counsel, and, pursuant to

Rule 7.1 of the Local Rules of the United States District Court for the Middle District

of Pennsylvania, respectfully states the following:

Counsel has contacted Frederick Martin, Esquire, who informs counsel that he

does not concur with *Petitioner's Motion for Leave to Conduct Forensic Testing* at

this time.

Respectfully submitted,


s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)