IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :    Criminal No.  4: CR-96-239
                                  :
       v.                         :    Judge Muir
                                  :
DAVID PAUL HAMMER                 :    (Electronically Filed)

## STATEMENT OF NON-CONCURRENCE

AND NOW comes David Paul Hammer, through counsel, and, pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Middle District of Pennsylvania, respectfully states the following:

Counsel has contacted Frederick Martin, Esquire, who informed counsel that he does not concur with the *Motion for Leave to File Supplemental and Third Amended Motion to Vacate and Set Aside Conviction and Sentence Pursuant to 28 U.S.C. 2255 by a Person in Federal Custody and for Leave to File Amended Petition in Excess of Page Limit* at this time.

                          Respectfully submitted,

                          s/ Anne L. Saunders
                          ANNE L. SAUNDERS, ESQUIRE
                          Asst. Federal Public Defender
                          Attorney ID #PA 48458
                          100 Chestnut Street, Suite 306
                          Harrisburg, PA 17101
                          Tel. No. (717) 782-3843
                          Fax No. (717) 782-3966
                          (Anne_Saunders@fd.org)