**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

_____
                                           :
UNITED STATES OF AMERICA,                  :
                                           :    Criminal No. 4:CR–96-239
            Respondent,                    :
                                           :    Judge Muir
            v.                             :
                                           :
DAVID PAUL HAMMER,                         :
                                           :
            Petitioner.                    :
_____ :

**ORDER**

         AND NOW, this        day of                      , it is hereby ORDERED and

DIRECTED that DAVID PAUL HAMMER's *Motion for Leave to File Supplemental*

*and Third Amended Motion to Vacate and Set Aside Conviction and Sentence*

*Pursuant to 28 U.S.C. 2255 by a Person in Federal Custody and for Leave to File*

*Amended Petition in Excess of Page Limit* is GRANTED.

BY THE COURT

_____

J.