IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
                              :
    v.                    :  No. 4:CR-96-239
                              :
DAVID PAUL HAMMER,     :  (Judge Muir)

ORDER

December **/**, 2004

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On November 4, 1998, this court sentenced David Paul Hammer to die by lethal injection for the first degree murder of Andrew Marti. The relevant history of this case since the imposition of the sentence of death is set forth in prior orders and we will not repeat that history other than as needed to address the pending matter.

This case is presently on the January 2005, trial list for a hearing on Hammer's second amended § 2255 motion. On November 30, 2004, Hammer filed a document entitled "Motion for Leave to File Supplemental and Third Amended Motion to Vacate and Set Aside Conviction and Sentence Pursuant to 28 U.S.C. 2255 by a Person in Federal Custody and for Leave to file an Amended Petition in Excess of Page Limit." Local Rule 83.32.2(D) provides that in a death penalty case the § 2255 motion and brief in support "must not exceed 100 pages." The proposed supplemental and third amended § 2255 motion is 127 pages in length, not including a brief in support of the new claims raised in that document.

If we permit Hammer to file the supplemental and third amended motion, a brief in support of the new claims raised in

that document will have to be filed by him and the Government will have to be given an opportunity to file an opposition brief.

Also, pending before the court is Hammer's motion for reconsideration relating to a discovery matter.  Hammer's reply brief with respect to that motion is due on December 13, 2004. Furthermore, on November 29, 2004, Hammer filed a document entitled "Petitioner's Motion for Leave to Conduct Forensic Testing" and a brief in support thereof.

The purpose of this order is to expedite the briefing on  the motions filed by Hammer.

If we grant Hammer's motion to file a supplemental and third amended § 2255 motion, the hearing scheduled to commence on January 10, 2004, will probably be continued to the April, 2004, trial list.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.   With respect to Hammer's motion for reconsideration,  Hammer may file a reply brief on or before December 7, 2004.

2.   With respect to Hammer's motion for forensic testing, the Government may file an opposition brief on or before December 8, 2004.  Hammer may file a reply brief on or before December 10, 2004.

3.   With respect to Hammer's motion to file a supplemental and third amended § 2255 motion, the Government may file a brief in opposition on or before December 10, 2004.

Hammer may file a reply brief on or before December 15, 2004.

_____
MUIR, U.S. District Judge

MM:gs