## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,  : 

     Respondent,  :    Criminal No. 4:CR–96-239

:    Judge Muir

     v.  : 

: 

DAVID PAUL HAMMER,  : 

     Petitioner.  : 

: 

: 

**SUPPLEMENT TO EXHIBIT A TO THE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND THIRD AMENDED MOTION TO VACATE AND SET ASIDE CONVICTION AND SENTENCE PURSUANT TO 28 U.S.C. 2255 BY A PERSON IN FEDERAL CUSTODY AND FOR LEAVE TO FILE AMENDED PETITION IN EXCESS OF PAGE LIMIT**

AND NOW, comes DAVID PAUL HAMMER, through his counsel , and respectfully files the attached Verification that was inadvertently omitted from Exhibit A to the Motion for Leave to File Supplemental and Third Amended Motion

to Vacate and Set Aside Conviction and Sentence Pursuant to 28 U.S.C. 2255 by a

Person in Federal Custody and for Leave to File Amended Petition in Excess of Page

Limit (Document 1012).

Respectfully submitted,


s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)

s/ Michael Wiseman
MICHAEL WISEMAN, ESQUIRE
Supervising Assistant Federal Defender
Attorney ID#PA 75342
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Building
Independence Square West
Philadelphia, PA 19106
(Michael_Wiseman@fd.org)

Dated: December 1, 2004

## VERIFICATION

The undersigned, David Paul Hammer, subject to 28 U.S.C. § 1746, deposes

and says that he is the petitioner in the federal habeas corpus action docketed at 4:

CR-96-239; that he has read the Supplemental and Third Amended Petition; that

the facts therein are true and correct to the best of his knowledge, information, or

belief; and that he has verified the petition.

Dated: Nov. 28, 2004

David Paul Hammer

## CERTIFICATE OF SERVICE

I, Anne Saunders, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing *Supplement to Exhibit A to the Motion for Leave to File Supplemental and Third Amended Motion to Vacate and Set Aside Conviction and Sentence Pursuant to 28 U.S.C. 2255 by a Person in Federal Custody and for Leave to File Amended Petition in Excess of Page Limit* via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA. 17701-6465

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

Date: December 1, 2004

Respectfully submitted,

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)
Attorney for David Paul Hammer