IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA     : Crim. No. 4:CR-96-00239
                                  : Civil No. 4:CV-02-00510
         v.                     : (Muir, J.)
                                    :
DAVID PAUL HAMMER           : **ELECTRONICALLY FILED**


## <u>CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE</u>

The undersigned states that Anne L. Saunders, Esquire, was contacted on December 6, 2004, regarding the requested Motion for Continuance of the scheduled January 10, 2005, hearing but, due to her absence from work, neither concurrence nor non-concurrence could be given by that office.

Respectfully submitted,

THOMAS A. MARINO
United States Attorney



By     s/Frederick E. Martin
FREDERICK E. MARTIN
Assistant United States Attorney
PA 57455
Herman T. Schneebeli Federal Bldg.
240 West Fourth Street, Suite 316
Williamsport, PA 17701-6465
Tele:  (570) 326-1935
FAX:  (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated:  December   6  , 2004