IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA   : Crim. No. 4:CR-96-00239
             : Civil No. 4:CV-02-00510
    v.       : (Muir, J.)
             :
DAVID PAUL HAMMER     : **ELECTRONICALLY FILED**


## <u>AMENDED CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE</u>

After unsuccessfully attempting to contact Anne L. Saunders, Esquire, regarding the United States' Motion for Continuance of the scheduled January 10, 2005, hearing, had contact with Michael Wiseman, Esquire, co-counsel on December 7, 2004.  Mr. Wiseman advised that defense counsel could take no position on the requested motion until December 10, 2004, to allow for consultation with David Paul Hammer, as well as all counsel.

        Respectfully submitted,

        THOMAS A. MARINO
        United States Attorney


        By____s/Frederick E. Martin_____
        FREDERICK E. MARTIN
        Assistant United States Attorney
        PA 57455
        Herman T. Schneebeli Federal Bldg.
        240 West Fourth Street, Suite 316
        Williamsport, PA 17701-6465
        Tele:  (570) 326-1935
        FAX:  (570) 326-7916
        Electronic Mail:
        Fred.Martin@usdoj.gov
Dated:  December __7__, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      : Crim. No. 4:CR-96-00239
                              : Civil No. 4:CV-02-00510
         vs.                  : (Muir, J.)
                              :
DAVID PAUL HAMMER            :  **ELECTRONICALLY FILED**

**CERTIFICATE OF SERVICE**

    I hereby certify that I caused a true and correct copy of the foregoing

**AMENDED CERTIFICATE OF
CONCURRENCE/NON-CONCURRENCE**

to be electronically mailed on December __7__, 2004 to:

ADDRESSEE:
        Anne L. Saunders, Esquire
        Anne_Saunders@fd.org


        Michael Wiseman, Esquire
        Michael_Wiseman@fd.org


                          __s/Frederick E. Martin_____
                          FREDERICK E. MARTIN
                          Assistant United States Attorney