**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

_____

UNITED STATES OF AMERICA,

                Respondent,

        v.

DAVID PAUL HAMMER,

            Petitioner.

_____

:
:
:    Criminal No. 4:CR–96-239
:
:    Judge Muir
:
:    Electronically Filed
:
:
:
:
:
:

**PETITIONER'S UNOPPOSED MOTION FOR TRANSFER TO THE**
**UNITED STATES PENITENTIARY AT TERRE HAUTE, INDIANA**

Petitioner, David Paul Hammer, through undersigned counsel, respectfully requests that he be immediately transferred from the United States Prison at Lewisburg, Pennsylvania, and returned to the United States Prison at Terre Haute, Indiana, pending the rescheduling of his § 2255 Habeas Corpus evidentiary hearing.

In support of this Motion, Petitioner states the following:

1.      On December 10, 2004, the United States Attorneys Office filed a Notice of Petitioner's Concurrence to their earlier request for a continuance of the § 2255 evidentiary hearing currently scheduled to commence January 10, 2005.

2.      The Government, in its motion for a continuance, requested that this Court reschedule Petitioner's evidentiary hearing for April 2005, or later, so as to allow the Government adequate time to retain the necessary experts and respond to Petitioner's Supplement and Third Amended Petition for Habeas Corpus Relief. Undersigned counsel and Petitioner concur in the Government's request for a continuance.

3.      In the event that this Court grants the Government's motion, Petitioner respectfully requests that he be transferred back to the USP at Terre Haute, Indiana, until a time much closer to the start of his § 2255 evidentiary hearing.   Undersigned counsel believe at this stage of the litigation that they can adequately consult with Petitioner at the USP Terre Haute and therefore Petitioner's transfer will not hinder or interfere with preparations for the evidentiary hearing.

WHEREFORE, Petitioner respectfully requests that he be immediately transferred from the United States Prison at Lewisburg, Pennsylvania, and returned

to the United States Prison at Terre Haute, Indiana, pending the rescheduling of his

§ 2255 Habeas Corpus evidentiary hearing

Respectfully submitted,

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)

s/ Michael Wiseman
MICHAEL WISEMAN, ESQUIRE
Supervisory Assistant Federal Defender
Attorney ID#PA 75342
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Building
Independence Square West
Philadelphia, PA 19106
(Michael_Wiseman@fd.org)

## CERTIFICATE OF SERVICE

I, Anne Saunders, Esquire, do hereby certify that on this date I served a copy

of the foregoing *Petitioner's Motion For Transfer To The United States Penitentiary*

*At Terre Haute*, via Electronic Case Filing, or by placing a copy in the United States

mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA.  17701-6465

Michael R. Regan
United States Marshal
Federal Building, 10th Floor
228 Walnut Street
PO Box 11686
Harrisburg, PA   17108

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

Joseph Smith, Warden
Lori Cunningham, Esquire
Lewisburg USP
2400 Robert F. Miller Drive
Lewisburg, PA.  17837

Date: December 10, 2004

Respectfully submitted,

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)
Attorney for David Paul Hammer