# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

_____

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 4:CR–96-239 |
| Respondent, | : | |
| | : | Judge Muir |
| v. | : | |
| | : | Electronically Filed |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Petitioner. | : | |

_____ :

## PETITIONER'S CERTIFICATE OF CONCURRENCE

Petitioner hereby files this Certificate of Concurrence.

1.    Pursuant to L.R. 7.1 undersigned counsel communicated with Respondents' counsel to determine if Respondents concur in the relief requested in *Petitioner's Motion For Transfer To The United States Penitentiary at Terre Haute, Indiana.*

2.    Mr. Martin advised that the United States Attorneys Office concurs with the relief requested by Petitioner.

Respectfully Submitted,

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966


s/ Michael Wiseman
Supervisory Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Court Division
Defender Association of Philadelphia
Suite 545 West – The Curtis Building
Independence Square West
Philadelphia, PA 19106
(Michael_Wiseman@fd.org)

Dated:  December 10, 2004