## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

_____

UNITED STATES OF AMERICA,

                 Respondent,

              v.

DAVID PAUL HAMMER,

                 Petitioner.

_____ :

:   Criminal No. 4:CR–96-239

:   Judge Muir

:   Electronically Filed

## ORDER

AND NOW, upon consideration of David Paul Hammer's *Motion For Transfer From The United States Penitentiary at Lewisburg to the United States Penitentiary at Terre Haute, Indiana*, it is hereby ORDERED and DIRECTED that Mr. Hammer be transferred to the United States Penitentiary at Terre Haute as expeditiously as possible.

BY THE COURT

_____