IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 4:CR-96-00239 |
| | : Civil No. 4:CV-02-00510 |
| v. | : (Muir, J.) |
| | : |
| DAVID PAUL HAMMER | : **ELECTRONICALLY FILED** |

### SECOND AMENDED CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE

COMES NOW, the undersigned and states that on December 10, 2004, he spoke with Anne L. Saunders, Esquire, and Michael Wiseman, Esquire.  Both attorneys indicated that, after discussing the matter, the defense concurs in the United States' Motion for Continuance of the scheduled January 10, 2005, hearing filed on December 7, 2004.  Hammer's counsel also urge, as does the prosecution, that this Court extend any pertinent deadlines, including those for the exchange of findings of fact and conclusions of law.

Respectfully submitted,

THOMAS A. MARINO
United States Attorney

By  s/Frederick E. Martin
FREDERICK E. MARTIN
Assistant United States Attorney
PA 57455
Herman T. Schneebeli Federal Bldg.
240 West Fourth Street, Suite 316
Williamsport, PA 17701-6465
Tele:  (570) 326-1935
FAX:  (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated:  December   10  , 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA          : Crim. No. 4:CR-96-00239
                                  : Civil No. 4:CV-02-00510
            vs.                   : (Muir, J.)
                                  :
DAVID PAUL HAMMER                 :  **ELECTRONICALLY FILED**


<u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that I caused a true and correct copy of
the foregoing

**SECOND AMENDED CERTIFICATE OF
CONCURRENCE/NON-CONCURRENCE**

to be electronically mailed on December 10 , 2004 to:

ADDRESSEE:
          Anne L. Saunders, Esquire
          Anne_Saunders@fd.org


          Michael Wiseman, Esquire
          Michael_Wiseman@fd.org



                              s/Frederick E. Martin
                         FREDERICK E. MARTIN
                         Assistant United States Attorney