FILED
WILLIAMSPORT

DEC 1 0 2004

Per_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,               :
                                        :
      Respondent,                        :    Criminal No. 4:CR–96-239
                                        :
      v.                                 :    Judge Muir
                                        :
DAVID PAUL HAMMER,                      :    Electronically Filed
                                        :
      Petitioner.                        :
                                        :

## ORDER

AND NOW, upon consideration of David Paul Hammer's *Motion For Transfer From The United States Penitentiary at Lewisburg to the United States Penitentiary at Terre Haute, Indiana*, it is hereby ORDERED and DIRECTED that Mr. Hammer be transferred to the United States Penitentiary at Terre Haute as ~~expeditiously as~~ *soon as* ~~possible~~ *practicable*.

BY THE COURT

_____