IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA            :
                                    :    Criminal No.  4: CR-96-239
            Respondent              :
        v.                          :
                                    :    Judge Muir
                                    :
DAVID PAUL HAMMER                   :
                                    :
            Petitioner              :    (Electronically Filed)

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME UNTIL
DECEMBER 20, 2004 IN WHICH TO FILE HAMMER'S REPLY
TO THE GOVERNMENT'S OPPOSITION TO HAMMER'S MOTION
FOR LEAVE TO FILE SUPPLEMENTAL AND THIRD AMENDED
MOTION TO VACATE AND SET ASIDE CONVICTION AND SENTENCE
PURSUANT TO 28 U.S.C. 2255 BY A PERSON IN FEDERAL CUSTODY**

_____

AND NOW comes David Paul Hammer, through counsel, and respectfully

requests an extension of time until December 20, 2004 in which to file his *Reply to the*

*Government's Opposition to Hammer's Motion for Leave to File Supplemental and*

*Third Amended Motion to Vacate and Set Aside Conviction and Sentence Pursuant to 28 U. S. C. 2255 by a Person in Federal Custody*, and in support thereof, states the following:

1.    On November 4, 1998, this Court sentenced David Paul Hammer to death following his conviction for first degree murder.

2.    On December 1, 2003, Mr. Hammer filed a motion to withdraw his previously filed petition pursuant to 28 U.S.C. § 2255.  On January 16, 2004, this Court granted that motion.

3.    On June 3, 2004, the Court of Appeals issued an order and opinion granting the Certificate of Appealability, remanding the matter to this Court for further proceedings and granting a stay of execution pending those proceedings.

4.    On September 9, 2004, this Court scheduled an evidentiary hearing for January 10, 2005.

5.    Following litigation of discovery issues and present counsel's record review and investigation, Hammer filed his *Motion for Leave to File Supplemental and Third Amended Motion to Vacate and Set Aside Conviction and Sentence Pursuant to 28 U. S. C. § 2255 by a Person in Federal Custody* on November 30, 2004.  This Court issued an Order on December 1, 2004 directing that the Government file its Brief in Opposition to Hammer's Motion to Supplement and Amend on December 10, 2004 and that Hammer file his Reply on December 15, 2004.

6.     On December 6, 2004, the Government filed a Motion to Continue the Evidentiary Hearing.  Hammer concurred on December 10, 2004 and on the same date, this Court issued an order cancelling the January 10, 2004 evidentiary hearing and continuing it until the April, 2005 trial term.

7.     Counsel has made every effort to respond to the Government's procedural and substantive objections to Hammer's motion to supplement and amend. Due to scheduling conflicts and counsel's other obligations, counsel has been unable to complete Hammer's Reply Brief, although counsel expects to complete the document within a few days.  Accordingly, counsel respectfully requests an extension of time to file his reply until December 20, 2004.

8.     Counsel has spoken with Assistant United States Attorney Frederick Martin who informs counsel that he concurs in Hammer's request for an extension.

WHEREFORE, David Paul Hammer, through his counsel, respectfully requests that this Court GRANT his *Unopposed Motion for Extension of Time until December 20, 2004 in which to File Hammer's Reply to the Government's Opposition to Hammer's Motion for Leave to File Supplemental and Third Amended Motion to*

*Vacate and Set Aside Conviction and Sentence Pursuant to 28 U.S.C. § 2255 by a*

*Person in Federal Custody.*

Respectfully Submitted,


s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)

s/ Michael Wiseman
MICHAEL WISEMAN, ESQUIRE
Supervisory Assistant Federal Defender
Capital Habeas Corpus Unit
Federal Court Division
Defender Association of Philadelphia
Suite 545 West – The Curtis Building
Independence Square West
Philadelphia, PA 19106
(Michael_Wiseman@fd.org)

Dated:  December 15, 2004

## CERTIFICATE OF SERVICE

I, Anne Saunders, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing *Unopposed Motion for Extension of Time until December 20, 2004 in which to File Hammer's Reply to the Government's Opposition to Hammer's Motion for Leave to File Supplemental and Third Amended Motion to Vacate and Set Aside Conviction and Sentence Pursuant to 28 U.S.C. 2255 by a Person in Federal Custody* via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA  17701-6465

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

Dated:  December 15, 2004

Respectfully submitted,

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)
Attorney for David Paul Hammer