IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

         Respondent          :    Criminal No.  4: CR-96-239

       v.                                :

                                      :    Judge Muir

DAVID PAUL HAMMER          :

         Petitioner            :    (Electronically Filed)

## STATEMENT OF CONCURRENCE

AND NOW comes David Paul Hammer, through counsel, and, pursuant to  Rule

7.1 of the Local Rules of the United States District Court for the Middle District of

Pennsylvania, respectfully states the following:

Counsel, Anne Saunders, Esquire, has contacted Frederick Martin, Esquire, who

informs counsel that he concurs with Hammer's *Motion for Extension of Time until*

*December 20, 2004 in which to File Hammer's Reply to the Government's Opposition*

*to Hammer's Motion for Leave to File Supplemental and Third Amended Motion to*

*Vacate and Set Aside Conviction and Sentence Pursuant To 28 U.S.C. 2255 by a Person*

*in Federal Custody*.

                                    Respectfully submitted,

                                    s/ Anne L. Saunders
                                    ANNE L. SAUNDERS, ESQUIRE
                                    Asst. Federal Public Defender
                                    Attorney ID #PA 48458
                                    100 Chestnut Street, Suite 306
                                    Harrisburg, PA 17101
                                    Tel. No. (717) 782-3843
                                    Fax No. (717) 782-3966
                                    (Anne_Saunders@fd.org)