**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 4:CR–96-239 |
| Respondent | : | |
| | : | Judge Muir |
| v. | : | |
| | : | Electronically Filed |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

AND NOW, upon consideration of David Paul Hammer's *Unopposed Motion for Extension of Time until December 20, 2004 in Which to File Hammer's Reply to the Government's Opposition to Hammer's Motion for Leave to File Supplemental and Third Amended Motion to Vacate and Set Aside Conviction and Sentence Pursuant To 28 U.S.C. 2255 by a Person in Federal Custody*, it is hereby ORDERED and DIRECTED that said motion is GRANTED. Hammer's Reply Brief shall be filed on or before December 20, 2004.

BY THE COURT

_____