UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :CRIM. NO. 4:CR-96-00239
             :CIVIL NO. 4:CV-02-00512
      v.         : (Muir, J.)
                :
   DAVID PAUL HAMMER     : **ELECTRONICALLY FILED**

## <u>MOTION OF THE UNITED STATES TO FILE SUR-REPLY BRIEF</u>

COMES NOW, the United States Attorney, Thomas A. Marino, United States Attorney for the Middle District of Pennsylvania, and in accordance with Local Rule 7.7 requests permission of this Honorable Court to file a sur-reply brief in the above-captioned case on whether this Court should allow for the filing by Hammer of a Third Amended Petition.  In support of this request, the following background is provided.

1.  Under the local rules adopted for this Court for pleadings normally the parties are allowed to file a supporting brief for a motion, an opposition thereto, and a reply brief. However, Local Rule 7.7 allows for additional pleadings to be filed but only with Court permission.

2.  Hammer's counsel filed a timely eight page brief in support of his request to amend his § 2255 petition on November 30, 2004.  The prosecution submitted an eleven page opposition on December 10, 2004.  Thereafter, with the concurrence from the prosecution for an extension of time, Hammer's attorneys presented a twenty-two page reply.

3.   In Hammer's original brief, his counsel, while generally referring to 28 U.S.C. § 2255, made no reference whatsoever to the 1996 amendments of that provision in accordance with the Anti-Terrorism and Effective Death Penalty Act (AEDPA) which established for the first time a general one-year statute of limitations.  The prosecution in its opposition alluded to this bar.  It was not until the reply brief that Hammer's attorney raised multiple and new reasons to justify the filing of the Third Amended Petition at this time.  These include Hammer's alleged mental infirmities, supposed predecessor counsel's neglect, and Hammer's alleged innocence.  None of these themes were, but could have been, presented in the original brief supporting the filing of an amended petition.  Moreover, with respect to at least one issue, predecessor counsel's behavior, Hammer's attorneys do not refer to a recent decision by the Third Circuit on the interplay of AEDPA and such claims.

4.   This Court has delayed until April 2005, any hearing in this case.  Consequently, there is sufficient time for the Court to consider a sur-reply brief.

5.   It is submitted that given the size and character of the reply brief filed by Hammer's counsel, fairness suggests that the prosecution have an opportunity to respond to new matters raised in it.

6.   Counsel for Hammer was contacted on December 21, 2004. Michael Wiseman, Esquire concurs in allowing the prosecution to file a sur-reply brief with the understanding that Hammer, if requested, could file the "last word" or a sur sur-reply brief, a proposition with which the prosecution has no objection.

WHEREFORE, for the above-stated reasons, this Honorable Court is urged to allow for the filing by the prosecution of a sur-reply brief on whether leave should be given to file a Third Amended Petition by or before January 4, 2005.

Respectfully submitted,

THOMAS A. MARINO
United States Attorney

By s/Frederick E. Martin
FREDERICK E. MARTIN
Assistant United States Attorney
PA 57455
Herman T. Schneebeli Federal Bldg.
240 West Fourth Street, Suite 316
Williamsport, PA 17701-6465
Tele: (570) 326-1935
FAX: (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated:  December 22, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            : Crim. No. 4:CR-96-00239
                                    : Civil No. 4:CV-02-00510
            vs.                     : (Muir, J.)
                                    :
DAVID PAUL HAMMER                   : **ELECTRONICALLY FILED**


## CERTIFICATE OF SERVICE

    I hereby certify that I caused a true and correct copy of the foregoing

**MOTION OF THE UNITED STATES
TO FILE SUR-REPLY BRIEF, CERTIFICATE OF CONCURRENCE/
NON-CONCURRENCE, and proposed ORDER**

to be electronically mailed on December 22     , 2004 to:

ADDRESSEE:

        Anne L. Saunders, Esquire
        Anne_Saunders@fd.org

        Michael Wiseman, Esquire
        Michael_Wiseman@fd.org


          s/Frederick E. Martin
        FREDERICK E. MARTIN
        Assistant United States Attorney