IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     : Crim. No. 4:CR-96-00239
                                :         4:CV-02-00510
         v.                     : (Muir, J.)
                                :
DAVID PAUL HAMMER          : **ELECTRONICALLY FILED**

## **CERTIFICATE OF CONCURRENCE**

The undersigned hereby states that Michael Wiseman, Esquire was contacted regarding his concurrence/nonconcurrence in the United States' motion to file a sur-reply.  Mr. Wiseman concurred on behalf of his client with the understanding a sur sur-reply may be filed if necessary.

Respectfully submitted,

THOMAS A. MARINO
United States Attorney


By s/Frederick E. Martin
FREDERICK E. MARTIN
Assistant United States Attorney
PA  57455
Herman T. Schneebeli Federal Bldg.
240 West Fourth Street, Suite 316
Williamsport, PA 17701-6465
Tele:  (570) 326-1935
FAX:  (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated: December 22 , 2004