IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No.  4: CR-96-239 |
| | : | |
| v. | : | |
| | : | Judge Muir |
| | : | |
| DAVID PAUL HAMMER | : | Electronically Filed |

_____

**NOTICE OF FILING PROPOSED ORDER REGARDING DNA TESTING
THAT HAS BEEN AGREED UPON BY BOTH PARTIES**

_____

AND NOW comes DAVID PAUL HAMMER, and respectfully notifies this

Court of the following:

1.     This case is presently on the April, 2005, trial list for a hearing on

Hammer's second amended § 2255 motion.  On November 29, 2004, Hammer filed

a document entitled "Petitioner's Motion for Leave to Conduct Forensic Testing" and brief in support thereof.  The Government filed a brief in opposition on December 8, 2004 and Hammer filed his reply brief on December 10, 2004.

2.      On December 14, 2004, this Court granted Hammer's motion for forensic testing and directed counsel to submit a proposed order within 20 days outlining the scope and extent of the forensic testing.  This Court further directed that, should the parties not agree on a proposed order, each side should file separate proposed orders withing 25 days.

3.      The parties have reached an agreement as to the proposed order which is attached.[1]  The parties have further agreed that the date and time for the packaging and submission of the materials shall be set at a time that is mutually convenient for the assigned FBI agents and Dr. Harper.

Respectfully Submitted,

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
(Anne_Saunders@fd.org)

---

[1]Due to the holidays and vacation schedules, counsel were unable to finalize the proposed order until this date.

s/ Michael Wiseman
MICHAEL WISEMAN, ESQUIRE
Supervising Assistant Federal Defender
Attorney ID#PA 75342
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
Tel. No. (215)928-0520
(Michael_Wiseman@fd.org)

## CERTIFICATE OF SERVICE

I, Anne Saunders, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing *Notice of Filing Proposed Order Regarding DNA Testing that has been agreed upon by both parties* via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA.  17701-6465

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

Date:  January 6, 2005

Respectfully submitted,

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)
Attorney for David Paul Hammer