# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

_____

UNITED STATES OF AMERICA,

           Respondent,

           v.

DAVID PAUL HAMMER,

           Petitioner.

_____

:
:
:     Criminal No. 4:CR–96-239
:
:     Judge Muir
:
:     Electronically Filed
:
:
:
:
:

## PETITIONER'S UNOPPOSED MOTION FOR A
## ONE WEEK EXTENSION OF TIME TO
## FILE MEMORANDUM IN SUPPORT OF
## THIRD AMENDED MOTION

Petitioner, through counsel, hereby moves for a one week extension of time to file his memorandum in support of the Third Amended Section 2255 Motion.

1.     On November 30, 2005 Petitioner filed a motion to permit amendments to his pending Section 2255Motion.

2.     On January 27, 2005 this Court granted that motion in part, and ordered Petitioner to file a memorandum in support of the amended grounds for relief by February 18, 2005.

3.     Counsel have been diligently drafting the memorandum, however, will be unable to complete the memorandum by this deadline, and request that the

Court permit a one week extension of time. Counsels' inability to complete the memorandum is due to a variety of case-related assignments and responsibilities.

4.      Undersigned counsel has communicated with Assistant United States Attorney Fred Martin, who has authorized counsel to advise the Court that he has no objection to this request.

WHEREFORE, Petitioner requests that the Court extend his time to file the memorandum up to and including February 25, 2005.

Respectfully submitted,


_____
Michael Wiseman, Esq.
Capital Habeas Corpus Unit
Federal Court Division
Defender Association of Philadelphia
Suite 545 West, Curtis Building
Independence Square West
Philadelphia, PA 19106
215-928-0520

Dated:      Philadelphia, PA
            February 17, 2005

## CERTIFICATE OF SERVICE

I, Michael Wiseman, Esquire, do hereby certify that on this 17th day of February, 2005 I served a copy of the foregoing via Electronic Case Filing, or by placing a copy in the United States mail, first class addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Federal Building, Room 217
228 Walnut Street
Harrisburg, PA 17108

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

s/ Michael Wiseman
MICHAEL WISEMAN, ESQUIRE