# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 4:CR–96-239 |
| Respondent, | : | |
| | : | Judge Muir |
| v. | : | |
| | : | Electronically Filed |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Petitioner. | : | |
| | : | |

### Statement of Concurrence

Counsel hereby files this statement pursuant to  Rule 7.1 of the Local Rules

of the United States District Court for the Middle District of Pennsylvania.

Counsel has communicated with Assistant United States Attorney, Fred

Martin regarding Petitioner's request for a one week extension of time to file his

Memorandum in Support of the Third Amended Section 2255 Motion, and that

Mr. Martin does not oppose this request.

Respectfully Submitted


Michael Wiseman, Esq.
Capital Habeas Corpus Unit
Defender Association of Philadelphia
Suite 545 West, Curtis Building
Independence Square West
Philadelphia, PA 19106
215-928-0520

## CERTIFICATE OF SERVICE

I, Michael Wiseman, Esquire, do hereby certify that on this 17th day of February, 2005 I served a copy of the foregoing via Electronic Case Filing, or by placing a copy in the United States mail, first class addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Federal Building, Room 217
228 Walnut Street
Harrisburg, PA 17108

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

s/ Michael Wiseman
MICHAEL WISEMAN, ESQUIRE