# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 4:CR–96-239 |
| Respondent, | : | |
| | : | Judge Muir |
| v. | : | |
| | : | Electronically Filed |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Petitioner. | : | |
| | : | |
| | : | |
_____ :

### PETITIONER'S MEMORANDUM IN SUPPORT OF
### UNOPPOSED MOTION FOR ONE WEEK EXTENSION
### OF TIME TO FILE MEMORANDUM IN SUPPORT
### OF THIRD AMENDMENT TO SECTION 2255 MOTION

This Court partially granted Petitioner's motion (filed on November 30, 2005) to permit a third amendment to his Section 2255 motion.  In its order of January 27, 2005 this Court also directed counsel to file a memorandum in support of the third amendment no later than February 18, 2005.  For a number of reasons, counsel requests a one week extension of that time.

Counsel has been diligently working on the memorandum.  However, due to the demands of their capital-case  practice, this work has competed with other case-related demands in both state and federal courts.  Counsel represents to this

1

Court that this request if required by the demands of this capital case and is not predicated upon any desire or attempt to delay or vex.  This request is necessitated by the counsels' good faith desire and duty to provide their client with their best efforts in this grave matter.

As indicated in the Certificate of Concurrence, the United States does not oppose this request.

Respectfully Submitted,


Michael Wiseman, Esq.
Capital Habeas Corpus Unit
Defender Association of Philadelphia
Suite 545 West, Curtis Building
Independence Square West
Philadelphia, PA 19106
215-928-0520

**CERTIFICATE OF SERVICE**

I, Michael Wiseman, Esquire, do hereby certify that on this 17th day of February, 2005 I served a copy of the foregoing via Electronic Case Filing, or by placing a copy in the United States mail, first class addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Federal Building, Room 217
228 Walnut Street
Harrisburg, PA 17108

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

s/ Michael Wiseman
MICHAEL WISEMAN, ESQUIRE