IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :
                             :    Criminal No.  4: CR-96-239
                             :
            v.               :
                             :    Judge Muir
                             :    (Electronically Filed)
DAVID PAUL HAMMER            :

_____

**ORDER**

_____

AND NOW, upon consideration of David Paul Hammer's *Unopposed Motion for a One Week Extension of Time to File Memorandum (Brief) in Support of Third Amended Motion*, it is hereby ORDERED and DIRECTED that Petitioner's unopposed motion is GRANTED.

Petitioner's Brief in Support of the Third Amended Petition shall be filed on or before February 25, 2005.

BY THE COURT,

_____
J.

## **CERTIFICATE OF SERVICE**

I, Anne Saunders, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing *Proposed Order to Petitioner's Unopposed Motion for a One Week Extension of Time to File Memorandum (Brief) in Support of Third Amended Motion* via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA. 17701-6465

Respectfully submitted,

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)

Date: February 17, 2005