IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

                :    Criminal No.  4: CR-96-239

                :

      v.            :

                :    Judge Muir

                :    (Electronically Filed)

DAVID PAUL HAMMER        :

---

## ORDER

---

AND NOW, upon consideration of David Paul Hammer's *Unopposed Motion for a One Week Extension of Time to File Memorandum (Brief) in Support of Third Amended Motion*, it is hereby ORDERED and DIRECTED that Petitioner's unopposed motion is GRANTED.

FILED
WILLIAMSPORT

FEB 17 2005

Per_____
DEPUTY CLERK

Petitioner's Brief in Support of the Third Amended Petition shall be filed on or before February 25, 2005.

BY THE COURT,

_____
                                    J.