APRIL 2005 TRIAL LIST
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | Abbreviated Case Name | Criminal or Civil No. | Date Indictment or Complaint Filed |
|---|---|---|---|
| 1. | U.S. v. Hammer | 4:CR-96-00239 | 9/18/96 |
| 2. | U.S. v. Rodriguez-Carvajal | 4:CR-94-00285 | 11/8/94 |
| 3. | U.S. v. Mabry | 4:CR-04-00120 | 3/25/04 |
| 4. | U.S. v. Banks | 4:CR-05-00026 | 1/13/05 |
| 5. | The McGraw-Hill Companies, Inc. v. University Park Media, Inc., et al. | 4:CV-03-02195 | 12/4/03 |
| 6. | Zimmerman v. HCR Manor Care, et al. | 4:CV-04-00629 | 3/24/04 |
| 7. | Chao v. Shingara, et al. | 4:CV-04-02063 | 9/20/04 |
| 8. | Chao, et al. v. Shingara, et al. | 4:CV-04-02805 | 12/27/04 |

ORDER
February 23, 2005

TABLE OF CONTENTS

¶1   Trial List

¶2   Juries

¶3   Order of Trials

¶4   Notice of Start of Each Trial

¶5   Progress of the List

¶6.1 Points for Charge

FILED
WILLIAMSPORT

FEB 2 3 2005

Per_____ 𝒢𝒜K
DEPUTY CLERK

¶6.2 Special Interrogatories

¶7    Exhibits, Proof of Contents of

¶8    Meetings with Counsel

¶9    Conflict with Trials in Other Courts

¶10   Proposed Voir Dire Questions in Criminal Cases

¶11   Continuances

¶12   Local Rules

¶13   Pro Se Parties

¶14   Telephone and FAX Numbers

¶15   Plea Agreements

¶16   Late Settlements

¶17   Special Provisions as to Certain Cases

      Index

1.    Trial List.  The above cases will comprise the trial list for the April, 2005, Williamsport session for the undersigned judge.  The list will constitute a trailing docket.  The cases will be tried at the United States Courthouse, Williamsport, Pennsylvania.

2.    Juries.  Juries will be drawn in the above order beginning at 10:00 a.m. on April 4, 2005, in Williamsport for those cases on the list which are to be tried to a jury. If a case is to be tried to a summary jury, simultaneously with or immediately following selection of the regular jury in that case, a summary jury will also be selected for that case.  Counsel in each case shall take notes of the jurors' biographies as they are given in prior cases so that no juror will be required to give his or her

biography in open court more than twice on a given jury drawing date.  No attorney or party shall personally or through an investigator or other person directly or indirectly interview, question or examine any juror during the pendency of the trial or with respect to deliberations or verdict of the jury except with leave of court granted upon good cause shown.

3.    Order of Trials.  Criminal cases, excluding evidentiary hearings, will be tried first.  All cases subject to a summary trial will then be tried.  Thereafter, the civil cases will be tried in the above order without distinction as between jury and non-jury cases.

4.    Notice of Start of Each Trial.  The deputy clerk shall give one attorney on each side in each case at least 17 hours notice by telephone call to his or her office that the trial of his or her case will start on a day certain at a given time.

5.    Progress of the List.  Each counsel shall have the responsibility of ascertaining through the Clerk's Office in Williamsport the progress of the cases on the list so that he or she will be ready when called.

6.    Points for Charge and Special Interrogatories.

6.1  Points for Charge.  Points for charge shall be submitted in triplicate, one to a page, identified by the name of the party and a number, and shall state the best authority for the point.  Only the first page need contain the caption.  In order that the Court will ordinarily have ample time to prepare the charge, points for charge shall be

submitted <u>no later than 3 working days before trial</u> and may be supplemented for matters arising during the trial which could not have been reasonably anticipated by the party submitting such supplemental points. M.D. Pa. Local Rule 51.1. The proposed points shall contain the precise language which the Court is requested to use in its charge to the jury. In preparing points for charge, counsel shall take cognizance of the fact that the Court frequently uses special verdict questions in civil cases. In a case where a special verdict is to be used counsel shall exclude from the points for charge legal concepts and statements as to law applicable to the case which are not necessary to enable the jury to make its findings upon each issue of fact in the case.

