IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :   Criminal No.  4: CR-96-239
                                  :
        v.                        :
                                  :   Judge Muir
                                  :   (Electronically Filed)
DAVID PAUL HAMMER                 :

_____

**UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING**

_____

AND NOW comes David Paul Hammer, through counsel, and respectfully

moves this Court to continue the Section 2255 Evidentiary Hearing presently set to

begin on April 4, 2005, for at least a period of ninety-days or until July, 2005, and, in

support thereof, states the following:

1.     On November 4, 1998, this Court sentenced David Paul Hammer to death following his conviction for first degree murder.

2.     Following grant of the Government's unopposed Motion to Continue, this Court set the Section 2255 Evidentiary Hearing on the April, 2005 trial list.  At that time, there remained a number of outstanding issues, including:  the disclosure of expert reports generated as a result of previously ordered specialized testing; the collection and disclosure of documents and evidence relevant to ineffective assistance of counsel claims raised in the Second Amended Petition; and, the determination of outstanding motions previously filed by Petitioner.

3.     On December 14, 2004, this Court granted Petitioner's Motion to Conduct Forensic Testing, directing the parties to present to the Court a proposed order outlining the scope and extent of the forensic testing or, should the parties be unable to agree, notify the Court and present separate proposed orders so that the Court could schedule a hearing to determine these issues (Document 1027).  On January 6, 2005, the parties filed notice of agreement and a proposed order outlining the parameters of the packaging and submission of the materials to be tested (Document 1039).

4.     Following supplemental briefing, this Court issued its Order on January 27, 2005, granting, in part, and denying, in part, Petitioner's Motion for Leave to File

Supplemental and Third Amended Petition. This Court further directed that Petitioner file his Brief in Support of the Third Amended Petition on February 18, 2005 and that subsequent briefing conform with the Local Rules of Court (Document 1042). That briefing is on-going and, pursuant to the scheduling requirements under the Local Rules of Court, will culminate in late-March, 2005.

5.      As a result of this Court's Order granting Petitioner leave to supplement and amend his prior Section 2255 Petition with supplemental claims involving ineffective assistance of counsel, the Government has requested additional discovery of prior counsel's materials. Counsel for both parties are cooperating to complete this process but, due to the schedules of both prior and present counsel, do not expect that process of collection and submission to be completed before late-March, 2005.

6.      In compliance with the prior agreement, counsel arranged an agreed-upon time for both parties' representatives to package and ship the materials and evidence for forensic testing in February, 2005. Although Petitioner's counsel arranged with the forensic testing facility to conduct the testing expeditiously, counsel has learned that the testing results will not be completed until late-March, 2005.

7.      Following this Court's order granting the continuance of the evidentiary hearing, the parties reached an agreement that Dr. Gur's report regarding the specialized testing previously conducted would be provided to the Government in

January, 2005.  Despite counsel, and Dr. Gur's, diligent efforts, that report was not completed until February 2, 2005.  Likewise, due to scheduling conflicts, counsel was unable to provide the Government with Dr. Grassian's supplemental report until the following week.  Thus, despite due diligence on the part of both parties, the Government has not yet disclosed the identity of experts it intends to call or provided defense counsel with those experts' reports, although counsel are cooperating to resolve this process as expeditiously as possible.

8.    The parties have acted diligently to prepare for the April 4, 2005 evidentiary hearing.  However, as the above demonstrates, it is unlikely that all necessary issues will be resolved in sufficient time for counsel to adequately prepare for the hearing in this capital case.

9.    In light of the above-described factors and the matters that remain outstanding in preparation for this hearing as well as counsels' other case-related assignments and obligations, Petitioner respectfully requests that the Evidentiary Hearing be continued until July, 2005.  This request is made in good faith, due to the circumstances described above, and is not predicated on pursuit of undue delay.

10.    Counsel has contacted Assistant United States Attorney Frederick E. Martin who informs counsel that the Government concurs in Petitioner's request.

4

WHEREFORE, Petitioner, by his counsel, respectfully requests that this Court grant his motion to continue the evidentiary hearing presently set for April 4, 2005, for at least ninety days or  until July, 2005.

Respectfully submitted,

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)


s/ Michael Wiseman
MICHAEL WISEMAN,  ESQUIRE
Supervising Assistant Federal Defender
Attorney ID#PA 75342
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Building
Independence Square West
Philadelphia, PA 19106
(Michael_Wiseman@fd.org)

Dated: February 25, 2005

## CERTIFICATE OF SERVICE

I, Anne Saunders, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing *Unopposed Motion to Continue Evidentiary Hearing* via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA.  17701-6465

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

Date:  February 25, 2005

Respectfully submitted,

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)

Attorney for David Paul Hammer