IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

     :   Criminal No.   4: CR-96-239

     :

     v.      :

     :   Judge Muir

     :   (Electronically Filed)

DAVID PAUL HAMMER      :

_____

**CERTIFICATE OF CONCURRENCE**

_____

AND NOW comes David Paul Hammer, through counsel, and pursuant to Rule

7.1 of the Local Rules of the United States District Court for the Middle District of

Pennsylvania and respectfully states the following:

Counsel, Anne Saunders, has contacted Assistant United States Attorney Frederick E. Martin, who informs counsel that the Government concurs with Hammer's *Motion to Continue Evidentiary Hearing*.

Respectfully submitted,

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)