IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA           :
                                   :   Criminal No.  4: CR-96-239
                                   :
              v.                   :
                                   :
                                   :   Judge Muir
                                   :   (Electronically Filed)
DAVID PAUL HAMMER                  :

**ORDER**

February 28, 2005

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On November 4, 1998, this Court sentenced David Paul Hammer to die by

lethal injection for the first degree murder of Andrew Marti.  The relevant history of

this case since the imposition of the sentence of death is set forth in prior orders.

This case is presently on the April, 2005, trial list for a hearing on Hammer's

Section 2255 motion.  On December 14, 2004, this Court granted Petitioner's Motion

In granting that motion, the Court directed

to Conduct Forensic Testing, ~~directing~~ the parties to present to the Court a proposed order outlining the scope and extent of the forensic testing or, should the parties be unable to agree, notify the Court and present separate proposed orders so that the Court could schedule a hearing to determine these issues (Document 1027). On January 6, 2005, the parties filed a notice of agreement and a proposed order outlining the parameters of the packaging and submission of the materials to be tested (Document 1039).

In compliance with the prior agreement, counsel arranged an agreed-upon time for both parties' representatives to package and ship the materials and evidence for forensic testing in February, 2005. Although Petitioner's counsel arranged with the forensic testing facility to conduct the testing expeditiously, the testing results will not be completed until late-March, 2005.

On January 27, 2005, the Court issued an Order, granting, in part, and denying, in part, Petitioner's Motion for Leave to File Supplemental and Third Amended Petition. This Court further directed that Petitioner file his Brief in Support of the Third Amended Petition on February 18, 2005 and that subsequent briefing conform with the Local Rules of Court (Document 1042). Pursuant to the scheduling requirements under the Local Rules of Court, briefing will culminate in late-March, 2005.

2

As a result of the Court's Order granting Petitioner leave to supplement and amend his prior Section 2255 Petition with supplemental claims involving ineffective assistance of counsel, the Government has requested additional discovery of prior counsel's materials. Counsel for both parties are cooperating to complete this process but do not expect that process of collection and submission to be completed before late-March, 2005.

Despite due diligence on the part of both parties, pre-hearing preparation and disclosure of expert reports in preparation for the Evidentiary Hearing will not be completed in sufficient time for counsel to adequately prepare for the hearing in this capital case.

In light of the above-described factors and the matters that remain outstanding, a request for continuance could not have been anticipated and filed any sooner and is consistent with the Court of Appeals remand direction that an evidentiary hearing be conducted with "reasonable expedition." Accordingly, the requested continuance is required to allow for fair consideration of the issues arising out of this capital case.

NOW THEREFORE IT IS HEREBY ORDERED THAT:

1.    The evidentiary hearing presently set for April 4, 2005 has been CANCELLED;

2.  The evidentiary hearing will be placed on the July, 2005 trial list.  Proposed findings of fact and conclusions of law shall be filed *within* / *writing day after the conclusion of the hearing*

BY THE COURT,

_____

MUIR, United States District Judge