IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA          : Crim. No. 4:CR-96-00239
                                  : Civil No. 4:CV-01-00510
            v.                    : (Muir, J.)
                                  :
DAVID PAUL HAMMER                 : **ELECTRONICALLY FILED**


**UNITED STATES' MOTION FOR EXTENSION
OF TIME IN WHICH TO RESPOND
TO PETITIONER'S THIRD AMENDED MOTION
TO MODIFY SENTENCE OR FOR RELIEF
UNDER SECTION 2255**

COMES NOW, the United States by Thomas A. Marino, United States Attorney for the Middle District of Pennsylvania and moves this Honorable Court for an extension of time until March 28, 2005, in which to respond to petitioner's supplemental and Third Amended Motion to Vacate and Set Aside Conviction and Sentence, pursuant to 28 U.S.C. § 2255, by a person in federal custody. In support of this request, the following details are provided.

1.  On November 30, 2004, petitioner filed a motion to permit amendments to his pending Section 2255 motion.

2.  On January 27, 2005, this Court granted that motion, in part, and ordered petitioner to file a memorandum in support of the amended grounds for relief by February 18, 2005.  With the concurrence of the prosecution and by order of this Court Hammer's counsel received a one week extension of time to file their supporting legal arguments.

3.  Hammer's counsel ultimately filed their legal memorandum on February 25, 2005.  Under applicable local rules any opposition should be filed on or about March 14, 2005.

4.  Counsel have been diligent in preparing a timely response.  Hammer's pleadings contain new issues as well as expand considerably on existing ones.  Moreover, there remains a need to coordinate a response with the Capital Crimes Unit of the Justice Department.

5.  On March 11, 2005, the prosecution discussed this proposed extension of time with Hammer's counsel who agreed to extend the government's response deadline until March 28, 2005.

WHEREFORE, for the above-stated reasons, it is respectfully requested that this Court grant the United States an extension until March 28, 2005, to respond to the petitioner's recently filed memorandum.  An order is appended hereto for the convenience of the Court.

Respectfully submitted,

THOMAS A. MARINO
United States Attorney


By s/Frederick E. Martin
FREDERICK E. MARTIN
Assistant United States Attorney
PA 57455
Herman T. Schneebeli Federal Bldg.
240 West Fourth Street, Suite 316
Williamsport, PA 17701-6465
Tele:  (570) 326-1935
FAX:  (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated: March  11 , 2005

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      : Crim. No. 4:CR-96-00239
                                     : Civil No. 4:CV-01-00510
         v.                    : (Muir, J.)
                                       :
DAVID PAUL HAMMER                     : **ELECTRONICALLY FILED**


## CERTIFICATE OF SERVICE

    I hereby certify that I caused a true and correct copy of the foregoing

**UNITED STATES' MOTION FOR EXTENSION
OF TIME IN WHICH TO RESPOND
TO PETITIONER'S THIRD AMENDED MOTION
TO MODIFY SENTENCE OR FOR RELIEF
UNDER SECTION 2255 and
proposed ORDER**

to be electronically mailed on March 11 , 2005 to:

ADDRESSEE:
        Anne L. Saunders, Esquire
        Anne_Saunders@fd.org


        Michael Wiseman, Esquire
        Michael_Wiseman@fd.org


                                 s/Frederick E. Martin
                             FREDERICK E. MARTIN
                             Assistant United States Attorney


4