IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   : Crim. No. 4:CR-96-00239
          : Civil No. 4:CV-01-00510
    v.        : (Muir, J.)
          :
DAVID PAUL HAMMER    : **ELECTRONICALLY FILED**

## CERTIFICATE OF CONCURRENCE

COMES NOW, the United States Attorney, Thomas A. Marino, United States Attorney for the Middle District of Pennsylvania and in accordance with its submission dated March 11, 2005, and this Court's practices, states that on behalf of petitioner, counsel indicated concurrence in the requested extension of time until March 28, 2005, in which to respond to his Third Amended Motion to Vacate and Set Aside Conviction, pursuant to 28 U.S.C. § 2255.

         Respectfully submitted,

         THOMAS A. MARINO
         United States Attorney


         By  s/Frederick E. Martin
         FREDERICK E. MARTIN
         Assistant United States Attorney
         PA 57455
         Herman T. Schneebeli Federal Bldg.
         240 West Fourth Street, Suite 316
         Williamsport, PA 17701-6465
         Tele: (570) 326-1935
         FAX: (570) 326-7916
         Electronic Mail:
         Fred.Martin@usdoj.gov

Dated:  March 11, 2005