IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA     : Crim. No. 4:CR-96-00239

                     :

        v.                 : (Muir, J.)

                     :

DAVID PAUL HAMMER        : **ELECTRONICALLY FILED**


## ORDER

March ____, 2005

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On November 30, 2004, petitioner filed a motion to permit amendments to his pending Section 2255 motion.  On January 27, 2005, this Court granted that motion, in part, and ordered petitioner to file a memorandum in support of the amended grounds for relief by February 18, 2005.  With the concurrence of the prosecution and by order of this Court, Hammer's counsel received a one week extension of time to file their supporting legal arguments.

Hammer's counsel ultimately filed their legal memorandum on February 25, 2005.  Under applicable local rules any opposition should be filed on or about March 14, 2005.

Counsel for the United States state they have been diligent in preparing a timely response.  Hammer's pleadings contain new issues as well as expand considerably on existing ones.  Moreover, there remains a need to coordinate a response with the Capital Crimes Unit of the Justice Department.

On March 11, 2005, the prosecution discussed this proposed extension of time with Hammer's counsel who agreed to extend the government's response deadline until March 28, 2005.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT** the United States has until March 28, 2005, to respond to petitioner's Third Amended Motion to Vacate and Set Aside Conviction, pursuant to 28 U.S.C. § 2255.

_____

MUIR, UNITED STATES DISTRICT JUDGE