**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

_____

|                              |   |                          |
|------------------------------|---|--------------------------|
| UNITED STATES OF AMERICA,    | : |                          |
|                              | : | Criminal No. 4:CR–96-239 |
| Respondent,                  | : |                          |
|                              | : | Judge Muir               |
| v.                           | : |                          |
|                              | : |                          |
| DAVID PAUL HAMMER,           | : |                          |
|                              | : |                          |
| Petitioner.                  | : |                          |
|                              | : |                          |

_____ :

**PETITIONER'S MOTION FOR AN ORDER
PERMITTING COUNSEL TO BE PRESENT
AT THE GOVERNMENT'S MENTAL HEALTH EVALUATION
AND
UNCONTESTED REQUEST FOR EXPEDITED BRIEFING**

Petitioner, DAVID PAUL HAMMER, through undersigned counsel hereby move for an order permitting counsel to be present for mental health evaluations to be conducted by Government experts.  In support of this Motion, Petitioner states the following.

1.    Pending before the Court is Petitioner's Motions for relief under 28 U.S.C. § 2255.  The Court has ordered an evidentiary hearing on Petitioner's claim, and that hearing is scheduled for July, 2005.

2.      On February 18, 2005 counsel requested that the Government disclose to Petitioner the mental health experts that it intended to call at the evidentiary hearing.  The Government responded to this request by letter of March 15, 2005 (copy attached as an exhibit), indicating that it planned to use Dr. Daryl Matthews and Dr. Daniel Martell and further indicating that these experts wished to evaluate Petitioner.

3.      In a letter of March 17, 2005 counsel responded to the Government that Petitioner had a right to have counsel present for the evaluations.  The Government responded in a letter of March 22, 2005 indicating its opposition to the presence of counsel.[1]  (Copies of counsels' letter of March 17 and the Government's response of March 22, 2005 are attached as exhibits).

4.      The evaluations are currently scheduled for April 11 and 12, 2005.

5.      Petitioner through counsel request the presence at the evaluation of one of his counsel, Michael Wiseman, and his investigator, Pamela Tucker.  The purpose of counsel's presence is to safeguard Petitioner's rights under the Fifth and Sixth Amendments to the United States Constitution, and 21 U.S.C. § 848(q).

---

[1]Although counsel indicated in her letter of March 17, 2005 that Petitioner desired to have counsel and <u>defense experts</u> present for the evaluations, Petitioner has modified his request and currently only wishes to have counsel and an investigator present.

The purpose of the investigator's presence is to act as a witness to what is said and done at the evaluation, should factual disputes arise at the hearing as to what transpired at the evaluations.

6.    As outlined in the accompanying *Brief*, Mr. Hammer has a constitutional and statutory right to the presence of counsel.  Moreover, these rights will be effectuated by the presence of the investigator, inasmuch as counsel cannot place himself in the position of being a witness.

7.    Given the short time before these evaluations are to occur, Petitioner requests that the Court establish an expedited schedule for the briefing and disposition of this Motion.  Petitioner is filing this *Motion* and *Brief* within 24 hours of learning of the Government's opposition to their attendance.  As indicated in the accompanying Certificate of Concurrence, the Government does not oppose expedited briefing.

WHEREFORE, for the reasons set forth above and in explained in the accompanying *Brief*, Petitioner requests that the Court grant his *Motion*, and order that counsel and counsels' investigator be permitted to attend the mental health evaluations to be conducted by Government experts.  Given the truncated time frame before the evaluations, and counsels' need to plan to attend should the Court grant the *Motion*, counsel requests that the Court order expedited briefing, which

the Government does not oppose.

Respectfully submitted,


s/ Michael Wiseman                      s/ Anne L. Saunders
MICHAEL WISEMAN, ESQUIRE                ANNE L. SAUNDERS, ESQUIRE
Supervising Assistant Federal Defender  Asst. Federal Public Defender
Attorney ID#PA 75342                    Attorney ID #PA 48458
Defender Association of Philadelphia    100 Chestnut Street, Suite 306
Federal Court Division-Capital Habeas Unit  Harrisburg, PA 17101
Suite 545 West – The Curtis Building    (Anne_Saunders@fd.org)
Philadelphia, PA 19106
(Michael_Wiseman@fd.org)

### Certificate of Service

I, Michael Wiseman, hereby certify that on this date I served a copy of the foregoing via Electronic Case Filing, or by placing a copy in the United States mail, first class, addressed as follows:

Frederick E. Martin, Esquire           Gwynn X. Kinsey, Jr., Esquire
United States Attorney's Office         United States Department of Justice
Herman T. Schneebeli Federal Building   Criminal Division, Capital Case Unit
Suite 316                               1331 F. Street, N.W.
240 West Third Street                   Washington, D.C. 20530
Williamsport, PA.  17701-6465


Date: March 23, 2005

                                        s/ Michael Wiseman
                                        Michael Wiseman