**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

_____

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Respondent, | :     Criminal No. 4:CR–96-239 |
| | : |
| v. | :     Judge Muir |
| | : |
| DAVID PAUL HAMMER, | : |
| | : |
| Petitioner. | : |
| | : |

_____ :

**PETITIONER'S CERTIFICATE OF NON-CONCURRENCE
AND CONCURRENCE**

Counsel for Petitioner, David Paul Hammer, hereby submit this Certificate

of Concurrence and Non-Concurrence.

Counsel for Petitioner have today filed a *Motion for an Order Permitting*

*Counsel to Be Present at the Government's Mental Health Evaluation*

*and Uncontested Request for Expedited Briefing and Consideration.*  Undersigned

counsel has been in communication with counsel for the Government (AUSA Fred

Martin) who has authorized counsel to relate that the Government:

A.     Does **not** concur in the *Motion*; and

B.     **Concurs** with Petitioner's request for expedited briefing and

consideration of the Motion.

Respectfully Submitted,

/s/ Michael Wiseman

Michael Wiseman
Capital Habeas Corpus Unit
Federal Court Division
Defender Association of Philadelphia
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
Michael_Wiseman@fd.org
215-928-0520

Counsel for Petitioner

## Certificate of Service

I, Michael Wiseman, hereby certify that on this date I served a copy of the foregoing via Electronic Case Filing, or by placing a copy in the United States mail, first class, addressed as follows:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA.  17701-6465

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

Date: March 23, 2005

s/ Michael Wiseman
Michael Wiseman

2