**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

_____

|                                  |   |                              |
|----------------------------------|---|------------------------------|
| UNITED STATES OF AMERICA,        | : |                              |
|                                  | : | Criminal No. 4:CR–96-239     |
|     Respondent, | : |                           |
|                                  | : | Judge Muir                   |
|     v.       | : |                              |
|                                  | : |                              |
| DAVID PAUL HAMMER,               | : |                              |
|                                  | : |                              |
|     Petitioner. | : |                           |
|                                  | : |                              |
| _____ | : |                            |

**ORDER**

And now, this ___ day of _____ 2005, upon consideration of *Petitioner's Uncontested Request for Expedited Briefing* regarding his *Motion for an Order Permitting Counsel to be Present at the Government's Mental Health Evaluation*, it is hereby Ordered:

The request is granted.  The Government shall submit its Answer and Brief in Opposition to the *Motion* no later than March ___, 2005 and Petitioner may file a Reply Brief no later than 72 hours thereafter.

**SO ORDERED,**

_____
Malcolm Muir, U.S.D.J.