**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

_____

UNITED STATES OF AMERICA,

              Respondent,

       v.

DAVID PAUL HAMMER,

              Petitioner.

_____

:
:
:
:   Criminal No. 4:CR–96-239
:
:   Judge Muir
:
:
:
:
:
:
:
:

**ORDER**

And now, this ___ day of ____ 2005, upon consideration of _Petitioner's Motion for an Order Permitting Counsel to be Present at the Government's Mental Health Evaluation_ and the Government's _Answer_, it is hereby Ordered:

1. The _Motion_ is granted. Counsel for Petitioner, Michael Wiseman, and investigator Pamela Tucker, will be permitted to attend the mental health evaluations to be conducted by the Government's mental health experts on April 11 and 12, 2005 or at any continuation thereafter;

2. That the Government may impose reasonable restrictions upon the placement of counsel and the investigator within the exam room so at not to interfere with the evaluation.

3. That the Government will provide to counsel for Petitioner a list of all psychological, psychiatric or medical examinations that the Governments experts intend to administer during the evaluations. Said list shall be provided within three days of the date of this order.

**SO ORDERED,**

_____

Malcolm Muir, U.S.D.J.