# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

        Respondent,

        v.

DAVID PAUL HAMMER,

        Petitioner.

:
:
:
:
:
:
:
:
:
:
:
:

Criminal No. 4:CR–96-239

Judge Muir

## ORDER

And now, this _7th_ day of _March_ 2005, upon consideration of *Petitioner's Uncontested Request for Expedited Briefing* regarding his *Motion for an Order Permitting Counsel to be Present at the Government's Mental Health Evaluation,* it is hereby Ordered:

    The request is granted. The Government shall submit its Answer and Brief in Opposition to the *Motion* no later than ~~March~~ _April_ _4_ , 2005 and Petitioner may file a Reply Brief no later than 72 hours thereafter.

**SO ORDERED,**

_____
Malcolm Muir, U.S.D.J.