IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 4:CR-96-00239 |
| | : Civil No. 4:CV-01-00510 |
| v. | : (Muir, J.) |
| | : |
| DAVID PAUL HAMMER | : **ELECTRONICALLY FILED** |

**UNITED STATES' SECOND MOTION FOR EXTENSION
OF TIME IN WHICH TO RESPOND
TO PETITIONER'S THIRD AMENDED MOTION
TO MODIFY SENTENCE OR FOR RELIEF
UNDER SECTION 2255**

COMES NOW, the United States by Thomas A. Marino, United States Attorney for the Middle District of Pennsylvania and moves this Honorable Court for an extension of time until April 18, 2005, within one week after the defense provides the government with supplemental discovery in which to respond to petitioner's supplemental and Third Amended Motion to Vacate and Set Aside Conviction and Sentence, pursuant to 28 U.S.C. § 2255, by a person in federal custody.  In support of this request, the following details are provided.

1.  On November 30, 2004, petitioner filed a motion to permit amendments to his pending Section 2255 motion.

2.  On January 27, 2005, this Court granted that motion, in part, and ordered petitioner to file a memorandum in support of the amended grounds for relief by February 18, 2005.  With the concurrence of the prosecution and by order of this Court

Hammer's counsel received a one week extension of time to file their supporting legal arguments.

3.  Hammer's counsel ultimately filed their legal memorandum on February 25, 2005.  Under applicable local rules any opposition should have been filed on or about March 14, 2005.

4.  Following this Court's ruling of January 27, 2005, which allowed for an expansion of the pleadings to include multiple claims of ineffectiveness of trial counsel, the prosecution on February 15, 2005, wrote Hammer's new attorneys and requested voluntary disclosure of additional attorney-client materials which became relevant due to the additional Sixth Amendment claims.  By letter dated February 18, 2005, Hammer's counsel advised that the supplemental discovery would be provided "probably" by March 21, 2005.  A copy of defense counsel's letter is attached as Exhibit 1.

5.  On March 11, 2005, the prosecution discussed an initial proposed extension of time for filing its responsive brief with Hammer's counsel who agreed to extend the government's response deadline until March 28, 2005.  At the time concurrence was given, one of Hammer's attorneys requested an extension of time within which to provide the additional attorney-client discovery materials until "the end of April."  While concurrence was given to that extension of discovery by the undersigned, that

development was not forwarded to counsel in the Capital Crimes Unit who is assisting in formulating the responsive memorandum. Until recently, he thought that Hammer's attorneys were still planning on providing supplemental discovery by March 21, 2005, as they previously stated.

6.  It is the belief of government counsel that what supplemental attorney-client materials are released, based upon matters of record such as Hammer's ambivalence on whether to proceed with multiple claims of ineffectiveness of trial counsel, will have a direct impact on how to respond and what arguments to present to Hammer's most recent amended pleadings.  It would be better for this Court to have one comprehensive and more fact-specific pleading from the prosecution to consider than a more generalized submission.

7.  On March 24, 2005, contact was made with Hammer's attorney regarding their position on this requested extension of time.  Counsel stated their concurrence and expectation that the supplemental discovery would be provided to the government no later than April 11, 2005.

WHEREFORE, for the above-stated reasons, it is respectfully requested that this Court allow for the government to file its

opposition memorandum one week after the defense provides

promised supplemental attorney-client discovery or by April 18,

2005.

Respectfully submitted,

THOMAS A. MARINO
United States Attorney

By s/Frederick E. Martin
FREDERICK E. MARTIN
Assistant United States Attorney
PA 57455
Herman T. Schneebeli Federal Bldg.
240 West Fourth Street, Suite 316
Williamsport, PA 17701-6465
Tele:  (570) 326-1935
FAX:  (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated: March 24 , 2005

4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA : Crim. No. 4:CR-96-00239
 : Civil No. 4:CV-01-00510
 v. : (Muir, J.)
 :
DAVID PAUL HAMMER : **ELECTRONICALLY FILED**


### CERTIFICATE OF SERVICE

 I hereby certify that I caused a true and correct copy of the foregoing

**UNITED STATES' SECOND MOTION FOR EXTENSION
OF TIME IN WHICH TO RESPOND
TO PETITIONER'S THIRD AMENDED MOTION
TO MODIFY SENTENCE OR FOR RELIEF
UNDER SECTION 2255 and
proposed alternate ORDERs**

to be electronically mailed on March 24 , 2005 to:

ADDRESSEE:
 Anne L. Saunders, Esquire
 Anne_Saunders@fd.org


 Michael Wiseman, Esquire
 Michael_Wiseman@fd.org


  s/Frederick E. Martin
  FREDERICK E. MARTIN
  Assistant United States Attorney