# ᵣEDERAL PUBLIC DEFENDEₙₙ

## CAPITAL HABEAS UNIT
MIDDLE DISTRICT OF PENNSYLVANIA
100 CHESTNUT STREET, SUITE 306
HARRISBURG, PENNSYLVANIA 17101-2540
TELEPHONE: (717) 782-3843
FAX: (717) 782-3966

**FEDERAL PUBLIC DEFENDER**
JAMES V. WADE

**ASSISTANT FEDERAL DEFENDER**
ANNE L. SAUNDERS

February 18, 2005

Frederick E. Martin, Esquire
Assistant United States Attorney
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA. 17701-6465

RE:    United States v. Hammer

Dear Mr. Martin:

I am in receipt of your letter dated February 15, 2005 regarding your supplemental discovery requests in light of the Court's order granting, in part, Mr. Hammer's Motion to Amend his Section 2255 Petition. In light of the schedules of counsel (both prior counsel and those presently on this case), it will probably be March 21, 2005 before we will be able to comply with your request. It there any problems with this kindly let me know.

In addition, in your motion for a continuance, you noted that the Government intends to hire expert witnesses in anticipation of the evidentiary hearing. We would request that the identity and Curriculum Vitae of each expert you intend to call be disclosed within ten days and that reports of these experts be provided to us no later than mid-March so that we can prepare for the April evidentiary hearing. If there are any problems with this request, kindly let us know within a week so we can file the appropriate motion.

Feel free to contact me about the above or any other matters regarding this case.

Sincerely,

Anne Saunders
Assistant Federal Defender

GOVERNMENT
EXHIBIT
1