Mar 31 05 08:54a      Dr. Daryl Matthews        808 735 8164              p.2

## AFFIDAVIT

I, Daryl B. Matthews, being duly sworn do hereby state under penalty of perjury as follows:

1.   I am a forensic psychiatrist and have been a member of Park Dietz Associates for a period of fifteen years.

2.   Part of my duties involve conducting psychiatric evaluations within the criminal justice system.

3.   The reasons for exclusion of third parties from forensic psychiatric examination includes:

(A) It is intrusive to have another person in the room, which interferes with the ordinary examiner-examinee interaction.

(B) Presence of other parties is unnecessary, since a tape of the exam will be provided; the examinee has the right to consult with counsel on request during the exam.

I declare under penalty of perjury that the above statement is true and accurate.

March __31__, 2005

Daryl B. Matthews, M.D., Ph.D.
Diplomate in Psychiatry and
        Forensic Psychiatry
        American Board of Psychiatry
        and Neurology

