

GOVERNMENT
EXHIBIT
5

By: certified mail, Receipt no: 7099 3400 0007 2390 9758

Monica Foster, attorney
Rhonda Long-Sharp
719½ Mass. Ave. Suite E
Indianapolis, Indiana 46204

June 13, 2002

Re: U.S. v. Hammer, case no. 4:CR-96-234 (main)
civil no: 4:02 CV-510

Dear attorneys Foster and Long-Sharp,

It is the purpose of this letter to request in writing that each of you withdraw as my attorneys in this case. To be blunt, I do not want either of you as my lawyers; I no longer have any confidence in your abilities to represent me in this case. There have been problems in communications between us for many months. I have repeatedly attempted to resolve this with no lasting results.

Receiving Ex Parte orders through the regular mail and having the content of that order reviewed by government personnel is unacceptable.

Your inquiries into unsolved homicides in the state of Oklahoma and

Page two

elsewhere, some of which I have previously confessed to, have caused homicide detectives to renew their investigations into me as a suspect.

I have now been subjected to DNA testing as a direct result of your representation of me.

My requests for certain court orders via motions have been ignored.

My insistence that an IAC claim not be pursued has been ignored

I have never met with or spoken to the investigator on this case. I have no clear idea what exactly either of you are doing on my appeal.

These are only some of the reasons why I have lost trust and confidence in you both.

Do not call me. Do not try and visit me. All I want is word of you of my case. Monica, in addition to you of my case, I am filing an official complaint with the Indiana Bar association against you.

If you both don't move to withdraw from this case, then I will file with Judge Muir, and I will

page three

include the two letters from Oklahoma law enforcement officials advising me of their investigations and requesting to speak with me, and that I provide samples for evidence comparisons. It's your fault this bullshit is happening. It's exactly why my trial lawyers didn't pursue it.

I implore you back to withdraw from my case now!

David Paul Hammer

cc: file