**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

_____  

                              :

UNITED STATES OF AMERICA,        :

                              :    Criminal No. 4:CR–96-239

         Respondent,        :

                              :    Judge Muir

          v.                 :

                              :

DAVID PAUL HAMMER,        :

                              :

         Petitioner.         :

                              :

_____ :

**PETITIONER'S UNOPPOSED MOTION FOR**
**FIVE DAY EXTENSION OF TIME TO FILE**
**BRIEF IN REPLY TO THE GOVERNMENT'S**
**BRIEF IF OPPOSITION**

Petitioner, DAVID PAUL HAMMER, hereby moves for a five day extension of time to file his _Brief in Reply_ to the Government's _Brief in Opposition_ to the Third Amended Motion for Section 2255 relief.  The Government does not oppose this _Motion_.

1.     On November 30, 2004 Petitioner through counsel filed a motion for leave to file a third amendment to his pending section 2255 Motion.  Following briefing, on January 27, 2005 this Court granted the Motion in part, and denied it in part.  This Court also ordered that Petitioner and the Government file briefs in

1

support and in opposition to the portions of the third amendment that were either granted or provisionally granted.  Petitioner filed his brief on February 25, 2005. The Government filed its *Brief in Opposition* on April 20, 2005.

2.    Petitioner calculates that his *Brief in Reply* to the Government's *Brief in Opposition* is due on May 4, 2005.  He hereby moves for five additional days to file, until May 9, 2005.

3.    This request is necessitated by the length of the Government's *Brief in Opposition*, and the number and complexity of issues.

4.    As indicated in the attached Certificate of Concurrence, the Government does not oppose this request.   Since this Motion is unopposed, Petitioner has not filed a supporting brief.

WHEREFORE, upon the foregoing, Petitioner requests that the Court extend his time to file his *Brief in Reply* by five days.

Respectfully Submitted,

/s/ Michael Wiseman

Michael Wiseman
Capital Habeas Corpus Unit
Federal Court Division
Defender Association of Philadelphia
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520

## Certificate of Service

I, Michael Wiseman, hereby certify that on this date I served a copy of the foregoing via Electronic Case Filing, or by placing a copy in the United States mail, first class, addressed as follows:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA.  17701-6465

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

Date:  May 2, 2005

s/ Michael Wiseman
Michael Wiseman