# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

_____ _

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Criminal No. 4:CR–96-239 |
| Respondent, : | |
| : | Judge Muir |
| v. : | |
| : | |
| DAVID PAUL HAMMER, : | |
| : | |
| Petitioner. : | |
| : | |

_____ :

## CERTIFICATE OF CONCURENCE

I, Michael Wiseman, hereby certified that pursuant to this Court local rule, I communicated with opposing counsel, Frederick Martin, in regard to Petitioner's Motion to extend his time to file a *Brief in Reply* to the Government's *Brief in Opposition*, and that Mr. Martin indicated that the Government does not oppose this request.

Respectfully Submitted,

/s/ Michael Wiseman

Michael Wiseman
Capital Habeas Corpus Unit
Federal Court Division
Defender Association of Philadelphia
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
215-928-0520

**Certificate of Service**

I, Michael Wiseman, hereby certify that on this date I served a copy of the foregoing via Electronic Case Filing, or by placing a copy in the United States mail, first class, addressed as follows:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA. 17701-6465

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

Date: May 2, 2005

s/ Michael Wiseman
Michael Wiseman