# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 4:CR–96-239 |
| Respondent, | : | |
| | : | Judge Muir |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Petitioner. | : | |
| | : | |
| _____ | : | |

## ORDER

AND NOW, this _____ day of May, 2005, upon consideration of Petitioner's

Unopposed Motion for a Five Day Extension of Time to File his *Brief in Reply* to

the *Government's Brief in Opposition*, it is hereby, **ORDERED:**

Petitioner's motion is granted.  He may file is *Brief in Reply* on or before

May 9, 2005.


_____
Malcolm M. Muir, U.S.D.J.