# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Respondent,

    v.

DAVID PAUL HAMMER,

    Petitioner.

  :
  :
  :  Criminal No. 4:CR–96-239
  :
  :  Judge Muir
  :
  :
  :
  :
  :
  :

## ORDER

AND NOW, this _____ day of May, 2005, upon consideration of Petitioner's

Unopposed Motion for a Five Day Extension of Time to File his *Brief in Reply* to

the *Government's Brief in Opposition*, it is hereby, **ORDERED:**

Petitioner's motion is granted.  He may file is *Brief in Reply* on or before

May 9, 2005.

          _____
          Malcolm M. Muir, U.S.D.J.