## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

_____

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 4:CR–96-239 |
| Respondent, | : | |
| | : | Judge Muir |
| v. | : | |
| | : | (electronically filed) |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Petitioner. | : | |
| | : | |
| | : | |

_____

### MOTION FOR PRE-HEARING CONFERENCE

DAVID PAUL HAMMER, through his counsel, respectfully requests that this Court set a Pre-Hearing Conference prior to the presently-scheduled July, 2005, Section 2255 evidentiary hearing and, in support thereof, states the following:

1. On November 4, 1998, this Court sentenced David Paul Hammer to death following his conviction for first degree murder.

2.      Following remand from the Third Circuit, this matter is before this Court on Mr. Hammer's Section 2255 Petition.

3.      On February 28, 2005, this Court set the evidentiary hearing in this matter for the July, 2005 trial list.

4.      Petitioner has raised numerous issues and claims that require an extensive evidentiary presentation in this capital Section 2255 case that includes at least fifteen expert witnesses (combined between the defense and the government) and four attorney witnesses.

5.      In light of the complex and protracted nature of the evidentiary hearing counsel believe that a pre-hearing conference would be appropriate in an effort to aid the parties in resolving  scheduling issues, determine the general parameters of the presentation and settle any other outstanding issues regarding the evidentiary presentation.

6.      Counsel have spoken with Assistant United States Attorney Frederick E. Martin who states that he concurs that a pre-hearing conference would aid the parties and the Court.

WHEREFORE, for the above-stated reasons, Petitioner, through counsel, respectfully requests that this Court schedule a Pre-Hearing Conference.

Respectfully submitted,

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)


s/ Michael Wiseman
MICHAEL WISEMAN, ESQUIRE
Supervising Assistant Federal Defender
Attorney ID#PA 75342
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Building
Independence Square West
Philadelphia, PA 19106
(Michael_Wiseman@fd.org)

Dated: May 25, 2005

## **CERTIFICATE OF SERVICE**

I, Anne Saunders, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing *Motion for Pre-hearing Conference* via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA.  17701-6465

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

Date:  May 25, 2005

Respectfully submitted,

s/ Anne L. Saunders

ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)
Attorney for David Paul Hammer