**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

_____

UNITED STATES OF AMERICA,

                Respondent,

           v.

DAVID PAUL HAMMER,

             Petitioner.

_____

:
:
:    Criminal No. 4:CR–96-239
:
:    Judge Muir
:
:    (electronically filed)
:
:
:
:
:
:

**CERTIFICATE OF CONCURRENCE**

AND NOW comes David Paul Hammer, through counsel, and, pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Middle District of Pennsylvania, respectfully states the following:

Counsel for Petitioner has spoken with Frederick Martin, Esquire, who informs counsel that he concurs with Petitioner's Motion for Pre-Hearing Conference.

Respectfully submitted,

s/ Anne L. Saunders

ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)