# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>DAVID PAUL HAMMER,<br><br>    Petitioner. | : <br>: Criminal No. 4:CR–96-239<br>: <br>: Judge Muir<br>: <br>: (electronically filed)<br>: |

## ORDER

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On February 28, 2005, this Court issued an order placing this matter on the July, 2005 trial list. Presently before the Court is the motion of the Petitioner to schedule a Pre-Hearing Conference to determine the general parameters of that proceeding and resolve scheduling matters. We are of the view that the motion is advisable, and we will grant the request.

NOW, THEREFORE, IT IS ORDERED THAT:

A Pre-Hearing Conference in this matter will be held on _Thursday,_

_June 16_, 2005. at 11:00 a.m.

_____
MUIR, United States District Judge