AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

| __MIDDLE__ | DISTRICT OF | __PENNSYLVANIA__ |

UNITED STATES OF AMERICA

**NOTICE**

V.

DAVID HAMMER

CASE        4:96-CR-239

TYPE OF CASE:

**CIVIL**        X   **CRIMINAL**

☐   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. COURTHOUSE | In Chambers |
| 240 WEST THIRD STREET | DATE AND TIME |
| WILLIAMSPORT, PA | |

TYPE OF PROCEEDING

In Chambers Pre-Hearing Conference

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | 6/16/05 at 11:00 a.m. | **6/10/05 at 11:00 a.m.** |

MARY E. D'ANDREA

U.S. MAGISTRATE JUDGE OR CLERK OF

May 27, 2005

DATE

(BY) DEPUTY CLERK

CC:
Frederick E. Martin, AUSA
Gwynn Kinsey, Esq.
Anne Saunders, AFPD
Michael Wiseman, AFPD
t