# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 4:96-cr-00239 |
| | : | |
| v. | : | Honorable Malcolm Muir, U.S.D.J. |
| | : | |
| | : | Electronically Filed |
| DAVID PAUL HAMMER | : | |

_____

### NOTICE OF APPEARANCE

_____

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as co-

counsel for Petitioner in the above captioned matter.


/s/ James McHugh
Pa. Bar No. 48308
Federal Court Division - Capital Habeas
 Corpus Unit
Defender Association of Philadelphia
Suite 545 West - Curtis Center
Philadelphia, PA 9106
215-928-0520
E-mail: James_McHugh@fd.org


Dated:  Philadelphia, Pennsylvania
        June 1, 2005