# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 4:96-cr-00239 |
| | : | |
| v. | : | Honorable Malcolm Muir, U.S.D.J. |
| | : | |
| | : | Electronically Filed |
| DAVID PAUL HAMMER | : | |

**Certificate of Service**

I, James McHugh, hereby certify that on this 1st day of June, 2005, I caused a copy of the foregoing *Notice of Appearance* to be served upon the following person by first class United States Mail, postage prepaid:

Frederick E. Martin
Assistant United States Attorney
Herman T. Schneebeli Federal Building
240 West Third Street, Suite 316
Williamsport, PA 17701

/s/James McHugh