JUDGE: _____

Abbreviated Name of Case: _____  Case No. _____

Name of party submitting this list: _____

Case 4:96-cr-00239-JHS    Document 1072-2    Filed 06/01/05    Page 1 of 1

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |