IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
                        :
        v.              :   No. 4:CR-96-239
                        :
DAVID PAUL HAMMER       :   (Judge Muir)


ORDER

June 14, 2005

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On November 4, 1998, this court sentenced David Paul Hammer to die by lethal injection for the first degree murder of Andrew Marti.  The relevant history of this case since the imposition of the sentence of death is set forth in prior opinions and orders and we will not repeat that history other than as needed to address Hammer's ex parte under seal petition for writs of habeas corpus ad testificandum filed on June 13, 2005. The case is on the July, 2005, trial list for a hearing on Hammer's third amended § 2255 motion.  At the pre-hearing conference held in this case on June 10, 2005, counsel represented that they had exchanged witness lists.  In the petition for writs of habeas corpus ad testificandum Hammer requests that we issue a writ for an inmate witness.

21 U.S.C. § 848(q)(9) states in relevant part "[n]o ex parte proceeding, communication, or request may be considered . . . unless a proper showing is made concerning the need for confidentiality."  Hammer's petition does not set forth any averments justifying why it was filed ex parte and under seal.  We will deny Hammer's petition for the issuance of a writ of habeas

corpus ad testificandum without prejudice.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

Hammer's under seal ex parte petition for writs of habeas corpus ad testificandum filed on June 13, 2005 (Doc. 1077) is denied without prejudice.

s/Malcolm Muir

MUIR, U.S. District Judge


MM:gs