UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : NO. 4:CR-96-239
:
v. : (Judge Muir)
:
DAVID PAUL HAMMER :

**DEFENDANT'S MOTION FOR WRITS OF HABEAS
CORPUS AD TESTIFICANDUM**

AND NOW comes the defendant, David Paul Hammer, by his attorneys, Anne

L. Saunders of the Federal Public Defender's Office, and respectfully avers as

follows:

1.      On November 4, 1998, this Court sentenced David Paul Hammer to die

by lethal injection for the first degree murder of Andrew Marti.

2.      On January 27, 2005, this court issued an order which granted in part and

denied in part Hammer's Motion for Leave to File a Supplemental and Third

Amended § 2255 Motion.  Hammer filed a brief in support of the third amended motion on February 25, 2005.  The Government filed a brief in opposition on April 20, 2005.  Hammer filed a reply brief on May 9, 2005.

3.    On May 11, 2005, this Court issued an order dismissing ground 15 of the third amended motion.  That order also noted that the case was on the July 2005 trial list for a hearing on Hammer's third amended motion.

4.    Chester Larimore (No. P00146934) is now in the custody of the Warden of the Placer County Jail in Auburn, California, by virtue of certain writs, judgments and commitments.

5.    Chester Larimore is a necessary and material witness on behalf of defendant, David Paul Hammer, at his hearing on his third amended motion.

6.    It is believed that Chester Larimore will present facts relevant, at least, to Ground One (having to do with the false and misleading facts with respect to the circumstances of the offense); Ground Six (having to do with the false and misleading evidence surrounding the circumstances of the offense; the inconsistencies of the physical evidence and Petitioner's purported confession); Ground Seven (having to do with the Government's presentation of false and misleading evidence; the inconsistencies of the physical evidence); and, Ground Nineteen (having to do with the Government's suppression of exculpatory evidence).

7.    The Government has been notified of the identity of this witness.

WHEREFORE, David Paul Hammer requests this Honorable Court to grant and issue Writs of Habeas Corpus Ad Testificandum to have the said Chester Larimore produced before the United States Court for the Middle District of Pennsylvania, at Williamsport, Pennsylvania, to testify on behalf of the defendant at the evidentiary hearing which is scheduled to begin on July 14, 2005, at 10:00 a.m. Filed contemporaneously with this motion is one (1) separate proposed order for the inmate the defense wishes to call as a witness in this case.


Date: June 14, 2005                              Respectfully submitted,


                                        S/ Anne L. Saunders
                                        ANNE L. SAUNDERS, ESQUIRE
                                        Asst. Federal Public Defender
                                        Attorney ID #PA 48458
                                        100 Chestnut Street, Suite 306
                                        Harrisburg, PA 17101
                                        Tel. No. (717) 782-3843
                                        Fax No. (717) 782-3966
                                        (Anne_Saunders@fd.org)
                                        Attorney for David Paul Hammer

## CERTIFICATE OF SERVICE

I, Anne Saunders, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing via Eletronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA.  17701-6465

Respectfully submitted,

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)

Date: June 14, 2005