UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :   NO.  4:CR-96-239
                                   :

      v.                             :   (Judge Muir)
                                   :

DAVID PAUL HAMMER          :

ORDER OF COURT

UNITED STATES OF AMERICA TO THE WARDEN,
SUPERINTENDENT, OR PERSON IN CHARGE OF
THE PLACER COUNTY JAIL, IN AUBURN,
CALIFORNIA, OR THE UNITED STATES MARSHAL
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA:

GREETINGS:

YOU ARE COMMANDED TO PRODUCE NOW in your custody, or one of

your deputies, before the United States District Court sitting at the Federal Building

at Williamsport, Pennsylvania, on July 18, 2005, the person of CHESTER

LARIMORE (No. P00146934) whom it is alleged you legally restrain of his liberty.

The said CHESTER LARIMORE may testify at the evidentiary hearing in the case

of United States v. Hammer and you are directed to keep CHESTER LARIMORE

safe in custody, and confine him from day to day, when not appearing before the

Court.  At the conclusion of the said trial, you are directed immediately to return the

said CHESTER LARIMORE to the Placer County Jail in Auburn, California, to serve

the balance of the sentence or sentences heretofore imposed upon him.

HEREIN FAIL NOT and due return make hereof.

WITNESS my signature on this _____ day of _____, 2005.

_____
Malcolm Muir.
United States District Judge