**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

_____

|   |   |   |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 4:CR–96-239 |
| Respondent, | : | |
| | : | Judge Muir |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Petitioner. | : | |
| | : | |
| | : | |
|_____| : | |

**RESPONSE TO THE COURT'S ORDER OF JUNE 10, 2005 REGARDING**
**EX PARTE REQUESTS FOR WRITS**

AND NOW comes David Paul Hammer, by his counsel, and files the following

Response to the Court's June 10, 2005 Order that addressed, in part, counsel's *ex*

*parte* requests for Writs and, in support thereof states the following:

1.     On November 4, 1998, this Court sentenced David Paul Hammer to die

by lethal injection for the first degree murder of Andrew Marti.

2.      On January 27, 2005, this court issued an order which granted in part and denied in part Hammer's Motion for Leave to File a Supplemental and Third Amended § 2255 Motion.  Hammer filed a brief in support of the third amended motion on February 25, 2005.  The Government filed a brief in opposition on April 20, 2005.  Hammer filed a reply brief on May 9, 2005.

3.      On May 11, 2005, this Court issued an order dismissing ground 15 of the third amended motion.  That order also noted that the case was on the July 2005 trial list for a hearing on Hammer's third amended motion.

4.      On June 8, 2005, Hammer filed an *ex parte* motion for issuance of writs of habeas corpus ad testifcandum for Rodney Archambault, Mark Jordan and Terry Dean Sittig.  Hammer filed a second motion for issuance of writs for Chester Larimore on June 13, 2005.[1]

5.      On June 10, 2005, following a pre-hearing status, this Court set Hammer's hearing to begin on July 14, 2005.

6.      On the same date, the Court issued an order directing, in part, that Hammer either present a basis for the *ex parte* filing or notify the Court of Hammer's intent to notify the government of the identity of the witnesses in his *ex parte* motions.

---

[1]Counsel had not yet reviewed this Court's order of June 10th at the time she filed that motion.

7.   Counsel hereby notifies the Court that the Government has been notified of the identity of the above-referenced witnesses as well as all other witnesses counsel presently intends to call during the evidentiary hearing.

Respectfully submitted,

s/ Anne L. Saunders

ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)

s/ Michael Wiseman

MICHAEL WISEMAN, ESQUIRE
Supervising Assistant Federal Defender
Attorney ID#PA 75342
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Building
Independence Square West
Philadelphia, PA 19106

Date:  June 14, 2005       (Michael_Wiseman@fd.org)

## <u>CERTIFICATE OF SERVICE</u>

I, Anne Saunders, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing via via Eletronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA.  17701-6465

Respectfully submitted,


s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)

Date:  June 14, 2005