IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :
                          :
          v.              :  No. 4:CR-96-239
                          :
DAVID PAUL HAMMER         :  (Judge Muir)

ORDER

June 14, 2005

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On November 4, 1998, this court sentenced David Paul Hammer to die by lethal injection for the first degree murder of Andrew Marti.   The relevant history of this case since the imposition of the sentence of death is set forth in prior opinions and orders and we will not repeat that history other than as needed to address a document entitled "Forthwith Motion to Quash Writ of Habeas Corpus Ad Testificandum" filed on June 14, 2005, by counsel for Mark Jordan.   Mark Jordan is an inmate being held at the Federal Correctional Institution-Englewood in Littleton, Colorado. The writ was issued by this court at the request of counsel for Hammer for Jordan's attendance at a hearing on Hammer's third amended § 2255 motion which is on the July, 2004, trial list.

Counsel for Jordan in the motion to quash states that Jordan is a defendant in a federal murder prosecution in the District of Colorado, that the murder case is set for a hearing on July 8, 2005, that trial is scheduled to commence on August 1, 2005, and expected to last two weeks, and that in order to prepare for the case he will need access to Jordan in Colorado during the month of July. He further points out that the transport of a

federal inmate is not a simple matter. Specifically, an inmate is taken from a prison facility many days before the hearing date, that the inmate is initially moved to the "federal transportation center" and than "eventually taken to the demanding court."

In light of counsel's representations set forth in the motion, we will rescind our order of June 8, 2005, which directed the United States Marshal to produce Mark Jordan (Federal No. 48374-066) at the Federal Building at Williamsport, Pennsylvania, on July 11, 2005.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.  The under seal order of June 8, 2005, which directed the United States Marshal to produce Mark Jordan (Federal No. 48374-066) at the Federal Building at Williamsport, Pennsylvania, on July 11, 2005, is rescinded.

2.  Hammer, if he deems Jordan to be a vital witness in support of his case, shall take steps to have Jordan's testimony presented by video deposition or by video-conferencing.

s/Malcolm Muir

MUIR, U.S. District Judge

MM:gs