UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :    NO. 4:CR-96-239
                                      :
          v.    :    (Judge Muir)
                                        :
DAVID PAUL HAMMER    :    (Electronically Filed)

**DEFENDANT'S MOTION FOR ORDER DIRECTING THAT THE TESTIMONY OF MARK JORDAN OCCUR VIA VIDEOCONFERENCING**

AND NOW comes the defendant, David Paul Hammer, by his attorneys, Anne L. Saunders of the Federal Public Defender's Office, and respectfully avers as follows:

1.    On November 4, 1998, this Court sentenced David Paul Hammer to die by lethal injection for the first degree murder of Andrew Marti.

2.    On January 27, 2005, this court issued an order which granted in part and denied in part Hammer's Motion for Leave to File a Supplemental and Third Amended § 2255 Motion.  Hammer filed a brief in support of the third amended motion on February 25, 2005.  The Government filed a brief in opposition on April

20, 2005.  Hammer filed a reply brief on May 9, 2005.

3.      On May 11, 2005, this Court issued an order dismissing ground 15 of the third amended motion.  That order also noted that the case was on the July 2005 trial list for a hearing on Hammer's third amended motion.

4.      On June 8, 2005, Hammer filed a Motion for Issuance of a Writ of Habeas Corpus Ad Testificandum for Mark Jordan, (Federal No. 48374-066) who is now in the custody of the Warden of the Federal Correctional Institution - Englewood at Littleton, Colorado.

5.      On the same date, this Court signed an order granting Hammer's request for a writ to produce Mark Jordan for the July, 2005 evidentiary hearing.

6.      On June 14, 2005, counsel for Mark Jordan filed a Motion to Quash the writ (Document 1085) on the basis that Mr. Jordan's trial in Colorado was set for August 1, 2005.

7.      On the same date, this Court issued an order granting Jordan's Motion to Quash the Writ.  The Court further directed that, should they deem Jordan's testimony material, counsel for Hammer shall take steps to have Jordan's testimony conducted via videoconferencing.

8.      Counsel has contacted the institution housing Mr. Jordan which informs counsel that the institution has the facilities to conduct videoconferencing and that it can facilitate videoconferencing testimony provided it receives a court order and that

any exhibits are provided to the institution in advance of the scheduled date.

9.      Accordingly, Hammer respectfully requests that this Court issue an order directing that Jordan be made available for videoconferencing on July 21, 2005.

WHEREFORE, Hammer, by his counsel, respectfully requests that this Court grant his *Motion for Order Directing that the Testimony of Mark Jordan Occur via Videoconferencing*.

Respectfully Submitted,

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
(Anne_Saunders@fd.org)


s/ Michael Wiseman
MICHAEL WISEMAN,  ESQUIRE
Supervising Assistant Federal Defender
Attorney ID#PA 75342
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
Tel. No. (215)928-0520
(Michael_Wiseman@fd.org)

## <u>CERTIFICATE OF SERVICE</u>

I, Anne Saunders, of the Federal Public Defender's Office do hereby certify that

on this date I served a copy of the foregoing via Electronic Case Filing, or by placing

a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to

the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA.  17701-6465

James A. Castle, Esquire
1860 Race Street
Denver, CO 80206

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

Thomas J. Hammond, Esquire
1544 Race Street
Denver, CO 80206

Date:  June 29, 2005

Respectfully submitted,

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)
Attorney for David Paul Hammer