# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 4:CR-96-239 |
| | : | |
| v. | : | (Judge Muir) |
| | : | |
| DAVID PAUL HAMMER | : | (Electronically Filed) |

## ORDER

AND NOW, this ____ day of _____, 2005, upon consideration of

defendant's Motion for Order Directing That the Testimony of Mark Jordan Occur via

Videoconferencing, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the testimony of Mark Jordan, (Federal No.

48374-066) who is now in the custody of the Warden of the Federal Correctional

Institution - Englewood at Littleton, Colorado shall occur on July 21, 2005.

The parties shall provide any exhibits relevant to Jordan's testimony to the institutional representative, Beverly Rameriz prior to July 21, 2005.

BY THE COURT,

_____
Malcolm Muir.
United States District Judge