IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

     :    Criminal No.  4: CR-96-239

     :

v.      :

     :   Judge Muir

     :   (Electronically Filed)

DAVID PAUL HAMMER      :

## ENTRY OF APPEARANCE

Kindly enter my appearance in the above captioned matter:

Respectfully submitted,

Date: June 30, 2004

/s/ James Moreno
JAMES MORENO, ESQUIRE
Attorney ID#PA 86838
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
Tel. No. (215)928-0520
James_Moreno@fd.org

## CERTIFICATE OF SERVICE

I, James Moreno, do hereby certify that on this date I served a copy of the foregoing Notice of Appearance, via Eletronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Federal Building, Room 217
228 Walnut Street
Harrisburg, PA 17108

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

Date: June 30, 2005

Respectfully submitted,

/s/ James Moreno
JAMES MORENO, ESQUIRE
Attorney ID#PA 86838
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
Tel. No. (215)928-0520
James_Moreno@fd.org