UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA  :  NO. 4:CR-96-239
                          :
         v.               :  (Judge Muir)
                          :
DAVID PAUL HAMMER         :  (Electronically Filed)


**PETITIONER'S UNOPPOSED MOTION FOR ORDER DIRECTING THAT THE TESTIMONY OF ATTORNEYS MONICA FOSTER AND RHONDA LONG-SHARP OCCUR VIA VIDEOCONFERENCING**

AND NOW comes the defendant, David Paul Hammer, by his attorneys, Anne L. Saunders of the Federal Public Defender's Office, and respectfully avers as follows:

1. On November 4, 1998, this Court sentenced David Paul Hammer to die by lethal injection for the first degree murder of Andrew Marti.

2. On January 27, 2005, this court issued an order which granted in part and denied in part Hammer's Motion for Leave to File a Supplemental and Third Amended § 2255 Motion. Hammer filed a brief in support of the third amended motion on February 25, 2005. The Government filed a brief in opposition on April

20, 2005.  Hammer filed a reply brief on May 9, 2005.

3.    On May 11, 2005, this Court issued an order dismissing ground 15 of the third amended motion.  That order also noted that the case was on the July 2005 trial list for a hearing on Hammer's third amended motion.

4.    On June 14, 2005, Hammer filed a Motion for Subpoenas and Subpoenas Duces Tecum for several individuals including Monica Foster, Esquire and Rhonda Long-Sharp, Esquire.

5.    On the same date, this Court signed an order granting Hammer's Motion for subpoenas and subpoenas duces tecum.

6.    Attorneys Foster and Long-Sharp are available for a limited number of dates due to previously planned out-of-town trips, family and case-related obligations. In order to accommodate their schedules in a manner that conforms with the present progress of the evidentiary hearing as well as eliminate travel and housing costs related to requiring their presence for their testimony, Petitioner submits that conducting their testimony via videoconferencing is appropriate.

7.    The Federal Courthouse in Indianapolis, Indiana has been contacted and counsel has learned that they have the facilities to conduct videoconferencing and those facilities are available on August 10, 2005, the previously scheduled date for Attorneys Foster and Long-Sharp's testimony.  Upon order of this Court, the clerk's office will make the necessary arrangements to conduct the videoconferencing.

8.      Counsel has also made arrangements to send copies of the pre-marked exhibits counsel plans to use with these witnesses in advance of August 10, 2005.  In addition, any exhibits not provided in advance can be displayed to the witnesses during the videoconferencing.

9.      Counsel for the Government, Assistant United States Attorney Frederick E. Martin has informed the undersigned that the Government does not oppose Petitioner's request to conduct the testimony of Attorneys Foster and Long-Sharp via videoconferencing.

10.     Accordingly, Hammer respectfully requests that this Court issue an order directing that the testimony of Monica Foster and Rhonda Long-Sharp be conducted via videoconferencing on August 10, 2005 at 10:00 am EDT.

WHEREFORE, Hammer, by his counsel, respectfully requests that this Court grant his *Unopposed Motion for Order Directing that the Testimony of Attorneys Monica Foster and Rhonda Long-Sharp Occur via Videoconferencing*.

Respectfully Submitted,

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
(Anne_Saunders@fd.org)


s/ Michael Wiseman
MICHAEL WISEMAN, ESQUIRE
Supervising Assistant Federal Defender
Attorney ID#PA 75342
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
Tel. No. (215) 928-0520
(Michael_Wiseman@fd.org)

## CERTIFICATE OF SERVICE

I, Anne Saunders, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA.  17701-6465

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

Date:  August 5, 2005

Respectfully submitted,

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)
Attorney for David Paul Hammer