**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 4:CR-96-239 |
| | : | |
| v. | : | (Judge Muir) |
| | : | |
| DAVID PAUL HAMMER | : | (Electronically Filed) |

**ORDER**

AND NOW, this ____ day of _____, 2005, upon consideration of

Petitioner's Unopposed Motion for Order Directing that the Testimony of Monica

Foster, Esquire and Rhonda Long-Sharp, Esquire Occur via Videoconferencing, **IT**

**IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the testimony of Monica Foster, Esquire and Rhonda Long-Sharp, Esquire shall occur on August 10, 2005 beginning at 10:00 am EDT.   The video conference will be conducted between Williamsport, Pennsylvania and Indianapolis, Indiana.

BY THE COURT,

_____

Malcolm Muir.
United States District Judge