IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA     :

            :   Criminal No.  4: CR-96-239

            :

     v.           :

            :   Judge Muir

            :   (Electronically Filed)

DAVID PAUL HAMMER       :

## STATEMENT OF CONCURRENCE

AND NOW comes David Paul Hammer, through counsel, and, pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Middle District of Pennsylvania, respectfully states the following:

Counsel, Anne Saunders, Esquire has contacted Frederick E. Martin, Esquire, who informs counsel that he does not oppose  Hammer's Motion to Conduct Monica Foster and Rhonda Long-Sharp's Testimony via Videoconferencing.

Respectfully submitted,


s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)