**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA      :   NO. 4:CR-96-239
                                                     :
             v.                                      :   (Judge Muir)
                                                     :
DAVID PAUL HAMMER              :

**HAMMER'S THIRD MOTION FOR SUBPOENAS**

AND NOW comes the defendant, David Paul Hammer, by his attorneys, Anne L. Saunders of the Federal Public Defender's Office, and files this Motion for Subpoenas and in support thereof the following is averred:

1.      On November 4, 1998, this Court sentenced David Paul Hammer to die by lethal injection for the first degree murder of Andrew Marti.

2.      On January 27, 2005, this court issued an order which granted in part and denied in part Hammer's Motion for Leave to File a Supplemental and Third Amended § 2255 Motion.  Hammer filed a brief in support of the third amended motion on February 25, 2005.  The Government filed a brief in opposition on April

20, 2005.  Hammer filed a reply brief on May 9, 2005.

3.      On May 11, 2005, this Court issued an order dismissing ground 15 of the third amended motion.  That order also noted that the case was on the July 2005 trial list for a hearing on Hammer's third amended motion.

4.      On June 10, 2005, following a pre-hearing status, this Court set Hammer's hearing to begin on July 14, 2005.

5.      Counsel respectfully asks this Court to issue a subpoena pursuant to Federal Rule of Criminal Procedure 17, and requests an order permitting an authorized representative of the Federal Public Defender's Office to serve the subpoenas on the individuals listed in the attached schedule.  *See* Fed. Rules Cr. Proc. Rule 17, 18 U.S.C.A.

6.      Christopher Nolan, Ph.D., was a Staff Psychologist at Terre Haute and had contacts with Hammer from at least the years 2000-2002.  It is believed that his testimony will present facts relevant to, at least, Ground Two (having to do with Hammer's competence); Ground Four (having to do with the unconstitutional guilty plea and appellate proceedings); Ground Five (having to do with Hammer's improper guilty plea); Ground Nine (having to do with Hammer's competence); and Ground Thirteen (having to do with the denial of counsel and competency).

7.      It is believed that the testimony of witness Lt. William Noone will present facts regarding Hammer's conditions of confinement pretrial and during trial

and that said testimony is relevant to, at least, Ground Two (having to do with Hammer's competence); Ground Four (having to do with the unconstitutional guilty plea and appellate proceedings); Ground Five (having to do with Hammer's improper guilty plea); Ground Nine (having to do with Hammer's competence); and Ground Thirteen (having to do with the denial of counsel and competency).

8.      It is believed that the testimony of witness Lt. Halloran, presently at Terre Haute, USP and formerly of Springfield Federal Medical Facility, will involve the circumstances of the transport of Hammer to the hospital for the MRI while he was housed at the Springfield Federal Medical Facility for the court-ordered evaluation during 1997. This testimony is relevant to, at least, Ground Two (having to do with Hammer's competence); Ground Four (having to do with the unconstitutional guilty plea and appellate proceedings); Ground Five (having to do with Hammer's improper guilty plea); Ground Nine (having to do with Hammer's competence); and Ground Thirteen (having to do with the denial of counsel and competency).

9.      Mr. Hammer has been found to be indigent by the Court and lacks income to pay the costs of service of the subpoenas or the cost of travel for the witnesses, and therefore requests that costs be borne by the government.[1]

_____

[1]Counsel is presently attempting to arrange video-conferencing of these witnesses in an effort to defray costs.

10.     Mr. Hammer respectfully requests that the subpoenas require the persons to appear before the Honorable Malcolm Muir, United States District Court Judge, on the dates specified in the attached schedule, and thereafter, until their testimony is taken.

11.     The Government has been notified of the identity of all witnesses listed in the attached schedule.

Date: August 12, 2005                Respectfully submitted,

                                     s/ Michael Wiseman
                                     MICHAEL WISEMAN, ESQUIRE
                                     Supervising Assistant Federal Defender
                                     Attorney ID#PA 75342
                                     Defender Association of Philadelphia
                                     Federal Court Division-Capital Habeas Unit
                                     Suite 545 West – The Curtis Center
                                     Philadelphia, PA 19106
                                     Tel. No. (215)928-0520
                                     (Michael_Wiseman@fd.org)

                                     S/ Anne L. Saunders
                                     ANNE L. SAUNDERS, ESQUIRE
                                     Asst. Federal Public Defender
                                     Attorney ID #PA 48458
                                     100 Chestnut Street, Suite 306
                                     Harrisburg, PA 17101
                                     Tel. No. (717) 782-3843
                                     Fax No. (717) 782-3966
                                     (Anne_Saunders@fd.org)

                                     Counsel for David Paul Hammer

# CERTIFICATE OF SERVICE

I, Michael Wiseman, do hereby certify that on this date I served a copy of the foregoing via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA.  17701-6465

Respectfully submitted,

s/ Michael Wiseman
MICHAEL WISEMAN, ESQUIRE
Supervising Assistant Federal Defender
Attorney ID#PA 75342
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
Tel. No. (215)928-0520
(Michael_Wiseman@fd.org)

Date: August 12, 2005