**SCHEDULE OF SUBPOENAS:**

Christopher Nolan, Ph.D.        To appear on August 17, 2005 at 9:30 am
FCI Jessup
2600 Highway, 301 South
Jessup, GA.  31599


Lt. William Noone        To appear on August 17, 2005 at 9:30 am
USP Allenwood
Rt. 15
Allenwood, PA.  17810


Lt. Bernard Halloran        To appear on August 17, 2005 at 9:30 am
USP Terre Haute
4700 Bureau Road South
Terre Haute, In.  47802