UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 4:CR-96-239 |
| | : | |
| v. | : | (Judge Muir) |
| | : | |
| DAVID PAUL HAMMER | : | (Electronically Filed) |

**PETITIONER'S UNOPPOSED MOTION TO CONDUCT
TESTIMONY VIA VIDEOCONFERENCING**

AND NOW comes the defendant, David Paul Hammer, by his attorneys, Anne L. Saunders of the Federal Public Defender's Office, and respectfully avers as follows:

1.      On November 4, 1998, this Court sentenced David Paul Hammer to die by lethal injection for the first degree murder of Andrew Marti.

2.      On January 27, 2005, this court issued an order which granted in part and denied in part Hammer's Motion for Leave to File a Supplemental and Third Amended § 2255 Motion.  Hammer filed a brief in support of the third amended

motion on February 25, 2005.  The Government filed a brief in opposition on April 20, 2005.  Hammer filed a reply brief on May 9, 2005.

3.      On May 11, 2005, this Court issued an order dismissing ground 15 of the third amended motion.  That order also noted that the case was on the July 2005 trial list for a hearing on Hammer's third amended motion.

4.      On August 12, 2005, Hammer filed a Motion for Subpoenas three Bureau of Prisons employees, including Lt. Bernard Halloran and Christopher Nolan, Ph.D.

5.      Lt. Halloran is presently located in Terre Haute Indiana.  Dr. Nolan is presently located in Jessup, Georgia.  In order to accommodate their Bureau obligations, and defray travel and housing costs related to requiring their presence for testimony, Petitioner submits that conducting their testimony via videoconferencing is appropriate.

6.      Counsel have contacted the respective institutions and learned that those institutions are equipped for video-conferencing and that it can facilitate videoconferencing testimony provided it receives a court order

7.      Accordingly, Hammer respectfully requests that this Court issue an order directing that the testimony of Lt. Halloran and Dr. Nolan be conducted via videoconferencing on August 17, 2005 at 10:00 am EDT.

WHEREFORE, Hammer, by his counsel, respectfully requests that this Court grant his *Motion to Conduct Testimony via Videoconferencing*.

Respectfully Submitted,


s/ Michael Wiseman
MICHAEL WISEMAN, ESQUIRE
Supervising Assistant Federal Defender
Attorney ID#PA 75342
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
Tel. No. (215) 928-0520
(Michael_Wiseman@fd.org)


s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
(Anne_Saunders@fd.org)

## CERTIFICATE OF SERVICE

I, Anne Saunders, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA.  17701-6465

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

Date:  August 12, 2005          Respectfully submitted,


s/ Michael Wiseman
MICHAEL WISEMAN, ESQUIRE
Supervising Assistant Federal Defender
Attorney ID#PA 75342
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
Tel. No. (215) 928-0520
(Michael_Wiseman@fd.org)