IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA          :
                                  :   Criminal No.  4: CR-96-239
                                  :
          v.                      :
                                  :
                                  :   Judge Muir
                                  :   (Electronically Filed)
DAVID PAUL HAMMER                 :

**STATEMENT OF CONCURRENCE**

AND NOW comes David Paul Hammer, through counsel, and, pursuant to

Rule 7.1 of the Local Rules of the United States District Court for the Middle District

of Pennsylvania, respectfully states the following:

Counsel, Michael Wiseman, Esquire has contacted Frederick E. Martin,

Esquire, who informs counsel that he does not oppose  Hammer's Motion to Conduct

Testimony via Videoconferencing.

                              Respectfully submitted,

                              s/ Michael Wiseman
                              MICHAEL WISEMAN,  ESQUIRE
                              Supervising Assistant Federal Defender
                              Attorney ID#PA 75342
                              Defender Association of Philadelphia
                              Federal Court Division-Capital Habeas Unit
                              Suite 545 West – The Curtis Center
                              Philadelphia, PA 19106
                              Tel. No. (215)928-0520
                              (Michael_Wiseman@fd.org)