# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :   NO. 4:CR-96-239

                :

        v.                      :   (Judge Muir)

                :

DAVID PAUL HAMMER          :   (Electronically Filed)

## ORDER

AND NOW, this _12th_ day of _August_, 2005, upon consideration of

Petitioner's Unopposed Motion for Order Directing that the Testimony of Lt. Bernard

Halloran and Christopher Nolan, Ph.D. occur via videoconferencing, **IT IS HEREBY**

**ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the testimony shall occur on August 17, 2005 beginning at 10:00 am EDT.  The video conference will be conducted between Williamsport, Pennsylvania and Indianapolis, Indiana.

BY THE COURT,

_____
Malcolm Muir.
United States District Judge