**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA      :   NO. 4:CR-96-239

                      :

        v.                    :   (Judge Muir)

                      :

DAVID PAUL HAMMER          :

**ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of Hammer's

Third Motion for Subpoenas, **IT IS HEREBY ORDERED** that the motion is

**GRANTED**.

**IT IS FURTHER ORDERED** that Hammer may subpoena Christopher Nolan,

Ph.D., of FCI Jessup, Lt. William Noone, of USP Allenwood, and Lt. Bernard

Halloran, of USP Terre Haute, to appear on August 17, 2005 at 9:30 am.

BY THE COURT,

_____
Malcolm Muir.
United States District Judge