## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :   NO. 4:CR-96-239

                 :

     v.                      :   (Judge Muir)

                 :

DAVID PAUL HAMMER          :

### ORDER

AND NOW, this 12th day of August, 2005, upon consideration of Hammer's

Third Motion for Subpoenas, **IT IS HEREBY ORDERED** that the motion is

**GRANTED**.

**IT IS FURTHER ORDERED** that Hammer may subpoena Christopher Nolan,

Ph.D., of FCI Jessup, Lt. William Noone, of USP Allenwood, and Lt. Bernard

Halloran, of USP Terre Haute, to appear on August 17, 2005 at 9:30 am.

BY THE COURT,

_____

Malcolm Muir.
United States District Judge