IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 4:CR-96-00239 |
| | :            4:CV-02-00510 |
| v. | : (Muir, J.) |
| | : |
| DAVID PAUL HAMMER | : **ELECTRONICALLY FILED** |

**PETITION FOR *WRIT OF HABEAS CORPUS AD TESTIFICANDUM***

TO THE HONORABLE, THE JUDGES OF SAID COURT:

NOW COMES, Thomas A. Marino, United States Attorney for the Middle District of Pennsylvania, and would respectfully show the Court:

1. That there is now pending in this Court and undisposed of a certain criminal case against  David Paul Hammer  charging the said Defendant with violation of Title  18  , United States Code, Section 1111.

2. That the said Tim Gibbs, Reg. No. 02586-025 is now in the custody of the  Warden, United States Penitentiary, Florence, CO by virtue of certain writs, judgment and commitments of United States Court or Courts for a District or Districts and State or States within the United States, copies of which we are unable to attach for the reason that the same are now in the possession of the said Warden,  United States Penitentiary, Florence, CO.

3. That the said Tim Gibbs, Reg. No. 02586-025 is a necessary and material witness on behalf of the United States of America in the trial of the above matter.

WHEREFORE, on behalf of the United States of America, the said Thomas A. Marino, United States Attorney, prays your Honorable Court to grant and issue a writ of *habeas corpus ad testificandum* to have the said  Tim Gibbs, Reg. No. 02586-025 produced before the United States District Court for the Middle District of Pennsylvania, at the Federal Building, 240

West Third Street, Williamsport, Pennsylvania, on September 6, 2005 at 10:00 o'clock, A.M. to testify on behalf of the United States of America in connection with the criminal charges against said Defendant above referred to.

Respectfully submitted,

THOMAS A. MARINO
United States Attorney


By s/Frederick E. Martin
FREDERICK E. MARTIN
Assistant United States Attorney
PA 57455
Herman T. Schneebeli Federal Bldg.
240 West Fourth Street, Suite 316
Williamsport, PA 17701-6465
Tele: (570) 326-1935
FAX: (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated:  August 15, 2005