**ELECTRONICALLY FILED**

**WRIT OF *HABEAS CORPUS*
*AD TESTIFICANDUM***

UNITED STATES OF AMERICA TO
WARDEN, UNITED STATES PENITENTIARY, FLORENCE, CO
OR THE UNITED STATES MARSHAL FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

GREETINGS:

YOU ARE COMMANDED TO PRODUCE NOW, in your custody, or one of

your deputies, before the United States District Court, sitting

at the Federal Building, Williamsport, Pennsylvania on

 September 6, 2005 at 10:00 a.m.  the person of

**Tim Gibbs, Reg. No. 02586-025**

whom it is alleged you legally restrain of his liberty, and who

is a necessary and material witness in certain proceedings

pending in the United States District Court for the Middle

District of Pennsylvania, to the end that he may then and there

give his testimony in the United States District Court for the

Middle District of Pennsylvania, in the criminal case of the

United States v. Hammer, M.D. Pa. Crim. No. 4:CR-96-239, charging

violation of  18   U.S.C. § 1111, if practicable, shall be

produced in court wearing street clothes, not prison garb, and

you are directed to keep the prisoner safe in your custody, and

confine him from day-to-day when not appearing before the Court,

in a safe and suitable place of confinement, and at the

conclusion of the said __testimony__, to immediately return the

said _Tim Gibbs, Reg. No. 02586-025_ to the _Warden, United States

Penitentiary, Florence, CO_, to serve the balance of the sentence

or sentences heretofore imposed upon him.

HEREIN FAIL NOT and due return make hereof.

WITNESS my signature on this, the _____ day of

_____, 2005.


_____
MUIR, UNITED STATES DISTRICT JUDGE