# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : NO. 4:CR-96-239 |
| | : |
| v. | : (Judge Muir) |
| | : |
| DAVID PAUL HAMMER | : (Electronically Filed) |

## ORDER

AND NOW, this 16th day of August , 2005, **IT IS HEREBY**

**ORDERED** that the testimony of Christopher Nolan, Ph.D., who is presently

employed at the Federal Correctional Institution at Jessup, Georgia, shall occur via

videoconferencing between FCI-Jessup and the Federal District Court for the Middle

District of Pennsylvania, Williamsport, Pennsylvania on August 17, 2005 at 10:00 am

EDT.

In light of Lt. Halloran's unavailability for videoconferencing on August 17, 2005, the previous court's order scheduling videoconferencing with Lt. Halloran between Terre Haute, Indiana, and Williamsport, PA, is hereby vacated. Lt. Halloran's videoconference testimony will be rescheduled when Lt. Halloran is available.

BY THE COURT,

_____
Malcolm Muir.
United States District Judge