IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       : Crim. No. 4:CR-96-00239
                                     : Civil No. 4:CV-02-00510
            v.                 : (Muir, J.)
                                       :
DAVID PAUL HAMMER            : **ELECTRONICALLY FILED**

## WRIT OF *HABEAS CORPUS* *AD TESTIFICANDUM*

UNITED STATES OF AMERICA TO
WARDEN, UNITED STATES PENITENTIARY, FLORENCE, CO
OR THE UNITED STATES MARSHAL FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
WILLIAMSPORT, PA

AUG 1 6 2005

MARY E. D'ANDREA, CLERK
Per_____
                  DEPUTY CLERK

GREETINGS:

YOU ARE COMMANDED TO PRODUCE NOW, in your custody, or one of your deputies, before the United States District Court, sitting at the Federal Building, Williamsport, Pennsylvania on September 6, 2005 at 10:00 a.m.  the person of

**Tim Gibbs, Reg. No. 02586-025**

whom it is alleged you legally restrain of his liberty, and who is a necessary and material witness in certain proceedings pending in the United States District Court for the Middle District of Pennsylvania, to the end that he may then and there give his testimony in the United States District Court for the Middle District of Pennsylvania, in the criminal case of the United States v. Hammer, M.D. Pa. Crim. No. 4:CR-96-239, charging violation of  18  U.S.C. § 1111, if practicable, shall be produced in court wearing street clothes, not prison garb, and you are directed to keep the prisoner safe in your custody, and

confine him from day-to-day when not appearing before the Court, in a safe and suitable place of confinement, and at the conclusion of the said _testimony_, to immediately return the said _Tim Gibbs, Reg. No. 02586-025_ to the _Warden, United States Penitentiary, Florence, CO_, to serve the balance of the sentence or sentences heretofore imposed upon him.

HEREIN FAIL NOT and due return make hereof.

WITNESS my signature on this, the _16TH_ day of _August_, 2005.

_____
MUIR, UNITED STATES DISTRICT JUDGE