IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
                         :
        v.               :  No. 4:CR-96-239
                         :
DAVID PAUL HAMMER        :  (Judge Muir)


ORDER #2 of

August 18, 2005

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The purpose of this order is to correct errors in our orders of August 12 and 18, 2005.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.  The last sentence of the first paragraph of the order of August 12, 2005, is amended to state as follows:

The hearing so far has lasted 12 days and the 13th day is scheduled to commence on August 15, 2005.

2.  The last sentence of the first paragraph of the order of August 18, 2005, is amended to state as follows:

The hearing so far has lasted 15 days and the 16th day is scheduled to commence on August 29, 2005.


s/Malcolm Muir

————————————————————
MUIR, U.S. District Judge


MM:gs