IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      : Crim. No. 4:CR-96-00239
                            : Civil No. 4:CV-02-00510
        v.                : (Muir, J.)
                            :
DAVID PAUL HAMMER        : **ELECTRONICALLY FILED**

**MOTION OF THE UNITED STATES
TO PERMIT THE VIDEO-TESTIMONY OF
<u>RANDY L. WHITE</u>**

COMES NOW, the United States of America by Thomas A. Marino, United States Attorney for the Middle District of Pennsylvania and moves your Honorable Court, to grant the Motion of the United States to permit the video conference testimony of Randy L. White.

1.  On November 4, 1998, this Court sentenced David Paul Hammer to die by lethal injection for the first degree murder of Andrew Marti.

2.  On May 11, 2005, this Court issued an order placing this case on the July 2005 trial list for a hearing.  The hearing commenced on July 6, 2005.

3.  On November 8, 2004, the United States issued a subpoena for the appearance of Randy L. White.

4.  Mr. White is presently located in Terre Haute Indiana. In order to accommodate his Bureau of Prisons' obligations, and defray travel and hotel costs related to requiring their presence for testimony, it is submitted that conducting his testimony via videoconferencing is appropriate.  It is anticipated that another

employee, Lt. Halloran, subpoenaed by Hammer's attorneys could testify on the same day and in the same manner as Randy White.

5.   Counsel has contacted the institution and learned that the institution is equipped for video-conferencing and that it can facilitate videoconferencing testimony provided it receives a court order.

6.   Accordingly, it is respectfully requested that this Court issue an order directing that the testimony of Randy L. White be conducted via videoconferencing on September 1, 2005 at 10:00 a.m. EDT or any other convenient time as allowed by the Court's hearing schedule.

WHEREFORE, for the above-stated reasons, it is respectfully requested that this Court grant the United States' Motion to Permit the Video-testimony of Randy L. White.

Respectfully submitted,

THOMAS A. MARINO
United States Attorney

By s/Frederick E. Martin
FREDERICK E. MARTIN
Assistant United States Attorney
PA 57455
Herman T. Schneebeli Federal Bldg.
240 West Fourth Street, Suite 316
Williamsport, PA 17701-6465
Tele: (570) 326-1935
FAX: (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated:  August 24, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    : Crim. No. 4:CR-96-00239
                            : Civil No. 4:CV-02-00510
            v.                : (Muir, J.)
                            :
DAVID PAUL HAMMER         : **ELECTRONICALLY FILED**

## CERTIFICATE OF CONCURRENCE

The undersigned hereby states that Michael Wiseman, Esquire was contacted who on August 22, 2005, stated his concurrence in the United States' motion to Permit the Video-testimony of Randy L. White.

Respectfully submitted,

THOMAS A. MARINO
United States Attorney


By s/Frederick E. Martin
FREDERICK E. MARTIN
Assistant United States Attorney
PA  57455
Herman T. Schneebeli Federal Bldg.
240 West Fourth Street, Suite 316
Williamsport, PA 17701-6465
Tele:  (570) 326-1935
FAX:  (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated: August 24 , 2005

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA　　　　: Crim. No. 4:CR-96-00239
　　　　　　　　　　　　　　　　　: 　　　　　4:CV-02-00510
　　　　　v.　　　　　　　　　　　: (Muir, J.)
　　　　　　　　　　　　　　　　　:
DAVID PAUL HAMMER　　　　　　　　: **ELECTRONICALLY FILED**


**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing


**MOTION OF THE UNITED STATES
TO PERMIT THE VIDEO-TESTIMONY OF
RANDY L. WHITE, CERTIFICATE OF CONCURRENCE, and
proposed ORDER**

by mailing electronically on August 24   , 2005, to:

ADDRESSEE:　　　Anne Saunders, Esquire
　　　　　　　　　Anne_Saunders@fd.org

　　　　　　　　　Michael Wiseman, Esquire
　　　　　　　　　Michael_Wiseman@fd.org


　　　　　　　　　　　　　　　　　 s/Frederick E. Martin
　　　　　　　　　　　　　　　　　FREDERICK E. MARTIN
　　　　　　　　　　　　　　　　　Assistant United States Attorney