UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :   NO. 4:CR-96-239
                                  :
       v.                        :   (Judge Muir)
                                    :
DAVID PAUL HAMMER        :   (Electronically Filed)

**PETITIONER'S MOTION TO SCHEDULE VIDEO-CONFERENCED
TESTIMONY OF LT. BERNARD HALLORAN FOR SEPTEMBER 1, 2005**

AND NOW comes the defendant, David Paul Hammer, by his attorneys, Anne L. Saunders of the Federal Public Defender's Office, and respectfully avers as follows:

1. On November 4, 1998, this Court sentenced David Paul Hammer to die by lethal injection for the first degree murder of Andrew Marti.

2. On January 27, 2005, this court issued an order which granted in part and denied in part Hammer's Motion for Leave to File a Supplemental and Third Amended § 2255 Motion. Hammer filed a brief in support of the third amended

motion on February 25, 2005. The Government filed a brief in opposition on April 20, 2005. Hammer filed a reply brief on May 9, 2005.

3.      On May 11, 2005, this Court issued an order dismissing ground 15 of the third amended motion. That order also noted that the case was on the July 2005 trial list for a hearing on Hammer's third amended motion.

4.      On August 12, 2005, Hammer filed a Motion for Subpoenas that included his request to subpoena Lt. Bernard Halloran, who is presently employed at the United States Penitentiary at Terre Haute Indiana.

5.      Also on August 12, 2005, counsel for Hammer filed a motion to conduct the testimony of Lt. Halloran via video-conferencing. On the same date, this Court granted that motion.

6.      Subsequently, counsel learned that Lt. Halloran was unavailable on the scheduled date. As a result, this Court issued an order noting that his video-conferencing would be rescheduled.

7.      Counsel has learned that Lt. Halloran will be returning on August 29, 2005. Accordingly, Hammer respectfully requests that Lt. Halloran's video-conferenced testimony be rescheduled for September 1, 2005 at 10:00 am EDT.[1]

---

[1]The Government has filed, this date, a motion to schedule videoconferencing of Randy White, also employed at USP-Terre Haute, for the same date. See United States v. Hammer, 4:CR:96-0239 (Document 1132).

WHEREFORE, Hammer, by his counsel, respectfully requests that this Court

grant his *Motion to Schedule Video-Conferenced Testimony of Lt. Bernard Halloran*

*for September 1, 2005*.

Respectfully Submitted,


s/ Michael Wiseman
MICHAEL WISEMAN,  ESQUIRE
Supervising Assistant Federal Defender
Attorney ID#PA 75342
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
Tel. No. (215) 928-0520
(Michael_Wiseman@fd.org)

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
(Anne_Saunders@fd.org)

## CERTIFICATE OF SERVICE

I, Anne Saunders, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA.  17701-6465

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

Date:  August 24, 2005

Respectfully submitted,

s/ Michael Wiseman
MICHAEL WISEMAN, ESQUIRE
Supervising Assistant Federal Defender
Attorney ID#PA 75342
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
Tel. No. (215) 928-0520
(Michael_Wiseman@fd.org)