**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 4:CR-96-239 |
| | : | |
| v. | : | (Judge Muir) |
| | : | |
| DAVID PAUL HAMMER | : | (Electronically Filed) |

**ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of

Petitioner's *Motion to Schedule Video-Conferenced Testimony of Lt. Bernard*

*Halloran for September 1, 2005*, **IT IS HEREBY ORDERED** that the motion is

**GRANTED**.

**IT IS FURTHER ORDERED** that the testimony shall occur on September 1, 2005 beginning at 10:00 am EDT.   The video conference will be conducted between Williamsport, Pennsylvania and USP-Terre Haute, Indiana.

BY THE COURT,

_____

Malcolm Muir.
United States District Judge