IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :
      :   Criminal No. 4: CR-96-239
      :
      v.       :
      :
      :   Judge Muir
      :   (Electronically Filed)
DAVID PAUL HAMMER       :

## STATEMENT OF CONCURRENCE

AND NOW comes David Paul Hammer, through counsel, and, pursuant to

Rule 7.1 of the Local Rules of the United States District Court for the Middle District

of Pennsylvania, respectfully states the following:

Counsel, has contacted Frederick E. Martin, Esquire, who informs counsel that

he concurs in Hammer's *Motion to Schedule Video-Conferenced Testimony of Lt.*

*Bernard Halloran for September 1, 2005*.

Respectfully submitted,

s/ Anne L. Saunders

ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
(Anne_Saunders@fd.org)