IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

DAVID PAUL HAMMER

: Crim. No. 4:CR-96-00239
: Civil No. 4:CV-02-00510
: (Muir, J.)
:
: **ELECTRONICALLY FILED**

## ORDER
*August 24, 2005*

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On November 4, 1998, this Court sentenced David Paul Hammer to die by lethal injection for the first degree murder of Andrew Marti. On May 11, 2005, this Court issued an order placing this case on the July 2005 trial list for a hearing on Hammer's third amended motion. The hearing commenced on July 6, 2005. On November 8, 2004, the United States states it issued a subpoena for the appearance of Randy L. White. Mr. White is presently located in Terre Haute Indiana. In order to accommodate his Bureau of Prisons' obligations and defray travel and hotel costs related to requiring his presence for testimony, the United Stats has requested that the testimony of Randy White via videoconferencing is appropriate. This can be done on the same date as a proposed defense witness who will testify from the same location.

**IT IS, THEREFORE, ORDERED THAT** the testimony of Randy L. White will be conducted via videoconferencing on September 1, 2005 at 10:00 a.m. EDT or any other convenient time as allowed by this Court's hearing schedule.

MUIR, UNITED STATES DISTRICT JUDGE

2