**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA    :  NO. 4:CR-96-239
                            :
v.                          :  (Judge Muir)
                            :
DAVID PAUL HAMMER           :  (Electronically Filed)

**ORDER**

AND NOW, this _24th_ day of _August_, 2005, upon consideration of Petitioner's *Motion to Schedule Video-Conferenced Testimony of Lt. Bernard Halloran for September 1, 2005*, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the testimony shall occur on September 1, 2005 beginning at 10:00 am EDT. The video conference will be conducted between Williamsport, Pennsylvania and USP-Terre Haute, Indiana.

BY THE COURT,

Malcolm Muir.
United States District Judge