IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     : Crim. No. 4:CR-96-00239
                          : Civil No. 4:CV-02-00510
          v.               : (Muir, J.)
                          :
DAVID PAUL HAMMER        : **ELECTRONICALLY FILED**

**ORDER**
9/2/05

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On November 4, 1998, this Court sentenced David Paul Hammer to die by lethal injection for the first degree murder of Andrew Marti. On May 11, 2005, this Court issued an order placing this case on the July 2005 trial list for a hearing on Hammer's third amended motion. The hearing commenced on July 6, 2005. This Court allowed for Dr. Nolan's video-testimony on August 17, 2005, but due to defense objections regarding the direct examination, a more extensive cross-examination was not permitted to go forward and the United States indicated they would recall Dr. Nolan as a witness in September. In order to accommodate his Bureau of Prisons' obligations and defray travel and hotel costs related to requiring his presence for testimony, the United States has requested that the testimony of Dr. Nolan, once again, be done via videoconferencing. This Court has learned that the institution is equipped for video-conferencing (netname of the equipment is SER-JES-WARDEN-C) and that it can facilitate videoconferencing testimony.

**IT IS, THEREFORE, ORDERED THAT** the testimony of Christopher

H. Nolan, Ph.D. will be conducted via videoconferencing on

September 9, 2005, in Courtroom 3, at ~~10:00~~ *10:45* a.m. EDT.          *M .*

_____
MUIR, UNITED STATES DISTRICT JUDGE

2