**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

—————————————————————

|                                    |   |                          |
|------------------------------------|---|--------------------------|
| UNITED STATES OF AMERICA,          | : |                          |
|                                    | : | Criminal No. 4:CR–96-239 |
| Respondent,                        | : |                          |
|                                    | : | Judge Muir               |
| v.                                 | : |                          |
|                                    | : |                          |
| DAVID PAUL HAMMER,                 | : |                          |
|                                    | : |                          |
| Petitioner.                        | : |                          |
|                                    | : | Electronically Filed     |

—————————————————————— :

**PETITIONER'S MOTION TO STRIKE THE TESTIMONY OF FORMER**
**UNITED STATES MARSHAL DANIEL ELLIS REGARDING**
**STATEMENTS ELICITED AS A RESULT OF AN UNCONSTITUTIONAL**
**MID-TRIAL INTERROGATION**

Petitioner, DAVID PAUL HAMMER, through undersigned counsel hereby move for an order to strike the §2255 testimony of former United States Marshal Daniel Ellis regarding statements allegedly made by Petitioner immediately after his plea of guilty on June 22, 1998. In support of this Motion, Petitioner states the

following:

1.     Pending before the Court is Petitioner's Motions for relief under 28 U.S.C. § 2255.  This Court commenced the evidentiary hearing regarding Mr. Hammer's § 2255 claims for relief on July 14, 2005

2.     On September 8, 2005, the Government presented the testimony of former United States Marshal Daniel Ellis, who is now an inspector for the United States Department of Housing in Philadelphia. At the time of Mr. Hammer's trial, Mr. Ellis was assigned to the Williamsport United States Marshal's office. His duties included transporting Mr. Hammer to and from court for his trial and sentencing hearing.

3.     Mr. Ellis was called to testify in part about his interactions with Mr. Hammer at the time of trial and his recollections related to those interactions.  During the course of his testimony, the Government elicited from Mr. Ellis that shortly after Mr. Hammer entered his plea of guilty, Mr. Ellis questioned Mr. Hammer about his motivations for pleading guilty.  Mr. Ellis testified that Mr. Hammer responded to his inquiry and that Mr. Ellis immediately reported Mr. Hammer's answer to Assistant United States Attorney Frederick Martin.

4.     Counsel for Mr. Hammer immediately objected and asked that this Court strike the portion of Mr. Ellis' testimony related to Mr.  Hammer's purported

statement on the grounds that Mr. Ellis did not Mirandize Mr. Hammer and that the questioning of Mr. Hammer, who was represented by counsel, violated Mr. Hammer's Sixth Amendment rights.

5.      As outlined in the accompanying *Brief*, Mr. Hammer has a constitutional right against self-incrimination and was not warned by Mr. Ellis that his answer to Mr. Ellis' questioning would be reported to the United States Attorney's office.

WHEREFORE, for the reasons set forth above and in explained in the accompanying *Brief*, Petitioner requests that the Court grant his *Motion*, and order that the portion of Mr. Ellis' testimony related to his unconstitutional questioning of Mr. Hammer and Mr. Hammer's substantive response be stricken from the record.

Respectfully submitted,

s/ Michael Wiseman
MICHAEL WISEMAN, ESQUIRE
Supervising Assistant Federal Defender
Attorney ID#PA 75342
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Building
Philadelphia, PA 19106
(Michael_Wiseman@fd.org)

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
(Anne_Saunders@fd.org)

## Certificate of Service

I, Michael Wiseman, hereby certify that on this date I served a copy of the foregoing via Electronic Case Filing, or by placing a copy in the United States mail, first class, addressed as follows:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA.  17701-6465

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

Date:  September 14, 2005

s/ Michael Wiseman
MICHAEL WISEMAN,  ESQUIRE
Supervising Assistant Federal Defender
Attorney ID#PA 75342
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Building
Philadelphia, PA 19106
(Michael_Wiseman@fd.org)