# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

_____
                              :

UNITED STATES OF AMERICA,     :

           :    Criminal No. 4:CR–96-239
     Respondent,      :

           :    Judge Muir

     v.          :

           :

DAVID PAUL HAMMER,     :

           :

     Petitioner.      :

           :

_____ :

## ORDER

And now, this ___ day of _____ 2005, upon consideration of *Petitioner's Motion to Strike the Testimony of Former United States Marshal Daniel Ellis Regarding Statements Elicited as a Result of an Unconstitutional Mid-Trial Interrogation.*

it is hereby Ordered:

> The request is granted. The § 2255 testimony of Mr. Ellis regarding Mr. Hammer's alleged statements to him on or about June 22, 1998 are hereby stricken from the record. The remainder of Mr. Ellis' testimony shall be considered by this Court.

**SO ORDERED,**

_____
Malcolm Muir, U.S.D.J.