IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            :

           v.                                          :            No. 4:CR-96-00239

DAVID PAUL HAMMER                    :            (Judge Muir)

ORDER
September 22, 2005

The following 302's shall not be disclosed to David Paul Hammer.

Martin R. Guerrero, Jr.

Matthew Paul Darby

Albert Ray Johnson, Jr.

Kenneth David Brown

Robert Williams, Jr.

Chester Drew Larimore

Ronnie G. Wiggins

Jose Antonio Chevaco

Charles Mason Whitley

Aldrich Hazen Ames

Anthony Battiste

Tony Robert Jones (3 statements)

James Roy Hauser

_____
MUIR, U.S. District Judge