**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Respondent, | : |
| | : |
| v. | : |
| | : |
| DAVID PAUL HAMMER, | : |
| | : |
| Petitioner. | : |
| | : |
| _____ : | |

Criminal No. 4:CR–96-239

Judge Muir

Electronically Filed

**PETITIONER'S MOTION FOR LEAVE TO FILE FOURTH**
**AMENDED SECTION 2255 MOTION BASED UPON**
**RECENTLY DISCLOSED EXCULPATORY F.B.I. REPORTS**

AND NOW, comes DAVID PAUL HAMMER, through undersigned counsel,

and respectfully moves for permission to file a fourth amendment to his pending

section 2255 Motion.  This Motion is predicated the recent disclosure to Petitioner of

exculpatory evidence that was in the sole possession of the Government and the F.B.I.

In support of this Motion, Petitioner alleges the following.

1.      This Court has been presided over an evidentiary hearing on Petitioner's Third Amended Section 2255 Motion.  These hearings commenced on July 14, 2005.

2.      On September 22, 2005, the Government disclosed thirty-three previously undisclosed F.B.I. 302 Statements including the three statements that are the predicate for this Motion.

3.      As a result of undersigned counsel's review of the recently disclosed 302 statements and the record in this case, counsel have determined that the Government's failure to provide these 302 statements at the time of trial, constitutes a violation of its obligation to provide exculpatory evidence to Petitioner, and therefore a violation of his right to due process of law.

4.      Petitioner has drafted a Proposed Fourth Amendment to the pending Section 2255 Motion.  Pursuant to Local Rule 15.1, the Proposed Fourth Amendment is attached as an exhibit to this Motion.

5.      Under Rule 15 of the Federal Rules of Civil Procedure, "leave [to amend] shall be freely given when justice so requires." Fed. R.Civ. Proc. 15 (A).  Mr. Hammer avers that permitting the filing of the Proposed Fourth Amendment is in the interests of justice for a number of reasons.

6.      Petitioner has previously alleged that trial counsel were ineffective for failing to investigate and present the defense that the death of Mr. Marti was the result

of an accident that arose during consensual sexual activity.  As shown by the Proposed

Fourth Amendment, the recently disclosed F.B.I. statements strongly support

Petitioner's assertion of ineffectiveness (i.e. had counsel fully investigated this claim,

they would have found strong support for the defense).  Moreover, the Government's

failure to provide these statements to trial counsel (or current counsel for that matter)

violated the Government's due process obligation to provide exculpatory evidence to

the defense.

7.      Current counsel diligently investigated this defense, and the results of that

investigation have already been presented to this Court in support of their claim that

trial counsel ineffectively failed to present this defense.  Additionally, counsel moved

for discovery of previously undisclosed 302 reports; the Government opposed this

request, and the Court denied it.

8.      Petitioner submits that the Proposed Fourth Amendment is timely filed

pursuant to Section 2255.[1]  This Motion and the Proposed Fourth Amendment are

---

[1]Section 2255 places a one year statute of limitations upon the filing of a petition.  The one year limitations period starts to run from the latest of the following events:

(1) the date on which the judgment of conviction becomes final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making a motion by

3

being filed within two business days of the provision of the 302 Reports to defense counsel.

9.    Moreover, in light of the serious consequences as well as the heightened procedural safeguards required in a capital case, permitting this amendment where, as here, counsel learned of the factual predicate supporting the claim contained in his proposed amendment during the course of the evidentiary hearing, despite prior requests for discovery by all prior counsel, is in the interests of justice.

---

such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Petitioner submits that the Proposed Fourth Amendment is timely under subsections 1 and 4, in view of the Government's late disclosure of these documents.

WHEREFORE, David Paul Hammer, through his counsel, respectfully requests that this Court grant this Motion and permit him to file the Proposed Fourth Amendment.

Respectfully Submitted,


s/Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID # PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)

s/Michael Wiseman
MICHAEL WISEMAN, ESQUIRE
Supervising Assistant Federal Defender
Attorney ID # PA 75342
Defender Association of Philadelphia
Federal Court Division
Capital Habeas Unit
Suite 545 West – The Curtis Building
Philadelphia, PA 19106
(Michael_Wiseman@fd.org)


Dated:        September 26, 2005

## CERTIFICATE OF SERVICE

I, Anne Saunders, of the Federal Defender's Office do hereby certify that on this date I served a copy of the foregoing Motion via Electronic Case Filing or by placing a copy in the United States mail, first class, in Williamsport, Pennsylvania, addressed to the following:

Frederick Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA 17701

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division - Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

s/Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID # PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)

Dated: September 26, 2005