## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

_____

UNITED STATES OF AMERICA,    :
              :
              :  Criminal No. 4:CR–96-239
     Respondent,    :
              :  Judge Muir
     v.        :
              :
DAVID PAUL HAMMER,     :
              :
     Petitioner.    :
_____ :  Electronically Filed

## <u>STATEMENT OF NON-CONCURRENCE</u>

AND NOW comes David Paul Hammer, through counsel, and, pursuant to Rule 7.1

of the Local Rules of the United States District Court for the Middle District of Pennsylvania,

respectfully states the following:

Counsel has contacted Frederick Martin, Esquire, who informed counsel that he does

not concur with the *Motion for Leave to File Supplemental and Fourth Amended Motion to*

*Vacate and Set Aside Conviction and Sentence Pursuant to 28 U.S.C. 2255 by a Person in*

*Federal Custody.*

          Respectfully Submitted,

          s/Anne L. Saunders
          ANNE L. SAUNDERS, ESQUIRE
          Asst. Federal Public Defender
          Attorney ID # PA 48458
          100 Chestnut Street, Suite 306
          Harrisburg, PA 17101
          Tel. No. (717) 782-3843
          Fax No. (717) 782-3966
          (Anne_Saunders@fd.org)

Dated: September 26, 2005