# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 4:CR–96-239 |
| Respondent, | : | |
| | : | Judge Muir |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Petitioner. | : | |
| | : | |
| _____ : | | ELECTRONICALLY FILED |

## ORDER

AND NOW, this      day of                    , it is hereby ORDERED and

DIRECTED that DAVID PAUL HAMMER's *Motion for Leave to File Supplemental*

*and Fourth Amended Motion to Vacate and Set Aside Conviction and Sentence*

*Pursuant to 28 U.S.C. § 2255 by a Person in Federal Custody* is GRANTED.

BY THE COURT

_____
Hon. Malcom Muir
District Court Judge