IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
                         :
        v.               : No. 4:CR-96-239
                         :
DAVID PAUL HAMMER        : (Judge Muir)

ORDER
September 29, 2005

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On November 4, 1998, this court sentenced David Paul Hammer to die by lethal injection for the first degree murder of Andrew Marti.  On July 14, 2005, a hearing commenced on Mr. Hammer's third amended § 2255 motion.  Pursuant to a prior order of court counsel were to submit annotated findings of fact at the conclusion of the evidentiary phase of the hearing.  On September 28, 2005, it appeared that the hearing had concluded with respect to the presentation of evidence.  The purpose of this order, inter alia, is to set a supplemental briefing schedule.

NOW, THEREFORE, IT IS HEREBY ORDERED:

1.  Hammer and the Government may file supplemental findings of fact within 5 working days of the close of the evidentiary phase of the hearing.  The findings of fact shall be annotated.

2. Hammer and the Government may file supplemental briefs within 2 weeks of the close of the evidentiary phase of the hearing.

3.  Closing arguments will be held on a date to be announced after the supplemental briefs are submitted.

4.  Hammer will not be required to attend the closing

arguments.   Arrangements will be made for Hammer to view the closing arguments by video-conferencing from the United States Penitentiary, Terre Haute, Indiana, if he so desires.


                         s/Malcolm Muir

                         _____
                         MUIR, U.S. District Judge


MM:gs