IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 4:CR-96-263 |
| | : Civil No. 4:CV-02-510 |
| v. | : |
| | : (Muir, J.) |
| DAVID PAUL HAMMER | : **ELECTRONICALLY FILED** |

**UNITED STATES' SUPPLEMENTAL FINDINGS OF FACT
AND CONCLUSIONS OF LAW**

206.  Testimony was elicited at trial that Hammer had tied up some of his Oklahoma State cellmates when he was housed there and engaged in sexual relations with them.

Undisputed _____   Disputed _X_   Undisputed but Objected To _____

207.  The first time Hammer in a document revealed to any mental health expert associated with this case that he had sexual relations specifically with his mother was when being interviewed by Dr. Blumberg in 2004, who recorded that information in his report as a basis for concluding that Hammer suffered from Post-Traumatic Stress Disorder.

Undisputed _____   Disputed _x_   Undisputed but Objected To _____

208.  Hammer's trial counsel argued to the jury that testimony from government witnesses should not be believed by referring to Q-29, an apparent forged written statement from Hammer which the prosecution received from another inmate.

Undisputed _____   Disputed _X_   Undisputed but Objected To _____

209.   Hammer's defense counsel attempted to suggest to a witness, Leonard Yager, that rubber gloves are readily available to inmates in SHU and could be used as condoms.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

210.   On the trial day before Hammer entered his guilty plea, June 19, 1996, a Friday, Dr. Wolfson was under cross-examination but the defense allowed two other witnesses, Reverend Crook and Nicole Tadross-Weaver, to testify on that day.

Undisputed __X__   Disputed _____   Undisputed but Objected To_____

211.   The cross-examination of Special Agent Anthony Malocu by Attorney Ruhnke at the trial on June 11, 1998, demonstrated that Hammer's trial attorneys were aware that an alternative theory of defense included Hammer's involvement in "kinky" sex with Marti that had gone awry.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

212.   The Federal Bureau of Investigation did not possess any information that Hammer falsely confessed to any murders in Chataqua County, New York.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

213.   Hammer's trial attorneys received information from the prosecution that Hammer had falsely confessed to participation in murders, including that of two men in Oklahoma, Karen Silkwood, and Kenneth Kenner in Tennessee.

Undisputed _X__   Disputed _____   Undisputed but Objected To _____

214.   During the autopsy conducted in Marti's case, Dr. Funke found no evidence that Marti had been the subject of recent anal sexual intercourse.

Undisputed _____   Disputed_X__   Undisputed but Objected To _____

215.   Among the earlier diagnoses of Hammer was that he suffered from Bipolar Disorder.

Undisputed __X__   Disputed _____   Undisputed but Objected To _____

216.   Hammer, in his statement to the Federal Bureau of Investigation, provided multiple and potentially contradictory reasons why he killed Marti.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

217.   Hammer, in his oral and written statements to other prisoners, provided multiple and potentially contradictory reasons why he killed Marti.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

218.   Hammer has never denied that he strangled Marti with a string or rope from behind him which is consistent with the physical evidence on Marti's body and on Hammer's hands.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

219.   As late as June 25, 1998, Hammer's defense counsel sought specific information favorable to the defense for the penalty phase which included Bureau of Prisons' documentation on gangs.

Undisputed _____   Disputed _____   Undisputed but Objected To_X__

220.    Hammer's trial counsel in a letter dated July 6, 1998, indicated that at least by that date they were aware that according to Dr. Mitchell their client suffered from Major Depressive Disorder.

Undisputed __X__    Disputed ____    Undisputed but Objected To ____

221.    Dr. Gelbort indicated that in clinical practice the Halstead norms are more widely accepted and there is less disagreement about use of the Halstead norms.

Undisputed ____    Disputed __X__    Undisputed but Objected To ____

222.    Dr. Gelbort stated there are times when Hammer may present with normal abilities, and there are other times where he will present with impaired or abnormal abilities.

Undisputed X__    Disputed ____    Undisputed but Objected To ____

223.    Dr. Gelbort stated he had learned that Hammer had entered a guilty plea in 1998 when he was at the penalty phase in July 1998 to testify.

Undisputed __X__    Disputed ____    Undisputed but Objected To ____

224.    Dr. Gelbort had spoken with  Travis and Ruhnke at the time of his testimony about Hammer having trouble with his thinking.

Undisputed __X__    Disputed ____    Undisputed but Objected To ____

225.    Dr. Gelbort stated it is a reasonable conclusion to say that Hammer was not competent based on the decision that he made.

4

Undisputed _____    Disputed_X___    Undisputed but Objected To _____

226.  Dr. Gelbort indicated that Hammer had some sensory problems with his left hand.

Undisputed __X__    Disputed _____    Undisputed but Objected To _____

227.  Dr. Gelbort stated Hammer could not identify consistently which finger was being touched when he wasn't looking.

Undisputed_X__    Disputed _____    Undisputed but Objected To _____

228.  Dr. Gelbort indicated that a person who has numbness in both hands, can be competent to be tried.

Undisputed _____    Disputed _____    Undisputed but Objected To __x__

229.  Dr. Gelbort is not a neurologist.

Undisputed _____    Disputed _____    Undisputed but Objected To __x__

230.  Dr. Gelbort is not a neurosurgeon.

Undisputed _____    Disputed _____    Undisputed but Objected To __x__

231.  Dr. Gelbort is not a physician of any type.

Undisputed _____    Disputed _____    Undisputed but Objected To __x__

232.  Dr. Gelbort cannot prescribe any medication for patients.

Undisputed _____    Disputed _____    Undisputed but Objected To __x__

233.  Dr. Gelbort stated there are six to eight cases in which he testified which were federal death penalty cases.

Undisputed __X__    Disputed _____    Undisputed but Objected To _____

234. Dr. Gelbort stated that he had been retained by the defense in those cases.

Undisputed _____    Disputed _____    Undisputed but Objected To_X___

235. Dr. Gelbort indicated that he and Dr. Gur had been working together on two or three cases.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

236. Dr. Gelbort stated that in all the contexts in which he has testified in criminal situations, the prosecution has never retained him to testify and it's always been for the defense.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

237. Dr. Gelbort stated his further evaluation of Hammer in October 2004 was basically a one hour interview.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

238. Dr. Gelbort indicated that in 1997 Hammer was oriented times four when he spoke with him.

Undisputed __X__    Disputed _____    Undisputed but Objected To _____

239. Dr. Gelbort stated that in his July 8, 1998, encounters with Hammer while testifying that there was nothing which suggested to him that he was not competent.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

240. In 2004, Dr. Gelbort stated nothing in his interaction with Hammer then would have suggested to him at that time that Hammer was not competent.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

241.  Dr. Gelbort did not recall sharing his surprise or perplexed feelings with  Ruhnke or Travis at any time in 1998 regarding Hammer's decision to enter a guilty plea.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

242.  Dr. Gelbort did not recall discussing with Hammer his guilty plea during his one hour interview with him.

Undisputed _____    Disputed_X__    Undisputed but Objected To _____

243.  Dr. Gelbort indicated the 1,200 year sentence which Hammer has to serve would have an effect on his perspective and reasoning.

