IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : Crim. No. 4:CR-96-263
: Civil No. 4:CV-02-510
v. :
: (Muir, J.)
DAVID PAUL HAMMER : **ELECTRONICALLY FILED**

**UNITED STATES' SUPPLEMENTAL FINDINGS OF FACT
(Nos.544   through 816) AS ANNOTATED BY COUNSEL FOR HAMMER**

544.  Travis was not aware of any cases in 1998 nor any such cases now in which noncompliance with ethical guidelines for psychologists or psychiatrists in mental health evaluations constituting a Due Process violation.

Undisputed ____    Disputed ____    Undisputed but Objected To __✓__

545.  Travis stated mental health records from every federal source that the defense was aware of, from the Department of Corrections in Oklahoma and from any not-in-custody contacts, were sought.

Undisputed ____    Disputed ____    Undisputed but Objected To __✓__

546.  Travis was not aware of potential Fifth and Sixth Amendment rights of Hammer's that may have been violated by Dr. Wolfson's or Dr. Mitchell's actions on June 22, 1998.

Undisputed ____    Disputed ____    Undisputed but Objected To __✓__

547.  Travis did not perceive any Sixth Amendment violation to have occurred on June 22, 1998.

Undisputed ____    Disputed ____    Undisputed but Objected To __✓__

548.    Travis did not see any Fifth Amendment violation by Dr. Wolfson on June 22, 1998, when he was engaged in the mental competency of Hammer.

Undisputed _____ . Disputed _____ Undisputed but Objected To _____ ✓

549.    Travis did not see any Fifth or Sixth Amendment violation by Dr. Mitchell on June 22, 1998, when he was engaged in the mental competency of Hammer.

Undisputed _____ Disputed _____ Undisputed but Objected To _____ ✓

550.    Travis for a pending, possible death penalty case, serves as "learned counsel" in that case having achieved that status through participating as counsel on four previous death penalty eligible cases and having secured training for such proceedings.

Undisputed _____ Disputed _____ Undisputed but Objected To _____ ✓

551.    Travis stated there have been a couple of individuals whom he represented and who have been evaluated by mental health experts regarding their mental conditions.

Undisputed _____ Disputed _____ Undisputed but Objected To _____ ✓

552.    Travis stated there was a point in time when he generally learned of Bureau of Prisons' Program Statements and sought them out for use in criminal defense work.

Undisputed _____ Disputed _____ Undisputed but Objected To _____ ✓

553. Travis was involved in litigation beginning in September 1996 complaining about certain of the conditions that were going on with respect to Hammer's confinement.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

554. Travis prevailed in modifying the procedures for legal visits.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

555. Travis prevailed regarding the question of sufficient telephone access.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

556. There was a time when Travis thought that the warden was not following the Court's order and a contempt proceeding was pursued by him.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

557. Travis does not recall that Hammer complained that for some reason the conditions of confinement during May and June 1998 at the Allenwood Penitentiary became more onerous for Hammer.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

558. Travis stated telephone access was not as good at the Allenwood penitentiary as it was at the FCI for Hammer.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

3

559.  In May and June of 1998, Travis agreed that Hammer spent the least amount of time in prison housing than he had for the previous two years, having spent that time instead in Court.

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

560.  On June 22, 1998, Travis and Ruhnke decided that Ruhnke should ask Dr. Wolfson and Dr. Mitchell primarily about their evaluation process and the conclusions in Hammer's case.

Undisputed _____   Disputed _____   Undisputed but Objected To _✓_

561.  Travis decided to ask questions primarily related to whether there was any interrelationship between what was taking place and what had taken place on the 19th, the Friday preceding, when Travis felt ill during proceedings.

Undisputed _____   Disputed _____   Undisputed but Objected To _✓_

562.  Travis had a concern that poor health on June 19th might have spurned Hammer into entering his guilty plea and Travis wanted to clear that up on the record under oath.

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

563.  Travis remembered off the top of his head that a person named H.C. Collins wsa the earliest inmate client whom he represented in a murder prosecution arising at the Lewisburg Penitentiary.

Undisputed _____   Disputed _____   Undisputed but Objected To _✓_

564.  Hammer and Travis remain on a friendly relationship with each other through today.

4

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

565.   There were no limitations on Ruhnke's questioning about Springfield nor were there objections to any of his questioning on June 22, 1998.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

566.   Hammer reported in October 2004, to this Court that Travis then represented him in proceedings other than the murder prosecution and, therefore, in respects maintained an attorney-client relationship with him.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

567.   Travis acknowledged that under the terms of an inter-governmental agreement that Hammer, because he is an Oklahoma Department of Corrections inmate on contract to the federal government, could be sent back to Oklahoma rather than to Springfield, with appropriate notice.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

568.   Travis' understanding that "Jocko" is the only alter or part of Hammer that believed the death of David Paul Hammer would allow "Jocko" to assume the body and the mind of David Paul Hammer.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

569.   Travis stated a strategic reason why he would not ask his client what happened or did not happen is because he would not want to put on perjured testimony for the defense.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

570.   At a hearing on October 6, 2004, Hammer's present counsel on the Section 2255 motion, in response to questioning by the Court, stated for the record that Hammer was making a competent, knowing, intelligent, voluntary, and rational election to proceed on the merits of his Section 2255 motion.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

571.   Hammer's expert witnesses at the Section 2255 motion, provided no specific explanation of how Hammer would have been incompetent at the time of his guilty plea and his dismissal of his direct appeal, yet competent to proceed with his Section 2255 motion on October 6, 2004.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

572.   Hammer advised the government's experts, Dr. Martell and Dr. Matthews, of the reasons for his prior decisions to plead guilty and dismiss his direct appeal.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

573.   The defense presented no evidence that Dr. Gur received training or board certification in the recognized fields of forensic psychology and forensic neuropsychology.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

574.   Brain scans are not a standard component of a psychiatric or psychological or forensic examination or evaluation according to Dr. Matthews.

