IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA　　　　: Crim. No. 4:CR-96-263
　　　　　　　　　　　　　　　　: Civil No. 4:CV-02-510
　　　　　v.　　　　　　　　　　:
　　　　　　　　　　　　　　　　: (Muir, J.)
DAVID PAUL HAMMER　　　　　　　: **ELECTRONICALLY FILED**

**UNITED STATES' SUPPLEMENTAL FINDINGS OF FACT
(Nos. 816 through 1232) AS ANNOTATED BY COUNSEL FOR HAMMER**

816. Ruhnke stated he enjoyed talking with Dr. Wolfson in the hallways during the trial in this case.

Undisputed ＿＿＿＿　Disputed ＿＿＿＿　Undisputed but Objected To ✓

817. Ruhnke stated Hammer's false confession was not an aspect of the defense.

Undisputed ＿＿＿＿　Disputed ✓　Undisputed but Objected To ＿＿＿＿

818. Ruhnke stated Hammer's medical records indicated that several days after the murder Hammer complained about his left shoulder.

Undisputed ＿＿＿＿　Disputed ✓　Undisputed but Objected To ＿＿＿＿

819. Ruhnke stated Dave Sprout had been on the phone with Hammer about Hammer's intention to plead guilty prior to June 22, 1998.

Undisputed ＿＿＿＿　Disputed ＿＿＿＿　Undisputed but Objected To ✓

820. Ruhnke stated he thought that the Court would conduct a mental competency proceeding before accepting Hammer's guilty plea.

Undisputed ＿＿＿＿　Disputed ＿＿＿＿　Undisputed but Objected To ✓

821.  Ruhnke stated Hammer wanted to be found competent and that the questions and standards of competence were so minimal that it hardly mattered who talked to him because clients who were raving schizophrenics get found competent to plead guilty as well as competent to stand trial.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

822.  When Ruhnke met with Hammer on June 22, 1998, he did not see Hammer with a different voice or any other manifestation of someone other than Hammer as he was known to Ruhnke.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

823.  Ruhnke saw no evidence that Hammer was mentally ill on June 22, 1998.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

824.  Ruhnke stated a defense was settled on after some investigation into what was thought to be the best defense which centered on an insanity defense.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

825.  Dr. Wolfson usually deferred to Dr. Frederick for psychometric testing at Springfield.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

826.  Dr. Wolfson secured a neurology consult for Hammer during the evaluation.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

827. Dr. Wolfson stated no abnormalities were found on the MRI which he ordered at Springfield and the ventricles were of normal size and configuration.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

828. Dr. Wolfson stated his impression was a negative MRI of the brain in November 1997.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

829. During the Sadoff-Dubin interview, which did not cause Dr. Kluft any concern, Dr. Wolfson thought there were inconsistencies in what Hammer did or said that undermined his DID defense.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

830. Dr. Wolfson was shown a sixth edition of a textbook but said there was a more recent or seventh edition textbook of Kaplan and Sadoff.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

831. Dr. Wolfson stated that the two chapters on DID were very different between the sixth and seventh editions.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

832. Dr. Wolfson stated the authors were different and, more importantly, the section or subsection of forensic issues was absent from the sixth edition but present in the seventh.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

3

833.  Dr. Wolfson stated that care had to be taken during a forensic examination of a DID patient according to the seventh edition of the textbook.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

834.  Dr. Wolfson stated an early DID-centered assessment test could provide learning information and might assist a defendant in knowing what types of things he ought to display if he were malingering as part of a claimed DID defense or diagnosis.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

835.  Dr. Wolfson received clinically driven prison records, clinically driven prison medical records, administrative records, and state hospital admissions in reviewing Hammer's case.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

836.  Dr. Wolfson also telephoned a number of persons familiar with Hammer's background to supplement records received and reviewed.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

837.  Dr. Wolfson stated Jessica Brewer provided information on the telephone which suggested that Hammer did, in fact, suffer from dissociative identity disorder.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

838.   Dr. Wolfson stated Dr. Wakeford was involved in administrative records or disciplinary records as it related to Wakeford being taken hostage by Hammer.

Undisputed ____    Disputed ____    Undisputed but Objected To ____

839.   Dr. Wolfson relied on everything that the Bureau of Prisons system had generated that he could get his hands on, as far as he knew.

Undisputed ____    Disputed ____    Undisputed but Objected To ____

840.   Dr. Wolfson would discount prior diagnosis especially if the description of behavior did not support the diagnosis that was made.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

841.   Dr. Wolfson stated Hammer previously was diagnosed with antisocial adolescent disorder but only at a certain time in his life.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

842.   Dr. Wolfson stated several of Hammer's hospitalizations were for abdominal pain for which no cause was ultimately found.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

843.   Dr. Wolfson stated it was not uncommon for persons with somatization disorder to have had multiple abdominal surgeries, just because abdomens are one of the places where

certainly previously and to a limited extent now there can be pain.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

844. Dr. Wolfson stated Hammer preferred to be in the hospital rather than at home which could be characterized as having Munchausen's syndrome.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

845. Dr. Wolfson stated abdominal symptoms can be correlated with anxiety.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

846. Ross makes a statement that just -- that Dr. Wolfson can not consider supportable, that he -- he feels that if all factors are present, there's nearly 100 percent chance that that patient will turn out to have dissociative identity disorder but the problem with that for Dr. Wolfson was the reason that some of these features are incredibly common, such as a person's sex.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

847. Dr. Wolfson stated self destructive behavior is a term used by Ross which is altogether too nonspecific.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

848. One of the factors that Dr. Wolfson indicated supported his conclusion of malingering was that Hammer was somewhat skilled in falsehoods in many areas including portraying mental health conditions.

Undisputed _____ Disputed _✓_ Undisputed but Objected To _____

849. In Dr. Wolfson's view, Hammer's background history presents a better, very, very complicated story, and also in terms of what scams or other more hidden activities and adventures may be happening underneath his behavior.

Undisputed _____ Disputed _✓_ Undisputed but Objected To _____

850. Two reasons why a normal MMPI finding is not consistent with malingering is Hammer's familiar with the test and that it is not aimed at DID.

Undisputed _____ Disputed _✓_ Undisputed but Objected To _____

851. Hammer's boast that he can make an MMPI come out any kind of way may be completely true, but it is certainly possible that he is familiar with it because Hammer told Dr. Wolfson he borrowed a book on it from a practitioner in Oklahoma and maybe it was the truth.

Undisputed _____ Disputed _✓_ Undisputed but Objected To _____

852. VIP profile is designed to flesh out -- or that is designed to show people who are trying to fake massive organic damage and overdoing it.

Undisputed _____ Disputed _✓_ Undisputed but Objected To _____

853. Ms. Brewer told Jill Miller that she had maintained contact with Hammer after he left Oklahoma and Hammer characterized Brewer as a friend.

Undisputed _____ Disputed _____ Undisputed but Objected To _✓_

854.    When Dr. Wolfson finally presented a persuasive case to the defendant why he should see the alter known as "Jocko," then there was not any further delay and "Jocko" appeared at Springfield.

Undisputed ____    Disputed _✓__    Undisputed but Objected To ____

855.    Dr. Wolfson was at a presentation that Dr. Kluft gave in 1991 in October, at the American Academy of Psychiatry and the Law.

Undisputed ____    Disputed ____    Undisputed but Objected To __✓__

856.    Dr. Kluft's presentation included a videotape in which he showed examples of the kinds of subtle switching by DID patients.

Undisputed ____    Disputed ____    Undisputed but Objected To __✓__

857.    Dr. Kluft showed the videotape of the more sophisticated, subtle types of things one would expect to see in DID patients.

Undisputed ____    Disputed _✓__    Undisputed but Objected To ____

858.    Hammer told Dr. Wolfson that he was startled when Mr. Upton, who was on the ground and had just been shot by Hammer with his pistol, suddenly jumped up and ran away naked and screaming as a remarkable thing to have happened.

Undisputed ____    Disputed _✓__    Undisputed but Objected To ____

859.    Dr. Wolfson did not recall Hammer voicing remorse to him about shooting Upton although he expressed remorse for strangling Marti.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

860.    Dr. Wolfson noted during the § 2255 hearing, "That the intersection between the diagnosis of dissociative identity disorder and the legal system has proven exceedingly controversial."

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

861.    Dr. Wolfson stated basic principles of forensic assessment are followed to undertake a comprehensive assessment beginning with all available documentary materials concerning Hammer, review all available past psychiatric, social service, and related materials; and perform a standard diagnostic assessment on the defendant before introducing any specialized testing for any particular diagnosis.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

862.    Dr. Wolfson was available at trial for Ruhnke and Travis to speak with if they wanted do so.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

863.    According to Dr. Wolfson, Hammer claimed to know all about the MMPI and what to do with it, that it could be slanted any kind of way, and stated the thought his words were those or that he could slant it any kind of way.

9

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

864.    Although Dr. Wolfson had misgivings about the way Dr. Kluft and Dr. Ross and others conceptualize DID as an independent illness, and misgivings about its applicability in this particular instance, this is not the same as saying that he does not believe that there is something there because there are patients who suffer from something or some condition in his view.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

865.    Dan Ellis was assigned by the supervisory deputy U.S. Marshal here in the Williamsport office to transport Hammer either to the courthouse and back to the federal prison, or to the courtroom from the U.S. Marshal's Service.

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

866.    Dan Ellis essentially established a relationship by noting to Hammer that he was aware of Hammer's background and had a responsibility to my employer and to my family, and to ensure that Hammer was returned to the prison at the end of hearings each day, and that my -- my job or assignment was completed safely and then I would go home to my family.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

867.    On occasion Dan Ellis would bring in literature for Hammer to read while waiting in the Marshal's holding facility.

