IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     : Crim. No. 4:CR-96-263
                        : Civil No. 4:CV-02-510

        v.                :

                        : (Muir, J.)

DAVID PAUL HAMMER         : **ELECTRONICALLY FILED**

**UNITED STATES' SUPPLEMENTAL FINDINGS OF FACT**
**(Nos. 1233 through 1471) AS ANNOTATED BY COUNSEL FOR HAMMER**

1233.  In his statement to the FBI, Hammer indicated that he had written a letter to Martin Guerrero on behalf of Andrew Hunt Marti which he had sent to an address in Michigan for forwarding to that inmate.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1234.  The FBI interviewed Martin Guerrero who indicated that he had never received any mail from anyone in Michigan and never received any correspondence from Hammer although he knew of Hammer from being inmates together at the Leavenworth Penitentiary.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1235.  Attorney Travis indicated that he attempted to locate Martin Guerrero through the Bureau of Prisons' SENTRY system but was unable to do so and did not follow-up with any specific written request to the prosecution regarding the correct spelling of Guerrero's name or where Guerrero might be found.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1236.   There is no way of determining whether a letter was sent by Hammer, as he stated to the FBI, which may or may not have reached Michigan or was forwarded but never reached Guerrero where he was incarcerated.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1237.   Albert Ray Johnson was interviewed by the FBI and could have provided damaging information to the defense since Johnson indicated that while at Lompoc with Hammer, Hammer indicated that he was willing to kill a federal prisoner to stay in the federal prison system and would offer as a defense that he was insane just to avoid being sent back to Oklahoma.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1238.   Johnson also knew that Hammer had tied up a cell partner in Lompoc Penitentiary.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1239.   Johnson, in an interview with the FBI, referred to a former cellmate of Hammer's by the name of "Tony" who was a homosexual and according to Hammer engaged in sadomachisism and homosexual acts with Hammer at Allenwood.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

1240.   Attorney Travis identified the cellmate to whom Johnson alluded as Tony Jones with whom he exchanged correspondence and was able to locate.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1241.   Attorney Travis did not provide any information as to what correspondence or discussions he had with the potential witness, Tony Jones.

Undisputed ____   Disputed _✓_   Undisputed but Objected To ____

1242.   In addition to providing adverse information against Hammer on the issue of premeditation, Johnson also, if he had been called to testify for the defense, would have indicated that from his perspective, Hammer did not suffer from any mental disorder including DID.

Undisputed ____   Disputed _✓_   Undisputed but Objected To ____

1243.   Johnson provided information to the FBI that Hammer, while in Oklahoma, engaged in homosexual behavior and would tie cellmates with rope or electrical cord and would whip each other with those items.

Undisputed _✓_   Disputed ____   Undisputed but Objected To ____

1244.   Oklahoma inmate Mike Smith who testified at trial provided the same information as would have Johnson regarding Hammer's interests in homosexual behavior and tying people up but he did not provide information that Hammer and his cellmates liked to whip each other.

Undisputed ____   Disputed _✓_   Undisputed but Objected To ____

1245.   Attorney Travis conceded that no whip marks were found on Marti's body.

Undisputed ____   Disputed ____   Undisputed but Objected To _✓_

1246.   Johnson indicated that Hammer and his cellmate Tony would tie each other up in their cell at the Allenwood Penitentiary and bite each other.

Undisputed __✓__   Disputed _____   Undisputed but Objected To _____

1247.   Attorney Travis acknowledged no bite marks were discovered on Marti's body.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

1248.   While Johnson indicated that he used to make braided sheets at the Allenwood Penitentiary and provide them to Hammer there, both from the testimony at trial from Michael Smith as well as Hammer's statement to the FBI regarding the Lompoc hostage incident, Hammer was known to engage in practices of tying inmates up long before Johnson and he exchanged any braided sheets at the Allenwood Penitentiary.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

1249.   Defense counsel were aware that Gaylon Don Ball was a potential witness from two independent sources.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

1250.   Ball's name was contained on a list of inmates who were in Allenwood's SHU on the evening of April 13, 1996.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

1251.   Ball's name was mentioned by Hammer in his discussions with Attorney Ruhnke when it appeared that Ball claimed that a cooperating government inmate witness by the name

4

of Leonard Yager may have "worn a wire" or recorded Hammer's conversations with him inside the Allenwood Penitentiary.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1252.  Ball had no facts to back up his belief that Marti and Hammer were engaged in homosexual acts.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1253.  The prosecution did not dispute that Marti and Hammer may have engaged in some homosexual activity during the four days in which they lived together in Cell 103 of the SHU since at least two witnesses, Classen and Yager, indicated that Hammer had expressed an interest in doing so.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1254.  Former cellmate of Hammer's, Royce Fowler, indicated, when interviewed by the FBI, that Hammer in his view never experienced any mental health issues particularly those which might relate to Dissociative Identity Disorder and consequently would have disputed Hammer's mental health defense at trial.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1255.  Fowler indicated that Hammer told him that Hammer wanted to be tied up during sex even though Hammer advanced at the § 2255 hearing the fact that Marti liked to be tied up during sex.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1256.   Attorneys Ruhnke and Travis identified and attempted to or in fact contacted Hammer's previous cellmates as witnesses including O'Berg and McLaughlin, both of whom testified for the defense regarding Hammer's DID symptomology.

Undisputed _____    Disputed _✓_    Undisputed but Objected to _____

1257.   According to Attorney Travis, the defense had considered calling a Bureau of Prisons mental health provider, Dr. Armstead, as a trial witness because he felt that Hammer had dissociated in the past but deciding against doing so since that person thought that Hammer nonetheless knew the difference between right and wrong and was familiar with Hammer's hostage-taking behavior at Lompoc.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1258.   Fowler indicated that according to Hammer, Hammer's father abused Hammer sexually which information conflicts with every other source of information which Hammer or others gave regarding his relationship with his father.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1259.   Special Agent Malocu's finished 302 or interview with Ball indicated that Ball heard a female voice outside Hammer's cell which was the first knowledge Ball had regarding the death of Marti.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1260. A female correctional officer was the first person to talk to Hammer about the death of Marti in the Special Housing Unit and did so outside Hammer's cell.

Undisputed _____   Disputed __✔__   Undisputed but Objected To _____

1261. Dr. Matthews relied upon the summary of Dr. Mitchell's records which had been prepared by Dr. Piasick, a forensic psychiatrist from Nevada.

Undisputed _____   Disputed __✔__   Undisputed but Objected To _____

1262. Dr. Matthews was unsure which document he had seen initially and then, once the draft had been prepared, reviewed either a second or separate time.

Undisputed _____   Disputed __✔__   Undisputed but Objected To _____

1263. Dr. Matthews did not think that Hammer malingered since Hammer did not present himself as having suffered from DID.

