IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 4:CR-96-263 |
| | : Civil No. 4:CV-02-510 |
| v. | : |
| | : (Muir, J.) |
| DAVID PAUL HAMMER | : **ELECTRONICALLY FILED** |

**UNITED STATES' FINDINGS OF FACT
AS ANNOTATED BY COUNSEL FOR HAMMER**

199.  After Hammer had been at Springfield for over a week in October 1997, Dr. Wolfson also assumed responsibility for monitoring and prescribing psychoactive medications to Hammer and addressing any pressing clinical needs that might have arisen during his stay in Springfield.

Undisputed __✓__   Disputed _____   Undisputed but Objected To _____

200.  Dr. Wolfson was essentially continuing with medication Hammer was taking when transferred to Springfield.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

201.  Dr. Mitchell was ordered by the Court to conduct a competency evaluation of Hammer in August 1998.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

202.  As a manner of informed consent, prior to conducting this evaluation, Dr. Mitchell discussed the matter with Hammer, who then was himself not alleging any form of incompetency.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

203.  Hammer told Dr. Mitchell that he wanted him to conduct the evaluation because he knew him best.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

204. Dr. Mitchell stated that Dr. Wolfson "took the lead" on this evaluation given his previous primary role as evaluator and Dr. Mitchell's previous primary role as Hammer's therapist.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

205. Dr. Mitchell stated that at the outset of his professional relationship with Hammer, he advised him of the limits of confidentiality in the Federal Prison System.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

**FINDINGS 206-1691 HAVE BEEN FILED SEPARATELY**

1692. Disclosure was made as to procedures to be followed and nature of Dr. Wolfson's role and duties as well as the fact that there was no doctor/patient privilege that would protect Hammer's confidentiality with regard to information which he provided.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1693. In only the strictest sense, Dr. Wolfson did serve in the roles of evaluating doctor as well as treating doctor in 1997.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1694. There is no evidence whatsoever that indicates that Dr. Wolfson's acting in these capacities in 1997 in any way compromised his objectivity or served to exploit the client.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

2

1695.  As a collateral information, prior to responding to Dr. Wolfson's request for information, Dr. Mitchell sought legal opinions as to whether his understanding of the Bureau of Prisons' confidentiality rules was correct.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1696.  The facts indicate that Dr. Mitchell did act in more than one role in Hammer's case, but there is no evidence whatsoever to indicate that his acting in these capacities in any way compromised his objectivity in completing the evaluations or served to exploit the client.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1697.  American Psychological Association's 1992 Code of Conduct mandatory ethics code is to be followed by all practicing psychologists in the 1990's.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

1698.  Whenever feasible, a psychologist refrains from taking on professional or scientific obligations when pre-existing relationships would create a risk of such harm.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

1699.  If a psychologist finds that due to unforeseen factors a potentially harmful multi-relationship has arisen, the psychologist attempts to resolve it with due regard for the best interests of the affected person and maximal compliance with the Ethics Code.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

1700.  When a psychologist agrees to provide services to a person or entity at the request of a third party, the psychologist clarifies to the extent feasible, at the outset of the service, the nature of the relationship with each party.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

1701.  A foreseeable risk of the psychologist's being called upon to perform conflicting roles because of the involvement of a third party, the psychologist clarifies the nature and direction of his or her responsibilities, keeps all parties appropriately informed as matters develop, and resolves the situation in accordance with the Ethics Code.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

1702.  In the 2002 Code of Conduct, multiple relationships that would not reasonably be expected to cause impairment or risk exploitation or harm are not unethical.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1703.  If a psychologist finds that due to unforeseen factors, a potentially harmful multiple relationship has arisen, he takes reasonable steps to resolve it with the best interests of the affected person and maximal compliance with the Ethics Code.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

