IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 4:CR-96-263 |
| | : Civil No. 4:CV-02-510 |
| v. | : |
| | : (Muir, J.) |
| DAVID PAUL HAMMER | : **ELECTRONICALLY FILED** |

**UNITED STATES' SUPPLEMENTAL FINDINGS OF FACT
(Nos. 1472 through 1691) AS ANNOTATED BY COUNSEL FOR HAMMER**

1472.   Dr. Bill Elliott served as chief psychologist at the Terre Haute Penitentiary and served as chief psychologist from the time of Hammer's arrival at the penitentiary until 2004.

Undisputed __✔__   Disputed ____   Undisputed but Objected To ____

1473.   During his time at Terre Haute, Hammer did not view himself as having any mental condition or need for counseling with mental health providers.

Undisputed ____   Disputed __✔__   Undisputed but Objected To ____

1474.   Dr. Elliott did not see any signs of DID during Hammer's stay at Terre Haute, including pressured speech, amnesia, or any other symptomology.

Undisputed ____   Disputed __✔__   Undisputed but Objected To ____

1475.   Hammer was in Phase III at Terre Haute during the times when he indicated a willingness to be executed in late 2000 as well as early 2004 at which times Dr. Elliott frequently saw him.

Undisputed ____   Disputed __✔__   Undisputed but Objected To ____

1476.   Hammer was never placed in Phase II at the SCU in Terre Haute since he had not earned it by having twelve consecutive months of clear conduct.

Undisputed _____    Disputed _____    Undisputed but Objected To __✔__

1477.   Dr. Elliott indicated that Hammer indicated a responsibility for Marti's death in discussions with him but did not express any remorse.

Undisputed _____    Disputed __✔__    Undisputed but Objected To _____

1478.   Dr. Elliott indicated that Hammer's statements to him were consistent with statements he made to the Court of Appeals during the oral argument in July 2000.

Undisputed _____    Disputed __✔__    Undisputed but Objected To _____

1479.   Dr. Elliott indicated that Hammer complained of a conflict of interest on behalf of Dr. Bigler, another psychologist at Terre Haute, who spoke to the Oklahoma victims of Timothy McVeigh's crime and also served as an available psychologist for the inmates at Terre Haute including McVeigh.

Undisputed _____    Disputed _____    Undisputed but Objected To __✔__

1480.   To Dr. Elliott Hammer spoke well of efforts by Dr. Mitchell to help him at the Allenwood Penitentiary.

Undisputed _____    Disputed __✔__    Undisputed but Objected To _____

1481.   Dr. Elliott saw different moods in Hammer during Hammer's stay at Terre Haute but did not observe any lability.

Undisputed _____    Disputed __✔__    Undisputed but Objected To _____

1482.  To Dr. Elliott Hammer indicated that he did not want to go back to Pennsylvania due to the conditions of confinement there which included less phone access, less interaction with individuals and other "creature comforts" which were available to him at Terre Haute.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1483.  Dr. Elliott did not feel that at any time that Hammer was suicidal even when he indicated a desire to be executed.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1484.  Both Nicole Weaver-Tadross and Lt. Tim Devane worked on the midnight to 7:00 a.m. shift at the Allenwood Penitentiary on the morning of April 13, 1996.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1485.  Neither Devane nor Tadross saw signs of a struggle in SHU cell 103 when they entered that area.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1486.  Neither Tadross nor Devane saw any sign of contemporaneous sex between Marti and Hammer at the time of Marti's death.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1487.  Neither Devane nor Tadross flushed the toilet in SHU cell 103 where Marti and Hammer had lived.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

3

1488.  Hammer declined to provide any statement why he killed Marti to Tadross since she would have to testify at any criminal proceedings.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

1489.  Neither Devane nor Tadross recalled anyone smoking in SHU cell 103 on April 13, 1996.

Undisputed __✓__   Disputed _____   Undisputed but Objected To _____

1490.  Following the efforts to revive Marti, cell 103 was closed by Lt. Devane and not opened until the morning of April 13, 1996 for Guy Fleck and Lt. Santos to take photographs of cell 103.

Undisputed __✓__   Disputed _____   Undisputed but Objected To _____

1491.  Dr. Matthews and Dr. Martell met with Hammer at the Terre Haute Penitentiary in April 2005.

Undisputed __✓__   Disputed _____   Undisputed but Objected To _____

1492.  Dr. Matthews spent only the first day in Hammer's presence while Dr. Martell engaged in tests with Hammer on the following day.

Undisputed __✓__   Disputed _____   Undisputed but Objected To _____

1493.  Dr. Matthews currently is affiliated with teaching at medical schools.

Undisputed _____   Disputed _____   Undisputed but Objected To __✓__

1494.  Dr. Matthews was an independent forensic psychiatrist.

4

Undisputed _____  Disputed _✓_  Undisputed but Objected To _____

1495.  Dr. Matthews stated vacillation by Hammer is not necessarily a sign of any mental problem.

Undisputed _____  Disputed _✓_  Undisputed but Objected To _____

1496.  Dr. Matthews believed that Drs. Mitchell and Wolfson conducted an adequate mental competency evaluation of Hammer on June 22, 1998.

Undisputed _____  Disputed _✓_  Undisputed but Objected To _____

1497.  It is Dr. Matthews' opinion that Hammer was competent to enter his guilty plea on June 22, 1998, regardless of suggested diagnoses of dissociative identity disorder, post traumatic stress disorder, or depression.

Undisputed _____  Disputed _✓_  Undisputed but Objected To _____

1498.  Dr. Matthews focused on Hammer's abilities as they appeared from transcripts of the June 22, 1998, guilty plea as well as the July 18, 2000, appeal argument.

