IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :

                          :  Criminal No.  4: CR-96-239

                          :

        v.                 :

                          :  Judge Muir

                          :  (Electronically Filed)

DAVID PAUL HAMMER  :

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH
TO FILE POST-HEARING MEMORANDA OF LAW**

---

AND NOW comes David Paul Hammer, through counsel, and respectfully

requests that this Honorable Court grant Mr. Hammer two additional working days,

until Monday, October 17, 2005, within which to file his post-hearing brief and in

1

support thereof, states the following:

## Background

1.      On November 4, 1998, this Court sentenced David Paul Hammer to death following his conviction for first degree murder.

2.      Petitioner incorporates by reference the Statement of Facts and Procedural History contained in his *Supplemental and Third Amended Motion to Vacate And Set Aside Conviction and Sentence Pursuant to 28 U.S.C.§ 2255 By a Person In Federal Custody* (hereafter, "*Third Motion*") filed on November 30, 2004.

3.      Petitioner updates that history as follows.  On September 26, 2005 undersigned counsel filed a *Motion for Leave to File Supplemental and Fourth Amended Motion* (hereafter, *Motion for Leave*) for relief under 28 U.S.C. § 2255 alleging that the Petitioner is entitled to a new trial because the Government violated the dictates of Brady v. Maryland, 373 U.S. 83, 87 (1963) by failing to disclose until September 22, 2005, a series of FBI 302 Statements that constitute material evidence.

4.      This Court held an evidentiary hearing on Petitioner's § 2255 motion commencing July 14, 2005, and concluding on September 29, 2005.

5.      Pursuant to Order of this Court, both parties submitted annotated findings of fact.

6.      On September 29, 2005, this Court also Ordered that Petitioner submit

supplemental briefs within two weeks of the close of the evidentiary phase of the hearing.

7.    Accordingly, Petitioner's supplemental brief is currently due tomorrow, October 13, 2005.

8.    Unfortunately, the computer system for the Defender Association's Federal Court Division, Capital Habeas Unit, has been down all week and did not become operational again until this morning.  While undersigned counsel have nonetheless utilized other means to make progress on Mr. Hammer's supplemental brief, we believe that we will not be able to complete it by tomorrow due to our computer system failure and our inability to access our files related to Mr. Hammer.

9.    Mr. Moreno has discussed this matter with Assistant United States Attorney Frederick Martin, Esquire, who indicated that he is unopposed to Petitioner's request to file his supplemental brief on Monday, October 17, 2005.

WHEREFORE, Petitioner respectfully seeks permission to file his supplemental brief on Monday, October 17, 2005.

Respectfully Submitted,


s/Anne L. Saunders
_____
Anne L. Saunders, Esquire
Asst. Federal Public Defender

Attorney ID # PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)

s/Michael Wiseman

_____

Michael Wiseman, Esquire
Supervising Assistant Federal Defender
Attorney ID # PA 75342
Defender Association of Philadelphia
Federal Court Division -Capital Habeas Unit
Suite 545 West – The Curtis Building
Philadelphia, PA 19106
(Michael_Wiseman@fd.org)


Dated: October 12, 2005

**CERTIFICATE OF SERVICE**

I, Anne Saunders, of the Federal Defender's Office do hereby certify that on this date I served a copy of the foregoing Motion via Electronic Case Filing or by placing a copy in the United States mail, first class, in Harrisburg, Pennsylvania, addressed to the following:

Frederick Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA 17701

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division - Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

Dated: October 12, 2005

s/Anne L. Saunders

_____

Anne L. Saunders, Esquire