IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA         :
                                 :   Criminal No.  4: CR-96-239
                                 :
       v.                        :
                                 :   Judge Muir
                                 :   (Electronically Filed)
DAVID PAUL HAMMER                :

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of

Petitioner's unopposed Motion For Extension of Time Within Which To File Post

Hearing Memoranda of Law, it is hereby ORDERED:

1.    That Petitioner's Unopposed Motion is GRANTED. Petitioner is hereby
      Ordered to file his supplemental post-hearing brief no later than
      Monday, October 17, 2005.

                              BY THE COURT,


                              _____
                                                        J.