IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

    :    Criminal No.  4: CR-96-239

    :

     v.                    :

    :    Judge Muir

    :    (Electronically Filed)

DAVID PAUL HAMMER       :

## ORDER

AND NOW, this __12th__ day of ___October___, 2005, upon consideration of

Petitioner's unopposed Motion For Extension of Time Within Which To File Post

Hearing Memoranda of Law, it is hereby ORDERED:

1.  That Petitioner's Unopposed Motion is GRANTED. Petitioner is hereby Ordered to file his supplemental post-hearing brief no later than Monday, October 17, 2005.

BY THE COURT,

_____
                                 J.