```
USA0B          531.01        *         INMATE HISTORY         *       10-14-2005
PAGE   002                   *          ADM-REL                *              09:25:07

         REG NO..:    17832-009    NAME....:    FOWLER, ROYCE LEE
         CATEGORY:    ARS                 FUNCTION:    DIS              FORMAT:


FCL    ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP  DATE/TIME
B01       RELEASE     RELEASED FROM IN-TRANSIT FACL   06-15-1998   1900  06-15-1998   1900
B01       A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  06-15-1998   0630  06-15-1998   1900
LEW       HLD REMOVE  HOLDOVER REMOVED                06-15-1998   0630  06-15-1998   0630
LEW       A-HLD       HOLDOVER, TEMPORARILY HOUSED    05-26-1998   1900  06-15-1998   0630
A01       RELEASE     RELEASED FROM IN-TRANSIT FACL   05-26-1998   1900  05-26-1998   1900
A01       A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  05-26-1998   0935  05-26-1998   1900
ATL       HLD REMOVE  HOLDOVER REMOVED                05-26-1998   0935  05-26-1998   0935
ATL       A-HLD       HOLDOVER, TEMPORARILY HOUSED    05-21-1998   2152  05-26-1998   0935
5-U       RELEASE     RELEASED FROM IN-TRANSIT FACL   05-21-1998   2152  05-21-1998   2152
5-U       A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  05-21-1998   1053  05-21-1998   2152
MAN       FED WRIT    RELEASE ON FEDERAL WRIT         05-21-1998   1053  07-08-1998   1338
MAN       A-DES       DESIGNATED, AT ASSIGNED FACIL   07-11-1996   1330  05-21-1998   1053
S01       RELEASE     RELEASED FROM IN-TRANSIT FACL   07-11-1996   1330  07-11-1996   1330
S01       A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  07-11-1996   0825  07-11-1996   1330


         G0002        MORE PAGES TO FOLLOW . . .
```

**Government Exhibit 1**