# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

_____

UNITED STATES OF AMERICA,

           Respondent,

         v.

DAVID PAUL HAMMER,

         Petitioner.

_____

:
:
:
:
:
:
:
:
:
:
:
:

Criminal No. 4:CR–96-239

Judge Muir

## PETITIONER'S SUPPLEMENTAL WITNESS LIST

PLEASE TAKE NOTICE that Petitioner will call the following additional witnesses at the upcoming evidentiary hearing in the above captioned matter:

Rodney Archambault
Mark Jordan
Jyi McCray
Terry Dean Sittig
Chester Larimore
Gaylon Don Ball
Bradley Brown
Timothy Gibbs
Mark O'Berg
Bradley Hosselkus
Randy Vander Schaaff
Gayle Krien
Tim Ondahl
Jill Miller
Custodian OK DOC Records
Custodian BOP Records

**Government Exhibit 3**

Clerk, United States District Court for the Eastern District of Okla.


Date: June 13, 2005                    Respectfully submitted,


_____

ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)
Attorney for David Paul Hammer