IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :
                            :
     v.                :  No. 4:CR-96-239
                            :
DAVID PAUL HAMMER      :  (Judge Muir)

ORDER

October 19, 2005

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On November 4, 1998, this court sentenced David Paul Hammer to die by lethal injection for the first degree murder of Andrew Marti. The relevant history of this case since the imposition of the sentence of death is set forth in prior opinions and orders and we will not repeat that history other than as needed to address the pending matter. The evidentiary phase of the hearing on Mr. Hammer's § 2255 proceeding concluded after 31 days on September 29, 2005. On that date we authorized the parties to file supplemental proposed findings of fact and briefs. The proposed findings of fact and briefs have been filed. The purpose of this order is to schedule closing argument.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. Closing arguments will be heard on November 10, 2005, commencing at 10:00 a.m.

2. Mr. Hammer may attend the closing arguments in person or by video conferencing. If Mr. Hammer desires to view the closing arguments by video conferencing counsel shall notify the Deputy Clerk within 5 working days of the date of this order and make any necessary arrangements with the prison officials at the

United States Penitentiary, Terre Haute, Indiana.  If the officials at USP-Terre Haute need a court order to effectuate the video conferencing counsel for Mr. Hammer shall present the court with a motion and proposed form of order.

3. If Mr. Hammer desires to attend the closing arguments in person, counsel shall file a notice so stating within 5 working days of the date of this order.

4.  If Mr. Hammer does not desire to attend the closing arguments in person or by video conferencing, counsel shall file a notice so stating within 5 working days of the date of this order.

s/Malcolm Muir

_____
MUIR, U.S. District Judge

MM:gs