IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 4:CR-96-263 |
| | : | Civil No. 4:CV-02-510 |
| v. | : | |
| | : | (Muir, J.) |
| DAVID PAUL HAMMER | : | **ELECTRONICALLY FILED** |

**UNITED STATES' RESPONSE TO COURT ORDER OF
SEPTEMBER 20, 2005**

COMES NOW, the United States of America by the United States Attorney, Thomas A. Marino, United States Attorney for the Middle District of Pennsylvania, in response to this Court's Order dated September 20, 2005, and states with respect to the questions posed in that entry as follows.

None of the government experts, specifically, Drs. Wolfson and Karten, who testified in either the guilt or penalty phase of proceedings or both proceedings, specifically were confronted in questioning with Dr. Gelbort's opinion that Hammer suffered from "cognitive deficits." However, by indicating that they believed that Hammer did not suffer from any Axis I condition or rejected at least the DID diagnosis put forth by Hammer's experts, including Drs. Sadoff and Gelbort, (see TT, Vol. 12, pp. 168-170; TT, Vol. 15, pp. 55-56; TT, Vol. 16, pp. 177-180; 194; & 199), Drs. Wolfson and Karten disagreed inferentially with Dr. Gelbort's opinion. It is also noted that Dr. Mitchell, who was called as a defense witness, specifically referred to aspects of Dr. Gelbort's report. His testimony on that matter appears to

dispute parts of Dr. Gelbort's opinion.  (TT, Vol. 20, pp. 80; 130; & 134.)

None of the government's experts, who testified in the penalty phase of proceedings specifically were confronted during questioning with Dr. Mitchell's opinion that Hammer suffered from "major depressive disorder."  Dr. Karten testified that he felt Hammer suffered at one time from intermittent explosive disorder, had assessed Hammer for depression, and was aware that Dr. Mitchell had worked with him generally.  (TT, Vol. 15, p. 69; TT, Vol. 16, p. 194.)  Again, by not indicating that he arrived at any Axis I diagnosis in Hammer's case, including depression, (see TT, Vol. 12, pp. 166-170), Dr. Wolfson disagreed with Dr. Mitchell's opinion.  Moreover, even Dr. Mitchell, during his testimony, did not support unequivocally the defense's proposed mitigating factor that "Hammer presently suffers from a major mental disease or defect."  Specifically, he stated that Hammer's condition varied in terms of its existence and severity, was somewhat caused by the criminal proceedings, and was not so severe as to preclude his competence to proceed.

(See TT, Vol. 19, pp. 142-143; 164; 183-184; TT, Vol. 20, pp. 18;

21-22; 53-54.)

                        Respectfully submitted,

                        THOMAS A. MARINO
                        United States Attorney

                        By   s/Frederick E. Martin
                        FREDERICK E. MARTIN
                        Assistant United States Attorney
                        PA 57455
                        Herman T. Schneebeli Federal Bldg.
                        240 West Third Street, Suite 316
                        Williamsport, PA 17701
                        Telephone:  (570) 326-1935
                        FAX:  (570) 326-7916
Dated: October 19   , 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA     : Crim. No. 4:CR-96-263
                                    : Civil No. 4:CV-02-510
          v.                   :
                                    : (Muir, J.)
DAVID PAUL HAMMER          : **ELECTRONICALLY FILED**


## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing

**UNITED STATES' RESPONSE TO COURT ORDER OF
SEPTEMBER 20, 2005**

to be electronically mailed on October__19__, 2005 to:

ADDRESSEE:

        Anne L. Saunders, Esquire
        Anne_Saunders@fd.org

        Michael Wiseman, Esquire
        Michael_Wiseman@fd.org


                       ____s/Frederick E. Martin_____
                       FREDERICK E. MARTIN
                       Assistant United States Attorney