UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 4:CR-96-239 |
| | : | |
| v. | : | (Judge Muir) |
| | : | |
| DAVID PAUL HAMMER | : | (Electronically Filed) |

**PETITIONER'S MOTION FOR ORDER DIRECTING HIS ATTENDANCE
AT THE CLOSING ARGUMENTS ON NOVEMBER 10, 2005
VIA VIDEOCONFERENCING**

AND NOW comes the defendant, David Paul Hammer, by his attorneys, Anne L. Saunders of the Federal Public Defender's Office, and respectfully avers as follows:

1.      On November 4, 1998, this Court sentenced David Paul Hammer to die by lethal injection for the first degree murder of Andrew Marti.

2.      Beginning July 14, 2005, this Court conducted an evidentiary hearing on Mr. Hammer's Section 2255 Petition.

3.      The testimony concluded on September 29, 2005.  Mr. Hammer was subsequently sent back to USP-Terre Haute.

4.      On October 19, 2005, this Court issuing an order scheduling closing arguments for November 10, 2005 and directing that counsel notify the Court within five days if Mr. Hammer sought to attend the arguments via videoconferencing.

5.      Mr. Hammer does wish to attend the argument via videoconferencing.

6.      Counsel have contacted the institution and learned that it is equipped for video-conferencing and that it can facilitate videoconferencing testimony provided it receives a court order.  Members of the legal team have also made arrangements to be present with Mr. Hammer at the institution in the event he has questions during the proceedings.

7.      Accordingly, Hammer respectfully requests that this Court issue an order directing that he be permitted to attend the proceedings on November 10, 2005 beginning at 10:00 am via videoconferencing.

WHEREFORE, Hammer, by his counsel, respectfully requests that this Court grant his *Motion for Order Directing His Attendance at the Closing Arguments on November 10, 2005 via Videoconferencing*.

Respectfully Submitted,


s/ Michael Wiseman
MICHAEL WISEMAN, ESQUIRE
Supervising Assistant Federal Defender
Attorney ID#PA 75342
Defender Association of Philadelphia
Federal Court Division-Capital Habeas Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
Tel. No. (215) 928-0520
(Michael_Wiseman@fd.org)

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
(Anne_Saunders@fd.org)

## CERTIFICATE OF SERVICE

I, Anne Saunders, of the Federal Public Defender's Office do hereby certify that on this date I served a copy of the foregoing via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA.  17701-6465

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

Date:  October 21, 2005

Respectfully submitted,

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
(Anne_Saunders@fd.org)