UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :    NO. 4:CR-96-239
                            :
        v.                  :    (Judge Muir)
                            :
DAVID PAUL HAMMER           :    (Electronically Filed)

**ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of Petitioner's Motion for Order Directing that the David Paul Hammer Attend the Closing Arguments on November 10, 2005 via Videoconferencing, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** Mr. Hammer is allowed to participate in the scheduled hearing on November 10, 2005 at 10:00 am EST via videoconferencing with members of the legal team present.

The video conference will be conducted between Williamsport, Pennsylvania and USP Terre Haute, Terre Haute, Indiana.

BY THE COURT,

_____

Malcolm Muir.
United States District Judge