UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 4:CR-96-239 |
| | : | |
| v. | : | (Judge Muir) |
| | : | |
| DAVID PAUL HAMMER | : | (Electronically Filed) |

## STATEMENT OF CONCURRENCE

AND NOW comes David Paul Hammer, through counsel, and, pursuant to

Rule 7.1 of the Local Rules of the United States District Court for the Middle District

of Pennsylvania, respectfully states the following:

Counsel, Anne Saunders, Esquire has contacted Frederick Martin, Esquire, who

informs counsel that barring technical problems with the institution, he concurs with

Hammer's motion.

Respectfully submitted,

s/ Anne L. Saunders
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
(Anne_Saunders@fd.org)