UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :    NO. 4:CR-96-239

v.    :    (Judge Muir)

DAVID PAUL HAMMER    :    (Electronically Filed)

**ORDER**

AND NOW, this 24th day of October___, 2005, upon consideration of

Petitioner's Motion for Order Directing that the David Paul Hammer Attend the

Closing Arguments on November 10, 2005 via Videoconferencing, **IT IS HEREBY**

**ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** Mr. Hammer is allowed to participate in the scheduled hearing on November 10, 2005 at 10:00 am EST via videoconferencing with members of the legal team present.

The video conference will be conducted between Williamsport, Pennsylvania and USP Terre Haute, Terre Haute, Indiana.

BY THE COURT,

Malcolm Muir.
United States District Judge