*UNITED STATES OF AMERICA v. DAVID PAUL HAMMER*

FILED
WILLIAMSPORT

DEC ⬚ ⬚ 2005

Per_____
DEPUTY CLERK

**JUDGE MUIR**

**MIDDLE DISTRICT OF PENNSYLVANIA**

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

DATE: September 12, 2005

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 1 | | Transcript of Guilty Plea and Competency Hearing | June 22, 1998 | 9/6/05 | 9/8/05 | Wilson |
| 2 | | Hammer's Note to Yager | | 9/20/05 | 9/21/05 | Malone |
| 3.1 | | Physician's Desk Reference - Synthroid | | | | |
| 3.2 | | Physician's Desk Reference - Depakote | | | | |
| 4 | | Bureau of Prisons' Program Statement 6000.05 | 09/15/96 | | | |
| 5 | | NERO Review of Marti Filings | | | | |
| 6 | | Videotape of Medical Center for Federal Prisoners 10/27 & 10/28/97 | 11/6/97 | 9-8-05 | 9-8-05 | Gonzales |
| 7 | | FBI Interview of Hammer at MCFP | 1997 | | | |
| 8 | | CCM | 1/12/98 | | | |
| 9.1 | | Photographs of Hammer | 11/4/97 | 9-8-05 | 9/8/05 | Sury |
| 9.2 | | Medical Evaluation | 11/4/97 | | | |
| 9.3 | | Correspondence from Hammer | | | | |
| 10 | | Transcript of Argument Before Third Circuit | July 2000 | 9-12-05 | Not offered | Elliott |

Original Exhibits returned to Counsel.

PAGE ___1___ OF PAGE ___29___

## UNITED STATES OF AMERICA v. DAVID PAUL HAMMER

**JUDGE MUIR**

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

**MIDDLE DISTRICT OF PENNSYLVANIA**

DATE: September 12, 2005

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 11 | | Psychology Records at Terre Haute | 2000-Present | | | |
| 12 | | Medical Records of Hammer at Terre Haute | 2000-Present | | | |
| 13 | | Inseam | | 9-13 05 | 9-13-05 | Funke |
| 14 | | Defense Opening Statement | June 3, 1998 | | | |
| 15 | | Defense Closing Argument | July 1998 | | | |
| 16 | | Prosecution Closing Arguments | July 21 & 22, 1998 | | | |
| 17 | | Polaroid Photographs of Marti and Hammer | | 9-12-05 | 9-12-05 | Weaver |
| 18 | | Length of Braided Rope | | | | |
| 19.1 | | Videotape of Cell Search | 4/96 | 9-14-05 | 9-14-05 | Thompson |
| 19.2 | | Still from Videotape (G-19.1) | | | | |
| 20 | | Photographs of Cell | | 7-14-05 | 7-15 05 | Travis |
| 21 | | Set of Plastic Gloves | | | | |
| 22 | | Small Plastic Bag | | | | |
| 23 | | Waiver Hearing Transcript | 01/04 | 9-26-05 | 9-26 05 | Austin |

Case 4:96-cr-00239-JHS Document 1217 Filed 12/30/05 Page 2 of 9

# GOVERNMENT'S § 2255 HEARING LIST OF EXHIBITS

## UNITED STATES OF AMERICA v. DAVID PAUL HAMMER

**JUDGE MUIR**

**CR. NO. 4:CR-96-00239**
**CV. NO. 4:CV-02-00295**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**DATE: September 12, 2005**

Case 4:96-cr-00239-JHS   Document 1297   Filed 12/30/05   Page 3 of 29

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 24 | | Jury Selection Transcript (Excerpts) Vol. 8 | 05/14/98 | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | Bureau of Prisons' Program Statement 3451.04 | 07/10/01 | 9-9-05 | 9-9-05 | Ask. Carlson |
| 29 | | Letter from Fanello to Troutman | | | | |
| 30 | | Trial Testimony of Crook | June 19, 1998 | | | |
| 30.1 | | Penalty Phase Testimony of Troutman | July 1, 1998 | | | |
| 30.2 | | Penalty Phase Testimony of Troutman | July 10, 1998 | | | |
| 31 | | Penalty Phase Testimony of Dr. Mitchell | July 8 & 9, 1998 | | | |
| 34 | | Hammer's Request to Proceed *Pro Se* | 08/11/97 | | | |
| 35 | | Defendant's Motion to Proceed *Pro Se* | 05/05/97 | | | |

