FILED
WILLIAMSPORT

DEC 3 0 2005

P_____
DEPUTY CLERK

**JUDGE:     MUIR**

Abbreviated Name of Case:   *USA v. Hammer*          Case No:       4:CR-96-239

Name of party submitting this list:    Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 1 | DSM - IV | | | | |
| 2 | DSM - IV-TR (Introduction pages 11 & 12) | | 7-27-05 | 7-27-05 | Mitchell |
| 2.1 | DSM - IV-TR (§ 309.81 Posttraumatic Stress Disorder (p. 463-468); Somatoform Disorders (p. 485-511); Factitious Disorders (p. 519-533); § 312.39 - Trichotillomania (p. 674-677); and Personality Disorders (p. 685-690 and 706-710) | | (2.1) 9-22-05 | 9-22-05 | Malone |
| 2.2 | | | 8-29-05 | 8-29-05 | Martell |
| 3 | Kaplan and Sadak Volume I - 6th Edition (p. 649-650) | | 7-27-05 | 7-27-05 | Mitchell |
| | Kaplan and Sadak Volume I - 7th Edition (p.1117-1129) | | | | |
| 3.1 | Kaplan and Sadak Volume II - 6th Edition (p.1438-1441; 1614-1622) | | 8-29-05 | 8-29-05 | Martell |
| 3.2 | Kaplan and Sadak Volume I - 6th Edition (p. 258-275; 1227-1236; 1281-1293) | | | | |
| 3.3 | Kaplan and Sadak Volume I - 6th Edition (p. 1251-1279) | | | | |
| 4 | Muriel Lezak - Neuropsychological Assessment - 3rd Edition | | | | |

Original Exhibits returned to Counsel.

Case 4:96-cr-00239-JHS    Document 1218    Filed 12/30/05    Page 1 of 31

**JUDGE:**     **MUIR**

Abbreviated Name of Case:   *USA v. Hammer*                Case No:     4:CR-96-239

Name of party submitting this list:    Hammer

Case 4:96-cr-00239-JHS   Document 1218   Filed 12/30/05   Page 2 of 31

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 4.1 | Muriel Lezak - Neuropsychological Assessment - 3rd Edition (p. 185, 244, 299, 373-376, 992) | | 8·29 05 | 8·29 05 | Martell |
| 4.2 | Muriel Lezak - Neuropsychological Assessment - 3rd Edition (p. 203, 233, 244, 329, 334, 369, 381-384, 658-659, 709, 713, 724-725, 753-754, 758-766, 794, 992) | | | | |
| 4.3 | Muriel Lezak - Neuropsychological Assessment - 3rd Edition (p. 449-451) | | | | |
| 4.4 | Muriel Lezak - Neuropsychological Assessment - 3rd Edition (p. 129, 202, 228, 608-611, 627-628, 714-715, 986) | | | | |
| 5 | Dissociative Identity Disorder - Colin A. Ross (p. 61-71, 115-135, 142, 144-160, 184-195, 208, 426-428) | | 9-6-05 | 9-8-05 | Wolfson |
| 5.1 | Dissociative Identity Disorder - Colin A. Ross (p. 290-296, 305-311) | | 9-8-05 | 9-8-05 | |
| 5.2 | Dissociative Identity Disorder - Colin A. Ross (p. 40-41) | | 9-6-05 | 9-8-05 | Wolfson |
| 6 | Trauma, Memory & Dissociation - by J. Douglas Bermner, M.D. and Charles R. Marmar, M.D. | 1997 | | | |

**JUDGE:** **MUIR**

Abbreviated Name of Case: *USA v. Hammer*

Case No: 4:CR-96-239

Name of party submitting this list: Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 7 | Medicolegal Investigation of Death - Guidelines for the Application of Pathology to Crime Investigation - 3rd Edition - by Werner U. Spitz, M.D. | 1993 | | | |
| 8 | Development and Use of the MMPI-2 Content Scales - by Butcher, Graham, Williams and Ben-Porath | | | | |
| 9 | Essentials of MMPI-2 and MMPI-A Interpretation - by Butcher and Williams | | | | |
| 10 | MMPI-2 in Psychological Treatment - by Butcher | | | | |
| 11 | MMPI-2, Assessing Personality and Psychopathology, 2d Ed. - by Graham | | | | |
| 12 | Psychological Testing - Anastasi & Eurbina | | | | |
| 13 | A Compendium of Neuropsychological Tests - Spreen& Strauss | | | | |
| 14 | Stipulated Finding of Fact relating to DNA Testing | | | | |
| 15 | Discovery provided to Government on January 28, 2005 | various dates | | | |

Case 4:96-cr-00239-JHS    Document 1218    Filed 12/30/05    Page 3 of 31

**JUDGE:** MUIR

Abbreviated Name of Case: *USA v. Hammer*          Case No: 4:CR-96-239

Name of party submitting this list: Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 15.1 | Discovery from Ruhnke's files provided to Government on January 28, 2005 | | | | |
| 16 | Discovery provided to Government on April 12, 2005 | various dates | 8·20·05 | 8·20·05 | Foster |
| 16.1 | Discovery from Foster and Long-Sharp's files provided to Government on April 12, 2005 | | 8·10·05 | 8·10·05 | Foster |
| 16.2 | Discovery from Ruhkne's provided to Government on April 12, 2005 | | 8·30·05 | 8·30·05 | Ruhnke |
| 17 | Chart | | | | |
| 17.1 | Timeline | | | | |
| 18 | Bureau of Prisons' Program Statement 5310.12 | | 7-14-05 | 7-15·05 | Travis |
| 19 | Bureau of Prisons' Program Statement 6000.05 | | | | |
| 20 | Bureau of Prisons' Program Statement 3451.04 | | | | |
| 21 | Oklahoma DOC Records | | | | |
| 22 | Oklahoma DOC Mental Health Records | | | | |

