```
                  IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA         :
                                 :
         v.                      :  No. 4:CR-96-239
                                 :
DAVID PAUL HAMMER                :  (Judge Muir)
```

## ORDER

January 3, 2006

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

A review of our opinion of December 27, 2005, reveals a typographical error.  The purpose of this order is to correct that error.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

"June 22, 1996" in Finding of Fact 1073 is amended to "June 22, 1998."


s/Malcolm Muir
MUIR, U.S. District Judge

MM:gs