IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA        :
                                :
        v.                      :  No. 4:CR-96-239
                                :
DAVID PAUL HAMMER               :  (Judge Muir)


ORDER

January 4, 2006


THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

A review of our opinion of December 27, 2005, reveals a typographical error.  The purpose of this order is to correct that error.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

On page 261, second full paragraph, the portion of the sentence

> Mr. Hammer's admissions during the change of plea proceeding that he had put Mr. Hammer in a sleeper hold, rendered him unconscious and had then taken a piece of cloth and strangled him.

is amended to read

> Mr. Hammer's admissions during the change of plea proceeding that he had put Mr. Marti in a sleeper hold rendered him unconscious and had then taken a piece of cloth and strangled him.

                    s/Malcolm Muir
                    MUIR, U.S. District Judge


MM:gs