IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     : Crim. No. 4:CR-96-239
                             : Civil No. 4:CV-02-510
        v.                   :
                             : (Muir, J.)
DAVID PAUL HAMMER            : **ELECTRONICALLY FILED**

<u>**ORDER**</u>

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Following an extensive hearing on defendant's request pursuant to 28 U.S.C. § 2255 to challenge his conviction for first degree murder and sentence, recommended by the jury, to die by lethal injection, this Court on December 27, 2005, concluded in an opinion and order that David Paul Hammer was entitled to have his sentence vacated and to receive a new penalty phase hearing.

On January 12, 2005, the United States filed a timely Motion to Alter or Amend this final order, pursuant to Federal Rule of Civil Procedure 59(e).  The issues having been fully briefed by the parties based upon arguments presented by the United States, it appears that David Paul Hammer is entitled to no relief whatsoever.  For the reasons advanced in the Government's submission, **IT IS, THEREFORE, ORDERED THAT** this Court's Order of December 27, 2005, is amended and that Defendant's 28 U.S.C. § 2255 petition be denied in its entirety.

_____
MUIR, United States District Judge