UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     : CRIM. NO. 4:CR-96-239
                                 : Civil No. 4:CV-02-510
          v.                 : (Muir, J.)
                                 :
   DAVID PAUL HAMMER        : **ELECTRONICALLY FILED**

## MOTION TO LIST CASE FOR A
## <u>NEW PENALTY PHASE</u>

COMES NOW, the United States Attorney for the Middle District of Pennsylvania and in accordance with ¶ 5 of this Court's order dated December 27, 2005, states as follows:

1.  The United States requests in accordance with this Court's previous order as well as the original Notice to Seek the Death Penalty filed on April 9, 1997, that this case be placed on a Trial List for a new penalty phase in accordance with 18 U.S.C. § 3593(b).

2. Given that defendant has filed a Notice of Appeal from this Court's order, it is respectfully requested that this Court set the penalty phase at a convenient time on the Court's calendar upon completion of all appeal-related proceedings.

3.  By filing the Notice of Appeal on February 7, 2006, from this Court's order of December 27, 2005, as well as in correspondence dated January 31, 2006, defendant has indicated that he does not concur in the request to establish a new penalty phase.

WHEREFORE, on the basis of the above-stated reasons the United States respectfully requests that this Court place this case on a Trial List for a new penalty phase upon completion of all appeal-related proceedings.  An order for the Court's convenience is appended hereto.

Respectfully submitted,

THOMAS A. MARINO
United States Attorney

By_s/Frederick E. Martin
FREDERICK E. MARTIN
Assistant United States Attorney
PA 57455
Herman T. Schneebeli Federal Bldg.
240 West Fourth Street, Suite 316
Williamsport, PA 17701-6465
Tele: (570) 326-1935
FAX: (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated:  February_24_, 2006

2

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      : CRIM. NO. 4:CR-96-239
     : Civil No. 4:CV-02-510
        v.      : (Muir, J.)
     :
    DAVID PAUL HAMMER      : **ELECTRONICALLY FILED**


## CERTIFICATE OF SERVICE


     I hereby certify that I caused a true and correct copy of the foregoing

**MOTION TO LIST CASE FOR A
NEW PENALTY PHASE and proposed ORDER**

by mailing electronically on February 24 , 2006, to:

ADDRESSEE:      Anne L. Saunders, Esquire
               Anne_Saunders@fd.org

               Michael Wiseman, Esquire
               Michael_Wiseman@fd.org



                    s/Frederick E. Martin
                   FREDERICK E. MARTIN
                   Assistant United States Attorney