UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  : CRIM. NO. 4:CR-96-239
          : Civil No. 4:CV-02-510
    v.      : (Muir, J.)
          :
  DAVID PAUL HAMMER  : **ELECTRONICALL FILED**

**NOTICE OF APPEAL TO THE UNITED STATES**
**<u>COURT OF APPEALS FOR THE THIRD CIRCUIT</u>**

Notice is hereby given that pursuant to Title 28, United States Code, Sections 1291 and 2253(a), and Rules 4(a)(1)(B) and 22(b)(3), Federal Rules of Appellate Procedure, the United States of America hereby appeals to the United States Court of Appeals for the Third Circuit from the Orders of this Court entered on December 27, 2005 and January 31, 2006.

        Respectfully submitted,

        THOMAS A. MARINO
        United States Attorney

        By <u>s/Frederick E. Martin  </u>
        FREDERICK E. MARTIN
        Assistant United States Attorney
        PA 57455
        Herman T. Schneebeli Federal Bldg.
        240 West Fourth Street, Suite 316
        Williamsport, PA 17701-6465
        Tele: (570) 326-1935
        FAX: (570) 326-7916
        Electronic Mail:
        Fred.Martin@usdoj.gov

Dated:  February <u>  24  </u>, 2006

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      : CRIM. NO. 4:CR-96-239
                                   : Civil No. 4:CV-02-510
          v.             : (Muir, J.)
                                   :
    DAVID PAUL HAMMER          : **ELECTRONICALL FILED**

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a true and correct copy of the foregoing

**NOTICE OF APPEAL TO THE UNITED STATES**
**COURT OF APPEALS FOR THE THIRD CIRCUIT**

by mailing electronically on February 24 , 2006, to:

Ronald C. Travis, Esquire
rtravis@riederstravis.com

Anne L. Saunders, Esquire
Anne_Saunders@fd.org

Michael Wiseman, Esquire
Michael_Wiseman@fd.org

                             s/Frederick E. Martin
                             FREDERICK E. MARTIN
                             Assistant United States Attorney