UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          : CRIM. NO. 4:CR-96-239
                                  : Civil No. 4:CV-02-510
             v.                   : (Muir, J.)
                                  :
DAVID PAUL HAMMER                 : **ELECTRONICALLY FILED**

## ORDER

February **24**, 2006

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On December 27, 2005, we issued a 278-page opinion with 1705 specific findings of fact and order granting in part and denying in part David Paul Hammer's fourth amended § 2255 motion.  The order vacated and set aside the sentence of death imposed on Mr. Hammer on November 4, 1998, and authorized the government within 60 days to file a motion to have the case placed on a trial list for a new penalty-phase trial.

Counsel for David Paul Hammer filed a Notice of Appeal on February 7, 2006.  This Court on February 8, 2006, denied a Certificate of Appealability.

On February 24, 2006, the government complied with the Order of December 27, 2005, and requested that the case be placed on a trial list for a new penalty phase trial.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT following

completion of all appeal-related proceedings, this case will be

*on motion of government counsel*

placed on a trial list for a new penalty phase trial.

_____
MUIR, United States District Judge

2