# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

_____

UNITED STATES OF AMERICA,

                Respondent,

        v.

DAVID PAUL HAMMER,

           Defendant/Petitioner.

_____

:
:
: Criminal No. 4:CR–96-239
:
: Judge Muir
:
: Electronically Filed
:
:
:
:
:

## NOTICE OF APPEAL

PLEASE TAKE NOTICE, that Defendant/Petitioner David Paul Hammer, hereby appeals to the United States Court of Appeals for the Third Circuit from each and every adverse finding and ruling rendered by the District Court in its Order and Opinion of December 27, 2005.

Respectfully Submitted,

s/ Michael Wiseman
MICHAEL WISEMAN, ESQUIRE
Supervising Assistant Federal Defender
Attorney ID#PA 75342
Federal Community Defender for
Eastern District of Pennsylvania
Capital Habeas Corpus Unit
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
Tel. No. (215)928-0520
(Michael_Wiseman@fd.org)

s/ Anne Saunders
ANNE L.SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Attorney ID #PA 48458
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
(Anne_Saunders@fd.org)

Dated:      Philadelphia, PA
             February 7, 2006

## CERTIFICATE OF SERVICE

I, Michael Wiseman, do hereby certify that on this date I served a copy of the foregoing  via Electronic Case Filing and United States Mail:

Frederick E. Martin, Esquire
United States Attorney's Office
Federal Building, Room 217
228 Walnut Street
Harrisburg, PA 17108

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530


s/Michael Wiseman
Michael Wiseman

Dated:      Philadelphia, PA
            February 7, 2006