**Office of the Clerk**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**Suite 218**
**240 West Third Street**
**Williamsport, PA 17701**
**(570) 323-6380 fax (570) 323-0636**

March 10, 2006

Attention: Gayle Burr
Office of the Clerk
United States Court of Appeals
    Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106

RE: UNITED STATES vs. David Paul Hammer
    Our File: 96-CR-239
    **USCA No.: 06-** 9000
        06-9001

Dear Clerk:

    Enclosed please find:

    _____      One Certified copy of the docket entries to be filed as the certified list in lieu of the record.

    \_\_X\_\_\_      Actual documents (up to ECF filings), pursuant to telephonic request.

    _____      One certified copy of the docket entries to be filed as the certified list in lieu of the _____ supplemental record.

    \_\_      Actual record with two certified copies of the docket entries.

    Please acknowledge receipt of the above on the enclosed duplicate copy of this letter and return it to this office. Thank you.

            Very truly yours,

            MARY E. D'ANDREA, CLERK
            By: Lisa A. Gonsalves, deputy



RECEIVED
MAR 13 2006
U.S. C.A. 3rd