## TRANSCRIPT PURCHASE ORDER

| District Court | Court of Appeals Docket No. | 06-900 |
|---|---|---|
| **Middle District of Pennsylvania** | District Court Docket No. | **96-cr-239** |

Short Case Title ___**USA v. Hammer**___

Date Notice of Appeal Filed by Clerk of District Court ___**2/7/06**___

**PART I.** (To be completed by party responsible for ordering transcript)    NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

A.  Complete <u>one</u> of the following and <u>serve ALL COPIES</u>:
TRANSCRIPT:

☐ None        ☐ Unnecessary for appeal purposes.
☒ Already on file in the D.C. Clerk's office.
☐ This is to order a transcript of the proceedings heard on the date listed below from ___**Fausnaught/Spearing**___
(Name of Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of proceedings, specify exactly what portion or what witness testimony is desired.

_____

_____

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will *NOT* be included in trial transcripts.

Voir dire  ☐ ;    Opening statement of plaintiff  ☐    defendant  ☐
Closing argument of plaintiff  ☐        defendant  ☐
Jury instructions  ☐        Sentencing Hearings  ☐

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

B.  This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript.    The method of payment will be:

☐ Criminal Justice Act (Attach copy of CJA form 24)
☐ Motion for transcript has been submitted to DC Judge
☒ Private Funds — **Paid by Federal Defender Offices**

Signature ___(signature)___                         Date ___**March 23, 2006**___

Print Name ___**Michael Wiseman, Esquire**___ ~~Federal Court Div., Defender Assoc. of Phila.~~ Counsel for ___**David Paul Hammer**___

Address ___**Capital Habeas Unit, Curtis Center, Suite 545 West**___ Telephone ___**(215) 928-0520**___
___**Independence Square West, 601 Walnut St., Phila., PA  19106**___

**PART II.**    COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

☐ Arrangements for payment were made on _____
☐ Arrangements for payment have not been made pursuant to FRAP 10(b)

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

**PART III.**    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages            _____ Actual Number of Volumes

| Date | Signature of Court Reporter |
|---|---|

3CA (12/93)