ELD-15                                                    November 22, 2006

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No.  **06-9000**

UNITED STATES OF AMERICA

v.

DAVID PAUL HAMMER,
Appellant

(M.D. Pa. Crim. No. 96-cr-00239)


Present:        MCKEE, RENDELL AND NYGAARD, CIRCUIT JUDGES


Submitted are:

(1)    Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1);
(2)    Appellee's memorandum in opposition;
(3)    Appellant's "reply brief";
(4)    Appellant's response to the Court's order directing the parties to address jurisdiction; and
(5)    Appellee's response to the Court's order directing the parties to address jurisdiction
in the above-captioned case.

Respectfully,


Clerk

MMW/SR

_____ORDER_____

The appeal is not dismissed for lack of jurisdiction.  The request for a certificate of appealability is granted with regard to these questions: whether counsel were ineffective for failing to challenge or correct the effect of the District Court's pretrial order committing Hammer to long-term in-patient evaluation, and whether this claim is time-barred; whether counsel were ineffective for failing to investigate and present Hammer's history of false confessions and other mendacity; and whether counsel were ineffective for failing to investigate and present the defense of erotic asphyxiation. The request is otherwise denied.

By the Court,

/s/ Theodore A. McKee
Circuit Judge

Dated: December 21, 2006

**A True Copy:**

Marcia M. Waldron

Marcia M. Waldron, Clerk

USA v. Hammer
Page Two
No. 06-9000
ghb/cc: Michael Wiseman, Esq.
        Anne L. Saunders, Esq.
        Gwynn X. Kinsey, Jr., Esq.
        Frederick E. Martin, Esq.