OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

# United States Court of Appeals

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



July 6, 2009

Mary Eileen D'Andrea
United States District Court for the Middle District of Pennsylvania
Herman T. Schneebeli Federal Building240 West Third Street
WilliamsportPA17701-7701

RE: USA v. Hammer
Case Numbers: 06-9000 & 06-9001
District Case Number: 96-cr-00239

Dear District Court Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

 (X) We return herewith the certified record in the case(s).

 Kindly acknowledge receipt for same on the enclosed copy of this letter.

 Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

Very truly yours,

Marcia M. Waldron, Clerk

By:
Dana Moore, Legal Assistant
267-299-4927

cc:  Gwynn X Kinsey Jr., Esq.
     Frederick E. Martin, Esq.
     Anne L. Saunders, Esq.
     Matthew Stiegler, Esq.
     Michael Wiseman, Esq.