IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA  :
                          :
        v.                :  No. 4:CR-96-239
                          :
DAVID PAUL HAMMER,        :  (Judge Muir)


ORDER

July 9, 2009

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The background of this case is set forth in prior orders of this court and we will not repeat that background other than as needed to address the certified judgment dated May 11, 2009, of the Court of Appeals issued in lieu of a formal mandate on July 6, 2009.  On December 27, 2005, we issued an opinion and order which, inter alia, granted in part and denied in part Hammer's fourth amended section 2255 motion.  The sentence of death imposed on Hammer was vacated and set aside and the Government was authorized to file within 60 days a motion to place the case on a trial list for a new penalty-phase trial.  On February 7, 2006, Hammer filed a Notice of Appeal.  On February 24, 2006, the Government filed a notice of appeal and a motion to have the case placed on a trial list for a new penalty phase upon completion of all appeal-related proceedings.  On February 24, 2006, we issued an order which provided that "following completion of all appeal-related proceedings, this case will be placed on motion of government counsel on a trial list for a new penalty phase trial."  The last order issued by this court required the government to take action

by filing a motion to have the case placed on a trial list once all appellate proceedings concluded.  The purpose of this order is to require the Government to comply with that order or notify the court that there are still pending or anticipated additional appellate proceedings.

NOW, THEREFORE IT IS HEREBY ORDERED THAT:

The Government within 60 days of the date hereof may file a motion to have this case placed on a trial list for a new penalty-phase trial.  Failure of the Government to file within 60 days of the date hereof such a motion, or notify the court in writing that there are pending or anticipated additional appellate proceedings, will result in the court resentencing Hammer to a term of life imprisonment without the possibility of release on parole.

s/Malcolm Muir
MUIR, U.S. District Judge

2