IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:96-CR-00239 |
| | : | |
| v. | : | (Judge Muir) |
| | : | |
| DAVID PAUL HAMMER | : | (Electronically Filed) |


**MOTION TO SCHEDULE CONFERENCE
REGARDING APPOINTMENT OF COUNSEL**


AND NOW comes David Paul Hammer, by James V. Wade, Federal Public Defender for the Middle District of Pennsylvania, and files this Motion to Schedule Conference Regarding Appointment of Counsel.

**Background**

On December 27, 2005 this Court issued an Opinion and Order which granted in part, Hammer's section 2255 motion. Hammer's sentence of death was vacated. Appeals from the December 2005 Order were taken by both the Government and Hammer. Those appeals were disposed of by the Third Circuit Court of Appeals on May 11, 2009. The Third Circuit found that it lacked jurisdiction of over the appeals. The Mandate of the Third Circuit Court of Appeals, issued on July 6, 2009. On July 9, 2009 this Court entered an Order giving the government sixty (60) days to move to place this case on the trial list.

As noted above the above captioned case has been in collateral proceedings. Collateral proceedings pursuant to section 2255 are over. Hammer has been represented in the most recent collateral proceedings by the Capital Habeas Units of the Defender Association of Philadelphia and the Federal Public Defender's Office for the Middle District of Pennsylvania.

Additional proceedings in the trial court will not be collateral in nature. Trial counsel is needed to select a jury and to request a review of the decision to seek the death penalty. It is contemplated that a request to review the decision to seek the death penalty will be made at both the local and national level. This review requires the expertise of trial counsel. This review will likely lead to a request to extend the time to respond to this Court's Order of July 9, 2009.

Appointment of counsel issues are normally handled ex parte. In Hammer's case the appointment of counsel matter is likely to touch on a motion to extend the time limits of the July 9, 2009 Order. Because of these circumstances the undersigned Federal Public Defender would like to meet with the Court and the prosecutor to preview these issues on Tuesday, July 28, 2009 at 2:30 p.m. After this meeting the Federal Defender will file a Notice of Designation of Counsel under the Criminal Justice Act and soon thereafter one or both of the parties will

file a motion to extend or enlarge the time period contained in the Order of July 9, 2009.

WHEREFORE, it is respectfully requested that this Honorable Court grant

the foregoing Motion to Schedule Conference Regarding Appointment of Counsel.

Respectfully submitted,

Date: July 24, 2009

*s/ James V. Wade*

JAMES V. WADE, ESQUIRE
Federal Public Defender
Attorney ID #PA33352
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*<James_Wade@fd.org>*
*Attorney for David Paul Hammer*

# CERTIFICATE OF SERVICE

I, James V. Wade, Federal Public Defender for the Middle District of Pennsylvania, do hereby certify that I served a copy of the foregoing **Motion to Schedule Conference Regarding Appointment of Counsel,** via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney
228 Walnut Street, Room 220
Harrisburg, PA 17101

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street N.W.
Washington, D.C.   20530

Michael Wiseman, Esquire
Defender Association of Philadelphia
Federal Court Division - Capital Habeas Unit
Suite 545 West, The Curtis Building
Independence Square West
Philadelphia, PA 19106

Anne L. Saunders, Esquire
Federal Defender Office
Capital Habeas Unit
100 Chestnut Street
Suite 300
Harrisburg, PA   17101

Ronald C. Travis, Esquire
Rieders, Travis, Humphrey
Harris, Waters & Waffenschmidt
161 W. Third Street
Williamsport, PA 17703

David Paul Hammer
 Reg. No.:   24507-077
USP Terre Haute
PO Box 33
Terre Haute, IN 47808

Date: July 24, 2009

s/ James V. Wade
JAMES V. WADE, ESQUIRE
Federal Public Defender
Attorney ID #PA33352
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
<James_Wade@fd.org>
Attorney for David Paul Hammer

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:96-CR-00239 |
| | : | |
| v. | : | (Judge Muir) |
| | : | |
| DAVID PAUL HAMMER | : | (Electronically Filed) |

## <u>CERTIFICATE OF CONCURRENCE</u>

I, James V. Wade of the Federal Public Defender's Office, do hereby certify

that Assistant United States Attorney Frederick E. Martin,  Esquire, concurs in the

foregoing motion to schedule a conference.

Date: July 24, 2009                    *s/ James V. Wade*
                                       JAMES V. WADE, ESQUIRE
                                       Federal Public Defender
                                       Attorney ID #PA33352
                                       100 Chestnut Street, Suite 306
                                       Harrisburg, PA 17101
                                       Tel. No. (717) 782-2237
                                       Fax No. (717) 782-3881
                                       *<James_Wade@fd.org>*
                                       *Attorney for David Paul Hammer*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :    Criminal No. 4:96-CR-00239
                                :
     v.                         :    (Judge Muir)
                                :
DAVID PAUL HAMMER        :    (Electronically Filed)

## ORDER OF COURT

**AND NOW** this _____ day of _____, 2009, upon

consideration of the Motion to Schedule Conference Regarding Appointment of

Counsel,

     **IT IS HEREBY ORDERED** that this motion is **GRANTED**.

Counsel shall appear for a conference on Tuesday, July 28, 2009 at 2:30 p.m. in the

Judge's Chambers, United States Courthouse and Federal Building, 240 West

Third Street, Williamsport, Pennsylvania.

                  BY THE COURT:

                  _____

                  MALCOLM MUIR
                  UNITED STATES DISTRICT JUDGE