IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:96-CR-00239 |
| | : | |
| v. | : | (Judge Muir) |
| | : | |
| DAVID PAUL HAMMER | : | (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE

I, James V. Wade of the Federal Public Defender's Office, do hereby certify

that Assistant United States Attorney Frederick E. Martin,  Esquire, concurs in the

foregoing motion to schedule a conference.


Date:  July 24, 2009          *s/ James V. Wade*
                              JAMES V. WADE, ESQUIRE
                              Federal Public Defender
                              Attorney ID #PA33352
                              100 Chestnut Street, Suite 306
                              Harrisburg, PA 17101
                              Tel. No. (717) 782-2237
                              Fax No. (717) 782-3881
                              *<James_Wade@fd.org>*
                              *Attorney for David Paul Hammer*