IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :    Criminal No. 4:96-CR-00239
    :
v.    :    (Judge Muir)
    :
DAVID PAUL HAMMER    :    (Electronically Filed)

## ORDER OF COURT

**AND NOW** this _____ day of _____, 2009, upon

consideration of the Motion to Schedule Conference Regarding Appointment of

Counsel,

**IT IS HEREBY ORDERED** that this motion is **GRANTED**.

Counsel shall appear for a conference on Tuesday, July 28, 2009 at 2:30 p.m. in the

Judge's Chambers, United States Courthouse and Federal Building, 240 West

Third Street, Williamsport, Pennsylvania.

BY THE COURT:

_____
MALCOLM MUIR
UNITED STATES DISTRICT JUDGE