IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:96-CR-00239 |
| | : | |
| v. | : | (Judge Muir) |
| | : | |
| DAVID PAUL HAMMER | : | (Electronically Filed) |

## ORDER OF COURT

AND NOW this _24th_ day of _July_, 2009, upon

consideration of the Motion to Schedule Conference Regarding Appointment of

Counsel,

**IT IS HEREBY ORDERED** that this motion is **GRANTED**.

Counsel shall appear for a conference on Tuesday, July 28, 2009 at 2:30 p.m. in the

Judge's Chambers, United States Courthouse and Federal Building, 240 West

Third Street, Williamsport, Pennsylvania.

BY THE COURT:

MALCOLM MUIR
UNITED STATES DISTRICT JUDGE