# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:96-CR-00239 |
| | : | |
| v. | : | (Judge Muir) |
| | : | |
| DAVID PAUL HAMMER | : | (Electronically Filed) |

## MOTION TO DESIGNATE COUNSEL

AND NOW comes David Paul Hammer, by James V. Wade, Federal Public Defender for the Middle District of Pennsylvania, and files this Motion to Designate Counsel.

## Background

1.      On June 4, 2004, this Court issued an order appointing the Federal Public Defender and/or his designee in the above-captioned matter.  Doc. 922.  On December 27, 2005 this Court issued an Opinion and Order which granted in part, Hammer's section 2255 motion.  Doc. 1216.  Hammer's sentence of death was vacated.  Appeals from the December 2005 Order were taken by both the Government and Hammer.  Those appeals were disposed of by the Third Circuit Court of Appeals on May 11, 2009.  The Third Circuit found that it lacked jurisdiction over the appeals. The Mandate of the Third Circuit Court of Appeals, issued on July 6, 2009.  Doc. 1244 .  On July 9, 2009 this Court entered an Order giving the government sixty (60)

days to move to place this case on the trial list. Absent notice by the government, Hammer will be resentenced to life imprisonment without parole.  Doc. 1245.  A conference on designation of counsel was held on July 28, 2009.

2.      As noted above, this case has been in collateral proceedings.  Hammer has been represented in the most recent collateral proceedings by the Capital Habeas Units of the Defender Association of Philadelphia and the Federal Public Defender's Office for the Middle District of Pennsylvania.

3.      Additional proceedings in the trial court will not be collateral in nature. It is contemplated that a request to review the decision to seek the death penalty will be made at both the local and national level.  Should the government elect to proceed capitally, a sentencing trial will be scheduled.

4.      In light of the changed circumstances, the Federal Public Defender respectfully seeks to designate Ronald Travis, Esquire as co-counsel for the up-coming proceedings.

5.      Pursuant to 18 U.S.C. § 3005 and § 3599(a)(1)(B), a capital defendant is entitled to at least two attorneys, "of whom at least 1 shall be learned in the law applicable to capital cases."  18 U.S. C. § 3005.  While present counsel are learned in the law applicable to capital cases, and have developed evidence relevant to both the presentation of any review by the government on the determination to seek death

and a resentencing hearing, counsel's primary practice and experience have been in the post-trial context. Thus, while present counsel retain expertise in the presentation of mitigation evidence and the presentation of evidence disputing aggravation, they are not familiar with the procedures and practice surrounding the selection of a jury that would be necessary for resentencing, nor have they had any experience in participating in the process with the Government regarding determining whether or not to certify a case as a capital prosecution.

6.    Attorney Travis has been designated "learned counsel," previously and has served as counsel in capital cases in this jurisdiction, including this very case. Attorney Travis has been admitted to practice before this court for more than five years. He has more than three years experience in the actual trial of felony prosecutions in this Court. Attorney Travis' expertise in the process and procedures both during the pre-determination and any resentencing proceeding are necessary in order to ensure that Hammer has the requisite "learned counsel." In addition, because he was counsel during Hammer's trial and prior sentencing hearing, Attorney Travis will be in a far better position than another qualified attorney on the Criminal Justice Act Panel to become familiar with the subsequent evidence developed by present counsel in preparation for a resentencing.

7.    The Government does not oppose this motion so long as this Court conducts a colloquy of Mr. Hammer.[1]

WHEREFORE, it is respectfully requested that this Honorable Court permit Attorney Ronald Travis to be designated as co-counsel in the above-captioned matter.

Respectfully submitted,

Date: July 29, 2009

*s/ James V. Wade*
JAMES V. WADE, ESQUIRE
Federal Public Defender
Attorney ID #PA33352
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*<James_Wade@fd.org>*
*Attorney for David Paul Hammer*

---

[1]To the extent this Court deems a colloquy of Mr. Hammer appropriate, the Government has agreed to permit this colloquy to be conducted via video-conferencing.

**CERTIFICATE OF SERVICE**

I, James V. Wade, Federal Public Defender for the Middle District of Pennsylvania, do hereby certify that I served a copy of the foregoing **Notice of Designation of Counsel,** via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney
228 Walnut Street, Room 220
Harrisburg, PA 17101

Gwynn X. Kinsey, Jr., Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street N.W.
Washington, D.C.   20530

Michael Wiseman, Esquire
Defender Association of Philadelphia
Federal Court Division - Capital Habeas Unit
Suite 545 West, The Curtis Building
Independence Square West
Philadelphia, PA 19106

Anne L. Saunders, Esquire
Federal Defender Office
Capital Habeas Unit
100 Chestnut Street
Suite 300
Harrisburg, PA   17101

Ronald C. Travis, Esquire
Rieders, Travis, Humphrey
Harris, Waters & Waffenschmidt
161 W. Third Street
Williamsport, PA 17703

David Paul Hammer
 Reg. No.:   24507-077
USP Terre Haute
PO Box 33
Terre Haute, IN 47808

Date: July 29, 2009

s/ James V. Wade
JAMES V. WADE, ESQUIRE
Federal Public Defender
Attorney ID #PA33352
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
<James_Wade@fd.org>
Attorney for David Paul Hammer