# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :   Criminal No. 4:96-CR-00239

                            :

     v.                          :   (Judge Muir)

                            :

DAVID PAUL HAMMER        :   (Electronically Filed)

## CERTIFICATE OF CONCURRENCE

I, James V. Wade of the Federal Public Defender's Office, do hereby certify that Assistant United States Attorney Frederick E. Martin, Esquire, consents in this designation so long as the Court conducts a colloquy of Mr. Hammer via video-conferencing.

Date: July 29, 2009             *s/ James V. Wade*

                                     JAMES V. WADE, ESQUIRE
                                       Federal Public Defender
                                       Attorney ID #PA33352
                                       100 Chestnut Street, Suite 306
                                       Harrisburg, PA 17101
                                       Tel. No. (717) 782-2237
                                       Fax No. (717) 782-3881
                                       *<James_Wade@fd.org>*
                                       *Attorney for David Paul Hammer*