# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :   Criminal No. 4:96-CR-00239

:

    v.         :   (Judge Muir)

:

DAVID PAUL HAMMER    :   (Electronically Filed)

## ORDER

July   , 2009

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On June 4, 2004, this Court issued an order appointing the Federal Public

Defender and/or his designee in the above-captioned matter.  Doc. 922.  On

December 27, 2005 this Court issued an Opinion and Order which granted in part,

Hammer's section 2255 motion.  Doc. 1216.  Hammer's sentence of death was

vacated.  Appeals from the December 2005 Order were taken by both the

Government and Hammer.  Those appeals were disposed of by the Third Circuit

Court of Appeals on May 11, 2009.  The Third Circuit found that it lacked

jurisdiction over the appeals.  The Mandate of the Third Circuit Court of Appeals,

issued on July 6, 2009.  Doc. 1244 .  On July 9, 2009 this Court entered an Order

giving the government sixty (60) days to move to place this case on the trial list.

Absent notice by the government, Hammer will be resentenced to life

imprisonment without parole.  Doc. 1245.  A conference on designation of counsel

was held on July 28, 2009.

The Federal Public Defender has filed a Motion to Designate Counsel requesting that Ronald Travis, Esquire be appointed co-counsel in light of the change in the nature of the proceedings arising from this Court's Order granting, in part, Hammer's Section 2255 motion.  The Government does not oppose the motion so long as a colloquy is conducted by this Court.

Upon consideration of the Motion, it is ORDERED and DIRECTED, that Ronald Travis, Esquire is appointed as co-counsel to represent Mr. Hammer in these proceedings pursuant to 18 U.S.C. § 3006A and § 3599.

BY THE COURT:

_____

MALCOLM MUIR
UNITED STATES DISTRICT JUDGE