IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA :
                         :
        v.               :  No. 4:CR-96-239
                         :
DAVID PAUL HAMMER,       :  (Judge Muir)


ORDER
August 13, 2009

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The background of this case is set forth in prior orders of this court and we will not repeat that background other than as needed to address a pending motion to designate counsel filed on behalf of Hammer by the Federal Public Defender. The Government did not oppose that motion "so long as this Court conducts a colloquy of Mr. Hammer."  Doc. 1248, Motion to Designate Counsel, p. 4. The Government and Hammer further agreed that the colloquy could be conducted via video conferencing. Id.  The purpose of this order is to  schedule a video conference relating to the designation of counsel for Hammer.

NOW, THEREFORE IT IS HEREBY ORDERED THAT:

1.  A hearing regarding Hammer's motion to designate counsel by way of video conferencing will be held on August 24, 2009, at 3:00 p.m.

2.  The Clerk of Court shall make the necessary

arrangements to hold the hearing by video conferencing and notify all necessary parties.


s/Malcolm Muir
MUIR, U.S. District Judge