IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA :
                              :
          v.                  :   No. 4:CR-96-239
                              :
DAVID PAUL HAMMER,            :   (Judge Muir)


ORDER

August 24, 2009

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The background of this case is set forth in prior orders of this court and we will not repeat that background other than as needed to address a motion to designate counsel filed by the Federal Public Defender.  A hearing was held on August 24, 2009, relating to the motion to designate counsel at which Mr. Hammer was questioned and certain findings were made on the record by the court.  The court incorporates by reference those findings in this order.

NOW, THEREFORE IT IS HEREBY ORDERED THAT:

Ronald C. Travis, Esquire, is appointed as co-counsel to represent Mr. Hammer in these proceedings pursuant to 18 U.S.C. § 3006A and §3599.

_____
MUIR, U.S. District Judge