IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:CR-96-0239 |
| | : | |
| v. | : | (Muir, J.) |
| | : | |
| DAVID PAUL HAMMER | : | **ELECTRONICALLY FILED** |

**JOINT MOTION FOR CONTINUANCE TO ALLOW FOR
RECONSIDERATION BY THE UNITED STATES ATTORNEY
AND DEPARTMENT OF JUSTICE OF PURSUING THE DEATH PENALTY**

COMES NOW, the United States of America, by Dennis C. Pfannenschmidt, United States Attorney for the Middle District of Pennsylvania and respectfully moves this Court to extend the period of time to comply with its order of July 9, 2009, for eight months to allow for review by both the United States Attorney and the Attorney General to determine whether the death penalty should be pursued in this action. The following reasons are provided in support of this request.

1.    Following remand of the § 2255 proceedings by the Court of Appeals for the Third Circuit, this Court entered an order on July 9, 2009, regarding the course of future proceedings. Specifically, this Court established a 60-day deadline in which the prosecution could request a new death penalty phase trial.

2.    On July 24, 2009, defendant's counsel filed a motion to conduct a conference regarding the appointment of new counsel. By order dated that same day, this Court established a meeting on July 28, 2009.

3.    On July 28, 2009, this Court met with representatives of the United States Attorney and Federal Public Defender to discuss the course of future proceedings.  At that time, the Federal Public Defender for this District indicated its interest in withdrawing from any future penalty proceedings and suggested the appointment of prior trial counsel.  The prosecution expressed its belief that to proceed in this fashion, this Court should conduct a colloquy to insure that defendant knowingly wished to proceed with original trial counsel who was criticized for his effectiveness during the § 2255 proceedings.  Also, at that time, the prosecution indicated that due to the passage of time since the death penalty originally had been authorized, April 1998, reconsideration of that decision by the new United States Attorney as well as the Department of Justice appeared to be appropriate.

4.    The Federal Public Defender, who represented defendant along with the Capital *Habeas* Unit of the Defender Association of Philadelphia in the § 2255 proceedings, filed on July 29, 2009, a motion to designate counsel for further proceedings. Specifically the Federal Public Defender recommended the re-appointment of Ronald C. Travis, Esquire, who previously served as counsel in the initial 1998 criminal proceedings.

5.    This Court scheduled an opportunity for a colloquy on August 24, 2009, with defendant, who would participate through

video-conference.  Following counsel's questions of defendant, this Court found that defendant knowingly accepted the appointment of Attorney Travis to represent him, along with the Capital *Habeas* Unit of the Defender's Association of Philadelphia, in all future proceedings.

6.    During the colloquy proceeding, this Court was apprised again of the request by all parties to extend the deadline for compliance with this Court's order of July 9, 2009.  Having discussed this among all counsel present, it was the consensus that an eight month continuance would be needed.  This includes needed time for the Defender's Unit to apprise Attorney Travis of information developed by their office during the § 2255 proceedings regarding defendant's actions during the last ten years, as well as for Attorney Travis to bring the Defender's Unit up to speed on all details and nuances of defendant's case established through 1998.  Thereafter, a presentation will be made to the United States Attorney for this District and, still later, the Department of Justice, through the Capital Crimes Unit, will also review the matter.  In the event that this presentation and review process can occur earlier than requested, the parties promptly will advise this Court.

**WHEREFORE,** for the above-stated reasons, it is respectfully requested that your Honorable Court continue for eight months the time in which the prosecution should advise the Court regarding a new death penalty phase trial.  A proposed Order granting this motion is appended for the convenience of this Court.

Respectfully submitted,

DENNIS C. PFANNENSCHMIDT
United States Attorney

By s/Frederick E. Martin
FREDERICK E. MARTIN
Assistant United States Attorney
PA ID 57455
Herman T. Schneebeli Federal Bldg.
240 West Third Street, Suite 316
Williamsport, PA 17701-6465
Tele:  (570) 326-1935
FAX:  (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated:  August   26  , 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :  Criminal No. 4:CR-96-0239
:
v.    :  (Muir, J.)
:
DAVID PAUL HAMMER    :  **ELECTRONICALLY FILED**

## CERTIFICATE OF CONCURRENCE

The undersigned hereby certifies that on August  24, 2009, Ronald C. Travis, Esquire, and Michael Wiseman, Esquire, attorneys for defendant, stated his concurrence on behalf of Defendant in the requested Motion for Continuance to Allow for Reconsideration by the United States Attorney and Department of Justice of Pursuing the Death Penalty in the above-captioned case.

s/Frederick E. Martin
FREDERICK E. MARTIN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :   Criminal No. 4:CR-96-0239
                                  :
            v.                    :   (Muir, J.)
                                  :
 DAVID PAUL HAMMER                :   **ELECTRONICALLY FILED**

## CERTIFICATE OF SERVICE

     I hereby certify that I caused a true and correct copy of
the foregoing

**JOINT MOTION FOR CONTINUANCE TO ALLOW FOR
RECONSIDERATION BY THE UNITED STATES ATTORNEY
AND DEPARTMENT OF JUSTICE OF PURSUING
THE DEATH PENALTY, CERTIFICATE OF
CONCURRENCE, and proposed ORDER**

to be electronically mailed on August __26__, 2009, to:

ADDRESSEE:      Ronald C. Travis, Esquire
                rtravis@riederstravis.com

                Michael Wiseman, Esquire
                Michael_Wiseman@fd.org


                           s/Frederick E. Martin
                          FREDERICK E. MARTIN
                          Assistant United States Attorney