**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**


UNITED STATES OF AMERICA    :     Criminal No. 4:96-CR-00239
                                  :
      v.                    :     (Judge Muir)
                                    :
DAVID PAUL HAMMER         :     (Electronically Filed)


**UNOPPOSED MOTION TO MODIFY THIS COURT'S AUGUST 27, 2009
ORDER TO REFLECT THAT THE FEDERAL PUBLIC DEFENDER
OF THE MIDDLE DISTRICT OF PENNSYLVANIA
REMAIN COUNSEL FOR DAVID PAUL  HAMMER**

AND NOW comes David Paul Hammer, by James V. Wade,  Federal Public Defender for the Middle District of Pennsylvania, and files this Motion to Modify the Court's August 27, 2009 Order to Reflect that the Federal Public Defender of the Middle District of Pennsylvania Remain Counsel for Mr. Hammer.

1.     On December 27, 2005 this Court issued an Opinion and Order which granted in part, Hammer's section 2255 motion.  (Doc. 1216)  Hammer's sentence of death was vacated.  Appeals from the December 2005 Order were taken by both the Government and Hammer.  Those appeals were disposed of by the Third Circuit Court of Appeals on May 11, 2009.  The Third Circuit found that it lacked jurisdiction over the appeals.  The Mandate of the Third Circuit Court of Appeals, issued on July 6, 2009.  Doc. 1244.  On July 9, 2009 this Court entered an Order

giving the government sixty (60) days to move to place this case on the trial list. (Doc. 1245)

2.      On July 24, 2009, the undersigned filed a *Motion to Schedule Conference Regarding Appointment of Counsel*.  On the same date, this Court granted the Motion and scheduled a conference for July 28, 2009 at 2:30 pm. During that conference, the undersigned requested appointment of Attorney Travis in light of the changed circumstances in the proceedings.  The undersigned did not request to withdraw and, instead, indicated that Mr. Travis would be co-counsel with the Capital Habeas Units from the Middle and Eastern Districts.  See NT July 28, 2009 at 2; id. at 4.  Subsequently, undersigned filed a Motion to Designate Counsel, once again requesting that Mr. Travis be added to the legal team.  The Government did not oppose the motion so long as a colloquy was conducted with Mr. Hammer in light of Mr. Travis' prior representation.

3.      On August 24, 2009, a colloquy of Mr. Hammer was conducted and this Court subsequently issued an order appointing Mr. Travis.  See Doc. 1253.

4.      Per agreement of all the parties, the Government then filed an unopposed  motion to continue the deadline set in this Court's July 9, 2009 Order to permit reconsideration of pursuing the death penalty.  (Doc. 1255)(Joint Motion

for Continuance to Allow for Reconsideration by the United States Attorney and the Department of Justice of Pursuing the Death Penalty).

5.    Due to a misunderstanding the Government represented in the Joint Motion that the undersigned requested that this office be permitted to withdraw from this case during the July 28, 2009 status conference and included the withdrawal of the Middle District Federal Public Defender in the proposed order.

6.    Undersigned has contacted Assistant United States Attorney Martin who indicated that he is not opposed to a modification of this Court's August 27, 2009 order indicating that the Federal Public Defender of the Middle District remain as Petitioner's counsel.

WHEREFORE, it is respectfully requested that this Honorable Court grant the foregoing *Unopposed Motion to Modify this Court's August 27, 2009 Order to Reflect That the Federal Public Defender of the Middle District of Pennsylvania Remain Counsel for David Paul Hammer.*

Respectfully submitted,

Date:  September 3, 2009

s/ James V. Wade
JAMES V. WADE, ESQUIRE
Federal Public Defender
Attorney ID #PA33352
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
<*James_Wade@fd.org*>
*Attorney for David Paul Hammer*

3

## CERTIFICATE OF SERVICE

I, James V. Wade, Federal Public Defender for the Middle District of Pennsylvania, do hereby certify that I served a copy of the foregoing *Unopposed Motion to Modify this Court's August 27, 2009 Order to Reflect That the Federal Public Defender of the Middle District of Pennsylvania Remain Counsel for David Paul Hammer*, via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office

Michael Wiseman, Esquire
Defender Association of Philadelphia
Federal Court Division - Capital Habeas Unit

Ronald C. Travis, Esquire

David Paul Hammer

Date:  September 3, 2009

*s/ James V. Wade*
JAMES V. WADE, ESQUIRE
Federal Public Defender
<*James_Wade@fd.org*>
*Attorney for David Paul Hammer*