IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:96-CR-00239 |
| | : | |
| v. | : | (Judge Muir) |
| | : | |
| DAVID PAUL HAMMER | : | (Electronically Filed) |

## **CERTIFICATE OF CONCURRENCE**

I, James V. Wade of the Federal Public Defender's Office, do hereby certify

that Assistant United States Attorney Frederick E. Martin,  Esquire, concurs in the

foregoing motion.


Date:  September 3, 2009          *s/ James V. Wade*_____
                                 JAMES V. WADE, ESQUIRE
                                 Federal Public Defender
                                 Attorney ID #PA33352
                                 100 Chestnut Street, Suite 306
                                 Harrisburg, PA 17101
                                 Tel. No. (717) 782-2237
                                 Fax No. (717) 782-3881
                                 *<James_Wade@fd.org>*
                                 *Attorney for David Paul Hammer*