IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:96-CR-00239 |
| | : | |
| v. | : | (Judge Muir) |
| | : | |
| DAVID PAUL HAMMER | : | (Electronically Filed) |

**ORDER**

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

Following remand of the § 2255 proceedings by the Court of Appeals for the Third Circuit, this Court entered an order on July 9, 2009, regarding the course of future proceedings, specifically establishing a 60-day deadline in which the prosecution would request a new death penalty phase trial.

On July 24, 2009, defendant's counsel filed a motion to conduct a conference regarding the appointment of new counsel. On July 28, 2009, the Court met with representatives of the United States Attorney and the Federal Public Defender to discuss the course of future proceedings. During that conference, the Federal Public Defender for this District requested that Attorney Ronald Travis be appointed in light of the changed circumstances of the proceedings. The Government indicated its concurrence so long as a colloquy was conducted of Mr. Hammer in light of Mr. Travis' prior representation and the ineffective assistance of counsel allegations raised

in the prior § 2255 proceedings. Subsequently, the Federal Public Defender filed a Motion to Designate Counsel, requesting that Mr. Travis be added to the legal team. That motion did not request the withdrawal of the Federal Public Defender of the Middle District. A colloquy of Mr. Hammer was conducted on August 24, 2009 and, on the same date, Mr. Travis was appointed by this Court.

On August 26, 2009, the Government filed a *Joint Motion for Continuance to Allow for Reconsideration by the United States Attorney and the Department of Justice of Pursuing the Death Penalty*. In the Motion and the proposed order, the Government noted the Federal Public Defender of the Middle District sought to withdraw during the July 28, 2009 status conference. A review of the transcript of the proceedings and the pleadings indicates that aspect of the Government's motion and proposed order were in error.

Accordingly, NOW, THEREFORE, IT IS ORDERED THAT:

The aspect of this Court's Order of August 27, 2009 (Doc. 1256) indicating that the Federal Public Defender of the Middle District is withdrawn is rescinded. All other aspects of the Order remain.

BY THE COURT:

_____
MALCOLM MUIR
UNITED STATES DISTRICT JUDGE

2