IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA :
                             :
        v.                   : No. 4:CR-96-239
                             :
DAVID PAUL HAMMER,           : (Judge Muir)


ORDER

September 8, 2009

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The background of this case is set forth in prior orders of this court and we will not repeat that background other than as needed to address a motion filed by the Federal Public Defender on September 3, 2009, entitled "Unopposed Motion to Modify this Court's August 27, 2009, Order to Reflect that the Federal Public Defender of the Middle District of Pennsylvania Remain Counsel for David Paul Hammer." Counsel appear to be confused as to the impact of the order of August 27, 2008, on the representation of Hammer by the Federal Public Defender. The order of August 27, 2009, did not discharge or authorize the withdrawal of the Federal Public Defender as counsel for Hammer. That order merely extended the deadline for the Government to request a new death penalty phase trial. At no point since the Court of Appeals remanded this case for further proceedings have we discharged any counsel or authorized the withdrawal of any counsel for Hammer. We have only appointed attorney Travis "as co-counsel to represent Hammer." Consequently, the motion to modify our order of August 27, 2009, will be denied as unnecessary.

NOW, THEREFORE IT IS HEREBY ORDERED THAT:

The motion filed by the Federal Public Defender entitled "Unopposed Motion to Modify this Court's August 27, 2009, Order to Reflect that the Federal Public Defender of the Middle District of Pennsylvania Remain Counsel for David Paul Hammer" is denied as unnecessarily filed.  The Federal Public Defender remains as counsel for Hammer along with all other counsel who have been appointed by the court and who have not either filed a motion to withdraw as counsel which has been acted on by the court or a praecipe to withdraw as counsel.

s/Malcolm Muir
MUIR, U.S. District Judge