# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | (Judge Muir) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | (Electronically Filed) |

## ORDER

## BACKGROUND

The defense team for Defendant Hammer is in the process of putting together a presentation to be made to the United States Attorney for the Middle District of Pennsylvania, as well as to the Capital Crimes Unit in Washington, D.C. As part of the planned presentations, the defense team is in the process of creating a video. The defense team is considering including footage of Mr. Hammer in this video. The Warden at United States Penitentiary – Terre Haute, where Mr. Hammer is currently housed, has refused to allow the videographer, with appropriate equipment, access to the Special Confinement Unit for the purpose of videotaping Mr. Hammer. Based on the refusal by the Warden, the instant Motion as been filed and the government declines to concur in the entry of an Order granting the videographer access to the Special Confinement Unit.

Upon consideration of the request for an Order of Court granting access to the videographer to do a video of Mr. Hammer at the Special Confinement Unit at United States Penitentiary Terre Haute, the Court finds said request to be meritorious and same will be granted.

NOW THEREFORE, it is hereby ORDERED as follows:

1)    The Warden at United States Penitentiary Terre Haute is directed to allow access to David Paul Hammer to the videographer for the purpose of allowing the videographer to record David Paul Hammer in one of the contact visiting rooms within the Special Confinement Unit.

2)    The video team shall cooperate with, submit any requested paperwork, and pass the standard security measures for visitations with individuals housed in the Special Confinement Unit.

3)    The video recording equipment shall be subject to inspection, search and approval.

4)    Counsel for David Paul Hammer shall confer with the Warden, or her designee, concerning the scheduling of the visit by the videographer for the purpose of shooting the video.

BY THE COURT:

_____

MUIR, J.

2