IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:CR-96-0239 |
| | : | |
| v. | : | (Muir, J.) |
| | : | |
| DAVID PAUL HAMMER | : | **ELECTRONICALLY FILED** |

**MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE A RESPONSE TO
DEFENDANT'S MOTION FOR ACCESS BY
VIDEOGRAPHER TO THE SPECIAL CONFINEMENT UNIT**

COMES NOW, the United States of America, by  Dennis C. Pfannenschmidt, United States Attorney for the Middle District of Pennsylvania and respectfully moves this Court to extend the period of time by ten (10) days or until January 15, 2010, for its response to defendant's motion for access of videographer to the Special Confinement Unit.  The following reasons are provided in support of this request.

1.   Defendant, David Paul Hammer, presently is incarcerated in the Special Confinement Unit (hereinafter "SCU"), at the United States Penitentiary, Terre Haute, Indiana.  This effectively is federal "death row."

2.   On December 21, 2009, defense counsel filed a motion for access by a videographer to the SCU.  In the accompanying 14-page supporting brief, Hammer's attorneys refer to certain events which occurred at Terre Haute as well as the ADX which, in their view, supports the defense request.

3.    The United States reply under the local rules would be due within 15-days or on or about January 5, 2010.  Upon receipt, defendant's pleadings were presented to the Warden at Terre Haute.  Presently, the Warden is on leave and not scheduled to return until early next year.

4.    Before leaving on vacation, the Warden asked legal counsel to review and investigate the allegations in defendant's pleadings.  Both the Terre Haute legal staff, as well as SCU, are short-staffed due to the holidays.  Moreover, efforts are under way to pursue inquiries at the ADX, also referenced in Hammer's brief.  That facility also has many personnel on leave during this time of year.

5.    The undersigned contacted defendant's local counsel, Ronald C. Travis, Esquire by email to secure his concurrence in the requested ten (10) day extension of time.  Attorney Travis stated on behalf of his client that he concurred in this request.

**WHEREFORE,** for the above-stated reasons, it is respectfully requested that this Honorable Court grant the United States an extension until January 15, 2010, to respond to the defendant's motion for access by videographer to the Special Confinement Unit. A proposed Order granting this motion is appended for the convenience of this Court.

Respectfully submitted,

DENNIS C. PFANNENSCHMIDT
United States Attorney

By s/Frederick E. Martin
FREDERICK E. MARTIN
Assistant United States Attorney
PA ID 57455
Herman T. Schneebeli Federal Bldg.
240 West Third Street, Suite 316
Williamsport, PA 17701-6465
Tele:  (570) 326-1935
FAX:  (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated: December    23   , 2009

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :   Criminal No. 4:CR-96-0239
                             :
        v.                   :   (Muir, J.)
                             :
 DAVID PAUL HAMMER           :   **ELECTRONICALLY FILED**

## CERTIFICATE OF CONCURRENCE

The undersigned hereby certifies that on December 23, 2009, Ronald C. Travis, Esquire, attorney for defendant, stated his concurrence on behalf of Defendant in the requested motion for 10-day extension to respond to Defendant's Motion for Access by Videographer to the Special Confinement Unit in the above-captioned case.

                          s/Frederick E. Martin
                          FREDERICK E. MARTIN
                          Assistant United States Attorney

4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      :  Criminal No. 4:CR-96-0239
                              :
          v.                  :  (Muir, J.)
                              :
 DAVID PAUL HAMMER            :  **ELECTRONICALLY FILED**


**CERTIFICATE OF SERVICE**

    I hereby certify that I caused a true and correct copy of the foregoing

**MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE A RESPONSE TO
DEFENDANT'S MOTION FOR ACCESS BY
VIDEOGRAPHER TO THE
SPECIAL CONFINEMENT UNIT, CERTIFICATE OF
CONCURRENCE, and proposed ORDER**

to be electronically mailed on December   23 , 2009, to:

ADDRESSEE:    Ronald C. Travis, Esquire
        rtravis@riederstravis.com

        Michael Wiseman, Esquire
        Michael_Wiseman@fd.org



 S/Frederick E. Martin
FREDERICK E. MARTIN
Assistant United States Attorney