IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  Criminal No. 4:CR-96-0239
                          :
        v.                :  (Muir, J.)
                          :
 DAVID PAUL HAMMER        :  **ELECTRONICALLY FILED**

**ORDER**

**December _____, 2009**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On December 21, 2009, defense counsel filed a motion for access by a videographer to the Special Confinement Unit. In the accompanying 14-page supporting brief, Hammer's attorneys refer to certain events which occurred at Terre Haute as well as the ADX which, in their view, supports the defense request.

The United States reply under the local rules would be due within 15-days or on or about January 5, 2010. Upon receipt, defendant's pleadings were presented to the Warden at Terre Haute. Presently, the Warden is on leave and not scheduled to return until early next year.

Before leaving on vacation, the Warden asked legal counsel to review and investigate the allegations in defendant's pleadings. Both the Terre Haute legal staff, as well as SCU, are short-staffed due to the holidays. Moreover, efforts are under way to pursue inquiries at the ADX, also referenced in Hammer's brief. That facility also has many personnel on leave during this time of year.

The undersigned contacted defendant's local counsel, Ronald C. Travis, Esquire by email to secure his concurrence in the requested ten (10) day extension of time.  Attorney Travis stated on behalf of his client that he concurred in this request.

It appears that there is good cause for extending the time period for a response to defendant's pleadings.

**NOW, THEREFORE, IT IS ORDERED THAT:**

The government's brief in response to defendant's motion for access by a videographer to the Special Confinement Unit is continued until January ____, 2010.

_____
MUIR, United States District Judge