## HYPNOSIS SESSION WITH DAVID PAUL HAMMER
(September 17, 1997)

Okay, deputy, it's on now.

I can hear it.

And, it'll run for about two hours.

Dubin:    Now, does this pick up sound as well?

Yes sir.  We should get very good quality sound, without any problem.  Just try to forget it as much as you can and this is Dr. Dubin.

Mr. Hammer, this is Dr. Dubin.

Dubin:    Mr. Hammer.

DPH:    Hi, Dr. Dubin, how are you?

Dubin:    I'm fine, nice to meet you sir.  Okay.  Obviously, Mr. Hammer, you know what my purpose is here.  Or do you now?  I should ask you.

DPH:    I think so.

Dubin:    Okay.  I'm going to do hypnosis with you after we proceed with some routine questions.  Is that all right with you?

DPH:    Yeah, but I'm a little bit apprehensive.

Dubin:    Okay.

DPH:    I mean, you know ---

Dubin:    Tell me why you're apprehensive.

DPH:    Well, my, my main dealings with hypnosis is watching somebody get up on a stage and quack like a duck, or, you know, I mean, and I don't mean anything disrespectful by that, but, I mean, that's pretty much at one point in time I had a psychologist who did or attempted to do relaxation with me which he told me was  a form of hypnosis and when we did it for several times over a two or three week period, we'd do it like twice a week, you know, but it was more stages of relaxation, _____ and that kind of thing.

36—1

1

GOVERNMENT EXHIBIT 36
PENGAD-Bayonne, N.J.

Dubin:    Let me set your mind at ease. The reason I'm saying that is what you have an impression of is not completely true. It's not true at all. As a matter of fact, nothing happens under hypnosis that you do not want to happen. I think when you say that you are not aware, the fact, not only are you alert, you are super alert, so you're not out in left field and it won't interfere with any of your concepts with religion, with philosophy, or behavior, so it won't be contrary to anything which you normally live with or behave with and if something offends you, we'll just back off. The same as if I'm talking to you now and I'd ask you something that it's inappropriate, you'll just either not answer me and we'll back off. So none of that can happen and since this is done professionally, and there are certain criteria that we use, not to offend, not to intrude, not to do anything that would be offensive to you. So, you have my word that you won't be made to feel silly, there's none -- that's all nonsense, that quacking stuff. _____ stage anyhow. Now, first of all, let me ask you something. How would you like me to address you? By Mr. Hammer -- or

DPH:    David.

Dubin:    Dave?

DPH:    Yeah, Dave or David.

Dubin:    That's okay? Are you comfortable about the hypnosis? I'll go into more of it later for you, but ask me anything you want, David.

DPH:    I want to just -- you know, I -- first of all, my first thing, is will it work? I mean, can I -- and, and, I don't know. I think -- from what I know about it, I have to be willing to cooperate, and I'm going to do my very best, you know, and that's all I can do, so --

Dubin:    I'm going to answer that for you too, David. That's a good point. I'm glad you asked me this. Number one, it will work if you want it to work. Number two, it won't work if you don't want it to work. So, it's completely in your hands. I'm not here to coerce you, or to push a policy or an attitude that you are not comfortable with. At any time that questions come up, please ask me, because I'm here to see _____ to help you.

DPH:    That's the whole thing. I know how important this is to, for me to be evaluated properly, by Dr. Sadoff, so, I mean, the easiest way to me before when he was here as well as to my attorneys the importance of this session and having you come in and do this. So, you know, I just give you my best.

Dubin:    That's all I can ask. The other thing is -- I've got to ask a lot of questions before we start. When you answer my questions, don't tell me about anything that you heard from someone else, something you've read, something that's been relayed along to you, all I want to know is what you, personally, recall -- not what you've heard or read or been told

2

36-2

by even an attorney or Dr. Sadoff, or anybody. Just tell me what you personally recall. So, first of all before I start, Dave, let me have -- is it all right to call you Dave?

DPH:    Sure.

Dubin:    Dave, what's your birth date?

DPH:    October 9, 1958.

Dubin:    _____, almost my age.

DPH:    I'm almost 40.

Dubin:    Okay. And what was your address prior to this address. Can you tell me the address that you --

DPH:    I really don't -- I've been in prison 20 years. I mean, so I'm -- 3812 South Villa Place.

Dubin:    3812.

DPH:    South Villa

Dubin:    Villa

DPH:    Place. Oklahoma City, Oklahoma. It took me a moment to even --

Dubin:    Remember that. _____ 20 years.

Dubin:    Now, during the time that we do this, there will be occasions where Dr. Sadoff might have a question he might ask, and even though I'll be speaking, each time that happens, I'll say to you, David, is it okay if Dr. Sadoff asks you a question, so we don't get a conflict of who's talking when. So I'll always get your permission and if you say okay, then he may want to ask a question and then I'll come back into the scene. Is that okay with you?

DPH:    Sure.

Dubin:    Yeah. Because in that way, we don't have to start from scratch and reintroduce the whole process. Now, the questions. Tell me first about your health. Have you ever had any trouble with your heart, ever have any murmurs, any problem with your heart?

DPH:    No.

Dubin:    Any problem with blood pressure, high or low?

3

36-3

DPH:     I've had some high blood pressure before at certain points of time.

Dubin:   Do you think that was part of your physical being, or was it because of circumstances that may have happened that made it high at that time?

DPH:     Probably a combination. I think it was a combination. I was on blood pressure medication at one time, but I went off it because, you know, blood pressure medication has to be monitored very closely, and they weren't doing the type of monitoring and I was having a lot of side effects, so I just completely stopped taking it, and stopped eating the salt and the different things in my diet, and my blood pressure is perfect now.

Dubin:   What medication are you on?

DPH:     I don't even remember the name of it.

Dubin:   Well, the fact is you're doing fine.

DPH:     Yeah. And I haven't had any high blood pressure in a year and a half.

Dubin:   Oh, great. How about lungs, liver, thyroid, kidneys?

DPH:     I have a thyroid disorder. It fluctuates. Sometimes it's a hyperthyroid disorder and sometimes it's just the opposite. I mean, it runs the spectrum. I'm also hepatitis B and C.

Dubin:   B and C?

DPH:     Yeah.

Dubin:   Have you had any shots or anything for that _____?

DPH:     No, no. I don't, you know, I had a complete physical done just last month, blood work and everything, the enzymes and everything was fine. The only thing that was a problem with, triglycerid levels was a little high, and now that the thyroid, the hormone that supposedly stimulates the thyroid in your system, was all, was way high because it was, -- it was overacting to try to compensate for the thyroid. But the actual T- counts, the T3 or 4 or whatever it was were within normal limits.

Dubin:   I must say you're very knowledgeable.

DPH:     Well, when it has something to do with my health, I, you know, I like to know what's going on. I ask a lot of questions.

4

36-4

Dubin: That's wonderful. I'm glad you did because it makes it easier for me. How did the hepatitis come about?

DPH: I'm afraid it was from shooting drugs. From sharing needles and hyperdermics.

Dubin: Have you pretty much kicked that too?

DPH: I haven't done any drugs of any kind whatsoever in, in over two, about two years and three months.

Dubin: Okay. What type of reaction did you get when you were taking drugs as far as your behavior, as far as -- other than what it did physically to you -- but what kind of behavior did it have on you?

DPH: It's unpredictable. PCP had the most effect on me of all, I mean, my foray into prison started as a result of PCP. I went to a hospital and took the emergency room hostage. I was an outpatient in the drug unit, in the psych unit, and, but I've done PCP three or four times a week for four or five years and never had a bad reaction or a bad -- until that time --

Dubin: I bet you're pleased now that you don't have that hanging on your back.

DPH: Oh yeah. I haven't done any PCP since 1977.

Dubin: Okay, 1977.

DPH: Excuse me. January 1978. My mistake.

Dubin: Now, any problems with allergies to medications or things you can't take whatever kind of medication it is?

DPH: Penicillin, ampicillin, dyes, you know — like if they —

Dubin: What kind of dye?

DPH: Well, they used some dye once on me -- I had kidney stones and they were -- did a test, you know, where they insert dye into your veins so that they can --

Dubin: Do you know what the dye was?

DPH: No, but whatever it was I had an allergic reaction and then they tried to offset it with Benedryl and I had a reaction to that, so --

36-5

Dubin:    To the Benedryl too?

DPH:    Yeah.  So it was --

Dubin:    What kind of reaction did you get when you had the dye?

