**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | (Judge Muir) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | (Electronically Filed) |

**<u>CONCURRED IN MOTION FOR EXTENSION OF TIME FOR DECISION
ON CAPITAL AUTHORIZATION</u>**

AND NOW, this 6th day of April, 2010, comes Defendant Hammer, by and through counsel, and files the within concurred in Motion for an extension of time for the established deadline for the prosecution to indicate whether it will request a new death penalty phase trial, and in support thereof asserts as follows:

1.    On August 27, 2009, this court established a time deadline of April 28, 2010, for the government to advise the court whether it will request a new death penalty phase trial.

2.     The extension of the deadline until April 28, 2010, was to enable the newly constituted Hammer defense team to put together a mitigation presentation to be presented to the Office of the United States Attorney for the Middle District of Pennsylvania and ultimately to the Capital Crimes Unit in Washington, D.C.

3.     In the intervening eight months the Hammer defense team has been diligently working to formulate and finalize an extensive written presentation which is multi-faceted.

4.     During the same eight month timeframe, the Hammer defense team has been involved in videotaping various individuals who possess information relevant to the question of whether the government should request a new death penalty phase trial.

5.     Due to vacations, significant snow storms along the east coast, the earthquake in Haiti, and general unavailability of various members of the Hammer defense team, despite the team's diligent good faith efforts, neither the written presentation nor the video have yet been finalized.

6.     In conferring with the Office of United States Attorney Pfannenschmidt, April 30, 2010, at 10:00 a.m. has been established as the date, time and place for the local presentation to be made.

7.     The date fixed for the local presentation is two days beyond the date established by the Order of August 27, 2009.

8.     The Hammer defense team is continuing its efforts to finalize the written presentation and to finalize the accompanying video and these items will be completed so that they will be submitted to the United States Attorney in advance of the April 30, 2010, date.

9.     After the local presentation has been made, it is anticipated that the office of the United States Attorney for the Middle District of Pennsylvania will be able to complete what is required of it and make the local submission to the Capital Crimes Unit in Washington, D.C. on or before the end of June 2010.

10.     Assistant United States Attorney Frederick Martin will be conferring with the Capital Crimes Unit in order to obtain a projected date for a response from the Capital Crimes Unit assuming an end of May 2010 local submission.

11.     Based on the information received by AUSA Frederick Martin, it is requested that the time deadline of April 28, 2010, be continued and a new time deadline for the prosecution be set for September 30, 2010.

12.     Undersigned counsel, on behalf of the Hammer defense team, has conferred with AUSA Frederick Martin with respect to the need for the time extension, and the government has concurred in the time extension request.

WHEREFORE, it is requested that the court enter an Order extending the time deadline for the prosecution to indicate whether it will request a new death penalty phase trial in accordance with the submitted proposed Order.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
WATERS & WAFFENSCHMIDT

/s/ Ronald C. Travis, Esquire

Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#:  08819
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :
                            :        NO. 4:96-CR-00239
                            :
        v.                  :
                            :        (Judge Muir)
DAVID PAUL HAMMER           :
                            :
        Defendant           :        (Electronically Filed)

## CERTIFICATE OF CONCURRENCE

AND NOW, comes Ronald C. Travis, Esquire, attorney for Defendant, and

certifies that he has conferred with AUSA Martin on April 5, 2010, and he

concurred in the Motion for Extension of Time for Decision on Capital

Authorization.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
    WATERS & WAFFENSCHMIDT

/s/ Ronald C. Travis, Esquire

Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#:  08819
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | (Judge Muir) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | (Electronically Filed) |

## CERTIFICATE OF SERVICE

AND NOW comes Ronald C. Travis, Esquire, Attorney for Defendant, and certifies that a true and correct copy of the foregoing Concurred In Motion for Extension of Time for Decision on Capital Authorization has been served upon AUSA Frederick Martin, Federal Building, Suite 316, 240 West Third Street, Williamsport, PA 17701, via ECF, or, if necessary, by first class mail, postage pre-paid, this 6th day of April, 2010.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
  WATERS & WAFFENSCHMIDT

/s/ Ronald C. Travis, Esquire
Ronald C. Travis, Esquire
PA ID#:  08819
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | (Judge Muir) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | (Electronically Filed) |

## **ORDER**

The background of this Order is as follows:

On August 27, 2009, the court set the date of April 28, 2010, as the deadline for the prosecution to indicate whether it will request a new death penalty phase trial. The court has been advised by the Hammer defense team that it has been unable, despite its due diligence, to finalize the presentation to be made to the United States Attorney for the Middle District of Pennsylvania and the Capital Crimes Unit so that the April 28, 2010, deadline can be met. The government has concurred in the request by the Hammer defense team to extend the time deadline for the prosecution to indicate whether it will request a new death penalty phase trial.

Based upon the government's concurrence in the request for the extension of the time deadline, the Court will grant the request.

NOW THEREFORE, it is hereby ORDERED that:

1.    The time deadline of April 28, 2010, is hereby extended.

2.    The new time deadline for the prosecution to indicate whether it will request a new death penalty phase trial is set for on or before September 30, 2010.

BY THE COURT:

 

_____

Muir, United States District Judge

2