## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
                                          :     NO. 4:96-CR-00239
                                          :
         v.                               :
                                          :     (Judge Muir)
DAVID PAUL HAMMER                          :
                                          :
         Defendant                        :     (Electronically Filed)

## ORDER

4/7/10

The background of this Order is as follows:

On August 27, 2009, the court set the date of April 28, 2010, as the deadline for the prosecution to indicate whether it will request a new death penalty phase trial. The court has been advised by the Hammer defense team that it has been unable, despite its due diligence, to finalize the presentation to be made to the United States Attorney for the Middle District of Pennsylvania and the Capital Crimes Unit so that the April 28, 2010, deadline can be met. The government has concurred in the request by the Hammer defense team to extend the time deadline for the prosecution to indicate whether it will request a new death penalty phase trial.

Based upon the government's concurrence in the request for the extension of the time deadline, the Court will grant the request.

NOW THEREFORE, it is hereby ORDERED that:

1.    The time deadline of April 28, 2010, is hereby extended.

2.    The new time deadline for the prosecution to indicate whether it will request a new death penalty phase trial is set for on or before September 30, 2010.

BY THE COURT:

_____
Muir, United States District Judge