IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :   No. 4:CR-96-239
                                  :
DAVID PAUL HAMMER                 :   (Judge Muir)

ORDER
September 9, 2010

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The purpose of this order is to correct typographical errors in our order of September 7, 2010, which granted the Government an extension of time to state whether or not it will request a new death penalty phase trial.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.  On page 3, line 13, "August 27, 2010" is amended to "August 27, 2009."

2.  On page 4, line 7, "the undersigned" is amended to "counsel for the Government."

_____
MUIR, U.S. District Judge

MM:gs