IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :   Criminal No. 4:CR-96-0239
                             :
            v.               :   (Muir, J.)
                             :
  DAVID PAUL HAMMER          :   **ELECTRONICALLY FILED**

**JOINT MOTION FOR CONTINUANCE TO ALLOW FOR
RECONSIDERATION BY DEPARTMENT OF JUSTICE
<u>OF PURSUING THE DEATH PENALTY</u>**

COMES NOW, the United States of America, by Peter J. Smith, United States Attorney for the Middle District of Pennsylvania and respectfully moves this Court to extend the period of time in which to comply with its order of September 7, 2010, by a period of thirty (30) additional days or until December 8, 2010, to allow for review by the Attorney General to determine whether the death penalty should be pursued in this action.

1.   Relevant procedural history for purposes of the issue raised herein begins on September 7, 2010, when the parties jointly requested additional time for the Department of Justice to determine whether to proceed with or to withdraw the notice of intent to seek the death penalty at a new penalty phase.  This Court, in an order entered on that same date, extended the time limit until November 8, 2010, 60-days from that day.

2.   The motion filed by the undersigned was ambiguous. Representatives of the Department of Justice, prior to its submission, had expressed to the undersigned their having a 60-day extension from the previously set deadline by this Court for

a response, September 30, 2010, or until November 30, 2010. Instead, this Court granted the relief literally requested but made it effective from the day the request was made.  As a consequence, the amount of the extension approximated only five weeks, not the eight weeks originally requested by the departmental officials.

3.    The Justice Department is making significant progress in having various offices in Washington, D.C. review this issue. However, since authorization previously had granted by the former Attorney General to seek the death penalty, this review is exceedingly careful and time consuming.

4.    It now appears that this decision cannot be completed until early December 2010.  Counsel for Hammer was contacted on October 6, 2010, regarding their concurrence in this further extension.  Attorney Wiseman on October 7, 2010, indicated in an email his concurrence.

**WHEREFORE,** for the above-stated reasons, it is respectfully requested that your Honorable Court continue for an additional thirty (30) days from the present deadline of November 8, 2010, or until December 8, 2010, for the prosecution to indicate whether it will request a  new death penalty phase trial.  A proposed Order granting this motion is appended for the convenience of this Court.

> Respectfully submitted,
>
> PETER J. SMITH
> United States Attorney
>
>
>
> By s/Frederick E. Martin
> FREDERICK E. MARTIN
> Assistant United States Attorney
> PA ID 57455
> Herman T. Schneebeli Federal Bldg.
> 240 West Third Street, Suite 316
> Williamsport, PA 17701-6465
> Tele:  (570) 326-1935
> FAX:  (570) 326-7916
> Electronic Mail:
> Fred.Martin@usdoj.gov

Dated: October __7__, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :   Criminal No. 4:CR-96-0239
                              :
            v.                :   (Muir, J.)
                              :
 DAVID PAUL HAMMER            :   **ELECTRONICALLY FILED**

## CERTIFICATE OF CONCURRENCE

The undersigned hereby certifies that on October __7__ ,
2010, Michael Wiseman, Esquire, attorneys for defendant, stated
his concurrence on behalf of Defendant in the requested Motion
for Continuance in the above-captioned case.

                         S/Frederick E. Martin
                         FREDERICK E. MARTIN
                         Assistant United States Attorney

4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :   Criminal No. 4:CR-96-0239
                               :
         v.                    :   (Muir, J.)
                               :
 DAVID PAUL HAMMER             :   **ELECTRONICALLY FILED**

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing

**JOINT MOTION FOR CONTINUANCE TO ALLOW FOR
RECONSIDERATION BY THE DEPARTMENT OF JUSTICE
OF PURSUING THE DEATH PENALTY, CERTIFICATE OF
CONCURRENCE, and proposed ORDER**

to be electronically mailed on October __7__, 2010, to:

ADDRESSEE:      Ronald C. Travis, Esquire
                rtravis@riederstravis.com

                Michael Wiseman, Esquire
                Michael_Wiseman@fd.org


                          s/Frederick E. Martin
                          FREDERICK E. MARTIN
                          Assistant United States Attorney

5