IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:CR-96-0239 |
| | : | |
| v. | : | (Muir, J.) |
| | : | |
| DAVID PAUL HAMMER | : | **ELECTRONICALLY FILED** |

<u>ORDER</u>

October _____, 2010

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Relevant procedural history for purposes of considering the issue raised herein begins on September 7, 2010, when the parties jointly requested additional time for the Department of Justice to determine whether to proceed with or to withdraw the notice of intent to seek the death penalty at a new penalty phase trial. This Court, in an order entered on that same date, extended the time limit until November 8, 2010, 60-days from that date of the motion.

The motion filed by counsel for the government was ambiguous. Representatives of the Department of Justice, prior to its submission, had expressed to counsel for the government their need for a 60-day extension from the previously set deadline by this Court for a response, September 30, 2010, or until November 30, 2010. Instead, this Court granted the relief literally requested but made it effective from the date the motion was filed. As a consequence, the amount of the extension

approximated only five weeks, not the eight weeks originally requested by counsel.

This Court has been advised that the Justice Department is making significant progress in having various offices in Washington, D.C. review this issue.  However, since authorization previously had granted by the former Attorney General to seek the death penalty, this review is exceedingly careful and time consuming.

It now appears that this decision cannot be completed until early December 2010.  Counsel for Hammer was contacted by the government on October 6, 2010, regarding their concurrence in this further extension.  Attorney Wiseman, on behalf of defendant on October 7, 2010, indicated his concurrence.

This Court finds that under the circumstances, that this request is reasonable.

**NOW, THEREFORE, IT IS ORDERED THAT:**

An extension of thirty (30) days from the previously established deadline of November 8, 2010, or until December  8 , 2010, is hereby **GRANTED** for the prosecution to indicate whether it will request a new death penalty phase trial.

_____
MUIR, United States District Judge

2