IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :  Criminal No. 4:CR-96-0239
                                :
        v.                      :  (Muir, J.)
                                :
DAVID PAUL HAMMER               :  **ELECTRONICALLY FILED**

## ORDER

October __7__, 2010

### THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

Relevant procedural history for purposes of considering the issue raised herein begins on September 7, 2010, when the parties jointly requested additional time for the Department of Justice to determine whether to proceed with or to withdraw the notice of intent to seek the death penalty at a new penalty phase trial. This Court, in an order entered on that same date, extended the time limit until November 8, 2010, 60-days from that date of the motion.

The motion filed by counsel for the government was ambiguous. Representatives of the Department of Justice, prior to its submission, had expressed to counsel for the government their need for a 60-day extension from the previously set deadline by this Court for a response, September 30, 2010, or until November 30, 2010. Instead, this Court granted the relief literally requested but made it effective from the date the motion was filed. As a consequence, the amount of the extension

approximated only five weeks, not the eight weeks originally requested by counsel.

This Court has been advised that the Justice Department is making significant progress in having various offices in Washington, D.C. review this issue. However, since authorization previously had been granted by the former Attorney General to seek the death penalty, this review is exceedingly time consuming.

It now appears that the review cannot be completed until and a decision made early December 2010. Counsel for Hammer was contacted by the government on October 6, 2010, regarding their concurrence in this further extension. Attorney Wiseman, on behalf of defendant on October 7, 2010, indicated his concurrence.

This Court finds that under the circumstances this request is reasonable.

**NOW, THEREFORE, IT IS ORDERED THAT:**

An extension of thirty (30) days from the previously established deadline of November 8, 2010, or until December __8__, 2010, is hereby **GRANTED** for the prosecution to indicate whether it will request a new death penalty phase trial.

_____
MUIR, United States District Judge

2