IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:CR-96-0239 |
| | : | |
| v. | : | (Muir, J.) |
| | : | |
| DAVID PAUL HAMMER | : | **ELECTRONICALLY FILED** |

## JOINT MOTION FOR CONTINUANCE TO ALLOW FOR RECONSIDERATION BY DEPARTMENT OF JUSTICE OF PURSUING THE DEATH PENALTY

COMES NOW, the United States of America, by Peter J. Smith, United States Attorney for the Middle District of Pennsylvania and respectfully moves this Court to extend the period of time in which to comply with its order of October 7, 2010, by a period of thirty (30) additional days or until January 7, 2011, to allow for review by the Attorney General to determine whether the death penalty should be pursued in this action.

1.   Relevant procedural history for purposes of the issue raised herein begins on October 7, 2010, when the parties jointly requested additional time for the Department of Justice to determine whether to proceed with or to withdraw the notice of intent to seek the death penalty at a new penalty phase.  This Court, in an order entered on that same date, extended the time limit until December 8, 2010.

2.   Beginning in August 2010, and continuing through this date the Department of Justice has engaged in a continuing and careful review of the defense request for reconsideration of the decision to seek the death penalty in this case.  This review

entailed the solicitation and receipt of formal comments as well as advice from the United States Attorney's Office on multiple occasions.  Based upon the progress that has occurred to date, the Department believes that an extension to and including January 7, 2011, will provide sufficient time for the Department to render a final decision on the pending reconsideration request.

3.  A distinct basis for requesting additional time is based upon correspondence written by defendant himself and received by the United States Attorney's Office on November 17, 2010.  In that letter, defendant sets forth his litigation position in the event that the prosecution does not pursue the death penalty. This conflicts with representations which defense counsel made on May 14, 2010, during their oral presentation to the U.S. Attorney's Office on this aspect of the prosecution.

4.  The United States Attorney's Office on November 22, 2010, provided a copy of this correspondence from defendant to defense counsel.  It is unclear whether defendant, after consultation with his attorneys, will maintain the litigation position set forth in his letter of November 15, 2010, and what impact, if any, this proposed modification of positions, would have on the Department's decision to pursue the death penalty.

5.    Counsel for Hammer was contacted regarding their concurrence in this further extension.  Attorney McHugh on November 22, 2010, indicated his concurrence.

**WHEREFORE**, for the above-stated reasons, it is respectfully requested that your Honorable Court continue for an additional thirty (30) days from the present deadline of December 8, 2010, or until January 7, 2011, for the prosecution to indicate whether it will request a  new death penalty phase trial.  A proposed Order granting this motion is appended for the convenience of this Court.

Respectfully submitted,

PETER J. SMITH
United States Attorney


By s/Frederick E. Martin
FREDERICK E. MARTIN
Assistant United States Attorney
PA ID 57455
Herman T. Schneebeli Federal Bldg.
240 West Third Street, Suite 316
Williamsport, PA 17701-6465
Tele:  (570) 326-1935
FAX:  (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated: November    23   , 2010

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :   Criminal No. 4:CR-96-0239
                              :
            v.                :   (Muir, J.)
                              :
 DAVID PAUL HAMMER           :   **ELECTRONICALLY FILED**

## <u>CERTIFICATE OF CONCURRENCE</u>

The undersigned hereby certifies that on November __22__,

2010, James McHugh, Esquire, attorney for defendant, stated his

concurrence on behalf of Defendant in the requested Motion for

Continuance in the above-captioned case.


                          S/Frederick E. Martin
                         FREDERICK E. MARTIN
                         Assistant United States Attorney


4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :   Criminal No. 4:CR-96-0239
                              :
        v.                    :   (Muir, J.)
                              :
 DAVID PAUL HAMMER            :   **ELECTRONICALLY FILED**

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing

**JOINT MOTION FOR CONTINUANCE TO ALLOW FOR
RECONSIDERATION BY THE DEPARTMENT OF JUSTICE
OF PURSUING THE DEATH PENALTY, CERTIFICATE OF
CONCURRENCE, and proposed ORDER**

to be electronically mailed on November __23__, 2010, to:

ADDRESSEE:      Ronald C. Travis, Esquire
                rtravis@riederstravis.com

                Michael Wiseman, Esquire
                Michael_Wiseman@fd.org


                                S/Frederick E. Martin
                                FREDERICK E. MARTIN
                                Assistant United States Attorney

5