IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :    Criminal No. 4:CR-96-0239
: 
           v.            :    (Muir, J.)
: 
DAVID PAUL HAMMER      :    **ELECTRONICALLY FILED**

**FILED**
WILLIAMSPORT, PA

NOV 2 4 2010

MARY E. D'ANDREA, CLERK
Per_____
            DEPUTY CLERK

**ORDER**

November 24, 2010

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Relevant procedural history for purposes of considering the issue raised herein begins on October 7, 2010, when the parties jointly requested additional time for the Department of Justice to determine whether to proceed with or to withdraw the notice of intent to seek the death penalty at a new penalty phase trial. This Court, in an order entered on that same date, extended the time limit until December 8, 2010, 60-days from that date of the motion.

This Court has been advised that the Justice Department continues to make significant progress in having various offices in Washington, D.C. review this issue with input from the United States Attorney's Office. Nonetheless, it now appears that the review cannot be completed and a decision made until early January 2011.

A distinct basis for allowing additional time is defendant's direct communication with the United States Attorney's Office which was received on November 17, 2010. Hammer's letter appears

to be at odds with representation made by defense counsel on May 14, 2010, to the United States Attorney's Office regarding their litigation position in future proceedings in the event the death penalty is not pursued.  Additional time is needed to confirm the defense position and whether this impacts on the Department's decision.

Attorney McHugh, on behalf of defendant on November 22, 2010, indicated his concurrence.

This Court finds that under the circumstances this request is reasonable.

**NOW, THEREFORE, IT IS ORDERED THAT:**

An extension from the previously established deadline of December 8, 2010, or until January __7__, 2011, is hereby **GRANTED** for the prosecution to indicate whether it will request a new death penalty phase trial.

_____
MUIR, United States District Judge

2