IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:CR-96-0239 |
| | : | |
| v. | : | (Muir, J.) |
| | : | |
| DAVID PAUL HAMMER | : | **ELECTRONICALLY FILED** |

**UNITED STATES' MOTION
FOR PENALTY PHASE PROCEEDING**

COMES NOW, the United States of America, by Peter J. Smith, United States Attorney for the Middle District of Pennsylvania, and in accordance with this Court's order of July 9, 2009, as well as subsequent entries, states and reports as follows.

The United States Attorney's Office initially, and the Department of Justice later, reviewed whether, following remand of this case from the United States Court of Appeals for the Third Circuit, the death penalty should be pursued against defendant, David Paul Hammer. This review concluded on January 6, 2011, when Attorney General Eric Holder, Jr., authorized and directed the prosecution to seek the death penalty against David Paul Hammer.

**WHEREFORE**, for the above-stated reason, it is respectfully requested that your Honorable Court, in accordance with 18 U.S.C. § 3593(b), place this case on a trial list for a new penalty phase proceeding.

Respectfully submitted,

PETER J. SMITH
United States Attorney

By s/Frederick E. Martin
FREDERICK E. MARTIN
Assistant United States Attorney
PA ID 57455
Herman T. Schneebeli Federal Bldg.
240 West Third Street, Suite 316
Williamsport, PA 17701-6465
Tele:  (570) 326-1935
FAX:  (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated: January    7   , 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA    :  Criminal No. 4:CR-96-0239
    :
        v.    :  (Muir, J.)
    :
 DAVID PAUL HAMMER    :  **ELECTRONICALLY FILED**


## CERTIFICATE OF SERVICE

    I hereby certify that I caused a true and correct copy of the foregoing

### UNITED STATES' MOTION
### FOR PENALTY PHASE PROCEEDING

to be electronically mailed on January   7  , 2011, to:

ADDRESSEE:    Ronald C. Travis, Esquire
        rtravis@riederstravis.com

        Michael Wiseman, Esquire
        Michael_Wiseman@fd.org


 S/Frederick E. Martin
FREDERICK E. MARTIN
Assistant United States Attorney

3