IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 
                         :
            v.           :  No. 4:CR-96-239
                         :
DAVID PAUL HAMMER,       :  (Judge Muir)

ORDER

January 7, 2011

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The background of this case is set forth in prior orders of this court and we will not repeat that background other than as needed to address the pending motion for a penalty phase proceeding.

On December 27, 2005, we issued an opinion and order which, inter alia, granted in part and denied in part Hammer's fourth amended section 2255 motion. The opinion and order in summary sustained Hammer's guilty plea to first degree murder but granted Hammer a new trial with respect to the sentence. The sentence of death was vacated and set aside and the Government was authorized to file within 60 days a motion to place the case on a trial list for a new penalty-phase trial. On February 24, 2006, the Government filed a notice of appeal and a motion to have the case placed on a trial list for a new penalty phase upon completion of all appeal-related proceedings. On May 11, 2009, the Court of Appeals for this circuit issued an opinion holding that it did not have jurisdiction until after a new penalty-phase trial, a sentence of death was imposed and an appeal filed. On July 6, 2009, the

Court of Appeals for this circuit issued a certified judgment  in lieu of a formal mandate.  On July 9, 2009, we issued an order which authorized the Government to file within sixty days a motion to have the case placed on a trial list for a new penalty-phase trial.  That deadline was extended at the request of Hammer and the Government on several occasions.  The Government filed on January 7, 2011, a motion entitled "United States' Motion for Penalty Phase Proceeding."  The purpose of this order is to direct the Clerk of Court to reassign this case to another judge.

NOW, THEREFORE IT IS HEREBY ORDERED THAT:

The Clerk of Court shall reassign this case to another judge.

s/Malcolm Muir
MUIR, U.S. District Judge

2