IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| | : | NO. 96-239 |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant. | : | |

**FILED**
**SCRANTON**

JAN 31 2011

PER _____
DEPUTY CLERK

## ORDER

AND NOW, this 26th day of January 2011, following a telephone conference with counsel for both parties, it is **ORDERED** that:

1. The parties shall file all pre-special hearing motions by **May 2, 2011.**

2. All responses are due by **June 1, 2011.**

3. Replies, if any, shall be filed by **June 8, 2011.**

4. A hearing on all pre-special hearing motions shall take place on **June 30, 2011.**

5. A special hearing in the above captioned case pursuant to 18 U.S.C. § 3593 shall commence on **April 4, 2012.**

BY THE COURT:

/s/ Judge Joel H. Slomsky
JOEL H. SLOMSKY, J.