## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

               :  Criminal No.  4: CR-96-239

               :

     v.           :

               :  Judge Slomsky

               :

DAVID PAUL HAMMER     :

## NOTICE OF ELECTION BY DAVID PAUL HAMMER TO BE TRIED IN
## THE EASTERN DISTRICT OF PENNSYLVANIA

AND NOW comes David Paul Hammer, through counsel, and, pursuant to the

Court's request during the status conference held on January 26, 2011 regarding situs

of resentencing hearing, states the following:

1.     On January 7, 2011, the Government filed notice of its intent to proceed

with a resentencing in the above-captioned matter.

2.     On the same date, the Honorable Malcom Muir issued an order directing

the Clerk to reassign this matter to another judge.  Subsequently, the Clerk noted that

this matter had been reassigned to the Honorable Joel H. Slomsky of the Eastern

District of Pennsylvania.

3.     During a status conference regarding scheduling and other matters in

light of the Government's notice to proceed with the resentencing, the parties

discussed the situs of the resentencing proceeding and the Court requested that Mr.

Hammer notify the Court whether he elected to be tried in Scranton in the Middle District or Philadelphia in the Eastern District.

4.    Since the status conference, counsel have had discussions with Mr. Hammer regarding the situs of the retrial and Mr. Hammer has elected to have the retrial of his penalty phase in Philadelphia before a jury selected from the eligible jurors in the Eastern District of Pennsylvania.

5.    Mr. Hammer has indicated to Attorney Travis that he is willing to execute any documents required by this Court, or affirmatively state to the Court via videoconferencing that this is his desire and that his decision to elect to have the retrial of his penalty phase in Philadelphia before a jury selected from the eligible jurors in the Eastern District of Pennsylvania is knowing, intelligent and voluntary.

6.    Attorney Travis has informed Assistant United States Attorney Martin of Mr. Hammer's decision.

WHEREFORE, David Paul Hammer, through counsel, respectfully requests that this Honorable Court enter an order directing that his resentencing be conducted in Philadelphia before a jury selected from the eligible jurors in the Eastern District of Pennsylvania.

Respectfully submitted,

/s/ RONALD C. TRAVIS ESQUIRE
RONALD C. TRAVIS, ESQUIRE
Reiders, Travis, Humphrey,
Harris,Waters&  Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA 17703-0215
Tel. No.(570) 323-8711
Fax No. (570) 323-4192
rtravis@riederstravis.com

/s/JAMES MCHUGH,  ESQUIRE
JAMES MCHUGH,  ESQUIRE
Assistant Federal Defender
Federal Community Defender
for the Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
Philadelphia, PA 19106
Tel. No. (215)928-0520
james_mchugh@fd.org

/s/ANNE L. SAUNDERS, ESQUIRE
ANNE L. SAUNDERS, ESQUIRE
Asst. Federal Public Defender
Federal Public Defender
Middle District of Pa.
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-3843
Fax No. (717) 782-3966
anne_saunders@fd.org

Dated: March 21, 2011

3

## CERTIFICATE OF SERVICE

I, Ronald C. Travis, counsel for Mr. Hammer, do hereby certify that on this date I served a copy of the foregoing *Notice of Election by David Paul Hammer to Be Tried in the Eastern District of Pennsylvania* via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Herman T. Schneebeli Federal Building
Suite 316
240 West Third Street
Williamsport, PA.  17701-6465

Respectfully submitted,

/s/ RONALD C. TRAVIS ESQUIRE
RONALD C. TRAVIS, ESQUIRE
Reiders, Travis, Humphrey,
Harris, Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA 17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com