# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :

          : Criminal No.  4: CR-96-239

          :

    v.       :

          : Judge Slomsky

          :

DAVID PAUL HAMMER    :

## ORDER

AND NOW, this    day of March, 2011, upon consideration of Mr. Hammer's

*Notice of Election by David Paul Hammer to Be Tried in the Eastern District of*

*Pennsylvania*, it is hereby ORDERED and DIRECTED that the new penalty phase in

the above captioned matter shall be conducted in Philadelphia before a jury selected

from the eligible jurors in the Eastern District of Pennsylvania.

          BY THE COURT

          _____

          JOEL H. S.OMSKY, J.