UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :   Criminal No. 4:CR-96-0239

                  : 

       v.                    :   (Judge Slomsky)

                  : 

 DAVID PAUL HAMMER        :   **ELECTRONICALLY FILED**

### PRAECIPE FOR WITHDRAWAL AND ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

     Kindly withdraw the appearance of Gwynn (Charlie) X. Kinsey, Capital Case Unit-Criminal Division and enter that of Steven D. Mellin, Trial Attorney For the Capital Case Unit, 1331 F Street, N.W., Washington, D.C. 20530; Telephone number 202-514-1224, Steve.Mellin2@usdoj.gov as co-counsel for the United States of America in the above-captioned case.

                          Respectfully submitted,

                          PETER J. SMITH
                          United States Attorney

                          By   s/Frederick E. Martin
                          FREDERICK E. MARTIN
                          Assistant United States Attorney
                          PA ID 57455
                          Herman T. Schneebeli Federal Bldg.
                          240 West Third Street, Suite 316
                          Williamsport, PA 17701-6465
                          Tele: (570) 326-1935
                          FAX: (570) 326-7916
                          Electronic Mail:
                          Fred.Martin@usdoj.gov

Dated:  April 1, 2011

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :  Criminal No. 4:CR-96-0239
                               :
              v.               :  (Judge Slomsky)
                               :
 DAVID PAUL HAMMER             :  **ELECTRONICALLY FILED**

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing

**PRAECIPE FOR WITHDRAWAL AND ENTRY OF APPEARANCE**

to be electronically mailed on April __1__, 2011, to:

ADDRESSEE:      Ronald C. Travis, Esquire
                rtravis@riederstravis.com

                Michael Wiseman, Esquire
                Michael_Wiseman@fd.org

                        S/Frederick E. Martin
                        FREDERICK E. MARTIN
                        Assistant United States Attorney