IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :  Criminal No. 4:CR-96-0239
    :
    v.    :  (Muir, J.)
    :
DAVID PAUL HAMMER    :  **ELECTRONICALLY FILED**

**RESPONSE OF THE UNITED STATES TO NOTICE OF ELECTION
BY DAVID PAUL HAMMER TO BE TRIED IN THE
UNITED STATES DISTRICT COURT FOR THE
<u>EASTERN DISTRICT OF PENNSYLVANIA</u>**

COMES NOW, the United States of America, by Peter J. Smith, United States Attorney for the Middle District of Pennsylvania and in response to defendant's notice filed on March 21, 2011, states as follows.

1.   Both defendant and the United States have a right, in accordance with Article III and the Sixth Amendment to the Constitution, as well as Federal Rule of Criminal Procedure 18, to have all criminal proceedings conducted in this case in the United States District Court for the Middle District of Pennsylvania, where the offense, first degree murder at the Allenwood Federal Correctional Complex, was committed.  It is the position of the United States that venue, like many other rights established by the Constitution and laws, can be waived under certain circumstances.

2.   Defendant's notice appears to elect freely that the resentencing hearing established by this Court, pursuant to 18 U.S.C. § 3593(b), may take place in the United States District

Court for the Eastern District of Pennsylvania.  Given *inter alia* the "judicial emergency" declared for the United States District Court for the Middle District of Pennsylvania, as well as the unique character of the resentencing hearing and circumstances of this case, the United States also agrees with this election on certain conditions.  That is, first, in some proceeding before this Court defendant should be advised of his venue rights and, after an appropriate colloquy, be found by this Court to have knowingly, voluntarily, and intelligently relinquished or given up his rights.  To that end, the prosecution, in correspondence dated April 5, 2011, provided defense counsel with a written waiver of venue which can be presented in any scheduled Court proceeding.

3.   The defense in its Notice (at page 2, para 5), has suggested that this hearing occur by video-conferencing.  While the United States has no objection to this limited, preliminary issue being addressed in that fashion, this Court, in its discretion, may wish to conduct this colloquy in-person.

**WHEREFORE,** pursuant to the above-stated submission, the United States requests that this Court set a convenient time for a proceeding at which defendant can be asked whether he wishes to waive his rights to venue in the United States District Court for

2

the Middle District of Pennsylvania for purposes of proceedings

pursuant to 18 U.S.C. § 3593(b).

Respectfully submitted,

PETER J. SMITH
United States Attorney


By S/FREDERICK E. MARTIN
FREDERICK E. MARTIN
Assistant United States Attorney
PA ID 57455
Herman T. Schneebeli Federal Bldg.
240 West Third Street, Suite 316
Williamsport, PA 17701-6465
Tele:  (570) 326-1935
FAX:  (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated: April   8   , 2011

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      :   Criminal No. 4:CR-96-0239
                              :
          v.                  :   (Muir, J.)
                              :
 DAVID PAUL HAMMER            :   **ELECTRONICALLY FILED**


## CERTIFICATE OF SERVICE

     I hereby certify that I caused a true and correct copy of
the foregoing

**RESPONSE OF THE UNITED STATES TO NOTICE OF ELECTION
BY DAVID PAUL HAMMER TO BE TRIED IN THE
UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

to be electronically mailed on April ___8___, 2011, to:

ADDRESSEE:     Ronald C. Travis, Esquire
               rtravis@riederstravis.com

               Michael Wiseman, Esquire
               Michael_Wiseman@fd.org




                         S/FREDERICK E. MARTIN
                         FREDERICK E. MARTIN
                         Assistant United States Attorney