## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :
                                :        NO. 4:96-CR-00239
                                :
        v.                      :
                                :
DAVID PAUL HAMMER               :
                                :
        Defendant               :        (Electronically Filed)

## MOTION FOR COURT CONSENT TO TAKE CERTAIN DEPOSITIONS PURSUANT TO RULE 15(h) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

AND NOW, comes Defendant Hammer, by and through counsel, and files the within Motion seeking Court consent for the taking of certain depositions in order to preserve the testimony of the to-be-deposed individuals for presentation at the time of the penalty phase trial, and in support thereof asserts as follows:

1.    The government has requested a retrial of the instant case for the purpose of attempting to convince the jury a sentence of death is the appropriate punishment to be imposed on the Defendant.

2.    The penalty phase retrial is currently scheduled to begin jury selection on April 4, 2012.

3.    At the trial, Defendant Hammer is permitted to present to the jury mitigating information which weighs against the imposition of a death sentence.

4.    The original death verdict was returned on July 24, 1998.

5.    Since the death verdict was returned on July 24, 1998, Mr. Hammer has undergone a significant metamorphosis, spiritual and moral, including his baptism by the Archbishop of Indianapolis.

6.    Mr. Hammer currently has a spiritual support network of a number of individuals, with the primary spiritual adviser being Sister Camille D'Arienzo, a Sister of Mercy, located in Glendale, New York.

7.    Sister Camille D'Arienzo has and continues to have frequent interaction with Mr. Hammer by written communication, telephone, and personal visits.

8.    In addition to Mr. Hammer's spiritual awakening or rebirth, Mr. Hammer has been actively involved in the creation and sale of holiday greeting cards with the profits being distributed to multiple charitable endeavors, nationally and internationally.

9. Sister Camille D'Arienzo has been actively involved in the greeting card endeavors, since the project's inception, and is able to testify as to the genesis of the project, how the project works, and the distribution of the project's profits.

10. Sister Camille D'Arienzo has observed, on multiple occasions, expressions of remorse with respect to the death of Mr. Marti. At the original trial, the government challenged whether Mr. Hammer had serious remorse as a result of the death of Mr. Marti.

11. Sister Camille D'Arienzo is an individual who possesses a vast amount of mitigating information which is relevant and admissible in accordance with 18 U.S.C.§3592(a)(8).

12. Based upon the age of Sister Camille D'Arienzo, the defense team is concerned that she may die before the penalty phase trial and therefore the defense will be deprived of the opportunity to present these compelling mitigating facts personally known by Sister Camille D'Arienzo.

13. Mr. Hammer has also developed a spiritual relationship with Sister Rita Claire Gerardot who is a Sister of Providence residing at St. Mary of the Woods, Indiana.

14. Sister Rita Claire Gerardot has and continues to have frequent contacts with Mr. Hammer by writing, over the telephone, and through personal visits.

3

15.   Sister Rita Claire Gerardot has observed the spiritual awakening or rebirth and, as a member of the Order of the Sisters of Providence, has been involved with and is personally aware of multiple charitable contributions made by Mr. Hammer to various entities located in and about Terre Haute, Indiana.

16.   Sister Rita Claire Gerardot has also observed and overheard expressions of remorse with respect to the death of Andrew Marti and was physically present and observed and overheard the genesis of an incident which resulted in a disciplinary write up, which the government will likely offer as evidence in support of its claim of future dangerousness.

17.   Both Sisters are of advanced age and Mr. Hammer is concerned that by the time this matter reaches trial, either or both will be deceased and therefore he will be deprived of the opportunity to present to the jurors the mitigating information of which they have personal knowledge.

18.   The mitigating information to be provided by the Sisters is information properly admissible pursuant to 18 U.S.C.§3592(a)(8).

19.   In order to preserve the testimony of Sister Camille D'Arienzo and Sister Rita Claire Gerardot, Mr. Hammer seeks Court authorization to depose these two individuals as provided by Federal Rule of Criminal Procedure 15(h) so that their testimony may be preserved for trial.

