# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 
                                   :   NO. 4:96-CR-00239

      v.                          :

DAVID PAUL HAMMER      :

    Defendant            :   (Electronically Filed)

## ORDER OF COURT

Before the Court is a Motion filed by Mr. Hammer seeking Court authorization pursuant to Federal Rule of Criminal Procedure 15(a)(1) and (h) to take the depositions of two witnesses in order to preserve each witness's testimony for trial. The government agrees to the depositions being taken.

AND NOW, it is hereby ORDERED, as follows:

1) The court gives consent to the depositions being taken per Federal Rule of Criminal Procedure 15(h).

2) Counsel for Mr. Hammer shall confer with counsel for the government concerning the scheduling of the date, time, and place for the taking of each deposition.

*APPROVED AND so ORDERED:*
*APRIL 13, 2011*
BY THE COURT:

JOEL H. SLOMSKY, D.J.

9

**FILED**
**SCRANTON**

APR 13 2011

PER _____
           DEPUTY CLERK

TOTAL P.10