UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:CR-96-0239 |
| | : | |
| v. | : | (Judge Slomsky) |
| | : | |
| DAVID PAUL HAMMER | : | **ELECTRONICALLY FILED** |

### WAIVER OF VENUE

I, ___DAVID PAUL HAMMER___, the above-named defendant, who is accused of first degree murder on exclusive federal enclave at the Allenwood Federal Correctional Complex, being advised of the nature of the charge and of my rights, pursuant to Federal Rule of Criminal Procedure 18, as well as the Sixth Amendment to the Constitution and Article III of the Constitution, to attend any criminal prosecution in the United States District Court for the Middle District of Pennsylvania, where the offense was committed, hereby waives in open court on _____ appearances in the United States District Court for the Middle District of Pennsylvania and consents that further hearings, including but not limited to, a capital resentencing hearing, may take place in the United States District Court for the Eastern District of Pennsylvania.

_DAVID PAUL HAMMER_
DAVID PAUL HAMMER, Defendant

_Ronald C. Travis_
RONALD C. TRAVIS, Esquire
Counsel for Defendant

Before _____
       Judicial Officer

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:               NO. 4:96-CR-00239
:
v.                              :
:               (Judge Slomsky)
DAVID PAUL HAMMER           :
:
Defendant           :               (Electronically Filed)

## CERTIFICATE OF SERVICE

AND NOW, comes Ronald C. Travis, Esquire, attorney for Defendant

Hammer, and certifies that AUSA Martin was served with a copy of the Waiver of

Venue electronically and also by first class mail, postage prepaid, addressed to his

office, this 20th day of April, 2011.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
WATERS & WAFFENSCHMIDT

/s/ Ronald C. Travis, Esquire

Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#:  08819
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com