UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      :  Criminal No. 4:CR-96-0239
                           :
        v.              :  (Judge Slomsky)
                           :
DAVID PAUL HAMMER         :  **ELECTRONICALLY FILED**


## WAIVER OF PRESENCE AT DEPOSITIONS


I, __DAVID PAUL HAMMER__, the above-named defendant, who is accused of first degree murder on exclusive federal enclave at the Allenwood Federal Correctional Complex, being advised by my counsel of my rights, pursuant to Federal Rule of Criminal Procedure 15(c), to attend in-person the scheduled depositions in this case and referenced in Judge Slomsky's order of April 13, 2011, hereby voluntarily agree that those proceedings may occur without my physical presence as allowed by Federal Rule of Criminal Procedure 15(c)(1)(A).


4/18/2011
Date

4/22/2011
Date


_David Paul Hammer_
DAVID PAUL HAMMER, Defendant

_Ronald C. Travis_
RONALD C. TRAVIS, Esquire
Counsel for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:   NO. 4:96-CR-00239
:
v. :
:   (Judge Slomsky)
DAVID PAUL HAMMER :
:
Defendant :   (Electronically Filed)

## CERTIFICATE OF SERVICE

AND NOW, comes Ronald C. Travis, Esquire, attorney for Defendant Hammer, and certifies that AUSA Martin was served with a copy of the Waiver of Depositions electronically and also by first class mail, postage prepaid, addressed to his office, this 22nd day of April, 2011.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
WATERS & WAFFENSCHMIDT

/s/ Ronald C. Travis, Esquire

Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#:  08819
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com