UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
|  | : |  |
| v. | : | Honorable Joel H. Slomsky |
|  | : |  |
| DAVID PAUL HAMMER, | : | Capital Case |
|  | : |  |
| Defendant | : |  |

**DEFENDANT'S UNOPPOSED MOTION FOR SEVENTEEN DAY
EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS**

Defendant, David Paul Hammer, through undersigned counsel, moves for a seventeen day extension of time to file pre-trial motions. This *Motion* is not opposed by the Government. In support, Defendants states the following.

1.      This matter is before the Court for capital resentencing following the partial grant of section 2255 relief. United States v. Hammer, 404 F.Supp.2d 676 (M.D. Pa., 2005).

2.      The Court has ordered that pre-trial motions be filed on or before May 2, 2011 (document #1304).

3.      This is a complex matter, even for a federal capital prosecution. In deciding upon and drafting pre-trial motions, counsel must take into account the

1

lengthy record. The initial trial (guilt and penalty phase) lasted for over one month. The Section 2255 proceedings took place over three and one half months. Between the trial and Section 2255 hearing, there were a total of over one hundred witnesses and the transcripts of the trial and § 2255 proceedings fill four banker boxes. The District Court's opinion regarding the Section 2255 proceedings occupies 125 pages of the official reporter and contains over 1,700 individual findings of fact.

4.      Counsel have earnestly been attempting to meet this deadline, however, due to the number of issues that must be considered, the factual and legal complexity of these issues, and the size of the record, counsel require additional time to complete these motions. Counsel believe that the motions can be completed with a seventeen day extension, taking into account counsel's litigation schedule in other matters, as well as personal leave that some counsel will be taking during this period.

5.      This request is made in good faith and is based on the specific requirements of this important matter.

6.      Counsel have consulted with counsel for the Government who have indicated that they are not opposed to this request.

WHEREFORE, Defendant requests an seventeen day extension of time (until May 19, 2011) in which to file pre-trial motions.

/s/    Michael Wiseman

Michael Wiseman
Chief, Capital Habeas Corpus Unit
Federal Community Defender
Eastern District Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA 19106
215-928-1100 (telephone)
215-928-0826 (facsimile)
Michael_Wiseman@fd.org

Signing for All Defense Counsel

## Certificate of Service

I, Michael Wiseman, hereby certify that the foregoing was served upon counsel for the Government concurrently with its filing, by filing the same with this Court's ECF system and by email.

/s/    Michael Wiseman

Michael Wiseman

3