**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| v. | : | Honorable Joel H. Slomsky |
| DAVID PAUL HAMMER, | : | Capital Case |
| Defendant | : |  |

_____:_____

**STATEMENT OF CONCURRENCE**

Defendant, David Paul Hammer, through counsel, pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Middle District of Pennsylvania, respectfully states the following:

Counsel for Mr. Hammer hereby certifies that he has contacted Assistant United States Attorney Frederick Martin, who informed counsel that the Government does not oppose the foregoing Motion.

/s/    Michael Wiseman

Michael Wiseman
Chief, Capital Habeas Corpus Unit
Federal Community Defender
Eastern District Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA 19106
215-928-1100 (telephone)
215-928-0826 (facsimile)
Michael_Wiseman@fd.org

Signing for All Defense Counsel

## Certificate of Service

I, Michael Wiseman, hereby certify that the foregoing was served upon counsel for the Government concurrently with its filing, by filing the same with this Court's ECF system and by email.

/s/    Michael Wiseman

Michael Wiseman