UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| v. | : | Honorable Joel H. Slomsky |
| DAVID PAUL HAMMER, | : | Capital Case |
| Defendant | : |  |

**ORDER**

And Now, this ___ day of _____, 2011 upon consideration of *Defendant's Unopposed Motion for Seventeen Day Extension of Time to File Pre-Trial Motions*, it is hereby ORDERED:

The Motion is GRANTED.  Defendant shall file his pre-trial motions on or before May 19, 2011.

The time for the Government's Response and Defendant's Replies are also extended by seventeen days.

The previously scheduled June 30, 2011 hearing on the motion remains.

**SO ORDERED**

_____
Joel H. Slomsky, U.S.D.J.