## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | (Judge Slomsky) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | (Electronically Filed) |

### NOTICE OF VIDEOTAPED STATEMENTS

To:   AUSA Frederick E. Martin
AUSA Steven Mellin
c/o United States Attorney's Office
Federal Building
240 West Third Street
Suite 316
Williamsport, PA  17701

DATE:    May 10, 2011

**PLEASE TAKE NOTICE,** pursuant to the Order signed by District Judge

Slomsky and pursuant to Federal Rule of Criminal Procedure (h) the videotaped

statements of Sister Camille D'Arienzo and Sister Rita Claire Gerardot shall be

taken on Monday, July 11, 2011, beginning at 9 a.m. and continuing until concluded, in a conference room at the Holiday Inn in Terra Haute, Indiana, located at 3300 US Highway 41 South, Terra Haute, Indiana.

The under oath statements will be taken as video depositions of the two identified individuals in order to preserve their trial testimony pursuant to Rule 15(a)(1).

Simultaneous with the video recording the depositions will be recorded by stenographic means by Donna Swift, of Swift Reporting Service, 50 Fairhurst Court, Terra Haute, Indiana 47808.

Defendant Hammer, has previously executed a written waiver of his physical presence, pursuant to Rule 15(c)(1)(A) and said waiver has been filed of record. By the submission of this written Notice to the court and counsel for the government, Defendant Hammer reaffirms his waiver of his entitlement to be physically present at the depositions to be taken pursuant to this Notice.

Counsel for the government is invited to attend and to participate in the depositions by way of cross-examination of the individuals to be deposed or raising any objections deemed appropriate.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
WATERS & WAFFENSCHMIDT

/s/ Ronald C. Travis, Esquire

Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#:  08819
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

DATE: 5/10/2011

cc:    AUSA Frederick E. Martin
       AUSA Steven Mellin
       Donna Swift
       David Paul Hammer

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

          :     NO. 4:96-CR-00239

          :

v.           :

          :     (Judge Slomsky)

DAVID PAUL HAMMER     :

          :

Defendant        :     (Electronically Filed)

## CERTIFICATE OF SERVICE

AND NOW, comes Ronald C. Travis, Esquire, attorney for Defendant Hammer, and certifies that a copy of the foregoing Notice of Videotaped Statements has been served upon AUSA Frederick E. Martin, via electronic filing, this 10th day of May, 2011, and service was made on Donna Swift and David Paul Hammer by first class mail, postage prepaid, addressed to their current addresses.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
WATERS & WAFFENSCHMIDT

/s/ Ronald C. Travis, Esquire
Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#: 08819
161 West Third Street
PO Box 215
Williamsport, PA 17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

4