# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :

                                :     NO. 4:96-CR-00239

                                :

          v.                  :

                                :     (Judge Slomsky)

DAVID PAUL HAMMER       :

                                :

        Defendant        :     (Electronically Filed)

## MOTION TO PARTICIPATE IN PRETRIAL HEARINGS VIA VIDEOCONFERENCING

AND NOW, this 16th day of May, 2011, comes Defendant Hammer, by and through counsel, and files the within Motion seeking Court authorization to participate in any pre-trial matters via videoconferencing, and in support thereof asserts as follows:

1.    Defendant Hammer is currently being held in custody on federal death row at USP-Terre Haute in Terre Haute, Indiana.

2.    The Court has currently scheduled an evidentiary hearing in Philadelphia, Pennsylvania on June 30, 2011.

3.    The June 30, 2011, hearing will deal with as yet to be filed pre-trial motions.

4.     In addition to the hearing of June 30, 2011, it is anticipated that other pre-trial evidentiary hearings may be scheduled.

5.     There are videoconferencing capabilities available to use at federal death row.

6.     Multiple evidentiary hearings have been scheduled and held for various inhabitants of federal death row.

7.     In virtually all of the evidentiary hearings for other individuals housed on federal death row, the participation of the defendant has been via videoconferencing.

8.     The last evidentiary hearing held in the current case was a hearing concerning the re-employment of Attorney Travis as co-counsel for the Defendant.

9.     Defendant Hammer participated in this evidentiary hearing via videoconferencing from federal death row.

10.     Defendant Hammer, during the course of the litigation in the instant case, participated in an argument held before the Third Circuit Court of Appeals.

11.     Defendant Hammer's participation in front of the Third Circuit Court of Appeals was via videoconferencing from federal death row.

12.     During the course of the extensive evidentiary hearing during the §2255 proceeding, various witnesses appeared to present testimony via videoconferencing.

13. Based upon Defendant Hammer's personal participation via videoconferencing as well as his observations concerning the participation of witnesses via videoconferencing, Defendant Hammer is satisfied that participation in pre-trial hearings via videoconferencing from federal death row will adequately satisfy any requirement that he be "present" for any pre-trial hearings.

14. Defendant Hammer has advised counsel that he is willing to execute any written waiver document or to orally advise the Court of his willingness to participate in pre-trial hearings via videoconferencing.

15. On May 4, 2011, counsel was in contact with the government concerning the motion and the government concurred in the motion.

WHEREFORE, Defendant Hammer requests the Court authorize his presence and participation in any pre-trial hearings via videoconferencing.

Respectfully submitted,

/s/ Ronald C. Travis, Esquire
Ronald C. Travis, Esquire
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

/s/ Anne Saunders, Esquire
Anne Saunders, Esquire
Assistant Federal Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Ste. 306
Harrisburg, PA  17101
(717) 782-3843 (telephone)
(717) 782-3966 (facsimile)
Anne_Saunders@fd.org

/s/ Michael Wiseman, Esquire
Michael Wiseman, Esquire
James McHugh, Esquire
James Moreno, Esquire
Federal Community Defender
Eastern District of Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA  19106
(215) 928-1100 (telephone)
(215) 928-0826 (facsimile)
Michael_Wiseman@fd.org
James_McHugh@fd.org
James_Moreno@fd.org

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | (Judge Slomsky) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | (Electronically Filed) |

## CERTIFICATE OF SERVICE

AND NOW, comes Ronald C. Travis, Esquire, attorney for Defendant Hammer, and certifies that a copy of the foregoing Motion to Participate in Pretrial Hearings Via Videoconferencing has been served upon AUSA Frederick Martin, 240 West Third Street, Suite 316, Williamsport, PA 17701, via electronically filing, this 16th day of May, 2011.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
WATERS & WAFFENSCHMIDT

/s/ Ronald C. Travis, Esquire

Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#:  08819
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA　　:
　　　　　　　　　　　　　　　　:　　NO. 4:96-CR-00239
　　　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　　　:
　　　　　　　　　　　　　　　　:　　(Judge Slomsky)
DAVID PAUL HAMMER　　　　　:
　　　　　　　　　　　　　　　　:
　　　　Defendant　　　　　　　:　　(Electronically Filed)

## CERTIFICATE OF CONCURRENCE

Undersigned counsel certifies that based upon exchanged electronic messages on May 4, 2011, the government concurs in the Motion.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
WATERS & WAFFENSCHMIDT

/s/ Ronald C. Travis, Esquire

Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#: 08819
161 West Third Street
PO Box 215
Williamsport, PA 17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com