IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| | : | NO. 96-239 |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 17th day of May 2011, upon consideration of Defendant's uncontested Motion to Participate in Pretrial Hearings via Videoconferencing (Doc. No. 1321), it is ORDERED that Defendant's Motion is GRANTED, and Defendant Hammer may participate in any pre-trial hearings via videoconferencing.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.