## STATEMENT OF THE PARENTS OF ANDREW MARTI

We are the parents of Andrew Marti who was murdered by David Paul Hammer while both were in the United States Penitentiary at Allenwood, Pennsylvania.

We know that the Federal Court ruled that there were errors in the case and that a decision is being made by the Government about whether they should again seek the death penalty. This statement represents our views and we would like for both the United States Attorneys Office and the Court to know what we think.

1. We want this case to come to an end as soon as possible.

2. We do not care about Mr. Hammer receiving the death penalty. We do not want any more court hearings about this case. We understand that ending it now will mean that Mr. Hammer will not get the death penalty and both of us agree to this.

3. We also want the United States Bureau of Prison to know that we believe that Mr. Hammer should never be "double celled " again. The possibility of this concerns us and we do not want him to ever be in a position to kill another inmate again as we do not want another family to go through what we have been through.

4. We do not want Mr. Hammer to ever be paroled during his life-time.


_____    Date: _____
Robert Marti


_____    Date: ____4-20-10_____
Patricia Marti