| Case Name | Case Number | Description |
|---|---|---|
| U.S. v. Abarca | S.D. CA 06-CR-1243 | D ("Defendant") charged with multiple RICO gang prison murders by the Mexican Mafia. |
| U.S. v. Baltimore | C.D. CA 02-CR-157 | D, a member of white supremacist prison gang, charged in murder of another inmate at Devore State Prison. |
| U.S. v. Barrios | C.D. CA 00-CR-908 | D, an inmate at a BOP facility, kicked and beat V ("victim") to death in his cell. |
| U.S. v. Branch | W.D. LA 07-10029 | D, a BOP inmate, strapped two shanks to his hands and stabbed V, a fellow inmate to death. |
| U.S. v. Bridge | C.D. CA 02-CR-157 | D, a member of white supremacist prison gang, charged in murder of another inmate at Devore State Prison. |
| U.S. v. Burnett | C.D. CA 02-00938 | D, a member of the Aryan Brotherhood, charged in a RICO indictment alleging a total of 13 murders committed by the notorious prison gang. |
| U.S. v. Campbell | C.D. CA 02-00938 | D, a member of the Aryan Brotherhood, charged in a RICO indictment alleging a total of 13 murders committed by the notorious prison gang. |
| U.S. v. Case | D. AZ 03-CR-764 | D charged in stabbing to death a fellow inmate in federal prison. V was a suspected government informant. |
| U.S. v. Casto | D. OR. 97-CR-150 | D charged in federal prison killing of fellow inmate and was suspected in killing of another. |
| U.S. v. Clark, D | S.D. IN 95-CR-11 | D stabbed fellow inmate in the back with a homemade shank, killing him. |
| U.S. v. Clark, W | D. SC 04-CR-1123 | BOP inmate on inmate murder. |
| U.S. v. Roy | C.D. CA 02-00938 | D, a member of the Aryan Brotherhood, charged in a RICO indictment alleging a total of 13 murders committed by the notorious prison gang. |
| U.S. v. Cook | D NM 06-CR-2403 | D and two other inmates suffocated V, an inmate witness and government cooperator, with a plastic bag. |
| U.S. v. Cruz | S.D. CA 06-CR-1243 | D, a Mexican Mafia gang member, charged in RICO indictment with multiple murders, including a BOP murder of an inmate. |
| U.S. v. Dickerson | E.D. CA 97-CR-357 | D and an accomplice stabbed another inmate to death for stealing a shoe. |
| U.S. v. Dublin | E.D. CA 97-CR-357 | D and an accomplice stabbed another inmate to death for stealing a shoe. |
| U.S. v. Duncan | D. CO CR-96-357 | D, a member of the Dirty White Boys prison gang, involved in the stabbing murder of another inmate. |

| Case Name | Case Number | Description |
|---|---|---|
| U.S. v. Durkin | S.D. CA 06-CR-1243 | D, a Mexican Mafia gang member, charged in RICO indictment with multiple murders, including a BOP murder of an inmate. |
| U.S. v. Eber | S.D. IN 940 CR-25 | D, a white inmate, stabbed a black inmate to death with prison shank. |
| U.S. v. Farias | 5:08-CR-43-06-10GRJ | Farias and codefendant Martinez were in a recreation cell in the SHU at USP Coleman. D is captured on video rushing the victim from behind and inflicting 13 stab wounds. Thereafter D and codefendant are captured on video punching, kicking and stomping on V for approx. 45 minutes. No death sentence being sought for codefendant Martinez. |
| U.S. v. Ferguson | E.D. CA 08-CR-00116 | D, a BOP inmate beat to death a fellow inmate. |
| U.S. v. Fernandez | S.D. CA 06-CR-1243 | D, a Mexican Mafia gang member, charged in RICO indictment with multiple murders, including a BOP murder of an inmate. |
| U.S. v. Figueroa | C.D. CA 00-908 | D, an inmate at the MDC holding facility with a history of violent felonies, stomped another inmate to death. |
| U.S. v. Filkins | C.D. CA 02-00938 | D, a member of the Aryan Brotherhood, charged in a RICO indictment alleging a total of 13 murders committed by the notorious prison gang. |
| U.S. v. Flanagan | D. CO 96-357 | D. a member of the Dirty White Boys prison gang, involved in the stabbing murder of another inmate. |
