UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| v. | : | Honorable Joel H. Slomsky |
| DAVID PAUL HAMMER, | : | Capital Case |
| Defendant | : | |

_____:_____

## STATEMENT OF NON-CONCURRENCE

AND NOW comes David Paul Hammer, through counsel, and, pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Middle District of Pennsylvania, and respectfully states the following:

Counsel for Mr. Hammer hereby certifies that he has contacted counsel for the Government regarding this Motion. At the time of this filing, counsel has not heard back from the Government and presumes that the Government does not concur. Mr. Hammer has, this date, filed his Brief in Support in conformance with the Rules.

/s/    Ronald C. Travis                     /s/    Michael Wiseman

Ronald C. Travis                            Michael Wiseman
Rieders, Travis, Humphrey, Harris,          James J. McHugh, Jr.
Waters & Waffenschmidt                      James Moreno
161 West Third Street                       Federal Community Defender
PO Box 215                                  Eastern District Pennsylvania
Williamsport, PA  17703-0215                Suite 540 – The Curtis Center
570-323-8711 (telephone)                    Philadelphia, PA 19106
570-323-4192 (facsimile)                    215-928-1100 (telephone)
rtravis@riederstravis.com                   215-928-0826 (facsimile)
                                            Michael_Wiseman@fd.org
                                            James_McHugh@fd.org
/s/    Anne Saunders                        James_Moreno@fd.org

Anne Saunders
Assistant Federal Defender
Federal Public Defender
Middle District Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
717-782-3843 (telephone)
717-782-3966 (facsimile)
Anne_Saunders@fd.org

May 19, 2011
Philadelphia, PA

2

## Certificate of Service

I, Michael Wiseman, hereby certify that the foregoing was served upon counsel for the Government concurrently with its filing, by filing the same with this Court's ECF system and by email.

/s/    Michael Wiseman

Michael Wiseman