UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA


|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
|  | : |  |
| v. | : | Honorable Joel H. Slomsky |
|  | : |  |
| DAVID PAUL HAMMER, | : | Capital Case |
|  | : |  |
| Defendant | : |  |
| _____ | : | _____ |


**ORDER**

And Now, this ___ day of _____, 2011 upon consideration of *Defendant's Motion to Preclude this Capital Prosecution as the Government Failed to Follow its Protocol* and *Brief in Support*, and the Government's opposition thereto, it is hereby ordered:

The Motion is GRANTED.  The Government is precluded from further prosecuting this as a capital case.

**SO ORDERED**

_____
Joel H. Slomsky, U.S.D.J.