UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,     :        No. 4:96-CR-239

             :

       v.               :       Honorable Joel H. Slomsky

             :

DAVID PAUL HAMMER,        :          Capital Case

             :

      Defendant        :

_____:_____


**ORDER**

And Now, this ___ day of _____, 2011 upon consideration of *Defendant's Motion for an Informational Outline* and his *Brief in Support* and the Government's opposition thereto, it is hereby ordered:

The Motion is GRANTED.  The Government shall provide the requested *Informational Outline* within 30 days of this Order.

**SO ORDERED**

_____
Joel H. Slomsky, U.S.D.J.