UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,     :           No. 4:96-CR-239

            v.                  :     Honorable Joel H. Slomsky

DAVID PAUL HAMMER,        :          Capital Case

        Defendant      :

_____:_____

## ORDER

And Now, this ___ day of _____, 2011 upon consideration of *Defendant's Motion for a Ruling that the Confrontation Clause Shall Apply at the Penalty of Trial* and his *Brief in Support* and the Government's opposition thereto, it is hereby ordered:

The Motion is GRANTED.  The Confrontation Clause of the Sixth Amendment shall apply at the penalty phase.

**SO ORDERED**

_____
Joel H. Slomsky, U.S.D.J.