UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID PAUL HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |
| _____ | : | _____ |


**ORDER**

And Now, this \_\_\_ day of _____, 2011 upon consideration of *Defendant's Motion to Bar Capital Prosecution because the Government Failed to Indict on Either the Statutory Intent Factors or Statutory Aggravating Factors* and his *Brief in Support* and the Government's opposition thereto, it is hereby ordered:

The Motion is GRANTED.  This capital prosecution is barred.


**SO ORDERED**

_____
Joel H. Slomsky, U.S.D.J.