UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
|  | : |  |
| v. | : | Honorable Joel H. Slomsky |
|  | : |  |
| DAVID PAUL HAMMER, | : | Capital Case |
|  | : |  |
| Defendant | : |  |

**ORDER**

And Now, this ___ day of _____, 2011 upon consideration of *Defendant's Motion to Preclude the Capital Prosecution or Alternatively to Strike Intent or Aggravating Factors, Because of the Government's <u>Brady</u> Violations*, and his *Brief in Support* and the Government's opposition thereto, it is hereby ordered:

The Motion is GRANTED.  This capital prosecution is barred.

**SO ORDERED**

_____
Joel H. Slomsky, U.S.D.J.