UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID PAUL HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |
| _____ | : | _____ |

**ORDER**

And Now, this ___ day of _____, 2011 upon consideration of *Defendant's Motion to Strike the Non-Statutory Aggravating Factor of Victim Impact*, and his *Brief in Support* and the Government's opposition thereto, it is hereby ordered:

The Motion is GRANTED. The Government will not be permitted to proceed on the non-statutory aggravating factor of victim impact.

**SO ORDERED**

_____
Joel H. Slomsky, U.S.D.J.