UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA


|                                   |   |                            |
|-----------------------------------|---|----------------------------|
| UNITED STATES OF AMERICA,         | : | No. 4:96-CR-239            |
|                                   | : |                            |
| v.                                | : | Honorable Joel H. Slomsky  |
|                                   | : |                            |
| DAVID PAUL HAMMER,                | : | Capital Case               |
|                                   | : |                            |
| Defendant                         | : |                            |
| _____     | : | _____ |

**ORDER**

And Now, this ___ day of _____, 2011 upon consideration of *Defendant's Motion to Declare the Federal Death Penalty Act Unconstitutional Because it is not Comprehensible to Jurors*, and his *Brief in Support* and the Government's opposition thereto, it is hereby ordered:

The Motion is GRANTED.  This capital prosecution is barred because the Federal Death Penalty Act is Unconstitutional.


**SO ORDERED**

_____
Joel H. Slomsky, U.S.D.J.