UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| v. | : | Honorable Joel H. Slomsky |
| DAVID PAUL HAMMER, | : | Capital Case |
| Defendant | : | |

**MOTION TO DECLARE THE FEDERAL DEATH PENALTY ACT UNCONSTITUTIONAL**

AND NOW, comes Defendant Hammer, by and through counsel, and files the within Motion requesting the Court declare the Federal Death Penalty Act to be unconstitutional for the reasons as more fully assigned herein, and in support thereof asserts as follows:

1.     The Federal Death Penalty Act Violates the Eighth Amendment prohibition against cruel and unusual punishment and constitutes a *per se* denial of due process in all cases.

2.     The Federal Death Penalty Act violated the Eighth Amendment because it is arbitrary and capricious and violates evolving standards of decency.

3.     The Federal Death Penalty Act's use of the "sufficiently outweighed" standard in the weighing process during the selection phase violates the Sixth Amendment.

WHEREFORE, based on the above and the accompanying Brief in Support, Defendant respectfully requests that this Court strike the Federal Death Penalty Act as unconstitutional.

/s/     Ronald C. Travis

Ronald C. Travis
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
570-323-8711 (telephone)
570-323-4192 (facsimile)
rtravis@riederstravis.com


/s/     Anne Saunders

Anne Saunders
Assistant Federal Defender
Federal Public Defender
Middle District Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
717-782-3843 (telephone)
717-782-3966 (facsimile)
Anne_Saunders@fd.org

/s/     Michael Wiseman

Michael Wiseman
James J. McHugh, Jr.
James Moreno
Federal Community Defender
Eastern District Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA 19106
215-928-1100 (telephone)
215-928-0826 (facsimile)
Michael_Wiseman@fd.org
James_McHugh@fd.org
James_Moreno@fd.org

Dated:        May 19, 2011
              Philadelphia, PA

## Certificate of Service

I, Michael Wiseman, hereby certify that the foregoing was served upon counsel for the Government concurrently with its filing, by filing the same with this Court's ECF system and by email.

/s/     Michael Wiseman

Michael Wiseman