UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| v. | : | Honorable Joel H. Slomsky |
| DAVID PAUL HAMMER, | : | Capital Case |
| Defendant | : | |

_____:_____

## ORDER

And Now, this ___ day of _____, 2011 upon consideration of *Defendant's Motion to Declare the Federal Death Penalty Act Unconstitutional* and his *Brief in Support* and the Government's opposition thereto, it is hereby ordered:

The Motion is GRANTED.  This capital prosecution is barred because the Federal Death Penalty Act is Unconstitutional.

**SO ORDERED**

_____
Joel H. Slomsky, U.S.D.J.