# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | Capital Case |
| v. | : | |
| | : | (Judge Slomsky) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | (Electronically Filed) |

## NOTICE OF WITHDRAWAL OF FILED DOCUMENT 1341

AND NOW, this 20th day of May, 2011, Defendant Hammer, by and through counsel, files the within Notice of the withdrawal of the document filed to No. 1341, and in support thereof sets forth as follows:

1.    During the filing of the numerous motions and briefs in support of motions on May 19, 2011, a document was inadvertently filed at No. 1341.

2.    The document filed at No. 1341 purported to be the Brief in Support of the Motion to Strike the Non-Statutory Aggravating Factor of Future Dangerousness.

3.     After the inadvertent filing had occurred, the error was discovered.

4.     The Brief in Support of the Motion to Strike the Non-Statutory Aggravating Factor of Future Dangerousness is the document which was filed to No. 1344.

5.     Defendant Hammer requests the Court treat the document filed to No. 1341 as having been withdrawn.

Respectfully submitted,

/s/ Ronald C. Travis, Esquire
Ronald C. Travis, Esquire
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

/s/ Anne Saunders, Esquire
Anne Saunders, Esquire
Assistant Federal Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Ste. 300
Harrisburg, PA  17101
(717) 782-3843 (telephone)
(717) 782-3966 (facsimile)
Anne_Saunders@fd.org

/s/ Michael Wiseman, Esquire
Michael Wiseman, Esquire
James McHugh, Esquire
James Moreno, Esquire
Federal Community Defender
Eastern District of Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA  19106
(215) 928-1100 (telephone)
(215) 928-0826 (facsimile)
Michael_Wiseman@fd.org
James_McHugh@fd.org
James_Moreno@fd.org

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :
                          :    NO. 4:96-CR-00239
                          :

       v.                       :
                          :    (Judge Slomsky)

DAVID PAUL HAMMER       :
                          :

       Defendant        :    (Electronically Filed)

## CERTIFICATE OF SERVICE

AND NOW, comes Ronald C. Travis, Esquire, attorney for Defendant Hammer, and certifies that a copy of the foregoing Notice of Withdrawal of Filed Document 1341 has been served upon AUSA Frederick Martin, 240 West Third Street, Suite 316, Williamsport, PA 17701, via electronically filing, this 20th day of May, 2011.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
WATERS & WAFFENSCHMIDT

/s/ Ronald C. Travis, Esquire

Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#:  08819
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

3