## DECLARATION OF KEVIN McNALLY REGARDING THE GENDER AND RACE OF DEFENDANTS AND VICTIMS IN FEDERAL CAPITAL PROSECUTIONS

1. I currently serve as the Director of the Federal Death Penalty Resource Counsel Project [FDPRC], assisting court-appointed and defender attorneys charged with the defense of capital cases in the federal courts. I have served as Resource Counsel since the inception of the Resource Counsel Project in January, 1992. The Project is funded and administered under the Criminal Justice Act by the Office of Defender Services of the Administrative Office of the United States Courts.

2. The responsibilities of the FDPRC include the monitoring of federal capital prosecutions throughout the United States, in order to ensure the delivery of cost-effective and adequate defense services to indigent capital defendants in such cases.[1] This includes the collection of data on the utilization of the federal death penalty, both as to prosecutions brought under the 1988 so-called "Drug Kingpin" death penalty statute, 21 U.S.C. § 848(e) *et seq.*, (now repealed) and those brought pursuant to the "Federal Death Penalty Act of 1994," 18 U.S.C. §3591 *et seq.*

3. In order to carry out our responsibilities, the FDPRC maintains a comprehensive list of all federal death penalty prosecutions and information regarding each defendant. FDPRC accomplish this by reviewing dockets and downloading and obtaining indictments, pleadings of substance, notices of intent to seek or not seek the death penalty, and by telephonic or in-person interviews with defense counsel or consultation with chambers. This information is regularly updated, and is checked for accuracy whenever possible against any available United States government information regarding federal capital prosecutions and/or with defense

---

[1] In May 1998, the role of the Federal Death Penalty Resource Counsel Project was described, at pp. 28-30, in a report prepared by a Judicial Conference Subcommittee on Federal Death Penalty Cases. That report (commonly called the Spencer Committee Report) "urge[d] the judiciary and counsel to maximize the benefits of the Federal Death Penalty Resource Counsel Project . . . which has become essential to the delivery of high quality, cost-effective representation in death penalty cases . . . ." *See* "Federal Death Penalty Cases: Recommendations Concerning the Cost and Quality of Defense Representation," (May 1998), at p. 50. The Report is available online at http://www.uscourts.gov/dpenalty/. The Report's recommendations were later adopted by the Judicial Conference of the United States.

Case 2:08-cr-00917-WKS   Document 146-1   Filed 03/29/11   Page 2 of 26

counsel in those cases. The Project's information regarding practices in federal capital prosecutions has been relied upon by the Administrative Office of the United States Courts, by the Federal Judicial Center and by various federal district courts.

4. Since 1988, the Attorney General has authorized a capital prosecution against 403 defendants as to whom the capital prosecution has been completed, to the extent that a decision imposing or rejecting the death penalty has been made by the Attorney General and/or a jury or a judge. FDPRC has determined the race and gender of the defendants and victims as to each of these 403 "authorized" capital defendants. Additionally, FDPRC has determined the number of homicide victims attributable to each defendant. This information is captured in the attached report, along with the defendant's name, the district and the indictment number.

5. Each of these 403 defendants is categorized in the attached report by a descriptive name relating to the disposition of the case. The categories, which FDPRC uses in our database, are as follows: "Acquittal," "Authorization withdrawn," "Awaiting resentencing or retrial," "Clemency," "Death Row," "Death Sen Vac & AW," "Dismissal after notice by judge," "Executed," "Guilty plea," "Incompetent after authorization," "Innocent," "Killed or died after authorization," "Lesser included conviction" and "Life sentence."

6. "Acquittal" means that the jury found the defendant not guilty of the capital charge.

7. "Authorization withdrawn" means that the Attorney General withdrew the request for the death penalty either before or during trial.

8. "Awaiting resentencing or retrial" means that the defendant received a sentence of death, but an appellate court has ordered a retrial or resentencing which has not yet occurred.

9. "Clemency" means that the President granted clemency to an individual who was sentenced to death.

2

Jacques Appendix - A39

10. "Death Row" means that a person is under a sentence of death and is awaiting appellate or post-conviction review.

11. "Death Sentence Vacated and Authorization Withdrawn" (Death Sen Vac & AW) means that a death sentence was reversed by an appellate court and the Attorney General withdrew the request for the death penalty.

12. "Dismissal after notice by Judge" means that a Judge has declined to permit the government to seek the death penalty, due to a legal reason.

13. "Executed" means that the sentence of death was carried out.

14. "Guilty plea" means that a plea agreement involving a non-death sentence (usually life) was approved by the Attorney General and accepted by the Court, either before or during trial.

15. "Incompetent after authorization" means that the Court found the defendant incompetent, after the Attorney General authorized a capital prosecution.

16. "Innocent" means that the government moved to dismiss the capital count and either prosecuted another individual or the prosecutor admitted he/she was unable to prove the capital charge.

17. "Killed or died after authorization" means that the individual was killed or committed suicide after the Attorney General had authorized a capital prosecution before or during a trial.

18. "Lesser included conviction" means that the jury did not find a statutorily required aggravating circumstance or the required mental state threshold.

19. "Life sentence" means that the jury, or in two cases a judge, sentenced the defendant to life in prison.

20. 110 of the 403 individuals reached a plea agreement with the government that was accepted by the Court. The Attorney General withdrew the request for the death penalty as to an additional 57 individuals for various reasons.

3

21. 188 of the 403 individuals were tried by a jury or judge.

22. The numerical distribution of these cases is as follows:

| | |
|---|---|
| Acquittals | 13 |
| Authorization withdrawn | 48 |
| Authorization withdrawn at trial | 9 |
| Death sentence | 61 |
| Dismissal of notice by judge | 24 |
| Guilty pleas | 110 |
| Incompetent | 2 |
| Innocent | 3 |
| Killed/Died | 3 |
| Lesser Included | 3 |
| Life sentence | 127 |
| Total | 403 |

23. One defendant of the 403 "authorized" defendants described above was charged with espionage and there was no homicide victim.

24. Five of the 403 defendants were accused of acts of mass murder/terrorism/bombing and were tried by a jury. These individuals were Timothy McVeigh and Terry Nichols (the Oklahoma City bombing), Mohamed Rashed Al'Owhali and Khalfan Khamis Mohamed (the African Embassy bombings) and Zacarias Moussaoui (convicted of participation in the September 11, 2001 attack on the World Trade Center in New York).

25. I provided the attached data set to Lauren Cohen Bell, Ph.D., and requested that she provide an expert opinion as to whether the race and gender of the victims, in particular white, female victims, in federal capital cases has a statistically significant effect on the death sentencing rate.

26. In cases with multiple murders, if one homicide victim is a white female, the case is coded as involving a white female victim.

27. In the attached report, "M" means male, "F" means female, "W" means white, "H" means Hispanic, "B" means African-American, "A" means Asian, "NA" means Native American, "I" means Indian and "O" means other.

4

Jacques Appendix - A41

28. The information detailed herein is maintained in the ordinary course of business of the Federal Death Penalty Resource Counsel Project and is accurate to the best of my knowledge, ability and belief.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of September, 2008.

