Completed "Authorized" Federal Death Penalty Cases

| | H | I |
|---|---|---|
| 289 | 1 | life |
| 290 | 2 | life |
| 291 | 2 | life |
| 292 | 2 | life |
| 293 | 3 | life |
| 294 | 1 | life |
| 295 | 1 | life |
| 296 | 3 | life |
| 297 | 160 | life |
| 298 | 6 | life |
| 299 | 6 | life |
| 300 | 6 | life |
| 301 | 1 | life |
| 302 | 6 | life |
| 303 | 2 | life |
| 304 | 6 | life |
| 305 | 1 | life |
| 306 | 1 | life |
| 307 | 1 | life |
| 308 | 5 | life |
| 309 | 5 | life |
| 310 | 3 | life |
| 311 | 1 | life |
| 312 | 2 | life |
| 313 | 1 | life |
| 314 | 3 | life |
| 315 | 224 | life |
| 316 | 2 | life |
| 317 | 4 | life |
| 318 | 1 | life |
| 319 | 1 | life |
| 320 | 4 | life |
| 321 | 14 | life |
| 322 | 2 | life |
| 323 | 4 | life |
| 324 | 6 | life |

Completed "Authorized" Federal Death Penalty Cases

| | H | I |
|---|---|---|
| 325 | 2 | life |
| 326 | 3 | life |
| 327 | 3 | life |
| 328 | 1 | life |
| 329 | 224 | life |
| 330 | 1 | life |
| 331 | 1 | life |
| 332 | 1 | life |
| 333 | 1 | life |
| 334 | 10 | life |
| 335 | 3 | life |
| 336 | 10 | life |
| 337 | 2 | life |
| 338 | 1 | life |
| 339 | 1 | life |
| 340 | 3 | life |
| 341 | 3 | life |
| 342 | 1 | life |
| 343 | 1 | life |
| 344 | 3 | life |
| 345 | 1 | life |
| 346 | 1 | life |
| 347 | 3 | life |
| 348 | 1 | life |
| 349 | 1 | life |
| 350 | 2 | life |
| 351 | 2 | life |
| 352 | 1 | life |
| 353 | 1 | life |
| 354 | 19 | life |
| 355 | 4 | life |
| 356 | 1 | life |
| 357 | 3000+ | life |
| 358 | 2 | life |
| 359 | 0 | life |
| 360 | 1 | life |

Completed Cases - 8-25-08.xls

Completed "Authorized" Federal Death Penalty Cases

| | H | I |
|---|---|---|
| 361 | 2 | life |
| 362 | 2 | life |
| 363 | 2 | life |
| 364 | 1 | life |
| 365 | 10 | life |
| 366 | 5 | life |
| 367 | 6 | life |
| 368 | 6 | life |
| 369 | 11 | life |
| 370 | 5 | life |
| 371 | 3 | life |
| 372 | 3 | life |
| 373 | 2 | life |
| 374 | 2 | life |
| 375 | 2 | life |
| 376 | 1 | life |
| 377 | 1 | life |
| 378 | 1 | life |
| 379 | 1 | life |
| 380 | 1 | life |
| 381 | 4 | life |
| 382 | 3 | life |
| 383 | 4 | life |
| 384 | 2 | life |
| 385 | 1 | life |
| 386 | 1 | life |
| 387 | 1 | life |
| 388 | 1 | life |
| 389 | 1 | life |
| 390 | 1 | life |
| 391 | 1 | life |
| 392 | 6 | life |
| 393 | 2 | life |
| 394 | 5 | life |
| 395 | 6 | life |
| 396 | 1 | life |

Completed Cases - 8-25-08.xls

Case 4:96-cr-00239-JHS Document 1847-2 Filed 05/23/11 Page 3 of 26

| | H | I |
|---|---|---|
| 397 | 1 | life |
| 398 | 1 | life |
| 399 | 1 | life |
| 400 | 4 | life |
| 401 | 2 | life |
| 402 | 1 | life |
| 403 | 1 | life |
| 404 | 1 | life |

Jacques Appendix - A67

# EXHIBIT C

Declaration of LAUREN COHEN BELL, Ph.D., regarding sentencing dynamics in federal death penalty cases.

1. I am currently Associate Professor of Political Science and Associate Dean of the College at Randolph-Macon College in Ashland, Virginia, where I have been a faculty member since September 1999. Among the subjects I teach are public policy, judicial process, constitutional law, and research methodology.

2. In my research, I regularly perform quantitative analysis of data and rely on the *Statistical Package for the Social Sciences (SPSS)* to organize and analyze such data. The use of quantitative analysis in social science and the use of SPSS in particular is an integral part of the research methodology course I teach. I have authored or coauthored a total of 21 books, book chapters, and peer-reviewed articles and have presented nearly 30 academic papers at scholarly meetings. I am a member of the editorial board of *Justice System Journal* and a regular manuscript reviewer for *American Politics Research*, Routledge Publishers, *Journal of Politics*, Congressional Quarterly Press, Longman Publishers, Cambridge University Press, *Law and Society Review, American Journal of Political Science, Justice System Journal, Judicature, Political Studies Quarterly*, and *PS: Political Science and Politics*.

3. Between August 2006 and August 2007, I served as one of four United States Supreme Court Fellows. I was posted at the U.S. Sentencing Commission where I worked closely with the Office of Research and Data on the design and implementation of the Commission's 2007 study of the effect of minor offenses on the calculation of offenders' criminal history scores.

4. I hold Masters and Ph.D. degrees in political science from the University of Oklahoma's Carl Albert Congressional Research and Studies Center. A copy of my *curriculum vitae* is attached.

5. I have been asked to conduct an analysis of federal capital prosecutions focusing on the dynamics of death sentencing in cases involving white female victims in comparison with the dynamics of death sentencing in cases not involving white female victims.

