*Death Row - 10/14/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Johnson, Corey | E.D. VA No. 3-92-CR-68 | |
| Death row - 2255 | **Penalty Verdict** death | |

**Race and Gender of Def**  B   M   **Race and Gender of Victim(s)**  BF BM

three of four young black inner-city gang members in Richmond, Virginia, who were sentenced to death in 1993, for their roles in eleven crack-related murders. The trial of a fourth defendant, Vernon Thomas, was severed. After the completion of all legal appeals, a May 2006 execution date was stayed pending the outcome of lethal injection litigation in the DC Circuit Court. There is substantial evidence of mental retardation but all mental retardation claims to date have been rejected.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Roane, James | E.D. VA No. 3-92-CR-68 | |
| Death row - 2255 | **Penalty Verdict** death | |

**Race and Gender of Def**  B   M   **Race and Gender of Victim(s)**  BF BM

three of four young black inner-city gang members in Richmond, Virginia, who were sentenced to death in 1993, for their roles in eleven crack-related murders. The trial of a fourth defendant, Vernon Thomas, was severed. After the completion of all legal appeals, a May 2006 execution date was stayed pending the outcome of lethal injection litigation in the DC Circuit Court.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Tipton, Richard | E.D. VA No. 3-92-CR-68 | |
| Death row - 2255 | **Penalty Verdict** death | |

**Race and Gender of Def**  B   M   **Race and Gender of Victim(s)**  BF BM

three of four young black inner-city gang members in Richmond, Virginia, who were sentenced to death in 1993, for their roles in eleven crack-related murders. The trial of a fourth defendant, Vernon Thomas, was severed. After the completion of all legal appeals, a May 2006 execution date was stayed pending the outcome of lethal injection litigation in the DC Circuit Court.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Davis, Len | E.D. LA CR No. 94-381 | |
| Death row - Appeal | **Penalty Verdict** death | |

**Race and Gender of Def**  B   M   **Race and Gender of Victim(s)**  BF

civil rights - an African- American New Orleans police officer, Len Davis, who was being investigated (and tape recorded) in a drug conspiracy case. Davis ordered the murder of a 32 year old mother of three, Kim Groves, who witnessed his beating of a witness in an unrelated incident. Groves had filed a brutality complaint against Davis. Paul Hardy, 27, carried out the killing. Murder for hire is alleged as an aggravating circumstance. Davis, then Hardy, were sentenced to death by a jury in 1996, which heard sequential penalty phase presentations. Davis did not attend his. The Fifth Circuit reversed one of the convictions and ordered a new sentencing trial on the remaining convictions in 1999. 185 F.3d 407. On remand the District Court dismissed the Notice of Intent to Seek the Death Penalty based on *Ring v. Arizona*. This ruling was reversed by the Fifth Circuit. 380 F. 3rd 821. Davis was convicted and resentenced to death in 2005. An appeal is pending.

*Death Row - 10/14/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|

Hall, Orlando C.

N.D. TX No. 4:94-CR-121-Y

Death row - 2255

**Penalty Verdict** death

**Race and Gender of Def**  B  M  **Race and Gender of Victim(s)**  BF

the first approval of a death penalty prosecution under the 1994 Federal Death Penalty Act. Hall, and his co-defendant, Webster, both African-American, were charged in Fort Worth, Texas, with the abduction, sexual assault and beating murder of a 16-year-old black female whose older brother had allegedly stolen marijuana. In 1995, Hall was sentenced to death after the jury heard testimony from co-defendants who pled guilty and testified in return for leniency. Expert testimony suggested the victim was still alive when buried. After a separate trial, Bruce Webster was sentenced to death by a jury in 1996. After the completion of all legal appeals, Hall has joined the lethal injection litigation in the DC Circuit Court.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|

Webster, Bruce

N.D. TX No. 4:94-CR-121-Y

Death row - 2255

**Penalty Verdict** death

**Race and Gender of Def**  B  M  **Race and Gender of Victim(s)**  BF

the first approval of a death penalty prosecution under the 1994 Federal Death Penalty Act. Hall, and his co-defendant, Webster, both African-American, were charged in Fort Worth, Texas, with the abduction, sexual assault and beating murder of a 16-year-old black female whose older brother had allegedly stolen marijuana. In 1995, Hall was sentenced to death after the jury heard testimony from co-defendants who pled guilty and testified in return for leniency. Expert testimony suggested the victim was still alive when buried. After a separate trial, Bruce Webster was sentenced to death by a jury in 1996. Webster is the first case in which a federal defendant has been sentenced to death after attempting to establish his ineligibility for the death penalty by reason of mental retardation. After completion of all legal appeals, an April 2007 execution date was stayed pending the outcome of lethal injection litigation in the D.C. Circuit Court.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|

Battle, Anthony

N.D. GA No. 1:95 CR 528

Death row - 2255

**Penalty Verdict** death

**Race and Gender of Def**  B  M  **Race and Gender of Victim(s)**  BM

law enforcement officer victim - a black inmate with a history of psychiatric problems who was sentenced to death for the hammer-murder of an African-American guard in the Atlanta federal penitentiary. Mr. Battle was serving a life sentence for the murder of his wife when the killing occurred. In 1997 a federal jury rejected Mr. Battle's insanity defense and returned a death sentence after three hours' deliberation. After the completion of all legal appeals, Battle has joined the lethal injection litigation in the D.C. Circuit Court.

*Death Row - 10/14/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Johnson, Darryl Alamont | N.D. IL No. 96 CR 379 | |

Death row - 2255                                    **Penalty Verdict** death

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

involves multiple killings and a "Gangster Disciple" drug conspiracy/racketeering/multiple murder case. Two homicides were charged, one of a government confidential informant. Co-defendant Quan Ray committed two murders on orders of Mr. Johnson. Four additional homicides were alleged in aggravation. Murder for hire is alleged as an aggravating circumstance. Ray was sentenced to life in prison at a separate trial. Johnson's jury recommended a sentence of death in 1997. An appeal to the Seventh Circuit was rejected in 2000. A motion for post conviction relief is pending.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Paul, Jeffrey Williams | W.D. AR No. 6:96CR60022 | |

Death row - 2255                                    **Penalty Verdict** death

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WM

Paul is one of two white teenagers charged with the robbery-murder of an elderly white National Parks employee in Hot Springs National Park (USPS), federal land within the city of Hot Springs, Arkansas. A Hot Springs federal jury unanimously imposed a life sentence on co-defendant Trinity Ingle on June 6, 1997. Paul's separate trial began on June 17, 1997, and ended with a death sentence on June 25, 1997. All involved are white. A 28 USC §2255 motion was denied without an evidentiary hearing, a ruling affirmed by the Eighth Circuit. A Petition for a Writ of Certiorari is pending.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Allen, Billie Jerome | E.D. MO No. 4:97 CR 0141 ERW (TCM) | |

Death row - 2255                                    **Penalty Verdict** Death

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WM

two black defendants charged with the fatal shooting of a white bank guard during a robbery. Attorney General Reno authorized the government to seek the death penalty on August 1, 1997. After separate trials, death sentences were returned on March 10, 1998 for Allen and April 3, 1998 for Holder. Appeals were rejected by the Eighth Circuit. 247 F.3d 741 (2001). The Supreme Court remanded in light of Ring v. Arizona, 536 U.S. 953. An en banc Eighth Circuit reversed the three-judge panel's grant of penalty phase relief. A 28 U.S.C. §2255 motion is pending.

*Death Row - 10/14/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Barnette, Aquila Marcivicci | W.D. NC No. 3:97CR23-P | |
| Death row - Appeal | **Penalty Verdict** death | |

**Race and Gender of Def**  B    M    **Race and Gender of Victim(s)**  WM BF

multiple murder including a domestic killing. Barnette confessed to murdering a motorist during a Charlotte, North Carolina carjacking. He drove the victim's car to Roanoke, Virginia, where he killed his former girlfriend. Barnette has a long history of domestic abuse of the second victim. The defendant and the female victim are black; the carjacking victim was white. A Charlotte, North Carolina jury imposed the death penalty in 1998. Two years later the appeals court ordered a new sentencing trial. 211 F.3d 803 (4th Cir. 2000). Barnette was again sentenced to death in 2002. The United States Supreme Court, in October 2005, remanded the case to the Fourth Circuit for consideration of a Batson claim. The Fourth Circuit remanded the case to the district court in August 2007 for an evidentiary hearing.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Holder, Norris G. | E.D. MO CR No. 4:97 0141 ERW (TCM) | |
| Death row - 2255 | **Penalty Verdict** Death | |

**Race and Gender of Def**  B    M    **Race and Gender of Victim(s)**  WM

two black defendants charged with the fatal shooting of a white bank guard during a robbery. Attorney General Reno authorized the government to seek the death penalty on August 1, 1997. After separate trials, death sentences were returned on March 10, 1998 for Allen and April 3, 1998 for Holder. A 2255 motion for post-conviction relief was denied and an appeal is pending.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Gabrion, Marvin | W.D. MI No. 1:99-CR-76 | |
| Death row - Appeal | **Penalty Verdict** death | |

**Race and Gender of Def**  W    M    **Race and Gender of Victim(s)**  WF

the disappearance of an alleged rape victim before Gabrion's trial, as well as the multiple disappearance of her 3 year old child and three men. The bound victim was found in a lake, part of federal land, the Manistee National Forest (USFS). Attorney General Ashcroft required a capital prosecution in this 18 U.S.C. §1111 case. All involved are white. The Sixth Circuit Court of Appeals remanded the case for the presentation of additional evidence on the issue of subject matter jurisdiction. The case has returned to the Sixth Circuit. A partial direct appeal opinion finding subject matter jurisdiction was decided on March 14, 2008.

