*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Bass, John | E.D. MI CR No. 97-80235 | |

Life sentence from jury

**Race and Gender of Def**    B   M    **Race and Gender of Victim(s)**   BM

involves multiple killings and eleven death eligible defendants who were charged in a four victim (continuing criminal enterprise) Detroit drug/murder case under 21 U.S.C. §848(a)(1)(A). Of the eleven, only Bass was chosen to face a federal capital prosecution. All involved are African-American. A pretrial appeal involved the issue of discovery of Department of Justice charging practices in capital cases. In a per curiam opinion, the United States Supreme Court reversed the order granting discovery. United States v. Bass, 122 S.Ct. 2389 (2002). John Bass and his brother Patrick allegedly started a drug gang called the "Dog Pound" (because members owned many pit bulls), which sold crack in Michigan and Ohio. John Bass is charged with arranging two murders - of his brother and a rival.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Edelin, Tommy | D. DC CR No. 98-264 | |

Life sentence from jury

**Race and Gender of Def**    B   M    **Race and Gender of Victim(s)**   BM x

a drug conspiracy, racketeering, multiple murder CCE prosecution. Tommy Edelin faced the death penalty alone among many capital eligible defendants, including his father. Edelin, 30, was charged with ordering 14 murders and attempting to have another dozen killed during the 1990's, in his role as the so-called "drug kingpin" of the "1-5 Mob". Murder for hire is alleged as an aggravating circumstance. The gang was charged with the shooting of a D.C. police officer and in another incident in which three people were shot while attending a crowded neighborhood picnic. One victim was shot several times while returning from a prom with his girlfriend. Two teenagers were targeted by mistake on their way to a church Christmas Party. Edelin was acquitted of this double killing by co-defendant Bostick. Much of the violence stemmed from a turf battle with members of the "Stanton Terrace Crew," which is now essentially out of business after numerous members were killed or convicted of first-degree murder. Edelin was convicted of four murders, including paying a hit man to kill a 19 year old who alleged robbed an associated. 11 jurors deliberated 3 hours before voting for a life sentence. The capital charge was a conviction of murder for hire of a 14 year old who allegedly robbed an associate of Tommy Edelin. Edelin was born as a result of a brief sexual encounter to a convicted drug addict. He had an abusive, deprived, depraved childhood in a crime infested neighborhood. This was the first death penalty trial in the District of Columbia since the last execution in 1957. D.C. voters rejected the death penalty in 1992.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Haynes, Willis | D. MD CR No. PJM-98- 0520 | |

Life sentence from jury

**Race and Gender of Def**    B   M    **Race and Gender of Victim(s)**   BF

involves multiple (two) killings - the January 1996 triple intrastate kidnapping/murder of three black females from D.C. Patuxent Wildlife Research Center (USFW), federal property. Haynes has confessed three time, blaming Higgs the first two. A third defendant, Victor Gloria, also confessed and is considered an accessory after the fact. The government sought the death penalty for both Haynes and Higgs. They were involved in another shooting six weeks before. Haynes was sentenced to life, Higgs to death, at separate trials. All involved are African-American.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| | | |
|---|---|---|
| ***Name*** | ***D.Ct Docket #*** | ***Race*** |
| Martinez, Mariano | C.D. CA CR No. 99-83-(A)-DT | |

Life sentence from jury

**Race and Gender of Def**    H  M    **Race and Gender of Victim(s)**  HM

involves defendants in one of three related multiple murder Mexican Mafia prosecutions.  "Chuy" Martinez, 41, is a defendant in one indictment, and the target of a murder plot in another.  There are a total of four murders and 13 conspiracies to commit murder charged. Three men, one a drug dealer and two innocent bystanders, were killed in a Monticello autobody shop. Martinez, head of a drug organization orchestrated the killing using a walkie-talkie. Max Torvisco, once Martinez's right hand man, obtained a plea agreement. He admitted ordering 140 murders and planning to kill Martinez who had survived a 1997 assassination attempt.  Wiretaps show Martinez ordering hits on numerous targets.

| | | |
|---|---|---|
| ***Name*** | ***D.Ct Docket #*** | ***Race*** |
| Shakir, Jamal | M.D. TN CR No. 3:98-00038 (NIXON) | |

Life Sentence from Jury

**Race and Gender of Def**    B  M    **Race and Gender of Victim(s)**  BF

a gang called the "Rollin" 90s Crips or Bangside 90s faction out of Los Angeles which allegedly moved 150 kilos of crack to Las Vegas. From there sales operations were allegedly set up in Oklahoma City and Nashville. The government called the gang the "Shakir Enterprise." A Crips gang member and his wife were killed in Oklahoma City, and their 3 year old daughter, who was also shot, stayed with her dead parents and slept with them at night for several days. Richard Chambers, 59, was shot to death in Cheatham County, Tennessee. There may have been up to 13 killings in three states. Three victims were themselves charged with murder in the indictment. The indictment charged Shakir, 25, with six killings from 1995-97, Payne, 20, with participating in two killings and in the shooting of the gang associate's 3-year-old-girl, and Young, 24, with helping kill one person and assaulting and torturing two others. Four of the killings were said to be to silence potential witnesses, other slayings were allegedly motivated by revenge. Murder for hire is alleged as an aggravating circumstance. Payne was found to be incompetent to stand trial.

| | | |
|---|---|---|
| ***Name*** | ***D.Ct Docket #*** | ***Race*** |
| Lyon, Billy Joe | W.D. KY No. 4:99-CR-11-M | |

Life sentence from jury

**Race and Gender of Def**    W  M    **Race and Gender of Victim(s)**  WM

involves multiple killings - contract killing of men in Alabama and Kentucky. Lyon, 19, and co-defendant Charles Stewart, 54, were charged with conspiracy and murder for hire. Stewart and Richard Dorman, 62, were partners in an 18-month forged-check and fraud scheme, using the deceased's identity. Lyon and his deceased father, Stewart's nephew, were hired to murder James Norris in Kentucky. Norris was found under a bale of hay beaten to death in a barn behind his home. Lyon was also hired to kill James Nichols in Alabama, whose body was discovered in 1999 in a partially submerged van. Nichols' 85 year old mother was also in the van, but survived. Co-conspriator Dorman was kidnapped (interstate) and locked into the trunk of a car that was then run into the Green River in Henderson County. He survived to be charged as part of the conspiracy. The elder Lyon committed suicide to avoid apprehension. Stewart was arrested in the Spring of 2000 after appearing on "America's Most Wanted." Lyon faced the death penalty but was sentenced to life in prison after his jury was instructed that Stewart would not because the Attorney General took too long to file a notice of intent to seek the death penalty. A third bank fraud victim is missing and presumed dead. Lyon committed an unrelated fourth murder. All involved are white.

**Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09**

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Tatum, Kenneth A. | E.D. TX No. 2:99 CR 5 | |

Life sentence from jury

**Race and Gender of Def**    B   M    **Race and Gender of Victim(s)**   WF WM

involves multiple killings - three young black defendants, members of the "Crips" gang, involved in a series of robberies and three killings in East Texas. Stephens, 21, Smith, 20, and Tatum, 20, faced the death penalty in both state and federal court. Smith was convicted of a botched 1999 bank robbery involving the fatal shooting of a 61 year old white female teller. A female bank manager was wounded. Tatum and Stephens kidnapped (intrastate) and robbed a used car dealership (a Hobbs Act count). The victim, a 63 year old retired minister was shot and killed. Tatum was also convicted of a 1998 slaying of a president of a bank. Stephens and Tatum abducted the 50 year old white male. Stephens died of a brain tumor before trial. Tatum and Smith received life sentences at separate trials after a change of venue. The victims were white.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Smith, Daymon | E.D. TX No. 2:99 CR 5 | |

Life sentence from jury

**Race and Gender of Def**    B   M    **Race and Gender of Victim(s)**   WF

involves multiple killings - three young black defendants, members of the "Crips" gang, involved in a series of robberies and three killings in East Texas. Stephens, 21, Smith, 20, and Tatum, 20, faced the death penalty in both state and federal court. Smith was *convicted of a botched 1999 bank robbery involving the fatal shooting of a 61 year old white female teller. A female bank manager was* wounded. Tatum and Stephens kidnapped (intrastate) and robbed a used car dealership (a Hobbs Act count). The victim, a 63 year old retired minister was shot and killed. Tatum was also convicted of a 1998 slaying of a president of a bank. Stephens and Tatum abducted the 50 year old white male. Stephens died of a brain tumor before trial. Tatum and Smith received life sentences at separate trials after a change of venue. The victims were white.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Garrett, Lemond | S.D. GA CR No. 4-99-133 | |

