*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Eye, Gary | W.D. MO No. 4:05-CR-00344-ODS | |

Life Sentence from Jury

**Race and Gender of Def**     W   M     **Race and Gender of Victim(s)**    BM

a 2005 18 U.S.C. §924(c) gun, civil rights murder of a §1512 government witness. The indictment alleged the victim was killed by the white defendants because he is an African-American. State murder charges were dismissed. The United States Attorney announced that the death penalty would not be sought, but the Department of Justice required counsel to submit a mitigation letter. "Learned" counsel were not appointed until Attorney General Gonzales required a death penalty prosecution. Both defendants are young with juvenile records, stealing cars and use of meth.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Sandstrom, Steven | W.D. MO No. 4:05-CR-00344-ODS | |

Life Sentence from Jury

**Race and Gender of Def**     W   M     **Race and Gender of Victim(s)**    BM

a 2005 18 U.S.C. §924(c) gun, civil rights murder of a §1512 government witness. The indictment alleged the victim was killed by the white defendants because he is an African-American. State murder charges were dismissed. The United States Attorney announced that the death penalty would not be sought, but the Department of Justice required counsel to submit a mitigation letter. "Learned" counsel were not appointed until Attorney General Gonzales required a death penalty prosecution. Both defendants are young with juvenile records, stealing cars and use of meth.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Henderson, Thomas | S.D. OH No. 2:06-CR-00039 | |

Life sentence from jury

**Race and Gender of Def**     B   M     **Race and Gender of Victim(s)**    BM

the 1996 and 1998 18 U.S.C. § 1513 multiple murders of a witness who testified against Henderson in an earlier bank robbery prosecution and the witness' boyfriend. In addition, three additional murders were alleged in aggravation. All involved are African-American.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Galan, Thomas A. | N.D. OH No. 3:06-CR-00730-JGC-1 | |

Life sentence from jury

**Race and Gender of Def**     H   M     **Race and Gender of Victim(s)**    HM

drug related multiple (two) double gun murder of two brothers in 2006. They were found in a crushed van. The defendant is white, the victims Hispanic. Galan distributed cocaine and marijuna in Northwest Ohio.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Green, Steven | W.D. KY No. 5:06-CR-00019-TBR | |

Life Sentence by Jury

**Race and Gender of Def**    W   M    **Race and Gender of Victim(s)**   ARF

the 2006 multiple murders of an Iraqi family of four and the rape murder of their daughter by three United States soldiers. Four of Green's fellow soldiers, including three squad leaders, were murdered in 12 days. Green, 20, told counselors and commanding officers that he wanted to kill Iraqis. Green was discharged before arrest and indicted in United States District Court.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Baskerville, William | D. NJ CR No. 03-836 (JAP) | |

Life sentence from jury

**Race and Gender of Def**    B   M    **Race and Gender of Victim(s)**   BM

Baskerville is a "career offender" in his early thirties who was the target of a federal narcotics investigation. The victim was a government informant who made a series of taped drug buys from Baskerville (as well as others). Four months after Baskerville was arrested, the government witness was killed. Baskerville ordered the hit from his jail cell. The shooter, Anthony Young, cooperated and did not face the death penalty.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Moonda, Donna | N.D. OH No. 1:06-CR-00395-DDD | |

Life sentence from jury

**Race and Gender of Def**    W   F    **Race and Gender of Victim(s)**   IM

a 2005 "interstate stalking," 18 U.S.C. §2261A, §924 gun murder of a millionaire urologist while he was driving on the Ohio Turnpike. Co-defendant Bradford, a black male, allegedly traveled from Pennsylvania to Ohio to kill Dr. Gulam Moonda. Bradford struck a deal for 17 years in return for testimony that Mrs. Moonda offered him money to kill her husband. He was having an affair with the doctor's wife. The deceased was 69 and of Indian descent. Mrs. Moonda, 47, faced the death penalty for charges of murder for hire.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Julian, Jermaine Michael | M.D. FL No. 8:07-CR-9-T-27TGW | |

Life sentence by Jury

**Race and Gender of Def**    B   M    **Race and Gender of Victim(s)**   BM

a robbery of a drug house and an execution style gun murder and two attempted murders. The gunmen forced their way into the house. Only Julian will face the death penalty. He shot the deceased victim Potts but the gun jammed when he tried to shoot two associates. All involved are black.

*Federal Capital Prosecutions Resulting in a Sentence Less than Death - 7/21/09*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Dinkins, James | D. MD No. 1:06-CR-00309-JFM | |
| Life sentence by jury | | |

**Race and Gender of Def**    B    M    **Race and Gender of Victim(s)**    BM Bx

multiple (three) drug-related gun murders. Dinkins is charged in two in 2005, the others in one. 18 U.S.C. §§846 and 924.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Gilbert, Melvin | D. MD No. 1:06-CR-00309-JFM | |
| Life sentence by jury | | |

**Race and Gender of Def**    B    M    **Race and Gender of Victim(s)**    Bx

multiple (three) drug-related gun murders. Dinkins is charged in two in 2005, the others in one. 18 U.S.C. §§846 and 924.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Byers, Patrick Albert, Jr. | D. MD No. 08-056 | |
| Life Sentence by Jury | | |

**ace and Gender of Def**    B    M    **Race and Gender of Victim(s)**    WM

a 2007 contract, gun murder for hire by a 15 year old member of the Bloods gang on the order of Byers, who was facing a state murder trial in eight days. The gunman was paid $2,500. The victim, who is a white male, was an eyewitness to a murder committed by Byers. He was shot to death in front of his children. The hit was arranged from jail by a cellphone. Prior to trial, Byers was caught with another cellphone in jail, trying to influence a witness. The jury deliberated eight hours before announcing they were not unanimous. All the defendants are black.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Holley, Marvin Lee | N.D. AL CR No. 96-B-0208-NE | |
| Life sentence from jury | | |

**Race and Gender of Def**    W    M    **Race and Gender of Victim(s)**    WM

the 1991 killing of an informant in a drug conspiracy prosecution who had been given a new identity and sent out of state. However, the government witness returned and was spotted at a flea market in Ft. Payne. The drug ring boss, Mr. Holley, and co-defendant Charles Holland are alleged to have kidnaped the victim (intrastate) and killed him with a hammer. Holley is also alleged to have attempted to arrange the killing of government witnesses from prison. Holley was sentenced to life in prison and is also serving several consecutive life sentences in state prison for drug trafficking. All involved are white.

Jacques Appendix - A149

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

**Name**                         **D.Ct Docket #**                                    ***Race***

Zambrano, Jesus                  E.D. TX CR No. 9:91-CR4

Guilty plea                      **Name of AG**  Barr

**Race and Gender of Def**  H  M  **Race and Gender of Victim(s)**  WM

a third co-defendant in the Villarreal case who testified against the two brothers at trial.


**Name**                         **D.Ct Docket #**                                    ***Race***

Culbert, Stacy                   E.D. MI CR No. 92-81127

Guilty plea at trial             **Name of AG**  Barr

**Race and Gender of Def**  B  M  **Race and Gender of Victim(s)**  BM

involves a gun murder by a drug gang member. A prosecutor claimed that the gang was involved in up to 50 murders.


