Case 2:08-cr-00317-WKS   Document 46-1   Filed 03/23/11   Page 1 of 16

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

**Name** | **D.Ct Docket #** | **Race**

Satcher, Steve

D. MD CR No. AW00-0105

Guilty plea at trial

**Name of AG** Reno

**Race and Gender of Def** B M **Race and Gender of Victim(s)** BF

domestic killing - the carjacking, interstate kidnapping and murder of the mother of Satcher's child. Satcher engaged the services of co-defendants Horton and Stancil for one-half kilogram of cocaine. They abducted the victim and took her from Maryland to North Carolina in the trunk of her car. She was strangled and beaten. Horton and Stancil doused the car with gasoline and ignited it. Murder for hire was alleged as an aggravating circumstance. All three defendants are African-American, as is the victim. Stancil became a government witness. Attorney General Reno refused a request to seek the death penalty against Horton. Attorney General Ashcroft approved a plea agreement to a life sentence for Satcher

**Name** | **D.Ct Docket #** | **Race**

Garcia, Rico

N.D. CA CR No. 00-CR-20018

Guilty plea

**Name of AG** Ashcroft

**Race and Gender of Def** H M **Race and Gender of Victim(s)** HM

involves multiple (five) Nuestra Familia murders including the 1998 RICO murder of another gang member in a war for control of the "Salinas regiment" of the Neustra Familia, a Latino prison gang. Garcia, 35, is charged as the triggerman in this killing. Two others were allegedly with him. This is another "Petite Policy" case as Garcia was originally charged in state court and plead to other charges for a 22 year sentence in exchange for the state dropping the homicide. The prosecution involves shootings, assaults, robberies and drug dealing. Ramirez is charged in two killings, Garcia was charged in three, now two, and the other defendants one each. Attorney General Ashcroft required a capital prosecution for Garcia but eventually approved a guilty plea. All involved are Hispanic.

**Name** | **D.Ct Docket #** | **Race**

Pham, Trung Thanh

E.D. CA CR No. 00-CR-411

Guilty plea

**Name of AG** Ashcroft

**Race and Gender of Def** A M **Race and Gender of Victim(s)** AM

the throwing of a Molotov cocktail through a dining room window allegedly by Pham. One victim, Hien Tran, a 9 year old Asian female, was killed. Others were seriously injured. The target was a man who had an affair with co-defendant Lam's wife. Authorization for Lam was initially not sought or granted. The jury deadlocked at Lam's first trial. The government produced a new witness who said Lam ordered the firebombing. Attorney General Reno gave the go-ahead to seek the death penalty at a retrial, but a guilty plea was entered. Later, the government decided to seek the death penalty against Pham, who, along with two others, was allegedly paid to do the firebombing. Federal jurisdiction is based on the happenstance that an apartment building was bombed. Attorney General Ashcroft later approved a plea agreement with Trung Pham who received a life sentence with a possible Rule 35 reduction to 30 years. Tu Trong and Quac Pham did not face the death penalty. All involved are of Asian descent.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Lallamand, Sienky | N.D. IL CR No. 00 CR 143 | |
| Guilty plea | **Name of AG**  Ashcroft | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

Mr. Lallamand is accused under 18 U.S.C. §2232(a) with constructing a pipe bomb and delivering it to the victim who was married to a woman with whom Lallamand was having an affair.  The defendant and the deceased are African-American.  Lallamand defrauded the deceased of $200,000 using the victim's identification.  A plea agreement was reached but the defendant withdrew.  Attorney General Ashcroft required a capital prosecution.  Attorney General Ashcroft eventually approved a plea agreement specifying a life sentence.  The victim was African-American.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Wilson, Bryant Lakeith | W.D. TN CR No. 01-20041-DV | |
| Guilty plea | **Name of AG**  Ashcroft | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WF

a Petite Policy bank robbery in which a 79 year old white woman was killed in front of her daughter.  This was the last in a series of eight such heists from Houston to Memphis.  The defendants are African-American.  Attorney General Ashcroft required a capital prosecution against Wilson, but then approved a plea agreement specifying a life sentence, the same agreement reached in state court.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Shorter, Ramon Lori | W.D. TN CR No. 01-20041-DV | |
| Guilty plea | **Name of AG**  Ashcroft | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WF

a Petite Policy bank robbery in which a 79 year old white woman was killed in front of her daughter.  This was the last in a series of eight such heists from Houston to Memphis.  The defendants are African-American.  The Attorney General approved a plea agreement specifying a life sentence, the same agreement reached in state court.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Jones, Milton | E.D. MI CR No. 01-80571 | |
| Guilty plea | **Name of AG**  Ashcroft | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

involves a gang called the "Young Boys Inc.".  Milton Jones, the alleged kingpin, is charged along with 13 others, including state representative Keith Stallworth, charged with laundering money.  Jones wrote an autobiography, "Y.B.I." about his life of crime.  Three defendants face the death penalty.  Jones is charged with multiple (two) murders in 1998.  Murder for hire is alleged as an aggravating circumstance.  One victim was a suspected government informant.   Canty and Mitchell are charged with killing another in '97.  Canty is also charged in two murders.  Attorney General Ashcroft required a capital prosecution.  All involved are African-American.  Jones agreed to cooperate with government prosecutors in return for a 30 year sentence.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Millegan, Rufus Jerry, Jr. | D. MD CR No. 01-CR-367 | |
| Guilty plea | **Name of AG** Ashcroft | |

