*Authorized Federal Capital Cases Which Resulted in Authorization Being Withdrawn - 2/22/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| DesAnges, Omar | W.D. VA CR No. 95-00046RH | |
| Authorization withdrawn | Name of AG  Reno | |

Race and Gender of Def  |B|  |M|    Race and Gender of Victim(s)  |BM|

the killing of an African-American, apparently a crack addict, who was a state's witness. The government withdrew its intention to seek the death penalty shortly before the scheduled April 1996 trial after the Attorney General declined to authorize the death penalty in an unrelated case in the Western District of Virginia, being prosecuted by the same Assistant United States Attorney. So the United States reached agreement with the defense on the drug distribution charges and agreed the homicide count would be tried as a non-capital case.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Martin, Roy Ray | N.D. TX CR No. 5-95-CR- 0017-C (Cummings) | |
| Authorization withdrawn | Name of AG  Reno | |

Race and Gender of Def  |W|  |M|    Race and Gender of Victim(s)  |BM|

in the fall of 1994, three (one white, two Hispanic) young men randomly attacked blacks, killing one and seriously wounding two, in a racially motivated spree in Lubbock, Texas. Authorization was granted by Attorney General Reno in early October, 1995. The district court granted severance and the first defendant was scheduled for trial but the government withdrew the death penalty notice as to all three defendants who were then joined for trial and convicted.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Mungia, Eli Trevino | N.D. TX CR No. 5-95-CR-0017-C | |
| Authorization withdrawn | Name of AG  Reno | |

Race and Gender of Def  |H|  |M|    Race and Gender of Victim(s)  |BM|

in the fall of 1994, three (one white, two Hispanic) young men randomly attacked blacks, killing one and seriously wounding two, in a racially motivated spree in Lubbock, Texas. Authorization was granted by Attorney General Reno in early October, 1995. The district court granted severance and the first defendant was scheduled for trial but the government withdrew the death penalty notice as to all three defendants who were then joined for trial and convicted.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Mungia, Ricky Rivera | N.D. TX CR No. 5-95-CR-0017-C | |
| Authorization withdrawn | Name of AG  Reno | |

Race and Gender of Def  |H|  |M|    Race and Gender of Victim(s)  |BM|

in the fall of 1994, three (one white, two Hispanic) young men randomly attacked blacks, killing one and seriously wounding two, in a racially motivated spree in Lubbock, Texas. Authorization was granted by Attorney General Reno in early October, 1995. The district court granted severance and the first defendant was scheduled for trial but the government withdrew the death penalty notice as to all three defendants who were then joined for trial and convicted.

*Authorized Federal Capital Cases Which Resulted in Authorization Being Withdrawn - 2/22/10*

**Name**                                          **D.Ct Docket #**                                          **Race**

Peng, You Zhong                                   E.D. NY CR No. 95 0870

Authorization withdrawn                           Name of AG   Reno

Race and Gender of Def   |A   |M    Race and Gender of Victim(s)   |AF

two foreign national Chinese gang members who kidnaped intrastate Chinese nationals living in the U.S. for ransom to be paid by relatives in China. One victim was raped and severely abused before being strangled after her family failed to pay the ransom demanded. Jia Wu and Fu Xin Chen pled guilty and received life sentences in 1996. Capital authorization against a third defendant, You Zhong Peng, was withdrawn by the Department of Justice just three days before his scheduled 1997 trial.

**Name**                                          **D.Ct Docket #**                                          **Race**

Williams, Jerry                                   D. MD CR No. WMN 97-0355

Authorization withdrawn                           Name of AG   Reno

Race and Gender of Def   |B   |M    Race and Gender of Victim(s)   |Not applicable

involves multiple killings. Williams' co-defendant Anthony Jones faced death penalty for three murders, including an allegation that he ordered his step-brother killed from jail because he feared he was about to become a government witness. Williams was charged as the triggerman in a single homicide. Numerous other homicides were alleged in aggravation as to Jones. The cases were severed. Jones was convicted in 1998, and the jury recommended a life sentence. Thereafter, the government withdrew the request for the death penalty as to Williams, who was convicted and is serving a life sentence.

**Name**                                          **D.Ct Docket #**                                          **Race**

Westmoreland, Guy                                 S.D. IL CR No. 98-30022- WDS

Authorization withdrawn                           Name of AG   Reno

Race and Gender of Def   |W   |M    Race and Gender of Victim(s)   |WF

the murder of Debra Abeln in East St. Louis, Illinois, in front of her 12 year old son. Co-defendant Richard Abeln confessed to hiring Deandre Lewis, 23, through Westmoreland, to kill his wife. Murder for hire is alleged as an aggravating circumstance. Abeln faced the death penalty but pled guilty and received a life sentence. All involved are white, except Lewis, who is African-American.

**Name**                                          **D.Ct Docket #**                                          **Race**

Lewis, Deandre                                    S.D. IL CR No. 98 30022 WDS

Authorization withdrawn                           Name of AG   Reno

Race and Gender of Def   |B   |M    Race and Gender of Victim(s)   |WF

the murder of Debra Abeln in East St. Louis, Illinois, in front of her 12 year old son. Co-defendant Richard Abeln confessed to hiring Deandre Lewis, 23, through Westmoreland, to kill his wife. Abeln faced the death penalty but pled guilty and received a life sentence. Murder for hire is alleged as an aggravating circumstance. All involved are white, except Lewis, who is African-American.

*Authorized Federal Capital Cases Which Resulted in Authorization Being Withdrawn - 2/22/10*

**Name**                                          **D.Ct Docket #**                          **Race**

Marrero, Jose Rodriguez                           D. PR CR No. 97-284 (JAF)

Authorization withdrawn                           Name of AG   Reno

Race and Gender of Def   H   M   Race and Gender of Victim(s)   HM

a large scale drug conspiracy and two 1996 killings by Valle-Lassalle and one by the others in 1996. The second was a witness elimination -- the government witness was cut up with a machete. Murder for hire is alleged as an aggravating circumstance. The Attorney General required a capital prosecution against all four defendants. Marrero is mentally retarded. All involved are Hispanic.


