## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :    NO. 4:CR-96-239

            :

v.                 :

            :

DAVID PAUL HAMMER    :    (Electronically Filed)

### ORDER

AND NOW, this _10th_ day of _JUNE_____, 2011, IT IS HEREBY ORDERED THAT:

1.    A hearing on all pre-special hearing motions shall take place on June 30, 2011 at 11:00 am.

2.    Defendant Hammer shall participate in the scheduled hearing via videoconferencing with members of the legal team present. Defendant Hammer's restraints shall be removed in order to allow him to write.

2.    The video conference will be conducted between Scranton, Pennsylvania and USP Terre Haute, Terre Haute, Indiana.

BY THE COURT,

_Joel Slomsky_____
JOEL H. SLOMSKY, J.