# IN CAMERA

Opposition Brief to Violations of Amendments
Government Exhibit 1