

**U.S. Department of Justice**
United States Attorney's Office
Middle District of Pennsylvania in Harrisburg
Ronald Reagan Federal Building
P.O. Box 11754, 228 Walnut Street
Harrisburg, PA 17108-1754
Phone: 18666737340
Fax: (717) 221-4493

April 5, 2011

Mr. and Mrs. Robert Marti
2972 Winslow Way NW
Salem, OR 97304

Re: United States v. David Paul Hammer
    Case Number 1996R08063

Dear Mr. and Mrs. Robert Marti:

The United States Department of Justice believes it is important to keep victims of federal crime informed of court proceedings. This notice provides information about the above-referenced criminal case.

A (re)sentencing hearing is currently scheduled for 4/4/2012.

The Victim Notification System (VNS) is designed to provide you with information regarding the case as it proceeds through the criminal justice system. You may obtain current information about this case on the VNS web site at WWW.Notify.USDOJ.GOV or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program. If you update your contact information to include a current email address, VNS will send information to that email address. In order to continue to receive notifications, it is your responsibility to keep your contact information current.

You will use your Victim Identification Number (VIN) '3175473' and Personal Identification Number (PIN) '3528' anytime you contact the Call Center and the first time you log on to the VNS web site. In addition, the first time you access the VNS Internet site, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Robert Marti.

Remember, VNS is an automated system and cannot answer questions. If you have other questions which involve this matter, please contact this office at the number listed above.

Sincerely,

*Laurie J. Reiley*

Laurie Reiley
Victim Witness Coordinator

**Opposition Brief to Violations of Amendments**
**Government Exhibit 2**
**Page 1 of 1**