```
  USA04  535.03 *              INMATE PROFILE              *      05-04-2011
PAGE 001                                                         10:16:58
           17290-009              REG
REGNO: 17290-009                  FUNCTION: DIS DOB/AGE.: 10-13-1951 / 56
NAME.: BALL, GAYLON DON                         R/S/ETH.: W/M/O    WALSH: NO
RSP..: EDG-EDGEFIELD FCI                         MILEAGE.: 563 MILES
PHONE: 803-637-1500      FAX: 803-637-9840
ARS ASSIGNMENT..: DEATH                         FBI NO..: 12213T7
ARS DATE/TIME...: 05-13-2008/0125               INS NO..: N/A
 PROJ REL METHOD: UNKNOWN                        SSN.....: 429988844
 PROJ REL DATE..: UNKNOWN         PSYCH: NO      DETAINER: NO        CMC..: NO
         - - - - - - - - - RELEASE DESTINATION - - - - - - - - - -
         AGENCY...............:
         DST ASSIGNMENT.......:
         ADDRESS..............:

OFFN/CHG RMKS: CONSP MFG AMPHETAMINE, ESCAPE FROM CUSTODY      333 MONTHS
OFFN/CHG RMKS: 6 YEARS SRT DKT#1:92CR00005SNL, LR-CR-95-254(1)




G0002        MORE PAGES TO FOLLOW . . .
```

**Opposition Brief to Preclude Capital Prosecution**
**Government Exhibit 1**
**Page 1 of 1**