

# U.S. Department of Justice

## Federal Bureau of Prisons

*Federal Correctional Institution*                    *Fort Worth, Texas 76119-5996*

December 07, 2008

MEMORANDUM FOR GONZALEZ, MIGUEL CAPTAIN

FROM:         · K. JOHNSON, LIEUTENANT

SUBJECT:         INMATE DEATH GUERRERO, MARTIN
                 REG. NO. 43281-080

On December 07, 2008, at 10:00am Inmate Guerrero, Martin Reg. No. 43281-080, was pronounced dead by 2 Registered Nurses at Kindred Hospital. Death was caused by Cardio-Pulmonary Arrest, Next of kin notified by social worker.

Sensitive Limited Official Use Only