

### U.S. Department of Justice

*David M. Barasch*
*United States Attorney*
*Middle District of Pennsylvania*

---

*Herman T. Schneebeli Federal Building, Suite 308*
*240 West Third Street, P. O. Box 548*     *717-326-1935*
*Williamsport, PA 17703-0548*     *FAX 717-326-7916/326-7954*

May 13, 1998

George Weber Gilmore, Jr., Esquire
1100 North Main
P. O. Box 1100
Sikeston, MO 63801-1100

  Re: Gaylon Don Ball

Dear Mr. Gilmore:

  This is to acknowledge receipt of your facsimiles dated May 11 and 13, 1998. You requested that our office consider securing the testimony of your above-referenced client and possibly requesting that the United States Attorney's Office for the Eastern District of Missouri to entertain a Rule 35(b) Motion for reduction of sentence.

  As you are aware, only the United States Attorney for the Eastern District of Missouri can move for a sentence reduction. My efforts to contact Assistant United States Attorney Ferrell in this matter, to date, have been unsuccessful. As I advised Mr. Ball, if I could not receive assurances from AUSA Ferrell that his assistance in this matter would be recognized in a Rule 35(b) motion, I would not seek his attendance at trial or his cooperation.

  Under the circumstances, you should feel free to contact Assistant U.S. Attorney Ferrell and determine whether he would give serious consideration to any assistance rendered by your client in our on-going murder prosecution. To restate the obvious, the "ball is in Mr. Ferrell's court." I trust this is responsive to your inquiry.

  Please feel free to contact me if you have any questions about the contents of this letter or the enclosures.

         Very truly yours,

         DAVID M. BARASCH
         United States Attorney

         FREDERICK E. MARTIN
         Assistant United States Attorney

DMB:FEM:jmm
cc:
  A. Malocu, Special Agent
  Asst. U.S. Attorney Ferrell, ED-Mo

**Opposition Brief to Preclude Capital Prosecution**
**Government Exhibit 4**
**Page 1 of 1**