UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :  Criminal No. 4:CR-96-0239
                      :
       v.             :  (Judge Slomsky)
                      :
DAVID PAUL HAMMER        :  **ELECTRONICALLY FILED**

## MOTION FOR RECONSIDERATION OF ¶ 2 OF ORDER DATED JUNE 13, 2011

COMES NOW, the United States by Peter J. Smith, United States Attorney for the Middle District of Pennsylvania and respectfully requests this Honorable Court to reconsider part of ¶ 2 of its order dated June 13, 2011, and, in support thereof, states as follows.

1.   This Court by order dated January 31, 2011, *inter alia* established a hearing for June 30, 2011, at which time this Court would consider pre-sentencing hearing motions filed by the parties in advance of an April 2012 resentencing hearing.

2.   On May 15, 2011, defendant through counsel requested that he remain at the Terre Haute Penitentiary for the June 30, 2011, hearing but participate in it through video-conference. The prosecution concurred in this request.  This Court, in an order dated May 17, 2011, granted relief.

3.   In furtherance of the proceedings, this Court, in an order dated June 13, 2011, established security for that

1

proceeding.  Specifically, this Court directed, in part at ¶ 2, that "Hammer's restraints shall be removed in order to allow him to write."

4.  The prosecution, upon learning of this Court's direction, forwarded the contents of the order to officials at the Terre Haute Penitentiary where defendant is incarcerated. Preliminarily, prison officials expressed reservations about allowing defendant to have both hands out of handcuffs.

5.  The prosecution inquired with defense counsel on June 21, 2011, regarding their position on whether their client would be willing to have restraints placed on him or even keep one hand restrained.  Hammer's attorneys indicated that their client should have both hands free.

6.  On June 24, 2011, Terre Haute officials, after further discussions, requested through the undersigned to have this Court reconsider that aspect of the order which allowed defendant not to be handcuffed at all.  According to those officials, even with a Martin chain, black box and hand restraints, defendant still has mobility with his hands and is able to write.  The concern of Terre Haute officials, as described in the attached affidavit dated June 27, 2011, from Associate Warden Church, related to the safety and security of staff as well as a paralegal who will be present with defendant in the area of the SCU during the teleconference.

WHEREFORE, for the above-stated reasons, as amplified by the supporting brief, the United States requests that this Court reconsider one aspect  - paragraph 2 - of its order dated June 13, 2011, and allow defendant to have restraints placed on his hands during the teleconference.

Respectfully submitted,

PETER J. SMITH
United States Attorney


By s/Frederick E. Martin
FREDERICK E. MARTIN
Assistant United States Attorney
PA ID 57455
Herman T. Schneebeli Federal Bldg.
240 West Third Street, Suite 316
Williamsport, PA 17701-6465
Tele: (570) 326-1935
FAX: (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Dated:  June  27 , 2011

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :    Criminal No. 4:CR-96-0239
                               :
           v.                 :    (Judge Slomsky)
                               :
  DAVID PAUL HAMMER        :    **ELECTRONICALLY FILED**

## <u>CERTIFICATE OF NON-CONCURRENCE</u>

The undersigned hereby certifies that on June 21, 2011,
Ronald C. Travis, Esquire, attorney for the Defendant stated his
non-concurrence in the requested Motion for Reconsideration of ¶
2 of order dated June 13, 2011.


                     S/Frederick E. Martin
                     FREDERICK E. MARTIN
                     Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : Criminal No. 4:CR-96-0239
:
v. : (Judge Slomsky)
:
DAVID PAUL HAMMER : **ELECTRONICALLY FILED**

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing

**MOTION FOR RECONSIDERATION OF ¶ 2 OF ORDER DATED JUNE 13, 2011, CERTIFICATE OF NON-CONCURRENCE, and proposed ORDER**

to be electronically mailed on June ___28___, 2011, to:

ADDRESSEE:     Ronald C. Travis, Esquire
               rtravis@riederstravis.com

               Michael Wiseman, Esquire
               Michael_Wiseman@fd.org

               s/Frederick E. Martin
               FREDERICK E. MARTIN
               Assistant United States Attorney