UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
                                  )
V.                                )        CASE NO: 4:96-CR-239-JHS
                                  )
                                  )
DAVID PAUL HAMMER                 )

DECLARATION OF HARVEY G. CHURCH

I, Harvey G. Church, do hereby declare as follows:

1.  I began my career as a Correctional Officer with the Federal Bureau of Prisons (BOP) in 1988. Throughout my tenure with the BOP, I have been in positions of increasing responsibility including Lieutenant, Emergency Preparedness Officer, and Assistant Correctional Services Administrator. I am the former Complex Captain at the Federal Correctional Complex (FCC), located in Florence, Colorado, which houses the Maximum Security facility for the BOP. I assumed the position of Associate Warden at FCC Terre Haute, Indiana in August, 2009. I oversee the Correctional Services Department (Custody) and Facilities Department for all three institutions within FCC Terre Haute. This includes the Special Confinement Unit (SCU) where the inmates who have a federal sentence of death are housed.

2.  I understand that inmate David Paul Hammer, Federal Register Number 24507-077, is scheduled to appear via video conference for a hearing in the above-captioned case on June 30, 2011 at 11 am. I also understand that it has been ordered that inmate Hammer should not have his hands restrained during the video hearing. This presents an extraordinary security risk to staff and to the SCU. Due to inmate Hammer's propensity

**Government Exhibit 1**
**Page 1 of 2**

for violence, he is required to be in restraints at all times when out of his cell. He is a Maximum Custody inmate and must have staff with him at all times. Even though inmate Hammer would be handcuffed in the front, he can still write and has use of his hands; he would just have a restricted range of motion.

3. Of additional concern, inmate Hammer's attorney's office is sending someone to sit in on the hearing alongside him. The presence of a member of the public dramatically increases our safety and security concerns for staff and the visitor. The video conference room in the SCU is a large open room, unlike a usual visitation area in which there are some barriers. Inmate Hammer is not separated or isolated in any way from the visitor in the video conference area.

4. The focus of my twenty-three years of experience with the BOP has been in the area of Correctional Services (Security). Based upon that experience, it would endanger the safety and security of the institution, safety of staff and the visitor to allow inmate Hammer to be fully out of hand restraints for the duration of this video conference.

I declare, under penalty of perjury, pursuant to 28 USC § 1746, that the foregoing is true and accurate.

Executed this the __27__ day of June, 2011.

Harvey G. Church, Associate Warden

**Government Exhibit 1**
**Page 2 of 2**