IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA　　　:　Criminal No. 4:CR-96-0239
　　　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　　　:　(Judge Slomsky)
　　　　　　　　　　　　　　　　:
　DAVID PAUL HAMMER　　　　　　:　**ELECTRONICALLY FILED**

## ORDER

AND NOW, this _____ day of _____, 2011,

**IT IS HEREBY ORDERED THAT:**

1.  The motion of the United States for reconsideration of ¶ 2 of this Court's order dated June 13, 2011, is hereby **GRANTED.**

2. Defendant Hammer shall participate in the scheduled hearing via videoconferencing with members of the legal team present and hand restraints shall be used at all times.

BY THE COURT,

_____
**JOEL H. SLOMSKY, J**