UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:CR-96-0239 |
| v. | : | (Judge Slomsky) |
| DAVID PAUL HAMMER | : | **ELECTRONICALLY FILED** |

### WAIVER OF VENUE

I, __DAVID PAUL HAMMER__, the above-named defendant, who is accused of first degree murder on exclusive federal enclave at the Allenwood Federal Correctional Complex, being advised of the nature of the charge and of my rights, pursuant to Federal Rule of Criminal Procedure 18, as well as the Sixth Amendment to the Constitution and Article 111 of the Constitution, to attend aNy criminal prosecution in the United States District Court for the Middle District of Pennsylvania, where the offense was committed, hereby waives in open court on __JUNE 30, 2011 (videotaped)__ appearances in the United States District Court for the Middle District of Pennsylvania and consents that further hearings, including but not limited to, a capital rescntencing hearing, may take place in the United States District Court for the Eastern District of Pennsylvania.

_David Paul Hammer_
DAVID PAUL HAMMER, Defendant

_Ronald C. Travis_
RONALD C. TRAVIS, Esquire
Counsel for Defendant

Before _Joel Slomsky_
Judicial Officer

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA　　:

　　　　　　　　　　　　　　　　　NO. 4:96-CR-00239

　　　　　　　　　　　　　:

　　　　v.

　　　　　　　　　　　　　　　　　(Judge Slomsky)

DAVID PAUL HAMMER

　　　　Defendant　　　　　　　　　(Electronically Filed)


### CERTIFICATE OF SERVICE

AND NOW, comes Ronald C. Travis, Esquire, attorney for Defendant Hammer, and certifies that AUSA Martin was served with a copy of the Waiver of Venue electronically and also by first class mail, postage prepaid, addressed to his office, this 20th day of April, 2011.

　　　　　　　　　　RIEDERS, TRAVIS, HUMPHREY, HARRIS,
　　　　　　　　　　　　WATERS & WAFFENSCHMIDT

　　　　　　　　　　/s/ Ronald C. Travis, Esquire
　　　　　　　　　　Ronald C. Travis, Esquire
　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　PA ID#: 08819
　　　　　　　　　　161 West Third Street
　　　　　　　　　　PO Box 215
　　　　　　　　　　Williamsport, PA 17703-0215
　　　　　　　　　　(570) 323-8711 (telephone)
　　　　　　　　　　(570) 323-4192 (facsimile)
　　　　　　　　　　rtravis@.riederstravis.com