# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| v. | : | Honorable Joel H. Slomsky |
| DAVID PAUL HAMMER, | : | Capital Case |
| Defendant | : |  |

## ORDER

AND NOW, this      day of July, 2011, upon consideration of Mr. Hammer's *Motion to Preclude the Government from Admitting Any Evidence And/or Rebuttal Evidence Obtained During Assistant United States Attorneys Mellin's and Martin's Recent Illegitimate and Unconstitutional Search of Mr. Hammer's Cell; to Disqualify Assistant United States Attorneys Martin and Mellin; and Schedule a Hearing and Full Disclosure*, it is hereby ORDERED and DIRECTED that the *Motion* is GRANTED.

BY THE COURT

_____
JOEL H. SLOMSKY, J.