# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| v. | : | Honorable Joel H. Slomsky |
| DAVID PAUL HAMMER, | : | Capital Case |
| Defendant | : |  |

## ORDER

AND NOW, this _____ day of July, 2011, upon consideration of Mr. Hammer's *Motion to Preclude the Government from Admitting Any Evidence And/or Rebuttal Evidence Obtained During Assistant United States Attorneys Mellin's and Martin's Recent Illegitimate and Unconstitutional Search of Mr. Hammer's Cell; to Disqualify Assistant United States Attorneys Martin and Mellin; and Schedule a Hearing and Full Disclosure*, the Federal Bureau of Prisons is hereby ORDERED and DIRECTED to preserve any and all videotapes of Mr. Hammer's cell and the surrounding area from July 12, 2011.

BY THE COURT

_____
JOEL H. SLOMSKY, J.