UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 4-CR-96-0239 |
| v. | : | |
| | : | Honorable Joel H. Slomsky |
| | : | United States District Judge |
| DAVID PAUL HAMMER, | : | |
| DEFENDANT | : | CAPITAL CASE |

FILED

SCRANTON

MOTION FOR HYBRID REPRESENTATION

OR IN THE ALTERNATIVE

MOTION TO PROCEED PRO SE

JUL 19 2011

PER _____

DEPUTY CLERK

COMES NOW, David Paul Hammer, Defendant Pro Se, and respectfully requests this Honorable Court grant this Motion for Hybrid Representation or in the Alternative Motion to Proceed Pro Se. In support thereof the following is respectfully submitted:

Mr. Hammer is currently represented by court appointed counsel. His relationship with his counsel remains strong and there exists a good working relationship. However, the defendant feels that it is essential that he be allowed to work as co-counsel in this case. There are unique reasons for this request which cannot be stated in open court or made known to the government counsel as it relates to the defendant's trial strategy. There have been disagreements between Mr. Hammer and his counsel over vital aspects of his resentencing hearing.

This is a Capital Case and it is the defendant who will suffer the consequences resulting from this rehearing. As such, Mr. Hammer must be allowed to participate as co-counsel inorder to ensure that all relevant issues are presented to the jury. The defendant is requesting authorization to have hybrid representation at all junctures in this case.

If this Court elects to use its discretion and deny hybrid representation in

this case, the defendant would request that this Court schedule a hearing as soon as possible to accept a waiver of counsel by Mr. Hammer. The defendant will invoke his Sixth Amendment right to self-representation in this matter. Pursuant to  the holdings in Faretta v. California, 422 US 806, 45 L Ed. 2d 562, 95 S Ct 2525 (1975), this Court should conduct a hearing to determine if Mr. Hammers is making a voluntary intelligent and knowing waiver of his right to counsel.

July 12, 2011

Respectfully Submitted,

David Paul Hammer, Pro Se
Reg. No. 24507-077
Federal Death Row
USP-Terre Haute
P.O. Box 33
Terre Haute, IN 47808-0033

## CERTIFICATE OF MAILING

On this 12th day of July, 2011 a true and correct copy of the foregoing motion was sent by First Class Prepaid Mail to each of the following:

Frederick E. Martin
Assistant U.S. Attorney
Federal Building
240 West Third Street, Suite 316
Williamsport, PA  17701-6465

Ronald C. Travis, Attorney
161 West Third Street
Williamsport, PA 17701

Anne Saunders, Assistant Federal Public Defender
100 Chestnut Street, Suite 300
Harrisburg, PA 17101

Michael Wiseman
James McHugh
James Moreno
Federal Community Defender, Eastern District of Pennsylvania
Suite 540- The Curtis Center
Philadelphia, PA  19106

David Paul Hammer

2.

Clerk of the Court
United States District Court
Middle District of Pennsylvania
Federal Building/ U.S. Courthouse
235 N. Washington
Scranton, PA   18501

July 12, 2011

Re: United States v. David Paul Hammer
    Criminal No. 4:cr-96-239

Dear Clerk,

Please find enclosed the original of my Motion for Hybrid Representation or

in the Alternative Motion to Proceed Pro Se; and my Brief in Support of Motion for

Hybrid Representation or in the Alternative Motion to Proceed Pro Se for filing

with the court.

Thank you for your time and consideration in this matter.

Sincerely,

David Paul Hammer, Defendant
Reg. No. 24507-077
Federal Death Row
USP-Terre Haute
P.O. Box 33
Terre Haute, IN 47808-0033



David Paul Hammer, #24507-077
FCC Terre Haute
P. O. Box 33
Terre Haute, IN 47808

SPECIAL MAIL
28 C.F.R. § 540.18.19

Clerk of the Court
United States District Court
Federal Building/U.S. Courthouse
235 N. Washington Avenue
Scranton, PA  18501















