# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :
                               :        NO. 4:96-CR-00239
                               :
             v.                :
                               :        (Judge Slomsky)
DAVID PAUL HAMMER              :
                               :
          Defendant            :        (Electronically Filed)

## CERTIFICATE OF NON-CONCURRENCE

On July 20, 2011, Attorney Travis placed a phone call to AUSA Martin requesting his position relative to the Motion to have Mr. Hammer returned to the Eastern District of Pennsylvania. AUSA Martin advised counsel a need to know whether we were asking for a particular place for Mr. Hammer to be housed. The message also indicated AUSA Martin was in contact with persons unnamed at USP Terre Haute and at the BOP Regional Office concerning the request.

Defense counsel replied on July 20, 2011, that the request was for Mr. Hammer to be housed at the Federal Detention Center in Philadelphia. On the morning of July 21, 2011, AUSA Martin advised he still had not received an answer from the BOP. AUSA Martin advised counsel if we wanted to do so, we could file the Motion and indicate a lack of concurrence.

8

As of 6:00 p.m. on July 21, 2011, counsel has not received any additional information from the AUSA so the Motion being filed is not concurred in.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
WATERS & WAFFENSCHMIDT

/s/ Ronald C. Travis, Esquire

Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#:  08819
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com