## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :
                      :    NO. 4:96-CR-00239
                      :    Capital Case
      v.                  :
                      :    (Judge Slomsky)
DAVID PAUL HAMMER       :
                      :
      Defendant           :    (Electronically Filed)

## ORDER

AND NOW, this       day of July, 2011, upon consideration of Mr. Hammer's *DEFENDANT'S MOTION FOR AN ORDER DIRECTING THE MARSHALS SERVICE TO TRANSPORT MR. HAMMER TO AND HOUSE HIM AT THE FEDERAL DETENTION CENTER IN THE EASTERN DISTRICT OF PENNSYLVANIA UNTIL THE COMPLETION OF HIS RESENTENCING HEARING IN ORDER TO PROVIDE COUNSEL SUFFICIENT ACCESS TO MR. HAMMER TO PREPARE FOR THE RESENTENCING AND TO PERMIT MR. HAMMER TO APPEAR IN PERSON AT PRETRIAL HEARINGS*, it is hereby ORDERED and DIRECTED that the *Motion* is GRANTED.

BY THE COURT

_____
JOEL H. SLOMSKY, J.