# EXHIBIT 1

9/4/96

Martin R. Guerrero, Jr., register number 43281-080, was located at the United States Penitentiary, Leavenworth, Kansas (USPLK). Guerrero thereafter provided the following information:

Guerrero advised that he knew inmate David Paul Hammer because Hammer was an inmate at the United States Penitentiary, Leavenworth, Kansas, sometime prior to Hammer's transfer to the United States Penitentiary-Allenwood (USP-A). Guerrero advised he never received any letter from Hammer or Andrew Hunt Marti. Guerrero stated he had never heard of the inmate Andrew Hunt Marti. Guerrero stated that he never received any mail from a third party located in Michigan. Guerrero advised he never heard of Maurice Young or knew anyone from Three Rivers, Michigan. Guerrero advised he was from Texas and most of his friends and family reside around the San Antonio area.

Guerrero advised he had no idea why Hammer was trying to involve him in a murder. Guerrero advised that he does not belong to any gangs or involve himself in any gang activities.

The following is a description of Guerrero:

| | |
|---|---|
| Name: | Martin R. Guerrero, Jr. |
| Race: | White |
| Sex: | Male |
| Date of birth: | ███████ |
| Social Security Number: | |
| FBI#: | 24777D |
| Projected release date: | Life imprisonment |

8/27/96          Leavenworth, Kansas

90A-PH-79493 & 90A-PH-77257

SA Dennis L. Conway/eisg                                    9/4/96

12/23/96

ALBERT RAY JOHNSON, JR., was interviewed at the Blaine County Jail, Watonga, Oklahoma. JOHNSON was advised of the identity of the interviewing Agent and of the reason for the interview. JOHNSON provided the following information:

JOHNSON was advised that he was being interviewed due to a letter he had sent to the United States Attorney's Office for the Middle District of Pennsylvania. JOHNSON advised that he wrote the letter to let it be known that DAVID PAUL HAMMER had planned the murder of his cellmate and that HAMMER told JOHNSON he was going to kill one of his cellmates in the future. JOHNSON stated that HAMMER does things for recognition and to get attention and to "con the system". In the past HAMMER has written letters for recognition to Current Affairs and other television programs, as well as newspapers like The Daily Oklahoman. HAMMER has even tried to confess to murders that he has never committed.

JOHNSON first met HAMMER at the McAlester State Penitentiary, McAlester, Oklahoma in 1987 or 1988. HAMMER was already serving time at McAlester in "D" Block, which is the "close custody" area of the prison. JOHNSON noticed that much of HAMMER's activity was to get attention. HAMMER's livelihood is based on "conning" homosexuals both inside prison and outside prison for the purpose of obtaining money from them. HAMMER is bi-sexual and will engage in homosexual activities to perpetuate the "con". He will obtain the names of homosexuals on the outside and thereafter write these homosexuals for money. While in McAlester he actually took some of the prison officers hostage; all for attention. Also while at McAlester he used various officers Social Security Account Numbers to obtain credit cards or purchase items on credit and to file W2 Forms for income tax refunds. HAMMER's expertise is in the "slow con" in which he obtains money or something else of value from homosexuals. HAMMER was still at McAlester in 1989, when JOHNSON left.

JOHNSON did not see HAMMER again until 1995. JOHNSON was already serving time at Allenwood Penitentiary for kidnapping which had occurred in Oklahoma in 1990, after he had escaped from prison. JOHNSON had "bounced" around from various Federal Penitentiaries and finally wound up in Allenwood in 1995, where

12/6/96          Watonga, Oklahoma

90A-PH-79493                                    12/9/96

SA GARRY R. HARMON:bjl

90A-PH-79493

ALBERT RAY JOHNSON, JR.                    12/6/96              2

he was placed in Cell 210.  HAMMER was placed in Cell 211.  The
cells had a vent between them near the stool and both HAMMER and
JOHNSON talked for hours utilizing this vent.  HAMMER had just
come into Allenwood from Lompoc, California.

HAMMER told JOHNSON that while at Lompac, he got into
trouble after being attacked.  At Lompac, HAMMER had tied up a
cell partner and beat him up.  HAMMER told JOHNSON that he was
never going back to Oklahoma and that "I'll show you how to beat
the system".  "I want to stay a Federal prisoner".  HAMMER stated
that, "I'm going to kill one of them", meaning a cellmate.
HAMMER indicated that this would make Worldwide News and would
allow him to play crazy and ultimately beat the case.  All to
keep from going back to Oklahoma.  The reason that HAMMER did not
want to go back to Oklahoma seemed to be that while in McAlester
he was placed in an underground cell and did not like it there.
While in Oklahoma he was constantly in trouble for utilizing
credit scams and using guards names and Social Security Numbers.
HAMMER constantly talked about how he would beat the system, that
how he was mentally incompetent and laughed about it.

