# EXHIBIT 3



**U. S. Department of Justice**
Federal Bureau of Prisons

## INSTITUTION  SUPPLEMENT

OPI        Correctional Services
NUMBER     THX-5566.05H
DATE       May 29, 2009

# Operation & Security of the Special Confinement Unit

*Approved:*    H. J. Marberry
               Complex Warden, FCC Terre Haute

               B.R. Jett
               Warden, FCI Terre Haute

1.   **PURPOSE:**  The Special Confinement Unit (SCU) at FCC-Terre Haute has been established and designed with the mission to provide a humane, safe, and secure environment for individuals who have received a sentence of death in the federal court system.  The purpose of this supplement is to establish guidelines and procedures concerning the operation and security of the Special Confinement Unit.

     In those special circumstances when inmates who are not under a court imposed sentence of death, but are housed in the SCU with the approval from the North Central Regional Director, those inmates are considered in administrative detention status and will be managed in accordance with Program Statement 5270.07, Inmate Discipline and Special Housing Units, dated March 20, 2006.

2.   **DIRECTIVES AFFECTED:**  Program Statement 5566.06, Use of Force and Application of Restraints on Inmates, dated November 30, 2005; 5270.07, Inmate Discipline and Special Housing Units, dated March 20, 2006; and 5500.12, Correctional Services Procedures Manual, dated October 10, 2003; are referenced.  Institution Supplement 5566.05F, Operations & Security of the Special Confinement Unit, dated March 21, 2007, is hereby superseded.

3.   **CORRECTIONAL STANDARDS REFERENCED:** NONE

4.    <u>SECURITY PROCEDURES AND REQUIREMENTS</u>:

   A.    Within the unit:

   1.    Inmates will be restrained with their hands behind their back before any door is opened, if staff are on the range. The only exception to this will be for unit orderlies. In these cases, the ratio of staff to unrestrained inmates must be two to one. If an inmate cannot be restrained with their hands behind their back (i.e., for medical reasons), a Martin Chain and handcuffs will be applied to restrain the inmate in the front.

   2.    The ratio of staff to inmates in restraints outside of the cell will be at a minimum one staff member per inmate. Inmates requiring additional security measures will involve additional staff escorts (two-person cover, three-person cover). No inmate will be permitted to come in contact with another inmate at any time during Phase I and Phase III. No orderlies will be permitted on any range during any movement of inmates to and from any area.

   3.    Any inmate scheduled to be examined in the medical examination room inside the Special Confinement Unit must be placed in restraints prior to being removed from his cell. Staff will escort the inmate and provide constant supervision during the examination. Restraints may be removed for examination at the discretion of the Captain or his/her designee.

   4.    Cell rotations will be conducted every 90 days. Exceptions will be determined by the Unit Manager in coordination with the Captain based upon safety and security concerns of the unit.

   B.    Outside the Unit:

   1.    Inmates who are escorted to the institution hospital for medical purposes, i.e., physicals, emergency treatment, will be restrained in the front with full restraints, handcuffs, black box, martin chain and leg irons. Each inmate will be under the direct observation and supervision of a minimum of three escorts to include a Lieutenant.

   2.    Inmates requiring routine outside medical examinations will be scheduled and transported in accordance with current escorted trip procedures.

5.    <u>SAFETY AND SANITATION</u>:  Special Confinement Unit sanitation is the responsibility of all staff assigned to the Unit. Orderlies are expected to perform their duties seven days per week. The Unit Manager has the primary responsibility for the hiring and firing of unit orderlies with input from unit staff. Supplies consist of the following: mop, dust pan, push broom and cell broom, bucket, mop wringer and toilet brush. Officers must account for all cleaning supplies, and none shall be left unattended. Inmates in possession of supplies will be closely supervised.

6.    <u>A&O / CLASSIFICATION AND REVIEWS</u>:  The Unit Manager is responsible for the implementation of the Admission and Orientation program. The purpose of the

program is to familiarize each inmate with the unit staff, unit procedures, expected behavior, and programs available. All items on the A&O checklist will be covered and utilized for verification of participation. This program will be conducted as inmates are assigned to the Special Confinement Unit.

