# EXHIBIT 4

```
                    *         INMATE EDUCATION DATA        *      07-10-2007
PAGE 001 OF 001 *                   TRANSCRIPT            *      14:12:30

REGISTER NO: 24507-077      NAME..: HAMMER                    FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: THP-TERRE HAUTE USP

------------------------------ EDUCATION INFORMATION  ---------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
THP  ESL HAS    ENGLISH PROFICIENT             12-22-1993 0955 CURRENT
THP  GED HAS    COMPLETED GED OR HS DIPLOMA    01-21-1994 1410 CURRENT

----------------------------- EDUCATION COURSES  -------------------------------
SUB-FACL    DESCRIPTION                 START DATE   STOP DATE EVNT AC LV   HRS
THP SCU     VERSUS LAW ACE CLASS        06-21-2005 06-28-2005   P   C  P     2
THP SCU     CLN JUST THE BASICS:WRITING 12-01-2006 01-12-2007   P   C  P    10
THP SCU     CLN SUCCESS ON THE JOB      12-01-2006 01-12-2007   P   C  P    10
THP SCU     CLN EVERYDAY MATH 1         12-01-2006 01-12-2007   P   C  P    10
THP SCU     CLN 5 SECRETS FIND JOB      12-01-2006 01-12-2007   P   C  P     8
THP SCU     CLN VICTIM AWARENESS        11-29-2006 01-02-2007   P   C  P     6
THP SCU     CLN TRANSITION EMPLOYMENT   11-29-2006 01-02-2007   P   C  P     9
THP SCU     CLN PARENTING FROM INSIDE   11-29-2006 11-29-2006   P   C  P    25
THP SCU     CLN LITERACY PROJ PEER TUTOR 11-29-2006 01-02-2007  P   C  P     1
THP SCU     CLN LEARN TO EARN           11-29-2006 01-02-2007   P   C  P    10
THP SCU     CLN WORKPLACE SAFETY        12-01-2006 01-02-2007   P   C  P     1
THP SCU     CLN SUCCESS ON THE JOB      12-01-2006 01-02-2007   P   C  P    10
THP SCU     CLN COMM & INTERPERSONAL RELAT 06-05-2006 09-14-2006 P C  P     4
THP SCU     CLN STRESS MANAGEMENT       06-05-2006 09-12-2006   P   C  P     3
THP SCU     CLN ANGER MANAGEMENT        06-05-2006 09-13-2006   P   C  P     3
THA SCU     ACE CREATIVE WRT SPCONFUNIT 05-14-2001 08-10-2001   P   C  P    12
THA SCU     FANTASY BASKETBALL          11-01-2001 12-09-2001   P   C  P     5
FLM CTL     AMERICAN CINEMA             02-13-1999 04-23-1999   P   C  P    30

-------------------------- HIGH TEST SCORES  ----------------------------------
TEST        SUBTEST       SCORE     TEST DATE      TEST FACL   FORM      STATE
GED         AVERAGE       52.2      07-01-1979     LVN         PASS      OK
            LIT/ARTS      54.0      07-01-1979     LVN         OK        OK
            MATH          49.0      07-01-1979     LVN         OK        OK
            SCIENCE       53.0      07-01-1979     LVN         OK        OK
            SOC STUDY     52.0      07-01-1979     LVN         OK        OK
            WRITING       53.0      07-01-1979     LVN         OK        OK




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

# INMATE SKILLS DEVELOPMENT PLAN
Name: **HAMMER, DAVID PAUL**

## PROGRAM REVIEW: 07-05-2011
RegNo: 24507-077

|  | |
|---|---|
| Courthouse<br>235 North Washington Avenue Room 107<br>Scranton, PA 18503<br>**Phone/Fax:** 570-831-2584 / 570-829-0276 | *[City], [State] [Zip]*<br>**Phone/Fax:** *[Phone] / [Fax]* |

**Subject to 18 U.S.C. 4042(B) Notification:**     Y
• Current conviction for a crime of violence (state and federal)
• Past conviction for a crime of violence (state and federal)

**DNA Required:**     Y - *[Date]*
**Subject to Sex Offender Notifications:**    *[Y,N,N/A]*
**Treaty Transfer Case:**    *[Y,N]*

**Profile Comments:**

## EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| THP | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-21-1994 | CURRENT |
| THP | ESL HAS | ENGLISH PROFICIENT | 12-22-1993 | CURRENT |

### History

