# EXHIBIT 5

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
## Psychology Data System

**Date-Title:** 10-15-2010 - Eval/Rpt - Mental Health Video Programming
**Reg Number-Name:** 24507-077 - HAMMER, DAVID P.   **Unit/Qtrs:**  SCU, X03-418L
**Author:** JACQUELINE CRANMER, Psy.D., STAFF PSYCH
**Institution:** THP - TERRE HAUTE USP

---

The following video programming was available to SCU inmates this month via Channel 71.

"Chronic Relapse, Part 3" - Earnie Larsen, a nationally known author and lecturer, brings together a group of ex-offenders and recovery addicts to discuss the concept that "chemicals medicate pain" and explore six elements which are key to breaking the chronic relapse cycle.

"Roots of Addiction" - Examines the biological and environmental reasons that people become addicted to substances such as legal drugs, e.g., alcohol, tobacco, and prescription medications; illegal drugs, e.g., cocaine, heroin and marijuana; or behaviors such as eating disorders, compulsive sexual activity and compulsive gambling.

"Houses of Healing: A Prisoner's Guide to Inner Power and Freedom, Weeks 3 - 6" - Taped in part on location during course instruction at a county jail and a state prison in Massachusetts, author and educator Robin Casarjian presents key concepts from Houses of Healing.

"Sleeping Tiger" - Education on the progression of substance addiction using the tiger as a metaphor. Imaginative illustration shows the progression of the disease, even during abstinence. The audience is shown that the "tiger" may remain dormant, but can re-emerge after relapse as an even greater problem and challenge.

"Success Stories #1, Spanish Version" - These personal stories prove that change is difficult but possible; the rewards are beyond measure. This program highlights four people who each struggled long and hard with substance abuse, destructive behavior and prison time, but found a path to a better life.

"Thinking about Thinking" - Taped in Minnesota correctional facilities, A New Direction videos feature real inmates telling the real story about recovering from a life of addition and crime. The result is a powerful, direct, and liberating message about finding a life of recovery and freedom.

A schedule of programming was posted in the unit and inmates were encouraged to contact Psychology services with questions, concerns, or for more information about any of the programs.

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 11-10-2010 - Eval/Rpt - Mental Health Video Programming
**Reg Number-Name:** 24507-077 - HAMMER, DAVID P.    **Unit/Qtrs:**  SCU, X03-418L
**Author:** JACQUELINE CRANMER, Psy.D.,  INTERNSHIP PROG COORD
**Institution:** THP - TERRE HAUTE USP

---

The following video programming was available to SCU inmates this month via Channel 71.

"Accepting Responsibility in a Finger-Pointing World" - Renowned expert in criminal thinking, Dr. Stanton Samenow, explores the concepts of justification and thinking errors with a group of ex-offenders who are currently in recovery.

"Houses of Healing: A Prisoner's Guide to Inner Power and Freedom - Weeks 5 - 7" - Taped in part on location during course instruction at a county jail and a state prison in Massachusetts, author and educator Robin Casarjian presents key concepts from Houses of Healing.

"Fear...The Anger Trigger" - Dr. Stanton Samenow examines what can fuel anger and how anger can impact self and others. Dr. Samenow teaches non-destructive ways of expressing anger in order to avoid negative consequences. The series also explores the key element leading to the anger response: FEAR.

"Alcohol and Drugs, Mind and Body: The Medical Consequences" - Featuring Dr. John Keppler, issues related to tolerance, dependence and craving are discussed, and illustrated visually through the use of brain scans and various other graphics.

"Marijuana and Recovery" - Information crucial to successful recovery is presented, including denial, polydrug abuse, marijuana withdrawal, treatment options, relapse triggers, getting the most out of 12-step meetings, and building a new lifestyle.

"The Disease of Addiction" - Addiction is defined and described as a disease to help you understand the primary, chronic, genetic, progressive, and potentially fatal aspects of the illness. The three phases of addiction and symptoms for each phase provide a basic understanding of addiction.

"Criminal and Addictive Behavior" - This video features real inmates telling the real story about recovering from a life of addiction and crime. The result is a powerful, direct, and liberating message about finding a life of recovery and freedom.

A schedule of programming was posted in the unit and inmates were encouraged to contact Psychology services with questions, concerns, or for more information about any of the programs.

