# EXHIBIT 6

```
   THPGZ             *          INMATE DISCIPLINE DATA              *       01-10-2011
PAGE 001             *      CHRONOLOGICAL DISCIPLINARY RECORD        *       12:42:48

REGISTER NO: 24507-077 NAME..: HAMMER, DAVID PAUL
FUNCTION...: PRT          FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-10-2011

-----------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2020081 - SANCTIONED INCIDENT DATE/TIME: 05-14-2010 1300
DHO HEARING DATE/TIME: 07-09-2010 1315
FACL/CHAIRPERSON.....: THP/D.LOCKETT
REPORT REMARKS.......: INMATE ADMITTED GUILT TO HAVING UNAUTHORIZED CONTACT WIT
                       PUBLIC, I THOUGHT IT WAS MY ATTORNEY.
   297  PHONE ABUSE, NON-CRIMINAL - FREQ: 1
        DS          / 15 DAYS / CS
        COMP:    LAW:    15 DAYS DISCIPLINARY SEG
        LP COMM   / 60 DAYS / CS
        COMP:    LAW:    60 DAYS LP COMM
        LP PHONE  / 60 DAYS / CS
        COMP:    LAW:    60 DAYS LP PHONE
   327  CONTACTING PUBLIC WITHOUT AUTH - FREQ: 1
        LP VISIT  / 60 DAYS / CS
        COMP:    LAW:    60 DAYS LP VISIT, ALL
-----------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1792337 - SANCTIONED INCIDENT DATE/TIME: 10-23-2008 1805
DHO HEARING DATE/TIME: 12-11-2008 0908
FACL/CHAIRPERSON.....: THP/MARKLE
REPORT REMARKS.......: INMATE ADMITS GUILT ON 312 DENIES 299 AND 203
   203  THREATENING BODILY HARM - FREQ: 2 ATI: SN1
        DS          / 30 DAYS / CS
        COMP:    LAW:
        LP VISIT  / 180 DAYS / CS
        COMP:    LAW:
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP COMM   / 90 DAYS / CS
        COMP:    LAW:
-----------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1801151 - SANCTIONED INCIDENT DATE/TIME: 11-17-2008 1505
DHO HEARING DATE/TIME: 12-11-2008 0900
FACL/CHAIRPERSON.....: THP/MARKLE
REPORT REMARKS.......: INMATE ADMITTED GUILT ON 224 CHARGE
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SF2 RFP: D
        DS          / 30 DAYS / CS
        COMP:    LAW:
        LP PHONE  / 90 DAYS / CS
        COMP:    LAW:
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM   / 90 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:




G0002      MORE PAGES TO FOLLOW . . .
```

```
 THPGZ            *          INMATE DISCIPLINE DATA            *      01-10-2011
 PAGE 002         *      CHRONOLOGICAL DISCIPLINARY RECORD      *      12:42:48

REGISTER NO: 24507-077 NAME..: HAMMER, DAVID PAUL
FUNCTION...: PRT         FORMAT: CHRONO   LIMIT TO ____ MOS PRIOR TO 01-10-2011

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1799935 - SANCTIONED INCIDENT DATE/TIME: 11-12-2008 1935
UDC HEARING DATE/TIME: 11-14-2008 1215
FACL/UDC/CHAIRPERSON.: THP/SCU/JULIAN
REPORT REMARKS.......: SANCTIONED TO DETER FUTURE MISCONDUCT.
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP COMM    / 60 DAYS / CS
         COMP:    LAW:    RESTRICTED 60 DAYS COMMISSARY MINUS STAMP CREDITS,
                          PHONE CREDITS AND HYGIENE ITEMS.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1579531 - SANCTIONED INCIDENT DATE/TIME: 03-20-2007 1350
DHO HEARING DATE/TIME: 10-09-2007 1008
FACL/CHAIRPERSON.....: THP/BIERSCHBAC
APPEAL CASE NUMBER(S): 473308
REPORT REMARKS.......: INMATE DENIED GUILT.
