UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | 4:96-CR-00239-JHS |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID PAUL HAMMER, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

## DECLARATION OF T.ROYER

I, T. Royer, do hereby declare and state the following:

1.  I am currently employed as the Case Manager for the Special Confinement Unit at the Federal Correctional Complex (hereafter "FCC") at Terre Haute, Indiana.  I have been employed in this capacity since August, 2010.  I began my career with the Federal Bureau of Prisons (hereafter "BOP") in December 2003 and I have been stationed at FCC Terre Haute since that time.

2.  On July 12, 2011 at approximately 11:30 a.m. I escorted Assistant United States Attorney Fred Martin and Department of Justice Trial Attorney Steve Mellin on a tour of the Special Confinement Unit (SCU).  During this tour inmate Hammer's cell happened to be open and I was able to show them what a typical cell looked like for a SCU inmate.  At no time did either Mr. Mellin or Mr. Martin enter the cell.

3.  A review of the security video reveals that the two attorneys and myself entered the range at 11:36 a.m. and left the range at 11:39 a.m.  I did step into the cell and was inside inmate Hammer's cell for approximately 26 seconds.  It was pure happenstance that it was inmate Hammer's cell that was the first vacant cell we came to.  At no time in the

**Government Exhibit 1**
**Page 1 of 2**

presence of Martin and Mellin did I remove anything from inmate Hammer's cell and

also did not provide any materials to either attorney.

I declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, the foregoing is true and

correct.

Executed this _____ day of August, 2011.

Todd R. Royer
SCU Case Manager

**Government Exhibit 1
Page 2 of 2**