UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :   Criminal No. 4:CR-96-0239
                        :
       v.               :   (Judge Slomsky)
                        :
DAVID PAUL HAMMER         :   **ELECTRONICALLY FILED**

**UNITED STATES' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISQUALIFY ASSISTANT UNITED STATES ATTORNEYS MARTIN AND MELLIN FROM PROSECUTING THIS CASE OR, IN THE ALTERNATIVE, TO PRECLUDE THE GOVERNMENT FROM ADMITTING ANY EVIDENCE AND/OR REBUTTAL EVIDENCE OBTAINED DURING A RECENT ILLEGITIMATE AND <u>UNCONSTITUTIONAL SEARCH OF MR. HAMMER'S CELL</u>**

# GOVERNMENT EXHIBIT 2
# *IN CAMERA EX PARTE*

July 12, 2011 "C" Range SCU
Terre Haute, IN