

# Bureau Institutions

*Note: Population numbers effective 09/28/06.*



*Mid-Atlantic Region*

## FPC Alderson

P.O. Box A
Glen Ray Rd.
Alderson, WV 24910
304-445-2901
Fax: 304-445-7736

Staff: 166

Security Level: Minimum/Female
Judicial District: Southern West Virginia
Population: 1,104

Location: In the foothills of the Allegheney Mountains, 270 miles southwest of Washington, DC; 12 miles south of Interstate 64, off State Hwy 3. This area is served by airports in Lewisburg and Beckley, as well as Roanoke, VA; Amtrak, and commercial bus lines.



*Northeast Region*

## FCC Allenwood

P.O. Box 3500
White Deer, PA 17887
570-547-0963
Fax: 570-547-9200

FCC Staff: 846

FCC Security Levels: Low, Medium, High/Male
Judicial District: Middle Pennsylvania
Population: 3,933

Location: 197 miles north of Washington, DC; 11 miles south of Williamsport, PA; 2 miles north of Allenwood, on U.S. Route 15. This area is served by Williamsport-Lycoming County Airport and commercial bus lines.



*Mid-Atlantic Region*

## FCI Ashland

P.O. Box 888
State Route 716
Ashland, KY
41105-0888
606-928-6414
Fax: 606-928-3635

Staff: 279

Security Level: Low with adjacent Minimum Camp/Male
Judicial District: Eastern Kentucky
Population: FCI: 1,232  Camp: 331

Location: In the highlands of northeastern Kentucky, 125 miles east of Lexington, and 5 miles southwest of the city of Ashland. Off State Route 716, 1 mile west of U.S. 60.

## USP Atlanta

601 McDonough Blvd., SE
Atlanta, GA 30315-0182
404-635-5100
Fax: 404-331-2403

Staff: 568

Security Level: Medium/Administrative with adjacent Minimum Camp/Male
Judicial District: Northern Georgia
Population: USP: 2,049  Camp: 549

Location: In southeast Atlanta, at the junction of Boulevard and McDonough Blvd. Off Interstate 20 (south on Boulevard) or Interstate 285 (north on Moreland Ave., left on McDonough Blvd.). This area is served by Hartsfield International Airport, Amtrak, and commercial bus lines.



*Southeast Region*

## USP Atwater

P.O. Box 019000
#1 Federal Hwy
Atwater, CA 95301
209-386-4701
Fax: 209-386-4635

Staff: 313

*Western Region*

Security Level: High with adjacent Minimum Camp/Male
Judicial District: Eastern California
Population: USP: 1,290  Camp: 134

Location: On a portion of the former Castle Air Force Base. Approximately 130 miles from San Francisco. This area is served by Fresno Yosemite International Airport, Sacramento International Airport, Modesto City/County Airport (Harry Sham Field), Amtrak, and commerical bus lines.

**Government Exhibit 2**
**Page 1 of 4**

32



*South Central Region*

## FCI
## Big Spring
1900 Simler Ave.
Big Spring, TX
79720-7799
432-263-6699
Fax: 432-268-6867

Staff: 240

Security Level: Low with adjacent Minimum Camp/Male
Judicial District: Northern Texas
Population: FCI: 1,618  Camp: 176

Location: Midway between Dallas and El Paso, on the southwest edge of Big Spring, at the intersection of Interstate 20 and U.S. Hwy 80. The area is served by Midland/Odessa Airport, a small municipal airport, and commercial bus lines.



*Northeast Region*

## MDC
## Brooklyn
P.O. Box 329001
Brooklyn, NY 11232
Phone: 718-840-4200
Fax: 718-840-5001

Staff: 502

Security Level: Administrative/ Male, Female
Judicial District: Eastern New York
Population: 2,466

Location: In the Sunset Park section of Brooklyn, one of the five boroughs of New York City. The area is served by LaGuardia, Kennedy, and Newark Airports; Amtrak (Pennsylvania Station); and commercial bus lines (42nd Street Port Authority).



*South Central Region*

## FPC Bryan
P.O. Box 2197
1100 Ursuline
Bryan, TX 77805-2197
979-823-1879
Fax: 979-775-5681

Staff: 123

Security Level: Minimum/Female
Judicial District: Southern Texas
Population: 900

Location: 95 miles northwest of Houston and 165 miles south of Dallas, in the town of Bryan at the intersection of Ursuline Ave. and 23rd St. The area is served by Easterwood Airport in College Station, and by commercial bus lines.



*Mid-Atlantic Region*

## FCC Butner
Old NC Hwy 75
P.O. Box 1600
Butner, NC 27509
919-575-3900
Fax: 919-575-4801

FCC Staff: 1136

FCC Security Levels: Low, Medium with adjacent Minimum Camp, Administrative/Male
Judicial District: Eastern North Carolina
Population: 3,556

Location: Near the Research Triangle area of Durham, Raleigh, and Chapel Hill; 5 miles off Interstate 85 on old Hwy 75. The area is served by the Raleigh-Durham Airport, Amtrak, and commercial bus lines.



