UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :   Criminal No. 4:CR-96-0239

                      :

        v.                 :   (Judge Slomsky)

                      :

 DAVID PAUL HAMMER         :   **ELECTRONICALLY FILED**

**DOCUMENT IN SUPPORT OF
UNITED STATES' BRIEF IN OPPOSITION
TO DEFENDANT'S MOTION FOR AN ORDER
DIRECTING THE MARSHAL'S SERVICE TO TRANSPORT
MR. HAMMER TO AND HOUSE HIM AT THE
FEDERAL DETENTION CENTER IN THE EASTERN
DISTRICT OF PENNSYLVANIA UNTIL THE COMPLETION
OF HIS RE-SENTENCING HEARING IN ORDER TO PROVIDE
COUNSEL SUFFICIENT ACCESS TO MR. HAMMER TO PREPARE
FOR THE RE-SENTENCING AND TO PERMIT MR. HAMMER TO APPEAR
<u>IN PERSON AT PRE-TRIAL HEARINGS</u>**

COMES NOW, the United States by Peter J. Smith, United States Attorney for the Middle District of Pennsylvania and states as follows:

1.  On July 22, 2011, defense counsel filed a motion and supporting brief requesting the above-stated relief.

2.  The United States filed an opposition on August 11, 2011. In that pleading at page 2 and in argument, the prosecution relied upon a statement from the Bureau of Prisons which is attached hereto (Government Exhibit 3).  Despite the best efforts of the undersigned to more promptly file the Bureau of Prisons' position, this document, which represents the view of that agency, the real party or agency in interest in this matter, was not available earlier since consultation was needed between individuals at the Metropolitan

1

Detention Center in Philadelphia, Pennsylvania, where defendant seeks to be housed, and those at the SCU, Terre Haute, Indiana, where he presently is housed.  Consequently, Government Exhibit 3 is presented at this time in accordance with Local Rules 7.3 and 7.6.

WHEREFORE, for the reasons previously stated, the United States respectfully requests that this Court deny defendant's request for relief.

Respectfully submitted,

PETER J. SMITH
United States Attorney


By___S/Frederick E. Martin___
FREDERICK E. MARTIN
Assistant United States Attorney
PA ID 57455
Herman T. Schneebeli Federal Bldg.
240 West Third Street, Suite 316
Williamsport, PA 17701-6465
Tele: (570) 326-1935
FAX: (570) 326-7916
Electronic Mail:
Fred.Martin@usdoj.gov

Steven D. Mellin
Trial Attorney For the
Capital Case Unit
Texas ID 13920380
1331 F Street, N.W.
Washington, D.C. 20530
Tele: 202-514-1224
Electronic Mail:
Steve.Mellin2@usdoj.gov

Dated: August_18__, 2011

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :   Criminal No. 4:CR-96-0239
                 : 
       v.                :   (Judge Slomsky)
                 : 
DAVID PAUL HAMMER        :   **ELECTRONICALLY FILED**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true and correct copy of the foregoing

**DOCUMENT IN SUPPORT OF UNITED STATES' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR AN ORDER DIRECTING THE MARSHAL'S SERVICE TO TRANSPORT MR. HAMMER TO AND HOUSE HIM AT THE FEDERAL DETENTION CENTER IN THE EASTERN DISTRICT OF PENNSYLVANIA UNTIL THE COMPLETION OF HIS RE-SENTENCING HEARING IN ORDER TO PROVIDE COUNSEL SUFFICIENT ACCESS TO MR. HAMMER TO PREPARE FOR THE RE-SENTENCING AND TO PERMIT MR. HAMMER TO APPEAR IN PERSON AT PRE-TRIAL HEARINGS**

to be electronically mailed on   <u>August 18</u>  , 2011, to:

ADDRESSEES:     Ronald C. Travis, Esquire
                rtravis@riederstravis.com

                Michael Wiseman, Esquire
                Michael_Wiseman@fd.org

                James J. McHugh, Jr., Esquire
                James_McHugh@fd.org

                James Moreno, Esquire
                James_Moreno@fd.org

                Anne Saunders, Esquire
                Anne_Saunders@fd.org

                     <u>S/Frederick E. Martin</u>
                     FREDERICK E. MARTIN
                     Assistant United States Attorney