UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :    Criminal No. 4:CR-96-0239

                 : 

           v.              :    (Judge Slomsky)

                 :

DAVID PAUL HAMMER          :

AFFIDAVIT OF BRUCE BLACKMON

I, Bruce Blackmon, being first duly cautioned and sworn, hereby state as follows:

1.    I am an Associate Warden employed by the United States Department of Justice, Federal Bureau of Prisons (BOP), assigned to the Federal Detention Center in Philadelphia, Pennsylvania (FDC Philadelphia). I began employment with the BOP in 1990, and have been assigned to FDC Philadelphia since April 2006.

2.    I base this affidavit upon my personal knowledge except as to those matters herein which are based upon information and belief, and as to those matters I believe them to be true. The basis for my belief as to those matters not stated upon my knowledge is information produced by the BOP.

3.    As an Associate Warden, I serve as a deputy to the Warden. I am responsible for exercising control and supervision of the Correctional Services, Correctional Systems, Education, Psychology, Religious Services, and Unit Management departments. In this capacity, I plan, organize, supervise, and evaluate

1

Government Exhibit 3
Page 1 of 4

these departments to ensure they provide programs and services designed to meet FDC Philadelphia's mission.

4.    I provide oversight of Correctional Services which contains all of FDC Philadelphia's custodial staff responsible for the overall safety and security of the institution, staff and inmates.

5.    I make this affidavit in support of the United States' Brief in Opposition to Defendant's Motion for an Order Directing the Marshals Service to Transport Mr. Hammer to and House Him at the Federal Detention Center In the Eastern District of Pennsylvania Until the Completion of His Re-Sentencing Hearing in Order to Provide Counsel Sufficient Access to Mr. Hammer to Prepare for the Re-Sentencing and to Permit Mr. Hammer to Appear In Person at Pre-Trial Hearings.

6.    Inmate David Hammer, Federal Register No. 24507-077, is currently housed at the United States Penitentiary (USP) in Terre Haute, Indiana, within its Special Confinement Unit (SCU).

7.    Upon information and belief, the SCU is a separate, high security, self-contained housing unit within USP Terre Haute that houses maximum custody sentenced inmates in single occupancy cells. Maximum custody is the highest custody level that can be assigned to an inmate.

8.    Upon information and belief, the SCU is the only facility of its type in the Bureau of Prisons, although there

2

**Government Exhibit 3**
**Page 2 of 4**

are many other United States Penitentiaries. The SCU is designed to house inmates who have been convicted and sentenced to death and require an uncommon level of security due to their serious records of institutional misconduct, involvement in violent or escape-related behavior, or due to the nature of their offense. The SCU's unique security and control procedures implemented to control these inmates are designed to enhance the safety of staff, inmates, visitors, and the public.

9.    FDC Philadelphia is an administrative level institution designed to house pretrial inmates for the United States District Courts for the Eastern District of Pennsylvania, the District of New Jersey and the District of Delaware. As an administrative level facility, FDC Philadelphia houses pretrial inmates of varying security levels.

10.    FDC Philadelphia's Special Housing Unit (SHU) is a secure housing unit designed to house, in two-person cells, inmates who commit disciplinary infractions while housed in the general inmate population; inmates who are transferring from one BOP institution to another; inmates who have to be housed separately from other inmates within the institution; and inmates who are awaiting admission into the Witness Security program.

11.    Although the SHU is a secure housing unit, it was not designed to function like the SCU and provide a heightened level

**Government Exhibit 3**
**Page 3 of 4**

of security for inmates, like inmate Hammer, over an extended

period of time.

I declare that the foregoing declaration is true and correct to
the best of my knowledge and belief, and is given under penalty
of perjury pursuant to 28 U.S.C. § 1746.

_____          8.18.11
BRUCE BLACKMON                  DATE

4