IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | Capital Case |
| v. | : | |
| | : | (Judge Slomsky) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | (Electronically filed) |

**DEFENDANT HAMMER'S EXHIBIT IN SUPPORT OF REPLY BRIEF
WITH RESPECT TO MOTION TO DISQUALIFY COUNSEL AND
PRECLUDE ADMISSION OF EVIDENCE**

AND NOW comes David Paul Hammer, via counsel, and files the within

Exhibit and states as follows:

1.     In keeping with Middle District Local Rule 7.7, Mr. Hammer filed a

Reply Brief electronically on August 12, 2011.

2.     Prior to submission of the Brief, counsel had received information

from Mr. Hammer concerning a BP8 which he had filed concerning the visit to his

cell, and the official response from the BOP (Pages 4 & 15 of Reply Brief).

3.     The submitted BP8 and the official response have now been received

by counsel for Mr. Hammer.

4.    The BP8, including the official response, are herein submitted to the

Court for consideration in conjunction with the pending Motion.

Respectfully submitted,

/s/ Ronald C. Travis, Esquire
Ronald C. Travis, Esquire
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

/s/ Anne Saunders, Esquire
Anne Saunders, Esquire
Assistant Federal Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Ste. 300
Harrisburg, PA  17101
(717) 782-3843 (telephone)
(717) 782-3966 (facsimile)
Anne_Saunders@fd.org

/s/ Michael Wiseman, Esquire
Michael Wiseman, Esquire
James McHugh, Esquire
James Moreno, Esquire
Federal Community Defender
Eastern District of Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA  19106
(215) 928-1100 (telephone)
(215) 928-0826 (facsimile)
Michael_Wiseman@fd.org
James_McHugh@fd.org
James_Moreno@fd.org

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | (Judge Slomsky) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | (Electronically Filed) |

## CERTIFICATE OF SERVICE

AND NOW, comes Ronald C. Travis, Esquire, attorney for Defendant Hammer, and certifies that a copy of the foregoing Defendant Hammer's Exhibit in Support of Reply Brief with Respect to Motion to Disqualify Counsel and Preclude Admission of Evidence has been served upon AUSA Frederick Martin, 240 West Third Street, Suite 316, Williamsport, PA 17701, via electronically filing, this 23rd day of August, 2011.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
    WATERS & WAFFENSCHMIDT
/s/ Ronald C. Travis, Esquire

Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#:  08819
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com