193

Attachment 1
THX-1330.13J

## FEDERAL CORRECTIONAL COMPLEX
## TERRE HAUTE, INDIANA
## INFORMAL RESOLUTION FORM

Inmate Name: _David Hammer_   Reg. No. _24507-077_
Unit: _SCU, C-404_

**NOTICE TO INMATE:** You are advised normally prior to filing a Request for Administrative Remedy, BP-2999(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1.   State your complaint: _on 7/13/11 while I was on a legal visit SCU case manager Todd Royer brought Do5 coast case unit attorney Will Mellin and assistant U.S. attorney Frederick E. Martin to my cell C-404 my cell door was_ _continued on next page_

(If more space is needed, you may use up to one letter size (8 ½ x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to the BP-229(13) responses.))

2.   State what actions you have made to informally resolve your complaint: _I spoke with FCC Terre Haute Warden Charles Lockett. SCU unit manager Michael Alstead and unit officers_

3.   State what resolution you expect: _All appropriate relief/action_

Inmate's Signature: _David Hammer_   Date: _7/13/11_

Correctional Counselor's Comments (Steps to Resolve): _The Attorney's Are Federal Government Employees. They were Escorted to All ranges on the upper floor and did not stop at your cell for any reasons other than walking the range._

Counselor' Signature: _____   Date: _7/18/11_
Unit Manager's Review: _____   Date:
Informally Resolved: _____   Date:

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|---|---|---|---|---|
| DATE | | | | |
| TIME | | | | |
| COUNSELOR | | | | |

EXHIBIT 1
TL
Reply Brief

Informal Resolution continued
Hammer, David #24507077, SCU-C-404    7/13/11

open, and according to inmates in the surrounding cells; Royer, mellin and martin were in and at my cell door entrance, conversing about my cell, and things visible in my cell.

There is absolutely no reason for the government prosecutors in my capital case to be in or around my cell. My own attorneys and/or legal team members are not allowed to roam the SCU or come to my cell.

I have no idea who approved the prosecutors' access to my cell, and who arranged for them to have that access during a time when I was at a legal visit in reference to my capital case re-hearing.

Respectfully submitted,
David Hammer