# EXHIBIT A

# Prison Types & General Information

The Bureau operates institutions at five different security levels in order to confine offenders in an appropriate manner. Security levels are based on such features as the presence of external patrols, towers, security barriers, or detection devices; the type of housing within the institution; internal security features; and the staff-to-inmate ratio. Each facility is designated as either minimum, low, medium, high, or administrative. Institutions may undergo institution population changes to accommodate the agency's bed space capacity, security level, and population management needs.

## Minimum Security

Minimum security institutions, also known as Federal Prison Camps (**FPCs**), have dormitory housing, a relatively low staff-to-inmate ratio, and limited or no perimeter fencing. These institutions are work- and program-oriented; and many are located adjacent to larger institutions or on military bases, where inmates help serve the labor needs of the larger institution or base.

## Low Security

Low security Federal Correctional Institutions (**FCIs**) have double-fenced perimeters, mostly dormitory or cubicle housing, and strong work and program components. The staff-to-inmate ratio in these institutions is higher than in minimum security facilities.

## Medium Security



**FCI Bastrop**

Medium security **FCIs (and USPs designated to house medium security inmates)** have strengthened perimeters (often double fences with electronic detection systems), mostly cell-type housing, a wide variety of work and treatment programs, an even higher staff-to-inmate ratio than low security FCIs, and even greater internal controls.

## High Security

High security institutions, also known as United States Penitentiaries (**USPs**), have highly secured perimeters (featuring walls or reinforced fences), multiple- and single-occupant cell housing, the highest staff-to-inmate ratio, and close control of inmate movement.

## Correctional Complexes



**USP Lewisburg**

A number of BOP institutions belong to Federal Correctional Complexes (**FCCs**). At FCCs, institutions with different missions and security levels are located in close proximity to one another. FCCs increase efficiency through the sharing of services, enable staff to gain experience at institutions of many security levels, and enhance emergency preparedness by having additional resources within close proximity.

## Administrative

Case 4:96-cr-00289-JHS   Document 1398-1    Filed 08/24/11    Page 3 of 3



**MCC Chicago**

Administrative facilities are institutions with special missions, such as the detention of pretrial offenders; the treatment of inmates with serious or chronic medical problems; or the containment of extremely dangerous, violent, or escape-prone inmates. Administrative facilities include Metropolitan Correctional Centers (**MCCs**), Metropolitan Detention Centers (**MDCs**), Federal Detention Centers (**FDCs**), and Federal Medical Centers (**FMCs**), as well as the Federal Transfer Center (**FTC**), the Medical Center for Federal Prisoners (**MCFP**), and the Administrative-Maximum (**ADX**) U.S. Penitentiary. Administrative facilities, except the ADX, are capable of holding inmates in all security categories.

## Satellite Camps

A number of BOP institutions have a small, minimum security camp adjacent to the main facility. These camps, often referred to as satellite camps, provide inmate labor to the main institution and to off-site work programs. FCI Memphis has a non-adjacent camp that serves similar needs.

## Satellite Low Security

FCI Elkton and FCI Jesup each have a small, low security satellite facility adjacent to the main institution. FCI La Tuna has a low security facility affiliated with, but not adjacent to, the main institution.