IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| | : | NO. 96-239 |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 2nd day of September 2011, it is ORDERED that the Clerk of Court shall file the attached letter UNDER SEAL.

BY THE COURT:

*Joel Slomsky*

JOEL H. SLOMSKY, J.