UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

_____
                                               :
UNITED STATES OF AMERICA,        :            No. 4:96-CR-239
                                               :
                    v.                         :        Honorable Joel H. Slomsky
                                               :
DAVID PAUL HAMMER,               :             Capital Case
                                               :
             Defendant.          :
_____:

### NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned has left the employ of the Federal Community Defender for the Eastern District of Pennsylvania, and accordingly withdraws his appearance as co-counsel for Defendant in the above captioned matter.

Respectfully Submitted

/s/ Michael Wiseman


_____
Michael Wiseman
Post Office Box 120
Swarthmore, PA 19081
215-450-0903
Wiseman_Law@Comcast.Net


Dated:        Philadelphia, PA
              September 17, 2011

## Certificate of Service

I, Michael Wiseman, hereby certify that I served the foregoing upon counsel for the United States by filing the same with this Court's ECF filing system.

/s/ Michael Wiseman

_____

Michael Wiseman