IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| | : | NO. 96-239 |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 23rd day of September 2011, upon consideration of the fact that

the United States has filed a Brief in Opposition to Defendants Motion for Transfer (Doc. No.

1392), it is **ORDERED** that Defendant's Motion to Apply Local Rule 7.6 to Defendant's

Transfer Motion (Doc. No. 1391) is DENIED as MOOT .

BY THE COURT:

JOEL H. SLOMSKY, J.