IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,         CRIMINAL ACTION

                                  NO. 96-239

     v.

DAVID PAUL HAMMER,

      Defendant.

## ORDER

AND NOW, this 30th day of September 2011, upon consideration of Defendant's

Motion for Transfer and Brief in support thereof (Doc. Nos. 1384 and 1385), the United States'

Brief in Opposition to Defendant's Motion (Doc. No. 1392), and Defendant's Reply Brief (Doc.

No. 1398), it is ORDERED that Defendant's Motion for Transfer (Doc. No. 1384) is DENIED

as MOOT.[1]

BY THE COURT:

JOEL H. SLOMSKY, J.

_____

[1]    On September 30, 2011, the Court spoke with counsel at the United States Bureau of Prisons and requested that Defendant Hammer be transferred to an institution in Pennsylvania. The Court was informed that such a transfer would take approximately four weeks. The Court will be scheduling a hearing on several pretrial motions in January 2012, and will require that the Bureau of Prisons make arrangements to have Mr. Hammer present in person in court for the hearing. This arrangement should afford defense counsel sufficient opportunity to consult with Mr. Hammer prior to all court proceedings.