IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

Defendant.

CRIMINAL ACTION

NO, 96-239

ORDER

AND NOW, this 30th day of September 2011, it is ORDERED that a hearing shall be held on January 19, 2012 at 1:30 p.m. in Courtroom 5C, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106, on Defendant's Motion to Preclude Evidence (Doc. No. 1380) and Defendant's Motion for Hybrid Representation (Doc. No. 1382).

BY THE COURT:

JOEL H. SLOMSKY, J.