**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Criminal No. 4:CR–96-239 |
| | : Judge Slomsky |
| v. | : |
| | : Electronically Filed |
| DAVID PAUL HAMMER, | : |
| | : |
| Defendant. | : |
| | : |
| | : |

## <u>ORDER</u>

AND NOW, this        day of                    , 2011, Defendant David

Paul Hammer's Motion for Discovery Pursuant to Federal Rules of Criminal

Procedure 12(b)(3)(E) and 16 is hereby **GRANTED**.

_____
THE HONORABLE JOEL H. SLOMSKY
United States District Court Judge