EXHIBIT "A"

# Hammer 302s & Statements

| Date | Subject Interviewed | Author | # of Pages |
|---|---|---|---|
| 06/03/92* | David Paul Hammer | SA Anthony S. Malocu | 9 |
| 02/26/93 | SA Francis J. Schulte, Jr. | SA Francis J. Schulte, Jr. | 1 |
| 04/13/96 | Leonard Yager (Inmate) | SA Carlyle R. Thompson | 2 |
| 04/13/96* | Leonard Yager (Inmate) | SA Carlyle R. Thompson | 1 |
| 04/13/96 | Lieutenant Ron Jury | SA Carlyle R. Thompson | 1 |
| 04/13/96 | Stephen J. Classen (Inmate) | SA Carlyle R. Thompson | 2 |
| 04/13/96* | Stephen J. Classen (Inmate) | SA Carlyle R. Thompson | 1 |
| 04/16/96 | SIS Mark Traxler | SA Anthony S. Malocu | 2 |
| 04/17/96 | SIS Mark Traxler | SA Anthony S. Malocu | 1 |
| 04/17/96 | Leonard Yager (Inmate) | SA Anthony S. Malocu | 2 |
| 04/17/96 | | G.A. Fleck, Special Investigative Support Technician | 1 |
| 04/17/96 | Chester Drew Larimore (Inmate) | SA Anthony S. Malocu | 2 |
| 04/19/96 | Kenneth Brown (Inmate) | SA Anthony S. Malocu | 2 |
| 04/19/96 | Robert Williams, Jr. (Inmate) | SA Anthony S. Malocu | 2 |
| 04/22/96 | | Ronald L. Jury, Special Investigative Agent | 1 |
| 04/24/96 | Ronnie G. Wiggins (Inmate) | SA Anthony S. Malocu | 1 |
| 05/24/96 | Lou Keel, ADA - Oklahoma County, OK | SA Anthony S. Malocu | 1 |
| 06/26/96 | Gaylon Don Ball (Inmate) | SA Anthony S. Malocu | 2 |
| 06/26/96* | Gaylon Don Ball (Inmate) | SA Anthony S. Malocu | 1 |
| 06/26/96 | Aldrich Hazen Ames (Inmate) | SA Anthony S. Malocu | 1 |
| 06/26/96 | Anthony Battiste (Inmate) | SA Anthony S. Malocu | 2 |
| 06/26/96 | Jose Antonio Chevaco (Inmate) | SA Anthony S. Malocu | 1 |

| Date | Subject Interviewed | Author | # of Pages |
|---|---|---|---|
| 06/26/96 | Charles Mason Whitley (Inmate) | SA Anthony S. Malocu | 2 |
| 07/29/96 | Matthew Paul Darby (Inmate) | SA Anthony S. Malocu | 3 |
| 08/27/96 | Martin R. Guerrero, Jr. (Inmate) | SA Dennis L. Conway | 1 |
| 08/27/96 | John Darco (Inmate) | SA Dennis L. Conway | 1 |
| 09/19/96 | Paticia & Robert Marti | SA Anthony S. Malocu | 2 |
| 09/26/96 | Pat Marti | SA Anthony S. Malocu | 1 |
| 10/09/96 | Jeremy Shire (DJ on radio) | SA Anthony S. Malocu | 1 |
| 12/05/96 | James Roy Hauser (Inmate) | SA Anthony S. Malocu | 3 |
| 12/06/96 | Albert Ray Johnson, Jr. (Inmate) | SA Garry R. Harmon | 4 |
| 12/23/96 | Lou Keel, ADA - Oklahoma County, OK | SA Anthony S. Malocu | 1 |
| 08/19/97 | Lou Keel, ADA - Oklahoma County, OK | SA Anthony S. Malocu | 2 |
| 04/20/98 | Tony Robert Jones (Inmate) | SA Anthony S. Malocu | 3 |
| 04/20/98 | Tony Robert Jones (Inmate) | SA Anthony S. Malocu | 1 |
| 05/04/98 | Tony Robert Jones (Inmate) | SA Anthony S. Malocu | 2 |
| 05/04/98 | Michael Scott Marti | SA Anthony S. Malocu | 1 |
| 05/06/98 | Stephen J. Classen (Inmate) | SA Anthony S. Malocu | 5 |
| 05/19/98 | Billy Joe Webb (Inmate) | SA Anthony S. Malocu & Keith J. Cutri | 2 |
| 05/19/98 | Michael Dale Smith (Inmate) | SA Anthony S. Malocu & Keith J. Cutri | 4 |
| 05/20/98 | Mark Jordan (Inmate) | SA Anthony S. Malocu | 2 |
| 05/20/98 | Gary Eugene McLaughlin, Jr. (Inmate) | SA Anthony S. Malocu | 3 |
| 05/27/98 | Royce Lee Fowler (Inmate) | SA Anthony S. Malocu | 5 |
| 05/27/98 | Albert Ray Johnson, Jr. (Inmate) | SA Anthony S. Malocu | 4 |

| Date | Subject Interviewed | Author | # of Pages |
|---|---|---|---|
| 06/02/98 | Ricky Yandle (Inmate) | SA Anthony S. Malocu | 4 |
| 04/13/96 | David Hammer | SA Carlyle R. Thompson | 8 |
| 09/23/96 | | SA Anthony Maluco | 2 |
| 12/21/89 | | SA Thomas Woodby | 1 |
| 11/09/89 | | SAs Thomas Woodby, James Elliot Jr. | 2 |
| 09/26/95 | | SA MichaelHahn | 2 |
| 11/16/95 | | SAs Anthony Maluco, Michael Hahn | 4 |
| 04/13/96 | | M. Chaudri | 2 |
| 04/13/96 | | Thomas Abraham | 1 |
| 04/13/96 | | Jack Luhrman | 1 |
| 04/13/96 | | K. Bonshock | 1 |
| 04/13/96 | | C. Hufnagle | 1 |
| 04/13/96 | | S. Jones | 1 |
| 04/13/96 | | T. Devane | 2 |
| 04/27/96 | | Dana Temple | 1 |
| 04/24/96 | | B. Peiffer | 1 |
| 04/23/96 | | T. Matthews | 1 |
| 04/18/96 | | Timothy Frontino | 1 |
| 04/13/96 | | N. Weaver | 2 |
| 03/19/95 | | R.S. Truchsess | 2 |
| 03/19/95 | | Matevousian | 1 |
| | | Johnny Morrison | 1 |
| 03/19/95 | | K.L. White | 1 |
| 03/19/95 | | Paul M. Smith | 1 |
| 03/19/95 | | A. Groover | 1 |
| 03/19/95 | | J. Cox | 1 |
| 03/19/95 | | J. Brooks | 1 |

* Handwritten Notes
Shading and Red font indicates 302 is not to be turned over to DPH per Judge Muir