# EXHIBIT 5

Case 1:11-cr-00056-JLK   Document 101-5   Filed 06/01/11   USDC Colorado   Page 3 of 23

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA　　　　　:

　　　　　v.　　　　　　　　　　　　:　　　No. 4:CR-01-277

MICHAEL J. O'DRISCOLL　　　　　　:　　　(Judge Muir)

### SPECIAL FINDINGS REGARDING THE PUNISHMENT TO BE IMPOSED UPON MICHAEL J. O'DRISCOLL FOR THE KILLING OF ROBERT FRANKHOUSER



Revision of February 26, 2003, at 4:55 p.m.

I.    PART ONE - INTENT FACTOR

Does the jury unanimously find that the government has established beyond a reasonable

doubt that Michael J. O'Driscoll intentionally killed Robert Frankhouser?

Yes    ✓              No    _____

Signature of Jurors:

_____                    _____
Thomas Gray, Jr.                           Charles Borden

_____                    _____
Ronald A. Demmien                          Carol Kreisher

_____                    _____
Deborah A. Torok                           Edgar Post

_____                    _____
Kevin Darling                              Paula Deeter

_____                    _____
Theodore Thompson                          Marvin Bilger

_____
James Powell

_____
Barbara Buck

DATE: __2/27____, 2003

Instructions:

If you are unable to reach a unanimous agreement after thorough consideration of the

evidence the foreperson should check "NO" and the jury should return to the courtroom. If the

jury unanimously answers "NO" to the above question, each juror should sign on the appropriate

line above and the jury should return to the courtroom. If the jury unanimously answers "YES"

to the above question, each juror should sign on the appropriate line above and the jury should

2

proceed to Part Two of this form.

3

II.   PART TWO - STATUTORY AGGRAVATING FACTORS

1.   Does the jury unanimously find beyond a reasonable doubt that Mr. O'Driscoll

has previously been convicted of State or Federal offenses punishable by a term

of imprisonment for more than one year, involving the use or attempted or

threatened use of a firearm?

Yes   ✓                       No   ___

Signature of Jurors:

_____          _____
Thomas Gray, Jr.                      Charles Borden

_____          _____
Ronald A. Demmien                     Carol Kreisher

_____          _____
Deborah A. Torok                      Edgar Post

_____          _____
Kevin Darling                         Paula Deeter

_____          _____
Theodore Thompson                     Marvin Bilger

_____
James Powell

_____
Barbara Buck

DATE:   2/27   , 2003

Instructions:

If after thorough consideration of the evidence you are unable to reach a unanimous

4

agreement as to Question No. 1 of this Part, the foreperson should check "NO" to Question No. 1

and the jury should proceed to the next question. If the jury unanimously answers "YES" or

"NO" to Question No. 1 of this Part, each juror should sign on the appropriate line above and the

jury should proceed to the next question.

5

2.       Does the jury unanimously find beyond a reasonable doubt that Mr. O'Driscoll

murdered Robert Frankhouser after substantial planning and premeditation?

               Yes  \_\_\_\_            No    ✓ 

<u>Signatures of Jurors:</u>

_____     _____
Thomas Gray, Jr.                    Charles Borden

_____     _____
Ronald A. Demmien               Carol Kreisher

_____     _____
Deborah A. Torok                 Edgar Post

_____     _____
Kevin Darling                      Paula Deeter

_____     _____
Theodore Thompson             Marvin Bilger

_____
James Powell

_____
Barbara Buck

DATE: __3__ / __3__ / _____, 2003

<u>Instructions:</u>

If after thorough consideration of the evidence you are unable to reach a unanimous

agreement as to Question No. 2 of this Part, the foreperson should check "NO" to Question No.

2. If the jury unanimously answers "YES" or "NO" to Question No. 2 of this Part, each juror

should sign on the appropriate line above. If you have answered "YES" to either or both

6

ÞZ/60 ЭЭ⩗d          ⊥⊥Эᴚᴚᴀᙠ ⅋ ЭᴋNH∩ᴚ          0ᴇ⊢⊥9⊅⊅⊂⅃⊆     90:ᴘ⊥   ⊆00⊂/0⊥/ᴇ0

Questions numbered 1 and 2 of this Part, go to Part Three of this form. If a "NO" answer has

been inserted in both Questions numbered 1 and 2 of this Part, return to the Courtroom.

7

## III. PART THREE - NON-STATUTORY AGGRAVATING FACTOR

### PARTICIPATION IN ADDITIONAL CHARGED AND UNCHARGED MURDERS, ATTEMPTED MURDERS, OR OTHER SERIOUS ACTS OF VIOLENCE

Does the jury unanimously find that the Government has established beyond a reasonable

doubt that Michael J. O'Driscoll has participated in additional charged and uncharged murders,

attempted murders, or other serious acts of violence?

