**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| v. | : | Honorable Joel H. Slomsky |
| DAVID PAUL HAMMER, | : | Capital Case |
| Defendant. | : |  |

## <u>ORDER OF COURT</u>

Before the Court is Defendant David Paul Hammer's Motion to Direct the Government to Produce Exhibit 2 to the Government's Opposition, Filed "*In Camera*", and All Other Relevant "DVD Videotapes", seeking that the Court direct the Government to forthwith provide Defendant's counsel with Exhibit 2 to the Government's Opposition, filed August 3, 2011 (Doc. No. 1390-2), as well as all "DVD videotapes" of Mr. Hammer's cell and the area around his cell, recorded on and around  July 12, 2011.

Upon consideration of the Motion, the Court finds same to be meritorious and the request will be GRANTED.

AND NOW, it is hereby ORDERED, as follows:

The Government will forthwith provide Defendant's counsel with Exhibit 2 to the Government's Opposition, filed August 3, 2011 (Doc. No. 1390-2), as well as all "DVD videotapes"of Mr. Hammer's cell and the area around his cell, recorded on and around  July 12, 2011.

BY THE COURT:


_____
JOEL H. SLOMSKY, D.J.


Date: _____ ___, 2011