# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
|  | : |  |
| v. | : | Honorable Joel H. Slomsky |
|  | : |  |
| DAVID PAUL HAMMER, | : | Capital Case |
|  | : |  |
| Defendant | : |  |

### STATEMENT OF NON-CONCURRENCE

AND NOW comes David Paul Hammer, through counsel, and, pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Middle District of Pennsylvania, and respectfully states the following:

Counsel for Mr. Hammer hereby certifies that he has contacted counsel for the Government regarding this Motion.  At the time of this filing, counsel has not heard back from the Government and presumes that the Government does not concur.  Mr. Hammer has, this date, filed his Brief in Support in conformance with the Rules.

Respectfully Submitted,


/s/ RONALD C. TRAVIS                              /s/ JAMES MCHUGH
Ronald C. Travis                                 James McHugh
Rieders, Travis, Humphrey, Harris,               James Moreno
Waters & Waffenschmidt                           Federal Community Defender
161 West Third Street                            Eastern District Pennsylvania
PO Box 215                                        Suite 540 – The Curtis Center
Williamsport, PA  17703-0215                      Philadelphia, PA 19106
570-323-8711 (telephone)                          215-928-1100 (telephone)
570-323-4192 (facsimile)                          215-928-0826 (facsimile)
rtravis@riederstravis.com                         James_McHugh@fd.org
                                                  James_Moreno@fd.org

/s/ ANNE L. SAUNDERS
Anne L. Saunders
Assistant Federal Defender
Federal Public Defender
Middle District Pennsylvania
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
717-782-3843 (telephone)
717-782-3966 (facsimile)
Anne_Saunders@fd.org



Dated:        November 27, 2011