UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA    :   Criminal No. 4:96-CR-0239
                            :
          v.                :   (Judge Slomsky)
                            :
 DAVID PAUL HAMMER          :   **ELECTRONICALLY FILED**


<u>**ORDER**</u>

                           , **20**

   **THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

   The United States filed a request in accordance with various rules of federal criminal procedure for this Court to conduct a pre-trial conference.  At that proceeding, certain deadlines can be established for exchange of expert reports, discovery, witness lists, and jury selection.

   It appearing that there is a genuine need to do so and the with the general concurrence of defendant's counsel to establish some frame work so that the forthcoming capital re-sentencing hearing can be conducted in a fair and expeditious manner,

   **IT IS HEREBY ORDERED THAT** this Court on                           , will conduct a pre-trial conference to resolve necessary issues.


                              JOEL H. SLOMSKY
                              United States District Judge