IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| | : | NO. 96-239 |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 15th day of December 2011, it is **ORDERED** that a telephone conference shall be held in the above-captioned matter on <u>December 16, 2011</u> at <u>9:30 a.m.</u> The telephone conference will be held on the record. Counsel for the Government shall initiate the call to (267) 299-7340.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.