IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| | : | NO. 96-239 |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 16th day of December 2011, it is **ORDERED** that the

Government's Motion for Reconsideration of ¶ 2 of Order Dated June 13, 2011 (Doc. No. 1373)

is DENIED as MOOT.  The matter raised in the Motion for Reconsideration was resolved at or

before the June 30, 2011 hearing.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.