IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| | : | NO. 96-239 |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant. | : | |

## SCHEDULING ORDER

**AND NOW**, this 19th day of December 2011, following a status conference with all parties, it is **ORDERED** as follows:

1.      In accordance with the Memorandum and Order of this Court dated December 1, 2011 (Doc. No. 1411), the Government shall provide counsel for Defendant with the required Informational Outlines no later than **February 20, 2012.**

2.      On or before **January 30, 2012,** counsel for Defendant shall file a proposed preliminary voir dire questionnaire to be mailed to prospective jurors for preliminary screening.

3.      On or before **February 3, 2012,** Government counsel shall file any and all objections to defense counsel's proposed preliminary voir dire questionnaire to be mailed to prospective jurors for preliminary screening.

4.      On or before **February 8, 2012,** counsel for Defendant shall file a response to the Government's objections to the proposed preliminary voir dire questionnaire to be mailed to prospective juror for preliminary screening.

5.      On or before **March 1, 2012,** the parties shall make the required disclosures regarding expert witnesses in accordance with Rule 12.2 and Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure.

6.      No later than **March 20, 2012**, the parties shall file <u>joint</u> proposed jury instructions as to both phases of the penalty trial.  Each party also shall file proposed jury instructions on those issues not agreed upon by the parties in their joint submission.  Each jury instruction shall be submitted on a separate sheet of paper, double spaced, with accurate quotes from and citations to cases and pattern jury instructions where appropriate.  Jury instructions shall also be sent to Chambers on **March 20, 2012** on a floppy or compact disc in Word Perfect format.

7.      On or before **April 2, 2012**, counsel for each party shall serve upon counsel for the other party and the Court a copy of each exhibit the party expects to offer at trial, together with an index of all trial exhibits with consecutive numbers.  The exhibits shall be submitted to the Court in a three ring binder.

BY THE COURT:

JOEL H. SLOMSKY, J.