IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| | : | NO. 96-239 |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 19th day of December 2011, it is **ORDERED** that the

Government's Motion for a Pre-Trial Conference at Which to Set Disclosure and Other

Deadlines (Doc. No. 1420) is DENIED as MOOT. A status conference was held on December

16, 2011. The deadlines imposed by the Court during the status conference are set forth in the

Scheduling Order dated December 19, 2011.


BY THE COURT:


_Joel Slomsky_
JOEL H. SLOMSKY, J.