FD-36 (Rev. 8-26-82)

FBI

| TRANSMIT VIA: | PRECEDENCE: | CLASSIFICATION: |
|---|---|---|
| ☐ Teletype | ☐ Immediate | ☐ TOP SECRET |
| ☐ Facsimile | ☐ Priority | ☐ SECRET |
| ☒ AIRTEL | ☐ Routine | ☐ CONFIDENTIAL |
| | | ☐ UNCLAS E F T O |
| | | ☐ UNCLAS |

Date 2/9/87

```
TO:        DIRECTOR, FBI

FROM:      SAC, KNOXVILLE ████████████
```

DAVID PAUL HAMMER;-
ITAR - MURDER;
(OO:  KNOXVILLE)

        Re Knoxville telephone call, 1/29/87, from
SA ROBERT E. HOUSER to SA JAMES ELLIOTT, McAlester, Oklahoma
Resident Agency.

        Enclosed for Los Angeles and Oklahoma City are
two photos each of subject ████████████████████. Also
enclosed for Oklahoma City are the following:

1.  Copy of Detective RANDY MERCKS, BLOUNT COUNTY
    SHERIFF'S OFFICE, Offense Report on KENNETH B.
    KENNER, Homicide.

2.  One copy of transcribed recorded telephone
    conversation between Detective MERCKS and
    DAVID PAUL HAMMER, 12/12/86.

3.  One copy of transcribed video recorded interview
    of DAVID PAUL HAMMER by BLOUNT COUNTY SHERIFF'S
    OFFICE detectives, 12/18/86.

2 -
3 -
2 -
3 -
2 -
2 -
REH:dld
(14)
```

Approved: _____    Transmitted _____    Per _____
                                    (Number)    (Time)

Government Exhibit 2
Page 1 of 1