# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

          :      NO. 4:96-CR-00239

          :      Capital Case

      v.          :

          :      (Judge Slomsky)

DAVID PAUL HAMMER    :

          :

    Defendant      :      (Electronically Filed)

## NOTICE OF REQUEST TO WITDHRAW MOTION FOR HYBRID REPRESENTATION

AND NOW, this 22nd day of December, 2011, comes Defendant David Paul Hammer and gives notice to the Court of his desire to withdraw the Motion filed in July 2011 asking for authorization to act as co-counsel in conjunction with the preparation for and the retrial of the penalty phase.

I understand that by withdrawing the Motion the Court will take no further action on the Motion and the Court will neither entertain argument nor hold an evidentiary hearing pertaining to the Motion.

_David Paul Hammer_
DAVID PAUL HAMMER

Date: _December 22nd 2011_

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

    :    NO. 4:96-CR-00239

    :    Capital Case

    v.    :

    :    (Judge Slomsky)

DAVID PAUL HAMMER    :

    :

    Defendant    :    (Electronically Filed)

## CERTIFICATE OF SERVICE

I, DAVID PAUL HAMMER, do authorize Ronald C. Travis, Esquire, to electronically file my Notice to withdraw my Motion for Hybrid Representation together with the proposed Order, and to serve all other counsel via electronic filing.

_____
DAVID PAUL HAMMER

Date: _December 22, 2011_____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | Capital Case |
| v. | : | |
| | : | (Judge Slomsky) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | (Electronically Filed) |

## ORDER WITHDRAWING MOTION FOR HYBRID REPRESENTATION

Pending before the Court is a Motion filed by Defendant David Paul Hammer which requests the Court permit Hybrid Representation so that Mr. Hammer may function as co-counsel concerning the pending penalty phase retrial.

Defendant Hammer having advised the Court of his desire to withdraw the *pro se* Motion filed for Hybrid Representation, the Court will grant the request.

AND NOW this ___ day of December, 2011, the Court grants the request of Mr. Hammer to withdraw the *pro se* Motion for Hybrid Representation.

BY THE COURT:

_____

JOEL H. SLOMSKY, DJ