# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | Capital Case |
| v. | : | |
| | : | (Judge Slomsky) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | (Electronically Filed) |

## ORDER WITHDRAWING MOTION FOR HYBRID REPRESENTATION

Pending before the Court is a Motion filed by Defendant David Paul Hammer which requests the Court permit Hybrid Representation so that Mr. Hammer may function as co-counsel concerning the pending penalty phase retrial.

Defendant Hammer having advised the Court of his desire to withdraw the *pro se* Motion filed for Hybrid Representation, the Court will grant the request.

AND NOW this 23rd day of December, 2011, the Court grants the request of Mr. Hammer to withdraw the *pro se* Motion for Hybrid Representation.

BY THE COURT:

JOEL H. SLOMSKY, DJ