# Exhibit 1

# FEDERAL PUBLIC DEFENDER

### CAPITAL HABEAS UNIT
MIDDLE DISTRICT OF PENNSYLVANIA
100 CHESTNUT STREET, SUITE 300
HARRISBURG, PENNSYLVANIA 17101-2540
TELEPHONE: (717) 782-3843
FAX: (717) 782-3966

**FEDERAL PUBLIC DEFENDER**
JAMES V. WADE

**ASSISTANT FEDERAL DEFENDER**
ANNE L. SAUNDERS
BETH A. MUHLHAUSER
ROBERT B. DUNHAM

July 18, 2011

**VIA FACSIMILE 812-244-4791**

Charles L. Lockett
Complex Warden
FCC Terre Haute
4700 Bureau Road South
Terre Haute, IN 47802

Katherine Siereveld, Esquire
Legal Counsel
FCC Terre Haute
4700 Bureau Road South
Terre Haute, IN 47802

RE: David Paul Hammer #24507-077

Dear Sir and Madam:

It has come to counsel's attention that on July 12, 2011, Assistant United States Attorneys Martin and Mellin were provided a tour of the death row unit that included access to Mr. Hammer's cell.

In light of this information, counsel are requesting that any and all videotapes of Mr. Hammer's cell and the area surrounding his cell be preserved.

Sincerely,

Anne L. Saunders
Asst. Federal Public Defender

07/18/2011 12:50 FAX  717 782 3966        CHU                                      ☑001

```
                        ********************
                        ***  TX REPORT  ***
                        ********************


    TRANSMISSION OK

    TX/RX NO                1547
    DESTINATION TEL #       918122444791
    DESTINATION ID
    ST. TIME                07/18 12:50
    TIME USE                00'23
    PAGES SENT              2
    RESULT                 OK
```

## FEDERAL PUBLIC DEFENDER

### CAPITAL HABEAS UNIT
MIDDLE DISTRICT OF PENNSYLVANIA
100 CHESTNUT STREET, SUITE 306
HARRISBURG, PENNSYLVANIA 17101-2540
TELEPHONE: (717) 782-3843
FAX: (717) 782-3966

FEDERAL PUBLIC DEFENDER
JAMES V. WADE

ASSISTANT FEDERAL DEFENDER
ANNE L. SAUNDERS
BETH A. MUHLHAUSER

# FAX MESSAGE COVER SHEET

**DATE:**        July 18, 2011

**TO:**          Charles L. Lockett, Complex Warden

**FAX NO:**      812-244-4791

**FROM:**        Anne L. Saunders, Asst. Federal Public
                 Defender

**NUMBER OF PAGES (COVER INCLUDED):**        2

| ☐ Hard copy will follow via regular mail | ☐ Hard copy will follow via express mail | ☒ No Hard copy will follow | ☐ Call when received |
|---|---|---|---|

**REMARKS:**

Please also provide a copy of the accompanying letter to Attorney Siereveld.

**cc: Katherine Siereveld, Esquire**

07/18/2011 12:50 FAX  717 782 3966        CHU                                      ☑001

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL THE NUMBER ABOVE

# FEDERAL PUBLIC DEFENDER

## CAPITAL HABEAS UNIT
MIDDLE DISTRICT OF PENNSYLVANIA
100 CHESTNUT STREET, SUITE 306
HARRISBURG, PENNSYLVANIA 17101-2540
TELEPHONE: (717) 782-3843
FAX: (717) 782-3966

**FEDERAL PUBLIC DEFENDER**
JAMES V. WADE

**ASSISTANT FEDERAL DEFENDER**
ANNE L. SAUNDERS
BETH A. MUHLHAUSER

# FAX MESSAGE COVER SHEET

**DATE:**     July 18, 2011

**TO:**       Charles L. Lockett, Complex Warden

**FAX NO:**   812-244-4791

**FROM:**     Anne L. Saunders, Asst. Federal Public
             Defender



**NUMBER OF PAGES (COVER INCLUDED):**     2

| | Hard copy will follow via regular mail | | Hard copy will follow via express mail | X | No Hard copy will follow | | Call when received |
|---|---|---|---|---|---|---|---|

## REMARKS:

Please also provide a copy of the accompanying letter to Attorney Siereveld.

**cc: Katherine Siereveld, Esquire**

## IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL THE NUMBER ABOVE.

### CONFIDENTIALITY NOTICE:

THE DOCUMENTS ACCOMPANYING THIS FAX CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED INFORMATION. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE OF THIS FAX TRANSMISSION INFORMATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE TO ARRANGE FOR RETURN OF THE ORIGINAL DOCUMENTS TO THE SENDER.

[2002 PAM-HBG]