# Exhibit 2



**U.S. Department of Justice**

*Federal Bureau of Prisons*

---

*Federal Correctional Complex*
*Terre Haute, Indiana*

July 21, 2011

Anne L. Saunders
Assistant Federal Public Defender
100 Chestnut Street, Suite 300
Harrisburg, PA  17101-2540

RE: David Paul Hammer
Reg. No.: 24507-077

Dear Ms. Saunders:

This is in response to your letter dated July 18, 2011, regarding Department of Justice employees touring the Special Confinement Unit (SCU). Specifically, you allege these individuals accessed the cell of inmate David Paul Hammer, Reg. No. 24507-077.

A review of this situation reveals on the morning of July 12, 2011, two Department of Justice employees were provided a tour of the SCU. During this tour, these individuals were shown inmate activity areas and three of the six ranges where inmates reside. Although these individuals toured the range where inmate Hammer resides, the Department of Justice employees never entered inmate Hammer's cell.

A request to preserve the video footage for the date and time the Department of Justice employees were on inmate Hammer's range was submitted to the appropriate office.

I trust this letter addresses your concerns.

Sincerely,

Charles L. Lockett
Complex Warden

**U.S. Department of Justice**

Federal Bureau of Prisons
*Federal Correctional Complex*
*4700 Bureau Road South*
*Terre Haute, IN 47802*

Official Business



U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300

02 1A          $ 00.44⁰
0004206040     JUL 27 2011
MAILED FROM ZIP CODE 47802



RECEIVED
AUG 0 1 2011
BY:

17101+2517          |ₐₗₗₗₗₗ|ₗₗₗₗₗₗₗₗₗ|ₗₗₗₗₗₗₗₗ|