IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| | : | NO. 96-239 |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 27th day of December 2011, upon consideration of Defendant's Motion

to Preclude the Government From Admitting Evidence Obtained During Assistant United States

Attorneys Mellin's and Martin's Recent Illegitimate and Unconstitutional Search of Mr.

Hammer's Cell; to Disqualify Assistant United States Attorneys Martin and Mellin; and/or

Schedule a Hearing and Full Disclosure (Doc. No. 1380), the Government's Brief in Opposition

to Defendant's Motion (Doc. No. 1390), Defendant's Reply Brief and Exhibit in support thereof

(Doc. Nos. 1393, 1397), and the Government *Ex Parte* Exhibit 2 submitted by the Government in

camera (Doc. No. 1390-2), it is **ORDERED** that Defendant's Motion to Preclude the

Government From Admitting Evidence Obtained During Assistant United States Attorneys

Mellin's and Martin's Recent Illegitimate and Unconstitutional Search of Mr. Hammer's Cell; to

Disqualify Assistant United States Attorneys Martin and Mellin; and/or Schedule a Hearing and

Full Disclosure (Doc. No. 1380) is GRANTED IN PART and DENIED IN PART.[1]

---

[1]    On July 12, 2011, while in Terre Haute, Indiana in order to take depositions in this case, Government counsel, Assistant United States Attorney Frederick Martin and Department of Justice Trial Attorney Steve Mellin, visited the death row facility at F.C.I. Terre Haute, Indiana. (Doc. No. 1380 at 2.) Attorneys Martin and Mellin were escorted through the prison by Todd Royer, Defendant Hammer's case manager. (Doc. No. 1390-1.) At that time, Defendant Hammer was not in his cell. (Doc. No. 1390 at 3.)
    Defendant contends that while Attorneys Mellin and Martin were at the facility, they

1.    Defendant's claim that the Government committed an unconstitutional search of

his cell is DENIED;

2.    The request to disqualify Assistant United States Attorneys Frederick Martin and

Steve Mellin from the prosecution of Defendant Hammer in the upcoming death

penalty proceeding is DENIED;

3.    Defendant's request for a hearing on this motion will be DENIED;

---

searched his cell and may have obtained evidence for use at the upcoming death penalty hearing, scheduled to begin on April 4, 2012. (Doc. Nos. 1380, 1381.) The Government concedes that the two attorneys visited the death row facility with Mr. Hammer's case manager. (Doc. No. 1390 at 2-3.) The Government claims that the two prosecutors were touring the facility and by happenstance, passed Defendant's cell, did not enter it, and that no materials of any kind were seen or taken by them. (Id.)

The Government submitted for the Court to review in camera and *ex parte* an exhibit consisting of a videotape of their visit to the area where Defendant's cell is located. (Doc. No. 1390-2.) The Court has watched the video and it shows prosecutors Martin and Mellin coming into view in the hallway outside the cells of Mr. Hammer and other death row inmates beginning at 11:36:42 a.m. At 11:37:27 a.m., case worker Royer appears and at 11:37:36 a.m., Royer enters the cell while the two attorneys remain outside. At 11:38:02 a.m., Royer leaves the cell and walks down the hallway with the two prosecutors. At 11:38:58 a.m., the three men leave the area. The tape confirms that the prosecutors were touring the death row facility and at no time entered Defendant Hammer's cell.

Although the Government claims that no materials of any kind were seen or taken by them, and this representation is confirmed by the videotape submitted by the Government, the Court will still preclude the Government from offering in its case-in-chief any evidence at the upcoming death penalty hearing regarding their presence in the hallway and any observations made by them while outside of Defendant Hammer's cell on July 12, 2011.

The Court will also not disqualify Assistant United States Attorneys Frederick Martin and Steve Mellin from the prosecution of Defendant Hammer in the upcoming death penalty proceeding. As discussed above, the videotape reviewed by the Court confirms the representations made by the Government that no materials of Defendant Hammer were seen or taken by the prosecutors. Moreover, Todd Royer, in a Declaration submitted to the Court as Exhibit 1, states in paragraph 3: "[a]t no time in the presence of Martin and Mellin did I remove anything from inmate Hammer's cell and also did not provide any materials to either attorney." (Doc. No. 1390-1 ¶ 3.) Therefore, the Court does not believe that the hearing requested by Defendant is necessary.

4.     In view of the Government's representation that no materials were seen at or taken by the prosecutors from Defendant's cell on July 12, 2011, Defendant's Motion to Preclude the Government from Admitting Evidence Obtained During Assistant United States Attorneys Mellin's and Martin's Recent Visit to his Cell will be GRANTED only in regard to observations made by them while outside of Defendant's cell on July 12, 2011.  This ruling only applies to the Government's case-in-chief.

BY THE COURT:

JOEL H. SLOMSKY, J.