IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,          :          CRIMINAL ACTION
                                   :
                                   :          NO. 96-239
        v.                         :
                                   :
DAVID PAUL HAMMER,                 :
                                   :
        Defendant.                 :

## ORDER

**AND NOW**, this 27th day of December 2011, it is **ORDERED** that the Clerk of

Court shall file the attached DVD labeled "Government Exhibit 2 *in camera ex parte*" UNDER

SEAL.


BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.

**FILED
SCRANTON**

JAN 0 4 2012

Per_____
        DEPUTY CLERK