IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,                :        CRIMINAL ACTION
                                         :
                                         :        NO. 96-239
        v.                               :
                                         :
DAVID PAUL HAMMER,                       :
                                         :
        Defendant.                       :

## ORDER

**AND NOW**, this 4th day of January 2012, it is **ORDERED** that the telephone conference on Defendant's Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 12(b)(3)(E) and 16 (Doc. No. 1407) scheduled for January 11, 2012 at 1:00 p.m. is RESCHEDULED to January 30, 2012 at 10:30 a.m. The telephone conference will be held on the record. Counsel for the Government shall initiate the call to (267) 299-7340.

BY THE COURT:

JOEL H. SLOMSKY, J.