AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
Middle District of Pennsylvania

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | )　Case No.　4:96-CR-00239 |
| DAVID PAUL HAMMER | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA

Date:    01/20/2012

*Attorney's signature*

JOHN C. GURGANUS, JR., AUSA ID# 47220
*Printed name and bar number*

U.S. ATTORNEY'S OFFICE
SUITE 311, FEDERAL BUILDING
PO BOX 309
SCRANTON, PENNSYLVANIA 18501
*Address*

JOHN.GURGANUS@USDOJ.GOV
*E-mail address*

(570) 348-2800
*Telephone number*

(570) 348-2037
*FAX number*