IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| | : | NO. 96-239 |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 30th day of January 2012, it is **ORDERED** that the telephone conference on Defendant's Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 12(b)(3)(E) and 16 (Doc. No. 1407) scheduled for January 30, 2012 at 10:30 a.m. is RESCHEDULED to February 23, 2012 at 2:30 p.m. The telephone conference will be held on the record. Counsel for the Government shall initiate the call to (267) 299-7340.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.