**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 96-239** |
| | : | |
| **DAVID HAMMER** | : | |

## JUROR QUESTIONNAIRE

LAST NAME: _____

FIRST NAME: _____

JUROR NUMBER: _____

**INSTRUCTIONS**

This questionnaire is an important part of the jury selection process. You are sworn to give complete and truthful answers – under penalties of perjury – to the questions which follow. The Court directs that you shall not discuss this questionnaire or your answers, with friends, family, co-workers, court personnel or anyone else.  It is important that the answers you provide are yours and yours alone.

From this point forward, the Court further directs you not to read about this case or listen to television or radio news about this case or to discuss this case with anyone, including your family.  You are directed not to research this case or the people involved– including any of the facts presented in this questionnaire, any prior court proceedings, the victim, the defendant, the lawyers and the judge through any resource including the internet, media publications or any other source of information.

Citizens in our community hold a wide variety of different views and have had different life experiences that inform their feelings and views on different topics.  Of course this is also true of prospective jurors.  We are genuinely interested in learning your views and feelings on a variety of issues and questions. There are no right or wrong answers to these questions.

Please take your time and answer each question fully.  If you need extra space, you may continue your answer in the space provided at the end of the questionnaire.  Please do not write on the back of any page.  If you do not understand a question, please make a note on the question and leave it blank.  You will be given an opportunity at a later time to answer that question. If there is a question or topic that you prefer to discuss privately, please write "private" next to the question. All of the information you provide will be kept confidential and seen only by the Judge, the Clerk's Office and the members of the prosecution and defense teams.

Please write in dark ink and as legibly as possible. Please write your last name on the bottom of each page where indicated.  Jury service is one of the most important duties a citizen can be called on to perform.  You will be fulfilling your civic duty by responding completely and honestly during jury selection. Your participation and cooperation in this process is greatly appreciated.

_____

Joel H. Slomsky,

UNITED STATES DISTRICT COURT JUDGE

_____
Juror Last Name

**INTRODUCTION**

This jury questionnaire is part of the process of selecting a sentencing jury in a federal criminal case in which the jury will determine whether to impose a sentence of life imprisonment without the possibility of release or a sentence of death. On April 13, 1996, the defendant, David Hammer was an inmate at the United States Penitentiary at Allenwood in White Deer, Pennsylvania, when he killed Andrew Marti by strangulation.  Andrew Marti was also an inmate and shared a cell with Mr. Hammer in the Special Housing Unit, commonly referred to as "the SHU" or a "jail within a jail." At the time Mr. Marti's body was discovered, his arms and legs were individually tied to a bunk bed.

On June 22, 1998 Mr. Hammer entered a plea of guilty to first degree murder. A sentencing trial was then held in which the jury sentenced Mr. Hammer to death. After these proceedings were held the trial court learned that the sentencing trial had been flawed because important information had not been presented to the sentencing jury. The trial court discovered that the government unfairly withheld evidence. The sentence imposed in that sentencing trial was therefore reversed and a new sentencing trial will commence in April 2012. The jury selected in this new sentencing trial will now have the opportunity to hear all of the relevant evidence and will then be directed to determine whether Mr. Hammer is eligible for consideration of the death penalty, and if so, whether he shall be sentenced to life imprisonment without the possibility of release or death.

At a sentencing trial the decision whether to impose a sentence of life imprisonment without the possibility of release or to impose a sentence of death is one the law leaves entirely to the jury. The law never requires any member of the jury to vote for a sentence of death. I want to be very clear about this. A death sentence is never required by law, and a juror is never required to impose a sentence of death. In the federal system, parole has been abolished. Therefore an individual who is sentenced to life imprisonment without the possibility of release will spend the rest of his life in prison and never be released.

Eligibility Portion of Sentencing Trial

The first part of the jury's consideration is what is commonly called the "eligibility" portion of the trial. During the eligibility portion of the trial the government has the burden of proving beyond a reasonable doubt and unanimously to the twelve jurors that the person on trial acted with a particular mental intent in committing the homicide. The fact that Mr. Hammer pled guilty to first degree murder does not diminish or relieve the government of their burden of proving he acted with a particular mental intent when he killed Andrew Marti. Additionally, the government has the burden of proving one statutory aggravating factor.  An "aggravating factor" is a factor that could support a sentence of death and it must be proved beyond a reasonable doubt. A reasonable doubt is a fair doubt based on reason, logic, common sense, or experience.

If during deliberations the jury does not unanimously find, beyond a reasonable doubt, that the government has proven the mental intent factor, the jury deliberations are over and the Court will impose the sentence of life imprisonment without the possibility of release. If the government proves the mental intent factor, then the government must also prove beyond a reasonable doubt to all twelve jurors the existence of at least one statutory aggravating factor.

If the government proves the existence of the mental intent factor, but the jury does not unanimously find that the government has proven beyond a reasonable doubt the existence of at least one statutory aggravating factor, the deliberations are over and the Court will impose the sentence of life imprisonment without the possibility of release.

Punishment Decision Portion of Sentencing Trial

If the jury finds unanimously that the government has proven beyond a reasonable doubt the person on trial is eligible for consideration of the death penalty, the second part of the jury's consideration is what is commonly referred to as the "punishment decision."  During this portion of the sentencing trial the jury may consider the existence of non-statutory aggravating factors. In order for an aggravating factor to be considered, all twelve jurors must agree that the factor has been proved beyond a reasonable doubt. The jury may not consider anything else as an aggravating factor.

Mitigating circumstances are circumstances about the crime, the defendant or anything else that would suggest, for any individual juror, that life imprisonment without the possibility of release rather than the death penalty is the appropriate penalty. Mitigating circumstances are not offered to justify or to excuse the crime.  The law does not require that there be any connection between a mitigating circumstance and the crime for which the individual was convicted. The standard for mitigating circumstance is proof by a preponderance of evidence, meaning more likely than not.

