UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| | : | Capital Case |
| | : | |
| DAVID PAUL HAMMER, | : | Eletronic Filing |
| Defendant | : | |

_____

**ORDER**

After consideration of Defendant's *Motion For One Hundred and Twenty Day Continuance of The Trial Date*, and the Government's response, it is hereby ORDERED that the motion is GRANTED. The trial currently scheduled to commence on April 4, 2012, is continued until a date set after consultation with the parties and consistent with the Court's calendar.

BY THE COURT

_____
Slomsky, J.