UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| | : | Capital Case |
| | : | |
| DAVID PAUL HAMMER, | : | |
| Defendant | : | |

_____

**STATEMENT OF NON-CONCURRENCE**
_____

AND NOW comes David Paul Hammer, through counsel, and, pursuant to

Rule 7.1 of the Local Rules of the United States District Court for the Middle District

of Pennsylvania, respectfully states the following:

Counsel for Mr. Hammer hereby certifies that he has contacted Assistant

United States Attorney Steven Mellin, who informs him that, at this time, the

Government does not concur with Defendant's request for a one hundred and twenty

(120) day continuance. The Government, does not however, oppose a sixty (60) day

continuance.

Respectfully Submitted,


/s/ James J. McHugh, Jr.                         /s/ Anne L. Saunders

_____                      _____

James J. McHugh, Esq.                            Anne L. Saunders, Esq.
James Moreno, Esq.                                Assistant Federal Defender
Asst. Federal Defender                            Federal Public Defender Office
Federal Defender Office                           Capital Habeas Corpus Unit
Suite 540 West - The Curtis Center          100 Chestnut Street, Suite 306
Philadelphia, PA 19106                           Harrisburg, PA 17101
215-928-0520                                          717-782-3843


/s/ Ronald C. Travis

_____

Ronald C. Travis, Esq.
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA 17703-0215
570-323-8711


Counsel for Defendant, David Paul Hammer

Dated: February 2, 2012

## CERTIFICATE OF SERVICE

I, James J. McHugh, Jr., Esquire, do hereby certify that on this date I served

a copy of the foregoing *Statement of Non-Concurrence* via Electronic Case Filing, or

by placing a copy in the United States mail, first class addressed to the following:

Frederick E. Martin, Esquire
United States Attorney's Office
Federal Building, Room 217
228 Walnut Street
Harrisburg, PA 17108

Steven Mellin, Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

/s/JAMES J. McHUGH, JR.

_____

JAMES J. MCHUGH, ESQUIRE

DATE: February 2, 2012