IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,          :     CRIMINAL ACTION
                                   :
                                   :     NO. 96-239
        v.                         :
                                   :
DAVID PAUL HAMMER,                 :
                                   :
        Defendant.                 :

## ORDER

**AND NOW**, this 2nd day of February 2012, it is **ORDERED** that a telephone conference shall be held in the above-captioned matter on February 3, 2012 at 2:00 p.m.  The telephone conference will be held on the record.  Counsel for the Government shall initiate the call to (267) 299-7340.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.