IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| | : | NO. 96-239 |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 3rd day of February 2012, upon consideration of Defendant David Paul Hammer's Motion to Direct the Government to Produce Exhibit 2 to the Government's Opposition, Filed "*In Camera*," and all Other Relevant DVD Videotapes (Doc. No. 1409), United States' Brief in Opposition to Defendant's Motion to Direct the Government to Produce Exhibit 2 to the Government's Opposition, Filed "*In Camera*," and all Other Relevant DVD Videotapes (Doc. No. 1422), and Defendant's Reply Brief to Government's Brief in Opposition to Defendant's Motion to Direct the Government to Produce Exhibit 2 to the Government's Opposition, Filed "*In Camera*," and all Other Relevant DVD Videotapes (Doc. No. 1432), it is **ORDERED** that Defendant David Paul Hammer's Motion to Direct the Government to Produce Exhibit 2 to the Government's Opposition, Filed "*In Camera*," and all Other Relevant DVD Videotapes (Doc. No. 1409) is GRANTED, **subject to the agreement of all parties as stated during an on the record telephone conference on February 3, 2012.**

BY THE COURT:

JOEL H. SLOMSKY, J.