IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| | : | NO. 96-239 |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 3rd day of February 2012, upon consideration of Defendant's Motion for a One Hundred and Twenty Day (120) Continuance of the Trial Date (Doc. No. 1441), the Statement of Non-Concurrence filed by Defendant (Doc. No. 1442), and for the reasons stated during an on the record telephone conference on February 3, 2012, it is **ORDERED** as follows:

1.  Defendant's Motion for a One Hundred and Twenty Day (120) Continuance of the Trial Date (Doc. No. 1441) is GRANTED.

2.  The special hearing pursuant to 18 U.S.C. § 3593 scheduled for <u>April 4, 2012</u> is CANCELLED. The hearing shall commence on **February 5, 2013.**

3.  **All counsel are attached for the hearing to commence on February 5, 2013**.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.