IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,       :     CRIMINAL ACTION

                                  :

      v.                     :     NO. 96-239

                                    :

DAVID PAUL HAMMER,         :

      Defendant.           :

## ORDER

**AND NOW**, this 30th day of January 2012, it is **ORDERED** that the telephone conference on Defendant's Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 12(b)(3)(E) and 16 (Doc. No. 1407) scheduled for February 23, 2012 at 2:30 p.m. is CANCELLED. The telephone conference shall be rescheduled for a later date, to be determined by the Court.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.