A PARTNERSHIP

# *Rieders, Travis, Humphrey, Harris, Waters & Waffenschmidt*

161 WEST THIRD STREET
P.O. BOX 215
WILLIAMSPORT, PENNSYLVANIA 17703-0215
lawoffices@riederstravis.com
www.riederstravis.com

JEFFREY C. DOHRMANN
GARY T. HARRIS
JOHN M. HUMPHREY
CLIFFORD A. RIEDERS*
PA., N.Y. & D.C. Bars
RONALD C. TRAVIS
THOMAS WAFFENSCHMIDT
C. SCOTT WATERS
*Board Certified in Civil
Trial Advocacy, N.B.T.A.

PAMELA L. SHIPMAN
CHRISTIAN J. KALAUS
COREY J. MOWREY

KIMBERLY A. PAULHAMUS
Firm Manager
AME L. SHUMAN
Human Resource Manager
PHONE:
(570) 323-8711
FAX:
(570) 323-4192
(570) 567-1025

February 17, 2012

## REQUEST FOR TRAVEL EXPENSES
## MARCH 22 THROUGH MARCH 25, 2012

**BOP Homicide Case Consultation and Training Conference, Denver CO. The Conference is a training program for DP cases and is designed to bring attendees up to date on what appears to work and what does not.**

**Please note, airfare and hotel are being paid by AO**

I would request ½ of the following expenses, as this matter will be split between two DP cases:

Meals:  $75/day for 4 days = $300 – (Request $150.00)

Airport Shuttle to Hotel:  $46 (Request $23)

Travel Miles to Harrisburg airport from Williamsport:  $100 (request $50)

Airport Parking:  $60 (Request $30)



# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | (Judge Slomsky) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | |

## REQUEST FOR TRAVEL AUTHORIZATION

I hereby request the issuance by the court of the attached Travel Authorization on behalf of Defendant Hammer.

_Feb. 17, 2012_
Date

_Ronald C. Travis_
Name of Attorney

A PARTNERSHIP

## Rieders, Travis, Humphrey, Harris, Waters & Waffenschmidt

161 WEST THIRD STREET
P.O. BOX 215
WILLIAMSPORT, PENNSYLVANIA 17703-0215
lawoffices@riederstravis.com
www.riederstravis.com

JEFFREY C. DOHRMANN
GARY T. HARRIS
JOHN M. HUMPHREY
CLIFFORD A. RIEDERS*
PA., N.Y. & D.C. Bars
RONALD C. TRAVIS
THOMAS WAFFENSCHMIDT
C. SCOTT WATERS
*Board Certified in Civil
Trial Advocacy, N.B.T.A.

PAMELA L. SHIPMAN
DONALD F. MARTINO
CHRISTIAN J. KALAUS
COREY J. MOWREY

KIMBERLY A. PAULHAMUS
Firm Manager
AMIE L. SHUMAN
Human Resource Manager
PHONE:
(570) 323-8711
FAX:
(570) 323-4192
(570) 567-1025

Date: _Feb. 17, 2012_

To:      HONORABLE JUDGE JOEL H. SLOMSKY
         *United States District Court for the Eastern District of
         Pennsylvania*

Via FAX: 1-267-299-5058

From:    Gwen L. Cebulka, Paralegal to Attorney Ronald C. Travis

Re:      USA v. David Hammer –TRAVEL AUTHORIZATION

Pages:   cover + 4