```
                 UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      :  Criminal No. 4:96-CR-0239
                              :
          v.                  :  (Judge Slomsky.)
                              :
 DAVID PAUL HAMMER            :  ELECTRONICALLY FILED
```

**PRAECIPE FOR WITHDRAWAL OF ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly withdraw the appearance of Assistant United States Attorney Frederick E. Martin as counsel for the United States of America in the above-captioned case.

```
                         Respectfully submitted,

                         PETER J. SMITH
                         United States Attorney



                         By s/Frederick E. Martin
                         FREDERICK E. MARTIN
                         Assistant United States Attorney
                         PA ID 57455
                         Herman T. Schneebeli Federal Bldg.
                         240 West Third Street, Suite 316
                         Williamsport, PA 17701-6465
                         Tele:  (570) 326-1935
                         FAX:  (570) 326-7916
                         Electronic Mail:
                         Fred.Martin@usdoj.gov

Dated:    March 1      , 2012
```

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA    :  Criminal No. 4:96-CR-0239
                            :
          v.                :  (Judge Slomsky.)
                            :
 DAVID PAUL HAMMER          :  **ELECTRONICALLY FILED**


<u>**CERTIFICATE OF ELECTRONIC SERVICE**</u>

I hereby certify that I caused a true and correct copy of the foregoing

**PRAECIPE FOR WITHDRAWAL OF ENTRY OF APPEARANCE**

by mailing electronically on _____ March 1 _____, 2012, to:

ADDRESSEES:    Ronald C. Travis, Esquire
               rtravis@riederstravis.com




               S/Frederick E. Martin
               FREDERICK E. MARTIN
               Assistant United States Attorney