Case 4:96-cr-00239-JHS Document 1457 Filed 03/26/12 Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :

                      :    NO. 4:96-CR-00239

                      :

         v.           :

                      :    (Judge Slomsky)

DAVID PAUL HAMMER    :

                      :

     Defendant      :

## REQUEST FOR TRAVEL AUTHORIZATION

I hereby request the issuance by the court of the attached Travel Authorization on behalf of Defendant Hammer.

_3-22-12_
Date

_Randall C. Rine_
Name of Attorney

Although the government has not yet filed a Rule 15 Motion, the government has advised the defense of its intent to take the deposition of the father of the victim on April 6, 2012, at the FBI Office in Salem, Oregon. Given advanced age and failing health of the proposed deponent, defense counsel believes the Court will find the existence of the necessary "exceptional circumstances" to allow the deposition to be taken in order to preserve the testimony of Mr. Marti.

Upon receipt of the notice of the government's proposed deposition, defense counsel checked to determine the availability of a flight into Salem, Oregon. Defense counsel has learned that there is no air service to Salem, Oregon. The closest airport to Salem, Oregon is in Portland, Oregon.

Once it was determined where to fly to, counsel then checked the cost of round trips flying out of Williamsport, out of Harrisburg, and also out of Wilkes-Barre. The round trip out of Williamsport is at the price of $879.00. The round trip out of Harrisburg and Wilkes-Barre are $500, but when the travel time, mileage allowance and parking fees which would be generated for counsel to drive to and from either location are added into the ticket price, the round trip from Williamsport is cheaper.

Since Salem is approximately 50 miles from Portland, counsel will also need to rent a car to get and from Portland. Finally, counsel will also need to secure a room in Salem for one night.

Counsel has obtained car rental rates and motel rates but in the past Omega Travel has identified what car rental to use and also secured the government rate at a motel. In the requested Authorization counsel has estimated the car rental and room charges.

Counsel also estimates $50.00 per day for meal expenses.