IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| | : | NO. 96-239 |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 7th day of May 2012, it is **ORDERED** that a telephone conference shall be held on Defendant's Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 12(b)(3)(E) and 16 (Doc. No. 1407) on July 9, 2012 at 4:45 p.m. The telephone conference will be held on the record. Counsel for the Government shall initiate the call to (267) 299-7340.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.