In the United States District Court
For the Middle District of Pennsylvania

United States

v.

David Paul Hammer,
            Defendant

Case No. 4-CR-96-0239

Judge Slomsky

capital case

## Election To Proceed Pro Se

FILED
SCRANTON
MAY 15 2012
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

Comes Now, David Paul Hammer, Defendant herein, and respectfully advises the court of his decision to proceed Pro Se in this capital case.

Mr. Hammer has the absolute right to proceed Pro Se in this case pursuant to the Sixth Amendment to the United States Constitution. See: Faretta v. California, 422 U.S. 806, 45 L. Ed 2d 562, 95 S.Ct. 2525 (1975); McKaskle v. Wiggins, 465 U.S. 168 (1984); United States v. Jones, 452 F. 3d 223, 228-229 (3rd cir. 2006);

It is requested that this court immediately schedule a hearing where the defendant can appear by way of video conferencing from the United States penitentiary in Terre Haute, Indiana, his current place of confinement.

Before allowing a defendant to proceed pro se the court bears the weighty responsibility of conducting a sufficiently penetrating inquiry to satisfy itself that the defendant's waiver of counsel is knowing, understanding and voluntary. See: *United States v. Peppers*, 302 F.3d 120, 130 (3rd cir. 2002); *United States v. Stubbs*, 281 F.3d 109, 116 (3rd cir. 2002); *United States v. Welty*, 674 F.2d 185, 187 (3rd cir. 1982).

The government's position on Mr. Hammer's right to proceed pro se is set forth in their previous response to this issue. See Docket Sheet number 1389 at pages 5-6. The United States concedes the defendant's right to proceed pro se and that he is competent to do so.

This case is currently scheduled for a resentencing trial to begin on February 5, 2013. Less than 10 months from now. The issue raised herein must be decided promptly in order to allow Mr. Hammer ample time to personally, with the assistance of stand by counsel, to prepare for resentencing.

(2)

Therefore, the defendant would urge the court to promptly schedule a hearing to accept on the record Mr. Hammer's waiver of counsel.

May 2, 2012

Respectfully submitted,
David Paul Hammer
Reg. no. 24507-077
P.O. Box 33, SCU
Terre Haute, IN
47808-0033

## Certificate of Mailing

On this 3rd day of May, 2012 a true and correct copy of the Defendant's Election to Proceed Pro Se was sent by prepaid first class mail to each of the following.

John C. Gurganus, Jr.
Assistant U.S. Attorney
Federal Building, Suite 311
Scranton, PA. 18501

Ronald C. Travis
Attorney at Law
Rieders, Travis Law Office
161 West Third Street
Williamsport, PA 17701

(3)

Anne Saunders
Assistant Federal Public Defender
100 Chestnut Street
Suite 300
Harrisburg, PA   17101

James McHugh
James Moreno
Federal Community Defender
Eastern District of Pennsylvania
Suite 540 - Curtis Center
Philadelphia, PA  19106


David Paul Hammer
Defendant Pro Se

(4)

Clerk of the court
United States District court
Middle Dist. of Pennsylvania
Federal Building / U.S. Courthouse
235 N. Washington
Scranton, PA 18501

May 3, 2012

Dear Clerk,

    Please find enclosed the original of the Defendant's "Election To Proceed Pro Se". Please file this document in

Criminal case no: 4-CR-96-0239
United States V. Hammer

Thank you,
David Paul Hammer
Reg. no. 24507-077
P.O. Box 33, SCU
Terre Haute, IN 47808-0033

David Paul Hammer, #24507-077
USP Terre Haute
P. O. Box 33
Terre Haute, IN  47808-0033

RECEIVED
SCRANTON

MAY 15 2012

MARY E. D'ANDREA, CLERK

Per_____
DEPUTY CLERK

INMATE
IDENTIFICATION
CONFIRMED

Clerk of The court
United States District court
Middle District of Pennsylvania
Federal Building / U.S. Courthouse
235 North Washington
Scranton, PA
18501



**SPECIAL MAIL**
**28 C.F.R. § 540.18.19**

Case 4:96-cr-00239-JHS    Document 1463    Filed 05/15/12    Page 6 of 6