# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :

                              :      NO. 4:96-CR-00239

       v.                 :

                              :      (Judge Slomsky)

DAVID PAUL HAMMER         :

                              :

      Defendant             :

## REQUEST FOR TRAVEL AUTHORIZATION

I hereby request the issuance by the court of the attached Travel Authorization on behalf of Defendant Hammer.

___5-11-12___
Date

Ronald C. Travis
Name of Attorney