# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

                     :     NO. 4:96-CR-00239

           v.           :

DAVID PAUL HAMMER     :    (Judge Slomsky)

      Defendant        :

## TRAVEL AUTHORIZATION

**Authorized Traveler(s):** *Ronald C. Travis, Esq. CJA appointed*

**Authorized Travel Dates:** *May 24-26, 2012*

**Purpose of Travel:** *Confer w/ Client re: case.*

**Estimated Cost:**   Government per diem (available on the court's website www.pamd.uscourts.gov) –
Travel costs (Air, train, car, etc.)

Hotel: *$200*
Flight: *$650*
Car rental: *$75.00*

Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, you are hereby authorized to obtain government travel rates for the above described trip in connection with your providing representation under the Criminal Justice Act(CJA). Travel costs and subsistence shall be limited to those applicable to federal government employee travel.

You are authorized to contact ~~Omega World Travel (Omega) at 1-800-430-0401~~ *National Travel Service 800-445-0668* to request reservations, airline tickets and a rental car. You must inform Omega that you are Court Appointed (CJA) counsel in the Middle District of Pennsylvania and advise ~~Omega~~ that your tickets and rental car are to be charged to that court's account. You may instruct ~~Omega~~ *National* where to deliver your tickets.

A copy of this Travel Authorization must be provided to ~~Omega~~ *National* to place an order for airline tickets. A copy of this Travel Authorization, as well as a copy of the airline tickets and car rental which were provided by ~~Omega~~, *National* must be attached to your voucher for audit purposes.

_MAY 17, 2012_
Date

_Joel Slomsky_
Honorable Judge Slomsky
United States District Judge

Cc:Gary Hollinger, Chief Deputy