IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO.: 4:96-CR-239 |
| | : | CAPITAL CASE |
| v. | : | |
| | : | (Judge Slomsky) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | (Electronically Filed) |

## NOTICE OF REQUEST TO WITHDRAW
## MOTION/ELECTION TO PROCEED PRO SE

AND NOW, this 30th day of MAY, 2012, comes Defendant David Paul

Hammer and gives notice to the Court of his desire to withdraw the Motion/Election

to Proceed Pro Se (Doc. No. 1463) filed May 15, 2012.

I understand that by withdrawing the Motion/Election the Court will take no

further action on the Motion/Election and the Court will neither entertain argument

nor hold an evidentiary hearing pertaining to the Motion/Election.

DAVID PAUL HAMMER

DATE: 5/25/2012

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO.: 4:96-CR-239 |
| | : | CAPITAL CASE |
| v. | : | |
| | : | (Judge Slomsky) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | (Electronically Filed) |

## CERTIFICATE OF SERVICE

I, DAVID PAUL HAMMER, do authorize Ronald C. Travis, Esquire, to electronically file my Notice of Request to Withdraw Motion/Election to Proceed Pro Se together with the proposed Order, and to serve all other counsel via electronic filing.

_David Paul Hammer_
DAVID PAUL HAMMER

DATE: 5/25/2012

.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

                            :       NO.: 4:96-CR-239

                            :       CAPITAL CASE

        v.                   :

                            :       (Judge Slomsky)

DAVID PAUL HAMMER        :

                            :

          Defendant      :       (Electronically Filed)

## ORDER WITHDRAWING MOTION/ELECTION TO PROCEED PRO SE

Pending before this Court is a Motion/Election to Proceed Pro Se (Doc. No. 1463) filed by the Defendant David Paul Hammer on May 15, 2012.

Defendant Hammer having advised the Court of his desire to withdraw the Motion/Election to Proceed Pro Se, the Court will grant the request.

AND NOW, this \_\_\_\_ day of _____, 2012, the Court grants the request of Mr. Hammer to withdraw the Motion/Election to Proceed Pro Se.

BY THE COURT:

_____

Joel H. Slomsky,  J.