## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

             v.

DAVID HAMMER,

        Defendant.

Criminal No. 4:CR–96-239
Judge Slomsky

Electronically Filed

### STATEMENT OF CONCURRENCE

AND NOW comes David Hammer, through counsel, and, pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Middle District of Pennsylvania, respectfully states the following:

Counsel for Mr. Hammer hereby certifies that he has contacted Assistant United States Attorney Steven Mellin who indicated that the Government is not opposed to this Motion.