# EXHIBIT A

## DECLARATION/AFFIDAVIT OF DR. ALBERT B. HARPER
## PURSUANT TO 28 U.S.C. § 1746 AND 18 Pa.C.S. § 4904

I, Dr. Albert B. Harper, do hereby declare and verify as follows:

1)    I am the President of the Forensic Science Consortium located in Lenox, MA.  I am a forensic scientist and have been qualified as an expert in forensic science in Alabama, Arizona, Connecticut, Delaware, Florida, Maine, Massachusetts, New York, and Pennsylvania and in the Federal court.

2)    On December 15, 2011  at the FBI offices in Williamsport, Pennsylvania  I examined the physical evidence  in the case of United States v. Hammer.

3)    This evidence included the clothing worn by the victim and defendant on the night in question and the pillows and sheets from the bed on which the victim was found.

4)    I viewed the clothing and bedding under a Spectronic Alternate Light Source (ALS).  This alternate light source is designed to reveal human biological materials such as: semen, blood, urine and saliva which are not visible to the naked eye.  This examination revealed numerous human biological stains that have the potential to yield usable DNA profiles.

5)    Specifically, I examined the following items under the Spectronic ALS: Government Exhibit 26.3 (Hammer's orange boxer shorts), Government Exhibit 26.4 (Hammer's T-Shirt), Government Exhibit 28.2 (Marti's boxer shorts), Government Exhibit 17 A (a salmon colored bed sheet), Government Exhibit17 B (a second  salmon colored bed sheet).  All of these items were positive for human biological material which was not visible to the naked eye.

6)    It is my professional opinion to a reasonable degree of scientific certainty that all of these items contain a sufficient amount of biological material that would permit DNA samples to be extracted and testing to be conducted and valid results obtained.  It is now possible to test