## CERTIFICATE OF SERVICE

I, James J. McHugh, Jr., Esquire, do hereby certify that on this date I served a

copy of the foregoing *Defendant David Paul Hammer's Unopposed Motion for Leave*

*to Conduct Forensic Testing* by Electronic Case Filing, or by placing a copy in the

United States mail, first class addressed to the following:


Steven Mellin, Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530



S/ JAMES J. MCHUGH, JR.
JAMES MCHUGH, ESQUIRE



DATE:   June 6, 2012