# EXHIBIT A

## DECLARATION/AFFIDAVIT OF DR. ALBERT B. HARPER
## PURSUANT TO 28 U.S.C. § 1746 AND 18 Pa.C.S. § 4904

I, Dr. Albert B. Harper, do hereby declare and verify as follows:

1) I am the President of the Forensic Science Consortium located in Lenox, MA. I am a forensic scientist and have been qualified as an expert in forensic science in Alabama, Arizona, Connecticut, Delaware, Florida, Maine, Massachusetts, New York, and Pennsylvania and in the Federal court.

2) On December 15, 2011 at the FBI offices in Williamsport, Pennsylvania I examined the physical evidence in the case of United States v. Hammer.

3) This evidence included the clothing worn by the victim and defendant on the night in question and the pillows and sheets from the bed on which the victim was found.

4) I viewed the clothing and bedding under a Spectronic Alternate Light Source (ALS). This alternate light source is designed to reveal human biological materials such as: semen, blood, urine and saliva which are not visible to the naked eye. This examination revealed numerous human biological stains that have the potential to yield usable DNA profiles.

5) Specifically, I examined the following items under the Spectronic ALS: Government Exhibit 26.3 (Hammer's orange boxer shorts), Government Exhibit 26.4 (Hammer's T-Shirt), Government Exhibit 28.2 (Marti's boxer shorts), Government Exhibit 17 A (a salmon colored bed sheet), Government Exhibit17 B (a second salmon colored bed sheet). All of these items were positive for human biological material which was not visible to the naked eye.

6) It is my professional opinion to a reasonable degree of scientific certainty that all of these items contain a sufficient amount of biological material that would permit DNA samples to be extracted and testing to be conducted and valid results obtained. It is now possible to test

biological samples of limited quantity with highly specific results using more extensive DNA technology that has been perfected since the time of trial in 1998.

7)    I also examined under the Spectronic ALS  Government Exhibits  10, 13, 18, 26.5 26.1, 28.1, 28.3 16,  and 14, but do not believe that further examination of these items will yield probative evidence.

8)    I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge and belief, subject to 28 U.S.C. §1746 and Pa. C.S. § 4904.

Dr.  Albert B. Harper
May 29, 2012


COMMONWEALTH OF MASSACHUSETTS

Berkshire, ss

On this 29th day of May, 2012 before me the undersigned Notary Public, personally appeared Albert B. Harper, proved to me through satisfactory evidence of identification, to be the person who signed the preceding document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.


Notary Public
My Commission expires: 9-29-17


FARRAH S. WAX
Notary Public
Commonwealth of Massachusetts
My Commission Expires
September 29, 2017