# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 4:CR–96-239 |
| | : | Judge Slomsky |
| v. | : | |
| | : | Electronically Filed |
| DAVID HAMMER, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 7ᵗʰ day of JUNE , 2012, upon consideration of

Defendant's *Unopposed Motion for Leave to Conduct Forensic Testing*, it is hereby

ORDERED and DIRECTED that the Motion is GRANTED.

The requested items shall be transferred to an accepted laboratory for purposes

of DNA testing in a manner that is acceptable to the parties.

BY THE COURT

*Joel Slomsky*
Joel H. Slomsky, J.