IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| | : | NO. 96-239 |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 9th day of July 2012, upon consideration of Defendant's Notice of Request to Withdraw Motion/Election to Proceed Pro Se (Doc. No. 1467), it is **ORDERED** that Defendant's Request to Withdraw Motion/Election to Proceed Pro Se (Doc. No. 1467) is GRANTED.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.