## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | (Electronically Filed) |

## EXHIBITS TO DEFENDANT HAMMER'S LETTER BRIEF ON DISCOVERY

**Exhibit 5** – Murders at ADX

5.1.    Page 2357, cross-examination of Defense Witness Cunningham in *United States vs. McGriff* (E.D. NY) CR-04-906, February 7, 2006.

5.2.    Page 498, cross-examination of Witness Cunningham in *United States vs. Umana* (N.D. NC) 3:08-CR-134-2, April 26, 2010.

5.3.    Page 185, cross-examination of Witness Cunningham by AUSA Mellin in *United States vs. Hager* (E.D. Va.) 1:05-CR-264, October 25, 2007.

2357

Q    How many additional prisoners can ADX hold right now?

A    They are 20 below capacity as of November.

Q    As of November.  What about today?

A    I do not have data as of today.

Q    You testified earlier that murders happen every year in U.S. penitentiaries;  is that right?

A    Yes, sir.

Q    In fact, even at super max murders have occurred in 2005; is that right?

A    Two have occurred since the facility opened both in 2005.

Q    And those inmates were beaten to death?

A    That's correct.

Q    The report that I showed you earlier from the Office of the Inspector General, that report you are aware was drafted out after concern that there were terrorists sending letters out of ADX; is that right?

A    Yes, sir.

Q    And the conclusion of that report is the B.O.P. has not effectively monitored outgoing correspondence if high risk inmates?

A    They had not up to that point.

Q    The Bureau of Prisons up to that point was unable to effectively monitor verbal communications, inmate visits, and cell block conversations for high risk inmates, correct?

A    Not unable but had not.

S.1

498

Q.    But you're also familiar with the murders that have occurred in the Bureau of Prisons where it was just a towel or a bed sheet?

A.    Yes, ma'am.  That can be used.  I don't know the specifics of that.  But certainly within prison homicides, that's one way in some instances that homicides have occurred.

Q.    And in fact, at ADX there were two murders?

A.    Yes, ma'am.  Before they went to the solo rec, there were two individuals that were beat to death.

Q.    Stomped to death?

A.    Yes, ma'am in group recreation.

Q.    Did you have an opportunity to interview this defendant?

A.    I did not interview this defendant.

Q.    Did you interview any of the investigators in this case?

A.    No, ma'am.

Q.    Did you review any of the discovery materials that were provided?

A.    No, ma'am.

Q.    Did you interview jail personnel at the Mecklenburg County jail?

A.    No, ma'am.  I did not do an individualized risk assessment in this case.

                 Laura Andersen, RMR 704-350-7493

5.2

Q.    All right.

And Henry 'Little Man' James was the defendant's mentor when he was out on the streets; isn't that right?

A.    Yes, sir.

Q.    In fact, the person who Tommy Hager initially was receiving supplies of crack cocaine from, correct?

A.    That's my understanding, yes.

Q.    And Henry "Little Man' James also involved him in violence; isn't that correct?

A.    That's also my understanding.

Q.    And Henry 'Little Man' James is currently at ADX; isn't that correct?

A.    That's my understanding.

Q.    Now, there have been assaults at ADX; isn't that right?

A.    Yes, sir, there have.

Q.    And in fact, there have been two murders at ADX; isn't that correct?

A.    Yes, sir.  That's why they instituted the no physical contact between inmates through most of the facility.

ATTORNEY MELLIN:   Right.

BY ATTORNEY MELLIN:

Q.    But the slide that you showed us earlier, the pie chart that you showed us -- well, I guess it was just stats.