# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | (Electronically Filed) |

## EXHIBITS TO DEFENDANT HAMMER'S LETTER BRIEF ON DISCOVERY

**Exhibit 8** – Pages 92-93 of testimony of Government Expert in *United States vs. O'Reilly*, Supra.

assaults includes injury or the potential therefor; isn't that true?

A.   That would be an attempted assault for the . . .

Q.   And that's part of the serious assault, isn't it?

A.   Yes, it is.  Yes, sir.

Q.   So, a serious assault can be the actual assault or an attempt, correct, under these numbers?  True?

A.   Not -- not entirely true.  Under those numbers there is a subcategory called A, which is attempted assault.  So, it would be a 101 assault -- would be an assault, or an attempted assault would be a 101A.

Q.   And do you have the numbers for 101A?

A.   No.  The numbers that I have provided do not include attempted assaults.

Q.   And so these numbers are not even complete, are they, because the serious assault includes an attempt.  Isn't that true?

A.   No, sir.

A serious assault that would be attempted could be just a planned assault, but not an assault carried out.

Q.   A swing and a miss is a serious assault, isn't it?

A.   No.

Q.   All right.  Well, I'm kind of curious.  Is it your testimony that Ms. Garrett gave you the number 326 and 56, but you wrote down 1687 and 94?

US v O'Reilly #05-80025

EXHIBIT 8

A.    Actually, I was driving here.  I pulled my car off to the side of the highway.  I was transcribing numbers as she was dictating them to me --

Q.    Let me interrupt.  My question, sir, is did she give you the number 326?

MR. CHADWELL:  Your Honor, I think the witness in this type of venue should be allowed to give a full answer and not interrupt.  This is not a cross-examination that --

THE COURT:  Well, no.  The question is pretty direct.

BY MR. KAMMEN:

Q.    Did she give you the number 326?

A.    Yes, she did.

Q.    And you somehow wrote down 1687?

A.    No, sir.

Q.    Okay.  Did she give you the number 56?

A.    Yes, she did.

Q.    And you somehow wrote down 94?

A.    Not at that time.

Q.    How did -- did you write down 326 in your car?

A.    Yes.  But because I was writing on an uneven surface, I made another mark on that piece of paper that was -- apparently caused me to make an error in the information that I reported to Mr. Chadwell.

Q.    And what mark did you write down?

EXHIBIT 2