**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | (Judge Slomsky) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | **ELECTRONICALLY FILED** |

## ORDER

Before the Court is a request by the defense that the Scheduling Order entered on February 3, 2012, be amended with respect to Paragraph 4. After consideration of the position of the parties, the Court finds the request to be meritorious and same will be granted.

NOW THEREFORE, it is hereby ORDERED:

1. Paragraph 4 of the Amended Scheduling Order dated February 3, 2012, is hereby amended to provide that the government shall provide counsel for the Defendant with the Informational Outlines in accordance with the Memorandum and Order of this Court dated December 1, 2011, no later than August 31, 2012.

2.    In all other respects, the Amended Scheduling Order of February 3, 2012, remain the same.

BY THE COURT:

_____

SLOMSKY, J.