**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | (Judge Slomsky) |
| DAVID HAMMER, | : | |
| | : | |
| Defendant | : | **ELECTRONICALLY FILED** |

**NOTICE PURSUANT TO THE COURT'S AMENDED
SCHEDULING ORDER**

AND NOW, comes Defendant David Hammer, through counsel, and files notice pursuant to the Court's Amended Scheduling Order, (Doc. 1446), and gives notice of the intent to introduce at the penalty phase of this capital case expert evidence relating to a mental disease, defect, and/or any other mental condition bearing on the issue of punishment.

Counsel further provides notice of the following expert witnesses and reserves the right to supplement or amend this notice once the Government's

Informational Outline is received and following counsel's ongoing investigation and the Government's disclosures under Rule 16(a)(1)(G).

Dr. Neil Blumberg, M.D. (Psychiatrist)

Dr. Ruben Gur, Ph.D. (Psychologist)

Dr. Michael Gelbort, Ph. D. (Psychologist)

Dr. Albert Harper, Ph.D. (Forensic Scientist)

Dr. Charles Wetli, M.D. (Pathologist)

Louise Luck, M.A.

Dr. Elizabeth Murphy, M.D. (Endocrinologist)

Dr. Thomas Hyde, M.D. (Neurologist)

Dr. David Lisak, Ph.D. (Psychologist)

Counsel also expects to call a physician who will testify regarding Mr. Hammer's overall medical condition. Should any of the named experts become unavailable to testify due to scheduling conflicts or other reasons, counsel reserves the right to substitute with a similarly qualified expert in the same field.

Respectfully submitted,

/s/ Ronald C. Travis, Esquire
Ronald C. Travis, Esquire
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

/s/ Anne Saunders, Esquire
Anne Saunders, Esquire
Assistant Federal Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Ste. 306
Harrisburg, PA  17101
(717) 782-3843 (telephone)
(717) 782-3966 (facsimile)
Anne_Saunders@fd.org

/s/ James McHugh, Esquire
James McHugh, Esquire
James Moreno, Esquire
Federal Community Defender
Eastern District of Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA  19106
(215) 928-1100 (telephone)
(215) 928-0826 (facsimile)
James_McHugh@fd.org
James_Moreno@fd.org

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :

                      :     NO. 4:96-CR-00239

                      :

        v.            :

                      :     (Judge Slomsky)

DAVID HAMMER        :

                      :

     Defendant      :     **ELECTRONICALLY FILED**

## CERTIFICATE OF SERVICE

AND NOW, comes Ronald C. Travis, Esquire, attorney for Defendant Hammer, and certifies that a copy of the foregoing Rule 12.2(b)(2) Notice has been filed with the Clerk of Court, and a copy of said Notice was automatically sent to the Assistant United States Attorneys representing the United States in the case, this 1st day of August, 2012.

                RIEDERS, TRAVIS, HUMPHREY, HARRIS,
                    WATERS & WAFFENSCHMIDT

                /s/ Ronald C. Travis, Esquire
                Ronald C. Travis, Esquire
                Attorney for Defendant
                PA ID#:  08819
                161 West Third Street
                PO Box 215
                Williamsport, PA  17703-0215
                (570) 323-8711 (telephone)
                (570) 323-4192 (facsimile)
                rtravis@riederstravis.com

4