IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :      NO.: 4:96-CR-239
                                  :      CAPITAL CASE
              v.                  :
                                  :      (Judge Slomsky)
DAVID PAUL HAMMER                 :
                                  :
              Defendant           :      (Electronically Filed)


## ORDER WITHDRAWING MOTION/ELECTION TO PROCEED PRO SE

Pending before this Court is a Motion/Election to Proceed Pro Se (Doc. No.

1463) filed by the Defendant David Paul Hammer on May 15, 2012.

Defendant Hammer having advised the Court of his desire to withdraw the

Motion/Election to Proceed Pro Se, the Court will grant the request.

AND NOW, this 13th day of AUGUST, 2012, the Court grants the request

of Mr. Hammer to withdraw the Motion/Election to Proceed Pro Se.

BY THE COURT:

Joel H. Slomsky, J.