UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :  Criminal No. 4:96-CR-0239
    :
      v.              :  (Judge Slomsky)
    :
DAVID PAUL HAMMER    :  **ELECTRONICALLY FILED**

**UNITED STATES' RESPONSE TO
<u>DEFENDANT'S MOTION FOR EARLIER DISCLOSURE OF INFORMATIONAL
OUTLINES</u>**

On December 1, 2011, the Court entered an Order granting the defense request for Informational Outlines with respect to the asserted intent factors, the statutory aggravating factors of substantial planning and premeditation, and the two non-statutory factors of future dangerousness and victim impact. In an Amended Scheduling Order, the Court directed that the Informational Outlines be provided by the government by November 1, 2012.

On July 24, 2012, the Defendant moved to have the Court order that the Informational Outlines be provided by August 31, 2012. Thereafter, counsel for the parties reached a compromise wherein government counsel agreed to provide the Informational Outlines by October 1, 2012.

Counsel further agreed that in light of the compromise reached by the parties, the Court can consider the Motion for Earlier Disclosure of Informational Outlines to be moot.

Respectfully submitted,

PETER J. SMITH
United States Attorney

        /s/ John C. Gurganus, Jr.
By_____
JOHN C. GURGANUS Jr.
Assistant United States Attorney


STEVEN D. MELLIN
Trial Attorney For the
Capital Case Unit
1331 F Street, N.W.
Washington, D.C. 20530

Dated: August 22, 2012

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:96-CR-0239 |
| | : | |
| v. | : | (Judge Slomsky) |
| | : | |
| DAVID PAUL HAMMER | : | **ELECTRONICALLY FILED** |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing

**UNITED STATES' RESPONSE TO
DEFENDANT'S MOTION FOR EARLIER DISCLOSURE OF INFORMATIONAL
OUTLINES**

to be electronically mailed on August 22, 2012, to:

ADDRESSEES:    Ronald C. Travis, Esquire
rtravis@riederstravis.com

Michael Wiseman, Esquire
Michael_Wiseman@fd.org

James J. McHugh, Jr., Esquire
James_McHugh@fd.org

James Moreno, Esquire
James_Moreno@fd.org

Anne Saunders, Esquire
Anne_Saunders@fd.org

/s/ John C. Gurganus, Jr.
_____
JOHN C. GURGANUS, JR.
Assistant United States Attorney