IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| | : | NO. 96-239 |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 23rd day of August 2012, upon consideration of Defendant's Motion for Earlier Disclosure of Informational Outlines (Doc. No. 1479), and United States' Response to Defendant's Motion for Earlier Disclosure of Informational Outlines informing the Court that counsel for the government has agreed to provide the Informational Outlines by October 1, 2012 (Doc. No. 1485), it is **ORDERED** that Defendant's Motion for Earlier Disclosure of Informational Outlines (Doc. No. 1479) is DENIED WITHOUT PREJUDICE as MOOT.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.