**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | (Judge Slomsky) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | **ELECTRONICALLY FILED** |

## ORDER OF COURT

The defense has requested that the Court expedite briefing with respect to the Motion for videoconferencing without Mr. Hammer being in hand restraints. Based upon this request, the Court does order that any Brief in Opposition to the request be filed with the Court within seven (7) days of the service of the Motion and supporting Brief.

BY THE COURT:

_____

SLOMSKY, J.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | (Judge Slomsky) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | **ELECTRONICALLY FILED** |

## ORDER OF COURT

BACKGROUND

Pending before the Court is a request on behalf of Mr. Hammer that future videoconference phone calls be conducted with Mr. Hammer's hands being unrestrained. After consideration of the positions of the parties, the Court finds the request to be meritorious and same with be granted.

NOW THEREFORE, this ___ day of October, 2012, it is hereby ORDERED as follows:

1.    With respect to all future videoconference phone calls set up by the David Hammer defense team, the Bureau of Prisons shall remove the hand restraints of Mr. Hammer during the videoconference phone call.

BY THE COURT:

_____
SLOMSKY, J.