IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,        :        CRIMINAL ACTION
                                 :
                                 :        NO. 96-239
        v.                       :
                                 :
DAVID PAUL HAMMER,               :
                                 :
        Defendant.               :

## ORDER

**AND NOW**, this 23rd day of October 2012, upon consideration of Defendant's Motion for Client's Hands to be Unrestrained During Defense Team Videoconference Consultations with Client (Doc. No. 1490), Defendant's Brief in Support of Motion for Client's Hands to be Unrestrained During Defense Team Videoconference Consultations with Client (Doc. No. 1491), and Government's Brief in Opposition to Defendant's Motion That His Hands to be Unrestrained During Video Consultation with Counsel (Doc. No 1494), it is **ORDERED** that Defendant's Motion is DENIED.[1]

BY THE COURT:

*Joel Slomsky*

JOEL H. SLOMSKY, J.

---

[1]    The Government has represented to this Court in its Brief in Opposition to Defendant's Motion That His Hands to be Unrestrained During Video Consultation with Counsel (Doc. No 1494) that although Mr. Hammer will be in hand restraints, he will have the ability to write during the videoconference with his counsel. The Court assumes this will also allow him to display to defense counsel various documents that he will bring with him to the videoconference. Under these circumstances, institutional security will be maintained while at the same time not infringing on the constitutional rights of Mr. Hammer to consult with his counsel to prepare for the hearing beginning on February 5, 2013.