UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :  Criminal No. 4:96-CR-0239
                         :
        v.              :  (Judge Slomsky)
                         :
DAVID PAUL HAMMER       :  **ELECTRONICALLY FILED**

## <u>JOINT MOTION FOR A STATUS CONFERENCE</u>

At the present time, a penalty phase hearing is scheduled to occur in the above captioned matter with jury selection to commence on February 5, 2013. Given the issues involved in the case, the parties anticipate that the jury selection process will be extensive and that a conference with the Court at a mutually convenient time to discuss scheduling would be beneficial.

Following initial discussions, the parties submit the following for the Court's considered judgment as a manner within which to proceed. The parties suggest that the summoned jurors assemble for approximately two days, February, 5th and 6th, to fill out the questionnaire (approximately 250 jurors per day). The parties may then agree to identify requests for strikes based on cause and hardship during the remainder of that month. Following that process, and beginning in March, individual voir dire of the remaining jurors would occur. Assuming that process would require approximately one month, and to accommodate the trial schedule of counsel, the jurors would be advised to return for trial commencing on June 3, 2013.

It is anticipated that before February 5, 2013, the Court will need to decide the open questionnaire issues and work with the Clerk of Court staff to arrange for approximately 250 jurors to come in each day.

Counsel for the Defendant, James J. McHugh, Jr., Esquire, has authorized the undersigned to submit the motion on behalf of the parties.

Respectfully submitted,

PETER J. SMITH
United States Attorney

        /s/ John C. Gurganus, Jr.
By_____
JOHN C. GURGANUS Jr.
Assistant United States Attorney


STEVEN D. MELLIN
Trial Attorney For the
Capital Case Unit
1331 F Street, N.W.
Washington, D.C. 20530

Dated: November 8, 2012

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :  Criminal No. 4:96-CR-0239
                                  :
        v.                        :  (Judge Slomsky)
                                  :
DAVID PAUL HAMMER                 :  **ELECTRONICALLY FILED**

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing

### JOINT MOTION FOR A STATUS CONFERENCE

to be electronically mailed on November 8, 2012, to:

ADDRESSEES:    Ronald C. Travis, Esquire
               rtravis@riederstravis.com

               Michael Wiseman, Esquire
               Michael_Wiseman@fd.org

               James J. McHugh, Jr., Esquire
               James_McHugh@fd.org

               James Moreno, Esquire
               James_Moreno@fd.org

               Anne Saunders, Esquire
               Anne_Saunders@fd.org


                         /s/ John C. Gurganus, Jr.
                         _____
                         JOHN C. GURGANUS, JR.
                         Assistant United States Attorney