

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,       :    CRIMINAL ACTION
                                :
                                :    NO. 96-239
    v.               **FILED** :
                                :
DAVID PAUL HAMMER,    NOV 1 6 2012:
                                :
    Defendant.    MICHAEL E. KUNZ, Clerk
                  By_____ Dep. Clerk

**FILED**

NOV 1 6 2012

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 16th day of November 2012, upon review of the Joint Motion for a

Status Conference (Doc. No. 1500), the parties' request is **GRANTED** and it is **ORDERED** that

a status conference shall be held on November 28, 2012 at 2:00 P.M. at 601 Market Street,

Philadelphia, Pennsylvania, Room 5614.  Counsel appearing telephonically shall initiate the call

to (267) 299-7340.


BY THE COURT:


_Joel Slomsky_
JOEL H. SLOMSKY, J.