IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | |
| | : | NO. 96-239 |
| v. | : | |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 28th day of November 2012, upon consideration of the Joint Motion for

a Status Conference (Doc. No. 1500) and the parties' requests at the conference held on

November 28, 2012: it is **ORDERED** that:

1) A conference regarding jury questionnaires and preliminary instructions shall be held

on **December 20, 2012** at **2:00 P.M.** at 601 Market Street, Philadelphia, Pennsylvania,

Room 5614.  Counsel appearing telephonically shall initiate the call to (267) 299-7340.

2) On **February 5 and 6, 2013**, 250 jurors shall be brought to 601 Market Street,

Philadelphia, Pennsylvania, each day for purposes of completing jury questionnaires.

3) Individual questioning of potential jurors shall take place on **March 11-15, 18-21, 25,**

**28-29**, and **April 1-5, 2013**.

4) The sentencing hearing shall commence on **Monday June 3, 2013** and shall continue

on a Monday through Thursday schedule until it is complete.

5) All counsel shall be attached for the hearing on the above-listed dates.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.