IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

Defendant.

CRIMINAL ACTION
NO. 96-239

## ORDER

**AND NOW**, this 20th day of December 2012, following a status conference with all parties, it is **ORDERED** as follows:

1.  The prior Order of this Court (Doc. No. 1506), dated November 28, 2012, is **VACATED**.

2.  A conference regarding jury questionnaires and preliminary instructions shall be held on **January 7, 2014** at **2:00 P.M.** at 601 Market Street, Philadelphia, Pennsylvania in a Room to be determined. Any counsel appearing telephonically shall initiate the call to (267) 299-7340.

3.  On **March 3 and 4, 2014**, 250 jurors shall be brought to 601 Market Street, Philadelphia, Pennsylvania, each day for purposes of completing jury questionnaires.

4.  Individual questioning of potential jurors shall take place on **April 7 through May 1, 2014**. Individual questioning of potential jurors shall proceed on a Monday through Thursday schedule until it is complete.

5.      The sentencing hearing shall commence on **May 19, 2014** and shall continue on a Monday through Thursday schedule until it is complete.

6.      All counsel shall be attached for the hearing on the above-listed dates.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.