## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |
| _____ | : | _____ |

**DEFENDANT'S MOTION IN LIMINE TO PRECLUDE THE ADMISSION OF
IRRELEVANT AND CONSTITUTIONALLY IMPROPER EVIDENCE IN SUPPORT OF
THE PRIOR CRIMINAL CONVICTIONS INVOLVING USE OR THREAT OF VIOLENCE
AGGRAVATOR (18 U.S.C. § 3592(C) (2))**

Defendant, David Hammer, through counsel moves in limine to preclude the
admission of irrelevant and constitutionally improper evidence in support of the prior
criminal convictions involving use or threat of violence aggravator (18 U.S.C. §
3592(c)(2)), and in support thereof states the following:

1.      Included in the government's 1997 Notice of Intent to Seek the Death
Penalty the government alleged its intent to pursue the Section 3592(c)(2) aggravating
factor that Mr. Hammer was convicted of two or more state or federal offenses
involving the use or threat of violence against another person.  See Doc. 93. See also
Doc. 1489 at 2, n.1.

2.      For the reasons described more fully in Mr. Hammer's *Brief in Support of Motion in Limine to Preclude the Admission of Irrelevant and Constitutionally Improper Evidence In Support of the Prior Criminal Convictions Involving Use or Threat of Violence Aggravator (18 U.S.C. § 3592(c) (2))*, the government's reliance on constitutionally and statutorily improper evidence in support of this aggravating factor violates Mr. Hammer's Fifth, Sixth, Eighth and Fourteenth Amendment rights and the Federal Death Penalty Act.

WHEREFORE, Mr. Hammer requests the Court enter an Order precluding the government from presenting this evidence or, in the alternative, direct the government to provide a more specific proffer of the expected evidence it intends to admit and, following subsequent briefing, order an evidentiary hearing.

Respectfully submitted,


/S/  RONALD C. TRAVIS
Ronald C. Travis
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
570-323-8711 (telephone)
570-323-4192 (facsimile)
rtravis@riederstravis.com

/S/ JAMES MORENO
James J. McHugh, Jr.
Federal Community Defender
Eastern District Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA 19106
215-928-1100 (telephone)
215-928-0826 (facsimile)
james_mchugh@fd.org
james_moreno@fd.org

/S/ ANNE SAUNDERS
Anne Saunders
Assistant Federal Defender
Federal Public Defender
Middle District Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
717-782-3843 (telephone)
717-782-3966 (facsimile)
anne_saunders@fd.org

# CERTIFICATE OF SERVICE

I, Anne L. Saunders, Esquire, do hereby certify that on this date I served a copy of the foregoing by Electronic Case Filing, or by placing a copy in the United States mail, first class addressed to the following:

Steven Mellin, Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

John C. Gurganus, Jr. Esquire
United States Attorneys Office
Middle District of Pennsylvania
235 N. Washington Street, Suite 311
PO Box 309
Scranton, PA. 18501

S/ ANNE SAUNDERS
ANNE SAUNDERS, ESQUIRE

Dated: April 3, 2013