**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**


|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID PAUL HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |
| _____ | : | _____ |


**ORDER**

AND NOW, this ___ day of _____, 2013 upon consideration of *Defendant's Motion in Limine to Preclude the Admission of Irrelevant and Constitutionally Improper Evidence In Support of the Prior Criminal Convictions Involving Use or Threat of Violence Aggravator (18 U.S.C. § 3592(c) (2))* and *Brief in Support*, and the Government's opposition thereto, it is ORDERED and DIRECTED that the Motion is granted.


_____
Joel H. Slomsky, U.S.D.J.