**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| v. | : | Honorable Joel H. Slomsky |
| DAVID HAMMER, | : | Capital Case |
| Defendant | : | |

**MOTION IN LIMINE TO PRECLUDE THE ADMISSION OF IRRELEVANT AND CONSTITUTIONALLY IMPROPER EVIDENCE UNDER THE GUISE OF FUTURE DANGEROUSNESS**

Defendant, David Hammer, through counsel moves in limine to preclude the government from presenting irrelevant and constitutionally improper evidence under the guise of future dangerousness and, in support thereof, states the following:

1.      The government's Informational Outline (Doc. 1489) indicates its intent to admit a great deal of irrelevant and constitutionally impermissible evidence purporting to support the future dangerousness non-statutory aggravating factor including: evidence indicating Mr. Hammer was purportedly serving a 1200 year sentence at the time of the murder; evidence regarding prior offenses and misconduct in Oklahoma over twenty years ago; evidence regarding the circumstances of Mr. Marti's death; evidence regarding statements purportedly made by Mr. Hammer in

books, other media and/or other sources; evidence regarding the 1983 shooting incident; evidence regarding various prison misconducts; and, character/opinion evidence.

2.     For the reasons described in Mr. Hammer's *Brief in Support of Defendant's Motion in Limine to Preclude the Admission of Irrelevant and Constitutionally Improper Evidence Under the Guise of Future Dangerousness*, the proffered evidence violates the Fifth, Sixth, Eighth and Fourteenth Amendments and the Federal Death Penalty Act.

WHEREFORE, Mr. Hammer requests the Court enter an Order precluding the government from presenting this evidence or, in the alternative, direct the government to provide a more specific proffer of the expected evidence it intends to admit and, following subsequent briefing, order an evidentiary hearing.

Respectfully submitted,


/S/  RONALD C. TRAVIS
Ronald C. Travis
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
570-323-8711 (telephone)
570-323-4192 (facsimile)
rtravis@riederstravis.com


/S/ ANNE SAUNDERS
Anne Saunders
Assistant Federal Defender
Federal Public Defender
Middle District Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
717-782-3843 (telephone)
717-782-3966 (facsimile)
anne_saunders@fd.org

/S/ JAMES MORENO
James J. McHugh, Jr.
Federal Community Defender
Eastern District Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA 19106
215-928-1100 (telephone)
215-928-0826 (facsimile)
james_mchugh@fd.org
james_moreno@fd.org

## CERTIFICATE OF SERVICE

I, Anne L. Saunders, Esquire, do hereby certify that on this date I served a copy of the foregoing by Electronic Case Filing, or by placing a copy in the United States mail, first class addressed to the following:

Steven Mellin, Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

John C. Gurganus, Jr. Esquire
United States Attorneys Office
Middle District of Pennsylvania
235 N. Washington Street, Suite 311
PO Box 309
Scranton, PA. 18501

S/ ANNE SAUNDERS
ANNE SAUNDERS, ESQUIRE

Dated: April 3, 2013