# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
|  | : |  |
| v. | : | Honorable Joel H. Slomsky |
|  | : |  |
| DAVID PAUL HAMMER, | : | Capital Case |
|  | : |  |
| Defendant | : |  |
| _____ | : | _____ |

## ORDER

AND NOW, this ___ day of _____, 2013 upon consideration of *Defendant David Hammer's Second Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 12(B)(3)(E) and 16* and *Brief in Support*, and the Government's opposition thereto, it is ORDERED and DIRECTED that the Motion is granted.

_____
Joel H. Slomsky, U.S.D.J.