## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |
| _____ | :_____ | |

### STATEMENT OF NON-CONCURRENCE

AND NOW comes David Hammer, through counsel, and, pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Middle District of Pennsylvania, and respectfully states the following:

Counsel for Mr. Hammer hereby certifies that he has contacted counsel for the Government regarding this Motion and the Government does not concur. Mr. Hammer has, this date, filed his Brief in Support in conformance with the Rules.

1

Respectfully submitted,

/S/  RONALD C. TRAVIS                          /S/ JAMES MORENO
Ronald C. Travis                               James J. McHugh, Jr.
Rieders, Travis, Humphrey, Harris,             Federal Community Defender
Waters & Waffenschmidt                         Eastern District Pennsylvania
161 West Third Street                          Suite 540 – The Curtis Center
PO Box 215                                     Philadelphia, PA 19106
Williamsport, PA  17703-0215                   215-928-1100 (telephone)
570-323-8711 (telephone)                       215-928-0826 (facsimile)
570-323-4192 (facsimile)                       james_mchugh@fd.org
rtravis@riederstravis.com                      james_moreno@fd.org

/S/ ANNE SAUNDERS
Anne Saunders
Assistant Federal Defender
Federal Public Defender
Middle District Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
717-782-3843 (telephone)
717-782-3966 (facsimile)
anne_saunders@fd.org

## CERTIFICATE OF SERVICE

I, James J. McHugh, Jr., Esquire, do hereby certify that on this date I served a copy of the foregoing by Electronic Case Filing, or by placing a copy in the United States mail, first class addressed to the following:

Steven Mellin, Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

John C. Gurganus, Jr. Esquire
United States Attorneys Office
Middle District of Pennsylvania
235 N. Washington Street, Suite 311
PO Box 309
Scranton, PA. 18501

s/ JAMES J. MCHUGH, JR.
JAMES J. MCHUGH, JR., ESQUIRE

Dated: April 17, 2013