UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA             :
                                     :
        -vs-                         :
                                     :    NO.  4:CR-96-239
DAVID PAUL HAMMER,                   :
                                     :
        Defendant                    :

GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE A
BRIEF IN OPPOSITION TO DEFENDANT'S MOTIONS
IN LIMINE AND DEFENDANT'S DISCOVERY MOTION

The United States of America moves for an extension of time to file its response to the

Defendant's motion to suppress evidence and statement. The following is submitted in support of

the motion:

1.  The defendant has filed the following motions:

a.  Motion in Limine to Preclude the Admission of Irrelevant and Constitutionally

Improper Evidence in Support of the Prior Criminal Convictions Involving Use or Threat of

Violence Aggravator (Doc. 1523);

b. Motion in Limine to Preclude the Admission of Irrelevant and Constitutionally

Improper Evidence Under the Guise of Future Dangerousness (Doc. 1525);

c. Motion in Limine to Preclude the Admission of Irrelevant and Constitutionally

Improper Evidence Under the Guise of Victim Impact Evidence (Doc. 1527); and

d. Motion for Discovery (Doc. 1530).

2.  Lead government counsel, Steve Mellin, is presently engaged in a protracted trial in

Philadelphia, which is likely to be concluded in approximately 30 days.   Attorney Mellin's

assistance in drafting the government's response to the motions is needed for a complete and

accurate response.  In light of his other commitments, it is requested that the time for filing

government's brief responding to the present motions be extended for a period of sixty days.

3.  Counsel for the Defendant, James J. McHugh, Jr., Esquire, has concurred in this

motion.

Respectfully submitted,

PETER J. SMITH
United States Attorney

/s/ John C. Gurganus, Jr.

JOHN C. GURGANUS, JR.
Assistant U.S. Attorney

Date: April 18, 2013

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on April 18, 2013, she served a copy of the attached:

<u>GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE A</u>
<u>BRIEF IN OPPOSITION TO DEFENDANT'S MOTIONS</u>
<u>IN LIMINE AND DEFENDANT'S DISCOVERY MOTION</u>

by electronic filing on counsel for the defendant.

Ronald C. Travis, Esquire
rtravis@riederstravis.com

James J. McHugh, Jr., Esquire
James_McHugh@fd.org

James Moreno, Esquire
James_Moreno@fd.org

Anne Saunders, Esquire
Anne_Saunders@fd.org

/s/ Donna Gard-Lengner

<u>April 18, 2013</u>                                      _____
Date                                                       Donna Gard-Lengner
                                                          Paralegal Assistant