UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON

APR 18 2013

PER _____

DEPUTY CLERK

UNITED STATES OF AMERICA            :
                                    :
       -vs-                         :
                                    :   NO. 4:CR-96-239
DAVID PAUL HAMMER,                  :
                                    :
             Defendant              :

## O R D E R

AND NOW, this _18th_ day of April 2013, it is hereby ordered:

1. The Government's motion for an extension of time is granted.

2. The Government's brief in opposition to the Defendant's motions in limine (Documents 1523, 1525, 1527) and the Defendant's motion for discovery (Document 1530) shall be filed on or before June 22, 2013.

BY THE COURT

*Joel Slomsky*
JOEL H. SLOMSKY
UNITED STATES DISTRICT JUDGE