UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF PENNSYLVANIA

    UNITED STATES OF AMERICA,        )
                                     )
                    Plaintiff,       )   4:96-CR-00239-JHS
                                     )
                    vs.              )   Philadelphia, PA
                                     )   November 28, 2012
    DAVID PAUL HAMMER,               )
                                     )
                    Defendant.       )

                    TRANSCRIPT OF STATUS CONFERENCE
                BEFORE THE HONORABLE JOEL H. SLOMSKY
                   UNITED STATES DISTRICT JUDGE

    APPEARANCES:

    For the Plaintiff:       STEVEN D. MELLIN, ESQ.
                             U.S. DEPARTMENT OF JUSTICE
                             CAPITAL CASE UNIT
                             1331 F. Street, N.W.
                             Washington, DC 20530

                             JULIE B. MOSLEY, ESQ.
                             JULIE MOSLEY ATTORNEY AT LAW
                             950 Pennsylvania Avenue, N.W.
                             Washington, DC 20530

    For the Defendant:       RONALD C. TRAVIS, ESQ.
                             (TELEPHONICALLY)
                             RIEDERS, TRAVIS, HUMPHREY, HARRIS,
                             WATERS & WAFFENSCHMIDT
                             161 West Third Street
                             Williamsport, PA 17701

                             JAMES J. MCHUGH, ESQ.
                             DEFENDER ASSOCIATION OF PHILADELPHIA
                             601 Walnut Street
                             Suite 545 West
                             Philadelphia, PA 19106

APPEARANCES (cont'd):

For the Defendant:          ANNE L. SAUNDERS, ESQ.
                            FEDERAL PUBLIC DEFENDER
                            100 Chestnut Street
                            Suite 306
                            Harrisburg, PA 17101

ESR OPERATOR:               CONNIE S. FLORES

Proceedings recorded by electronic sound recording.

Veritext National Court Reporting Company
Mid-Atlantic Region
1801 Market Street - Suite 1800
Philadelphia, PA 19103
888-777-6690

THE COURT:  This is the case of United States v. David Paul Hammer, criminal number 96-239.  This is a criminal case in the Middle District of Pennsylvania.  The parties have filed a joint motion for a status conference which is Document No. 1500 in the record.  And I have present with me in chambers counsel for the defendant and counsel for the government.  Counsel, can you just identify yourself and who you represent?

MR. MELLIN:  Yes, Your Honor.  Steve Mellin and Julie Mosley for the United States.

MR. MCHUGH:  Jim McHugh for Mr. Hammer.

MS. SAUNDERS:  Anne Saunders for Mr. Hammer.

THE COURT:  All right.  And on the phone is Attorney Ronald Travis who also represents Mr. Hammer.  Mr. Travis, are you there?

MR. TRAVIS:  I am here, Your Honor.  Ronald Travis for David Hammer.

THE COURT:  All right.  Now, with respect to this joint motion, the parties, I believe have agreed upon dates to begin the process of jury selection and the date to commence a trial on the penalty phase of this case.  Mr. Mellin?

MR. MELLIN:  Yes, Your Honor, I believe we are in agreement that on February 5th and 6th of 2013, 250 prospective jurors will be brought in to fill out the questionnaires.  Following that --

THE COURT:  Each day.

MR. MELLIN:  Each day.  Following that, we will begin individual juror voir dire on March 11th and that will continue for the rest of that week to the 15th, March 18th through the 21st, March 25th, 28 and 29 and I believe it's April 1st through the 5th.  We will begin the process bringing in fifteen jurors a day and then the trial itself would begin on June 3rd.

THE COURT:  All right.  And that -- those dates are in agreement with the Court's schedule so those are the dates that we will hold those proceedings.

Now, the only other open item on the docket at this point are defendant's -- let's see, we have defendant's -- defendant did a filing in this case on January 30th, 2012 which contained proposed preliminary jury instructions and a jury questionnaire.  The government replied with their objections to the -- and observations to the proposed jury questionnaire and preliminary instructions in Document No. 1454 on the record.  That was filed March 2nd, 2012.  And then there was a response filed by -- I have that backwards.  The initial filing was Document 1440, then there was a response by the government -- by the defendants, I'm sorry, by the United States.  It was a response by the United States to the defendant's proposed jury questionnaire and preliminary instruction which is Document 1449.  That was filed on March

17th, 2012. And then Document 1454 was the defendant's reply to the government's objections and observations, their proposed jury questionnaire and preliminary instructions. Thereafter, on the 1126, the defense has filed proposed -- revised proposed preliminary instructions to be given when prospective jurors assemble prior to filling out the juror questionnaire. And I assume that is -- that refers to the -- a revision of what has been called in Document 1440-2, Defendants Proposed Preliminary Instructions. Is that correct?

