```
                    UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF PENNSYLVANIA


    UNITED STATES OF AMERICA,        )
                                     )
                    Plaintiff,       )   4:96-CR-00239-JHS
                                     )
                    vs.              )   Philadelphia, PA
                                     )   December 20, 2012
    DAVID PAUL HAMMER,               )
                                     )
                    Defendant.       )

                  TRANSCRIPT OF STATUS CONFERENCE
              BEFORE THE HONORABLE JOEL H. SLOMSKY
                  UNITED STATES DISTRICT JUDGE


    APPEARANCES:

    For the Plaintiff:       STEVEN D. MELLIN, ESQ.
                             U.S. DEPARTMENT OF JUSTICE
                             CAPITAL CASE UNIT
                             1331 F. Street, N.W.
                             Washington, DC 20530

                             JOHN C. GURGANUS, AUSA
                             U.S. ATTORNEY'S OFFICE
                             311 Federal Building
                             Scranton, PA 18501

    For the Defendant:       RONALD C. TRAVIS, ESQ.
                             (TELEPHONICALLY)
                             RIEDERS, TRAVIS, HUMPHREY, HARRIS,
                             WATERS & WAFFENSCHMIDT
                             161 West Third Street
                             Williamsport, PA 17701

                             JAMES J. MCHUGH, ESQ.
                             DEFENDER ASSOCIATION OF PHILADELPHIA
                             601 Walnut Street
                             Suite 545 West
                             Philadelphia, PA 19106
```

APPEARANCES (cont'd):
 For the Defendant:      ANNE L. SAUNDERS, ESQ.
                         FEDERAL PUBLIC DEFENDER
                         100 Chestnut Street
                         Suite 306
                         Harrisburg, PA 17101

 ESR OPERATOR:           CONNIE S. FLORES

    Proceedings recorded by electronic sound recording.

              Veritext National Court Reporting Company
                        Mid-Atlantic Region
                 1801 Market Street - Suite 1800
                       Philadelphia, PA 19103
                         888-777-6690

THE COURT:  This is the case of United States v. David Paul Hammer, criminal number 96-239 in the Middle District of Pennsylvania.  And we are here for another conference on this case.

Counsel for the government, can you just state your names, who's here at the conference?

MR. GURGANUS:  John Gurganus, Assistant U.S. Attorney for the government.

MR. MELLIN:  Steve Mellin from Capital Case Unit with Mike Fosby (ph.) from Bureau of Prisons and Jan Shuck (ph.) from the Bureau of Prisons.

THE COURT:  All right.  And for the defendants, because the microphone is far from them, we have Mr. McHugh, Ms. --

MS. SAUNDERS:  Saunders.

THE COURT:  -- Saunders and on the phone is Mr. Travis --

MR. TRAVIS:  Correct.

THE COURT:  -- representing Mr. Hammer.

The Court had entered an order on November 28th, 2012 scheduling the sentencing hearing and other proceedings before the hearing involving jury selection on certain dates in December through the actual hearing in May and -- or June 2013.  Thereafter, and this is a continuing problem in a case of this magnitude where counsel are involved in multiple cases

Page 4

of a similar magnitude, the Court got a call from Chief Judge Kane of the Middle District of Pennsylvania who called me about another case that she has with Mr. Travis and perhaps other counsel and the problems she was having in scheduling her matter.  It involves two defendants who have not yet been tried, their guilt or innocence has to be determined.  And depending upon what happens at the trial, there may be a death penalty here.

The Court decided to defer to Judge Kane and her schedule and, therefore, I will be vacating the order I entered on November 28, 2012.  And after conferring with all counsel, we've agreed on the following dates and I'll enter another scheduling order.  I notice that the joint motion for the last status conference was Document No. 1500 in the record so this docket has a considerable number of entries.  And the order will be that a conference regarding jury questionnaires and preliminary instruction shall be held on January 7th, 2014 at 601 Market Street, Philadelphia, Pennsylvania in a room to be designated.  The Court may not be in Room 5614 at that point.  I may be moving sometime in 2013 to a higher floor in the courthouse.

Counsel shall appear telephonically shall -- counsel appearing telephonically shall initiate the call to 267-299-7340 and when we do move I believe we keep the same phone number.

