UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| -vs- | : | |
| | : | NO.  4:CR-96-239 |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant | : | |

### **O R D E R**

AND NOW, this _____ day of June 2013,  it is hereby ordered:

1.  The Government's motion for an extension of time is granted.

2.  The Government's brief in opposition to the Defendant's motions in limine

(Documents 1523, 1525, 1527) and the Defendant's motion for discovery (Document 1530) shall

be filed on or before July 22, 2013.

BY THE COURT

_____

JOEL H. SLOMSKY
UNITED STATES DISTRICT JUDGE