UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :
                             :
      -vs-                   :
                             :    NO.  4:CR-96-239
DAVID PAUL HAMMER,         :
                             :
      Defendant       :

## O R D E R

AND NOW, this  2 / 5T day of June 2013,  it is hereby ordered:

1. The Government's motion for an extension of time is granted.

2. The Government's brief in opposition to the Defendant's motions in limine (Documents 1523, 1525, 1527) and the Defendant's motion for discovery (Document 1530) shall be filed on or before July 22, 2013.

BY THE COURT

JOEL H. SLOMSKY
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA               :
                                       :
        -vs-                           :
                                       :     NO.  4:CR-96-239
DAVID PAUL HAMMER,                     :
                                       :
        Defendant                      :

GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE A
BRIEF IN OPPOSITION TO DEFENDANT'S MOTIONS
IN LIMINE AND DEFENDANT'S DISCOVERY MOTION

The United States of America moves for an extension of time to file its response to the

Defendant's motions in limine and for discovery. The following is submitted in support of the

motion:

1.  The defendant has filed the following motions:

a.  Motion in Limine to Preclude the Admission of Irrelevant and Constitutionally

Improper Evidence in Support of the Prior Criminal Convictions Involving Use or Threat of

Violence Aggravator (Doc. 1523);

b. Motion in Limine to Preclude the Admission of Irrelevant and Constitutionally

Improper Evidence Under the Guise of Future Dangerousness (Doc. 1525);

c. Motion in Limine to Preclude the Admission of Irrelevant and Constitutionally

Improper Evidence Under the Guise of Victim Impact Evidence (Doc. 1527); and

d. Motion for Discovery (Doc. 1530).

2.  Lead government counsel in this case, Steve Mellin, completed earlier this week a

protracted capital trial with the sentencing of Steven Northington before United States District

Court Judge R. Barclay Surrick on Wednesday, June 19, 2013.  Attorney Mellin will be on leave

and attending to other work related commitments until July 1, 2013.  Attorney Mellin's

assistance in drafting the government's response to the motions is required for a complete and

accurate response.  In light of Attorney Mellins other commitments, it is requested that the time

for filing  government's brief responding to the present motions be extended for an period of

thirty days.

    3.  Counsel for the Defendant, Anne Saunders, Esquire, has concurred in this motion.

Respectfully submitted,

PETER J. SMITH
United States Attorney

/s/ John C. Gurganus, Jr.

JOHN C. GURGANUS, JR.
Assistant U.S. Attorney

Date: June 21, 2013

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on June 21, 2013, she served a copy of the attached:

<u>GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE A
BRIEF IN OPPOSITION TO DEFENDANT'S MOTIONS
IN LIMINE AND DEFENDANT'S DISCOVERY MOTION</u>

by electronic filing on counsel for the defendant.

Ronald C. Travis, Esquire
rtravis@riederstravis.com

James J. McHugh, Jr., Esquire
James_McHugh@fd.org

James Moreno, Esquire
James_Moreno@fd.org

Anne Saunders, Esquire
Anne_Saunders@fd.org


/s/ Donna Gard-Lengner

June 21, 2013
Date                                    Donna Gard-Lengner
                                        Paralegal Assistant