# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| v. | : | Honorable Joel H. Slomsky |
| DAVID HAMMER, | : | Capital Case |
| Defendant | : | |

## ORDER

AND NOW, this      day of August, 2013, upon consideration of Mr. Hammer's

*Unopposed Motion For A Twenty-One Day Extension To File Reply,* it is hereby

ORDERED:

The Motion is GRANTED.  Defendant shall file his *Reply* on or before August

26, 2013.

BY THE COURT

_____
Joel H. Slomsky, J.
District Court Judge