IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID HAMMER,

Defendant.

CIVIL ACTION
NO. 4:96-CR-239

## ORDER

**AND NOW**, this 1st day of August 2013, upon receipt of Defendant's Unopposed

Motion for a Twenty-One Day Extension of Time to File a Reply to the Government's Motion in

Opposition to Defendant's Motions in Limine and Second Motion for Discovery (Doc. No.

1552), it is **ORDERED** that Defendant's request for an additional 21 days to file a Reply is

**GRANTED**.

BY THE COURT:

JOEL H. SLOMSKY, J.