UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID PAUL HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR A SEVEN-DAY EXTENSION OF TIME TO FILE REPLY TO THE GOVERNMENT'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE AND SECOND MOTION FOR DISCOVERY.**

Defendant, David Paul Hammer, through undersigned counsel, moves for a seven (7) day extension of time to prepare and file his *Reply* to the *Government's Consolidated Opposition To Defendant's Motions In Limine To Preclude The Admission Of Irrelevant And Constitutionally Improper Evidence Under The Guise Of Victim Impact Evidence, Prior Criminal Convictions, and Future Dangerousness And Defendant's Second Motion For Discovery.* This *Motion* is not opposed by the Government. In support, Defendant states the following:

1.      On April 3, 2013, Mr. Hammer, through undersigned counsel, filed three separate *Motions In Limine* to *Preclude The Admission Of Irrelevant And*

1

*Constitutionally Improper Evidence Under The Guise Of Victim Impact Evidence, Prior Criminal Convictions, and Future Dangerousness*. Defendant also filed a second *Motion For Discovery.*

2.     The Government filed its *Consolidated Opposition Motion* on or about July 22, 2013. Defendant's *Reply* is currently due on August 26, 2013.

3.     This is Defendant's second request for an extension of time within which to file his *Reply*.

4.     Undersigned counsel have been working diligently at completing Defendant's *Reply*. The issues presented are complex and of great importance.

5.     Defendant's *Reply* is almost complete but needs additional work. Undersigned counsel, James Moreno, who is working on the brief, was sick for a number of days last week and was unable to work. In light of the careful analysis and research necessary to complete this task, taking into account undersigned counsel's other capital case obligations, an additional seven (7) days is needed to complete Defendant's *Reply*.

6.     This request is made in good faith and is based on the specific requirements of this important matter.

7.     Counsel has consulted with counsel for the Government who indicated that they are not opposed to this request.

WHEREFORE, Defendant requests a seven (7) day extension of time in which to file his *Reply*, until September 2, 2013.

Respectfully submitted,

/S/  RONALD C. TRAVIS
Ronald C. Travis
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
570-323-8711 (telephone)
570-323-4192 (facsimile)
rtravis@riederstravis.com

/S/ JAMES MORENO
James J. McHugh, Jr.
Federal Community Defender
Eastern District Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA 19106
215-928-1100 (telephone)
215-928-0826 (facsimile)
james_mchugh@fd.org
james_moreno@fd.org

/S/ ANNE SAUNDERS
Anne Saunders
Assistant Federal Defender
Federal Public Defender
Middle District Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
717-782-3843 (telephone)
717-782-3966 (facsimile)
anne_saunders@fd.org

3

## CERTIFICATE OF SERVICE

I, James Moreno, Esquire, do hereby certify that on this date I served a copy of the foregoing by Electronic Case Filing, or by placing a copy in the United States mail, first class addressed to the following:

Steven Mellin, Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

John C. Gurganus, Jr. Esquire
United States Attorneys Office
Middle District of Pennsylvania
235 N. Washington Street, Suite 311
PO Box 309
Scranton, PA. 18501

/S/ James Moreno
James Moreno, Esq.
Assistant Federal Defender

August 21, 2013