## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| v. | : | Honorable Joel H. Slomsky |
| DAVID PAUL HAMMER, | : | Capital Case |
| Defendant | : | |

## ORDER

AND NOW, this _2/ᴶᵀ_ day of August, 2013, upon consideration of Mr.

Hammer's *Unopposed Motion For A Seven-Day Extension To File Reply,* it is hereby

ORDERED:

The Motion is GRANTED. Defendant shall file his *Reply* on or before

September 2, 2013.

BY THE COURT

Joel H. Slomsky, J.
District Court Judge