# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :
                                :      NO. 4:96-CR-00239

                        :

           v.               :

                        :      (Judge Slomsky)

DAVID PAUL HAMMER      :

                        :

      Defendant         :

## MOTION FOR ADDITIONAL PEREMPTORY CHALLENGES FOR THE DEFENDANT

AND NOW, this 22nd day of August, 2013, comes Defendant Hammer, by and through counsel, and requests the Court enter an Order granting to the defense additional peremptory challenges, and in support thereof asserts as follows:

1. Defendant Hammer is to face a sentencing retrial.

2. The jury to be empaneled will determine whether the appropriate sentence to be imposed is life imprisonment without the possibility of release or a sentence of death.

3.    Rule 24(b) of the Fed.R.Crim.P. sets forth the allocation of peremptory challenges which may be exercised during jury selection.

4.    Under Rule 24(b)(1), in capital cases, each side has 20 peremptory challenges.

5.    Under Rule 24(b)(2), in any other felony case, the Government is allotted 6 peremptory challenges and the defendant 10 peremptory challenges.

6.    Under Rule 24, the defense is allocated 40% more peremptory challenges when selecting a jury for a felony trial but is deprived of this jury selection advantage where the jurors are being asked to determine whether the appropriate sentence is life imprisonment without the possibility of release or death.

7.    Defendant Hammer maintains and asserts that the 1-to-1 ratio called for where his life is potentially at risk is a violation of his equal protection rights.

8.    Defendant Hammer maintains that the 1-to-1 ratio which applies in a capital prosecution is fundamentally unfair.

9.    Empirical research in capital jury selection experience support the conclusion that in a capital case the defense and the Government do not begin on equal footing, but in fact, the Government enters such a process with an advantage.

10.    Because Defendant Hammer and the Government will not begin the jury selection process on equal footing, it is appropriate for the Court to restore the

10-to-6 ratio, which applies to non-capital felonies, and award to Defendant Hammer 33 peremptory challenges, while limiting the United States to 20 peremptory challenges.

WHEREFORE, Defendant Hammer requests the Court enter an Order granting to the defense 33 peremptory challenges for possible exercise during the seating of the main jury panel.

Respectfully submitted,

/s/ Ronald C. Travis, Esquire
Ronald C. Travis, Esquire
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

/s/ Anne Saunders, Esquire
Anne Saunders, Esquire
Assistant Federal Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Ste. 306
Harrisburg, PA  17101
(717) 782-3843 (telephone)
(717) 782-3966 (facsimile)
Anne_Saunders@fd.org

/s/ James McHugh, Esquire
James McHugh, Esquire
James Moreno, Esquire
Federal Community Defender
Eastern District of Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA  19106
(215) 928-1100 (telephone)
(215) 928-0826 (facsimile)
James_McHugh@fd.org
James_Moreno@fd.org

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | (Judge Slomsky) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | **ELECTRONICALLY FILED** |

## CERTIFICATE OF SERVICE

AND NOW, comes Ronald C. Travis, Esquire, attorney for Defendant Hammer, and certifies that a copy of the foregoing Motion for Additionally Peremptory Challenges for the Defendant has been served upon all Government Counsel of record by ECF, this 22nd day of August, 2013.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
WATERS & WAFFENSCHMIDT

/s/ Ronald C. Travis, Esquire

Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#: 08819
161 West Third Street
PO Box 215
Williamsport, PA 17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com