# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

               :    NO. 4:96-CR-00239

               :

       v.              :

               :    (Judge Slomsky)

DAVID PAUL HAMMER         :

               :

       Defendant       :

## CERTIFICATE OF NON-CONCURRENCE

Ronald C. Travis, Esquire, contacted AUSA Mellin concerning the instant

Motion, and AUSA Mellin advised the non-concurrence of the government.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
WATERS & WAFFENSCHMIDT

/s/ Ronald C. Travis, Esquire
_____

Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#:  08819
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com