## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA　　:
　　　　　　　　　　　　　　　　　:　　NO. 4:96-CR-00239
　　　　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:　　(Judge Slomsky)
DAVID PAUL HAMMER　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　Defendant　　　　　　　　:

### ORDER

Before the Court is a request by Defendant Hammer that he be granted 33 peremptory challenges to be exercised during the seating of the main jury panel.

After consideration of the arguments made by the parties, the Court finds the request to be meritorious and same will be granted.

NOW THEREFORE, it is hereby ORDERED:

1.    Defendant David Paul Hammer is hereby allocated 33 peremptory challenges to be available to be exercised during the seating of the main jury panel.

BY THE COURT:

_____
　　　　　　　　　　　　　　　　　SLOMSKY,    J.