## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | (Judge Slomsky) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | |

### MOTION FOR SIS INVESTIGATIVE REPORTS

AND NOW, this 30th day of August, 2013, comes Defendant, through counsel, and files the within Motion seeking an Order of Court directing the Government to provide to counsel for the Defendant copies of all Bureau of Prisons SIS files concerning the Defendant, and in support thereof asserts as follows:

1.    Mr. Hammer is currently scheduled for a sentencing hearing before this Court.

2.    At the sentencing hearing the empaneled jury will be asked to determine whether a sentence of life imprisonment without the possibility of release or a sentence of death should be imposed.

3.    At the time Mr. Hammer killed Andrew Hunt Marti he was serving a sentence of incarceration imposed by the state of Oklahoma in the federal Bureau of Prisons system.

4.    In the federal Bureau of Prisons there are individuals assigned to the Special Investigative Services.

5.    Individuals assigned to the Special Investigative Services function as investigators with respect to allegations of misconduct involving inmates.

6.    The conducted SIS investigations result in the creation of SIS files which are not made part of the Central Inmate File maintained by the Bureau of Prisons with respect to inmates.

7.    One of the non-statutory aggravating factors which the Government intends to attempt to prove in support of its efforts to secure the return of a sentence of death is future dangerousness.

8.    In support of the claim that Mr. Hammer represents a future danger to staff and other inmates the Government will seek to present information concerning Mr. Hammer's misconduct while he has been housed in various federal

Bureau of Prisons institutions since his transfer into the federal system from the state of Oklahoma.

9.    Counsel for Mr. Hammer has filed discovery motions which, in part, seek copies of all SIS files of Mr. Hammer.

10.    The discovery process has been the subject of arguments presented to the Court by the parties as well as discussions and agreements arrived at by the parties.

11.    By e-mail dated Friday, September 14, 2012, AUSA Mellin advised counsel for Mr. Hammer that with respect to the request for copies of the SIS files on Mr. Hammer that no such files have been created on Mr. Hammer since 2009 but, if requested, the Government would provide copies of all SIS files pertaining to Mr. Hammer.

12.    Since the e-mail of September 14, 2012, indicating that the SIS files would be provided on request, defense counsel has made a number of inquiries concerning being provided with copies of the SIS files, but to date the requested have not been provided.

13.    Over the period of the last couple of months requests for copies of the SIS files have resulted in AUSA Mellin advising counsel for Mr. Hammer that the Bureau of Prisons has not responded to the request of AUSA Mellin that the SIS files be duplicated and provided to defense counsel.

14.    Although defense counsel has attempted to be as patient as possible waiting for copies of the SIS files to be produced, the weekly e-mail messages inquiring with respect to the status of the SIS files has not yet resulted in the files being produced.

15.    Since requests made by AUSA Mellin have not lead to the production of the files, Mr. Hammer seeks an Order of Court directing that copies of these files be provided to counsel for Mr. Hammer on or before the close of business on September 11, 2013.

16.    In light of the fact that AUSA Mellin, in his e-mail of September 14, 2012, agreed to provide copies of the SIS files if requested, counsel for Mr. Hammer does not believe that a brief in support of the current Motion is necessary.

17.    Counsel's e-mail to AUSA Mellin inquiring whether he concurred or did not concur in the instant Motion has gone unresponded to by AUSA Mellin.

WHEREFORE, it is requested that the Court enter an Order directing the Government to provide to defense counsel copies of all SIS files on Mr. Hammer on or before the close of business on September 11, 2013.

Respectfully submitted,

/s/ Ronald C. Travis, Esquire
Ronald C. Travis, Esquire
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street

/s/ Anne Saunders, Esquire
Anne Saunders, Esquire
Assistant Federal Defender
Federal Public Defender
Middle District of Pennsylvania

4

PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

100 Chestnut Street, Ste. 306
Harrisburg, PA  17101
(717) 782-3843 (telephone)
(717) 782-3966 (facsimile)
Anne_Saunders@fd.org

/s/ James McHugh, Esquire
James McHugh, Esquire
James Moreno, Esquire
Federal Community Defender
Eastern District of Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA  19106
(215) 928-1100 (telephone)
(215) 928-0826 (facsimile)
James_McHugh@fd.org
James_Moreno@fd.org

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :

                              :    NO. 4:96-CR-00239

                              :

        v.                  :

                              :    (Judge Slomsky)

DAVID PAUL HAMMER        :

                              :

Defendant                  :

## CERTIFICATE OF SERVICE

AND NOW, comes Ronald C. Travis, Esquire, attorney for Defendant Hammer, and certifies that a copy of the foregoing Motion for SIS Investigative Reports has been served upon all Government Counsel of record by ECF, this 30th day of August, 2013.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
WATERS & WAFFENSCHMIDT

/s/ Ronald C. Travis, Esquire
_____
Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#: 08819
161 West Third Street
PO Box 215
Williamsport, PA 17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com