## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

                       :     NO. 4:96-CR-00239

                       :

        v.               :

                       :     (Judge Slomsky)

DAVID PAUL HAMMER       :

                       :

Defendant                  :

## NON-RESPONSE TO REQUEST FOR CONCURRENCE

An e-mail request was made of AUSA Mellin with respect to whether the current Motion would be concurred in or not. AUSA Mellin has not responded to this e-mail request.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
WATERS & WAFFENSCHMIDT


/s/ Ronald C. Travis, Esquire
Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#: 08819
161 West Third Street
PO Box 215
Williamsport, PA 17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com