## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :

                           :   NO. 4:96-CR-00239

                           :

v.                         :

                           :   (Judge Slomsky)

DAVID PAUL HAMMER          :

                           :

Defendant                  :

### ORDER

The Government is hereby ORDERED to provide to defense counsel copies of all SIS files on David Paul Hammer on or before the close of business on September 11, 2013.

BY THE COURT:

_____

                                        SLOMSKY, J.