# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID PAUL HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |

## STATEMENT OF CONCURRENCE

Defendant, David Paul Hammer, through counsel, pursuant to Rule 7.1 of the Local Rules Of The  United States District Court For The Middle District Of Pennsylvania, respectfully states the following:

Undersigned counsel for Mr. Hammer hereby certifies that he has contacted Assistant United States Attorney John C. Gurganus, Jr., who informed counsel that the Government does not oppose Defendant's request for a three-day extension of time within which to file his *Reply*.

Respectfully Submitted.

/s/James Moreno
James Moreno
Assistant Federal Defender
Federal Community Defender
Eastern District Pennsylvania
Suite 540 - The Curtis Center
Philadelphia, PA 19106
215-928-0520
215-928-0826 (facsimile)

Signing For All Defense Counsel

Dated: September 3, 2013