IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

Defendant.

CRIMINAL ACTION
NO. 96-239

## ORDER

**AND NOW**, this 25th day of September 2013, it is **ORDERED** that a status telephone conference with counsel for the parties will be held on **October 1, 2013 at 11:00 a.m.** Counsel for the Government shall initiate the call to Chambers at (267) 299-7340.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.