IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID HAMMER,

Defendant.

CIVIL ACTION
NO. 4:96-CR-239

## ORDER

**AND NOW**, this 20th day of November 2013, it is **ORDERED** that the status telephone conference with counsel for the parties scheduled for November 27, 2013 (Doc. No. 1578), is **RESCHEDULED** for **December 18, 2013 at 10:00 a.m.** Counsel for the Government shall initiate the call to Chambers at (267) 299-7340.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.