IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

            Defendant.

CRIMINAL ACTION
NO. 96-239

## ORDER

**AND NOW**, this 18th day of December 2013, following a status conference with all parties, it is **ORDERED** as follows:

1.  The prior Order of this Court (Doc. No. 1511), dated December 20, 2012, is **VACATED**.

2.  A conference regarding jury questionnaires and preliminary instructions shall be held on **January 9, 2014** at **4:30 P.M.** at 601 Market Street, Philadelphia, Pennsylvania in a Room to be determined.  Any counsel appearing telephonically shall initiate the call to (267) 299-7340.

3.  On **March 3 and 4, 2014**, 250 jurors shall be brought to 601 Market Street, Philadelphia, Pennsylvania, each day for purposes of completing jury questionnaires.

4.  Individual questioning of potential jurors shall take place on the following dates: **April 7, 8, 9, 10, 15, 16, 17, 23, 24, 25, 28, 29, and 30** and **May 1, 12, 13, 14, 15, 19, 20, 21, and 22**.

5.      The sentencing hearing shall commence as soon as jury selection is complete and

shall continue on a Monday through Thursday schedule until it is complete.

6.      All counsel shall be attached for the hearing on the above-listed dates.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.