# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | (Judge Slomsky) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | |

## ABILITY-TO-SERVE QUESTIONNAIRE

Greetings.  You have been identified as one of multiple individuals who may be qualified to serve as a potential juror in the sentencing re-trial of *United States vs. David Paul Hammer*.

Mr. Hammer previously entered a plea of guilty to first-degree murder and the trial will be a trial at which the empaneled jury will decide the sentence to be imposed on Mr. Hammer. In the federal system, if someone is convicted of first-degree murder, the only possible sentences are life imprisonment without the possibility of release or a sentence of death.

The trial in the case is scheduled to begin on or about May 19, 2014, and it is estimated that the trial will last through the end of June 2014, and possibly extend into the first part of July 2014.  During the trial itself, Court will be in session on a Monday through Thursday schedule with Court starting at ____ a.m. and concluding at approximately ___ p.m.  As part of the jury selection process, on March 3 and 4, 2014, a number of jurors will report to the Federal Courthouse at 601 Market Street, Philadelphia, Pennsylvania, for the purposes of completing a more comprehensive jury questionnaire.  After the jury questionnaires have been completed, beginning on April 7, 2014, individual questioning of potential jurors will proceed on a Monday through Thursday scheduled between the hours of ____ a.m. and _____ p.m. until a jury is seated.

Since completion of this questionnaire is the first step in the jury selection process, the Court directs you to avoid all media coverage with respect to the case of *United States vs. David Paul Hammer* and further directs you not to undertake any independent research concerning the specifics of the case, including not undertaking any internet research with respect to the parties or the case.

A.    CLAIM FOR UNDUE HARDSHIP TO SERVE AS A JUROR IN THIS CASE

Mere inconvenience or the usual hardships of jury service will be insufficient to excuse a prospective juror. If, however, you believe jury service would cause undue hardship or extreme inconvenience, you may apply to the Court to be excused on those grounds.

1.    Do you wish to apply to the Court to be excused on the grounds that jury service would be an undue hardship or extreme inconvenience for you?

□ Yes        □ No

IF YES, please explain fully the reason you are requesting to be excused:

_____
_____
_____

2.    Do you have an undue financial hardship that would prevent you from serving as a juror in this case?

□ Yes        □ No

IF YES, please explain fully the financial hardship for which you are requesting to be excused:

_____
_____
_____

a.    What is your employer's policy regarding jury duty? If you do not know, please check with your employer.

_____
_____
_____

b.  Will you be paid your salary for the length of time that you may be required to serve on jury duty?

☐ Yes        ☐ No

3.    Do you have any physical, mental, or medical condition (such as hearing, eyesight, back problem or medication you are taking) that would make it unusually difficult for you to serve?

☐ Yes        ☐ No

IF YES, please explain fully the reason you are requesting to be excused:

_____

_____

_____

4.    Do you have any personal or professional obligations that you feel would severely interfere with your ability to be a juror in this case, such as prior commitments or travel that cannot be refunded or rescheduled, or prior scheduled medical procedure for you or a family member?

☐ Yes        ☐ No

IF YES, please explain fully the reason you are requesting to be excused:

_____

_____

_____

B.    CLAIM OF EXEMPTION FROM JURY SERVICE

Certain categories of individuals may be excused from service as a juror if a request is made by a person falling in one of these categories.  The categories of individuals are:

4

1) Over 70 years of age;

2) Person who has served as a juror in state or federal court within last two years (give name of court and dates of service in Remarks);

3) Volunteer safety personnel (firefighters, rescue squads, ambulance crew) for local government agencies (describe your service and give name of agency in Remarks);

4) Person having active care and custody of a child under 12 or essential to the care of an aged or infirm person during hours of normal jury service (explain fully in Remarks);

5) Person whose services are so essential to the operation of a commercial enterprise that it must close if required to perform jury duty (explain fully in Remarks);

6) Actively practicing or engaged full-time as an attorney;

7) Actively practicing or engaged full-time as a physician;

8) Actively practicing or engaged full-time as a dentist;

9) Actively practicing or engaged full-time as a member of the clergy or religious order;

10) Active teacher or student attending class.

If you are person in one of the categories listed above and you wish to be excused, fill in completely the circle for the number of your category listed above.

|       |        |
|-------|--------|
| 1 ☐   | 2 ☐    |
| 3 ☐   | 4 ☐    |
| 5 ☐   | 6 ☐    |
| 7 ☐   | 8 ☐    |
| 9 ☐   | 10 ☐   |

Person showing a category of excuse which requires more information should set forth the additional information in the "Remarks" section of this questionnaire.

REMARKS: _____

_____

_____

_____

_____

_____

_____

_____

C.    RELATIONSHIP TO THE PARTIES

5.    This case is being prosecuted by the United States Attorneys' Office for the Middle District of Pennsylvania with support from the Department of Justice (DOJ) and the Federal Bureau of Investigation (FBI). Do you, a family member or anyone close to you, know or have any connection with any individuals employed in the following Offices or Departments:

a.  U.S. Attorney's Office, Middle District of PA      ☐ Yes      ☐ No

b.  U.S. Attorney's Office Eastern District of PA      ☐ Yes      ☐ No

c.  U.S. Department of Justice, Washington, D.C.      ☐ Yes      ☐ No

d.  Federal Bureau of Investigation      ☐ Yes      ☐ No

e.  Federal Bureau of Prisons      ☐ Yes      ☐ No

IF YES, please explain:

_____

_____

_____

6.    Mr. Hammer is being represented by lawyers employed by the office of the Federal Public Defender for the Middle District of Pennsylvania, the Federal Public Defender for the Eastern District of Pennsylvania, and Ronald C. Travis, Esquire, a partner in the Williamsport, Pennsylvania law firm of Rieders, Travis, Humphrey, Harris, Waters & Waffenschmidt.

7.    Do you, a family member or anyone close to you, know, or have any connection with the following law offices:

a.  The Federal Public Defender for the Middle District of PA   ☐ Yes      ☐ No

b.  The Federal Public Defender for Eastern District of PA      ☐ Yes      ☐ No

c.  Rieders, Travis, Humphrey, Harris, Waters & Waffenschmidt
    Williamsport, PA      ☐ Yes      ☐ No

IF YES, please explain:

_____

_____

_____

8.    The trial judge assigned to this case is the Honorable Joel H. Slomsky of the United States District Court for the Eastern District of Pennsylvania.  Do you, a family member or anyone close to you, have any connection (personal, business or social) with Judge Slomsky or any members of his staff?

☐ Yes        ☐ No

a.  Do you know anyone who works in any federal courthouse in Pennsylvania?

☐ Yes        ☐ No

IF YES to 8 or 8a, please explain:

_____

_____

_____

I hereby declare under penalty of perjury that the answers that I provided on this questionnaire are true and complete and no one has assisted me in providing information and responding to questions in this questionnaire.

_____        _____
Signature                                                            Date

7