IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

Defendant.

CRIMINAL ACTION
NO. 96-239

## ORDER

**AND NOW**, this 10th day of January 2014, it is **ORDERED** that a status conference with counsel for the parties will be held on **February 20, 2014 at 2:00 p.m.** at 601 Market Street, Philadelphia, Pennsylvania in a room to be determined. Any counsel appearing telephonically shall initiate the call to (267) 299-7340.

BY THE COURT:

_____
JOEL H. SLOMSKY, J.