IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

Defendant.

CRIMINAL ACTION
NO. 96-239

## ORDER

**AND NOW**, this 10th day of January 2014, upon consideration of Defendant's

Unopposed Motion to Modify the Jury Selection Process (Doc. No. 1536), it is **ORDERED** that

Defendant's Unopposed Motion to Modify the Jury Selection Process (Doc. No. 1536) is

**GRANTED**, in accordance with the reasons stated by the Court at the January 9, 2014 status

conference.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.