IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

Defendant.

CRIMINAL ACTION
NO. 96-239

## ORDER

**AND NOW**, this 10th day of January 2014, upon consideration of Defendant's Motion for Additional Peremptory Challenges (Doc. No. 1558), Defendant's Brief in Support of the Motion (Doc. No. 1559), and the Government's Response in Opposition (Doc. No. 1568), it is **ORDERED** that Defendant's Motion for Additional Peremptory Challenges (Doc. No. 1558) is **DENIED**, in accordance with the reasons stated by the Court at the January 9, 2014 status conference.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.