Dear Juror:

You have been subpoenaed as one of multiple individuals who may be asked to serve as a potential juror in an upcoming federal criminal prosecution. The completion of the enclosed questionnaire is the first step in the jury selection process.

You should complete and sign the enclosed questionnaire and mail it back to the Court in the enclosed addressed stamped envelope. The questionnaire must be received by the Court no later than **January 28, 2014**.

After completion of the enclosed questionnaire you may be notified by the Court of the need to appear at the United States Federal Courthouse at 601 Market Street, Philadelphia, Pennsylvania, on either **March 6 or March 7, 2014**. This notice will be in the form of a jury summons. If you are **not** notified by the Court with a summons, please **do not** appear at the United States Federal Courthouse on the reporting dates.

After the potential reporting date on either March 6 or March 7, 2014, you may be required to once again appear the Federal Courthouse at 601 Market Street in Philadelphia for further questioning by the Court and counsel on April 7, 2014, or thereafter.

Once a jury has been empaneled, trial in the case is scheduled to begin on or about May 19, 2014, and it is estimated that the trial may last through the end of June 2014, and possibly extend into the first part of July 2014. During the trial itself, the Court will be in session on a Monday through Thursday schedule with Court starting at 9:00 a.m. and concluding at approximately 4:00 p.m. each day.

Thank you for your willingness to serve.