**ABILITY TO SERVE QUESTIONNAIRE**

**Please mail this back to the Court so it is received no later than <u>January 28, 2014</u>.**

A.    <u>CLAIM FOR UNDUE  HARDSHIP  TO  SERVE AS A JUROR IN THIS  CASE</u>

Mere inconvenience or the usual hardships of jury service will be insufficient to excuse a prospective juror. If, however, you believe jury service would cause undue hardship or extreme inconvenience, you may apply to the Court to be excused on those grounds.

1.    Do you wish to apply to the Court to be excused on the grounds that jury  service would be an undue hardship or extreme inconvenience for you?

☐ Yes          ☐ No

If YES, please explain fully the reason you are requesting to be excused:

_____

_____

_____

2.    Do you have an undue financial hardship that would prevent you from serving as a juror in this case?

☐ Yes          ☐ No

If YES, please explain fully the financial hardship for which you are requesting to be excused:

_____

_____

_____

a.    What is your employer's policy regarding jury duty?  If you do not know, please check with your employer.

_____

_____

_____

b.    Will you be paid your salary for the length of time that you may be required to serve on jury duty?

☐ Yes          ☐ No

3.    Do you have any physical, mental, or medical condition (such as hearing, eyesight, back problem or medication you are taking) that would make it unusually difficult for you to serve?

☐ Yes                ☐ No

If YES, please explain fully the reason you are requesting to be excused:

_____

_____

_____

4.      Do you have any personal or professional obligations that you feel would severely interfere with your ability to be a juror in this case, such as prior commitments or travel that cannot be refunded or rescheduled, or prior scheduled medical procedure for you or a family member?

☐ Yes                ☐ No

If YES, please explain fully the reason you are requesting to be excused:

_____

_____

_____

B.      CLAIM OF EXEMPTION FROM JURY SERVICE

5.      Certain categories of individuals may be excused from service as a juror if a request is made by a person falling in one of the following categories:

☐      (a) Over 70 years of age;

☐      (b) Person who has served as a juror in state or federal court within last two years (give name of court and dates of service);

☐      (c) Volunteer safety personnel (firefighters, rescue squads, ambulance crew) for local government agencies (describe your service and give name of agency);

☐      (d) Person having active care and custody of a child under 12 or essential to the care of an aged or infirm person during hours of normal jury service (explain fully);

☐      (e) Person whose services are so essential to the operation of a commercial enterprise that it must close if required to perform jury duty (explain fully);

☐      (f) Actively practicing or engaged full-time as an attorney;

☐      (g) Actively practicing or engaged full-time as a physician;

☐      (h) Actively practicing or engaged full-time as a dentist;

☐      (i) Actively practicing or engaged full-time as a member of the clergy or religious

2

order;

☐        (j) Active teacher or student attending class.

If you meet one of the categories listed above and you wish to be excused, check the box by the number of the category that applies to you.

Persons selecting a category of excuse which requires more information should set forth the additional information below:

_____

_____

_____

_____

_____

## C.        RELATIONSHIP TO THE PARTIES OR THE COURT

6.        Do you, a family member or anyone close to you, know or have any connection with any individuals employed in the following Offices or Departments:

| | | |
|---|---|---|
| a. U.S. Attorney's Office for the Middle District of Pennsylvania | ☐ Yes | ☐ No |
| b. U.S. Attorney's Office for the Eastern District of Pennsylvania | ☐ Yes | ☐ No |
| c. U.S. Department of Justice, Washington, D.C. | ☐ Yes | ☐ No |
| d. Federal Bureau of Investigation | ☐ Yes | ☐ No |
| e. Federal Bureau of Prisons | ☐ Yes | ☐ No |

If YES, please explain:

_____

_____

_____

7.        Do you, a family member or anyone close to you, know or have any connection with any individuals employed in the following law offices:

| | | |
|---|---|---|
| a. Federal Public Defender for the Middle District of Pa. | ☐ Yes | ☐ No |
| b. Federal Community Defender for the Eastern District of Pa. | ☐ Yes | ☐ No |
| c. Rieders, Travis, Humphrey, Harris, Waters & Waffenschmidt | | |

Williamsport, Pennsylvania ☐ Yes ☐ No

If YES, please explain:

_____

_____

_____

8.     The Honorable Joel H. Slomsky of the United States District Court for the Eastern District of Pennsylvania will be presiding over this trial.  Do you, a family member or anyone close to you, know or have any connection (personal, business or social) with Judge Slomsky or any member of his staff?

a.     Do you know anyone who works in any federal courthouse in Pennsylvania? If YES to 8 or 8a, please explain:

_____

_____

_____

I hereby declare under penalty of perjury that the answers that I provided on this questionnaire are true and complete and no one has assisted me in providing information and responding to the questions in this questionnaire.


_____                Date: _____
Signature



_____
Print Name

4