## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| v. | : | Honorable Joel H. Slomsky |
| DAVID PAUL HAMMER, | : | Capital Case |
| Defendant | : | |

**MOTION TO COMPEL DISCLOSURE OF BUREAU OF PRISON SPECIAL INVESTIGATIVE SERVICES RECORDS REGARDING MR. HAMMER**

The Defendant, David Paul Hammer, through counsel, submits his *Motion To Compel Disclosure Of Bureau of Prison Special Investigative Services Records*, and in support of this motion, states the following:

1.      Mr. Hammer's capital sentencing hearing is scheduled to commence on May 19, 2014. Jury selection is slated to begin on April 7, 2014.

2.      For a very long time, Mr. Hammer has sought from the government all Bureau of Prison ("BOP") Special Investigative Services ("SIS") records from each of the federal institutions in which Mr. Hammer has been housed. SIS reports document allegations of alleged misconduct on the part of an inmate and are not part of an inmate's BOP Central Inmate File.

3.      In its Informational Outline, the government states that it will rely on

allegations of misconduct by Mr. Hammer while in the custody of the Bureaus of Prisons.

4. Mr. Hammer has diligently sought these records from the government. These documents have been requested in formal discovery requests as well informal discussions with the Government.

5. On November 4, 2011, Mr. Hammer requested these records in his first discovery motion. See Doc. 1407 at 7-8; see also Doc. 1530 at 4-5 (requesting SIS records regarding specific incidents noted in the government's Informational Outline). During the July 9, 2012 status conference in which Mr. Hammer's discovery requests were discussed, AUSA Mellin acknowledged that Mr. Hammer was entitled to access to the SIS report. NT 7/9, 2012. On August 30, 2013, Mr. Hammer filed a renewed *Motion For Investigative Reports* (Doc. 1564). In it, undersigned counsel noted that almost a full year earlier, AUSA Mellin, in an email to Mr. Travis, had stated that no new SIS files had been generated since 2009 and if requested, the Government would provide copies of all SIS files pertaining to Mr. Hammer. See Doc. 1564 at 3.

6. Since that time, in discussions with Mr. Mellin and more recently, with Mr. Gurganus, the records have been repeatedly requested and discussed. Indeed, as recently as December 17, 2013, undersigned counsel, Mr. Moreno, and AUSA Gurganus, participated in a phone conference with an attorney for the BOP in an

attempt to secure the SIS files and other records. Prior to this phone call, Mr. Moreno, via email, had provided to the government with a list of every federal institution where Mr. Hammer has been housed and requested the SIS file from each institution.

7.      It is undersigned counsel's understanding that the BOP has still not responded to the request by AUSA Gurganus to provide copies of these records to Mr. Hammer.

8.      In less than three months, a jury will be empaneled and the government's case for the execution of Mr. Hammer will begin in earnest. Mr. Hammer's defense preparations have been unduly damaged during this long delay from his initial request for these materials to the present time. One of the three months noted above will be consumed with jury selection. There is very little time left for Mr. Hammer to investigate the government's case against him.

9.      Mr. Hammer requests that the Court order that all SIS records be produced within ten days and, if not, that the government be precluded from presenting any and all such evidence at the upcoming sentencing proceeding.

WHEREFORE, for the foregoing reasons, Mr. Hammer, through counsel, respectfully requests that this Court grant his *Motion To Compel Disclosure Of Bureau of Prison Special Investigative Services Reports.*

Respectfully submitted,

/S/ RONALD C. TRAVIS
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA 17703-0215
570-323-8711 (telephone)
570-323-4192 (facsimile)
rtravis@riederstravis.com


/S/ ANNE SAUNDERS
Anne Saunders
Assistant Federal Defender
Federal Public Defender
Middle District Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
717-782-3843 (telephone)
717-782-3966 (facsimile)
Anne_saunders@fd.org

/s/James Moreno
James Moreno
James J. McHugh, Jr.
Federal Community Defender
Eastern District Pennsylvania
Suite 540 -The Curtis Center
Philadelphia, Pa. 19106
215-928-0520 (telephone)
215-928-0826 (facsimile)
James_Moreno@fd.org
James_Mchugh@fd.org


Date: January 30, 2014

## CERTIFICATE OF SERVICE

I, James Moreno, Esquire, do hereby certify that on this date I served a

copy of the foregoing by Electronic Case Filing, or by placing a copy in the United

States mail, first class addressed to the following:

> John C. Gurganus, Jr. Esquire
> Amanda Haines, Esquire
> United States Attorneys Office
> Middle District of Pennsylvania
> 235 N. Washington Street, Suite 311
> PO Box 309
> Scranton, PA. 18501

> /S/James Moreno, Esquire
> James Moreno, Esquire

Dated: January 30, 2014