# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
|  | : |  |
| v. | : | Honorable Joel H. Slomsky |
|  | : |  |
| DAVID PAUL HAMMER, | : | Capital Case |
|  | : |  |
| Defendant | : |  |

## ORDER

AND NOW, this      day of      , 2014, upon consideration of Mr. Hammer's *Motion To Compel Disclosure Of SIS Investigative Files,* it is hereby ORDERED that the Motion is GRANTED.

The Government is ORDERED and DIRECTED to provide copies of all SIS reports, documents, records, and materials pertaining to Mr. Hammer within ten days. The records to be disclosed shall include all such SIS records from each Federal Bureau of Prisons institution where Mr. Hammer has been housed, including: USP-Terre Haute; USP-Leavenworth; USP-Allenwood; FCI-Allenwood; FTC-Oklahoma City; MCFP-Springfield; ADX-Florence; USP-Lewisburg; USP-Canaan.

The disclosed records shall not be redacted. Confidential information contained in the records shall stay in the possession of counsel for Mr. Hammer.

BY THE COURT

_____

Joel H. Slomsky, U.S.D.J.