IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                    )
                                            )
V.                                          )        Case No: 4-cr-96-0239
                                            )        Judge Joel Slomsky  **FILED**
DAVID PAUL HAMMER                           )                            **SCRANTON**

**CAPITAL CASE**        JAN 3 1 2014

### DEFENDANT'S ELECTION TO PROCEED PRO SE

PER_____
    DEPUTY CLERK

Comes Now, David Paul Hammer, defendant herein and respectfully advises the Court of his decision to waive counsel and to proceed Pro Se in this Capital Case.

Mr. Hammer has the absolute right to represent himself in this matter pursuant to the Sixth Amendment to the United States Constitution. See: FARETTA v. CALIFORNIA, 422 U.S. 806, 45 L.Ed 2d 562, 95 S.Ct. 2525 (1975); McKASKLE v. WIGGINS, 465 U.S. 168 (1984); UNITED STATES V. JONES, 452 F.3d 223, 228-229 (3rd Cir.2006).

This case is scheduled to begin with jury selection on March 6 and 7, 2014. Mr. Hammer is prepared to proceed Pro Se with this resentencing trial as scheduled. No delays in this case are warranted or requested as a result of this decision to waive counsel.

The defendant has previously filed documents with this court relating to Pro Se representation. The most recent were in 2011 and 2012. Those pleadings were withdrawn at the  request of the defendant without being ruled on.  See: Docket entries 1382 and 1463.

Mr. Hammer would respectfully urge the Court to conduct a hearing on this issue as soon as possible. The defendant can appear via videoconference or in person, depending upon the timing of the hearing. He is currently housed on the Federal Death Row Unit at the United States Penitentiary in Terre Haute, Indiana.

It is anticipated that the defendant will be transfered to Philadelphia some time in February, 2014.

Before allowing a defendant to proceed Pro Se the court bears the weighty responsibility of conducting a sufficently penetrating inquiry to satisfy itself that the defendant's waiver of counsel is made with his full knowledge and understanding. Additionally the waiver must be a voluntary one. See: UNITED STATES V. PEPPERS, 303 F.2d 120, 130 (3rd Cir. 2002); UNITED STATES V. STUBBS, 281 F.3d 109, 116 (3rd Cir. 2002); UNITED STATES V. WELTY, 674 F 2d 185, 187 (3rd Cir. 1982).

Other federal courts have allowed defendants charged under the Federal Death Pentalty Act to represent themselves at trial, sentencing and resentencing. See: UNITED STATES v. DUNCAN, 643 F. 3d 1242 (9th Cir. 2011); UNITED STATES v. DAVIS, 609 F.3d 663 (5th Cir. 2010); UNITED STATES V. FIELDS, 483 F.3d 313 (5th Cir.2007); UNITED STATES v. DAVIS, 285 F.3d 378, 385 (5th Cir. 2002); UNITED STATES v. DAVIS, No. 01-30656 2001 WL 34712238 at 5 (5th Cir. 2001).

The Government has conceeded that Mr. Hammer has the right to proceed Pro Se, as well as their belief that he is competent to do so. See: Docket entry 1389 at pages 5 and 6.

Therefore, the defendant urges this Court to accept his decision to represent himself and his waiver of counsel.

Respectfully Submitted,

January 24, 2014

David Paul Hammer, Pro Se
#24507-077
USP-Terre Haute, SCU
Post Office Box 33
Terre Haute, IN 47808-0033

page two

CERTIFICATE OF MAILING

On this 24th day of January, 2014 a copy of Defendant's Election to Proceed Pro Se

was sent postage prepaid to each of the following by depositing it in the institut-

ional Special Legal Mail System for mailing in the U.S. Postal system.

The Honorable Joel Slomsky
Unite States District Judge
United States Courthouse
601 Market Street
Philadelphia, PA  19106

John C. Gurganus, Jr.
Assistant U.S. Attorney
William J. Nealon Federal Building
235 North Washington Ave., #311
Scranton, PA  18501

Amanda Haines, Attorney
U.S. Dept. of Justice
Capital Case Section
1331 F. St. N.W.
Washington, DC  20530

Ronald C. Travis, Attorney
161 West Third Street
Williamsport, PA 17701

Anne Saunders
Assistant Federal Public Defender
100 Chestnut Street, Suite 300
Harrisburg, PA  17101

James McHugh, Attorney
James Moreno, Attorney
Federal Community Defender
Eastern Dist. of Pennsylvania
Suite 540-  Curtis Center
Philadelphia, PA  19106

David Paul Hammer
Defendant Pro Se

page three

From:
David Paul Hammer
#24507-077
USP-Terre Haute, SCU
Post Office Box 33
Terre Haute, IN 47808-0033

To:
Clerk of the Court
United States District Court
Middle District of Pennsylvania
United States Courthouse
235 North Washington Ave,
Room 101
Scranton, PA 18503

Re: United States v. David Paul Hammer
    Case Number 4:cr-96-0239


Dear Clerk,

 Please find enclosed the original of Defendant's Election to Proceed Pro Se to be filed with the court.

Thank you for your time and consideration in this matter.

Sincerely,

David Paul Hammer
Defendant Pro Se

David Paul Hammer, #24507-077
USP Terre Haute
P. O. Box 33
Terre Haute, IN  47808-0033

CONFIRMED

SPECIAL MAIL
28 C.F.R. § 540.18.19

*[Handwritten address:]*
Clerk of Court
united states District
middle Dist. of Pennsylvania
united states courthouse
235 ~~North Washington Ave~~
Room 101
Scranton, PA   18505

Case 4:96-cr-00239-JHS   Document 1604   Filed 01/31/14   Page 5 of 5