# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

|                              |   |                           |
|------------------------------|---|---------------------------|
| UNITED STATES OF AMERICA,    | : | No. 4:96-CR-239           |
|                              | : |                           |
| v.                           | : | Honorable Joel H. Slomsky |
|                              | : |                           |
| DAVID PAUL HAMMER,           | : | Capital Case              |
|                              | : |                           |
| Defendant                    | : |                           |

## ORDER

AND NOW, this      day of      , 2014, upon consideration of Mr. Hammer's

*Motion in Limine to Preclude the Admission of Any Evidence Regarding Defendant's*

*Constitutionally Invalid Death Sentence and/or His Incarceration on Death Row,* it

is hereby ORDERED that the Motion is GRANTED.


BY THE COURT


_____
Joel H. Slomsky, U.S.D.J.