6.2 <u>Special Interrogatories.</u> If in any criminal case there are (1) factual issues required to be decided by the jury as a result of Apprendi v. New Jersey, 530 U.S. 466, 120 S.Ct. 2348 (2000) or U.S. v. Blakely, 124 S.Ct. 2531 (2004), or (2) factual issues required to be decided by the jury relating to a lesser included offense or offenses, counsel shall attempt to agree upon a joint statement of proposed special interrogatories. The proposed special interrogatories shall be typed one to a page and shall be serially numbered. The joint statement of proposed special interrogatories shall include undisputed proposed special interrogatories as well as proposed interrogatories about

4

which there is a dispute.  Undisputed interrogatories shall be marked "U" at the end of each interrogatory.  When there is a dispute as to the language of a specific proposed special interrogatory, the parties shall each propose a special interrogatory and shall indicate who proposed each interrogatory.  Related disputed interrogatories shall follow each other or be arranged alongside each other in the joint statement so that the Court may readily compare them.  If a party objects to an interrogatory being asked on a particular subject, such party shall indicate such objection and, on the assumption that the Court will ask an interrogatory on the subject, shall without prejudice either join in the interrogatory or propose a different interrogatory on the subject.  In order that the Court will have ample time to prepare the special interrogatories, the joint statement shall be <u>filed in Williamsport at least one week before the date set for the start of jury drawings.</u>.

7.    <u>Exhibits, Proof of Contents of</u>.  The portions of all exhibits which are to be considered by the trier of fact shall be read aloud in open court so that the trier or triers of the fact may grasp the important language.  Only portions of exhibits so read will be considered by the trier or triers of the facts unless, in a jury case, counsel agree when the jury retires to deliberate that particular unredacted exhibits may be submitted to the jury. At the time a documentary exhibit is first presented to a witness for identification, counsel shall hand to the law clerk or deputy

5

clerk two additional copies of the exhibit so that the judge and law clerk may follow the witness's testimony with respect to the exhibit. Pages of an exhibit exceeding 2 pages in length shall be numbered unless the exhibit is dated and arranged in a chronological or reverse chronological order. Normally, immediately after a witness has concluded his testimony the Court will entertain a motion for admission of all exhibits identified for the first time by that witness. The originals of all documentary exhibits shall be kept on the shelf at the Clerk of Court's desk in the courtroom or on the easel so that the Clerk of Court may take custody of them at the close of business each day.

8.    Meetings with Counsel.  In order to conserve jurors' time and reduce the number of side bar conferences, the Court will entertain motions and other matters each morning at 9:30 A.M. Notice of such conference shall be given to the undersigned judge through the Clerk of Court in the U.S. Courthouse at Williamsport, Pennsylvania, telephone number 570-323-6380 no later than 8:35 A.M. on the day of the requested conference.

9.    Conflict with Trials in Other Courts.  If when a case on this trial list is called for trial counsel is actually in trial in a Pennsylvania state court or in a federal court, not merely attached for trial, this case will be deferred at the request of such counsel until that trial shall have terminated.  If a case in such other court is called for trial on the same day that it is called for trial in this court, we will defer to the other court and counsel shall be deemed in trial in the other court on that

6

particular day. Because predictions as to the length of a trial by counsel or a judge are always risky, counsel to whom deferment is accorded shall wait until termination of the conflicting trial in the state or other federal court and then shall forthwith notify the Clerk in Williamsport by telephone of such termination. Thereafter, unless said counsel is a sole practitioner, when the case on this trial list is reached for trial, it shall be tried by said counsel, or, if said counsel is engaged in another trial, the case on this trial list shall be tried by such other counsel as he or she shall designate; provided, however, that if at that time counsel for another party is actually in trial, he or she shall have the right to elect deferral under the provisions of this paragraph. "Counsel" in this paragraph means the chief trial counsel for a party in both this court and the state court or in the other federal court, as the case may be.

10.    <u>Proposed Voir Dire Questions in Criminal Cases.</u> In all criminal cases, the Court will ask voir dire questions which cover the subject matter of all voir dire questions in criminal cases contained in §2.06 of the Bench Book for U.S. District Judges prepared by the Federal Judicial Center, July, 1996 edition. Copies of that section of the Bench Book may be obtained from the Clerk of Court in Williamsport. Additional proposed voir dire questions, if any, shall be <u>filed in Williamsport at least one week before the date set for the start of jury drawings</u>. Counsel shall not submit as additional proposed voir dire questions any which are covered by those contained in the Bench Book. The Court will rule

7

on the proposed voir dire questions at least by the jury drawing and any counsel may ask any questions which are not disapproved by the Court as well as any appropriate follow-up questions. Additional requests for questions which could not reasonably have been foreseen may be made at the jury drawing. The questions shall be so framed that an affirmative answer by a prospective juror will indicate a potentially disqualifying factor.