Undisputed _____    Disputed _____    Undisputed but Objected To__X__

244.  Dr. Gelbort could not recall if, prior to the 2004 encounter with Hammer, he reviewed any documents.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

245.  Dr. Gelbort could not point at any of the words on the guilty plea transcript which would reveal that Hammer was not competent at that point in time.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

246.  Dr. Gelbort stated that a reading of the "cold record" did not contain any words which suggested that Hammer was not competent.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

247.  Dr. Gelbort stated emotions, when properly employed and in the normal range, are actually quite good.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

248.  Dr. Gelbort indicated that a person's feeling guilty is a normal emotion.

Undisputed _____    Disputed _____    Undisputed but Objected To_X__

249.  Dr. Gelbort stated it may well have been appropriate for Hammer to be tearful at times when his abusive past was brought out.

Undisputed __X__    Disputed _____    Undisputed but Objected To _____

250.  Dr. Gelbort indicated being tearful in and of itself is certainly not a sign that someone is not competent.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

251.  Dr. Gelbort stated without doing a formal assessment, he thought Hammer had the requisite cognitive and emotional abilities in these circumstances to understand what's going on, to assist his counsel, to be able to answer and understand in a reasonable fashion at the § 2255 hearing.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

252.  Dr. Gelbort indicated that he tries not to give an opinion about competency of an individual at a point substantially in the past.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

253.   With respect to Drs. Wolfson and Mitchell's evaluations, Dr. Gelbort did not believe that they fully were aware of his findings.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

254.   Dr. Gelbort did not recall in 1998 what he had provided Dr. Mitchell.

Undisputed _____   Disputed _____   Undisputed but Objected To __X__

255.   Dr. Gelbort did not recall if the specific mental health records of 1998 helped in his 2004 determinations about Hammer's competence.

Undisputed _____   Disputed_X__   Undisputed but Objected To _____

256.   Dr. Gelbort did not speak with  Ruhnke or Travis as to what was going on around June 22, 1998.

Undisputed _____   Disputed _____   Undisputed but Objected To_X___

257.   Dr. Gelbort stated there certainly are times he would suggest that there is an appropriate balance of emotion and cognition for Hammer.

Undisputed _____   Disputed _____   Undisputed but Objected To __X__

258.   Rodney Archambault's federal conviction was for using the mails to obtain fraudulent income tax returns.

Undisputed __X__   Disputed _____   Undisputed but Objected To_____

259.   Rodney Archambault told the court his Illinois convictions were for tax fraud, use of the mails to commit tax fraud, which occurred while he was in prison.

Undisputed __X__    Disputed ____    Undisputed but Objected To____

260.  Rodney Archambault stated he was convicted of forgery.

Undisputed __X__    Disputed ____    Undisputed but Objected To____

261.  Rodney Archambault stated he was convicted of theft.

Undisputed __X__    Disputed ____    Undisputed but Objected To____

262.  Rodney Archambault stated that in 1996 he was not aware of whom Hammer had murdered.

Undisputed __X__    Disputed ____    Undisputed but Objected To____

263.  Rodney Archambault knew Hammer from Leavenworth.

Undisputed_X__    Disputed ____    Undisputed but Objected To ____

264.  Archambault spoke to Hammer often enough to find out about a person in Michigan who was connected with Hammer.

Undisputed ____    Disputed __X__    Undisputed but Objected To ____

265.  Archambault met Hammer as a result of a newspaper ad in Kansas City Star concerning Hammer being transferred to Oklahoma State Prison to the federal system and Hammer being quite a scam artist.

Undisputed ____    Disputed __X__    Undisputed but Objected To ____

266.  Terry Sittig read a newspaper article to the effect that Hammer basically said that Sittig was not involved in the killings at Enid but Hammer's statement to the press was not true.

Undisputed __X__    Disputed ____    Undisputed but Objected To ____

267.   Mark O'Berg shared a cell with Hammer for approximately two weeks, maybe a little longer.

Undisputed __X__   Disputed ____   Undisputed but Objected To ____

268.   Mark O'Berg stated that he and Hammer had engaged in sexual activity.

Undisputed __X__   Disputed ____   Undisputed but Objected To ____

269.   Mark O'Berg had asked to be moved out of that cell as quickly as humanly possible because he was scared for his well-being.

Undisputed ____   Disputed __X__   Undisputed but Objected To ____

270.   Mark O'Berg was in the custody of the Federal Bureau of Prisons for approximately eight (8) years for armed bank robbery.

Undisputed __X__   Disputed ____   Undisputed but Objected To ____

271.   After completing his federal sentence, Mark O'Berg began serving a state sentence for aiding and abetting a third degree substance violation and first degree arson.

Undisputed ____   Disputed ____   Undisputed but Objected To __X__

272.   Mark O'Berg during his § 2255 testimony referred to Hammer as "David."

Undisputed __X__   Disputed ____   Undisputed but Objected To ____

273.   Mark O'Berg during his testimony looked at least three times in the direction of Hammer and his attorneys and smiled.

Undisputed ____   Disputed __X__   Undisputed but Objected To ____

274.  Mark O'Berg stated Hammer had no vision problems and did not recall anything other than Hammer wearing glasses.

Undisputed _____   Disputed _X_   Undisputed but Objected To _____

275.  Mark O'Berg stated he did not recall if Hammer had any problems getting around inside the cell.

Undisputed _____   Disputed _____   Undisputed but Objected To _X_

276.  Mark O'Berg kept ongoing correspondence with Sam Young since Hammer had introduced them.

Undisputed _____   Disputed _X_   Undisputed but Objected To _____

277.  Dr. Bersoff last regularly practiced psychology in an institution in 1969.

Undisputed _X_   Disputed _____   Undisputed but Objected To_____

278.  Dr. Bersoff reported he had an interest in the death penalty.

Undisputed _____   Disputed _____   Undisputed but Objected To _X_

279.  "Citizens For a Moratorium on Federal Executions" is an internet listing that Dr. Bersoff had signed in an effort to persuade authorities not to go forward with any federal executions.

Undisputed _____   Disputed _____   Undisputed but Objected To _X_

280.  In the Widener Law Review, Dr. Bersoff reported he is not a proponent of the death penalty and had some misgivings about the implementation and utilization of the death penalty.

Undisputed _____   Disputed _____   Undisputed but Objected To _X_

281.  Dr. Bersoff had negative feelings about use of the death penalty for a while and has the current view as well.

Undisputed _____    Disputed _____    Undisputed but Objected To_X__

282.  Dr. Bersoff stated he does not know how a Bureau of Prisons' psychologist is selected to conduct a suicide assessment, intake screening, or monthly SHU evaluation for inmates.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

283.  Dr. Bersoff recognized that the inmate retains the authority -- or the ability not to talk to any psychologist if he chooses.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

284.  Dr. Bersoff stated that on October 11th, 1996, Dr. Mitchell, referred the defendant back to the consultant psychologist for a medication evaluation.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

285.  Dr. Bersoff stated that if a psychologist gives an opinion without a forensic evaluation that practitioner is acting incompetently.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

286.  Dr. Bersoff stated he would have preferred that Hammer consented to release of psychology documentation by Bureau of Prisons' mental health evaluations even after an insanity notice was filed by the defense.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

287.    Dr. Bersoff stated in his report that Dr. Mitchell was a prosecution witness even though a Court order in July 1998, required Dr. Mitchell's participation mental health evaluations after the jury returned its verdict.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

288.    Dr. Bersoff characterized as "oxymoronic" the idea that Hammer's consent was given for Dr. Mitchell to participate in competency proceedings upon an assumption that Hammer might not have been competent.