6

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

575.    Dr. Gur did not state that he made forensically appropriate inquiries, including the defendant's account of his mental state at the time of the offense, guilty plea, and waiver of appeal.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

576.    Dr. Gur stated that his analysis of PET scans and MRI images are "snapshots" of a subject's condition at one point in time and are subject to change.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

577.    The quantitative samples Dr. Gur used to assess Hammer's MRI and PET results did not include depressed people, persons convicted of violent offenses, and "unhealthy" diabetics.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

578.    Hammer was more than two standard deviations older than the average age of the samples Dr. Gur used to assess Hammer's MRI and PET results.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

579.    Hammer made a competent, knowing, intelligent, voluntary, and rational decision to plead guilty and dismiss his direct appeal.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

580.    Dr. Gur admitted he is not a physician.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

581.    Dr. Gur admitted he is not authorized to prescribe medicine in the Commonwealth of Pennsylvania.

Undisputed _____    Disputed _____    Undisputed but Objected To _✓_

582.    Dr. Gur admitted he does not have a DEA number to prescribe medicine.

Undisputed _____    Disputed _____    Undisputed but Objected To _✓_

583.    Dr. Gur admitted he is not a radiologist.

Undisputed _____    Disputed _____    Undisputed but Objected To _✓_

584.    Dr. Gur admitted he is not board certified as a neuropsychologist.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

585.    Dr. Gur agreed that in a medical setting PET scans and MRIs are used by radiologists.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

586.    Dr. Gur admitted a medical doctor is authorized in a medical setting to interpret and render an opinion or a diagnosis based on a PET scan and an MRI.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

587.    Dr. Gur admitted that in this case the MRI reports that were issued by the radiology department were signed by a radiologist.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

588.   Dr. Gur admitted that the PET scan report in this case that was issued by the radiology department was signed by a radiologist.

Undisputed ____   Disputed _✓_   Undisputed but Objected To ____

589.   Dr. Gur admitted he did not have any formal training in reading PET scans.

Undisputed ____   Disputed _✓_   Undisputed but Objected To ____

590.   Dr. Gur agreed that he has never received training in the course of his professional development in reading PET scans.

Undisputed ____   Disputed _✓_   Undisputed but Objected To ____

591.   Dr. Gur agreed the recognized means of diagnosing a major mental illness or mental disorder, is a clinical examination.

Undisputed ____   Disputed _✓_   Undisputed but Objected To ____

592.   For comparing Hammer's MRI to others, the age group included persons aged 18 to 49 years old.

Undisputed _✓_   Disputed ____   Undisputed but Objected To ____

593.   Dr. Gur agreed Hammer was two and something or three standard deviations over the average age approximately.

Undisputed ____   Disputed _✓_   Undisputed but Objected To ____

594.   Dr. Gur testified previously in the *Mezvinsky* case that a PET scan and MRI scan, the quantitive analyses that he had done were just snapshots.

Undisputed ____   Disputed _✓_   Undisputed but Objected To ____

595.    Dr. Gur was aware that Hammer's depressive state had a consistent pattern of waxing and waning.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

596.    Dr. Gur agreed that the frontal lobe is the part of the brain that says should a response be given now or wait and respond later.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

597.    Dr. Gur stated it would be evidence of the functioning of that part of the frontal lobe that deals with long-term planning if a defendant committed an elaborate and well thought out plan to hurt someone or commit a fraud over an extended period of time.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

598.    Dr. Gur has extensive research in brain imaging but does not participate in any formal forensic neuropsychological organizations and is not a member of any forensic neuropsychological group.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

599.    Dr. Gur testified in six death penalty cases on behalf of defendants.

Undisputed ____    Disputed ____    Undisputed but Objected To _✓_

600.    Dr. Gur has also presented information regarding application of the death penalty for young offenders in Court pleadings on behalf of the offenders.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

601.    Dr. Gur has never testified in a death penalty case on behalf of the prosecution.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

602.    Dr. Gur was not aware that Hammer's counsel at a prior proceeding in this Court stipulated or acknowledged that it was true that Hammer was competent and knowingly, intelligently, and voluntarily was able to proceed on his collateral attack.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

603.    Dr. Gur agreed that the MRI does not yield a particular diagnosis in and of itself.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

604.    Dr. Gur was not sure if an MRI or PET scan were a predictor of future behavior.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

605.    Dr. Gur stated a group similar for the MRI, a group of 41 who were included with a range from age 18 to 49, was included for the PET scan.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

606.    Dr. Gur stated over the average presumably for that group as well, Hammer was going to be two standard deviations over the norm.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

607.  Dr. Gur provided to defense attorneys a presentation on Mental Health and Criminal Law.

Undisputed _____    Disputed _____    Undisputed but Objected To _____

608.  Dr. Gur provided a presentation in 2004 to a capital punishment training conference.

Undisputed _____    Disputed _____    Undisputed but Objected To _____

609.  In 2005, Dr. Gur made a presentation entitled "The Development and Integration of Mitigation Evidence."

Undisputed _____    Disputed _____    Undisputed but Objected To _____

610.  The capital matters since 1983 through 2003, Dr. Blumberg has worked with Attorney Moreno on are *Bracey*, *Heidnik*, and the *Sherman Craver* cases.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

611.  In five post-conviction cases, Dr. Blumberg has not been retained by the prosecution.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

612.  Although he is a board certified forensic psychiatrist, Dr. Blumberg conducted an interview with Hammer and reviewed the three boxes of materials to reach his opinion.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

613.  Dr. Blumberg admitted it was good practice to state that a person was not malingering, but that he did not see the need to so state that affirmatively in his affidavit.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

614.    Dr. Blumberg did not seek an exact time or date from Hammer when Hammer decided to enter his guilty plea nor did he feel it was important to get a time or date so that he could determine whether or not there was a relationship between re-experiencing trauma and Hammer's decision.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