Undisputed _____    Disputed _____    Undisputed but Objected To _✓_

868. Dan Ellis stated if there was some occasion an inmate missed a meal or not been provided with a meal, he would personally purchase a meal here at the courthouse or during transport to either an air lift or back to the prison by swinging into McDonald's.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

869. Dan Ellis said Hammer asked for novels or biographies to read.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

870. Hammer brought it to Ellis' attention on one day prior to a court proceeding here before Judge Muir that he had information regarding another inmate being detained at the Allenwood penitentiary named Michael O'Driscoll, who might try to escape during court proceedings.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

871. In April 1998, Hammer provided Dan Ellis with information about a possible escape attempt by O'Driscoll.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

872. Dan Ellis on June 22, 1998, assisted in putting Hammer in a secure area back in the Marshal Service cellblock under directions of Judge Muir, where his conversation with the examiner would not be monitored through video or by voice through some type of intercom system.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

11

873.   When Dan Ellis was moving Hammer back to the Marshal's Service holding cellblock on June 22, 1998, he asked him why he had pled guilty and -- after so long of saying he was not guilty by reason of insanity, and then asked Hammer "What about the monkey," Ellis thought the monkey did it.

Undisputed _____   Disputed _____   Undisputed but Objected To __✓__

874.   Hammer told Ellis he had made the monkey up and that he did not want to live, that he wanted to go forward because he did not want to spend the rest of his life in prison.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

875.   Upon the verdict's return, Ellis bought Hammer a sandwich as he had promised.

Undisputed _____   Disputed _____   Undisputed but Objected To __✓__

876.   Former DUSM Ellis did not see Hammer behave in any fashion which was thought to suggest that Hammer did not know what was going on.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

877.   Dan Ellis had encountered individuals whom, as a former deputy U.S. Marshal or a former law enforcement officer, he was concerned about their competence or their ability to understand what was going on.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

12

878. Former DUSM Ellis did not think there was a problem asking Hammer a question concerning his crime since Hammer already had entered his guilty plea to the offense.

Undisputed _____    Disputed _√_    Undisputed but Objected To _____

879. Dan Ellis stated he was not conducting any independent investigation and Hammer was not under any other pending charges but had just pled guilty and was making conversation with Hammer as he would with other inmates.

Undisputed _____    Disputed _√_    Undisputed but Objected To _____

880. Dan Ellis felt that since Hammer had already been convicted of an offense it was a moot issue because Hammer was just going through the sentencing phase and *Miranda* was not warranted.

Undisputed _____    Disputed _√_    Undisputed but Objected To _____

881. Dan Ellis did not think Hammer ever was incompetent.

Undisputed _____    Disputed _√_    Undisputed but Objected To _____

882. The only time Ellis saw Hammer upset was when he swallowed the razor blade down at the prison in May 1998.

Undisputed _____    Disputed _√_    Undisputed but Objected To _____

883. When former DUSM Ellis questioned Hammer it was not done in an investigative manner but initially done as joking.

Undisputed _____    Disputed _√_    Undisputed but Objected To _____

884. Former DUSM Ellis thought the cartoon sent to the Marshal about Hammer was inappropriate.

Undisputed ✓   Disputed ____   Undisputed but Objected To ____

885. On April 16, 1998, former DUSM Ellis prepared Government Exhibit 54.2 which contained details as to what Hammer told of O'Driscoll's escape plot.

Undisputed ____   Disputed ____   Undisputed but Objected To ✓

886. Former DUSM Ellis said initially Hammer had stated that he did not want to go through the penalty phase, he just essentially wanted to die.

Undisputed ✓   Disputed ____   Undisputed but Objected To ____

887. Ellis' relationship with Hammer was very good in Ellis' opinion.

Undisputed ____   Disputed ✓   Undisputed but Objected To ____

888. When Ellis questioned Hammer about the monkey and why he entered the guilty plea, Hammer was in a good mood and laughed.

Undisputed ____   Disputed ✓   Undisputed but Objected To ____

889. Ron Jury stated that a defense exhibit regarding Marti's death which had been secured by Ruhnke under a FOIA request looked just like a briefing, a synopsis for executive staff type review for a regional director or director type.

Undisputed ____   Disputed ✓   Undisputed but Objected To ____

890. Jury stated that the document in question was not the writing style of individuals whom he supervised in 1996, such as Mr. Fleck, Mr. Santos, or Mr. Traxler.

14

Undisputed ____    Disputed _√_    Undisputed but Objected To ____

891.  Jury stated the document in question would have been regional office intelligence or central office intelligence for regional director or director of the Federal Bureau of Prisons.

Undisputed ____    Disputed _√_    Undisputed but Objected To ____

892.  Jury stated that SIS would not have prepared the document in question.

Undisputed ____    Disputed _√_    Undisputed but Objected To ____

893.  Jury stated his office, in the special investigative office, in association with the FBI and no other officer would have conducted any investigation into the death of inmate Marti.

Undisputed ____    Disputed _√_    Undisputed but Objected To ____

894.  Randy Gonzales brought with him a file relating to Hammer's complaints of brutality at Springfield in late 1997.

Undisputed ____    Disputed _√_    Undisputed but Objected To ____

895.  Gonzales stated the responsibilities of the SIS office at Springfield back then was to investigate inmate complaints of brutality.

Undisputed _√_    Disputed ____    Undisputed but Objected To ____

896.  Gonzales stated a complaint or allegations of a complaint of physical abuse from Hammer concerning two officers that worked at the mental health unit in ten echo, 10E, was received from both Hammer and his attorneys.

Undisputed _√_    Disputed ____    Undisputed but Objected To ____

897.    Gonzales stated Hammer had hand-written a letter to SIA and a letter from Hammer's counsel had also been received at that time to the warden's office.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

898.    Gonzales had original Polaroid photographs that were in somewhat faded color in the file which related to areas of Hammer's body where he claimed to have been abused.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

899.    Gonzales had taken the photographs of Hammer on November 4, 1997.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

900.    Gonzales took the photographs in November 1997 for evidence of any bruising or contusions or any injury that Hammer would have received from such an alleged beating from the officers.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

901.    Especially on a physical abuse case, the first thing done, according to Gonzales, is get a physical assessment by Bureau of Prisons' doctors and nurses and staff, the physician assistants, whoever is there on duty, and they will do an injury assessment then a form is used to note down any kind of injury or bruises or contusions or anything they might observe during the examination of the inmate.

Undisputed ____    Disputed ____    Undisputed but Objected To __✓__

16

902. This SIS file contained the following medical evaluation: "This cursory examination completed on 11/4/97 stated: "At the time of examination the patient reported numbness over both wrists, which he stated was as a result of being cuffed at different times over the previous week. [Hammer] also complained of decreased range of motion from his left shoulder and reported his left shoulder was injured in 1993."

Undisputed _____    Disputed _____    Undisputed but Objected To ✓

903. Hammer in his own apparent handwriting recounted the abuse that took place supposedly on October 25, October 27, and October 28, 1997.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

904. Whenever there is an alleged complaint or any kind of investigation, Gonzales said the victim or the person being investigated is spoken to and an affidavit about what occurred in their own words is obtained, such as the affidavit Hammer provided to Mr. Cargill.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

905. According to Hammer's statement: "Then on Monday, October 27th, 1997, I was again assaulted by Officer Henry in the room at the back of the hall in unit 10E. He grabbed me while restrained and twisted my right arm and shoulder and half drug me along the hall to room 123 where he shoved me to the floor and

17

kicked me in the side.  This occurred in the afternoon after a legal call."

Undisputed \_\_\_\_    Disputed \_\_\_\_    Undisputed but Objected To \_✓\_

906.  Hammer also complained: "Then on Tuesday, October 28th, 1997, I was physically assaulted by Officer Harold Martin in the shower and in room 123, unit 10E.  Officer Martin punched me in the stomach and kidney area while in the shower door.  When returning to my cell 123, he twisted my hands as I complained that the pain in my left shoulder, and my hands were restrained and in the doorway, both my wrists were bruised and all and are still numb now."

Undisputed \_\_\_\_    Disputed \_\_\_\_    Undisputed but Objected To \_✓\_

907.  The officers were confronted about this situation and both were cleared by the Office of the Attorney General.

Undisputed \_\_\_\_    Disputed \_✓\_    Undisputed but Objected To \_\_\_\_

908.  Special Agent Mitchell of the FBI prepared a five page interview of Hammer at some point in November of 1997 about his brutality allegations.

Undisputed \_\_\_\_    Disputed \_✓\_    Undisputed but Objected To \_\_\_\_

909.  To the SIS in November 1997, Hammer made the statement that he no longer wanted to pursue anything in regards to Officer Martin as Hammer felt that he and Officer Martin had "worked it out."

Undisputed \_\_\_\_    Disputed \_✓\_    Undisputed but Objected To \_\_\_\_

910. The corridor tapes for ward 10E had been secured and reviewed for the dates of October 27 and October 28, 1997.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

911. The tape for October 27, 1997, revealed Hammer being escorted from his cell by Officer Henry, being placed in his cell, the door opened, the door closed, and his restraints removed without incident.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

912. The tape for October 28, 1997, revealed Officer Martin escorted Hammer to the shower and back to his cell, then placed in his cell, and his restraints removed without incident.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

913. "The tapes for October 25th, 1997, [we]re not available for review as there is a seven day rotation of tapes, and these [had] already [been] recycled."

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

914. The time period of both alleged incidents are contained on one videotape which was presented during the § 2255 hearing.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

915. Hammer filed two BP-8s, at Springfield in late 1997, one for not having availability to an ink pen for his legal documents, and Mr. Gonzales could not recall the second one but said it was not Hammer taken for an MRI in the community.