Undisputed _____   Disputed __✔__   Undisputed but Objected To _____

1264. Dr. Matthews indicated that little significance, in his view, was appropriate to give any earlier prescription of psychotropic drugs over the years for Hammer.

Undisputed _____   Disputed __✔__   Undisputed but Objected To _____

1265. During Dr. Matthews' clinical interview with Hammer, Dr. Matthews does not recall Hammer referring to or complaining about the conditions of his confinement at the time he entered his guilty plea.

Undisputed _____   Disputed __✔__   Undisputed but Objected To _____

7

1266.   Dr. Matthews was reluctant to give any opinion regarding the effect of Hammer's conditions of confinement on him since precise details about what they were including how many times Hammer would have contact with other people were unknown to him.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

1267.   Dr. Matthews, although aware of the reports from Drs. Gur and Gelbort, did not believe that Hammer suffered any organic brain damage to his frontal lobe which had any impact on his competency to enter a guilty plea on June 22, 1998, or waive other rights at other times.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

1268.   Dr. Matthews, who teaches in medical schools, noted that the text by Kaplan and Sadoff is not usually used for such general medical studies and was not one upon which he, as a forensic psychiatrist, would rely as an authoritative source.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

1269.   Dr. Matthews' summaries in his report for Hammer's encounters with Dr. Mitchell in early 1997 were not exhaustive but under any circumstances were not particularly relevant to whether he believed on June 22, 1998, Hammer suffered any mental condition which had a deleterious impact upon his competency.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

1270.  Dr. Matthews reiterated that from the perspective of someone conducting mental competency evaluations the functional impact of any mental condition is most important.

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

1271.  While Dr. Matthews did not have verbatim reference to Dr. Mitchell June 1998, notes in his report, nonetheless he accurately summarized in his report their substance.

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

1272.  Dr. Matthews indicated that he was not surprised by the fact that Hammer's trial or any trial would cause a defendant some pain or mental uncomfortableness.

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

1273.  Dr. Matthews indicated the elevation of Hammer's status to 15-minute checks on account of the potential for him engaging in self-destructive behavior was not determinative regarding whether Hammer was mentally competent on June 22, 1998.

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

1274.  Dr. Matthews observed that if an individual wished to do so, he or she could commit suicide within a fifteen minute time span.

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

1275.  Dr. Matthews indicated that there were times, like Dr. Mitchell, when he engaged in dual roles, particularly with respect to the limited numbers of mental health experts as well

9

as geography of the location in which he primarily practices, Hawaii.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1276.  While Dr. Matthews did not expound upon his viewpoints about DID in his report, neither did he do so with respect to borderline personality disorder, the diagnosis which he reached in Hammer's case.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1277.  Dr. Matthews applied the DSM IV-DR criteria in concluding that Hammer did not suffer from DID.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1278.  Like Dr. Wolfson, Dr. Matthews was aware that the addition of Kaplan and Sadoff which constituted the defense exhibit, was from the Sixth Edition for which a more current or Seventh Edition exists and which contains information warning a practitioner in forensic concerns for diagnosing DID.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1279.  The DSM IV-DR does not specifically include reference to subtle signs of DID.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1280.  Dr. Matthews, unlike Dr. Wolfson and others, did not specifically ask to speak with one Hammer's "alters" since he felt that was not a good forensic practice.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

10

1281.   Dr. Matthews found noteworthy the comments of Attorneys Ruhnke and Travis on June 22, 1998, since they both served in a position as additional "eyes and ears" for determining whether the client was competent on that particular day.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

1282.   Dr. Matthews indicated that there are a small group of individuals who suffer from a disorder which he does not clearly understand and which may have many characteristics of DID.

Undisputed __✓__   Disputed _____   Undisputed but Objected To _____

1283.   Dr. Matthews, using the rule of parsimony, felt that borderline personality disorder better fit the symptomology reflected in Hammer's past behavior than post traumatic stress disorder.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

1284.   Dr. Wolfson has been doing forensic work full-time since he began his employment at the U.S. Medical Center for Federal Prisoners in 1992.

Undisputed __✓__   Disputed _____   Undisputed but Objected To _____

1285.   Dr. Wolfson is a member of the American Academy of Psychiatry and the LAW.

Undisputed _____   Disputed _____   Undisputed but Objected To __✓__

11

1286.  Dr. Wolfson is president-elect of the Midwest Chapter of that organization and a fellow of the American Academy of Forensic Scientists.

Undisputed ____    Disputed ____    Undisputed but Objected To ✓

1287.  Dr. Wolfson became a fellow of the American Academy of Forensic Scientists by attending meetings and contributing to the organization's activities either as an officer or via presenting at the meetings or publishing in the Journal of Forensic Scientists.

Undisputed ____    Disputed ____    Undisputed but Objected To ✓

1288.  Dr. David Mrad was initially appointed to do Hammer's evaluation at Springfield.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

1289.  A request was made by the prosecution that a psychiatrist take Hammer's case in light of who the defense experts already involved were and what their qualifications were.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

1290.  Dr. Wolfson had been to Williamsport once before in a case *United States v. Richard Rollins*, but never testified in that proceeding.

Undisputed ____    Disputed ____    Undisputed but Objected To ✓

1291.  Dr. Wolfson indicated upon meeting at Springfield that Hammer had interrupted him and finished his sentence on the most important point, regarding application of the Federal Rules

of Criminal Procedure which was that no one could be sure what would happen in the penalty phase.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

1292.   Hammer seemed more sophisticated than the majority of the defendants Dr. Wolfson met on preliminary discussions about forensic examinations at the outset of their first encounter.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

1293.   There have been occasional cases in which Dr. Wolfson found it necessary to split forensic and clinical responsibilities, which in a sense was the topic that had been developing in the forensic community at large over the last several years, so there conceivable could be cases in which we would discover that a forensic and clinical role could become incompatible with one another.

Undisputed __✓__   Disputed _____   Undisputed but Objected To _____

1294.   Dr. Wolfson said the most illustrative one was involuntary medication for competency restoration.

Undisputed __✓__   Disputed _____   Undisputed but Objected To _____

1295.   Dr. Wolfson, in thinking back on it, since he was not there the day Hammer arrived at Springfield, that it was possible that some other physician ordered the thyroid medicine as well.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

13

1296.   Dr. Wolfson provided information regarding a lack of confidentiality speaking to defense counsel as well as the prosecution.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1297.   Dr. Wolfson stated that as a third party expert, which is Springfield's explicit role as defined in Bureau of Prisons' policy and defined in case law, that every attorney spoken to needs to know that Dr. Wolfson is not a partisan expert on their side or the other side.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1298.   Another reason for advising counsel of a lack of confidentiality is that Dr. Wolfson also is very interested, at least when doing competency evaluations, in what a defense attorney has to tell him in terms of his or her observations of the behavior of his client, and most are comfortable with that, but Dr. Wolfson would warn them at the outset that he is not fishing for privileged material, rather using them as the "eyes and ears" because they are in a position to observe the capabilities that their client displayed.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1299.   Every now and again a prosecuting attorney has sent or was ready to send until they were reminded not to, information that was not going to be disclosable and was not going to be discoverable according to Dr. Wolfson.