4

1704.  Dr. Karten's conduct with Hammer after the murder was only brief and for the purposes of an emergency suicide assessment.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1705.  There is no evidence that Dr. Karten's suicide assessment was biased by this factor.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1706.  Since Dr. Karten was on call the day of Marti's murder, it was prudent for him to conduct the emergent assessment and then (as he did) refer Hammer back to his ususal treating therapist, Dr. Mitchell, for follow-up.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1707.  These evaluations were for competency at a present state, not for example, to evaluate mental state at some point in the past.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1708.  As a trained and licensed psychologist working in a forensic setting, Dr. Mitchell should have been able to complete such an evaluation competently without additional training ancillary to that which would qualify him to work in a prison setting.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1709. This ability to determine competency should fall well within the training of most psychologists, especially those who are trained in evaluating individuals for psychopathology.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1710. Lack of confidentiality within an institution is commonly seen within prison settings where security is an issue.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1711. It is true that Hammer did not enjoy the same doctor/patient privilege he would have if seeking therapy as an unincarcerated individual in the private sector.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

1712. It was not unethical for mental health professionals who evaluated Hammer to comment whether in so doing they saw signs and symptoms of a Dissociative Identity Disorder (DID) and whether they agreed or disagreed with another professional's opinion with regard to this particular diagnosis.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1713. By virtue of their education and training, each psychologist had a sufficient understanding of the diagnostic entity, including DID.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1714. This was sufficient enough to allow them to comment as to whether they saw signs and symptoms of the disorder in the course of their work with Hammer.

6

Undisputed _____    Disputed __√__    Undisputed but Objected To _____

1715.   According to Dr. Bersoff, a treating therapist may be called upon to serve as a fact witness but it is also generally agreed that the therapist should not be compelled, nor volunteer, to act as an expert witness with regard to the mental status of his/her patient.

Undisputed __√__    Disputed _____    Undisputed but Objected To _____

1716.   A psychologist refrains from entering into a multiple relationship if such could reasonably be expected to impair the psychologist's objectivity, risks exploitation or harm to the person with whom the professional relationship exists.

Undisputed __√__    Disputed _____    Undisputed but Objected To _____

1717.   On October 30, 1996, Dr. Mitchell recommended that Hammer no longer be given a mental illness code in his records because, according to Dr. Mitchell, it became apparent to him "that the inmate's difficulties stem not from any Axis I diagnostic syndromes but from his severe antisocial personality features and other problematic personality traits."

Undisputed _____    Disputed __√__    Undisputed but Objected To _____

1718.   Dr. Mitchell told Hammer in November 1996 that he "Would simply report what I had observed or heard from him."

Undisputed __√__    Disputed _____    Undisputed but Objected To _____

1719.   In December 1996, Mr. Hammer again expressed "his growing concern" about retaining Dr. Mitchell "as his therapist

given that I [Dr. Mitchell] will in all likelihood testify concerning his mental status."

Undisputed __✓__    Disputed ____    Undisputed but Objected To _____

1720.   The psychologist to the extent feasible, at the outset of service, clarifies the nature and direction of his or her responsibilities, as matters develop.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

**HUH?** 1721.   On May 7, 1997, Dr. Mitchell told Hammer that due to Hammer's proposed guilty plea, he may be never informed Mr. Hammer of the potential for his testifying at the behest of the prosecution.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1722.   Dr. Mitchell wrote on July 8, 1997, that Hammer refused to see anybody from the psychology unit because he "will not be involved with those of you who are actually working as agents for assistant U.S. Attorney Fred Martin in his endeavors to murder me."

Undisputed __✓__    Disputed ____    Undisputed but Objected To _____

1723.   Dr. Mitchell incorrectly promised that he would not serve as an expert, but eventually met with both the defense and prosecuting attorneys regarding his clinical impressions of Mr. Hammer.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1724.  According to Dr. Bersoff, it borders on the oxymoronic if he consented to the competency evaluations by Drs. Mitchell and Wolfson when the sole purpose of these evaluations was to determine Mr. Hammer's cognitive capacity to make knowing, intelligent, and voluntary decisions regarding his legal fate.

Undisputed  ✓    Disputed _____    Undisputed but Objected To _____

1725.  Dr. Mitchell was not the only psychologist at Allenwood.

Undisputed  ✓    Disputed _____    Undisputed but Objected To _____

1726.  Dr. Magaletta had been a staff psychologist at Allenwood since June 1996.

Undisputed  ✓    Disputed _____    Undisputed but Objected To _____

1727.  Dr. Wolfson stated about competency to be executed that he would "make arrangements for a different clinician to be the one that actually articulated an opinion about" that issue (Tr., October 1, 1998, at p. 82).