Undisputed _____  Disputed _✓_  Undisputed but Objected To _____

1499.  Dr. Matthews felt that Hammer's reasons for entering a guilty plea or waiving an appeal were rational and did not suggest any mental incompetence.

Undisputed _____  Disputed _✓_  Undisputed but Objected To _____

1500.  Dr. Matthews indicated that there was no physical condition, including a thyroid condition or diabetes, which would have affected Hammer and rendered him incompetent to enter a

5

guilty plea on June 22, 1998, or waive rights on October 1, 1998, to proceed with counsel and to waive appellate rights in July of 2000.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1501.  Dr. Matthews indicated that Hammer learned considerable about DID merely from sitting in a trial which occurred in this case.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1502.  Dr. Matthews concluded that Hammer suffered from an Axis II condition, borderline personality disorder, but even that condition did not affect his abilities to enter a guilty plea on June 22, 1998, waive his right to counsel on October 1, 1998, or waive his right to appeal in July 2000.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1503.  Dr. Matthews indicated that a forensic psychiatrist is very concerned with maintaining evidence in an effort to a view as accurately as possible the subject without affecting the subject, which are not concerns of clinical psychologists or psychiatrists.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1504.  To Dr. Matthews, Hammer stated that he and Marti on April 13, 1996, were participating in consensual sexual activity around the time of the murder since Marti was "into bondage" and

6

had requested that Hammer tie him up and choke him during intercourse to heighten his sexual experience.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1505.    To Dr. Matthews, Hammer provided facts never before provided during the criminal proceedings in that he claimed that Marti had established a signal, "snapping fingers" to indicate when Hammer should stop choking him.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1506.    To Dr. Matthews Hammer reported explicitly a fact which he had not previously shared with other evaluators or investigators that he engaged in oral sex with Marti on the evening of April 12, 1996, at approximately 8:00 p.m.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1507.    To Dr. Matthews, Hammer for the first time during the criminal proceeding explicitly told him that he had made a condom out of a glove for his April 13, 1996, sexual encounter with Marti and applied some lubricant to Marti's anus.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1508.    Both Drs. Martell and Matthews noted some slight seasonal depression in Hammer when they encountered him in April 2005.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1509.  None of the physical complaints made by Hammer to Dr. Matthews at the time of their encounter in April 2005, suggested that Hammer was suffering from any mental disease.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

1510.  Dr. Matthews concluded that based on testing done by Dr. Martell and possibly others that Hammer had right hemisphere brain dysfunction, but this primarily affected sensory perceptual functions and would not impede his abilities to enter a guilty plea or waive other rights, especially since he demonstrated a sophisticated understanding of his legal situation and excellent recall of dates over the last twenty years.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

1511.  Dr. Matthews noted that Dr. Gur's 2004 findings of abnormal brain size and small brain ventricles on an Axis III diagnosis but found no relevance in Dr. Gur's findings which would suggest that Hammer was incompetent on June 22, 1998, or other dates.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

1512.  Dr. Matthews indicated that Dr. Gur's MRI, PET scan and other analysis is not generally accepted by a forensic psychiatrist or neuropsychologist to evaluate persons.

Undisputed _____   Disputed __✓__   Undisputed but Objected To _____

1513.  Dr. Matthews reviewed in detail in his report the testimony of Drs. Wolfson and Mitchell on June 22, 1998 in

concluding that they conducted an adequate mental competency evaluation of Hammer.

Undisputed \_\_\_\_    Disputed ✓    Undisputed but Objected To \_\_\_\_

1514.    Dr. Matthews also reviewed in his report the guilty plea colloquy of Hammer held on June 22, 1998 and found nothing in Hammer's response to this Court's questions which suggested he was suffering from any mental disease or defect or was incompetent to enter the plea of guilty on that date.

Undisputed \_\_\_\_    Disputed ✓    Undisputed but Objected To \_\_\_\_

1515.    Dr. Matthews found that Drs. Wolfson and Mitchell had conducted an adequate review of Hammer's mental competency to waive his right to counsel on October 1, 1998.

Undisputed \_\_\_\_    Disputed ✓    Undisputed but Objected To \_\_\_\_

1516.    Dr. Matthews found upon reviewing Hammer's responses to this Court's questions on October 1, 1998, that Hammer was not suffering from any mental disease and that he was fully competent to waive his right to counsel on that date.

Undisputed \_\_\_\_    Disputed ✓    Undisputed but Objected To \_\_\_\_

1517.    Dr. Matthews also reviewed the transcript of the argument on July 18, 2000, before the Third Circuit Court of Appeals.

Undisputed \_\_\_\_    Disputed ✓    Undisputed but Objected To \_\_\_\_

9

1518.  Dr. Matthews found nothing in Hammer's presentation to the three judge panel in July 2000 which suggested that he was suffering from any mental disease or defect on that occasion.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1519.  Although attorney for Hammer, Stephen Smith, did not testify at the § 2255 hearing, transcripts from October 1998 and January 2004, revealed that Smith then believed that Hammer was competent to waive counsel at the former time and remained competent at the latter time to discontinue his collateral challenge.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1520.  Dr. Matthews found that Hammer appeared fully competent to waive his right to appeal when he argued his case before the Third Circuit.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1521.  Unlike other evaluating psychologists or psychiatrists, Dr. Matthews specifically asked Hammer regarding his views on whether he had been competent during his previous legal proceedings.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1522.  Hammer acknowledged to Dr. Matthews that he was competent to plead guilty and waive a jury trial since he knew how the system worked, knew the procedure and there would be no