JUDGE MUIR

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

MIDDLE DISTRICT OF PENNSYLVANIA

DATE: September 12, 2005

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 36 | | Hypnosis Session Transcript | 09/17/97 | | | |
| 37 | | Hypnosis Session Videotape | | | | |
| 38 | | Government's List of Trial Exhibits | 6/98 | 9-20-05 | 9-21-05 | Malone |
| 39 | | Excerpt from Telephone Book | 1998 | 9-26-05 | 9-26-05 | Mitchell |
| 40.1 | | Disciplinary Record of Hauser | various dates | | | |
| 40.2 | | Protective Custody Request of Hauser | 8/14/97 | | | |
| 40.3 | | Incident Report of Hauser | 9/12/96 | | | |
| 40.4 | | Prior Record Excerpt from Hauser's Presentence Report | | | | |
| 40.5 | | Judgment & Commitment Order for Hauser | 6/15/95 | | | |
| 40.6 | | Hauser Progress Report Excerpts | 1996 & 1997 | | | |
| 41.1 | | 302 of Hauser (Malocu) | 12/5/96 | | | |
| 41.2 | | 302 of Hauser (Childs) with Attachments | 12/19/96 | | | |
| 42.1 | | Mark Jordan Affidavit | Undated | | | |

Case 4:96-cr-00239-JHS   Document 1207   Filed 12/30/05   Page 4 of 29

JUDGE MUIR

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

MIDDLE DISTRICT OF PENNSYLVANIA

DATE: September 12, 2005

Case 4:96-cr-00239-JHS   Document 217   Filed 12/30/05   Page 5 of 29

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 42.2 | | Mark Jordan Trial Testimony | 6/98 | 9-20-05 | 9-21-05 | Malone |
| 42.3 | | FBI 302 For Jordan | 05/20/98 | | | |
| 43 | | Contract between Bureau of Prisons and Oklahoma Corrections w/Addenda | 1990 | | | |
| 44.1 | | Report of Dr. Robert Sadoff | 1997 | 7-28-05 | 7-28-05 | Sadoff |
| 45 | | Report of Dr. Michael Gelbort | 1997 | | | |
| 46 | | Autopsy Photographs | | 9-13-05 | 9-13-05 | Funke |
| 47 | | Letter to U.S. Attorney from Hammer | April 29, 1997 | | | |
| 48 | | Excerpt from Wmspt Polk City Directory | 1998 | 9-26-05 | 9-26-05 | Mitchell |

# GOVERNMENT'S § 2255 HEARING LIST OF EXHIBITS

## UNITED STATES OF AMERICA v. DAVID PAUL HAMMER

JUDGE MUIR

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

MIDDLE DISTRICT OF PENNSYLVANIA

DATE: September 12, 2005

Case 4:96-cr-00239-JHS Document 1217 Filed 12/30/05 Page 6 of 29

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 49 | | Defense Penalty Phase opening | June 30, 1998 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 51.1 | | Report of Dr. Grassian | 1997 | | | |
| 51.2 | | Report of Dr. Grassian | 2004 | | | |
| 52.1 | | Report of Dr. Wolfson | 1998 | | | |
| 52.2 | | Report of Dr. Wolfson | 8/98 | 9/6/05 | 9/8/05 | Wolfson |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 54.1 | | U.S. Marshal's Log | 1997 & 1998 | 9·26·05 | 9·26 05 | Montville |
| 54.2 | | U.S. Marshal Interview | 04/16/98 | 9-8-05 | Not Adm. | Ellis |
| | | | | | | |
| | | | | | | |

**UNITED STATES OF AMERICA v. DAVID PAUL HAMMER**

JUDGE MUIR

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

MIDDLE DISTRICT OF PENNSYLVANIA

DATE: September 12, 2005

Case 4:96-cr-00239-JHS Document 1217 Filed 12/30/05 Page 7 of 29

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 55.1 | | Letter to Hammer's Trial Counsel | 12/16/96 | 9 20 05 | 9-21-05 | Mal. |
| 55.2 | | Letter to Hammer's Trial Counsel | 06/27/97 | | | |
| 55.3 | | Letter to Hammer's Trial Counsel | 04/14/97 | 9 20 05 | 9 21 05 | Malac |
| 55.4 | | Letter to Hammer's Trial Counsel | 01/15/97 | | | |
| 55.5 | | Letter to Hammer's Trial Counsel | 05/12/97 | | | |
| 55.6 | | Letter to Hammer's Trial Counsel | 01/10/97 | | | |
| 55.7 | | Letter to Hammer's Trial Counsel | 03/04/97 | 9-20-05 | 9-21-05 | Malac |
| 55.8 | | Letter to Hammer's Trial Counsel | 03/25/97 | | | |
| 55.9 | | Letter to Hammer's Trial Counsel | 07/31/97 | 9-20 05 | 9-21-05 | Malac |
| 55.10 | | | | | | |
| 55.11 | | Letter to Hammer's Trial Counsel | 05/21/98 | 9 20 05 | 9-21-05 | Malac |
| 55.12 | | Letter to Hammer's Trial Counsel | 05/29/98 | | | |
| 55.13 | | Letter to Hammer's Trial Counsel | 06/22/98 | | | |
| | | | | | | |
| 55.15 | | Letter to Hammer's Trial Counsel | 06/26/98 | | | |
| | | | | | | |
| 55.17 | | Letter to Hammer's Trial Counsel | 04/20/98 | 9-20-05 | 9-21-05 | Malac |