Case 4:96-cr-00239-JHS   Document 1218   Filed 12/30/05   Page 4 of 31

# CLERK'S EXHIBIT LISTING

**JUDGE:** **MUIR**

Abbreviated Name of Case: *USA v. Hammer*

Case No: 4:CR-96-239

Name of party submitting this list: Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 23.1 | Seminole Memorial Hospital Records | 1972 | | | |
| 23.2 | Oklahoma Memorial Hospital Records | 02/13/73 - 04/30/73 & 05/11/73 - 08/20/73 | | | |
| 24 | Baptist Medical Center of Oklahoma | 05/05/76 - 10/11/76 | | | |
| 25 | Presbyterian Hospital | 06/02/76 | | | |
| 26 | St. Anthony's Hospital | 06/08/77 - 07/12/77 & 10/21/77 - 10/77 | | | |
| 27 | Griffith Memorial Hospital (Central State Hospital) | 02/02/78 - 03/17/78 | | | |

Case 4:96-cr-00239-JHS    Document 1218    Filed 12/30/05    Page 5 of 31

## CLERK'S EXHIBIT LISTING

**JUDGE:    MUIR**

Abbreviated Name of Case:    *USA v. Hammer*                    Case No:    4:CR-96-239

Name of party submitting this list:    Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 28 | Eastern State Hospital | 09/06/78 - 10/18/78 & 07/30/86 - 08/05/86 | | | |
| 29.1 | Hammer's BOP Central File | 1993-1998 | | | |
| 29.1.368 | BOP Incident Report re: Hammer at Springfield - date of incident 10/25/97 | | | | |
| 29.1.375 | Notes of Investigation | 11/18/97 | | | |
| 29.1.387 | Letter to Travis form Dennis Bitz regarding 11/10/97 Letter of Travis concerning misconduct on Hammer | 11/17/97 | 9-8-05 | 9-8-05 | Gonzales |
| 29.2 | Hammer's BOP Central File | 1999-2004 | | | |
| 30.1 | Hammer's BOP Medical File | 1993-1998 | | | |
| 30.2 | Hammer's BOP Medical File | 1999-2004 | | | |
| 30.3 | Report of Medical History | | 9-4-05 | Not offered | Troutman |
| 31.1 | Dr. John Worley contacts with David Hammer | 01/13/94 - 07/06/94 | 7-20-05 | 7-21-05 | Bersoff |

**JUDGE:**     **MUIR**

Abbreviated Name of Case:   *USA v. Hammer*

Case No:      4:CR-96-239

Name of party submitting this list:     Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 31.2 | Dr. Gilbert O. Sanders contacts with David Hammer | 02/09/94 10/06/94 11/01/94 | 7-20-05 | 7-21-05 | Bersoff |
| 31.3 | Dr. Mark Skrade contacts with David Hammer | 04/08/94 05/06/94 07/22/94 08/19/94 | | | |
| 31.4 | Dr. Teri White contacts with David Hammer | 11/10/94 11/15/94 11/23/94 03/20/95 | | | |
| 31.5 | Dr. Robert Amstadter contacts with David Hammer | 11/10/94 - 05/11/95 | | | |
| 31.6 | Dr. Andrew Miller contacts with David Hammer | 05/08/95 | | | |
| 31.7 | Dr. John Mitchell contacts with David Hammer | 1995-1999 | | | |
| 31.8 | Dr. Stephen J. Karten contacts with David Hammer | 06/06/95 - 11/21/96 | | | |

Case 4:96-cr-00239-JHS    Document 1218    Filed 12/30/05    Page 7 of 31

**JUDGE:** **MUIR**

Abbreviated Name of Case: *USA v. Hammer*

Case No: 4:CR-96-239

Name of party submitting this list: Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 31.9 | Dr. Lawrence Karpen contacts with David Hammer | 10/16/96 10/22/96 | 7·20-05 | 7-21-05 | Bersoff |
| 31.10 | Dr. P. R. Magaletta contacts with David Hammer | 07/28/97 - 07/21/98 | | | |
| 31.11 | Dr. Richard Ray contacts with David Hammer | 10/21/97 | | | |
| 31.12 | Dr. David Wedeking contacts with David Hammer | 12/11/97 | | | |
| 31.13 | Dr. Wolfson contacts with David Hammer | 08/13/98 - 09/15/98 | | | |
| 31.14 | Dr. James Watterson contacts with David Hammer | 01/29/99 03/23/99 06/22/99 | | | |
| 31.15 | Dr. Michael Morrison contacts with David Hammer | 02/25/99 - 06/20/99 | | | |
| 31.16 | Dr. Bill Elliott contacts with David Hammer | 07/14/99 - 03/12/03 | 9-12 05 | 9-12 05 | Elliott |
| 31.17 | Dr. Ted Moretz contacts with David Hammer | 07/21/99 - 04/20/00 | | | |