DPH:    Broke immediately, broke out in all kinds of things.  Sweated, high fever, I mean the fever, my temperature went way up, and I'm not sure what was caused from the Benedryl and what was caused from the dye because I had pains in my chest, couldn't gasp for breath, couldn't hardly breathe.

Dubin:    Okay.  Did it effect you after it was over, or --

DPH:    Just, I'd say for 24 hours maybe or something like that.  I was weak and my blood pressure I think went way high.

Dubin:    Any emotional reaction to this, _____?

DPH:    No, no, no.

Dubin:    Okay, fine.  Any problems with a loss of power of your hands or loss of sight or loss of hearing, any of your functions, _____ PCP or something like that?  Any attacks of any kind?

DPH:    Not as far as my hands or even anything like that.

Dubin:    Any part.

DPH:    Well, I mean, I have problems with my head.  What I mean is sometimes it feels like something real tight is wrapped around my head, you know, like a lot of pressure.  I wouldn't call it headaches because after you have it for awhile, I mean you just grow used to it.  I mean sometimes it gets worse and then that's really ---

Dubin:    How long has that being going on, David?

DPH:    _____ as long as I can remember.  That's why I don't complain much about headaches.  I mean --

Dubin:    Forgive me, if I look like I'm not listening, I am, but if you'll forgive me I'm just writing some of these things down.  So, I look down, it's not that I'm disinterested.

DPH:    Okay.

6

<span>36-6</span>

Dubin:   Okay? And now, what happens now. While you're in here you still have some problems with your head? Like that constricted feeling that you are talking about?

DPH:   You mean right this moment? Well, it's always there, but it's not bad right now. I mean, it's just — it's always there.

Dubin:   Is there anything that brings it on?

DPH:   No. I guess I should say something. I don't consider — I don't know where this comes from, but I just feel uneasy. I don't consider myself mentally ill. Okay. And I don't like labels. So this is real hard for me. My mind is my very best asset. It's about all I have. You know, and --

Dubin:   You're a very intelligent guy to listen to, I'll tell you.

DPH:   Well, to do things that might somehow cast a doubt as to my mental, it's very difficult for me. And you know, some of them asked, Dr. Sadoff asked me the last time he was here if I thought I had other personalities. I don't see it that way. I'm just who I am. I have other parts of me, but it's always been and it just is. I don't see it and I don't see that as making me sick. I mean, I guess maybe in some ways I'm different than other people, but these other sides of me have always existed with me and they just are. Sometimes it's almost like I'm out of control and parts of them take over, but I don't see that as having — I just see that as me as another part of me.

Dubin:   I hear you, and I'm so delighted because I'm not going to open up a can of worms that you're not prepared to open. Since you opened it, I'd like to talk to you about it. Is there any time that you ever feel that that could possibly exist, and you weren't aware of it?

DPH:   Well, I know it does, you know. I know partly through flashbacks, what I call flashbacks, because I don't know how else to determine it.

Dubin:   Okay.

DPH:   And the other thing is, things that go on around me that I didn't do. Obviously, I don't have a TV now, but the TV could be on and I'd be watching a show, and then sometime later the TV will be on a completely different station or the TV will be turned off, and there's nobody in this locked cell with me, and so, you know, it's like things in my cell. I'm very neat, and I'm very orderly. I keep everything in it's place. I can almost always go and tell where something's been moved or been taken, just, I mean, just happened yesterday. And so I went back to my cell immediately and things were gone. That's why I was talking to my attorney about that. But my point is, sometimes things will just get moved out of whack and things will not be where they are supposed to be, and --

36 - 7

Dubin:    Is that common? To happen in a situation like this here?

DPH:    Things are kind of stressed lately. It has a lot to do with stress. Now, look, the reason I started talking to you about this is because you're talking about the band, you know, the way my head feels. It gets a lot worse when, when maybe I'm not in control, or I'm, you know -- not maybe —

Dubin:    Are you comfortable being with me, David?

DPH:    Pardon me?

Dubin:    Are you comfortable with me? Because I've got to make you as comfortable as possible.

DPH:    Yeah. I just — it's just hard for me to talk about this stuff. I mean I've been dreading it, I mean, I've been dreading coming up here and having to go through all — I mean, it's just hard.

Dubin:    Well, I think the best thing you're doing, it's almost like a confessional booth. The best thing you're doing as you talk. I see some tears rolling up in your eyes and I see how you're getting upset, and I understand that. Of course, it's a loss of some of your particular privacy that way. You're sharing very deep, bitter thoughts and I'm privileged that you will share those with me that way, and in actuality, that's why I impose and let you discuss it. And on the heels of that, are there any feelings like from the past within you that have not been resolved? Things that are going on that really haven't come to the surface or been resolved?

DPH:    Sure. There's all kinds of things. The way I have been able to deal with a lot of things that's happened in my life is, you know, I was taught this way back is, it's kind of like I have a closet in my mind and I'm taking all of what I call garbage and stuck it in that closet, and then just shut the door, and then sometimes when I think I'm strong enough that I can deal with it, then I open that door and let some of it out, and I deal with it.

Dubin:    You want to wipe your eyes here, David. Here is my _____.

DPH:    And then I open it and let a little out at a time and deal with it a little at a time, because it can be somewhat overwhelming and there was a point in time when about the only way I could deal with it at all was to stay stoned out on some kind of drug where it would be ---

Dubin:    Could you give me an example of that, in other words, I'm pleased because I'm beginning to hear you and understand you better. Give me an example of what you are talking about? Of what you have in the closet that you'll let out slowly. Like one item, two items, or three items, if you feel like it. It's up to you, if you feel like talking about it.

36-8

DPH:     The way I was raised, a lot of things I went through as a kid. I have to be specific?

Dubin:   No, you don't have to be anything, just as you want to handle it. I want you to understand something. I'm here to help you and make you feel better. I'm not here to see what can be done to entrap you, or to find information that you are not ready to release. Anything that you are ready to talk about, you can, as you started to talk about. And I think it's the process that will help you because you have long hours here, very tiresome and lonesome and typical. So as you get something off your chest, and know that it's being held in confidentiality, then you're free to talk about it. So, it's up to you. If you say I'd rather not give details, fine. If you want to give details, it's fine. I'll make it easy for you, David.

DPH:     A lot of the things that's most difficult for me to deal with is having to do with my mom. I hated her and then I loved her. She's dead now, and she did a lot of things to me. Things that kids shouldn't have done to them. And I try to just block it out, but you can't, and a lot of it's — I've had to talk about a lot of it and deal with it because of what's going on and the more — I mean I see pictures and it just brings back things.

Dubin:   Anything you want to talk about, the things that you should have done? I notice as you're tearing, it also helps clear a lot of your intense emotions too, because you're going to have to live with some of these things, and then make it easier in this institution for you.

DPH:     She beat me, the was beatings. I mean, for no reason. But as bad as the physical things, was the verbal and emotional — telling me that you're worthless, you're no good, you're dirty, you know, I mean never showing you love or — it wasn't all, I mean, it wasn't always like that, she —

Dubin:   You know what will help you while you are talking, David, I can see it upsets you, and somewhere along the line you have to open the valve and let something come out so you can live with yourself generally. Take a deep breath and sort of relax. You'll notice that it calms down the body and the mind and therefore when you talk it doesn't have that same type of _____ effect on you. So just take a deep breath and let it out slow, and then we'll continue to talk, because this in itself aside from what we are going to do after we finish this will have a tremendous impact and make it a little easier for you, once you have had a chance to release _____ Have you spoken about this to many people, about your feelings with your mom?

DPH:     Well, I hadn't until the last few months. Well, it's even been off and on for more than a few months. It's something — I can't. No, I don't talk about it often. I can't talk about it often. It's too — it's too fucking painful. I mean it hurts, it physically hurts, it don't just mentally hurt, it just makes me, it makes me so — I try to understand why, why, maybe  I can't — it makes me mad at her, it makes me — and she's no longer here, but

36-9

then I keep telling myself what the fuck does it have to do with now. You know, what does it have to do with anything.

Dubin:     I hear you, David.

DPH:       I mean. I don't — tell you I agree with you that it makes it — it don't make you feel any better after this is all over. I mean I go back to a room and I sit there and look at the walls. There's no one to talk to, there's no outlet, there's no way, you just learn to exist as best you can and deal with this stuff as best you can.