20. If Court authorization for the requested depositions is granted, defense counsel will coordinate with counsel for the government with respect to the date, time and place for the taking of each of the depositions.

21. Counsel for Mr. Hammer has spoken to government counsel concerning the two depositions.

22. Counsel for the government does not oppose the depositions being taken, consistent with a date, time and place for same being agreed upon.

WHEREFORE, pursuant to Rule 15(h), Mr. Hammer requests the Court enter an Order consenting to the taking of the depositions of Sister Camille D'Arienzo and Sister Rita Claire Gerardot in order to preserve said testimony for trial.

Respectfully submitted,

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
WATERS & WAFFENSCHMIDT

/s/ Ronald C. Travis, Esquire
Ronald C. Travis, Esquire
PA ID#: 08819
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

/s/ Anne Saunders, Assistant Public Defender
_____
Anne Saunders, Assistant Public Defender
PA ID#:
100 Chestnut Street, Ste. 306
Harrisburg, PA  17101
(717) 782-3843 (telephone)
(717) 782-3966 (facsimile)
Anne_Saunders@fd.org

/s/ Michael Wiseman, Public Defender
_____
Michael Wiseman, Public Defender
PA ID#:
100 Chestnut Street, Ste. 306
Harrisburg, PA  17101
(717) 782-3843 (telephone)
(717) 782-3966 (facsimile)
Michael_Wiseman@fd.org

## **CERTIFICATE OF SERVICE**

AND NOW comes Ronald C. Travis, Esquire, Attorney for Defendant, and certifies that a true and correct copy of the foregoing Motion for Court Authorization to Take Certain Depositions Pursuant to Rule 15(h) of the Federal Rules of Criminal Procedure, has been served upon AUSA Frederick Martin, Federal Building, Suite 316, 240 West Third Street, Williamsport, PA 17701, via ECF, or, if necessary, by first class mail, postage pre-paid, this 13th day of April, 2011.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
WATERS & WAFFENSCHMIDT

/s/ Ronald C. Travis, Esquire

Ronald C. Travis, Esquire
PA ID#:  08819
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

## CERTIFICATE OF CONCURRENCE

AND NOW, comes Ronald C. Travis, Esquire, attorney for Defendant, and certifies that on April 6, 2011, counsel for Mr. Hammer received a letter from AUSA Martin advising the government did not oppose the taking of the requested depositions provided the scheduling was consistent with government counsel's availability and the two individuals to be deposed were available for an interview at least a week prior to the scheduled deposition date.

> RIEDERS, TRAVIS, HUMPHREY, HARRIS,
> WATERS & WAFFENSCHMIDT
>
> /s/ Ronald C. Travis, Esquire
> Ronald C. Travis, Esquire
> Attorney for Defendant
> PA ID#:  08819
> 161 West Third Street
> PO Box 215
> Williamsport, PA  17703-0215
> (570) 323-8711 (telephone)
> (570) 323-4192 (facsimile)
> rtravis@riederstravis.com

8

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

                          :       NO. 4:96-CR-00239

                          :

         v.                  :

                          :

DAVID PAUL HAMMER       :

                          :

       Defendant          :       (Electronically Filed)

### ORDER OF COURT

Before the Court is a Motion filed by Mr. Hammer seeking Court authorization pursuant to Federal Rule of Criminal Procedure 15(a)(1) and (h) to take the depositions of two witnesses in order to preserve each witness's testimony for trial. The government agrees to the depositions being taken.

AND NOW, it is hereby ORDERED, as follows:

1)     The court gives consent to the depositions being taken per Federal Rule of Criminal Procedure 15(h).

2)     Counsel for Mr. Hammer shall confer with counsel for the government concerning the scheduling of the date, time, and place for the taking of each deposition.

                       BY THE COURT:

                       _____

                       JOEL H. SLOMSKY, D.J.