| U.S. v. Fowler | M.D. PA 4-CR-97-0268 | D, an inmate at USP Lewisburg, killed the V, a fellow inmate suspected of being a homosexual. |
| U.S. v. Fuentes | D. AZ 03-CR-764 | D, a BOP inmate, murdered a fellow inmate who was suspected of cooperating with law enforcement. |
| U.S. v. Georgacarakos | M.D. PA 02-CR-00034 | D, an Aryan Nation prison gang member, stabbed another white inmate to death who had recently converted to Islam. |
| U.S. v. Gibson | C.D. CAT 02-00938 | D, a member of the Aryan Brotherhood, charged in a RICO indictment alleging a total of 13 murders committed by the notorious prison gang. |
| U.S. v. Gonzales | C.D. 02-00938 | D, a member of the Aryan Brotherhood, charged in a RICO indictment alleging a total of 13 murders committed by the notorious prison gang. |
| U.S. v. Gravely | E.D. KY 09-CR-00013 | D, a BOP inmate and gang member, beat a mentally ill inmate to death at USP Big Sandy. |

| Case Name | Case Number | Description |
|---|---|---|
| U.S. v. Grizzle | C.D. CA 02-00938 | D, a member of the Aryan Brotherhood, charged in a RICO indictment alleging a total of 13 murders committed by the notorious prison gang. |
| U.S. v. Gulley | E.D. TX 05-CR-51 | D stabbed a fellow BOP inmate to death. |
| U.S. v. Hevle | C.D. CA 02-00938 | D, a member of the Aryan Brotherhood, charged in a RICO indictment alleging a total of 13 murders committed by the notorious prison gang. |
| U.S. v. Hicklin | C.D. CA 02-00938 | D, a member of the Aryan Brotherhood, charged in a RICO indictment alleging a total of 13 murders committed by the notorious prison gang. |
| U.S. v. Hill | D. CO 02-CR-248 | D and another BOP inmate strangled to death a third inmate. |
| U.S. v. Jennings | D. AZ 06-0684 | D, a Skin Head member, killed another inmate in a racially motivated murder. |
| U.S. v. Johnson | E.D. KY 07-CR-18 | D, a BOP inmate killed another inmate with a prison-made shank. |
| U.S. v. Jones | E.D. VA 97-CR-315 | D stabbed to death another BOP inmate shortly after D began serving a life sentence for the gruesome murder of a homeless person. |
| U.S. v. Kennedy, D | C.D. CA 02-000938 | D, a member of the Aryan Brotherhood, charged in a RICO indictment alleging a total of 13 murders committed by the notorious prison gang. |
| U.S. v. Kennedy, M. | M.D. FL 08-CR-23 | BOP Correctional Officer charged in arranging an inmate-on-inmate murder at USP Coleman. |
| U.S. v. Kowaalski | M.D. PA 02-CR-00034 | D, an Aryan Nation prison gang member, stabbed another white inmate to death who had recently converted to Islam. |
| U.S. v. Lambright | E.D. TX 00-CR-14 | BOP inmate on inmate murder. |
| U.S. v. Leon | S.D. CA 06-CR-1243 | D, a Mexican Mafia shot caller, charged in RICO indictment with multiple murders, including a BOP murder of an inmate. |
| U.S. v. Markov | D. AZ 03-CR-764 | D, a BOP inmate, murdered a fellow inmate who was suspected of cooperating with law enforcement. |
| U.S. v. Martinez, D | C.D. CA 05-69 | 2005 BOP murder of white inmate by members of the Surenos prison gang. |
| U.S. v. Martinez, R. | S.D. CA 06-CR-1243 | D, a Mexican Mafia member, charged in RICO indictment with multiple murders, including a BOP murder of an inmate. |
| U.S. v. McCallister | S.D. IN 07-CR-00007 | D killed another BOP inmate. |

| Case Name | Case Number | Description |
|---|---|---|
| U.S. v. McIntosh | S.D. IL 99-CR-40044 | D, a white supremacist, and another white inmate stabbed a black inmate to death at USP Marion. |
| U.S. v. Meeks | M.D. PA 07-CR-00196 | D, an inmate at USP Allenwood, killed another inmate by smashing a rock over his head. |
| U.S. v. Melgar-Diaz | D NM 06-CR-2403 | D and two other inmates suffocated V, an inmate witness and government cooperator, with a plastic bag. |
| U.S. v. Meneses | C.D. CA 05-69 | 2006 BOP murder of white inmate by members of the Surenos prison gang. |