Kevin McNally

Jacques Appendix - A42

Case 2:06-cr-00917-WKS Document 146-1 Filed 03/29/11 Page 6 of 26

# EXHIBIT B

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Def Name | D Ct Docket # | Status of Case | Def Sex | Def Race | Vic Sex | Vic Race |
| 2 | Crummie, Chedrick | S.D. FL CR No. 93-252-CR-UUB | Acquittal | M | B | M | B |
| 3 | Mack, Edward Alexander | S.D. FL CR No. 93-252-CR-UUB | Acquittal | M | B | M | B |
| 4 | Rozier, Kevin Devard | S.D. FL CR No. 93-252-CR-UUB | Acquittal | M | B | M | B |
| 5 | Alejandro, Joel Rivera | D. PR CR No. 99-044 (SEC) | Acquittal | M | H | M | H |
| 6 | Martinez, Hector Acosta | D. PR CR No. 99-044 (SEC) | Acquittal | M | H | M | H |
| 7 | Castillo, Mario | C.D. CA CR No. 99-83-(A)-DT | Acquittal | M | H | M | H |
| 8 | Jacobo, Gerardo | C.D. CA CR No. 99-83-(A)-DT | Acquittal | M | H | M | H |
| 9 | Church, Walter Lefight | W.D. VA CR No. 00-CR-104 | Acquittal | M | W | M | W |
| 10 | Jones, Luke | D. CT CR No. 00-CR-258 | Acquittal | M | B | M | B |
| 11 | Gilmore, Charles Wesley | W.D. VA CR No. 00-CR-104 | Acquittal | M | W | F | W |
| 12 | Henderson, Darryl | S.D. NY No. 1:02-CR-00451-MBM | Acquittal | M | B | F | B |
| 13 | Rivera, Denis | E.D. VA CR No. 04-CR-283 | Acquittal | M | H | F | H |
| 14 | Garcia-Orellana, Oscar Alexander | E.D. VA CR No. 04-CR-283 | Acquittal | M | H | F | H |
| 15 | Mathis, Ronald Eugene | M.D. FL CR No. 91-301-CR-T (18) (A) | Authorization withdrawn | M | B | M | B |
| 16 | Brown, Oliver | E.D. LA CR No. 92-468 | Authorization withdrawn | M | B | M | B |
| 17 | Carrington, Arleigh | M.D. GA CR No. 92-82MAC-WDO | Authorization withdrawn | M | B | M | B |
| 18 | Chatfield, Tony | M.D. GA CR No. 92-82MAC-WDO | Authorization withdrawn | M | B | M | B |
| 19 | Goldston, Anthony | D. DC CR No. 92-CR-284-01 | Authorization withdrawn | M | B | M | B |
| 20 | Green, William | E.D. LA CR No. 92-468 | Authorization withdrawn | M | B | M | B |
| 21 | Harris, Mario | D. DC CR No. 92-CR-284-01 | Authorization withdrawn | M | B | M | B |
| 22 | Hoyle, Mark | D. DC CR No. 92-CR-284-01 | Authorization withdrawn | M | B | M | B |
| 23 | McCollough, John | D. DC CR No. 92-CR-284-01 | Authorization withdrawn | M | B | M | B |
| 24 | Thomas, Vernon | E.D. VA CR No. 3-92-CR- 68 | Authorization withdrawn | M | B | M | B |
| 25 | Tidwell, Tyrone | E.D. PA CR No. 94-353 | Authorization withdrawn | M | B | M | B |
| 26 | Acosta, John Lefty | D. NM CR No. 95-538-MV | Authorization withdrawn | M | H | M | H |
| 27 | DesAnges, Omar | W.D. VA CR No. 95-00046RH | Authorization withdrawn | M | B | M | B |
| 28 | Martin, Roy Ray | N.D. TX CR No. 5-95-CR- 0017-C (Cummings) | Authorization withdrawn | M | W | M | B |
| 29 | Mungia, Eli Trevino | N.D. TX CR No. 5-95-CR-0017-C | Authorization withdrawn | M | H | M | B |
| 30 | Mungia, Ricky Rivera | N.D. TX CR No. 5-95-CR-0017-C | Authorization withdrawn | M | H | M | B |
| 31 | Peng, You Zhong | E.D. NY CR No. 95 0870 | Authorization withdrawn | M | A | F | A |
| 32 | Williams, Jerry | D. MD CR No. WMN 97-0355 | Authorization withdrawn | M | B | M | B |
| 33 | Westmoreland, Guy | S.D. IL CR No. 98-30022- WDS | Authorization withdrawn | M | W | F | W |
| 34 | Lewis, Deandre | S.D. IL CR No. 98 30022 WDS | Authorization withdrawn | M | B | F | W |
| 35 | Marrero, Jose Rodriguez | D. PR CR No. 97-284 (JAF) | Authorization withdrawn | M | H | M | H |
| 36 | Pena-Gonzalez, Nicholas | D. PR CR No. 97-284 (JAF) | Authorization withdrawn | M | H | M | H |

Completed Cases - 8-25-08.xls

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 37 | Perez, Luis Gines | D. PR CR No. 98-164 (DRD) | Authorization withdrawn | M | H | M | H |
| 38 | Perez, Ricardo Melendez | D. PR CR No. 98-164 (DRD) | Authorization withdrawn | M | H | M | H |
| 39 | McIntosh, Richard | C.D. CA CR No. 02-00938-GHK | Authorization withdrawn | M | W | M | B |
| 40 | Knorr, Carl | C.D. CA CR No. 02-00938-GHK | Authorization withdrawn | M | W | M | B |
| 41 | Williams, Xavier | S.D. NY CR No. 00-CR-1008 | Authorization withdrawn | M | B | M | B |
| 42 | Best, Jason | N.D. IN CR No. 2:00CR171RL | Authorization withdrawn | M | B | M | B |
| 43 | Sahakian, David Michael | S.D. IL No. 99-40044 | Authorization withdrawn | M | W | M | B |
| 44 | Lien, David | N.D. CA CR No. 01-CR-20071 | Authorization withdrawn | M | A | M | A |
| 45 | Canty, Raymond | E.D. MI CR No. 01-80571 | Authorization withdrawn | M | B | M | B |
| 46 | Mitchell, Eugene | E.D. MI CR No. 01-80571 | Authorization withdrawn | M | B | M | B |
| 47 | Green, Darryl | D. MA CR No. 02-CR-10301 | Authorization withdrawn | M | B | M | B |
| 48 | Morris, Branden | D. MA CR No. 02-CR-10301 | Authorization withdrawn | M | B | M | B |
| 49 | Foster, Aaron Demarco | D. MD CR No. 02-CR-410 | Authorization withdrawn | M | B | M | B |
| 50 | Stinson, John William | C.D. CA CR No. 02-00938-GHK | Authorization withdrawn | M | W | M | W |
| 51 | Terflinger, Richard Lloyd | C.D. CA No. 02-00938-GHK | Authorization withdrawn | M | W | M | W |
| 52 | Griffin, Robert Lee | C.D. CA CR No. 02-00938-GHK | Authorization withdrawn | M | W | M | W |
| 53 | McElhiney, Michael Patrick | C.D. CA No. 02-00938-GHK | Authorization withdrawn | M | W | M | W |
| 54 | Chance, David Alan | C.D. CA CR No. 02-00938-GHK | Authorization withdrawn | M | W | M | W |
| 55 | Schwyhart, Jason Lee | C.D. CA No. 02-00938-GHK | Authorization withdrawn | M | W | M | B |
| 56 | Mitchell, Willie Edward | D. MD No. 1:04-CR-00029-MJG | Authorization withdrawn | M | B | M | B |
| 57 | Harris, Shelton Lee | D. MD No. 1:04-CR-00029-MJG | Authorization withdrawn | M | B | M | B |
| 58 | Gardner, Shawn Earl | D. MD No. 1:04-CR-00029-MJG | Authorization withdrawn | M | B | M | B |
| 59 | Hall, Eric | D. MD No. JFM-04-0323 | Authorization withdrawn | M | B | M | B |
| 60 | Gladding, Noah | W.D. NY No. 6:05-CR-06166-CJS | Authorization withdrawn | M | W | M | W |
| 61 | Peterson, Aquil | N.D. CA No. 05-00324-MMC | Authorization withdrawn | M | B | M | B |
| 62 | Burton, Harry | D. MD No. 1:07-CR-00149-WDQ | Authorization withdrawn | M | B | F | B |
| 63 | Murray, Michael | M.D. PA CR No. 92-200 | Authorization withdrawn at trial | M | B | M | B |
| 64 | Wyrick, Kevin | W.D. MO CR No. 94-00194-01 | Authorization withdrawn at trial | M | W | M | W |
| 65 | Locust, Jeremiah | W.D. NC CR No. 2:98CR185 | Authorization withdrawn at trial | M | NA | M | W |
| 66 | Thomas, Keoin | N.D. IN CR No. 2:01 CR 073 JM | Authorization withdrawn at trial | M | B | M | W |
| 67 | McMillian, Christopher | N.D. NY CR No. 3:00 CR-269 | Authorization withdrawn at trial | M | B | M | B |
| 68 | Williams, Vincent | E.D. PA CR No. 01-CR-512 | Authorization withdrawn at trial | M | B | F | B |
| 69 | Bodkins, Lanny Benjamin | W.D. VA CR No. 4:04-CR-70083-JLK | Authorization withdrawn at trial | M | W | M | B |
| 70 | Plunkett, Antoine | W.D. VA CR No. 4:04-CR-70083-JLK | Authorization withdrawn at trial | M | B | M | B |
| 71 | Cheever, Scott | D. KS CR No. 05-10050-01-06-MLB | Authorization withdrawn at trial | M | W | M | W |
| 72 | Hardy, Paul | E.D. LA CR No. 94-381 | Awaiting resentencing or retrial | M | B | F | B |