6. In order to conduct this analysis, I was provided with data maintained by Kevin McNally on behalf of the Federal Death Penalty Resource Counsel Project. I used SPSS to create a database of 403 cases authorized and completed as capital prosecutions by the U.S. Department of Justice between 1989 and August 2008. For purposes of analyzing sentencing dynamics, I excluded from the analysis six cases: one in which the charged offense was treason and there were no identified victims; and five in which there were mass numbers of victims. (These were large-scale terrorist attacks: the Oklahoma City bombing, the September 11 attack, and the bombing of two U.S. embassies in Africa.) The cases were excluded because where there is either no victim or where there are mass casualties it is not possible to isolate a white female victim effect on sentencing. This is consistent with the way other researchers have addressed this issue. This left 397 authorized capital prosecutions for analysis.

7. I used statistical procedures generally applied in the analysis of quantitative data to assess whether the death penalty was imposed differently in cases involving defendants who killed white females as opposed to other types of victims: descriptive statistics provide a "snapshot" of the characteristics of the data; crosstabulations show how two *variables* interact with one another; and chi-square analysis provides an indicator of whether an

2

Case 2.06-cr-0017-WRs   Document 146-1   Filed 05/28/11   Page 8 of 26

observed relationship occurs by chance or because of a systematic interaction between the two variables.

8. My analysis, as reflected in the charts below, demonstrates that defendants who kill white female victims receive the death penalty at a substantially higher rate than defendants whose victims are not white women and that this correlation between white female victims and death sentencing is highly statistically significant, systematic, and not the result of chance.

9. The data used in the analysis have the following characteristics:

| Condition of Interest | Number of Cases |
|---|---|
| All Authorized Cases | 403 |
| Authorized Cases Involving Victim | 402 (see paragraph 6, above) |
| Authorized Cases Excluding Mass Killings | 397 (see paragraph 6, above) |
| Death Penalty Imposed | 60 |
| Death Penalty Not Imposed | 337 |
| White Female Victim (WFV) | 76 |
| No WFV | 321 |
| Sentencing Trial Completed | 182 |
| Sentencing Trial Involving WFV | 42 |
| Sentencing Trial, No WFV | 140 |
| Death Penalty Imposed, WFV | 25 |
| Death Penalty Imposed, No WFV | 35 |

10. The results of the chi-square analysis are as follows. Table 1 summarizes the analysis of death sentences among the set of 397 authorized federal capital cases. As explained in paragraph 6, this includes all but six authorized prosecutions.

3

Jacques Appendix - A71

Table 1: Relationship between the Presence of a White Female Victim (WFV) and
Imposition of a Death Sentence, All Authorized Cases (Excluding Mass Killings) [N=397]

| Data Source | Condition (N) | Percent (Formula) |
|---|---|---|
| Set of All Cases (N=76) with WFV | Death-Sentenced (25) | 32.9% (25 of 76) |
| | Non-Death Sentenced (51) | 67.1% (51 of 76) |
| Set of All Cases (N=321) with no WFV | Death-Sentenced (35) | 10.9% (35 of 320) |
| | Non-Death-Sentenced (286) | 89.1% (286 of 320) |
| Set of All Cases (N=60) Involving a Death Sentence | Cases with WFV (25) | 41.7% (25 of 60) |
| | Cases with no WFV (35) | 58.3% (35 of 60) |
| Set of All Cases (N=337) Not Involving a Death Sentence | Cases with WFV (51) | 15.1% (51 of 337) |
| | Cases with no WFV (286) | 84.9% (286 of 337) |

11. Table 1 indicates that defendants in cases involving a white female victim were sentenced to death 32.9 percent of the time (in 25 of 76 cases). Defendants in cases not involving a white female victim were sentenced to death 10.9 percent of the time (in 35 of 321 cases). A defendant charged with killing a white female victim was more than three times (3.02) more likely to be sentenced to death than a defendant charged with killing a victim who was not a white female. These results are statistically significant at the p<.001 level, indicating that the probability that this relationship has been observed by chance is essentially zero.

12. Table 2 looks at the smaller set of authorized capital cases that proceeded through to a capital sentencing trial. It indicates that among those for whom life or death decisions were made by judges or juries, defendants in cases involving a white female victim received a death sentence 59.5 percent of the time (in 25 of 42 cases). Defendants in cases where there was no white female victim were sentenced to death 25.0 percent of the

4

time (in 35 of 140 cases). A defendant in a federal capital trial thus was almost two-and-one-half times (2.38) more likely to be sentenced to death in a case involving a white female victim than a defendant in a case in which there was no white female victim. These results are statistically significant at the p<.001 level, indicating the probability that this relationship has been observed by chance is essentially zero.

Table 2: Relationship between the Presence of a White Female Victim (WFV) and Imposition of a Death Sentence, Trial Cases Only (Excluding Mass Killings) [N=182]

| Data Source | Condition (N) | Percent (Formula) |
|---|---|---|
| Set of All Cases (N =42) with WFV | Death-Sentenced (25) | 59.5 % (25 of 42) |
| | Non-Death Sentenced (17) | 40.5 % (17 of 42) |
| Set of All Cases (N=140) with no WFV | Death-Sentenced (35) | 25.0 % (35 of 140) |
| | Non-Death-Sentenced (105) | 75.0 % (105 of 140) |
| Set of All Cases (N=60) Involving a Death Sentence | Cases with WFV (25) | 41.7% (25 of 60) |
| | Cases with no WFV (35) | 58.3% (35 of 60) |
| Set of All Cases (N=122) Not Involving a Death Sentence | Cases with WFV (17) | 13.9 % (17 of 122 ) |
| | Cases with no WFV (105) | 86.1 % (105 of 122) |

13. Based on the bivariate results discussed here, I conclude without hesitation that there is a statistically significant and systematic correlation between the presence of a white female victim and the likelihood of a death sentence in a federal capital case. Defendants who killed white female victims are overrepresented among federal death sentenced defendants. They represent 19.1 percent of all authorized prosecutions (76 of 397) and 23.1 percent of authorized prosecutions completing a penalty phase trial (42 of 182); however they represent 41.7 percent of death sentences (25 of 60).