*Death Row - 10/14/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Lee, Daniel Louis | E.D. AR No. LR-CR-97-243 | |
| Death row - 2255 | **Penalty Verdict** death | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF WM

involves multiple killings - a RICO prosecution of an organization supposedly intent upon starting a revolution. The capital crime was the murder of a family of three (an Arkansas gun dealer, his wife and their 8 year old child) in the Fall of 1996. The defendants may have believed the gun dealer was an ATF informant. The victims were killed by duct-taping plastic bags over their heads, handcuffing the three and throwing them in a river. The defendants and the victims are white. Co-defendant Chevie Kehoe was charged in two additional murders as well. The defendants were also charged with bombing the Spokane, WA city hall. Kehoe, older, whom some considered more culpable, was first sentenced to life by the jury at a 1999 separate penalty hearing. At that point the United States Attorney attempted to withdraw the request for the death penalty. The Attorney General was unavailable, so the Deputy Attorney General declined the request. Lee was then sentenced to death. The next year the District Court ordered a new sentencing hearing for Lee. 89 F.Supp.2d 1017 (E.D. AR). That decision was reversed by the Eighth Circuit. 274 F.3d 485 (2001), which later affirmed the convictions and death sentences. A 28 U.S.C. 2255 motion was denied. A Rule 59(e) motion is pending.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Ortiz, Arboleda | W.D. MO No. 98- 00311-01/05-CR-W-2 | |
| Death row - 2255 | **Penalty Verdict** death | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   HM

four foreign national Colombians charged in a drug related murder. The alleged ringleader, Hinestroza, was a fugitive who was eventually arrested and received a life sentence at a separate trial. The victim and his nephew (who sold cocaine for the gang) stole $240,000 from them. The defendants tied up, interrogated, duck taped and shot both victims. The nephew lived, escaped and identified the defendants. Sinisterra shot and killed one victim. Ortiz or Tello shot the surviving victim. Sinisterra and Ortiz were sentenced to death. The jury deadlocked on punishment for Tello, and he was sentenced to life in prison. Although not litigated at trial, Ortiz has a full scale I.Q. of 54. A 2255 motion for post-conviction relief was denied, after an evidentiary hearing on December 14, 2007. An appeal is pending.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Sinisterra, German | W.D. MO No. 98- 00311-01/05-CR-W-2 | |
| Death row - 2255 | **Penalty Verdict** death | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   HM

four foreign national Colombians charged in a drug related murder. The alleged ringleader, Hinestroza, was a fugitive who was eventually arrested and received a life sentence at a separate trial. Hinestroza and his gang sold cocaine in the Kansas City area. The victim and his nephew (who sold cocaine for the gang) stole $240,000 from them. The defendants tied up, interrogated, duck taped and shot both victims. The nephew lived, escaped and identified the defendants. Sinisterra shot and killed one victim. Ortiz or Tello shot the surviving victim. Sinisterra and Ortiz were sentenced to death. The jury deadlocked on punishment for Tello, and he was sentenced to life in prison. A 2255 motion for post-conviction relief was denied without a hearing. An appeal is pending.

*Death Row - 10/14/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|

Higgs, Dustin

D. MD CR No. PJM-98- 0502

Death row - 2255

**Penalty Verdict** death

**Race and Gender of Def** B  M  **Race and Gender of Victim(s)** BF

involves multiple (two) killings - the January 1996 triple intrastate kidnapping/murder of three black females from D.C. Patuxent Wildlife Research Center (USFW), federal property. Haynes, 20, confessed that he fired the shots. He said Higgs, 26, gave him the gun and told him to do it after an argument with the women. The defendants are African-American and were involved in another shooting six weeks before. Haynes' jury deadlocked and he was sentenced to life in prison. Higgs was sentenced to death by an all male jury at a separate, subsequent trial. The government suggested a witness killing motive at this trial and alleged Higgs plotter to kill a government witness and/or his family. He was already serving a 17 year sentence on a drug conviction. All involved are African-American. A 2255 motion for post-conviction relief is pending.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|

Vialva, Christopher Andre

W.D. TX No. W99CR070

Death row - 2255

**Penalty Verdict** death

**Race and Gender of Def** B  M  **Race and Gender of Victim(s)** WF WM

Vialva, 19, Bernard, 18, and two juveniles, all with alleged gang affiliations. These African-Americans were convicted of a 1999 18 U.S. C. § 1111 carjacking/double homicide and robbery of a young white innocent "church" couple. The bodies of the victims were found in the trunk of their car just inside the Fort Hood boundary, with gunshot wounds to the face and head. The vehicle had been set on fire. Authorities believe Vialva shot the victims. A 2255 motion for post-conviction relief is pending.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|

Bernard, Brandon

W.D. TX No. W99CR070

Death row - 2255

**Penalty Verdict** death

**Race and Gender of Def** B  M  **Race and Gender of Victim(s)** WF WM

Vialva, 19, Bernard, 18, and two juveniles, all with alleged gang affiliations. These African-Americans were convicted of a 1999 18 U.S. C. § 1111 carjacking/double homicide and robbery of a young white innocent "church" couple. The bodies of the victims were found in the trunk of their car just inside the Fort Hood boundary, with gunshot wounds to the face and head. The vehicle had been set on fire. Authorities believe Vialva shot the victims. A 2255 motion for post-conviction relief is pending.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|

Nelson, Keith D.

W.D. MO No. 99-CR-303-1

Death row - 2255

**Penalty Verdict** death

**Race and Gender of Def** W  M  **Race and Gender of Victim(s)** WF

the interstate 1999 kidnapping and murder of a ten year old girl, in violation of 18 U.S.C. §1201. Both the defendant and the victim are white. A 28 U.S.C. §2255 motion was denied without an evidentiary hearing or the grant of a Certificate of Appealability. The Eighth Circuit reversed the district court and remanded the case for an evidentiary hearing.

*Death Row - 10/14/09*

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Johnson, Angela | N.D. IA No. 3:01-CR-03046-MWB | |
| Death row - 2255 | **Penalty Verdict**  death | |

**Race and Gender of Def**   W   F   **Race and Gender of Victim(s)**   WF WM

five murders in 1993 of a potential witness, his girlfriend (both meth dealers) and two daughters, in a drug conspiracy case. The fifth victim is Angela Johnson's former boyfriend, another dealer turned informant, who disappeared in November of 1993. Johnson attempted suicide in jail after she was tricked by a jailhouse informant into revealing the location of the bodies. A-G-A rejected Honken's attempt to enter a plea to a life sentence. Attorney General Gonzales rejected Johnson's attempt to enter a plea to a life sentence. Attorney General Gonzales rejected a plea offer. All involved are white. The direct appeal was denied in September 2007. A petition for a writ of certiorari was denied.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Honken, Dustin | N.D. IA No.3:01-CR-03047-MWB | |
| Death row - Appeal | **Penalty Verdict**  death | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF WM

five murders in 1993 of a potential witness, his girlfriend and two daughters, in a drug conspiracy case. The fifth victim is Angela Johnson's former boyfriend, who disappeared in November of 1993. Johnson attempted suicide in jail after she was tricked by a jailhouse informant into revealing the location of the bodies. Attorney General Gonzales rejected Johnson's attempt to enter a plea to a life sentence. All involved are white. A direct appeal was denied. A petition for a writ of certiorari is pending.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Jackson, Richard | W.D. NC No. 00-CR-74 | |
| Death row - 2255 | **Penalty Verdict**  death | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF

a capital defendant in state court who pled guilty to second degree murder, intrastate kidnaping and rape of a 22 year old woman jogging Holloween morning in the Pisgah National Forest (USFS). Jackson received a 25 - 31 years sentence in state court. He was charged in federal court in another Petite Policy case after the North Carolina Supreme Court reversed his original death sentence and conviction, and suppressed his confession on Edwards grounds. Jackson was 31 years old. The victim was tied with duct tape to a tree on federal land in the Bent Creek Recreation Area in the Pisgah National Forest off Blue Ridge Parkway, on federal land, raped and shot one time. All involved are white. A 2255 motion for post-conviction relief was denied. A Rule 59 (e) motion was denied. An appeal is pending.