Life sentence from jury

**Race and Gender of Def**    B   M    **Race and Gender of Victim(s)**   BM

two young death eligible defendants, ages 18 and 20, involved in a drug conspiracy, in which a long time federal informant was killed. Both defendants and the victim are African-American. The United States Attorney requested and received permission to seek the death penalty against Lemond. Savanah police arrested Lemond Garrett in March of 1999 for the shooting death of Joseph Smart, Sr., 52. DeLoach, the get-a-way driver, was convicted for killing his cousin outside a sports bar in December 1998, and sentenced to life in prison in state court. Joe Perry Garrett was not arrested until shortly before trial. He ordered the killing of the DEA informant who was wearing a bullet-proof vest when he was shot. The bullet pierced his side in an unprotected area. The Court set a deadline for the Attorney General's decision whether to seek the death penalty. The government failed to meet the Court's deadline as to Joe Perry and he did not face the death penalty.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Mohamed, Khalfan Khamis | S.D. NY No. S6 98 CR 1023 | |

Life sentence from jury

**Race and Gender of Def**   AR M   **Race and Gender of Victim(s)**   WF Bx

alleged foreign national accomplices of Usama bin Ladin, purported to be the organizer of two bombings of American embassies in Africa. The August 7, 1998 bombings in Kenya and Tanzania killed 224 people, including 12 Americans. More than 5,000 people were injured. Al-'Owhali is a 21 year old Saudi citizen who was arrested in Nairobi after the bombing. All are alleged members of al-Qaida, an international terrorist organization, led by bin Laden, who issued various "fatwahs" against the United States.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Wills, Christopher Andaryl | E.D. VA CR No. 99-00396 | |

Life sentence from jury

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   OM

a witness-elimination in Alexandria, Virginia. Wills, 33, an African American, lured the victim from suburban Virginia to Washington, D.C. by means of a phony job advertisement. The victim disappeared and is presumed to have been murdered. The Afghan national victim had recently testified against Wills at a preliminary hearing on state burglary charges. Wills was permitted to represent himself. He filed a motion to dismiss and the Court ruled that Wills cannot be charged with the capital crime of interstate kidnapping leading to death because his victim crossed state lines voluntarily and alone. The 4th Circuit reversed. 2000 WL 1781402. The jury deadlocked and Wills was sentenced to life in prison. Wills, who has 5 other felony convictions, is also serving 14 years for an unrelated Baltimore carjacking.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Sanders, Marcus | S.D. AL CR No. 98-0056-CB | |

Life sentence from jury

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

the April 1999 murder of a witness in a federal drug prosecution two days before Sanders drug conspiracy trial. Sanders did not appear for trial. Sanders was alleged to the triggerman and was the only defendant authorized for a federal capital prosecution, but he was sentenced to life in prison at a separate trial.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Hyles, Tyrese | E.D. MO No. 01-CR-73 | |

Life sentence from jury

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

a witness killing §1512 murder for hire involving interstate travel from Tennessee to Missouri. Hyles faced state drug charges. The victim was murdered after his preliminary hearing testimony. Cannon allegedly murdered the victim by shooting him in his bed. Attorney General Ashcroft required a capital prosecution. Attorney General Gonzales rejected a jury waiver conditioned upon withdrawal of the notice of intent to seek the death penalty.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Denis, Jose | S.D. FL No. 99-00714 CR (KING) | |

Life sentence from jury

**Race and Gender of Def**      H   M      **Race and Gender of Victim(s)**   HM

one capital eligible 924(c) count - a homicide occurring during a 1996 drug rip-off at Hialech motel. Everyone involved is Hispanic. Denis was the alleged triggerman. He had no prior criminal record. The defendant was attending Florida State University at the time of his arrest. The victim was allegedly tortured prior to his death. The court set, then extended, a deadline. 246 F.Supp.2d 1250.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Gray, Kevin | D. DC No. 1:00CR00157 | |

Life sentence from jury

**Race and Gender of Def**      B   M      **Race and Gender of Victim(s)**   BM HM

involves RICO multiple killings - a Southeast Washington, D.C., gang, alleged to be connected to approximately 40 slayings. The indictment charges 31 murders. Murder for hire was alleged as an aggravating circumstance. The leader, Kevin Gray, 28, is charged with carrying out the racketeering slayings of 10 people. Members of this heroin and marijuana conspiracy allegedly gunned down rivals and people they thought might testify against them, catching victims by surprise at a gas station, a beauty salon and on street corners, sometimes in broad daylight. Three of the victims were killed because they were viewed as potential witnesses. Another victim was shot by mistake. The 158 count indictment alleges 10 attempted murders. Gang members allegedly took outside contracts as hit men. Gray is charged in 22 murders. He and Moore are the only defendants to face the death penalty. The victims were Hispanic and African-American.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Minerd, Joseph | W.D. PA CR No. 99-215 | |

Life sentence from jury

**Race and Gender of Def**      W   M      **Race and Gender of Victim(s)**   WF AM

a case, 1999 New Year's Day arson resulting in the death of the defendant's girlfriend, her three year old child by another man and her fetus, the defendant's child. The ATF believed there was a pipe bomb as there was a shard of metal found in the deceased's exhumed body. All involved are white. Attorney General Ashcroft approved a plea agreement but the defendant backed out of the deal. 176 F. Supp. 424. 182 F.Supp.2d 459. 197 F.Supp.2d 272.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Moore, Rodney | D. DC No. 1:00CR00157 | |

Life sentence from jury

**Race and Gender of Def**      B   M      **Race and Gender of Victim(s)**   BF BM

involves RICO multiple killings - a Southeast Washington, D.C., gang, alleged to be connected to approximately 40 slayings. The indictment charges 31 murders. Murder for hire was alleged as an aggravating circumstance. The leader, Kevin Gray, 28, is charged with carrying out the racketeering slayings of 10 people. Members of this heroin and marijuana conspiracy allegedly gunned down rivals and people they thought might testify against them, catching victims by surprise at a gas station, a beauty salon and on street corners, sometimes in broad daylight. Three of the victims were killed because they were viewed as potential witnesses. Another victim was shot by mistake. The 158 count indictment alleges 10 attempted murders. Gang members allegedly took outside contracts as hit men. Gray is charged in 22 murders. He and Moore are the only defendants to face the death penalty. Moore relied on evidence of low intellectual functioning at trial. The victims were Hispanic and African-American.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Johnson, Coleman | W.D. VA No. 3:00CR00026 | |

Life sentence from jury

**Race and Gender of Def**      W   M      **Race and Gender of Victim(s)**   WF

one §844(ii) count for allegedly leaving a pipe bomb in 1997 which killed his ex-girlfriend, who was eight months pregnant, to avoid the child support that he would have to pay. DNA indicates he was the father of the child the victim was carrying. All involved are white. 136 F.Supp.2d 553.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Quinones, Alan | S.D. NY No. 00 CR 0761 (JSR) | |

Life sentence from jury

**Race and Gender of Def**      H   M      **Race and Gender of Victim(s)**   HM

murder of a New York Police Department informant, who was allegedly beaten or tortured. The victim, a drug dealer, had recently arranged two controlled buys from Quinones. Quinones is alleged to be the boss. Co-defendant Rodriguez allegedly participated in the killing. The victim's body was burned post-mortem. Murder for hire is alleged as an aggravating circumstance. Attorney General Ashcroft rejected a plea agreement and required a capital prosecution. A district court decision that the death penalty was unconstitutional due to the execution of innocents was reversed on appeal. United States v. Quinones, 313 F.3d 49 (2nd Cir. 2002). The jury unanimously voted for life. All involved are Hispanic.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|

Rodriguez, Diego

S.D. NY No. 00 CR 0761 (JSR)

Life sentence from jury

**Race and Gender of Def**     H   M     **Race and Gender of Victim(s)**   HM

murder of a New York Police Department informant, who was allegedly beaten or tortured. The victim, a drug dealer, had recently arranged two controlled buys from Quinones. Quinones is alleged to be the boss. Co-defendant Rodriguez allegedly participated in the killing. The victim's body was burned post-mortem. Murder for hire is alleged as an aggravating circumstance. Attorney General Ashcroft rejected a plea agreement and required a capital prosecution. A district court decision that the death penalty was unconstitutional due to the execution of innocents was reversed on appeal. United States v. Quinones, 313 F.3d 49 (2nd Cir. 2002). The jury unanimously voted for life. All involved are Hispanic.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|

Williams, Michael

S.D. NY No. 00-CR-1008

Life sentence from jury

**Race and Gender of Def**     B   M     **Race and Gender of Victim(s)**   BM

involves multiple murder during a narcotics conspiracy. Three black men were killed in 1996. The defendants are also black. Attorney General Ashcroft required a capital prosecution.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|