**Name**                         **D.Ct Docket #**                                    ***Race***

Johnson, Darryl                  W.D. NY CR No. 92-159-C

Guilty plea                      **Name of AG**  Reno

**Race and Gender of Def**  B  M  **Race and Gender of Victim(s)**  BM

involves multiple killings - an African-American from the West Coast charged with two cocaine-related killings by a California and Tennessee connected, Buffalo, New York group, suspected in as many as five other murders. Murder for hire is alleged as an aggravating circumstance. A guilty plea was entered in 1995, on the morning of trial. The defendant was sentenced to life imprisonment.


**Name**                         **D.Ct Docket #**                                    ***Race***

O'Bryant, Lonnie                 E.D. MI CR No. 92-81127

Guilty plea                      **Name of AG**  Barr

**Race and Gender of Def**  B  M  **Race and Gender of Victim(s)**  BM

involves multiple (six) gun murders by a drug gang member. A prosecutor claimed that the gang was involved in up to 50 murders.


**Name**                         **D.Ct Docket #**                                    ***Race***

Perry, Wayne Anthony             D. DC CR No. 92-474

Guilty plea                      **Name of AG**  Reno

**Race and Gender of Def**  B  M  **Race and Gender of Victim(s)**  BF BM

involves multiple killings and a hitman for a D.C. cocaine distribution ring between 1989-1991, facing eight homicide counts. Murder for hire is alleged as an aggravating circumstance. In 1994, the defendant pleaded guilty to five homicide counts in exchange for the government's dropping the death penalty. He received five consecutive nonparolable life sentences and was sent to the federal "super max" prison in Colorado, ADX Florence.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

**Name**                                    ***D.Ct Docket #***                                    ***Race***

Williams, Michael                           E.D. MI CR No. 92-81127

Guilty plea                                 Name of AG   Barr

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

involves multiple (two) gun murders by a drug gang member.  A prosecutor claimed that the gang was involved in up to 50 murders.


**Name**                                    ***D.Ct Docket #***                                    ***Race***

Wilkes, Charles                             E.D. MI CR No. 92-81127

Guilty plea                                 Name of AG   Barr

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

involves multiple (three) gun murders by a drug gang member.  A prosecutor claimed that the gang was involved in up to 50 murders.


**Name**                                    ***D.Ct Docket #***                                    ***Race***

McCauley, Donzell M.                        D. DC CR No. 94-121

Guilty plea                                 Name of AG   Reno

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WM

.aw enforcement officer victim - a young black man from the District of Columbia who struggled with and shot to death a police officer. Attorney General Reno required a capital prosecution for the murder of a white law enforcement police officer despite the U.S. Attorney's initial decision that the death penalty not be sought.  This authorization marked the first time in the post-Gregg era of capital punishment that the Attorney General required a capital prosecution in a federal criminal case despite the initial opposition of the local U.S. Attorney. Subsequently, the defendant entered a plea of guilty and was sentenced to life imprisonment.


**Name**                                    ***D.Ct Docket #***                                    ***Race***

Vest, James                                 W.D. MO CR No. 94-00037-04

Guilty plea                                 Name of AG   Reno

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   HM

involves multiple killings - three white brothers from Kansas City who were approved for a capital prosecution in 1994.  They were charged with the well- planned double homicide of two Mexican drug dealers.  Graves were dug and the victims abducted and bound with duct tape, suffocating to death.  A fourth brother, Darrell Vest, did not face the death penalty.  One defendant was also charged with a separate murder count in another drug rip-off.  Guilty pleas were negotiated for all three.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Vest, Mark | W.D. MO CR No. 94-00037-04 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   HF HM

involves multiple killings - three white brothers from Kansas City who were approved for a capital prosecution in 1994. They were charged with the well- planned double homicide of two Mexican drug dealers. Graves were dug and the victims abducted and bound with duct tape, suffocating to death. A fourth brother, Darrell Vest, did not face the death penalty. One defendant was also charged with a separate murder count in another drug rip-off. Guilty pleas were negotiated for all three.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Vest, Steven | W.D. MO CR No. 94-00037-04 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   HM

involves multiple killings - three white brothers from Kansas City who were approved for a capital prosecution in 1994. They were charged with the well- planned double homicide of two Mexican drug dealers. Graves were dug and the victims abducted and bound with duct tape, suffocating to death. A fourth brother, Darrell Vest, did not face the death penalty. One defendant was also charged with a separate murder count in another drug rip-off. Guilty pleas were negotiated for all three.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Bonds, Andre | E.D. MO CR No. 4:95CR332 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WF

a black teenager in an interstate, cross-racial carjacking case involving an 18 year old African-American defendant (and his 16 year old co-defendant) who allegedly killed one white female, took her car across state lines, kidnaping and raping her girlfriend - another Caucasian. Mr. Bonds pled guilty in 1996 and was sentenced to life imprisonment. The victim was white.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Chen, Fu Xin | E.D. NY CR No. 95 0870 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   A   M   **Race and Gender of Victim(s)**   AF

two foreign national Chinese gang members who kidnaped intrastate Chinese nationals living in the U.S. for ransom to be paid by relatives in China. One victim was raped and severely abused before being strangled after her family failed to pay the ransom demanded. Jia Wu and Fu Xin Chen pled guilty and received life sentences in 1996. Capital authorization against a third defendant, You Zhong Peng, was withdrawn by the Department of Justice just three days before his scheduled 1997 trial.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Chen, Jia Wu | E.D. NY CR No. 95 0870 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   A   M   **Race and Gender of Victim(s)**   AF

two foreign national Chinese gang members who kidnaped intrastate Chinese nationals living in the U.S. for ransom to be paid by relatives in China. One victim was raped and severely abused before being strangled after her family failed to pay the ransom demanded. Jia Wu and Fu Xin Chen pled guilty and received life sentences in 1996. Capital authorization against a third defendant, You Zhong Peng, was withdrawn by the Department of Justice just three days before his scheduled 1997 trial.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Damon, Marvin | E.D. VA CR No. 3:95CR45 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

two members of a drug ring, from Richmond, Virginia, African-American, 52 and 30 years old, charged with the distribution of heroin, mainly in one housing development in Richmond where another African-American was shot to death in 1994 by Damon, at co-defendant Williams' request. The government alleged numerous other homicides committed by Damon as Williams' enforcer. Damon agreed to plead guilty, attempted suicide and finally entered a plea. Damon has a low IQ which played a role in resolving the case short of trial. Williams pled guilty after a jury was seated.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| DeLaTorree, Jason | D. NM CR No. 95-538-MV | |
| Guilty plea at trial | Name of AG   Reno | |