**Race and Gender of Def**  B   M   **Race and Gender of Victim(s)**  WF

the gun murder of a white woman by two black men at a secluded location on federal property, the Beltsville Agricultural Research Center (USDA). The victim was shot eleven times with two different types of ammunition. There are signed confessions by both defendants. Millegan confessed that he committed the murder, along with McClure, both shooting the victim with their weapons. McClure wrote that he told Millegan they should "press her" about a robbery of drugs from Millegan's apartment. The deceased was taken to a road on federal land in Beltsville, where both allegedly shot her. Attorney General Ashcroft required a capital prosecution. Millegan plead guilty. McClure declined to plead guilty and had a bench trial.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Rudolph, Eric Robert | N.D. AL No. 00-CR-422 | |
| Guilty plea at trial | **Name of AG** Ashcroft | |

**Race and Gender of Def**  W   M   **Race and Gender of Victim(s)**  WM

law enforcement officer victim - multiple (two) bombing murders including causing the death of a law enforcement officer in a 1998 Southside bombing of a Birmingham abortion clinic resulting in the death of an off-duty white police officer and severe injury to a white clinic nurse. Rudolph, who is white, was described by Attorney General Ashcroft as "America's most notorious fugitive." Rudolph was convicted of three bombings in Atlanta: the 1996 Olympic park bombing that killed a black woman and two other bombings in 1997. He was captured after a 5 year manhunt. Attorney General Gonzales approved a plea agreement specifying a life sentence.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Maxwell, William | W.D. TN CR No. 01-CR-20247 | |
| Guilty plea | **Name of AG** Ashcroft | |

**Race and Gender of Def**  B   M   **Race and Gender of Victim(s)**  BF

bank robbery resulting in the death of a black female employee of Union Planters Bank. A security guard was also shot in the face by Johnson, but survived. The defendants are African-American. Haynes was a shooter. The state and federal government both sought the death penalty against Haynes and Maxwell but not against Johnson who may be retarded. A federal jury sentenced Haynes to life imprisonment. After this verdict, Attorney General Ashcroft reversed his position and approved a plea agreement specifying a life sentence for Maxwell.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Skiba, Lawrence | W.D. PA 01-CR-291 | |
| Guilty plea | Name of AG   Ashcroft | |

**Race and Gender of Def**   W    M    **Race and Gender of Victim(s)**   WM

an interstate mail fraud murder for hire, allegedly by a hitman in 2000. Skiba and his brother-in-law took out insurance policies on the victim in 1997. The United States alleges that Skiba was involved in two other suspicious deaths: a fatal fire at a hotel he owned in 1993 to collect insurance money and a 1998 suicide by a mentally challenged man after Skiba allegedly gave him a gun. Also alleged is an unsuccessful attempt to kill a man in 2000, three days before his death to collect on a $15,000 life insurance policy. Attorney General Ashcroft approved a plea agreement to testify against the shooter. Skiba was sentenced to 20 years. All involved are white.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Cisneros, Luis | D. AZ CR No. 03-CR-730 | |
| Guilty plea | Name of AG   Ashcroft | |

**Race and Gender of Def**   H    M    **Race and Gender of Victim(s)**   HM

multiple (three) RICO murders by a prison and drug gang, "the Cisneros Organization." Luis Cisneros and Alvarado are charged in all three murders, the others in two. A father and son were allegedly murdered six months apart by this Hispanic gang. The father was a suspected government withness/informant. 18 U. S. C. §924 and 1512. Numerous other murders, some of potential witnesses, are alleged as FRE 404 (b) evidence. The least culpable were apparently Llamas and Alvarado, who will not face the death penalty. The prosecution was moved from New Mexico to Arizona after an alleged courthouse security leak. Attorney General Gonzales approved a global plea settlement, a bi-nroduct of a joint defense agreement, specifying Luis Cisneros, Eppinger and Rivera life sentences and Felipe Cisneros and Llamas oncurrent terms with their state sentences plus two years. All involved are Hispanic.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Cisneros, Felipe N. | D. AZ CR No. 03-CR-730 | |
| Guilty plea | Name of AG   Ashcroft | |