**Name**                                          **D.Ct Docket #**                          **Race**

Locust, Jeremiah                                  W.D. NC No. 2:98CR185

Authorization withdrawn at trial                  Name of AG   Reno

Race and Gender of Def   NA   M   Race and Gender of Victim(s)   WM

the killing of 36 year old, white, National Park Service ranger for the Great Smoky Mountains National Park in 1998 by a Native American who was intoxicated. Locust was threatening visitors to the park with a rifle. Kolodski and other park rangers responded. (Locust fired at another ranger's car smashing the windshield.) Kolodski was wearing a bullet proof vest but the single shot grazed his vest before entering his chest and wounding him fatally. The jury rejected a premeditation theory and the government withdrew its request for the death penalty.


**Name**                                          **D.Ct Docket #**                          **Race**

Pena-Gonzalez, Nicholas                           D. PR CR No. 97-284 (JAF)

Authorization withdrawn                           Name of AG   Reno

Race and Gender of Def   H   M   Race and Gender of Victim(s)   HM

a large scale drug conspiracy and two 1996 killings by Valle-Lassalle and one by the others in 1996. The second was a witness elimination -- the government witness was cut up with a machete. Murder for hire is alleged as an aggravating circumstance. The Attorney General required a capital prosecution against all four defendants, but after reviewing evidence that Pena-Gonzales is mentally retarded the government withdrew the death notice against him. All involved are Hispanic.


**Name**                                          **D.Ct Docket #**                          **Race**

Perez, Luis Gines                                 D. PR CR No. 98-164 (DRD)

Authorization withdrawn                           Name of AG   Reno

Race and Gender of Def   H   M   Race and Gender of Victim(s)   HM

drug smuggling and a single homicide of a co-conspirator. The defendants are Hispanic, college educated businessmen. There was a joint plan to kill and Gines was alleged to have shot the victim on Melendez's boat and together they dumped the body. Authorization was withdrawn when a key government witness flunked a polygraph on whether he was the actual killer.

*Authorized Federal Capital Cases Which Resulted in Authorization Being Withdrawn - 2/22/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Perez, Ricardo Melendez | D. PR CR No. 98-164 (DRD) | |
| Authorization withdrawn | Name of AG  Reno | |

Race and Gender of Def  |H|  |M|   Race and Gender of Victim(s)  |HM|

drug smuggling and a single homicide of a co-conspirator. The defendants are Hispanic, college educated businessmen. There was a joint plan to kill and Gines was alleged to have shot the victim on Melendez's boat and together they dumped the body. Authorization was withdrawn when a key government witness flunked a polygraph on whether he was the actual killer.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| McIntosh, Richard | S.D. IL CR No. 99-40044 and C.D. CA CR No. 02-00938-GHK | |
| Authorization withdrawn | Name of AG  Ashcroft | |

Race and Gender of Def  |W|  |M|   Race and Gender of Victim(s)  |BM|

three white inmates at USP Marion alleged to be members of the Aryan Brotherhood (AB) who allegedly killed a black BOP inmate. Allegedly, Knorr held the victim while McIntosh stabbed him, on Sahakian's orders. Sahakian is allegedly one of three Aryan Brotherhood commissioners, the leader of the Aryan Brotherhood at Marion. The government claims the stabbing stems from an Aryan Brotherhood "war" with blacks from the District of Columbia transferred throughout the BOP from the District of Columbia facility at Lorton, Virginia. The defendants were also indicted in the Central District of California in a 2002 RICO indictment of 40 reputed members and associates of the Aryan Brotherhood for a string of murders and violent attacks allegedly designed to expand the power of the white racist prison gang. The Illinois jury could not reach a verdict. All charges were dismissed without prejudice in July 2005 pending the outcome of the Central District of California Aryan Brotherhood prosecution. In December of 2007, after four life sentences at two trials, Attorney General Mukasey authorized prosecutors to abandon pursuit of the death penalty against Aryan Brotherhood members.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Knorr, Carl | S.D. IL CR No. 99-40044 and C.D. CA CR No. 02-00938-GHK | |
| Authorization withdrawn | Name of AG  Ashcroft | |

Race and Gender of Def  |W|  |M|   Race and Gender of Victim(s)  |BM|

three white inmates at USP Marion alleged to be members of the Aryan Brotherhood (AB) who allegedly killed a black BOP inmate. Allegedly, Knorr held the victim while McIntosh stabbed him, on Sahakian's orders. Sahakian is allegedly one of three Aryan Brotherhood commissioners, the leader of the Aryan Brotherhood at Marion. The government claims the stabbing stems from an Aryan Brotherhood "war" with blacks from the District of Columbia transferred throughout the BOP from the District of Columbia facility at Lorton, Virginia. The defendants were also indicted in the Central District of California in a 2002 RICO indictment of 40 reputed members and associates of the Aryan Brotherhood for a string of murders and violent attacks allegedly designed to expand the power of the white racist prison gang. The Illinois jury could not reach a verdict. All charges were dismissed without prejudice in July 2005 pending the outcome of the Central District of California Aryan Brotherhood prosecution. In December of 2007, after four life sentences at two trials, Attorney General Mukasey authorized prosecutors to abandon pursuit of the death penalty against Aryan Brotherhood members. Knorr eventually pled guilty to one count of manslaughter and was sentenced to 138 months.

*Authorized Federal Capital Cases Which Resulted in Authorization Being Withdrawn - 2/22/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Williams, Xavier | S.D. NY CR No. 00-CR-1008 | |
| Authorization withdrawn | Name of AG   Ashcroft | |

Race and Gender of Def  |B  |M   Race and Gender of Victim(s)  |BM

involves multiple murder during a narcotics conspiracy. Three black men were killed in 1996. The defendants, two brothers and their father, are also black. Attorney General Ashcroft required a capital prosecution.   Shortly before trial, Attorney General Gonzales withdrew the notice of intent to seek the death penalty. Xavier was acquitted of the murders.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Best, Jason | N.D. IN CR No. 2:00CR171RL | |
| Authorization withdrawn | Name of AG   Ashcroft | |