HAMMER said that he had tied up a cell partner in
Lompac and had beat him, but did not kill him.  HAMMER did not
say why he did not kill him.  HAMMER stated, "OJ beat his and so
will I" and "I'll beat mine".

JOHNSON believes that he lived next to HAMMER at
Allenwood for about two weeks, but less than a month.  Both were
in the "hold" as both had had problems in the past.  Apparently
HAMMER's problem was at Lompac while JOHNSON's problem was with
the Aryan Brotherhood at Allenwood.  At Allenwood, HAMMER was
extremely paranoid.  HAMMER was actually placed in population at
one time, however was back within hours.  HAMMER did not like
being in the general population.

HAMMER had a cell partner "TONY LNU", a white male
approximately 26 years of age.  TONY had black hair, skinny build
and was homosexual.  TONY and HAMMER would beat up each other
periodically for the pain, as both were sadomasochist.  JOHNSON's
cellmate was JESSE LATSON (phonetic) a black male, approximately
34 years of age.  LATSON may have heard much of what HAMMER told
JOHNSON through the vent, however, LATSON was in his own world
most of the time.

90A-PH-79493

ALBERT RAY JOHNSON, JR.                    12/6/96                    3

     During the two weeks or more that JOHNSON lived next door to HAMMER, HAMMER talked of scams and the use of addresses and Social Security Numbers and other variations of how the scams worked. HAMMER talked of not going back to Oklahoma and the old times. HAMMER stated that he, "did one at Lampoc and was going to kill one before I leave", meaning at Allenwood. HAMMER stated, "I'm already incompetent" and that he was "noncompetent, and they can't hold court". HAMMER constantly talked of making a mockery out of the system and how "they can't do anything to me, I'm incompetent". JOHNSON estimated that he and HAMMER talked seven to eight hours a day through the vent for the two weeks or more they lived next to one another.

     When JOHNSON left Allenwood to come back to Oklahoma to serve his State time, HAMMER was still at Allenwood. When JOHNSON returned to Oklahoma in August he heard that HAMMER had killed a cellmate back in Allenwood. JOHNSON believes he heard this on August 23 or August 24, while being processed through Crabtree Correctional Facility, Helene, Oklahoma. JOHNSON advised he was voluntarily making this information available to the Federal Bureau of Investigation (FBI). If his testimony is of some assistance to the Federal Government, possibly some consideration may be made with the regard to the remainder of his time to be served for the State of Oklahoma.

     The following was determined from interview and observation:

| | |
|---|---|
| Name: | ALBERT RAY JOHNSON, JR. |
| Sex: | Male |
| Race: | Negro |
| Date of Birth: | ███████ ██ |
| Place of Birth: | St. Louis, Missouri |
| Height: | 5'4" |
| Weight: | 150 |
| Eyes: | Brown |
| Hair: | Black |
| Oklahoma DOC #: | 129369 |
| OSBI #: | 503801 |
| FBI #: | 553 797 AA8 |
| Social Security Account Number: | ██████ |
| Tattoos: |  letters across |

90A-PH-79493

ALBERT RAY JOHNSON, JR.                12/6/96                4

abdomen.

"Little Daddy" left upper arm

"Shorty Mac" left chest

JOHNSON is currently serving a 30-year term in Oklahoma State Penal System for robbery and kidnapping.

6/3/98

ALBERT RAY JOHNSON, JR., was advised of the identity of the interviewing agent.  JOHNSON telephonically contacted the interviewing agent from the GREAT PLAINS CORRECTIONAL FACILITY (GPCF), Hinton, Oklahoma, telephone ███████████    Also participating in the interview which was conducted over the speaker phone was Special Investigative Agent MARK TRAXLER of the FEDERAL BUREAU OF PRISONS.  JOHNSON, thereafter, provided the following information:

JOHNSON advised that another inmate who is currently incarcerated at the GPCF by the name of RICKY YANDEL was writted out recently and is believed to have been subpoenaed by the defense to testify for HAMMER.  JOHNSON knows of YANDEL but they did not associate with each other at the GPCF.