As stated above, inmates housed in the Special Confinement Unit will have been placed there as a result of a court-imposed sentence of death, or in special circumstances upon approval of the North Central Regional Director. Upon admission to the Unit, an inmate will ordinarily receive admission and orientation within five working days. Within twenty-four hours after admission, intake screening will be accomplished and the inmate will be given an Admission and Orientation (A&O) Handbook.

An inmate will ordinarily be classified at an initial team meeting within twenty-eight days after admission to the Unit. During the initial team meeting, a Placement Hearing will also be conducted. In addition to this Initial Classification, Program Reviews for each Special Confinement inmate will be conducted at least once every 180 days. At a minimum, the members of each Program Review Team will include the Unit Manager (Chairperson), Case Manager, and Correctional Counselor. The Lieutenant, Unit Officer, Education Representative, and Psychologist will provide input. When available, they will attend the review. During this review, the inmate may voice any problems or questions that he may have. Inmates may not waive their right to appear for their scheduled Program Reviews.

7.    **HOUSING CONDITIONS**: Inmates will be classified in three phases, designated Phase I through Phase III. The purpose of the stratification program within the Special Confinement Unit is to allow an inmate the opportunity to earn increased freedom and privileges consistent with the security requirements and needs of the Unit, in order to maintain a safe, secure and humane environment for both staff and inmates. Listed below are the three phases and the requirements that an inmate must meet before advancement to the next phase.

## PHASE I: ADMISSION AND ORIENTATION/INITIAL CLASSIFICATION

1.    Inmates in Phase I will normally reside on C-Range.
2.    All inmates entering the Special Confinement Unit will be assigned a maximum custody classification and will remain in this status for the duration of their confinement in the Unit.
3.    The inmate will remain in Phase I for a minimum of one year; however, at the Warden's discretion, an inmate may remain in Phase I indefinitely.
4.    Except for an inmate using the range microwave or an inmate orderly cleaning the range, an inmate will be placed in restraints prior to his removal from the cell. All inmates in restraints will be escorted by a minimum of one staff member. The range door will be secured and no staff will be on the range when a Phase I inmate is out of his cell unrestrained.
5.    The inmate will recreate alone.
6.    There will be no unrestrained physical contact with any other inmate in the Unit.
7.    No inmate will be permitted a job assignment.
8.    The Unit Team will review the inmate's status at 180 day increments.
9.    The inmate will be allowed only non-contact visiting with the exception of Attorney/Client visits.

10. Inmates in Phase I will be allowed to possess limited personal property.
11. Any physically disabled inmate will reside in a handicap accessible cell for the duration of his stay in the Unit. He will be allowed to participate in all programs within the Unit.

## CRITERIA FOR PLACEMENT OF INMATES INTO PHASE II

Prior to an inmate being placed into Phase II, an inmate will be reviewed and evaluated by a Review Panel consisting of the following staff members: Associate Warden, Unit Manager, Case Manager, Counselor, and Psychologist, to determine whether placement in Phase II would impact the safety, security and good order of the unit or institution. Criteria assessed are as follows:

1. The inmate must have maintained clear conduct for a period of one year.
2. The inmate must not have a firm execution date.
3. The inmate must have attended all required team meetings while in Phase I.
4. The inmate must have maintained satisfactory personal cleanliness and sanitation conditions within his cell.
5. The inmate must receive a thorough mental health evaluation by the staff psychologist to determine if he is appropriate for advancement to the next phase.
6. The inmate must receive a complete medical examination.
7. The Review Panel will review and evaluate any available information concerning any of, but not limited to, the following: relationship with other inmates and staff members which demonstrates that the inmate is able to function in a less restrictive environment without posing a threat to others or to the orderly operation of the institution, participation in recommended programs (Financial Responsibility Program, Education programs, etc.), adherence to institution guidelines and Bureau of Prisons rules and policy, the inmate's instant offense, history of violence, history of escapes or attempted escapes. The Review Panel will also examine any threat of danger to the inmate or to other inmates, the inmate's disciplinary record, prior convictions, and the inmate's overall adjustment within the Unit. Upon review and evaluation, the Review Panel will document their recommendations and the Unit Team will complete a Special Confinement Unit Classification Summary for the Warden's final approval prior to advancement of the inmate into Phase II.
8. As identified in Section 1, an inmate must remain in Phase I for a minimum of one year; however, at the Warden's discretion, an inmate may remain in Phase I indefinitely. If an inmate becomes eligible for Phase II and the Warden denies placement in Phase II, a review of the inmate's status will be conducted every 180 days after he becomes eligible for placement in Phase II.
9. If the inmate is denied placement in Phase II, he has the right to appeal the decision of the Review Panel or the Warden through the Administrative Remedy process.