```
-------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                      START DATE/TIME STOP DATE/TIME
THP  ESL HAS    ENGLISH PROFICIENT               12-22-1993 0955 CURRENT
THP  GED HAS    COMPLETED GED OR HS DIPLOMA      01-21-1994 1410 CURRENT

--------------------------- EDUCATION COURSES ------------------------------
SUB-FACL    DESCRIPTION                  START DATE  STOP DATE EVNT AC LV   HRS
THP  SCU    BEGINING ARTS CLASS          09-10-2007 11-29-2007  P  C  P      6
THP  SCU    VERSUS LAW ACE CLASS         06-21-2005 06-28-2005  P  C  P      2
THP  SCU    CLN JUST THE BASICS:WRITING  12-01-2006 01-12-2007  P  C  P     10
THP  SCU    CLN SUCCESS ON THE JOB       12-01-2006 01-12-2007  P  C  P     10
THP  SCU    CLN EVERYDAY MATH 1          12-01-2006 01-12-2007  P  C  P     10
THP  SCU    CLN 5 SECRETS FIND JOB       12-01-2006 01-12-2007  P  C  P      8
THP  SCU    CLN VICTIM AWARENESS         11-29-2006 01-02-2007  P  C  P      6
THP  SCU    CLN TRANSITION EMPLOYMENT    11-29-2006 01-02-2007  P  C  P      9
THP  SCU    CLN PARENTING FROM INSIDE    11-29-2006 11-29-2006  P  C  P     25
THP  SCU    CLN LITERACY PROJ PEER TUTOR 11-29-2006 01-02-2007  P  C  P      1
THP  SCU    CLN LEARN TO EARN            11-29-2006 01-02-2007  P  C  P     10
THP  SCU    CLN WORKPLACE SAFETY         12-01-2006 01-02-2007  P  C  P      1
THP  SCU    CLN SUCCESS ON THE JOB       12-01-2006 01-02-2007  P  C  P     10
THP  SCU    CLN COMM & INTERPERSONAL RELAT 06-05-2006 09-14-2006 P C P      4
THP  SCU    CLN STRESS MANAGEMENT        06-05-2006 09-12-2006  P  C  P      3
THP  SCU    CLN ANGER MANAGEMENT         06-05-2006 09-13-2006  P  C  P      3
THA  SCU    ACE CREATIVE WRT SPCONFUNIT  05-14-2001 08-10-2001  P  C  P     12
THA  SCU    FANTASY BASKETBALL           11-01-2001 12-09-2001  P  C  P      5
FLM  CTL    AMERICAN CINEMA              02-13-1999 04-23-1999  P  C  P     30

--------------------------- HIGH TEST SCORES -------------------------------
TEST        SUBTEST       SCORE    TEST DATE    TEST FACL   FORM      STATE
GED         AVERAGE        52.2    07-01-1979   LVN         PASS      OK
GED         LIT/ARTS       54.0    07-01-1979   LVN         OK        OK
            MATH           49.0    07-01-1979   LVN         OK        OK
            SCIENCE        53.0    07-01-1979   LVN         OK        OK
            SOC STUDY      52.0    07-01-1979   LVN         OK        OK
            WRITING        53.0    07-01-1979   LVN         OK        OK
```

## WORK DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| THP | SCU UNASSG | SCU UNASSIGNED | 04-07-2011 | CURRENT |

### History