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 12-03-2010 - Eval/Rpt - Self Improvement Video Programming
**Reg Number-Name:** 24507-077 - HAMMER, DAVID P.    **Unit/Qtrs:** SCU, X03-418L
**Author:** JACQUELINE CRANMER, Psy.D., INTERNSHIP PROG COORD
**Institution:** THP - TERRE HAUTE USP

---

The following video programming was available to SCU inmates this month via Channel 71.

"Houses of Healing: A Prisoner's Guide to Inner Power and Freedom - Weeks 7 & 8" - Taped in part on location during course instruction at a county jail and a state prison in Massachusetts, author and educator Robin Casarjian presents key concepts from Houses of Healing.

"The Disease of Addiction" - Addiction is defined and described as a disease to help you understand the primary, chronic, genetic, progressive, and potentially fatal aspects of the illness. The three phases of addiction and symptoms for each phase provide a basic understanding of addiction.

"Criminal and Addictive Behavior" - Taped in Minnesota correctional facilities, A New Direction videos feature real inmates telling the real story about recovering from a life of addiction and crime. The result is a powerful, direct, and liberating message about finding a life of recovery and freedom.

"What is Co-Dependency?" - In this new series, host Jim Shelton, MAC speaks about the true nature of codependency - what it is, and what it isn't. A complete, working definition of codependency is built, common co-dependent characteristics are discussed, mental and physical effects of co-dependency are considered, and the link between co-dependency and substance abuse is explored.

"Setting Personal Boundaries" - Jim Shelton goes into depth on the subject of boundary setting. Themes of the program include: What are personal boundaries? How do we set boundaries? How do they help us reclaim our power?

"Driving Drunk, Driving High" - This video addresses the effects of alcohol and prescription drugs on a driver's judgment and motor skills, and the choices and consequences of driving under the influence. Through open and candid interviews, victims talk about how a drunk driver made the choice to get behind the wheel and how that choice impacted their life.

"Manhood" - During this video, Darryl Turpin addresses the misconceptions young men often receive from their peers on the street, such as being a real man means having money, jewelry, a nice car, partying and using drugs.

"Going Home: The Series - Giving Up the Game" - Hosted by Delbert Boone, this series is designed to prepare offenders for re-entry by examining how to be truthful with yourself and others.

"Fear... The Anger Trigger" - Dr. Stanton Samenow examines what can fuel anger and how anger can impact self and others. Dr. Samenow teaches non-destructive ways of expressing anger in order to avoid negative consequences. The series also explores the key element leading to the anger response: FEAR.

A schedule of programming was posted in the unit and inmates were encouraged to contact Psychology services with questions, concerns, or for more information about any of the programs.

**SENSITIVE BUT UNCLASSIFIED**

**SENSITIVE BUT UNCLASSIFIED**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 01-03-2011 - Eval/Rpt - Self Improvement Video Programming
**Reg Number-Name:** 24507-077 - HAMMER, DAVID P.   **Unit/Qtrs:** SCU, X03-418L
**Author:** JACQUELINE CRANMER, Psy.D., INTERNSHIP PROG COORD
**Institution:** THP - TERRE HAUTE USP

The following video programming was available to SCU inmates this month via Channel 71. A schedule of programming was posted in the unit and inmates were encouraged to contact Psychology services with questions, concerns, or for more information about any of the programs.

"Fear... The Anger Trigger" - Dr. Stanton Samenow examines what can fuel anger and how anger can impact self and others. Dr. Samenow teaches non-destructive ways of expressing anger in order to avoid negative consequences. The series also explores the key element leading to the anger response: FEAR.

"Socialization and Getting Along" - Hazelden -This series helps to explore difficulties in building relationships based on trust and respect. Taped in Minnesota correctional facilities, these videos present a powerful, direct, and liberating message about finding a life of recovery and freedom. Inmates, not actors, candidly discuss the tactics they have used to exact power and control over others.

"The Disease of Addiction" - Addiction is defined and described as a disease to help you understand the primary, chronic, genetic, progressive, and potentially fatal aspects of the illness. The three phases of addiction and symptoms for each phase provide a basic understanding of addiction.

"Accepting Responsibility In a Finger-Pointing World" - Dr. Stanton Samenow, a renowned expert in criminal thinking, explores the concept of justification and thinking errors with a group of ex-offenders who are currently in recovery. Topics include: What drives people to commit crimes? What drives people to do the wrong thing, and then justify their behavior by blaming others? How can we handle a situation constructively vs. irresponsibly when we are accused of something, or when we are met with anger?

**SENSITIVE BUT UNCLASSIFIED**