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SK1 RFP: D
         DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:
         LP VISIT   / 180 DAYS / CS
         COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1639386 - SANCTIONED INCIDENT DATE/TIME: 08-16-2007 1111
UDC HEARING DATE/TIME: 09-05-2007 0854
FACL/UDC/CHAIRPERSON.: THP/SCU/B ENGLISH
REPORT REMARKS.......: INMATE ADMITS GUILT, SENT 100.00 DOLLARS TO ANOTHER
                       INMATE
    328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
         LP COMM    / 60 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:
         LP PHONE   / 15 DAYS / CS
         COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1531280 - SANCTIONED INCIDENT DATE/TIME: 11-04-2006 1400
DHO HEARING DATE/TIME: 07-09-2007 0840
FACL/CHAIRPERSON.....: THP/ALEXANDER
REPORT REMARKS.......: INMATE DENIED GUILT.
    203  THREATENING BODILY HARM - FREQ: 2 ATI: SN1
         IMPOUND    / 3 MONTHS / CS
         COMP:    LAW:    IMPOUND PERSONAL PROPERTY
         LP COMM    / 3 MONTHS / CS
         COMP:    LAW:
         LP PHONE   / 3 MONTHS / CS
         COMP:    LAW:
         LP VISIT   / 3 MONTHS / CS
         COMP:    LAW:


G0002       MORE PAGES TO FOLLOW . . .
```

```
   THPGZ             *            INMATE DISCIPLINE DATA            *      01-10-2011
   PAGE 003          *      CHRONOLOGICAL DISCIPLINARY RECORD       *      12:42:48

   REGISTER NO: 24507-077 NAME..: HAMMER, DAVID PAUL
   FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 01-10-2011

-------------------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 1531022 - SANCTIONED INCIDENT DATE/TIME: 11-03-2006 1450
   DHO HEARING DATE/TIME: 03-14-2007 0750
   FACL/CHAIRPERSON.....: THP/J. TERRELL
   APPEAL CASE NUMBER(S): 459747
   REPORT REMARKS.......: INMATE ADMITS 312, DENIES 203.
      203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
           DS          / 30 DAYS / CS
           COMP:    LAW:
           LP COMM     / 30 DAYS / CS
           COMP:    LAW:
      312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
           DS          / 7 DAYS / CS
           COMP:    LAW:
           LP PHONE    / 30 DAYS / CS
           COMP:    LAW:
-------------------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 1531024 - SANCTIONED INCIDENT DATE/TIME: 11-03-2006 1720
   UDC HEARING DATE/TIME: 11-06-2006 0945
   FACL/UDC/CHAIRPERSON.: THP/SCU/B ENGLISH
   REPORT REMARKS.......: INMATE DID NOT MAKE A STATEMENT
      312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
           LP COMM     / 30 DAYS / CS
           COMP:    LAW:    LOSS OF COMMISSARY EXCEPT FOR STAMPS AND PHONE
                           CREDITS
-------------------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 1310643 - SANCTIONED INCIDENT DATE/TIME: 12-27-2004 1206
   DHO HEARING DATE/TIME: 05-05-2005 0920
   FACL/CHAIRPERSON.....: THA/KILLION, V
   REPORT REMARKS.......: HAD MONEY SENT TO OTHER INMATES THROUGH AN OUTSIDE
                           SOURCE.
      328  GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
           DIS GCT     / 13 DAYS / CS
           COMP:030 LAW:V   DIS GCT
           DS          / 15 DAYS / CS / SUSPENDED 90 DAYS
           COMP:    LAW:    PENDING CLEAR CONDUCT
           LP COMM     / 6 MONTHS / CS
           COMP:    LAW:    LOSS OF COMMISSARY, EXCEPT STAMPS AND PHONE
                           CREDITS
-------------------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 1271809 - SANCTIONED INCIDENT DATE/TIME: 10-14-2004 1340
   UDC HEARING DATE/TIME: 10-18-2004 1457
   FACL/UDC/CHAIRPERSON.: LEW/A/O/HENDRICKSO
   REPORT REMARKS.......: LP COMMISSARY TO BEGIN 10-22-04.