*Northeast Region*

## USP Canaan
P.O. Box 400
Waymart, PA 18472
570-488-8000
Fax: 570-488-8130

Staff: 339

Security Level: High with adjacent Minimum Camp/Male
Judicial District: Middle Pennsylvania
Population: USP: 1,502  Camp: 155

Location: In the most northeastern county in Pennsylvania, 20 miles east of Scranton, and 134 miles north of Philadelphia

**Government Exhibit 2**
**Page 2 of 4**



*Southeast Region*

### FCI Jesup

2600 Hwy 301 S
Jesup, GA 31599
912-427-0870
Fax: 912-427-1125

Staff: 330

Security Level: Medium with satellite Low Facility and adjacent Minimum Camp/Male
Judicial District: Southern Georgia
Population: FCI: 946  FSL: 592  Camp: 155

Location: In southeast Georgia on Route 301, 65 miles southwest of Savannah, 40 miles northwest of Brunswick, and 105 miles northwest of Jacksonville, FL. The area is served by airports in Jacksonville, Savannah, and Brunswick, and by Amtrak.



*South Central Region*

### FCI La Tuna

P.O. Box 1000
8500 Doniphan
Anthony, NM-TX 88021
915-886-6600
Fax: 915-886-6628

Staff: 346

Security Level: Low with satellite Low Facility and adjacent Minimum Camp/Male
Judicial District: Western Texas
Population: FCI: 1,049  FSL: 454  Camp: 231

Location: On the Texas and New Mexico border, 12 miles north of the city limits of El Paso, off Interstate 10, on State Hwy 20. The area is served by El Paso International Airport, Amtrak, and commercial bus lines.



*North Central Region*

### USP Leavenworth

P.O. Box 1000
Leavenworth, KS 66048
913-682-8700
Fax: 913-578-1010

Staff: 403

Security Level: Medium with adjacent Minimum Camp/Male
Judicial District: Kansas
Population: USP: 1,775  Camp: 474

Location: 25 miles north of Kansas City on Hwy 73. The area is served by Kansas City International Airport (15 miles from the facility).



*Mid-Atlantic Region*

### USP Lee

P.O. Box 900
Jonesville, VA 24263-0900
276-546-0150
Fax: 276-546-9116

Staff: 366

Security Level: High with adjacent Minimum Camp/Male
Judicial District: Western Virginia
Population: USP: 1,462  Camp: 140

Location: 8 miles east of Jonesville, off of U.S. 58 at the intersection of State Route 638. The area is served by the Tri-Cities Regional Airport in the Kingsport, Bristol, Johnson City, TN area.



*Northeast Region*

### USP Lewisburg

2400 Robert F. Miller Dr.
Lewisburg, PA 17837
570-523-1251
Fax: 570-522-7745

Staff: 505

Security Level: High with adjacent Minimum Camp/Male
Judicial District: Middle Pennsylvania
Population: USP: 1,489  Camp: 664

Location: In central Pennsylvania, outside the town of Lewisburg, 200 miles north of Washington, DC, 170 miles west of Philadelphia, 6 miles south of Interstate 80, and 2 miles off U.S. Route 15. The area is served by Williamsport Airport.

**Government Exhibit 2**
**Page 3 of 4**



*North Central Region*

### FCI Pekin

P.O. Box 7000
Pekin, IL 61555-7000
309-346-8588
Fax: 309-477-4685

Staff: 272

Security Level: Medium/Male with adjacent Minimum Camp/Female
Judicial District: Central Illinois
Population: FCI: 1,023  Camp: 289

Location: Located on Route 29 South in Pekin, approximately 10 miles south of Peoria, 170 miles southwest of Chicago, and 170 miles northeast of St. Louis. The area is served by the Greater Peoria Regional Airport, Amtrak, and commercial bus service to Peoria.



*Southeast Region*

### FPC Pensacola

110 Raby Ave.
Pensacola, FL
32509-5127
850-457-1911
Fax: 850-458-7295
Staff: 100

Security Level: Minimum/Male
Judicial District: Northern Florida
Population: 679

Location: 175 miles west of Tallahassee and 50 miles east of Mobile, AL, on Saufley Field, off Interstate 10. The area is served by Pensacola Municipal Airport, Amtrak, and commercial bus lines.



*Mid-Atlantic Region*

### FCC Petersburg

P.O. Box 90042
Petersburg, VA 23804
804-504-7200
Fax: 804-504-7204

FCC Staff: 562

FCC Security Levels: Medium, Low with adjacent Minimum Camp/Male
Judicial District: Eastern Virginia
Population: 3,299

Location: 25 miles southeast of Richmond. From Interstate 95, take Exit 54 (Temple Ave./Hwy 144), proceed east approximately 3 miles, then turn left on River Rd. The area is served by airports in Petersburg and Richmond, Amtrak, and commercial bus lines.



*Northeast Region*

### FDC Philadelphia

P.O. Box 572
Philadelphia, PA 19106
215-521-4000
Fax: 215-521-7220

Staff: 260

Security Level: Administrative/Male, Female
Judicial District: Eastern Pennsylvania
Population: 1,173

Location: In downtown Philadelphia. The area is served by Philadelphia International Airport, Amtrak, and commerical bus lines.



*Western Region*

### FCI Phoenix

37900 N 45th Ave.
Phoenix, AZ 85086
623-465-9757
Fax: 623-465-5199

Staff: 299

Security Level: Medium/Male with adjacent Minimum Camp/Female
Judicial District: Arizona
Population: FCI: 988  Camp: 301

Location: 30 miles north of downtown Phoenix, off Interstate 17, Pioneer Rd. exit. The area is served by Phoenix Sky Harbor International Airport, several regional airports, Amtrak (in Tucson), and commercial bus lines.

**Government Exhibit 2**
**Page 4 of 4**