Yes    ✓                No    _____

Signatures of Jurors:

_____
Thomas Gray, Jr.

_____
Charles Borden

_____
Ronald A. Demmien

_____
Carol Kreisher

_____
Deborah A. Terek

_____
Edgar Post

_____
Kevin Darling

_____
Paula Deeter

_____
Theodore Thompson

_____
Marvin Bilger

_____
James Powell

_____
Barbara Buck

DATE:    3 / 3 / 2003

Instructions:

If the jury unanimously answers "YES" or "NO" to this question, each juror

8

should sign on the appropriate line above and the jury should proceed to Part Four of this form. However, if the jury after thorough consideration of the evidence is unable to reach a unanimous agreement with respect to the above non-statutory aggravating factor, the jurors should not sign above, the foreperson should check "NO" to the question and the jury should proceed to Part Four of this form.

## IV.  PART FOUR - NON-STATUTORY AGGRAVATING FACTOR

### FUTURE DANGEROUSNESS

Does the jury unanimously find that the Government has established beyond a

reasonable doubt that Michael J. O'Driscoll represents a continuing danger to the lives and

safety of others in the future because he is likely to commit criminal acts of violence?

Yes  ✓                    No  ____

Signatures of Jurors:

Thomas Gray, Jr.                    Charles Borden

Ronald A. Demmien                   Carol Kreisher

Deborah A. Torok                    Edgar Post

Kevin Darling                       Paula Deeter

Theodore Thompson                   Marvin Bilger

James Powell

Barbara Buck

DATE:        3 / 3 /        , 2003

Instructions:

If the jury unanimously answers "YES" or "NO" to this question, each juror should sign on

the appropriate line above and the jury should proceed to Part Five of this form.  However, if the

10

jury after thorough consideration of the evidence is unable to reach a unanimous agreement with respect to the above non-statutory aggravating factor, the jurors should not sign above, the foreperson should check "NO" to the question and the jury should proceed to Part Five of this form.

11

## V. PART FIVE - NON-STATUTORY AGGRAVATING FACTOR

### VICTIM IMPACT

Does the jury unanimously find that the Government has established beyond a reasonable

doubt that Michael J. O'Driscoll caused harm to the family of and others closely associated with

Robert Frankhouser as a result of the killing of Mr. Frankhouser?

Yes    ✓      No    ___

Signatures of Jurors:

| | |
|---|---|
| Thomas Gray, Jr. | Charles Borden |
| Ronald A. Demmien | Carol Kreisher |
| Deborah A. Torok | Edgar Post |
| Kevin Darling | Paula Deeter |
| Theodore Thompson | Marvin Bilger |
| James Powell | |
| Barbara Buck | |

DATE:    3/3/___, 2003

If the jury unanimously answers "YES" or "NO" to this question, each juror

should sign on the appropriate line above and the jury should proceed to Part Six of this form.

However, if the jury after thorough consideration of the evidence is unable to reach a unanimous

12

agreement with respect to the above non-statutory aggravating factor, the jurors should not sign

above, the foreperson should check "NO" to the question and the jury should proceed to Part Six

of this form.

13

VI.  PART SIX - MITIGATING FACTORS

<u>Instructions:</u>

For each of the following mitigating factors, answer "YES" if one or more members of the jury finds that the defendant has established the existence of the mitigating factor by a preponderance of the evidence.  If one or more jurors finds a mitigating factor the foreperson should indicate the number of jurors so finding:

1.  The Federal Bureau of Prisons is capable of fashioning conditions of confinement that will isolate and punish Mr. O'Driscoll for the murder of Robert Frankhouser.

YES __✓__          NO ____

NUMBER OF JURORS WHO SO FIND __3__

2.  If Mr. O'Driscoll is executed, his family will suffer grief and loss.

YES __✓__          NO ____

NUMBER OF JURORS WHO SO FIND __12__

3.  Despite his incarceration, Mr. O'Driscoll has tried to be a responsible father to his children.

YES ____          NO __✓__

NUMBER OF JURORS WHO SO FIND __∅__   – ( YES )

4.  Mr. O'Driscoll has apologized to the family of Robert Frankhouser for the pain he caused them.

YES __✓__          NO ____

NUMBER OF JURORS WHO SO FIND __2__

5.  Mr. O'Driscoll's early adolescence was marked by turmoil and

14

uncertainty.

YES __✓__          NO ____

NUMBER OF JURORS WHO SO FIND __2__

6.   The circumstances of the break-up of Mr. O'Driscoll's parents' marriage

left Mr. O'Driscoll emotionally crushed as a young boy.

YES __✓__          NO ____

NUMBER OF JURORS WHO SO FIND __1__

7.   As the result of being truant, Mr. O'Driscoll spent five months, at a

critical time in his life, in a brutal county training school that lacked any

professional staff or constructive programming.