The consideration of mitigating circumstances is different from that of aggravating factors in several important respects. The standard of proof is lower than the standard of proof required for aggravating factors. Mitigating circumstances need not be unanimously found. Each juror is required to consider the mitigating circumstances for him or herself and any one juror, or more than one juror, may find a mitigating circumstance proven. Furthermore, unlike aggravating factors, the jury should also consider and evaluate mitigating circumstances that jurors identify and that have not been presented to them by the court or counsel. Finally, a juror can consider and give weight to any mitigating circumstance that has been found by one or more jurors.

After considering the aggravating factors unanimously found proven beyond a reasonable doubt and the mitigating circumstances found proven by a preponderance of the evidence by one or more jurors, the jurors then assign the significance each feels is appropriate to the aggravating factors and mitigating circumstances. Jurors then determine whether the aggravating factors so sufficiently outweigh the mitigating circumstances to justify the sentence of death, or, in the absence of any mitigating circumstance, whether the aggravating factors alone are sufficient to justify a sentence of death.

_____
Juror Last Name

If, but only if, all twelve jurors unanimously find that the proven aggravating factors so sufficiently outweigh the mitigating circumstances and find that death is the appropriate sentence will a sentence of death be imposed.  On the other hand, if one or more jurors find that a sentence of life imprisonment without the possibility of release is the appropriate sentence the judge will impose a sentence of life imprisonment without the possibility of release.

With the above overview in mind, please turn your attention to the questionnaire. Please answer the following questions completely and honestly, always remembering that there are no right or wrong answers.

*United States v. David Hammer (Cr. No. 96-239)*        5        _____

Juror Last Name

### PART I: QUESTIONS ABOUT YOUR BACKGROUND

1.   What is your age: _____          Gender:      Male ____     Female ____

2.   In what county and town do you presently live?

   County: _____     Town: _____

   (a) If you live in Philadelphia, in what neighborhood? _____

   (b) How long have you lived at your current address? _____

   (c) Where else have you resided as an adult? _____

   _____

   _____

   _____

   (d) Are you a U.S. citizen, over the age of 18, who has resided for at least one year in the
        Eastern District of Pennsylvania which includes the counties of:  Berks, Bucks,
        Chester, Delaware, Lancaster, Lehigh, Montgomery, Northampton and Philadelphia?

                                             Yes _____      No _____

3.   Where were you born and raised?

   Born: _____     Raised: _____

4.   What is your marital status?

   ____ Single, never married
   ____ Single, living with another person as a couple
   ____ Married
   ____ Widowed
   ____ Separated
   ____ Divorced
   ____ Other (please explain): _____

5.   (a) What is your race or ethnicity and that of your spouse or domestic partner (if
        applicable)?

               Yours:                              Spouse/Partner:
               ____ Asian                          ____ Asian
               ____ Black                          ____ Black
               ____ Hispanic                       ____ Hispanic
               ____ White                          ____ White
               ____ Other (specify: _____)     ____ Other (specify: _____)

*United States v. David Hammer (Cr. No. 96-239)*        6                _____
                                                                          Juror Last Name

(b) What is your ethnic background (e.g. French-Canadian, Irish, Puerto Rican, etc.) and that of your spouse or domestic partner (if applicable)?

Yours: _____        Spouse/Partner: _____

6.      If you have children, step-children, grand-children or foster-children, please complete the following: *(If you need extra space, please continue on the pages provided at the end of the questionnaire.)*

| Relationship to you | Age | Male / Female | Highest Education | Occupation (if any) | Where do they live? |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

7.      Other than children listed above, please indicate who else resides in your household: *(If you need extra space, please continue on the pages provided at the end of the questionnaire.)*

| Relationship to you | Age | Male / Female | Highest Education | Occupation (if any) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

8.      What is your highest level of education?

____ 0-8th grade                           ____ 2-year college graduate
____ Some high school                ____ 4-year college graduate
____ High school graduate          ____ Post graduate studies
____ GED                                        ____ Post graduate degree
____ Community/technical/ business
        or other program post high school

Please list the schools you have attended, major areas of study and any degrees or certificates, licenses, etc., you have received.

| Schools | Field of Study | Degree(s)/Certificate | Dates |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

9.      Do you have plans to attend school in the future?      Yes \_\_\_\_      No \_\_\_\_

IF YES, what are those plans and what will you study? _____

10.     What is your current employment status (check all that apply)?

\_\_\_\_ Employed full-time                          \_\_\_\_ Self-employed
\_\_\_\_ Employed part-time                          \_\_\_\_ Unemployed/laid off
\_\_\_\_ Have more than one job                      \_\_\_\_ Disabled/unable to work
\_\_\_\_ Homemaker
\_\_\_\_ Retired   For how long? _____
\_\_\_\_ Student:  Full-time _____                     Part-time _____

11.     What is your current occupation or most recent occupation (if retired or not presently working)?
_____
_____

(a) Name of your employer:  _____

(b) What is your job title:  _____

(c) Briefly describe your duties:  _____

_____

(d) How long have you held your present job? _____

(e) Check the following category that best describes your current employer:

\_\_\_\_ Private, for profit organization           \_\_\_\_ State government agency
\_\_\_\_ Private, not for profit                     \_\_\_\_ County government agency
\_\_\_\_ Federal government agency                   \_\_\_\_ City or local government
\_\_\_\_ Other: _____

_____
Juror Last Name

(f)  Have you ever worked for a local, state or federal government agency?

Yes _____  No _____

IF YES, what is the agency and what was your position?

_____

_____

(g)  In any of your jobs have you supervised others?        Yes _____  No _____

IF YES, please describe what supervisory or management positions you have held, and the number of people supervised.