MR. TRAVIS: That's correct, Your Honor.

THE COURT: All right. And the defendant has also filed a revised juror questionnaire and I want to afford the government an opportun -- more of an opportunity to review the revisions. Perhaps we can somehow condense our next conference with respect to these items. But what date is proposed now for the -- for us to go over these files?

MR. MELLIN: Your Honor, that's December 20th at 2 p.m.

THE COURT: All right. And that date is good for the Court so we'll set that aside and come to chambers again. we'll be on the record and Mr. Travis will participate by telephone.

There's nothing else open right now, in this case, on the record. The last item I had filed an opinion with respect

to additional discovery requests and asked the parties to see if they can agree on a date for those items to be turned over by the government to the defense. And Mr. Mellin, I assume you're working on that?

MR. MELLIN: Correct, Your Honor. I am and we should have a date, I would think, by December 20th.

THE COURT: All right. I have nothing further unless anyone has anything else they would put on the record at this point.

MR. TRAVIS: Your Honor, again it's Mr. Travis. The only thing that I would ask that when the Court issues the order giving us the timeline, that the Court indicate that once the trial starts we will be in session Monday through Thursday only so that I -- we have record of that. That's the only thing. It's my understanding everybody's agreeable to a four-day work week.

THE COURT: All right. What I will do is we will issue an order with all these dates for the record and what I will do is I'll -- what I'll put in the order is the dates we're going to sit and the fact that when the trial starts we'll sit Monday to Thursday and also that all counsel attach on these dates.

MR. TRAVIS: Very good.

THE COURT: All right? So that will -- that will cover that and you'll probably see that hit the docket -- that

order hit the docket if not -- today is what; Wednesday?

Today's Wednesday -- if not tomorrow then -- I'll be out of

town Friday at another courthouse -- probably Monday or

Tuesday.  All right?

MS. SAUNDERS:  Just as a thought, in your jury --

proposed jury instructions, did you include in there or we

should include in there that the scheduled trial dates would

be Monday through Thursday so the potential jurors know that

as well.  They can --

THE COURT:  Wait, I'm sorry.  I lost that.

MS. MOSLEY:  In the proposal.

THE COURT:  What did you say?

MS. MOSLEY:  We did actually include that in there.

MS. SAUNDERS:  Monday through Thursday?  Okay.

Because the --

THE COURT:  Oh, in the proposed pre --

MS. MOSLEY:  In the proposed.  Yes.

THE COURT:  -- in the written proposed.

MS. SAUNDERS:  That we should tell the potential voir

dire --

THE COURT:  Right.

MS. SAUNDERS:  -- that they will only be working in

court Monday through Thursday --

MS. MOSLEY:  Right.

THE COURT:  Right.

MS. SAUNDERS: -- so that they can accommodate their jobs and other things.

MS. MOSLEY: I think what we may have done and what was submitted may have been left a blank; from blah, blah to blah, blah --

THE COURT: Right.

MS. MOSELY: -- for the workweek.

THE COURT: There's a lot of blanks in there but we should refer them perhaps to --

MS. MOSLEY: We'll try to fill them in.

MR. TRAVIS: We'll suggest the times but when I wrote the original proposed and the revised proposed I wrote it as if we were going to be in session Monday through Thursday only.

THE COURT: All right. That's fine. All right. And if you want to now fill in some of the -- some of the blanks with dates you can do so.

MR. TRAVIS: Okay.

THE COURT: And submit another proposed one.

MR. TRAVIS: Okay.

THE COURT: All right?

MR. MELLIN: Your Honor, for the individual voir dire, what time would the Court like to begin that?

THE COURT: I usually start at 9.

MR. MELLIN: Okay.