On March 34, 2014, 250 jurors shall be brought to 601 Market Street, Philadelphia, Pennsylvania each day for the purpose of completing jury questionnaires.

Individual questioning of potential jurors shall take place from April 7th, 2014 to April --

MR. TRAVIS:  May 2nd, Your Honor.

THE COURT:  I'm sorry; to May 2nd, 2014 on a Monday through Thursday schedule until it is complete.

The sentencing hearing shall commence on May 19th, 2014 and shall continue on a Monday through Thursday schedule until it is complete.  And all counsel shall be attached to the hearing on the above listed dates.

Are those dates agreeable to all counsel, Mr. Gurganus on behalf of government?

MR. GURGANUS:  Yes, Your Honor.

THE COURT:  Mr. Travis?

MR. TRAVIS:  Yes, Your Honor.

THE COURT:  All right.  And I believe that counsel have conferred in regard to my last order requiring the government to turn over certain information to the defense in regard to Bureau of Prisons information?

MR. MELLIN:  That's correct, Your Honor.

THE COURT:  Mr. Mellin, do you want to put something on the record?

MR. MELLIN:  Yes, Your Honor.  I believe, and Mr.

Page 6

Travis, correct me if I'm wrong but after having discussions, we agreed that the defense is withdrawing their request as to items 49, 50 and 51 as those are not reports that are currently produced by the Bureau of Prisons in the ordinary course and that neither side would be relying on that information in the penalty phase of this case.

MR. TRAVIS:  That's correct, Your Honor.  We're not asking that the Bureau of Prisons create a new program to try to provide that information to us.  Based on our understanding that the information will not be produced and used by the government to cross-examine any witnesses we call with respect to the subject of future dangerousness.

MR. MELLIN:  Okay.  And then, as far as item number 32, the government will provide that.  Number 33, which requests information concerning acts committed in the Bureau of Prisons as well as in local and state facilities, the government is able to provide it concerning the Bureau of Prisons but not concerning local and state facilities so we'll provide that information.

MR. TRAVIS:  And that's fine, Your Honor.  I understand that they don't have the information from the local and state.

MR. MELLIN:  And then as far as request number 34, we are able to provide, it will take us some time, but we will be able to provide a list that is from 1996 until today

Page 7

concerning individuals serving a life sentence.  We will produce a report listing inmates who have been found by a disciplinary hearing officer to have committed a prohibitive act in the hundred series, the 100 series.  And I think that covers everything you are requesting, Mr. Travis.

MR. TRAVIS:  I believe it does as well, Your Honor. And for record purposes, the Bureau of Prisons assigns numbers to violations while an inmate is serving time and the hundred series is the most severe serious violation one can have and that would be sufficient for our purposes.

MR. MELLIN:  And then concerning request 61, 66, 67 and 77, we will provide that information as well.  And if we could have the Court's indulgence to provide that by February 15th.

MR. TRAVIS:  That's fine, Your Honor.

THE COURT:  That's fine.

MR. MELLIN:  And then, Your Honor, there were a few items that we were discussing concerning --

MR. TRAVIS:  It's on that February 15th of 2013, right?

MR. MELLIN:  That's correct.

MR. TRAVIS:  Yes.

MR. MELLIN:  And then we had a few items that we were going to discuss with the Court today concerning the preliminary instructions and the jury questionnaire but we

believe we can work those out and should be able to resolve all those by January the 7th of 2014 or if we have not, we'll have a hearing on January 7th to address those.

MR. TRAVIS:  And that is fine from Mr. Hammer's point of view, Your Honor, and it makes sense to allow us the time to try to work it out.  Some of it is merely changing wording.  Others, we may not be able to resolve but this will give us an opportunity to set down and give it some thought.

THE COURT:  All right.  Is there anything further anyone wants to put on the record?

MR. MELLIN:  Not for the government, Your Honor, thank you.

THE COURT:  No.

MS. SAUNDERS:  Not for the defendant.

THE COURT:  All right.  Mr. Travis, we're going to hang up on you and conclude the telephone conference with you and --

MR. TRAVIS:  Okay.

THE COURT:  -- the conference will be --

MR. TRAVIS:  -- I want to take the chance to wish everybody a happy and safe holiday season.  Drive carefully and watch out for other idiots who might not be driving carefully.