11.  Continuance of Trial.  Absent exigent circumstances, all motions for trial continuances shall be filed no later than two weeks before the date set for the start of jury drawings. Failure to move for a continuance in a timely manner may be grounds for denial of the motion.

12.  Local Rules.  The Local Rules were most recently revised effective March 3, 2003. A copy of the current Local Rules may be obtained from the Clerk of the Court by writing to Clerk of Court, U.S. District Court, Suite 218, 240 West Third Street, Williamsport, PA 17701-6460. The revised rules also appear in "Pennsylvania Rules of Court--Federal" published by West Publishing Co.

13.  Pro Se Parties.  Any party who is not represented by counsel shall have all the duties which would normally be placed upon his or her counsel by the Local Rules, this order, and other orders of this Court.

14.  Telephone and FAX Numbers.  Counsel shall file with the clerk the numbers of their office and residence telephones and

their FAX numbers, if any, at least by the start of the jury drawings.

15.  <u>Plea Agreements.</u>  Absent exigent circumstances, all plea agreements shall be properly executed and filed no later than two weeks before the date set for the start of jury drawings. Failure to execute and file the same in a timely manner may be grounds for denial of a motion for any continuance in the case.

16. <u>Late Settlements</u>.  Whenever any civil action scheduled for jury trial is settled or otherwise disposed of in advance of the actual trial, jurors' costs, including mileage and per diem, shall be assessed equally against the parties unless the Clerk's Office at the place the trial is to be held is notified of the settlement in sufficient time to permit the Clerk to advise the jurors that their attendance will not be necessary.  Notice to such Clerk's Office before 5:00 P.M. on the last business day preceding the day on which the trial of the action is to start shall be adequate for such purpose.  Notice may be given to the Deputy Clerk, Rebecca Kuhns, at her residence, telephone number 570-329-3112, after hours and over the weekend.  Any party may apply to the Court for a different assessment of such costs or relief therefrom.

17.  <u>Special Provisions as to Certain Cases.</u>  The case of United States v. Hammer is on the list for a hearing on Hammer's §2255 motion.  A joint hearing will be held in the two Chao v.

Shingara cases on Plaintiff's requests for the issuance of a permanent injunction.

_____
MUIR, U.S. District Judge

INDEX

A

Another Court, Attachment in or
        Conflict with, See Conflicts with
        Trials in Other Courts

Attachments in Another Court,
        See Conflicts with Trials in Other
        Courts

C

Charge, Points for
        See Points for Charge

Conflicts with Trials in Other Courts                    ¶9

Contents of Exhibits, see
        Exhibits, Proof of Contents

Continuances, Trial                                       ¶11

Counsel, Meetings with
        See Meetings with Counsel

Court, Another, Conflict with Trial in
        See Conflicts with Trials in Other
        Courts

D

Delayed Start of Case, see Special Provisions
        as to Certain Cases

E

Exhibits, Proof of Contents                               ¶7

F

FAX Numbers, See Telephone and Fax Numbers

J

Juries                                              ¶2

Jurors, Contact With                               ¶2

L

Late Settlements                                   ¶16

Local Rules                                        ¶12

M

Meetings with Counsel                              ¶8

N

Notice of Start of Trial                           ¶4

O

Order of Trials                                    ¶3

P

Plea Agreements                                    ¶15

Points for Charge                                  ¶6.1

Pro Se Parties                                     ¶13

Proof of Contents of Exhibits
    See Exhibits, Proof of Contents

Progress of List                                   ¶5

R

Rules, Local
    See Local Rules

S

Special Provisions as to Certain Cases             ¶17

Special Interrogatories, Criminal Cases            ¶6.2

T

Telephone and FAX Numbers                                    ¶14

Telephone Numbers
        See Telephone and Fax Numbers

Trials, Continuance
        See Continuance, Trial

Trial List                                                   ¶1

V

Voir Dire Questions, Criminal Cases                          ¶10