Undisputed __X__    Disputed _____    Undisputed but Objected To _____

289.    Dr. Bersoff stated it is desirable for a person whose competency is be examined to provide some input into how that will be taken -- how that will be done, including possibly who would do it.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

290.    Dr. Bersoff admitted that he did not know Dr. Magaletta's forensic experience even though he suggested that Dr. Magaletta conduct the mental competency evaluation of Hammer.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

291.    Dr. Bersoff admitted that the Williamsport area in relation to Philadelphia is a smaller town.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

292. Dr. Bersoff stated one of the "dual hat" problems began when Dr. Wolfson arrived on the scene at Springfield to see Hammer and ended when Hammer left the institution.

Undisputed _____    Disputed_X__    Undisputed but Objected To _____

293. Dr. Bersoff stated he did not see any evidence that Dr. Wolfson was causing any disease or defect in Hammer in 1997 at Springfield but added in his report the adjective "putatively" to describe Dr. Wolfson's participation as a "non-partisan expert."

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

294. Dr. Bersoff conceded that a person could suffer from a serious mental disease or defect and still be competent to participate in criminal proceedings.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

295. Dr. Bersoff believed that it was not "germane" to his ethical analysis that Attorneys Ruhnke and Travis agreed that Dr. Mitchell should participate in the competency proceedings.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

296. Dr. Bersoff stated that the actions of Drs. Wolfson, Karten, and Mitchell squandered judicial sources.

Undisputed __X__    Disputed _____    Undisputed but Objected To _____

297. Dr. Bersoff stated that he thought we would not be here today if there had not been mental health ethical issues that arose in Hammer's proceedings.

Undisputed __X__     Disputed _____     Undisputed but Objected To _____

298.  Dr. Bersoff stated if there was an adequate examination and cross-examination of mental health experts the Court could arrive at a determination whether mental health experts had any bias or prejudice.

Undisputed _____     Disputed __X__     Undisputed but Objected To _____

299.  Dr. Bersoff agreed that Dr. Mitchell's frequent contacts with Hammer was brought to the Court's attention.

Undisputed _____     Disputed __X__     Undisputed but Objected To _____

300.  Dr. Bersoff stated that he had no question about Dr. Wolfson's competence, at least in terms of being a general forensic examiner or conducting insanity determinations.

Undisputed _____     Disputed __X__     Undisputed but Objected To _____

301.  Dr. Bersoff stated if a person only sees dissociative identity disorder patients it is possible that this could create a bias for finding dissociative identity disorder in a person.

Undisputed _____     Disputed __X__     Undisputed but Objected To _____

302.  Dr. Bersoff conceded that the assessment of the risk of violence is not an easy task.

Undisputed __X__     Disputed _____     Undisputed but Objected To _____

303.  Dr. Bersoff stated he did not know how many cell mates Hammer might have had in SHU during that time frame up through March of 1996.

Undisputed _____     Disputed _____     Undisputed but Objected To __X__

16

304.    Dr. Bersoff did not know whether or not Dr. Mitchell or Dr. Karten or Dr. Wolfson ever criticized their employer.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

305.    Dr. Bersoff stated that the dual relationships lengthened the judicial proceedings.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

306.    Dr. Bersoff was unaware whether Drs. Mitchell or Wolfson ever had criticized their employer.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

307.    Dr. Bersoff stated there were judicial resources expended by June 22, 1998, relating to the jury selection and trial in Hammer's case.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

308.    Dr. Bersoff stated Dr. Mitchell did not force himself upon Hammer as a therapist.

Undisputed _____    Disputed X__    Undisputed but Objected To _____

309.    Dr. Bersoff stated that Dr. Mitchell as a therapist might be helpful to Hammer to testify that he was competent or might not be helpful to him to find him competent.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

310.    Dr. Bersoff stated that he did not know what kind of evaluation Dr. Mitchell did on June 22, 1998.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

311.  Dr. Bersoff said that ethics should preclude Bureau of Prisons' mental health providers from conducting any evaluation regarding federal prison inmate who commit criminal offenses in prison.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

312.  Dr. Bersoff suggested that Drs. Mitchell and Wolfson on June 22, 1998, should have conducted a formal, structured competency test but Dr. Martell felt that such formal testing was unnecessary.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

313.  Martin Hammer had more contact with his brother in the last several years than he had for the years prior to 1996.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

314.  Martin Hammer visited David Hammer on three occasions and talked to him on the phone at Terre Haute.

Undisputed _____   Disputed _____   Undisputed but Objected To __X__

315.  Martin Hammer talked about how it was when he and David Hammer were growing up during these conversations.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

316.  Martin Hammer is disabled now for psychiatric reasons.

Undisputed _____   Disputed _____   Undisputed but Objected To_X__

317.  Martin Hammer is taking prescription drugs such as Wellbutrin, trazodone, Depakote, and Geodon.

Undisputed _____   Disputed _____   Undisputed but Objected To_X___

318.   Dr. Spitz admitted that one can have sexual asphyxia without bondage.

Undisputed ____    Disputed ____    Undisputed but Objected To __X__

319.   Photographs in Dr. Spitz' book in the chapter on sexual asphyxia are situations of autoerotic sexual asphyxiation where there is only one person on the scene.

Undisputed ____    Disputed ____    Undisputed but Objected To __X__

320.   Dr. Spitz incorrectly believed that Andrew Marti was wearing a T-shirt, pants, and underpants at the time Marti died.

Undisputed ____    Disputed __X__    Undisputed but Objected To ____

321.   Dr. Spitz did not know if there was a suggestion that Hammer's sperm was found on or near Marti's body.

Undisputed ____    Disputed __X__    Undisputed but Objected To ____

322.   Dr. Spitz indicated lack of familiarity about whether in prisons marks around a person's neck would bring unwarranted attention to that inmate.

Undisputed ____    Disputed __X__    Undisputed but Objected To ____

323.   Dr. Spitz agreed it would not do well for a mail carrier to walk around with a mark around his neck caused by sexual asphyxia activities.

Undisputed ____    Disputed ____    Undisputed but Objected To __X__

324.   With respect to details about Hammer's background, Dr. Spitz stated the only information about Hammer's background was the statement he gave to the FBI.

Undisputed __X__    Disputed ____    Undisputed but Objected To ____

325.  Dr. Spitz agreed it was fair to say that he had no information about Marti's background.

Undisputed __X__    Disputed____    Undisputed but Objected To ____

326.  Dr. Spitz stated in his report that Marti was strangled from the rear and left.

Undisputed ____    Disputed __X__    Undisputed but Objected To ____

327.  From the position in which Marti's body was found, no one could have strangled him from the left since there was a wall abutting the left side of Marti's body.

Undisputed ____    Disputed __X__    Undisputed but Objected To ____

328.  Dr. Spitz stated sexual asphyxiation need not involve masochism or intentionally hurting the person beyond what force is needed to cut off oxygen to the brain.

Undisputed __X__    Disputed ____    Undisputed but Objected To ____

329.  Dr. Spitz spoke by phone with two attorneys from Indiana about Hammer's case but could not recall their names.

Undisputed __X__    Disputed ____    Undisputed but Objected To ____

330.  Dr. Spitz stated he had no notes of conversation with them.

Undisputed __X__    Disputed ____    Undisputed but Objected To____

331.  Dr. Spitz stated he first heard about Marti's death a several years ago because after he had discussed the case or

talked about the case with Hammer's attorneys initially then there was a long period of silence where he heard nothing.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

332.   Dr. Spitz' preliminary view, that Marti's death involved sexual asphyxiation, which he gave Hammer's attorneys, the same opinion he had given to McHugh, because in his view, there was only one opinion to be given.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

333.   Dr. Spitz' had documentation from the Indiana attorneys but did not remember what that documentation was nor whether he still had it.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

334.   Dr. Spitz could not conceive of a situation in which a person began to strangle a victim with a ligature and then stopped, other than one involving sexual asphyxia.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

335.   Dr. Mitchell's interviews with Hammer when the inmate was in general population ran 30 minutes to an hour.

Undisputed __X__   Disputed _____   Undisputed but Objected To _____

336.   Dr. Mitchell's therapeutic relationship with Hammer was described as good by Dr. Mitchell.

Undisputed __X__   Disputed _____   Undisputed but Objected To_____

337.   Dr. Mitchell stated Hammer's depression probably influenced his drug use in prison and likely affected his

interpersonal relationships in terms of his desire to either move towards other inmates or staff in social contacts or kind of keep to himself.