615.    Dr. Blumberg with any reasonable degree of medical certainty could not answer what would be the longest time before a person hears of the trauma and responds in a fashion that would indicate that the person was suffering from post traumatic stress.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

616.    Dr. Blumberg agreed with the fact that, as a young person, Hammer's parents encouraged him to engage in fraudulent behavior.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

617.    Dr. Blumberg stated that presently as well as in October of 2004, when Hammer was interviewed he was showing actively symptomatology of PTSD and also showed active evidence of that during the government's examination.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

618.    Dr. Blumberg agreed that this post traumatic stress symptomology waxed and waned as did the active symptoms.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

13

619.    Dr. Blumberg did not know why Hammer did not also discontinue the penalty phase of the proceedings against him since that could still cause stress through hearing about the traumatic events of his childhood.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

620.    Dr. Blumberg agreed that rape victims may suffer from post traumatic stress disorder when they hear details of trauma in terms of being victimized.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

621.    Dr. Blumberg stated victims may or may not be competent to testify about traumatic events from victims who hear or relive their traumatic events at a trial.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

622.    Dr. Blumberg stated the information from Hammer's brother might have provided at trial could possibly be suspect.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

623.    Although Dr. Blumberg viewed a videotape of Hammer's cell in the Oklahoma Department of Corrections, this was not instrumental in reaching his opinion about Hammer's mental condition.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

624.    Dr. Blumberg stated Mrs. Hammer's words might have been worse than the physical abuse Hammer suffered but that words

14

could not serve as the basis or the trauma for post traumatic stress disorder.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

625.    Dr. Blumberg could not recall any other cases involving his diagnosis of post traumatic stress disorder traumas which involved the killing of an animal even though he noted this situation in his report on Hammer.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

626.    Hammer specifically shared with Dr. Blumberg information about his mother asking him to engage in fondling and other sexual activities.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

627.    Dr. Blumberg observed that there was no written record that Hammer had ever given the explanation about sexual activities with his mother to any prior mental health evaluator and Hammer gave no reason why then he shared it with Dr. Blumberg.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

628.    Dr. Blumberg stated it was a cumulative effect of a combination of the physical abuse as well as the sexual abuse which, in his view, caused Hammer to suffer from PTSD.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

629.    Dr. Blumberg did not know if it was an important question to ask Hammer about why the information that Hammer had

given to the Oklahoma General Hospital in 1973 did not include any reports of abuse which he shared with Dr. Blumberg in October 2004.

Undisputed _____ Disputed _✓_ Undisputed but Objected To _____

630. Dr. Blumberg admitted that there were references in the June 22, 1998, transcript that on the day of his guilty plea Hammer was under extreme emotional distress.

Undisputed _____ Disputed _✓_ Undisputed but Objected To _____

631. Dr. Blumberg stated that he was actually confused about exactly when Hammer waived his appeal because it was a process which went back and forth.

Undisputed _____ Disputed _✓_ Undisputed but Objected To _____

632. Dr. Blumberg stated there was nothing in the transcript which suggested that on that particular day when Hammer at least verbally was telling the Court of Appeals that he wanted to waive his right to appeal that he suffered from post traumatic stress disorder.

Undisputed _____ Disputed _✓_ Undisputed but Objected To _____

633. Dr. Blumberg agreed that post traumatic stress disorder is avoidance of traumatic behavior and that Hammer avoided sexual relations and at other times engaged in that activity.

Undisputed _____ Disputed _✓_ Undisputed but Objected To _____

634.   Dr. Blumberg received no details from Hammer about when Hammer told his attorney he decided to enter a guilty plea and when Hammer actually made up his mind to do so.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

635.   Dr. Blumberg stated almost everybody agreed on the antisocial personality disorder diagnosis in Hammer's case.

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

636.   Dr. Blumberg could not point to any part of the June 22, 1998, record which support his view that Hammer suffered from PTSD on that day.

Undisputed _____    Disputed _____    Undisputed but Objected To _✓_

637.   Dr. Blumberg agreed that it is difficult to make retrospective mental health analysis of a person's mental condition.

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

638.   Dr. Blumberg agreed that to do a more accurate retrospective mental health analysis, the more contemporaneous and reliable information reviewed the better the analysis that could be done.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

639.   Dr. Nolan did not recall if Hammer's recollections of childhood abuse had to do with his mother.

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

640.    Dr. Nolan did not recall if Hammer's recolledations of child abuse had to do with sexual abuse.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

641.    Dr. Nolan stated that when Hammer left this particular session that Hammer had a better perspective on the implications of his childhood abuse that was precipitated by the letter.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

642.    Dr. Nolan believed that Hammer was communicating with many outside groups, including an Indiana University undergraduate course.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

643.    Dr. Nolan worked as a Senior Clinician for the Florida Department of Corrections in the 1990's.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

644.    Dr. Nolan's first documented note was November 9, 2000.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

645.    Dr. Nolan's primary responsibility beginning in November 2000 was to conduct routine rounds in the unit going cell-to-cell which was also a shared responsibility.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

646.    Dr. Nolan shared SCU responsibility with Dr. Elliott, who was the chief psychologist and Dr. Nolan's supervisor, as

well as Dr. Cynthia Bigler, who was a staff psychologist at the penitentiary as well.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

647.    Dr. Nolan stated weekly rounds were required to be conducted by the three mental health providers.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

648.    Dr. Nolan indicated Hammer did not appear to be in any distress then, a meaning used by psychologists in the Bureau of Prisons as a general indicator of stability.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

649.    Dr. Nolan stated a visual scan of the patient's face could determine whether an inmate was then current distress.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

650.    Dr. Nolan stated obvious signs of then current distress would include increased psychomotor activity and a departure from a calm, organized, cooperative presentation.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

651.    Dr. Nolan took on primary responsibility of making the weekly SCU rounds in June 2001.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