19

Undisputed _____    Disputed _____    Undisputed but Objected To _✓_

916.  For privacy purposes, no cameras have been placed by the showers on 10E at Springfield.

Undisputed _____    Disputed _____    Undisputed but Objected To _✓_

917.  Dr. Kluft is a clinician who has done a lot of research and work in the area of dissociative disorders and trauma but is not a credentialed forensic examiner.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

918.  Over 95 percent of Dr. Kluft's practice is clinical.

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

919.  Under 5 percent of Dr. Kluft's practice is forensics or relating mental health issues to legal proceedings.

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

920.  Dr. Kluft and Professor Braun were among the early champions of MPD/DID and helped form the International Society for the Study of Multiple Personalities and Dissociation.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

921.  Dr. Kluft testified for the defense in a federal prosecution or *Patty* case.

Undisputed _____    Disputed _____    Undisputed but Objected To _✓_

922.  Dr. Kluft was called by the prosecution in cases that involved therapist misconduct.

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

20

923.    Dr. Kluft indicated that there's great value in prolonged interviews of people suspected of having DID.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

924.    Dr. Kluft stated that the hypothetical average multiple personality disorder patient is abused twice a week, 50 weeks out of the year for ten years for an average of 1,000 exploitations.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

925.    Dr. Kluft stated those figures were actually taken from a series of patients; but that was a hypothetical illustration.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

926.    Dr. Kluft agreed DID is a syndrome of hiddenness.

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

927.    Dr. Kluft stated that DID symptomology is evanescent or brief, fleeting, emerging, and then gone.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

928.    Dr. Kluft said words to the effect that interviews should go on for four or even eight hours during which interviews -- interviewees should be prevented from taking a break to regain their composure in order for their alters to appear.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

929.    Dr. Kluft stated Hammer is in the 94 percent or the majority of DID sufferers with hidden symptomology.

21

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

930.    Dr. Kluft stated there are three realities of patients which are autobiographic memory, that is what actually happened as accurately as the mind can perceive and record it, which is far from perfect, but it's the best we've got; the second reality is what happens when our autobiographic memory is impacted upon by external influences, what other people say to us about what happened, our fantasies, suggestions that are given us, misinformation that's given to us either by design or inadvertently; and the third reality is that things happened between personalities in their inner world sometimes that can be misperceived as having happened in the outside world.

Undisputed ____    Disputed ____    Undisputed but Objected To __✓__

931.    Dr. Kluft stated the irreducible core of MPD is a persistent form of intrapsychic structure rather than overt behavioral manifestation.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

932.    Dr. Kluft stated controversy surrounds many aspects of many things, and DID is one of them.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

933.    Dr. Kluft stated if he reviewed the multiple aspects of Hammer's handwriting to see if there were different kinds of handwriting which he displayed over time, then his memory was failing since he did not recall doing so.

22

Undisputed ____    Disputed __✓__    Undisputed but Objected To _____

934.  Dr. Kluft stated his involvement in MPD/DID began probably in 1984 or 1985 when some articles had come out describing the successful treatment of large series of DID patients and outlining the natural history.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

935.  Dr. Kluft stated childhood trauma increases the likelihood of any mental disorder becoming manifest.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

936.  Dr. Kluft considered videotaping his presentation.

Undisputed _____    Disputed __✓__    Undisputed but Objected To ____

937.  Dr. Kluft stated in the past he had videotaped his presentation and he asked Hammer's counsel if they wanted him to do that, but they were not in favor of doing so.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

938.  Dr. Kluft said the literature indicated the eye roll test is a person's physical attribute.

Undisputed _____    Disputed __✓__    Undisputed but Objected To ____

939.  Dr. Kluft's experience with people who were incarcerated is -- males who were incarcerated is that they try very hard to cover over anything that may be seen as an indication of weakness or vulnerability.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

940.   Dr. Kluft answered this question about prisoners on the basis of interviewing about a dozen people in similar circumstances.

Undisputed ____     Disputed _√_     Undisputed but Objected To ____

941.   Dr. Kluft stated the ones were incarcerated for long periods of time were all men and that was unusual for his clinical practice in terms of evaluation since his practice included largely women, who were diagnosed with DID.

Undisputed ____     Disputed _√_     Undisputed but Objected To ____

942.   Dr. Kluft indicated that even when no effort was being made to elicit the dissociative identity disorder in the taped presentations by Drs. Sadoff and Dubin, nor was it suspected to be manifested, in fact it was quite manifest with personality Wilbur playing a major role in what was thought to be the appearance of Hammer.

Undisputed _√_     Disputed ____     Undisputed but Objected To ____

943.   Dr. Kluft dealt with inmates already convicted when various defender organizations asked him to evaluate six inmates out of a dozen in a forensic setting in prison.

Undisputed ____     Disputed _√_     Undisputed but Objected To ____

944.   Dr. Kluft stated there were two that were -- had not been convicted; the others had been pending charges or sentencing.

Undisputed ____     Disputed ____     Undisputed but Objected To _√_

945. Dr. Kluft stated it generally was defense attorneys who have brought him into cases although for one or two of the cases, long ago, he may have reviewed a case at the request of the prosecution.

Undisputed _____    Disputed _____    Undisputed but Objected To ✓

946. Not all of the questions of the DES could be asked of Hammer in October 2004, by Kluft.

Undisputed _____    Disputed _____    Undisputed but Objected To ✓

947. Dr. Kluft had done on-site modifications of DES prior to the time he examined Hammer.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

948. Hammer did not achieve the score of 50 but did score 47 which would have been on 26 questions as opposed to 28.

Undisputed ✓    Disputed _____    Undisputed but Objected To _____

949. Dr. Kluft stated Hammer got a high score on finding himself dressed in clothes that he does not recall putting on.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

950. Dr. Kluft said he did not know whether Hammer had many options in terms of what clothes he can wear in prison.

Undisputed _____    Disputed _____    Undisputed but Objected To ✓

951. Dr. Kluft said Hammer mentioned something of that nature in passing that perhaps his commissary orders were not being correctly taken care of by correctional personnel.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

25

952. Hammer said that he sees himself as if he were watching another person and basically Dr. Kluft took his word for that.

Undisputed ____   Disputed _✓_   Undisputed but Objected To ____

953. Dr. Kluft stated the DES is a completely self report instrument.

Undisputed _✓_   Disputed ____   Undisputed but Objected To ____

954. Before the testing that Dr. Kluft did, Hammer had some background and knowledge of the dissociative identity disorder, if for no other reason, than for sitting through his trial.

Undisputed ____   Disputed _✓_   Undisputed but Objected To ____

955. Dr. Kluft stated that some people have said that a high score on the DES test suggested malingering.

Undisputed ____   Disputed _✓_   Undisputed but Objected To ____

956. Dr. Kluft stated there is not a similar high score on the SCID-DR that would suggest malingering.

Undisputed ____   Disputed _✓_   Undisputed but Objected To ____

957. Dr. Kluft reduced one of Hammer's scores by ten to 47 because he thought there was a very dissociogenic impact of being in prison.

Undisputed ____   Disputed _✓_   Undisputed but Objected To ____

958. Dr. Kluft learned from Hammer's statement the fact that Hammer identified Wilbur as someone whose laughing and crying were distinct.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

959.  Dr. Kluft did not see laughing and crying in a distinctive fashion from Hammer in October 2004.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

960.  Dr. Kluft stated Hammer provided nothing of details in addition to those contained on the Sadoff/Dubin videotape about Wilbur.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

961.  Dr. Sadoff's report, according to Dr. Kluft only knew of a seven year old boy named Wilbur and almost no other details about him but that Wilbur had played a major part in the interview with Drs. Sadoff and Dubin and in the videotaping.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

962.  Dr. Kluft stated if Hammer were looking in the mirror and seeing Wilbur, as often as the case with the DID person's experience, he would see that Wilbur had a tooth missing.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

963.  Dr. Kluft was not aware of an elaboration by Hammer on Jasper's details during his October 2004 examination.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

964.  Dr. Kluft could not see Tammy in any way in October 2004, nor he could be sure of on the videotape presentation or hypnotic situation back in September of 1997.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

965.   In October of 2004, Dr. Kluft observed one brief flicker of something, another alter, in speaking with Hammer.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

966.   A person engaging in method acting according to Dr. Kluft could mimic some different personality characteristics.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

967.   Dr. Kluft took time to study the videotape from Oklahoma when Hammer admitted killing Kenner.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

968.   Dr. Kluft inferred in the Oklahoma videotape the possibility that on a number of occasions Hammer spoke in a more tough, straightforward manner during the interview which might have been another alter.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

969.   Dr. Kluft would not characterize Drs. Dubin and Sadoff video presentation as exculpatory or not exculpatory.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

970.   Dr. Kluft stated because Hammer was in a correctional setting there was a great deal more opportunity to observe him in terms of his behavior than people who were in the community.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

971.   Dr. Kluft did not know why Jocko did not appear to Drs. Matthews and Martell.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

972.   Dr. Kluft stated it is not fair to say that not every physical action by Hammer on the videotape had particular meaning but its significance was not known by him and it is possible it had nothing to do with alters.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

973.   Dr. Kluft stated a vast majority of dissociative identity disorder sufferers are competent to stand trial in his view.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

974.   Dr. Kluft agreed that all trials are stressful to some degree.

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

975.   Dr. Kluft stated there was nothing in the transcript of June 22, 1998, which suggested then that Hammer was suffering from dissociative identity disorder.