Undisputed _____    Disputed _____    Undisputed but Objected To _✓_

1300.    The referral and the Court order was for an evaluation of Hammer's criminal responsibility, which was also in the discipline referred to as sanity.

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

1301.    If Dr. Wolfson were to find a problem with a defendant's competence, that is one of the few situations where he would have an obligation to raise the issue, and so he always includes an assessment or cover that territory in his evaluation of someone.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1302.    Dr. Wolfson found a piece of paper that said he had spent just over 20 hours with Hammer at Springfield.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1303.    Hammer, once or twice complained to Dr. Wolfson about his conditions of confinement there at Springfield on the issue of how he had to be handcuffed.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1304.    Dr. Wolfson required that Hammer receive an MRI outside of the Springfield facility.

Undisputed _____    Disputed _____    Undisputed but Objected To _✓_

1305.    Dr. Wolfson did not recall hearing any complaints about the MRI from Hammer.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

15

1306.  Hammer was, according to Dr. Wolfson, the fourth individual he had encountered in a forensic situation in which the question of the DID diagnosis had been raised and Dr. Wolfson had seen it once as a medical student.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1307.  At that point with two potential DID cases in a row, Dr. Wolfson assumed that there were going to be more on the way, and he did a very extensive literature review of, something probably close to 200 papers, which were conveniently there in the file cabinet when Hammer arrived.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1308.  Dr. Wolfson gathered primarily articles from peer reviewed scientific publications from medical psychiatric journals, two books, and a couple of masters, doctoral theses.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1309.  The DID books were by Bliss and Colin Ross.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1310.  Dr. Wolfson spoke with individuals from whom he was led to believe were experts in DID.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1311.  Dr. Ross had been asked by Dr. Wolfson about a test which the mitigation expert had administered.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1312.  Dr. Wolfson questioned Dr. Putnam probably after his report was prepared regarding the issue of how frequently somebody reported an alter that was some other species and it turned out that in his view that it was not all that uncommon but intriguing.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1313.  With respect to Hammer's shoulder, Dr. Wolfson noted that "Subsequently the defendant was taken to the Lompoc District Hospital where a dislocation was reduced, 'reversed'."

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1314.  "Reversed," according to Dr. Wolfson, means that the dislocated shoulder was popped may be a gentle way to put it was pushed back into place, snapped back into place.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1315.  Dr. Wolfson believed that some dislocations are -- cannot be reduced manually, or it may be necessary to anesthetize the patient just because of the amount of pain invoked by manually reducing the dislocation.

Undisputed _✓_    Disputed ____    Undisputed but Objected To ____

1316.  Dr. Richard Frederick performed psychological testing and interpreted it for Dr. Wolfson.

Undisputed _✓_    Disputed ____    Undisputed but Objected To ____

17

1317.  Dr. Frederick believed that Hammer attempted to compromise test security, which is the kind of thing that deeply concerns psychologists.

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

1318.  Defendant remarked "it doesn't take an idiot to know the MMPI can be slanted any kind of way.  I take some pride in the fact that I can make it come out any kind of way."

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

1319.  For the Validity Indicator Profile, Hammer was intrigued by some of the words he was not familiar with and wanted to go look them up afterwards.  It's hard to feel that that's, you know, not a worthy thing to do, but the flip side is that if it becomes widely known what words are on this test and some other test subject were to study, it could affect the usefulness of the test.

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

1320.  Dr. Wolfson observed that there are rare cases where it has become evident that psychological testing has been tampered with, so it is not an empty concern or a pure vanity on the part of my psychologist brethren to be concerned about test security.

Undisputed _____   Disputed _✓_   Undisputed but Objected To _____

1321.  Dr. Wolfson felt that it would be a good practice is based upon experience to leave a copy of the MMPI test with a

18

person who is to take it and occasionally that is done with individuals in lockup which is preferable to leaving the test in their own cell and provide them with the test and with the answer sheet and nothing else, and that way the test items purportedly would not be compromised.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1322. Ordinarily a psychologist does not just leave the test instrument with an inmate in his cell for an extended period of time.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1323. Hammer's suffering from depression in Dr. Wolfson's evaluation was a possibility and a plausible one.

Undisputed _✓_    Disputed ____    Undisputed but Objected To ____

1324. Dr. Wolfson noted that as being in remission if it were present, "query" means that it was a diagnostic possibility.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1325. Dr. Wolfson did not have any dispute with Dr. Mitchell as to his particular diagnosis of depression.

Undisputed _✓_    Disputed ____    Undisputed but Objected To ____

1326. Hammer told Dr. Wolfson, "It's no secret that I fuck around sexually most of the time, I'm the dominant. They all knew it right up front. I'm not sure I could keep a straight cell partner. He -- which must be Marti -- already had a reputation of being a punk, not just a punk, but being a nigger's

19

punk.  I wouldn't care, but this part of me is real racist and he's also homophobic."

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1327.  One interpretation of Hammer's remarks was that could be the Jocko alternate and another interpretation could be that was simply an issue about which Hammer might have mixed feelings.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1328.  "Punk" in a homosexual activity who is the receiver, who is the nondominant, potentially exploited party, and it is also someone who is engaging in prostitution in prison.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1329.  Dr. Wolfson's preference was to see if any alter for Hammer would come out spontaneously without being prompted or led over the course of several weeks when it did not happen, finally Dr. Wolfson then confronted the issue.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1330.  Defendant related that to Jocko, killing Marti "felt no different than squashing a bug."

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1331.  Dr. Wolfson asked if Jocko had not felt fear or euphoria or bravado, and Hammer replied, suddenly animated, "that's the whole thing."

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1332. Dr. Wolfson remembers that the total time that evaluators had seen Jocko was something under three minutes.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1333. Dr. Wolfson had asked to speak with Jocko which is what apparently caused his emergence.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1334. Dr. Wolfson diagnosed malingering and felt that the presentation was not credible because he did not locate other antecedents that one would have expected.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1335. Dr. Wolfson noted that it was suspicions when the first time one hears of such an entity is when the person purportedly suffering from the disorder is in legal trouble.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1336. While incarcerated in Oklahoma, Hammer had made an effort, Dr. Wolfson believed it was a post conviction relief or sentence effort of some type, of portraying him as mentally ill.