Undisputed _____    Disputed _____    Undisputed but Objected To  ✓

1728.  According to Dr. Bersoff, preventing the appearance of impropriety is particularly important when forensic clinicians are involved in a death penalty prosecution.

Undisputed  ✓    Disputed _____    Undisputed but Objected To _____

1729.  According to Dr. Bersoff, the behavior of Drs. Karten, Mitchell, and Wolfson, resulted in lengthy delays in

resolving this case, the squandering of judicial resources, and a life in limbo.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1730.  The assessment of the risk of violence is not an easy task according to Dr. Bersoff.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1731.  According to Dr. Bersoff, if Drs. Mitchell and Karten had acted more competently by evaluating more diligently Mr. Hammer's violence towards Marti could have been prevented.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1732.  According to Dr. Bersoff, the potential for individual and institutional civil liability in this case made it inappropriate for any BOP mental health have been involved at all in the forensic evaluations conducted in this matter subsequent to the killing.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1733.  Dr. Bersoff pondered in his report that it would be interesting to discover whether there was any institutional pressure on Dr. Mitchell after the killing to alter the diagnosis of his long time patient.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1734.  When Dr. Wakeford was informed that what he said would not be kept confidential "Dr. Wakeford elected not to be

interviewed," which led Dr. Bersoff to conclude that Dr. Wakeford acted ethically.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

1735.   Dr. Bersoff noted that a professional association's ethics committee or state licensing board formally make a finding of unethical conduct of psychologists, which has not occurred in this case.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1736.   Hammer reported to all mental health evaluators that his mother abused him during his childhood in physical and emotional ways but only told Dr. Blumberg that he actually had sex with his mother, the classical oedipal situation.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1737.   Hammer reported beatings, painful enemas, as well as emotional abuse.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

1738.   Hammer reported his father sexually abused his sister and coerced him into sexual activity with her at an early age.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

1739.   Hammer's mother was also reportedly sexually inappropriate with him, inspecting his genitalia routinely.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

1740.   Hammer described himself as homosexual during the interview by Drs. Matthews and Martell.

11

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1741.  According to medical records, Hammer said he fell from a tree at age seven and reported to doctors only later in life that he suffered a loss of consciousness with subsequent seizures.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1742.  Hammer's parents reported to an interviewer in 1978 that they were not aware of their son's loss of consciousness.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1743.  Hammer was diagnosed with Dysthymic Disorder and Antisocial Personality Disorder in October 1996 by Dr. Mitchell.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1744.  Hammer occasionally receives some support from a prison counselor on an "as needed basis" but now has no regular mental health treatment.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1745.  During the interview with Drs. Matthews and Martell, Hammer said he lied to the FBI agent because he did not want other inmates to know that Marti's death occurred during a sex act for fear of being labeled as "a sicko."

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1746.  Hammer described the sexual relationship between Marti and himself and how he tied up Mr. Marti for a "sexual experiment."

12

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1747.   Hammer to Drs. Matthews and Martell said that he and Andrew Marti were participating in consensual sexual activity around the time of the murder.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

1748.   Hammer told Drs. Matthews and Martell that he tied Mr. Marti to Hammer's (bottom) bunk, made a condom out of a glove, and applied some lubricant.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1749.   Hammer described to Drs. Matthews and Martell a subjective sense that he had "other parts" to which he had given names but denied that these were separate personalities or entities.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1750.   On the death row unit, Hammer described talking with other inmates.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1751.   Hammer's score on the Aggression scale of a test administered by Drs. Matthews and Martell suggests that he is a chronically angry individual who will freely express his anger and hostility.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1752.   According to Drs. Matthews and Martell, diagnostically, Hammer's history and the fit between his profile

13

and known clinical groups appear most consistent with Borderline Personality Disorder.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1753. Hammer received a mildly impaired score for grip strength in the left hand.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1754. Hammer's score on a test to recall and reproduce geometric shapes was mildly to moderately impaired which reflects perceptual difficulties rather than impaired visual memory skills.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1755. Hammer has multiple indicia of a Right-hemisphere brain dysfunction, primarily affecting sensory-perceptual functions.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1756. Hammer's areas of impairment do not significantly affect his trial competency.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1757. Those cognitive skills most critical to trial competency are also his areas of greatest strength, including at least average intelligence, average to very superior memory ability, and intact reasoning and complex problem solving capacity.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1758.  Drs. Matthews and Martell reached a diagnosis of Control Disorder not otherwise specified which is a diagnostic category for disorders of cognitive dysfunction that do not meet criteria for any of the specific cognitive disorders.