trial, and knew that the jury would have to come back with a verdict.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1523.   Dr. Matthews learned from Hammer that Hammer viewed himself as having made some decisions that were not altogether rational but that he was competent to make those decisions.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1524.   With respect to his argument before the Third Circuit, Hammer viewed this a the "crowning achievement" of his legal career and that at that time he felt that his actions seemed perfectly right.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1525.   With respect to whether the alters were affecting Hammer's competency, Hammer told Dr. Matthews that he alone made the relevant decisions.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1526.   In responding to Dr. Matthews' inquiry about Hammer's various vacillations, Hammer told him that there was no one thing that caused these changes but that it depended upon how he was feeling at the time and never thought that his vacillations as suicidal.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1527.   Dr. Matthews concluded that based upon the record, Hammer's own testimony, and the observations and findings of

forensic examiners, that Hammer was not functionally impaired at the time he pled guilty and could knowingly, voluntarily, and intelligently enter the plea which he did on June 22, 1998.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1528. Dr. Matthews concluded similarly that for subsequent waivers, at no time was there any evidence that Hammer's mental state was impaired by psychotic symptoms such as delusions or hallucinations and that Hammer's mood, while exhibiting some fluctuation, did not demonstrate any sustained perturbation which would suggest that he was incompetent.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1529. Dr. Matthews indicated that Hammer provided rational reasons for entering a guilty plea and waiving his right to counsel and his right to appeal which were consistent across time for the decisions he made.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1530. While Hammer suggested to Dr. Matthews that he had some regrets regarding the decisions he made and now might weigh the various factors into his decision-making differently, the decisions nonetheless were based upon rational and well articulated reasons and not caused by trial stressors or concerns that he would be sent to the Medical Center for Federal Prisoners at Springfield or any other extraneous factor.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

12

1531.   Dr. Matthews concluded that Hammer's decision to enter a guilty plea, while characterized as impulsive by others, was, in fact, carefully thought out and deliberated upon over a period of time.

Undisputed ____   Disputed ✓   Undisputed but Objected To ____

1532.   When Dr. Matthews was confronted by defense suggestions that Hammer suffered from frequent headaches, in his opinion, such symptomology did not indicate in any way that his opinions regarding Hammer's competency would change especially since there were no reports of significant headaches in June of 1998, in contemporaneous medical records.

Undisputed ____   Disputed ✓   Undisputed but Objected To ____

1533.   After reviewing pertinent Bureau of Prisons' medical records for Hammer in June 1998, including many visits by physicians assistants, there was nothing in those records which suggested to Dr. Matthews that his conclusions about Hammer's competence were incorrect but, in fact, the various evaluations by physicians assistants indicated that Hammer was well oriented and had health concerns that may have been legitimate but did not impinge on his ability to enter a guilty plea on June 22, 1998.

Undisputed ____   Disputed ✓   Undisputed but Objected To ____

1534.   Jack Luhrman as the compound officer was the only one who held the segregation keys on April 13, 1996.

Undisputed ✓   Disputed ____   Undisputed but Objected To ____

1535.    There was an assistance call and Luhrman met the lieutenant down in the segregation and used the key to open the door to cell 103 while listening to the lieutenant's instructions.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1536.    Lt. Devane and Luhrman saw Hammer standing at the door to cell 103 and heard him say his "celly's dead."

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1537.    Lt. Devane asked Luhrman for his handcuffs.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1538.    Lt. Devane and Luhrman opened the wicket and Lt. Devane handcuffed Hammer.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1539.    Hammer was wearing underwear, undershirt, and flip-flops on April 13, 1996.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1540.    After removing Hammer from SHU cell 103, the door was closed and Hammer was taken to the rec cage for which only Luhrman had a key.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1541.    When Luhrman arrived and entered cell 103, he could see that Marti's hands and legs were tied to the bed.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1542.    Lt. Devane told Luhrman to untie Marti because the physicians assistant wanted to do some medical assessments on him.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

1543.    Luhrman looked at the bindings on Marti's wrists and ankles and attempted to untie them with his hands but realized that they were way too tight to do that.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1544.    Luhrman told one of the officers to go and get a pair of scissors to undo the bindings on Marti.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

1545.    As tight as the restraints were, the only time Luhrman saw anything similar was when he worked at the Allenwood Penitentiary in the Cuban unit where they would tie bed sheets together and use the item as a lighter.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1546.    Luhrman used the scissors to undo the bindings on Marti's hands and legs.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

1547.    According to Luhrman, there was a smell of urine coming from the bed Marti was laying on.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1548.    Luhrman did not see in SHU cell 103 any signs of a struggle only that Marti was restrained to the bed and his face

15

kind of smashed into the pillows there, but the room was actually fairly clean and not in any kind of disorder.

Undisputed ____   Disputed ✓   Undisputed but Objected To ____

1549.   Luhrman did not notice in SHU cell 103, from past experience, any homosexual activity.

Undisputed ____   Disputed ✓   Undisputed but Objected To ____

1550.   Marti was wearing a t-shirt and underpants at the time of his death.

Undisputed ____   Disputed ✓   Undisputed but Objected To ____

1551.   It took approximately one half hour to forty-five minutes to cut through the restraints and remove Marti from SHU cell 103.

Undisputed ____   Disputed ✓   Undisputed but Objected To ____

1552.   According to Luhrman, none of the responders in SHU cell 103 smoked.

Undisputed ✓   Disputed ____   Undisputed but Objected To ____

1553.   According to Luhrman, no one, while he was in SHU cell 103, had flushed the toilet.

Undisputed ✓   Disputed ____   Undisputed but Objected To ____

1554.   Luhrman gave his key to Lt. Devane because they were doing CPR on Marti and Luhrman escorted the stretcher they had brought down and Lt. Devane then secured the door to SHU cell 103.