**JUDGE MUIR**

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

**MIDDLE DISTRICT OF PENNSYLVANIA**

DATE: September 12, 2005

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 55.18 | | Letter to Hammer's Trial Counsel | 11/12/96 | 9·20·05 | 9·21/05 | Malock |
| 55.19 | | Letter to Hammer's Trial Counsel | 07/02/97 | / | / | / |
| | | | | | | |
| 56.1 | | Letter to Prosecution from Hammer's Trial Counsel | 06/09/97 | | | |
| 56.2 | | Letter to Prosecution from Hammer's Trial Counsel | 06/21/97 | | | |
| 56.3 | | Letter to Prosecution from Hammer's Trial Counsel | 06/30/97 | | | |
| 56.4 | | Letter to Prosecution from Hammer's Trial Counsel | 07/06/98 | | | |
| 56.5 | | Letter to Prosecution | 06/25/98 | | | |
| 56.6 | | Letter to Prosecution | 09/11/97 | | | |
| 56.7 | | Letter to Prosecution | 12/31/97 | | | |
| 57 | | Letter to Hammer's Trial Counsel from BOP | | 9-9-05 | 9-9-05 | Ask·Carlson |
| | | | | | | |
| 58 | | Letter from Hammer to Travis | 07/03/98 | | | |
| | | | | | | |

### UNITED STATES OF AMERICA v. DAVID PAUL HAMMER

**JUDGE MUIR**

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

**MIDDLE DISTRICT OF PENNSYLVANIA**

DATE: September 12, 2005

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 59 | | Ruhnke Diary | 06/98-11/98 | | | |
| | | | | | | |
| 60 | | Letter to Hammer from Chataqua County | 08/04/88 | | | |
| | | | | | | |
| 61.1 | | Newspaper Article in NY | Undated | | | |
| 61.2 | | Page 2 of Newspaper Article w/Hammer writing in NY | Undated | | | |
| 62 | | ODC Listing of Items Circled | 10/1/93 | | | |
| 63 | | Draft Letter from Defense to Prosecutor | 06/19/97 | | | |
| | | | | | | |
| 64 | | Letter to Cohan from Ruhnke | 06/18/97 | | | |
| 65 | | Letter from Travis to Ruhnke re: Kenner Videotape | 09/02/97 | | | |
| 66 | | Hammer's Letter to Ruhnke | 04/13/99 | | | |
| 67 | | Letter from Ruhnke to Hammer | 10/16/98 | | | |
| 68.1 | | Notice of Appeal | 11/05/98 | 8-30-05 | 8-30-05 | Ruhnke |

## UNITED STATES OF AMERICA v. DAVID PAUL HAMMER

**JUDGE MUIR**

**CR. NO. 4:CR-96-00239**

**CV. NO. 4:CV-02-00295**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**DATE: September 12, 2005**

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 68.2 | | Letter from Ruhnke to Travis | 11/10/98 | | | |
| 69 | | Letter from Dr. Sadoff from Ruhnke | 10/18/99 | | | |
| 70 | | Ruhnke Notes of Interview with Hammer with Newspaper Article | 05/10/97 | | | |
| 71 | | Hammer Pleading | 09/02/98 | | | |
| 72 | | Hammer Docket Entries | 1996-1998 | | | |
| 73.1 + 73.2 | | Photograph of Terre Haute Cell | | 9/1/05 | 9/1/05 | White |
| 74 | | Schematic of ADX Cell | | 9-20-05 | 9-21-05 | Malew |
| 75 | | Internet Postings for David Paul Hammer | | | | |
| 76 | | Hammer's Central File | Various Dates | | | |
| 77 | | Hammer's Medical File | Various Dates | 9-22-05 | 9-22-05 | Matthews |
| 78 | | Videotape Mental Health Evaluation of Hammer | April 2005 | | | |
| 79 | | McAlesta-News-Capital & Democrat | 4/12/87 | 7-19-05 | 7-19-05 | Sillig. |
| | | | | | | |

**JUDGE MUIR**

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

**MIDDLE DISTRICT OF PENNSYLVANIA**

DATE: September 12, 2005

Case 4:96-cr-00239-JHS   Document 1217   Filed 12/30/05   Page 11 of 29

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| | | | | | | |
| 80 | | Dallas Morning News | 1/3/93 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 81 | | Trial Transcript | 6/3/98 | | | |
| 82 | | Trial Transcript | 6/4/98 | | | |
| 83 | | Trial Transcript | 6/8/98 | 9-20-05 | 9-21-05 | Malone |
| 84 | | Trial Transcript | 6/9/98 | | | |
| 85 | | Trial Transcript | 6/10/98 | | | |
| 86 | | Trial Transcript | 6/11/98 | | | |
| 87 | | Trial Transcript | 6/12/98 | 9-20-05 | 9-21-05 | Malone |
| 88 | | Trial Transcript | 6/15/98 | | | |
| 89 | | Trial Transcript | 6/16/98 | | | |
| 90 | | Trial Transcript | 6/17/98 | | | |