Case 4:96-cr-00239-JHS   Document 1218   Filed 12/30/05   Page 8 of 31

CLERK'S EXHIBIT LISTING

JUDGE:    MUIR

Abbreviated Name of Case:    *USA v. Hammer*    Case No:    4:CR-96-239

Name of party submitting this list:    Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 31.18 | Dr. C.A. Bigler contacts with David Hammer | 08/04/99 05/18/01 | | | |
| 31.19 | Dr. Christopher Nolan contacts with David Hammer | 11/09/00 - 09/26/02 | 8-15-05 | 8-15-05 | Blumberg |
| 31.20 | Dr. Diana Breyer contacts with David Hammer | 01/17/03 - 10/22/03 | | | |
| 31.21 | Dr. Steve Eckert contacts with David Hammer | 11/20/03 12/05/03 12/17/03 | | | |
| 31.22 | Dr. Carl Middleton contacts with David Hammer | 07/27/04 | | | |
| 32 | Travis Opening Statement | 06/03/98 | 7-14-05 | 7-15-05 | Travis |
| 33 | 302 of David Paul Hammer | 04/13/96 | 9-12-05 | 9-12-05 | Warner |
| 34 | Letter to David A. Ruhnke from Frederick Martin | 06/27/97 | 7-14-05 | 7-15-05 | Travis |
| 35 | Letter to Frederick Martin from Ron Travis | 07/07/97 | | | |
| 36 | Memorandum to R. Leroy Carpenter from Committee to Inspect Isolation Facilities at McAlester State Penitentiary | 07/01/74 | 7-14-05 | 7-15-05 | Travis |

# CLERK'S EXHIBIT LISTING

**JUDGE:  MUIR**

Abbreviated Name of Case:  *USA v. Hammer*          Case No:      4:CR-96-239

Name of party submitting this list:    Hammer

Case 4:96-cr-00239-JHS    Document 1218    Filed 12/30/05    Page 10 of 31

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 37 | Letter to David A. Ruhnke from Frederick Martin | 09/17/97 | | | |
| 38 | Trial Testimony of James Boone | 06/11/98 | | | |
| 39 | Letter to David Hammer from Randy Vander Schaaff | 08/04/88 | | | |
| 40 | Letter providing information on murder which occurred on 12/06/83 | undated | | | |
| 41 | Document titled "Do you know this Murder Victim?" | undated | | | |
| 42 | Supplemental Report | 04/13/99 | | | |
| 43 | Notes from interview with David Paul Hammer | 05/23/89 | | | |
| 44 | Intergovernmental Agreement between the U.S. Department of Justice, Federal Bureau of Prisons and the State of Oklahoma | 02/08/95 | | | |
| 45 | Memorandum to Gayle Krien from James L. Saffle | 09/09/93 | | | |
| 46 | Letter to Craig Unger from Gayle Krien | 09/14/93 | | | |
| 47 | Letter to Tim Ondahl from Gayle Krien | 11/02/93 | | | |
| 48 | Penalty Phase Testimony of Gayle Krien | 07/15/98 | | | |

# CLERK'S EXHIBIT LISTING

**JUDGE:** **MUIR**

Abbreviated Name of Case: *USA v. Hammer*          Case No:     4:CR-96-239

Name of party submitting this list:    Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 49 | Memorandum | 10/01/93 | | | |
| 50 | FBI Report | 11/09/89 | | | |
| 51 | Affidavit of Terry Dean Sittig | 10/08/90 | | | |
| 52 | Letter to Monica Foster from Terry Dean Sittig | undated | | | |
| 53.1 | Published opinion of the District Court in Battle v. Anderson, 376 F. Supp. 402 (E.D. OK) | 05/30/74 | 8-16-05 | 8-10-05 | Bullock |
| 53.2 | Docket Entries Battle v. Anderson 72-CV-95 (E.D. OK) | 1972 -2004 | | | |
| 53.3 | Plaintiff-Intervenor's (United States of America) Compliance Hearing Pleading | 09/21/76 | 8-10-05 | 8-10-05 | Bullock |
| 53.4 | Memorandum Opinion of the District Court in Battle v. Anderson (filed 09/11/78) | 09/08/78 | | | |
| 53.5 | Letter from Professor George F. Solomon, M.D. to Charles Ory (filed 02/27/81) | 02/05/81 | | | |
| 53.6 | Evaluation of Comprehensive Mental Health Plan of Defendants Presented in the case of Battle v. Anderson in the United States District Court for the Eastern District of Oklahoma, by Frank L. Rundle, M.D. | 02/27/81 | | | |

Page 11 of 31

# CLERK'S EXHIBIT LISTING

**JUDGE:** MUIR

Abbreviated Name of Case:   *USA v. Hammer*          Case No:     4:CR-96-239

Name of party submitting this list:    Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 53.7 | Review of Mental Health Plan, Oklahoma Department of Corrections, Report to the Honorable Luther Bohanon, by Melvin S. Heller, M.D. | 03/03/81 | 8·10·05 | 8-10-05 | Bullock |
| 53.8 | Order of Court in <u>Battle v. Anderson</u> | 03/13/81 | | | |
| 54 | Videotape Mental Health Evaluation of Hammer | 04/2005 | 7-27-05 | 7-27-05 | Mitchell |
| 55 | Videotape of Crime Scene Search Tape | 04/13/96 | | | |
| 56 | Videotape - Cell 103 and David's Scars | | | | |
| 57 | Videotape - David Hammer Hypnosis | | | | |
| 58 | Videotape - Jane Doe Statement | | | | |
| 59 | Videotape - Oklahoma | | | | |
| 60 | Videotape - Interview by Blount County Sheriff's Office | 12/18/86 | | | |
| 61 | Videotape - False Confession (98-36 Scene Video) | | | | |
| 62 | David Hammer's statement re: escape attempt | 09/30/82 | 7-14-05 | 7-15-05 | Travis |
| 63 | Cartoon | | 9-8-05 | 9-8-05 | Ellis |