Dubin:     _____ speaking generally, David, I get to see a lot of people who have things, you know, that lie back in their mind and been there for years. And as they talk about it, it's like opening a door and letting the fumes escape or let the feeling escape, and as that escapes, you can deal with that sometimes. They're like symptoms from different sicknesses. Once they know what caused the symptom and they look at it, they don't get so sick, as _____. You'll probably get a very positive result, and I'm not saying this to carry you on, when you get back, and now having spoken about it, and let it turn out into the open, that you'll probably have a much more positive result. When you back to your cell, or when you go to private time, you're going to be able to not have the same built up compounded type of feeling in there. So, take my word, it will make you feel much better. And it's not easy, and I'm aware it's not easy. But, one of the things I always say to somebody and I'll say to you also, that to release a lot of your feelings whatever they are, and without being coerced to release them, is most appropriately you're prepared to release them, not when somebody is saying, hey, tell us what happened or this or that. When you are prepared, so, when it's spontaneous as it is with you, it will be a tremendous advantage to you, and it will begin to help you and the people who are trying to help you understand better what prompted some of this _____.

DPH:       But don't you understand the things that she did to me were so fucking humiliating, they were so, I mean, there was no pleasing her, I couldn't do --

Dubin:     What else did she do, David?

DPH:       She used to give me enemas all the time. She used to make me — she'd make me — I'd be naked and she'd give me enemas. She had this bottle, this red thing and she'd — the water would be so hot, I'd be telling her mom, please stop, it's too hot. Sometimes, she'd put hot sauce in it be burning. And then when I'd be going all over the place, I couldn't hold it any more, and she'd, she'd go, shame, shame, shame, shame.

Dubin:     David, do you have any brothers or sisters? Who went through this?

DPH:       No.

10

36-10

Dubin:    You were singled out for the one who had this done?

DPH:    I was always. And then she used to tell my dad that the doctor told her to do it. One time she did it, it got so bad my stomach, it ruptured my appendix and I had to go to the hospital. I was in the hospital for two or three weeks. I was seven years old.

Dubin:    Was that one of the worse things she did to you, David?

DPH:    The most humiliating thing. Because, I mean, the beatings. She'd beat me with everything from extension cords to, you know, if my sister did something that she wasn't supposed to, I got it. If my little brother didn't do something that he was supposed to, I got it, because I was the oldest and supposed to be looking out for them, and --

Dubin:    Did she have a good relationship with your dad?

DPH:    She, who my momma? She was the dominant one in the family. She was — she called the shots. When I was about 8 years old, 9 years old, we had these puppies. My cousin's dog, _____ had puppies, and we lived out in the country and had to ride a school bus to school, my sister and I, my little brother was too young, he wouldn't going to school yet. And we had to walk about a quarter of a mile down this little trail to catch the school bus. And the dogs would, you know the puppies, they were just like Heinz 57 puppies. And so they would follow us to the school bus. So one morning I go to school and when I come home that afternoon, the bus left me off and my momma and my little brother were standing there, where the bus lets us off, and my momma's got this shovel. We get off the school bus, my sister and I, and the bus goes on, and my momma calls me to the side and says to my little brother to go to our house with my sister. And then pulls me over to the side and there's a dog, a little puppy that got ran over, it's my little brother's puppy. We each one had one, my sister and I and my little brother. So she made me take the shovel and bury the puppy. She tells me it's my fault that the puppy got ran over. Said he got ran over that morning when we went to school. I didn't see it get run over. So then we go up past the house, and she grabs up my little sister's puppy and she makes me get my puppy and we walk about a quarter of a mile the other direction from the house and there's a pond. And she still got the shovel in one hand and then she's got a toe sack, a gunnysack, and — we get down there by the pond, and she takes the puppies and she puts the puppies in the sack, the toe sack, and ties it up, and then she — I'm asking her what she's doing. She says I'm teaching you a lesson. And then she takes the shovel and she goes to beat on the doggies, a bunch of times, and blood soaks through the sack, and then she picks up one end of the sack and makes me pick up the other end of the sack, and she throws it off into the pond. You know, the sack. She said that if my little brother couldn't have a puppy, then me and my sister couldn't either.

Dubin:    I have an interesting question to ask you, David, and I hear what you're saying and I can see how you feel.

36-11

DPH:    I hated her.  I hated her.  I hated her.

Dubin:    Did it turn into anger, you said --

DPH:    I was afraid of her.  I was too fucking little to do anything to her, you know.

Dubin:    Could this have affected any of you now and through these periods of time in your life, has it had a big impact on you, David?

DPH:    What?

Dubin:    What you felt as the hate and the abuse of the things that you felt.  Do you think that's come out in you as you have lived your life?  Do you think that's had an impact on you?

DPH:    It's come out in part of me.

Dubin:    Has it?  Tell me about it.

DPH:    What do you mean?

Dubin:    You said it comes out in part of you.

DPH:    Actually, I try to stay in control.  Control is all I fucking got.  Because if I ever just let go, you know, it's — I'm afraid if I ever just let go I won't ever come back.  Sometimes, I scare myself, not me, David Paul Hammer me, but the other — especially one certain part of me, you know, I call him the dark side because I, you know, he has a name, but --

Dubin:    Do you want to share that with me, or would rather, do you want to discuss it or not discuss it, David?

DPH:    I ---

Dubin:    The reason I ask you that is I can see that we have a good relationship right here now.  We're talking as if we've known each other a long time.  And I didn't know a thing about you.  I came up here, I had no records to look at, I have no history of you, I know nothing.  What I want to know is the person that I am talking to, and I'm very pleased that we have shared confidence in a very short period of time, so if some of these things are not what you want talk, and I can help you in any way, I'm delighted, so if you want to talk about the other part, I'll listen, about the dark side you are talking about.  It's up to you, David.

DPH:    He does things that I never could, or that I never would.

Dubin:    Are you aware of what he's doing?

12

36-12

DPH:   Sometimes, but he's always, he's always aware. He's aware of when he's in control and when I'm in control. He's always aware. Sometimes, I'm not, most of the time I'm not aware when he's in control.

Dubin:   Can he override you, if he wants to?

DPH:   No. Sometimes. Occasionally. I fight him. He says I'm weak, that he's the strong one, he's the only one that's helped to survive all these years and I call him a liar and --

Dubin:   Do you think that part is listening to us now?

DPH:   I know he's listening to us now. He doesn't want me talking to you. He didn't want me to come up here today. He wanted me to refuse to come up here today. It's a conflict, fucking struggle, when you got all these different sides pulling you, folks just dragging you, you know, I mean, that's why, I mean you say that's --- I don't mean any disrespect, but you say it's going to be all better when I go back, it won't be all better when I go back. I gotta deal with him. I gotta _____.

Dubin:   I'm well aware of that part that you are talking about now, and is he constantly with you?

DPH:   Yes.

Dubin:   Does he join voluntarily and talk to other people, or is it just to you?

DPH:   I think just to me, but at one time he _____, but he was so pissed off at my attorney, Ruhnke, he wanted to talk to Ruhnke, he said tell that motherfucker I'm going to talk to him, but he never did. But you know, I mean, it's like --

Dubin:   Is he disturbing you now?

DPH:   He don't want me to do this. He thinks that I'm trying to blame everything on him or that something is trying to blame everything on him, and everything in my whole life and he just doesn't like it.

Dubin:   Why do you think he's so distrustful? Why do you think he's ----

DPH:   I don't know, I don't have any idea.

Dubin:   Are you able to communicate with him actually, in other words, back and forth, where he says I don't want you to do it, and you say I want to do it.

DPH:   Yes. Most of the time it's not out loud, but sometimes it's out loud.

13

36-13

Dubin:    Is it?

DPH:    It's not just him. You know ---

Dubin:    But, if you ---

DPH:    I have another friend, and it's a part of me and, but the dark side is Jocko.

Dubin:    Jocko?

DPH:    What I call the dark side.

Dubin:    Who was the other friend you were just talking about?

DPH:    I have two, Wilbur. Wilbur, he's a little kid. He's seven years old. And then Jasper. But Jasper — Jocko's protective of Wilbur, but he and Jasper don't get along. They fight all the time. Jasper tries to take my side and, but ---

Dubin:    Are any of these now while you are talking to me? I must tell you that I'm very pleased that you are so frank with me. Are any of these while you are talking to me now, communicating with you right now?

DPH:    Jocko. The others are just sitting back listening.

Dubin:    Would it be a violation of confidence if you told me what Jocko was saying? Would that be all right on your part or his part?

DPH:    He says that you're a fucking head shrinker and there's no need for me to fucking let you get into my mind.

Dubin:    Okay. Is that what he's saying right now?

DPH:    That's what he said before we come over too. He just thinks that you —

Dubin:    He doesn't even know me does he?

DPH:    No.

Dubin:    He has to give you a fair shake.