| U.S. v. Milburne | E.D. KY 09-CR-00013 | D, a BOP inmate and gang member, beat a mentally ill inmate to death at USP Big Sandy. |
| U.S. v. Moore | D AZ 03-CR-764 | BOP murder of an alleged cooperator. |
| U.S. v. Morris | D. CO 97-CR-00284 | BOP murder by Morris, a white inmate, of a Native American inmate, who Morris taunted by calling him "Chief" before killing him. |
| U.S. v. Moyler | E.D. VA 96-00374 | Inmate-on-inmate murder at Lorton Prison. |
| U.S. v. Mujica | C.D. CA 05-69 | 2005 BOP murder of white inmate by members of the Surenos prison gang. |
| U.S. v. Munoz | S.D. CA 06-CR-1243 | D, a Mexican Mafia member, charged in RICO indictment with multiple murders, including a BOP murder of an inmate. |
| U.S. v. Nichols | D. CO 96-357 | Inmate-on-inmate murder. |
| U.S. v. Perez | S.D. CA 06-CR-1243 | D, a Mexican Mafia member, charged in RICO indictment with multiple murders, including a BOP murder of an inmate. |
| U.S. v. Palazzola | E.D. KY 00-CR-132 | D, an inmate at the BOP Federal Medical Center in Lexington, KY, beath another inmate to death with a fire extinguisher. |
| U.S. v. Petty | W.D. LA 02-CR-10006 | BOP inmate killing at USP Pollock. |
| U.S. v. Riddle | D. CO-98-CR-196 | ADX "Supermax" inmate who killed a suspected cooperator in full view of prison guards, who were assaulted when they tried to prevent the murder. |
| U.S. v. Rodriguez | C.D. CA 05-69 | 2005 BOP murder of white inmate by members of the Surenos prison gang. |
| U.S. v. Samuels | E.D. VA 97-CR-357 | D and an accomplice stabbed another inmate to death for stealing a shoe. |
| U.S. v. Scott | D. CO 02-CR-249 | BOP murder of inmate who was strangled and stabbed. |
| U.S. v. Scott, S. | C.D. CA-02-00938 | D, a member of the Aryan Brotherhood, charged in a RICO indictment alleging a total of 13 murders committed by the notorious prison gang. |

| Case Name | Case Number | Description |
|---|---|---|
| U.S. v. Sharma | M.D. FL 08-CR-23 | BOP Correctional Officer charged in arranging and inmate-on-inmate murder at USP Coleman. |
| U.S. v. Sherman | E.D. TX 07-CR-142 | BOP inmate-on-inmate murder where V stabbed over 100 times. |
| U.S. v. Slocum | C.D. CA 02-00938 | D, a member of the Aryan Brotherhood, charged in a RICO indictment alleging a total of 13 murders committed by the notorious prison gang. |
| U.S. v. Smalls | D. MN 06-CR-2403 | D and two other inmates suffocated V, an inmate witness and government cooperator, with a plastic bag. |
| U.S. v. Sneed | S.D. IA 97-CR-00040 | D, while serving a life sentence for murder, killed a fellow inmate at USP Terre Haute. |
| U.S. v. Spears | E.D. VA 97-CR-357 | Inmate-on-inmate stabbing at Lorton Prison. |
| U.S. v. Taylor | S.D. IN 98-CR-1 | BOP inmate on inmate murder. |
| U.S. v. Temple | E.D. CA 06-CR-00309 | BOP murder (strangulation and disfigurement) of a black inmate by a white inmate. |
| U.S. v. Thomas, K. | D. AZ 03-CR-764 | BOP stabbing and killing of inmate suspected of cooperating. |
| U.S. v. Thomas, S. | D. AZ 03-CR-764 | BOP stabbing and killing of inmate suspected of cooperating. |
| U.S. v. Torres | E.D. TX 00-CR-14 | BOP inmate-on-inmate killing. |
| U.S. v. Turner | E.D. VA 96-CR-000374 | BOP inmate-on-inmate killing. |
| U.S. v. Valenzuela | S.D. CA 06-CR-1243 | D, a Mexican Mafia member, charged in RICO indictment with multiple murders, including a BOP murder of an inmate. |
| U.S. v. Van Meter | C.D. CA 02-000938 | D, a member of the Aryan Brotherhood, charged in a RICO indictment alleging a total of 13 murders |
| U.S. v. West | C.D. CA 02-000938 | D, a member of the Aryan Brotherhood, charged in a RICO indictment alleging a total of 13 murders |
| U.S. v. Yellowman | D. AZ 03-CR-764 | BOP inmate-on-inmate murder of suspected cooperator. |
| U.S. v. Yost | N.D. TX 99-CR-210 | BOP murder, D poured boiling water on a sleeping inmate resulting in gross disfigurement and ultimately a fatal heart attack. |