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 73 | Stitt, Richard Thomas | E.D. VA No. 2:98CR47 | Awaiting resentencing or retrial | M | B | M | B |
| 74 | Chandler, David Ronald | N.D. AL CR No. 90-CR-H-266-E | Clemency | M | W | M | W |
| 75 | Johnson, Corey | E.D. VA No. 3-92-CR-68 | Death row - 2255 | M | B | F | B |
| 76 | Roane, James | E.D. VA No. 3-92-CR-68 | Death row - 2255 | M | B | M | B |
| 77 | Tipton, Richard | E.D. VA No. 3-92-CR-68 | Death row - 2255 | M | B | M | B |
| 78 | Hall, Orlando C. | N.D. TX No. 4:94-CR-121-Y | Death row - 2255 | M | B | F | B |
| 79 | Webster, Bruce | N.D. TX No. 4:94-CR-121-Y | Death row - 2255 | M | B | F | B |
| 80 | Battle, Anthony | N.D. GA No. 1:95 CR 528 | Death row - 2255 | M | B | M | B |
| 81 | Hammer, David Paul | M.D. PA No. 4-96-CR-239 | Death row - 2255 | M | W | M | W |
| 82 | Johnson, Darryl Lamont | N.D. IL No. 96 CR 379 | Death row - 2255 | M | B | M | B |
| 83 | Paul, Jeffrey Williams | W.D. AR No. 6:96CR60022 | Death row - 2255 | M | W | M | W |
| 84 | Allen, Billie Jerome | E.D. MO No. 4:97 CR 0141 ERW (TCM) | Death row - 2255 | M | B | M | W |
| 85 | Holder, Norris G. | E.D. MO No. 4:97 CR 0141 ERW (TCM) | Death row - 2255 | M | B | M | W |
| 86 | Lee, Daniel Louis | E.D. AR No. LR-CR-97-243 | Death row - 2255 | M | W | F | W |
| 87 | Ortiz, Arboleda | W.D. MO No. 98- 00311-01/05-CR-W-2 | Death row - 2255 | M | B | M | H |
| 88 | Sinisterra, German | W.D. MO No. 98- 00311-01/05-CR-W-2 | Death row - 2255 | M | B | M | H |
| 89 | Higgs, Dustin | D. MD No. PJM-98- 0502 | Death row - 2255 | M | B | F | B |
| 90 | Vialva, Christopher Andre | W.D. TX No. W99CR070 | Death row - 2255 | M | B | F | W |
| 91 | Bernard, Brandon | W.D. TX No. W99CR070 | Death row - 2255 | M | B | F | W |
| 92 | Nelson, Keith D. | W.D. MO No. 99-CR-303-1 | Death row - 2255 | M | W | F | W |
| 93 | Jackson, Richard | W.D. NC No. 00-CR-74 | Death row - 2255 | M | W | F | W |
| 94 | Robinson, Julias Omar | N.D. TX No. 00-CR-260 | Death row - 2255 | M | B | M | H |
| 95 | Agofsky, Shannon Wayne | E.D. TX No. 1:03-CR 173 | Death row - 2255 | M | W | M | W |
| 96 | Purkey, Wesley Ira | W.D. MO No. 01-CR-308 | Death row - 2255 | M | W | F | W |
| 97 | Fulks, Chadrick | D. SC No. 02-CR-992 | Death row - 2255 | M | W | F | W |
| 98 | LeCroy, William Emmett | N.D. GA No. 02-CR-38 | Death Row - 2255 | M | W | F | W |
| 99 | Brown, Meier Jason | S.D. GA No. 403-01 | Death row - 2255 | M | B | F | W |
| 100 | Bourgeois, Alfred | S.D. TX No. 02-216 | Death row - 2255 | M | B | F | B |
| 101 | Davis, Len | E.D. LA No. 94-381 | Death row - Appeal | M | B | F | B |
| 102 | Barnette, Aquila Marcivicci | W.D. NC No. 3:97CR23-P | Death row - Appeal | M | B | M | W |
| 103 | Gabrion, Marvin | W.D. MI No. 1:99-CR-76 | Death row - Appeal | M | W | F | W |
| 104 | Johnson, Angela | N.D. IA No. 3:01-CR-03046-MWB | Death row - Appeal | F | W | M | W |
| 105 | Honken, Dustin | N.D. IA No.3:01-CR-03047-MWB | Death row - Appeal | M | W | M | W |
| 106 | Fell, Donald | D. VT 2:01-CR-12-01 | Death row - Appeal | M | W | F | W |
| 107 | Sampson, Gary | D. MA No. 01-CR-10384 | Death row - Appeal | M | W | M | W |
| 108 | Fields, Sherman Lamont | W.D. TX No. 01-CR-164 | Death row - Appeal | M | B | F | B |

Completed Cases - 8-25-08.xls

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 109 | Mitchell, Lezmond | D. AZ No. 01-CR-1062 | Death row – Appeal | M | NA | F | NA |
| 110 | Mikos, Ronald | N.D. IL No. 02-CR 137 | Death row – Appeal | M | W | F | W |
| 111 | Basham, Branden | D. SC No. 02-CR-992 | Death row – Appeal | M | W | F | W |
| 112 | Mikhel, Iouri | C.D. CA No. 02-220 (A)-NM | Death row – Appeal | M | W | F | W |
| 113 | Kadamovas, Jurijus | C.D. CA No. 02-220 (A)-NM | Death row – Appeal | M | W | F | W |
| 114 | Corley, Odell | N.D. IN No. 02-CR-116 | Death row – Appeal | M | B | F | W |
| 115 | Barrett, Kenneth Eugene | E.D. OK No. 04-100-M-S | Death row – Appeal | M | W | M | W |
| 116 | Bolden, Robert, Sr. | E.D. MO No. 4:02-CR 0557 CEF (AGF) | Death row – Appeal | M | B | M | W |
| 117 | Fields, Edward | E.D. OK No. 6:03-CR-00073 | Death row – Appeal | M | W | M | W |
| 118 | Lighty, Kenneth Jamal | D. MD No. 8:03-CR-00457-PJM | Death row – Appeal | M | B | M | B |
| 119 | Rodriguez, Alfonso, Jr. | D. ND No. 04-CR-55 | Death row – Appeal | M | H | F | W |
| 120 | Wilson, Ronell | E.D. NY No. 1:04-CR-01016-NGG | Death row – Appeal | M | B | M | B |
| 121 | Lawrence, Daryl | S.D. OH No. 2:05-CR-00011-GLF-1 | Death row – Appeal | M | B | M | W |
| 122 | Caro, Carlos David | W.D. VA No. 06 CR 00001 | Death row – Appeal | M | H | M | H |
| 123 | Montgomery, Lisa | W.D. MO No. 5:05-CR-06002-GAF | Death Row – Appeal | F | W | F | W |
| 124 | Lecco, George | S.D. WV No. 2:05-00107 | Death row – Appeal | M | W | F | W |
| 125 | Friend, Valeri | S.D. WV No. 2:05-00107 | Death row – Appeal | F | W | F | W |
| 126 | Jackson, David Lee | E.D. TX No. 1:06-CR-51 | Death row – Appeal | M | B | M | B |
| 127 | Hager, Thomas Morocco | E.D. VA No. 1:05-CR-00264-TSE | Death row – Appeal | M | B | F | W |
| 128 | McCullah, John Javilo | E.D. OK CR No. 1:92-032-S | Death Sen Vac & AW | M | W | M | W |
| 129 | Chanthadara, Bountaem | D. KS CR No. 94-10129-01 | Death Sen Vac & AW | M | A | F | A |
| 130 | Williams, George Travis | M.D. GA CR No. 1:92-CR-142 | Dismissal after notice by Judge | M | B | M | B |
| 131 | Ferebee, Donald | D. MD CR No. 96-96-2273 | Dismissal after notice by judge | M | B | M | B |
| 132 | Garcia, Efraim | E.D. MI CR No. 97-80727 | Dismissal after notice by judge | M | H | M | W |
| 133 | Colon-Miranda, Andres | D. PR CR No. 95-029 JAF | Dismissal after notice by Judge | M | H | M | H |
| 134 | Martinez-Velez, David Samuel | D. PR CR No. 95-029 JAF | Dismissal after notice by Judge | M | H | M | H |
| 135 | Rosario-Rodriguez, Edwin | D. PR CR No. 95-029 JAF | Dismissal after notice by Judge | M | H | M | H |
| 136 | Brown, Ricky Lee | N.D. WV CR No. 1:98CR34 | Dismissal after notice by judge | M | W | F | W |
| 137 | Brown, Barbara M. | N.D. WV CR No. 1:98CR34 | Dismissal after notice by judge | F | W | F | W |
| 138 | Ables, Janette A. | N.D. WV CR No. 1:98CR34 | Dismissal after notice by judge | F | W | F | W |
| 139 | Stewart, Charles Louis | W.D. KY CR No. 4:99-CR-11-M | Dismissal after notice by Judge | M | W | M | W |
| 140 | Gomez-Olmeda, David | D. PR CR No. 03-CR-73 | Dismissal after notice by judge | M | H | M | H |
| 141 | Pennington, Tiffany Dominique | W.D. KY CR No. 01-CR-35 | Dismissal after notice by Judge | M | B | F | W |
| 142 | Safarini, Zayd Hassan Abd Latif | D. DC CR No. 91-CR-504 | Dismissal after notice by judge | M | AR | M | I |
| 143 | Nelson, Brian | E.D. LA CR No. 02-CR-304 | Dismissal after notice by judge | M | B | M | W |
| 144 | Littrell, Gary Joe | C.D. CA No. 02-00938-GHK | Dismissal after notice by Judge | M | W | M | W |