5

Jacques Appendix - A73

14. The analysis reveals a robust correlation between the presence of a white female victim and the imposition of a death sentence. *Social scientists consider a result to be robust* when changing the assumptions undergirding an analysis would be unlikely to affect its results. The generally accepted standard for statistical significance in political science research is $p < .05$, meaning the probability that the results occurred by chance is less than five percent. In the case of these analyses, the findings are statistically significant at a higher level of $p < .001$, meaning the probability they occurred by chance is less than one-tenth of one percent, or one in one thousand. Given the robust quality of these findings, it is my opinion to a reasonable degree of scientific certainty that this correlation of more severe sentencing outcomes and white female victims is unlikely to disappear even in the presence of other potentially explanatory variables.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of September, 2008.

Lauren Cohen Bell

6

Jacques Appendix - A74

Appendix: Bivariate SPSS Results Used to Generate Tables 1 and 2

Table 1:

### Case Processing Summary

| | Cases | | | | | |
|---|---|---|---|---|---|---|
| | Valid | | Missing | | Total | |
| | N | Percent | N | Percent | N | Percent |
| Death Penalty Imposed * White Female Victim | 397 | 100.0% | 0 | .0% | 397 | 100.0% |

### Death Penalty Imposed * White Female Victim Crosstabulation

| | | | White Female Victim | | |
|---|---|---|---|---|---|
| | | | No | Yes | Total |
| Death Penalty Imposed | No | Count | 286 | 51 | 337 |
| | | % within Death Penalty Imposed | 84.9% | 15.1% | 100.0% |
| | | % within White Female Victim | 89.1% | 67.1% | 84.9% |
| | Yes | Count | 35 | 25 | 60 |
| | | % within Death Penalty Imposed | 58.3% | 41.7% | 100.0% |
| | | % within White Female Victim | 10.9% | 32.9% | 15.1% |
| Total | | Count | 321 | 76 | 397 |
| | | % within Death Penalty Imposed | 80.9% | 19.1% | 100.0% |
| | | % within White Female Victim | 100.0% | 100.0% | 100.0% |

### Chi-Square Tests

| | Value | df | Asymp. Sig. (2-sided) | Exact Sig. (2-sided) | Exact Sig. (1-sided) |
|---|---|---|---|---|---|
| Pearson Chi-Square | 23.165[b] | 1 | .000 | | |
| Continuity Correction [a] | 21.482 | 1 | .000 | | |
| Likelihood Ratio | 19.743 | 1 | .000 | | |
| Fisher's Exact Test | | | | .000 | .000 |
| Linear-by-Linear Association | 23.107 | 1 | .000 | | |
| N of Valid Cases | 397 | | | | |

a. Computed only for a 2x2 table

b. 0 cells (.0%) have expected count less than 5. Minimum expected count is 11.49.

7

Jacques Appendix - A75

Table 2:

Case Processing Summary

| | Cases | | | | | |
|---|---|---|---|---|---|---|
| | Valid | | Missing | | Total | |
| | N | Percent | N | Percent | N | Percent |
| Death Penalty Imposed * White Female Victim | 182 | 100.0% | 0 | .0% | 182 | 100.0% |

Death Penalty Imposed * White Female Victim Crosstabulation

| | | | White Female Victim | | Total |
|---|---|---|---|---|---|
| | | | No | Yes | |
| Death Penalty Imposed | No | Count | 105 | 17 | 122 |
| | | % within Death Penalty Imposed | 86.1% | 13.9% | 100.0% |
| | | % within White Female Victim | 75.0% | 40.5% | 67.0% |
| | Yes | Count | 35 | 25 | 60 |
| | | % within Death Penalty Imposed | 58.3% | 41.7% | 100.0% |
| | | % within White Female Victim | 25.0% | 59.5% | 33.0% |
| Total | | Count | 140 | 42 | 182 |
| | | % within Death Penalty Imposed | 76.9% | 23.1% | 100.0% |
| | | % within White Female Victim | 100.0% | 100.0% | 100.0% |

Chi-Square Tests

| | Value | df | Asymp. Sig. (2-sided) | Exact Sig. (2-sided) | Exact Sig. (1-sided) |
|---|---|---|---|---|---|
| Pearson Chi-Square | 17.425[b] | 1 | .000 | | |
| Continuity Correction [a] | 15.898 | 1 | .000 | | |
| Likelihood Ratio | 16.611 | 1 | .000 | | |
| Fisher's Exact Test | | | | .000 | .000 |
| Linear-by-Linear Association | 17.329 | 1 | .000 | | |
| N of Valid Cases | 182 | | | | |

a. Computed only for a 2x2 table

b. 0 cells (.0%) have expected count less than 5. Minimum expected count is 13.85.

Jacques Appendix - A76

# EXHIBIT D

June 2008

# LAUREN C. BELL



Associate Professor of Political Science
Associate Dean of the College
Randolph-Macon College
P.O. Box 5005

## PROFESSIONAL APPOINTMENTS

*Associate Dean of the College*, Randolph-Macon College, Ashland, Virginia.  Appointed August 2007.

*2006-2007 United States Supreme Court Fellow* (United States Sentencing Commission).  August 2006—August 2007.

*Associate Professor of Political Science*, Randolph-Macon College, Ashland, Virginia. May 2005-present (Formerly Assistant Professor, August 1999-May 2005.)

*Visiting Assistant Professor of Political Science.* Bucknell University, Lewisburg, Pennsylvania. January—July 1999.

*American Political Science Association Congressional Fellow.* 105th Congress. November 1997—August 1998. U.S. Senate Committee on the Judiciary, Subcommittee on Immigration (minority staff).