*Death Row - 10/14/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Fell, Donald | D. VT 2:01-CR-12-01 | |
| Death row - Appeal | **Penalty Verdict** death | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF WM

multiple (three) murders, a carjacking and an interstate kidnapping. The defendants were high on crack when an argument erupted with Fell's mother and a male friend. The male friend's throat was slashed by Fell and Fell's mother stabbed to death by Lee, the co-defendant. The two then carjacked a 53 year old grandmother at a supermarket. Crossing into New York, they told her to get out and she attempted to run into the woods. They followed her and allegedly killed her by kicking her. The defendants both made incriminating statements. They were arrested three days later in Arkansas. All involved are Caucasian. Lee committed suicide in 2001 by hanging himself in jail. Authorities said it was an accident. Attorney General Ashcroft rejected a plea agreement stipulating life in prison, and required a capital prosecution. The Attorney General also rejected a bench trial. The court declared the FDPA unconstitutional. 217 F.Supp.2d 469 (2002). This ruling was reversed by the Second Circuit. 360 F.3d 135 (2004). The direct appeal was denied. His conviction and death sentence were affirmed.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Robinson, Julius Omar | N.D. TX No. 00-CR-260 | |
| Death row - 2255 | **Penalty Verdict** death | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   HM BM

a Fort Worth drug trafficking prosecution of the leaders of an Arlington-based drug ring responsible for multiple (three) murders. The first killing involved a 1998 shooting of an African-American, mistaken for the intended victim, in a car traveling on Cential Expressway. A second 1999 killing was of an Hispanic person, mistaken for the intended victim, his brother, who allegedly sold a fake kilo of cocaine to Robinson. Britt was the triggerman in the third 1999 killing of another drug dealer, a Mexican national, who had stolen 20 kilos from a Laredo drug kingpin. Robinson was following in another car. Britt and Robinson, African-American, both allegedly fired weapons in the first and second incidents. The Court set, then extended, a deadline for the approval of a capital prosecution. Attorney General Ashcroft rejected a plea agreement involving a life sentence. Co-defendant Britt was sentenced to life in prison at a separate trial. A 2255 motion for post-conviction relief was denied. An appeal is now pending. Robinson has also filed a lethal injection lawsuit in the DC Circuit Court.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Agofsky, Shannon Wayne | E.D. TX 1:03-CR 173 | |
| Death row - 2255 | **Penalty Verdict** death | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WM

Agofsky, along with his brother, was serving a life sentence for the 1992 abduction and murder of a president of a financial institution. Agofsky took him to the institution and forced him to open the vault and then killed him. In 2004, Agofsky was convicted of beating, kicking and stomping to death a fellow inmate at a federal prison in Beaumont, Texas. The victim was serving a term for arson and firearms. The government alleged this was a premeditated prison "gang" hit. All involved are white. This was the fourth murder at Beaumont FCI since March of 1997. The Fifth Circuit remanded for resentencing. A 28 U.S.C. §2255 motion is pending.

*Death Row - 10/14/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Sampson, Gary | D. MA No. 01-CR-10384 | |
| Death row - 2255 | **Penalty Verdict**  death | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WM

Sampson plead guilty to two separate car-jacking murders in Massachusetts that took place three days apart in the summer of 2001. The victims were a 69-year old grandfather and a 19-year old college student. Sampson confessed to those crimes as well as to a strangulation murder in New Hampshire that he committed three days after the second carjacking murder, and to a subsequent unsuccessful attempted carjacking in Vermont. The crimes all occurred within an 8-day period. He confessed, as well, to having committed a series of 5 bank robberies in North Carolina prior to coming to New England. The day before he committed the first murder, Sampson had called the FBI in Boston in an effort to surrender on the bank robberies. The FBI accidentally or deliberately disconnected the call or chose not to follow up. A 28 U.S.C. §2255 motion is pending.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Purkey, Wesley Ira | W.D. MO No. 01-CR-308 | |
| Death row - 2255 | **Penalty Verdict**  death | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF

the 1998 interstate kidnapping (from Missouri to Kansas), rape and murder of a 17 year old high school girl, whose body was then dismembered and burned. Purkey is serving a prison sentence for another killing. Previously, Purkey was paroled after 17 years for shooting a man. Both victim and defendant are white. A 28 U.S.C. §2255 motion is pending.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Fields, Sherman Lamont | W.D. TX No. 01-CR-164 | |
| Death row - 2255 | **Penalty Verdict**  death | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BF

a jail escape and a domestic murder. The 2001 domestic killing/gun murder in Waco of an innocent former girlfriend and mother of three young children, by a twice convicted felon who escaped from jail. Initially, the jury was deadlocked on punishment. Fields was a federal prisoner who bribed a jail guard to leave a door unlocked. He was sentenced to 12 years on the gun charge. All involved are black. Fields represented himself during the guilt phase. A 28 U.S.C. §2255 motion is pending.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Mitchell, Lezmond | D. AZ No. 01-CR-1062 | |
| Death row - 2255 | **Penalty Verdict**  death | |

**Race and Gender of Def**   NA   M   **Race and Gender of Victim(s)**   NAF

murder on Navajo tribal land. All involved are Native American. The defendant and a juvenile got a ride from a woman and her 9 year old granddaughter, killed both and stole the car supposedly for use in an armed robbery. Each victim was stabbed at a separate location. In an attempt to hide the victim's identity, the hands and heads of the victims were removed. Attorney General Ashcroft required a capital prosecution against Mitchell under a carjacking theory -- although the Navajo tribe has not "opted in" to the federal death penalty. A 28 U.S.C. §2255 motion is pending.

*Death Row - 10/14/09*

| | | |
|---|---|---|
| *Name* | *D.Ct Docket #* | *Race* |
| Mikos, Ronald | N.D. IL No. 02-CR 137 | |
| Death row - Appeal | **Penalty Verdict** death | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF

involves the § 1512 murder on January 27, 2002,of a government witness to prevent her testimony before the grand jury. Mikos, a podiatrist, and another are accused in many counts of defrauding Medicare, HCFA and HHS. When the victim was served with a federal grand jury subpoena for her testimony regarding treatment/non-treatment by Mikos, he allegedly tried to persuade the victim to lie to the grand jury either by claiming lack of memory or stating that the surgery had been performed. When she refused he allegedly shot her. All involved are white. Direct appeal was denied. A petition for a writ of certiorari was denied.

| | | |
|---|---|---|
| *Name* | *D.Ct Docket #* | *Race* |
| Fulks, Chadrick | D. SC No. 02-CR-992 | |
| Death row - 2255 | **Penalty Verdict** death | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF

carjacking and interstate kidnapping from a WalMart parking lot of a woman whose body was never recovered. A video camera captured part of the abduction. Witnesses saw her with the defendants later that day in North Carolina. The defendants had escaped 10 days earlier from a Kentucky jail. Basham was arrested three days later after allegedly trying to hijack a car at an Ashland, Kentucky mall. He has been charged with attempted murder and robbery. Fulks was arrested six days later, in Goshen, Indiana. The defendants are also accused of kidnapping a Kentucky man and leaving him tied to a tree in Evansville, Indiana. Basham has told the FBI that he and Fulks abducted another victim, a 19-year-old West Virginia college student, three days before the South Carolina abduction. Her car was found burned in West Virginia. A separate federal capital indictment was filed in that state and both defendants pled guilty and were sentenced to life in prison. All involved are white. A 28 U.S.C. §2255 motion is pending.

| | | |
|---|---|---|
| *Name* | *D.Ct Docket #* | *Race* |
| Basham, Branden | D. SC No. 02-CR-992 | |
| Death row - Appeal | **Penalty Verdict** death | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF

carjacking and interstate kidnapping from a WalMart parking lot of a woman whose body was never recovered. A video camera captured part of the abduction. Witnesses saw her with the defendants later that day in North Carolina. The defendants had escaped 10 days earlier from a Kentucky jail. Basham was arrested three days later after allegedly trying to hijack a car at an Ashland, Kentucky mall. He has been charged with attempted murder and robbery. Fulks was arrested six days later, in Goshen, Indiana. The defendants are also accused of kidnapping a Kentucky man and leaving him tied to a tree in Evansville, Indiana. Basham has told the FBI that he and Fulks abducted another victim, a 19-year-old West Virginia college student, three days before the South Carolina abduction. Her car was found burned in West Virginia. A separate federal capital indictment was filed in that state and both defendants pled guilty and were sentenced to life in prison . All involved are white. A direct appeal was denied. Basham's convictions and death sentence were affirmed.

*Death Row - 10/14/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| LeCroy, William Emmett | N.D. GA No. 02-CR-38 | |

Death Row - 2255

**Penalty Verdict**  death

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF

a carjacking murder. The victim, a nurse practitioner, came home, was surprised inside her home, bound, raped, stabbed to death in her bedroom. LeCroy took car keys from her purse and then stole her Frod Explorer. He was arrested two days later in Minnesota trying to enter Canada with the victim's SUV. All involved are white. His direct appeal was denied. A 28 U.S.C. § 2255 motion is pending. An evidentiary hearing has been ordered.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Mikhel, Iouri | C.D. CA CR No. 02-220 (A)-NM | |

Death row - Appeal

**Penalty Verdict**  death

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF WM

multiple (five) kidnapping ransom murders by the Russian mob. Wealthy Russian immigrants were kidnapped, held for ransom, murdered and their bodies dumped in a reservoir. 1.2 million was collected in ransom. All involved are Caucasian. Mikhel and Kadamovas are charged in four, the others in two, except Krylov, who is charged in three murders. The indictment charged hostage taking resulting in death. 18 U.S.C. §1203. Mikhel, Kadamovas and Krylov faced the death penalty. Mikhel and Kadamovas were sentenced to death. At a separate trial, Krylov was sentenced to life imprisonment after Attorney General Gonzales rejected an offer to plead guilty. A direct appeal is pending.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Kadamovas, Jurijus | C.D. CA CR No. 02-220 (A)-NM | |

Death row - Appeal

**Penalty Verdict**  death

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF WM

multiple (five) kidnapping ransom murders by the Russian mob. Wealthy Russian immigrants were kidnapped, held for ransom, murdered and their bodies dumped in a reservoir. 1.2 million was collected in ransom. All involved are Caucasian foreign nationals. Mikhel and Kadamovas are charged in four, the others in two, except Krylov, who is charged in three murders. The indictment charged hostage taking resulting in death. 18 U.S.C. §1203. Mikhel, Kadamovas and Krylov faced the death penalty. Mikhel and Kadamovas were sentenced to death. At a separate trial, Krylov was sentenced to life imprisonment after Attorney General Gonzales rejected an offer to plead guilty. A direct appeal is pending.