Williams, Elijah Bobby

S.D. NY No. 00-CR-1008

Life sentence from jury

**Race and Gender of Def**     B   M     **Race and Gender of Victim(s)**   BM

involves multiple murder during a narcotics conspiracy. Three black men were killed in 1996. The defendants are also black. Attorney General Ashcroft required a capital prosecution.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|

Sablan, William

D. CO No. 00-CR-531

Life sentence from jury

**Race and Gender of Def**     PI   M     **Race and Gender of Victim(s)**   HM

inmate killing - evisceration stabbing of cellmate (in their cell). William Sablan confessed, on videotape, and said that he was defending himself. The letter "S" was written on the cell wall in the victim's blood. The United States Attorney requested permission to seek the death penalty and, on her last day in office, Attorney General Janet Reno agreed. The defendants are foreign nationals, Pacific Islanders, "Chmorran", from Saipan. The victim is Hispanic. The defendants, cousins, were doing federal time for a hostage-taking in Guam. Attorney General Gonzales rejected a plea agreement for William Sablan. William, allegedly more culpable, was sentenced to life. There was evidence that William suffered from mental illness. A pre-trial claim of mental retardation was rejected after an evidentiary hearing. William had a 20 year history of violent crime.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Sablan, Rudy | D. CO No. 00-CR-531 | |

Life Sentence from Jury

**Race and Gender of Def**     PI   M     **Race and Gender of Victim(s)**   HM

inmate killing - evisceration stabbing of cellmate (in their cell). William Sablan confessed, on videotape, and said that he was defending himself. The letter "S" was written on the cell wall in the victim's blood. The United States Attorney requested permission to seek the death penalty and, on her last day in office, Attorney General Janet Reno agreed. The defendants are foreign nationals, Pacific Islanders, "Chmorran", from Saipan. The victim is Hispanic. The defendants, cousins, were doing federal time for a hostage-taking in Guam. Attorney General Gonzales refused to withdraw the death penalty request as to Rudy Sablan after the more culpable William Sablan was sentenced to life in prison.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Ealy, Samuel Stephen | W.D. VA No. 00-CR-104 | |

Life sentence from jury

**Race and Gender of Def**     W   M     **Race and Gender of Victim(s)**   WF WM

another Petite policy case involving the April 1989 shotgun multiple murder of a family of three. Ealy avoided trial in state court in 1991 by a successful motion to suppress. A federal grand jury indicted Ealy and Church, charging them with two capital murders in the furtherance of a drug-trafficking enterprise and a third murder of a potential federal witnesses. They are charged with these killings while trying to rob one victim of $30,000 that he was holding for a drug ring. The victims were white. 2001 WL 686954, 855894, 1661706. 151 F.Supp.2d 715. 163 F.Supp.2d 633. 2002 WL 229700, 273317, 376880, 1205035.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Waldon, Carl | M.D. FL No. 3:00-CR-436-J25-TJC | |

Life sentence from jury

**Race and Gender of Def**     B   M     **Race and Gender of Victim(s)**   OM

involves a CCE-related murder. Sinclair was a narcotics detective and Waldon an uniformed patrol officer. Three drug dealers apparently implicated Sinclair in drug trafficking as part of a 5K1 deal. Waldon and Sinclair are charged with murder. Sinclair worked as a bank guard. He saw an Arab-American storeowner withdraw $50,000 from the bank. Sinclair tipped Waldon who detained the victim on a pretext traffic stop and tried to rob him. The victim was strangled in the police cruiser, near a school in broad daylight. Two others were present, including Kenneth McLoughlin, who participated and testified as a government witness. The penalty phase was bifurcated and the jury deadlocked on whether the mental state threshold (intentional killing) or sole aggravating circumstance (pecuniary gain) was present. Attorney General Ashcroft required a capital prosecution.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Haskell, Carl | W.D. MO No. 00-CR-395 | |

Life sentence from jury

**Race and Gender of Def**　　B　M　**Race and Gender of Victim(s)**　WM

involves the sequel to the Peoples and Lightfoot trial in October of 1999, resulting in life sentences. The government's theory is that Peoples, on behalf of Lightfoot and himself, enlisted the services of hired killers, one of whom allegedly was Haskell, to do away with one Jovan Ross, a white male. Ross was Lightfoot's homosexual live-in lover. The pair lived in a house in KC. After a lover's quarrel, Ross informed on Lightfoot regarding robberies pulled by Lightfoot and Peoples in Nebraska and led police to a cache of blank certified checks stored in the crawl space under the Lightfoot/Ross home. Shortly after, Lightfoot was arrested, and while in jail received information about Ross' involvement. Not long after that, Ross ended up dead. Attorney General Ashcroft approved Haskell, the alleged triggerman, for a capital prosecution, but denied permission to seek the death penalty against co-defendant Barfield.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Mosher, Ellis | E.D. TX No. 1:06 CR 00101-TH | |

Life sentence by jury

**Race and Gender of Def**　　W　M　**Race and Gender of Victim(s)**　WM

a 1998 BOP inmate killing at Beaumont FCI. An original prosecution was dismissed on the government's motion (99-CR-4-ALL). In 2006, the prosecution resurfaced (06-CR-101). All involved are white. The jury was unable to agree on a sentence after three days of deliberations, so a life sentence was imposed.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Britt, L.J. | N.D. TX No. 00-CR-260 | |

Life sentence from jury

**Race and Gender of Def**　　B　M　**Race and Gender of Victim(s)**　HM BM

a Fort Worth drug trafficking prosecution of the leaders of an Arlington-based drug ring responsible for multiple (three) murders. The first killing involved a 1998 shooting of an African-American, mistaken for the intended victim, in a car traveling on Cential Expressway. A second 1999 killing was of an Hispanic person, mistaken for the intended victim, his brother, who allegedly sold a fake kilo of cocaine to Robinson. Britt was the triggerman in the third 1999 killing of another drug dealer, a Mexican national, who had stolen 20 kilos from a Laredo drug kingpin. Robinson was following in another car. Britt and Robinson, African-American, both allegedly fired weapons in the first and second incidents. The Court set, then extended, a deadline for the approval of a capital prosecution. Attorney General Ashcroft rejected a plea agreement involving a life sentence. Co-defendant Britt was sentenced to life in prison at a separate trial. A 2255 motion for post-conviction relief is pending.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|--------|-----------------|--------|
| Taylor, Styles | N.D. IN No. 2:01 CR 073 JM | |

Life sentence from jury

**Race and Gender of Def**     B   M     **Race and Gender of Victim(s)**   WM

a Hobbs act robbery of a gun store, "Firearms Unlimited" and the killing of the proprietor. 18 U.S.C. §§ 924 and 1951. The defendants are African-American and the victim was white. Taylor was on parole. He has a juvenile record involving the robbery and shooting of a pizza delivery man. Taylor was alleged to be more culpable and after the jury voted to sentence him to life in prison, Attorney General Ashcroft approved withdrawal of the "death notice" as to Thomas. In a rule 11 proffer, Taylor told the government "that the man in the store was reaching on me."

| *Name* | *D.Ct Docket #* | *Race* |
|--------|-----------------|--------|
| Lentz, Jay | E.D. VA No. 01-CR-150 | |

Life sentence from jury

**Race and Gender of Def**     W   M     **Race and Gender of Victim(s)**   WF

involves a domestic killing. interstate domestic violence and kidnapping resulting in death. The defendant lived in Virginia and his ex-wife was kidnapped from Maryland. Her body was never located. A bloody car was found in D.C. All involved are white. A government pretrial appeal involved statements by the defendant. 225 F.Supp.2d 672, aff'd, 2003 WL 253949 (4th Cir. (VA)). Lentz was convicted and the jury unanimously recommended a life sentence. However, the judge vacated the conviction for lack of any evidence of interstate kidnapping. 275 F.Supp.2d. A government appeal was successful. 2004 WL 2035326.

| *Name* | *D.Ct Docket #* | *Race* |
|--------|-----------------|--------|
| Frye, James Edward | S.D. MS No. 01-CR-8 | |

Life sentence from jury

**Race and Gender of Def**     B   M     **Race and Gender of Victim(s)**   BF BM

involves the 1999 carjacking and multiple gun murders of two black victims, a boyfriend and a girlfriend, who were attempting to buy about $30,000 worth of cocaine and were ripped off and killed. The male victim was shot first. The female victim, a 19 year old nursing student, was driven around in the trunk of her auto for an hour before being killed. Both African-American defendants confessed, blaming the other as the triggerperson. There was a post-mortem attempt to dismember (head and hands) and rebury the bodies. Frye was convicted of bank robbery in 1994. He escaped from custody in January of 2000. The Notice of Intent to Seek the Death penalty against Frye was dismissed as filed too late but the decision was reversed. 372 F.3d 729 (2004). The defendants were each sentenced to life in prison at separate trials. Cooper's life sentence was affirmed. 2003 WL 21672845 (5th Cir.). The jury was deadlocked after five hours of deliberation.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| Name | D.Ct Docket # | Race |
|---|---|---|
| Cooper, Billy D. | S.D. MS No. 01-CR-8 | |