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   HM

involves multiple killings and murder in the aid of racketeering. The charges involve an L.A. gang, Sureno 13, moving crack and PCP from L.A. to Albuquerque. Among the seven murders connected to the gang one was of a high school student and another was a triple homicide. Five attempted murders were alleged, as well as a conspiracy to kill rival black drug dealers. Authorization was requested and granted by the Attorney General in 1996, for four of six defendants, but the government later withdrew its request for the death penalty as to one, after he was shown to be uninvolved in one of the two homicides originally charged against him. The remaining three entered guilty pleas: Mazzini received 25 years; Najar received 30 years; and De LaTorre received 22 years.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Fleming, Lamont | E.D. NC CR No. 4:95-CR-41-1-H-2 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BF BM

involves multiple killings and a crack cocaine conspiracy alleging four 1995 murders by an African-American gang originating in Brooklyn, New York. Fleming, Gist and co-defendant Linton were triggermen. DOJ did not authorize capital prosecutions against four other defendants, including Linton. Guilty pleas were entered by the two capital defendants who were charged in two murders. The two capital homicides involved the separate murders of two participants in a prior drug-related murder. All involved are black.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Gist, Cory | E.D. NC CR No. 4:95-CR-41-1-H-2 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BF BM

involves multiple killings and a crack cocaine conspiracy alleging four 1995 murders by an African-American gang originating in Brooklyn, New York. Fleming, Gist and co-defendant Linton were triggermen. DOJ did not authorize capital prosecutions against four other defendants, including Linton. Guilty pleas were entered by the two capital defendants who were charged in two murders. The two capital homicides involved the separate murders of two participants in a prior drug-related murder. All involved are black. Attorney General Reno required a capital prosecution as to Gist.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Haworth, Richard | D. NM CR No. 95-491 LH | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WM HM

Haworth was the leader of a New Mexico drug trafficking conspiracy, during the course of which he murdered at least three individuals (two Hispanic, one Anglo). The government dropped its request for the death penalty in exchange for his plea and a life sentence on the eve of his scheduled trial in February, 1997. After six weeks of jury selection, the government accepted Spivey's guilty plea to a single homicide count and a 30-year sentence. Both Haworth and Spivey are white.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Mazzini, Marcos | D. NM CR No. 95-538-MV | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   BM

involves multiple killings and murder in the aid of racketeering. The charges involve an L.A. gang, Sureno 13, moving crack and PCP from L.A. to Albuquerque. Among the seven murders connected to the gang one was of a high school student and another was a triple homicide. Five attempted murders were alleged, as well as a conspiracy to kill rival black drug dealers. Authorization was requested and granted by the Attorney General in 1996, for four of six defendants, but the government later withdrew its request for the death penalty as to one, after he was shown to be uninvolved in one of the two homicides originally charged against him. The remaining three entered guilty pleas: Mazzini received 25 years; Najar received 30 years; and De LaTorre received 22 years.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| Name | D.Ct Docket # | Race |
|------|---------------|------|
| Najar, Vincent | D. NM CR No. 95-538-MV | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   BM

involves multiple killings and murder in the aid of racketeering. The charges involve an L.A. gang, Sureno 13, moving crack and PCP from L.A. to Albuquerque. Among the seven murders connected to the gang one was of a high school student and another was a triple homicide. Five attempted murders were alleged, as well as a conspiracy to kill rival black drug dealers. Authorization was requested and granted by the Attorney General in 1996, for four of six defendants, but the government later withdrew its request for the death penalty as to one, after he was shown to be uninvolved in one of the two homicides originally charged against him. The remaining three entered guilty pleas: Mazzini received 25 years; Najar received 30 years; and De LaTorre received 22 years.

| Name | D.Ct Docket # | Race |
|------|---------------|------|
| Spivey, Everett | D. NM CR No. 95-491 | |
| Guilty plea at trial | Name of AG   Reno | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WM

Haworth was the leader of a New Mexico drug trafficking conspiracy, during the course of which he murdered at least three individuals (two Hispanic, one Anglo). The government dropped its request for the death penalty in exchange for his plea and a life sentence on the eve of his scheduled trial in February, 1997. After six weeks of jury selection, the government accepted Spivey's guilty plea to a single homicide count and a 30-year sentence. Both Haworth and Spivey are white.

| Name | D.Ct Docket # | Race |
|------|---------------|------|
| Williams, Robert Russell | E.D. VA No. 3:95CR45 | |
| Guilty plea at trial | Name of AG   Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

two members of a drug ring, from Richmond, Virginia, African-American, 52 and 30 years old, charged with the distribution of heroin, mainly in one housing development in Richmond where another African-American was shot to death in 1994 by Damon, at co-defendant Williams' request. The government alleged numerous other homicides committed by Damon as Williams' enforcer. Murder for hire is alleged as an aggravating circumstance. Damon agreed to plead guilty, attempted suicide and finally entered a plea. Williams pled guilty after a jury was seated.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Beckford, Devon Dale | E.D. VA CR No. 3:95CR00087 | |

Guilty plea

**Name of AG**  Reno

**Race and Gender of Def**  B   M   **Race and Gender of Victim(s)**  BM

involves multiple killings. Another New York - Richmond cocaine connection was uncovered which involved members of a Brooklyn gang, all African-American, who transported crack cocaine to Richmond, Virginia. The 32-count indictment charged five of the alleged members of the so-called "Poison Clan" with capital murder in six killings, two in 1988 and four in 1994. (Devon Dale Beckford, 33, brother of Dean Beckford, identified by the FBI as a gang leader was not arrested until July, 1997.) Murder for hire is alleged as an aggravating circumstance. After a seven-week trial, a jury declined to impose the death penalty on all four defendants: Dean Beckford, 32, Leonel Romeo Cazaco, 22, Claude Gerald Dennis, 28 and Richard Thomas, 22. Dean Beckford and Claude Dennis were found guilty of the 1998 double murder. (Dennis had previously been acquitted on these charges in state court in 1989.) Cazaco and Thomas were also convicted of a capitol charge. Thomas had been acquitted in state court on the one homicide count on which he was convicted in federal court.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Bennett, Daniel Ray | C.D. CA CR No. 96-1140(A)-ER | |

Guilty plea

**Name of AG**  Reno

**Race and Gender of Def**  B   M   **Race and Gender of Victim(s)**  BM

an African-American drug boss and a hitman, in this first Ninth Circuit case to be authorized for death penalty prosecution, Stanley was accused of hiring Bennett to murder a former member of Stanley's drug trafficking operation in Las Vegas, Nevada. Government court filings indicated that the murder conspiracy was monitored by wiretap. Murder for hire is alleged as an aggravating circumstance. Both pled guilty. Attorney General Reno required a capital prosecution.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Cable, Donald Thomas | M.D. TN CR No. 3:96- 00004 | |