**Race and Gender of Def**   H    M    **Race and Gender of Victim(s)**   HM

multiple (three) RICO murders by a prison and drug gang, "the Cisneros Organization." Luis Cisneros and Alvarado are charged in all three murders, the others in two. A father and son were allegedly murdered six months apart by this Hispanic gang. The father was a suspected government withness/informant. 18 U. S. C. §924 and 1512. Numerous other murders, some of potential witnesses, are alleged as FRE 404 (b) evidence. The least culpable were apparently Llamas and Alvarado, who will not face the death penalty. The prosecution was moved from New Mexico to Arizona after an alleged courthouse security leak. Attorney General Gonzales approved a global plea settlement, a bi-product of a joint defense agreement, specifying Luis Cisneros, Eppinger and Rivera life sentences and Felipe Cisneros and Llamas concurrent terms with their state sentences plus two years. All involved are Hispanic.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Eppinger, Paul E. | D. AZ CR No. 03-CR-730 | |
| Guilty plea | **Name of AG** Ashcroft | |

**Race and Gender of Def** H M **Race and Gender of Victim(s)** HM

multiple (three) RICO murders by a prison and drug gang, "the Cisneros Organization." Luis Cisneros and Alvarado are charged in all three murders, the others in two. A father and son were allegedly murdered six months apart by this Hispanic gang. The father was a suspected government withness/informant. 18 U. S. C. §924 and 1512. Numerous other murders, some of potential witnesses, are alleged as FRE 404 (b) evidence. The least culpable were apparently Llamas and Alvarado, who will not face the death penalty. The prosecution was moved from New Mexico to Arizona after an alleged courthouse security leak. Attorney General Gonzales approved a global plea settlement, a bi-product of a joint defense agreement, specifying Luis Cisneros, Eppinger and Rivera life sentences and Felipe Cisneros and Llamas concurrent terms with their state sentences plus two years. All involved are Hispanic.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Rivera, Angel R | D. AZ CR No. 03-CR-730 | |
| Guilty plea | **Name of AG** Ashcroft | |

**Race and Gender of Def** H M **Race and Gender of Victim(s)** HM

multiple (three) RICO murders by a prison and drug gang, "the Cisneros Organization." Luis Cisneros and Alvarado are charged in all three murders, the others in two. A father and son were allegedly murdered six months apart by this Hispanic gang. The father was a suspected government withness/informant. 18 U. S. C. §924 and 1512. Numerous other murders, some of potential witnesses, are alleged as FRE 404 (b) evidence. The least culpable were apparently Llamas and Alvarado, who will not face the death penalty. The prosecution was moved from New Mexico to Arizona after an alleged courthouse security leak. Attorney General Gonzales approved a global plea settlement, a bi-product of a joint defense agreement, specifying Luis Cisneros, Eppinger and Rivera life sentences and Felipe Cisneros and Llamas concurrent terms with their state sentences plus two years. All involved are Hispanic.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Zapata, Jairo | E.D. NY CR No. 01-516 | |
| Guilty plea | **Name of AG** Ashcroft | |

**Race and Gender of Def** H M **Race and Gender of Victim(s)** HM

Attorney General Ashcroft rejected a plea agreement and required a capital prosecution against a foreign national from Columbia who had a signed cooperation agreement. Zapata is charged in one CCE drug-related murder for hire in 1993. Two separate homicides are alleged in aggravation, all three occurred during a seven month period in 1993. As he was announcing his resignation, Attorney General Ashcroft approved a plea to life in prison. He was sentenced to 30 years.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Ward, Israel | W.D. MO CR No. 3:02 CR 05025 | |
| Guilty plea | Name of AG   Ashcroft | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WF BM

multiple (two) gun murders during course of drug trafficking by black defendants from Tulsa selling crack in Tulsa. Smith is alleged to be a leader. A black victim allegedly stole drugs and was shot to death along with a white female who was with him at the time. Attorney General Ashcroft required a capital prosecution. Attorney General Gonzales approved a plea agreement with Ward.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Cassell, Kevin Thomas | W.D. VA CR No. 03-CR-13 | |
| Guilty plea | Name of AG   Ashcroft | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

involves four defendants from D.C. who drove to Virginia with the intent to commit robbery. Cassell was the driver. Breeden is alleged to be the organizer, having lost his girlfriend's car payment while gambling. Carpenter allegedly held the victim, a drug dealer, at gunpoint. Carpenter shot the victim in the knee with a shotgun. Then Breeden allegedly stabbed the victim 7 times in the chest and neck. Outterbridge then shot the victim in the head. All involved are African-American, except the victims of a violent, but non-fatal, robbery of a white couple using an ATM that resulted in serious injury. The group also committed another robbery. Attorney General Ashcroft required a capital prosecution against Breeden, Carpenter and Cassell. Outterbridge, 19 and the youngest, is a cooperator. Breeden has a prior stabbing conviction. The district court rejected a claim that the notice of intent to seek the death penalty was filed too late. 2003 WL 22019060.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Benjamin, Terrance | E.D. LA No. 03-CR-274 | |
| Guilty plea at trial | Name of AG   Ashcroft | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   HM BM