Race and Gender of Def  |B  |M   Race and Gender of Victim(s)  |BM

a 1999 drug trafficking 924 (c) and (j), gang murder. The gun murder was allegedly revenge for the robbery of drug trafficking proceeds from Best's girlfriend. Best was alleged to be a member of the "Bronx Boys" who was released from prison in 1998 after a two year sentence for cocaine sales. Best pled guilty with others in 1996 after stray shots into a house killed a 10 year old boy in his bed in 1993. Attorney General Ashcroft required a capital prosecution but eventually allowed prosecutor's to dismiss the murder count after Best was given a life sentence after a separate trial in the drug case. Murder for hire is alleged as an aggravating circumstance. All involved are African-American.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Sahakian, David Michael | S.D. IL CR No. 99-40044 | |
| Authorization withdrawn | Name of AG   Ashcroft | |

Race and Gender of Def  |W  |M   Race and Gender of Victim(s)  |BM

three white inmates at Marion alleged to be members of the Aryan Brotherhood (AB) who allegedly killed a COP inmate. Allegedly, Knorr held the victim while McIntosh stabbed him, on Sahakian's orders. Sahakian is allegedly one of three Aryan Brotherhood commissioners, the leader of the Aryan Brotherhood at Marion. The government claims the stabbing stems from an Aryan Brotherhood "war" with blacks from the District of Columbia transferred throughout the BOP from the District of Columbia facility at Lorton, Virginia. The defendants were also indicted in the Central District of California in a 2002 RICO indictment of 40 reputed members and associates of the Aryan Brotherhood for a string of murders and violent attacks allegedly designed to expland the power of the white racist prison gang. The Illinois jury could not reach a verdict. All charges were dismissed without prejudice in July 2005 pending the outcome of the Central District of California Aryan Brotherhood prosecution. In December of 2007, after four life sentences at two trials, Attorney General Mukasey authorized prosecutors to abandon pursuit of the death penalty against Aryan Brotherhood members.

*Authorized Federal Capital Cases Which Resulted in Authorization Being Withdrawn - 2/22/10*

| **Name** | **D. Ct Docket #** | **Race** |
|---|---|---|
| Thomas, Keoin | N.D. IN No. 2:01 CR 073 JM | |

| | | |
|---|---|---|
| Authorization withdrawn at trial | Name of AG  Ashcroft | |

Race and Gender of Def  |B| |M|   Race and Gender of Victim(s)  |WM|

a Hobbs Act robbery of a gun store, "Firearms Unlimited," and the killing of the proprietor. 18 U.S.C. §§ 924 and 1951. The defendants are African-American and the victim was white. Taylor was alleged to be more culpable and after the jury voted to sentence him to life in prison, Attorney General Ashcroft approved withdrawal of the "death notice" as to Thomas.

| **Name** | **D. Ct Docket #** | **Race** |
|---|---|---|
| Lien, David | N.D. CA CR No. 01-CR-20071 | |

| | | |
|---|---|---|
| Authorization withdrawn | Name of AG  Ashcroft | |

Race and Gender of Def  |A| |M|   Race and Gender of Victim(s)  |AM|

Fugitive co-defendant Chang was married to the bomb victim's sister. There were domestic problems and a divorce. Lien was allegedly sent to the victim's home with a bomb inside a toy mechanical dog. The victim later purchased batteries, put them in the toy, which blew up, killing him. The Attorney General required a capital prosecution but authorization was eventually withdrawn by Attorney General Gonzales after the defense argued that Lien didn't know what was in the package.

| **Name** | **D. Ct Docket #** | **Race** |
|---|---|---|
| Canty, Raymond | E.D. MI CR No. 01-80571 | |

| | | |
|---|---|---|
| Authorization withdrawn | Name of AG  Ashcroft | |

Race and Gender of Def  |B| |M|   Race and Gender of Victim(s)  |BM|

involves a gang called the "Young Boys Inc.". Milton Jones, the alleged kingpin, is charged along with 13 others, including state representative Keith Stallworth, charged with laundering money. Jones wrote an autobiography, "Y.B.I." about his life of crime. Three defendants face the death penalty. Jones is charged with multiple (two) murders in 1998. Murder for hire is alleged as an aggravating circumstance. One victim was a suspected government informant.   Canty and Mitchell are charged with killing another in '97. Canty is also charged in two murders. Attorney General Ashcroft required a capital prosecution. All involved are African-American.  Jones agreed to cooperate with government prosecutors in return for a 30 year sentence.

| **Name** | **D. Ct Docket #** | **Race** |
|---|---|---|
| Mitchell, Eugene | E.D. MI CR No. 01-80571 | |

| | | |
|---|---|---|
| Authorization withdrawn | Name of AG  Ashcroft | |

Race and Gender of Def  |B| |M|   Race and Gender of Victim(s)  |BM|

involves a gang called the "Young Boys Inc.". Milton Jones, the alleged kingpin, is charged along with 13 others, including state representative Keith Stallworth, charged with laundering money. Jones wrote an autobiography, "Y.B.I." about his life of crime. Three defendants face the death penalty. Jones is charged with multiple (two) murders in 1998. Murder for hire is alleged as an aggravating circumstance. One victim was a suspected government informant.   Canty and Mitchell are charged with killing another in '97. Canty is also charged in two murders. Attorney General Ashcroft required a capital prosecution. All involved are African-American.  Jones agreed to cooperate with government prosecutors in return for a 30 year sentence.

*Authorized Federal Capital Cases Which Resulted in Authorization Being Withdrawn - 2/22/10*

**Name**  **D.Ct Docket #**  **Race**

McMillian, Christopher    N.D. NY No. 3:00 CR-269

Authorization withdrawn at trial    Name of AG  Ashcroft

Race and Gender of Def  |B  |M    Race and Gender of Victim(s)  |BM

murder during a CCE, involving a drug rip off. Another drug dealer was beaten to death. His marijuana and cash were stolen. Attorney General Ashcroft required a capital prosecution against three defendants, later withdrawing the notice of intent as to McMillian, who was found to be mentally retarded by both the defense and government experts. All involved are African-American.

**Name**  **D.Ct Docket #**  **Race**

Green, Darryl    D. MA CR No. 02-CR-10301

Authorization withdrawn    Name of AG  Ashcroft

Race and Gender of Def  |B  |M    Race and Gender of Victim(s)  |BM

two members of the Esmond Street Crew charged with the RICO shooting death of a gang rival ("Franklin Hill Giants") during the Caribbean Carnival in 2001. Key witnesses were four members of the gang who have plea agreements with federal prosecutors. Prosecutors allege four other shootings. Family members of the defendants claim the murder was over a girl and not drugs. The grandmother of the victim and the state prosecutor criticized the decision to seek the death penalty. Both defendants grew up in a violent neighborhood and Morris was shot when he was 16. An innocent bystander was spared when a bullet hit his rearview mirror. After the jury hung as to two non-capital defendants at a separate trial, the judge granted a Rule 29 motion for acquittal. The government then dismissed the indictment and allowed the state to prosecute. All involved are African-American.