JOHNSON's first experience with HAMMER occurred at the OKLAHOMA STATE PENITENTIARY (OSP) which JOHNSON identified as a lock down facility.  After the riot which occurred in 1985, the OSP became a 23 hour lock down facility with one hour of recreation time available to inmates.  While incarcerated at OSP, JOHNSON knew HAMMER, who was celled across the hall.  The cells at that time were the old style cells with bars which allowed JOHNSON to view and speak with HAMMER all day long if he wished.

JOHNSON indicated that HAMMER was a homosexual and was into bondage.  He and his homosexual cell mates would tie each other up and whip each other with rope or electrical cord. HAMMER and his sexual partners would come to the cell door playing with each other.  JOHNSON identified two of HAMMER's cell mates and sex partners as JOHNNY PIDGEON (Phonetic) and VAN SUTTON (Phonetic), two inmates who were observed by JOHNSON to have engaged in homosexual activity with HAMMER.

HAMMER was also a drug user.  He shot crank and did weed and alcohol.  JOHNSON had done drugs with HAMMER on occasion.

When asked if HAMMER had any medical problems or ever experienced any psychological problems or unusual behavior, JOHNSON indicated, "He's got plenty of sense, he's one of the brightest individuals I've ever met."  HAMMER never complained of

5/27/98        Williamsport, PA              (telephonically)

90A-PH-79493 (WRA)                        5/28/98

SA ANTHONY S. MALOCU:djd

90A-PH-79493 (WRA)

ALBERT RAY JOHNSON, JR.                    5/27/98                2

having any significant headaches.  HAMMER never mentioned or
complained about having any stomach problems.  HAMMER was never
observed to experience any memory lapse or forgetfulness that was
not normal.  JOHNSON does not recall HAMMER to have experienced
or to have ever mentioned having any problems with diarrhea.
JOHNSON could see inside of HAMMER's cell, and he never saw any
pictures of animals or monkeys in HAMMER's possession.  The only
pictures that HAMMER had displayed were those of homosexuals.
JOHNSON indicated that HAMMER typically had sex every day going
both ways.  JOHNSON advised that "He (HAMMER) used to lust after
guys."  He used to see them and say, "I wonder what it would take
to have sex with him."  HAMMER would even pay individuals to have
sex with him.  HAMMER's sexual preference was white males.

        HAMMER never talked about his family.

        The only mood changes in HAMMER that JOHNSON could
recall occurred after HAMMER would sleep, he would wake up
grumpy.

        YANDEL was an associate and knows HAMMER from the OSP.
They were not cell mates.  JOHNSON recalls that all three of
them, YANDEL, JOHNSON, and HAMMER, had gone to recreation
together while incarcerated at OSP.  YANDEL and HAMMER were
involved in scams together.  HAMMER had given JOHNSON some
telephone numbers of homosexuals that he had scammed.

        JOHNSON indicated that BILLY WEBB was known as "Bad
Billy Webb" in the OSP; he was a homosexual, "That's all he
messes with is them boys."  WEBB was never observed by JOHNSON to
have engaged in homosexual activity.  WEBB and JOHNSON talked on
a few occasions but were not personal friends.  WEBB ran a poker
table at the OSP.

        MICHAEL SMITH was known as "Bulldog" at the OSP.  He
was on death row while incarcerated with the OKLAHOMA DEPARTMENT
OF CORRECTIONS.  He and HAMMER had specially made cells so no one
could get to their cells.  SMITH and JOHNSON did not really know
each other and they rarely talked because SMITH was a racist.

        JOHNSON and HAMMER met up again at the UNITED STATES
PENITENTIARY (USP)-ALLENWOOD in 1995.  They had known each other
there for a couple of months.  In May or June 1995, JOHNSON left

90A-PH-79493 (WRA)

ALBERT RAY JOHNSON, JR.                    5/27/98                    3

USP-ALLENWOOD for USP-ATLANTA.  While at USP-ALLENWOOD, both
HAMMER and JOHNSON celled next door to each other in the Special
Housing Unit.  JOHNSON does not recall HAMMER to have complained
of any medical problems.  HAMMER never complained of having any
headaches.  JOHNSON described HAMMER as an on and off smoker.  He
was known to smoke at the OSP, but he does not recall HAMMER to
have smoked at USP-ALLENWOOD.  HAMMER did not talk to himself in
any unusual or unnatural way.  He did not conduct conversations
with himself, nor did he speak in plural.  JOHNSON indicated if
he did, "I would have remembered and talked to him about it."
HAMMER never experienced any memory loss which was unusual.  He
may have forgotten a date or phone number, but nothing
significant such as forgetting what day it was or any other
obvious forgetfulness or memory loss.