THX- 5566.05H

**PHASE II**

1. Inmates in Phase II will normally reside on B-Range.
2. Each inmate will remain in Phase II until such time as the inmate's sentence is overturned, his sentence is commuted, or he receives a definitive execution date.
3. Upon satisfactory completion of Phase I, the inmate will be allowed limited contact with staff and other inmates in Phase II. This may consist of participating in unit recreation activities and unit orderly duties.
4. If the inmate is found to have committed a prohibited act consistent with Program Statement 5270.7, Inmate Discipline and Special Housing Units, he will revert back to Phase I. An inmate returned to Phase I will be reviewed at least every 180 days by the Review Panel to assess the appropriateness of returning the inmate to Phase II. The Review Panel may recommend the inmate's return to Phase II before 180 days. The seriousness of the incident report, the inmate's adjustment since his return to Phase I, and the inmate's past behavior will be considered in these cases. The Warden has final approval for returning an inmate to Phase II.
5. All visiting will be conducted in designated non-contact visiting areas.
6. Inmates in Phase II will ordinarily be allowed personal property consistent with what inmates in other phases are allowed, with exception to items determined to be a threat to security or the orderly running of the Unit.
7. Any disabled inmate will reside in a handicap accessible cell for the duration of his stay in the Unit. He will be allowed to participate in all programs within the Unit.
8. The Unit Team will assign Phase II inmates to a job, pending availability. There will be assignments for unit orderlies and laundry orderlies. Inmates will be under constant supervision at all times.

**PHASE III**

1. Inmates in Phase III will normally reside on A-Range in cells equipped with cameras to provide constant supervision. If A-Range is unavailable, Phase III inmates will be housed on B-Range or C-Range.
2. When an inmate has received an execution date, he will be placed in Phase III.
3. Inmates in Phase III will be housed under conditions consistent with Phase I. Except for an inmate using the range microwave or an inmate walking to or from the range typing room, each inmate in Phase III will be restrained with his hands behind his back before any door is opened. The range door will be secured and no staff will be on the range when a Phase III inmate is out of his cell unrestrained. If an inmate cannot be restrained from behind the back (i.e., for medical reasons), staff shall apply a Martin Chain and handcuffs to restrain the inmate in the front. All Phase III inmates will require a three person cover while being escorted by staff.

8. **UNIT PROGRAMS AND SERVICES**

   A. Medical - A complete physical examination will be conducted on each newly arrived inmate within fourteen days of admission. Exams will be performed in the medical examination room; however, inmates may require an escort to the main Health Services Unit for radiographic procedures, laboratory procedures and audiometric exams when indicated.

Health Services staff will provide sick call services in the Special Confinement Unit seven days a week. Medications will be delivered and/or administered in the Special Confinement Unit twice daily. Inmates specifically requesting to see a physician will be permitted to do so. Physicians will also see patients in the Special Confinement Unit examination room.

Inmates requesting dental care will be screened by the Physician's Assistant. They will be escorted to the main Health Services Dental Suite for required treatment that cannot be completed in the Dental Room located within the unit. Physician's Assistants or physicians in the medical examination room will see those inmates requiring chronic care evaluations.

Inmates requiring evaluation by a specialty consultant will be evaluated by the consultant in the medical examination room, with the exception of optometry patients requiring eye refractions, who will be scheduled and escorted to the main Health Services Unit.

B.    Psychological - Within the first fourteen-day period in the Special Confinement Unit, each inmate will be seen by a staff psychologist for an initial psychological assessment. Additionally, mental status examinations will occur every thirty days thereafter. Upon request from the inmate, the staff psychologist will assist him with related problems. In addition, Psychology Services staff will respond expeditiously to staff referrals and inmate requests for assessment and will be available to provide individual supportive counseling on an as-needed basis.