   G0002        MORE PAGES TO FOLLOW . . .
```

```
   THPGZ              *         INMATE DISCIPLINE DATA              *      01-10-2011
   PAGE 004           *      CHRONOLOGICAL DISCIPLINARY RECORD      *      12:42:48

   REGISTER NO: 24507-077 NAME..: HAMMER, DAVID PAUL
   FUNCTION...: PRT         FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-10-2011

   UDC HEARING DATE/TIME: 10-18-2004 1457    REPORT 1271809 CONTINUED
      410  USING MAIL W/O AUTH - FREQ: 1
           LP COMM    / 30 DAYS / CS
           COMP:     LAW:    LP COMMISSARY FOR 30 DAYS
   -------------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 1167710 - SANCTIONED INCIDENT DATE/TIME: 12-01-2003 1446
   DHO HEARING DATE/TIME: 02-27-2004 1420
   FACL/CHAIRPERSON.....: THA/KILLION, V
   REPORT REMARKS.......: INMATE REFUSED TO APPEAR
      312  BEING INSOLENT TO STAFF MEMBER - FREQ: 5
           DIS GCT    / 13 DAYS / CS
           COMP:030 LAW:V    DIS GCT
           LP PHONE   / 30 DAYS / CS / SUSPENDED 90 DAYS
           COMP:     LAW:    PENDING CLEAR CONDUCT
   -------------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 1167571 - SANCTIONED INCIDENT DATE/TIME: 12-01-2003 0946
   DHO HEARING DATE/TIME: 02-27-2004 1415
   FACL/CHAIRPERSON.....: THA/KILLION, V
   REPORT REMARKS.......: INMATE REFUSED TO APPEAR
      312  BEING INSOLENT TO STAFF MEMBER - FREQ: 4
           DIS GCT    / 13 DAYS / CS
           COMP:030 LAW:V    DIS GCT
           LP COMM    / 30 DAYS / CS / SUSPENDED 90 DAYS
           COMP:     LAW:    PENDING CLEAR CONDUCT
   -------------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 1157922 - SANCTIONED INCIDENT DATE/TIME: 10-31-2003 1300
   DHO HEARING DATE/TIME: 12-19-2003 1230
   FACL/CHAIRPERSON.....: THA/KILLION, V
   REPORT REMARKS.......: SENT UNDERWEAR OUT CLAIMING THEY BELONGED TO A HIGH
                          PROFILE INMATE THAT WAS EXECUTED, IN EXCHANGE FOR MONEY
      217A EXCHANGING MONEY FOR CONTRABND - FREQ: 1
           DIS GCT    / 27 DAYS / CS
           COMP:030 LAW:V    DIS GCT
           LP PHONE   / 3 MONTHS / CS
           COMP:     LAW:    LOSS OF SOCIAL TELEPHONE PRIVLEGES
           LP VISIT   / 3 MONTHS / CS
           COMP:     LAW:    LOSS OF SOCIAL VISIT
   -------------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 1119707 - SANCTIONED INCIDENT DATE/TIME: 07-04-2003 1015
   DHO HEARING DATE/TIME: 07-17-2003 1020
   FACL/CHAIRPERSON.....: THA/KILLION, V
   REPORT REMARKS.......: SUBJECT DELIBERATELY FLOODED HIS CELL
      330  BEING UNSANITARY OR UNTIDY - FREQ: 1
           DIS GCT    / 13 DAYS / CS
           COMP:030 LAW:V    DIS GCT


   G0002        MORE PAGES TO FOLLOW . . .