YES __✓__          NO ____

NUMBER OF JURORS WHO SO FIND __3__

8.   The death of Mr. O'Driscoll's mother deeply affected him.

YES __✓__          NO ____

NUMBER OF JURORS WHO SO FIND __9__

9.   Despite the verdict in the guilt-phase, no one can be certain enough about

what happened on June 1, 1997, or in the days which lead up to it, to

impose a sentence of death.

YES ____          NO __✓__

NUMBER OF JURORS WHO SO FIND __∅__  ~  ( YES )

15

03/18/2003 14:06   5737451430          RUHNKE & BARRETT          PAGE 18/24

10. Nothing will be accomplished by executing Mr. O'Driscoll that cannot be accomplished by imprisoning him for the rest of his life.

YES ____✓____        NO _____

NUMBER OF JURORS WHO SO FIND _1_

11. Executing Mr. O'Driscoll will not assist the survivors of Mr. Frankhouser.

YES _____        NO ____✓____

NUMBER OF JURORS WHO SO FIND _____

12. Any other factor in Mr. O'Driscoll's background, record, or character or the circumstances of the offense or any other relevant factor that mitigates against the imposition of the death sentence.

YES _____        NO ____✓____

If yes, specify such factor of factors:

_____

_____

NUMBER OF JURORS WHO SO FIND _____

_____

_____

NUMBER OF JURORS WHO SO FIND _____

_____

_____

NUMBER OF JURORS WHO SO FIND _____

16

NUMBER OF JURORS WHO SO FIND _____

NUMBER OF JURORS WHO SO FIND _____

(Use back of form for additional space if needed)

Instructions:

A mitigating factor may not be considered an aggravating factor under any

circumstance. Only those aggravating factors specifically described in the

instructions may be considered as such by you in determining whether a sentence

of death is to be imposed upon Michael J. O'Driscoll. When you have completed

Part Six proceed to Part Seven.

17

VII.     PART SEVEN - SENTENCE

UNDERSTANDING

We understand that we are to consider whether the aggravating factor or factors unanimously found by us to exist sufficiently outweigh any mitigating factor or factors found to exist to justify a sentence of death, or in the absence of mitigating factors, whether the aggravating factor or factors are themselves sufficient to justify a sentence of death. We also understand that a finding with respect to a mitigating factor may be made by any one or more of the members of the jury, and any member of the jury who finds the existence of a mitigating factor may consider such factor established for purposes of his or her weighing of the aggravating factor or factors and mitigating factor or factors regardless of the number of jurors who concur that a particular mitigating factor has been established. We also understand that a jury is never required to impose a death sentence and that a sentence of death cannot be imposed except by unanimous vote.

Signatures of Jurors:

_____     _____
Thomas Gray, Jr.                        Charles Borden

_____     _____
Ronald A. Demmien                      Carol Kreisher

_____     _____
Deborah A. Torok                         Edgar Post

_____     _____
Kevin Darling                              Paula Deeter

18

03/10/2003   14:06   9737461490         RUHNKE & BARRETT               PAGE   21/24

Theodore Thompson                    Marvin Bilger

James Powell

Barbara Buck

DATE:        3/4/            , 2003


## SENTENCING DETERMINATION


We the jury unanimously recommend that the sentence be imposed on Michael J. O'Driscoll

for the murder of Robert Frankhouser be as follows:

_____ Life imprisonment without the possibility of release

_____ A sentence of death

(Check One)

Signatures of Jurors:

_____                    _____
Thomas Gray, Jr.                           Charles Borden

_____                    _____
Ronald A. Demmien                          Carol Kreisher

_____                    _____
Deborah A. Torok                           Edgar Post

_____                    _____
Kevin Darling                              Paula Deeter

_____                    _____
Theodore Thompson                          Marvin Bilger


19

_____

James Powell

_____

Barbara Buck

DATE: _____, 2003

Instructions: PROCEED TO PART VIII.

20

VIII.        PART EIGHT - CERTIFICATION

## CERTIFICATE

By signing below, each of us, individually, hereby certifies that consideration of the race,

color, religious beliefs, national origin, or sex of the defendant, Michael J. O'Driscoll, and

Robert Frankhouser was not involved in reaching our individual decisions. Each of us,

individually, further certifies that the same decision regarding a sentence for the crime in

question would have been made no matter what the race, color, religious beliefs, national origin,

or sex of Michael J. O'Driscoll or Robert Frankhouser may have been.

Signatures of Jurors:


_____        _____
Thomas Gray, Jr.                   Charles Borden


_____        _____
Ronald A. Demmien                  Carol Kreisher


_____        _____
Deborah A. Torok                   Edgar Post


_____        _____
Kevin Darling                      Paula Deeter


_____        _____
Theodore Thompson                  Marvin Bilger


_____
James Powell


_____
Barbara Buck


DATE: _____, 2003


21