_____

_____

12.  Please describe your previous jobs, including any significant period of volunteer work:
     *(If you need extra space, please continue on the pages provided at the end of the questionnaire.)*

| Employer (or Volunteer Work) | Dates Worked | Job Title | Type of Work | Duties |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

13.  Have you, a family member or anyone close to you, ever served in the military, including the National Guard and Reserves? *(If you need extra space, please continue on the pages provided at the end of the questionnaire.)*

Yes _____        No _____

(a)    Please complete for each person:

| Person (Relation) | Branch | Highest Rank | Location of Service | Dates of Service | What did you/they do in the Service? |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

*United States v. David Hammer (Cr. No. 96-239)*        9        _____

Juror Last Name

(b) Did you attend any special schools or receive special training?

                    Yes ____   No ____

(c) Have you ever served in the Military Police or on a Court Martial?

                    Yes ____   No ____

(d) Have you ever served in combat?      Yes ____   No ____

(e) Did you receive any medals, honors or commendations?

                    Yes ____   No ____

(f) Are you currently in active service in the Armed Forces?

                    Yes ____   No ____

IF YES, to any of the above please explain: _____

_____

14.  Have you, a family member or anyone close to you, ever had any education or training in the following areas (please check all that apply)?

| | | |
|---|---|---|
| Law/Legal Field | Yes, myself ____ | Friends/family ____ |
| Criminal Justice/Law Enforcement | Yes, myself ____ | Friends/family ____ |
| Corrections/Jails/Prisons | Yes, myself ____ | Friends/family ____ |
| Drugs/Alcohol Abuse | Yes, myself ____ | Friends/family ____ |
| Medicine/Nursing | Yes, myself ____ | Friends/family ____ |
| Firefighting, Rescue Squad or EMT | Yes, myself ____ | Friends/family ____ |
| Forensic Science | Yes, myself ____ | Friends/family ____ |
| Prisoners' Rights Work | Yes, myself ____ | Friends/family ____ |
| Theology | Yes, myself ____ | Friends/family ____ |
| Human Behavior | Yes, myself ____ | Friends/family ____ |
| Philosophy | Yes, myself ____ | Friends/family ____ |
| Education or Child Development | Yes, myself ____ | Friends/family ____ |
| Child Protection or Social Services | Yes, myself ____ | Friends/family ____ |
| Crisis Intervention | Yes, myself ____ | Friends/family ____ |
| Victim Assistance Work | Yes, myself ____ | Friends/family ____ |
| Sociology | Yes, myself ____ | Friends/family ____ |
| Social Work | Yes, myself ____ | Friends/family ____ |
| Counseling, Psychology, Psychiatry, or Mental Health/Social Services | Yes, myself ____ | Friends/family ____ |

IF YES to any of the above, please state the nature of the education or training and, if other than yourself, please state the person's relationship to you:

_____

_____

_____

_____

                       _____

                         Juror Last Name

15.   Are you currently a member of a fire or police department of the Commonwealth of Pennsylvania or subdivision thereof?

Yes _____        No _____

16.   (a)   Have you, a family member or anyone close to you, ever worked for, or volunteered in, or ever otherwise been affiliated with any local, state or federal law enforcement agency (e.g. local or state police, sheriff, State Attorney's Office, United States Attorney's Office, Federal Bureau of Investigation, Bureau of Alcohol Tobacco Firearms and Explosives, Drug Enforcement Agency, U.S. Marshals Service, Homeland Security, Immigration and Customs Enforcement, IRS, etc.)?

Yes _____        No _____

(b)   Have you, a family member or anyone close to you, ever applied or have any plans to apply to any law enforcement agency such as those described above?

Yes _____        No _____

IF YES to (a) or (b), please indicate the person, the job, dates, location and the name of the law enforcement agency.

_____

_____

_____

_____

17.   (a)   Have you, a family member or anyone close to you, ever worked or volunteered in, or ever otherwise been affiliated with any local, state or federal court (e.g., judge, law clerk, court security officer, court attendant or deputy, court clerk, probation or parole officer, etc.)?

Yes _____        No _____

(b)   Have you, a family member or anyone close to you, ever applied or have any plans to apply for employment with any court system such as those described above?

Yes _____        No _____

IF YES to (a) or (b), please indicate the person, the job, dates, location and the name of the court.

_____

_____

_____

_____
Juror Last Name

18. (a) Have you, a family member or anyone close to you, ever worked or volunteered in, or ever otherwise been affiliated with any local, state or federal correctional institution, jail or penitentiary (e.g., jail guard, corrections officer, administrator etc.)?

Yes _____     No _____

(b) Have you, a family member or anyone close to you, ever applied or have any plans to apply for employment with any correctional institution or facility such as those described above?

Yes _____     No _____

(c) Have you, anyone related to you by blood or marriage, any friends, neighbors or associates ever worked or volunteered in any Bureau of Prisons or Federal Correctional Institution or any other Federal Prison?

Yes _____     No _____

(d) Have you ever been inside any Bureau of Prisons facility for any reason?

Yes _____     No _____

IF YES to any above, please explain.  Indicate the person, the job, dates, location, purpose of visit, the name of the facility, etc.

_____

_____

_____

19. (a) Have you, a family member or anyone close to you, ever attended law school or worked in the legal profession as, for example, a lawyer, legal secretary, paralegal, private investigator or in any other aspect of the legal field?

Yes _____     No _____

(b) Have you, a family member or anyone close to you, ever practiced law in the area of criminal defense or prosecution?

Yes _____     No _____

IF YES to (a) or (b), please indicate the person, area of law, type of work/experience, dates and location.

_____

_____

_____

_____
Juror Last Name

20.  Have you, a family member or anyone close to you, ever worked or volunteered as, or for, a psychiatrist, psychologist, social worker, counselor or other similar professional in the mental health field?

Yes _____    No _____

IF YES, please indicate the person, type of work/experience, dates and location.

_____

_____

_____

21.  Have you, a family member or anyone close to you, ever worked with or volunteered with inmates, prisoners, or others under the supervision of a correctional institution, for example, as a teacher, counselor, advisor, or through a prison ministry or other organization?

Yes _____    No _____

IF YES, please indicate the person, type of work/experience, dates and location.