Page 9

THE COURT: Take a mid-morning break just like it says in the proposed instructions. Usually, an hour-and-a-quarter for lunch and an afternoon break. And I usually break at 4:30 because the end of the day many of the jurors come from what we call the northern tier; Berks, Lehigh County, and they have to catch a train to get home. So we give them enough opportunity to do that by breaking at 4:30. All right?

MR. MELLIN: Thank you.

THE COURT: Anything further?

MR. MELLIN: No, Your Honor.

THE COURT: All right. I thank everybody for being available and we'll stand in recess.

MS. MOSLEY: Thank you, Your Honor.

MR. TRAVIS: Thank you for allowing me to participate by phone, Your Honor.

THE COURT: Okay.

MR. TRAVIS: See you all.

THE COURT: All right.

(Court is adjourned)

* * * * *

C E R T I F I C A T I O N


          I, Ellen S. Kolman, the court approved transcriber,

do hereby certify the foregoing is a true and correct

transcript from the official electronic sound recording of the

proceedings in the above-entitled matter.



_Ellen S. Kolman_
_____          _____

ELLEN S KOLMAN (CET**D-568)          DATE

AAERT Certified Electronic Transcriber

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000   ~  302-571-0510   ~   610-434-8588   ~   888-777-6690

**A**

AAERT 10:11
above-entitled 10:6
accommodate 8:1
additional 6:1
adjourned 9:19
afford 5:13
afternoon 9:3
agree 6:2
agreeable 6:15
agreed 3:19
agreement 3:23
  4:10
allowing 9:14
AMERICA 1:2
Anne 2:1 3:12
APPEARANCES
  1:9 2:1
approved 10:3
April 4:6 10:8
aside 5:21
asked 6:1
assemble 5:6
ASSOCIATION
  1:20
assume 5:7 6:3
attach 6:21
Attorney 1:14 3:13
available 9:12
Avenue 1:14

**B**

B 1:13
backwards 4:20
believe 3:19,22 4:5
Berks 9:5
blah 8:4,4,5,5
blank 8:4
blanks 8:8,16
break 9:1,3,3
breaking 9:7
bringing 4:6
brought 3:24

**C**

C 1:16 10:1,1
call 9:5

called 5:8
CAPITAL 1:11
case 1:11 3:1,3,21
  4:14 5:24
catch 9:6
Certified 10:11
certify 10:4
CET 10:10
chambers 3:6 5:21
Chestnut 2:2
come 5:21 9:4
commence 3:20
Company 2:22
condense 5:15
conference 1:7 3:4
  5:16
CONNIE 2:4
contained 4:15
continue 4:4
cont'd 2:1
correct 5:10,11 6:5
  10:4
counsel 3:6,6,7
  6:21
County 9:5
court 1:1 2:22 3:1
  3:13,18 4:1,9 5:12
  5:20,21 6:7,11,12
  6:17,24 7:10,12
  7:16,18,21,23,25
  8:6,8,15,19,21,23
  8:24 9:1,9,11,16
  9:18,19 10:3
courthouse 7:3
Court's 4:10
cover 6:25
criminal 3:2,2

**D**

D 1:10
date 3:20 5:16,20
  6:2,6 10:10
dates 3:19 4:9,10
  6:18,19,22 7:7
  8:17
David 1:5 3:2,17
day 4:1,2,7 9:4

DC 1:12,15
December 5:18 6:6
defendant 1:6,16
  2:1 3:6 4:14 5:12
defendants 4:22
  5:9
defendant's 4:13
  4:13,24 5:1
DEFENDER 1:20
  2:2
defense 5:4 6:3
DEPARTMENT
  1:11
dire 4:3 7:20 8:23
discovery 6:1
District 1:1,1,8 3:3
docket 4:12 6:25
  7:1
Document 3:4 4:18
  4:21,25 5:1,8
D-568 10:10

**E**

E 10:1
electronic 2:20
  10:5,11
Ellen 10:3,10
ESQ 1:10,13,16,20
  2:1
ESR 2:4
everybody 9:11
everybody's 6:15

**F**

F 1:12 10:1
fact 6:20
February 3:23
FEDERAL 2:2
fifteen 4:7
filed 3:4 4:19,20,25
  5:4,13,25
files 5:17
filing 4:14,21
fill 3:24 8:10,16
filling 5:6
fine 8:15
FLORES 2:4
Following 3:25 4:2

foregoing 10:4
four-day 6:16
Friday 7:3
further 6:7 9:9

**G**

give 9:6
given 5:5
giving 6:12
go 5:17
going 6:20 8:13
good 5:20 6:23
government 3:7
  4:16,22 5:14 6:3
government's 5:2