THE COURT:  All right.  Have a good holiday season, everyone.

MS. SAUNDERS:  Thank you.

THE COURT:  We're off the record.

(Court is adjourned)

* * * * *

C E R T I F I C A T I O N


        I, Ellen S. Kolman, the court approved transcriber,

do hereby certify the foregoing is a true and correct

transcript from the official electronic sound recording of the

proceedings in the above-entitled matter.



*Ellen S. Kolman*
_____          _____

ELLEN S KOLMAN (CET**D-568)          DATE

AAERT Certified Electronic Transcriber

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000  ~  302-571-0510  ~  610-434-8588  ~  888-777-6690

**A**

AAERT 10:11
able 6:17,24,25 8:1 8:7
above-entitled 10:6
act 7:4
acts 6:15
actual 3:23
address 8:3
adjourned 9:3
agreeable 5:13
agreed 4:12 6:2
allow 8:5
AMERICA 1:2
ANNE 2:1
appear 4:22
APPEARANCES 1:9 2:1
appearing 4:23
approved 10:3
April 5:5,5 10:8
asking 6:8
assigns 7:7
Assistant 3:7
ASSOCIATION 1:20
attached 5:11
Attorney 3:7
ATTORNEY'S 1:14
AUSA 1:13

**B**

Based 6:9
behalf 5:14
believe 4:24 5:18 5:25 7:6 8:1
brought 5:1
Building 1:14
Bureau 3:10,11 5:21 6:4,8,15,17 7:7

**C**

C 1:13,16 10:1,1
call 4:1,23 6:11
called 4:2

Capital 1:11 3:9
carefully 8:21,23
case 1:11 3:1,4,9,24 4:3 6:6
cases 3:25
certain 3:22 5:20
Certified 10:11
certify 10:4
CET 10:10
chance 8:20
changing 8:6
Chestnut 2:2
Chief 4:1
commence 5:9
committed 6:15 7:3
Company 2:22
complete 5:8,11
completing 5:3
concerning 6:15,17 6:18 7:1,11,18,24
conclude 8:16
conference 1:7 3:4 3:6 4:14,16 8:16 8:19
conferred 5:19
conferring 4:11
CONNIE 2:4
considerable 4:15
continue 5:10
continuing 3:24
cont'd 2:1
correct 3:18 5:22 6:1,7 7:21 10:4
counsel 3:5,25 4:4 4:12,22,22 5:11 5:13,18
course 6:5
court 1:1 2:22 3:1 3:12,16,19,20 4:1 4:9,19 5:7,16,18 5:23 7:16,24 8:9 8:13,15,19,24 9:2 9:3 10:3
courthouse 4:21
Court's 7:13
covers 7:5
create 6:8

criminal 3:2
cross-examine 6:11
currently 6:4

**D**

D 1:10
dangerousness 6:12
DATE 10:10
dates 3:22 4:12 5:12,13
David 1:5 3:2
day 5:2
DC 1:12
death 4:7
December 1:5 3:23
decided 4:9
defendant 1:6,16 2:1 8:14
defendants 3:12 4:5
DEFENDER 1:20 2:2
defense 5:20 6:2
defer 4:9
DEPARTMENT 1:11
depending 4:7
designated 4:19
determined 4:6
disciplinary 7:3
discuss 7:24
discussing 7:18
discussions 6:1
District 1:1,1,8 3:3 4:2
docket 4:15
Document 4:14
Drive 8:21
driving 8:22
D-568 10:10

**E**

E 10:1
electronic 2:20 10:5,11
Ellen 10:3,10
enter 4:12

entered 3:20 4:11
entries 4:15
ESQ 1:10,16,20 2:1
ESR 2:4
everybody 8:21

**F**

F 1:12 10:1
facilities 6:16,18
far 3:13 6:13,23
February 7:13,19
Federal 1:14 2:2
fine 6:20 7:15,16 8:4
floor 4:20
FLORES 2:4
following 4:12
foregoing 10:4
Fosby 3:10
found 7:2
further 8:9
future 6:12

**G**

give 8:7,8
going 7:24 8:15
good 8:24
government 3:5,8 5:14,20 6:11,14 6:17 8:11
guilt 4:6
Gurganus 1:13 3:7 3:7 5:14,15