Undisputed _____    Disputed __X__    Undisputed but Objected To_____

338.  Dr. Mitchell stated that Hammer had more than one episode of depression.

Undisputed __X__    Disputed _____    Undisputed but Objected To _____

339.  Dr. Mitchell took those accounts as being genuine.

Undisputed __X__    Disputed _____    Undisputed but Objected To _____

340.  Dr. Mitchell stated that Hammer's symptoms of tension, anxiety, and nervousness were mostly situational.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

341.  Dr. Mitchell stated that Hammer was prone to outbursts of distress and aggression but these did not reach the threshold for intermittent explosive disorder.

Undisputed _____    Disputed __X__    Undisputed but Objected To_____

342.  Dr. Mitchell stated that Hammer tended to assure him that his decisions around those fluctuations were not whimsical or kind of impulsive.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

343.  Dr. Mitchell stated that Hammer viewed his trial as going all right or okay in June 1998 but he was still feeling situational stress.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

22

344.   Dr. Mitchell stated Hammer was relating that to feeling powerless, helpless, and feeling like he did not have enough control during trial proceeding.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

345.   Dr. Mitchell told Hammer that he understood whey he might feel that way, how frustrating the trial must be for him and once he did that, kind of looking at some problem solving.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

346.   Dr. Mitchell in his note (6/15/98) indicated that Hammer stated he felt a little better and talked about some good social interactions he had over the weekend.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

347.   Dr. Mitchell stated that if an inmate reports that he has used or that he was in possession of drugs or that he was intent on going over the wall, trying to escape to get drugs, something like that, then he would be compelled to report that.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

348.   Dr. Mitchell stated that how we handle situations involve new violations is we will tell inmates ahead of time in terms of the limits of confidentiality.

Undisputed _____   Disputed_X__   Undisputed but Objected To _____

349.   Dr. Mitchell said that he and an inmate can kind of talk around their desires to use drugs or other sensitive issues.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

350.  Dr. Mitchell stated typically inmates are told that confidentiality is handled a little differently in the Bureau of Prisons given that they are inmates.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

351.  Dr. Mitchell stated inmates are warned that among other things there essentially is no inmate confidentiality in the Bureau of Prisons.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

352.  Dr. Mitchell stated inmates are told about lack of confidentiality at the first time they are seen upon intake.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

353.  Dr. Mitchell stated the psychological report is to mainly document, especially reading the last few lines, to document that at no time during sessions did he observe any kind of psychotic symptoms.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

354.  Dr. Grassian could not recall ever testifying for the prosecution.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

355.  Dr. Grassian stated that from time-to-time at least since 1994 he had been involved in death penalty cases.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

356.  Dr. Grassian did not recall ever testifying on behalf of a prosecution in a death penalty case.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

357.  Dr. Grassian made a presentation for the Federal Capital Defenders Habeas Unit.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

358.  Dr. Grassian stated he had been consulted on a number of death penalty cases, about a dozen or so.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

359.  Other than the Florida Department of Department of Corrections -- Dr. Grassian always testified on behalf of prisoner/plaintiffs.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

360.  Dr. Grassian stated he had never worked regularly in a prison, state or federal.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

361.  In federal court in Massachusetts, Dr. Grassian testified as an expert witness at the *Adedeji* trial on behalf of that woman who was strip searched.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

362.  Dr. Grassian stated he was both her clinical psychiatrist and treating psychiatrist as well as testified on her behalf at trial as an expert.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

363.  Dr. Grassian stated he did not hold himself out as an expert on stressors of criminal trials.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

364.   The information from the June 22, 1998, transcript did not support nor was relied upon by Dr. Grassian in reaching his opinions.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

365.   Dr. Grassian opined that Hammer, prior to June 22, 1998, was impaired but to what extent did not know, because he never really explored that in any detail.   (TT Vol. 8, p. 114)

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

366.   Dr. Grassian stated that as Hammer was getting into the van to leave from the trial on the Friday before his guilty plea, Hammer -- had this overwhelming feeling that he could not go further and decided to enter a guilty plea.

Undisputed _____    Disputed_X___    Undisputed but Objected To _____

367.   Dr. Grassian stated that Hammer told him he had decided to enter a guilty plea, had "absolute tunnel vision," and would not change his mind.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

368.   Although Dr. Grassian considered Hammer's "amenities" generally to reach an opinion, he did not know which of them would be more important to Hammer.

Undisputed _____    Disputed_X__    Undisputed but Objected To _____

369.   Dr. Grassian stated Hammer did clever things at Oklahoma State Penitentiary that got him into the federal system ultimately where Hammer wanted to go.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

370.   Dr. Grassian believed that all persons feel psychological pain from harsh prison conditions.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

371.   Dr. Grassian stated he did not have any notes with him relating to those initial discussions with Attorneys Ruhnke and Travis.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

372.   Dr. Grassian stated the evaluation with Hammer in 1997 did not and could not have covered his complaints about the medical center for Federal prisoners at Springfield, Missouri, since it occurred prior to Hammer going to Springfield.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

373.   Government Exhibit 200 represents Dr. Grassian's incorrect testimony earlier on that same question.

Undisputed _____    Disputed _____    Undisputed but Objected To_X___

374.   Dr. Grassian stated that there was no clinical testing that was done by him, rather it was an extended conversation or clinical interview.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

375.  Dr. Grassian's impression, which was that the pain and grief that Hammer felt, was largely undigested and unshared.

Undisputed ____   Disputed __X__   Undisputed but Objected To ____

376.  Dr. Grassian stated he could not recall where Hammer was housed at the time that Hammer decided to waive his appeal.

Undisputed ____   Disputed ____   Undisputed but Objected To __X__

377.  Dr. Grassian stated Hammer was in solitary confinement and that it is not a huge difference between those situations at any federal facilities.

Undisputed ____   Disputed __X__   Undisputed but Objected To ____

378.  Dr. Grassian had no idea whether the particular prison situation at the time of Hammer's appeal was one with a TV in the cell.

Undisputed ____   Disputed_X__   Undisputed but Objected To ____

379.  Dr. Grassian stated Hammer obviously thought Terre Haute was a heck of a lot better than Lewisburg.

Undisputed____   Disputed ____   Undisputed but Objected To_X___

380.  Dr. Grassian stated Hammer had more phone privileges, the exercise yard was bigger, and inmates when he was at exercise, there's a whole host of things better at Terre Haute.

Undisputed ____   Disputed __X__   Undisputed but Objected To____

381.  Dr. Grassian stated he did not have notes of the interview with Hammer at the time he testified.

Undisputed ____   Disputed ____   Undisputed but Objected To_X__

382. Dr. Grassian did not review the videotape of the murder scene but nonetheless talked to Hammer about how he felt prior to and at the time of Marti's killing.