652.    Dr. Nolan interviewed Hammer in June 2001, at approximately 9:30 p.m. after he was moved from his personal cell in Special Confinement Unit to another cell equipped with a mounted video surveillance camera who then presented himself as

19

apologetic and expressed a strong desire to return to his own cell.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

653. Dr. Nolan testified Hammer maintained that in a moment of acute despare and anger related to the imminent execution of a fellow condemned inmate, he impulsively chose his course of action and repeatedly proclaimed he was not suicidal and pledged no further acting out behavior.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

654. Dr. Nolan concluded that this was not a suicide attempt in light of what often times is called a "risk to rescue ratio" to the extent that somebody would complete an act of self harm that would not be highly lethal and also to do it in a very public context, where rescue would be imminent.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

655. Dr. Nolan recalled Hammer having a sense of frustration with his conditions of confinement.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

656. Dr. Nolan stated Hammer recently requested a cell change and his request was granted.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

657. Dr. Nolan testified Hammer, with few exceptions, did not require psychology services at Terre Haute and presented without any signs or symptoms of mental illness or distress.

20

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

658.   Dr. Nolan stated that conditions of confinement were very important to Hammer who felt he should have been granted more privileges than he was being provided on August 16, 2001.

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

659.   Dr. Nolan said Hammer stated in passing that he wanted to see Dr. Campbell, a consulting psychiatrist, about returning to a medication regimen, although today he recanted and explained that his borderline personality disorder will necessarily leave him feeling overwhelmed and unstable at times but that he has recently begun to feel adequate again.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

660.   Dr. Nolan stated Hammer's had offered a self label diagnosis of borderline personality disorder.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

661.   Dr. Nolan testified that on October 7, 2001, Hammer had been enjoying his participation in a sociology course offered through Indiana University where undergraduates corresponded with him but noted his frustrations in not being permitted to fully advance to the next phase so that he could more freely interact with his peers in SCU.

Undisputed _____    Disputed _____    Undisputed but Objected To _✓_

662.    Dr. Nolan testified that in November 7, 2001 review, he recalled Hammer feeling very pleased with this situation and was pretty excited in a positive way that he was able to do this.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

663.    Dr. Nolan testified that Hammer was focusing his energies on a decision related to his appeal which had to be filed by April 1, 2002.

Undisputed _____    Disputed _✓__    Undisputed but Objected To _____

664.    Dr. Nolan testified that Hammer had been cordial but more distant and that was likely due to the recent denial by his unit team of his request to advance to Phase Two, a situation which afforded him more privileges and freedom than Phase One.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

665.    Dr. Nolan stated that during the February 6, 2002 interview Hammer was still actively involved in his legal and publicity efforts.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

666.    Dr. Nolan stated Hammer in his publicity effort had a web site, an Internet web site that was addressing concerns about the conditions on death row called "Death Row Speaks."

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

667.    Dr. Nolan stated Hammer informed him about the website and determined that it did, indeed, exist.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓_

668.   Dr. Nolan stated Hammer was seen in private in March 2002, at his request when he disclosed his decision to abandon his federal appeal before the April 1 deadline, thereby effectively setting into motion the execution process.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

669.   Dr. Nolan testified that Hammer explained in a lucid and logical manner that he would rather assume control over his own destiny and, quote die with dignity, end quote, than live a protracted, empty existence on death row.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

670.   Dr. Nolan believed that Hammer then was quite competent to make this important decision.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

671.   Dr. Nolan stated at no time did Hammer display any evidence that his thinking was disorganized or confused or out of touch with reality and that he was able to make executive decisions.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

672.   Dr. Nolan stated Hammer was very accepting, not unlike perhaps a cancer patient who decides that they are not going to undergo chemotherapy in order to enhance the quality versus the quantity of life.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

23

673.  Dr. Nolan stated Hammer's lawyers filed his federal appeal within the stated deadline and although they were offering a legal window through which to create opportunities, Hammer reported he was struggling with the value of such.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

674.  Dr. Nolan stated during the May 6, 2002 review Hammer historically had done well to alert or seasonal or anniversary issues impacting mood but on that day presented no distress.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

675.  Dr. Nolan stated during the August 1, 2002, review Hammer received an incident report for assault against staff for an incident involving a transport back to his cell from a visit and perceived certain staff as being intentionally cruel and insensitive but denied assault.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

676.  During a thirty day review, Dr. Nolan's observations were based on direct contact with the inmates as well as consultation with the unit team.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

677.  Dr. Nolan would observe the main institution mealtime and consult with officers and staff members of the SCU then about inmates' behavior.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

24

678. Dr. Nolan did not observe Hammer engaging in pressured speech.

Undisputed \_\_\_\_    Disputed \_✓\_    Undisputed but Objected To \_\_\_\_

679. Dr. Nolan testified that only on one or two occasions he observed Hammer's behavior to be apparently emotionally labile, once on the even of the execution of Timothy McVeigh and once during a brief counseling session.

Undisputed \_\_\_\_    Disputed \_✓\_    Undisputed but Objected To \_\_\_\_

680. In 1998, Dr. Nolan believed he observed someone with dissociative identity disorder.

Undisputed \_\_\_\_    Disputed \_✓\_    Undisputed but Objected To \_\_\_\_

681. Dr. Nolan, as a clinical psychologist, did not observe any of Hammer's behavior which suggested he suffered from dissociative identity disorder.