Undisputed _____    Disputed _____    Undisputed but Objected To _✓_

976.   The primary focus of Dr. Kluft's career has been on the clinical setting as opposed to the forensic setting.

Undisputed _____    Disputed _____    Undisputed but Objected To _✓_

977.   It was in 1970 that Dr. Kluft got to Pennsylvania and first starting working with Dr. Sadoff.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

978.   Dr. Kluft said that on the surface Hammer's reasons for entering his guilty plea were rational.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

979.  Dr. Kluft stated it is possible for a defendant with dissociative identity disorder to enter a voluntary, intelligent, and knowing guilty plea.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

980.  Dr. Kluft stated that to determine competency in Hammer's case, it was necessary for a DID familiar mental health evaluator to review a person, obtain a considerable body of material from that individual, and have an opportunity to put that material before that person and assess their reaction to it in the various -- in the various parts since what often happens is that at a given moment a part representing one particular point of view will take over and dominate.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

981.  Dr. Kluft had the opportunity to read the June 22, 1998, transcript at a break in proceedings and opined that Hammer's guilty plea was intelligent, partially knowing and that troubled him -- it is the kind of thing that one sees cobbled together with the appearance of tremendous insight and thought, but it can flip at a moment's notice.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

982.  Dr. Kluft did not think Hammer's plea was a voluntary statement on the part of the entire mind where one or several

parts tried to impose their decision and did not include from reasoning that included the full spectrum of the mind.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

983.  Dr. Kluft stated there was no indication of Hammer flipping.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

984.  There is no reference in the guilty plea transcript reviewed by Dr. Kluft not in and of itself to suggest that Hammer's plea was not voluntary.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

985.  Bureau of Prisons' Program Statement 3451.03 refers to "Awards program, incentive awards" and is compressed into word perfect.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

986.  Robert Wolever, who at the time was a lieutenant received in an award in 1997 for trying to save the life of inmate Frankhouser who was killed by inmate O'Driscoll.

Undisputed ____    Disputed ____    Undisputed but Objected To __✓__

987.  Robert Wolever received a Special Act Award for his heroism which at the time did not relate to his testifying.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

988.  Richard Snyder was responsible for serving as Hammer's correctional counselor from July 1995 until Hammer left the Special Housing Unit.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

989.  When Hammer had inmate requests to staff, he would give them to Counselor Snyder and he would obtain answers.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

990.  Counselor Snyder would see Hammer during tours of the Special Housing Unit on a weekly basis.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

991.  According to Counselor Snyder one inmate, Aldrich Ames, prior to Hammer was in single cell status.

Undisputed ____    Disputed ____    Undisputed but Objected To ✓

992.  Counselor Snyder stated Michael O'Driscoll was also on single cell status.

Undisputed ____    Disputed ____    Undisputed but Objected To ✓

993.  According to Counselor Snyder, Hammer never complained to him that he wished he had a cellmate.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

994.  According to Counselor Snyder, Hammer's cell was very clean and very neat.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

995.  According to Counselor Snyder, Hammer used the other bunk in his cell for storage of his legal material and kept it in very well order.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

996. According to Counselor Snyder, Hammer knew where to find his paperwork in his cell because he was very well organized.

Undisputed √    Disputed ____    Undisputed but Objected To ____

997. According to Counselor Snyder, Hammer felt Snyder could have come forth at the hearing before the Court, and he said he didn't want to talk to him but he would put everything in writing which Snyder took to mean Hammer was mad although a couple of days later Hammer again began talking to Counselor Snyder.

Undisputed ____    Disputed ____    Undisputed but Objected To √

998. Hammer's disciplinary status in June 1998, was suspended until after the hearing of July 16, 1998, according to Snyder as well as Todd Matthews.

Undisputed ____    Disputed √    Undisputed but Objected To ____

999. While in administrative detention status Hammer could secure a radio.

Undisputed √    Disputed ____    Undisputed but Objected To ____

1000. Counselor Snyder saw Hammer ordinarily on a daily basis, roughly five days a week, because he would deliver legal mail or get Hammer for legal calls.

Undisputed √    Disputed ____    Undisputed but Objected To ____

1001. According to Counselor Snyder, Hammer was supplied legal telephone calls in June and July of 1998.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1002.  Counselor Snyder would dial the number and put the phone receiver in Hammer's cell so he could talk to his attorneys.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1003.  While Hammer spoke with his attorneys, Counselor Snyder was able to observe his behavior and found him to be pleasant.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1004.  Hammer seemed upset when he did receive the death penalty.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

1005.  Counselor Snyder could tell when Hammer would get tired of trial proceedings because sometimes Hammer would be in a bad mood.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1006.  Normally when Counselor Snyder went down to deal with Hammer in the Special Housing Unit, Hammer was pleasant and seemed to enjoy their conversation.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1007.  Counselor Snyder did not observe Hammer's mood change during one conversation but if Hammer was somber or in a sad mood, their conversation was somber and sad but if he was upbeat

the conversation was upbeat and if they got into an argument Hammer would get in an agitated mood.

Undisputed ____    Disputed ____    Undisputed but Objected To ✓

1008.    Troutman received a Special Act Award letter dated October 27, 1998, but this was not the first time in his career that he had received an such award.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

1009.    Troutman received many special act awards in the 1980's but recalled that none of them related to testimony in a criminal trial.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1010.    Troutman did not receive any special act awards for being a victim and testifying in a criminal prosecution before this court involving Michael Leggett.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1011.    Troutman understood his award was for the professional way that he and other staff members handled Hammer prior to and during the trial, not merely his testimony.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

1012.    As the supervisor of the unit, Troutman saw Hammer on a regular basis providing him legal mail as well as set up numerous legal visits and legal phone calls.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1013.    Troutman stated there was a whole host of things that the Unit Team needed to do that related to Hammer's legal activities.

Undisputed _____    Disputed _____    Undisputed but Objected To _✓_

1014.    Troutman was asked to testify for the prosecution in Hammer's case but was brought back by the defense and asked numerous questions about inmate Marti's disciplinary history as well as to look at some of the information contained in his Presentence Investigation report.

Undisputed _____    Disputed _____    Undisputed but Objected To _✓_

1015.    Warden Fanello's letter to Troutman or award dated October 27, 1998 had no effect on his trial testimony.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1016.    Troutman was not aware that he was being considered for an award until he was presented with the award after October 27, 1998.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1017.    Troutman's interactions with Hammer included Hammer showing normal range of emotion, angry sometimes if something was not going his way or frustrated because he was not getting something.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1018.    According to Troutman, Agent Thompson on April 13, 1998, told Hammer to calm down, back up, and speak a little more

36

slowly and clearly in order to explain his role better, with which Hammer complied.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1019.  According to Troutman, after Hammer made a call to Sam Young he actually calmed down greatly at that point.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1020.  Troutman saw a range of emotion from Hammer.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

1021.  According to Troutman, there was nothing extraordinary about Hammer during the trial of June or July 1998 although once the verdict of guilty came in, Hammer seemed a little depressed but Troutman assumed that to be a normal reaction to what had just taken place.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1022.  Dr. Kenneth Kessler is a psychologist licensed in 1996 in Illinois.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

1023.  Dr. Kessler is a professor at a Chicago-based forensic psychology school as a teacher in ethics to the graduate students who are enrolled in the forensic psychology program.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

1024.  Dr. Kessler is an adjunct professor at the Rosalind Franklin University of Health Sciences where he teaches an

advanced ethics course to those graduate students at the doctoral level.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1025.  Dr. Kessler is in his third year of teach ethics.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1026.  Dr. Kessler was the President of the Illinois State Psychological Association through which he began taking more seminars and doing more reading on ethics, and then that became an area of focus for his teaching.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1027.  Dr. Kessler was appointed by the Governor of Illinois to the Psychologist Licensing and Disciplinary Board in which his first appointment was in 1999 and as a result became more expert in ethics and professional practice issues.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1028.  Dr. Kessler was reappointed to the Illinois Board in 2005.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1029.  Dr. Kessler stated the Licensing and Disciplinary Board determines which psychologist qualify for licensure by examination or other means and considers complaints that may have been filed by the public against a psychologist.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1030.  Dr. Kessler stated if a member of the public or another psychologist believes that someone has done something wrong, they can file a complaint with the Department of Financial and Professional Regulations, and that complaint has to be investigated and considered.

Undisputed __✓__  Disputed ____  Undisputed but Objected To ____

1031.  Dr. Kessler stated employees of the State of Illinois would serve as prosecuting attorneys for the Board.

Undisputed __✓__  Disputed ____  Undisputed but Objected To ____

1032.  There are seven board members by statute, one of the board members is a public member that has nothing to do with psychology and the remaining six are psychologists according to Dr. Kessler.

Undisputed __✓__  Disputed ____  Undisputed but Objected To ____

1033.  Dr. Kessler stated at the initial point of a complaint coming in, one board member is assigned to work with the case and prosecuting attorney to determine whether no apparent violation has occurred or whether maybe a violation has occurred or definitely a violation has occurred.

Undisputed __✓__  Disputed ____  Undisputed but Objected To ____

1034.  Dr. Kessler stated if it looks like a violation has occurred, then the case would go forward to an informal case conference when the psychologist would be brought in and an informal conference would be held.

Undisputed __✓__ Disputed ____ Undisputed but Objected To ____

1035. Dr. Kessler stated then that would go before an ALJ and the ALJ would render his or her findings and then those would be sent back to the entire board of seven for deliberation and consideration at which point the board could accept the findings of the ALJ, create their own independent findings, then all of that goes to the director of the Department of Financial and Professional Regulations.

Undisputed __✓__ Disputed ____ Undisputed but Objected To ____

1036. Since 1999, approximately one hundred cases have come to Dr. Kessler's attention which involved multiple roles in breaches of confidentiality, poor practice patterns, and nonrecognized practice among other issues.

Undisputed __✓__ Disputed ____ Undisputed but Objected To ____

1037. Dr. Kessler, as a newly licensed psychologist, was working for a group practice in rural Illinois where he had a general caseload of clients.

Undisputed __✓__ Disputed ____ Undisputed but Objected To ____

1038. Dr. Kessler opened his own practice when he had enough experience professionally to begin to focus in more of a forensic psychological arena and most of his work was of a forensic nature at that time.