Undisputed ____    Disputed _✓_    Undisputed but Objected to ____

1337. Hammer made a maximal best case presentation that he had multiple mental problems, that this took place at a time that the alternates should have already been established, if one finds that account credible, and yet there was no mention made of dissociative phenomena or alternates.

Undisputed ____    Disputed _✓_    Undisputed but Objected to ____

1338.    Considering it as part of a standard forensic evaluation that every practitioner should do, in Dr. Wolfson's case he certainly met a number of people who were faking and their fakery was not aimed at achieving a specific material or successful insanity defense.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1339.    Dr. Wolfson expressed some concern about participating in the June 22, 1998, competency proceeding based upon personal ethics which were in contrast to how it is since been portrayed; professional ethics were not at issue for him in terms of professional ethics since evaluations of competence to proceed can be ordered by the Court and consent is not needed and while they are often portrayed as needing consent or benefitting if consent is obtained, but the true issue relates to ensuring that there is a clear explanation of the purpose of the evaluation and the lack of confidentiality; that is key, consent *per se* is not.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1340.    Dr. Wolfson has had people who protested bitterly that they were ever sent off for an evaluation to Springfield, either because they did not want to be in Springfield or they did not like the notion of anyone questioning their competence.

Undisputed _____    Disputed _____    Undisputed but Objected to __✓__

1341.  Even though the basic medical principle of beneficence does not apply to forensic work, at the same time, Dr. Wolfson saw no need to be harsh or cruel to defendants evaluated because that counters to an ultimate doctrine, respect for persons and striving for objectivity and to learn the truth, and it also is just not needed.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1342.  Dr. Wolfson did not wish to have Hammer put through the change of having heard him – even though Dr. Wolfson does his work in the role of a third party expert – of giving prosecution friendly or defendant adverse information that was shared, and then have to switch back to the notion of somebody Hammer could comfortably be interviewed by, if he was not ready for that.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1343.  It turned out that Hammer was not altogether against Dr. Wolfson's participation but Dr. Wolfson felt that that was a position that needed to be articulated in advance and so that it would not appear that some guy that he was tired of dealing with got forced on him for some other evaluation that was of incredible importance given its impact on his case.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1344.  Dr. Wolfson and Dr. Mitchell discussed beforehand the division of labor but he has long since forgotten precisely what

23

was said, what questions were asked, but both wrote down notes concerning responses to what had been asked.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1345.   For competency evaluation, it is the mandatory part of doing this kind of work and so as is always done at the outset of an evaluation, for Dr. Wolfson explains who we were, what we were therefore, what we were or were not doing.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1346.   Dr. Wolfson regarded diagnosis as a fundamental portion of the inquiry but the fact that Dr. Wolfson had seen Hammer once before, the fact that he had made a diagnosis of him months before, and the fact that he had not appeared clinically depressed at that time, did not preclude the possibility of there having been a change in his mental condition and something that might have affected his decision-making, and affected the potential issue of his motivation for withdrawing his plea.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1347.   Dr. Wolfson met a number of individuals who have engaged in volunteerism in capital cases at different phases, and one question to ask always is, is this some type of surrogate for suicidal ideation.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1348.   Now only two cases for which Dr. Wolfson wrote the reports had come to mind but he had been present for at least

four others for whom other practitioners wrote the reports, but either Dr. Wolfson saw them in a treating capacity or filling in on the day of arrival.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1349.  Hammer did not report depression to Dr. Wolfson on June 22, 1998.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1350.  Dr. Wolfson did not observe objective signs of depression on June 22, 1998.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1351.  To conduct a competency evaluation and consider depression manifest in their behavior there should be a disturbance in the affect, which is the – affect with an A – which his the demonstration of mood state that is seen in facial expression and body language.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1352.  According to Dr. Wolfson, depression is almost universally associated with impaired concentration, and that will betray itself in the rate at which somebody can respond in an interview, latency of their response, how well their memory appears to function.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1353.   Depression is almost universally observable, particularly in someone you know well, which was true for both Dr. Mitchell and Dr. Wolfson by that time.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1354.   Dr. Wolfson possessed knowledge of Hammer while in Springfield, Dr. Wolfson had seen Hammer as well as in Court during the proceeding in which Dr. Wolfson testified was useful, but Hammer appeared animated and actively taking part.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1355.   Prior exposure to Hammer by mental health evaluators to review competency was critical for two reasons, obviously this was sudden and very disturbing change of plan for Hammer's counsel and it deserved close attention.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1356.   Dr. Wolfson noted that beyond that in the other cases before and since, Dr. Wolfson has seen where there has been an issue of a defendant waiving appeals or restricting appeals, the issue is could this be an analog to a death wish or to a suicide ideation.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1357.   Dr. Wolfson asked Hammer about medications that he was taking.

Undisputed __✓__    Disputed _____    Undisputed but Objected to _____

1358.  Dr. Wolfson testified Hammer's medications had no effect on him in terms of his competency on June 22, 1998.

Undisputed _____    Disputed _✓_    Undisputed but Objected to _____

1359.  Dr. Wolfson talked to Hammer about stressors that he was experiencing on June 22, 1998.

Undisputed _____    Disputed _✓_    Undisputed but Objected to _____

1360.  Two things stand out that Dr. Wolfson recalls and that was that Hammer felt more comfortable after having made the decision to plead guilty that was so shocking to everyone else and that it would permit him to focus on penalty phase issues.

Undisputed _____    Disputed _✓_    Undisputed but Objected to _____

1361.  According to Dr. Wolfson, two dimensions to the trial bothered Hammer, although he did not portray either of these as driving his decision, was how unpleasant it was hearing other people testify about his childhood, but that was not the reason he changed his mind but he did not really like the way that Marti was being treated in all this, as if the way he was described, it dehumanized him in a manner.

Undisputed _____    Disputed _✓_    Undisputed but Objected to _____

1362.  According to Dr. Wolfson, the conditions of Hammer's confinement at the Allenwood Penitentiary was not the basis for Hammer's decision to enter a guilty plea on June 22, 1998.

Undisputed _____    Disputed _✓_    Undisputed but Objected to _____

1363.  While Hammer expressed an interest to get to the ADX in Florence that in and of itself was not something that Hammer advanced as a reason for his decision, according to Dr. Wolfson.

Undisputed _____    Disputed _____    Undisputed but Objected to __✔__

1364.  Hammer portrayed pleading guilty as a public acceptance of responsibility as if it was a statement that was important to make at that time, according to Dr. Wolfson.

Undisputed _____    Disputed __✔__    Undisputed but Objected to _____

1365.  Dr. Mitchell and Dr. Wolfson were comfortable working together, comfortable collaborating.

Undisputed _____    Disputed __✔__    Undisputed but Objected to _____

1366.  Dr. Wolfson stated that sometimes it is useful doing an interview, either clinical or sometimes forensic, with two people present because if one is not paying attention to the question, to choosing and thinking ahead to the questions one is going to ask, it improves one's ability to really closely observe the responses of the person you are talking to.