Undisputed ____    Disposed _✓_    Undisputed but Objected To ____

1759.  Hammer had multiple indicia of right hemisphere brain dysfunction, primarily affecting sensory perceptual functions.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1760.  Borderline Personality Disorder, an Axis II diagnosis, is characterized by patters of unstable interpersonal relationships, self image, emotions and impulsivity.

Undisputed _✓_    Disputed ____    Undisputed but Objected To ____

1761.  Hammer meets nine out of nine possible criteria for this personality disorder.

Undisputed _✓_    Disputed ____    Undisputed but Objected To ____

1762.  Hammer was first diagnosed with this disorder in 1977 and diagnosed recently with this disorder by Dr. Blumberg.

Undisputed ____    Disputed ____    Undisputed but Objected To _✓_

1763.  Hammer's fluctuating mood symptoms and non-lethal suicidal behaviors are better accounted for by Borderline Personality Disorder.

Undisputed ____    Disputed _✓_    Undisputed but Objected To ____

1764.  Hammer's self reports as well as the observations of others suggest that he has experienced dissociative periods.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1765.    Such dissociative episodes would be consistent with the dissociative symptoms of Borderline Personality Disorder.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1766.    Brief periods of paranoia also seen in his history, are also consistent with this criterion.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1767.    Narcissistic Personality Disorder is a personality disorder with a pervasive pattern of grandiosity, need for admiration, and lack of empathy.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1768.    Hammer, according to Drs. Matthews and Martell, meets the full set of diagnostic criteria for this disorder, which requires five of nine possible characteristics.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1769.    The evidence of Mr. Hammer's suggestibility dates back to his childhood.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1770.    Starting in grade school, he had multiple hospitalizations for abdominal pain with no apparent cause.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1771.    In 1977 he was diagnosed with Munchausen's syndrome, a disorder of seeking medical attention for fabricated symptoms.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1772.  The diagnosis of Dissociative Identity Disorder was introduced with interviews by Jill Miller and Dr. Sadoff in late 1996 and early 1997.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1773.  The interview with Jill Miller contained many questions which might be considered leading questions about Dissociative Identity Disorder.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1774.  After these interviews, Hammer began to research the topic of Dissociative Identity Disorder, although he reported to Dr. Mitchell in 1998 that he was ambivalent about the evaluative process and the conclusions made by experts.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1775.  Hammer also researched background information on Dr. Sadoff and Dr. Dubin prior to their hypnotic interview with him.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1776.  Dr. Kluft's interview in October 2004 included a number of assessment tools that further reinforced symptoms of Dissociative Identity Disorder.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1777.  Hammer's baseline of heightened suggestibility and character disturbance from Borderline Personality Disorder

created a fertile ground for introgenically induced Dissociative Identity Disorder.

Undisputed ____   Disputed _✓_   Undisputed but Objected To ____

1778.   In other words, the Dissociative Identity Disorder experts who examined Mr. Hammer for this diagnosis found it because he followed their leads.

Undisputed ____   Disputed _✓_   Undisputed but Objected To ____

1779.   In the opinion of Drs. Matthews and Martell, Hammer has severe pathology from personality disorders but does not have Dissociative Identity Disorder.

Undisputed ____   Disputed _✓_   Undisputed but Objected To ____

1780.   Drs. Matthews and Martell explored with Hammer during their interview in April 2005, whether Hammer's decision was the result of internal coercive forces, such as an "alter" personality taking over or any other manifestation of dissociative identity disorder.

Undisputed ____   Disputed _✓_   Undisputed but Objected To ____

1781.   Hammer reported that during the previous week he had not had any periods of unconsciousness or blackouts that might suggest he had been dissociating.

Undisputed ____   Disputed _✓_   Undisputed but Objected To ____

1782.   Hammer expressed the view that, in retrospect, he had made decisions "that were not rational, but at the time they seemed rational."