Undisputed ✓   Disputed ____   Undisputed but Objected To ____

1555.   Luhrman was familiar with Hammer's writing through monitoring outgoing mail.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1556.   With respect to his experience with Hammer which Hammer was in the general population at Allenwood, Hammer's actions and behavior were normal but his name kind of stood out to Luhrman because the entire day Hammer seemed to be asking for something.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1557.   Luhrman was not aware of any condoms made out of latex gloves as they were considered contraband.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

1558.   Luhrman has never seen an actual condom or anything to even substitute to be used as a condom either at Lewisburg or at Allenwood.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1559.   Special Agent Malocu collected the swabs, anal and penal, and some head hair taken from Marti at the autopsy by Dr. Funke.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1560.   Representatives of the Bureau of Prisons received Marti's clothing on April 14, 1996, and later handed those items to Special Agent Malocu.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

17

1561.  Initial statements were taken by former FBI Agent Thompson from inmates Classen and Yager relating to possible homosexual behavior between Marti and Hammer.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1562.  A note written by Hammer containing seven paragraphs about the Marti killing was provided to Special Agent Malocu by Leonard Yager.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

1563.  There were no references in those seven paragraphs regarding homosexual behavior between Marti and Hammer.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

1564.  Government Exhibit 38 is an exhibit listing that was used at trial in the Hammer case and included preserved evidence by Special Agent Malocu.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1565.  Eventually Special Agent Malocu sent the loose sock with blood, which is identified as Government Exhibit 19 on the original trial exhibit list, to the laboratory for DNA and serology analysis.

Undisputed _____    Disputed _____    Undisputed but Objected To __✓__

1566.  Special Agent Malocu did not use devices, such as light or ultraviolet light equipment, in the field at Williamsport.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1567.  Special Agent Malocu said an ultraviolet analysis would be done by the laboratory technician at the FBI laboratory.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1568.  Letters from monitoring of Hammer's mail as well as intercepted notes from Hammer, were provided to Special Agent Malocu by representatives of the Bureau of Prisons from the investigations office and are listed as Government Exhibit 38.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

1569.  More than 100 pieces of correspondence with envelopes which indicated that the sender was Hammer were copied by Bureau of Prisons staff and given to Special Agent Malocu.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

1570.  Several letters listed on Government Exhibit 38 and purportedly written by Hammer were sent to the laboratory for handwriting analysis by Special Agent Malocu for comparative analysis.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

1571.  There was one letter which was determined not the handwriting of David Paul Hammer and evaluated by the FBI handwriting expert.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1572.  Special Agent Malocu did not collect any latex gloves from SHU cell 103.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

19

1573.   Hammer appeared in Williamsport and provided several pages of handwriting exemplars to Special Agent Malocu.

Undisputed __✓__   Disputed ____   Undisputed but Objected To ____

1574.   Special Agent Malocu previously participated in an interview with Agent Mike Hahn and Hammer regarding a tax fraud case that was being investigated by the FBI.

Undisputed ____   Disputed __✓__   Undisputed but Objected To ____

1575.   Either Ruhnke or Travis or both examined the items of physical evidence collected by Special Agent Malocu.

Undisputed ____   Disputed __✓__   Undisputed but Objected To ____

1576.   Documents provided to Hammer's counsel included information from the Oklahoma Department of Corrections, the Oklahoma Board of Parole, and an intergovernmental agreement between the State of Oklahoma and the Federal Bureau of Prisons.

Undisputed __✓__   Disputed ____   Undisputed but Objected To ____

1577.   According to the intergovernmental agreement, "This agreement may be terminated by either party upon 60 days written notice to the other party.  Within a reasonable time of the giving or receipt of such notice, the State shall retake custody of all inmates transferred to BOP under this agreement."

Undisputed ____   Disputed ____   Undisputed but Objected To __✓__

1578.   Approximately five individuals who worked at the Williamsport Resident Agency of the FBI spoke with Hammer at various times and for different reasons.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1579.   Disclosed to trial counsel by the prosecution was an Oklahoma document which stated, "Claimed responsibility for murder of an Enid man, Carl I Singer in June of 1985."

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

1580.   Disclosed to trial counsel by the prosecution was an Oklahoma document which stated, "Claimed responsibility for murder of a Maryville, Tennessee man, Kenneth Kenner, in November of 1986."

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

1581.   Disclosed to trial counsel by the prosecution was an Oklahoma document which stated, "Inmate Hammer also stated at one time he had knowledge concerning the murder of Karen Silkwood and that he was involved [but] no evidence [was] ever found to support this."

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

1582.   Disclosed to trial counsel by the prosecution was an Oklahoma document which stated, "In 1993, inmate Hammer alleged he had hired someone to murder a Youngstown, Ohio man, and to prove his involvement had instructed the killer to place a quarter in the victim's mouth [and] Hammer referred to this as the, 'two bit killing' [for which] no evidence [was] ever found to support this."

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

1583.   Special Agent Malocu went to Tennessee and reviewed the items of evidence in the Sheriff's office relating to the Kenner homicide.

Undisputed ✔    Disputed ____    Undisputed but Objected To ____

1584.   Special Agent Malocu did not travel to Oklahoma to investigate any of Hammer's claimed murders in that State.

Undisputed ____    Disputed ✔    Undisputed but Objected To ____

1585.   Special Agent Malocu was unaware at the time of trial of Hammer's claim that he killed "Jane Doe" in the area of Chataqua, New York.