## UNITED STATES OF AMERICA v. DAVID PAUL HAMMER

**JUDGE MUIR**

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

**MIDDLE DISTRICT OF PENNSYLVANIA**

DATE: September 12, 2005

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 91 | | Trial Transcript | 6/18/98 | | | |
| 92 | | Trial Transcript | 6/19/98 | | | |
| 93 | | Penalty Phase Transcript | 6/30/98 | | | |
| 94 | | Penalty Phase Transcript | 7/1/98 | | | |
| 95 | | Penalty Phase Transcript | 7/6/98 | | | |
| 96 | | Penalty Phase Transcript | 7/7/98 | | | |
| 97 | | Penalty Phase Transcript | 7/8//98 | | | |
| 98 | | Penalty Phase Transcript | 7/9/98 | | | |
| 99 | | Penalty Phase Transcript | 7/10/98 | | | |
| 100 | | Penalty Phase Transcript | 7/13/98 | | | |
| 101 | | Penalty Phase Transcript | 7/14/98 | | | |
| 102 | | Penalty Phase Transcript | 7/15/98 | | | |
| 103 | | Hearing Transcript | 8/3/98 | 7-21-05 | 7-21-05 | Bersoff |
| 104 | | Sentencing Transcript | 11/4/98 | | | |
| 105 | | Drs. Martell & Matthews Report | June 7, 2005 | | | |
| 106 | | Dr. Funke's Report | April 2005 | | | |
| 107 | | Dr. Kessler's Report | June 2005 | | | |

Case 4:96-cr-00239-JHS Document 1217 Filed 12/30/05 Page 12 of 29

## UNITED STATES OF AMERICA v. DAVID PAUL HAMMER

**JUDGE MUIR**

**CR. NO. 4:CR-96-00239**
**CV. NO. 4:CV-02-00295**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**DATE: September 12, 2005**

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 108 | | Dr. Funke's Initial Report | 4/96 | | | |
| 109 | | Records of Trial Counsel | Various Dates | | | |
| 109.1 | | Travis Notes re: Hammer wanted to strike notice of appeal | 3-18 | | | |
| 109.2 | | Travis Notes re: Ricky Yandle | | | | |
| 109.3 | | Ruhnke Notes of discovery. | | | | |
| 109.4 | | Unsigned handwritten notes which refer to alters | | | | |
| 109.5 | | *The Daily Oklahoman* "County to Pay $20,000 Settlement" article w/Hammer note | 5/2/89 | | | |
| 109.6 | | Travis Notes re: Hammer won't fight death penalty but has problem with mitigation | 9/5/96 | | | |
| 109.7 | | Ruhnke notes re: Process in place to remove funds | 9/30/96 | | | |
| 109.8 | | Ruhnke notes re: cuffing & search procedure | 10/8/96 | | | |
| 109.9 | | Ruhnke notes re: searches | 10/9/96 | | | |

**JUDGE MUIR**

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

**MIDDLE DISTRICT OF PENNSYLVANIA**

DATE: September 12, 2005

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 109.10 | | Ruhnke notes | 10/10/96 | | | |
| 109.11 | | Ruhnke notes | 10/14/96 | 8·30·05 | 8·30·05 | Ruhnke |
| 109.12 | | Ruhnke Notes | 10/18/96 | | | |
| 109.13 | | Ruhnke Notes | 10/29/96 | 8·30·05 | 8·30·05 | Ruhnke |
| 109.14 | | Ruhnke Notes | 11/13/96 | | | |
| 109.15 | | Ruhnke Notes | 11/18/96 | 9·28·05 | 9·28·05 | Ruhnke |
| 109.16 | | Ruhnke Notes re: Grassian | 12/4/96 | | | |
| 109.17 | | Ruhnke notes re: Grassian, Trentadue early details | 12/4/96 | | | |
| 109.18 | | Ruhnke Notes | 12/5/96 | 8·30·05 | 8·30·05 | Ruhnke |
| 109.19 | | Ruhnke Notes re: Troutman | 12/5/96 | | | |
| 109.20 | | Ruhnke Notes re: Hammer wants to plead guilty | 12/9/96 | | | |
| 109.21 | | Notes re: Ron Travis. Hammer talking about pleading guilty "fighting penalty?" | 12/12/96 | | | |
| 109.22 | | Ruhnke Notes re: Prosser died | 12/19/96 | | | |