Case 4:96-cr-00239-JHS   Document 1218   Filed 12/30/05   Page 12 of 31

# CLERK'S EXHIBIT LISTING

**JUDGE:**    **MUIR**

Abbreviated Name of Case:    *USA v. Hammer*                     Case No:        4:CR-96-239

Name of party submitting this list:    Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 64 | Letter to Honorable David L. Russell from Richard L. Hunt | 12/29/89 | 7-14-05 | 7-15-05 | Travis |
| 65 | Memo re: David Hammer and 11/09/89 victims and bomb threats | 11/24/89 | | | |
| 66 | Investigator's Report | 12/29/92 | | | |
| 67 | Amended Motion to Vacate and Set Aside Conviction and Sentence Pursuant to 28 U.S.C. 2255 by a Person in Federal Custody | 09/30/02 | | | |
| 68 | Affidavit of Rhonda Long-Sharp | 02/02/04 | 8-10-05 | 8-10-05 | Long-Sharp |
| 69 | Affidavit of Monica Foster | | | | |
| 70 | Initial Motion to Vacate and Set Aside Conviction and Sentence Pursuant to 28 U.S.C. 2255 by a Person in Federal Custody | 03/29/02 | | | |
| 71 | Hammer's Traverse to Government's Brief in Opposition to Motion to Modify Sentence or for Relief under Section 2255 and Request for Evidentiary Hearing | | | | |
| 72 | Pro Se Filings | | | | |

**JUDGE:** **MUIR**

Abbreviated Name of Case: *USA v. Hammer*          Case No: 4:CR-96-239

Name of party submitting this list: Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 72.1 | | | 7·28·05 | ~~Not Adm.~~ | Defense counsel |
| 72.2 | | | | | |
| 72.3 | | | 7-28-05 | Not Adm. | Defense counsel |
| 72.4 | | | | | |
| 72.5 | | | 8·10·05 | 8-10-05 | Foster |
| 72.6 | | | | | |
| 72.7 | | | | | |
| 72.8 | | | 8-10-05 | 8-10-05 | Foster |
| 72.9 | | | | | |
| 72.10 | | | | | |
| 73 | Radio | | 7-19-05 | 7-19-05 | Oberg |
| 74.1 | Various Pleadings from *Hammer v. Harding, et al.* 3:97-cv-00245 | | | | |
| 74.2 | Various Pleadings from *Hammer, et al. v. Holland, et al.,* 3:97-cv-00355 | | | | |

Case 4:96-cr-00239-JHS   Document 1218   Filed 12/30/05   Page 14 of 31

**JUDGE:**     **MUIR**

Abbreviated Name of Case:  *USA v. Hammer*                    Case No:       4:CR-96-239

Name of party submitting this list:     Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 75.1 | Neuropsychological Evaluation by Dr. Michael Gelbort | 09/10/97 | 7-18-05 | 7-18-05 | Gelbort |
| 75.2 | Declaration of Dr. Michael Gelbort | | | | |
| 75.3 | Penalty Phase Testimony of Dr. Michael Gelbort (Pages 4- 92) | 07/08/98 | | | |
| 76 | CV of Dr. Michael Gelbort | | 7-18-05 | 7-18-05 | Gelbort |
| | | | | | |
| 78 | Report of Dr. Donald Bersoff | | 7-20-05 | 7-21-05 | Bersoff |
| 78.1 | | | | | |
| 78.2 78.3 | APA Guidelines | | 9-15-05 | 9-15-05 | Kessler |
| 79 | CV of Dr. Donald Bersoff | | 7-20-05 | 7-21-05 | Bersoff |
| | | | | | |
| 81 | Affidavit/Declaration of Dr. Neil Blumberg | | 7-28-05 | 7-28-05 | Sadoff |
| 82 | CV of Dr. Neil Blumberg | 10/2004 | 8-15-05 | 8-15-05 | Blumberg |
| | | | | | |

Case 4:96-cr-00239-JHS   Document 1218   Filed 12/30/05   Page 15 of 31

**JUDGE:** **MUIR**

Abbreviated Name of Case: *USA v. Hammer*          Case No:          4:CR-96-239

Name of party submitting this list:      Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 84.1 | Report of Dr. Stuart Grassian | 1997 | 7-26-05 | 7-26-05 | Grassian |
| 84.2 | Affidavit/Declaration of Dr. Stuart Grassian | | | | |
| 84.3 | Supplemental Report of Dr. Stuart Grassian | 02/09/05 | 7-26-05 | 7-26-05 | Grassian |
| 85 | CV of Dr. Stuart Grassian | | | | |
| | | | | | |
| 87.1 | Declaration of Dr. Ruben Gur with attached results (7 pages) | 02/02/05 | 8-9-05 | 8-9-05 | Gur |
| 87.2 | Declaration of Dr. Ruben Gur (2 pages) | 11/08/04 | | | |
| 87.3 | Declaration of Dr. Ruben Gur (5 pages) | undated | | | |
| 88 | CV of Dr. Ruben Gur | 3/99 | 8-9-05 | 8-9-05 | Gur |
| 89.1 | Gur - Slide 1 | | | | |
| 89.2 | Gur - Slide 2 | | | | |
| 89.3 | Gur - Slide 3 | | | | |
| 89.4 | Gur - Slide 4 | | | | |