DPH:    He doesn't have to give anybody a fair shake.

Dubin:    Is that so?

14

36-14

DPH:    No. No, he doesn't.

Dubin:  Such as? What do you mean by he doesn't?

DPH:    I mean, he doesn't play fair.

Dubin:  Doesn't he?

DPH:    No. Hell, no.

Dubin:  Give me an example. What does he do --

DPH:    I'm almost afraid to with — I mean, I don't know what to say, and what not — I assume this is all in confidence.

Dubin:  Yes sir. Because I'm here only how I can help you.

DPH:    Do you know about my case?

Dubin:  I don't know a thing. In fact, what I was going to say to you, is I don't know a thing about your case. I don't know why you're here. I don't know the circumstances for you being here, and I have no idea --

DPH:    I'm charged with murder.

Dubin:  Okay.

DPH:    I'm charged with first degree premeditated murder.

Dubin:  Okay.

DPH:    I am not Jocko. I am, and his take is there ain't no fair way to kill the motherfucker. I mean, you want to ask me about — and that's when I tell you he don't play fair, you know, that's his, the way he thinks.

Dubin:  Now see, this is the first time I've heard of what you're charged with. Now, I'm being fair on my side, I'm telling you exactly what I know. I'm actually not a shrink to be honest with you.

DPH:    I don't think you are a shrink. I read through your curriculum vitae and I know a little bit about who you are and what you are. I'm just telling you what he said. You know, I'm not telling you --

15

36-15

Dubin:    Did you ever show him the _____.

DPH:    He saw it while I read it. He's there, he didn't say nothing about that. Yeah, he did too. Wants to know what a fucking dentist is doing being a hypnotist and what cavity do you really want to probe. That's what he said.

Dubin:    Well, to tell the truth, I have two careers. One is I do part of the time and one the other part of the time.

DPH:    He knows, because he read a, he read the paper that you and Dr. Sadoff wrote together.

Dubin:    Oh. That's interesting.

DPH:    I read it, and he's there. I thought it was interesting.

Dubin:    Do you think we can change his mind while we're talking even though you tell me how he is on the darker side, that actually our purpose here is to help David, do you think --

DPH:    That's the whole thing. He don't want me to be here.

Dubin:    He doesn't want you to be helped. Well, if I ask him now, why don't you want David to be helped, well why not?

DPH:    I've asked him the same thing.

Dubin:    What does he say?

DPH:    He seems to think that when I die, he's going to live on. He doesn't think that just because I die, he's going to die.

Dubin:    Are you religious, David?

DPH:    No.

Dubin:    Okay. What faith were you born to?

DPH:    Baptist.

Dubin:    Baptist.

DPH:    I was born and baptized and all that stuff — you know, I haven't seen much Christianity in my life.

16

36-16

Dubin:    Now, when we get back to this, and you have a chance to relax for a moment, since I don't know anything about this case, I'm going to ask you to start wherever you want to start and tell me ---

DPH:    I need to take a break and use the restroom.

Dubin:    Well, that's out of my hands. Dr. Sadoff can --

(Conversation in background).

DPH:    I passed a kidney stone last week, and they give me some type of medication that makes me urinate a lot.

(Background conversation).

DPH:    I'll probably have — we can go a little while, have to wait until they get staff up here to take me.

Dubin:    Okay.

DPH:    Do you want me to go ahead and talk?

Dubin:    Okay. Until they take you, we'll talk. What I want you to do is — I know nothing about this case. You know more about me than I know about you. So, --

DPH:    That's because I'm inquisitive. I mean, anybody that's — somebody's going to come see me, I want to know who they are, and what they ----

Dubin:    That's a wonderful capability. What I would like you to do is have you in your own words, not what anybody has told you, tell me what the circumstances are for your being here. You just start at whatever time you want to start, or if you know a period of time you want to start and stop wherever you want to stop. Tell me what's going on. So, you told me you are up for first degree murder, is that what you said?

DPH:    Yes, but that's not why I'm in prison. I'm serving 1,232 years on 13 convictions. The first conviction I got in January 1977.

Dubin:    1,232 years.

DPH:    Yes.

Dubin:    Okay. And what were those convictions for, David?

36-17

DPH:    The first four convictions were, three of them for bogus checks, one of them for obtaining money under false pretenses. And that was the first four. And then the next two were for kidnapping and pulling a weapon at the _____ conviction of a felony, that's when I went into the emergency room at the hospital and took hostages.

Dubin:    Forgive me for interrupting here. Does that have anything to do with the darker side or is that not related at all?

DPH:    I don't know. Sometimes, --

(Background conversation)

Dubin:    I'll wait here for you David.

Dubin:    I'd leave the camera running.

(Background noise)

Dubin:    Are you more comfortable now, David?

DPH:    Yeah. Dr. Dubin, this is hard.

Dubin:    Of course it is. You know, there's something I meant to ask you, David. And before we get into _____

(Conversation - not understandable - something about the camera)    *BEGIN For Jury*

Dubin:    The other thing I meant to ask you, is I'm a pretty straightforward guy. I have one objective in helping David, and I wouldn't want to be misrepresented with Jocko, so sometime along this while we're talking, if possible, I'd like to talk to Jocko, if he would talk to me, and I know that he's reluctant, but if only through a positive _____. I'm not critical and I'm not judgmental, I'm not trying to entrap anybody, but I'd like to talk to him and say, hey, look where I'm coming from, here's what I think, and I'd like him to know why — I want him to know me before he gets an opinion of me. I'm not looking for any of the hidden stuff, but I'd like him to know me so he knows who he's dealing with. Do you think we can eventually meet him?

DPH:    I don't know.

Dubin:    Okay. Well, if we can.

DPH:    I can't make him talk to you. I don't know if he will or not.

18

*36-18*

Dubin:   I understand.

DPH:   So that's the best answer I can give you.

Dubin:   Great answer.  But if you are in communication with him.

DPH:   He hears you.

Dubin:   Okay.  Then I would like him as I'm saying and you can either stay and listen to him, you can let him take _____

DPH:   I can't always do that.  Sometimes, I mean, he might talk to you and I don't know, won't have any control over what he says.

Dubin:   Well since he's listening, I'm of the old school, I'm not saying that I want to defend myself, but I'd like to say to him, hey, let's talk about some of the things so you won't get the wrong impression of me or David, or the relationship David and I have with each other.  So he might be inclined to want to come out.  If he doesn't agree, yes, if he doesn't agree, that's his privilege, but if he doesn't mind, because I'm going to tell him _____ Okay, let's get back now.  Start from scratch.  Tell me about — oh, the other question didn't answer by you.  Do you think he was a part of some of the other things that you were charged with and sentenced for in your activities, or was that purely you?

DPH:   It's a combination.  He was partially responsible for part of it.  Ultimately, I'm responsible for everything that I do.  I mean, I know that.  You know, I've never tried to put something off on him regardless of what he says.  Sometimes, I'm also responsible for the shit that he does.  I mean not just what I do, but while he's in control, but the ultimate responsibility is mine and I accept that.

Dubin:   Does Wilbur hear what's going on the whole time?

DPH:   He doesn't hardly ever say nothing.  Yeah, he hears.  I don't know if it's all the time.  Sometimes he hides.  Sometimes he doesn't want to hear.

Dubin:   Do you ever hear Jocko talking to Wilbur while you're listening to the conversation?

DPH:   Not to Wilbur.  I hear — very seldom hear, he talks to, he talks to Jocko, talks to Jasper about Wilbur.

Dubin:   Who is Jasper?

DPH:   He's a friend.

19

36-19

Dubin:     He's the third person now you're talking about, Jasper?

DPH:     Yes.

Dubin:     What type of person is Jasper, just out of curiosity?  Is he -- you tell me what he's like.

DPH:     He's not a human person.  He's a chimpanzee, but he can talk.

Dubin:     Has intelligence like we do?

DPH:     Sure.  He's the same as us, we're all the same.

Dubin:     But he has a different form that's all.  Is he on your side or is he on the dark side, or --

DPH:     He's always on my side.

Dubin:     Always on your side.  Does he ever speak to Jocko?

DPH:     Because they argue all the time.

Dubin:     Do they really?

DPH:     But I have to stay in between them, they never get on the same side.  One's always on the other side.

Dubin:     Who holds Jocko in line?

DPH:     I do.  Except for sometimes when I can't.  Sometimes there is no keeping him in line.  Sometimes he just does what he wants and there's no, there's no way I can stop him.

Dubin:     While you're telling me this story, the reason I'm pursing this, can he --

DPH:     What do you mean story?