Completed Cases – 8-25-08.xls

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 145 | Hatten, Charles | S.D. WV CR No. 8:02-00232-02 | Dismissal after notice by judge | M | W | M | W |
| 146 | Karake, Francois | D. DC No. 02-CR-256 | Dismissal after notice by Judge | M | B | F | W |
| 147 | Nyaminani, Gregoire | D. DC No. 02-CR-256 | Dismissal after notice by Judge | M | B | F | W |
| 148 | Bimenyimana, Leonidas | D. DC No. 02-CR-256 | Dismissal after notice by Judge | M | B | F | W |
| 149 | Ball, Antwuan | D. DC CR No. 05-0100 (RWR) | Dismissal after notice by Judge | M | B | M | B |
| 150 | Wilson, David | D. DC CR No. 05-0100 (RWR) | Dismissal after notice by Judge | M | B | F | B |
| 151 | Lopez-Matias, Rodney | D. PR No. 06-368 (JAF) | Dismissal after notice by Judge | M | H | M | H |
| 152 | Riera-Crespo, Eduardo | D. PR No. 06-368 (JAF) | Dismissal after notice by Judge | M | H | M | H |
| 153 | Alers-Santiago, Raymond | D. PR No. 06-368 (JAF) | Dismissal after notice by Judge | M | H | M | H |
| 154 | Garza, Juan Raul | S.D. TX CR No. 93-009 | Executed | M | H | M | H |
| 155 | Jones, Louis | N.D. TX CR No. 6-95-CR-0015-C | Executed | M | B | F | W |
| 156 | McVeigh, Timothy James | D. CO CR No. 96-CR-68-M | Executed | M | W | F | W |
| 157 | Zambrano, Jesus | E.D. TX CR No. 9:91-CR4 | Guilty plea | M | H | M | W |
| 158 | Johnson, Darryl | W.D. NY CR No. 92-159-C | Guilty plea | M | B | M | B |
| 159 | O'Bryant, Lonnie | E.D. MI CR No. 92-81127 | Guilty plea | M | B | M | B |
| 160 | Perry, Wayne Anthony | D. DC CR No. 92-474 | Guilty plea | M | B | M | B |
| 161 | Williams, Michael | E.D. MI CR No. 92-81127 | Guilty plea | M | B | M | B |
| 162 | Wilkes, Charles | E.D. MI CR No. 92-81127 | Guilty plea | M | B | M | B |
| 163 | McCauley, Donzell M. | D. DC CR No. 94-121 | Guilty plea | M | B | M | W |
| 164 | Vest, James | W.D. MO CR No. 94-00037-04 | Guilty plea | M | W | M | H |
| 165 | Vest, Mark | W.D. MO CR No. 94-00037-04 | Guilty plea | M | W | M | H |
| 166 | Vest, Steven | W.D. MO CR No. 94-00037-04 | Guilty plea | M | W | M | H |
| 167 | Bonds, Andre | E.D. MO CR No. 4:95CR332 | Guilty plea | M | B | F | W |
| 168 | Chen, Fu Xin | E.D. NY CR No. 95 0870 | Guilty plea | M | A | F | A |
| 169 | Chen, Jia Wu | E.D. NY CR No. 95 0870 | Guilty plea | M | A | F | A |
| 170 | Damon, Marvin | E.D. VA CR No. 3:95CR45 | Guilty plea | M | B | M | B |
| 171 | Fleming, Lamont | E.D. NC CR No. 4:95-CR-41-1-H-2 | Guilty plea | M | B | M | B |
| 172 | Gist, Cory | E.D. NC CR No. 4:95-CR-41-1-H-2 | Guilty plea | M | B | M | B |
| 173 | Haworth, Richard | D. NM CR No. 95-491 LH | Guilty plea | M | W | M | H |
| 174 | Mazzini, Marcos | D. NM CR No. 95-538-MV | Guilty plea | M | H | M | B |
| 175 | Najar, Vincent | D. NM CR No. 95-538-MV | Guilty plea | M | H | M | B |
| 176 | Beckford, Devon Dale | E.D. VA CR No. 3:95CR00087 | Guilty plea | M | B | M | B |
| 177 | Bennett, Daniel Ray | C.D. CA CR No. 96-1140(A)-ER | Guilty plea | M | B | M | B |
| 178 | Cable, Donald Thomas | M.D. TN CR No. 3:96-00004 | Guilty plea | M | W | F | W |
| 179 | Clary, Moses | D. NJ CR No. 96-576 (Rodriguez) | Guilty plea | M | B | F | W |
| 180 | Cuff, John | S.D. NY CR No. 96 CR 515 (MJW) | Guilty plea | M | B | M | B |

Completed Cases - 8-25-08.xls

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 181 | Montanez, Ian Rosario | D. PR CR No. 96-001 (PG) | Guilty plea | M | H | M | H |
| 182 | Ortiz-Velez, Felix | M.D. PA CR No. 3-CR-96-005 (Rambo) | Guilty plea | M | H | M | H |
| 183 | Otero, Julio | M.D. PA CR No. 3-CR-96-005 | Guilty plea | M | H | M | H |
| 184 | Stanley, Edward | C.D. CA CR No. 96-1140(A)-ER | Guilty plea | M | B | M | B |
| 185 | Storey, Gregory | D. KS CR No. 96-40018-01-OES | Guilty plea | M | W | M | W |
| 186 | Walter, Abram | D. AK CR No. F96-026 (HRH) | Guilty plea | M | W | F | NA |
| 187 | Heatley, Clarence | S.D. NY CR No. 96 CR 515 (MJW) | Guilty plea | M | B | M | B |
| 188 | Holland, Charles | N.D. AL CR No. 96-B-0208-NE | Guilty plea | M | W | M | W |
| 189 | Lam, Tanh Huu | E.D. CA CR No. S 97-054-WBS | Guilty plea | M | A | F | A |
| 190 | Reader, Arthur Charles | E.D. TX CR No. 5:97 CR 15 | Guilty plea | M | B | F | B |
| 191 | Wooldridge, Steven W. | W.D. AR CR No. 4:97 CR 40013-001 | Guilty plea | M | W | F | W |
| 192 | Black, Douglas | D. CO CR No. 98-CR-196 | Guilty plea | M | W | M | W |
| 193 | Holloway, Tim | M.D. TN CR No. 3:96-00004 | Guilty plea | M | W | F | W |
| 194 | Kauffman, Christopher | S.D. IA CR No. 97 Wolle | Guilty plea | M | W | F | W |
| 195 | Llamas, Tamara | E.D. NC CR No. 7:97-CR-63-1-H | Guilty plea | F | W | F | W |
| 196 | McMahan, Jamie | S.D. IA CR No. 97 Wolle | Guilty plea | M | W | F | W |
| 197 | Pena, Richard | E.D. LA CR No. 97-CR-145 | Guilty plea | M | H | M | B |
| 198 | Rausini, Walder Pierre | N.D. CA CR No. 95-0319-SI | Guilty plea | M | H | M | W |
| 199 | Riddle, Steven | D. CO CR No. 98-CR-196 | Guilty plea | M | W | M | W |
| 200 | Wakefield, Jimmy Ray | E.D. NC CR No. 7:97-CR-63-1-H | Guilty plea | M | W | F | W |
| 201 | Abeln, Rick | S.D. IL CR No. 98-30022-WDS | Guilty plea | M | W | F | W |
| 202 | Rollack, Peter | S.D. NY CR No. S4 97 CR 1293 | Guilty plea | M | B | F | B |
| 203 | Dean, Chris | D. VT CR No. 2:98M0021 | Guilty plea | M | W | M | W |
| 204 | Santiago, Jose | S.D. NY CR No. 98-CR-290 | Guilty plea | M | H | M | H |
| 205 | Chong, Richard Lee Tuck | D. HI CR No. 98-00416 ACK | Guilty plea | M | A | M | O |
| 206 | Lane, Robert | D. MD CR No. L-98-73 | Guilty plea | M | B | M | W |
| 207 | Bullock, Joseph | E.D. VA CR No. 3:98CR150 | Guilty plea | M | B | M | B |
| 208 | Valle-Lassalle, Victor Manuel | D. PR CR No. 97-284 (JAF) | Guilty plea | M | H | M | H |
| 209 | Glover, Cody | D. KS CR No. 98-10059-01-MLB | Guilty plea | M | B | M | W |
| 210 | Kee, Charles Michael | S.D. NY CR No. 98-CR-778 | Guilty plea | M | B | M | B |
| 211 | Aiken, Ian Orville | S.D. FL CR No. 97-233-CR-GOLD | Guilty plea | M | B | M | B |
| 212 | Peoples, Cornelius | W.D. MO CR No. 00 CR 395 | Guilty plea | M | B | M | W |
| 213 | Burgett, James Harold | W.D. TN CR No. 98-20160-G | Guilty plea | M | W | F | W |
| 214 | Lawrence, Jonathan Huey | N.D. FL CR No. 3:98CR73 (RV) | Guilty plea | M | W | M | W |
| 215 | Rodgers, Jeremiah Martel | N.D. FL CR No. 3:98CR73 (RV) | Guilty plea | M | W | M | W |
| 216 | Gomez, Edsel Torres | D. PR CR No. 98-72 | Guilty plea | M | H | M | H |