## EDUCATION

*Doctor of Philosophy in Political Science.*  The Carl Albert Congressional Research and Studies Center at The University of Oklahoma. Norman, Oklahoma. July 1999.

> DISSERTATION: "Warring Factions: Senators, Nominees, and Interest Groups in the Federal Appointment Process."

*Master of Arts in Political Science.* The Carl Albert Congressional Research and Studies Center at The University of Oklahoma. Norman, Oklahoma. December 1997.

*Summer Program in Quantitative Methods.* Inter-university Consortium for Political and Social Research at The University of Michigan. Ann Arbor, Michigan. Summer 1996.

*Bachelor of Arts in Political Science.* The College of Wooster. Wooster, Ohio. May 1994.

> SENIOR THESIS: "A Longitudinal Study of the Voting Behaviors of United States Supreme Court Justices on the Issue of School Desegregation, 1953-1980."

## AWARDS AND HONORS

*2006-07 Tom C. Clark Award for Outstanding Contributions to the U.S. Supreme Court Fellows Program.* U.S. Supreme Court. Awarded June 2007.

*Finalist, 2005 Virginia Outstanding Faculty Awards* – Rising Star Category.  State Council for Higher Education in Virginia.  January 2005.

*DuPriest Award for Outstanding Faculty Advisor* (of a fraternity or sorority), Randolph-Macon College.  Awarded May 2004.

*2003-2004 SGA Faculty Member of the Year*, Randolph-Macon College.  Awarded April 2004.

*Thomas Branch Award for Excellence in Teaching*, Randolph-Macon College.  Awarded April 2004.

*Finalist, 2004 Virginia Outstanding Faculty Awards* – Rising Star Category.  State Council for Higher Education in Virginia, January 2004.

DuPriest Award for Outstanding Faculty Advisor (of a fraternity or sorority), Randolph-Macon College. Awarded May 2003.

*Ira L. Andrews, III Spirit of Fraternalism Award*, Randolph-Macon College.  Awarded May 2002.

*Thomas Branch Award for Excellence in Teaching*, Randolph-Macon College.  Awarded April 2002.

*2000-2001 SGA Faculty Member of the Year*, Randolph-Macon College. Awarded May 2001.

## COURSES TAUGHT

*American Government and Politics*
*Congress in the Political System*
*Research Methods*
*Constitutional Law*
*The American Presidency*
*Judicial Process and Behavior*

*Introduction to Public Policy*
*State and Local Government*
*Political Parties and Voting Behavior*
*Race and Gender in American Politics*

*The Politics of Popular Culture (team taught)*
*First Year Colloquium: Public Policy Perspectives on the Natural World*

## PUBLICATIONS AND PRESENTATIONS

### BOOKS

*Case Studies in Political Communication: A Multidisciplinary Approach* (with Joan Conners and Ted Sheckels).  Forthcoming, Allyn & Bacon.  (2008).

*The U.S. Congress: A Simulation for Students*.  Belmont, CA: Thomson/Wadsworth.  (2005)

*Warring Factions: Interest Groups, Money, and the New Politics of Senate Confirmation*. Columbus, Ohio: The Ohio State University Press. (2002)

### JOURNAL ARTICLES/BOOK CHAPTERS

"Extended Debate Over Time: Patterns and Trends in Senate Filibusters." Under consideration for publication in *Legislative Studies Quarterly*. Submitted June 20, 2008. (With L. Marvin Overby.)

"Courting Success: The Supreme Court Fellows Program at 35." Forthcoming in *PS: Political Science and Politics*. (With Jon B. Gould, Terence J. Lau, and John M. Domurad.) October, 2008.

"Scoring the Senate: Scorecards, Parties and Roll Call Votes in the U.S. Senate." Forthcoming in *Why Not Parties? Party Effects in the United States Senate*, Nathan Monroe, Jason M. Roberts, and David Rohde, eds. University of Chicago Press. Tentative publication date: 2008.

"In Their Own Interest: Pressure Groups in the Federal Judicial Selection Process." In *Exploring Judicial Politics*, Mark Miller, ed. Oxford University Press. (2009)

"Policy Statements or Symbolic Politics?: Explaining Congressional Court-Stripping Attempts." *Judicature*. 89 (4): January-February 2006 (with Kevin M. Scott).

"Following the Leader or Leading the Followers? Congress and the President in the United States." *Journal of Legislative Studies* v.10(2-3),(Summer/Fall 2004), Pp. 193-206.
~   Reprinted in *Executive Leadership and Legislative Assemblies*, Nicholas J. Baldwin, ed. London: Routledge, 2006.

"Rational Behavior or the Norm of Cooperation?: Filibustering Behavior Among Retiring Senators." (with L. Marvin Overby). *Journal of Politics*, v. 66(3), (August 2004) Pp. 906-924.

"Senate Confirmations in an Interest Group Age," in *Extensions: A Journal of the Carl Albert Congressional Research and Studies Center*, Spring 2004.

"Character vs. Competence: Evidence from the 2000 Presidential Debates and Election," (with Ted Sheckels). In *The Millennium Election: Communication in the 2000 Campaigns*, Lynda Lee Kaid, John C. Tedesco, Diane Bystrom, and Mitch McKinney, eds. Lanham, MD: Rowman and Littlefield Publishers. 2003.

"From Passive to Active Representation: The Case of Women Congressional Staff," (with Cindy Simon Rosenthal). *Journal of Public Administration Research and Theory (JPART)* 13 (1), January 2003.

"Senatorial Discourtesy: The Senate's Use of Delay to Shape the Federal Judiciary." *Political Research Quarterly* 55 (3), (September 2002).

"Invisible Power: Congressional Staff and Representation Behind the Scenes," (with Cindy Simon Rosenthal). Chapter in *Women Transforming Congress*, Cindy Simon Rosenthal (ed.) Norman, Oklahoma: University of Oklahoma Press. (2002)

"Compelling State Interests: State Judicial Selection in an Interest Group Age," invited submission to the New York State Bar Association: *Government, Law & Policy Journal.* (Fall 2001), at 46.