*Death Row - 10/14/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Corley, Odell | N.D. IN No. 02-CR-116 | |
| Death row - 2255 | **Penalty Verdict**  Death | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WF

a bank robbery and multiple gun murders. Five people, three African-American males, one African-American female and one white woman (the pregnant girlfriend of Johnson), robbed a bank and shot to death a white female teller, while wounding another white male teller who died ten weeks after the shooting. A white male security guard was also wounded, leaving him a paraplegic. Corley, who has taken the name Nasih Khalil Ra'id, was the ring leader who burst into the bank shooting. Johnson was also a gunman. McGregor was a driver. Gay and Ramsey were some distance away. The robbery was videotaped although the gunman was in disguise. Corley's palm print was found inside the bank. Corley committed a prior murder in 1998. A direct appeal was denied, as was a petition for writ of certiorari.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Taylor, Rejon | E.D. TN No. 1:04-CR-00160-1 | |
| Death row - Appeal | **Penalty Verdict** | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WM

an interstate kidnapping, carjacking, gun murder of an Atlanta restaurant owner who was a potential witness against Taylor in an identity theft scheme. The victim was abducted in Atlanta and killed in Tennessee. Fearing prosecution, the defendants robbed, kidnapped and threatened the deceased who was shot and killed while trying to escape. Matthews fired also and was himself accidentally shot by Taylor. Taylor fired the fatal shots. Attorney General Gonzales required a capital prosecution after Taylor attempted to escape from jail. The defendants are black, the victim white. A direct appeal is pending.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Barrett, Kenneth Eugene | E.D. OK CR No. 04-100-M-S | |
| Death row - 2255 | **Penalty Verdict**  death | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WM

law enforcement officer victim - another petite policy case. Barrett lived in a small, rural, self-built cabin without electricity and running water. A "no-knock" warrant was issued based on allegations that he was a drug manufacturer/dealer, a gun owner and had previously made statements about killing law enforcement officers. During a late night raid, Barrett grabbed a gun and started shooting at an unmarked Ford Bronco approaching the cabin. The police shot back and Barrett was wounded. A state law enforcement officer was killed. There are numerous drug-related charges in the complaint. Barrett was tried twice in state court - the first trial resulting in a hung jury and the second resulting in manslaughter and assault with intent to kill convictions. All involved are white. His conviction and death sentence were affirmed on direct appeal. A 28 U.S.C. §2255 motion is pending.

*Death Row - 10/14/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Bolden, Robert, Sr. | E.D. MO No. 4:02-CR 0557 CEF (AGF) | |
| Death row - Appeal | **Penalty Verdict** Death | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WM

a 2002 bank robbery murder. 18 U.S.C. §§924(c), 1111 and 2113. The victim was a white security guard, the son of a police officer, who encountered three robbers in the parking lot of the Bank of America. The defendants are African-American. Only Bolden faced the death penalty. A direct appeal was denied. Bolden's convictions and death sentence were affirmed.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Brown, Meier Jason | S.D. GA CR No. 403-01 | |
| Death row - 2255 | **Penalty Verdict** death | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WF

the stabbing murder of a United States Postal Service employee during a robbery at a United States Post Office. Brown confessed and blood was found on his jacket and bike. The victim is white and the defendant is black. She was stabbed 10 times. There was a conditional plea agreement specifying a life sentence. Attorney General Ashcroft rejected a plea agreement and required a capital trial. Brown's 2255 motion was denied. An appeal is pending.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Bourgeois, Alfred | S.D. TX CR No. 02-216 | |
| Death row - 2255 | **Penalty Verdict** death | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BF

domestic killing on federal land - a two year old child who died from "shaken baby syndrome". The baby was found unresponsive beside her father's tractor-trailer. Bourgeois and his wife told authorities the toddler had fallen out of the cab while they were making a delivery at Naval Air Station Corpus Christi. The toddler had seven major hemorrhages - two behind her right ear, two above her right eye and three in the back of her skull. The pathologist who examined the toddler's body called it "one of the worst cases of child abuse she'd ever seen." Bourgeois's wife and his 7-year-old daughter alleged Bourgeois had abused the toddler before. "(Bourgeois) hit her as hard as he would hit another man," the wife told the FBI, according to an affidavit. All involved are African-American. A 28 USC §2255 motion is pending.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Fields, Edward | E.D. OK No. 6:03-CR-00073 | |
| Death row - 2255 | **Penalty Verdict** death | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF WM

a robbery and multiple gun murder of a married couple on federal land in the Winding Stair Campgrounds in the Quachita National Forest (USFS). All involved are white. Fields has no prior criminal record, a good military record and a history of mental illness. Fields had been living in the forest. The district court set a deadline for a decision by the Attorney General on the death penalty. The murders occurred around July 10, 2004. Fields, a former prison guard, went on a shopping spree with the victim's credit cards. He confessed expressing remorse. Fields pled guilty and was sentenced to death by jury. A 28

*Death Row - 10/14/09*

*Name*                              *D.Ct Docket #*                                    *Race*

Lighty, Kenneth Jamal                D. MD No. 8:03-CR-00457-PJM

Death row - Appeal                          **Penalty Verdict**  death

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

three defendants, and possibly another, kidnapped the teenage victim in D.C., transported him to Maryland, where he was shot to death. The victim was the son of a Washington police officer. Lighty is charged as the shooter, and the other two with assisting him. All involved are African-American. Co-defendant Wilson was convicted of conspiracy to kidnap but acquitted of kidnapping and weapons charges. A direct appeal is pending.

*Name*                              *D.Ct Docket #*                                    *Race*

Johnson, John                        E.D. LA No. 2:04-CR-00017-HGB-SS

Death Row - Appeal                          **Penalty Verdict**  Death

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WM

Jones, Johnson and Smith entered the Iberia Bank and Smith disarmed the security guard. Another guard, hidden from view, opened fire, wounding Smith and Johnson, who was unable to flee the bank. Johnson returned fire, killing one guard and wounding another. Jones fled the bank but all three defendants were arrested within moments. The defendants are black and were over 50 years old. They each have extensive records, albeit not for violent offenses. The deceased guard is white , the wounded guard is black. A direct appeal is pending.

*Name*                              *D.Ct Docket #*                                    *Race*

Rodriguez, Alfonso, Jr.              D. ND No. 04-CR-55

Death row - Appeal                          **Penalty Verdict**  death

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   WF

the interstate kidnapping murder of a 22 year old white female victim who disappeared from a Grand Forks shopping mall parking lot on November 22, 2003. Her body was found April 17, 2004. Rodriguez, 53, is a convicted sex offender, who had been released from prison in May of 2003 after serving a 23 year sentence for attempted kidnapping, assault and other convictions for attempted rape and aggravated rape. Before he was released, Rodriguez requested help from a Minnesota prison psychologist. The Hispanic defendant allegedly crossed state lines while committing the crime. This was the first death sentence in North Dakota in 100 years. A direct appeal is pending.

*Name*                              *D.Ct Docket #*                                    *Race*

Wilson, Ronell                       E.D. NY No. 1:04-CR-01016-NGG

Death row - Appeal                          **Penalty Verdict**

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

the execution style multiple murders of two undercover NYPD detectives during a gun sting operation. The case is charged as a racketeering conspiracy. The Staten Island District Attorney asked the United States Attorney to charge Wilson after the New York State Court of Appeals ruled in June 2004, that the state death-penalty law was unconstitutional. All involved are African-American. A direct appeal is pending.

*Death Row - 10/14/09*

**Name**                                    ***D.Ct Docket #***                                    **Race**

Lawrence, Daryl                      S.D. OH No. 2:05-CR-00011-GLF-1

Death row - Appeal                          **Penalty Verdict**  Death

**Race and Gender of Def**  B    M    **Race and Gender of Victim(s)**  WM

law enforcement officer victim - a January 2004 cross-racial gun murder of a law enforcement officer during a bank robbery. Lawrence committed other bank robberies in August and September of 2004. The Columbus, Ohio police officer and bank security guard victim is white and the defendant is black. A new trial motion was granted in October 2006, but the Sixth Circuit reversed. The direct appeal is proceeding.


**Name**                                    ***D.Ct Docket #***                                    **Race**

Caro, Carlos David                      W.D. VA No. 06 CR 00001

Death row - Appeal                          **Penalty Verdict**  death

**Race and Gender of Def**  H    M    **Race and Gender of Victim(s)**  HM

a 2003 BOP prison inmate strangulation murder of a cellmate at USP Lee by an alleged member of the Texas Syndicate prison gang. Caro was serving a 71 month sentence, had supervised release revoked and then received 327 months (27 years) in 2003 for conspiracy to murder involving a prison gang related stabbing. The murder was triggered by a dispute over a food tray. All involved are Hispanic. A direct appeal is pending.


**Name**                                    ***D.Ct Docket #***                                    **Race**

Montgomery, Lisa                      W.D. MO No. 5:05-CR-06002-GAF

Death Row - Appeal                          **Penalty Verdict**  death

**Race and Gender of Def**  W    F    **Race and Gender of Victim(s)**  WF

a baby girl was cut of her murdered mother's womb and taken across state lines. She was found alive in the possession of a Kansas woman, who police charged with interstate kidnapping resulting in death. Kevin and Lisa Montgomery have two older children, but she had recently lost a baby. The victim was eight months pregnant and strangled with a rope. Montgomery confessed. All involved are white. A direct appeal is pending.