Life sentence from jury

**Race and Gender of Def**     B   M     **Race and Gender of Victim(s)**   BF BM

involves carjacking and multiple killings of two black victims who were attempting to buy about $30,000 worth of cocaine and were ripped off and killed. The male victim was shot first. The female victim was driven around in the trunk of her auto for an hour before being killed. *Both African-American defendants confessed, blaming the other as the triggerperson. There was a post-mortem attempt to* dismember (head and hands) and rebury the bodies. Cooper has a low I.Q. Frye was convicted of bank robbery in 1994. He escaped from custody in January of 2000. The Notice of Intent to Seek the Death penalty against Frye was dismissed as filed too late but the decision was reversed. 372 F.3d 729 (2004). The defendants were each sentenced to life in prison at separate trials. Cooper's life sentence was affirmed. 2003 WL 21672845 (5th Cir.).

| Name | D.Ct Docket # | Race |
|---|---|---|
| Ostrander, Michael Paul | W.D. MI No. 01-CR-00218 | |

Life sentence from jury

**Race and Gender of Def**     W   M     **Race and Gender of Victim(s)**   WM

slaying of a man on federal land found buried in a previously dug grave in the Manistee National Forest (USFS). The Ostrander brothers are charged with the August 2000 use of a firearm causing death during drug trafficking, involving marijuana and cocaine. Attorney General Ashcroft required a capital prosecution.

| Name | D.Ct Docket # | Race |
|---|---|---|
| McClure, Cornell Winfrei | D. MD No. 01-CR-367 | |

Life sentence from judge

**Race and Gender of Def**     B   M     **Race and Gender of Victim(s)**   WF

the gun murder of a white woman by two black men at a secluded location on federal property, the Beltsville Agricultural Research Center (USDA). The victim was shot eleven times with two different types of ammunition. There are signed confessions by both defendants. Millegan confessed that he committed the murder, along with McClure, both shooting the victim with their weapons. McClure wrote that he told Millegan they should "press her" about a robbery of drugs from Millegan's apartment. The deceased was taken to a road on federal land in Beltsville, where both allegedly shot her. Attorney General Ashcroft required a capital prosecution. Millegan plead guilty. McClure declined to plead guilty and had a bench trial.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Ostrander, Robert Norman | W.D. MI No. 01-CR-00218 | |

Life sentence from jury

**Race and Gender of Def**   W   M     **Race and Gender of Victim(s)**   WM

slaying of a man on federal land, found buried in a previously dug grave in the Manistee National Forest (USFS). The Ostrander brothers are charged with the August 2000 use of a firearm causing death during drug trafficking, involving marijuana and cocaine. Attorney General Ashcroft required a capital prosecution.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Williams, Tyrone | S.D. TX No. 03-CR-221 | |

Life sentence from jury

**Race and Gender of Def**   B   M     **Race and Gender of Victim(s)**   HF

an alien smuggling operation that led to multiple (nineteen) immigrants' deaths in the back of a truck trailer driven by Williams. The nineteen died of dehydration, overheating and suffocation. Joya was alleged to be the leader of this alien smuggling ring. She was extradited from Guatemala. She is also accused of coordinating 3 smaller operations, gathering illegal immigrants together in South Texas, arranging them to be fed and housed and then placing them on trucks headed north. All involved are Latino, except Williams, who is black. Williams was the only one of the 17 defendants to face the death penalty in this case and the only alien smuggling capital defendant of approximately 70 in the nation to face the death penalty. The first jury failed to reach agreement on the capital charges.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Davis, Johnny | E.D. LA No. 2:01-CR-282 | |

Life sentence from jury

**Race and Gender of Def**   B   M     **Race and Gender of Victim(s)**   BM

involves allegations of multiple killings (four) - 924(c) 2001 gun murders by a drug gang pushing heroin in a New Orleans Housing project. The alleged kingpin, Richard Porter, was convicted of one murder and did not face the death penalty. The enforcer for the group, Johnny Davis, was convicted of three of four murders. All involved are African-American. The government sought the death penalty against only Davis.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Haynes, Aaron | W.D. TN No. 01-CR-20247 | |

Life sentence from jury

**Race and Gender of Def**   B   M     **Race and Gender of Victim(s)**   BF

bank robbery resulting in the death of a black female employee of Union Planters Bank. A security guard was also shot in the face by Johnson, but survived. The defendants are African-American. Haynes was a shooter. The state and federal government both sought the death penalty against Haynes and Maxwell but not against Johnson who may be retarded. A federal jury sentenced Haynes to life imprisonment. After this verdict, Attorney General Ashcroft reversed his position and approved a plea agreement specifying a life sentence for Maxwell. 242 F.Supp.2d 540. 269 F.Supp.2d 970, 265 F.Supp.2d 914.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Moussaoui, Zacarias | E.D. VA No. 01-CR-455 | |

Life sentence from jury

**Race and Gender of Def**      B   M      **Race and Gender of Victim(s)**   WF + mixed

a foreign national and alleged co-conspirator in the September 11, 2001 terrorist attack on the World Trade Center and Pentagon which killed over 3,000 and resulted in four airline crashes in New York, Pennsylvania and Washington, D.C. Moussaoui is French of Moroccan descent and is accused as a member of al-Qaida. He was in jail on September 11 after suspicious actions at a Minnesota flight school. There were victims of many nationalities and races. Moussaoui plead guilty but the jury deadlocked at the penalty trial.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Caraballo, Gilberto | E.D. NY No. 01-CR-1367 | |

Life sentence by jury

**Race and Gender of Def**      H   M      **Race and Gender of Victim(s)**   HM

multiple (two) drug related CCE murders. Caraballo is the alleged kingpin of a large scale narcotics group in Brooklyn for a decade and the owner of the 5th Avenue Gym. Caraballo was involved in a romantic relationship with Quincy Martinez, the wife of one victim and the mother of his two daughters. She allegedly conspired with Caraballo to have her husband killed. Caraballo allegedly paid the others in either drugs, cash or both to assist him in killing this victim, who allegedly was shot to death by Aguilar in the presence of Caraballo in a van owned by Caraballo, and with the assistance of Taylor. Aguilar has allegedly confessed to shooting the victim repeatedly with two different guns, and has allegedly implicated the others. Caraballo is charged in a second murder in 1992 with Molina and Rosario. Only Caraballo and Augilar faced the death penalty.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Aguilar, Martin | E.D. NY No. 01-CR-1367 | |

Life sentence from jury

**Race and Gender of Def**      H   M      **Race and Gender of Victim(s)**   HM

multiple (two) drug related CCE murders. Caraballo is the alleged kingpin of a large scale narcotics group in Brooklyn for a decade and the owner of the 5th Avenue Gym. Caraballo was involved in a romantic relationship with Quincy Martinez, the wife of one victim and the mother of his two daughters. She allegedly conspired with Caraballo to have her husband killed. Caraballo allegedly paid the others in either drugs, cash or both to assist him in killing this victim, who was shot to death by Aguilar in the presence of Caraballo in Caraballo's van, and with the assistance of Taylor. Aguilar confessed to shooting the victim repeatedly with two different guns, and has implicated the others. Caraballo is charged in a second murder in 1992 with Molina and Rosario. Only Caraballo and Augilar faced the death penalty. Aguilar, a member of the Latin Kings, has a history of violence. He was acquitted in 1993 of stabbing a man in the brain with a screwdriver. He stabbed a person in the prison law library on the first day of trial. He was tried first. Only two jurors voted for the death penalty.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Regan, Brian Patrick | E.D. VA No. 01-CR-40 | |
| Life sentence from jury | | |

**Race and Gender of Def**  W  M    **Race and Gender of Victim(s)**  none

a 20 year veteran of the Air Force who worked in the headquarters of the National Reconnaissance Office, charged with three counts of attempted espionage and one count of mishandling classified information. The government charged Regan of creating a "grave risk of death" to U.S. military pilots patrolling the no-fly zone over Iraq. Regan intended to sell Iraqi president Saddam Hussein secret details about American satellites. Prosecutors said Regan apparently used a form letter to solicit money from at least two foreign countries. Investigators said Regan told Hussein in a letter, "If I am caught, I will be imprisoned for the rest of my life, if not executed for this deed." Two of the charges carried the death penalty.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Cannon, Amesheo D. | E.D. MO No. S1-1:01CR00073RWS | |
| Life sentence from jury | | |