Guilty plea

**Name of AG**  Reno

**Race and Gender of Def**  W   M   **Race and Gender of Victim(s)**  WF

the 1995 killing of a federal grand jury investigation witness two days before her testimony. The female victim was in her early 40's and white, as are all the defendants. Cable was the triggerman who is said to have stabbed the victim to death. Dugger hired Cable after one David Day, the government's key witness, hired Dugger on behalf of a large-scale methamphetamine dealer, Tim Holloway. Dugger was in poor health (a recent liver transplant) and allegedly incompetent. Day received a 20 year sentence as a government witness.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Clary, Moses | D. NJ CR No. 96-576 (Rodriguez) | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WF BM

a 19-year-old African-American defendant with a history of mental illness was charged with complicity because his deceased co-conspirator shot a security guard during a robbery of an armed car in a suburban Camden, N.J. shopping mall. The male victim was black and seventeen. A white bystander, a 14 year old girl, was accidentally shot and killed by the security guard during the robbery. Clary accepted an offer of life in 1998, attempted to withdraw it, and was refused.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Cuff, John | S.D. NY CR No. 96 CR 515 (MJW) | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BF BM

involves multiple killings in a CCE prosecution of the leaders of a drug organization which operated in the Bronx and Manhattan for a decade. Heatley, 43, ordered 14 homicides, admitting involvment in 13, ten of which were carried out by Cuff, who acted as Mr. Heatley's bodyguard and driver. Cuff had been a housing police officer from 1982 until 1986. Heatley pled guilty in return for a life sentence. On the 1999 trial date, Cuff also pled guilty. He also received a life sentence. Heatley has a serious history of crimes of violence, but was previously acquitted four times in state court trials.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Kaczynski, Theodore John | E.D. CA CR No. S-96-259 | |
| Guilty plea at trial | Name of AG   Reno | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WM

the Unabomber case. The defendant faced capital indictments in two federal districts, Eastern District of California and District of New Jersey, for terrorist mail bombings over a period of 18 years. Three men were killed, in California and New Jersey, and 29 were injured, including one man whose arm was blown off and another who lost a hand. A plea was negotiated as opening statements were about to commence and after a BOP psychiatrist had confirmed defense experts' findings that the former Berkeley professor suffered from paranoid schizophrenia. Kaczynski tried, but failed, to withdraw his guilty plea. 2001 WL 114688 (9th Cir. 2001). He remains at ADX Florence.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Montanez, Ian Rosario | D. PR CR No. 96-001 (PG) | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   HM

the first death penalty case to be authorized in a Puerto Rico federal court. The Attorney General required a capital prosecution against the alleged triggerman in a bank robbery during which a security guard was killed and several bystanders injured. Montanez pled guilty in April 1998 to a less-than-death sentence.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Ortiz-Velez, Felix | M.D. PA CR No. 3-CR-96-005 (Rambo) | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   HM

two drug-related murders, one involving torture.  Murder for hire is alleged as an aggravating circumstance. Ortiz pled guilty to being an "enforcer," acting on the instructions of Mr. Otero, who also pled guilty. Otero's homicide counts were dismissed although both received life sentences, Otero on the drug case.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Otero, Julio | M.D. PA CR No. 3-CR-96-005 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   HM

two drug-related murders, one involving torture.  Murder for hire is alleged as an aggravating circumstance. Ortiz pled guilty to being an "enforcer," acting on the instructions of Mr. Otero, who also pled guilty. Otero's homicide counts were dismissed although both received life sentences, Otero on the drug case.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Stanley, Edward | C.D. CA CR No. 96-1140(A)-ER | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

an African-American drug boss and a hitman.  United States v. Daniel Ray Bennett and Edward Stanley (C.D. CA CR No. 96-1140(A)). In this first Ninth Circuit case to be authorized for death penalty prosecution, Stanley was accused of hiring Bennett to murder a former member of Stanley's drug trafficking operation in Las Vegas, Nevada. Murder for hire is alleged as an aggravating circumstance. Government court filings indicated that the murder conspiracy was monitored by wiretap. Both pled guilty. Attorney General Reno required a capital prosecution.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Storey, Gregory | D. KS CR No. 96-40018-01-OES | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WM

a white prison inmate who killed another white prisoner at the United States Penitentiary at Leavenworth. Storey may have had Aryan Brotherhood ties. The death penalty was initially sought. However, the prosecution ended in a negotiated guilty plea to second degree murder in 1997. Storey was sentenced to 327 months, to run consecutive to sentences imposed in Nevada and Colorado. He subsequently was an unindicted co-conspirator in a 2002 nationwide Aryan Brotherhood RICO indictment in Los Angeles, in 2002, involving 40 reputed members and associates of the Aryan Brotherhood for a string of murders and violent attacks allegedly designed to expand the power of the white racist prison gang.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Walter, Abram | D. AK CR No. F96-026 (HRH) | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   W    M    **Race and Gender of Victim(s)**   NAF

a white survivalist, charged with the robbery murder of a native Alaskan storekeeper whose remote outpost in a roadless Alaskan wilderness served as a U.S. Post Office. The Attorney General required a capital prosecution.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Frank, Deric | S.D. NY No. 97 CR 269 (DLC) | |
| Guilty plea at trial | Name of AG   Reno | |

**Race and Gender of Def**   B    M    **Race and Gender of Victim(s)**   BF

domestic killing - the March 11, 1997 intrastate kidnaping of the (former) girlfriend of co-conspirator, turned government witness, Deric Frank, from Stamford, Connecticut. The defendants assaulted her and took her to the Bronx where she was burned alive in the trunk of her car. There were many orders of protection of the deceased due to repeated domestic violence complaints against Frank. Both the defendants, and the victim, 24, are black. Deric Frank was authorized for a federal capital prosecution, pled guilty and became a witness against Bailey. Bailey was sentenced to life in prison, but did not face the death penalty. All involved were African-American.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Ieatley, Clarence | S.D. NY CR No. 96 CR 515 (MJW) | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   B    M    **Race and Gender of Victim(s)**   BM HM

involves multiple killings in a CCE prosecution of the leaders of a drug organization which operated in the Bronx and Manhatten for a decade. Heatley, 43, ordered 14 homicides, ten of which were carried out by Cuff, a former policeman. Heatley pled guilty in return for a life sentence. On the 1999 trial date, Cuff also pled guilty. He also received a life sentence. Heatley has a serious history of crimes of violence, but was previously acquitted four times in state court trials.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Holland, Charles | N.D. AL CR No. 96-B-0208-NE | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   W    M    **Race and Gender of Victim(s)**   WM

the 1991 killing of an informant in a drug conspiracy case who had been given a new identity and sent out of state. However, he returned and was spotted at a flea market in Ft. Payne. The drug ring boss, Marvin Holley, and Mr. Holland kidnaped (intrastate) the victim and killed him with a hammer. Holley's trial in 1998 resulted in a life sentence. All involved are white.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Lam, Tanh Huu | E.D. CA CR No. S 97-054-WBS | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   A   M   **Race and Gender of Victim(s)**   AF

the throwing of a Molotov cocktail through a dining room window. One victim, a 9 year old Asian female, was killed. Others were injured. The target was alleged to be a man who had an affair with Lam's wife. There were two cars seen at the time of the bombing/arson. Authorization for Lam was initially not sought or granted. The jury deadlocked at Lam's first trial. The government then produced a new witness who tape-recorded Lam talking about setting up another arson. The Attorney General Reno gave the go-ahead to seek the death penalty at a retrial, but a conditional guilty plea was entered. Federal jurisdiction is based on the happenstance that an apartment building was bombed. All involved were Vietnamese.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Reader, Arthur Charles | E.D. TX CR No. 5:97 CR 15 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BF

the abduction of a 27 year old African-American female by her 35 year old African-American boyfriend in Texarkana, Texas. After crossing the line over into Texarkana, Arkansas, the victim was stabbed eighty four times, hit in the head with a brick and left to die. The defendant allegedly would not tell law enforcement officials where she was because he wanted her to die.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Wooldridge, Steven W. | W.D. AR CR No. 4:97 CR 40013-001 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF

a Ft. Smith, Arkansas interstate kidnaping, sexual attack and murder. Wooldridge asked for directions from the female victim in her front yard in Texarkana, Arkansas. He then forced her into his vehicle and took her to a storage shed in Texas where he may have sexually assaulted her. Eventually, Wooldridge took his victim to another location and killed her. Wooldridge confessed, denying sexual assault. All involved are white.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Black, Douglas | D. CO CR No. 98-CR-196 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WM

two "super-max", Florence, Colorado inmates, who attacked two suspected snitches. One inmate, an ex-police officer, was murdered. Another inmate survived the attack. The stabbing was witnessed by prison staff who were assaulted when they tried to get Riddle off the victim. The United States Attorney did not seek permission to ask for the death penalty but the Attorney General required a capital prosecution. Riddle negotiated a 168 month sentence. Black agreed to plead to aggravated assault in return for a sentence of no more than 84 months. Black had a prior murder. Riddle had a record of crimes in and out of prison. Black's sentence was 78 consecutive months.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Holloway, Tim | M.D. TN CR No. 3:96-00004 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF

the 1995 killing of a federal grand jury investigation witness two days before her testimony. The female victim was in her early 40's and white, as are all the defendants. Cable was the triggerman who is said to have stabbed the victim to death. Dugger hired Cable after one David Day, the government's key witness, hired Dugger on behalf of a large-scale methamphetamine dealer, Tim Holloway. Dugger was in poor health (a recent liver transplant) and allegedly incompetent. Day received a 20 year sentence as a government witness.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Kauffman, Christopher | S.D. IA CR No. 97 Wolle | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF

two carjackings/murders, a bank robbery and inter-state flight by two young, white step-brothers. Two white women were murdered in their homes and their cars were used in the robbery of $70,000 from a bank. Each brother was a triggerman. The United States Attorney and defense counsel negotiated plea agreements specifying life sentences shortly after the Attorney General Reno required a capital prosecution.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Llamas, Tamara | E.D. NC CR No. 7:97-CR-63-1-H | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   W   F   **Race and Gender of Victim(s)**   WF

a murder-for-hire of an informant in a marijuana conspiracy. Llamas, a white female, allegedly ordered the killing of a drug informant. The triggerman was Wakefield. The drug informant was carelessly named in a warrant, and was murdered a month later. The marijuana conspiracy involved North and South Carolina, Texas and Oregon.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| McMahan, Jamie | S.D. IA CR No. 97 Wolle | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF

two carjackings/murders, a bank robbery and inter-state flight by two young, white step-brothers. Two white women were murdered in their homes and their cars were used in the robbery of $70,000 from a bank. Each brother was a triggerman. The United States Attorney and defense counsel negotiated plea agreements shortly after the Attorney General required a capital prosecution.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Pena, Richard | E.D. LA CR No. 97-CR-145 | |
| Guilty plea | **Name of AG**  Reno | |

**Race and Gender of Def**  H   M   **Race and Gender of Victim(s)**  BM

involves multiple killings and the prosecution of an alleged cocaine drug lord (Richard) and his brother (Jhonny). Richard Pena, a 32 year old Dominican Republican foreign national, who became an American citizen in 1994, was a drug kingpin of a group that moved large amounts of cocaine and marijuana in Southeastern United States. Murder for hire is alleged as an aggravating circumstance. This group involved numerous family members and a New Orleans police officer. Richard Pena was charged with eight homicides, four approved as capital counts by the Attorney General. Pena, himself, committed two of the murders, and ordered the death of the others. A non-capital co-defendant was an ex-police officer who arrested one victim in August of 1995 and delivered him to Pena and two associates. His remains were found two months later. Pena pled guilty and received a sentence of life without release.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Rausini, Walder Pierre | N.D. CA CR No. 95-0319- SI | |
| Guilty plea | **Name of AG**  Reno | |

**Race and Gender of Def**  H   M   **Race and Gender of Victim(s)**  WM

involves the murder of the head of a "Continuing Criminal Enterprise." Lance Estes, a 34 year old white male, had been involved in drug trafficking for many years and had taken over a CCE, whose head had gone to prison. Charged with involvement in this CCE, Estes worked out a deal as an informant for the government but continued to direct his drug enterprise. Rausini was alleged to be working as a "cook" in the Estes organization, converting methamphetamine into "ice." He ordered the murder of Estes in an effort to take over Estes' organization. A co-defendant shot Estes, whose body turned up after Labor Day 1995 in a dumpster in Oceanside with a single gunshot wound to the head. Rausini is also accused of ordering a second murder of another member of the of the CCE because of his plans to become a government informant. Another co-defendant was the killer in this murder. Rausini was 26 years old at the time of the murders with which he is charged and had no serious prior convictions. Murder for hire is alleged as an aggravating circumstance. The government did not seek the death penalty against Rausini's codefendants. Rausini is a Brazilian foreign national of mixed race. The victims are both white.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Riddle, Steven | D. CO CR No. 98-CR-196 | |
| Guilty plea | **Name of AG**  Reno | |

**Race and Gender of Def**  W   M   **Race and Gender of Victim(s)**  WM

two "super-max", Florence, Colorado inmates, who attacked two suspected snitches. One inmate, an ex-police officer, was murdered. Another inmate survived the attack. The stabbing was witnessed by prison staff who were assaulted when they tried to get co-defendant Riddle off the victim. The United States Attorney did not seek permission to ask for the death penalty but the Attorney General required a capital prosecution. Riddle negotiated a 168 month cap. Black agreed to plead to aggravated assault in return for a sentence of no more than 84 months. Black had a prior murder. Riddle had a record of crimes in and out of prison. Riddle was sentenced to 120 consecutive months.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Wakefield, Jimmy Ray | E.D. NC CR No. 7:97-CR-63-1-H | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF

a murder-for-hire of an informant in a marijuana conspiracy. Llamas, a white female, allegedly ordered the killing of a drug informant. The triggerman was Wakefield. The drug informant was carelessly named in a warrant, and was murdered a month later. The marijuana conspiracy involved North and South Carolina, Texas and Oregon.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Abeln, Rick | S.D. IL CR No. 98-30022- WDS | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF

the 1997 murder of Debra Abeln in East St. Louis, Illinois, in front of her 12 year old son. Richard Abeln and co-defendant Guy Westmoreland were indicted for conspiracy to distribute marijuana and cocaine, as well as the killing of Mrs. Abeln. Mr. Abeln confessed to hiring Deandre Lewis through Westmoreland to kill his wife. It was alleged that Mrs. Abeln was killed to cover up drug trafficking. Deandre Lewis has been identified as the gunman. Lewis' motivation was said to be a drug debt. Westmoreland was initially not authorized for a capital prosecution, but after Abeln's guilty plea, Westmoreland and Lewis were charged in a superseding capital indictment. Murder for hire is alleged as an aggravating circumstance. All involved are Caucasian, except Lewis, who is African-American.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Rollack, Peter | S.D. NY CR No. S4 97 CR 1293 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   HM BM