a drug gang conspiracy in the Cooper housing Projects charging four gun murders. The indictments charged multiple (two) §924(j) murders and two §1959 RICO murders in 1997, 2000 and 2003. The 2003 victim was an unintended, innocent person. Winston Gilmore was charged in two homicides, Cobbins, Washington, Simpson and Louis Gilmore are charged in one each. The judge set a deadline for a decision by the Attorney General on the death penalty which was extended 60 days. Benjamin is charged as the triggerman in three homicides and faced the death penalty. Louis Gilmore, Cobbins and Washington were sentenced to 300 months. Simpson, Winston Gilmore and Terrance Benjamin were sentenced to life in prison. All involved are African-American.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Massino, Joseph | E.D. NY CR No. 1:03-CR-00929-NGG | |
| Guilty plea | **Name of AG**  Ashcroft | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WM

a 1999 RICO mob murder ordered by the Boss of the Bonanno crime family, Joseph Massino. DeFilippo and Spirito were also charged. The jury hung as to DeFilipo. Only Massino, who was convicted of multiple (seven) murders in July of 2004, faced the death penalty. Attorney General Ashcroft required a capital prosecution shortly before his resignation, despite the fact that Massino was secretly cooperating with the government. Shortly after, Massino was allegedly told by the Acting Boss, Vincent Basciano, of a murder Basciano odered and a plot to kill an Assistant United States Attorney. Subsequently, Massino was accepted as a cooperating witness and Attorney General Gonzales withdrew the death penalty request. All involved are white.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Le, Cuong Gia | E.D. VA CR No. 03-CR-48 | |
| Guilty plea | **Name of AG**  Ashcroft | |

**Race and Gender of Def**   A   M   **Race and Gender of Victim(s)**   AM

a Vietnamese American gang (the "Oriental Playboys") member who came to the United States when he was 10 or 11 years old. Le is accused of mulitple (two) RICO murders in a shooting involving rival gang members in a Vietnamese restaurant on May 13, 2001. He hit three people. One person died immediately and one died later. A rival gang member survived, identifying Le. Le, a foreign national, fled and was arrested in July of 2003. The court denied a motion to bar the death penalty due to a belated notice of intent. Attorney General Ashcroft eventually approved a plea agreement involving cooperation. Le also admitted involvement in an uncharged 1997 murder.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Becton, Charod | S.D. NY CR No. 1:02-CR-00451-MBM | |
| Guilty plea | **Name of AG**  Gonzales | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BF HM

multiple drug related murders. Becton and Henderson and two others, one of whom is cooperating with the prosecution and the other who committed suicide allegedly, went to rob some drug dealers. Inside the apartment were two males and one female. The female was the girlfriend of another drug dealer, but was also involved with Henderson. She let the defendants into the apartment. Once inside, it is alleged that the defendants bound and gagged the occupants, including the female, tortured them until they revealed where the drugs were stashed and then stabbed them to death. Before leaving, it is alleged that the defendants left the gas on in the apartment where candles were lit, in an attempt to blow the apartment up and cover their tracks. Becton was allowed to plead guilty shortly before trial by Attorney General Gonzales. Henderson was acquitted of the murders.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Diaz, Edgar | N.D. CA No. 05-00167 (WHA) | |
| Guilty plea | Name of AG  Gonzales | |

**Race and Gender of Def**  B    M    **Race and Gender of Victim(s)**  BF BM

a multiple (seven) RICO murder prosecution against eight members of a San Francisco drug (crack, marijuana, Ecstasy) trafficking gang, the Down Below Gangsters. The indictment alleges five 2004 killings, including a double murder, one murder in 2003 and another in 2005. Diaz, Johnson, Fort and Calloway are charged in three murders, Rollins in two, Ellis, Milburn and Jackson in one. There are two uncharged homicides. Diaz and Fort agreed to plead guilty and received 40 years, but Attorney General Mukasey rejected Fort's plea agreement. All involved are African -American.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Covarrubius, Javier | C.D. CA No. 05 CR 578 | |
| Guilty plea at trial | Name of AG  Gonzales | |

**Race and Gender of Def**  H    M    **Race and Gender of Victim(s)**  HF

law enforcement officer victim - multiple (three) RICO murders by the "Vineland Boys" (VBS) drug gang formed in the 1980's by a San Fernando Valley football team. One of it's founding members was murdered in 1999. The VBS pays taxes to the Mexican Mafia. Covarrubius, Ledesma and Sandoval are charged in one 2003 murder and Robledo and David Garcia are charged in two 2003 murders. The government alleges the murder of a police officer and a 16 year old girl who was a witness against a gang member. Four attempted murders are charged. A deadline was set for Attorney General Gonzales' decision. He required a capital trial. Robledo, Covarrubuis and Ledesma entered guilty pleas on the 4th day of jury selection. All involved are Hispanic.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Ledesma, Jose | C.D. CA No. 05 CR 578 | |
| Guilty plea at trial | Name of AG  Gonzales | |