**Name**  **D.Ct Docket #**  **Race**

Morris, Branden    D. MA CR No. 02-CR-10301

Authorization withdrawn    Name of AG  Ashcroft

Race and Gender of Def  |B  |M    Race and Gender of Victim(s)  |BM

two members of the Esmond Street Crew charged with the RICO shooting death of a gang rival ("Franklin Hill Giants") during the Caribbean Carnival in 2001. Key witnesses were four members of the gang who have plea agreements with federal prosecutors. Prosecutors allege four other shootings. Family members of the defendants claim the murder was over a girl and not drugs. The grandmother of the victim and the state prosecutor criticized the decision to seek the death penalty. Both defendants grew up in a violent neighborhood and Morris was shot when he was 16. An innocent bystander was spared when a bullet hit his rearview mirror. After the jury hung as to two non-capital defendants at a separate trial, the judge granted a Rule 29 motion for acquittal. The government then dismissed the indictment and allowed the state to prosecute. All involved are African-American.

*Authorized Federal Capital Cases Which Resulted in Authorization Being Withdrawn - 2/22/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Foster, Aaron Demarco | D. MD CR No. 02-CR-410 | |
| Authorization withdrawn | Name of AG   Ashcroft | |

Race and Gender of Def   |B|   |M|   Race and Gender of Victim(s)   |BM|

leaders of one of West Baltimore's most violent drug gangs, the Lexington Terrace Boys, who are charged in multiple (six) killings, including one potential government witness who was killed to prevent him from testifying about an earlier double homicide of two members of a rival gang, the Stricker Street group. Since 1999 the gang operated from the Lexington Terrace and Edgar Allan Poe Homes public housing projects. During trial, the government presented evidence linking the gang to nine killings. Taylor had a direct role in seven. The mitigation evidence focused on the trauma of a childhood growing up in this neighborhood. When Moses was 4, his father was gunned down in a drug hit in the lobby of one of the buildings. Foster was acquitted of attempted murder in state court in 1998. Taylor and Moses were charged together in the double homicide and in a witness killing. There was also an attempted kidnapping of another potential witness to the 2001 killings. The latest victim is the third brother of one family to die on the streets of Baltimore. Investigators claim the group is in some way connected to 40 homicides. Shortly before trial, a critical witness in the case was shot 10 times and killed. He had been shot at twice before. Separate indictments (03-343 and 03-560) charge Kaarman Hawkins, Parker, Foster and Taylor in that case. The jury returned unanimous life verdicts for Moses and Taylor in 5 hours. All involved are African-American.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Stinson, John William | C.D. CA CR No. 02-00938-GHK | |
| Authorization withdrawn at trial | Name of AG   Gonzales | |

Race and Gender of Def   |W|   |M|   Race and Gender of Victim(s)   |WM|

a RICO indictment of 40 reputed members and associates of the Aryan Brotherhood [AB] for a string of murders and violent attacks allegedly designed to expand the power of the white racist prison gang, which was founded at San Quentin state prison in 1964. Authorities say the gang has about 100 members. In 1980, the federal faction of the AB allegedly formed a three-man "Commission" to oversee AB members in federal prisons, and, in 1993, the Federal Commission allegedly formed a "Council" to oversee the day-to-day activities of the federal faction. 17 murders were alleged. Multiple (at least six) murders have occurred since 1996. Twenty-seven defendants initially were eligible for the death penalty. Mills and Bingham are alleged to have made all major decisions involving the criminal activities of the federal faction. Mills is also charged with personally committing one murder and involvement in numerous bad acts, as many as a dozen murders. Stinson, Terflinger, Griffin and Chance, allegedly made all major decisions involving the criminal activities of the California faction of the AB. Slocum, a member of both the Federal and California councils allegedly relayed information between the two and is alleged to have participated in actual murders. McElhiney and Sahakian are alleged to be responsible for running the day-to-day operations of the AB at USP Marion in Illinois. Littrell, Roy, West, Grizzle, Kennedy and Filkins are accused of allegedly murdering AB members/inmates who had run afoul of the organization or violated rules. Grizzle allegedly helped Litrell in one strangulation in the victim's cell. Bridgewater, a member of the Federal Council, is alleged to have murdered two black inmates. Campbell is accused of participating in three murders. Stinson, Terflinger, Chance and Burnett are charged with murders of white inmates who had conflicts with the gang. Sahakian, McIntosh and Knorr are accused of murdering a black inmate at Marion and faced federal capital charges at trial in Illinois at which the jury deadlocked. Sahakian faced three additional murder charges in the California indictment. Schwyhart and Hourston are accused of taking part in the murders of two black inmates. Slocum, Bridgewater, Campbell and Houston were also charged with two BOP prison murders of black men in Pennsylvania at Lewisburg's USP. Charges were dismissed in Pennsylvania. AB members who were selected to face the death penalty were: McIntosh, Knorr, Sahakian, McElhiney, Littrell, Bridgewater, Terflinger, Schwyhart, Houston, Griffin, Chance, Stinson, Mills and Bingham. Mills and Bingham were sentenced to life in prison in 2006, as were Bridgewater and Houston at a separate trial in 2007. In December of 1997, Attorney General Mukasey authorized prosecutors to abandon pursuit of the death penalty against the remaining AB gang members.