          While incarcerated in the Special Housing Unit, HAMMER
engaged in sexual activity with his cell mate who was identified
as a white male with a first name of TONY, having long, stringy
hair.  JOHNSON never really talked to HAMMER's cell mate, but did
talk with HAMMER on many occasions.  HAMMER and his cell mate
would tie each other up and bite each other.  They would yell
over to JOHNSON's cell and make a lot of noise.  HAMMER and his
cell mate would typically stay up all night engaging in sexual
activity.  They would tie each other up using braided sheets.
When one would fall asleep, the other would tie him up.

          JOHNSON used to make braided sheets and used them as
clotheslines in his cell.  JOHNSON recalls making them and
providing them to HAMMER.  He would tie a battery to one end and
fish the braided rope to HAMMER, thus providing it to him.
JOHNSON had told HAMMER how to make the rope, by telling him that
all you needed to do was braid some sheets.  JOHNSON does not
recall seeing the inside of HAMMER's cell.  In addition, he never
heard the names JASPER, JOCKO, WILBUR, or TAMMY ever used by
HAMMER.

          ALBERT RAY JOHNSON, JR., is described as follows from
interview and BUREAU OF PRISONS records:

Sex:                              Male
Race:                             Black
Date of Birth:                    ███████  ████
FBI Number:                       553797AA8

90A-PH-79493 (WRA)

ALBERT RAY JOHNSON, JR.                    5/27/98                    4

Social Security Account Number:   ████████████
Inmate Registry Number:           11177-064
Miscellaneous:                    Currently incarcerated at the
                                  GPCF, Highway 281, Hinton,
                                  Oklahoma, telephone ████████████

6/3/98

Inmate ROYCE LEE FOWLER was advised of the identity of the interviewing agent who was accompanied by Special Investigative Agent MARK TRAXLER of the METROPOLITAN DETENTION CENTER (MDC), Brooklyn, New York (NY), and ROBBIE WILSON, Special Investigative Agent of the UNITED STATES PENITENTIARY (USP)- LEWISBURG, Lewisburg, Pennsylvania (PA). FOWLER, who is being held as a holdover inmate at the USP-LEWISBURG, was advised of the purpose of the interview regarding his relationship with inmate DAVID PAUL HAMMER. FOWLER then provided the following information:

FOWLER had lived with HAMMER in the Special Housing Unit (The Hole) of the USP-LEAVENWORTH, Leavenworth, Kansas, as HAMMER's cell mate for approximately nine months. This occurred sometime in 1995. FOWLER indicated that HAMMER was a homosexual and that he was weird. HAMMER used to ask FOWLER if he (HAMMER) could pick FOWLER's blackheads, at which time, HAMMER would act like a sissy, like a little girl. During the nine months in which FOWLER and HAMMER were cell mates, they had a lot of little arguments over little things. Only one time during their nine month period together HAMMER became frustrated and hit FOWLER. Immediately after striking FOWLER, HAMMER became extremely apologetic.

In addition to their nine months together in the Special Housing Unit, FOWLER and HAMMER also knew each other on the compound. FOWLER recalled a situation where he had received information regarding another inmate by the name of BOB CUSTER who was planning a prison break. FOWLER, not knowing what to do with this information, confided in HAMMER. HAMMER took the information and provided it to someone on the outside, who, in turn, notified the Special Investigative Supervisor's (SIS) Office of the incident. FOWLER, himself, did not know how to get this information to the SIS Office and was worried about doing it. Subsequent to the information being provided to the SIS Office, FOWLER was locked up in the Special Housing Unit until the SIS Office could determine what his involvement was in the escape.

FOWLER does not recall HAMMER to have experienced any medical problems, to include headaches. HAMMER experienced

5/27/98          Lewisburg, PA

90A-PH-79493 (WRA)                              5/28/98

SA ANTHONY S. MALOCU:djd

90A-PH-79493 (WRA)

ROYCE LEE FOWLER                          5/27/98            2

headaches "like you and I" but did not experience any significant headaches or medical problems. FOWLER indicated that HAMMER had told him that his father had started to abuse HAMMER and his brother and sister when they were children. HAMMER was approximately five or six years old. HAMMER never talked about his mother and never discussed being abused by her.

FOWLER indicated that HAMMER never experienced any memory lapses or forgetfulness or had any memory problems, "He doesn't forget anything." During their time together, HAMMER did not experience any episodes of diarrhea.