C.    Education - All inmates will be tested by Education staff upon their arrival to assess the inmate's educational level, and to determine any educational needs. This shall also be documented on SENTRY. All education activities for inmates in the Special Confinement Unit will be conducted under lock-down conditions. All testing will be conducted on site under strict staff supervision while the inmate remains secured in his assigned cell.

Library Services will be provided to all inmates daily. The inmate library shall offer an inmate a variety of reading materials, including, but not limited to, periodicals, newspapers, fiction, nonfiction, and reference books. Inmates will have access to a law library for their legal needs.

The law librarian will ensure the inmate has access to the legal materials. Legal copies may be obtained by submitting a Request to Staff to the law librarian or the Unit Team. The teacher may also help with distributing legal materials or copies at the inmate's request. All educational testing will be accomplished with the inmate in his cell, monitored by the teacher.

Recreational Services will provide table games such as chess, checkers and cards. A colored pencil art class will be also be offered. Movies will be shown using the closed-circuit televisions available in the cells. The inside recreation rooms will contain various recreation activities such as handball, stationary biking, sit-up benches, and walking. All equipment must be secured. No exercise equipment will be permitted in outside recreation areas.

Recreational Services will provide compact disc players for inmate use. The players and discs will be rotated among the Special Confinement Unit inmates per procedures established by the Unit Team.

D.    Religious Programing:

1.    **Minister of Record Visitation:** As with the general inmate population, each inmate in the Special Confinement Unit will have the opportunity to designate a Minister of Record by submitting a written request to a Chaplain with the name, address and telephone number of this spiritual leader, clergy person, or official representative of the inmate's religion of record. The requested Minister of Record must submit to the Supervisory Chaplain a letter outlining his or her history with the inmate and stating his or her willingness to serve as the inmate's Minister of Record. A Minister of Record's credentials will be verified and a security check processed by the Religious Services Department. The Supervisory Chaplain will then request that Special Confinement Unit staff place the identified clergy person on the inmate's visitor list as the Minister of Record. An inmate may only have one Minister of Record at a time. The Minister of Record will not count against the total number of authorized social visitors an inmate is allowed to have on his visiting list. A visit by the Minister of Record will not be counted as a social visit or be counted against the total number of visits an inmate is allowed each month. A Minister of Record visit will be allowed each month, the inmate must request this visit in writing providing a reasonable amount of time to process and accommodate the visit. Additional Minister of Record visits may be authorized, if determined necessary by the Supervisory Chaplain.

2.    **Clergy Visitation:** An ordained clergy person, religious leader or religious representative may visit at the inmate's request. If the request to visit is initiated by a clergy person, a Chaplain will confer with the inmate to see if he agrees to the visit. The inmate's intent provides the direction for visit accommodation. After a review of the minister's credentials and appropriate security checks, the visit will be scheduled in the visiting room during regular visiting hours and follow all procedures outlined in the visiting policies. A reasonable   amount of time will be required to process the request before a decision is made to allow the visit to take place. Clergy visits do count against the total number of visits an inmate in the Special Confinement Unit allowed each month. Normally, no more than two Clergy visits will be allowed each month. Additional Clergy visits may be authorized, if determined necessary by the Supervisory Chaplain.

3.    **Personal Religious Property:** The holding and storage of an inmate's personal religious property will follow the established Institution Supplement on Inmate Personal Property (THA-5580.06), which outlines procedures for inmate religious personal property on the Special Confinement Unit.