```

```
   THPGZ            *           INMATE DISCIPLINE DATA          *        01-10-2011
   PAGE 005         *       CHRONOLOGICAL DISCIPLINARY RECORD    *        12:42:48

REGISTER NO: 24507-077 NAME..: HAMMER, DAVID PAUL
FUNCTION...: PRT           FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 01-10-2011

DHO HEARING DATE/TIME: 07-17-2003 1020    REPORT 1119707 CONTINUED
            DS          / 15 DAYS / CS
            COMP:    LAW:    DIS SEG
            LP COMM    / 90 DAYS / CS
            COMP:    LAW:    LOSS OF COMMISSARY PRIVLEGES, EXCEPT STAMPS AND
                            PHONE CREDITS
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1117598 - SANCTIONED INCIDENT DATE/TIME: 06-26-2003 1430
DHO HEARING DATE/TIME: 07-17-2003 1010
FACL/CHAIRPERSON.....: THA/KILLION, V
APPEAL CASE NUMBER(S): 306775
REPORT REMARKS.......: VERBALLY INSOLENT WITH AN OFFICER
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 3
            DIS GCT    / 13 DAYS / CS
            COMP:030 LAW:V   DIS GCT
            DS          / 15 DAYS / CS
            COMP:    LAW:    DIS SEG
            LP VISIT   / 90 DAYS / CS
            COMP:    LAW:    LOSS OF SOCIAL VISITS
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1094884 - SANCTIONED INCIDENT DATE/TIME: 04-15-2003 1030
DHO HEARING DATE/TIME: 05-29-2003 1440
FACL/CHAIRPERSON.....: THA/KILLION, V
APPEAL CASE NUMBER(S): 303802
REPORT REMARKS.......: N/A
    408  CONDUCTING A BUSINESS W/O AUTH - FREQ: 1
            LP PHONE   / 6 MONTHS / CS
            COMP:    LAW:    LOSS OF SOCIAL TELEPHONE PRIVLEGES
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1016843 - SANCTIONED INCIDENT DATE/TIME: 08-06-2002 1730
DHO HEARING DATE/TIME: 08-12-2002 1530
FACL/CHAIRPERSON.....: THA/KILLION, V
APPEAL CASE NUMBER(S): 306194
REPORT REMARKS.......: N/A
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 3
            DIS GCT    / 13 DAYS / CS
            COMP:030 LAW:V   DIS GCT
            DS          / 30 DAYS / CS
            COMP:    LAW:    DIS SEG




   G0002        MORE PAGES TO FOLLOW . . .
```

```
     THPGZ              *         INMATE DISCIPLINE DATA          *      01-10-2011
     PAGE 006           *     CHRONOLOGICAL DISCIPLINARY RECORD    *      12:42:48

     REGISTER NO: 24507-077 NAME..: HAMMER, DAVID PAUL
     FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 01-10-2011

     -----------------------------------------------------------------------------------
     REPORT NUMBER/STATUS.: 1012704 - SANCTIONED INCIDENT DATE/TIME: 07-24-2002 1328
     DHO HEARING DATE/TIME: 08-09-2002 1025
     FACL/CHAIRPERSON.....: THA/KILLION, V
     APPEAL CASE NUMBER(S): 306193
     REPORT REMARKS.......: SUBJ. CURSED THE OFFICER, TRYING BE BREAK AWAY FROM
                            OFFICER DURING ESCORT.
         224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SN1 RFP: D
              DIS GCT     / 27 DAYS / CS
              COMP:030 LAW:V    DIS GCT
              DS          / 30 DAYS / CS
              COMP:     LAW:    DIS SEG
              LP VISIT    / 6 MONTHS / CS / SUSPENDED 180 DAYS
              COMP:     LAW:    PENDING CLEAR CONDUCT
         312  BEING INSOLENT TO STAFF MEMBER - FREQ: 2
              DIS GCT     / 13 DAYS / CS
              COMP:030 LAW:V    DIS GCT
              DS          / 15 DAYS / CS
              COMP:     LAW:    DIS SEG
     -----------------------------------------------------------------------------------
     REPORT NUMBER/STATUS.: 993523 - SANCTIONED  INCIDENT DATE/TIME: 05-17-2002 1210
     DHO HEARING DATE/TIME: 05-30-2002 1355
     FACL/CHAIRPERSON.....: THA/KILLION, V
     APPEAL CASE NUMBER(S): 271574
     REPORT REMARKS.......: SUBJ. HAD DIAGRAMS OF SPECIAL CONFINEMENT UNIT.MOST
                            LIKE CODE 108- TOOLS FOR ESCAPE/HAZARDOUS TO SECURITY.