_____

_____

_____

22.  Have you, a family member or anyone close to you, ever been affected by drug or alcohol abuse and/or by a drug or alcohol related incident?

Yes _____    No _____

IF YES, please explain: _____

_____

_____

23.  Have you, a family member or anyone close to you, ever witnessed or been aware of a situation (as a relative, neighbor, teacher, friend, or in any other way) in which there was neglect or abuse of a child?

Yes _____    No _____

IF YES, please explain: _____

_____

_____

24.     Have you, a family member or anyone you know (friend, co-worker, associate or other individual) been a victim of any kind of child abuse, including emotional, physical or sexual abuse? *(Note: If you would like to discuss or answer this question in a more private setting, please write "private" next to this question.)*

Yes _____     No _____

IF YES, please state the person(s) relationship to you and the circumstances:

_____

_____

_____

25.     Have you, a family member or anyone you know (friend, co-worker, associate, or other individual) been a victim of any kind of sexual assault? *(Note: If you would like to discuss or answer this question in a more private setting, please write "private" next to this question.)*

Yes _____     No _____

IF YES, please state the person(s) relationship to you and the circumstances:

_____

_____

_____

26.     Have you, a family member or anyone close to you, ever sought the services of a psychiatrist, psychologist, social worker, counselor, therapist, mental health professional or mental health facility? *(Note: If you would like to discuss or answer this question in a more private setting, please write "private" next to this question.)*

Yes _____     No _____

IF YES, please state the person(s) relationship to you and the circumstances:

_____

_____

_____

27.     Have you, a family member or anyone close to you, been diagnosed or treated for any mental health disorder or illness such as depression, dissociation, post-traumatic stress disorder, borderline personality disorder or any other mental health related issue? *(Note: If you would like to discuss or answer this question in a more private setting, please write "private" next to this question.)*

Yes _____     No _____

IF YES, please state the person(s) relationship to you and the circumstances:

_____

_____

_____


28.     Have you, a family member or anyone close to you, been diagnosed or treated for any brain damage or cognitive impairment? *(Note: If you would like to discuss or answer this question in a more private setting, please write "private" next to this question.)*

                                                    Yes _____     No _____

IF YES, please state the person(s) relationship to you and the circumstances:

_____

_____

_____


29.     Have you, a family member or anyone close to you, ever committed or attempted to commit suicide? *(Note:  If you would like to discuss or answer this question in a more private setting, please write "private" next to this question.)*

                                                    Yes _____     No _____

IF YES, please state the person(s) relationship to you and the circumstances:

_____

_____

_____


30.     You may hear testimony from a psychologist, psychiatrist, social worker or other mental health professional.  What is your opinion about the field of psychology and psychiatry, and the ability of such persons to identify and explain reasons for human behavior?

_____

_____

_____


        What opinions do you have about psychological or psychiatric testimony that is offered by defendants in a criminal trial?

_____

_____

_____

31.    Have you known anyone who has been murdered or died as a result of a crime? *(Note: If you would like to discuss or answer this question in a more private setting, please write "private" next to this question.)*

Yes _____    No _____

IF YES, please state the person(s) relationship to you and the circumstances:

_____

_____

_____


32.    What community, civic, social, union, professional, fraternal, political, religious or recreational organizations do you belong to or are otherwise affiliated with (e.g., PTA, Kiwanis, Rotary Club, American Legion, NRA, VFW, Masonic Orders, Knights of Columbus, Political Action Committees, etc.):

_____

_____

_____

Have you held any offices or positions of leadership?        Yes _____    No _____

IF YES, please describe: _____

_____


33.    What are your hobbies and special interests?

_____

_____


34.    What television or radio <u>news</u> shows do you watch or listen to on a regular basis?

_____

_____


35.    What are your three favorite TV shows?

1) _____ 2) _____ 3) _____


36.    What newspapers do you read on a regular basis? _____

_____

37.    What magazines or journals or web blogs do you subscribe to? _____

_____

38.    What is your primary source of news? _____

_____

39.    What authors and types of books do you like to read? _____

_____

40.    What internet websites or blogs do you visit on a regular basis?

_____

_____

    (a)  Do you have an online blog, web page, or a social network account such as Facebook, My Space, LinkedIn, Twitter, Google+, etc.?

        Yes _____        No _____

    IF YES, please describe:  _____

    _____

41.    Have you ever called in to a radio talk show, written a letter to the editor, participated in any web-blogs or chat rooms on the internet or posted a comment on-line?

    Radio caller ___        Editorial ___   Blog/Chat room ___   Posted comment ___

    No ___

    What topics have you addressed?  _____

    _____

    _____

42.    Please list any stickers, placards, signs, patches, symbols, and other messages that you display at home or on an automobile, motorcycle, bicycle, bag, backpack, laptop computer, etc.

_____

_____

_____

43.     As a general rule, do you follow crime stories in the media?

Yes _____    No _____

IF YES, what case(s) have you followed and what was your interest?

_____

_____

_____


44.     What television programs, books or internet sites do you watch, read or visit that focus on the criminal justice system or correctional institutions (e.g., jails, prisons or penitentiaries)?

_____

_____

_____


45.     (a) Are you presently affiliated with any church, synagogue, mosque, temple or other religious organization?

Yes _____        No _____

IF YES, what is that religious affiliation? _____

(b) How often do you attend your place of worship? _____

(c) In what religion were you raised? _____

(d) When growing up, how often did you attend religious services? _____

(e) If you have raised children, in what religion, if any, did you raise them?

_____

(f) Have you or anyone in your family ever studied for or served in any position of responsibility in any religious organization?

Yes _____        No _____

IF YES, please explain: _____

_____

(g) Do you belong to any Bible or other religious study group?

Yes _____        No _____

_____
Juror Last Name

IF YES, please explain:  _____

_____

(h) Have you ever attended any religious-based school or received any specific education in any religion?

Yes _____          No _____

IF YES, please explain:  _____

_____

(i)  How important is religion to you?