**H**

H 1:8
Hammer 1:5 3:2,11
  3:12,14,17
HARRIS 1:17
Harrisburg 2:3
hit 6:25 7:1
hold 4:11
home 9:6
Honor 3:9,16,22
  5:11,18 6:5,10
  8:22 9:10,13,15
HONORABLE 1:8
hour-and-a 9:2
HUMPHREY 1:17

**I**

identify 3:7
include 7:6,7,13
indicate 6:12
individual 4:3 8:22
initial 4:21
instruction 4:25
instructions 4:15
  4:18 5:3,5,9 7:6
  9:2
issue 6:18
issues 6:11
item 4:12 5:25
items 5:16 6:2

**J**

J 1:20
JAMES 1:20
January 4:14
Jim 3:11
jobs 8:2
JOEL 1:8
joint 3:4,19
JUDGE 1:8
Julie 1:13,14 3:9
June 4:8
juror 4:3 5:6,13
jurors 3:24 4:7 5:6
  7:8 9:4
jury 3:20 4:15,16
  4:17,24 5:3 7:5,6
JUSTICE 1:11

**K**

know 7:8
Kolman 10:3,10

**L**

L 2:1
LAW 1:14
left 8:4
Lehigh 9:5
let's 4:13
lost 7:10
lot 8:8
lunch 9:3

**M**

March 4:3,4,5,19
  4:25
Market 2:23
matter 10:6
McHugh 1:20 3:11
  3:11
Mellin 1:10 3:9,9
  3:21,22 4:2 5:18
  6:3,5 8:22,25 9:8
  9:10
Middle 1:1 3:3
Mid-Atlantic 2:22
mid-morning 9:1
Monday 6:13,21
  7:3,8,14,23 8:13
MOSELY 8:7

**Mosley** 1:13,14
3:10 7:11,13,17
7:24 8:3,10 9:13
**motion** 3:4,19

---

**N**

**N** 10:1
**National** 2:22
**northern** 9:5
**November** 1:5
**number** 3:2
**N.W** 1:12,14

---

**O**

**O** 10:1
**objections** 4:17 5:2
**observations** 4:17
5:2
**official** 10:5
**Oh** 7:16
**Okay** 7:14 8:18,20
8:25 9:16
**once** 6:13
**open** 4:12 5:24
**OPERATOR** 2:4
**opinion** 5:25
**opportun** 5:14
**opportunity** 5:14
9:7
**order** 6:12,18,19
7:1
**original** 8:12

---

**P**

**PA** 1:4,19,22 2:3,23
**participate** 5:22
9:14
**parties** 3:3,19 6:1
**Paul** 1:5 3:2
**penalty** 3:21
**Pennsylvania** 1:1
1:14 3:3
**phase** 3:21
**Philadelphia** 1:4
1:20,22 2:23
**phone** 3:13 9:15
**Plaintiff** 1:3,10
**point** 4:13 6:9

**potential** 7:8,19
**pre** 7:16
**preliminary** 4:15
4:18,24 5:3,5,9
**present** 3:5
**prior** 5:6
**probably** 6:25 7:3
**proceedings** 2:20
4:11 10:6
**process** 3:20 4:6
**proposal** 7:11
**proposed** 4:15,17
4:24 5:3,4,5,9,17
7:6,16,17,18 8:12
8:12,19 9:2
**prospective** 3:24
5:6
**PUBLIC** 2:2
**put** 6:8,19
**p.m** 5:19

---

**Q**

**quarter** 9:3
**questionnaire** 4:16
4:18,24 5:3,7,13
**questionnaires**
3:25

---

**R**

**R** 10:1
**recess** 9:12
**record** 3:5 4:19
5:22,25 6:8,14,18
**recorded** 2:20
**recording** 2:20
10:5
**refer** 8:9
**refers** 5:7
**Region** 2:22
**replied** 4:16
**reply** 5:1
**Reporting** 2:22
**represent** 3:8
**represents** 3:14
**requests** 6:1
**respect** 3:18 5:16
5:25
**response** 4:20,21