**H**

H 1:8
Hammer 1:5 3:2,19
Hammer's 8:4
hang 8:16
happens 4:7
happy 8:21
HARRIS 1:17
Harrisburg 2:3
hearing 3:21,22,23 5:9,12 7:3 8:3
held 4:17
higher 4:20
holiday 8:21,24

Honor 5:6,15,17,22 5:25 6:7,20 7:6,15 7:17 8:5,11
HONORABLE 1:8
HUMPHREY 1:17
hundred 7:4,8

**I**

idiots 8:22
Individual 5:4
individuals 7:1
indulgence 7:13
information 5:20 5:21 6:6,9,10,15 6:19,21 7:12
initiate 4:23
inmate 7:8
inmates 7:2
innocence 4:6
instruction 4:17
instructions 7:25
involved 3:25
involves 4:5
involving 3:22
item 6:13
items 6:3 7:18,23

**J**

J 1:20
JAMES 1:20
Jan 3:10
January 4:17 8:2,3
JOEL 1:8
John 1:13 3:7
joint 4:13
Judge 1:8 4:1,9
June 3:23
jurors 5:1,4
jury 3:22 4:16 5:3 7:25
JUSTICE 1:11

**K**

Kane 4:2,9
keep 4:24
Kolman 10:3,10

**L**

**L** 2:1
**life** 7:1
**list** 6:25
**listed** 5:12
**listing** 7:2
**local** 6:16,18,21

**M**

**magnitude** 3:25 4:1
**March** 5:1
**Market** 2:23 4:18 5:2
**matter** 4:5 10:6
**McHugh** 1:20 3:13
**Mellin** 1:10 3:9,9 5:22,23,25 6:13 6:23 7:11,17,21 7:23 8:11
**merely** 8:6
**microphone** 3:13
**Middle** 1:1 3:2 4:2
**Mid-Atlantic** 2:22
**Mike** 3:10
**Monday** 5:7,10
**motion** 4:13
**move** 4:24
**moving** 4:20
**multiple** 3:25

**N**

**N** 10:1
**names** 3:6
**National** 2:22
**neither** 6:5
**new** 6:8
**notice** 4:13
**November** 3:20 4:11
**number** 3:2 4:15 4:25 6:13,14,23
**numbers** 7:7
**N.W** 1:12

**O**

**O** 10:1
**OFFICE** 1:14
**officer** 7:3
**official** 10:5

**Okay** 6:13 8:18
**OPERATOR** 2:4
**opportunity** 8:8
**order** 3:20 4:10,13 4:16 5:19
**ordinary** 6:4

**P**

**PA** 1:4,15,19,22 2:3 2:23
**Paul** 1:5 3:2
**penalty** 4:8 6:6
**Pennsylvania** 1:1 3:3 4:2,18 5:2
**ph** 3:10,10
**phase** 6:6
**Philadelphia** 1:4 1:20,22 2:23 4:18 5:2
**phone** 3:16 4:24
**place** 5:5
**Plaintiff** 1:3,10
**point** 4:20 8:4
**potential** 5:4
**preliminary** 4:17 7:25
**Prisons** 3:10,11 5:21 6:4,8,16,18 7:7
**problem** 3:24
**problems** 4:4
**proceedings** 2:20 3:21 10:6
**produce** 7:2
**produced** 6:4,10
**program** 6:8
**prohibitive** 7:3
**provide** 6:9,14,17 6:19,24,25 7:12 7:13
**PUBLIC** 2:2
**purpose** 5:3
**purposes** 7:7,10
**put** 5:23 8:10

**Q**

**questioning** 5:4
**questionnaire** 7:25

**questionnaires** 4:16 5:3

**R**

**R** 10:1
**record** 4:14 5:24 7:7 8:10 9:2
**recorded** 2:20
**recording** 2:20 10:5
**regard** 5:19,21
**regarding** 4:16
**Region** 2:22
**relying** 6:5
**report** 7:2
**Reporting** 2:22
**reports** 6:3
**representing** 3:19
**request** 6:2,23 7:11
**requesting** 7:5
**requests** 6:15
**requiring** 5:19
**resolve** 8:1,7
**respect** 6:11
**RIEDERS** 1:17
**right** 3:12 5:18 7:20 8:9,15,24
**RONALD** 1:16
**room** 4:18,19