Undisputed ____    Disputed  X    Undisputed but Objected To____

383. Dr. Grassian doubted that it would have made much of a difference if he had seen the murder scene.

Undisputed ____    Disputed ____    Undisputed but Objected To  X

384. Dr. Grassian stated solitary confinement is like Howard Johnsons, they all look kind of alike.

Undisputed ____    Disputed  X    Undisputed but Objected To ____

385. Dr. Grassian stated he should have not have said Hammer was abused by guards at Springfield but should have said Hammer reported that he was abused by guards and he should not have just endorsed the statement and he did not because that was really carelessness.

Undisputed ____    Disputed X    Undisputed but Objected To ____

386. Dr. Grassian did not recall the transcript of proceedings or what was in those transcripts, but remembered Springfield had been mentioned and was not sure why it would have been or who would have thought to talked about that.

Undisputed ____    Disputed  X    Undisputed but Objected To ____

387. Dr. Grassian stated that Hammer hated the Oklahoma Department of Corrections because the last place he stayed in OSP was the worst.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

388.  Dr. Grassian stated that Hammer's 1200 year sentence would be something which would affect a person's perspective.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

389.  Dr. Grassian had not actually had a chance to talk with Hammer about activities in which Hammer had engaged at Terre Haute.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

390.  Dr. Grassian made a mistake in his testimony and Mr. Moreno stated the petitioner would stipulate that counsel brought it to the witness' attention.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

391.  Dr. Grassian's impression was that Hammer's arguments indicated he was a pretty bright guy and did pretty well for himself.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

392.  Dr. Grassian stated from a psychiatric standpoint, he would not want to create a dissonant situation by allowing ones who misbehave to receive more privileges than someone who does not misbehave.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

393.  Dr. Mitchell stated Hammer talked about how important mail was to him, as it was his only link to people and relating to others.

Undisputed __X__    Disputed ____    Undisputed but Objected To ____

394.  Dr. Mitchell reviewed raw data generated by Dr. Gelbort at the time of trial or before trial at the prosecution's request.

Undisputed __X__    Disputed ____    Undisputed but Objected To ____

395.  Dr. Mitchell did not see evidence of dissociation in Hammer, but did see rapid emotional cycling.

Undisputed ____    Disputed __X__    Undisputed but Objected To ____

396.  Dr. Mitchell testified that Hammer had good insight into the underlying emotional or psychological reasons for some of his actions, especially when he was compared to other inmates because then he tended to have above average insight.

Undisputed ____    Disputed_X__    Undisputed but Objected To ____

397.  Dr. Mitchell stated Hammer had a quite normal emotional reaction, given the intensity of the stressors that he was experiencing but that his behavioral actions in swallowing the razor blade were uncharacteristic of him.

Undisputed ____    Disputed __X__    Undisputed but Objected To ____

398.  Dr. Mitchell stated much of Hammer's discussions had to do with what he would characterize as existential uncertainty on Hammer's part, kind of this going back and forth between wanting to just kind of accept a certain fate.

Undisputed____    Disputed_X__    Undisputed but Objected To ____

399.  Dr. Mitchell stated he saw Hammer's struggle as kind of a fairly consistent existential struggle that he went through.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

400.  Dr. Mitchell stated that four days after Hammer told him he was going to appeal he expressed ambivalence about having agreed with his attorney to file an appeal and there seemed to have been a belief that filing an appeal would have expedited his transfer out of Allenwood and that that belief or expectation was dispelled.

Undisputed _____   Disputed_X___   Undisputed but Objected To _____

401.  Dr. Mitchell stated that he did not agree that Hammer's decisions were not entirely voluntarily, because they were motivated by psychological pain.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

402.  Dr. Mitchell stated it was very common, in fact, when people are kind of considering issues of life and death; for example the notion of suicide, for persons to be very ambivalent about whether or not they want to take their own life and barring the presence of any kind of psychosis or psychotic thinking, that back and forth ambivalence about their decision still remains under their cognitive control.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

403.  Dr. Mitchell does not believe Hammer's control in making that decision was impaired by psychological pain.

32

Undisputed _____    Disputed _X_    Undisputed but Objected To _____

404.   Dr. Mitchell stated the psychological pain did not control Hammer's decision making but it might have influenced the decision-making.

Undisputed _____    Disputed _X_    Undisputed but Objected To _____

405.   Dr. Mitchell expressed his belief that psychology records are open to disclosure in the context of a criminal case without Hammer's consent.

Undisputed _____    Disputed _X_    Undisputed but Objected To _____

406.   Dr. Mitchell stated Hammer was likely under the mind or belief that all of the notes would be disclosed if he were prosecuted.

Undisputed _____    Disputed _X_    Undisputed but Objected To _____

407.   Having not spoken to any type of assessment of psychosis in previous notes or contacts, Dr. Mitchell felt it was clinically relevant in April 1996 to then do so given it may be called into question.

Undisputed _____    Disputed _X_    Undisputed but Objected To _____

408.   Dr. Mitchell did advise Hammer that if he wanted to continue therapeutic contacts with him, then Hammer should be aware that anything -- any type of contact could be used not only as part of his defense but also as part of the prosecution.

Undisputed _____    Disputed _X_    Undisputed but Objected To _____

409. Dr. Mitchell told Hammer that in his opinion, in other words, that he was not saying in his records or in his contacts that Hammer was mentally ill and that Hammer should be aware of that.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

410. Ethically, Dr. Mitchell saw it as important for Hammer to make the choice and no one else whether to continue speaking with him, and that if Hammer made it, he was making it with informed consent.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

411. Given that Dr. Wolfson was not a member of the court, Dr. Mitchell assumed it was okay because Dr. Wolfson was also a member of the Bureau of Prisons, but Dr. Mitchell just wanted to make sure so he contacted legal counsel in 1997 to release his records to Dr. Wolfson.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

412. Dr. Mitchell stated it was standard practice whenever the Allenwood Penitentiary transfers an inmate to a medical center files are then "zipped" to be sent via electronic mail to the medical center where the inmate was transferred.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

413. Dr. Mitchell stated Hammer did not appear confused or uncertain so much as upset and frustrated that Dr. Mitchell's

34

records were, indeed, starting to be used in a manner which Hammer saw as unfavorable.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

414.  It is likely that Dr. Mitchell consulted with Dr. Karten, given Hammer's case was obviously such a high profile case and that a code change like that would be -- it would be prudent to consult with him.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

415.  These codes is a term usually reserved for the psychotic disorders and not for disorders like major depressive disorder.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

416.  Dr. Wolfson and Dr. Mitchell discussed the legal standards of competency on June 22, 1998.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

417.  Bureau of Prisons in general prefers that a therapist not serve in a forensic evaluator capacity if it can be avoided.

Undisputed __X__    Disputed _____    Undisputed but Objected To _____

418.  Dr. Mitchell stated there has never been a television set in a special housing unit for even inmates who were protected and cooperating with the prosecution.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

419.  Dr. Mitchell recalled that Hammer in 1997 had a valid concern, which appeared that staff were kind of giving him the

runaround, so to speak, and not answering his requests as to why he was on restriction with any specificity.

Undisputed __X__     Disputed _____     Undisputed but Objected To _____

420.  Dr. Mitchell sent a note to Mr. Troutman, the unit manager, to try to get a little more clarity for Hammer on a particular issue.

Undisputed __X__     Disputed _____     Undisputed but Objected To _____

421.  Dr. Mitchell has criticized or written similar memos in other cases where he thought better things could have been done in terms of procedures for inmates.