Undisputed \_\_\_\_    Disputed \_✓\_    Undisputed but Objected To \_\_\_\_

682. Dr. Nolan testified he would go into the unit once per week, approximately four times a month.

Undisputed \_\_\_\_    Disputed \_\_\_\_    Undisputed but Objected To \_✓\_

683. AW Ask-Carlson was an Executive Assistant to the Warden at the Allenwood Penitentiary from 1997 through 1998.

Undisputed \_\_\_\_    Disputed \_\_\_\_    Undisputed but Objected To \_✓\_

684. AW Ask-Carlson's duties as Executive Assistant were to assist the warden in letter writing, review of policy,

applications of policies, administrative remedy coordinator, and other functions as assigned.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

685.  AW Ask-Carlson worked for Warden Fanello from September 1997 until December 1999.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

686.  AW Ask-Carlson stated both before and after this time Mr. Troutman received similar awards.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

687.  AW Ask-Carlson did not see any correspondence or paperwork from the warden which suggested that prior to the trial he was going to give awards to Mr. Troutman, Reverend Crook, or Dr. Mitchell.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

688.  AW Ask-Carlson stated Warden Fanello often recognized staff for acts of heroism and for the discovery of contraband.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

689.  AW Ask-Carlson stated she herself had received several special act awards but none related to litigation.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

690.  In 1998, the warden would have relied upon AW Ask-Carlson to prepare correspondence advising staff employees of special act awards by the warden at least 40 times.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

691.    AW Ask-Carlson stated most awards were consistent, either $300 or $500.

Undisputed _____    Disputed _____    Undisputed but Objected To ✓

692.    AW Ask-Carlson stated the information about the Bureau of Prisons' Award Program, since it's a public document, could be available on the Bureau of Prisons' website and, if someone did not have access to the internet, they could contact the institution and a copy would be provided.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

693.    There was an attorney, Tim Roberts, who responsed to attorneys in the community who would write the Allenwood Penitentiary.

Undisputed _____    Disputed _____    Undisputed but Objected To ✓

694.    In response to Attorney Travis, Attorney Roberts made reference to the policy statement that's referenced in Government Exhibit 28 as to its existence.

Undisputed _____    Disputed _____    Undisputed but Objected To ✓

695.    AW Ask-Carlson indicated that Warden Fanello had given awards to other persons who were involved in another homicide but it was given for heroism rather than participation in any criminal prosecution.

Undisputed ✓    Disputed _____    Undisputed but Objected To _____

696.    AW Ask-Carlson made weekly rounds in the Special Housing Unit at USP Allenwood.

Disputed _____    Undisputed _____    Undisputed but Objected to __✓__

697.    AW Ask-Carlson worked at the Federal Medical Center in Rochester, Minnesota in the mental health unit as a case manager for approximately four years.

Disputed _____    Undisputed _____    Undisputed but Objected to __✓__

698.    AW Ask-Carlson during her encounters with Hammer found him to be very polite in his interactions but did not observe any pressured speech or emotional liability.

Disputed __✓__    Undisputed _____    Undisputed but Objected to _____

699.    AW Ask-Carlson was aware of two of these individuals, Mr. Troutman, Dr. Mitchell, and Reverend Crook, receiving awards that had nothing to do with criminal prosecutions or litigation.

Disputed __✓__    Undisputed _____    Undisputed but Objected to _____

700.    Timothy Noone stated that if there was a recreation cage that was next to Hammer's cage, he would attempt to ensure that no inmate was placed in the one next door.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

701.    Timothy Noone knew there was some type of restrictions on mail but could not recall the exact procedures nor if Hammer was on some type of restriction.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

702.    Timothy Noone stated from March of 1998 he was not anywhere near the special housing unit.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

28

703.   Timothy Noone stated that the rules for administrative detention and disciplinary segregation are both the same for reading books.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

704.   Timothy Noone stated inmates in administrative detention are allowed access to magazines.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

705.   Timothy Noone stated chaplains go to the special housing unit a few times a week.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

706.   Timothy Noone stated, if an inmate had murdered another inmate or if he had protective custody reasons, he would not be housed with any other inmates.

Undisputed __✓__   Disputed _____   Undisputed but Objected To _____

707.   Timothy Noone stated when Hammer would be put in a recreation pen then another inmate might be placed in a more distant recreation pen at the same time.

Undisputed __✓__   Disputed _____   Undisputed but Objected To _____

708.   Timothy Noone stated O'Driscoll was in the same status as Hammer.

Undisputed _____   Disputed _____   Undisputed but Objected To __✓__

709.   Timothy Noone stated O'Driscoll had murdered another inmate within the institution.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

710.    Timothy Noone stated that a strip search may be conducted before and after a visit.

Undisputed ____    Disputed __✓__    Undisputed but Objected To _____

711.    Timothy Noone stated normally when items such as books and paper would be given out on the p.m. shift when the recreation.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

712.    Lt. Halloran stated he had been involved in dozens of hospital trips from Springfield to community facilities, including St. Johns Regional Health Center which was about five miles away.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

713.    Lt. Halloran stated Hammer's elevated security status was considered in every escort trip to determine the required staffing by factors in his file, his history of violence, and his pending sentence among other factors.

Undisputed __✓__    Disputed _____    Undisputed but Objected To ____

714.    Lt. Halloran had been involved in many trips in Springfield which required as many as ten escort officers.

Undisputed __✓__    Disputed ____    Undisputed but Objected To _____

715.    Lt. Halloran stated a high profile trip included ten staff members which number included an advance team.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

30

716.    Lt. Halloran stated a circuitous route was taken rather than going directly to the clinic in Springfield which was no more than ten minutes travel time.

Undisputed __√__    Disputed ____    Undisputed but Objected To ____

717.    Lt. Halloran stated Hammer would have been made aware of the capability of the stun belt in writing.

Undisputed __√__    Disputed ____    Undisputed but Objected To ____

718.    Lt. Halloran stated Hammer would not be informed for security reasons when he as going to the clinic until the moment Lt. Halloran showed up to pick him up.

Undisputed __√__    Disputed ____    Undisputed but Objected To ____

719.    Lt. Halloran stated an inmate is required to sign a Conditions of Escorted Trip form which explains to the inmate prior to departing the institution that he is still bound by institution rules and regulations.

Undisputed __√__    Disputed ____    Undisputed but Objected To ____

720.    Lt. Halloran stated that prior to the authorization of a stun belt, health services staff advise if an individual has a health condition which would preclude it.