Undisputed __✓__ Disputed ____ Undisputed but Objected To ____

1039.   Dr. Kessler does forensic activities work for an agency of the United States government, routinely serving as an expert witness to the court of the Office of Hearings and Appeals which hears Social Security disability appeals.

Undisputed __✓__   Disputed _____   Undisputed but Objected To _____

1040.   Dr. Kessler was routinely appointed as the court's witness in the 19th Judicial Circuit, which is Lake County, Illinois on mental health issues.

Undisputed __✓__   Disputed _____   Undisputed but Objected To _____

1041.   The majority of cases in which Dr. Kessler testified have been civil but there would be six to ten other cases where Dr. Kessler had been retained to form some type of an expert opinion depending upon what the case required.

Undisputed __✓__   Disputed _____   Undisputed but Objected To _____

1042.   Dr. Kessler testified in criminal proceedings to help determine whether there was some mental impairment that would have affected a young patient's judgment.

Undisputed __✓__   Disputed _____   Undisputed but Objected To _____

1043.   Dr. Kessler reviewed defendant exhibit 78.2 which provided the ethical guidance to psychologists in their activities in 1997 and 1998.

Undisputed __✓__   Disputed _____   Undisputed but Objected To _____

1044.   Dr. Kessler agreed that the American Psychological Association prepared Defendant Exhibit 78.2.

41

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1045.   Dr. Kessler stated the ethical principles, general principles are not in and of themselves enforceable rules but are what psychologists should consider when they decide on which particular course of action they should take.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1046.   Dr. Kessler stated ethical issues vary by state.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1047.   Dr. Kessler stated "psychologists seek to promote integrity in the science, teaching, and practice of psychology [and] avoid improper and potentially harmful dual relationships."

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1048.   Dr. Kessler stated, "psychologists provide services, teach, and conduct research only within the boundaries of their competence, based on their education, training, supervised experience, or appropriate professional experience."

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1049.   Dr. Kessler stated psychologists, whenever feasible, should refrain from taking on professional or scientific obligations when preexisting relationships with a patient would create a risk of such harm.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1050.   Dr. Kessler stated if there is a foreseeable risk of the psychologist being called upon to perform conflicting roles

42

because of the involvement of a third party, the psychologist clarifies the nature and direction of his or her responsibilities, keeps all parties appropriately informed as matters develop, and resolves the situation in accordance with this Ethics Code.

Undisputed __✓__   Disputed ____   Undisputed but Objected To ____

1051.   Dr. Kessler stated third party requests includes institutional settings such as prison settings.

Undisputed ____   Disputed __✓__   Undisputed but Objected To ____

1052.   With respect to psychologists' forensic assessments, recommendations, and reports are based upon information and techniques, including personal interviews of the individual when appropriate, sufficient to provide appropriate substantiation for their findings.

Undisputed ____   Disputed __✓__   Undisputed but Objected To ____

1053.   With respect to forensic matters, psychologists provide written or oral forensic reports or testimony of the psychological characteristics of an individual only after they have conducted an examination of the individual adequate to support their statements or conclusions but when, despite reasonable effort, such an examination is not feasible, psychologists clarify the impact of their limited information on the reliability and validity of their reports and testimony, and

43

they appropriately limit the nature and extent of their conclusions or recommendations.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1054.    With respect to forensic matters in forensic testimony and reports psychologists testify truthfully, honestly, and candidly and consistent with applicable legal procedures, describe fairly the bases for their testimony and conclusions.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1055.    While a prior professional relationship with a party does not preclude psychologists from testifying as fact witnesses or from testifying to their services to the extent permitted by applicable law, psychologists appropriately take into account ways in which the prior relationship might affect their professional objectivity or opinions and disclose a potential conflict to the relevant parties.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1056.    The types of documentation that Dr. Kessler considered are listed on page one of his report, as well as interviews conducted on the telephone with Drs. Wolfson and Mitchell.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1057.    Dr. Kessler's interview with Dr. Wolfson was about 30 minutes.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1058.  Dr. Kessler's interview with Dr. Mitchell was about 20 to 25 minutes.

Undisputed __✓__   Disputed ____   Undisputed but Objected To ____

1059.  Dr. Kessler noted that the June 22, 1998, request to examine Hammer's competence came about somewhat unexpectedly during proceedings wherein Dr. Wolfson was present, a potential competency issue arose, and he was then ultimately ordered to perform the evaluation.

Undisputed ____   Disputed __✓__   Undisputed but Objected To ____

1060.  According to Dr. Kessler, Dr. Wolfson's primary role on all three occasions was that of an evaluator, in addition, on the two occasions when Hammer was at Dr. Wolfson's facility, Dr. Wolfson assumed responsibility for monitoring and prescribing psycho active medications to Hammer and addressing any pressing clinical needs that might arise during his stay in Springfield.

Undisputed ____   Disputed __✓__   Undisputed but Objected To ____

1061.  According to Dr. Kessler, "Dr. Wolfson was essentially continuing with medications Inmate Hammer was taking when transferred to his facility."

Undisputed ____   Disputed __✓__   Undisputed but Objected To ____

1062.  According to Dr. Kessler, evaluations and monitoring of Hammer's medications were all done with Hammer being fully informed of Dr. Wolfson's roles and responsibilities, as well as the limitations of confidentiality.

45

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1063.    Dr. Kessler stated Dr. Wolfson's actions were simply a continuation of what somebody else had put in place and while that was a treatment role, Dr. Kessler distinguished that differently from Dr. Wolfson taking a more active role in terms of making all kinds of determinations and recommendations and adjusting medications and providing psychotherapy of his own and matters of that nature.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1064.    Dr. Wolfson's work with Hammer was that of an evaluating doctor rather than a therapist or a treating doctor.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1065.    Dr. Mitchell was ordered to conduct a competency evaluation of Hammer in August of 1998 and as a matter of informed consent prior to conducting this evaluation, Dr. Mitchell discussed the matter with Hammer who was himself not alleging any form of incompetency.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1066.    According to Dr. Kessler, Dr. Wolfson appropriately was the lead evaluator in the impromptu competency evaluation that came about on June 22, 1998.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1067.    Dr. Mitchell deferred to Dr. Wolfson in terms of lead evaluator and indicated that Dr. Mitchell had an awareness that

his role was primarily one of therapist and that Dr. Wolfson's role was primarily one of evaluator because he recognized that, and Dr. Kessler believed the significance of that was to make Dr. Wolfson primarily responsible for it and for Dr. Mitchell to act in more of an ancillary role.

Undisputed _____    Disputed __✓_   Undisputed but Objected To _____

1068.    Dr. Wolfson informed Hammer of his role and duties in the case.

Undisputed _____    Disputed __✓_   Undisputed but Objected To _____

1069.    Dr. Wolfson did serve in the roles of evaluating doctor as well as treating doctor, as explained on page of two of his December 1997 and September 1998 reports, but there is no evidence whatsoever, according to Dr. Kessler, to indicate that his acting in these capacities in any way compromised his objectivity or served to exploit Hammer.

Undisputed _____    Disputed __✓_   Undisputed but Objected To _____

1070.    According to Dr. Kessler, when examining dual roles or multiple roles, it really is best to conceptualize a two part test; a multiple relationship and, as a result of that, did something untoward occur, was there exploitation, harm to the person, or impaired judgment on the part of the psychologist.

Undisputed __✓_    Disputed _____   Undisputed but Objected To _____

1071.    Dr. Kessler gleaned that primarily from the written documentation that was submitted in terms of reports and

47

testimony, and, to a lesser extent, his conclusion when considering the interview with Dr. Wolfson that there was no compromising of Dr. Wolfson's objectivity on June 22, 1998.

Undisputed ____    Disputed __✓__  Undisputed but Objected To ____

1072.  According to Dr. Kessler, nowhere in the documentation or interviewing or the allegations, an exploitation was found to be present.

Undisputed ____    Disputed __✓__  Undisputed but Objected To ____

1073.  The APA ethical guidelines for psychologists does not require some written notification to a person about disclosure of roles.

Undisputed ____    Disputed __✓__  Undisputed but Objected To ____

1074.  In Dr. Kessler's view, he believed that Dr. Mitchell fully disclosed the procedures to be followed and nature of his role and duties, as well as the fact that there was no doctor-patient privilege that would protect Hammer's confidentiality with regard to the information discussed.

Undisputed ____    Disputed __✓__  Undisputed but Objected To ____

1075.  In Dr. Kessler's view, he believed that prior to responding to Dr. Wolfson's request, Dr. Mitchell sought legal opinion as to whether his understanding of the Bureau of Prisons' confidentiality privilege enjoyed in the private sector did not apply within the Bureau of Prisons.

Undisputed ____    Disputed __✓__  Undisputed but Objected To ____

48

1076.  Conducting the competency evaluation in August 1998, Dr. Mitchell discussed the matter with Hammer, fully informing him of the nature of the evaluation and the additional role that this would mean for them.

Undisputed _____    Disputed __✓__  Undisputed but Objected To _____

1077.  While Dr. Kessler observed that the facts indicated that Dr. Mitchell did act in more than one role in Hammer's case, Dr. Kessler saw no evidence whatsoever to indicate that his acting in these capacities in any way compromised his objectivity in completing the evaluations or served to exploit the client.

Undisputed _____    Disputed __✓__  Undisputed but Objected To _____

1078.  Dr. Mitchell's actions on June 22, 1998, according to Dr. Kessler, may have had some negative effect on his efficacy as a therapist for Hammer for therapeutic services occurring after that time.

Undisputed _____    Disputed __✓__  Undisputed but Objected To _____

1079.  Reports that Dr. Mitchell tendered as well as the transcripts, and then to a lesser extent in Dr. Kessler's phone conversation with Dr. Mitchell, demonstrated to Dr. Kessler that Dr. Mitchell's objectivity was not compromised.