Undisputed _____    Disputed __✔__    Undisputed but Objected to _____

1367.  No one does a mental status examination exactly the same way but the formulation that Dr. Wolfson taught when he was in an academic environment runs in the following order: document those things they can directly observe, then the other pieces of information that depended upon a response from the person they were interviewing, and those aspects of the mental status

28

examination that were – involved drawn inferences from what had been seen.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1368.  According to Dr. Wolfson, direct observation includes such things as the affect, as the person's appearance, hygiene, overall behavior, interaction with interviewer, motor activity, speech activity.

Undisputed __✓__    Disputed _____    Undisputed but Objected to _____

1369.  According to Dr. Wolfson, things that depend on the person's own report including the content of their speech, whether or not there is a disorder in the form of thought, what their mood might be, as opposed to what is observed, they report their mood, whether or not there are psychotic symptoms reported, and mood symptoms reported.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1370.  According to Dr. Wolfson, final category are the things which are based on inference involving judgment and insight.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1371.  Notwithstanding Dr. Wolfson's own fundamental discomforts with dissociative identity disorder as a concept, he stated that he had an obligation nonetheless to, for the sake of the argument, accept it and see if what Hammer was portraying or reporting was consistent with the disorder.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1372.   According to Dr. Wolfson, the decision Hammer was wanting to make was a product of his entire consciousness and not a consequence of some kind of internal coercion.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1373.   Dr. Wolfson had to ask whether or not there had been manifestations of dissociation, notwithstanding his own skepticism about the whole way of explaining what was being seen and it would not have been responsible not to cover that and had Hammer reported such things then they would have been explored more thoroughly and tried to figure out what they meant.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1374.   On the topic of unconsciousness, Hammer did not provide any information which suggested that that subject should be further explored, according to Dr. Wolfson.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1375.   Hammer's explanation to him made Dr. Wolfson feel that he had covered dissociative identity disorder on June 22, 1998.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1376.   Dr. Wolfson stated that he observed no part of Hammer manifesting itself or controlling Hammer's behavior.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1377.  Dr. Wolfson asked Hammer very specifically if either any external force or any individual part of him was compelling him to make a decision like this and he said explicitly that the decision he had reached was one that he had come to after a great deal of forethought and consideration and that it was his decision rather than any one part of him compelling to decide what he wanted to decide.

Undisputed ____   Disputed __✓__   Undisputed but Objected to ____

1378.  According to Dr. Wolfson, concerns about Springfield were not the reason for Hammer making his decision and much was made over the notion that Hammer did not like Springfield and would do anything to avoid going to Springfield, but Dr. Wolfson recalled that that was raised as an issue mostly after this and not before this.

Undisputed ____   Disputed __✓__   Undisputed but Objected to ____

1379.  Dr. Wolfson sought to have Hammer show them or explain to him and Dr. Mitchell how his consideration of his different options was not the same as simply an argument between alter personalities.

Undisputed ____   Disputed __✓__   Undisputed but Objected to ____

1380.  Dr. Wolfson did not explicitly confront Hammer about the DID diagnosis because he was disinclined to brow beat him about something like that.

Undisputed ____   Disputed __✓__   Undisputed but Objected to ____

1381.  The issues that Drs. Wolfson and Mitchell were confronted with in a short time was adequate but the meat of what they were supposed to do related to Hammer's capacities and his rationality and did not need to squeeze out of him an admission that he previously had been dishonest in portraying himself as suffering from DID.

Undisputed _____   Disputed __✓__   Undisputed but Objected to _____

1382.  Hammer's past dishonesty did not really matter to the issue that Drs. Wolfson and Mitchell were looking at that point.

Undisputed _____   Disputed __✓__   Undisputed but Objected to _____

1383.  The evaluations on June 22, 1998, accepted for the sake of the argument that DID was present and that the entity exists as conceptualized, but they then did not observe signs of it interfering with Hammer's decision-making process.

Undisputed _____   Disputed __✓__   Undisputed but Objected to _____

1384.  Dr. Wolfson was satisfied with what he and Dr. Mitchell had asked Hammer and when Dr. Sadoff's subsequent commentary had been read by Dr. Wolfson, it seemed to him that what was asked of Hammer fit with what Dr. Sadoff described as being an appropriate inquiry.

Undisputed _____   Disputed __✓__   Undisputed but Objected to _____

1385.  According to Dr. Wolfson, hearing of certain trial testimony, Hammer described it as unpleasant but it did not

appear to put him in such distress that it interfered with his rationality.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1386.    Prior to June 22, 1998, Dr. Wolfson recalled that Hammer told him that he spoke with Hammer's attorneys about it on Sunday and told them the topic had been one that he had been turning over, in his mind, for months.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1387.    According to Dr. Wolfson, Hammer was able to outline something to Drs. Wolfson and Mitchell that it was not an impulsive decision and that was the key issue, that he had thought about it, thought it through thoroughly.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1388.    Hammer, according to Dr. Wolfson, spoke with Travis on the telephone at length and whatever Travis had to tell Hammer he had not dissuaded him from this course.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1389.    Hammer told the evaluators on June 22, 1998, he had understood that the jury might sentence him to death although he said that was not his expectation.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1390.    Hammer described a putative benefit to him of making that decision that would permit him to focus on the next phase of the trial.

33

Undisputed \_\_\_\_   Disputed \_✓\_   Undisputed but Objected to \_\_\_\_

1391.   According to Dr. Wolfson, Hammer sounded like he engaged in a rational process and he had an opinion of what he expected and there was not anything eccentric or odd or strange about what he was saying in terms of his expectations.

Undisputed \_\_\_\_   Disputed \_✓\_   Undisputed but Objected to \_\_\_\_

1392.   There were no irrational aspects of Hammer's responses that Dr. Wolfson could perceive on June 22, 1998.

Undisputed \_\_\_\_   Disputed \_✓\_   Undisputed but Objected to \_\_\_\_

1393.   Notwithstanding affidavits or testimony from defense experts such as Drs. Kluft, Blumberg and Gelbort, Dr. Wolfson had not seen anything to suggest in them that there was anything defective in the conclusions reached or in the process utilized by Dr. Mitchell and himself on June 22, 1998.

Undisputed \_\_\_\_   Disputed \_✓\_   Undisputed but Objected to \_\_\_\_

1394.   During Hammer's second evaluation at Springfield in September 1998, Hammer, in fact, suggested might be economical in terms of time and effort to evaluate his competency to be executed, but Dr. Wolfson was reluctant to want to go there, and the statute Hammer cited was one in which it states that employees of the Marshal's Service and the Federal Bureau of Prisons could not be compelled if they had personal or ethical objections to participate in an execution or a capital prosecution.