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1783.    Hammer acknowledged to Drs. Matthews and Martell that he was competent to plead guilty and waive a jury trial.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1784.    Hammer stated in April 2005, "I know how the system works, I know the procedures.  I knew there would be no trial, that the jury would have to come back with the verdict."

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1785.    Hammer admitted that "I can't say I was incompetent," and "I can't say in the legal sense of being incompetent that I was incompetent, no."

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1786.    Hammer viewed himself as having made some decisions that were not altogether rational, such as arguing for his own death, but that he was competent to make those decisions.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1787.    Hammer also described being very gratified by the experience of being able to argue his case before the appellate court.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1788.    Hammer viewed his argument before the Third Circuit as the "crowning achievement" of his legal career.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

19

1789.  Hammer stated that at the time his actions seemed perfectly right.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1790.  When Drs. Matthews and Martell asked Hammer about the effect of his purported alters upon his competency, he replied that there was: "No effect because I don't think I've been incompetent."

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1791.  Hammer acknowledged he had "vacillated" many times about whether he wanted to fight on with his appeals.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1792.  Hammer explained that there was "no one thing" that caused the vacillation, but that it depended on how he was feeling at the time.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1793.  One advantage, according to Hammer, to not fighting would be "just to have some control" and to have things over with.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1794.  Given the absence of pathology, in June 1998 and July 2000, there was no reason to believe that his competency was impaired.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1795.  At no time was there ever any evidence that Mr. Hammer's mental state was impaired by psychotic symptoms such as delusions or hallucinations.

Undisputed _____    Disputed __✓__   Undisputed but Objected To _____

1796.  Hammer's mood exhibited some fluctuation, the records do not demonstrate any sustained perturbation.

Undisputed _____    Disputed __✓__   Undisputed but Objected To _____

1797.  Hammer provided rational reasons that were consistent across time for the decisions he made.

Undisputed _____    Disputed __✓__   Undisputed but Objected To _____

1798.  Hammer's reasons included wanting to do the "right thing", wanting to take responsibility for the death of Mr. Marti, wanting to have some control over his fate, and wanting to atone for his wrongdoing.

Undisputed _____    Disputed __✓__   Undisputed but Objected To _____

1799.  While in retrospect Hammer may regret some of his decisions, and might now weigh the various factors that went into his decision making differently, the decisions that were made were based upon rational and well-articulated reasons.

Undisputed _____    Disputed __✓__   Undisputed but Objected To _____

1800.  Hammer's decision to plead guilty was not unduly motivated by a desire to not return to Springfield as there were other main reasons motivating his decision.

Undisputed _____    Disputed __✓__   Undisputed but Objected To _____

21

1801.   The utter absence of any recorded evidence suggesting Dissociative Identity Disorder played a role is underscored by Hammer's own admission that ultimately he makes the decisions.

Undisputed ____    Disputed  √    Undisputed but Objected To ____

1802.   There is simply no evidence that his thyroid medication affected his decision making at all, nor is it likely.

Undisputed ____    Disputed  √    Undisputed but Objected To ____

Respectfully submitted,

THOMAS A. MARINO
United States Attorney

By    s/Frederick E. Martin
FREDERICK E. MARTIN
Assistant United States Attorney
PA 57455
Herman T. Schneebeli Federal Bldg.
240 West Fourth Street, Suite 316
Williamsport, PA 17701-6465
Tele: (570) 326-1935
FAX: (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated: October ____, 2005

22

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     : Crim. No. 4:CR-96-263
                                   : Civil No. 4:CV-02-510
          v.               :
                                   : (Muir, J.)
DAVID PAUL HAMMER          : **ELECTRONICALLY FILED**

## CERTIFICATE OF SERVICE

    I hereby certify that I caused a true and correct copy of the foregoing

### UNITED STATES' FINDINGS OF FACT

to be electronically mailed on October ___, 2005 to:

ADDRESSEE:
        Anne L. Saunders, Esquire
        Anne_Saunders@fd.org

        Michael Wiseman, Esquire
        Michael_Wiseman@fd.org


                        s/Frederick E. Martin
                        FREDERICK E. MARTIN
                        Assistant United States Attorney