Undisputed ____    Disputed ✔    Undisputed but Objected To ____

1586.   Disclosed to defense counsel prior to trial was a listing of inmates who were housed in the Special Housing Unit at the time of the murder at the Allenwood Penitentiary, who were advised that if Hammer's attorneys wanted to discover the present whereabouts of some or all of these individuals, an effort would have been made to disclose their present circumstances at that time.

Undisputed ____    Disputed ✔    Undisputed but Objected To ____

1587.   The listing provided to Ruhnke and Travis included the inmates that were housed in the Special Housing Unit, disciplinary segregation dated 4/13/96 as well as a listing of inmates in administrative detention and a roster printed on 4/13/96.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

1588.   Special Agent Malocu did not speak with any individuals who suggested Hammer accidently killed Marti during the course of consensual sex.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

1589.   With respect to supplemental discovery, attorneys for Hammer specifically sought materials relating to other FBI interviews of Hammer.

Undisputed _____    Disputed _____    Undisputed but Objected To ✓

1590.   In addition the Philadelphia office of the FBI, Hammer had been contacted regarding investigations by the FBI's Michigan, Oklahoma and its headquarters offices and Hammer's attorneys were provided with excerpted documents from those Michigan, Oklahoma, and California offices.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

1591.   Special Agent Malocu, by doing a computer indices check, determined that Hammer had contact with other FBI offices.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

1592.   The Advocate was a publication that dealt with homosexual activity.

Undisputed ✓    Disputed _____    Undisputed but Objected To _____

1593.   The prosecution provided in discovery to Hammer's trial attorney, an article from *The Advocate* which stated that a person believes he will soon be joined by a young and anxious

23

lover with whom he will spend many years in reality, the man and his mother will be and murdered by individuals within your employ, sincerely Hammer.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1594.    Special Agent Malocu was not aware of any murder of an individual and his mother from the Oklahoma State Penitentiary as the newspaper article from *The Advocate* suggested.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1595.    That publication also included references to the Kenneth Kenner and Carl Singer murders.

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

1596.    The enclosures from the prosecution to Hammer's defense counsel included the following information, "No evidence has surfaced to support his claim that he arranged the murders. Similarly, there has been no substantiation of Hammer's assertion that he personally murdered two girls in the 1970s.    An investigator in one of the cases purportedly stated that Hammer claimed to have killed the girl two days before she actually was murdered." according to newspaper clippings.

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

1597.    The article further included that Hammer notified the FBI and several news reporters that he had information about the celebrated 1974 death of anti-nuclear activist Karen Silkwood which occurred when he was hired to throw a scare into Ms.

24

Silkwood, but the plan went awry resulting in her death in a traffic accident.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

1598.  The FBI handwriting expert determined that Hammer was the writer of K-1 and K-2, prepared the "David Hammer" or "David Paul Hammer" signatures on the Q-14, Q-15, Q-16, and Q-18 letters or questioned items which were listed on the government trial exhibit list.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1599.  With respect to the Kenner homicide, Special Agent Malocu reviewed everything that was available as far as physical evidence at the -- in the Blount County Sheriff's office.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1600.  After reviewing the evidence for a day or two, Special Agent Malocu concluded that Hammer was not involved in the homicide.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

1601.  Special Agent Malocu observed Hammer interviewed by Tennessee authorities, he had multiple contact with those investigators day after day after day and as days went on, Hammer was simply regurgitating things that the investigators were telling Hammer in their conversations on the phone, which probably should not have been revealed during those conversations.

Undisputed ✓    Disputed _____    Undisputed but Objected To _____

1602.    The prosecution sent documents from Hammer's federal mental health files to Hammer's trial attorneys who made specific requests including reviews by Drs. White, Mitchell, and Bigelete, staff psychiatrist or psychologist with the Bureau of Prisons.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

1603.    In July 1997, Special Agent Malocu believed he was waiting for a psychiatric evaluation being conducted by Hammer's experts.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

1604.    Disclosed to defense counsel in a discovery request by the prosecution was a one page attachment from the Bureau of Prisons which referred to "Additionally on March 19, 1995, Hammer tied bed sheets around his cell mate's neck, wrists, thighs, and ankle areas in the special housing unit."

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

1605.    The prosecution advised Hammer's trial counsel who made a specific request that it was not believed that the "bed book" or written document that details in which precise cell inmates resides exists at the Allenwood facility on April 13, 1996.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

1606.    The prosecution again provided Hammer's trial counsel with the computerized printout of inmates in the Special Housing

Unit at Allenwood on April 13, 1996, and indicated that "[A]t least you have a beginning point for whatever endeavor you wish to pursue."

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

1607.   In responding to Hammer's trial counsel, the prosecution noted that recently they sent a series of letters requesting discovery of many items in the above-captioned case beginning on December 31, 1997, and as recently as January 19, 1988 [sic] for which specific responses were provided.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

1608.   On April 20, 1998, the prosecution forwarded a copy of the FBI laboratory report on blood typing and identification of semen was sent to Hammer's counsel.

Undisputed ✓    Disputed _____    Undisputed but Objected To _____

1609.   Q-29 was a letter that was received at the United States Attorney's Office from an inmate by the name of Matthew McShea addressed "to Mac from Dave" which was disclosed to Hammer's trial counsel who presented it to the triers of fact as a defendant exhibit.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

1610.   The prosecution sent counsel for Hammer items requested by them and obtained from the Secret Service including a letter written by Hammer as well as the substance of interviews of him regarding the purported plot to kill Jesse Jackson.

27

Undisputed \_\_\_\_    Disputed \_✓\_    Undisputed but Objected To \_\_\_\_

1611.  Defense Exhibit 197, the FOIA letter received by Ruhnke was a document which Agent Malocu never recalled seeing at trial.