Case 4:96-cr-00239-JHS Document 1217 Filed 12/30/05 Page 14 of 29

## UNITED STATES OF AMERICA v. DAVID PAUL HAMMER

JUDGE MUIR

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

MIDDLE DISTRICT OF PENNSYLVANIA

DATE: September 12, 2005

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 109.23 | | Ruhnke notes re: inmate witnesses Yeager, Classen, and Kenny Brown | 12/20/96 | | | |
| 109.24 | | Note re: Sadoff spent 3 hours with DPH/Kluft | 12/24/96 | 8·30·05 | 8·30·05 | Ruhnke |
| 109.25 109.25.1 | | Ruhnke notes re: Discussion with Sadoff | 12/24/96 | 8·30·05 7 14 05 | 8·30·05 7-15-05 | Ruhnke Travis |
| 109.26 | | Ruhnke Notes | 12/30/96 | | | |
| 109.27 | | Ruhnke notes re: Jill's session soon | 1/2/97 | | | |
| 109.28 | | Ruhnke notes re: Reviews witnesses - genesis of information | 1/6/97 | | | |
| 109.29 | | Ruhnke notes re: Grassian, Sam | 1/8/97 | | | |
| 109.30 | | Hammer Letter to Travis | 1/26/97 | | | |
| 109.31 | | Ruhnke notes re: DPH try to enter guilty plea? | 1/27/97 | | | |
| 109.32 | | Ruhnke notes Re: Kluft & Jill | 1/27/97 | | | |
| 109.33 | | Travis Notes re: Barasch meeting. Condition of guilty plea. | 1/28/97 | | | |

## UNITED STATES OF AMERICA v. DAVID PAUL HAMMER

**JUDGE MUIR**

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

**MIDDLE DISTRICT OF PENNSYLVANIA**

DATE: September 12, 2005

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 109.34 | | Hammer Letter to Ruhnke | 2/12/97 | | | |
| 109.35 | | Ruhnke notes re: Brad suing warden | 2/28/97 | | | |
| 109.36 | | Ruhnke notes re: call Sam | 3/9/97 | 9·28·05 | 9·28·05 | Ruhnke |
| 109.37 | | Ruhnke notes re: Dr. Sadoff | 3/13/97 | | | |
| 109.38 | | Ruhnke notes Re: Hammer's alters | 3/14/97 | | | |
| 109.39 | | Ruhnke notes re: Sam's visit | 3/19/97 | | | |
| 109.40 | | Ruhnke notes re: Bringing Kluft? | 3/25/97 | | | |
| 109.41 | | Hammer Letter to Travis | 3/26/97 | | | |
| 109.42 | | Hammer Letter to Ruhnke | 3/29/97 | | | |
| 109.43 | | Travis Letter to Ruhnke | 3/31/97 | | | |
| 109.44 | | Travis Letter to Ruhnke | 3/31/97 | | | |
| 109.45 | | Ruhnke Letter to Grassian | 4/17/97 | | | |
| 109.46 | | Travis notes re: 3 way call w/Jill + DPH | 4/17/97 | 8·30·05 | 8·30·05 | Ruhnke. |
| 109.47 | | Travis Note to Dave (Sprout) re: Hammer called 4/18 | 4/18/97 | | | |
| 109.48 | | Hammer Letter to Ruhnke | 4/20/97 | | | |

**JUDGE MUIR**

**CR. NO. 4:CR-96-00239**
**CV. NO. 4:CV-02-00295**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**DATE: September 12, 2005**

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 109.49 | | Hammer Letter to Barasch re: offer to plead | 4/27/97 | | | |
| 109.50.1 | | Travis notes | 4/28/97 | 8·30·05 | 8·30·05 | Ruhnke |
| 109.51 | | Travis notes re: Brain damage | 4/28/97 | | | |
| 109.52 | | Travis notes re: 3-way w/Sadoff | 4/29/97 | | | |
| 109.53 | | Travis notes re: Letter → Barasch | 4/30/97 | | | |
| 109.54 | | Travis notes re: Marti's medical records | 5/19/97 | | | |
| 109.55 | | Travis notes re: Karen Billings | 5/28/97 | | | |
| 109.56.1 | | Travis notes re: Counselor Dengen | 6/21/97 | 8·30·05 | 8·30·05 | Ruhnke |
| 109.57 | | Memo from M. Cohan to Hammer File re: interview w/Randy Mercks | 6/24/97 | | | |
| 109.58 | | Hammer Letter to Ruhnke and Travis | 8/1/97 | 8·30·05 | 8·30·05 | Ruhnke |
| 109.59 | | Fax cover and Hammer's Request for Hearing | 8/11/97 | | | |

Case 4:96-cr-00239-JHS Document 1267 Filed 12/30/05 Page 17 of 29

## UNITED STATES OF AMERICA v. DAVID PAUL HAMMER

**JUDGE MUIR**

**CR. NO. 4:CR-96-00239**
**CV. NO. 4:CV-02-00295**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**DATE: September 12, 2005**