Case 4:96-cr-00239-JHS    Document 1218    Filed 12/30/05    Page 16 of 31

## CLERK'S EXHIBIT LISTING

JUDGE:     MUIR

Abbreviated Name of Case:     *USA v. Hammer*          Case No:        4:CR-96-239

Name of party submitting this list:     Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 89.5 | Gur - Slide 5 | | 8-9.05 | 8 9-05 | GuR |
| 89.6 | Gur - Slide 6 | | | | |
| 89.7 | Gur - Slide 7 | | | | |
| 89.8 | Gur - Slide 8 | | | | |
| 89.9 | Gur - Slide 9 | | | | |
| 89.10 | Gur - Slide 10 | | | | |
| 89.11 | Gur - Slide 11 | | | | |
| 89.12 | Gur - Slide 12 | | | | |
| | | | | | |
| 91 | Report of Dr. Christos Davatzikos | undated | 89.05 | 89.05 | GuR |
| 92 | CV of Dr. Christos Davatzikos | | | | |
| 93 | CV of Dr. J. Daniel Ragland | | | | |
| | | | | | |
| 95 | Report of Dr. Richard Kluft | 10/28/04 | 8.16.05 | 8.16.05 | Kluft |

Case 4:96-cr-00239-JHS    Document 1218    Filed 12/30/05    Page 17 of 31

**JUDGE:** **MUIR**

Abbreviated Name of Case:   *USA v. Hammer*          Case No:      4:CR-96-239

Name of party submitting this list:    Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 96 | CV of Dr. Richard Kluft | 04/30/97 | 8-16-05 | 8-16-05 | Kluft |
| 97 | Article "Diagnosing Dissociative Identity Disorder" from Psychiatric Annals 35:8 - August 2005 | | | | |
| 98.1 | Report of Dr. Robert Sadoff | 1997 | | | |
| 98.2 | Report of Dr. Robert Sadoff | 04/25/05 | | | |
| 99 | CV of Dr. Robert Sadoff | | | | |
| 100.1 | Trial Testimony of Dr. Robert Sadoff | 06/16/98 | 8-30-05 | 8-30-05 | Rutalce |
| 100.2 | Trial Testimony of Dr. Robert Sadoff | 06/17/98 | | | |
| | | | | | |
| 102 | Affidavit/Declaration of Dr. Albert Harper | | | | |
| 103 | Report of Dr. Werner Spitz | 06/07/05 | 7-25-05 | 7-25-05 | Spitz |
| 104 | CV of Dr. Werner Spitz | 03/05 | | | |
| 105 | Autopsy Report of Marti | April 1996 | | | |
| 106 | Photographs | | | | |

106.1
106.27
106.18
106.24

7-25-05   7-25-05   Spitz

Case 4:96-cr-00239-JHS    Document 1218    Filed 12/30/05    Page 18 of 31

**JUDGE:     MUIR**

Abbreviated Name of Case:   *USA v. Hammer*                    Case No:        4:CR-96-239

Name of party submitting this list:     Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 107 | Memorandum for Lt. Devane from M. Chaudhri | 04/13/96 | | | |
| 108 | Inmate Injury Assessment | 04/13/96 | | | |
| | | | | | |
| 110 | Forensic DNA Case Report of The Bode Technology Group, Inc. | 03/24/05 | | | |
| | | | | | |
| 112.1 | Memorandum to Attorneys | 05/22/98 | | | |
| 112.2 | Memorandum - 5 pages | 06/11/98 | | | |
| 112.3 | Memorandum - 2 pages | 06/11/98 | | | |
| 112.4 | Documented Psychiatric Treatment 1973-1979 | | | | |
| 112.5 | Memorandum of Supplemental Interviews | 05/22/98 | | | |
| 112.6 | Memorandum to Attorneys | 06/10/98 | | | |
| 112.7 | Confidential Memorandum to Attorneys | 09/23/97 | | | |
| 112.8 | Confidential Memorandum to Attorneys | 10/01/97 | | | |

Case 4:96-cr-00239-JHS    Document 1218    Filed 12/30/05    Page 19 of 31

# CLERK'S EXHIBIT LISTING

**JUDGE:**       **MUIR**

Abbreviated Name of Case:   *USA v. Hammer*                    Case No:        4:CR-96-239