Dubin:     The history, _____ story, the history of what went on, because I don't know what went on.  The choice of words were poor.  Can he intervene and alter what you are saying or change — He can't affect your part of the history.

DPH:     No, no.

Dubin:     Okay. _____ because I wanted to have a frank history from you.  Now start wherever you want to start about this particular thing that your in for now, before now, and not _____ how you are being charged with now, and tell me about it in



whatever detail you want to tell me.  Also, give me an approximate date that we're talking about.

DPH:     I can give you an exact date, but I guess what I need to tell you is I don't know, I can't honestly tell you what I know from what I know and from what I've read and what I've been told and what I've heard.

Dubin:   You can't differentiate between all that?  Does your memory kick in?

DPH:     I mean there are certain things that are very good and there are certain things that I've seen, it's almost like I wasn't there, but yet it's like seeing someone else do something, and seeing --

Dubin:   Okay.  Just tell me what you remember, and that's easy that way.  And some other stuff may creep in, but at least you're not aware it's creeping in.  Just tell me what you actually remember, wherever your memory kicks in.

DPH:     I remember it.  I know the entire episode, the entire situation, but I don't know what, I mean I'm not trying to be elusive, I just don't know how or what I've known all along and what I know now from everything.  I don't — it just all runs together.  There's no --

Dubin:   No delineation, no break up of it?

DPH:     No.

Dubin:   Okay.

DPH:     I wish I could do it the way you're saying, but I just can't.

Dubin:   Okay.  All right, well tell me about it anyhow, since I don't know a thing about it, I'm telling you, so I know where we stand.

DPH:     I'm charged with killing my cell mate by strangling him.  His name was Andrew Marti.

Dubin:   Andrew what?

DPH:     Marti.  M-a-r-t-i.  And it was on April 13th.

Dubin:   How long had he been your cell mate?

DPH:     It was April 13, 1996. He'd been my cell mate three days.

Dubin:   Okay.  Go ahead.

21

36-21

DPH:    I'm really not comfortable talking about this.

Dubin:  Rather not talk about it?

DPH:    No. I'd - it's not that. You just want factual version of the events?

Dubin:  Anything you want to say, you can say. Anything you don't want to say --

DPH:    What I'd like to say is I wish the fuck it had never happened.

Dubin:  Okay.

DPH:    But I can't turn back — there's nothing I can do about it. A part of me wishes that, a part of me doesn't give a fuck, and I know that's not what I'm supposed to say, and that's not what people want to hear, but he just don't give a fuck.

Dubin:  David, I have no set rules. You say whatever you want to say, if Jocko wants to talk, he can talk. In other words, I'm not asking for anything special.

DPH:    He doesn't want me to talk about this.

Dubin:  What's he afraid of?

DPH:    That he's going to get in trouble for what's happened.

Dubin:  How can he get into trouble, David?

DPH:    I don't know. I'm just — I don't know. The way I see it, I'm the one in trouble. I argue with him all the time, and if he really believes that he's going to live on after I'm dead, then what fucking difference does it matter what happens. And I'll say how can he get me in trouble. It doesn't make sense. I'm somebody who is very logical and very realistic and —

Dubin:  Well, is it ---

DPH:    I'll tell you about the case.

Dubin:  Okay. Just tell me about the case.

DPH:    The case involves my cell mate, as I told you, his name was Andrew Marti. He lived in the cell for a few days. I'm charged with having tied him to — tied each of his limbs to a portion of the bed frame in my cell, with ropes braided out of sheets. And then having strangled him. First, I put him in a sleeper hold and knocked him unconscious and then

22

having taken some type of cord and strangled him with it, you know. Do I have memories, yes. God, do I have memories. But I don't know if they are mine or his.

Dubin: Instead of worrying about whose they are, just let him come out. It doesn't make a difference whose memories they are now. So whatever the memories are, let them come to the surface.

DPH: That evening about 12:30, it's actually early morning, Andrew took a shower and later on we had sex several times that evening, until early morning hours, and about 12:30 — I gave a statement to the FBI, the statement that was given to the FBI is not accurate in most aspects, it was kind of a natural thought and the thing that he wanted me to hide what he did. My first recollection of what happened is I'm sitting on my desk smoking a cigarette and I look over and Andrew is dead, his head is purple. He's covered up with a sheet, all you can see is just his head and he's laying, he's laying face down with his head on a pillow, and I'm smoking a cigarette. I go over, and no, he wasn't covered up with a sheet yet. I go over and I feel on his wrist, there's no pulse. I feel his neck, I know he's dead, I take out a clean sheet and cover him up. And I walk over to the sink, throw my cigarette in the toilet and wash my face. And I sit back down on the desk and it's like a movie playing in my mind. It's like I see exactly how everything that happened before, before Andrew died.

Dubin: Can you describe that?

DPH: Yeah. He's tied to the bed in the fashion that I told you. He's dressed in a t-shirt, boxers and a pair of socks. He's laying face down, got two pillows underneath his head. I'm standing at the window smoking a cigarette, Andrew's laying there, he's got a gag in his mouth, but it's not tight, he can still talk, and I reach down and take the gag out of his — I say, me, because it's me, it's me, it's my body, and I give him a drag off the cigarette, put the gag back in his mouth, and I'm staring out the window, radio is on, there's music playing, and he kind of does this and shudders, and I ask him what's the matter. And he said I just had a flashback, I just had a flashback, and was wondering why I got shot in the head, and I see my head in _____, then I'm on his back, I've got my left arm around his neck, choking him now, and he's moving his head and he says, no, please no.

_____

Dubin: What just happened, David? Am I talking to David?

DPH: You are now.

Dubin: Apparently, Jocko came out then didn't he?

DPH: He didn't want to.

23

Dubin:  But he did.  Go ahead, David.  He can hear us, so go ahead.

DPH:  He takes the rope, a piece of string, wraps it around Marti's neck, pulls it tight and he's sitting on Marti, and as he's sitting on him, Marti's body is flinching underneath him and he can feel him.  He's actually, he's got a fucking grin.  It's like he's mean— he doesn't even care, he didn't give a fuck, he didn't care when Marti asked him no, please no, he just fucking deserves to die.

*Pronoun right*

Dubin:  Who are we talking about, David?

DPH:  You know who the fuck we're talking about.

Dubin:  Yes, I do.  I just wanted to hear you tell me.

*11:28*

DPH:  Think you can trick me again, trick me.  He don't want to talk to you Dr. Dubin.

Dubin:  Okay.  We weren't trying to trick him now.  Sometimes I lose as to  who I'm talking to so I have to ask who I'm talking to.  But, I wasn't trying to trick him.  You understand that don't you, David?

DPH:  Yeah, I know you weren't trying to trick him.

Dubin:  Sure.  And tell him that however, but he can hear me, I don't need you to tell him, I can tell him that we weren't trying to trick him.  Now, occasionally, in the discussion, it's not always clear to whom I'm talking, and I can see how he emerges and goes back in again.  Okay.

DPH:  No, he usually doesn't do that.

Dubin:  This the first time you know about?

DPH:  He usually doesn't, I mean, he'll talk but when it's not — no, he doesn't usually talk --

Dubin:  Has he been out like this before?

DPH:  Yeah, but not to certain cell mates and stuff when it's in a different environment.

Dubin:  Has Dr. Sadoff ever seen him or heard him?

DPH:  I don't think so, no.

Dubin:  What about your lawyers, have they seen him or heard him?

*36-24*

DPH:     No.

Dubin:   So actually, this is the first time to a stranger so to speak.

DPH:     Yeah, because all my cell mates have been in a cell with me for a little while. I mean, actually, he's talked to people before, but they probably didn't know. I'm not talking about in the largest, but I'm talking about sometimes he, he's a scared motherfucker when they're talking to me, you know --

Dubin:   I have one big advantage though, David. I have you as a friend here. So, it's true, as long as you're here, I'm not really scared of him. I must be very honest with you, if you weren't here, I might be scared of him, but with you here, I know I'm protected.

DPH:     Not always, that's the whole thing. I can't always do that. That's why, that's why you know -- *Connects the Doctor*

Dubin:   Okay. Now, let's get back to the story so that he's listening and there are probably parts of it that he may not like, he may respond, as he did --

DPH:     But Dr. Dubin, it's not a story, it's what happened.

Dubin:   I'm sorry. I don't mean to say story. It's a poor choice of words. The history of the situation of what actually happened. Forgive me, I didn't mean to say story. Now, continue with what you were saying. Who tied Andrew?

DPH:     I did.