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 217 | Nieves-Alonso, Heriberto | D. PR CR No. 97-284 (JAF) | Guilty plea | M | H | M | H |
| 218 | Clemente, Louis | M.D. FL CR No. 98-436 CRT 26B | Guilty plea | M | H | M | H |
| 219 | Woody, Charles | C.D. CA CR No. 99-84-AHM | Guilty plea | M | H | M | H |
| 220 | Cooper, Carl Derrick | D. DC CR No. 99-0266 (Green) | Guilty plea | M | B | F | W |
| 221 | Friend, Travis | E.D. VA CR No. 3:99CR201 | Guilty plea | M | B | M | A |
| 222 | Friend, Eugene | E.D. VA CR No. 3:99CR201 | Guilty plea | M | B | M | A |
| 223 | Kendall, Michael Robbie | N.D. MS CR No. 3:99CR102 | Guilty plea | M | W | M | W |
| 224 | Stayner, Cary | E.D. CA CR No. CR-F-00- 5217 AWI | Guilty plea | M | W | F | W |
| 225 | Furrow, Buford | C.D. CA CR No. 99-838 (A) -RAP | Guilty plea | M | W | M | A |
| 226 | Garcia, Rico | N.D. CA CR No. 00-CR-20018 | Guilty plea | M | H | M | H |
| 227 | Pham, Trung Thanh | E.D. CA CR No. 00-CR-411 | Guilty plea | M | A | M | A |
| 228 | Lallamand, Sienky | N.D. IL CR No. 00 CR 143 | Guilty plea | M | B | M | B |
| 229 | Wilson, Bryant Lakeith | W.D. TN CR No. 01-20041-DV | Guilty plea | M | B | F | W |
| 230 | Shorter, Ramon Lori | W.D. TN CR No. 01-20041-DV | Guilty plea | M | B | F | W |
| 231 | Jones, Milton | E.D. MI CR No. 01-80571 | Guilty plea | M | B | M | B |
| 232 | Millegan, Rufus Jerry, Jr. | D. MD CR No. 01-CR-367 | Guilty plea | M | B | F | W |
| 233 | Maxwell, William | W.D. TN CR No. 01-CR-20247 | Guilty plea | M | B | F | B |
| 234 | Skiba, Lawrence | W.D. PA 01-CR-291 | Guilty plea | M | W | M | W |
| 235 | Cisneros, Luis | D. AZ CR No. 03-CR-730 | Guilty plea | M | H | M | H |
| 236 | Cisneros, Felipe N. | D. AZ CR No. 03-CR-730 | Guilty plea | M | H | M | H |
| 237 | Eppinger, Paul E. | D. AZ CR No. 03-CR-730 | Guilty plea | M | H | M | H |
| 238 | Rivera, Angel R. | D. AZ CR No. 03-CR-730 | Guilty plea | M | H | M | H |
| 239 | Zapata, Jairo | E.D. NY CR No. 01-516 | Guilty plea | M | H | M | H |
| 240 | Ward, Israel | W.D. MO CR No. 5:02 CR 05025 | Guilty plea | M | B | F | W |
| 241 | Cassell, Kevin Thomas | W.D. VA CR No. 03-CR-13 | Guilty plea | M | B | M | B |
| 242 | Benjamin, Terrance | E.D. LA No. 03-CR-274 | Guilty plea | M | B | M | H |
| 243 | Massino, Joseph | E.D. NY CR No. 1:03-CR-00929-NGG | Guilty plea | M | W | M | W |
| 244 | Le, Cuong Gia | E.D. VA CR No. 03-CR-48 | Guilty plea | M | A | M | A |
| 245 | Becton, Charod | S.D. NY CR No. 1:02-CR-00451-MBM | Guilty plea | M | B | F | B |
| 246 | Hanner, Claron Levi | W.D. PA No. 2:05-CR-00385-TFM | Guilty plea | M | B | M | W |
| 247 | Petzold, Michael Alan | D. ND CR No. 3:05-CR-00101-RRE | Guilty plea | M | H | M | H |
| 248 | Jordan, Gabriel | S.D. IN EV06-CR-0014-01-Y/H | Guilty plea | M | B | F | W |
| 249 | Rico, Jose Rios | D. AZ No. 05-0272-PHX-JAT | Guilty plea | M | H | F | W |
| 250 | Culbert, Stacy | E.D. MI CR No. 92-81127 | Guilty plea at trial | M | B | M | B |
| 251 | DeLaTorree, Jason | D. NM CR No. 95-538-MV | Guilty plea at trial | M | H | M | H |
| 252 | Spivey, Everett | D. NM CR No. 95-491 | Guilty plea at trial | M | W | M | W |

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 253 | Williams, Robert Russell | E.D. VA CR No. 3:95CR45 | Guilty plea at trial | M | B | M | B |
| 254 | Kaczynski, Theodore John | E.D. CA CR No. S-96-259 | Guilty plea at trial | M | W | M | W |
| 255 | Frank, Deric | S.D. NY CR No. 97 CR 269 (DLC) | Guilty plea at trial | M | B | F | B |
| 256 | Carpenter, Robert L. | W.D. TN CR No. 99-20155 | Guilty plea at trial | M | B | F | W |
| 257 | Carpenter, Antonio | W.D. TN CR No. 99-20155 | Guilty plea at trial | M | B | F | W |
| 258 | Llera-Plaza, Carlos Ivan | E.D. PA CR No. 98-362 | Guilty plea at trial | M | H | M | H |
| 259 | Rodriguez, Victor | E.D. PA CR No. 98-362 | Guilty plea at trial | M | H | M | H |
| 260 | Acosta, Wilfredo Martinez | E.D. PA CR No. 98-362 | Guilty plea at trial | M | H | M | H |
| 261 | Satcher, Steve | D. MD CR No. AW00-0105 | Guilty plea at trial | M | B | F | B |
| 262 | Rudolph, Eric Robert | N.D. AL CR No. 00-CR-422 | Guilty plea at trial | M | W | M | W |
| 263 | Covarrubius, Javier | C.D. CA No. 05 CR 578 | Guilty plea at trial | M | H | F | H |
| 264 | Ledesma, Jose | C.D. CA No. 05 CR 578 | Guilty plea at trial | M | H | F | H |
| 265 | Robledo, Raul | C.D. CA No. 05 CR 578 | Guilty plea at trial | M | H | F | H |
| 266 | Talik, Eugene J., Jr. | N.D. WV No. 5:06-CR-51 | Guilty plea at trial | M | W | F | W |
| 267 | Green, Roy | C.D. CA CR No. 98-337-CBM | Incompetent after authorization | M | B | M | W |
| 268 | Payne, Eben | M.D. TN CR No. 3:98-00038 (NIXON) | Incompetent after authorization | M | B | F | B |
| 269 | Brown, Reginald | E.D. MI CR No. 92-81127 | Innocent | M | B | M | B |
| 270 | McKelton, Antonio | E.D. MI CR No. 98-80348 | Innocent | M | B | M | B |
| 271 | Rice, Darrell David | W.D. VA CR No. 02-CR-26 | Innocent | M | W | F | W |
| 272 | Pretlow, Bilal | D. NJ CR No. 90-CR-238 | Killed or died after authorization | M | B | M | B |
| 273 | Brown, Terrance | E.D. MI CR No. 92-81127 | Killed or died after authorization | M | B | M | B |
| 274 | Stephens, Charles Lee | E.D. TX CR No. 2:99 CR 5 | Killed or died after authorization | M | B | F | W |
| 275 | Smith, Howard L. | E.D. VA CR No. 97-341-A | Lesser included conviction | M | B | M | B |
| 276 | Thomas, Christopher | E.D. VA CR No. 99-477-A | Lesser included conviction | M | B | M | B |
| 277 | Irby, James Allen | D. MD CR No. 8:03-CR-00490-RDB | Lesser included conviction | M | B | M | B |
| 278 | Mosher, Ellis | E.D. TX No. 1:06 CR 00101-TH | Life sentence by jury | M | W | M | W |
| 279 | Caraballo, Gilberto | E.D. NY No. 01-CR-1367 | Life sentence by jury | M | H | M | H |
| 280 | Barnes, Khalid | S.D. NY No. 7:04-CR-00186-SCR | Life Sentence by Jury | M | B | M | B |
| 281 | Moore, Todd | E.D. VA CR No. 2:93CR162 | Life sentence from judge | M | B | M | B |
| 282 | McClure, Cornell Winfrei | D. MD CR No. 01-CR-367 | Life sentence from judge | M | B | F | W |
| 283 | Cooper, Alex | N.D. IL CR No. 89-CR- 580 | Life sentence from jury | M | B | M | B |
| 284 | Davis, Darnell Anthony | N.D. IL CR No. 89-CR-580 | Life sentence from jury | M | B | M | B |
| 285 | Pitera, Thomas | E.D. NY CR No. 90-0424 (RR) | Life sentence from jury | M | W | M | W |
| 286 | Villarreal, Reynaldo Sambrano | E.D. TX CR No. 9:91-CR4 | Life sentence from jury | M | H | M | W |
| 287 | Villarreal, Baldemar | E.D. TX CR No. 9:91-CR4 | Life sentence from jury | M | H | M | W |
| 288 | Hutching, James Norwood | E.D. OK CR No. 1:92-032-S | Life sentence from jury | M | W | M | W |