"Voter Choice and Consistency in Retention Elections for Oklahoma State Judges." *The Almanac of Oklahoma Politics 2000*. Stillwater, Oklahoma: OPSA Press. July 1999.
~   *Reprinted in the 2002 edition (2001).*

"Missing in Action: Interest Groups and Federal Judicial Appointments." *Judicature* (82:3), November-December 1998.

"Looking Back: Portraits of the Old Senate," in *Extensions: A Journal of the Carl Albert Congressional Research and Studies Center*, Fall 1997.

## BOOK REVIEWS

*The Foreign Policy Disconnect.* Political Studies Quarterly. Autumn 2007.

LAUREN C. BELL   4

*Between the Branches.* The American Political Science Association's Legislative Studies Section Newsletter, June 1999.

*Reasonable Disagreement.* The American Political Science Association's Legislative Studies Section Newsletter, January 1999.

*Education of A Senator.* The American Political Science Association's Legislative Studies Section Newsletter, January 1999.

*Air Wars (2e).* The American Political Science Association's Legislative Studies Section Newsletter, January 1998.

## ADDITIONAL PUBLICATIONS

"Conflicts of Interest?: Legislators at Bar. *Virginia Capitol Connections.* Spring 2008.

"Remember the Judges." *Virginia Capital Connections.* Autumn 2005.

"The June 14th Primary: The Case of the Vanishing Voters." *Virginia Capitol Connections.* Summer 2005.

"What's All the Bluster About the Filibuster?" Lead editorial in *The Cincinnati Enquirer.* May 1, 2005.

"Lies, Damned Lies, and Faulty Statistics: A Cautionary Tale About the Use of Exit Polls." *Virginia Capitol Connections.* Winter 2005.

American Politics and Government Questions for use with the Turning Point Premium Content System. Wadsworth Publishing, 2005.

Contributor, *The Encyclopedia of the United States Congress.* Robert Dewhirst, editor. Facts on File, Inc. Tentative publication date: 2005.

"Duck Hunting." Editorial. *Virginia Capitol Connections.* Summer 2003.

"Ideologues Wanted." *USA Today.* (Opposing View Editorial). October 31, 2002.

"Voter Attitudes the Same," in *The Hanover Herald-Progress,* vol. 124, No. 38. November 12, 2001.

"Analyzing the Election and Hanover County Voters," in *The Hanover Herald-Progress,* vol. 123, no. 39. November 16, 2000.

"Survey Results Paint Portrait of Electorate," in *The Hanover Herald-Progress,* vol. 22, no. 67. March 2, 2000.

"The Political Consequences of the Oklahoma City Bombing," in *Wooster,* the alumni magazine of the College of Wooster. Winter, 1995.

## PAPERS PRESENTED AT PROFESSIONAL MEETINGS

"In Search of the 'Good' Arguments: What Characterizes the Better-Recalled Arguments during the Presidential Debates," Paper accepted for presentation at the Eastern Communication Association for its May 2008 annual meeting. Pittsburgh, Pennsylvania. May 1-3, 2008.

"Extended Debate Over Time: Patterns and Trends in Senate Filibusters." Paper presented at the 2007 annual meeting of the Midwest Political Science Association, Chicago, Illinois. April 12-15, 2007 (with L. Marvin Overby).

"Scoring the Senate: Scorecards, Parties and Roll Call Votes in the U.S. Senate." Paper presented at the 2006 annual meeting of the Midwest Political Science Association, April 20-23, 2006 (with Jason M. Roberts).
~ Also presented at the Duke University conference on Political Parties in the U.S. Senate. April 6-8, 2006. Durham, North Carolina.

"Keeping Score: Parties, Leaders, and Agendas in the U.S. House of Representatives." Paper presented at the 2005 Annual Meeting of the American Political Science Association. September 1-4, 2005 (with Jason M. Roberts).

"Conflicting Interests?: State Legislators and the Supreme Court Justices They Appoint." Paper presented at the 2005 Annual Meeting of the American Political Science Association. September 1-4, 2005 (with Margaret Williams).

"And Take Their Robes Too? Modeling Congressional Court-Stripping Attempts." Paper presented at the 2005 Annual Meeting of the Midwest Political Science Association. April 7-10, 2005, Chicago, Illinois (with Kevin M. Scott).

"Janet Jackson, Howard Stern, and the FCC: Indecency Violation Response As A Case Study in Political Control of the Bureaucracy." Paper presented at the 2005 Annual Meeting of the Midwest Political Science Association. April 7-10, 2005, Chicago, Illinois (with B. Jason Barlow).

"Filibusters and Filibusterers in the Contemporary Senate: An Examination of the Dynamics and Individual-Level Correlates of 'Extended Debate,' 1975-2002." Paper presented at the 2004 annual meeting of the American Political Science Association, Chicago, Illinois. September 2-5, 2004 (with L. Marvin Overby).

"Scheduling Tactics and Strategic Losses: Lessons from the U.S. House of Representatives." Paper presented at the Sixth Workshop of Parliamentary Scholars and Parliamentarians. Wroxton College, Wroxton, Oxfordshire, United Kingdom. July 31-August 1, 2004.

"Organized Interests, American Democracy, and Federal Appointments: Continuity or Change?" Presented at the 2004 annual meeting of the Midwest Political Science Association, April 15-18, 2004, Chicago, Illinois (with Wendy Martinek).

"Keeping Score: Strategic Losses in the United States House of Representatives." Presented at the 2004 annual meeting of the Southwest Political Science Association, March 17-20, 2004, Corpus Christi, Texas.

"Saying it Best by Saying Nothing At All: The Senate's Use of Confirmation Proceedings to Communicate With the President," Eastern Communication Association Annual Meeting, April 24-27, 2003.