*Death Row - 10/14/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Duncan, Joseph | D. ID CR No. 07-23-N-EJL | |
| Death row - Appeal | **Penalty Verdict** | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF WM

interstate kidnapping and multiple (four) murders, including sexual abuse, torture and murder of innocent children. Two adults and a 13 year old boy were beaten to death in North Idaho. Two young children, a girl 8 years old and a boy 9, were kidnapped. Duncan is a registered sex offender, having been released in 2000 after many years in a Washington state prison. Both children were tortured and sexually abused and the 8 year old girl watched her 9 year old brother die. Duncan videotaped the abuse and torture. The 8-year old girl was seen with Duncan and was rescued. Duncan confessed to a double child kidnapping murder in Seattle, Washington and a child murder in Riverside, California. Duncan pled guilty to other murders in Idaho. Duncan pled guilty, was found competent and represented himself, putting up no defense at the penalty trial. All involved are white. An appeal on issue of why appeal should not be dismissed for lack of jurisdiction is pending in the Ninth Circuit.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Jackson, David Lee | E.D. TX No. 1:06-CR-51 | |
| Death row - Appeal | **Penalty Verdict**   death | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

a 1999 BOP inmate stabbing murder at the USP in Beaumont, Texas. Jackson was incarcerated for a weapons violation. Co-defendant Gully was in prison for drug trafficking. Both were sent to ADX in Florence, Colorado, after the homicide. Gully did not face the death penalty. All involved are black. A direct appeal was denied. A petition for writ of certiorari is pending.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Hager, Thomas Morocco | E.D. VA No. 1:05-CR-00264-TSE | |
| Death row - Appeal | **Penalty Verdict** | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WF

the 1993 stabbing death of a white Fairfax County woman by a black convict who is also serving a life sentence. Since 1992, Hager allegedly killed five other people and ordered the slaying of a seventh person. Co-defendants Barnett and Johnson, juveniles, pled guilty and received life sentences for the 1993 murder of Barbara White, a 19-year-old single mother. They stabbed the victim multiple (82) times in her bathtub while her 13 month old daughter was elsewhere in the apartment. Hager, a crack cocaine dealer, was involved in the stabbing. Hager is also serving a minimum 87 year sentence for killing another man in March of 1995. He broke into that victim's apartment and shot him. In 1999 he was convicted of manslaughter in an October 1996 shooting. Hager was involved in crime dating to a conviction for dealing cocaine as a 16-year-old. He was involved in robbing people, including rival drug dealers, of drugs, money and other valuables. Hager is suspected in, but has not been charged in several other killings. He was also involved in other murders in 1992, two in 1996 and 1997. He attempted murder in 1993 by shooting two rival drug dealers. Since being jailed in 1999 he was armed and involved in multiple (four) assaults. Hager bragged that he trained his juvenile accomplices to be killers. A direct appeal is pending.

*Death Row - 10/14/09*

**Name**        **D.Ct Docket #**        **Race**

Ebron, Joseph        E.D. TX No. 1:07-CR-142

Death row - Appeal        **Penalty Verdict**   death

**Race and Gender of Def**   B    M    **Race and Gender of Victim(s)**   BM

a USP Beaumont BOP inmate murder. All involved are blacks from Washington DC (the "DC Crew") who were in USP Atlanta, then USP Beaumont, together. The deceased was a government witness against two of Ebron's associates in an aggravated robbery in 1997. Ebron held the deceased while Mosely stabbed him 100 times. Mosely died before he could be charged. Ebron was previously convicted in 1999 of murder. Bacote was convicted of armed robbery. A direct appeal is pending.

**Name**        **D.Ct Docket #**        **Race**

Sanchez, Ricardo        S.D. FL 06-80171-CR-HURLEY/VITUNAC(s)(s)

Death Row - Appeal        **Penalty Verdict**   death

**Race and Gender of Def**   H    M    **Race and Gender of Victim(s)**   HF HM

multiple gun carjacking murders of a man allegedly involved in cocaine trafficking and his wife and two innocent children, ages 4 and 3 on the Florida Turnpike. All involved are Hispanic. A direct appeal is pending.

**Name**        **D.Ct Docket #**        **Race**

Troya, Danny        S.D. FL 06-80171-CR-HURLEY/VITUNAC(s)(s)

Death Row - Appeal        **Penalty Verdict**   death

**Race and Gender of Def**   H    M    **Race and Gender of Victim(s)**   HF HM

multiple gun carjacking murders of a man allegedly involved in cocaine trafficking and his wife and two innocent children, ages 4 and 3. All involved are Hispanic. A direct appeal is pending.

**Name**        **D.Ct Docket #**        **Race**

Runyon, David        E.D. VA CR No. 4:08-CR-16

Death row - Appeal        **Penalty Verdict**   Death

**Race and Gender of Def**   W    M    **Race and Gender of Victim(s)**   WM

a gun murder for hire in Newport News of a husband. Catherina Voss was married to the victim and allegedly contracted with Runyon who hired Draven to shoot Voss' husband. The alleged motive was to obtain the victim's military benefits. Voss will receive a life sentence in return for her testimony.

**Former Death Row Defendants - 7/21/09**

| Name | D.Ct Docket # | Race |
|---|---|---|
| Chandler, David Ronald | N.D. AL No. 90-CR-H-266-E | |

Clemency

**Race and Gender of Def**    W   M    **Race and Gender of Victim(s)**   WM

a white Alabama marijuana grower was sentenced to death for the murder for hire of a subordinate in his drug ring. The triggerman in the killing was granted immunity in exchange for his testimony, later recanted, that Chandler offered him $500 for the murder. Insisting on his innocence, Chandler refused a pretrial plea offer of life imprisonment. Chandler's convictions and death sentence were affirmed by a panel of the Eleventh Circuit in mid-1993. 996 F.2d 1073 (11th Cir. 1993), cert. denied, 114 S.Ct. 2724 (1994). He filed a motion to vacate his convictions under 28 U.S.C. § 2255, and an execution date originally set for March 31, 1995, was stayed by the District Court. After several evidentiary hearings, 950 F.Supp. 1545 (N.D.AL1996), the District Court denied relief. 957 F.Supp. 1505 (N.D. AL 1997). A panel reversed, 193 F.3d 1297 (11th Cir. 1999) but the en banc court decided that Chandler received effective assistance of counsel in a 6-5 vote. 218 F.3d 1305. On January 20, 2001, President Clinton granted clemency.

| Name | D.Ct Docket # | Race |
|---|---|---|
| McCullah, John Javilo | E.D. OK CR No. 1:92-032-S | |

Death Sentence Vacated and Authorization Withdrawn and Probable

**Race and Gender of Def**    W   M    **Race and Gender of Victim(s)**   WM

two white and one Hispanic defendants were tried jointly in connection with the drug- related intrastate kidnap/murder of a Muskogee, Oklahoma auto dealership employee. The two capitally-charged "managers" of the drug enterprise, co-defendants Hutching and Molina, received life sentences from the jury, while the third defendant, McCullah (who, unlike the bosses, had been present at the killing) was sentenced to death in 1993. United States v. McCullah, 76 F.3d 1087 (10th Cir. 1996) ordered a new penalty hearing due to introduction of an involuntary statement and double counting of aggravating circumstances. Rehearing en banc was denied by a 6 to 6 vote, 87 F.3d 1136 (6/26/96), and the government declined to seek review in the Supreme Court. The government finally withdrew its request for the death penalty while McCullah's resentencing was pending. The victim was white.

In 2007, McCullah was involved with an inmate killing in Florida, allegedly provoked by two guards. Both McCullah and his deceased cellmate are white.

| Name | D.Ct Docket # | Race |
|---|---|---|
| Garza, Juan Raul | S.D. TX CR No. 93-009 | |

Executed

**Race and Gender of Def**    H   M    **Race and Gender of Victim(s)**   HM

an Hispanic marijuana distributor was sentenced to death by a jury in 1993 in Brownsville, Texas, in connection with the murders of three other drug traffickers in the Brownsville area, two Hispanic and one Anglo. Garza ordered two murders and killed a third person himself. The government introduced 5 unadjudicated murders in aggravation, 4 were in Mexico. All but one victim were males. Murder for hire is alleged as an aggravating circumstance. Attorney General Barr authorized the prosecution to seek the death penalty in December, 1992. Mr. Garza's death sentence was affirmed. United States v. Flores, 63 F.3d 1342 (5th Cir. 1995), and a petition for writ of certiorari was denied by the Supreme Court in 1996. Habeas relief was denied in 1998-1999. Garza's first two execution dates in 2000 were postponed by President Clinton pending a Department of Justice study of racial and geographic disparities in the federal death penalty, the second time on December 7, 2000 for 6 months, until June 2001. He was executed on June 19, 2001.