**Race and Gender of Def**  B  M    **Race and Gender of Victim(s)**  BM

a witness killing §1512 murder for hire involving interstate travel from Tennessee to Missouri. Hyles faced state drug charges. The victim was murdered after his preliminary hearing testimony. Cannon allegedly murdered the victim by shooting him in his bed. Attorney General Ashcroft required a capital prosecution. Attorney General Gonzales rejected a jury waiver conditioned upon withdrawal of the notice of intent to seek the death penalty.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Matthews, Lavin | N.D. NY No. 3:00 CR-269 | |
| Life sentence from jury | | |

**Race and Gender of Def**  B  M    **Race and Gender of Victim(s)**  BM

murder during a CCE, motivated by a drug rip off. Another drug dealer was tortured and beaten to death and his marijuana, phone, jewelry and $2000 cash were stolen. Attorney General Ashcroft required a capital prosecution against three defendants, later withdrawing the notice of intent as to McMillian, who was found to be mentally retarded by both the defense and government experts. All involved are African-American.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Dixon, Emile | E.D. NY No. 01-CR-389 | |

Life sentence from jury

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

Dixon is one of the leaders of the inter-state "Patio Crew" gang, charged with taking part in a July 26, 2002 gun *murder of a witness and another murder. A government informant, Robert Thompson, 30, was machine-gunned to death in his car, and his brother was wounded. The main witness, the brother who survived, has admitted lying about Dixon. A superceding indictment was filed charging a 1992 drug-related murder. Attorney General Ashcroft required a capital prosecution overruling, press accounts indicate, his own review committee. Dixon is a foreign national, a Jamaican immigrant. The multiple victims were African-American.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Tucker, Tebiah Shelah | N.D. NY No. 00-CR-269 | |

Life sentence from jury

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

murder during a CCE, involving a drug rip off. Another drug dealer was beaten to death. His marijuana and cash were stolen. Attorney General Ashcroft required a capital prosecution against three defendants, later withdrawing the notice of intent as to McMillian, who was found to be mentally retarded by both the defense and government experts. All involved are African-American.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Perez, Wilfredo | D. CT No. 02-CR-7 | |

Life sentence from jury

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   HM

a drug gang, "the Perez Organization" at war with "the Savage Nomads" in Hartford, Connecticut because of a turf dispute and a drug and money kidnapping and robbery. Gonzalez was the alleged triggerman in this murder for hire. The government claims that Gonzalez is a hired contract killer responsible for multiple (9) other murders. The judge ruled that these unadjudictated homicides were not admissible. 2004 WL 1920492. All involved are Hispanic. Attorney General Ashcroft required a capital prosecution. Santiago Feliciano testified for the government that he arranged the murder of the head of the Nomads for Perez.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Gonzalez, Fausto | D. CT No. 02-CR-7 | |

Life sentence from jury

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   HM

a drug gang, "the Perez Organization" at war with "the Savage Nomads" in Hartford, Connecticut because of a turf dispute and a drug and money kidnapping and robbery. Gonzalez was the alleged triggerman in this murder for hire. The government claims that Gonzalez is a hired contract killer responsible for multiple (9) other murders. The judge ruled that these unadjudictated homicides were not admissible. 2004 WL 1920492. All involved are Hispanic. Attorney General Ashcroft required a capital prosecution. Santiago Feliciano testified for the government that he arranged the murder of the head of the Nomads for Perez.

Jacques Appendix - A134

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Krylov, Petro | C.D. CA CR No. 02-220 (A)-NM | |
| Life sentence from jury | | |

**Race and Gender of Def**   W  M   **Race and Gender of Victim(s)**   WM

multiple (five) kidnapping ransom murders by the Russian mob. Wealthy Russian immigrants were kidnapped, held for ransom, murdered and their bodies dumped in a reservoir. 1.2 million was collected in ransom. All involved are Caucasian. Mikhel and Kadamovas are charged in four, the others in two, except Krylov, who is charged in three murders. The indictment charged hostage taking resulting in death. 18 U.S.C. §1203. Mikhel, Kadamovas and Krylov faced the death penalty. Mikhel and Kadamovas were sentenced to death. At a separate trial, Krylov was sentenced to life imprisonment after Attorney General Gonzales rejected an offer to plead guilty.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Moses, Keon | D. MD No. 02-CR-410 | |
| Life sentence from jury | | |

**Race and Gender of Def**   B  M   **Race and Gender of Victim(s)**   BM

leaders of one of West Baltimore's most violent drug gangs, the Lexington Terrace Boys, who are charged in multiple (six) killings, including one potential government witness who was killed to prevent him from testifying about an earlier double homicide of two members of a rival gang, the Stricker Street group. Since 1999 the gang operated from the Lexington Terrace and Edgar Allan Poe Homes public housing projects. During trial, the government presented evidence linking the gang to nine killings. Taylor had a direct role in seven. The mitigation evidence focused on the trauma of a childhood growing up in this neighborhood. When Moses was 4, his father was gunned down in a drug hit in the lobby of one of the buildings. Foster was acquitted of attempted murder in state court in 1998. Taylor and Moses were charged together in the double homicide and in a witness killing. There was also an attempted kidnapping of another potential witness to the 2001 killings. The latest victim is the third brother of one family to die on the streets of Baltimore. Investigators claim the group is in some way connected to 40 homicides. Shortly before trial, a critical witness in the case was shot 10 times and killed. He had been shot at twice before. Separate indictments (03-343 and 03-560) charge Kaarman Hawkins, Parker, Foster and Taylor in that case. The jury returned unanimous life verdicts for Moses and Taylor in 5 hours. All involved are African-American.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Taylor, Michael Lafayette | D. MD No. 02-CR-410 | |
| Life sentence from jury | | |

**Race and Gender of Def**   B  M   **Race and Gender of Victim(s)**   BM

leaders of one of West Baltimore's most violent drug gangs, the Lexington Terrace Boys, who are charged in multiple (six) killings, including one potential government witness who was killed to prevent him from testifying about an earlier double homicide of two members of a rival gang, the Stricker Street group. Since 1999 the gang operated from the Lexington Terrace and Edgar Allan Poe Homes public housing projects. During trial, the government presented evidence linking the gang to nine killings. Taylor had a direct role in seven. The mitigation evidence focused on the trauma of a childhood growing up in this neighborhood. When Moses was 4, his father was gunned down in a drug hit in the lobby of one of the buildings. Foster was acquitted of attempted murder in state court in 1998. Taylor and Moses were charged together in the double homicide and in a witness killing. There was also an attempted kidnapping of another potential witness to the 2001 killings. The latest victim is the third brother of one family to die on the streets of Baltimore. Investigators claim the group is in some way connected to 40 homicides. Shortly before trial, a critical witness in the case was shot 10 times and killed. He had been shot at twice before. Separate indictments (03-343 and 03-560) charge Kaarman Hawkins, Parker, Foster and Taylor in that case. The jury returned unanimous life verdicts for Moses and Taylor in 5 hours. All involved are African-American.

Jacques Appendix - A135

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Mills, Barry Byron | C.D. CA CR No. 02-00938-GHK | |

Life sentence from jury

**Race and Gender of Def**    W   M    **Race and Gender of Victim(s)**    WM BM

a RICO indictment of 40 reputed members and associates of the Aryan Brotherhood [AB] for a string of murders and violent attacks allegedly designed to expand the power of the white racist prison gang, which was founded at San Quentin state prison in 1964. Authorities say the gang has about 100 members. In 1980, the federal faction of the AB allegedly formed a three-man "Commission" to oversee AB members in federal prisons, and, in 1993, the Federal Commission allegedly formed a "Council" to oversee the day-to-day activities of the federal faction. 17 murders were alleged. Multiple (at least six) murders have occurred since 1996. Twenty-seven defendants initially were eligible for the death penalty. Mills and Bingham are alleged to have made all major decisions involving the criminal activities of the federal faction. Mills is also charged with personally committing one murder and involvement in numerous bad acts, as many as a dozen murders.   AB members who were selected to face the death penalty are: McIntosh, Knorr, Sahakian, McElhiney, Littrell, Bridgewater, Terflinger, Schwyhart, Houston, Griffin, Chance, Stinson, Mills and Bingham. Mills and Bingham were sentenced to life in prison in 2006, as were Bridgewater and Houston at a separate trial in 2007.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Bingham, Tyler Davis | C.D. CA CR No. 02-00938-GHK | |