involves multiple killings - eight racketeering murders between 1994 and 1997 by a gang headed by Rollack called "Sex, Money and Murder" which later affiliated itself with "the Bloods." Rollack approved a Thanksgiving 1997 double killing and personally killed four others, including a witness to another homicide. One victim in the Thanksgiving shooting was thought to be a witness in a North Carolina drug enterprise prosecution against Rollack, but actually was not. Only Rollack was targeted, and authorized for, a federal capital prosecution. All involved were African-American, or Hispanic. On January 3, 2000, just before jury selection was to begin, the defendant entered a guilty plea in exchange for a life sentence. He was sent to "super-max," with severe restrictions on who he may communicate with.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Dean, Chris | D. VT CR No. 2:98M0021 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WM

a mail bomb which killed a 17 year old Vermont man and disfigured his mother. The bombing was motivated by an internet dispute involving the deceased's fraudulent behavior. All involved are white. The United States Attorney did not request that this be a capital prosecution, but the Attorney General required a capital prosecution. Main Justice disagreed. Both the defendant and his victim were white. Dean pled guilty in September of 1999 and was sentenced to life.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Santiago, Jose | S.D. NY CR No. 98-CR- 290 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   HM

two- count RICO indictment charging murder in aid of racketeering. The defendants are members of the Latin Kings. Hector Colon put out a "terminate on sight order on the deceased." The victim had stabbed Colon after an argument over a girl. Santiago entered the victim's apartment alone, with a gun provided by another gang member, Angel Lugo, and shot the victim in front of his family, including two young children. Colon was killed in September of 1999 in a shootout with the FBI. The Attorney General required a capital prosecution against Santiago alone. The government first announced that Lugo (the superior who ordered the killing) would face the death penalty but decided to file a "notice" only as to Santiago. Santiago agreed to a 50 year sentence.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Chong, Richard Lee Tuck | D. HI CR No. 98-00416 ACK | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   A   M   **Race and Gender of Victim(s)**   OM

a defendant originally indicted in the State of Hawaii for murder and various firearms violations. He fled the jurisdiction. A federal prosecution under 18 U.S.C. §924(j), use of a firearm to commit a drug related murder, was filed. The 47 year old Chong has a lengthy record of convictions for serious offenses and a violent prison record, including sodomy/assault with an ice pick and starting a fire. He had only been recently released when he allegedly shot the victim over a $100 drug debt. The defendant is Asian and the victim is Hawaiin. Chong entered a guilty plea and was sentenced to life in prison.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Lane, Robert | D. MD CR No. L-98-73 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WM

a series of carjackings, culminating in a cross-racial murder where the 86 year old victim apparently resisted and was beaten with a hammer or lead pipe on the head and killed by Lane who had been released from prison after abducting a woman. Lane faced the death penalty.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Bullock, Joseph | E.D. VA CR No. 3:98CR150 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

involves multiple killings and another Richmond, multi-defendant, multiple murder, drug conspiracy prosecution ... this one involving four murders in 1993 and 1994. Only Bullock faced the death penalty. Hickman, Lightfoot and Weeks did not.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Valle-Lassalle, Victor Manuel | D. PR CR No. 97-284 (JAF) | |
| Guilty plea | **Name of AG** Reno | |

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   HM

a large scale drug conspiracy and two 1996 killings by Valle-Lassalle and one by the others in 1996. The second was a witness elimination -- the government witness was cut up with a machete. The Attorney General required a capital prosecution against all four defendants. Murder for hire is alleged as an aggravating circumstance. All involved are Hispanic. Valle-Lassalle received a 40 year sentence.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Glover, Cody | D. KS CR No. 98-10059-01-MLB | |
| Guilty plea | **Name of AG** Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WM

another Kansas Hobbs Act prosecution involving a robbery/murder in a convenience store. Glover, who is black, confessed to entering the store, demanding money and then attempting to execute the two white store clerks who did not resist, killing one employee and critically wounding a second. Co-defendant Mark Holley admitted he was to receive part of the robbery proceeds for being the getaway driver. Holley was not authorized for a capital prosecution but Glover faced the death penalty for use of a gun during a crime of violence, although the United States Attorney apparently did not request authority to seek Glover's execution. The Attorney General required a capital prosecution. Glover pled guilty in April 1999 and received a life sentence.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Kee, Charles Michael | S.D. NY CR No. 98-CR-778 | |
| Guilty plea | **Name of AG** Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

a Bronx gang member who attempted to extort money to repay a debt by keeping a female juvenile hostage. A few days later, the girl's boyfriend was murdered by a juvenile in Kee's presence. Kee was a "Bloods" gang leader, organizing juveniles to commit crimes. The United States Attorney did not request permission to seek the death penalty, but the Attorney General required a capital prosecution.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Aiken, Ian Orville | S.D. FL CR No. 97-233-CR- GOLD | |
| Guilty plea | **Name of AG** Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

involves multiple killings and a racketeering indictment against a gang known as the "Moscow Posse," who engaged in acts of violence, including murder, robbery, kidnapping, witness tampering, narcotics trafficking and extortion. Ian Aiken, the kingpin, and Oliver Lyons were accused of murdering Derrick Christian in New York City on October 27, 1995. Roland Aiken, Daniel Aiken and Eric Morris are accused of gunning down Desmond LaTouch in a Florida parking lot the next day, at Ian Aiken's request. Aiken also faced state murder charges in Miami. (The Moscow Posse was being investigated by authorities since the massacre at the Taste of the Islands restaurant, where four people died and 18 others were wounded in a gang shootout in August of 1992.) It is alleged in aggravation that Aiken was involved in a total of four murders, an attempted murder, a burglary, a robbery and a kidnapping. There may have been as many as 15 homicides alleged. Only Aiken faced the death penalty.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| Name | D.Ct Docket # | Race |
|------|---------------|------|
| Peoples, Cornelius | W.D. MO CR No. 00 CR 395 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WM

the murder of a federal government witness. Peoples, 24, conspired with co-defendant Lightfoot to prevent the victim from testifying at Lightfoot's federal trial on charges of bank robbery. Lightfoot contracted the killing of his roommate for becoming a government witness. The victim, 33, was found dead of multiple gunshot wounds in his home in Kansas City. He contacted government witness, Anthony Hunter, who contacted Barfield who hired Haskell, the triggerman. Barfield did not face the death penalty and was acquitted. Haskell was sentenced to life in prison. All defendants are black. The victim is white. After Lightfoot was sentenced to life in prison, the government withdrew its request for the death penalty for Peoples. The Eighth Circuit reversed the convictions and the government again sought the death penalty. 250 F.3d 360 (2001). An appeal was rejected. 360 F.3d 892. Peoples entered into a plea agreement involving cooperation and will receive approximately 25 years.

| Name | D.Ct Docket # | Race |
|------|---------------|------|
| Burgett, James Harold | W.D. TN CR No. 98-20160- G | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF

a witness killing. Burgett killed his ex-wife because she helped authorities arrest him for making pornographic tapes of his 3 year old daughter. When Burgett found out she secretly tape-recorded him, he shot and killed Diane Wilcox and wounded his 18 year old step-daughter while on bail awaiting a 27 months prison term for child pornography. State capital charges were dismissed although Burgett pled guilty in a separate statutory rape state case. Both Burgett and Wilcox are white. Burgett pled guilty and was sentenced to life in prison.