**Race and Gender of Def**  H    M    **Race and Gender of Victim(s)**  HF

law enforcement officer victim - multiple (three) RICO murders by the "Vineland Boys" (VBS) drug gang formed in the 1980's by a San Fernando Valley football team. One of it's founding members was murdered in 1999. The VBS pays taxes to the Mexican Mafia. Covarrubius, Ledesma and Sandoval are charged in one 2003 murder and Robledo and David Garcia are charged in two 2003 murders. The government alleges the murder of a police officer and a 16 year old girl who was a witness against a gang member. Four attempted murders are charged. A deadline was set for Attorney General Gonzales' decision. He required a capital trial. Robledo, Covarrubuis and Ledesma entered guilty pleas on the 4th day of jury selection. All involved are Hispanic.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Robledo, Raul | C.D. CA No. 05 CR 578 | |
| Guilty plea | Name of AG   Gonzales | |

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   HF

law enforcement officer victim - multiple (three) RICO murders by the "Vineland Boys" (VBS) drug gang formed in the 1980's by a San Fernando Valley football team. One of it's founding members was murdered in 1999. The VBS pays taxes to the Mexican Mafia. Covarrubius, Ledesma and Sandoval are charged in one 2003 murder and Robledo and David Garcia are charged in two 2003 murders. The government alleges the murder of a police officer and a 16 year old girl who was a witness against a gang member. Four attempted murders are charged. A deadline was set for Attorney General Gonzales' decision. He required a capital trial. Robledo, Covarrubuis and Ledesma entered guilty pleas on the 4th day of jury selection. All involved are Hispanic.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Friend, Valeri | S.D. WV CR No. 2:05-00107 | |
| Guilty plea | Name of AG   Gonzales | |

**Race and Gender of Def**   W   F   **Race and Gender of Victim(s)**   WF

a 2005 gun murder of a cooperating witness/informant in a drug (cocaine) prosecution. Lecco allegedly paid Friend and others to help kill the female victim who was shot and beaten to death and buried in a shallow grave. The government alleged a murder for hire. Attorney General Gonzales required a death penalty prosecution. Lecco and Friend were sentenced to death at a joint trial but a new trial was granted when the government revealed that a juror was under federal investigation for child pornography. All involved are white.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Amador, Jorge | D. MD No. 8:05 CR 00393-DKC | |
| Guilty plea | Name of AG   Gonzales | |

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   HM

multiple (five) RICO gun murders by members of the MS-13 gang, including the murder of a potential government witness, a 2003 double murder, various attempted murders and a gang rape of two women. Amador is charged in one murder, Bernal in two murders and the others in one. There are three additional uncharged related murders. All involved are Hispanic.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Fort, Emile | N.D. CA No. 05-00167 (WHA) | |
| Guilty plea at trial | Name of AG   Gonzales | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

a multiple (seven) RICO murder prosecution against eight members of a San Francisco drug (crack, marijuana, Ecstasy) trafficking gang, the Down Below Gangsters. The indictment alleges five 2004 killings, including a double murder, one murder in 2003 and another in 2005. Diaz, Johnson, Fort and Calloway are charged in three murders, Rollins in two, Ellis, Milburn and Jackson in one. An innocent child, a seven week old baby was killed by a stray bullet. There are two uncharged homicides. Diaz and Fort agreed to plead guilty and received 40 years, but Attorney General Mukasey rejected Fort's plea agreement. Later, during trial, Attorney General Holder approved a plea agreement, specifying 41 years, just before opening statements. All involved are African -American.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Hanner, Claron Levi | W.D. PA No. 2:05-CR-00385-TFM | |
| Guilty plea | Name of AG   Gonzales | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WM

involves a contract gun murder of a 53-year-old father of a jailed witness who was cooperating (and due to testify the next day) against Soloman. Hanner rang the doorbell and shot the witness's father when he answered the door. Solomon hired Hanner who dropped his cellphone near the scene of the murder. Hanner pled guilty and testified against Solomon. The victim is white, with five children. Solomon and Hanner are African-American.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Petzold, Michael Alan | D. ND CR No. 3:05-CR-00101-RRE | |
| Guilty plea | Name of AG   Gonzales | |