*Authorized Federal Capital Cases Which Resulted in Authorization Being Withdrawn - 2/22/10*

| Name | D.Ct Docket # | Race |
|---|---|---|
| Terflinger, Richard Lloyd | C.D. CA No. 02-00938-GHK | |
| Authorization withdrawn | Name of AG  Gonzales | |

Race and Gender of Def  |W  |M    Race and Gender of Victim(s)  |WM

a RICO indictment of 40 reputed members and associates of the Aryan Brotherhood [AB] for a string of murders and violent attacks allegedly designed to expand the power of the white racist prison gang, which was founded at San Quentin state prison in 1964. Authorities say the gang has about 100 members. In 1980, the federal faction of the AB allegedly formed a three-man "Commission" to oversee AB members in federal prisons, and, in 1993, the Federal Commission allegedly formed a "Council" to oversee the day-to-day activities of the federal faction. Multiple (at least six) murders have occurred since 1996. Twenty-seven defendants initially were eligible for the death penalty. Mills and Bingham are alleged to have made all major decisions involving the criminal activities of the federal faction. Mills is also charged with personally committing one murder and involvement in numerous bad acts, as many as a dozen murders. Stinson, Terflinger, Griffin and Chance, allegedly made all major decisions involving the criminal activities of the California faction of the AB. Slocum, a member of both the Federal and California councils allegedly relayed information between the two and is alleged to have participated in actual murders. McElhiney and Sahakian are alleged to be responsible for running the day-to-day operations of the AB at USP Marion in Illinois. Littrell, Roy, West, Grizzle, Kennedy and Pilkins are accused of allegedly murdering AB members who had run afoul of the organization or violated rules. Grizzle allegedly helped Litrell in one strangulation in the victim's cell. Bridgewater, a member of the Federal Council, is alleged to have murdered two black inmates. Campbell is accused of participating in three murders. Stinson, Terflinger, Chance and Burnett are charged with murders of white inmates who had conflicts with the gang. Sahakian, McIntosh and Knorr are accused of murdering a black inmate at Marion and faced federal capital charges at trial in Illinois at which the jury deadlocked. Sahakian faced three additional murder charges in the California indictment. Schwyhart and Hourston are accused of taking part in the murders of two black inmates. Slocum, Bridgewater, Campbell and Houston were also charged with two BOP prison murders of black men in Pennsylvania at Lewisburg's USP. Charges were dismissed in Pennsylvania. AB members/inmates who were selected to face the death penalty were: McIntosh, Knorr, Sahakian, McElhiney, Littrell, Bridgewater, Terflinger, Schwyhart, Houston, Griffin, Chance, Stinson, Mills and Bingham. Mills and Bingham were sentenced to life in prison in 2006, as were Bridgewater and Houston at a separate trial in 2007. Charges were ultimately dismissed. In December of 1997, Attorney General Mukasey authorized prosecutors to abandon pursuit of the death penalty against the remaining AB gang members.

| Name | D.Ct Docket # | Race |
|---|---|---|
| Griffin, Robert Lee | C.D. CA CR No. 02-00938-GHK | |
| Authorization withdrawn at trial | Name of AG  Gonzales | |

Race and Gender of Def  |W  |M    Race and Gender of Victim(s)  |WM

a RICO indictment of 40 reputed members and associates of the Aryan Brotherhood [AB] for a string of murders and violent attacks allegedly designed to expand the power of the white racist prison gang, which was founded at San Quentin state prison in 1964. Authorities say the gang has about 100 members. In 1980, the federal faction of the AB allegedly formed a three-man "Commission" to oversee AB members in federal prisons, and, in 1993, the Federal Commission allegedly formed a "Council" to oversee the day-to-day activities of the federal faction. 17 murders were alleged. Multiple (at least six) murders have occurred since 1996. Twenty-seven defendants initially were eligible for the death penalty. Mills and Bingham are alleged to have made all major decisions involving the criminal activities of the federal faction. Mills is also charged with personally committing one murder and involvement in numerous bad acts, as many as a dozen murders. Stinson, Terflinger, Griffin and Chance, allegedly made all major decisions involving the criminal activities of the California faction of the AB. AB members who were selected to face the death penalty are: McIntosh, Knorr, Sahakian, McElhiney, Littrell, Bridgewater, Terflinger, Schwyhart, Houston, Griffin, Chance, Stinson, Mills and Bingham. Mills and Bingham were sentenced to life in prison in 2006, as were Bridgewater and Houston at a separate trial in 2007. The Notice of Intent to Seek the Death Penalty was withdrawn as to Griffin, Chance, Stinson and Schwyhart.

*Authorized Federal Capital Cases Which Resulted in Authorization Being Withdrawn - 2/22/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| McElhiney, Michael Patrick | C.D. CA No. 02-00938-GHK | |
| Authorization withdrawn | Name of AG    Gonzales | |

Race and Gender of Def  |W|  |M|   Race and Gender of Victim(s)  |WM BM|

a RICO indictment of 40 reputed members and associates of the Aryan Brotherhood [AB] for a string of murders and violent attacks allegedly designed to expand the power of the white racist prison gang, which was founded at San Quentin state prison in 1964. Authorities say the gang has about 100 members. In 1980, the federal faction of the AB allegedly formed a three-man "Commission" to oversee AB members in federal prisons, and, in 1993, the Federal Commission allegedly formed a "Council" to oversee the day-to-day activities of the federal faction. Multiple (at least six) murders have occurred since 1996. Twenty-seven defendants initially were eligible for the death penalty. Mills and Bingham are alleged to have made all major decisions involving the criminal activities of the federal faction. Mills is also charged with personally committing one murder and involvement in numerous bad acts, as many as a dozen murders. Stinson, Terflinger, Griffin and Chance, allegedly made all major decisions involving the criminal activities of the California faction of the AB. Slocum, a member of both the Federal and California councils allegedly relayed information between the two and is alleged to have participated in actual murders. McElhiney and Sahakian are alleged to be responsible for running the day-to-day operations of the AB at USP Marion in Illinois. Littrell, Roy, West, Grizzle, Kennedy and Filkins are accused of allegedly murdering AB members who had run afoul of the organization or violated rules. Grizzle allegedly helped Litrell in one strangulation in the victim's cell. Bridgewater, a member of the Federal Council, is alleged to have murdered two black inmates. Campbell is accused of participating in three murders. Stinson, Terflinger, Chance and Burnett are charged with murders of white inmates who had conflicts with the gang. Sahakian, McIntosh and Knorr are accused of murdering a black inmate at Marion and faced federal capital charges at trial in Illinois at which the jury deadlocked. Sahakian faces three additional murder charges in the California indictment. Schwyhart and Hourston are accused of taking part in the murders of two black inmates. Slocum, Bridgewater, Campbell and Houston were also charged with two BOP prison murders of black men in Pennsylvania at Lewisburg's USP. Charges were dismissed in Pennsylvania. AB members/inmates selected to face the death penalty: McIntosh, Knorr, Sahakian, McElhiney, Littrell, Bridgewater, Terflinger, Schwyhart, Houston, Griffin, Chance, Stinson, Mills and Bingham. Mills and Bingham were sentenced to life in prison in 2006, as were Bridgewater and Houston at a separate trial in 2007. The Notice of Intent to Seek the Death Penalty was also withdrawn as to Griffin, Chance, Stinson and Schwyhart. Charges were ultimately dismissed against McElhiney.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Chance, David Alan | C.D. CA CR No. 02-00938-GHK | |
| Authorization withdrawn at trial | Name of AG    Gonzales | |