HAMMER was a homosexual and never asked or tried to persuade FOWLER to engage in sexual activity with him, although both FOWLER and HAMMER did talk about homosexuality. HAMMER engaged in masturbation "all the time." HAMMER would first warn FOWLER by telling him, "I'm fixing to have sex." He would then go up to the top bunk and engage in masturbation. HAMMER would typically do this two or three times a day. Afterwards, he would have a cigarette. He had told FOWLER that he had to have a cigarette afterwards.

HAMMER did not talk about his family very often and led FOWLER to believe that he (HAMMER) does not like his brother. Out of the blue, on one occasion, HAMMER told FOWLER about being sexually abused by his father. HAMMER had informed FOWLER that his daddy would have HAMMER "suck his peter." He would do the same thing to his brother and sister. HAMMER never talked about his mother, maybe on one or two occasions. FOWLER cannot remember if he liked or disliked his mother. FOWLER does not even know if she is alive today. HAMMER never discussed being abused by his mother.

HAMMER did not put any pictures on his walls because HAMMER did not do that. He was a very neat individual. HAMMER was like a woman, he did not like any pictures on the walls. FOWLER never saw any pictures of any monkeys. HAMMER never talked to himself other than the normal mumbling to oneself. HAMMER never answered himself or carried on conversations with himself, nor did he ever talk in plural, using the terms "us" or "we." FOWLER never heard HAMMER use the names JASPER, JOCKO, TAMMY or WILBUR. The only nickname he is familiar with is "Birdshot." HAMMER had told FOWLER that he tried to kill a guy

90A-PH-79493 (WRA)

ROYCE LEE FOWLER                              5/27/98              3

one time; he laid him down and shot him in the back of the head
with a gun which turned out to be loaded with birdshot.

FOWLER has had the same girlfriend for the past 20
years.  Her name is NANCY.  On one occasion when he was telling
HAMMER about how he wanted to tie NANCY up with her pantyhose,
HAMMER informed FOWLER about his liking bondage and wanting to be
tied up during sex.

FOWLER's impression that HAMMER is weird comes from the
fact that HAMMER wanted to pop FOWLER's blackheads and would act
feminine.  FOWLER would not let HAMMER pop his blackheads,
although FOWLER would allow HAMMER to give him back rubs.  FOWLER
indicated that HAMMER had rubbed his back a few times  It was not
uncommon to pay guys to rub your back in prison, although FOWLER
never paid HAMMER to rub his back.

FOWLER described HAMMER as normal and smart.  His only
downfall was that he was homosexual.  He was a good manipulator
and scammer based on what HAMMER had told FOWLER.  HAMMER would
scam homosexuals by writing to them and having them send money to
HAMMER.  HAMMER had done this on several occasions while they
were celled together.  On one occasion, HAMMER had scammed a
homosexual individual, and after receiving $1,500 in the mail
from the individual, HAMMER laughed and said they were stupid.
HAMMER had no remorse.  HAMMER went on to say that the individual
whom he had scammed would probably kill himself.

FOWLER had never observed HAMMER to use any drugs,
although HAMMER had told FOWLER that he had smoked marijuana
while they were incarcerated together, but this was never
observed by FOWLER.  FOWLER was unaware of any other drug usage
HAMMER may have been involved in and recalls HAMMER stating, "You
ain't gonna see me do no heroin or anything else."

FOWLER indicated that HAMMER was such a good
manipulator that he could manipulate staff, although being
incarcerated in the Special Housing Unit, he was not around them
long enough.  If he had the time with staff and the freedom,
HAMMER would be able to manipulate staff.  FOWLER was asked if
HAMMER sat here and lied to us, would he be convincing enough to
believe.  FOWLER indicated that you could believe him by the way
he talks.

90A-PH-79493 (WRA)

ROYCE LEE FOWLER                    5/27/98           4

HAMMER talked about the OKLAHOMA STATE PENITENTIARY (OSP). He liked the freedom of the OKLAHOMA DEPARTMENT OF CORRECTIONS (ODC) to do his scams, although HAMMER had talked about the one man cell he had been placed in and indicated he did not want to go back to that cell.

To FOWLER, HAMMER was a normal, stand-up guy, but he was homosexual. FOWLER indicated that he had been around homosexuality almost all his life but was not interested. A few cells down the range in the Special Housing Unit where HAMMER and FOWLER were celled, there were "a couple of fags." Near the end of the nine months, HAMMER was making arrangements to have one of those individuals cell with him. Eventually, one of the homosexual individuals moved out, and HAMMER moved in with the other individual.