4.    **Minister of Record and Clergy Telephone Calls:** An inmate who has a Minister of Record will be allowed to make pastoral telephone calls to his Minister of Record. The Minister of Record must provide the Special Confinement Unit staff with any signed forms that are required of ITS telephone

calls on the Special Confinement Unit. Minister of Record telephone calls may be given two times each month. Ordinarily a Chaplain will facilitate telephone calls to the Minister of Record on a monitored line. Additional Minister of Record telephone calls may be authorized, if determined necessary by the Supervisory Chaplain. If an inmate on the Special Confinement Unit desires to put other clergy or spiritual advisors on his ITS telephone list, the Religious Services Department will assist the unit staff by verifying the religious credentials of a clergy person or spiritual advisor. Under special circumstances, a Chaplain may give an inmate a telephone call to a clergy person or spiritual advisor on the legal telephone line, if the one to be called is already on the inmate's ITS telephone list and has had his or her religious credentials verified by the Religious Services Department. An inmate may not put a badged, religious services volunteer or contract worker on his ITS telephone list. Normally a Chaplain facilitated telephone call to a Minister of Record or other clergy person will not exceed fifteen minutes in length.

5. **Pastoral Telephone Calls:** A pastoral call may be authorized by a Chaplain in cases of a verified death, serious illness, or hospitalization of a member of an inmate's family. A Chaplain will facilitate these telephone calls on a monitored line.

6. **Religious Books and Literature:** The established policy on Incoming Publications will be used for personal incoming religious books and literature. The Religious Services Department religious library of Bureau of Prison standardized books, magazines, and videos will be made available to the inmates in the Special Confinement Unit. Inmates will make their requests known to a Chaplain in writing. Lists of current books, magazines, and videos may be made available upon the request of the inmates housed in the Special Confinement Unit. All books will be soft cover.

7. **Religious Music:** The Religious Services Department will make available and maintain for use on the Special Confinement Unit a few small non-recording compact disc players. The purpose of these players is for personal religious instruction and/or listening to religious music. The religious music provided will be consistent with the inmate's religion of record (i.e. his religious preference as listed on Sentry). Under no circumstances and at no time will these players be used for anything other than religious purposes. The players will be checked out to an inmate on the Special Confinement Unit by a Chaplain for a specified length of time. The players will be used by inmates in their individual cells only. The inventory of religious compact discs maintained by the Religious Services Department may be made available to the inmates in Special Confinement Unit. An inmate on the Special Confinement Unit may have no more than four (4) compact disks checked out to him at any given time. A log will be kept by the Religious Services Department that records the name of the inmate and which player and which religious music or religious instructional compact disks are checked out to him at any given time.

9. **Religious Services:** Religious Services shall be presented over the local cable channel, channel 87. Chaplain's will provide the necessary sacraments on an individual basis and will accept other requests which will be reviewed by the Supervisory Chaplain.

10. **Religious Diets:** Procedures for participation in the Religious Diet Program will be the same for Special Confinement Unit inmates as they are for all other inmates at USP Terre Haute, unless changed by the Warden for safety or security reasons.

11. **Execution and Post Death Issues:** Under normal circumstances, a Chaplain involved in the Special Confinement Unit will not be involved in the execution process unless the inmate specifically requests a Chaplain from USP Terre Haute and the Chaplain agrees. A Bureau of Prisons Chaplain will be temporarily assigned to the execution facility while an inmate is held there to ensure that pastoral care is available to the inmate from the time he leaves the Special Confinement Unit until the execution is completed. Provisions will be made for the inmate's Minister of Record and/or Spiritual Advisor representative to be available if the inmate requests in advance. Execution procedures need to allow for final religious ceremonial rites. Procedures for handling of the body after the execution need to provide for ceremonial concerns of the inmate's faith group whenever possible. These concerns may require discussions with state and/or county officials. An inmate in the Special Confinement Unit with religious concerns regarding his bodily remains should make this known in writing along with documentation outlining the religious nature of his concerns and requests.

9. **RECREATION AND SHOWERS**

Inmates will be afforded a minimum of five hours of recreation activity, outside of their cells, per week with the opportunity to exercise outdoors. Ordinarily, recreation activity for inmates in Phase I and Phase III will be conducted on Sunday, Tuesday, and Thursday in accordance with the Unit's established recreation schedule. Recreation for inmates in Phase II will be on Monday, Wednesday, and Friday, in accordance with the established recreation schedule. Phase II inmates may walk unrestrained from their B-Range Lower cells to the leisure activity rooms at the end of B-Range Lower as long as the range door is secured and no staff are on the range.

During Phase I and Phase III, only one inmate per recreation enclosure will be permitted. During Phase II, up to six inmates may be placed in the same recreation enclosure or leisure activity room.