         199  DISRUPTIVE CONDUCT-GREATEST - FREQ: 1
              DIS GCT     / 40 DAYS / CS
              COMP:030 LAW:V    DIS GCT
              DS          / 30 DAYS / CS / SUSPENDED 180 DAYS
              COMP:     LAW:    PENDING CLEAR CONDUCT
              LP OTHER    / 15 DAYS / CS
              COMP:     LAW:    LOSS OF TELEVISION PRIVLEGE
     -----------------------------------------------------------------------------------
     REPORT NUMBER/STATUS.: 972241 - SANCTIONED  INCIDENT DATE/TIME: 03-10-2002 1955
     DHO HEARING DATE/TIME: 03-22-2002 1335
     FACL/CHAIRPERSON.....: THA/KILLION, V
     APPEAL CASE NUMBER(S): 265432
     REPORT REMARKS.......: N/A
         397  PHONE ABUSE, NON-CRIMINAL - FREQ: 1
              DIS GCT     / 13 DAYS / CS
              COMP:030 LAW:V    DISALLOW GCT
              LP PHONE    / 6 MONTHS / CS
              COMP:     LAW:    LOSS OF SOCIAL TELEPHONE PRIVLEGES



     G0002      MORE PAGES TO FOLLOW . . .
```

```
    THPGZ            *           INMATE DISCIPLINE DATA            *       01-10-2011
    PAGE 007         *      CHRONOLOGICAL DISCIPLINARY RECORD       *       12:42:48

    REGISTER NO: 24507-077 NAME..: HAMMER, DAVID PAUL
    FUNCTION...: PRT         FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-10-2011


    ----------------------------------------------------------------------------------
    REPORT NUMBER/STATUS.: 940489 - SANCTIONED  INCIDENT DATE/TIME: 11-23-2001 1215
    UDC HEARING DATE/TIME: 01-04-2002 0805    (ABSENTIA)
    FACL/UDC/CHAIRPERSON.: THA/4/STEWART, B
    APPEAL CASE NUMBER(S): 255614
    REPORT REMARKS.......: HE WAS YELLING PROFANITIES AT OFFICERS AND HITTING A
                           DOOR.
        312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
             LP OTHER   / 20 DAYS / CC
             COMP:   LAW:   LOSE TELEVISION FOR 20 DAYS.
    ----------------------------------------------------------------------------------
    REPORT NUMBER........: 940489 (REHEARD 01-04-2002 0805)
    UDC HEARING DATE/TIME: 11-27-2001 1350
    ----------------------------------------------------------------------------------
    REPORT NUMBER/STATUS.: 599418 - SANCTIONED  INCIDENT DATE/TIME: 07-07-1998 0830
    DHO HEARING DATE/TIME: 07-16-1998 1430
    FACL/CHAIRPERSON.....: ALP/CERNEY
    REPORT REMARKS.......: ADMITTED
    HEARING IS ALSO BASIS FOR EXECUTION OF DS        SUSPENDED 06-01-1998 0855
        224A ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: OF1 RFP: D
             DS           / 15 DAYS / CS
             COMP:   LAW:
    ----------------------------------------------------------------------------------
    REPORT NUMBER/STATUS.: 585790 - SANCTIONED  INCIDENT DATE/TIME: 05-12-1998 2105
    DHO HEARING DATE/TIME: 06-01-1998 0855
    FACL/CHAIRPERSON.....: ALP/CERNEY
    REPORT REMARKS.......: ADMITTED
        312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
             DS           / 15 DAYS / CS / SUSPENDED 180 DAYS
                          EXECUTED BASED ON HEARING OF 07-16-1998 1430
             COMP:   LAW:   PENDING CLEAR CONDUCT
    ----------------------------------------------------------------------------------
    REPORT NUMBER/STATUS.: 475685 - SANCTIONED  INCIDENT DATE/TIME: 02-28-1997 1030
    UDC HEARING DATE/TIME: 03-05-1997 1546
    FACL/UDC/CHAIRPERSON.: ALP/II/R.SNYDER
    APPEAL CASE NUMBER(S): 130422
    REPORT REMARKS.......: ADMITTED TO REPORT, BUT DID NOT BELIEVE HE VIOLATED ANY
                           POLICY.