Very Important_____     Important_____     Somewhat_____     Not so Important_____

46.    If you follow or adhere to a religion, what does that religion teach, if anything, on the subject of homosexuality?

_____

_____

Do you agree with those teachings?                    Yes _____          No _____

47.    Are you a member of any clubs or organization which limits its membership on the basis of race, ethnic origin, gender, sexual orientation or religious convictions?

Yes _____          No _____

IF YES, please identify the club(s) or organization(s):

_____

_____

48.    Have you, a family member or anyone close to you, ever been a member of, or otherwise involved with, any group that (check all that apply):

_____     Takes a position on social or legal issues (e.g., immigration, gun control, homosexuality, drug use, public health, gay marriage, etc.)

_____     Focuses on crime prevention (e.g., neighborhood watch, auxiliary police, crime stoppers, M.A.D.D., etc.)

_____     Focuses on crime victims' rights (e.g., victim advocacy groups, victim assistance, etc.)

_____     Focuses on prisoners' rights (e.g., inmate advocacy, prison ministries, etc.)

_____
Juror Last Name

IF YES to any, please indicate who was involved, the nature of involvement and the names of the organization(s):

_____

_____

_____


49.  (a)  Have you, a family member or anyone close to you, ever served or run for any elected federal, state, or local political office (e.g., congress, state representative, selectman, school board, city council, mayor, etc.)?

                                        Yes _____        No _____

       IF YES, please explain: _____

       _____


     (b)  Are you currently actively engaged in the performance of official duties as a public officer in the executive, legislative or judicial branches of the government of the United States, or the Commonwealth of Pennsylvania or subdivision thereof?

                                        Yes _____        No _____


50.  In terms of your political outlook, do you usually think of yourself as:

     ____ very conservative
     ____ somewhat conservative
     ____ moderate
     ____ somewhat liberal
     ____ very liberal


51.  Name the three living public figures you:

     Admire Most:


     1)_____    2) _____    3) _____


     Admire Least:


     1)_____    2) _____    3) _____

52.    In your opinion what is the most important issue we face as a society today?

At the national level:  _____

_____

At the state level:  _____

_____

At the local level:  _____

_____

53.    Do you, or anyone in your household, own any guns?    Yes _____    No _____

IF YES, please indicate the person, the number and type of guns, and the reason for owning the guns:

_____

_____

Please state your opinion about gun control:

_____

_____

54.    Do you personally know anyone who is homosexual?    Yes _____    No _____

55.    In your opinion, is homosexuality an illness?    Yes _____    No _____

56.    In your opinion, is homosexuality a sin?    Yes _____    No _____

57.    Do you believe that homosexual activity between consenting adults is immoral?

Yes _____    No _____

58.    Do you think AIDS is a form of punishment visited upon the gay community for immoral or sinful behavior?

Yes ____    No ____

*United States v. David Hammer (Cr. No. 96-239)*        21        _____

Juror Last Name

59.     Do you feel that being homosexual should be against the law?

                                                            Yes _____     No _____

60.     Do you believe same-sex marriage should be legal?        Yes _____     No _____

61.     Erotic asphyxiation or breath control play is the intentional restriction of oxygen to the brain for sexual arousal. Consensual bondage is the use of restraints for the sexual pleasure of the parties involved.

        Some individuals have a difficult time reviewing and discussing unconventional sexual activities. Do you have any concerns about being a juror in a case in which evidence of these sexual activities is presented?

                                                            Yes _____     No _____

        IF YES, please explain: _____

        _____

        _____

62.     You will learn as part of the evidence in this case that witnesses, the victim and the defendant have engaged in consensual bondage and erotic asphyxia during anal and oral sex with each other and other men in prison. Would this evidence affect your ability to remain completely objective and impartial?

                                                            Yes _____     No _____

        IF YES, please explain: _____

        _____

        _____

## PART II: QUESTIONS RELATED TO THE CRIMINAL JUSTICE SYSTEM

63.    Have you ever served as juror?

Yes, at trial _____        Yes, on a grand jury _____            No ____

(a)  Have you served as a grand or trial juror in state or federal court within the past two
years?                                                Yes _____      No _____

(b) Please complete for each case:

| Approx Year | Civil or Criminal | State or Federal | Nature of Case (Charges/ Allegations) | What was the Verdict | Foreperson: Yes/No | Pos or Neg Experience |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

(c)  How did you feel about your jury service(s)? _____

_____

_____

64.    Have you, a family member or anyone close to you, ever been the victim of or a witness
to a crime, whether or not that crime was reported to law enforcement? *(If you need extra
space, please continue on the pages provided at the end of the questionnaire.)*
Yes _____      No _____

(a)  Please complete for each instance:

| Person (Relation) | Victim or Witness | Type of Crime | Reported Yes/No | Testified Yes/No | Outcome/ Result |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

(b) How did you/they feel about the way law enforcement handled the case(s)?

_____

_____

_____
Juror Last Name

65.    Have you, a family member or anyone close to you, ever been accused of, investigated, targeted, arrested or charged with a criminal offense? *(If you need extra space, please continue on the pages provided at the end of the questionnaire.)*

Yes _____     No _____

(a)  Please complete for each instance:

| Person (Relation) | Accusations/Charges | Trial: Yes/No | Outcome/Result |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(b)  What are your opinions or attitudes toward the criminal justice system as a result of the experience(s)?

_____

_____

_____

66.    Have you ever appeared in court or been involved in any legal proceeding as a plaintiff, witness, defendant or victim?

Yes _____     No _____

IF YES, please explain: _____

_____

_____

67.    (a)    Do you have, or have you ever had, a family member or someone close to you in prison?

Yes _____     No _____

IF YES, please explain: _____

_____

_____

(b)    Have you ever visited a prison for any reason?    Yes _____     No _____

IF YES, please explain: _____

_____

_____

(c)    Please describe your overall perception of prison life and how prisoners are treated?