4:23
**rest** 4:4
**review** 5:14
**revised** 5:5,13 8:12
**revision** 5:8
**revisions** 5:15
**RIEDERS** 1:17
**right** 3:13,18 4:9
5:12,20,24 6:7,17
6:24 7:4,21,24,25
8:6,15,15,21 9:7
9:11,18
**Ronald** 1:16 3:14
3:16

---

**S**

**S** 2:4 10:3,10
**Saunders** 2:1 3:12
3:12 7:5,14,19,22
8:1
**says** 9:2
**schedule** 4:10
**scheduled** 7:7
**see** 4:13 6:1,25 9:17
**selection** 3:20
**session** 6:13 8:13
**set** 5:21
**sit** 6:20,21
**SLOMSKY** 1:8
**sorry** 4:22 7:10
**sound** 2:20 10:5
**stand** 9:12
**start** 8:24
**starts** 6:13,20
**States** 1:1,2,8 3:1
3:10 4:23,23
**status** 1:7 3:4
**Steve** 3:9
**STEVEN** 1:10
**Street** 1:12,18,21
2:2,23
**submit** 8:19
**submitted** 8:4
**suggest** 8:11
**Suite** 1:21 2:3,23

---

**T**

**T** 10:1,1

**Take** 9:1
**telephone** 5:23
**TELEPHONIC...**
1:17
**tell** 7:19
**thank** 9:8,11,13,14
**thing** 6:11,15
**things** 8:2
**think** 6:6 8:3
**Third** 1:18
**thought** 7:5
**Thursday** 6:14,21
7:8,14,23 8:13
**tier** 9:5
**time** 8:23
**timeline** 6:12
**times** 8:11
**today** 7:1
**Today's** 7:2
**tomorrow** 7:2
**town** 7:3
**train** 9:6
**transcriber** 10:3,11
**transcript** 1:7 10:5
**Travis** 1:16,17 3:14
3:14,16,16 5:11
5:22 6:10,10,23
8:11,18,20 9:14
9:17
**trial** 3:21 4:7 6:13
6:20 7:7
**true** 10:4
**try** 8:10
**Tuesday** 7:4
**turned** 6:2

---

**U**

**understanding**
6:15
**UNIT** 1:11
**United** 1:1,2,8 3:1
3:10 4:22,23
**usually** 8:24 9:2,3
**U.S** 1:11

---

**V**

**v** 3:1
**Veritext** 2:22

**voir** 4:3 7:19 8:22
**vs** 1:4

---

**W**

**WAFFENSCHM...**
1:18
**Wait** 7:10
**Walnut** 1:21
**want** 5:13 8:16
**Washington** 1:12
1:15
**WATERS** 1:18
**Wednesday** 7:1,2
**week** 4:4 6:16
**West** 1:18,21
**we'll** 5:21,22 6:21
8:10,11 9:12
**we're** 6:20
**Williamsport** 1:19
**work** 6:16
**working** 6:4 7:22
**workweek** 8:7
**written** 7:18
**wrote** 8:11,12

---

**1**

**1st** 4:6
**100** 2:2
**11** 10:8
**11th** 4:3
**1126** 5:4
**1331** 1:12
**1440** 4:21
**1440-2** 5:8
**1449** 4:25
**1454** 4:19 5:1
**15th** 4:4
**1500** 3:5
**161** 1:18
**17th** 5:1
**17101** 2:3
**17701** 1:19
**18th** 4:4
**1800** 2:23
**1801** 2:23
**19103** 2:23
**19106** 1:22

**2**

**2** 5:18
**2nd** 4:19
**20th** 5:18 6:6
**2012** 1:5 4:14,19
   5:1
**2013** 3:23 10:8
**20530** 1:12,15
**21st** 4:5
**25th** 4:5
**250** 3:23
**28** 1:5 4:5
**29** 4:5

**3**

**3rd** 4:8
**30th** 4:14
**306** 2:3

**4**

**4:30** 9:4,7
**4:96-CR-00239-J...**
   1:3

**5**

**5th** 3:23 4:6
**545** 1:21

**6**

**6th** 3:23
**601** 1:21

**8**

**888-777-6690** 2:24

**9**

**9** 8:24
**950** 1:14
**96-239** 3:2