**S**

**S** 2:4 10:3,10
**safe** 8:21
**Saunders** 2:1 3:15 3:15,16 8:14 9:1
**schedule** 4:10 5:8 5:10
**scheduling** 3:21 4:4 4:13
**Scranton** 1:15
**season** 8:21,24
**selection** 3:22
**sense** 8:5
**sentence** 7:1
**sentencing** 3:21 5:9
**series** 7:4,4,9
**serious** 7:9
**serving** 7:1,8

**set** 8:8
**severe** 7:9
**Shuck** 3:10
**side** 6:5
**similar** 4:1
**SLOMSKY** 1:8
**sorry** 5:7
**sound** 2:20 10:5
**state** 3:5 6:16,18,22
**States** 1:1,2,8 3:1
**status** 1:7 4:14
**Steve** 3:9
**STEVEN** 1:10
**Street** 1:12,18,21 2:2,23 4:18 5:2
**subject** 6:12
**sufficient** 7:10
**Suite** 1:21 2:3,23

**T**

**T** 10:1,1
**take** 5:4 6:24 8:20
**telephone** 8:16
**telephonically** 1:17 4:22,23
**thank** 8:12 9:1
**think** 7:4
**Third** 1:18
**thought** 8:8
**Thursday** 5:8,10
**time** 6:24 7:8 8:5
**today** 6:25 7:24
**transcriber** 10:3,11
**transcript** 1:7 10:5
**Travis** 1:16,17 3:17 3:18 4:3 5:6,16,17 6:1,7,20 7:5,6,15 7:19,22 8:4,15,18 8:20
**trial** 4:7
**tried** 4:6
**true** 10:4
**try** 6:8 8:6
**turn** 5:20
**two** 4:5

**U**

**understand** 6:21

**understanding** 6:9
**Unit** 1:11 3:9
**United** 1:1,2,8 3:1
**U.S** 1:11,14 3:7

**V**

**v** 3:1
**vacating** 4:10
**Veritext** 2:22
**view** 8:5
**violation** 7:9
**violations** 7:8
**vs** 1:4

**W**

**WAFFENSCHM...** 1:18
**Walnut** 1:21
**want** 5:23 8:20
**wants** 8:10
**Washington** 1:12
**watch** 8:22
**WATERS** 1:18
**West** 1:18,21
**we'll** 6:18 8:2
**we're** 6:7 8:15 9:2
**we've** 4:12
**Williamsport** 1:19
**wish** 8:20
**withdrawing** 6:2
**witnesses** 6:11
**wording** 8:6
**work** 8:1,6
**wrong** 6:1

**1**

**100** 2:2 7:4
**11** 10:8
**1331** 1:12
**15th** 7:14,19
**1500** 4:14
**161** 1:18
**17101** 2:3
**17701** 1:19
**1800** 2:23
**1801** 2:23
**18501** 1:15
**19th** 5:9

**19103** 2:23
**19106** 1:22
**1996** 6:25

**2**

**2nd** 5:6,7
**20** 1:5
**2012** 1:5 3:20 4:11
**2013** 3:24 4:20 7:19
  10:8
**2014** 4:17 5:1,5,7
  5:10 8:2
**20530** 1:12
**250** 5:1
**267-299** 4:23
**28** 4:11
**28th** 3:20

**3**

**306** 2:3
**311** 1:14
**32** 6:14
**33** 6:14
**34** 5:1 6:23

**4**

**4:96-CR-00239-J...**
  1:3
**49** 6:3

**5**

**50** 6:3
**51** 6:3
**545** 1:21
**5614** 4:19

**6**

**601** 1:21 4:18 5:1
**61** 7:11
**66** 7:11
**67** 7:11

**7**

**7th** 4:17 5:5 8:2,3
**7340** 4:24
**77** 7:12

**8**

**888-777-6690** 2:24

**9**

**96-239** 3:2

VERITEXT NATIONAL COURT REPORTING COMPANY
215-241-1000  ~ 302-571-0510  ~  610-434-8588  ~  888-777-6690