Undisputed _____     Disputed _____     Undisputed but Objected To __X__

422.  Dr. Mitchell stated that at Springfield the second time around it seemed easier for Hammer according to Hammer.

Undisputed _____     Disputed _____     Undisputed but Objected To __X__

423.  Dr. Mitchell stated Hammer knew what to expect given that he had been there previously.

Undisputed _____     Disputed __X__     Undisputed but Objected To _____

424.  Dr. Mitchell stated he thought there were fairly predictable stressors that kind of consistently would trigger emotional distress or liability including legal proceedings, earlier on when Hammer would talk about what he would perceive as unwarranted restriction or mistreatment from staff, and those kinds of issues.

Undisputed _____     Disputed __X__     Undisputed but Objected To _____

425.   Dr. Mitchell stated he would put control as high as a particular interest of Hammer which was obviously throughout the legal proceedings he felt very powerless.

Undisputed __X__   Disputed ____   Undisputed but Objected To ____

426.   Dr. Mitchell stated Hammer's interests in control were in existence well before the killing of Andrew Marti.

Undisputed __X__   Disputed ____   Undisputed but Objected To ____

427.   Dr. Mitchell stated individuals such as Hammer can have existential struggles without having any kind of mental disorder.

Undisputed ____   Disputed __X__   Undisputed but Objected To ____

428.   Dr. Mitchell stated Hammer welcomed a potential transfer to Florence or Terre Haute from Allenwood.

Undisputed __X__   Disputed ____   Undisputed but Objected To ____

429.   Dr. Mitchell stated Hammer as kind of not shying away from that type of attention and the type of attention that being on a death row unit would afford him.

Undisputed ____   Disputed __X__   Undisputed but Objected To ____

430.   Dr. Mitchell shared his personal view of the death penalty with Hammer.

Undisputed ____   Disputed ____   Undisputed but Objected To __X__

431.   Dr. Mitchell is personally opposed to the death penalty.

Undisputed ____   Disputed ____   Undisputed but Objected To __X__

432.  Dr. Mitchell was aware in 1997 or 1998 that certain psychology records or copies of psychology records were being sought by either the prosecution or the defense.

Undisputed __x__    Disputed ____    Undisputed but Objected To ____

433.  Dr. Mitchell recalled that the prosecution sought certain psychology records or copies of psychology records and also that Hammer's attorneys at that time also sought them.

Undisputed __x__    Disputed ____    Undisputed but Objected To ____

434.  Dr. Mitchell stated Dr. Karten was concerned about Hammer's history of psychological maladjustment, and thus by assigning that code ensured that this inmate was followed with a little more closer attention.

Undisputed ____    Disputed __x__    Undisputed but Objected To ____

435.  Dr. Mitchell did not have any familiarity with any local psychiatrists or psychologists, outside of the Bureau of Prisons, to treat or to have discussions with Hammer at the Allenwood penitentiary.

Undisputed ____    Disputed ____    Undisputed but Objected To __x__

436.  Dr. Mitchell said Hammer was coded as a new inmate arriving to USP Allenwood who has mental health program needs.

Undisputed __x__    Disputed ____    Undisputed but Objected To ____

437.  Dr. Mitchell stated an inmate is not compelled to speak with him and Hammer did not always show for his appointments.

Undisputed _____   Disputed __X__   Undisputed but Objected To_____

438.  Dr. Mitchell stated he followed Hammer to the FCI Allenwood because Hammer requested it and it was good clinical continuity of care.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

439.  Dr. Mitchell stated Hammer was upset at the conditions at FCI Allenwood.

Undisputed __x__   Disputed _____   Undisputed but Objected To _____

440.  Dr. Mitchell stated simple emotional distress can cause pressured speech and does not always have to be indicative of some larger major mental illness, for lack of a better term.

Undisputed _____   Disputed __x__   Undisputed but Objected To _____

441.  Dr. Mitchell stated when he witnessed instances of Hammer's pressured speech, he did not recall thinking that that was a sign of bipolar illness, for example, but rather a sign of emotional distress, emotional upset, those kinds of things.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

442.  Dr. Mitchell was not asked to listen to Hammer to get details of his defense and share those with the prosecution.

Undisputed _____   Disputed _____   Undisputed but Objected To __X__

443.  Dr. Mitchell stated that prior to Hammer's guilty plea, he had discussions with the prosecution that he would with

certainty testify as well as discussions with the defense that he would also testify for them.

Undisputed __X__    Disputed ____    Undisputed but Objected To ____

444.  Dr. Mitchell stated he believed there was a rule, regulation, or statute which would preclude a non-Bureau of Prisons' mental health professional from tending to Hammer's mental health needs.

Undisputed ____    Disputed __X__    Undisputed but Objected To ____

445.  Dr. Mitchell viewed Hammer's condition of the guilty plea be executed at high noon through a lens of rationality so much as he did of theatrics and dramatics.

Undisputed ____    Disputed_X__    Undisputed but Objected To ____

446.  Dr. Mitchell stated emotional liability was a symptom that occurred with some frequency but would not label it as constant.

Undisputed ____    Disputed __X__    Undisputed but Objected To ____

447.  Dr. Mitchell stated it is a dramatically different world at the Allenwood Penitentiary for psychologists than on the streets of Williamsport and would add availability as well as just familiarity with our inmate population.

Undisputed ____    Disputed __X__    Undisputed but Objected To ____

448.  Dr. Mitchell stated that his impression with Hammer surrounding the guilty plea was motivated in part by attention getting.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

449.  Dr. Mitchell did not have any doubt or doubts about the correctness of the opinion his given on June 22, 1998, relating to the competency of Hammer to enter a guilty plea on that date.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

450.  Dr. Mitchell did not have any doubt or doubts about his previous conclusion regarding Hammer's ability to make a knowing, voluntary, and rational or intelligent decision to enter a guilty plea on June 22, 1998.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

451.  People can go in and out of competency depending upon the stress upon them and other factors in their lives.

Undisputed __X__    Disputed _____    Undisputed but Objected To _____

452.  Dr. Sadoff did not read the transcript of the guilty plea proceeding.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

453.  Dr. Sadoff did not read the mental health evaluations that took place then.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

454.  No one explained to Dr. Sadoff why Dr. Bersoff critiqued Dr. Dubin.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

455.  Dr. Sadoff diagnosed .15 percent of his cases as "DID."

Undisputed____   Disputed ____   Undisputed but Objected To __X__

456.  Dr. Sadoff felt competent to make the "DID" diagnoses even though he had not seen that many cases.

Undisputed ____   Disputed __X__   Undisputed but Objected To____

457.  Dr. Sadoff stated he found Hammer's situation different because he had never seen anybody else who has had a pre-existing sentence of 1200 years.

Undisputed ____   Disputed __X__   Undisputed but Objected To____

458.  Dr. Sadoff responded to Ruhnke's letter regarding Hammer seeking help on September 28, 1999.

Undisputed ____   Disputed ____   Undisputed but Objected To_X___

459.  Dr. Sadoff's initial report of September 1997 found Hammer competent to proceed.

Undisputed ____   Disputed ____   Undisputed but Objected To_X___

460.  Dr. Sadoff had no recollection of Hammer telling him about any episodes of sexual interaction with his mother.

Undisputed ____   Disputed ____   Undisputed but Objected To_X___

461.  In Dr. Sadoff's opinion, the persons who did the competency evaluation should have confronted the dissociative identity disorder that he had diagnosed at least to some degree.