Undisputed __√__    Disputed ____    Undisputed but Objected To ____

721.    Randy White stated in March 2001, there were approximately 20 inmates in the special confinement unit where Hammer was housed.

Undisputed __√__    Disputed ____    Undisputed but Objected To ____

31

722.    Randy White stated today he is responsible for 31 inmates in the special confinement unit today.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

723.    Randy White stated probably at least once or twice a week as rounds in the unit were made, he would stop at Hammer's cell and converse with him.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

724.    Randy White stated Hammer was allowed five hours in the recreation enclosures in the back of the special confinement unit in a cage right next to other inmates in other cages.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

725.    Randy White stated all inmates upon arrival are placed in Phase I where they remain for a minimum of 12 months.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

726.    Randy White stated during Phase II an inmate can have a job, recreate in an enclosure with other individuals, be unrestrained as long as two staff members are with the inmate, and get additional monthly phone calls.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

727.    Randy White stated Phase II is meant to give inmate more privileges and freedom to encourage good behavior but an inmate must have 12 months of clear conduct to enter Phase II.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

32

728.   Randy White stated Hammer was not in Phase II in 2001 and was permitted four 15-minute phone calls monthly.

Undisputed ____     Disputed __✓__     Undisputed but Objected To ____

729.   Randy White stated Hammer was a very good worker, very organized, and had four social visits per month.

Undisputed ____     Disputed __✓__     Undisputed but Objected To ____

730.   Randy White stated Hammer's visitors were two religious nuns and a religious advisor.

Undisputed ____     Disputed __✓__     Undisputed but Objected To ____

731.   Randy White stated Hammer enjoyed watching television.

Undisputed ____     Disputed __✓__     Undisputed but Objected To ____

732.   Randy White stated Jeffrey Paul was probably the closest inmate to Hammer from the time White entered the unit.

Undisputed __✓__     Disputed ____     Undisputed but Objected To ____

733.   Randy White stated Hammer and Paul wrote a book together and would submit writings to the Death Row speaks web site.

Undisputed ____     Disputed __✓__     Undisputed but Objected To ____

734.   Randy White believed Hammer wrote his autobiography.

Undisputed ____     Disputed __✓__     Undisputed but Objected To ____

735.   Randy White stated Hammer normally took five reading books at a time and there was no limit on legal books.

Undisputed ____     Disputed __✓__     Undisputed but Objected To ____

33

736.   Randy White stated Hammer had the most immaculate cell since he's been in that unit.

Undisputed __✓__   Disputed ____   Undisputed but Objected To ____

737.   Randy White stated he and Hammer talked about Hammer's internet postings.

Undisputed ____   Disputed __✓__   Undisputed but Objected To ____

738.   Randy White stated Hammer would order art supplies from time-to-time with which to paint pictures.

Undisputed __✓__   Disputed ____   Undisputed but Objected To ____

739.   Randy White remembered when Hammer said something, not a flattering remark, about the warden at the time in one of his Internet postings but was not concerned if anyone was aware of his views.

Undisputed ____   Disputed __✓__   Undisputed but Objected To ____

740.   Randy White stated the most serious disciplinary incident was a time when Hammer was found in possession of drawings or -- kind of almost like a blueprint of the special confinement unit.

Undisputed ____   Disputed __✓__   Undisputed but Objected To ____

741.   Randy White stated there was an incident where Hammer flooded his cell.

Undisputed __✓__   Disputed ____   Undisputed but Objected To ____

742.   Randy White stated there was another incident, during an escort, where Hammer tried to pull away from staff members.

Undisputed ✓    Disputed _____    Undisputed but Objected To _____

743.   Randy White stated Hammer would get upset from time-to-time but White did not recall that he could not understand what Hammer would say to him about those matters.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

744.   Randy White said Hammer did receive disciplinary actions from staff members which would make Hammer upset.

Undisputed ✓    Disputed _____    Undisputed but Objected To _____

745.   Randy White stated a paralegal, David Sprout, had visited Hammer.

Undisputed _____    Disputed _____    Undisputed but Objected To ✓

746.   Randy White stated Hammer had interaction with another inmate, Timothy McVeigh.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

747.   Randy White stated Hammer would become very vocal, maybe raise his voice but, he could not recall Hammer ever using the term "Jocko," or complain about losing track of time.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

748.   Randy White stated Hammer had more visits than any of the other Phase I inmates at SCU.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

749.   Randy White, with 22 years of service with the Bureau of Prisons, described Hammer as the most well versed inmate regarding Bureau policy whom he had encountered.

35

Undisputed \_\_\_\_   Disputed \_\_\_\_   Undisputed but Objected To \_✓\_

750.   Randy White stated Hammer knew Bureau of Prisons' policy better than a lot of staff members.

Undisputed \_\_\_\_   Disputed \_\_\_\_   Undisputed but Objected To \_✓\_

751.   Randy White recalled conversations with Hammer since that special confinement unit was his most important duty.

Undisputed \_\_\_\_   Disputed \_✓\_   Undisputed but Objected To \_\_\_\_

752.   Ruhnke stated that information that Marti had requested to move in with Hammer certainly would have been inconsistent with what was contained in Hammer's statement to FBI Agent Thompson.

Undisputed \_✓\_   Disputed \_\_\_\_   Undisputed but Objected To \_\_\_\_

753.   Ruhnke stated during the penalty phase, notwithstanding Hammer's guilty plea, evidence again was presented of dissociative identity disorder.

Undisputed \_\_\_\_   Disputed \_✓\_   Undisputed but Objected To \_\_\_\_

754.   Ruhnke stated to that he used the DID to challenge the gateway provision in the penalty phase of proceedings that there had been no premeditated killing of Marti.

Undisputed \_\_\_\_   Disputed \_✓\_   Undisputed but Objected To \_\_\_\_

755.   Ruhnke in a note in late 1996, "told Travis won't fight DP but has a problem with mitigation [and i]f did it, did it [and h]ard time believing."