Undisputed _____    Disputed __✓__  Undisputed but Objected To _____

1080.  Focusing on the fact that Hammer had expressed some trepidation after some time on about sharing facts and confidences with the psychologist, it would be reasonable to

49

conclude that could have had some effect on a future therapy relationship with the doctor.

Undisputed ____   Disputed ✓   Undisputed but Objected To ____

1081.  In Dr. Kessler's view, Dr. Mitchell appropriately sought advice from other individuals and was aware of the possibility that this could be problematic and that is why he wanted to check out the institutional rules or laws under which he must comply, and whether his compliance with the requests by Dr. Wolfson was in accordance with the institutional policies and laws.

Undisputed ____   Disputed ✓   Undisputed but Objected To ____

1082.  There is no evidence, in Dr. Kessler's view, that Dr. Karten, according to Dr. Kessler, engaged in multiple roles or acted unethically while working with Hammer.

Undisputed ____   Disputed ✓   Undisputed but Objected To ____

1083.  Dr. Karten's contact with Hammer after the murder was only brief and for the purpose of an emergency suicide assessment.

Undisputed ____   Disputed ✓   Undisputed but Objected To ____

1084.  There is no evidence that Dr. Karten's suicide assessment was biased by this factor and since Dr. Karten was on call that night it was prudent for him to conduct the emergent assessment and then, as he did, refer the Hammer back to his usual treating therapist, Dr. Mitchell, for follow-up.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1085.    Temporal factors were appropriately considered when evaluating a mental health provider who may have engaged in multiple roles, according to Dr. Kessler.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1086.    As to time sensitive matters, Dr. Kessler noted that it is incumbent upon the psychologist to do the evaluation, at least in a preliminary manner, and then if further work is necessary, seek other individuals when there is less of an emergent need, which is why foreseeably, Dr. Karten may have referred Hammer to the treating therapist for follow-up.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1087.    In Dr. Kessler's view, these evaluations were for competency at a present state, not, for example, to evaluation mental state at some point in the past, for example, criminal responsibility, which is far more complex.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1088.    In Dr. Kessler's view, as a trained and licensed psychologist working in a forensic setting, Dr. Mitchell was competent to complete such a competence evaluation without additional training ancillary to that which would qualify him to work in a prison setting.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

51

1089.   In Dr. Kessler's view, the evaluation conducted by Dr. Mitchell conducted essentially required him to determine if Hammer was at that time suffering from a mental disorder that would impair his ability to make a knowing, voluntary, and intelligent decision which fell within the training of most psychologists, especially those who are trained in evaluating individuals for psychopathology, "as opposed, for example, to someone who is trained strictly as a psychodynamic therapist."

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1090.   Dr. Kessler stated a forensic setting is where the world of psychology would interface with the world of law in some way, whether it is working in a prison or for a court system or for a police department or something along those lines.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1091.   Mental competency evaluation is distinguished, according to Dr. Kessler, from other evaluations such as criminal responsibility as those types of evaluations are obviously complex but, in Dr. Kessler's opinion, is that to do a competency at present state evaluation does not require as much training and knowledge and ability to go through and look at data from the past and integrate that into a decision since it is really focusing on what is going on with the person who is in front of you at that particular time and are they are able to comprehend what is happening, are they psychotic at the time, do they have

52

any type of diagnosis that would impair their ability to make a knowing, voluntary and intelligent decision and so it is a very straightforward evaluation at that point.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1092.  Dr. Kessler observed that lack of confidentiality of mental health records within an institution is commonly seen within prison settings where security is an issue and it seems in nonprison settings such as the military.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1093.  In Dr. Kessler's view, it was not unethical for the mental health professionals who evaluated Hammer to comment as to whether, in the course of their evaluations and work within him, they saw signs and symptoms of a dissociative identity disorder, and, in doing so, to state whether they agreed or disagreed with another professional's opinion with regard to this particular diagnosis, especially since none of the mental health professionals held themselves out as an expert in DID, by virtue of their education and training and each had an understanding of the diagnostic entity.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1094.  In Dr. Kessler's view, Drs. Mitchell, Karten, and Wolfson had sufficient time enough to allow them to comment as to whether they saw signs and symptoms of the disorder in the course of their work with Hammer.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

1095.    In Dr. Kessler's view, the fact that Hammer acted out violently on April 13, 1996, does not suggest an incompetent assessment by Dr. Karten about whether Hammer had posed a danger to others.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

1096.    Dr. Karten's records, as reviewed by Dr. Kessler, indicated that he was making the best assessment he could based on the data that was available to him at the time.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

1097.    There is no indication, for example, that Dr. Karten ignored the data according to Dr. Kessler.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

1098.    There was no indication to Dr. Kessler that Dr. Karten made recommendations that were either unethical in the sense that they were trying to be unfair or arbitrary or capricious.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

1099.    In Dr. Kessler's view, again there was no indication that there was anything untoward that came from Dr. Karten's evaluation of Hammer and his opinion as a result of that previous relationship.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

1100.    Dual roles create problems, according to Dr. Kessler, since it is often hard to serve as an individual therapist for a brother and sister or a husband and wife.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1101.    With respect to Dr. Mitchell's notes on Hammer, Dr. Kessler noted that on April 16, 1996, a big event happened and somebody was doing a job clinically where they needed to document the person's mental state, how they were doing, were they ill, were they in need of some kind of treatment.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1102.    When the patient is aware of the "dual hat" situation, it is then stating the obvious to the patient at that point, according to Dr. Kessler.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1103.    Hammer exercised his right not to see a psychologist and everybody seemed to respect that right based on what Dr. Kessler saw.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1104.    Allenwood mental health practitioners did not continue to try to collect information or treat Hammer or make any records on him after he expressed his desire not to be seen by them.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

55

1105.  If in their understanding of Dr. Mitchell and his views and what his role was in this whole thing, if there was an obvious problem with Dr. Mitchell, Dr. Kessler would have expected Hammer's attorneys on June 22, 1998, to object to his involvement and do whatever they could to prevent that.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1106.  To Dr. Kessler it is significant that Hammer's attorneys were comfortable with Dr. Mitchell's involvement.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1107.  On June 22, 1998, Dr. Kessler did not see any evidence in the transcript which suggested that there were exploitation or impaired judgment on the part of Hammer's mental health evaluators.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1108.  In April of 1996, Guy Fleck was a special investigative support technician at the United States Penitentiary at Allenwood.

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

1109.  Fleck's duties were investigative support, administrative functions, crime scene processing, and intelligence maintenance, as well as liaison with state and federal agencies.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1110.  Guy Fleck and Francisco Santos were depicted in Cell 103 of the Special Housing Unit on April 13, 1996, who arrived at the cell shortly before Agent Thompson were there doing crime scene photography.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1111.  According to Correctional Officer Fleck, neither he nor Lt. Santos smoked on April 13, 1996, in SHU cell 103.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

1112.  According to  Fleck, neither he nor Lt. Santos flushed the toilet or did anything with the toilet in Special Housing Unit cell 103.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

1113.  Fleck sometimes was assigned specifically to investigate alleged sexual assaults.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

1114.  Fleck had worked approximately one year prior to the murder of Andrew Marti by Hammer in SIS.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

1115.  The Unit Officer, a position previously worked by Fleck, has to know that some inmates are engaging in elicit activities of one form or another and being watching out for their own safety as well as that of other staff and other inmates.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1116.   Fleck had no experience in believing that gloves of the type that were noticed in Hammer's cell were used for sexual purposes but knew they were used for sanitation purposes or concealing contraband.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

1117.   Inmates protect their hands from scouring powder and stuff while cleaning their cell or cleaning toilets or cleaning showers, grout in the floor tiles, things like that, according to Fleck.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1118.   Hammer was very clean and always gave Hammer a recollection of being neat, very clean.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1119.   The top bunk in Hammer's cell was all messed up or unkempt, appeared as though to Fleck, that somebody was sleeping in the bunk for some time prior to the time the photograph of SHU cell 103 was taken on April 13, 1996.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1120.   Fleck monitored the mail of inmate Peter Georgacarakos in 1996.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

1121.   Mail monitoring was a program for conducting mail surveillance, incoming and outgoing correspondence of inmates.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

58

1122.   In mail reviewed by Fleck, Georgacarakos made a list by himself of the exact runes writings and observed above the door inside cell 103 of SHU.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1123.   At the end of the Summer of 1995, Hammer was subject to mail monitoring according to Fleck.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1124.   Fleck did not observe any type of runic writing by Hammer.

Undisputed ____    Disputed ____    Undisputed but Objected To __✓__

1125.   Following the April 13, 1996 matter, Fleck kept tabs on Hammer's mail and did not observe runic writings from Hammer.

Undisputed ____    Disputed ____    Undisputed but Objected To __✓__

1126.   The FBI was actively investigating and prosecuting and items were placed in the appropriate investigative file.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1127.   Defendant Exhibit 197, based on the experience of Fleck would be something that would be generated by an office other than the investigative section of the United States Penitentiary because the format is different, there is different type set than one always used by the investigative section at the Allenwood Penitentiary.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1128.   The Investigative Section solely was responsible for investigations of homicides at the United States Penitentiary at Allenwood.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1129.   The defense presented his memo to Fleck during the course of the initial trial in this case.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1130.   Once the videotape was concluded, Fleck reentered the cell and started conducting a thorough search and inventory which did not reveal any recent homosexual activity between the Hammer and Marti.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1131.   Gloves from cell 103 of SHU were brought down to a secure storage location in the SIS office at Allenwood where they remained until such time as was available to Fleck to do a thorough re-search of each individual item.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1132.   The gloves are usually nuisance contraband and would have been disposed of accordingly.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1133.   According to Fleck there was no information to his knowledge or evidence in SHU cell 103, which suggested that there was recent homosexual activity between Marti and Hammer.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1134.   According to Fleck, Rodney Archambault was being investigated for tax fraud but was not the subject of investigations of sexual offenses within the prison.