34

Undisputed _____    Disputed __✔__    Undisputed but Objected to _____

1395. Dr. Wolfson would regard an evaluation of someone's competence to be executed as being too close to an execution and something for which he should not be taking part.

Undisputed _____    Disputed __✔__    Undisputed but Objected to _____

1396. On a broader issue regarding Dr. Wolfson's views about the death penalty , he is ambivalent about it and a little skeptical about any colleagues who are not ambivalent about it because there has been plentiful experience with seeing capital prosecutions that have gone awry.

Undisputed _____    Disputed __✔__    Undisputed but Objected to _____

1397. According to Dr. Wolfson, if you work in a prison, you get a perspective that may not be accessible to my comrades out in the general population where there is a notion if there is some dangerous person and they are put in prison, the problem of their dangerousness has gone away and it actually has not gone away, it is just there is a different set of individuals here who are potential substrates or victims of that violence.

Undisputed _____    Disputed __✔__    Undisputed but Objected to _____

1398. Dr. Wolfson conducted specific interviews which covered topics with Hammer about competency to proceed *pro se* and to waive post trial motions.

Undisputed _____    Disputed __✔__    Undisputed but Objected to _____

1399.   Hammer pointed out to Dr. Wolfson that the ultimate outcome should such appeals be successful would likely simply be another trial, and that in terms of sentencing the best he could hope for would be a sentence of life without parole, "years and years of incarceration" which he already would be serving in any event based on his three consecutive 400 year Oklahoma sentences.
Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1400.   Hammer related to Dr. Wolfson that he found nothing appealing about the prospect of going through a new trial because the entire process has been one of the most painful experiences in his entire life particularly in light of the fact that he could personally find little to fault in the trial he had already had.
Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1401.   According to Dr. Wolfson, accepting the verdict of the jury allowed Hammer to maintain his dignity and prepare for his own death on his own terms . . . the harder one fights to live, the more difficult it becomes to accept death when it comes.
Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1402.   Defendants who have told Dr. Wolfson that if they known they are going to die in prison, the issue of exactly when may matter less to them than the issues of what influences they have over when it will happen and how it will happen but it has a

recurring theme in the six individuals that Dr. Wolfson

encountered who were facing possible execution.

Undisputed _____   Disputed __✔__   Undisputed but Objected to _____

1403.  Dr. Wolfson did not recall Hammer voicing any

misgivings about his earlier plea of guilty in September 1998.

Undisputed _____   Disputed __✔__   Undisputed but Objected to _____

1404.  It seemed to Dr. Wolfson that in September 1998,

Hammer was articulating a fundamental respect for the law which

certainly was inconsistent with his attitude when younger, at

least as expressed by his actions.

Undisputed _____   Disputed __✔__   Undisputed but Objected to _____

1405.  Hammer told Dr. Wolfson in September 1998, that "It's

just [Hammer's] nature to break the law.  As [he] matures, [he]

tries to reign that in and thing before [he] acts."

Undisputed _____   Disputed __✔__   Undisputed but Objected to _____

1406.  Hammer also related to Dr. Wolfson that previous

offenses had not been on the same scale as the offense conduct in

this case and "there's a big difference between writing bogus

checks and first-degree murder."

Undisputed _____   Disputed __✔__   Undisputed but Objected to _____

1407.  Hammer also commented to Dr. Wolfson that this stay

had not been unpleasant from his point of view in contrast to the

previous one, but he also pointed out that there was "something

about this place" that was disquieting and he certainly noticed a

37

distraction by the "knocking, banging, screaming, and flushing of toilets" by some of the mentally ill prisoners in the same housing unit.

Undisputed _____    Disputed _✓_    Undisputed but Objected to _____

1408.    Hammer noted in September 1998, to Dr. Wolfson that the individual in the cell right over him had flushed his toilet 174 times in a row before Hammer stopped counting.

Undisputed _✓_    Disputed _____    Undisputed but Objected to _____

1409.    Hammer's observations to Dr. Wolfson were rational and realistic in the area where Hammer was housed quite frequently.

Undisputed _____    Disputed _✓_    Undisputed but Objected to _____

1410.    According to Dr. Wolfson, "The only time the subject of multiple personality disorder arose was in a discussion with Mr. Hammer when he was  recapitulating the course of his case and took me to task for diagnosing malingering in my previous report, pointing out that  he himself had never gone on record as endorsing the correctness  of the diagnosis of dissociative identity disorder that Dr. Sadoff had made.

Undisputed _____    Disputed _✓_    Undisputed but Objected to _____

1411.    According to Dr. Wolfson, basically Hammer was saying to Dr. Wolfson that he was not responsible for what some doctor does, which doesn't quite hold water since he displayed what were supposed to be manifestations of the illness.

Undisputed _____    Disputed __✓__    Undisputed but Objected to ____

1412.    According to Dr. Wolfson, while he had expected a psychiatric evaluation before trial to come up with material that might be useful for mitigation  purposes, he had "never dreamed that they would come up with a -- and I have mental [illness] defense."

Undisputed _____    Disputed _____    Undisputed but Objected to __✓__

1413.    According to Dr. Wolfson, in the fall of 1998 as compared to June 22, 1998, things didn't change that Hammer was constant -- that he was consistently rational and articulate and knowledgeable.

Undisputed _____    Disputed __✓__    Undisputed but Objected to ____

1414.    While proceedings having changed over the years, Dr. Wolfson has not come to repudiate but instead adhered to that opinion given to this Court on October 1st, 1998, in that his opinion remains reasonable and remains the correct one.

Undisputed _____    Disputed __✓__    Undisputed but Objected to ____

1415.    Dr. Wolfson has looked at other evaluations or other affidavits or possibly other trial -- or proceedings testimony from other experts but is not persuaded by them that Hammer was incompetent during his plea or waiver in 1998.

Undisputed _____    Disputed __✓__    Undisputed but Objected to ____

1416.   Posttraumatic stress disorder is a diagnosis that can be made with a fair amount of subjectivity, according to Dr. Wolfson.

Undisputed _____   Disputed _✓_   Undisputed but Objected to _____

1417.   Dr. Wolfson did not recall seeing the kinds of things that he has seen in cases where he was confident of the legitimacy of the diagnosis of PTSD in a given person.

Undisputed _____   Disputed _✓_   Undisputed but Objected to _____

1418.   Dr. Wolfson did not recall having observed the type of affective blunting, diminished motivation, diminished interest, withdrawal and abnormalities of startle reflex that he saw in individuals where there were no compensation or other material issues related to their illness, and so therefore was not impressed with the notion of PTSD being present in Hammer's case.