Undisputed \_\_\_\_    Disputed \_✓\_    Undisputed but Objected To \_\_\_\_

1612.  Following the formal notification regarding the notice of insanity, Agent Malocu when he interviewed prospective witnesses asked questions that dealt with Hammer's demeanor or things he may have said or his conduct which related to the DID diagnosis of defense experts.

Undisputed \_\_\_\_    Disputed \_✓\_    Undisputed but Objected To \_\_\_\_

1613.  The prosecution advised defense counsel that an analysis was done by the FBI Laboratory and proved negative for the presence of semen in Marti's rectal area.

Undisputed \_\_\_\_    Disputed \_✓\_    Undisputed but Objected To \_\_\_\_

1614.  With respect to the statement that Hammer gave to Agent Thompson, some of the things were authenticated, others were not and the position that the FBI took at the trial in Hammer's case reflected that situation.

Undisputed \_\_\_\_    Disputed \_✓\_    Undisputed but Objected To \_\_\_\_

1615.  At trial, questions were asked of Agent Malocu relating to the possibility that sexual activity took place between Marti and Hammer.

Undisputed \_\_\_\_    Disputed \_✓\_    Undisputed but Objected To \_\_\_\_

28

1616.    At trial, Yager was asked by Ruhnke questions about the possibility that condoms could be made out of latex gloves.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1617.    Hammer's trial attorneys received from the prosecution, a copy of a letter from Prosecutor Nancy Mullett relating to inmate Hammer about possibly being written out, which meant removed from one institution, the federal institution at Lompoc, and taken to the Kalamazoo County Jail and held there to testify.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1618.    Travis' closing alluded to a sexual bondage, and a "prison condom," which was made from rubber gloves that were found during a search of cell 103.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1619.    The prosecution conceded at trial that Hammer and Marti may have been involved in a sexual relationship.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1620.    Special Agent Malocu discounted any contemporaneous sex with the killing finding it quite peculiar that Marti was face down wearing two pair of pants and bound to a bed and it was improbable that Marti could ejaculate, masturbate, or in any way bring himself to orgasm being tied to the bed face down wearing two pair of pants.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

29

1621. Special Agent Malocu could not recall being involved in having anything to do with Hammer's conditions of confinement nor could he recall of the prosecution being involved in or taking any steps.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1622. During the time that Dr. Magaletta served as a psychologist at the Allenwood Penitentiary when Hammer was present, he did not observe in any of his encounters with Hammer any symptomology which would suggest that Hammer suffered from DID.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1623. Even though Dr. Magaletta spoke with Hammer about Hammer's beliefs that his food was being poisoned, Dr. Magaletta did not believe that Hammer suffered from any delusions or any other symptomology of mental disease when Hammer voiced those complaints.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1624. When Dr. Magaletta did 30-day reviews, or otherwise spoke with Hammer about Hammer's mental health condition, he would ask open-ended questions as to how Hammer was feeling or what he may have been experiencing.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1625. Dr. Magaletta had less experience as a psychologist than did Dr. John Mitchell, who worked with him at the Allenwood

30

Penitentiary, and had no experience as a forensic psychologist in June 1998.

Undisputed ____    Disputed ____    Undisputed but Objected To __✓__

1626.  Dr. Magaletta disagreed with Dr. Bersoff's analysis of Bureau of Prisons' regulations as they affected ethical issues.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1627.  Special Agent Thompson interviewed Hammer on the morning of April 13, 1996.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1628.  Agent Thompson spoke with Hammer and advised him of his rights even though Hammer waived his rights but refused to do so in writing.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1629.  Hammer initially started the interview by asking a question and learned from Special Agent Thompson that Marti was no longer alive.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1630.  After learning of Marti's death, Hammer then began the interview with another question "what do you want to start at?"

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1631.  Initially Hammer told Thompson about the duration of his living arrangements in the Special Housing Unit with Marti.

31

Undisputed \_\_\_\_    Disputed ✓    Undisputed but Objected To \_\_\_\_

1632.   Hammer then provided details beginning at 1:00 a.m. on April 13, 1996.

Undisputed \_\_\_\_    Disputed ✓    Undisputed but Objected To \_\_\_\_

1633.   It was only after the initial two questions by Hammer and the two statements by Hammer that Hammer then began to speak more quickly than Special Agent Thompson could write, since Thompson was attempting to take long hand notes of everything Hammer said.

Undisputed \_\_\_\_    Disputed ✓    Undisputed but Objected To \_\_\_\_

1634.   When Thompson asked Hammer to begin again more slowly from the beginning, Hammer understood and the rest of the interview occurred, with the exceptions of breaks as requested by Hammer, without interruption.

Undisputed \_\_\_\_    Disputed ✓    Undisputed but Objected To \_\_\_\_

1635.   Special Agent Thompson had no prior familiarity with Hammer except as had been provided by the brief information he received from prison officials on the morning of April 13, 1996.

Undisputed ✓    Disputed \_\_\_\_    Undisputed but Objected To \_\_\_\_

1636.   Thompson basically allowed Hammer to provide whatever information he wished.

Undisputed \_\_\_\_    Disputed ✓    Undisputed but Objected To \_\_\_\_

1637.   Towards the conclusion of the interview, Thompson specifically asked a question of Hammer regarding why he killed

Marti to which he responded with a number of statements but none of which related to sexual activity with Marti.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1638.    Special Agent Thompson felt that largely Hammer had provided him with a truthful statement regarding what had occurred.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1639.    Hammer indicated at the conclusion of the interview that he "had better get me a lawyer" which prevented Agent Thompson, in his view, from returning and re-interviewing Hammer once further details of the offense had been gathered.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1640.    Following the interview of Hammer, Agent Thompson in the company of other representatives of the Special Intelligence Service (SIS) office at the Allenwood Penitentiary, including Mark Traxler and Ronald Jury, conducted a murder scene investigation which was videotaped of SHU cell 103.