Case 4:96-cr-00239-JHS   Document 1212   Filed 12/30/05   Page 18 of 29

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 109.60 | | Travis Notes re: A life w/o meaning | 8/13/97 | | | |
| 109.61 | | Ruhnke notes re: Jocko taking over | 8/18/97 | 8-30-05 | 8-30-05 | Ruhnke |
| 109.62 | | Ruhnke notes re: Jill Miller | 8/28/97 | | | |
| 109.63 | | Travis memo to Dave re: future dangerousness | 9/2/97 | 7-15-05 | 7-15-05 | Travis |
| 109.64 | | Travis Letter to Ruhnke | 9/4/97 | | | |
| 109.65 | | Ruhnke notes re: discussing motion to amend death notice | 9/4/97 | | | |
| 109.66 | | Ruhnke notes re: mail order Muir's order | 9/15/97 | 8-30-05 | 8-30-05 | Ruhnke |
| 109.67 | | Ruhnke notes re: Dr. G | 9/15/97 | | | |
| 109.68 | | Travis note to Dave re: "Jocko" visited and the guards almost stormed the room | 9/17/97 | | | |
| 109.69 | | Ruhnke notes re: Fred Martin received | 9/15/97 | 8-30-05 | 8-30-05 | Ruhnke |
| 109.70 | | Fax note from David to Travis re: reconsider Muir's order | 9/17/97 | | | |

### UNITED STATES OF AMERICA v. DAVID PAUL HAMMER

**JUDGE MUIR**

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

**MIDDLE DISTRICT OF PENNSYLVANIA**

DATE: September 12, 2005

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 109.71 | | Hammer Letter to Ruhnke | 9/18/97 | | | |
| 109.72 | | Ruhnke notes re: 3-way with Jill Miller | 9/19/97 | | | |
| 109.73 | | Ruhnke notes re: Discussion of arguments | 9/24/97 | 8.30 05 | 8.30.05 | Ruhnke |
| 109.74 | | Ruhnke notes re: Denial of #6 - Kenner Homicide | 9/26/97 | | | |
| 109.75 | | Hammer Letter to Travis | 9/27/97 | | | |
| 109.76 | | Ruhnke Letter to Grassian | 10/24/97 | | | |
| 109.77 | | Memo from Ron to File re: Telephone Interview McGlocklin 11/6/97 | 11/10/97 | | | |
| 109.78 | | Ruhnke Letter to Dennis Bitz, Esquire | 11/3/97 | | | |
| 109.79 | | Note from Ruhnke to Travis re: Hearings all week in SDNY case | 12/3/97 | | | |
| 109.80 | | Ruhnke Letter to Travis | 1/26/98 | | | |
| 109.81 | | Travis Letter to Dr. Amsteader | 3/6/98 | 8.30.05 | 8.30.05 | Ruhnke |
| 109.82 | | Memo from Ron to File re: Hammer-Dr. Amsteader | 3/20/98 | | | |

# GOVERNMENT'S § 2255 HEARING LIST OF EXHIBITS

## UNITED STATES OF AMERICA v. DAVID PAUL HAMMER

JUDGE MUIR

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

MIDDLE DISTRICT OF PENNSYLVANIA

DATE: September 12, 2005

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 109.83 | | Memo from Ron to File re: Hammer-Telephone Conversation-Ricky Yandel | 4/7/98 | | | |
| 109.84 | | Ruhnke notes re: Richie Yandle | 4/26/98 | | | |
| 109.85 | | Ruhnke FAX Note to Jill re: Please look over suggestions | 5/15/98 | 8·30-05 | 8·30·05 | Ruhnke |
| 109.86 | | Excerpt from Miller report | 5/22/98 | | | |
| 109.87.1 | | Travis notes re: Tim Roberts | 6/24/98 | 8·30-05 | 8·30·05 | Ruhnke |
| 109.88.1 | | Travis notes re: When would life existence start | 6/25/98 | | | |
| 109.89 | | Travis notes re: Reaction on Return | 7/27/98 | | | |
| 109.90 | | Travis notes re: Filed motion to have us removed from the case | 7/30/98 | | | |
| 109.91 | | Travis notes re: Travel LBI +/ w'post 4.5 hours | 8/3/98 | 8·30-05 | 8·30-05 | Ruhnke |
| 109.92 | | Ruhnke notes re: suggest we attempt to reach Fred Martin today | 8/5/98 | | | |
| 109.93 | | No objection to Appointment of additional counsel | 8/5/98 | 8·30·05 | 8·30·05 | Ruhnke |

### UNITED STATES OF AMERICA v. DAVID PAUL HAMMER

**JUDGE MUIR**

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

**MIDDLE DISTRICT OF PENNSYLVANIA**

DATE: September 12, 2005

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 109.94 | | Ruhnke notes re: Went to OK City first | 8/18/98 | | | |
| 109.95 | | Ruhnke notes re: Spoke w/RCT yesterday | 9/3/98 | | | |
| 109.96 | | Ruhnke notes re: Hammer saw Wolfson all last week | 9/14/98 | 8·30·05 | 8·30-05 | Ruhnke |
| 109.97 | | Ruhnke notes re: Willing to discuss the issue | 9/30/98 | | | |
| 109.98 | | Ruhnke notes re: RCT came out to see him | 10/23/98 | | | |
| 109.99 | | Ruhnke notes re: DPH wrote Martin and the Warden | 10/29/98 | | | |
| 109.100 | | Ruhnke notes re: DPH. Not sure he wants to put self through visit from me tomorrow | 11/9/98 | | | |
| 109.101 | | Ruhnke note to Dave Sprout re: Hammer has authorized the filing of an appeal on his behalf | 11/10/98 | | | |
| 109.102 | | Ruhnke notes re: Needs to discuss | 11/10/98 | | | |
| 109.103 | | Hammer Letter to Foster | 8/31/00 | | | |