Name of party submitting this list:     Hammer

Case 4:96-cr-00239-JHS    Document 1218    Filed 12/30/05    Page 20 of 31

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 113.1 | Trial Testimony of Jill Miller | 06/15/98 | | | |
| 113.2 | Trial Testimony of Jill Miller | 06/16/98 | | | |
| 114 | Materials provided to Dr. Daryl Matthews and Dr. Daniel Martell | | | | |
| 115 | Trial Testimony of Timothy Devane | 06/03/98 | | | |
| 116 | Trial Testimony of Jack Luhrman | 06/03/98 | | | |
| 117.1 | Trial Testimony of Ronald Jury | 06/04/98 | | | |
| 117.2 | Penalty Phase Testimony of Ronald Jury | 07/15/98 | | | |
| | | | | | |
| 119.1 | Trial Testimony of Carlyle Thompson | 06/10/98 | | | |
| 119.2 | Trial Testimony of Carlyle Thompson | 06/11/98 | | | |
| 120.1 | Trial Testimony of Anthony Malocu | 06/11/98 | 9-20-05 | 9-21-05 | Malouc |
| 120.2 | Trial Testimony of Anthony Malocu | 06/17/98 | | | |
| 120.3 | Penalty Phase Testimony of Anthony Malocu | 07/07/98 | | | |

# CLERK'S EXHIBIT LISTING

**JUDGE:**     **MUIR**

Abbreviated Name of Case:    *USA v. Hammer*            Case No:      4:CR-96-239

Name of party submitting this list:    Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 120.4 | Penalty Phase Testimony of Anthony Malocu | 07/15/98 | | | |
| 121 | Malocu Report | 03/19/97 | | | |
| 122.1 | Grand Jury Testimony of Anthony Malocu | 07/24/96 | | | |
| 122.2 | Grand Jury Testimony of Anthony Malocu | 09/18/96 | | | |
| 123 | Trial Testimony of Nicole Tadross -Weaver | 06/19/98 | 7-15-05 | 7-15-05 | Travis |
| 124 | Trial Testimony of Chaplain Crook | 06/19/98 | | | |
| 125.1 | Penalty Phase Testimony of Donn Troutman | 07/01/98 | | | |
| 125.2 | Penalty Phase Testimony of Donn Troutman | 07/10/98 | | | |
| 125.3 | Penalty Phase Testimony of Donn Troutman | 07/13/98 | 7-15-05 | 7-15-05 | Travis |
| 126 | Letter to Rieders, Travis et al. from Louis L.Dubin, Ph.D. | 09/30/97 | | | |
| 127 | Report of Dr. Daryl Matthews and Dr. Daniel Martell | 06/07/05 | 7-15-05 | 7-15-05 | Gelber |
| 128 | CV of Dr. Daryl Matthews | | | | |
| 129 | CV of Dr. Daniel Martell | | | | |
| | | | | | |

Case 4:96-cr-00239-JHS    Document 1218    Filed 12/30/05    Page 21 of 31

**JUDGE:** **MUIR**

Abbreviated Name of Case:  *USA v. Hammer*                Case No:       4:CR-96-239

Name of party submitting this list:    Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 131 | Report of Dr. Saralee Funke | 04/05 | 7-25-05 | 7-25-05 | Spitz |
| 132 | CV of Dr. Saralee Funke | | | | |
| 133.1 | Trial Testimony of Dr. Saralee Funke | 06/04/98 | 7-25-05 | 7-25-05 | Spitz |
| 133.2 | Penalty Phase Testimony of Dr. Saralee Funke | 06/30/98 | | | |
| 134.1 | Medical Legal Investigation of Death by Werner Spitz | | | | |
| 134.2 | Excerpts from Gray's Anatomy | | | | |
| 134.3 | Article - "A Case of Autoerotic asphyxia" | | | | |
| 134.4 | Article - "Complete Autoerotic Asphyxiation" | | 9-13-05 | 9-13-05 | Funke |
| 134.5 | Autoerotic Fatalities | | | | |
| 134.6 | Schramm Autopsy | | | | |
| 134.7 | *Commonwealth v. Cullen* - excerpts from Common Pleas File | | | | |
| 134.8 | Abel Autopsy | | | | |
| 134.9 | Abel Photographs from *Commonwealth v. Singer* | | | | |

Case 4:96-cr-00239-JHS    Document 1218    Filed 12/30/05    Page 22 of 31

# CLERK'S EXHIBIT LISTING

**JUDGE:** MUIR

Abbreviated Name of Case: *USA v. Hammer*                    Case No:    4:CR-96-239

Name of party submitting this list:    Hammer

Case 4:96-cr-00239-JHS   Document 1218   Filed 12/30/05   Page 23 of 31

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 134.10 | *Commonwealth v. Singer* Notes of Testimony | | | | |
| 134.11 | *Commonwealth v. Singer* Opinion | | | | |
| 134.12 | Strickler autopsy | | 9-13-05 | 9-13-05 | Funke |
| 134.13 | *Commonwealth v. Toby* Transcript | | | | |
| 134.14 | Ockenhouse autopsy | | | | |
| 134.15 | *Commonwealth v. Ockenhouse* Notes of Testimony | 09/17/98 | | | |
| 134.16 | *Commonwealth v. Ockenhouse* Notes of Testimony | 12/03/98 | | | |
| 134.17 | *Commonwealth v. Miller* Notes of Testimony | | | | |
| 134.18 | *Commonwealth v. Collins* | | | | |
| 135.1 | Trial Testimony of Dr. John Mitchell | 06/22/98 | | | |
| 135.2 | Penalty Phase Testimony of Dr. John Mitchell | 07/08/98 | 7-25-05 | 7-25-05 | Mitchell |
| 135.3 | Penalty Phase Testimony of Dr. John Mitchell | 07/09/98 | | | |
| 135.4 | Testimony of Dr. John Mitchell | 10/01/98 | | | |
| 136 | Neurologic Evaluation of Dr. Steven M. Otto | 12/04/97 | | | |