Dubin:   You tied him?

DPH:     But not without purpose.

Dubin:   What was the purpose of tying him up?

DPH:     We were going to have sex.

Dubin:   Now, David, you were tying him because --

DPH:     Because that is part of the sexual act, not a forcible sexual act, or anything like that. He was into some kinky things.

Dubin:   Okay.

DPH:   And I had been too.  And see that's — Jocko don't want anyone to know that he fucks around, sexually.  He doesn't want anybody to know.  Nobody.  You know, I mean I don't have any qualms with being who and what I am, I don't like labels.  I told you that at the beginning, but I don't label myself with any one thing.  I'm just, I'm who I am, I'm not, I don't try to fit anybody's fucking mold, I just --

Dubin:   Now, your sex preference could be either way, male or female?

DPH:   When you've been locked up 20 years, you go with what's available.  I mean I was married, and, but a lot of gay guys are married, so that doesn't mean anything.  Were I to get out today, I'd probably have both a girlfriend and a boyfriend, so, I mean, that's the best way I can answer that for you.

Dubin:   You answered my question. Now, let's go back to the history of what happened.  Do you recall yourself, I heard Jocko speaking, do you recall yourself, I mean your hand around your cell mate's neck?

DPH:   I didn't, I didn't.

Dubin:   Oh, that's right.

DPH:   I did not do it.

Dubin:   Okay.  Explain that to me.

DPH:   Well, I didn't, I wasn't in control, and I did not do it.  I don't know the exact.  I tied Andrew up and talking,  and getting ready to have sex and the next thing I remember is what I told you, I'm sitting on the desk and I'm smoking a cigarette.  From what I know from the other things I told you is just, it's just like watching somebody else do it.  And I didn't know right then.

Dubin:   Were you able to watch that happening?

DPH:   Not at the time, it was a little afterwards.

Dubin:   Any flashback on that?

DPH:   Well, I call it flashbacks, for lack of a better word, or better explanation.

Dubin:   Did you call anybody after you were aware of what happened, or how did the outside people know about this?

DPH:    No, because he, Jocko, was talking to me, telling me what I needed to tell them, the authorities. There was some point in time between -- I covered the guy up because I just, I couldn't just look at him. I mean, it just was ---

Dubin:   What did Jocko tell you to tell the authorities?

DPH:    That I did it, that I wanted to die, I wanted a death penalty and that I planned to do it, and --

Dubin:   Did you argue with him about this?   Or when he told you to tell the authorities?

DPH:    I don't know — not really. I was fucking--I was stunned. I mean--what I mean by that is-- it's like I first learned this through-- I mean, my first thought was that bird was done, and I saw him there, was to take a razor blade I had in the cell and cut the fucking restraints off of him and maybe look it like an accident or something, and he wouldn't let me do that. He said, no, no, no. They'll know. You'll know that they'll know it's not an accident. He didn't hang himself or something like that. You fucking did it. I told him, no, I didn't do it, you did it. He's laughing at me and carrying on and telling me --

Dubin:   Now, I meant to ask you, you were telling me that part of the story that you gave to the FBI agents, it wasn't exactly as you thought it should be. Tell me where the differences were, what you told them and what actually should have been.

DPH:    Well, I didn't tell them nothing, I didn't tell them anything about the sex, and I didn't tell them anything about-I didn't tell them anything about Jocko, I mean, he's not something, I wouldn't get --- I'm not sure if he hadn't wanted me to-- you know, I'm not going to go in there and tell — I don't even know why I thought we'd talk to them. My — knowing what I know about the law and all my dealings with them, I would've been inclined not to even say anything to them.

Dubin:   Okay. Now, before I — let me tell you, the next question I ask is an obvious one. The question I have is would you want, and this is the idea, that you gave me a lot of information as we've been talking this way and I'm very pleased that you have trusted me and you shared some of this information with me. Would you like to know more about it, if we could reach that part of your mind that you can give you recall of what you actually did or what Jocko did, or how it happened. Would you like to know that?

DPH:    Sure.

Dubin:   Now, therefore, in getting into this, you're going to be able to deal with it, as you deal with things, knowing what you really weren't able to being to memory. Now, Jocko may be pleased or not pleased, that's not my concern. I'm concerned about David. Now,

before I start that, Dr. Sadoff may have some questions. Would you object to the extra part before we start the hypnosis?

DPH:    No.

Dubin:    Okay. Do you want to sit over here, Dr. Sadoff?    Why don't you sit over here so _____.

Sadoff:    While you're sitting back there something happened here when you were talking to Dr. Dubin. Can you tell me what happened?

DPH:    What do you mean?

Sadoff:    In terms of Jocko.

DPH:    Just that he started talking. I can't even tell you what all-- I don't remember everything that he said.

Sadoff:    That's my question. Were you aware of his coming out, Jocko?

DPH:    Afterwards.

Sadoff:    Where were you when he was talking?

DPH:    I don't know. I just wasn't there. I wasn't here.

Sadoff:    Did you go back in and see Wilbur?

DPH:    I guess. I didn't — I just like I didn't see nothing. Until I snapped, it's like all of a sudden I just open my eyes, I think my eyes was open all the time. _____ all of a sudden, bam, I realized he had been talking.

Sadoff:    So you didn't hear Jocko talking to Dr. Dubin until afterwards, when you put it together?

DPH:    Yes, yes.

Sadoff:    Do you have a headache now?

DPH:    Yes, terrible.

Sadoff:    Did it get worse around the time Jocko came out?

DPH:    It's been bad for a little while, I mean, worse than usual.

36-28

Sadoff:    Worse since you started talking to Dr. Dubin?

DPH:    Yes, oh yes.

Dubin :    I can help you with that, David, if you are interested.  Okay.  Plus I think that _____ hypnosis can help you.  Now, if Jocko --

DPH:    Can I get a drink?    11:38

Dubin:    Sure.

DPH:    _____ slow down.

Dubin:    I'll join you.  It's hard to do it when you're hands are not tied.  Okay.  Now, there's no mumbo-jumbo about what we're going to do.  It's straightforward.  You've probably done this many times and not even aware  you did it.  Now, let me tell you what I mean by that.  Many times when you are sitting at a religious service of some kind or when you sat there and went to services, the guy up there was so boring or the lady or whoever it was, that you just probably mentally left where you were sitting, mentally, kept your body there, and you went to another place and thought about something else.  When you drove a car, many times if you go to a familiar place, and you're driving, and you know the place, your mind starts to think about something else, so your mind goes there, but your body's still driving the car.  So, actually, that's what hypnosis is.  And you've done it before, but now it's a little more so that you don't let all of the garbage fall into it and you can then sort of direct it where you want to be, and if as wonderful you have been to us, we can probably get you to have recall about much of the stuff that took place.  I think we can. I don't know, it would be up to you.  We have actually never been able to do anything and never want to do anything that doesn't please you, that you don't want to do.  And that's why I asked you would you like to know what happened during that period of time, and your answer was yes, you'd like to know.  Maybe Jocko would want to know, but that's something you two will have to resolve.   Okay?  Now, here's how easy it is.  As comfortable as you could be with those restraints, make yourself comfortable and pick a spot where the ceiling and the wall, where the ceiling and the wall meet.  Don't look at me, you want to look at that.  So pick a spot where the two meet, can you do that?  Now, don't take your eyes off it.  I'll tell you why I don't want your eyes off it.  If your eyes are in a fixed position, keep staring, then your head will be in a fixed position.  If your head is in a fixed position, your ears will be in a fixed position.  And if your ears are in a fixed position, you're going to hear my voice loud sometimes and low other times.  Now the other thing that is going to happen, while you're staring, as I said, I don't want you to take your eyes off it, there are certain things will happen.  Number one, your eyes may tear, that's normal.  Because you're not meant to stare like that and so therefore, if they tear lots of tears, that's normal.  The other thing that may happen which just happened a second ago, is your eyes may tend to blink.  It's a protective mechanism.  If they blink,

36 -79

let them blink. The other thing that happens is that the thing you're staring at begins to distort. Your eyes are not meant to look that way. Finally, the interesting part, and this is what is going to help you when you go back into your cell, and you want some private time, your eyes will just simply tire, and naturally, they'll close, and when they close, you can still hear my voice just as well as you're hearing it now, that you are more comfortable and you can block out a lot of the sounds and noises and _____ on the side, so when they decide to close because they're more comfortable closed without the staring, let them close and you can still hear me. And now another interesting thing is going to happen, and that's fine, you can feel the process beginning, is that you become aware of many things, the material of your trousers against your legs, enough to allow you to really become aware of it. The feeling of your feet inside of your sandals, and up till now you weren't aware of that, and you can feel the sensations of your body. You'll feel that like a tingling sensation in the soles of your feet, and it's interesting as I say to you that I can feel the tingling sensation in the soles of my feet. Can you feel those sensations in your feet? Sure.