Completed Cases - 8-25-08.xls

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 289 | Molina, Ramon Medina | E.D. OK CR No. 1:92-032-S | Life sentence from jury | M | H | M | W |
| 290 | Henry, Arnold Mark | E.D. VA CR No. 93-CR-131 | Life sentence from jury | M | B | M | B |
| 291 | Oscar, Frantz | E.D. VA CR No. 93-CR-131 | Life sentence from jury | M | B | M | B |
| 292 | Oscar, Jean Claude | E.D. VA CR No. 93-CR-131 | Life sentence from jury | M | B | M | B |
| 293 | Diaz, Walter | N.D. NY CR No. 94-CR-328 | Life sentence from jury | M | B | F | W |
| 294 | Moore, Dennis B., Sr. | W.D. MO CR No. 94-00194 | Life sentence from jury | M | W | M | W |
| 295 | Nguyen, Phouc H. | D. KS CR No. 94-10129-01 | Life sentence from jury | M | A | F | A |
| 296 | Walker, Tyrone | N.D. NY CR No. 94-CR-328 | Life sentence from jury | M | B | F | W |
| 297 | Nichols, Terry Lynn | D. CO CR No. 96-CR-68-M | Life sentence from jury | M | W | F | W |
| 298 | Beckford, Dean Anthony | E.D. VA CR No. 3:95CR00087 | Life sentence from jury | M | B | M | B |
| 299 | Cazaco, Leonel | E.D. VA CR No. 3:95CR00087 | Life sentence from jury | M | B | M | B |
| 300 | Dennis, Claude | E.D. VA CR No. 3:95CR00087 | Life sentence from jury | M | B | M | B |
| 301 | Ingle, Trinity Edward | W.D. AR CR No. 6:96CR60022 | Life sentence from jury | M | W | M | W |
| 302 | Jones, Anthony | D. MD CR No. WMN-96-0458 | Life sentence from jury | M | B | M | B |
| 303 | Ray, Quan | N.D. IL CR No. 96 CR 379 | Life sentence from jury | M | B | M | B |
| 304 | Thomas, Richard | E.D. VA CR No. 3:95CR00087 | Life sentence from jury | M | B | M | B |
| 305 | Bobbitt, LaFawn | E.D. VA CR No. 97 CR 129 | Life sentence from jury | M | B | F | B |
| 306 | Jones, Rashi | E.D. VA CR No. 97 CR 129 | Life sentence from jury | M | B | F | B |
| 307 | Gonzales-Lauzan, Luis | S.D. FL CR No. 02-CR-20572 | Life sentence from jury | M | H | M | H |
| 308 | Johnson, Shaheem | E.D. VA CR No. 97-00314-A | Life sentence from jury | M | B | F | B |
| 309 | Johnson, Raheem | E.D. VA CR No. 97-00314-A | Life sentence from jury | M | B | F | B |
| 310 | Kehoe, Chevy | E.D. AR CR No. LR-CR-97-243 | Life sentence from jury | M | W | F | W |
| 311 | O'Driscoll, Michael | M.D. PA CR No. 4-CR-01-277 | Life sentence from jury | M | W | M | W |
| 312 | Dhinsa, Gurmeet Singh | E.D. NY CR No. 97-672 (S-3) (ERK) | Life sentence from jury | M | I | M | O |
| 313 | Lightfoot, Xavier Lamar | W.D. MO CR No. 00 CR 395 | Life sentence from jury | M | B | M | W |
| 314 | Hargrove, Demetrius R. | D. KS CR No. 2:03-CR-20192-CM-DJW | Life sentence from jury | M | B | M | W |
| 315 | Al-'Owhali, Mohamed Rashed Daou | S.D. NY CR No. S6 98 CR 1023 | Life sentence from jury | M | AR | F | W |
| 316 | Finley, James A. | W.D. NC CR No. 4:98CR243 | Life sentence from jury | M | W | M | W |
| 317 | Gilbert, Kristin | D. MA CR No. 98-30044-MAP | Life sentence from jury | F | W | M | W |
| 318 | Tello, Plutarco | W.D. MO CR No. 98- 00311-01/05-CR-W-2 | Life sentence from jury | M | B | M | H |
| 319 | Hinestroza, Edwin R. | W.D. MO CR No. 98- 00311-01/05-CR-W-2 | Life sentence from jury | M | H | M | H |
| 320 | Bass, John | E.D. MI CR No. 97-80235 | Life sentence from jury | M | B | M | B |
| 321 | Edelin, Tommy | D. DC CR No. 98-264 | Life sentence from jury | M | B | M | B |
| 322 | Haynes, Willis | D. MD CR No. PJM-98- 0502 | Life sentence from jury | M | B | F | B |
| 323 | Martinez, Mariano | C.D. CA CR No. 99-83-(A)-DT | Life sentence from jury | M | H | M | H |
| 324 | Shakir, Jamal | M.D. TN No. 3:98-00038 (NIXON) | Life Sentence from Jury | M | B | F | B |

Completed Cases - 8-25-08.xls

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 325 | Lyon, Billy Joe | W.D. KY CR No. 4:99-CR-11-M | Life sentence from jury | M | W | M | W |
| 326 | Tatum, Kenneth A. | E.D. TX CR No. 2:99 CR 5 | Life sentence from jury | M | B | F | W |
| 327 | Smith, Daymon | E.D. TX CR No. 2:99 CR 5 | Life sentence from jury | M | B | F | W |
| 328 | Garrett, Lemond | S.D. GA CR No. 4-99-133 | Life sentence from jury | M | B | M | B |
| 329 | Mohamed, Khalfan Khamis | S.D. NY CR No. S6 98 CR 1023 | Life sentence from jury | M | AR | F | W |
| 330 | Wills, Christopher Andaryl | E.D. VA CR No. 99-00396 | Life sentence from jury | M | B | F | W |
| 331 | Sanders, Marcus | S.D. AL CR No. 98-0056-CB | Life sentence from jury | M | B | M | B |
| 332 | Hyles, Tyrese | E.D. MO CR No. 01-CR-73 | Life sentence from jury | M | B | M | B |
| 333 | Denis, Jose | S.D. FL CR No. 99-00714 CR (KING) | Life sentence from jury | M | H | M | H |
| 334 | Gray, Kevin | D. DC CR No. 1:00CR00157 | Life sentence from jury | M | B | F | B |
| 335 | Minerd, Joseph | W.D. PA CR No. 99-215 | Life sentence from jury | M | W | M | A |
| 336 | Moore, Rodney | D. DC CR No. 1:00CR00157 | Life sentence from jury | M | B | M | B |
| 337 | Johuson, Coleman | W.D. VA CR No. 3:00CR00026 | Life sentence from jury | M | W | F | W |
| 338 | Quinones, Alan | S.D. NY CR No. 00 CR 0761 (JSR) | Life sentence from jury | M | H | M | H |
| 339 | Rodriguez, Diego | S.D. NY CR No. 00 CR 0761 (JSR) | Life sentence from jury | M | H | M | H |
| 340 | Williams, Michael | S.D. NY CR No. 00-CR-1008 | Life sentence from jury | M | B | M | B |
| 341 | Williams, Elijah Bobby | S.D. NY CR No. 00-CR-1008 | Life sentence from jury | M | B | M | B |
| 342 | Sablan, William | D. CO No. 00-CR-531 | Life sentence from jury | M | PI | M | H |
| 343 | Sablan, Rudy | D. CO No. 00-CR-531 | Life Sentence from Jury | M | PI | M | H |
| 344 | Ealy, Samuel Stephen | W.D. VA CR No. 00-CR-104 | Life sentence from jury | M | W | M | W |
| 345 | Waldon, Carl | M.D. FL CR No. 3:00-CR-436-J25-TJC | Life sentence from jury | M | B | M | O |
| 346 | Haskell, Carl | W.D. MO CR No. 00-CR-395 | Life sentence from jury | M | B | M | W |
| 347 | Britt, L.J. | N.D. TX CR No. 00-CR-260 | Life sentence from jury | M | B | M | H |
| 348 | Taylor, Styles | N.D. IN CR No. 2:01 CR 073 JM | Life sentence from jury | M | B | M | W |
| 349 | Lentz, Jay | E.D. VA CR No. 01-CR-150 | Life sentence from jury | M | W | F | W |
| 350 | Frye, James Edward | S.D. MS CR No. 01-CR-8 | Life sentence from jury | M | B | M | B |
| 351 | Cooper, Billy D. | S.D. MS CR No. 01-CR-8 | Life sentence from jury | M | B | M | B |
| 352 | Ostrander, Michael Paul | W.D. MI CR No. 01-CR-00218 | Life sentence from jury | M | W | M | W |
| 353 | Ostrander, Robert Norman | W.D. MI CR No. 01-CR-00218 | Life sentence from jury | M | W | M | W |
| 354 | Williams, Tyrone | S.D. TX No. 03-CR-221 | Life sentence from jury | M | B | F | H |
| 355 | Davis, Johnny | E.D. LA CR No. 2:01-CR-282 | Life sentence from jury | M | B | M | B |
| 356 | Haynes, Aaron | W.D. TN CR No. 01-CR-20247 | Life sentence from jury | M | B | F | B |
| 357 | Moussaoui, Zacarias | E.D. VA CR No. 01-CR-455 | Life sentence from jury | M | B | F | W |
| 358 | Aguilar, Martin | E.D. NY No. 01-CR-1367 | Life sentence from jury | M | H | M | H |
| 359 | Regan, Brian Patrick | E.D. VA CR No. 01-CR-40 | Life sentence from jury | M | W | None | None |
| 360 | Cannon, Amesheo D. | E.D. MO CR No. S1-1:01CR00073RWS | Life sentence from jury | M | B | M | B |