"The Impact of Philanthropy on Public Attitudes Toward Welfare Policies." Annual Meeting of the Midwest Political Science Association, April 3-6, 2003 (with Krutika Patel).

"Rational Behavior or the Norm of Cooperation?: Filibustering Behavior Among Retiring Senators." (with L. Marvin Overby). Presented at the American Political Science Association's 2002 Annual Meeting, Boston, Massachusetts. August 29-September 1, 2002.

LAUREN C. BELL    6

"Shoemakers and Elves: Members and their Staffs in the Contemporary U.S. Congress," (with Cindy Simon Rosenthal). 2002 annual meeting of the Midwest Political Science Association, Chicago, Illinois.  April 25-28, 2002

"The Court's Eyewitness: Televised News Footage and the Myth of the Unbiased Juror," (with Carla Owen). 2002 annual meeting of the Midwest Political Science Association, Chicago, Illinois. April 25-28, 2002.

"Divided Government and Judicial Legacies: The Politics of Supreme Court Appointments," 2000 Annual Meeting of the Southern Political Science Association, November 9-11, 2000 (With Shelley Adolf).
  ~   *Nominated for 2000 "Best Paper" award, APSA Law and Courts Section.*
  ~   *Nominated for 2000 Pi Sigma Alpha Award, Southern Political Science Association.*

"Women Congressional Staff: Policy Contributions and Constraints," 2000 Annual Meeting of the Southern Political Science Association, November 9-11, 2000 (With Cindy Simon Rosenthal).

"Senatorial Discourtesy: The Senate's Use of Delay to Shape the Federal Judiciary." 2000 Annual Meeting of the Midwest Political Association, April 28-30, 2000.

"Invisible Power: Congressional Staff and Representation Behind the Scenes." Invited presentation at the Women Transforming Congress conference, April 13-15, 2000 (With Cindy Simon Rosenthal).  Also presented at the 2000 Annual Meeting of the American Political Science Association, Washington D.C., August 31 - September 3, 2000.

"The Effects of Socio-Political Characteristics on Hanover County Republican Voters." The 2000 Annual Meeting of the Virginia Social Sciences Association. March 17, 2000.

"Modeling Mistrust: An Event History Analysis of Term Limits for State Legislators." Presented at the 1999 Annual Meeting of the Southern Political Science Association, November 6-8, 1999 (With Kevin Scott).

"Toward a Theory of Senate Confirmation: Women, Minorities, and Politics in the Senate's Judicial Confirmation Decisions." 1999 Annual Meeting of the Midwest Political Science Association.

"Warring Factions: The Senate, Interest Groups, and the Politics of Appointing Federal Judges." 1998 Annual Meeting of the Midwest Political Science Association.

"Congress Reviled: Support for Term Limits in the American Electorate." 1997 Annual Meeting of the American Political Science Association (with Gary Copeland).  Washington, DC.

"Lessons From the States: Alternative Drug Sentencing Policies and the Federal Government." 1997 Annual Meeting of the Southwest Political Science Association (with Sally Coleman Selden). Houston, Texas.

"Examining Congressional Response: Congress' Reaction to Supreme Court Decisions Overturning Congressional Statutes." 1996 Annual Meeting of the Southwest Political Science Association (with Lesli McCollum).

"Lacking a Theory of Policy Effects -- The 1994 Health Care Debate in Media Context." 1995 meeting of the Media, Government, and Public Policy Section of the Association for Education in Journalism and Mass Communication.

## ADDITIONAL PRESENTATIONS

"How Jesse 'the Body' Became 'Jesse the Mind': An Interdisciplinary Look at Political Communication." Faculty-Staff Luncheon Presentation, Randolph-Macon College. April 16, 2008. (With Joan Conners and Ted Sheckels.)

"Beyond the *R-MC Magazine: What My Year in Washington Was Really Like.*" Faculty-Staff Luncheon Presentation, Randolph-Macon College. February 20, 2008.

Luncheon Speaker, Richmond Chapter, Kiwanis International. January 22, 2008. Virginia Historical Society.

Author Meets Critics Session (author participant). Annual meeting of the Southern Political Science Association, New Orleans, Louisiana, January 4-7, 2007.

"Pork Barrels, Pressure Groups, and Political Parties: How Members of Congress Decide." Randolph-Macon College Scholarship Weekend Presentation, February 25, 2006.

"Values of an Education." Presentation to incoming freshmen and faculty at Randolph-Macon College's Matriculation Ceremony. August 31, 2003.

"Judicial Selection in an Interest Group Age." Presentation to the faculty of Randolph-Macon College, March 11, 2003.

"The Next Supreme Court Justice: Who, When, Why, How?" Randolph-Macon College Scholarship Weekend presentation, January 18, 2003.

"Taking Responsibility." Presentation to incoming freshmen and faculty at Randolph-Macon College's Matriculation Ceremony. September 1, 2002.

"What They Never Taught You About American Government." Presentation to prospective students and parents, Randolph-Macon College. January 26, 2002.

"Warner and Wal-Mart: What Election 2001 Means for the Town and County." Presentation to the Ashland/Hanover Citizens for Responsible Growth public interest organization, Ashland, Virginia. December 3, 2001.

"Thieves, Scoundrels, and Conspiracy Theorists: Two Hundred Years of Politics as Usual in Washington DC." Presentation to students at the Higgins Academic Center, Randolph-Macon College. November 28, 2001.

"'Careful With That Ax, Eugene': Team Teaching and the Challenge of Crossing Disciplines." Presentation to the faculty of Randolph-Macon College (with James Doering). October 2001.

"Why We Still Need Heroes." Presentation to incoming freshmen and faculty at Randolph-Macon College's Matriculation Ceremony. September 2, 2001.

"The 2000 Presidential Election." Invited guest at the Hanover County Rotary Club, Hanover County, Virginia. March 7, 2001.