*Former Death Row Defendants - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Chanthadara, Bountaem | D. KS CR No. 94-10129-01 | |

Death sentence vacated -auth withdrawn

**Race and Gender of Def**     A   M     **Race and Gender of Victim(s)**   AF

a "Hobbs Act" case, in which five defendants of Asian descent (Laotian and Vietnamese) were charged with the armed-robbery of a Chinese restaurant and killing co-proprietor Barbara Sun, in Wichita, Kansas in 1994. Federal jurisdiction was based on the Hobbs Act, 18 U.S.C. § 1951, prohibiting obstruction of inter-state commerce. The Attorney General's approval of this capital prosecution for Chanthadara and Phouc Nguyen was announced in 1995. It marked the first time that the Hobbs Act was used to federalize as a capital case a prosecution for murder committed during a commercial robbery. Chanthadara beat and shot the victim in an attempt to get her to open a safe the female proprietor could not. Nguyen was present. Chanthadara's jury recommended the death penalty in 1996. After a separate trial, Phouc Nguyen's jury sentenced him to life imprisonment. The Eighth Circuit reversed Chanthadara's death sentence on November 1, 2000. 230 F.3d 1237. He was sentenced to life in prison in 2002.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Jones, Louis | N.D. TX No. 6-95-CR-0015-C | |

Executed

**Race and Gender of Def**     B   M     **Race and Gender of Victim(s)**   WF

a 46 year old African-American -- a retired 22-year decorated Persian Gulf veteran--was convicted of the cross-racial abduction murder of a young white female soldier. The victim's family traveled to Washington to seek DOJ approval of the death request. The trial occurred in Lubbock on change of venue, after thousands of San Angelo residents signed petitions calling for the death penalty. The defendant was sentenced to death in 1995, the Fifth Circuit affirmed in 1998, but the United States Supreme Court granted review to consider issues relating to the jury's sentencing instructions in this first case conducted under the 1994 Federal Death Penalty Act. The Supreme Court affirmed the Fifth Circuit's decision in 1999. 119 S.Ct. 2090. A post-conviction action has been filed and denied, as was a successor petition raising a Ring issue. President Bush denied clemency the same evening as announcing the second Gulf War. Jones was executed the next morning, March 18, 2003.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| McVeigh, Timothy James | D. CO No. 96-CR-68-M | |

Executed

**Race and Gender of Def**     W   M     **Race and Gender of Victim(s)**   WF +

the 1995 Oklahoma City bombing in which 160 lost their lives, including 19 children. The President and Attorney General immediately announced that the death penalty would be sought, even before any suspects were identified. A Denver jury convicted McVeigh and voted to sentence him to death in 1997. Appeal to the United States Court of Appeals for the Tenth Circuit was quickly denied in 1998, 153 F.3d 1166, as was a post-conviction petition. 118 F.Supp.2d 1137 (D. CO 2000). Thereafter, Mr. McVeigh decided to abandon further appeal. His execution was scheduled for May 16, 2001, was delayed by the Attorney General upon the discovery of over 6,000 pages of FBI reports not disclosed to the defense. He was executed on June 11, 2001.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Cooper, Alex | N.D. IL No. 89-CR-580 | |

Life sentence from jury

**Race and Gender of Def** B M **Race and Gender of Victim(s)** BM

two black Chicago gang members received life sentences for the cocaine-related murder of an informant after separate trials. The Government had offered one defendant, but not the other, a plea bargain prior to trial. 19 F.3d 1154 (7th Cir. 1994).

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Davis, Darnell Anthony | N.D. IL No. 89-CR-580 | |

Life sentence from jury

**Race and Gender of Def** B M **Race and Gender of Victim(s)** BM

two black Chicago gang members received life sentences for the cocaine-related murder of an informant after separate trials. The Government had offered one defendant, but not the other, a plea bargain prior to trial. 19 F.3d 1154 (7th Cir. 1994).

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Pitera, Thomas | E.D. NY CR No. 90-0424 (RR) | |

Life sentence from jury

**Race and Gender of Def** W M **Race and Gender of Victim(s)** WF WM HM

involves multiple murders. A white Mafia contract killer, the only person with mob connections to face the federal death penalty, received a life sentence from a Brooklyn, New York jury after being convicted of seven murders, two of which qualified as capital crimes under 21 U.S.C. § 848(e). Several of the murders involved torture and dismemberment of the victims. 5 F.3d 624 (2d Cir. 1993).

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Villarreal, Reynaldo Sambrano | E.D. TX No. 9:91-CR4 | |

Life sentence from jury

**Race and Gender of Def** H M **Race and Gender of Victim(s)** WM

law enforcement officer victim - two Hispanic defendants in Texas were sentenced to life imprisonment and 40 years, respectively, for the marijuana-related murder of a law enforcement officer after a joint trial. The sentencing jury found no facts legally warranting the death penalty. 963 F.2d 725 (5th Cir.), cert. denied, 113 S.Ct. 353 (1992). A third Hispanic defendant, Jesus Zambrano, was also initially approved for capital prosecution but received a sentence of 30 years after he testified for the government against the Villarreals.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Villarreal, Baldemar | E.D. TX No. 9:91-CR4 | |

Life sentence from jury

**Race and Gender of Def**   H   M      **Race and Gender of Victim(s)**   WM

law enforcement officer victim - two Hispanic defendants in Texas were sentenced to life imprisonment and 40 years, respectively, for the marijuana-related murder of a law enforcement officer after a joint trial. The sentencing jury found no aggravating factors. 963 F.2d 725 (5th Cir.), cert. denied, 113 S.Ct. 353 (1992). A third Hispanic defendant, Jesus Zambrano, was also initially approved for capital prosecution but received a sentence of 30 years after he testified for the government against the Villarreals.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Hutching, James Norwood | E.D. OK CR No. 1:92-032-S | |

Life sentence from jury

**Race and Gender of Def**   W   M      **Race and Gender of Victim(s)**   WM

two white and one Hispanic defendants were tried jointly in connection with the drug- related intrastate kidnap/murder of a Muskogee, Oklahoma auto dealership employee. The two capitally-charged "managers" of the drug enterprise received life sentences from the jury. A wheelman, present on the scene, was sentenced to death, but that sentence was overturned on appeal. The victim was white.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Molina, Ramon Medina | E.D. OK CR No. 1:92-032-S | |

Life sentence from jury

**Race and Gender of Def**   H   M      **Race and Gender of Victim(s)**   WM

two white and one Hispanic defendants were tried jointly in connection with the drug- related intrastate kidnap/murder of a Muskogee, Oklahoma auto dealership employee. The two capitally-charged "managers" of the drug enterprise received life sentences from the jury. A wheelman, present on the scene, was sentenced to death, but that sentence was overturned on appeal. The victim was white.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Henry, Arnold Mark | E.D. VA No. 93-CR-131 | |

Life sentence from jury

**Race and Gender of Def**   B   M      **Race and Gender of Victim(s)**   BF BM

involves multiple killings. Three blacks, two brothers born in Haiti, another man born in Grenada, were accused of two killings of an African-American man and a woman in related incidents where the victims were suspected of stealing crack cocaine. A Norfolk, Virginia jury refused, in March, 1994, to impose the death penalty upon any of the three capitally-charged defendants. Attorney General Reno authorized a capital prosecution in this case in 1993. Arnold Mark Henry is mentally retarded. Life sentences were affirmed on appeal. 82 F.3d 419 (4th Cir. 1996) (unpub.).

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Moore, Todd | E.D. VA No. 2:93CR162 | |

Life sentence from judge

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

involves multiple killings. A black New York-based crack cocaine distributor was spared in the first judge-sentencing procedure. Attorney General Reno approved the death penalty in this case in 1994. Moore pled guilty to an indictment charging him with having ordered the murder of a member of his Newport News, Virginia drug organization. The government waived a jury for sentencing, and a sentencing hearing was held before the district court. One month later, the district judge declined to impose the death penalty, and sentenced Moore to life without possibility of release. The sentence was affirmed on appeal, 81 F.3d 152 (4th Cir. 1996) (mem.). At the trial of the admitted triggerman in the murder, Derek Kelley, Moore offered to testify as a government witness. However, the government declined to use Moore as a witness, and Kelley was subsequently acquitted of all charges and released.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Oscar, Frantz | E.D. VA No. 93-CR-131 | |

Life sentence from jury

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BF BM

involves multiple killings. Three blacks, two brothers born in Haiti, another man born in Grenada, were accused of two killings of an African-American man and a woman in related incidents where the victims were suspected of stealing crack cocaine. A Norfolk, Virginia jury refused, in March, 1994, to impose the death penalty upon any of the three capitally-charged defendants. Attorney General Reno authorized a capital prosecution in this case in 1993. Life sentences were affirmed on appeal. 82 F.3d 419 (4th Cir. 1996) (unpub.).

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Oscar, Jean Claude | E.D. VA No. 93-CR-131 | |

Life sentence from jury

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BF BM

involves multiple killings. Three blacks, two brothers born in Haiti, another man born in Grenada, were accused of two killings of an African-American man and a woman in related incidents where the victims were suspected of stealing crack cocaine. A Norfolk, Virginia jury refused, in March, 1994, to impose the death penalty upon any of the three capitally-charged defendants. Attorney General Reno authorized a capital prosecution in this case in 1993. Life sentences were affirmed on appeal. 82 F.3d 419 (4th Cir. 1996) (unpub.).