Life sentence from jury

**Race and Gender of Def**    W   M    **Race and Gender of Victim(s)**    WM BM

a RICO indictment of 40 reputed members and associates of the Aryan Brotherhood [AB] for a string of murders and violent attacks allegedly designed to expand the power of the white racist prison gang, which was founded at San Quentin state prison in 1964. Authorities say the gang has about 100 members. In 1980, the federal faction of the AB allegedly formed a three-man "Commission" to oversee AB members in federal prisons, and, in 1993, the Federal Commission allegedly formed a "Council" to oversee the day-to-day activities of the federal faction. 17 murders were alleged. Multiple (at least six) murders have occurred since 1996. Twenty-seven defendants initially were eligible for the death penalty. Mills and Bingham are alleged to have made all major decisions involving the criminal activities of the federal faction. Mills is also charged with personally committing one murder and involvement in numerous bad acts, as many as a dozen murders.   AB members who were selected to face the death penalty are: McIntosh, Knorr, Sahakian, McElhiney, Littrell, Bridgewater, Terflinger, Schwyhart, Houston, Griffin, Chance, Stinson, Mills and Bingham. Mills and Bingham were sentenced to life in prison in 2006, as were Bridgewater and Houston at a separate trial in 2007.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

**Name**                                        **D.Ct Docket #**                                        **Race**

Bridgewater, Wayne                           C.D. CA CR No. 02-00938-GHK

Life sentence from jury

**Race and Gender of Def**       W   M       **Race and Gender of Victim(s)**   BM

a RICO indictment of 40 reputed members and associates of the Aryan Brotherhood [AB] for a string of murders and violent attacks allegedly designed to expand the power of the white racist prison gang, which was founded at San Quentin state prison in 1964. Authorities say the gang has about 100 members. In 1980, the federal faction of the AB allegedly formed a three-man "Commission" to oversee AB members in federal prisons, and, in 1993, the Federal Commission allegedly formed a "Council" to oversee the day-to-day activities of the federal faction. 17 murders were alleged. Multiple (at least six) murders have occurred since 1996. Twenty-seven defendants initially were eligible for the death penalty. Mills and Bingham are alleged to have made all major decisions involving the criminal activities of the federal faction. Mills is also charged with personally committing one murder and involvement in numerous bad acts, as many as a dozen murders. Stinson, Terflinger, Griffin and Chance, allegedly made all major decisions involving the criminal activities of the California faction of the AB. Slocum, a member of both the Federal and California councils allegedly relayed information between the two and is alleged to have participated in actual murders. McElhiney and Sahakian are alleged to be responsible for running the day-to-day operations of the AB at USP Marion in Illinois. Littrell, Roy, West, Grizzle, Kennedy and Filkins are accused of allegedly murdering AB members who had run afoul of the organization or violated rules. Grizzle allegedly helped Litrell in one strangulation in the victim's cell. Bridgewater, a member of the Federal Council, is alleged to have murdered two black inmates. Campbell is accused of participating in three murders. Stinson, Terflinger, Chance and Burnett are charged with murders of white inmates who had conflicts with the gang. Sahakian, McIntosh and Knorr are accused of murdering a black inmate at Marion and faced federal capital charges at trial in Illinois at which the jury deadlocked. Sahakian faces three additional murder charges in the California indictment. Schwyhart and Hourston are accused of taking part in the murders of two black inmates. Slocum, Bridgewater, Campbell and Houston were also charged with two BOP prison murders of black men in Pennsylvania at Lewisburg's USP. Charges were dismissed in Pennsylvania. AB members/inmates who were selected to face the death penalty are: McIntosh, Knorr, Sahakian, McElhiney, Littrell, Bridgewater, Terflinger, Schwyhart, Houston, Griffin, Chance, Stinson, Mills and Bingham. Mills and Bingham were sentenced to life in prison in 2006, as were Bridgewater and Houston at a separate trial in 2007. The Notice of Intent to Seek the Death Penalty was withdrawn as to Griffin, Chance, Stinson and Schwyhart.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

**Name**                                          **D.Ct Docket #**                                          **Race**

Houston, Henry Michael                            C.D. CA CR No. 02-00938-GHK

Life sentence from jury

**Race and Gender of Def**        W  M        **Race and Gender of Victim(s)**    BM

a RICO indictment of 40 reputed members and associates of the Aryan Brotherhood [AB] for a string of murders and violent attacks allegedly designed to expand the power of the white racist prison gang, which was founded at San Quentin state prison in 1964. Authorities say the gang has about 100 members. In 1980, the federal faction of the AB allegedly formed a three-man "Commission" to oversee AB members in federal prisons, and, in 1993, the Federal Commission allegedly formed a "Council" to oversee the day-to-day activities of the federal faction. 17 murders were alleged. Multiple (at least six) murders have occurred since 1996. Twenty-seven defendants initially were eligible for the death penalty. Mills and Bingham are alleged to have made all major decisions involving the criminal activities of the federal faction. Mills is also charged with personally committing one murder and involvement in numerous bad acts, as many as a dozen murders. Stinson, Terflinger, Griffin and Chance, allegedly made all major decisions involving the criminal activities of the California faction of the AB. Slocum, a member of both the Federal and California councils allegedly relayed information between the two and is alleged to have participated in actual murders. McElhiney and Sahakian are alleged to be responsible for running the day-to-day operations of the AB at USP Marion in Illinois. Littrell, Roy, West, Grizzle, Kennedy and Filkins are accused of allegedly murdering AB members who had run afoul of the organization or violated rules. Grizzle allegedly helped Litrell in one strangulation in the victim's cell. Bridgewater, a member of the Federal Council, is alleged to have murdered two black inmates. Campbell is accused of participating in three murders. Stinson, Terflinger, Chance and Burnett are charged with murders of white inmates who had conflicts with the gang. Sahakian, McIntosh and Knorr are accused of murdering a black inmate at Marion and faced federal capital charges at trial in Illinois at which the jury deadlocked. Sahakian faces three additional murder charges in the California indictment. Schwyhart and Hourston are accused of taking part in the murders of two black inmates. Slocum, Bridgewater, Campbell and Houston were also charged with two BOP prison murders of black men in Pennsylvania at Lewisburg's USP. Charges were dismissed in Pennsylvania. AB members/inmates who were selected to face the death penalty are: McIntosh, Knorr, Sahakian, McElhiney, Littrell, Bridgewater, Terflinger, Schwyhart, Houston, Griffin, Chance, Stinson, Mills and Bingham. Mills and Bingham were sentenced to life in prison in 2006, as were Bridgewater and Houston at a separate trial in 2007. The Notice of Intent to Seek the Death Penalty was withdrawn as to Griffin, Chance, Stinson and Schwyhart.

**Name**                                          **D.Ct Docket #**                                          **Race**

James, Richard                                    E.D. NY CR No. 02-778 (S-1) (SJ)

Life sentence from jury

**Race and Gender of Def**        B  M        **Race and Gender of Victim(s)**    BM

multiple (two) insurance fraud murders for hire involving foreign nationals from Guyana. The victims are also from Guyana. One died there. Both died from alcohol and drug ingestion. James is an insurance broker. Mallay and James are suspected of arranging at least two other deaths in an insurance fraud scheme. Also charged in one murder is the son of one victim. He will not face the death penalty. James was acquitted of one murder. All involved are black.

Jacques Appendix - A138

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Mallay, Ronald | E.D. NY CR No. 02-778 (S-1) (SJ) | |

Life sentence from jury

**Race and Gender of Def**     B   M     **Race and Gender of Victim(s)**   BM

multiple (two) insurance fraud murders for hire involving foreign nationals from Guyana. The victims are also from Guyana. One died there. Both died from alcohol and drug ingestion. James is an insurance broker. Mallay and James are suspected of arranging at least two other deaths in an insurance fraud scheme. Also charged in one murder is the son of one victim. He will not face the death penalty. James was acquitted of one murder. All involved are black.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Smith, Thomas | W.D. MO No. 3:02 CR 05025 | |

Life sentence from jury

**Race and Gender of Def**     B   M     **Race and Gender of Victim(s)**   WF BM

multiple (two) gun murders during course of drug trafficking by black defendants from Tulsa selling crack in Tulsa. Smith is alleged to be a leader in the double murder. A black victim allegedly stole drugs and was shot to death along with a white female who was with him at the time. Attorney General Ashcroft required a capital prosecution as to Smith and Ward, and DOJ twice refused to withdrawn the Notice of Intent against Street. Attorney General Gonzales approved a plea agreement with Ward after Street was sentenced to life imprisonment by a jury.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Villegas, Hernaldo Medina | D. PR No. 3:02-CR-117 | |