| Name | D.Ct Docket # | Race |
|------|---------------|------|
| Lawrence, Jonathan Huey | N.D. FL CR No. 3:98CR73 (RV) | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WM

an apparently motiveless murder on federal property, Outlying Field, a Naval Air Station helicopter training area. The defendants met while in a state prison mental health facility. The government's theory was that this was a thrill killing. Rodgers shot a man through a window a month later. He later plead guilty to assault. All parties are white. The Attorney General required a capital prosecution. Both Lawrence and Rodgers pled guilty in exchange for the government's agreement not to seek the death penalty. Both subsequently received the death penalty in state court after pleading guilty to shooting an 18 year old woman and cutting off a leg and storing it in a freezer. Both received life sentences in federal court for the murder of the state victim's mentally disabled cousin. The two victims were found in shallow graves a few miles apart. Satanic and Klan material was found in the trailer the former mental patients shared.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Rodgers, Jeremiah Martel | N.D. FL CR No. 3:98CR73 (RV) | |
| Guilty plea | **Name of AG**  Reno | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WM

an apparently motiveless murder on federal property, Outlying Field, a Naval Air Station helicopter training area. The defendants met while in a state prison mental health facility. The government's theory was that this was a thrill killing. Rodgers also shot a man through a window a month later. He later plead guilty to assault. All parties are white. The Attorney General required a capital prosecution. Both Lawrence and Rodgers pled guilty in exchange for the government's agreement not to seek the death penalty. Both subsequently received the death penalty in state court after pleading guilty to a separate incident involving a gun murder of an 18 year old woman and cutting off a leg and storing it in a freezer. 846 So.2d 440 (Fla. 2003); 2006 WL 1766734 (Fla.) Both received life sentences in federal court for the murder of the state victim's mentally disabled cousin. The multiple (two) victims were found buried in shallow graves a few miles apart. Satanic and Klan material was found in the trailer the former mental patients shared.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Gomez, Edsel Torres | D. PR CR No. 98-72 | |
| Guilty plea | **Name of AG**  Reno | |

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   HM

involves multiple (seven) killings in a cocaine and heroin trafficking conspiracy. In the "Cayey Massacre," four men were tortured and murdered. Later, three other men were shot and killed in two incidents. Gomez, one of Puerto Rico's major drug dealers, agreed, in concert with another drug dealer, to eliminate various competitors who were trying to take over Gomez's market. Gomez was the only defendant authorized for a capital prosecution. Three co-defendants, including one accused of murders in 1991 and 1993, did not face the death penalty. Murder for hire is alleged as an aggravating circumstance. All persons involved are Latino.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Nieves-Alonso, Heriberto | D. PR CR No. 97-284 (JAF) | |
| Guilty plea | **Name of AG**  Reno | |

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   HM

a large scale drug conspiracy and two 1996 killings by Valle-Lassalle and one by the others in 1996. The second was a witness elimination -- the government witness was cut up with a machete. Murder for hire is alleged as an aggravating circumstance. The Attorney General required a capital prosecution against all four defendants. All involved are Hispanic.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Clemente, Louis | M.D. FL CR No. 98-436 CRT 26B | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   HM

involves multiple killings - the murder of two suppliers to whom Clemente owed $35,000 for methamphetamine. The government had initially sought the death penalty against Clemente, and had said they would seek the death penalty against the two shooters, only one (Hernandez-Miranda) of whom was arrested. Duran and Krammer claim they were outside when the shooters went into the victims' house. The shooters disposed of the bodies in an orange grove. Clemente allegedly provided the bleach to clean the house and paid the shooters, who fled. Duran has an assault conviction. Clemente has claimed that Duran, his uncle, is the main instigator of the murder.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Woody, Charles | C.D. CA CR No. 99-84-AHM | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   HM

one of three related Mexican Mafia cases. A previous case, involving 12 murders and attempted murders, United States v. Alex Aguirre, et al.(C.D. CA CR 95-345(A)-RSWL) was not prosecuted as a death penalty case. The Attorney General required a capital prosecution against Woody. One defendant in the previous was found not guilty and he is said to have been killed by Woody, 28, in a generational power struggle. Woody was also involved in several murder conspiracies.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Cooper, Carl Derrick | D. DC CR No. 99-0266 (Green) | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WF WM BM

three charges of felony murder. Cooper, 29, confessed in writing to shooting three employees, 25, 24 and 18, in a failed robbery attempt of Starbucks Coffee Shop. Cooper claimed in his confession to police that he had a struggle with the shop's manager. She apparently was shot while attempting to flee after being unable to open the safe. Cooper was also arrested in connection with the 1996 wounding of an off-duty Prince George's County police officer during an attempted robbery. Cooper is black and two of the three victims are white. The government also alleged a 1993 armed robbery and murder of a security guard, three 1989 armed robberies, three 1996 armed robberies, a 1997 armed robbery, various conspiracies to rob and various shootings. Attorney General Reno required a capital prosecution.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Friend, Travis | E.D. VA CR No. 3:99CR201 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   AM

the carjacking of a Chinese truck driver, who was murdered by out-of- work African-American truckers, who wanted to make off with the truck and its cargo. A third brother, a juvenile, 15, as well as the mother and a girlfriend are also involved but do not face the death penalty. Both defendants pled guilty. Eugene may have been involved in a secon homicide.

Jacques Appendix - A168

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| Name | D.Ct Docket # | Race |
|------|---------------|------|
| Friend, Eugene | E.D. VA CR No. 3:99CR201 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   AM

the carjacking of a Chinese truck driver, who was murdered by out-of-work African-American truckers, who wanted to make off with the truck and its cargo. A third brother, a juvenile, 15, as well as the mother and a girlfriend are also involved but do not face the death penalty. Both defendants pled guilty. Eugene may have been involved in a second homicide.

| Name | D.Ct Docket # | Race |
|------|---------------|------|
| Carpenter, Robert L. | W.D. TN CR No. 99-20155 | |
| Guilty plea at trial | Name of AG   Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WF

a cross-racial carjacking case in a suburb of Memphis. The victim was a 63 year old white female and the carjacking occurred "in broad daylight at noon" at a Sonic "drive-in." The defendants were 18 and 19 and African-American. A third, uncharged defendant was a juvenile. The Carpenter brothers plead guilty during jury selection. They were tried in Tennessee state court and sentenced to life in prison.

| Name | D.Ct Docket # | Race |
|------|---------------|------|
| Carpenter, Antonio | W.D. TN CR No. 99-20155 | |
| Guilty plea at trial | Name of AG   Reno | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WF

a cross-racial carjacking case in a suburb of Memphis. The victim was a 63 year old white female and the carjacking occurred "in broad daylight at noon" at a Sonic "drive-in." The defendants were 18 and 19 and African-American. A third, uncharged defendant was a juvenile. The Carpenter brothers plead guilty during jury selection. They were tried in Tennessee state court and sentenced to life in prison.