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   HM

a drug-related (methamphetamine and marijuana) conspiracy in North Dakota, Washington, Minnesota, Nebraska and California and a 2005 CCE gun murder. All involved as Hispanic. Petzold, a "manager" for the Arandas drug organization, allegedly assisted the shooter and was present. The Court set a deadline for the Attorney General's decision. Only Petzold was authorized. He entered into a plea agreement approved by Attorney General Gonzales, who did not authorize a capital prosecution against the others: Arandas, Martinez and Wessels.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Brown, Jarvis | S.D. IN EV06-CR-0014-01-Y/H | |
| Guilty plea | Name of AG   Gonzales | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WF BM

multiple (four) gun murders, including the killing of a government witness, and eight other shootings in eleven days in 2005. The defendants robbed and murdered an Evansville drug dealer. Later, a woman who was with them who was gunned down on the street because the defendants suspected she was an informant. Jordan and Brown were charged in all four murders, Weems in one. Jordan and Brown faced the death penalty. Weems agreed to testify against them. Later, Jordan entered into a plea agreement. All involved are black, except the female witness victim, who was white. Attorney General Mukasey approved a plea agreement specifying a life sentence, but Brown declined to enter a plea. Subsequently, he changed his mind and the plea was accepted.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Jordan, Gabriel | S.D. IN EV06-CR-0014-01-Y/H | |
| Guilty plea | Name of AG   Gonzales | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   WF BM

multiple (four) gun murders, including the killing of a government witness, and eight other shootings in eleven days in 2005. The defendants robbed and murdered an Evansville drug dealer. Later, a woman who was with them who was gunned down on the street because the defendants suspected she was an informant. Jordan and Brown were charged in all four murders, Weems in one. Jordan and Brown faced the death penalty. Weems agreed to testify against them. Later, Jordan entered into a plea agreement. All involved are black, except the female witness victim, who was white. Attorney General Mukasey approved a plea agreement specifying a life sentence, but Brown declined to enter a plea. Subsequently, he changed his mind and the plea was accepted.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Alers-Santiago, Raymond | D. PR No. 06-368 (JAF) | |
| Guilty plea | Name of AG   Gonzales | |

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   HM

a carjacking murder. The victim was stabbed and beaten to death. All involved are Hispanic. The judge dismissed the notice of intent to seek the death penalty because case was authorized without defendants being afforded opportunity to develop and present information during the authorization process. The First Circuit reversed. 522 F.3d 150 (1st Cir. 2008). Attorney General Mukasey authorized a plea agreement pursuant to a cooperation agreement.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Talik, Eugene J., Jr. | N.D. WV No. 5:06-CR-51 | |
| Guilty plea at trial | Name of AG   Gonzales | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WF

interstate domestic strangulation murder for hire of a single white female with children by a 38 year old white trucking supervisor and his accomplice.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Rico, Jose Rios | D. AZ No. 05-0272-PHX-JAT | |
| Guilty plea | Name of AG   Gonzales | |

**Race and Gender of Def**   H   M   **Race and Gender of Victim(s)**   WF

a drug (meth) related contract gun murder of a white woman suspected of being a government witness by an Hispanic. Attorney General Gonzales required a capital prosecution.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Taylor, Donald Scott | D. NM No. 07-1244 | |
| Guilty plea | Name of AG   Mukasey | |

**Race and Gender of Def**   W   M   **Race and Gender of Victim(s)**   WM

an Aryan Brotherhood 2005 drug-related (methamphetamine) RICO gun murder for hire of an innocent elderly (71 years of age) rancher. Taylor was involved in a previous botched WalMart robbery. He allegedly stabbed a guard. All involved are white. Attorney General Holder approved a plea agreement on the verge of trial.

*Authorized Federal Capital Cases Which Resulted in a Guilty Plea - 1/21/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Baker, Antoine Demetris | E.D. AR No. 4:06 CR 00041 GTE | |
| Guilty plea at trial | Name of AG   Gonzales | |

**Race and Gender of Def**   B   M   **Race and Gender of Victim(s)**   BM

a drug-related witness murder. Baker was involved in a crack cocaine conspiracy and was arrested on a state robbery charge. He was visited at the local jail by two individuals and instructed them to kill the robbery victim who was shortly murdered. The killer, Baker's cousin, Mario Dedman, was prosecuted in state court, convicted of capital murder and sentenced to life imprisonment. A third accomplice, Willie Lee Davis, Jr., was indicted in this case with Baker, pled guilty and was sentenced to life imprisonment. Attorney General Holder approved a plea agreement during jury selection. All involved are black. Baker was serving a 50 year sentence for another murder. Attorney General Holder approved a plea agreement during jury selection.

*Authorized Federal Capital Cases Which Resulted in Authorization Being Withdrawn - 2/22/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Mathis, Ronald Eugene | M.D. FL CR No. 91-301-CR-T (18) (A) | |
| Authorization withdrawn | Name of AG  Barr | |

Race and Gender of Def  |B   |M   Race and Gender of Victim(s)  |BM

a black Tampa, Florida drug distributor, for having allegedly ordered a murder in retaliation for the theft of drugs. Murder for hire is alleged as an aggravating circumstance. In 1994, the government withdrew its notice of intention to seek the death penalty, and subsequently withdrew the 21 U.S.C. §848(e) homicide count as well. Trial began on the remaining (noncapital) counts and Mathis was convicted. This case had been authorized as a capital prosecution by Attorney General Barr in early 1992. prosecution by Attorney General Barr in early 1992.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Brown, Oliver | E.D. LA CR No. 92-468 | |
| Authorization withdrawn | Name of AG  Barr | |