Race and Gender of Def  |W|  |M|   Race and Gender of Victim(s)  |WM|

a RICO indictment of 40 reputed members and associates of the Aryan Brotherhood [AB] for a string of murders and violent attacks allegedly designed to expand the power of the white racist prison gang, which was founded at San Quentin state prison in 1964. In 1980, the federal faction of the AB allegedly formed a three-man "Commission" to oversee AB members in federal prisons, and, in 1993, the Federal Commission allegedly formed a "Council" to oversee the day-to-day activities of the federal faction. 17 murders were alleged. Multiple (at least six) murders have occurred since 1996. Twenty-seven defendants initially were eligible for the death penalty. Stinson, Terflinger, Griffin and Chance allegedly made all major decisions involving the criminal activities of the California faction of the AB. Stinson, Terflinger, Chance and Burnett are charged with murders of white inmates who had conflicts with the gang. AB members who were selected to face the death penalty are: McIntosh, Knorr, Sahakian, McElhiney, Littrell, Bridgewater, Terflinger, Schwyhart, Houston, Griffin, Chance, Stinson, Mills and Bingham. Mills and Bingham were sentenced to life in prison in 2006, as were Bridgewater and Houston at a separate trial in 2007. The Notice of Intent to Seek the Death Penalty was withdrawn as to Griffin, Chance, Stinson and Schwyhart after a jury was seated. The indictment against Chance was dismissed.

*Authorized Federal Capital Cases Which Resulted in Authorization Being Withdrawn - 2/22/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Schwyhart, Jason Lee | C.D. CA No. 02-00938-GHK | |
| Authorization withdrawn | Name of AG   Gonzales | |

Race and Gender of Def  |W| |M|   Race and Gender of Victim(s)  |BM|

a RICO indictment of 40 reputed members and associates of the Aryan Brotherhood [AB] for a string of murders and violent attacks allegedly designed to expand the power of the white racist prison gang, which was founded at San Quentin state prison in 1964. Authorities say the gang has about 100 members. In 1980, the federal faction of the AB allegedly formed a three-man "Commission" to oversee AB members in federal prisons, and, in 1993, the Federal Commission allegedly formed a "Council" to oversee the day-to-day activities of the federal faction. 17 murders were alleged. Multiple (at least six) murders have occurred since 1996. Twenty-seven defendants initially were eligible for the death penalty. Mills and Bingham are alleged to have made all major decisions involving the criminal activities of the federal faction. Mills is also charged with personally committing one murder and involvement in numerous bad acts, as many as a dozen murders. Stinson, Terflinger, Griffin and Chance, allegedly made all major decisions involving the criminal activities of the California faction of the AB. Slocum, a member of both the Federal and California councils allegedly relayed information between the two and is alleged to have participated in actual murders. McElhiney and Sahakian are alleged to be responsible for running the day-to-day operations of the AB at USP Marion in Illinois. Littrell, Roy, West, Grizzle, Kennedy and Filkins are accused of allegedly murdering AB members who had run afoul of the organization or violated rules. Grizzle allegedly helped Litrell in one strangulation in the victim's cell. Bridgewater, a member of the Federal Council, is alleged to have murdered two black inmates. Campbell is accused of participating in three murders. Stinson, Terflinger, Chance and Burnett are charged with murders of white inmates who had conflicts with the gang. Sahakian, McIntosh and Knorr are accused of murdering a black inmate at Marion and faced federal capital charges at trial in Illinois at which the jury deadlocked. Sahakian faces three additional murder charges in the California indictment. Schwyhart and Hourston are accused of taking part in the murders of two black inmates. Slocum, Bridgewater, Campbell and Houston were also charged with two BOP prison murders of black men in Pennsylvania at Lewisburg's USP. Charges were dismissed in Pennsylvania. AB members/inmates who were selected to face the death penalty are: McIntosh, Knorr, Sahakian, McElhiney, Littrell, Bridgewater, Terflinger, Schwyhart, Houston, Griffin, Chance, Stinson, Mills and Bingham. Mills and Bingham were sentenced to life in prison in 2006, as were Bridgewater and Houston at a separate trial in 2007. The Notice of Intent to Seek the Death Penalty was withdrawn as to Griffin, Chance, Stinson and Schwyhart.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Williams, Vincent | E.D. PA No. 01-CR-512 | |
| Authorization withdrawn at trial | Name of AG   Gonzales | |

Race and Gender of Def  |B| |M|   Race and Gender of Victim(s)  |BF|

a prosecution against a drug gang, the Boyle Street Boys, charging cocaine sales and multiple (four) gun murders between 1996 and 2002, including the 2001 execution-style slaying of a witness who was killed before she could testify about an illegal gun ring. Brian Rogers, who shot the female victim to prevent her from testifying against Vincent Williams in a federal gun case, reached a plea agreement. Jamain Williams and Andre Cooper allegedly assisted Rogers in that shooting. Vincent Williams and Andre Cooper are charged with the 2000 murder of a teenage drug seller. Vincent Williams was allegedly the shooter. Jamain Williams was allegedly the triggerman in a second 2000 RICO murder. Both Williams and Cooper committed a third RICO murder in 1999. Cooper was allegedly the shooter. All involved are African American. Vincent Williams was found to be mentally retarded and authorization was withdrawn during trial.