FOWLER indicated in the nine months that he celled with HAMMER, HAMMER was only aggressive on one occasion.

FOWLER recalls HAMMER banging his head against the wall in the cell on a few occasions. HAMMER did not strike the wall hard, and not enough to hurt himself. On one occasion, HAMMER, after receiving his food tray, took the food and rubbed the food on his face. HAMMER then stated to FOWLER, "They treat me like an animal, I'm gonna act like an animal."

FOWLER advised that he has approximately one year to serve before being released. When asked what his motivation was for coming to testify, FOWLER indicated he is trying to get himself some money to his commissary account before he hits the street. FOWLER stated, "Believe me, I'm gonna try to get some money, 25, 75, or even 100 dollars to my commissary account from HAMMER's lawyers." FOWLER advised that he was upset with his current living conditions and asked if the interviewing agent could get him better living conditions. FOWLER stated, "I know how it works. What do you want from me?"

FOWLER had indicated that he had assisted law enforcement in the past in investigations regarding corrupt B.O.P. correctional officers. FOWLER indicated that he had time removed from his sentence because he assisted in getting corrupt correctional officers, put in jail. FOWLER indicated that he has information to provide for authorities at FCI-MANCHESTER,

90A-PH-79493 (WRA)


ROYCE LEE FOWLER                    5/27/98            5

although, he does not like to provide them information because
they do not give him anything in return.  FOWLER has provided
information to authorities at USP-ATLANTA and has received re-
sentencing consideration for his assistance.  FOWLER indicated he
does not like to provide information if he is not going to get
anything in return for it.

     FOWLER indicated that HAMMER had written a letter to
his girlfriend, NANCY, a few months back.  NANCY is believed to
still be in possession of this letter, however, FOWLER has never
seen the letter.

     ROYCE LEE FOWLER is described from interview and BUREAU
OF PRISONS records as follows:

| | |
|---|---|
| Race: | White |
| Sex: | Male |
| Date of Birth: | ███████ ███ |
| Height: | 5'11" |
| Weight: | 185 lbs. |
| Hair: | Brown |
| Eyes: | Blue |
| FBI Number: | 28615H |
| Social Security Account Number: | ████████ |
| Bureau of Prisons Registry No.: | 17832-009 |
| Place of Birth: | Arkansas |
| Legal Residence: | ██████ ███████ ████, Oklahoma 74855 |

6/27/96

GAYLON DON BALL, inmate, UNITED STATES PENITENTIARY-ALLENWOOD (USP-A), White Deer, Pennsylvania, Registry Number 17290-009, was advised of the identity of the interviewing agent who was accompanied by Special Investigative Supervisor MARK TRAXLER.  BALL was informed of the purpose of the interview regarding the death of inmate ANDREW HUNT MARTI.  BALL then provided the following information:

BALL advised he had known HAMMER for several years. Both did time together in the UNITED STATES PENITENTIARY, Leavenworth, Kansas, back in 1992, and part of 1993.

During his stay at the USP-A, HAMMER would occasionally ask BALL if he needed any cigarettes or magazines.  BALL did not like to associate with HAMMER due to the fact that he was homosexual.  It is BALL's opinion that HAMMER was having sexual relations with MARTI, although he had no facts to back up his opinion.  The first knowledge BALL had regarding the death of inmate MARTI occurred when he heard a female's voice outside HAMMER's cell on the morning that MARTI was murdered.

On a few occasions, BALL would exchange books and magazines with HAMMER.  According to BALL, HAMMER enjoyed books about murders.  BALL did not know MARTI personally, other than to say hello while passing his cell.

The following information was obtained through BUREAU OF PRISONS' records:

| | |
|---|---|
| Name: | GAYLON DON BALL |
| Race: | White |
| Sex: | Male |
| Date of Birth: | ███████ ██▪ ████ |
| Place of Birth: | Arkansas |
| Height: | 5'9" |
| Weight: | 190 pounds |
| Hair: | Brown |
| Eyes: | Brown |
| Registry Number: | 17290-009 |
| FBI Number: | 12213T7 |

6/26/96          White Deer, Pennsylvania

90A-PH-79493 (WRA)

SA ANTHONY S. MALOCU:sac                    6/26/96

90A-PH-79493 (WRA)

GAYLON DON BALL                                    6/26/96                2

Social Security
Account Number:          [redacted]
Citizenship:             United States of America
Living Quarters at
Time of Murder:          AD-203