Showers are available in each cell. Hygiene items will be issued on an as-needed basis. Clean serviceable clothing will be exchanged on a one-for-one basis.

10. **TELEPHONE:**

A. <u>Telephone List Preparation</u> - Telephone list preparation for SCU inmates is governed by the program statement on Telephone Regulations for Inmates, except as modified by this supplement to maintain safety, security and the good order of the SCU.

1.   Persons, other than media representatives, requested by the SCU inmate to placed on the approved telephone list must agree they will not record the telephone conversations with the SCU inmate. These persons must complete the Conditions for Telephone Contact form (Attachment B), and submit to the inmate's Unit Counselor.

2.   Media Representatives

   (A)   SCU inmates requesting media representatives be placed on their approved telephone list must have the media representative complete the Conditions for Media Telephone Contact form (Attachment A). The media representative must return the completed form to the Public Information Officer (PIO) or Executive Assistant before being placed on the telephone list. All other issues regarding telephone contact with media representatives are governed by the policy on News Media Contacts.

   (B)   Seven days before the SCU inmate's scheduled execution, all media representatives must be removed from the inmate's approved telephone list. Telephone contact with media representatives during this time period is prohibited.

3.   Seven days before the SCU inmate's scheduled execution, persons other than spiritual advisers, defense attorneys, and family members must be removed from the inmate's approved telephone list. Telephone contact with persons other that these listed during this time period is prohibited.

B.   Placement of Telephone Calls

1.   Ordinarily, SCU inmates will be allowed five (5) social calls per week. Additional telephone privileges (up to a total of two (2) additional social telephone calls per week) may be permitted for inmates in Phase II or III only.

2.   SCU inmate telephone calls are ordinarily limited to 15 minutes. Once a call has been made and completed for any portion of the maximum call length, there will be a 30 minute block until that inmate is able to make another call.

3.   Inmates must submit an Inmate Request to Staff Member directly to the Unit #1 Officer requesting an approximate date and time of the call. If the requested date and time is not available, the Unit #1 Officer will   issue a response suggesting another date and time.

4.   Social telephone calls with be made from the inmate's cell (all Phases) or Day Room/Recreation area  (Phase II only).

5.   Unit staff will maintain a log book to document calls.

C.   Legal Calls:  SCU inmates must request unmonitored legal calls through the unit team. The Unit Counselor will arrange all legal telephone calls under the established policy. Once the legal call is established, staff will verify that the attorney is on the line, then hand the telephone handset to the inmate. Legal telephone calls will be unmonitored.

D.    Limitation on Telephone Calls: Twenty-four hours prior to the SCU inmate's scheduled execution, telephone calls for that inmate are limited to legal calls and those approved by the Warden.

11.    CORRESPONDENCE: Inmates will be allowed to purchase postage stamps through the commissary. Indigent inmates will be issued five postage stamps every month for personal correspondence. If necessary, additional postage will be provided for verified legal mail.

With regards to correspondence procedures, inmates in the Special Confinement Unit will be afforded the same rights as inmates in General Population. Outgoing general correspondence (personal letters) must be left unsealed by the inmate. Staff shall seal all outgoing general correspondence upon reviewing the letters. Incoming general correspondence will be opened by staff and searched for contraband.

12.    VISITING:

A.    Social Visiting:   All social visiting will be non-contact in nature.  Visiting lists will not contain more than ten (10) friends and associates, other than immediate family members. Immediate family is defined as wife, children, stepchildren, mother, father, siblings, mother-in-law, and father-in-law. Due to extremely limited visiting facilities, each inmate will be permitted four, three hour visits per month. Normally, a maximum of two adults and two children (visitors under the age of 18 are considered children) for each inmate will be allowed in the visiting area. The Unit Team has the discretion to increase these numbers considering distance traveled, frequency of visits for that particular inmate, and number of other visits scheduled that day. All visits must be scheduled  at a minimum of one (1) week in advance through the Unit Team.  Any inmate receiving a visit will be searched, placed in restraints, and escorted to the non-contact visiting area. Once inside the visiting area staff shall remove the restraints through the slot in the visiting room door.  The visitor(s) will then be escorted to the unit and placed in the visitor's area.  Each visit will be supervised at all times. A visitor's restroom is available for use.  When a visit is concluded, the visitor will be escorted from the unit.  The inmate will then be searched, placed in restraints, then removed from the visiting area and returned to his cell.  No inmates are permitted on any range while visitors are being escorted in the unit.