    HEARING IS ALSO BASIS FOR EXECUTION OF LOSE PRIV  SUSPENDED 01-16-1997 1350
        406  USING PHONE OR MAIL W/O AUTH - FREQ: 4
             LOSE PRIV  / 60 DAYS / CS
             COMP:   LAW:   LOSE CORRESPONDENCE PRIVILEGES




    G0002       MORE PAGES TO FOLLOW . . .
```

```
   THPGZ            *           INMATE DISCIPLINE DATA          *      01-10-2011
   PAGE 008         *       CHRONOLOGICAL DISCIPLINARY RECORD    *      12:42:48

   REGISTER NO: 24507-077 NAME..: HAMMER, DAVID PAUL
   FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-10-2011

----------------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 460340 - SANCTIONED  INCIDENT DATE/TIME: 12-20-1996 0840
   DHO HEARING DATE/TIME: 01-21-1997 1040
   FACL/CHAIRPERSON.....: ALP/LOWTHER
   REPORT REMARKS.......: ADMITTED
      406  USING PHONE OR MAIL W/O AUTH - FREQ: 1
           LOSE PRIV  / 30 DAYS / CS
           COMP:    LAW:    MAIL FROM 11/16/97-12/16/97
----------------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 460336 - SANCTIONED  INCIDENT DATE/TIME: 12-27-1996 1615
   DHO HEARING DATE/TIME: 01-16-1997 1350
   FACL/CHAIRPERSON.....: ALP/LOWTHER
   REPORT REMARKS.......: ADMITTED
      327  CONTACTING PUBLIC WITHOUT AUTH - FREQ: 1
           LOSE PRIV  / 90 DAYS / CS
           COMP:    LAW:    MAIL FROM 6/16/97-9/16/97
           LOSE PRIV  / 90 DAYS / CS / SUSPENDED 180 DAYS
                     EXECUTED BASED ON HEARING OF 03-05-1997 1546
           COMP:    LAW:    PENDING CLEAR CONDUCT
      406  USING PHONE OR MAIL W/O AUTH - FREQ: 1
           LOSE PRIV  / 60 DAYS / CS
           COMP:    LAW:    MAIL FROM 9/16/97-11/16/97
----------------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 455269 - SANCTIONED  INCIDENT DATE/TIME: 12-04-1996 1600
   DHO HEARING DATE/TIME: 01-16-1997 1330
   FACL/CHAIRPERSON.....: ALP/LOWTHER
   REPORT REMARKS.......: ADMITTED
      327  CONTACTING PUBLIC WITHOUT AUTH - FREQ: 1
           LOSE PRIV  / 90 DAYS / CS
           COMP:    LAW:    MAIL FROM 1/16/97-4/16/97
           LOSE PRIV  / 90 DAYS / CS
           COMP:    LAW:    PHONE FROM 1/16/97-4/16/97
      406  USING PHONE OR MAIL W/O AUTH - FREQ: 1
           LOSE PRIV  / 60 DAYS / CS
           COMP:    LAW:    MAIL FROM 4/16/97-6/16/97
----------------------------------------------------------------------------------
   REPORT NUMBER/STATUS.: 397894 - SANCTIONED  INCIDENT DATE/TIME: 04-13-1996 0230
   DHO HEARING DATE/TIME: 04-25-1996 1320
   FACL/CHAIRPERSON.....: ALM/LOWTHER
   REPORT REMARKS.......: ON ADVICE OF ATTORNEY, NEITHER ADMITTED NOR DENIED
                          THE CHARGE.
      100  KILLING - FREQ: 1 ATI: ???
           DS         / 60 DAYS / CS
           COMP:    LAW:
           TRANSFER   / CS
           COMP:    LAW:


   G0002        MORE PAGES TO FOLLOW . . .