_____

_____

_____

68.    Do you believe that it is possible for inmates in federal prisons to be rehabilitated and/or change for the better while in prison?

Yes _____        No _____

Please explain: _____

_____

_____

69.    In your opinion, what are the three major causes of crime?

1) _____

_____

2) _____

_____

3) _____

_____

What do you think should be done to solve the crime problem? _____

_____

_____

70.    Please describe your general opinion about correctional officers/prison guards.

_____

_____

_____

_____
Juror Last Name

71.     In general, do you tend to believe that a member of law enforcement, such as a federal agent or Bureau of Prisons investigator, who testifies in court, is (check one):

    \_\_\_\_ More likely to tell the truth than other witnesses
    \_\_\_\_ About as likely to tell the truth as other witnesses
    \_\_\_\_ Less likely to tell the truth than other witnesses

72.     Describe your general opinions about:

Lawyers: _____

_____

_____

Lawyers who prosecute criminal cases: _____

_____

_____

Lawyers who defend criminal cases: _____

_____

_____

_____
Juror Last Name

## PART III: QUESTIONS CONCERNING PUNISHMENT

Mr. Hammer has pled guilty to first degree murder.  The jury will consider the appropriate punishment for Mr. Hammer if, and only if, all jurors find that Mr. Hammer is eligible for consideration of the death penalty; that is, that the government has proven both that the killing was committed with the required mental intent and the existence of one aggravating factor beyond a reasonable doubt.  The decision between life imprisonment without the possibility of release and the death penalty is a decision made by each juror individually.  Thus, it is important that we know your opinions and feelings regarding punishment. Please answer the following questions completely and honestly, always remembering that there are no right or wrong answers.

The question of Mr. Hammer's guilt is not in dispute. He pled guilty to intentional, premeditated, with malice murder without any legal excuse or justification. You will be instructed that he was not insane or acting under the heat of passion at the time of the murder. During the punishment portion, you will be asked to determine the sentence after consideration of aggravating factors and mitigating circumstances.

73.    In general what are your views on the death penalty for an inmate who intentionally kills another with premeditation and malice and without any legal excuse or justification?

_____

_____

_____

_____

_____

74.    How long have you held these views on the death penalty? _____

_____

_____

(a)  How have your views about the death penalty changed in the last 10 years?

     More in favor \_\_\_\_          Less in favor \_\_\_\_          No change \_\_\_\_

(b)  Why did your views change, if they did? _____

_____

_____

_____

75.    What purpose, if any, does the death penalty serve in our society?

_____

_____

_____


76.    Which of the following best describes your view of the death penalty (please check one):

_____ I believe that the death penalty is always the appropriate punishment for first degree murder, where someone acted with specific intent to kill, with premeditation, without any justification or excuse.

_____ Although I could consider a life sentence in some murder cases, I would not consider a life sentence where a prisoner killed another person with premeditation and without legal excuse or justification.

_____ I do not have strong opinions, one way or the other, about the death penalty and could consider whether a life or death sentence was appropriate where a prisoner killed another person with premeditation and without legal excuse or justification.

_____ Although I generally oppose the death penalty, I could consider both a life and death sentence, where a prisoner killed another person with premeditation and without legal excuse or justification.

_____ I am strongly opposed to the death penalty and could never vote to sentence someone to death, even where a prisoner killed another person with premeditation and without legal excuse or justification.

77.    In what kinds of intentional premeditated murder cases do you feel that the penalty of life imprisonment without the possibility of release is appropriate?

_____

_____

_____

_____


78.    In what kinds of intentional premeditated murder cases do you feel that the death penalty is appropriate?

_____

_____

_____

_____

79.    Do you believe the death penalty is sought:

Too Often _____            Too Seldom _____            About Right _____

(a)  What are your views on how the death penalty is actually used in the United States?

_____

_____

_____

_____

80.    If a person is sentenced to life imprisonment without the possibility of release in a federal prison, do you believe in fact that person will spend the rest of his or her life in prison?

Yes _____        No _____        Unsure _____

Please explain: _____

_____

_____

_____

81.    Is there anything about a sentence of life imprisonment without the possibility of release that bothers you?

Yes _____        No _____

Please explain: _____

_____

_____

_____

(a)  Do you think life imprisonment without the possibility of release is a severe punishment?

Yes _____        No _____

Please explain: _____

_____

_____

_____
Juror Last Name

82.    Based on your feelings and values, would life without the possibility of release be a severe enough sentence for an inmate, already serving a prison sentence, who intentionally kills another inmate?

Yes _____    No _____

Please explain: _____

_____

_____

_____

83.    Are your views such that you would have difficulty voting for life imprisonment without the possibility of release for an individual who was already serving a prison sentence and then intentionally kills an inmate with premeditation and malice?

Yes _____    No _____

Please explain: _____

_____

_____

_____

84.    Does the fact that the defendant, David Hammer was serving time in a federal penitentiary when he intentionally killed lead you to believe the death penalty is the only appropriate punishment in this case?

Yes _____    No _____

Please explain: _____

_____

_____

_____

85.    What, if anything, would be important to you in deciding whether an inmate who killed another inmate should receive the punishment of life imprisonment without the possibility of release rather than the death penalty?

_____

_____

_____

_____

_____
Juror Last Name

86.  During this sentencing trial, the defense may present evidence to the jury about the defendant's childhood and background.  Are you interested in learning about the defendant's childhood and background and giving it consideration when making a decision about punishment?

Yes _____    No _____

Why or why not? _____

_____

_____

_____

87.  A jury in 1998, unanimously and based on the evidence presented at that trial, decided that David Hammer should be sentenced to death.  That decision was set aside by the trial judge who found that the government withheld evidence from the defense. The jury did not hear this evidence, the trial was considered unfair, and a new sentencing trial was ordered.  Do you have any concerns that your knowledge that a jury fourteen years earlier sentenced Mr. Hammer to death may unduly influence your evaluation of this case?