Undisputed ____   Disputed __X__   Undisputed but Objected To ____

42

462.   Dr. Sadoff agreed that "Jocko" would be manifested by a loud, vulgar, obscene, and aggressive manner of speaking.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

463.   Dr. Sadoff stated if the words were not loud and Hammer was not obscene the way "Jocko" comes across, then the question was to Hammer was "Jocko" telling him what to say, was he influencing Hammer.

Undisputed __X__   Disputed _____   Undisputed but Objected To _____

464.   Dr. Sadoff stated  Travis or Ruhnke or anyone else did not provide him with any information which would have suggested that Hammer, at the time Dr. Sadoff testified in June 1998, was incompetent or not able to help his attorneys to defend himself.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

465.   Dr. Sadoff confirmed the diagnosis made that "Jocko" emerged and menaced himself or Dr. Dubin or both.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

466.   Dr. Sadoff stated correctional officials had a view and converged on the glass wall when Hammer did what he did, that is at 12:00:43 Hammer was still rising and continued to do so until 12:00:48 when Hammer was back in the chair.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

467.   Dr. Sadoff stated correctional officials converged on the glass window from the outside at the time Hammer was up and

out of his chair and backed off only when they saw Hammer sit down.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

468.  Dr. Sadoff said that Dr. Kluft had videotaped his interviews of suspected DID cases in the past.

Undisputed_____    Disputed _____    Undisputed but Objected To __X__

469.  Dr. Sadoff stated victims of sexual abuse sometimes have false memories of their abuse.

Undisputed _____    Disputed __X__    Undisputed but Objected To_____

470.  Dr. Sadoff regards Hammer as intelligent and bright.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

471.  Dr. Mitchell stated Hammer had certain mental conditions which he viewed as valid but having known some of the previous mental disorders that his defense team were arguing for that Hammer was at least partly malingering those specific mental disorders that his defense team purported for him to have.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

472.  Travis stated that the premeditated charge was not based solely on Hammer's statement to the FBI but there were other factors in addition to Hammer's statement, including the fact that the victim was bound possibly.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

473.  Between the three, Travis stated Ruhnke spent the least amount of time with Hammer.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

474.  Hammer likes to be in control and Travis stated they had a lot of tug-of-wars over control.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

475.  Travis stated that Hammer's prospects for parole from the Oklahoma sentence were nonexistent.

Undisputed _____   Disputed _____   Undisputed but Objected To __X__

476.  Travis stated Hammer did not refer to himself in plurals.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

477.  Travis did not hear or see any behavior from Hammer, such as when "Jocko" emerged during the Dubin/Sadoff interview, as was seen on the video, on June 21 or June 22, 1998.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

478.  Travis stated Hammer "switched" probably during the jury selection process, sometime during that month when they were engaged in jury selection.

Undisputed __X__   Disputed _____   Undisputed but Objected To _____

479.  Travis stated the strategy was basically to hope that when Hammer got in the morning of June 22, 1998, that he thought better of his decision, which tactic he had employed in the past.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

480.  Travis stated sometimes Hammer would change his mind after a night's sleep.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

481.  Travis stated his recollection is that Dr. Sadoff did not indicate that there was any question about Hammer's competency while he was here for the purpose of giving testimony for at least two days.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

482.  Travis stated every instance where the question of competency was addressed with respect to Hammer, he was found to be competent.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

483.  Travis recalled answering in the affirmative that he did not believe there was any competency issue.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

484.  Travis recalled that all of the alleged murders Hammer attempted to take credit for or said he was involved in were crimes committed while he was a free person with one exception being the Kenner case.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

485.  During the course of the trial, Travis learned that the government in part did rely upon things that Hammer said in terms of other crimes, such as drug introductions at a prison.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

486.    Travis stated the government appeared to credit Hammer with the contention that another client, Michael O'Driscoll, was planning to escape.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

487.    Travis stated he had received "302s" with respect to the investigation of the threats on the judge as well as the bomb threats.

Undisputed __X__    Disputed _____    Undisputed but Objected To _____

488.    Travis stated Hammer's statements were brought out as a potential conflict between what Hammer told the FBI and what other evidence was produced.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

489.    On December 24, 1996, according to this particular document, questions were raised by Travis' co-counsel of Hammer about the runes that were found above the door in cell 103.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

490.    Travis had no doubt about Hammer's competence that would warrant the declination to accept his guilty plea.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

491.    Hammer, ten years after Randy Vanderschaaf basically told him that he was lying, nonetheless came back and tried to again claim credit for the Jane Doe killing in Chataqua.

Undisputed __X__    Disputed _____    Undisputed but Objected To _____

47

492.   Hammer took credit for this killing saying he was on escape status at the time according to Vanderschaaff.

Undisputed __X__   Disputed _____   Undisputed but Objected To _____

493.   Information that Hammer gave to Vanderschaaff on the telephone and in the initial letter were consistent with information generally available to the police about the Jane Doe homicide.

Undisputed _____   Disputed __X__   Undisputed but Objected To_____

494.   Vanderschaaff said Hammer stated he did not see a True Detective magazine.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

495.   Vanderschaaff stated he talked to Hammer for an hour probably and probably the first twenty-five minutes when he was going through everything that led up to and after the homicide.

Undisputed __X__   Disputed _____   Undisputed but Objected To_____

496.   Hammer provided Vanderschaaff with some sort of an itinerary that he had in 1983 traveling to Pennsylvania, Maryland, New York, and Ohio.

Undisputed __X__   Disputed _____   Undisputed but Objected To _____

497.   Vanderschaaff did not think that Hammer had a mental problem.

Undisputed _____   Disputed _____   Undisputed but Objected To_X__

498.   Vanderschaaff stated when the interview first started Hammer was real nonchalant.

Undisputed __x__    Disputed ____    Undisputed but Objected To ____

499.    Vanderschaaff stated it was not like Hammer was hesitant, it was just like the wind was right out of Hammer's sails, just like Hammer knew he had been had, that he was caught in a lie after 25 minutes into the interview about the "Jane Doe" homicide.

Undisputed __x__    Disputed ____    Undisputed but Objected To ____

500.    Travis was aware that there was a false claim of a killing in New York.

Undisputed __x__    Disputed ____    Undisputed but Objected To ____

501.    Travis had a belief that the government may attempt to or plan to attempt to use that videotape on the false confession to buttress its claim of future dangerousness.

Undisputed ____    Disputed __X__    Undisputed but Objected To ____

502.    Travis' view was that the presentation of false confessions was a "double edged sword" that could both hurt and help the defense or hurt or help the prosecution.

Undisputed ____    Disputed __X__    Undisputed but Objected To____

503.    Travis at trial recalled giving that the timing of the killing, an aspect of Hammer's statement to the FBI, was false.