Undisputed \_\_\_\_   Disputed \_✓\_   Undisputed but Objected To \_\_\_\_

756. Ruhnke learned from Hammer that Dr. Mitchell told him he was a psychologist at the United States Penitentiary with a Ph.D. whom he had seen him last week and with whom Ron Travis played basketball.

Undisputed ____    Disputed __√__    Undisputed but Objected To ____

757. On October 29, 1996, reference was made by Ruhnke to John Mitchell's psychological involvement with Hammer.

Undisputed ____    Disputed ____    Undisputed but Objected To __√__

758. Ruhnke stated late in October 1996, Hammer brought up the name "Jocko" already.

Undisputed ____    Disputed __√__    Undisputed but Objected To ____

759. Hammer asked Ruhnke to call Sam and ask him to send some money and get the Williamsport paper and U.S.A. Today delivered to Hammer.

Undisputed ____    Disputed __√__    Undisputed but Objected To ____

760. Ruhnke stated they had to be careful of not shooting themselves in the foot, re: Jasper and Jocko.

Undisputed ____    Disputed __√__    Undisputed but Objected To ____

761. One of Ruhnke's concerns was that Hammer not be portrayed as somebody with DID who could be a dangerous person in prison, because that would be inconsistent with trying to persuade the jury to spare his life.

Undisputed ____    Disputed __√__    Undisputed but Objected To ____

37

762.    Ruhnke stated insanity defenses have a historical resounding lack of success with jurors.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

763.    Ruhnke had no recollection of Mark O'Berg when first interviewed in late 1996 of telling him that he was frightened of Hammer.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

764.    Ruhnke stated O'Berg talked to him about Jasper, Jocko, and the alters of Hammer.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

765.    Ruhnke admitted to discussing with Hammer about whether a thyroid condition could contribute to irrational, psychotic kind of behavior.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

766.    Hammer asked Ruhnke a second time to call Sam and ask him to renew his U.S.A. Today subscription.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

767.    Ruhnke's notes of December 23, 1996, regarding a telephone call with Hammer, included the passage "Told DPH he had diagnosable mental illness, MP disorder."

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

768.    During his interview by Dr. Sadoff, he had told Hammer that he seemed to have a diagnosable mental illness of multiple personality disorder.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

769.    According to Ruhnke's notes, in one discussion with Hammer, his client said "Writing above door is Celtic.  Doesn't know what it means.  Jocko wrote it."

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

770.    In Ruhnke's note, there was reference as follows: "Celtic rune writing.  Jocko knows but won't tell him. Something to do with white supremacy."

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

771.    Hammer advised Ruhnke that Jocko had written that rune writing.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

772.    Ruhnke stated he was aware that there was a false confession by Hammer involving a sheriff's department in upstate New York.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

773.    Ruhnke stated they were not interested in proving that Hammer's confession was false.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

774.    Ruhnke stated they had a psychiatrist who said that Hammer was mentally ill and not responsible.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

775.    Ruhnke stated it did not seem advisable to the defense to start to prove a series of false confessions, some of which the jury might not think were actually false.

Undisputed ____     Disputed _✓_     Undisputed but Objected To ____

776.    Ruhnke stated Hammer had a lot of questions following his guilty plea, like will they do an autopsy.

Undisputed _✓_     Disputed ____     Undisputed but Objected To ____

777.    Ruhnke stated the first full blown example of Hammer asking questions was about six or seven months into his representation of him.

Undisputed ____     Disputed _✓_     Undisputed but Objected To ____

778.    Ruhnke stated that Hammer told him that "Mitchell [was] opposed to the death penalty."

Undisputed ____     Disputed ____     Undisputed but Objected To _✓_

779.    Hammer must have told Ruhnke that he believed or thought that Dr. Mitchell was personally opposed to the death penalty is what Ruhnke surmised from reading his notes.

Undisputed ____     Disputed ____     Undisputed but Objected To _✓_

780.    Ruhnke stated in his notes "Mitchell, need to cut off these sessions."

Undisputed ____     Disputed _✓_     Undisputed but Objected To ____

781.    Ruhnke stated he discouraged Hammer from having discussions with Dr. Mitchell.

Undisputed ____     Disputed ____     Undisputed but Objected To _✓_

782. Ruhnke thinks he told Hammer it was not a good idea to speak with a mental health provider, that every word Hammer said to Dr. Mitchell may be heard back in a courtroom because there was no confidentiality and understood that Dr. Mitchell worked for the Bureau of Prisons and that was where his loyalties were.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

783. Ruhnke stated it was certainly an option to use Dr. Mitchell as a defense witness.

Undisputed _____   Disputed _____   Undisputed but Objected To __✓__

784. Ruhnke stated during an interview with Dr. Mitchell in June 1998, at USP Allenwood, Dr. Mitchell confirmed his Axis I diagnosis of major depressive disorder for Hammer which would make him a helpful witness.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

785. Ruhnke stated that Dr. Mitchell's view coincided with his view that Hammer was depressed.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

786. Ruhnke did not think Hammer saw the label of being depressed as a pejorative label.

Undisputed _____   Disputed _____   Undisputed but Objected To __✓__

787. Ruhnke did not think Hammer saw suffering from major depression as having the negative connotation of being mentally ill that other mental illnesses diagnoses would have.

Undisputed _____   Disputed _____   Undisputed but Objected To __✓__

41

788.   Ruhnke stated Dr. Gelbort had given Hammer the MMPI and allowed him to mail it back that night meaning Hammer was given the MMPI and was asked to mail it back after he had completed it through counsel.

Undisputed _____    Disputed _✔_   Undisputed but Objected To _____

789.   Ruhnke discussed facts that the autopsy did not reflect any struggle and there was no blood on sheets or ropes and Marti's socks were missing.

Undisputed _____    Disputed _✔_   Undisputed but Objected To _____

790.   Ruhnke's notes included the following: "Homosexual issue.  What if accidental killing.  Homosexual thing that went too far.  Stigma of homosexual activity.  Another part of me dead set against."