Undisputed _____      Disputed _____      Undisputed but Objected To __✓__

1135.   Dr. Funke does not publish nor write textbooks.

Undisputed __✓__    Disputed _____      Undisputed but Objected To _____

1136.   Dr. Funke strictly does autopsies but has time to read and keep up with current literature in forensic pathology such as the NAME and AFS meetings.

Undisputed _____      Disputed __✓__      Undisputed but Objected To _____

1137.   Dr. Funke stated it is possible she has testified as a defense witness but generally testifies in accordance with her autopsy report.

Undisputed _____      Disputed __✓__      Undisputed but Objected To _____

1138.   Dr. Funke stated she testifies in response to a subpoena regarding her autopsy report and findings.

Undisputed _____      Disputed __✓__      Undisputed but Objected To _____

1139.   Dr. Funke's pathologic diagnosis start out with abrasions on the neck consistent with ligature, hemorrhages in and around neck muscles, petechial hemorrhages on eyelids, on conjunctivae, on the pleural surfaces of the lungs, and on epicardial surface of the heart, petechial hemorrhages beneath the vocal cords, submucosal hemorrhage on the inside of lower lip, tongue hemorrhage consistent with biting, and evidence of

binding with subdivision one, abrasions and contusions on wrists associated with subcutaneous hemorrhage, and abrasions on ankles.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1140.   Dr. Funke testified that Marti's death was attributed to asphyxia resulting from neck compression due to ligature strangulation with small injuries inside the lower lip indicating the possibility of a manual component at some time during the assault.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1141.   Dr. Funke testified marks on the wrists and ankles were evidence of having been bound or tied up, and the hemorrhage under those marks indicated that Marti struggled against the restraints.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1142.   Dr. Funke testified marks on both of his wrists consisted of abrasions, which were areas of scraping of the skin, and also bruises or contusions that were around his wrists, around the right and left wrist.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

1143.   Dr. Funke testified all of abrasions were associated with deep underlying hemorrhage underneath the skin, which she was able to demonstrate by making small incisions over the individual injuries.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

62

1144.   Dr. Funke indicated a tight, constricting band had been around Marti's wrists and he had exerted enough pressure against the constricting bands to actually break the blood vessels under his skin to create bleeding and to scrape the surface of the skin.

Undisputed __✓__   Disputed ____   Undisputed but Objected To ____

1145.   Dr. Funke stated on the surface of Marti's left ankle was an area that was lightly abraided, and on the back part of his right ankle was another area that was abraided or scraped.

Undisputed __✓__   Disputed ____   Undisputed but Objected To ____

1146.   Dr. Funke made incisions into each of the two areas and saw that on the left side there was only a very small amount of bleeding associated with this abrasion and underneath the abrasion on the right ankle there was basically no bleeding whatsoever.

Undisputed ____   Disputed ____   Undisputed but Objected To __✓__

1147.   The autopsy report read that there was a 0.7 centimeter region of submucosal hemorrhage inside the lower lip.

Undisputed __✓__   Disputed ____   Undisputed but Objected To ____

1148.   The autopsy report read there was a 1.0 centimeter hemorrhage associated with a small bite mark on the epithelium of the tongue.

Undisputed __✓__   Disputed ____   Undisputed but Objected To ____

63

1149.    The presence of the numerous petechia in various areas suggests that it was a slow strangulation of Marti, according to Dr. Funke's findings.

Undisputed ____    Disputed __√__    Undisputed but Objected To ____

1150.    There was a bruise on the inside of Marti's lower lip.

Undisputed __√__    Disputed ____    Undisputed but Objected To ____

1151.    The front of Marti's neck had an abrasion that was five inches long, it was slanted somewhat, such that the right end of it was lower than the left end and was about 3/16 to 4/16 inches wide.

Undisputed __√__    Disputed ____    Undisputed but Objected To ____

1152.    A sideways view of the human head showed on Marti an interrupted or an incomplete area of abrasion that slanted downward and was three and a half inches long.

Undisputed __√__    Disputed ____    Undisputed but Objected To ____

1153.    Government Exhibit 13 was an example of the kind of ligature made of a material that if pressed against the neck or rubbed against the neck could abraid the skin and was a thickness that could have produced a ligature mark of the thickness that Dr. Funke saw on Marti's neck.

Undisputed __√__    Disputed ____    Undisputed but Objected To ____

64

1154.  Marti's clothing consisted of a T-shirt, which had been cut off and was present only on the arms, was pastel orange in color, and size XXL.

Undisputed ____    Disputed √    Undisputed but Objected To ____

1155.  Marti was wearing two pairs of boxer shorts, both pastel orange.

Undisputed √    Disputed ____    Undisputed but Objected To ____

1156.  The autopsy report read "[Marti] was wearing a necklace and marks were noted on his neck."

Undisputed ____    Disputed √    Undisputed but Objected To ____

1157.  The necklace which Marti wore was described on page 7 of the autopsy report.

Undisputed ____    Disputed ____    Undisputed but Objected To √

1158.  Dr. Funke stated standard procedure is to do a rape kit in this sort of death where there were two individuals in a cell, both of them male and one dead.

Undisputed ____    Disputed √    Undisputed but Objected To ____

1159.  Dr. Funke did a visual examination of Marti's buttocks.

Undisputed √    Disputed ____    Undisputed but Objected To ____

1160.  Dr. Funke saw no evidence of sexual intercourse in the sense that she saw no drainage, no blood or bloody secretions, nothing unusual at all in or around his buttocks, or

his anus, which she looked at because she had to swab that area as part of the rape kit.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1161.  Dr. Funke saw nothing unusual in the area of Marti's anus including any lotions or any other substance.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1162.  Dr. Funke stated she prepared swabs and smears from Marti's gums, throat, and penis.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1163.  Dr. Funke stated "swabs" were sterile "Q-tips" and she used the end of a sterile Q-tip and put it under Marti's lips, both lips to get the gums.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1164.  Dr. Funke stated the sterile swab was then touched to a sterile slide, which was then sprayed with a fixative so if anything would have been transferred to the slide, it would have been preserved as was the swab being preserved.

Undisputed _____    Disputed _____    Undisputed but Objected To _✓_

1165.  Dr. Funke stated two swabs at a time were taken.

Undisputed _____    Disputed _____    Undisputed but Objected To _✓_

1166.  Dr. Funke stated a set of swabs was put into the back of Marti's throat, way in the back of his tongue, back where the uvula hands down and she swabbed that area.

Undisputed _____    Disputed _____    Undisputed but Objected To _✓_

1167.  Dr. Funke swabbed the entire penis in the same manner as she had performed other swabs and touched those swabs to the slide.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1168.  Forensic Pathologist Associates do not examine slides at all but collect the evidence for others to conduct DNA or other analysis.

Undisputed ____    Disputed ____    Undisputed but Objected To __✓__

1169.  In this day and age, the slides and swabs are sent to a crime lab and/or a DNA lab for analysis and interpretation thereof comes from those particular labs, not a forensic pathologist.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1170.  Hammer provided in his statement to the FBI physical details which corroborated Dr. Funke's findings of abrasions and contusions on Marti's wrists and ankles in a location that would be consistent with having been tied up and Hammer said he tied him up.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1171.  There was no sock in Marti's mouth at the time of the autopsy.

Undisputed ____    Disputed ____    Undisputed but Objected To __✓__

1172.  Hammer's description was that he initially put basically his left arm under Marti's Adam's apple to apply a choke hold.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1173.  Dr. Funke was not clear whether Hammer was grabbing Marti's arm by grabbing his wrist or grabbing his forearm as it is around Marti's neck and the difference was that if the crook of Hammer's arm was around Marti's neck, then that was what was known as a carotid sleeper hold, which can produce unconsciousness of correctly applied quickly, in ten seconds or so.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1174.  Dr. Funke stated a choke hold would have been Hammer's forearm resting against Marti's throat area producing a lot of damage.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1175.  What the FBI says happened through the statements of Hammer is not clear to Dr. Funke exactly whether Hammer applied a choke hold or a sleeper hold.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1176.  Technically in a properly applied carotid sleeper hold there is minimal damage.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

68

1177.  In this particular instance, there was internal areas on the muscles of the neck that were bruised and bleeding and could have been produced by an improperly applied carotid sleeper hold that got changed into a choke hold and the areas of bleeding on the inside of the neck cold have been produced by other means as well, either by hands or ligature.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1178.  Dr. Funke has a definition in her mind of what straddling is but is unclear what Hammer meant in his statement to the FBI.

Undisputed _✓_    Disputed ____    Undisputed but Objected To ____

1179.  In fact, straddling is as Dr. Funke described it, with one knee of Hammer by Marti's right waist and the other knee by the left waist and Hammer's body over Marti in that fashion, there would have been some possible movement on the part of the ankles and feet but would be less likely to sustain contusions because there would be limitation of how Marti's feet could move by virtue of the weight of another human being sitting on his buttock area.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1180.  The strangulation event occurred from 2:17 a.m. to 2:40 a.m. and Dr. Funke's autopsy findings were consistent with that.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

69

1181. Dr. Funke's autopsy findings were consistent with the stated version of events that three things were going on; the application of a choke hold versus a sleeper hold and then release of that; reapplication of that choke hold or sleeper hold and release of that; and the application of a ligature around the neck.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1182. Dr. Funke's opinion was "[t]he marks on decedent Andrew Marti's neck [we]re ligature marks [and] they do not have the characteristic inverted V appearance that would be seen in a hanging."