Undisputed _____   Disputed _✓_   Undisputed but Objected to _____

1419.   As to the Axis I diagnosis of cognitive disorder not otherwise specified by Drs. Martell and Matthews, Dr. Wolfson agreed that the agreement between their findings and his were much more important than the differences.

Undisputed _____   Disputed _✓_   Undisputed but Objected to _____

1420.   According to Dr. Wolfson, if there is a dissociative psychosis induced by earlier conditions of confinement in

Oklahoma, then that doesn't comport with the alternative model of the trouble having been caused in Hammer's childhood.

Undisputed _____  Disputed __✓__  Undisputed but Objected to _____

1421.  According to Dr. Wolfson, he had reservations about Dr. Grassian's equation of -- or equating being in a locked unit with sensory deprivation which was covered in Dr. Wolfson's original report.

Undisputed _____  Disputed __✓__  Undisputed but Objected to _____

1422.  According to Dr. Wolfson, he disagrees with Dr. Grassian's opinion about Hammer's demoralization, since the problem with that is that in many ways Mr. Hammer appears to have thrived in custody, found ways to make it interesting, found ways to make struggles with the administration and defying them interesting, to the point where some of them have a romantic quality when you read about them later.

Undisputed _____  Disputed __✓__  Undisputed but Objected to _____

1423.  Drs. Martell and Matthews believe Hammer has Axis II, borderline personality disorder.

Undisputed __✓__  Disputed _____  Undisputed but Objected to _____

1424.  Dr. Wolfson thinks that Dr. Matthews and Dr. Martell feel that the pattern of mood disturbance seen over the years is more consistent with borderline personality disorder than with the major depression and remission diagnosis he made, and that's

reasonable but Dr. Wolfson is not completely sure that they're correct, but they might have been.

Undisputed ____    Disputed __✓__    Undisputed but Objected to ____

1425. Dr. Bersoff felt that APA rules, American Psychological Association rules were applicable to forensic psychiatry, but Dr. Wolfson strongly disagrees with that contention as it relates to the practice of forensic psychiatry.

Undisputed ____    Disputed _____    Undisputed but Objected to __✓__

1426. Dr. Wolfson believes his own professional organization that predates the American Psychological Association is applicable.

Undisputed ____    Disputed _____    Undisputed but Objected to __✓__

1427. Dr. Wolfson's profession and its involvement in the legal system predate the existence of psychology as a separate discipline, and the -- we have our own rich ethics literature in my field, and he does not feel an obligation to defer to someone in another field to tell forensic psychiatrist what they should do.

Undisputed ____    Disputed __✓__    Undisputed but Objected to ____

1428. According to Dr. Wolfson, in an institutional setting, one applies to every employee in a correctional setting, in that we have responsibilities to overall safety and security and to our own personal safety and that of our coworkers, that of

42

the inmates who are entrusted to our care, that wouldn't apply in some other noncustodial setting, and that applies.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1429.    Dr. Wolfson has made a case for continuing the practice of having the same person be responsible for treating a patient and -- a defendant/patient, and reevaluating the success or lack thereof of competency restoration efforts for that particular situation which violates the strict dual roles bar espoused by Dr. Bersoff.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1430.    According to Dr. Wolfson, there's no absolute prohibition on keeping those roles distinct the way Dr. Bersoff articulated it in his statements, but it is an issue to which forensic psychiatrists are sensitive.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1431.    According to Dr. Wolfson, surprisingly few suggestions or pressures are on you as a forensic psychiatrist to come up with a result or a conclusion that would please the administration or your fellow correctional employees.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1432.    There are times when correctional officers have been disappointed if when Dr. Wolfson rendered an opinion that someone was not responsible for a disciplinary infraction, although the

43

more mature ones, the seasoned ones are also not as bothered by that as some of the younger ones might be.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1433.   There are other times when Dr. Wolfson's fellow Bureau of Prisons' employees seem to have been able to grasp sophisticated concepts with remarkably little effort about his role in independently conducting mental evaluations.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1434.   During the Montana Freemen, Bureau of Prisons mental health evaluators had to convince Justice Department officials to grasp that we would not be assigned the case if he subsequently came through our facility for a forensic evaluation later.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1435.   Dr. Wolfson recalls the case of an individual who had killed his cellmate at Butner -- prior to the construction of the hospital at the Butner Federal Correctional Institution in the psychiatric unit.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1436.   Dr. Wolfson concluded that the Butner killer of his cellmate was not guilty by reason of insanity, and he was so found, and he's now back with us as an insanity acquittal and to his knowledge none of us got hassled about that a very substantial error, by Bureau of Prisons personnel at Butner and

44

Dr. Wolfson had no idea if there had been any litigation in that case or not.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1437.    According to Dr. Wolfson, our integrity when we do these evaluations should matter more to us than some distant institutional goal, and he does not make findings to protect the Bureau of Prisons, or its employees from liability.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1438.    To Dr. Wolfson's knowledge, Dr. Bersoff is not a forensic psychologist.

Undisputed _____    Disputed _____    Undisputed but Objected to __✓__

1439.    Dr. Bersoff did not contact Dr. Wolfson regarding the two hats issue that he raised with respect to Dr. Wolfson's behavior.

Undisputed _____    Disputed _____    Undisputed but Objected to __✓__

1440.    If Dr. Bersoff contacted Dr. Wolfson regarding the two hats issue that he raised with respect to Dr. Wolfson's behavior, Dr. Wolfson would have spoken to him.

Undisputed _____    Disputed _____    Undisputed but Objected to __✓__

1441.    According to Dr. Wolfson, Dr. Bersoff seems to feel that it was unethical for Dr. Wolfson to do a competency evaluation midway through the trial because there had been a treating relationship with Hammer and that treating relationship,

45

at Springfield was to write his discharge prescriptions and maybe renew his medications at admission.

Undisputed _____ Disputed __✓__ Undisputed but Objected to _____

1442. Dr. Wolfson strongly disagrees with Dr. Bersoff that any clinical relationship that would bar a forensic interaction was established during the time Hammer was at Springfield, including both times Hammer was at Springfield.

Undisputed _____ Disputed __✓__ Undisputed but Objected to _____

1443. According to Dr. Wolfson, Dr. Bersoff seemed to not believe that he would offer an opinion about Hammer's mental state at the time of the offense in the role of a third party expert.

Undisputed _____ Disputed __✓__ Undisputed but Objected to _____

1444. According to Dr. Wolfson, Dr. Bersoff's testimony contained a statement to the effect that for sanity opinions that experts are called by the parties only, which of course is an absurdity, a huge number of sanity opinions are generated by institutions, BOP, ones for our jurisdiction, state hospitals and other jurisdictions.