Undisputed ____    Disputed ____    Undisputed but Objected To ✓

1641.    The videotape of the examination of SHU cell 103 revealed items in the toilet which had not been flushed including the match, cigarette, and two pieces of paper.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

1642.    The videotape of cell 103 showed a functional clock with a quartz crystal readout which was positioned in the exterior window of SHU cell 103.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1643.    The videotape of the examination of cell 103 included Special Agent Thompson finding a package of latex gloves on a desk as well as a glove on the top bunk.

Undisputed __✓__    Disputed _____    Undisputed but Objected To _____

1644.    After the videotape examination of cell 103 was concluded, Special Agent Thompson conducted further review of evidence to determine its value.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1645.    Special Agent Thompson more closely examined the latex gloves after the videotape was concluded and found the gloves had all their fingers and there was nothing suggestive about the gloves having been used for any purpose for which they could have evidentiary value.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

1646.    The videotape examination of cell 103 revealed a piece of cloth and a sock in the area where pillows had been placed on the lower bunk and where there appeared to be one pillow with possible blood stains.

Undisputed _____    Disputed __✓__    Undisputed but Objected To _____

34

1647.   The videotape of cell 103 indicated that it was neatly maintained and not the apparent scene of any recent struggle.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

1648.   Special Agent Thompson did not ask Hammer to specify how he straddled Marti.

Undisputed ____    Disputed ____    Undisputed but Objected To ✓

1649.   Special Agent Thompson did not ask what particular type of hold Hammer claimed to have on Marti's neck.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1650.   Hammer did not illustrate with his hands how he strangled Marti since he was in restraints.

Undisputed ✓    Disputed ____    Undisputed but Objected To ____

1651.   Special Agent Thompson had been involved in an earlier murder of inmate Brasheer by two individuals, Manness, who was represented by Attorney Travis, and Jones, which involved a homosexual relationship between Brasheer and Manness.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

1652.   Special Agent Thompson did not find any items of evidentiary value in SHU cell 103 which supported a homosexual relationship between Marti and Hammer.

Undisputed ____    Disputed ✓    Undisputed but Objected To ____

35

1653.    The videotape of the top bunk of cell 103 reflected that it appeared to have been slept in which corresponded with one aspect of the statement Hammer made to FBI Agent Thompson.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1654.    Special Agent Thompson had not been involved in any earlier murder investigations which involved strangulation.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1655.    Special Agent Thompson did not conduct follow-up investigation with, for example, Correctional Officer Boone, to determine whether aspects of Hammer's statement were accurate since the case had been assigned to Special Agent Malocu on April 15, 1996.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1656.    When Hammer referred in this statement to physical aspects of cell 103 and some of its contents, such as a razor blade, those items were located by Special Agent Thompson during the videotaped examination.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1657.    Special Agent Thompson did not use any ultraviolet testing of items in SHU cell 103 on April 13, 1996.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1658.    Chaplain Glenn Crook testified that he provided pastoral counseling to Hammer from 1996 through 1998.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

36

1659.  Chaplain Crook indicated that he would sit on the floor of the Special Housing Unit and speak to Hammer through a wicket, at times exceeding one-half hour, in order to allow Hammer to express his views and receive pastoral care.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1660.  Chaplain Crook coordinated his visits to Hammer and communicated details of his visits to Hammer with Dr. Mitchell.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1661.  Chaplain Crook received a special act award in October 1998 from Warden Fanello.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1662.  Chaplain Crook indicated that the special act award received from Warden Fanello was not anticipated at all and had no effect on any of his testimony as a rebuttal witness at the trial.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1663.  Chaplain Crook would talk to Hammer about Hammer's life, family, and religious issues, but sometimes Hammer did not want to talk to him at all.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1664.  Chaplain Crook indicated that he was motivated only to help Hammer's soul rather than any promise to receive remuneration for his actions at the Allenwood Penitentiary or at trial.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1665.  Harry Montville, also known as "Chip," served as a deputy U.S. Marshal in this District in 1998.

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

1666.  Montville, together with DUSM Hardy and Ellis, were primarily responsible for transporting Hammer back and forth from the courthouse to the Allenwood Penitentiary.

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

1667.  DUSM Montville had recollections of transporting either by driving or serving as escort officer in the same car as Hammer on his trips to and from court in 1998.

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

1668.  DUSM Montville recalled an incident in which correctional personnel at the Allenwood Penitentiary tightened Hammer's handcuffs so tight that he, in Montville's view, had a legitimate complaint which complaint was addressed within minutes after leaving the Allenwood Penitentiary by the deputy's loosening the handcuffs which a correctional official at Allenwood initially had set.

Undisputed _____    Disputed _____    Undisputed but Objected To _✓_

1669.  During the times Hammer was in Montville's presence, Montville never saw Hammer acting in any fashion which would suggest that Hammer was suffering from mental condition that precluded him from understanding what was going on.

38

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1670.   Montville did not recall an instance during the trial where Hammer was unresponsive or did not understand directions which the Marshal's provided to him in terms of his escorting to and from the Allenwood Penitentiary and the Courthouse.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1671.   SIS Lt. Todd Matthews secured Hammer's disciplinary status in 1998.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1672.   According to the disciplinary records secured from the Bureau of Prisons computerized system, while Hammer was sanctioned in June 1998 for a violation of disciplinary rules, authorities at the Allenwood facility suspended imposition of that sanction to determine if Hammer, by way of maintaining clear conduct, would not have to receive that punishment.