### UNITED STATES OF AMERICA v. DAVID PAUL HAMMER

**JUDGE MUIR**

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

**MIDDLE DISTRICT OF PENNSYLVANIA**

DATE: September 12, 2005

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 109.104 | | Foster notes re: Meeting w/David Hammer 11/15/2000 not time scheduled | 9/22/00 | | | |
| 109.105 | | Note from Hammer to Monica & Rhonda | 7/7/01 | | | |
| 109.106 | | Hammer Letter to Foster | 12/16/01 | | | |
| 109.107 | | Indiana counsel note | 3/14/02 | | | |
| 109.108 | | Hammer letter to Monica | 3/31/02 | | | |
| 109.109 | | Hammer letter to Monica | 5/7/02 | | | |
| 109.110 | | Hammer letter to Monica | 5/19/02 | | | |
| 109.111 | | Hammer Letter to Monica and Rhonda | 6/10/02 | | | |
| 109.112 | | Hammer Letter to Monica | 6/13/02 | | | |
| 109.113 | | Foster Letter to Hammer | 6/17/02 | | | |
| 109.114 | | Foster Letter to Travis | 6/18/02 | 8·10·05 | 8·10·05 | Foster |
| 109.115 | | Hammer Letter to Foster and Long-Sharp | 6/19/02 | | | |
| 109.116 | | Hammer Letter to Foster and Long-Sharp | 6/20/02 | | | |

Case 4:96-cr-00239-JHS Document 1217 Filed 12/30/05 Page 22 of 29

# GOVERNMENT'S § 2255 HEARING LIST OF EXHIBITS

## *UNITED STATES OF AMERICA v. DAVID PAUL HAMMER*

**JUDGE MUIR**

**CR. NO. 4:CR-96-00239**
**CV. NO. 4:CV-02-00295**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**DATE: September 12, 2005**

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 109.117 | | Hammer Letter to Monica | 10/22/02 | | | |
| 109.118 | | Petitioner's Pro Se Motion to Dismiss Section 2255 Petition | 3/5/03 | | | |
| 109.119 | | Foster Letter to Hammer | 3/5/03 | | | |
| 109.120 | | Hammer declaration | 4/13/03 | | | |
| 109.121 | | Hammer Letter to Monica | 6/24/03 | | | |
| 109.122 | | Foster Letter to Hammer | 10/10/03 | | | |
| 109.123 | | Hammer Letter to Monica & Victoria | 11/24/03 | | | |
| 109.124 | | Foster Letter to Hammer | 2/2/04 | | | |
| 109.125 | | Foster Letter to Hammer | 2/11/04 | | | |
| 110 | | Petition to Discontinue § 2255 Proceeding | 02/20/03 | | | |
| 111 | | Order | 03/06/03 | | | |
| 112 | | PTSD from DSM IV R | | | | |
| 113 | | Borderline Personality Disorder from DSM IV R | | | | |
| 114 | | Letter to Attorney Foster | 06/13/02 | | | |

## UNITED STATES OF AMERICA v. DAVID PAUL HAMMER

**JUDGE MUIR**

**CR. NO. 4:CR-96-00239**

**CV. NO. 4:CV-02-00295**

**MIDDLE DISTRICT OF PENNSYLVANIA**

**DATE: September 12, 2005**

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 115 | | Letter to Hammer from Indiana Counsel | 06/17/02 | | | |
| 116 | | Letter to Prosecution from Mr. Travis | 10/27/00 | | | |
| 117 | | Letter from Travis to County Cornorer | 09/22/99 | | | |
| 118 | | MRI Results from Springfield | 1997 | 9-8-05 8-9-05 | 9-8-05 8-9-05 | Wolfson Gur |
| 119.1 | | MRI Results from Philadelphia | 2004 | | | |
| 119.2 | | PETSCAN Results from Philadelphia | 2004 | | | |
| | | | | | | |
| 120.1 | | SENTRY Printout for Brown | 4/96 | | | |
| 120.2 | | SENTRY Printout for Ball | 4/96 | | | |
| 120.3 | | SENTRY Printout for Larimore | 4/96 | | | |
| 120.4 | | SENTRY Printout for Jordan | 4/96 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## UNITED STATES OF AMERICA v. DAVID PAUL HAMMER