# CLERK'S EXHIBIT LISTING

**JUDGE:** MUIR

Abbreviated Name of Case: *USA v. Hammer*     Case No: 4:CR-96-239

Name of party submitting this list: Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 137.1 | John O'Brien Report | 01/08/04 | | | |
| 137.2 | John O'Brien Notes | | | | |
| 138 | MRI Results from Springfield | 1997 | | | |
| 139.1 | Report of Dr. James Wolfson | 12/19/97 | 7-20-05 | 7-21-05 | Bersoff |
| 139.2 | Report of Dr. James Wolfson | 09/23/98 | | | |
| 140.1 | Trial Testimony of Dr. James Wolfson | 06/17/98 | | | |
| 140.2 | Trial Testimony of Dr. James Wolfson | 06/18/98 | | | |
| 140.3 | Trial Testimony of Dr. James Wolfson | 06/19/98 | | | |
| 140.4 | Trial Testimony of Dr. James Wolfson | 06/22/98 | | | |
| 140.5 | Penalty Phase Testimony of Dr. James Wolfson | 07/13/98 | | | |
| 140.6 | Penalty Phase Testimony of Dr. James Wolfson | 07/14/98 | | | |
| 140.7 | Penalty Phase Testimony of Dr. James Wolfson | 07/15/98 | | | |
| 140.8 | Testimony of Dr. James Wolfson | 10/01/98 | | | |
| 140.9 | Pathology Diagnosis for David Hammer | | 9/6/05 | 9/8/05 | Wolfson |

Case 4:96-cr-00239-JHS    Document 1218    Filed 12/30/05    Page 24 of 31

**JUDGE:** **MUIR**

Abbreviated Name of Case: *USA v. Hammer*

Case No: 4:CR-96-239

Name of party submitting this list: Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 140.10 | Trauma resulting .. | | 9/6/05 | 9/8/05 | Wolfson |
| 141 | CV of Dr. James Wolfson | | | | |
| 142 | Report of Dr. William Elliott | 06/13/05 | 9-12-05 | 9-12-05 | Elliott |
| 143 | CV of Dr. William Elliott | | | | |
| | | | | | |
| 145 | Report of Dr. Kenneth Kessler | 06/12/05 | 7-20-05 | Not offered | Bersoff |
| 146 | CV of Dr. Kenneth Kessler | | 7-20-05 | 7-21-05 | Bersoff |
| | | | | | |
| 148 | Report of Dr. Philip Magaletta | 06/17/05 | | | |
| 149 | CV of Dr. Philip Magaletta | | | | |
| 150 | Jury Selection Transcript | 05/14/98 | | | |
| 151 | Trial Transcript | 06/03/98 | | | |
| 152 | Trial Transcript | 06/04/98 | | | |
| 153 | Trial Transcript | 06/08/98 | | | |

Case 4:96-cr-00239-JHS    Document 1218    Filed 12/30/05    Page 25 of 31

# CLERK'S EXHIBIT LISTING

JUDGE:     MUIR

Abbreviated Name of Case:   *USA v. Hammer*                 Case No:     4:CR-96-239

Name of party submitting this list:    Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 154 | Trial Transcript | 06/09/98 | | | |
| 155 | Trial Transcript | 06/10/98 | | | |
| 156 | Trial Transcript | 06/11/98 | | | |
| 157.1 | Legal Argument Transcript | 06/12/98 | | | |
| 157.2 | Trial Transcript | 06/12/98 | | | |
| 158.1 | Hearing Transcript | 06/15/98 | | | |
| 158.2 | Trial Transcript | 06/15/98 | 8-16-05 | 8-16-05 | Kluft |
| 159 | Trial Transcript | 06/16/98 | | | |
| 160 | Trial Transcript | 06/17/98 | 7-21-05 | 7-21-05 | Bersoff |
| 162 | Trial Transcript | 06/19/98 | | | |
| 163 | Trial Transcript | 06/22/98 | | | |
| 164 | Penalty Phase Transcript | 06/30/98 | 7-21-05 | 7-21-05 | Bersoff |
| 165 | Penalty Phase Transcript | 07/01/98 | | | |
| 166 | Penalty Phase Transcript | 07/06/98 | | | |

Case 4:96-cr-00239-JHS    Document 1218    Filed 12/30/05    Page 26 of 31

**JUDGE:** **MUIR**

Abbreviated Name of Case: *USA v. Hammer*     Case No:     4:CR-96-239

Name of party submitting this list:     Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 167 | Penalty Phase Transcript (pages 1-10) | 07/07/98 | 8·30·05 | 8·30·05 | Ruhnke |
| 167.1 | Penalty Phase Transcript | 07/07/98 | | | |
| 168 | Penalty Phase Transcript | 07/08/98 | | | |
| 169 | Penalty Phase Transcript | 07/09/98 | | | |
| 170 | Penalty Phase Transcript | 07/10/98 | | | |
| 171 | Penalty Phase Transcript | 07/13/98 | | | |
| 172 | Penalty Phase Transcript | 07/14/98 | | | |
| 173 | Penalty Phase Transcript | 07/15/98 | | | |
| 174 | Penalty Phase Transcript | 07/16/98 | | | |
| 175 | Penalty Phase Transcript | 07/17/98 | | | |
| 176 | Penalty Phase Transcript | 07/21/98 | | | |
| 177 | Penalty Phase Transcript | 07/22/98 | | | |
| 178 | Penalty Phase Transcript | 07/23/98 | | | |
| 179 | Penalty Phase Transcript | 07/24/98 | | | |

Case 4:96-cr-00239-JHS    Document 1218    Filed 12/30/05    Page 27 of 31

Case 4:96-cr-00239-JHS    Document 1218    Filed 12/30/05    Page 28 of 31

# CLERK'S EXHIBIT LISTING

**JUDGE:**   **MUIR**

Abbreviated Name of Case:   *USA v. Hammer*                Case No:      4:CR-96-239

Name of party submitting this list:    Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 180 | Hearing Transcript | 08/03/98 | | | |
| 181 | Hearing Transcript | 10/01/98 | 8-30-05 | 8-30-05 | Ruhnke |
| 182 | Argument Transcript | 05/27/04 | | | |
| 183 | Sentencing Transcript | 11/04/98 | | | |
| 184 | Transcript of Argument before Third Circuit | July 2000 | | | |
| 185 | Martell Raw Data | | 8-29-05 | 8-29-05 | MARTELL |
| 186 | Seminars in Clinical Neuropsychiatry - Colume 1, No. 3 | July 1996 | | | |
| 187 | *Commonwealth v. Collins* Transcript | | | | |
| 188 | Martell testimony | | | | |
| 189 | Deposition of Daniel Martell in *Hernandez v. Woodford* | 01/20/04 | | | |
| 190 | Deposition of Daniel Martell in *Hernandez v. Woodford* | 01/30/04 | | | |
| 191 | *U.S. v. Louis Jones* Transcript | 1995 | | | |
| 192 | Declaration of Daniel Martell | 07/03/03 | | | |

## CLERK'S EXHIBIT LISTING

**JUDGE:**    **MUIR**

Abbreviated Name of Case:   *USA v. Hammer*                    Case No:       4:CR-96-239

Name of party submitting this list:    Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 193 | Article - "Forensic Neuropsychology and the Criminal Law" from Law and Human Behavior, Vol. 16, No. 3, 1992 | | | | |
| 194 | Supplemental Report of Phil Magaletta, Ph.D. | 08/17/05 | | | |
| 195 | The Halstead-Reitan Neuropsychological Test Battery - 2nd Edition (p. 92-93, 310-359 | | 8·29·05 | 8-29-05 | Martell |
| 196 | Clinical and Forensic Issues regarding Age, Education, and the Validity of Neuropsychological Test Results: A Review and Presentation of a New Study by Ralph M. Reitan and Deborah Wolfson | | | | |
| 197 | BOP Fax to Ruhnke (FOIA) | 10/20/00 | 8·30·05 | 8·30·05 | Ruhnke |
| 198 | BOP Medical Refusal (Bipolar) | 04/1/96 | 9-8-05 | 9-8-05 | Wolfson |
| 199 | OK City Police Report | 08/25/96 | 9-20-05 | 9-21-05 | Maloee |
| 200 | Letter to Tim Ondahl from Gayle Krien regarding request to have Hammer put in federal system | 11/02/93 | | | |
| 201 | Westlaw - *USA v. Hammer* - 3rd Circuit | | 9-8-05 | 9-8-05 | Wolfson |

Case 4:96-cr-00239-JHS   Document 1218   Filed 12/30/05   Page 29 of 31

**JUDGE:** **MUIR**

Abbreviated Name of Case: *USA v. Hammer*         Case No:     4:CR-96-239

Name of party submitting this list:     Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
| 202 | BOP Memo | 07/13/96 | | | |
| 203 | Log Entries | 04/12/96 | 9-12-05 | 9-12-05 | Weaver |
| 204 | Bureau of Prisons' Program Statement 5360.09 | 12/31/04 | | | |
| 205 | | | 9-20-05 | 9-21-05 | Maler |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 210 | Declaration of Daryl Matthews in *Swift v. Rumsfeld* | 04/04 | | | |
| 211 | *Arkansas v. Bowen* Transcript | 01/15/93 | 9-21-05 | 9-22-05 | Matthews |
| 212 | *Coe v. Bell* Transcript | 01/26/00 - 01/27/00 | 9-22-05 | 9-22-05 | Matthews |
| 213 | *Harries v. Bell* Transcript | | | | |

217
220
221
222
223
224
225

Record Summary

302s of G.R. Johnson, Jr.
Royce Fowler
Gaylon Ball

9-21-05    9-22-05    Matthews
9-26-05    9-28-05    Travis

Case 4:96-cr-00239-JHS   Document 1218   Filed 12/30/05   Page 30 of 31

Case 4:96-cr-00239-JHS   Document 1218   Filed 12/30/05   Page 31 of 31

## CLERK'S EXHIBIT LISTING

JUDGE: **MUIR**

Abbreviated Name of Case: *USA v. Hammer*      Case No: 4:CR-96-239

Name of party submitting this list: Hammer

| Exhibit Initial & No. | Description of Object or Item | Document Date | Identified in Court | Date Admitted | Witness on Stand |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| 1001 | Ruhnke Answers to Interrogatories of Judge Muir |  | 08/30/105 |  | Ruhnke |