DPH:     Yeah.

Dubin:   Right. Now, I'm going to help you, and that's the fellow who's going to help you, learn and how to relax your body when you go through tenseful times. So that sensation of letgoness, that sensation of, as if the muscles are all _____ will start to go through all the parts of your body. And it's the part where you really want to relax, it'll go from the soles of your feet to the toes of your feet. And from the toes of your feet to the ankles. I want you to remember something, not because I say, it's because you determine how fast it'll go, whether it's at the same pace that I'm speaking, whether it's slower than I'm suggesting, or faster. So you may be ahead of me or below me, and that's fine. And you'll notice your eyes start to close and seal, and from the muscles of your ankles to the muscles of your calves, to the muscles of your knees, to the muscles of your thighs, to the muscles of your hips, and now an interesting thing is working, and I'm going to give you a chance to really be comfortable. I want you to have some experience that you've either had or would like to have, I don't know what it is, it's your business, and not mine. Some experience that you've had or would like to have in some place that you've been or would like to be, it's purely yours, again, it's your control, not mine. And as I speak shortly, I'm going to ask you to partake in that experience totally, to leave your present environment and be there, experience it with all your senses of smell, of touch, of sight, of hearing, through the muscles of your thighs, muscles of your hips, and the muscles of your belly, and the muscles of your chest, muscles of your shoulders, and you can just feel yourself coming down, down, down deeper into this wonderful thing that you've selected, not I, that relaxes you in where you want to be, and as you begin to select that, you begin to feel completely away from the environment that you're in. You're really the one who selected, not the one that you were in when you started. To the muscles of your forehead and scalp, and you can feel yourself coming down deeper, and deeper into it. As if you were standing on an elevator in front of the door and looking up at the lights and as you

30

look up at the lights, you'll see them flashing down floor by floor, and as these lights flash down floor by floor, you can feel yourself descending level by level, and you can notice how much more comfortable you are, you can notice the difference in letgoness. It's as if one had a pocket watch and if you open the back of the pocket watch, the spring comes out, which has been so tight up til now it let's go loose and is relaxed. And that's the way you're getting. Relaxed and loose and letgoish. And the interesting part of all this, is that I'm addressing all this to David, to help David feel relaxed and comfortable, and David has his own world that gives him the comfort and security that he didn't have before. As you feel back into yourself, you can feel that magnificence of your body, David. You can feel your skin which tells you what the temperature is like outside, whether it's warm or cold, whether it's moist or dry, whether it's anything that's going on, and you can feel a change and you can be able finally start to talk to me and stay in this comfortable area that you have selected and letting experiences not disturbing you and when you talk to me you'll be comfortable. To the muscles of the top of your scalp down to the back of your head, across the muscles of your shoulders. And you'll notice now that your eyes begin to feel sealed, sealed from all of the outside influences on you. And merely feeling a part of David sinking back deeper and deeper into David. Sinking back deeper to deep, and only David can control this, and if he elects for anything else to join David, he can, and if he elects to be just David, he can. So he has all the possibilities, David now has taken control, oh the wonderful feeling that David has taken control. Now, the muscles of your spine, to the muscles of your buttocks down the muscles behind your hips, behind your thighs, and behind your knees, behind your calves, and you'll notice something else interesting happened, the muscles that go David, even the muscles in your neck, let go, and soon you become so comfortable that you feel your head which may tilt closer to your chest as you go down more and more, down deeper and deeper, David, let go. And really be David. That's fine, David, let yourself go. That's fine, David, you're doing fine. Your eyes now are closed and sinking down, and you're beginning to feel for the first time a comfort and relief, a let go feeling that you haven't experienced in so many, many, many years. A feeling of really being completely in control of David. A feeling of belonging to David. A feeling of being able to either include or push out anything that you don't want that's a part of David. That's fine. And finally you're going to reach that level, David, where you'll feel every muscle is letgoish, every part of your body is letgoish. A feeling of comfort and security, a feeling of comfort and security. And you'll be able to speak to me, but it isn't necessary for you to pay me attention to me anymore, David, because my voice will get through to your part of your mind that is the dangerous part of your mind. My voice will get through there, and you'll notice that pretty soon the flutter in your eyes will slow down, and you'll notice pretty soon that you're trying to get to this state that people enjoy, who do not have things that trouble you too much, it's a feeling of finally letting go, and finally arriving at where you're most comfortable and where you're most secure. Now, to begin, I'll tell David that he doesn't have to tell me what he selected for relaxation, and where he selected, it's truly his, and I'm going to ask David if I may converse with him on some of the things we spoken about, and if he chooses, he can converse, but at this time, I've got part of the mind which really knows and hears and

31

36-31

experienced everything. It's that part of your mind which directs the outside, David. It's that part of the mind as if it best resembles an executive sitting at a desk, who orders other people around, that part of your mind which orders you around to where you best feel comfortable. And you can hear me, but now you can let my voice go, and now enjoy what you are enjoying and I will speak to that part of your mind which is really the part that directs you, and nothing else does that. Are you comfortable now, David?

DPH:     Yes.

Dubin:     That's good. Do you like this place where you are, that you've selected? Is it giving you a kind of relief and comfort that you like?

DPH:     Yes.

Dubin:     With respect of any other parts of your mind, are you now prepared, from the part of your mind that really directs the out part of your mind, to talk about what we've been talking about?

DPH:     Yes.

Dubin:     It's okay then? Fine. Would you like to tell me now, David, at any part where you want to start, the things that before you had difficulty in recalling. So what I would like to do, David, is I'd like you to picture as if you were picturing a picture in a calendar, a large calendar on the wall. And mentally reach out with your fingers and lift off the sheets of the calendar, lift off the sheets of the calendar until you go back to April 13, 1996. So, you'll pull sheet after sheet, sheet after sheet off, and you'll notice that you're going back to April 13, 1996. Is that all right, David?

DPH:

Dubin:     You are going to be there. You are there. You are there now. Would you like to start talking and tell me the actual sequence of events of what happened. Now, while you're there. Would that be all right, David?

DPH:     Yes.

Dubin:     Okay. And there's no reason why you can't go back and see it as vividly, as vividly, as vividly. Okay, David, start talking, tell me the sequence of events. Now, you'll see it clearly.

DPH:     We're having a good time.

Dubin:     Where are you, David?

32

36-32

DPH:    I'm in my cell, cell 103.  And, we were having a good time.  We already talked about doing some other things that we hadn't done before.

Dubin:    You're talking about it right now, right?

DPH:    Yes.

Dubin:    Tell me what you're talking about.  I'd like to hear it.

DPH:    Talking about sexual things.  We're talking about things that Andrew likes to do and things that I haven't tried before.

Dubin:    Do you want to discuss these things, or --?

DPH:    He likes to get off while he's, while he has pressure applied to his neck.  Not to where he passes all the way out, but just gets on the edge, he says it helps him to have a better orgasm.

Dubin:    Okay.  Go ahead, David.

DPH:    And I like, I get a sexual thing out of seeing people tied up.  It makes them, it makes it more like I have power, I'm in control, like I'm dominant.  He says we can do it both and talked about this the night before --

Dubin:    Are you there now, David?

DPH:    Yes.

Dubin:    Okay.

DPH:    We're both sitting on my bed.  My bunk's the bottom bunk.  We're smoking a cigarette and drinking coffee.  The radio is playing.

Dubin:    What's playing, David?

DPH:    Some new rock shit that Andrew likes.

Dubin:    Can you hear it?

DPH:    Yes, I can hear it.  There's a guy named Jeremy who's the D.J. and Andrew likes him, he's listened to him before.

Dubin:    I see a smile on your face.

DPH: Yeah, he's dancing. He's dancing around, Andrew's dancing. He likes to dance, he's dancing around the cell.

Dubin: That's funny to you, huh?

DPH: He couldn't dance. He was — he couldn't — he can't dance.

Dubin: Tell me David, I see a frown on your face. What's going on, David?

DPH: I saw Andrew dead. It just flashed in — it flashed --

Dubin: Talk to me about it, David.

DPH: It's later, it's not fun anymore. It's not fun. Andrew's dead.

Dubin: How'd that happen, David?

DPH: Jocko killed him. Jocko did it, I didn't do it. Jocko did it.

Dubin: What did Jocko do?

DPH: I don't know why he had to kill him, I don't know why. He didn't deserve to die. I told him.

Dubin: Tell me what you're saying to him now, David. What are you saying to Jocko?

DPH: Why?

Dubin: Go ahead. What's Jocko saying, David?

DPH: That we're both sick, me and Marti are both sick, now he's the dead punk. That he was making me sicker. He thinks homosexuality is sick, a sign of weakness.

Dubin: Will he say that to me?

DPH: He says that I'm weak.

Dubin: Is he in the middle of this conversation, between you and me?

DPH: He thinks --

Dubin: Tell me, David.

34

36-34

DPH:      You're a motherfucker, you know that?  What the fuck you think you're doing?

Dubin:    Who am I talking to, Jocko.  Is it okay if I talk to you?  Can I talk to you, Jocko?  Can I talk to you, Jocko?

DPH:      I'm not going to tell you any fucking secrets.    *Rises up slowly*

Dubin:    Okay.  You don't have to.   Am I talking —

DPH:      You don't know who the fuck you're messing with.  I could just tear your fucking head off, and shake your goddamn neck.  You don't understand anything.    *Break Neck*

Dubin:    Okay.  David --

DPH:      I don't like you fucking with us.

Dubin:    Okay.  Okay.

DPH:      Don't be fucking like that.

Dubin:    Okay.

DPH:      I have to look after him  every goddamn day.

Dubin:    Okay.

DPH:      If it wasn't for me, he'd be dead.  You understand that.

Dubin:    Okay.  Okay.  David, come back and talk to me again, David.  Okay David.  David, if you close your eyes now, you'll feel the headache start to disappear.  Close your eyes for a minute David.  David, just take a deep breath and close your — that's it.  Now take a deep breath and you'll feel the headache disappear.  That's it.  Close your eyes.  That's fine, David.  Now, you'll notice that the blood is coming to your head, and you'll notice something else interesting, David.  As the blood comes to your head, the blood _____ comes to the brain, and you can feel, you can feel — that's it.  As if it pops and the headache is gone.  Can you feel the headache going away, David?  Okay, David.  I'm glad you're here with me now, David.  Okay.  Does your headache feel better, David?

DPH:      I feel sick.    *Jerry view stops*

Dubin:    David?

DPH:      I feel sick.

*36-35*

Dubin:    Okay. David, in order to feel better, just take a deep breath and let the air flow through your body and you'll feel better. That's fine. That's fine. That's fine. Okay. You'll notice as the air flows through, you'll begin to feel much more comfortable. That feel a little better there, David? Do you want some more of your soda? Shall I get it for you?

DPH:    Yeah, yeah.

Dubin:    There you go, David.

DPH:    Thank you.

Dubin:    You're welcome. I must tell you, I'm very comfortable with you, David.

DPH:    _____ I don't know _____,

Dubin:    Did you know that Jocko was yelling at me?

DPH:    Of course.

Dubin:    Okay.

DPH:    I had to try, try and stop him from jumping on you.

Dubin:    You did a good job. That's why I felt comfortable because I knew you were there to take care of me. Take a little of your soda now, David. That's it. Take your time, that a boy. There you are. When you're finished, I'll take your can. Okay. Dr. Sadoff, do you have anything you'd like to ask David?

Sadoff:    Yes. Can I speak with him for a few minutes, Dr. Sadoff, David?

DPH:    Yeah.

Sadoff:    When you saw that Jocko was about to jump on Dr. Dubin, you were aware of his presence. Were you also aware of his presence _____?

DPH:    But I don't know what he said.

Sadoff:    You don't know what he said, but how did you know that he was going to jump on Dubin?

DPH:    I don't know.

Sadoff:    _____. Did you know the same way he was going to strangle Marti?

36-36

DPH:      No.

Sadoff:   Are you awake now, or he is still ____?

Dubin:    David is. David, you can answer that best for Dr. Sadoff. Are you actually --

DPH:      I don't think I'm, I don't think I'm hypnotized.

Dubin:    Were you hypnotized for awhile, even for that period of time?

Sadoff:   We're not sure _____ now.

DPH:      I don't really know. I was _____

Dubin:    You were relaxed.

DPH:      I was free. I was free, I was walking free in this big green meadow and the next thing I know all that's happening.

Dubin:    Let me help you, since I know something about this stuff. You were hypnotized from the point of view that if that word is used loosely, you were relaxed, you were able to leave your body for awhile and enjoy something that you selected that made you feel relaxed. So you understand that. So, in that respect, you were hypnotized. But when Jocko came out, then it broke the trance and therefore you are back to your alert state now and you can answer Dr. Sadoff in your alert state.

Sadoff:   I have another question. Do you think it's possible we can talk to Jasper?

DPH:      I don't know.

Sadoff:   Has he ever come out? Taken control?

DPH:      He doesn't take control. I'm always in control even when, even when I'm talking to Jasper. And Jasper's talking to somebody else. I mean -- he, it, he's Jasper, Jasper's not, he's not forceful.

Dubin:    I'll tell you how to alert Dr. Sadoff. Since Jasper and David have a good relationship, right now this is a particularly crucial time for David, and Jasper might want to come out to defend David and to help David make his case so to speak, without having any other negative feelings, so that Jasper might want to come out under those circumstances and while you're sitting here in front of David, Jasper would probably be inclined to talk to you because he is in David's corner.

36-37

Sadoff:    Is that so, David?

DPH:    I don't know if he could talk or not.

Dubin:    How would you recognize him, if he did come out?

DPH:    I don't know.   To tell you the truth, I just, I just know mostly we talk, mostly he doesn't talk out loud, mostly I talk out loud to him.  I mean, when I talk to Jasper, like when I talk to Jocko, I don't have to talk out loud, I don't have to talk out loud to Jasper either, but I talk a lot out loud to Jasper.

Sadoff:    Does he answer you?

DPH:    Yes.

Sadoff:    Does he speak the same way as you are doing?

DPH:    Yeah, I think more — I think maybe more mild.

Sadoff:    What do you converse about, you or Jasper?

DPH:    I ask him his opinion on things, it's been a fucked up day.  For instance, yesterday, when I went back to my cell, my cell was all -- you know, I was upset and it's like he has a stabling influence on me.

Sadoff:    How did Jocko feel about that?   That your cell was intruded on?

DPH:    He was kind of , thrilled because anything that upsets me, or rubs me wrong,  he seems to fucking like it.

Sadoff:    What's he saying now to you?

DPH:    Jocko?  That I'm a fool.  I've got a terrible headache.

Sadoff:    You were able to come back and keep him from attacking Dr. Dubin.

DPH:    Just then -

Sadoff:    Yeah.  Have you been able to do that at other times when he's about to hurt somebody? Why do you supposed it happened here?

DPH:    Because, I think because I was prepared because I told him all _____ you know, he threatened me.

36-39

Sadoff:    What did he do?

DPH:       He threatened me before we ever come up here.  He told me he'd do something we'd all regret.

Sadoff:    You say he threatened you.  What can he do to you?

DPH:       He can make my life in here a whole lot more miserable.

Sadoff:    How?

DPH:       For instance, if he had just attacked Dr. Dubin, and they'd probably took me back and four pointed me in a bed or some shit.

Sadoff:    Have they done that to you?

DPH:       It's been a long time.  They used to, when you would act up.

Dubin:     Was that a possibility, that you came in here to do, that he might want to do something like that.

DPH:       He told me he would.

Dubin:     Did he?

DPH:       Because--he didn't even know you.

Dubin:     I didn't know you at all.

DPH:       _____know, really.

Dubin:     You know something, that I know how much you are aware, but I was quite comfortable. I wasn't intimidated.

DPH:       I don't — I just, it's like, it's like all I'm doing, is I've got to stop this.  I've got to stop this, stop this, stop this.  Don't let this happen.  That's when I don't know what he says, even if says something bad, I'm really sorry.  You know, I feel really terrible beating on somebody who was here just trying to help me.  It's fucking confusing.  It's not, it's not easy to deal with.  Can you get that for me please.  It's not easy dealing with this stuff all the time.

Dubin:     Before Dr. Sadoff goes home, I just want to remind you of something.  Do you remember how I told you to relax, to watch something and let your body relax.  When you go back

39

36-39

into your cell, and wherever you are, and if you feel tormented, you take those deep breaths that you need and you'll be able to relax —

DPH:    Once you use the technique, you used there, I use it a lot.

Dubin:    Oh, do you?

TAPE ENDS.

36 -4ʳ