Completed Cases - 8-25-08.xls

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 361 | Matthews, Lavin | N.D. NY CR No. 3:00 CR-269 | Life sentence from jury | M | B | M | B |
| 362 | Dixon, Emile | E.D. NY CR No. 01-CR-389 | Life sentence from jury | M | B | M | B |
| 363 | Tucker, Tobiah Shelah | N.D. NY CR No. 00-CR-269 | Life sentence from jury | M | B | M | B |
| 364 | Perez, Wilfredo | D. CT CR No. 02-CR-7 | Life sentence from jury | M | H | M | H |
| 365 | Gonzalez, Fausto | D. CT CR No. 02-CR-7 | Life sentence from jury | M | H | M | H |
| 366 | Krylov, Petro | C.D. CA No. 02-220 (A)-NM | Life sentence from jury | M | W | M | W |
| 367 | Moses, Keon | D. MD CR No. 02-CR-410 | Life sentence from jury | M | B | M | B |
| 368 | Taylor, Michael Lafayette | D. MD CR No. 02-CR-410 | Life sentence from jury | M | B | M | B |
| 369 | Mills, Barry Byron | C.D. CA CR No. 02-00938-GHK | Life sentence from jury | M | W | M | W |
| 370 | Bingham, Tyler Davis | C.D. CA CR No. 02-00938-GHK | Life sentence from jury | M | W | M | W |
| 371 | Bridgewater, Wayne | C.D. CA No. 02-00938-GHK | Life sentence from jury | M | W | M | B |
| 372 | Houston, Henry Michael | C.D. CA No. 02-00938-GHK | Life sentence from jury | M | W | M | B |
| 373 | James, Richard | E.D. NY No. 02-778 (S-1) (SJ) | Life sentence from jury | M | B | M | B |
| 374 | Mallay, Ronald | E.D. NY No. 02-778 (S-1) (SJ) | Life sentence from jury | M | B | M | B |
| 375 | Smith, Thomas | W.D. MO No. 3:02 CR 05025 | Life sentence from jury | M | B | F | W |
| 376 | Villegas, Hernaldo Medina | D. PR CR No. 3:02-CR-117 | Life sentence from jury | M | H | M | H |
| 377 | Roman, Lorenzo Catalan | D. PR CR No. 3:02-CR-117 | Life sentence from jury | M | H | M | H |
| 378 | Breeden, Shawn | W.D. VA CR No. 03-CR-13 | Life sentence from jury | M | B | M | B |
| 379 | Carpenter, Michael Anthony | W.D. VA CR No. 03-CR-13 | Life sentence from jury | M | B | M | B |
| 380 | Ayala-Lopez, Carlos L. | D. PR CR No. 03-CR-55 | Life sentence from jury | M | H | M | H |
| 381 | Williams, Jamain | E.D. PA CR No. 01-CR-512 | Life sentence from jury | M | B | F | B |
| 382 | Mayhew, John Richard | S.D. OH CR No. CR 02 03-165 | Life sentence from jury | M | W | F | W |
| 383 | Cooper, Andre | E.D. PA CR No. 01-CR-512 | Life sentence from jury | M | B | F | B |
| 384 | Simmons, Brent | W.D. VA CR No. 5:04-CR-30014-SGW | Life sentence from jury | M | B | F | W |
| 385 | Jordan, Peter | E.D. VA CR No. 04-CR-58 | Life sentence from jury | M | B | M | B |
| 386 | Gordon, Lorenzo | E.D. VA CR No. 04-CR-58 | Life sentence from jury | M | B | M | B |
| 387 | Grande, Oscar | E.D. VA CR No. 04-CR-283 | Life sentence from jury | M | H | F | H |
| 388 | Cisneros, Ismael | E.D. VA CR No. 04-CR-283 | Life sentence from jury | M | H | F | H |
| 389 | Wilk, Kenneth | S.D. FL No. 04-CR-60216 | Life sentence from jury | M | W | M | H |
| 390 | Clay, Vertis | E.D. AR No. 4:04-CR-00035 WRW | Life sentence from jury | M | B | M | B |
| 391 | Street, John P. | W.D. MO CR No. 4:04-CR-00298-GAF | Life sentence from jury | M | W | M | W |
| 392 | Gooch, Larry | D. DC No. 04-128 | Life sentence from jury | M | B | M | B |
| 393 | McGriff, Kenneth | E.D. NY No. 04-966 (ERK) (VVP) | Life sentence from jury | M | B | M | B |
| 394 | McTier, James | E.D. NY No. 05-401 | Life sentence from jury | M | B | M | B |
| 395 | Hans, Eric Preston | D. SC No. 6:05 CR 01227-HMH | Life sentence from jury | M | W | F | W |
| 396 | Natson, Michael Antonio | M.D. GA No. 4:05-CR-00021-CDL-GMF | Life sentence from jury | M | B | F | B |

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 397 | Solomon, Jelani | W.D. PA No. 2:05-CR-00385-TFM | Life sentence from jury | M | B | M | W |
| 398 | Eye, Gary | W.D. MO No. 4:05-CR-00344-ODS | Life Sentence from Jury | M | W | M | B |
| 399 | Sandstrom, Steven | W.D. MO No. 4:05-CR-00344-ODS | Life Sentence from Jury | M | W | M | B |
| 400 | Henderson, Thomas | S.D. OH No. 2:06-CR-00039 | Life sentence from jury | M | B | M | B |
| 401 | Galan, Thomas A. | N.D. OH No. 3:06-CR-00730-JGC-1 | Life sentence from jury | M | H | M | H |
| 402 | Baskerville, William | D. NJ No. 03-836 (JAP) | Life sentence from jury | M | B | M | B |
| 403 | Moonda, Donna | N.D. OH No. 1:06-CR-00395-DDD | Life sentence from jury | F | W | M | I |
| 404 | Holley, Marvin Lee | N.D. AL CR No. 96-B-0208-NE | Life sentence from jury | M | W | M | W |

Jacques Appendix - A55

Completed Cases - 8-25-08.xls

Completed "Authorized" Federal Death Penalty Cases

| | H | I |
|---|---|---|
| 1 | Total Vics | Sentence |
| 2 | 2 | none |
| 3 | 2 | none |
| 4 | 2 | none |
| 5 | 1 | none |
| 6 | 1 | none |
| 7 | 3 | none |
| 8 | 3 | none |
| 9 | 3 | none |
| 10 | 6 | none |
| 11 | 3 | none |
| 12 | 3 | none |
| 13 | 1 | none |
| | 1 | none |
| | 1 | life |
| | 1 | 10 years |
| | 2 | life |
| | 2 | 12 1/2 years |
| | 8 | life |
| | 1 | 15 years |
| | 8 | life |
| | 8 | life |
| | 8 | life |
| | 11 | life |
| 25 | 2 | life |
| 26 | 7 | 13 years |
| 27 | 1 | life |
| 28 | 1 | life |
| 29 | 1 | life |
| 30 | 1 | life |
| 31 | 1 | life |
| 32 | 3 | life |
| 33 | 1 | life |
| 34 | 1 | life |
| 35 | 2 | life |
| 36 | 2 | life |

Completed Cases - 8-25-08.xls

Case 4:96-cr-00239-JHS Document 1467-1 Filed 05/23/11 Page 19 of 26

| | H | I |
|---|---|---|
| 37 | 1 | 11 years |
| 38 | 1 | 12 years |
| 39 | 1 | none |
| 40 | 1 | none |
| 41 | 3 | life |
| 42 | 1 | life |
| 43 | 4 | none |
| 44 | 1 | none |
| 45 | 2 | 20 years |
| 46 | 2 | 25 years |
| 47 | 1 | none |
| 48 | 1 | none |
| 49 | 6 | life |
| 50 | 6 | life |
| 51 | 5 | none |
| 52 | 6 | life |
| 53 | 4 | none |
| 54 | 2 | none |
| 55 | 3 | none |
| 56 | 5 | pending |
| 57 | 5 | pending |
| 58 | 5 | pending |
| 59 | 4 | 30 years |
| 60 | 1 | life |
| 61 | 3 | 22 years |
| 62 | 3 | 60 years |
| 63 | 1 | life |
| 64 | 1 | life |
| 65 | 1 | life |
| 66 | 1 | life |
| 67 | 2 | life |
| 68 | 4 | life |
| 69 | 1 | life |
| 70 | 1 | life |
| 71 | 1 | none |
| 72 | 1 | death |

Completed "Authorized" Federal Death Penalty Cases

| | H | I |
|---|---|---|
| 73 | 3 | death |
| 74 | 1 | death |
| 75 | 8 | death |
| 76 | 3 | death |
| 77 | 7 | death |
| 78 | 1 | death |
| 79 | 1 | death |
| 80 | 1 | death |
| 81 | 1 | death |
| 82 | 6 | death |
| 83 | 1 | death |
| 84 | 1 | death |
| 85 | 1 | death |
| 86 | 3 | death |
| 87 | 1 | death |
| 88 | 1 | death |
| 89 | 2 | death |
| 90 | 2 | death |
| 91 | 2 | death |
| 92 | 1 | death |
| 93 | 1 | death |
| 94 | 3 | death |
| 95 | 1 | death |
| 96 | 1 | death |
| 97 | 2 | death |
| 98 | 1 | death |
| 99 | 1 | death |
| 100 | 1 | death |
| 101 | 1 | death |
| 102 | 2 | death |
| 103 | 5 | death |
| 104 | 5 | death |
| 105 | 5 | death |
| 106 | 3 | death |
| 107 | 3 | death |
| 108 | 1 | death |

Completed "Authorized" Federal Death Penalty Cases

| | H | I |
|---|---|---|
| 109 | 2 | death |
| 110 | 1 | death |
| 111 | 2 | death |
| 112 | 5 | death |
| 113 | 5 | death |
| 114 | 2 | death |
| 115 | 1 | death |
| 116 | 1 | death |
| 117 | 2 | death |
| 118 | 1 | death |
| 119 | 1 | death |
| 120 | 2 | death |
| 121 | 1 | death |
| 122 | 1 | death |
| 123 | 1 | death |
| 124 | 1 | death |
| 125 | 1 | death |
| 126 | 1 | death |
| 127 | 1 | death |
| 128 | 1 | death |
| 129 | 1 | death |
| 130 | 3 | 5 years |
| 131 | 2 | life |
| 132 | 5 | none |
| 133 | 1 | life |
| 134 | 1 | life |
| 135 | 1 | 10 years |
| 136 | 5 | none |
| 137 | 5 | none |
| 138 | 5 | none |
| 139 | 2 | life |
| 140 | 1 | life |
| 141 | 1 | life |
| 142 | 22 | life |
| 143 | 1 | life |
| 144 | 1 | none |

Completed "Authorized" Federal Death Penalty Cases

| | H | I |
|---|---|---|
| 145 | 1 | 33.33 years |
| 146 | 8 | none |
| 147 | 8 | none |
| 148 | 8 | none |
| 149 | 5 | pending |
| 150 | 5 | pending |
| 151 | 1 | pending |
| 152 | 1 | pending |
| 153 | 1 | pending |
| 154 | 3 | death |
| 155 | 1 | death |
| 156 | 160 | death |
| 157 | 1 | 26 years |
| 158 | 2 | life |
| 159 | 6 | 29 years |
| 160 | 8 | life |
| 161 | 2 | 25 years |
| 162 | 3 | 25 years or less |
| 163 | 1 | life |
| 164 | 2 | life |
| 165 | 2 | life |
| 166 | 2 | life |
| 167 | 1 | life |
| 168 | 1 | life |
| 169 | 1 | life |
| 170 | 1 | life |
| 171 | 4 | life |
| 172 | 4 | life |
| 173 | 3 | life |
| 174 | 7 | 20 years |
| 175 | 7 | 30 years |
| 176 | 6 | life |
| 177 | 1 | life |
| 178 | 1 | life |
| 179 | 2 | life |
| 180 | 14 | life |

Completed "Authorized" Federal Death Penalty Cases

| | H | I |
|---|---|---|
| 181 | 1 | 25 years |
| 182 | 2 | life |
| 183 | 2 | life |
| 184 | 1 | life |
| 185 | 1 | 27.25 years |
| 186 | 1 | life |
| 187 | 14 | life |
| 188 | 1 | 15 years |
| 189 | 1 | life |
| 190 | 1 | life |
| 191 | 1 | life |
| 192 | 1 | 6.5 years |
| 193 | 1 | life |
| 194 | 2 | life |
| 195 | 1 | life |
| 196 | 2 | life |
| 197 | 8 | life |
| 198 | 2 | 20 years |
| 199 | 1 | 14 years |
| 200 | 1 | life |
| 201 | 1 | life |
| 202 | 8 | life |
| 203 | 1 | life |
| 204 | 1 | 50 years |
| 205 | 1 | deceased |
| 206 | 1 | life |
| 207 | 4 | life |
| 208 | 2 | life |
| 209 | 1 | life |
| 210 | 1 | 40 years |
| 211 | 2 | 35 years |
| 212 | 1 | life |
| 213 | 1 | life |
| 214 | 1 | life |
| 215 | 1 | life |
| 216 | 7 | 30 years |

Completed "Authorized" Federal Death Penalty Cases

| | H | I |
|---|---|---|
| 217 | 2 | 10 years |
| 218 | 2 | life |
| 219 | 1 | 23 years |
| 220 | 3 | life |
| 221 | 1 | life |
| 222 | 1 | life |
| 223 | 1 | life |
| 224 | 4 | life |
| 225 | 6 | life |
| 226 | 5 | life |
| 227 | 1 | life |
| 228 | 1 | life |
| 229 | 1 | life |
| 230 | 1 | life |
| 231 | 2 | 30 years |
| 232 | 1 | life |
| 233 | 1 | life |
| 234 | 1 | 20 years |
| 235 | 3 | life |
| 236 | 3 | 15.33 years |
| 237 | 3 | life |
| 238 | 3 | life |
| 239 | 3 | 30 years |
| 240 | 2 | 10 years |
| 241 | 1 | 15 years |
| 242 | 4 | life |
| 243 | 1 | life |
| 244 | 2 | life |
| 245 | 3 | pending |
| 246 | 1 | 25 years |
| 247 | 1 | life |
| 248 | 4 | pending |
| 249 | 1 | pending |
| 250 | 1 | life |
| 251 | 7 | 22 years |
| 252 | 3 | 30 years |

Completed Cases - 8-25-08.xls

|  | H | I |
|---|---|---|
| 253 | 1 | life |
| 254 | 3 | life |
| 255 | 1 | life |
| 256 | 1 | life |
| 257 | 1 | life |
| 258 | 4 | life |
| 259 | 4 | life |
| 260 | 4 | life |
| 261 | 1 | life |
| 262 | 2 | life |
| 263 | 3 | life |
| 264 | 3 | life |
| 265 | 3 | life |
| 266 | 1 | life |
| 267 | 1 | none |
| 268 | 2 | none |
| 269 | 4 | 17 1/2 years |
| 270 | 1 | none |
| 271 | 2 | none |
| 272 | 2 | suicide |
| 273 | 2 | found murdered |
| 274 | 3 | none |
| 275 | 1 | life |
| 276 | 1 | life |
| 277 | 1 | 38 years |
| 278 | 1 | life |
| 279 | 2 | life |
| 280 | 2 | life |
| 281 | 1 | life (judge sent.) |
| 282 | 1 | life |
| 283 | 1 | life |
| 284 | 1 | life |
| 285 | 7 | life |
| 286 | 1 | 40 years |
| 287 | 1 | life, 30 yrs |
| 288 | 1 | life |