"From Henry and Clay to Gore and Bush: Political Life in Ashland and Hanover County." Invited Presentation to the Friends of Ashland Library's Annual Meeting, October 5, 2000.

"Exit Polling in Hanover County." Invited guest at the Hanover County Rotary Club, Hanover County, Virginia. May 3, 2000.

"The Importance of Ethical Codes in Contemporary Society." Presentation to the honor code convocation at Wesleyan College, Macon, Georgia. September 1994.

## ADDITIONAL PROFESSIONAL ACTIVITIES

### EDITORIAL ACTIVITIES

*Editorial Board Member.* (2007-2010) *Justice System Journal.* Williamsburg, Virginia: The National Center for State Courts. Appointed May 2006.

*Manuscript Reviewer. American Politics Research,* Routledge Publishers, *Journal of Politics,* Congressional Quarterly Press, Longman Publishers, Cambridge University Press, *Law and Society Review, American Journal of Political Science, Justice System Journal, Judicature, Political Studies Quarterly.*

### KEYNOTE SPEECHES

*Annual Student Recognition Banquet,* The College of Wooster, Wooster, Ohio. February 23, 2007.

*Delphi International/U.S. Department of State Program for Visiting Spanish Family Court Judges.* Washington, DC. January 29, 2007.

*Richmond Chapter of Phi Beta Kappa 2005 Douglas W. Foard Phi Beta Kappa Sophomore Awards.* "The Switch in Time and The Switch in Nine: The Story of Two Men Named Roberts." Randolph-Macon College. Ashland, Virginia. November 3, 2005.

*Ohio State Bar Association Media Law Committee Seminar.* "Judicial Selection in an Interest Group Age." Kent State University. Kent, Ohio. April 15, 2005.

### OTHER ACTIVITIES

*Chair and Discussant.* Panel entitled "Conflict and Collaboration: Who Makes the Law?" 2008 Annual Meeting of the Midwest Political Science Association. Chicago, Illinois. April 3-6, 2008.

*Discussant.* Panel entitled "The U.S. Senate." 2008 Annual Meeting of the Midwest Political Science Association. Chicago, Illinois. April 3-6, 2008.

*Invited Panelist.* Academic Panel. 2005 College Colloquium, The Center for Talented Youth. The College of William and Mary, Williamsburg, Virginia. October 16, 2005.

*Chair and Discussant.* Panel entitled "The Courts and Institutional Conflict." 2005 Annual Meeting of the Midwest Political Science Association. Chicago, Illinois. April 7-10, 2005.

*Invited Guest,* Capital Connections Television. RICH-TV, Richmond, Virginia November 4, 2004.

*Invited Panelist.* Academic Panel. 2004 College Colloquium, The Center for Talented Youth. The College of William and Mary, Williamsburg, Virginia. October 24, 2004.

*Panel Chair.* Panel entitled "Sub-National Parliaments." Sixth Workshop of Parliamentary Scholars and Parliamentarians. Wroxton College, Wroxton, Oxfordshire, United Kingdom. July 31-August 1, 2004.

*Section Chair, Gender and Politics.* 2004 Annual Meeting of the Southwest Political Science Association. Corpus Christi, Texas, March 17-20, 2004.

*Discussant.* Panel entitled "Legislative Representation: Constituencies, Positioning, and Policy." 2004 Annual Meeting of the Southwest Political Science Association. Corpus Christi, Texas. March 17-20, 2004.

*Chair and Discussant.* Panel entitled "Women in American Politics." 2004 Annual Meeting of the Southwest Political Science Association. Corpus Christi, Texas. March 17-20, 2004.

*Discussant,* Panel entitled "Judicial Selection, Independence, and the Quality of Jurists." 2003 Annual Meeting of the Midwest Political Science Association Annual Meeting, Chicago, Illinois. April 3-6, 2003.

*Chair,* Panel entitled "Role of the Media in International Politics." 2002 Annual Meeting of the International Studies Association (South). Richmond, Virginia. October 17-19, 2002.

*Moderator,* 2002 Ashland Town Council Election Forum. Forum of five candidates held April 29, 2002 in the chambers of the Ashland Town Council, Ashland, Virginia.

*Co-moderator* (with Jay Pace), "Ethics in the Media" panel discussion, March 13, 2002. Jointly sponsored by Randolph-Macon College and the Public Relations Society of America (Richmond Chapter).

*Chair and Organizer,* Roundtable entitled "Opportunities and Challenges in Undergraduate Research." 2001 Annual Meeting of the Southern Political Science Association. Atlanta, Georgia, November 8-11, 2001.

*Member,* Selection Panel for 2001-2002 and 2000-2001 American Political Science Association Congressional Fellowship Program, Washington, DC.

*Coordinator, Exit Poll for Hanover County, Virginia* (with the Hanover *Herald-Progress*).
  ~ Republican primary election, February 29, 2000
  ~ General Presidential Election, November 2000
  ~ Virginia Gubernatorial Election, November 2001
  ~ Virginia local election, November 2003
  ~ General Presidential Election, November 2004

*Summer Undergraduate Research Fellowship Faculty Advisor.* Randolph-Macon College. Summers 2000-2004.
  ~ Supervised Ms. Shelley Adolf, 2000 winner of the first Schapiro "Best Undergraduate Research Project" award, summer 2000.
  ~ Supervised Ms. Carla Owen, 2001 runner-up for the Schapiro "Best Undergraduate Research Project" award, summer 2001.
  ~ Supervised Ms. Krutika Patel, recipient of a Virginia Foundation for Independent Colleges 2002 duPont/UPS Minority Research Scholarship, summer 2002.
  ~ Supervised Mr. Curtis Ellis, recipient of a 2004 American Academy of Political and Social Sciences Undergraduate Research Award, summer 2003.

*Summer Fellow.* 104th Congress. United States Senate Labor Committee (minority staff). May-August 1995.

## ADMINISTRATIVE, SERVICE, AND LEADERSHIP ACTIVITIES

### ADMINISTRATIVE POSTINGS

*Associate Dean of the College, Randolph-Macon College.* 2007-present.

*Assistant Director, Randolph-Macon College Honors Program.* 2004-06.

*Chair, Randolph-Macon College Publications Board.* 2003-06.

*Pre-Law Advisor,* Randolph-Macon College. 1999 to 2006.

*First Year Experience Program Advisory Board Member.* Randolph-Macon College. 2004-05.

*Vice-Chair, Randolph-Macon College Academic Integrity Council.* 2001-04.

*Chair,* ad hoc *committee on the Capstone Requirement.* Summer 2001.

## LEADERSHIP ACTIVITIES

*IMPACT Facilitator.* Randolph-Macon College Greek Community Retreat, Graves Mountain Lodge, Virginia. November 15-18, 2001.

*Pi Sigma Alpha (Beta Chapter) Steering Committee,* The University of Oklahoma, August, 1996 through October, 1997 and August, 1998 through December 1998.

*Chairperson,* Graduate Student Senate. The University of Oklahoma, April, 1996 through January 1997.

*President,* Student Government Association. The College of Wooster, March, 1993 through March 1994.

*Editor-in-Chief,* The Wooster *Voice,* The Student Newspaper of The College of Wooster, May 1992 through April 1993.

## FACULTY SERVICE ACTIVITIES

*Academic Advisor.* Randolph-Macon College. 2000-06.

*Publications Board.* Randolph-Macon College. 2000-06.

*Advisor to the* Yellow Jacket, *the student newspaper of Randolph-Macon College.* 2000-06.

*Advisor to Pi Sigma Alpha.* Randolph-Macon College, 2000-06.

*Advisor to the Young Democrats,* Randolph-Macon College Chapter, 1999-2006.

*Faculty Representative (Board of Trustees' Appointee).* Randolph-Macon College Presidential Search Committee. Randolph-Macon College, Ashland, Virginia. Appointed April 2005.

*Faculty Representative,* Randolph-Macon College Strategic Planning Committee. Randolph-Macon College, Ashland, Virginia. Elected by the College faculty in May 2002 to serve during the 2002-03 academic year.

*Faculty Representative,* Dean of Students Search Committee, Randolph-Macon College, Ashland, Virginia. Appointed by the College president to serve January-March 2002.

*Committee on Faculty Development.* Randolph-Macon College. Elected by the College Faculty, 2001-2004.

*Ad Hoc Committee on Internships.* Randolph-Macon College. 2001-03

LAUREN C. BELL  11

*Academic Integrity Council.* Randolph-Macon College. May 2000-04.

## COMMUNITY SERVICE ACTIVITIES

*Judge,* Virginia Foundation for Independent Colleges 2007 Ethics Bowl. February 11-12, 2007. Randolph-Macon College.

*Judge,* Virginia Foundation for Independent Colleges 2006 Ethics Bowl. February 12-13, 2006, Lynchburg College.

*Judge,* "We the People" Statewide Finals. Sponsored by the Center for the Constitution at James Madison's Montpelier, February 11-12, 2006, Charlottesville, Virginia.

*Program Participant,* 2005 Annual Meeting of the Virginia Conservation Network. September 23-24, 2005. Ashland, Virginia.

*Participant,* GEAR-UP Program (federally-funded program to encourage high-achieving, underprivileged students to attend college). Randolph-Macon College, Ashland, Virginia, July 2005.

*Judge,* Virginia Foundation for Independent Colleges 2005 Ethics Bowl. February 2005, Virginia Wesleyan University.

*Participant,* Mechumps Creek Stream Clean Up, December 2003. Ashland, Virginia.

*Judge,* Virginia Foundation for Independent Colleges 2003 Ethics Bowl. February 2003, Marymount University.

*Judge,* Virginia Foundation for Independent Colleges 2002 Ethics Bowl. February 2002, Randolph-Macon College.

## GRANTS

Faculty Development Conference Travel Grant Awards, Randolph-Macon College, Spring 2006, Fall 2005, Fall 2004, Spring 2004, Fall 2003, Spring, 2003, Fall 2002, Spring 2002, Fall 2001, Fall 2000, Fall 1999.

Walter Williams Craigie Teaching Endowment Grant for professional activity, Randolph-Macon College, 2002-2003. Awarded January 2002.

The University of Oklahoma Graduate Student Research Grant, 1996.

## FELLOWSHIPS AND SCHOLARSHIPS

United States Supreme Court Fellowship, 2006-2007.

Higgins Academic Center Teaching Fellow, Randolph-Macon College, appointed May 2002.

Wye Faculty Fellow, 2002 Aspen Institute Wye Faculty Seminar Program. July 20-26, 2002, Queenstown, Maryland.

Case 2:08-cr-00917-WKS   Document 146-12   Filed 03/23/11   Page 26 of 26

LAUREN C. BELL  12

American Political Science Association Congressional Fellowship, 1997-98.

Carl Albert Congressional Research and Studies Center Graduate Fellowship, 1994-1999.

The John Halvor Leek Memorial Scholarship, The University of Oklahoma, 1997.

The Tom Nicewander Leadership Award, The College of Wooster, 1994.

The Paul Evans Lamale Scholarship for Excellence in the Social Sciences, The College of Wooster, 1994.

## HONOR SOCIETIES

*Omicron Delta Kappa* (National Leadership Honor Society), inducted 2003.

*Pi Sigma Alpha* (National Political Science Honorary), inducted 1996.

*Sigma Delta Pi* (National Spanish Honorary), inducted 1993.

## PROFESSIONAL MEMBERSHIPS

The American Political Science Association

The Midwest Political Science Association

Pi Sigma Alpha

Northeast Association of Pre-Law Advisors (NAPLA)

Southern Association of Pre-Law Advisors (SAPLA)