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Diaz, Walter | N.D. NY No. 94-CR-328 | |

Life sentence from jury

**Race and Gender of Def**      B   M      **Race and Gender of Victim(s)**   WF

involves multiple killings. Two African-Americans on a drug-related crime spree were approved for capital prosecution by Attorney General Reno in April 1995. The spree involved the alleged drug-related murder of a white victim by two African-American defendants. Two additional cross-racial homicides were alleged in aggravation, one during the course of a robbery in New York City, another of an elderly lawyer in upstate New York. Trial began in 1995 and sentences of life were returned after a vote of 11 to 1 for life for Diaz and 11 to 1 for death for Walker.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Moore, Dennis B., Sr. | W.D. MO CR No. 94-00194 | |

Life sentence from jury

**Race and Gender of Def**      W   M      **Race and Gender of Victim(s)**   WM

recruited his associate (Wyrick) to kill a rival drug marijuana dealer. Murder for hire is alleged as an aggravating circumstance. Both the defendants and the deceased are Caucasian. In 1996, the jury deadlocked on the punishment for Moore, resulting in a life sentence.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Nguyen, Phouc H. | D. KS CR No. 94-10129-01 | |

Life sentence from jury

**Race and Gender of Def**      A   M      **Race and Gender of Victim(s)**   AF

the co-defendant of Bountaem Chanthadara was also involved in a Hobbs Act robbery/murder. A Wichita, Kansas jury voted to sentence the defendant to life imprisonment in 1996, following his conviction for a murder committed during a commercial robbery. Mr. Chanthadara was previously sentenced to death by a different Wichita jury.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death – 7/21/09*

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Walker, Tyrone | N.D. NY No. 94-CR-328 | |

Life sentence from jury

**Race and Gender of Def**    B    M    **Race and Gender of Victim(s)**   WF

involves multiple killings. Two African-Americans on a drug-related crime spree were approved for capital prosecution by Attorney General Reno in April 1995. The spree involved the alleged drug-related murder of a white victim by two African-American defendants. Two additional cross-racial homicides were alleged in aggravation, one during the course of a robbery in New York City, another of an elderly lawyer in upstate New York. Trial began in 1995 and sentences of life were returned after a vote of 11 to 1 for life for Diaz and 11 to 1 for death for Walker.involves multiple killings. Two African-Americans on a drug-related crime spree were approved for capital prosecution by Attorney General Reno in April 1995. The spree involved the alleged drug-related murder of a white victim by two African-American defendants. Two additional cross-racial homicides were alleged in aggravation, one during the course of a robbery in New York City, another of an elderly lawyer in upstate New York. Trial began in 1995 and sentences of life were returned after a vote of 11 to 1 for life for Diaz and 11 to 1 for death for Walker.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Nichols, Terry Lynn | D. CO No. 96-CR-68-M | |

Life sentence from jury

**Race and Gender of Def**    W    M    **Race and Gender of Victim(s)**   WF +

the co-defendant in the Oklahoma City bombing case. At a separate trial following McVeigh's, a Denver federal jury failed to reach a unanimous finding on Nichols' alleged intent to kill, a legal requirement for imposing the death penalty. The same jury's guilt phase verdicts indicated that the government had failed to prove that Nichols intended a lethal attack on the Murray Building. He was sentenced in 1998 to life imprisonment and faces the death penalty in state court.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Beckford, Dean Anthony | E.D. VA No. 3:95CR00087 | |

Life sentence from jury

**Race and Gender of Def**    B    M    **Race and Gender of Victim(s)**   BM

involves multiple killings. Another New York - Richmond cocaine connection was uncovered which involved members of a Brooklyn gang, all African-American, who transported crack cocaine to Richmond, Virginia. The 32-count indictment charged five of the alleged members of the so-called "Poison Clan" with capital murder in six killings, two in 1988 and four in 1994. (Devon Dale Beckford, 33, identified by the FBI as a gang leader was not arrested until July, 1997.) After a seven-week trial, a jury declined to impose the death penalty on all four defendants: Dean Beckford, 32, Leonel Romeo Cazaco, 22, Claude Gerald Dennis, 28 and Richard Thomas, 22. Dean Beckford and Claude Dennis were found guilty of the 1998 double murder. (Dennis had previously been acquitted on these charges in state court in 1989.) Cazaco and Thomas were also convicted of a capitol charge. Thomas had been acquitted in state court on the one homicide count on which he was convicted in federal court.

Jacques Appendix – A113

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Cazaco, Leonel | E.D. VA No. 3:95CR00087 | |

Life sentence from jury

**Race and Gender of Def**     B   M     **Race and Gender of Victim(s)**   BM

involves multiple killings. Another New York - Richmond cocaine connection was uncovered which involved members of a Brooklyn gang, all African-American, who transported crack cocaine to Richmond, Virginia. The 32-count indictment charged five of the alleged members of the so-called "Poison Clan" with capital murder in six killings, two in 1988 and four in 1994. (Devon Dale Beckford, 33, identified by the FBI as a gang leader was not arrested until July, 1997.) After a seven-week trial, a jury declined to impose the death penalty on all four defendants: Dean Beckford, 32, Leonel Romeo Cazaco, 22, Claude Gerald Dennis, 28 and Richard Thomas, 22. Dean Beckford and Claude Dennis were found guilty of the 1998 double murder. (Dennis had previously been acquitted on these charges in state court in 1989.) Cazaco and Thomas were also convicted of a capitol charge. Thomas had been acquitted in state court on the one homicide count on which he was convicted in federal court.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Dennis, Claude | E.D. VA No. 3:95CR00087 | |

Life sentence from jury

**Race and Gender of Def**     B   M     **Race and Gender of Victim(s)**   BM

involves multiple killings. Another New York - Richmond cocaine connection was uncovered which involved members of a Brooklyn gang, all African-American, who transported crack cocaine to Richmond, Virginia. The 32-count indictment charged five of the alleged members of the so-called "Poison Clan" with capital murder in six killings, two in 1988 and four in 1994. (Devon Dale Beckford, 33, identified by the FBI as a gang leader was not arrested until July, 1997.) After a seven-week trial, a jury declined to impose the death penalty on all four defendants: Dean Beckford, 32, Leonel Romeo Cazaco, 22, Claude Gerald Dennis, 28 and Richard Thomas, 22. Dean Beckford and Claude Dennis were found guilty of the 1998 double murder. (Dennis had previously been acquitted on these charges in state court in 1989.) Cazaco and Thomas were also convicted of a capitol charge. Thomas had been acquitted in state court on the one homicide count on which he was convicted in federal court.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Ingle, Trinity Edward | W.D. AR No. 6:96CR60022 | |

Life sentence from jury

**Race and Gender of Def**     W   M     **Race and Gender of Victim(s)**   WM

*two white teenagers charged with the robbery-murder of an elderly retired National Parks employee who was found shot and bound with tape near a hiking path in Hot Springs National Park (USPS), federal land within the city of Hot Springs, Arkansas. Ingle was convicted of the murder in 1997 after a 6-day trial; two days later a Hot Springs federal jury unanimously sentenced him to life imprisonment. Paul was sentenced to death following a separate, eight-day trial. All involved are white.*

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Jones, Anthony | D. MD CR No. WMN-96-0458 | |

Life sentence from jury

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

involves multiple (five) killings: one in '94, three in '96, one in '97. Authorization was granted to seek the death penalty for three murders, including an allegation that Jones ordered his step-brother killed from jail because he feared he was about to become a government witness. Jones also ordered the murder, by the victim's own bodyguards, of a rival Baltimore drug dealer who had earlier attempted to arrange the murder of Mr. Jones. Numerous other homicides, attributed to Jones, were alleged in aggravation. Murder for hire is alleged as an aggravating circumstance. Jones was convicted in 1998, sentenced to life without release. Eight co-conspirators were involved in multiple murders but did not face the death penalty. Chapman, Hill and Ross were charged in at least 2 killings. Jones was sent to the "Control Unit" at "super-max," ADX in Florence, Colorado, where he is under severe communication restrictions for 10 years.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Ray, Quan | N.D. IL No. 96 CR 379 | |

Life sentence from jury

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

involves multiple killings and a "Gangster Disciple" enforcer. In 1997, a Chicago jury declined to impose the death penalty after convicting Mr. Ray of having murdered a fellow gang drug trafficker on orders of a Gangsters Disciples' higher-up, Darryl Johnson. Murder for hire is alleged as an aggravating circumstance. The jury found that no statutory aggravating factor had been established beyond a reasonable doubt, rejecting the government's allegation that the murder had been committed "after substantial planning and premeditation." Johnson was sentenced to death for the same and one additional murder.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Thomas, Richard | E.D. VA No. 3:95CR00087 | |

Life sentence from jury

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

involves multiple killings. Another New York - Richmond cocaine connection was uncovered which involved members of a Brooklyn gang, all African-American, who transported crack cocaine to Richmond, Virginia. The 32-count indictment charged five of the alleged members of the so-called "Poison Clan" with capital murder in six killings, two in 1988 and four in 1994. (Devon Dale Beckford, 33, identified by the FBI as a gang leader was not arrested until July, 1997.) After a seven-week trial, a jury declined to impose the death penalty on all four defendants: Dean Beckford, 32, Leonel Romeo Cazaco, 22, Claude Gerald Dennis, 28 and Richard Thomas, 22. Dean Beckford and Claude Dennis were found guilty of the 1998 double murder. (Dennis had previously been acquitted on these charges in state court in 1989.) Cazaco and Thomas were also convicted of a capitol charge. Thomas had been acquitted in state court on the one homicide count on which he was convicted in federal court.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|

Bobbitt, LaFawn

E.D. VA No. 97 CR 129

Life sentence from jury

**Race and Gender of Def**       B   M       **Race and Gender of Victim(s)**   BF

two defendants were charged with the fatal shooting of an bank teller during an attempted robbery of a Nationsbank branch in Richmond, Virginia. Both defendants and the victim are African-American. A security guard was shot and blinded during the robbery, but survived. Trial began in 1998. The jury opted against the death penalty for both defendants.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|

Jones, Rashi

E.D. VA No. 97 CR 129

Life sentence from jury

**Race and Gender of Def**       B   M       **Race and Gender of Victim(s)**   BF

two defendants were charged with the fatal shooting of an bank teller during an attempted robbery of a Nationsbank branch in Richmond, Virginia. Both defendants and the victim are African-American. A security guard was shot and blinded during the robbery, but survived. Trial began in 1998. The jury opted against the death penalty for both defendants.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|

Gonzales-Lauzan, Luis

S.D. FL No. 02-CR-20572

Life sentence from jury

**Race and Gender of Def**       H   M       **Race and Gender of Victim(s)**   HM

a murder-for-hire/informant killing case. Gonzales-Lauzan was convicted of the murder of a government witness in a federal firearms case against his father. 18 U.S.C. §§ 924(j), 1111, 1512 and 1513. He provided a gun and a silencer and waited in another car nearby. Wiggins, the triggerman, shot the victim at his home in order to work off a drug debt to Gonzales-Lauzan. Hernandez is charged with having helped set up the shooting. Wiggins entered into a plea agreement to testify against Gonzales-Lauzan, who was the only one to face the death penalty. The jury unanimously voted for a life sentence. All involved are Cuban/Americans.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|

Johnson, Shaheem

E.D. VA CR No. 97-00314-A

Life sentence from jury

**Race and Gender of Def**       B   M       **Race and Gender of Victim(s)**   BF BM

involves multiple killings - five killings of African-Americans, four males, one female, all cocaine-related murders, two in Virginia (a supplier/witness and his girlfriend with Raheem Johnson as the triggerman), one in Maryland (drug supplier with both Raheem and Shaheem firing weapons), one in Philadelphia (supplier/witness with Raheem Johnson as the triggerman) and another "murder for hire" in New York (drug supplier hit ordered by both Shaheem and Raheem Johnson). The two lead defendants, brothers Shaheem and Raheem Johnson, were authorized for a capital prosecution. Trial began in Alexandria in November, 1998 and ended in life verdicts for both brothers.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Johnson, Raheem | E.D. VA CR No. 97-00314-A | |

Life sentence from jury

**Race and Gender of Def**     B   M     **Race and Gender of Victim(s)**   BF BM

involves multiple killings - five killings of African-Americans, four males, one female, all cocaine-related murders, two in Virginia (a supplier/witness and his girlfriend with Raheem Johnson as the triggerman), one in Maryland (drug supplier with both Raheem and Shaheem firing weapons), one in Philadelphia (supplier/witness with Raheem Johnson as the triggerman) and another "murder for hire" in New York (drug supplier hit ordered by both Shaheem and Raheem Johnson). The two lead defendants, brothers Shaheem and Raheem Johnson, were authorized for a capital prosecution. Trial began in Alexandria in November, 1998 and ended in life verdicts for both brothers.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Kehoe, Chevy | E.D. AR No. LR-CR-97-243 | |

Life sentence from jury

**Race and Gender of Def**     W   M     **Race and Gender of Victim(s)**   WF WM

involves multiple killings - the murder of a family of three (an Arkansas gun dealer, his wife and their 8 year old child) in the Fall of 1996 by white supremacists. Chevie Kehoe faced sentencing before the jury first and was sentenced to life imprisonment. Co-defendant Lee followed and was sentenced to death.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| O'Driscoll, Michael | M.D. PA No. 4-CR-01-277 | |

Life sentence from jury

**Race and Gender of Def**     W   M     **Race and Gender of Victim(s)**   WM

the stabbing and killing of an inmate at USP - Allenwood in 1997. There were half a dozen correctional officers who witnessed the end of the stabbing. Both the defendant and victim are white.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Dhinsa, Gurmeet Singh | E.D. NY CR No. 97-672 (S-3) (ERK) | |

Life sentence from jury

**Race and Gender of Def**     I   M     **Race and Gender of Victim(s)**   OM

involves multiple killings - a wealthy Indian businessman alleged to head a racketeering enterprise which killed two. Murder for hire is alleged as an aggravating circumstance.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Lightfoot, Xavier Lamar | W.D. MO No. 00 CR 395 | |

Life sentence from jury

**Race and Gender of Def**     B   M     **Race and Gender of Victim(s)**   WM

the murder of a federal witness. Co-defendant Peoples, 24, conspired with Lightfoot to prevent the victim from testifying at Lightfoot's federal trial on charges of bank robbery. The victim, 33, was Lightfoot's roommate and was found dead of multiple gunshot wounds in their rental home in Kansas City. Peoples acted as a go-between (along with co-defendant Barfield) with the professional hit man (Haskell) who committed the murder which Lightfoot arranged from federal prison. Murder for hire is alleged as an aggravating circumstance. All defendants are black. The victim is white. After Lightfoot was sentenced to life in prison, the government withdrew its request for the death penalty for Peoples. The Eighth Circuit reversed the convictions and the government again sought the death penalty. 250 F.3d 360 (2001). A "double jeopardy" appeal was rejected. 360 F.2d 892 (8th Cir. 2004).

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Hargrove, Demetrius R. | D. KS No. 2:03-CR-20192-CM-DJW | |

Life sentence from jury

**Race and Gender of Def**     B   M     **Race and Gender of Victim(s)**   WF WM BM

multiple (three) murders by an African-American federal prisoner already serving a 35 year sentence for kidnapping and use of a firearm, at the United States Penitentiary in Leavenworth . One of the victims was a potential federal witness. Prosecutors claim Hargrove killed two Leavenworth residents *Elmer Berg and Misty Castor, a brother and a sister, in February of 1998 during a drug trafficking crime.* They say he also murdered an informant, Tyrone Richards, also of Leavenworth, in June 1998 to prevent him from testifying at a federal trial. Berg and Castor were white, Richards and Hargrove black.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Al-'Owhali, Mohamed Rashed Daou | S.D. NY No. S6 98 CR 1023 | |

Life sentence from jury

**Race and Gender of Def**     AR  M     **Race and Gender of Victim(s)**   WF + mixed

alleged foreign national accomplices of Usama bin Ladin, purported to be the organizer of two bombings of American embassies in Africa. The August 7, 1998 bombings in Kenya and Tanzania killed 224 people (11 in Tanzania), including 12 Americans, and more than 5,000 people injured. Al-'Owhali is a 21 year old Saudi citizen who was arrested in Nairobi after the Kenya bombing. They are alleged members of al-Qaida, an international terrorist organization, led by bin Laden, a Saudi millionaire, who issued various "fatwahs" against the United States. Bin Laden and 7 others are fugitives. Al-'Owhali allegedly was ordered to create a diversion for the Kenya bomb by throwing grenades. Mohamed allegedly rented the house where the Tanzania bomb was made. The 12 dead Americans included 4 blacks, 4 whites and 1 Asian. The other victims were mostly black Africans.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Finley, James A. | W.D. NC No. 4:98CR243 | |

Life sentence from jury

**Race and Gender of Def**   W  M   **Race and Gender of Victim(s)**   WF WM

involves multiple killings - the murder of two campers at a national park by a young man with a history of drug abuse but no violence. The crime may have been a robbery\murder.  All parties are white.  Mitigation involved Finley's drug abuse and depression.  The defendant was sentenced to life after an April 1999 trial.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Gilbert, Kristin | D. MA CR No. 98-30044-MAP | |

Life sentence from jury

**Race and Gender of Def**   W  F   **Race and Gender of Victim(s)**   WM

the killing of four patients at a Department of Veterans Affairs Hospital, on federal property, and the attempted killing of three others. Ms. Gilbert, 31, used epinephrine, a drug that can overstimulate the heart, on her patients. Federal prosecutors said Gilbert murdered one patient, a 41-year-old invalid, after asking a supervisor if she could "leave early if he died." All involved are Caucasian. The jury deadlocked and Gilbert was sentenced to life in prison.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Tello, Plutarco | W.D. MO No. 98- 00311-01/05-CR-W-2 | |

Life sentence from jury

**Race and Gender of Def**   B  M   **Race and Gender of Victim(s)**   HM

four foreign national Colombians charged in a drug related murder. The alleged ringleader, Hinestroza, was a fugitive who was eventually arrested and received a life sentence at a separate trial. Hinestroza and his gang sold cocaine in the Kansas City area. The victim and his nephew (who sold cocaine for the gang) stole $240,000 from them. The defendants tied up, interrogated, duck taped and shot both victims. The nephew lived, escaped and identified the defendants. Sinisterra shot and killed one victim. Ortiz or Tello shot the surviving victim. Sinisterra and Ortiz were sentenced to death. The jury deadlocked on punishment for Tello, and he was sentenced to life in prison.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Hinestroza, Edwin R. | W.D. MO No. 98- 00311-01/05-CR-W-2 | |

Life sentence from jury

**Race and Gender of Def**   H  M   **Race and Gender of Victim(s)**   HM

four foreign national Colombians charged in a drug related murder. The alleged ringleader, Hinestroza, was a fugitive who was eventually arrested and received a life sentence at a separate trial. The victim and his nephew (who sold cocaine for the gang) stole $240,000 from them. The defendants tied up, interrogated, duck taped and shot both victims. The nephew lived, escaped and identified the defendants. Sinisterra shot and killed one victim. Ortiz or Tello shot the surviving victim. Sinisterra and Ortiz were sentenced to death. The jury deadlocked on punishment for Tello, and he was sentenced to life in prison.

Jacques Appendix - A119