Life sentence from jury

**Race and Gender of Def**     H   M     **Race and Gender of Victim(s)**   HM

the Hobbs Act robbery of a local credit union, while an armored bank truck was making a deposit. A gunfight ensued and an armed guard was killed with a second head shot by Villegas after he was down. Lorenzo Catalan and Hernando Medina participated in the robbery, while Quester Sterling was the lookout. The 924(j) murder weapon was allegedly obtained in a carjacking. There are additional non-capital charges for a prior robbery of the same credit union by the same group. Only Villegas and Roman faced the death penalty. All involved are Hispanic.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
| --- | --- | --- |
| Roman, Lorenzo Catalan | D. PR No. 3:02-CR-117 | |
| Life sentence from jury | | |

| **Race and Gender of Def** | H   M | **Race and Gender of Victim(s)** | HM |
| --- | --- | --- | --- |

the Hobbs Act robbery of a local credit union, while an armored bank truck was making a deposit. A gunfight ensued and an armed guard was killed with a second head shot by Villegas after he was down. Lorenzo Catalan and Hernando Medina participated in the robbery, while Quester Sterling was the lookout. The 924(j) murder weapon was allegedly obtained in a carjacking. There are additional non-capital charges for a prior robbery of the same credit union by the same group. Only Villegas and Roman faced the death penalty. All involved are Hispanic.

| *Name* | *D.Ct Docket #* | *Race* |
| --- | --- | --- |
| Breeden, Shawn | W.D. VA No. 03-CR-13 | |
| Life sentence from jury | | |

| **Race and Gender of Def** | B   M | **Race and Gender of Victim(s)** | BM |
| --- | --- | --- | --- |

involves four defendants from D.C. who drove to Virginia with the intent to commit robbery. Cassell was the driver. Breeden is alleged to be the organizer, having lost his girlfriend's car payment while gambling. Carpenter allegedly held the victim, a drug dealer, at gunpoint. Carpenter shot the victim in the knee with a shotgun. Then Breeden allegedly stabbed the victim 7 times in the chest and neck. Outterbridge then shot the victim in the head. All involved are African-American, except the victims of a violent, but non-fatal, robbery of a white couple using an ATM that resulted in serious injury. The group also committed another robbery. Attorney General Ashcroft required a capital prosecution against Breeden, Carpenter and Cassell. Outterbridge, 19 and the youngest, is a cooperator. Breeden has a prior stabbing conviction. The district court rejected a claim that the notice of intent to seek the death penalty was filed too late. 2003 WL 22019060.

| *Name* | *D.Ct Docket #* | *Race* |
| --- | --- | --- |
| Carpenter, Michael Anthony | W.D. VA No. 03-CR-13 | |
| Life sentence from jury | | |

| **Race and Gender of Def** | B   M | **Race and Gender of Victim(s)** | BM |
| --- | --- | --- | --- |

involves four defendants from D.C. who drove to Virginia with the intent to commit robbery. Cassell was the driver. Breeden is alleged to be the organizer, having lost his girlfriend's car payment while gambling. Carpenter allegedly held the victim, a drug dealer, at gunpoint. Carpenter shot the victim in the knee with a shotgun. Then Breeden allegedly stabbed the victim 7 times in the chest and neck. Outterbridge then shot the victim in the head. All involved are African-American, except the victims of a violent, but non-fatal, robbery of a white couple using an ATM that resulted in serious injury. The group also committed another robbery. Attorney General Ashcroft required a capital prosecution against Breeden, Carpenter and Cassell. Outterbridge, 19 and the youngest, is a cooperator. Breeden has a prior stabbing conviction. The district court rejected a claim that the notice of intent to seek the death penalty was filed too late. 2003 WL 22019060.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

**Name**                              **D.Ct Docket #**                                **Race**

Ayala-Lopez, Carlos L.                D. PR No. 03-CR-55

Life sentence from jury

**Race and Gender of Def**    H   M    **Race and Gender of Victim(s)**    HM

robbery of a gun and murder of a Veteran's Administration Hospital guard. Attorney General Ashcroft rejected a plea agreement calling for a sentence of 35 years to life and required a capital prosecution. Ayala-Lopez was a leader of a gang that sold drugs. A juvenile co-defendant was the triggerman.

**Name**                              **D.Ct Docket #**                                **Race**

Williams, Jamain                      E.D. PA No. 01-CR-512

Life sentence from jury

**Race and Gender of Def**    B   M    **Race and Gender of Victim(s)**    BF

a prosecution against a drug gang, the Boyle Street Boys, charging cocaine sales and multiple (four) gun murders between 1996 and 2002, including the 2001 execution-style slaying of a witness who was killed before she could testify about an illegal gun ring. Brian Rogers, who shot the female victim to prevent her from testifying against Vincent Williams in a federal gun case, reached a plea agreement. Jamain Williams and Andre Cooper allegedly assisted Rogers in that shooting. Vincent Williams and Andre Cooper are charged with the 2000 murder of a teenage drug seller. Vincent Williams was allegedly the shooter. Jamain Williams was allegedly the triggerman in a second 2000 RICO murder. Both Williams and Cooper committed a third RICO murder in 1999. Cooper was allegedly the shooter. All involved are African American.

**Name**                              **D.Ct Docket #**                                **Race**

Mayhew, John Richard                  S.D. OH CR No. 02 03-165

Life sentence from jury

**Race and Gender of Def**    W   M    **Race and Gender of Victim(s)**    WF

multiple domestic gun murders of Mayhew's ex-wife, her boyfriend and his 18 year old daughter, with whom Mayhew had an incestuous relationship. Mayhew is charged in federal court with interstate kidnapping. He shot a West Virginia state trooper in the chest and shot his daughter to death and then shot himself. The seats in the car were rigged with bombs. All involved are white.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Cooper, Andre | E.D. PA No. 01-CR-512 | |

Life sentence from jury

**Race and Gender of Def**     B   M     **Race and Gender of Victim(s)**     BF

a prosecution against a drug gang, the Boyle Street Boys, charging cocaine sales and multiple (four) gun murders between 1996 and 2002, including the 2001 execution-style slaying of a witness who was killed before she could testify about an illegal gun ring. Brian Rogers, who shot the female victim to prevent her from testifying against Vincent Williams in a federal gun case, reached a plea agreement. Jamain Williams and Andre Cooper allegedly assisted Rogers in that shooting. Vincent Williams and Andre Cooper are charged with the 2000 murder of a teenage drug seller. Vincent Williams was allegedly the shooter. Jamain Williams was allegedly the triggerman in a second 2000 RICO murder. Both Williams and Cooper committed a third RICO murder in 1999. Cooper was allegedly the shooter. All involved are African American.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Simmons, Brent | W.D. VA No. 5:04-CR-30014-SGW | |

Life sentence from jury

**Race and Gender of Def**     B   M     **Race and Gender of Victim(s)**     WF WM

a black state prisoner charged in 1996 in this petite policy case with stalking his white ex-college girlfriend, 25, and killing her and her white boyfriend, 23, with two shots to the head each. The victims were James Madison University students. The state prosecution ended with a controversial 20 year plea agreement after a hung jury. The Virginia Supreme Court rejected an appeal in 2003. Simmons has no prior convictions, is college educated and has an excellent institutional record in state prison in Virginia. The new charges were based on the Violence Against Women Act (a gun murder) and on an interstate stalking law. A 9mm was eventually discovered near the defendant's home and was alleged to be the murder weapon. The male victim's father is a retired New York City police officer. Simmons was sentenced to life in prison after six hours of deliberations.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Pepin-Taveras, Humberto | E.D. NY CR No. 04-0156 | |

Life Sentence by Jury

**Race and Gender of Def**     H   M     **Race and Gender of Victim(s)**     HM

multiple (two) drug related gun murders by a foreign national (Dominican Republic). The capital murder charge alleges a 1995 homicide. 21 U.S.C. § 848. Mr. Pepin was serving a sentence for a drug conspiracy when he allegedly called the police to "cooperate" and obtain a reduced sentence. He admitted two murders of drug dealers and the dismemberment and disposal of the corpses. A 1992 murder was being prosecuted in state court, but was transferred to federal court. Pepin allegedly shot the victims, cut up their bodies and dumped them by the roadside. All involved are Hispanic.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Jordan, Peter | E.D. VA No. 04-CR-58 | |

Life sentence from jury

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

a drug conspiracy murder of a drug dealer who was burned to death. All involved are African-American. Jordan was previously charged with bank robbery, auto-theft and drug possession. Gordan faced drug and gun possession charges as a juvenile.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Gordon, Lorenzo | E.D. VA No. 04-CR-58 | |

Life sentence from jury

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

a drug conspiracy murder of a drug dealer who was burned to death. All involved are African-American. Jordan was previously charged with bank robbery, auto-theft and drug possession. Gordan faced drug and gun possession charges as a juvenile.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Grande, Oscar | E.D. VA No. 04-CR-283 | |

.ife sentence from jury

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   HF

four members of the MS-13 street gang who murdered a pregnant teenager in 2003 who had joined the gang and later became a federal informant. The deceased government witness was 17 years old. She had just left the witness protection program. She was stabbed multiple times in 2003. Rivera allegedly ordered the murder from prison, where he is serving a life sentence for a 2001 murder. Rivera and Garcia-Orellano were acquitted. Cisneros and Grande were sentenced to life. All involved are Hispanic.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Cisneros, Ismael | E.D. VA No. 04-CR-283 | |

Life sentence from jury

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   HF

four members of the MS-13 street gang who murdered a pregnant teenager in 2003 who had joined the gang and later became a federal informant. The deceased government witness was 17 years old. She had just left the witness protection program. She was stabbed multiple times in 2003. Rivera allegedly ordered the murder from prison, where he is serving a life sentence for a 2001 murder. Rivera and Garcia-Orellano were acquitted. Cisneros and Grande were sentenced to life. All involved are Hispanic. Mental retardation was raised and argued in the penalty phase.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

**Name**                                    ***D.Ct Docket #***                              ***Race***

Wilk, Kenneth                               S.D. FL No. 04-CR-60216

Life sentence from jury

**Race and Gender of Def**      W   M      **Race and Gender of Victim(s)**   HM

law enforcement officer victim - the gun murder of a law enforcement officer,Todd Fatta, and the attempted murder of Sgt. Angelo Cedeno, deputy sheriffs who were trying to serve a federal warrant. Wilk was being investigated for child pornography. Wilk, a homosexual, apparently has AIDS and allegedly dementia. The government refused an offer to plead guilty in return for a life sentence, a resolution said to have been acceptable to the victim's family. Wilk is white and the deceased officer is Hispanic. Wilk's once allegedly listed "hunting cops" as a hobby on an internet profile. Trial proceedings were stayed in 2005 pending a speedy trial interlocutory appeal which was denied. It was claimed the "death notice" was filed too late.

**Name**                                    ***D.Ct Docket #***                              ***Race***

Clay, Vertis                                E.D. AR No. 4:04-CR-00035 WRW

Life sentence from jury

**Race and Gender of Def**      B   M      **Race and Gender of Victim(s)**   BM

a murder-for-hire drug-related 2004 gun murder during the course of a burglary and robbery to steal drugs and money. Clay and Walker were sent to kill the victim by Stovall. The deceased had knowledge about Stovall's misdeeds unknown to his Mexican drug suppliers. Walker proffered repeatedly in an attempt to cooperate. Only Clay was authorized. The murder is alleged to be gruesome. All involved are black.

**Name**                                    ***D.Ct Docket #***                              ***Race***

Barnes, Khalid                              S.D. NY No. 7:04-CR-00186-SCR

Life Sentence by Jury

**Race and Gender of Def**      B   M      **Race and Gender of Victim(s)**   BM

multiple (two) *drug related murders, charged as §848 CCE and as §924 gun murders. Attorney General Gonzales required a capital prosecution. All involved are black.*

**Name**                                    ***D.Ct Docket #***                              ***Race***

Street, John P.                             W.D. MO No. 4:04-CR-00298-GAF

Life sentence from jury

**Race and Gender of Def**      W   M      **Race and Gender of Victim(s)**   WM

a 1998 drug (methamphetamine) related gun murder of a potential government witness. Police recovered the male victim's body from the trunk of a car. He had been beaten, stabbed and shot in the back of the head. Street was already serving 15 years on drug and gun charges. All involved are white. The jury at the first trial deadlocked. The jury at the second trial convicted Street and sentenced him to life in prison.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Gooch, Larry | D. DC CR No. 04-128 | |

Life sentence from jury

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BF BM

a drug (cocaine, PCP, MDA) gang accused of multiple (six) murders, a double murder in 2000, one in 2002, three in 2003, including a double murder. Gooch is charged with five murders, Dorsey and Robinson in two and Bell, Franklin and Simmons in one. Attorney General Gonzales required a capital prosecution against Gooch only. He was acquitted of one of the five murders.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| McGriff, Kenneth | E.D. NY CR No. 04-966 (ERK) (VVP) | |

Life sentence from jury

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

Kenneth "Supreme" McGriff was the leader of a notorious Queens-based drug gang, "The Supreme Team," that operated in the 1980's. He went to prison after pleading to a CCE and receiving a 12-year sentence. Upon his release, it is alleged, he resumed drug trafficking. The case also features a Murder, Inc. connection involving a film McGriff was producing with the soundtrack provided by several well-know rap artists from the label. McGriff and co-defendants David Crosby and Emanuel Mosley were charged with two VICAR murders that took place in 2001. The government alleged that the murders were committed in retaliation for a murder of a McGriff associate by one of the victims, Eric Smith (who was a rapper a/k/a "E Money Bags"). The second murder victim, Troy Singleton, was allegedly killed to prevent him from retaliating for the E Money Bags murder. Both victims had a reputation for street violence. Both were carrying loaded handguns at the time of their deaths. A third defendant, Nicole Brown, Crosby's girlfriend, was charged in the E Money Bags murder only and is alleged to have acted as a look-out, video-taping the victim, and/or to have directed the shooters to the victim's location. The government's theory was that McGriff hired Mosley to provide the actual shooters. It is not clear whether any of the defendants were on the scene. Victor Wright was charged with the double-murder of two men in a suburb of Baltimore, Owings Mills, Md. The motive alleged for one of the killings was that the victim was suspected of being a cooperating witness in a drug investigation. The second victim just happened to be there. The crime took place in the parking lot of an up-scale apartment complex where, it is alleged, McGriff maintained a stash house. The Government filed "Protective" Notices of Intent to Seek the Death Penalty as to five defendants, but withdrew as to four. The Court declined to strike the notice as filed late. Only McGriff faced the death penalty. All involved are African-American.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| McTier, James | E.D. NY CR No. 05-401 | |

Life sentence from jury

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BF BM

multiple (five) RICO murders in 2000 and 2001 by the drug gang "Folk Nation" of the nationwide "Gangster Disciples" gang, who sold cocaine and marijuana. McTier is charged with three murders, Stone in two murders and Nieves in one. An innocent bystander was killed in a drive-by shooting. Nieves is Hispanic. Everyone else is black. Only McTier faced the death penalty.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

**Name**          **D.Ct Docket #**          *Race*

Hans, Eric Preston          D. SC No. 6:05 CR 01227-HMH

Life sentence from jury

**Race and Gender of Def**    W   M    **Race and Gender of Victim(s)**   WF BM

a 2004 arson of a Comfort Inn in Greenville, South Carolina, resulting in multiple (six) deaths, one white male, two white females, two black males and one black female. Hans is white. He was allegedly obsessed with a woman who was reconciling with her boyfriend at the motel. At sentencing, the government abandoned a claim that Hans intended to kill.

**Name**          **D.Ct Docket #**          *Race*

Natson, Michael Antonio          M.D. GA No. 4:05-CR-00021-CDL-GMF

Life sentence from jury

**Race and Gender of Def**    B   M    **Race and Gender of Victim(s)**   BF

a 24 year old U.S. Air Force military police officer charged with the gun murder a pregnant 23 year old Georgia Southern University student in 2003. The victim's skeletal remains were found by hunters on a remote part of Fort Benning, Georgia. Evidence suggests the victim was romantically involved with the defendant. All involved are African-American.

**Name**          **D.Ct Docket #**          *Race*

Solomon, Jelani          W.D. PA No. 2:05-CR-00385-TFM

Life sentence from jury

**Race and Gender of Def**    B   M    **Race and Gender of Victim(s)**   WM

involves a contract gun murder of a 53-year-old father of a jailed witness who was cooperating (and due to testify the next day) against Soloman. Hanner rang the doorbell and shot the witness's father when he answered the door. Solomon hired Hanner who dropped his cellphone near the scene of the murder. Hanner pled guilty and testified against Solomon. The victim is white, with five children. Solomon and Hanner are African-American.

**Name**          **D.Ct Docket #**          *Race*

Cyrus, Dennis, Jr.          N.D. CA No. 05-00324-MMC

Life sentence by jury

**Race and Gender of Def**    B   M    **Race and Gender of Victim(s)**   BM

a San Francisco based conspiracy from 1994 to 2005 alleging multiple (three) separate 2002 RICO murders including the killing of a government witness, Section 1512. Cyrus faced three murder charges, Peterson faced one.