| Name | D.Ct Docket # | Race |
|------|---------------|------|
| Kendall, Michael Robbie | N.D. MS CR No. 3:99CR102 | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WM

the murder of an Ole Miss senior accountancy major in 1999. Lowery was shot at Puskus Lake. Others were in the line of fire.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| Name | D.Ct Docket # | Race |
|---|---|---|
| Llera-Plaza, Carlos Ivan | E.D. PA CR No. 98-362 | |
| | Name of AG  Reno | |
| Guilty plea at trial | | |

**Race and Gender of Def**  H   M   **Race and Gender of Victim(s)**  HM

involves a Puerto Rico/Philadelphia cocaine connection between 1996-1998 and multiple (four) murders for hire, three in Pennsylvania and one in Puerto Rico. Rodriguez allegedly ran the organization with a fugitive named Cacerez. Two victims were suspected of abducting a courier and stealing cocaine. A $25,000 contract was offered but an innocent victim was mistakenly killed in Puerto Rico. One suspect was located in Philadelphia and two Hispanic males, ages 29 and 17, were killed. The 17 year old was an innocent victim, the high school student nephew of the target. Later, the second target was located and killed. Martinez-Acosta, 21, allegedly did the shooting in the first three, on orders of the alleged kingpin Rodriguez. Llera-Plaza was allegedly the middle-man in arranging the killings, the shooter in at least two and the driver. The triggerman in the fourth killing is a principal government witness. The governement seeks the death penalty against Rodriguez in four killings, Llera-Plaza in three and Martinez-Acosta in two. Attorney General Ashcroft approved plea agreements for Llera-Plaza and Martinez-Acosta, specifying life sentences. Judge Pollak then declared a mistrial for Rodriguez, who eventually entered into a plea agreement approved by Attorney General Ashcroft. All involved are Hispanic.

| Name | D.Ct Docket # | Race |
|---|---|---|
| Rodriguez, Victor | E.D. PA CR No. 98-362 | |
| | Name of AG  Reno | |
| Guilty plea at trial | | |

**Race and Gender of Def**  H   M   **Race and Gender of Victim(s)**  HM

involves a Puerto Rico/Philadelphia cocaine connection between 1996-1998 and multiple (four) murders for hire, three in Pennsylvania and one in Puerto Rico. Rodriguez allegedly ran the organization with a fugitive named Cacerez. Two victims were suspected of abducting a courier and stealing cocaine. A $25,000 contract was offered but an innocent victim was mistakenly killed in Puerto Rico. One suspect was located in Philadelphia and two Hispanic males, ages 29 and 17, were killed. The 17 year old was an innocent victim, the high school student nephew of the target. Later, the second target was located and killed. Martinez-Acosta, 21, allegedly did the shooting in the first three, on orders of the alleged kingpin Rodriguez. Llera-Plaza was allegedly the middle-man in arranging the killings, the shooter in at least two and the driver. The triggerman in the fourth killing is a principal government witness. The governement seeks the death penalty against Rodriguez in four killings, Llera-Plaza in three and Martinez-Acosta in two. Attorney General Ashcroft approved plea agreements for Llera-Plaza and Martinez-Acosta, specifying life sentences. Judge Pollak then declared a mistrial for Rodriguez, who eventually entered into a plea agreement approved by Attorney General Ashcroft. All involved are Hispanic.

| Name | D.Ct Docket # | Race |
|---|---|---|
| Acosta, Wilfredo Martinez | E.D. PA CR No. 98-362 | |
| | Name of AG  Reno | |
| Guilty plea at trial | | |

**Race and Gender of Def**  H   M   **Race and Gender of Victim(s)**  HM

involves a Puerto Rico/Philadelphia cocaine connection between 1996-1998 and multiple (four) murders for hire, three in Pennsylvania and one in Puerto Rico. Rodriguez allegedly ran the organization with a fugitive named Cacerez. Two victims were suspected of abducting a courier and stealing cocaine. A $25,000 contract was offered but an innocent victim was mistakenly killed in Puerto Rico. One suspect was located in Philadelphia and two Hispanic males, ages 29 and 17, were killed. The 17 year old was an innocent victim, the high school student nephew of the target. Later, the second target was located and killed. Martinez-Acosta, 21, allegedly did the shooting in the first three, on orders of the alleged kingpin Rodriguez. Llera-Plaza was allegedly the middle-man in arranging the killings, the shooter in at least two and the driver. The triggerman in the fourth killing is a principal government witness. The governement seeks the death penalty against Rodriguez in four killings, Llera-Plaza in three and Martinez-Acosta in two. Attorney General Ashcroft approved plea agreements for Llera-Plaza and Martinez-Acosta, specifying life sentences. Judge Pollak then declared a mistrial for Rodriguez, who eventually entered into a plea agreement approved by Attorney General Ashcroft. All involved are Hispanic.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| Name | D.Ct Docket # | Race |
|---|---|---|
| Stayner, Cary | E.D. CA CR No. CR-F-00- 5217 AWI | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def   W   M   Race and Gender of Victim(s)   WF HF**

involves multiple killings - four homicides in two separate incidents in Yosemite National Park. Stayner, 37 and a motel handyman, confessed to the (intrastate) kidnapping, sexual assault and decapitation killing of a park naturalist. He also confessed to killing three sightseers, a mother and two teenage girls, five months earlier. There were initially arrests of ex-convicts for the killing of the sightseers. Stayner's brother was a highly publicized kidnap victim in 1972. All involved are white. He was sentenced to death in state court.

| Name | D.Ct Docket # | Race |
|---|---|---|
| Furrow, Buford | C.D. CA CR No. 99-838 (A) -RAP | |
| Guilty plea | Name of AG   Reno | |

**Race and Gender of Def   W   M   Race and Gender of Victim(s)   AM**

civil rights - the racially motivated shooting and killing of an Asian (Filipino) postal worker in 1999. Furrow, 37 and Caucasian, is alleged to be a member of the Aryian Nation. He also walked into a Jewish Community Care Center and shot five people, including three children. Furrow then carjacked a Toyota. Furrow described this attack as "a wake up call to America to kill Jews."

| Name | D.Ct Docket # | Race |
|---|---|---|
| Young, Donnell | M.D. TN CR No. 3:98-00038 (NIXON) | |
| Guilty plea at trial | Name of AG   Ashcroft | |

**Race and Gender of Def   B   M   Race and Gender of Victim(s)   BF BM**

a gang called the "Rollin" 90s Crips or Bangside 90s faction out of Los Angeles which allegedly moved 150 kilos of crack to Las Vegas. From there sales operations were allegedly set up in Oklahoma City and Nashville. The group has also been called the "Shakir Enterprise." A Crips gang member and his wife were killed in Oklahoma City, and their 3 year old daughter, who was also shot, stayed with her dead parents and slept with them at night for several days. Richard Chambers, 59, was shot to death in Cheatham County, Tennessee. There may have been up to 13 killings in three states. Three victims were themselves charged with murder in the indictment. The indictment charges Shakir, 25, with six killings from 1995-97, Payne, 20, with participating in two killings and in the shooting of the gang associate's 3-year-old-girl, and Young, 24, with helping kill one person and assaulting and torturing two others. Four of the killings were said to be to silence potential witnesses, other slayings were allegedly motivated by revenge. Murder for hire is alleged as an aggravating circumstance. Payne was found to be incompetent to stand trial.

Jacques Appendix - A171