Race and Gender of Def  |B   |M   Race and Gender of Victim(s)  |BM

two black New Orleans inner-city gang members, in connection with an allegedly drug- related murder. In 1992, the Government dropped its request for the death penalty in this case. The defendants subsequently entered pleas to conspiracy to murder and a weapons offense in January, 1993. Brown received a 10-year sentence; Green received 15 years.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Carrington, Arleigh | M.D. GA CR No. 92-82MAC-WDO | |
| Authorization withdrawn | Name of AG  Barr | |

Race and Gender of Def  |B   |M   Race and Gender of Victim(s)  |BM

two black crack cocaine dealers in Macon, Georgia, in connection with the murders of two other crack dealers. Attorney General Barr authorized this death prosecution in his last week in office. In 1993, the government dropped its request for the death penalty against these two defendants. Both 848(e) murder charges were also later withdrawn, and the defendants subsequently pleaded guilty to various narcotics-related charges.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Chatfield, Tony | M.D. GA CR No. 92-82MAC-WDO | |
| Authorization withdrawn | Name of AG  Barr | |

Race and Gender of Def  |B   |M   Race and Gender of Victim(s)  |BM

two black crack cocaine dealers in Macon, Georgia, in connection with the murders of two other crack dealers. Attorney General Barr authorized this death prosecution in his last week in office. In 1993, the government dropped its request for the death penalty against these two defendants. Both 848(e) murder charges were also later withdrawn, and the defendants subsequently pleaded guilty to various narcotics-related charges.

*Authorized Federal Capital Cases Which Resulted in Authorization Being Withdrawn - 2/22/10*

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Goldston, Anthony | D. DC CR No. 92-CR-284-01 | |
| Authorization withdrawn | Name of AG  Reno | |

Race and Gender of Def  |B  |M    Race and Gender of Victim(s)  |BM

involves multiple killing. Four African-American D.C. residents who were charged with a total of eight murders as leaders of a District of Columbia drug gang known as the Newton Street Crew. This case involved a triple slaying in which the killers wrapped the victims' heads in duct tape before shooting them at close range. Despite authorization to seek the death penalty by Attorney General Barr in 1992, the government did not ultimately request the death penalty at trial. McCollough participated in five murders. Goldston founded the gang. Hoyle ran the gang. The defendants and victims were all African- Americans.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Green, William | E.D. LA CR No. 92-468 | |
| Authorization withdrawn | Name of AG  Reno | |

Race and Gender of Def  |B  |M    Race and Gender of Victim(s)  |BM

two black New Orleans inner-city gang members, in connection with an allegedly drug- related murder. In 1992, the Government dropped its request for the death penalty in this case. The defendants subsequently entered pleas to conspiracy to murder and a weapons offense in January, 1993. Brown received a 10-year sentence; Green received 15 years.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Harris, Mario | D. DC CR No. 92-CR-284-01 | |
| Authorization withdrawn | Name of AG  Reno | |

Race and Gender of Def  |B  |M    Race and Gender of Victim(s)  |BM

four African-American D.C. residents who were charged with a total of eight murders as leaders of a District of Columbia drug gang known as the Newton Street Crew. This case involved a triple slaying in which the killers wrapped the victims' heads in duct tape before shooting them at close range. Despite authorization to seek the death penalty by Attorney General Barr in 1992, the government did not ultimately request the death penalty at trial. McCollough participated in five murders. Goldston founded the gang. Hoyle ran the gang. The defendants and victims were all African- Americans.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Hoyle, Mark | D. DC CR No. 92-CR-284-01 | |
| Authorization withdrawn | Name of AG  Reno | |

Race and Gender of Def  |B  |M    Race and Gender of Victim(s)  |BM

involves multiple killing. Four African-American D.C. residents who were charged with a total of eight murders as leaders of a District of Columbia drug gang known as the Newton Street Crew. This case involved a triple slaying in which the killers wrapped the victims' heads in duct tape before shooting them at close range. Despite authorization to seek the death penalty by Attorney General Barr in 1992, the government did not ultimately request the death penalty at trial. McCollough participated in five murders. Goldston founded the gang. Hoyle ran the gang. The defendants and victims were all African- Americans.

*Authorized Federal Capital Cases Which Resulted In Authorization Being Withdrawn - 2/22/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| McCollough, John | D. DC CR No. 92-CR-284-01 | |
| Authorization withdrawn | Name of AG   Reno | |

Race and Gender of Def   |B|   |M|   Race and Gender of Victim(s)   |BM|

involves multiple killing. Four African-American D.C. residents who were charged with a total of eight murders as leaders of a District of Columbia drug gang known as the Newton Street Crew. This case involved a triple slaying in which the killers wrapped the victims' heads in duct tape before shooting them at close range. Despite authorization to seek the death penalty by Attorney General Barr in 1992, the government did not ultimately request the death penalty at trial. McCollough participated in five murders. Goldston founded the gang. Hoyle ran the gang. The defendants and victims were all African- Americans.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| McCullah, John Javilo | E.D. OK CR No. 1:92-032-S | |
| Probable Authorization and Death Sentence Vacated and | Name of AG   Barr and Holder | |

Race and Gender of Def   |W|   |M|   Race and Gender of Victim(s)   |WM|

two white and one Hispanic defendants were tried jointly in connection with the drug- related intrastate kidnap/murder of a Muskogee, Oklahoma auto dealership employee. The two capitally-charged "managers" of the drug enterprise, co-defendants Hutching and Molina, received life sentences from the jury, while the third defendant, McCullah (who, unlike the bosses, had been present at the killing) was sentenced to death in 1993. United States v. McCullah, 76 F.3d 1087 (10th Cir. 1996) ordered a new penalty hearing due to introduction of an involuntary statement and double counting of aggravating circumstances. Rehearing en banc was denied by a 6 to 6 vote, 87 F.3d 1136 (6/26/96), and the government declined to seek review in the Supreme Court. The government finally withdrew its request for the death penalty while McCullah's resentencing was pending. The victim was white.

In 2007, McCullah allegedly killed his cellmate in Florida, after the assault/murder was arranged by two guards. Both McCullah and his deceased cellmate are white. One guard was convicted of murder and sentenced to life in prison.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Murray, Michael | M.D. PA CR No. 92-200 | |
| Authorization withdrawn at trial | Name of AG   Reno | |

Race and Gender of Def   |B|   |M|   Race and Gender of Victim(s)   |BM|

a member of an African-American gang headed by one Jonathan Bradley, which involved the killing of a black Harrisburg drug dealer. DOJ declined to approve the U.S. Attorney's request to authorize the death penalty against Bradley, who allegedly ordered the killing, and against another participant in the shooting, Emmanuel S. Harrison. In 1994, after jury selection had already begun, Murray was permitted to plead guilty to a term of years, and the government withdrew its request for the death penalty. Judge Sylvia Rambo rejected the recommended less-than-life sentence and the case was reset for trial. In 1995, the Attorney General instructed the United States Attorney not to seek the death penalty on the eve of a capital trial scheduled to begin on the following Monday.

*Authorized Federal Capital Cases Which Resulted in Authorization Being Withdrawn - 2/22/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Thomas, Vernon | E.D. VA CR No. 3-92-CR- 68 | |
| Authorization withdrawn | Name of AG  Barr | |

Race and Gender of Def  |B| |M|   Race and Gender of Victim(s)  |BF BM|

the last of the four Richmond, Virginia defendants in the "Newtown gang case." The government dropped its request for the death penalty on the eve of Thomas' separate trial from the other three capital defendants, just before an evidentiary hearing to determine whether the death penalty should be barred because Thomas is mentally retarded.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Tidwell, Tyrone | E.D. PA CR No. 94-353 | |
| Authorization withdrawn | Name of AG  Reno | |

Race and Gender of Def  |B| |M|   Race and Gender of Victim(s)  |BM|

a 35 year old African-American beauty salon owner who allegedly was a middle man between crack cocaine organizations in New York and Philadelphia. Tidwell solicited the killing of two black men in 1989 and 1991, one for selling crack on "his corner" and a second suspected of stealing drugs. Murder for hire is alleged as an aggravating circumstance. In 1996, the Attorney General authorized the death penalty for the 1989 homicide. However, shortly before the defendant's trial, the U.S. Attorney requested that the death penalty be withdrawn, and the Attorney General approved the request.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Wyrick, Kevin | W.D. MO CR No. 94-00194-01 | |
| Authorization withdrawn at trial | Name of AG  Reno | |

Race and Gender of Def  |W| |M|   Race and Gender of Victim(s)  |WM|

when the jury deadlocked on the punishment for the "boss" of a drug ring, Damon Moore, the government announced that it was withdrawing its request for the death penalty for Wyrick, the triggerman.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Acosta, John Lefty | D. NM CR No. 95-538-MV | |
| Authorization withdrawn | Name of AG  Reno | |

Race and Gender of Def  |H| |M|   Race and Gender of Victim(s)  |BM HM|

involves multiple killings and murder in the aid of racketeering. The charges involve an L.A. gang, Sureno 13, moving crack and PCP from L.A. to Albuquerque. Among the seven murders connected to the gang one was of a high school student and another was a triple homicide. Five attempted murders were alleged, as well as a conspiracy to kill rival black drug dealers. Authorization was requested and granted by the Attorney General in 1996, for four of six defendants, but the government later withdrew its request for the death penalty as to one, after he was shown to be uninvolved in one of the two homicides originally charged against him. The remaining three entered guilty pleas: Mazzini received 25 years; Najar received 30 years; and De LaTorre received 22 years.