*Authorized Federal Capital Cases Which Resulted in Authorization Being Withdrawn – 2/22/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Mitchell, Willie Edward | D. MD No. 1:04-CR-00029-MJG | |
| Authorization withdrawn | Name of AG   Ashcroft | |
| Race and Gender of Def  |B|  |M|  Race and Gender of Victim(s)  |BF BM| | |

racketeering conspiracy, multiple murder in aid of racketeering, drug trafficking and armed robbery charges against the alleged leaders of a violent Northwest Baltimore gang that allegedly used profits from city drug sales to try to make a name in the rap music industry. They are allegedly responsible for five city homicides, all carried out within a five-month stretch in early 2002. The killings include the double slaying of an associate of former heavyweight boxing champion Hasim Rahman and an innocent woman the man was dating at the time. Mitchell is described as the head of the group and is the registered agent of a business called Shake Down Entertainment. Mitchell and Harris are charged in four murders, Gardner in three and Martin in two. Martin will not face the death penalty. Gardner is already serving a life sentence in state prison. The defendants have adopted a "flesh and blood" defense insisting that the Court does not have the jurisdiction and refusing to cooperate with defense counsel. United States v. Mitchell, 2005 WL 3464983 (D MD). Without explanation, Attorney General Gonzales withdrew the request to seek the death penalty. All involved are African American.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Harris, Shelton Lee | D. MD No. 1:04-CR-00029-MJG | |
| Authorization withdrawn | Name of AG   Ashcroft | |
| Race and Gender of Def  |B|  |M|  Race and Gender of Victim(s)  |BF BM| | |

racketeering conspiracy, multiple murder in aid of racketeering, drug trafficking and armed robbery charges against the alleged leaders of a violent Northwest Baltimore gang that allegedly used profits from city drug sales to try to make a name in the rap music industry. They are allegedly responsible for five city homicides, all carried out within a five-month stretch in early 2002. The killings include the double slaying of an associate of former heavyweight boxing champion Hasim Rahman and a woman the man was dating at the time. Mitchell is described as the head of the group and is the registered agent of a business called Shake Down Entertainment. Mitchell and Harris are charged in four murders, Gardner in three and Martin in two. Martin will not face the death penalty. Gardner is already serving a life sentence in state prison. The defendants have adopted a "flesh and blood" defense insisting that the Court does not have the jurisdiction and refusing to cooperate with defense counsel. United States v. Mitchell, 2005 WL 3464983 (D MD). All involved are African American.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Gardner, Shawn Earl | D. MD No. 1:04-CR-00029-MJG | |
| Authorization withdrawn | Name of AG   Ashcroft | |
| Race and Gender of Def  |B|  |M|  Race and Gender of Victim(s)  |BF BM| | |

racketeering conspiracy, multiple murder in aid of racketeering, drug trafficking and armed robbery charges against the alleged leaders of a violent Northwest Baltimore gang that allegedly used profits from city drug sales to try to make a name in the rap music industry. They are allegedly responsible for five city homicides, all carried out within a five-month stretch in early 2002. The killings include the double slaying of an associate of former heavyweight boxing champion Hasim Rahman and a woman the man was dating at the time. Mitchell is described as the head of the group and is the registered agent of a business called Shake Down Entertainment. Mitchell and Harris are charged in four murders, Gardner in three and Martin in two. Martin will not face the death penalty. Gardner is already serving a life sentence in state prison. The defendants have adopted a "flesh and blood" defense insisting that the Court does not have the jurisdiction and refusing to cooperate with defense counsel. United States v. Mitchell, 2005 WL 3464983 (D MD). All involved are African American.

*Authorized Federal Capital Cases Which Resulted in Authorization Being Withdrawn - 2/22/10.*

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Bodkins, Lanny Benjamin | W.D. VA No. 4:04-CR-70083-JLK | |
| Authorization withdrawn at trial | Name of AG   Ashcroft | |

**Race and Gender of Def** | W | M |   **Race and Gender of Victim(s)** | BM |

a 1999 drug related gun murder-for-hire contract on a possible government witness involving interstate stalking. Plunkett, who allegedly hired Taylor, and the victim are black. Bodkins, the alleged triggerman, and Taylor are white. Bodkins and Plunkett were approved for a death penalty trial. Taylor, the driver, was not. The government agreed to withdraw the death penalty after Bodkins testified and expressed remorse.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Plunkett, Antoine | W.D. VA No. 4:04-CR-70083-JLK | |
| Authorization withdrawn at trial | Name of AG   Ashcroft | |

**Race and Gender of Def** | B | M |   **Race and Gender of Victim(s)** | BM |

a 1999 drug related gun murder-for-hire contract on a possible government witness involving interstate stalking. Plunkett, who allegedly hired Taylor, and the victim are black. Bodkins, the alleged triggerman, and Taylor are white. Bodkins and Plunkett were approved for a death penalty trial. Taylor, the driver, was not. The government agreed to withdraw the death penalty after Bodkins testified and expressed remorse.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Hall, Eric | D. MD No. JFM-04-0323 | |
| Authorization withdrawn | Name of AG   Gonzales | |

**Race and Gender of Def** | B | M |   **Race and Gender of Victim(s)** | BM |

a RICO prosecution against a drug gang alleged to have committed multiple (four) gun murders and three attempted murders. The "Rice Organization" is alleged to have trafficked in cocaine and heroin. Only Hall was chosen to face the death penalty. After Attorney General Gonzales "authorized" a death penalty prosecution against Hall, a superseding indictment dropped one of the murders. Eventually, Attorney General Gonzales withdrew the Notice of Intent to Seek the Death Penalty. All involved are African-American.

| **Name** | **D.Ct Docket #** | **Race** |
|---|---|---|
| Cheever, Scott | D. KS CR No. 05-10050-01-06-MLB | |
| Authorization withdrawn at trial | Name of AG   Gonzales | |

**Race and Gender of Def** | W | M |   **Race and Gender of Victim(s)** | WM |

law enforcement officer victim - A drug manufacturing facility was raided resulting in a shooting and killing of a deputy sheriff while he was attempting to serve a search warrant. It is alleged that Cheever tried to kill three other officers when he was holed up after the initial shooting. Cheever struggled with addiction to methamphetamine since he graduated from high school. The indictment alleges a gun murder in the course of drug trafficking and the murder of a witness, in violation of 18 U.S.C. §§924 and 1512. The government dismissed the federal case as the jury was being selected. All involved are white. Cheever was sentenced to death in state court.

*Authorized Federal Capital Cases Which Resulted in Authorization Being Withdrawn - 2/22/10.*

---

**Name**      **D.Ct Docket #**      **Race**

Price, Gerard      E.D. NY No. 05-492

Authorization withdrawn      Name of AG   Gonzales

Race and Gender of Def   |B|   |M|   Race and Gender of Victim(s)   |BM|

a 1999 drug (crack) related RICO gun murder. The indictment alleges five attempted murders. All involved are black. Attorney General Gonzales required a capital prosecution.

---

**Name**      **D.Ct Docket #**      **Race**

Williams, Michael Dennis      C.D. CA No. 05-CR-920

Authorization withdrawn      Name of AG   Mukasey

Race and Gender of Def   |B|   |M|   Race and Gender of Victim(s)   |HM|

Hobbs Act bank robbery and murder. Robbers armed with high-powered assault rifles ambushed an armored car behind a South Los Angeles bank, killing a guard, a 61 year old father of ten children. The robbers fired more than 50 shots. There are eight men and women who are suspects in this bank robbery murder (including two accomplices in a van and two women watching the bank for the robbers). The robbery/murder was highly coordinated, involving at least three vehicles and surveillance and may involve street gang members. Attorney General Mukasey required a capital prosecution despite a local recommendation that the death penalty not be sought. Attorney General Holder withdrew the request for the death penalty on the first day of trial.

---

**Name**      **D.Ct Docket #**      **Race**

Johnson, Antoine Lamont      C.D. CA No. 05-CR-920

Authorization withdrawn      Name of AG   Mukasey

Race and Gender of Def   |B|   |M|   Race and Gender of Victim(s)   |HM|

Hobbs Act bank robbery and murder. Robbers armed with high-powered assault rifles ambushed an armored car behind a South Los Angeles bank, killing a guard, a 61 year old father of ten children. The robbers fired more than 50 shots. There are eight men and women who are suspects in this bank robbery murder (including two accomplices in a van and two women watching the bank for the robbers). The robbery/murder was highly coordinated, involving at least three vehicles and surveillance and may involve street gang members. Attorney General Mukasey required a capital prosecution despite a local recommendation that the death penalty not be sought. Attorney General Holder withdrew the request for the death penalty on the first day of trial.

---

**Name**      **D.Ct Docket #**      **Race**

Gladding, Noah      W.D. NY No. 6:05-CR-06166-CJS

Authorization withdrawn      Name of AG   Gonzales

Race and Gender of Def   |W|   |M|   Race and Gender of Victim(s)   |WM|

another "Petite Policy" case, an interstate (Connecticut to New York) kidnapping gun murder motivated by a substantial drug debt. Connelly assisted in the abduction. Gladding hit the victim with a rock. Gladding was the shooter and Howenstine provided the gun. Connelly and Howenstine torched the car afterward. Attorney General Gonzales withdrew the notice of intent to seek the death penalty. All involved are white.

*Authorized Federal Capital Cases Which Resulted in Authorization Being Withdrawn - 2/22/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Peterson, Aquil | N.D. CA No. 05-00324-MMC | |
| Authorization withdrawn | Name of AG   Gonzales | |

Race and Gender of Def   |B   |M     Race and Gender of Victim(s)   |BM

a San Francisco based conspiracy from 1994 to 2005 alleging multiple (three) separate 2002 RICO murders including the killing of a government witness, Section 1512. Cyrus faces three murder charges, Peterson faces one.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Lopez-Matias, Rodney | D. PR No. 06-368 (JAF) | |
| Authorization withdrawn | Name of AG   Gonzales | |

Race and Gender of Def   |H   |M     Race and Gender of Victim(s)   |HM

a carjacking murder. The victim was stabbed and beaten and then drowned. All involved are Hispanic. The judge dismissed the notice of intent to seek the death penalty because case was authorized without defendants being afforded opportunity to develop and present information during the authorization process. The First Circuit reversed. 522 F.3d 150 (1st Cir. 2008). Alers-Santiago subsequently pled guilty pursuant to a cooperation agreement.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Riera-Crespo, Eduardo | D. PR No. 06-368 (JAF) | |
| Authorization withdrawn | Name of AG   Gonzales | |

Race and Gender of Def   |H   |M     Race and Gender of Victim(s)   |HM

a carjacking murder. The victim was stabbed and beaten and then drowned. All involved are Hispanic. The judge dismissed the notice of intent to seek the death penalty because case was authorized without defendants being afforded opportunity to develop and present information during the authorization process. The First Circuit reversed. 522 F.3d 150 (1st Cir. 2008). Alers-Santiago subsequently pled guilty pursuant to a cooperation agreement.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Bacote, Michael | E.D. TX No. 1:08-CR-00036 | |
| Authorization withdrawn | Name of AG   Keisler | |

Race and Gender of Def   |B   |M     Race and Gender of Victim(s)   |BM

a USP Beaumont BOP inmate murder. All involved are blacks from Washington DC (the "DC Crew") who were in USP Atlanta, then USP Beaumont, together. The deceased was a government witness against two of Ebron's associates in an aggravated robbery in 1997. Ebron held the deceased while Mosely stabbed him 100 times. Mosely died before he could be charged. Ebron was previously convicted in 1999 of murder. Bacote, who is mentally retarded, was convicted of armed robbery.

*Authorized Federal Capital Cases Which Resulted in Authorization Being Withdrawn - 2/22/10*

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Burton, Harry | D. MD No. 1:07-CR-00149-WDQ | |
| Authorization withdrawn | Name of AG   Mukasey | |
| Race and Gender of Def   B   M   Race and Gender of Victim(s)   BF BM | | |

multiple (three) RICO drug related (crack) murders in 2003 by Burton, alleged leader of the "Latrobe organization," a drug and gun gang. Allen Gill is charged in one, the murder of a female, Burton's girlfriend who allegedly set up Burton to be shot. All involved are black. Burton is possibly mentally retarded. Attorney General Mukasey, on the eve of trial, withdrew the death authorization and authorized a plea to 60 years.

| *Name* | *D.Ct Docket #* | *Race* |
|---|---|---|
| Smith, Danny Damon | E.D. VA No. 3:07CR433 | |
| Authorization withdrawn | Name of AG   Mukasey | |
| Race and Gender of Def   B   M   Race and Gender of Victim(s)   BF | | |

the gun murder of a female informant in a drug (crack) case.