On the day prior to an inmate's transfer to the Execution Facility, that inmate may visit with approved visitors from 8:00am to 3:00pm at the discretion of the Warden.  All other visiting in the unit will be canceled for that day.

B.    Attorney/Client Visiting: Attorney/client visiting areas are located in the non-contact visiting areas of the Special Confinement Unit. In addition, a Video Conference Room is located in the Special Confinement Unit and is available to inmates and their attorneys who wish to conduct attorney/client visits through the use of video teleconferencing.  An Attorney may request a contact visit with the inmate. When an attorney/client contact visit is requested, the inmate will remain in handcuffs, martin chain, and leg irons. The inmate and attorney may then visit in the inmate visiting area and may only be visually supervised. All attorney/client visits, whether the visit is conducted in-person or through the use of video imaging, must be approved and scheduled in advance through the Unit Team.

THX- 5566.05H

13. **LAW LIBRARY:** The Special Confinement Unit is equipped with a law library. The Education Department is responsible for the maintenance and updating of materials in this area. Legal material needed by inmates that cannot be found in these libraries may be requested of the Education Department. To use this library, the inmate must submit a written request to the #1 Officer at least twenty-four hours in advance. Inmates will be scheduled for law library use in two-hour increments on a first-come, first-serve basis. Upon receipt of a written request, the inmate's name will be placed on a waiting list for use of the library. A log will be maintained by the Unit Officer documenting use of the law library. An inmate that receives an unexpected and verifiable deadline may request emergency time in the law library through his Case Manager. Inmates who utilize the legal library for other than its intended purpose will be removed immediately. Inmates may also request that the Education Department provide them copies of written documents for use in their cells.

Inmates are allowed to maintain up to three cubic feet of legal material in their cell. The inmate must have active litigation. If the inmate requires more than the amount allowed of legal material, he may request through the Unit Manager a temporary increase of legal material. All material must be neatly maintained in the space provided.

14. **COMMISSARY:** Each inmate will be afforded the opportunity to purchase all allowable items from the commissary if funds are available in the inmate's commissary account. Commissary purchase forms will be issued on Sunday of each week, and after completion of the forms they will be forwarded to the commissary for processing. The commissary items will typically be delivered to the unit by commissary staff on Tuesday of each week. Any special purchases (personal radios, etc.) must be approved by the Unit Manager.

15. **BARBER SERVICES:** Inmate barber services will be provided by a contract employee only. Inmates requesting a haircut must submit an inmate request to staff at least one week in advance. All inmates in the Special Confinement Unit must be in full restraints when receiving a haircut.

16. **TELEVISIONS IN CELLS:** Each cell is ordinarily supplied, at the Unit Manager's discretion, with a portable black and white television for the inmate's use. Any damage to government property will be the responsibility of the inmate, and subject the inmate to disciplinary sanctions.

17. **INDIGENT INMATES:** If an inmate wishes to be considered for indigent status and postage privileges, he should see his unit counselor. To qualify for indigent status, the inmate's commissary balance must be zero and he may not have spent any money from his account for the past thirty days. If the inmate meets these guidelines, he may be eligible for free postage in the amount of five (5) stamps for social letters every month. Postage for legal material for indigent inmates may be provided though the Unit Manager.

18. **CLOTHING:** When an inmate arrives to the unit, his personal property will be inventoried and mailed home. This includes any commissary items the inmate may have purchased at another institution. He will be permitted to retain certain items such as legal material. Nothing made of glass or metal will be issued to the inmate with the exception of plain gold wedding bands and religious medals. The medals may not be the pin type and must be approved by Religious Services.

All inmates will be allowed one full set of institution clothing in their cell. This clothing will consist of two pair of trousers, two shirts, two pair of under shorts, two T-shirts, two pair of socks, and two towels. All clothing will be exchanged on a one-for-one basis. Any inmate found in possession of clothing in excess of the prescribed limits will be subject to disciplinary sanctions. Additionally, all inmates in the Special Confinement Unit will be issued one pair of segregation shoes, one mattress, one pillow, two sheets, one pillow case, and one blanket. Inmates who have a documented history of being allergic to wool will be issued a cotton-blended blanket.

Personal clothing such as sweat pants and shirts will be laundered once a week by the unit orderly. All clothing items will be placed in the provided laundry bag and laundered according to the unit schedule.

**No items are to be taped to the walls, windows, doors, or ceilings.**

19. **MEALS:** All meals will be delivered via food carts from the Food Service Department. No orderlies will be permitted to deliver any food trays to any inmate in the unit.

20. **WORK ASSIGNMENTS:** The maintenance and sanitation of the unit will be provided by inmates who are hired as unit orderlies. Inmate orderlies will provide cleaning and maintenance on each range. Inmate orderlies may not come in contact with any other inmate. Inmate orderlies may not conduct clothing exchanges with other inmates. Each inmate will work alone under constant staff supervision.

21. **DISCIPLINE:** Inmates are expected to abide by BOP rules on inmate discipline, and are subject to sanctions authorized by the BOP inmate discipline policy. If an inmate receives an Incident Report and is given Disciplinary Segregation as a sanction from the DHO, the sanction will be served in the designated Disciplinary Segregation cells in the unit. After completion of the sanction, the inmate will be returned to PHASE I.

22. **RESPONSIBILITY:** The Associate Warden of Programs has overall administrative responsibility for the unit. The Unit Manager, with input and advice from the Captain, is responsible for the security and overall management of the unit.

THX-5566.05G
Attachment A

## Conditions for Media Telephone Contact with Inmates in The Special Confinement Unit (SCU), USP Terre Haute

The Special Confinement Unit (SCU) of the United States Penitentiary, Terre Haute, Indiana, is a maximum security federal prison facility housing many high profile and escape prone inmates. In order to maintain the safety, security and good order of the SCU, the Warden may regulate your telephone contact with SCU inmates.

By signing this form, you acknowledge and agree to the following conditions regarding your telephone contact with the following SCU inmate:

_____,        _____,
(Inmate Name)                          (Reg. No.)

If evidence indicates you violated this agreement, or any of the rules or regulations of the USP Terre Haute, your ability to contact inmates in Bureau custody by telephone may be restricted.

1.   **TELEPHONE CONVERSATIONS WITH AN SCU INMATE MAY NOT BE RECORDED OR BROADCAST.**

2.   You are prohibited from asking or discussing with the above-named SCU inmate any information regarding other federal or state inmates. If the above-named SCU inmate provides you with any information regarding other federal or state inmates, you are prohibited from publishing such information. Comments made by one inmate concerning another could violate the privacy interests of the other inmate, and might cause a reaction that could threaten the safety, security, or good order of the institution.

3.   You are prohibited from publishing information about operational procedures or security features of the institution, insofar as it may threaten the safety, security, or good order of the institution.

4.   If the above-named SCU inmate makes allegations regarding a staff member, the institution, or the Bureau of Prisons, you must exercise your professional responsibility to make reasonable attempts to verify these allegations, and afford the institution the opportunity to comment.

_____        _____
Signed Name                         Date Signed

_____
News Organization

THX-5566.05G

Attachment B

## <u>Conditions for Telephone Contact with Inmates<br>in the Special Confinement Unit (SCU), USP Terre Haute</u>

_____        _____, an inmate in the Special
     (Inmate Name)             (Reg. No.)

Confinement Unit (SCU), United States Penitentiary, Terre Haute, Indiana, requests your name be placed on the approved telephone list. You are hereby notified that to maintain the safety, security, and good order of the SCU, recording inmate telephone conversations is prohibited. By signing this form, and as a condition to your placement on the SCU inmate's approved telephone list, you agree NOT to record any telephone conversations with this inmate. If evidence indicates you violated this agreement, your name may be removed from the approved telephone list, in which case you will be prohibited from having telephone contact with this SCU inmate.

_____        _____
        Signature                  Date

_____        _____
    Printed Name             Phone Number