```

```
   THPGZ           *          INMATE DISCIPLINE DATA           *      01-10-2011
 PAGE 009           *     CHRONOLOGICAL DISCIPLINARY RECORD      *      12:42:48

 REGISTER NO: 24507-077 NAME..: HAMMER, DAVID PAUL
 FUNCTION...: PRT          FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 01-10-2011

 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 338556 - SANCTIONED   INCIDENT DATE/TIME: 08-15-1995 1010
 DHO HEARING DATE/TIME: 08-31-1995 0908
 FACL/CHAIRPERSON.....: ALP/LOWTHER
 REPORT REMARKS.......: ADMITTED (POSS DRUG PARAPHERNALIA) THE UNIT TEAM NEEDS
                        TO CONTACT STATE OF OKL-TAKE 25% EARNED GOOD TIME.
    109  POSSESSING DRUGS OR DRUG ITEMS - FREQ: 1
         DS          / 30 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:    PENDING CLEAR CONDUCT
         DS          / 1 DAYS / CS
         COMP:    LAW:
         LOSE PRIV   / 90 DAYS / CS
         COMP:    LAW:    COMMISSARY FROM 8/30/95-11/30/95
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 301694 - SANCTIONED   INCIDENT DATE/TIME: 03-19-1995 0030
 DHO HEARING DATE/TIME: 03-28-1995 0950
 FACL/CHAIRPERSON.....: LOM/BAKER J
 REPORT REMARKS.......: INMATE ADMITTED TO THE CHARGE
    203  THREATENING BODILY HARM - FREQ: 1 ATI: ???
         DS          / 30 DAYS / CS
         COMP:    LAW:
         TRANSFER    / CS
         COMP:    LAW:    RECOMMEND D/S TRANSFER
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: ??? RFP: ?
         DS          / 30 DAYS / CS
         COMP:    LAW:
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 281446 - SANCTIONED   INCIDENT DATE/TIME: 12-12-1994 1630
 DHO HEARING DATE/TIME: 03-21-1995 0900
 FACL/CHAIRPERSON.....: LOM/BAKER J
 REPORT REMARKS.......: INMATE ADMITTED THE INCIDENT
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 2
         DS          / 30 DAYS / CS
         COMP:    LAW:
         TRANSFER    / CS
         COMP:    LAW:    RECOMMEND D/S TRANSFER
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: ??? RFP: ?
         DS          / 30 DAYS / CS
         COMP:    LAW:
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 260457 - SANCTIONED   INCIDENT DATE/TIME: 10-03-1994 0215
 UDC HEARING DATE/TIME: 10-06-1994 0945
 FACL/UDC/CHAIRPERSON.: LVN/BL/ONTIVEROS
 REPORT REMARKS.......: FOUND GUILTY OF CODE 406 AND EXPUNGED CODE 307


 G0002        MORE PAGES TO FOLLOW . . .
```

```
    THPGZ              *          INMATE DISCIPLINE DATA           *      01-10-2011
    PAGE 010           *      CHRONOLOGICAL DISCIPLINARY RECORD     *      12:42:48

    REGISTER NO: 24507-077 NAME..: HAMMER, DAVID PAUL
    FUNCTION...: PRT          FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 01-10-2011

    UDC HEARING DATE/TIME: 10-06-1994 0945     REPORT 260457 CONTINUED
        406   USING PHONE OR MAIL W/O AUTH - FREQ: 1
              LOSE PRIV  / 10 DAYS / CS
              COMP:     LAW:   COMMISSARY RESTRICTION FROM 26 OCT TO NOV 6 1994
    --------------------------------------------------------------------------------
    REPORT NUMBER/STATUS.: 260460 - SANCTIONED   INCIDENT DATE/TIME: 10-02-1994 0000
    UDC HEARING DATE/TIME: 10-05-1994 1005
    FACL/UDC/CHAIRPERSON.: LVN/BL/ONTIVEROS
    REPORT REMARKS.......: SEE BELOW
        406   USING PHONE OR MAIL W/O AUTH - FREQ: 1
              LOSE PRIV  / 15 DAYS / CS
              COMP:     LAW:   COMMISSARY RESTRICTION THRU 10-10-94-10-24-94
    --------------------------------------------------------------------------------
    REPORT NUMBER/STATUS.: 256626 - SANCTIONED   INCIDENT DATE/TIME: 09-15-1994 0900
    DHO HEARING DATE/TIME: 09-29-1994 1007
    FACL/CHAIRPERSON.....: LVN/GEOUGE, E.
    REPORT REMARKS.......: INMATE FOUND GUILTY OF CODE 203.
        203   THREATENING BODILY HARM - FREQ: 2 ATI: ???
              TRANSFER  / CS
              COMP:     LAW:
    --------------------------------------------------------------------------------
    REPORT NUMBER/STATUS.: 256524 - SANCTIONED   INCIDENT DATE/TIME: 09-15-1994 0900
    DHO HEARING DATE/TIME: 09-29-1994 1006
    FACL/CHAIRPERSON.....: LVN/GEOUGE, E.
    REPORT REMARKS.......: INMATE FOUND GUILTY OF CODE 312.
        312   BEING INSOLENT TO STAFF MEMBER - FREQ: 1
              DS         / 15 DAYS / CS
              COMP:     LAW:
    --------------------------------------------------------------------------------
    REPORT NUMBER/STATUS.: 255435 - SANCTIONED   INCIDENT DATE/TIME: 09-09-1994 1158
    DHO HEARING DATE/TIME: 09-29-1994 1005
    FACL/CHAIRPERSON.....: LVN/GEOUGE, E.
    REPORT REMARKS.......: INMATE FOUND GUILTY OF CODE 328.
        328   GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 2
              LOSE PRIV  / 60 DAYS / CS
              COMP:     LAW:   LOSS OF PHONE PRIVILEGES.
    --------------------------------------------------------------------------------
    REPORT NUMBER/STATUS.: 244151 - SANCTIONED   INCIDENT DATE/TIME: 07-25-1994 1230
    DHO HEARING DATE/TIME: 08-09-1994 1000
    FACL/CHAIRPERSON.....: LVN/GEOUGE, E.
    APPEAL CASE NUMBER(S): 73575
    REPORT REMARKS.......: INMATE FOUND GUILTY OF CODE 328.
                           RESTRICT MAIL CORRESPONDENCE.
        328   GIVING/ACCEPTNG MONEY W/O AUTH - FREQ: 1
              DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
              COMP:     LAW:


    G0002        MORE PAGES TO FOLLOW . . .
```

```
THPGZ            *            INMATE DISCIPLINE DATA           *        01-10-2011
PAGE 011 OF 011 *    CHRONOLOGICAL DISCIPLINARY RECORD         *        12:42:48

REGISTER NO: 24507-077 NAME..: HAMMER, DAVID PAUL
FUNCTION...: PRT         FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-10-2011

----------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 234542 - SANCTIONED   INCIDENT DATE/TIME: 06-10-1994 1230
DHO HEARING DATE/TIME: 06-21-1994 1006
FACL/CHAIRPERSON.....: LVN/GEOUGE, E.
REPORT REMARKS.......: INMATE FOUND GUILTY OF CODE 224.
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: ??? RFP: ?
        DS           / 30 DAYS / CS
        COMP:   LAW:
----------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 207012 - SANCTIONED   INCIDENT DATE/TIME: 02-14-1994 1510
UDC HEARING DATE/TIME: 02-15-1994 1515
FACL/UDC/CHAIRPERSON.: LVN/AL1/STEWART
REPORT REMARKS.......: SUPERVISOR CONCURRED IN SANCTION
   310  BEING ABSENT FROM ASSIGNMENT - FREQ: 1
        EXTRA DUTY / 10 HOURS / CS / SUSPENDED 30 DAYS
        COMP:   LAW:    10 HOURS EXTRA DUTY AND VERBAL REPRIMAND. EXTRA
                       DUTY SUSPENDED FOR 30 DAYS.




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```