Yes _____    No _____

Why or why not? _____

_____

_____

_____

88.  You will not hear evidence about the sentence that Mr. Hammer was serving when he killed Mr. Marti and you will be directed that you cannot speculate about that sentence. Do you have any concerns about your ability not to speculate and not let the lack of information unduly influence your evaluation of this case?

Yes _____    No _____

Why or why not? _____

_____

_____

_____

_____
Juror Last Name

89.    What does your religious or spiritual affiliation or background, if any, teach regarding the death penalty?

_____

_____

Do you agree or disagree with this teaching?          Agree _____    Disagree _____

Please explain: _____

_____

90.    Have you read any articles or books, seen any television programs, plays and/or movies depicting what it is like for inmates to live in a jail, prison or federal penitentiary?

Yes _____      No _____

IF YES, please describe what you read or watched:

_____

_____

91.    Have you read any articles or books, seen any television programs, plays and/or movies regarding the death penalty?

Yes _____      No _____

IF YES, please describe what you read or watched:

_____

_____

92.    Have you, a family member or anyone close to you, ever belonged to, supported, signed petitions, attended a rally or donated time or money to any group or organization which opposes or supports the death penalty (check all that apply)?

Supports:       Yes, myself _____     Yes, friends/family _____      No _____
Opposes:        Yes, myself _____     Yes, friends/family _____      No _____

Please explain: _____

_____

(a) Have you ever made a statement in favor of the death penalty?

Yes _____      No _____

IF YES, please explain: _____

_____

(b) Have you ever been involved in any effort to speed up or slow the execution rates in any state or federal jurisdiction or traveled to the site of a scheduled execution?

Yes _____    No _____

IF YES, please explain: _____

_____

(c) Are most of your immediate family members and close friends in favor or against the death penalty?

_____ Most in favor          _____ Most against

(d) Do you have any close friends or family members who would criticize you, or be disappointed in you, if you voted for or against the death penalty?

_____ Yes, if I voted for the death penalty
_____ Yes, if I voted against the death penalty
_____ No

IF YES, please explain: _____

_____

93.    If the jury unanimously finds beyond a reasonable doubt that the defendant is eligible for the death penalty and reaches the punishment consideration, each juror ultimately makes a unique individualized moral judgment about the life or death sentencing decision. If you serve as a juror in this case, will you respect the right of each juror to arrive at an individual decision regarding punishment, even if you disagree with the decision reached by the other juror?

Yes _____    No _____

Please explain: _____

_____

94.    Will you ensure that every juror is treated with respect and dignity and is not intimidated, coerced, or bullied about a vote one way or another on aggravating factors, mitigating circumstances and the ultimate punishment decision, even if you or other jurors disagree?

Yes _____    No _____

Please explain: _____

_____

## PART IV: QUESTIONS CONCERNING LEGAL PRINCIPLES

95.     Under the law, Mr. Hammer has the right not to testify during the sentencing trial. If Mr. Hammer does not testify, you may not consider that fact, in any way, in reaching a sentencing decision.

Given the nature of the case, would you expect that Mr. Hammer testify?

Yes _____      No _____

Do you have any concerns about applying this principle if Mr. Hammer does not testify?

Yes _____      No _____

Please explain: _____

_____

96.     The law never requires a juror to vote for a sentence of death even in cases involving the intentional and premeditated killing of an inmate by another inmate in a federal penitentiary.

Do you have any concerns about applying this principle?    Yes _____      No _____

Please explain: _____

_____

97.     Each juror must decide for him or herself whether a mitigating circumstance has been proven and, if proven, the weight or significance to assign to the mitigating circumstance. Some jurors may agree a circumstance is mitigating, some may not agree and some may identify their own mitigating circumstances.  If any juror finds a mitigating circumstances by a preponderance of the evidence, it must be considered in favor of a life sentence.

Do you have any concerns about applying this principle?    Yes _____      No _____

Please explain: _____

_____

98.     If the jury is unanimous for life imprisonment without the possibility of release or for a death sentence, that sentence will be imposed. If the jurors are not unanimous about the appropriate punishment then a sentence of life imprisonment without the possibility of release is imposed. In other words, if one juror votes to impose a sentence of life imprisonment without the possibility of release that sentence will be imposed.

Do you have any concerns about applying this principle?    Yes _____      No _____

Please explain: _____

_____

*United States v. David Hammer (Cr. No. 96-239)*        34        _____

Juror Last Name

**PART V: QUESTIONS CONCERNING THE PARTIES AND CASE KNOWLEDGE**

99.    Do you, a family member or anyone close to you, know or have any connection with the following Offices, Departments or Law Firms or anyone associated with the office, department or firm?

    (a) U.S. Attorney's Office, Middle District of PA, Williamsport    Yes _____ No _____

    (b) U.S. Attorney's Office, Eastern District of PA, Philadelphia    Yes _____ No _____

    (c) U.S. Department of Justice, Washington, D.C.    Yes _____ No _____

    (d) Federal Bureau of Investigations    Yes _____ No _____

    (e) Federal Bureau of Prisons    Yes _____ No _____

    (f) Federal Public Defender's Office, Harrisburg, PA    Yes _____ No _____

    (g) Federal Public Defender's Office, Philadelphia, PA    Yes _____ No _____

    (h) Law Firm of Rieders, Travis, Humphrey, Harris, Waters & Waffenschmidt, Williamsport, PA    Yes _____ No _____

    IF YES, please explain: _____

    _____

100.    Do you, a family member or anyone close to you, know or have any connection to any of the following attorneys, including their relatives or friends or know anything at all about the attorneys or the offices where they work?

    (a) Peter J. Smith, U.S. Attorney, Middle District of PA    Yes _____ No_____

    (b) John C. Gurganus, Jr, Assistant U.S. Attorney, Scranton    Yes _____ No_____

    (c) Frederick E. Martin, Assistant U.S. Attorney, Williamsport    Yes _____ No_____

    (d) Steven Mellin, Attorney Criminal Division Capital Case Unit, Department of Justice, Washington, D.C.    Yes _____ No_____

    (e) Anne Saunders, Assistant Federal Defender, Harrisburg    Yes _____ No_____

    (f) James McHugh, Assistant Federal Defender, Philadelphia    Yes _____ No_____

    (g) James Moreno, Assistant Federal Defender, Philadelphia    Yes _____ No_____

    (h) Ronald C. Travis, Rieders, Travis, Humphrey, Harris, Waters & Waffenschmidt, Williamsport, PA    Yes _____ No_____

    IF YES, please explain: _____

    _____

                                                            _____
                                                                       Juror Last Name

101.    The defendant David Hammer was raised in the State of Oklahoma. Do you, a family member or anyone close to you, know or have any connection to Mr. Hammer, or his relatives or friends?

Yes _____        No _____

IF YES, please explain: _____

_____

102.    Andrew Marti was raised in the State of Oregon. Do you, a family member or anyone close to you, know or have any connection to Mr. Marti, or his relatives or friends?

Yes _____        No _____

IF YES, please explain: _____

_____

103.    (a)    The trial judge assigned to this case is Judge Joel H. Slomsky.  Do you, a family member or anyone close to you, have any connection (personal, business or social) with Judge Slomsky or any member of his staff?

Yes _____        No _____

(b)    Do you know anyone who works in the Philadelphia Federal Courthouse or any other Federal Courthouse?

Yes _____        No _____

IF YES to (a) or (b), please explain: _____

_____

_____

104.    (a)    Have you, at any time, read, seen or heard any news stories about this case in the newspapers, on television, through the internet or while listening to the radio?

Yes _____        No _____

(b)    Have you, at any time, ever participated in any discussions about this case with anyone (friends, family, co-workers, associates, other jurors or court personnel, etc.) or heard other people talking about this case?

Yes _____        No _____

_____
Juror Last Name

IF YES to (a) or (b), please explain:

_____

_____

_____


105.    What stands out most in your mind about what you have read, seen, heard or learned about this case up to this point?

_____

_____

_____


106.    What opinions and feelings, if any, do you have about this case?

_____

_____

_____


*United States v. David Hammer (Cr. No. 96-239)*        37        _____
                                                                          Juror Last Name

### PART VI: CONCLUDING QUESTIONS

107.    If you are selected as a juror in this case, the judge will continue to instruct you to avoid all media coverage, and not to go on the internet with regard to this case for any purpose. That is, you will be forbidden from reading newspaper articles about this case, "googling" this case or from blogging/tweeting about it should you be selected as a juror. Do you have any reservations or concerns about your ability or willingness to follow this instruction?

Yes _____        No _____

Please explain: _____

_____

108.    Do you know any of your fellow prospective jurors?        Yes _____        No _____

IF YES, please explain: _____

_____

109.    If you are selected as a juror in this sentencing trial, you will be asked to decide the punishment for a defendant, serving a federal prison sentence, who pled guilty to first degree murder and who was previously sentenced to death by another jury. Does this in any way affect your ability to be completely objective and impartial as to the appropriate punishment in this case?

Yes _____        No _____

IF YES, please explain: _____

_____

110.    Is there anything at all about the nature of the charges, the facts of the case or the sentencing trial as they have been explained to you thus far that would affect your ability to be a completely objective and impartial juror in this case?

Yes _____        No _____

IF YES, please explain: _____

_____

111.    Do you know of any reason at all why you might not be able to serve as a completely objective and impartial juror in this case?

Yes _____        No _____

IF YES, please explain: _____

_____

*United States v. David Hammer (Cr. No. 96-239)*        38        _____

Juror Last Name

## PART VII: QUESTIONS CONCERNING THE SCHEDULE

Jury selection will begin April 4, 2012.  Although the jury selection process will last several weeks, you will only be required to attend court on one additional day to be interviewed. It is likely that the trial will be held between _____ a.m. and _____ p.m., Monday through Thursday, except holidays and other adjournments for Court business.  It is expected that the trial will last _____ months once the jury is selected.  To be on the safe side, we are requiring that the jurors who serve on this case be available from _____ through _____.

If you are selected as a juror, you will be required to be present for the taking of testimony for as long as the case lasts.  There are no plans to sequester the jury and you will go home every day after court.

The Court views service on a jury in a federal criminal trial to be one of the highest duties of U.S. citizenship.  Mere inconvenience or the usual hardships of jury service will be insufficient to excuse a prospective juror.

112.    Do you wish to apply to the Court to be excused on the ground that jury service would be an undue hardship or extreme inconvenience for you?

Yes _____        No _____

IF YES, please explain: _____

_____

113.    Do you have an unusual financial hardship that would prevent you from serving as a juror in this case?

Yes _____        No _____

IF YES, please explain: _____

_____

Will you be paid your salary while you serve on jury duty?  Yes _____        No _____

114.    Do you have any difficulty speaking, reading, writing or understanding English?

Yes _____        No _____

115.    Do you have any physical or medical condition (such as hearing, eyesight, back problem or medication you are taking) that would make it unusually difficult for you to serve?

Yes _____        No _____

IF YES, please explain: _____

_____

116.   Do you have any personal or professional obligations that you feel would severely interfere with your ability to be a juror in this case, such as employment, childcare or travel that cannot be rescheduled?

Yes \_\_\_\_       No \_\_\_\_

IF YES, please explain: _____

_____

117.   Is there any other information that you feel you should share with the Judge that you believe may bear upon your qualification to serve as a juror?

Yes \_\_\_\_       No \_\_\_\_

IF YES, please explain: _____

_____

**I hereby declare under penalty of perjury that the answers that I have provided on this questionnaire are true and complete and no one has assisted me in providing information and responding to questions in this questionnaire.**

_____        _____

**Signature**                                                      **Date**

_____
Juror Last Name

**Additional Pages to Complete Responses to any Question**

_United States v. David Hammer (Cr. No. 96-239)_       41

_____
Juror Last Name