Undisputed ____    Disputed_X__    Undisputed but Objected To____

504.    Travis stated there was no reference to sex in Hammer's statement to Special Agent Thompson.

Undisputed __X__    Disputed ____    Undisputed but Objected To ____

49

505.  Travis stated another aspect of the false statement was the hostage rouse based on what the Bureau of Prisons' standard practice was in those situations.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

506.  Travis in 1998 had worked Bureau of Prisons' cases for some fifteen plus years some of which were various murder cases and other serious assaults within the penitentiary.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

507.   Travis and Ruhnke considered other defenses for Hammer other than a mental health.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

508.  Travis stated an accidental killing defense was considered but not pursued.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

509.  Travis stated that Hammer and Marti had a sexual relationship and considered accidental killing during the course of rough sex as a defense.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

510.  Travis believed to be true because of what he was told that Hammer was known to have sexual relations.

Undisputed_____    Disputed __X__    Undisputed but Objected To _____

511.  Travis recalled the videotape depicted the securing or finding of a rubber glove.

Undisputed _____    Disputed_X___    Undisputed but Objected To _____

512. Travis was aware through other cases and reading other cases that apparently there is a form of sexual interaction that does involve strangulation or at least the cutting off of blood flow.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

513. Travis said a decision was made to proceed without an accidental killing defense.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

514. Travis stated one theory was accidental defense and another was mental health defense.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

515. Travis agreed that if the defense proceeded full bore on an accidental death that an extra layer of facts on top of the mental health defense would have to be presented and that would have taken away from the emphasis on the mental health defense.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

516. Travis stated the defense relied quite a bit on Hammer's word as to what occurred in the cell just prior to the discovery of Marti's body.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

517. Travis recalled discussing Hammer's interest in tying up people for sex or sex related restraining.

Undisputed _____   Disputed __X__   Undisputed but Objected To _____

518.   Travis stated Hammer told him on Sunday that he decided to enter his guilty plea the day prior, Saturday the 20th.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

519.   Travis stated Hammer did not indicate that anything in particular had happened which caused Hammer to say it was his final decision to plead guilty but it appeared that all of the forces came together at that point in time, and Hammer was comfortable with the decision at that particular point in time.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

520.   Travis felt that if there was going to be a guilty plea that the value for penalty purposes certainly would have been greater at the start which is an opinion shared with the Court as well as with Hammer on June 21 or 22, 1998.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

521.   Travis believed the advantage of Hammer's guilty plea was that he could argue more effectively for remorse than with the plea than without it.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

522.   Travis did not present Defendant Exhibit No. 66 during the guilt or penalty phase of the trial.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

523. Travis did not believe that the assertion that Hammer had a voice talking to him was a true assertion and that Hammer was "messing" with authorities in Oklahoma.

Undisputed _____    Disputed _X_    Undisputed but Objected To _____

524. Travis in cross-examination of Dr. Wolfson's credentials including obtaining his grades and that the Court had a fairly good idea prior to June 22, 1998, even though the defense examination was not complete as to Dr. Wolfson's opinions.

Undisputed _____    Disputed _X_    Undisputed but Objected To _____

525. Travis stated in discussions it was decided to get the notes of whatever--that if a decision that Hammer was competent was made, there was going to be an opportunity to question the expert and point out if there were any inaccuracies or anything in the notes that might be pertinent to the competency question.

Undisputed _____    Disputed _X_    Undisputed but Objected To _____

526. After Hammer was removed from the Courtroom, Travis discussed with him once again the whole idea of "pulling the plug" in the middle of the first phase of the trial.

Undisputed _____    Disputed _X_    Undisputed but Objected To _____

527. Travis stated they needed to discuss how Hammer was doing on that particular day in terms of his abilities to work with himself and Ruhnke and Hammer's knowledge of what was going on.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

528.  Travis and Dr. Mitchell played weekly basketball games for at least one year prior to June 1998.

Undisputed _____    Disputed _____    Undisputed but Objected To __X__

529.  Travis stated Dr. Mitchell was aware, as he understood it, he was aware of himself and he was aware of Travis' relationship to Hammer.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

530.  Travis did not recall ever engaging in any disputes during the course of basketball playing with Dr. Mitchell.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

531.  In the Spring of 1998, Travis and Ruhnke wanted to speak with certain individuals who were employed by the Bureau of Prisons including Dr. Mitchell, Reverend Crook, and Mr. Troutman.

Undisputed __X__    Disputed _____    Undisputed but Objected To _____

532.  Travis stated Dr. Mitchell and Reverend Crook agreed to speak with himself and Ruhnke.

Undisputed __X__    Disputed _____    Undisputed but Objected To _____

533.  Travis stated once he found out who Dr. Mitchell was and found out he was a potential witness, he had informed Ruhnke that he did not want to be involved in talking to Dr. Mitchell about being a witness nor did he want to be involved in the direct examination but was physically present when Dr. Mitchell was interviewed by Ruhnke.

Undisputed __X__   Disputed ____   Undisputed but Objected To ____

534.   Travis stated that Ruhnke had the laboring oar during one interview with Dr. Mitchell at USP Allenwood.

Undisputed ____   Disputed __X__   Undisputed but Objected To ____

535.   Prior to June 22, 1998, a decision was made by Travis and Ruhnke that it would be appropriate to have Dr. Mitchell testify during the penalty phase.

Undisputed ____   Disputed ____   Undisputed but Objected To __X__

536.   Travis stated that Hammer probably found components of questions to the jurors to be boring.

Undisputed ____   Disputed __X__   Undisputed but Objected To____

537.   Hammer's razor blade swallowing incident also brought attention to Hammer that Travis gave him and Ruhnke gave him according to Travis.

Undisputed ____   Disputed X__   Undisputed but Objected To ____

538.   Travis said from what he was told by Hammer, his action to enter a plea of guilty in June 1998 did not fall into the impulsive column.

Undisputed ____   Disputed __X__   Undisputed but Objected To ____

539.   Travis stated Dr. Sadoff was told about Hammer's episodes of trying to plead guilty.

Undisputed ____   Disputed __X__   Undisputed but Objected To ____

540.   Travis believed Dr. Gelbort was aware of any such episodes that may have occurred prior to September 1997.

55

Undisputed _____    Disputed __X__    Undisputed but Objected To_____

541.    Travis stated Hammer did not particularly care of H

Block but that was a very difficult period of Hammer's

incarceration.

Undisputed _____    Disputed __X__    Undisputed but Objected To _____

542.    In 1998, Travis was totally unfamiliar with the

Psychological Association's ethical guidelines.

Undisputed_X___    Disputed _____    Undisputed but Objected To _____

543.    Travis certainly was not familiar with forensic

guidelines or the guidelines for forensic psychiatrists.

Undisputed_X__    Disputed _____    Undisputed but Objected To _____

Respectfully submitted,

THOMAS A. MARINO
United States Attorney

By__s/Frederick E. Martin_____
FREDERICK E. MARTIN
Assistant United States Attorney
PA  57455
Herman T. Schneebeli Federal Bldg.
240 West Fourth Street, Suite 316
Williamsport, PA 17701-6465
Tele:  (570) 326-1935
FAX:  (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated: October 6, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA       : Crim. No. 4:CR-96-263
                               : Civil No. 4:CV-02-510
         v.                    :
                               : (Muir, J.)
DAVID PAUL HAMMER             : **ELECTRONICALLY FILED**


## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing

**UNITED STATES' SUPPLEMENTAL FINDINGS OF FACT**
**(Nos. 206 through 543)**
**AS ANNOTATED BY COUNSEL FOR HAMMER**

to be electronically mailed on October 6, 2004 to:

ADDRESSEE:
Anne L. Saunders, Esquire
Anne_Saunders@fd.org

Michael Wiseman, Esquire
Michael_Wiseman@fd.org



                               s/Frederick E. Martin
                               FREDERICK E. MARTIN
                               Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Michael Wiseman, of do hereby certify that on this date I served a copy of Petitioner's annotations to the Government's Proposed Findings of Fact.

Frederick E. Martin, Esquire
United States Attorney's Office
Federal Building, Room 217
228 Walnut Street
Harrisburg, PA 17108

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530


Date:  October 6, 2005                    Michael Wiseman


                                          s/ Michael Wiseman