Undisputed _____    Disputed _✔_   Undisputed but Objected To _____

791.   Hammer himself was dead set against putting out this kind of defense according to Ruhnke.

Undisputed _____    Disputed _✔_   Undisputed but Objected To _____

792.   Ruhnke said the accidental killing was something the defense considered but did not present even though it was talked about.

Undisputed _____    Disputed _✔_   Undisputed but Objected To _____

793.   Travis stated "Dave, Jocko visited and the guards almost stormed the room" on September 17, 1997, during a facsimile transmission to Ruhnke.

42

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

794.   Ruhnke did not want to see brought out a whole series of incidents of Hammer confessing to other murders in the case.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

795.   During September of 1997, Hammer expressed concern that he might end up going back to Oklahoma State Prison if he prevailed in his defense, according to Ruhnke.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

796.   Ruhnke stated in one of his notes that the unit team told Hammer they would suspend the 60 days sanction recently imposed on mail restriction.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

797.   According to Ruhnke's notes, the defense was aware of another false confession:  Hammer told the police that he had killed Lisa Haley although the police determined that Hammer was actually in jail and could not have committed the murder.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

798.   With respect to false confession by his client, Ruhnke stated the defense did not want the jury, A, to think of Hammer as a person who would be further violent in prison, and B perhaps think that this was not a false confession but a true confession.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

43

799.  Ruhnke stated that Hammer told him during one conversation "For instance, no condoms, surgical gloves, Saran Wrap, whatever.  Yager brought some gloves."

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

800.  Ruhnke wanted to avoid sending certain materials on mental health to Hammer so that Fred Martin and friends could not aruge that Hammer was educating himself on how to fake DID.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

801.  Ruhnke stated in May 1998, that Hammer swallowed a razor blade not as a suicide attempt but just because he was pissed about something, a dispute that occurred in the R and D.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

802.  After the guilty plea on June 22, 1998, Hammer wanted to be allowed to take the stand and tell what was on his mind and then be open to cross examination.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

803.  Ruhnke stated there were a lot of backs and forths in this case with his client.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

804.  On June 25th, 1998, after his guilty plea, Hammer wanted to know when a federal life sentence started.

Undisputed ____    Disputed ____    Undisputed but Objected To __✓__

805.  Ruhnke stated the defense strategy was always to stay around, stay around, stay around, because Hammer was going to

change his mind sooner or later on issues presented to him by his attorney.

Undisputed \_\_\_\_    Disputed ✓    Undisputed but Objected To \_\_\_\_

806.   Ruhnke stated Hammer was worried about the contract between Oklahoma and the government, that either side can terminate the contract for any reason.

Undisputed ✓    Disputed \_\_\_\_    Undisputed but Objected To \_\_\_\_

807.   In late June 1998, Ruhnke stated Hammer thought he might somehow get sent back to Oklahoma.

Undisputed ✓    Disputed \_\_\_\_    Undisputed but Objected To \_\_\_\_

808.   Ruhnke stated even after Hammer entered the guilty plea he was concerned about where he would be incarcerated.

Undisputed ✓    Disputed \_\_\_\_    Undisputed but Objected To \_\_\_\_

809.   In late June 1998, Ruhnke stated it was very important to Hammer that his family not be -- have their dirty laundry, for lack of a -- and which so much understates what it was -- placed out in front of the public and if the jury spared his life, so be it, but he did not want to go back to Oklahoma.

Undisputed \_\_\_\_    Disputed ✓    Undisputed but Objected To \_\_\_\_

810.   In a letter dated July 3, 1998, to his attorney Hammer stated that he intended to tell the jury in testimony that "I am saddened by Andrew's death.  I regret that it happened but realize that nothing I can do will bring Andrew back.  And there are several important points to be made about Andrew's death.  I

thought about killing Andrew.  I planned to kill Andrew.  I did, in fact, kill Andrew.  I deserve to die for killing Andrew."

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

811.  Ruhnke stated Hammer sometimes would talk to a relative who would change his mind.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

812.  Ruhnke stated Hammer did not want his counsel to file any post-trial motions.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

813.  Ruhnke stated Hammer eventually moved to go *pro se* and discharged his counsel.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

814.  Ruhnke stated the defense filed a motion saying that Hammer did not have the right to proceed *pro se* or fire counsel, that he could not waive an appeal and he could not ask for the death penalty because society has an overriding interest in the preferences of an individual as to who receives the death penalty.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

815.  Ruhnke stated that since Dr. Amstadter knew Hammer in the context of a hostage taking episode at USP Lompoc and did not believe in the diagnosis of DID, he was not called to testify at trial.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

46

816.  Ruhnke stated he wrote a letter in November 1997, complaining about the physical abuse of Hammer at Springfield but did not expect them to do anything about it.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

Respectfully submitted,

THOMAS A. MARINO
United States Attorney


By__s/Frederick E. Martin_____
FREDERICK E. MARTIN
Assistant United States Attorney
PA   57455
Herman T. Schneebeli Federal Bldg.
240 West Fourth Street, Suite 316
Williamsport, PA 17701-6465
Tele:  (570) 326-1935
FAX:  (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated: October 6, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      : Crim. No. 4:CR-96-263
                              : Civil No. 4:CV-02-510
         v.                :
                              : (Muir, J.)
DAVID PAUL HAMMER          : **ELECTRONICALLY FILED**


## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing

### UNITED STATES' SUPPLEMENTAL FINDINGS OF FACT
### AS ANNOTATED BY COUNSEL FOR HAMMER

to be electronically mailed on October   6  , 2005 to:

ADDRESSEE:
        Anne L. Saunders, Esquire
        Anne_Saunders@fd.org

        Michael Wiseman, Esquire
        Michael_Wiseman@fd.org


                s/Frederick E. Martin
                FREDERICK E. MARTIN
                Assistant United States Attorney