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

1183. According to Dr. Funke's autopsy report, "Wrapping a ligature around someone's neck and pulling or twisting hard enough to produce death will not cause bruises on the inside of the victim's mouth.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1184. Dr. Funke stated bruising on the inside of Marti's mouth and his tongue which was bitten indicate that something in addition to a ligature was used.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1185. A hand or forearm pressed tightly against the mouth or a blunt focal impact to the jaw are ways that such mouth injuries may be sustained according to Dr. Funke.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1186.  Dr. Funke said that if someone were to ligature strangle Marti while simultaneously sitting on his back, then there might not be any bleeding underneath the ligatures around his ankles.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1187.  Dr. Funke's autopsy report stated " Marti had no anal trauma, bleeding, drainage.  He was wearing appropriately positioned underwear, consisting of not one but two pairs of boxer shorts, neither of which showed tearing or twisting. . . . Evidence of oral, anal, or manual sexual activity on [Marti's] part and the time of his death, in [Dr. Funke's] opinion, is absent."

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1188.  Dr. Funke has done several autopsies on men who have had cardiac arrests during sex and one autopsy on a woman who died when a cerebral aneurism in her brain broke apart and bled while she was masturbating with a vibrator.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1189.  In terms of claimed oral penetration, Marti was face down on the bed, on this bunk bed, and tied into a face down position.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1190.  Marti's mouth would have been inaccessible in terms of him performing oral sex on anybody because of the position in which he was found in Dr. Funke's view.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1191.  It puzzled Dr. Funke how Dr. Spitz came to the conclusion that there was consensual sexual intercourse with anal and oral penetration near the time of Marti's death.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1192.  There was nothing in the stipulation about testing by Bode Laboratory insofar as Dr. Funke was able to interpret it and understand it which cut against her findings in the matter that there was no sexual activity contemporaneous with death.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1193.  Dr. Funke did not see evidence of anal penetration in terms of the analysis by Bode Laboratory or in terms of their genetic analysis.

Undisputed _____    Disputed _____    Undisputed but Objected To _✓_

1194.  Swabs and smears of Marti do not indicate the presence of Hammer's DNA and Dr. Funke does not understand where there is consensual oral or anal penetration sexual activity on the basis of the Bode analysis.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1195.   Dr. Funke found Dr. Spitz' explanation a little vague and/or confusing and not sure what he was actually testifying to about the strangling taking place from behind and to the left.

Undisputed ____   Disputed __✓__   Undisputed but Objected To ____

1196.   Dr. Funke did not see evidence of erotic sexual activity at the time of Marti's death.

Undisputed ____   Disputed __✓__   Undisputed but Objected To ____

1197.   Dr. Funke stated it was fair to say that she was making the statement that she did not see evidence of erotic sexual activity at the time of Marti's death even though she was aware of current literature on erotic asphyxiation.

Undisputed ____   Disputed __✓__   Undisputed but Objected To ____

1198.   It is not a well-known phenomenon that accidental ligature strangulation by a partner occurs according to Dr. Funke, but it is a phenomenon.

Undisputed ____   Disputed __✓__   Undisputed but Objected To ____

1199.   According to Dr. Funke, autoerotic asphyxia is much more common than erotic asphyxiation.

Undisputed ____   Disputed __✓__   Undisputed but Objected To ____

1200.   Marti's death was not inconsistent with just plain old ligature strangulation according to Dr. Funke.

Undisputed ____   Disputed __✓__   Undisputed but Objected To ____

1201.   While a latex glove can be used as a condom, Dr. Funke would not consider it a fetish item.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

1202.  Biting of the tongue does not qualify as infliction of pain as on the genitals or nipples which may be seen in autoerotic or erotic asphyxiation.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1203.  Marti's death was not a case of autoerotic asphyxia but Dr. Spitz generally described autoerotic deaths in his book.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1204.  Every picture Dr. Spitz had in his chapter on sexual asphyxiation involved autoerotic deaths.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

1205.  There were no sexual partners mentioned in Dr. Spitz' book.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1206.  Bondage, pornography, and the person being clothed oddly are consistent with autoerotic asphyxia.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

1207.  There can be bondage sex without asphyxiation or mutual asphyxiation without bondage.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

1208.  In a Monroe County autopsy by Dr. Funke, the victim did not asphyxiate by erotic asphyxiation but choked to death on peanut butter or a case of gastric aspiration during restraint.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

74

1209.  The Monroe County victim seen by Dr. Funke choked to death on food, but this is not erotic asphyxiation with pressure on the neck.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1210.  In the autopsy conducted by Dr. Funke in the Monroe County case, duct tape was not tight around the victim's neck, but was part of the binding and the victim did not ligature strangle nor die of cerebral hypoxia by pressure on his neck, but choked to death on peanut butter.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1211.  According to Dr. Funke, there is no evidence that at the moment Marti died he was engaged in sex of any kind because the only thing he was doing when he was dying was dying.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1212.  Marti may have had sexual encounters with Hammer and may have practiced bondage and autoerotic or mutual asphyxia but at the moment of his death, Marti was tied face down into a bunk, and there was no evidence that he engaged in sexual activity.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1213.  Dr. Funke asked three colleagues how common is a situation where two people are involved in bondage sex and cerebral hypoxia by asphyxiation occurred and Drs. Mihalakis, Land, and Bollinger, with the sum total of probably near 15,000 autopsies between them, did not have a case like that which

75

caused Dr. Funke to state that she cannot tell what the findings would or would not be of sexual asphyxiation because there is no case to look at.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1214.  Dr. Funke had done at least five autopsies which involved autoerotic asphyxiations.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1215.  The death of an individual when there is a partner involved and the claim is that it is asphyxia and restraint is not at all common.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1216.  Dr. Funke did not give a time of death but merely said that the time of death was in agreement with the time line that was offered by Hammer.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1217.  Hammer's time line is in accordance with the ability of the medical personnel to incubate him easily and to start an IV in him, all without any involvement in rigor mortis, that is completely consistent with Hammer's time line.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1218.  The fact that Marti's own sperm fractions are found on his gum line can mean many things according to Dr. Funke, but it does not immediately mean that he was having anal or oral intercourse with another individual.

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

1219.   If it had been transferred through a kiss, Dr. Funke would be surprised to see that it is not also in Marti's throat swabs.

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

1220.   There is no way of knowing how Marti's own sperm fraction got on his gum line.

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

1221.   Dr. Funke indicated that one would have to ask the people testing at the laboratory what they mean – what they have as a reference range for recent, but I mean, they found it, so they would have the knowledge of how long it is going to stay around and not her.

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

1222.   Dr. Funke indicated that she did not have the expertise to testify how long sperm fractions could remain in Marti's mouth.

Undisputed _✓_   Disputed _____   Undisputed but Objected To _____

1223.   The term "homicide" for a forensic pathologist does not have the same meaning, according to Dr. Funke, as "homicide" under the law, because a forensic pathologist does not discuss or involve the issue of intent and there are no subclassifications of it.

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

1224.   A forensic pathologist does not point to a motive for a crime, according to Dr. Funke.

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

1225.   Dr. Funke is a medical doctor with training in forensic pathology and it is her job to describe a person and their injuries and to determine a cause of death but what the motive may or may not be is beyond her expertise.

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

1226.   In his book, Dr. Spitz assessment was that injury of the skin as a result of choke hold is usually absent except if a police baton or large metal flashlight was used.

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

1227.   Mr. McHugh showed Dr. Funke a journal article from France and, according to Dr. Funke, every country has their own rate of events like autoerotic asphyxiation and some countries have higher rates than others.

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

1228.   Dr. Funke said that Bode Laboratories will have to answer whether they can carbon date or determine when sperm had been placed in a certain area.

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

1229.   "Sperm fraction" is not a term used in forensic pathology by forensic pathologists but is used in laboratories that do DNA testing.

Undisputed _____  Disputed _✓_  Undisputed but Objected To _____

1230.  According to Dr. Funke, a fraction derived from the sperm cell as opposed to some other cell, that may or may not be how the Bode people used that term so Dr. Funke referred the question back to Bode Laboratories to explain what they meant when they said sperm fraction versus non-sperm fraction.

Undisputed _____  Disputed _✓_  Undisputed but Objected To _____

1231.  To the best of Dr. Funke's recollection, very little background information, basically what she incorporated into her report, was obtained early on, from Marti or Hammer, however, as the case came closer to trial, she received more information regarding Hammer's statement to the FBI.

Undisputed _____  Disputed _✓_  Undisputed but Objected To _____

1232.  According to Dr. Funke, when presented with a hypothetical which suggested that Hammer and Marti may have in prior instances of sexual asphyxiation with one another, the only findings on the neck were the ligature abrasions that she had

already described and Dr. Funke did not see any other scars or anything else on Marti's neck which suggested previous bondage or ligature situations.

Undisputed ____   Disputed ✓   Undisputed but Objected To ____

Respectfully submitted,

THOMAS A. MARINO
United States Attorney

By   s/Frederick E. Martin
FREDERICK E. MARTIN
Assistant United States Attorney
PA   57455
Herman T. Schneebeli Federal Bldg.
240 West Fourth Street, Suite 316
Williamsport, PA 17701-6465
Tele:  (570) 326-1935
FAX:   (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated: October 5 , 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 4:CR-96-263 |
| | : Civil No. 4:CV-02-510 |
| v. | : |
| | : (Muir, J.) |
| DAVID PAUL HAMMER | : **ELECTRONICALLY FILED** |

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing

**UNITED STATES' SUPPLEMENTAL FINDINGS OF FACT**
**(Nos. 816 through 1232)**
**AS ANNOTATED BY COUNSEL FOR HAMMER**

to be electronically mailed on October __5__, 2005 to:

ADDRESSEE:

        Anne L. Saunders, Esquire
        Anne_Saunders@fd.org

        Michael Wiseman, Esquire
        Michael_Wiseman@fd.org

                            _____s/Frederick E. Martin_____
                            FREDERICK E. MARTIN
                            Assistant United States Attorney