Undisputed _____ Disputed __✓__ Undisputed but Objected to _____

1445. Dr. Wolfson was not asked by the Department of Justice to examine Hammer's sanity but was asked by the Court and he has encountered occasional times when he had been contacted by

other people within the DOJ with questions, sometimes they're
reasonable questions, sometimes they're not reasonable questions.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1446.  According to Dr. Wolfson, there is no rule against
mixing clinical and forensic roles in psychiatry but it is a
relevant issue.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1447.  According to Dr. Wolfson, there is not a consensus in
psychiatry about dual roles being an ever present thing that
should be avoided because there are people with disparate
viewpoints on it, and there are disparate viewpoints articulated
in the literature, and there's also one paper in which a survey
indicated that a majority of forensic psychiatrists who responded
were opposed to making a rule or guideline on dual roles.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1448.  On a handful of occasions Dr. Wolfson has had to
point out that he is not a handmaiden, partisan consultant expert
to the Department of Justice.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1449.  Dr. Wolfson has had three cases on two defendants
where the DID diagnosis appeared to be an issue and Hammer might
well have been the kind of person for whom iatrogenic induction
of DID phenomena could have occurred had he been handled

differently and it is not fair to consider Hammer just some other malingerer.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1450. Somatization disorder is a condition which seem so blur with DID.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1451. Dr. Wolfson's subjective impression was that Hammer was very bright.

Undisputed _____    Disputed _____    Undisputed but Objected to __✓__

1452. The Shipley is one instrument that Dr. Wolfson would be technically cautious about over interpreting a score of normal or higher because it is really not intended to separate bright people from very bright or bright people from normal people but it is intended for identifying cases of mental retardation or low intellect that come through.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1453. Dr. Kluft was referred to a couple of times in Dr. Wolfson's report as well as a person whom Dr. Wolfson heard speak during a conference.

Undisputed __✓__    Disputed _____    Undisputed but Objected to _____

1454. Diagnostic and Statistical Manual, besides including diagnosis, is also an authoritative source of evolving work that is intended on standardizing terminology and standardizing diagnostic practice but anything in there on a specific topic of

48

a given illness could better be found elsewhere in literature available to mental health practitioners.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1455.   The DSM IV-DR is useful but it has significant limitations in terms of being a textbook or being a basis for outlining science on any topic.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1456.   Dr. Mitchell's diagnosis of depression for Hammer was reasonable and that is a common disorder so there would be nothing surprising about Hammer having suffered from it, according to Dr. Wolfson.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1457.   Dr. Wolfson did not request any neuropsychological -- or a battery of neuropsychological testing for two reasons, Hammer, of course, had described multiple head injuries to me but despite that history he was displaying excellent verbal capabilities and did not appear to be displaying to us meaningful deficits in those areas that would have called for additional evaluation, and furthermore Dr. Frederick's testing didn't find deficits that looked like they needed to be followed up on.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1458.   Serious physical and sexual abuse happens which is not disputed by Dr. Wolfson and moreover there's decent literature to show an elevated prevalence of all mental illnesses

49

to such persons, with the exception of schizophrenia, but there is in Dr. Wolfson's view a serious problem of mistaking sequence with consequence.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1459.  In Dr. Wolfson's view, it is plausible that people diagnosed with Borderline Personality Disorder come from an abused background.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1460.  There have been publications showing widespread -- showing a lack of consensus within the psychiatric community about the validity of DID.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1461.  According to Dr. Wolfson, serious concerns about the validity of DID diagnoses persist, even now years after the debate got started.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1462.  Kaplan's inclusion of a section on forensic implications in the following edition of this book would buttress Dr. Wolfson's view that that is not necessarily appropriate advice for a defendant being evaluated in a forensic setting to be told of a possible DID diagnoses.

Undisputed _____    Disputed __✓__    Undisputed but Objected to _____

1463.   Dr. Wolfson has skepticism about the standardization and the usefulness of standardized instruments used to determine people who are diagnosed with DID.

Undisputed _____   Disputed __✓__   Undisputed but Objected to _____

1464.   Dr. Wolfson does not see a consensus in the field of psychiatry at large over testing to determine whether DID is a correct diagnosis.

Undisputed _____   Disputed __✓__   Undisputed but Objected to _____

1465.   Dr. Wolfson observed that in a number of situations where the eye roll sign, which is purportedly a biological indication of susceptibility to hypnosis, can score high and yet not translate into actual hypnotizability.

Undisputed _____   Disputed __✓__   Undisputed but Objected to _____

1466.   Dr. Wolfson suggested that to whether Hammer might have fallen into one of the categories of individuals for whom the eye roll sign does not play out as true hypnotizability, those including people with character disorder, organic damage, and other situation.

Undisputed _____   Disputed __✓__   Undisputed but Objected to _____

1467.   Dr. Wolfson examined Hammer with Dr. Mitchell about an hour and twenty minutes on the issue of competency to enter a guilty plea.

Undisputed _____   Disputed _____   Undisputed but Objected to __✓__

1468.  Mr. Wiseman had no doubt whatsoever as to Hammer's competency to waive his right to testify at the § 2255 hearing.

Undisputed ____    Disputed __✓__    Undisputed but Objected to ____

1469.  Ms. Saunders had no doubt whatsoever as to Hammer's competency to waive his right to testify at the § 2255 hearing.

Undisputed ____    Disputed __✓__    Undisputed but Objected to ____

1470.  Mr. Moreno had no doubt whatsoever as to Hammer's competency to waive his right to testify at the § 2255 hearing.

Undisputed ____    Disputed __✓__    Undisputed but Objected to ____

1471.  Mr. McHugh had no doubt whatsoever as to Hammer's competency to waive his right to testify at the § 2255 hearing.

Undisputed ____    Disputed __✓__    Undisputed but Objected to ____

Respectfully submitted,

THOMAS A. MARINO
United States Attorney

By__s/Frederick E. Martin_____
FREDERICK E. MARTIN
Assistant United States Attorney
PA   57455
Herman T. Schneebeli Federal Bldg.
240 West Fourth Street, Suite 316
Williamsport, PA 17701-6465
Tele:  (570) 326-1935
FAX:   (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated: October ___, 2005

```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA        : Crim. No. 4:CR-96-263
                                : Civil No. 4:CV-02-510
           v.                   :
                                : (Muir, J.)
DAVID PAUL HAMMER               : ELECTRONICALLY FILED
```

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing

### UNITED STATES' SUPPLEMENTAL FINDINGS OF FACT
### (Nos. 1233 through 1471)
### AS ANNOTATED BY COUNSEL FOR HAMMER

to be electronically mailed on October _____, 2005 to:

ADDRESSEE:

Anne L. Saunders, Esquire
Anne_Saunders@fd.org

Michael Wiseman, Esquire
Michael_Wiseman@fd.org


                        s/Frederick E. Martin
                    FREDERICK E. MARTIN
                    Assistant United States Attorney