Undisputed ____    Disputed __✓__    Undisputed but Objected To ____

1673.   According to Lt. Matthews, in mid-July 198, the June 1998 sanctions were imposed because Hammer engaged in another violation of Bureau of Prisons' rules in July 1998.

Undisputed __✓__    Disputed ____    Undisputed but Objected To ____

1674.   While it was possible that the Warden could impose a loss of privileges for Hammer in June of 1998, the defense did not suggest any reason through Matthews or any other witness why the Warden would impose such a sanction at that time.

39

Undisputed _____    Disputed _√_    Undisputed but Objected To _____

1675.  Lt. Matthews also presented and explained Bureau of Prisons' 292 forms or Special Housing Unit sheets which would have recorded aspects of Hammer's incarceration in June 1998.

Undisputed _____    Disputed _√_    Undisputed but Objected To _____

1676.  The June 1998-292's in Hammer's case reflected, among other things, that he was seen by physicians assistants, received meals when he was not in court, and received opportunities to leave his cell for exercise.

Undisputed _____    Disputed _√_    Undisputed but Objected To _____

1677.  The forms indicate that Hammer was presented an opportunity for exercise on weekends when he would not be in court as well as reflected legal visits with his attorneys.

Undisputed _____    Disputed _√_    Undisputed but Objected To _____

1678.  Dr. Mitchell testified that the award he received in October 1998, from Warden Fanello was not anticipated and did not in any way the testimony which he provided during the Hammer proceedings.

Undisputed _____    Disputed _√_    Undisputed but Objected To _____

1679.  Dr. Mitchell indicated that inmates sometimes sought to be single-celled or not to be bothered with any cellmates.

Undisputed _____    Disputed _____    Undisputed but Objected To _√_

1680.  Dr. Mitchell in his notes of April 1989, anticipated that Hammer would experience some stress in the upcoming proceedings and discussed ways of coping with the situation.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1681.  Dr. Mitchell was aware and took into consideration Dr. Gelbort's prior opinion and raw data relating to Hammer prior to June 22, 1998, and still concluded that Hammer was competent to enter a guilty plea on that date.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1682.  Dr. Mitchell was aware and took into consideration the DID diagnosis by Dr. Sadoff of Hammer, prior to June 22, 1998, but nonetheless concluded that Hammer was competent to enter his plea of guilty.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1683.  Dr. Mitchell indicated that there were not any forensic psychologists with whom he was familiar in the immediate Williamsport area in 1998, who had expressed an interest in doing work with inmates at the Allenwood Penitentiary.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1684.  Dr. Mitchell was aware of the existence of other psychologists in the Williamsport area by virtue of having made referrals to them of employees who were seeking assistance in a confidential Department of Justice program which used the acronym "EAP."

41

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

1685.  Dr. Mitchell found that Hammer's tears were appropriate at the times he cried whether it related to recollections of childhood abuse, the pressure of trial, or the recommendation of the jury that he receive the death penalty.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

1686.  Dr. Mitchell indicated that Hammer's pain arose at trial when there was testimony regarding his abusive childhood, when inmates whom he thought were friends testified against him, and when there were references to his homosexual encounters in prison.

Undisputed _____    Disputed ✓    Undisputed but Objected To _____

1687.  Dr. Mitchell indicated that other inmates whom he treated for psychological issues had complained to him about being abused as children.

Undisputed _____    Disputed _____    Undisputed but Objected To ✓

1688.  Dr. Mitchell indicated that Hammer did not provide any details, nor did he ask for any details, regarding how Marti happened to die on April 13, 1996.

Undisputed _____    Disputed _____    Undisputed but Objected To ✓

1689.  Dr. Mitchell indicated that while he had no prior court experience in evaluating individuals' competence, he did have practical experience in making evaluations of prisoners where there competence to participate in prison proceedings was

42

in question on the average of two to three times a month while working at the Allenwood Penitentiary.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1690.    Special Agent Austin succeeded Special Agent Anthony Malocu as the case agent for the Hammer prosecution and therefore retained possession of the physical evidence relating to that trial.

Undisputed _____    Disputed _✓_    Undisputed but Objected To _____

1691.    Special Agent Austin allowed defense representatives to send whatever items they wished to send to Bode Laboratories for analyses without any limitations by the FBI.

Undisputed _✓_    Disputed _____    Undisputed but Objected To _____

Respectfully submitted,

THOMAS A. MARINO
United States Attorney


By__s/Frederick E. Martin_____
FREDERICK E. MARTIN
Assistant United States Attorney
PA  57455
Herman T. Schneebeli Federal Bldg.
240 West Fourth Street, Suite 316
Williamsport, PA 17701-6465
Tele:  (570) 326-1935
FAX:  (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated: October ___, 2005

43

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      : Crim. No. 4:CR-96-263
                                   : Civil No. 4:CV-02-510
            v.                    :
                                   : (Muir, J.)
DAVID PAUL HAMMER             : **ELECTRONICALLY FILED**


## CERTIFICATE OF SERVICE

     I hereby certify that I caused a true and correct copy of
the foregoing

**UNITED STATES' SUPPLEMENTAL FINDINGS OF FACT**
**(Nos. 1472 through 1691)**
**AS ANNOTATED BY COUNSEL FOR HAMMER**

to be electronically mailed on October _____, 2005 to:

ADDRESSEE:

        Anne L. Saunders, Esquire
        Anne_Saunders@fd.org

        Michael Wiseman, Esquire
        Michael_Wiseman@fd.org



                          _____s/Frederick E. Martin_____
                          FREDERICK E. MARTIN
                          Assistant United States Attorney