**JUDGE MUIR**

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

**MIDDLE DISTRICT OF PENNSYLVANIA**

DATE: September 12, 2005

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 121 | | Schematic of SHU Allenwood | | 9-12-05 | 9-12-05 | Weaver |
| 122 | | O'Berg's Trial Testimony | 6/15/98 | 9-20-05 | 9-21-05 | Malouc |
| 123 | | McCray Letter | 12/14/98 | | | |
| 124 | | Hammer's Letters to Hosselkus | 1996 | 9-20-05 | 9-21-05 | Malouc |
| 125 | | Hosselkus' Letters to Hammer | 1996-97 | | | |
| 126 | | Hosselkus' Christmas Card to Ruhnke | 1997 | | | |
| 127 | | Young's Letters to Hosselkus | 1996 & 1997 | | | |
| 128 | | Order in *United States v. Hammer* | 7/31/98 | 7-21-05 | 7-21-05 | Bersoff |
| 129 / 129.1 | | AAPL Newsletter | 9/98 | 7-21-05 | 7-21-05 | Bersoff |
| 130 | | Excerpt from Medicolegal Investigation of Death (3d Ed) | | 7-25-05 | 7-25-05 | Spitz |
| 131 | | Excerpt from Autoerotic Fatalities | | | | |
| 132 | | *United States v. York* Transcript | 6/28/89 | | | |

JUDGE MUIR

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

MIDDLE DISTRICT OF PENNSYLVANIA

DATE: September 12, 2005

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 133 | | *United States v. Mezvinsky* Excerpt | | | | |
| 134<br>134.1 | | "On wearing 2 hats . . . ." | 4/97 | 7-21-05 | 7-21-05 | Bersoff |
| 135 | | Hammer SENTRY printout quarters | various dates | | | |
| 136 | | Limitations of Brain Imaging in Forensic Psychiatry | 2003 | | | |
| 137 | | *United States v. McClure* Transcript | 2/16/05 | | | |
| 138 | | NY Times article | 1/18/05 | | | |
| 139 | | *United States v. Patti* Transcript | 2/12/02 | | | |
| 140 | | Dissociate Identity Disorder from DSM IV R | | | | |
| 141 | | Narcisistic Personality Disorder from DSM IV R | | | | |
| 142 | | Cognitive Disorder Not Otherwise Specified from DSM IV R | | | | |
| 143 | | Hosselkus' Letters to Young | | | | |
| 144 | | Young's Letter to Hosselkus | | | | |

## UNITED STATES OF AMERICA v. DAVID PAUL HAMMER

**JUDGE MUIR**

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

**MIDDLE DISTRICT OF PENNSYLVANIA**

DATE: September 12, 2005

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 145 | | Young's Letter to Hammer | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 150 | | Photograph of Inmates | | | | |
| 151.1 | | | | | | |
| 152 | | SHU Reviews of McCray | 1997-1999 | 7-21-05 | 7-21-05 | Bersoff |
| 153 | | SENTRY Quarters Listing for Rodney Archambault | 1993-1995 | | | |
| 154 | | Trial Transcript in *United States v. York* | June 28, 1989 | | | |
| 155 | | SHU Forms for Hammer | 3-30/98-7/4/98 | 7-25-05 | 7-25-05 | Spitz |
| 156 | | SENTRY Printout for Bradley Hosselkus' Quarters | 1995-1996 | 9-26-05 | 9-26-05 | Matthews |
| | | | | | | |
| | | | | | | |

## UNITED STATES OF AMERICA v. DAVID PAUL HAMMER

**JUDGE MUIR**

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

**MIDDLE DISTRICT OF PENNSYLVANIA**

DATE: September 12, 2005

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 200 | | Excerpt of Dr. Grassian's Testimony | 07/26/05 | 7-26-05 | 7-26-05 | GRASSIAN |
| 201 | | Still Photographs of #37 (Hypnosis Session Videotape) | | 7-28-05 | Not Admitted | Sadoff |
| 202 | | Neuropsychological Research | | 8-9-05 | 8-9-05 | Gur |

PAGE ___28___ OF PAGE ___29___

## UNITED STATES OF AMERICA v. DAVID PAUL HAMMER

**JUDGE MUIR**

CR. NO. 4:CR-96-00239
CV. NO. 4:CV-02-00295

**MIDDLE DISTRICT OF PENNSYLVANIA**

DATE: September 12, 2005

| DEF (Gov't) | PTLF | DESCRIPTION OF OBJECT OR ITEM | DOCUMENT DATED | IDENTIFIED IN COURT | DATE ADMITTED | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 203 | | Excerpt from Ethical principles of Psychologists and Code of Conduct | 1992 | | | |
| 204 | | Brief Reports: Attitudes Toward DSM-IV | 2/99 | | | |
| 205 | | Ethical Issues Involved in the Dual Role of Treater and Evaluator | | 8-29-05 | 8-29-05 | MARTELL |
| 206 | | | | 9-8-05 | 9-8-05 | Wolfson |
| 207 | | | | 9-20-05 | 9-21-05 | Maloc |
| 208 | | | | 9-26-05 | 9-26-05 | Austin |
| 209 | | | | 9-26-05 | 9-26-05 | Matthews |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |