# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |
| _____ | : | _____ |

**MOTION TO COMPEL THE GOVERNMENT TO PROVIDE THE DISCOVERY REQUESTED IN MR. HAMMER'S SECOND MOTION FOR DISCOVERY (DOC. 1530) WITHIN FIFTEEN DAYS AND DIRECT THAT SHOULD THE GOVERNMENT FAIL TO COMPLY, IT IS PRECLUDED FROM PRESENTING AGGRAVATION EVIDENCE ARISING FROM THE MATERIALS THE GOVERNMENT HAS FAILED TO DISCLOSE**

The Defendant, David Hammer, through counsel, submits this *Motion to Compel the Government to Provide the Discovery Requested in Mr. Hammer's Second Motion for Discovery (Doc. 1530) within Fifteen Days and Direct that Should the Government Fail to Comply, It is Precluded From Presenting Aggravation Evidence Arising from the Materials the Government Has Failed to Disclose*, and in support thereof, states the following:

1.     Mr. Hammer's capital sentencing hearing is scheduled to commence on May 19, 2014.  Jury selection is scheduled to begin on April 7, 2014.

2.     On May 19, 2011, the defense filed a Motion for Informational Outlines.

(Doc. 1328).  On December 1, 2011, this Court granted the defense Motion for Informational Outlines.  Specifically, this Court ordered the government to file Informational Outlines "of the information it plans to present in support of the intent factors, the statutory aggravating factor of substantial planning and premeditation and the non-statutory factors of future dangerousness and victim impact."  (Doc. 1411).

3.    On October 1, 2012, the government filed Informational Outlines Regarding Proof of Aggravating Factors and Notice of Experts.  (Doc. 1489).

4.    On April 17, 2013, the defense filed a Second Motion for Discovery Pursuant to Federal Rules of Criminal Procedure 12(B)(3)(E) and 16.  (Doc. 1530) ("Second Discovery Motion").  This Second Discovery Motion was limited to and specifically requested items of discovery concerning the aggravating factors that the government had identified in the Informational Outline.

5.    On April 18, 2013, the government filed an unopposed motion for a sixty-day extension of time to file a brief in response to the defendant's Second Discovery Motion. (Doc. 1531.)

6.    That same day, this Court issued an Order granting the government's request for an extension of time to respond and ordered that the government "shall respond on or before June 22, 2013."  (Doc. 1532).

7. To date, despite this Court's order of April 18, 2013, the government has not filed a response to the defendant's Second Discovery Motion nor has the government complied with the requests for discovery made therein. Having failed to file a response to the motion, the government is "deemed not to oppose [the] motion." L.R. 7.6.

8. Although the government's failure to respond deems the motion unopposed, Mr. Hammer's counsel have made attempts to conduct informal discovery discussions to resolve the requests contained in the Second Discovery Motion. Those efforts have been unsuccessful.

9. In less than three months, a jury will be empaneled and the government's case for the execution of Mr. Hammer will begin in earnest. Mr. Hammer's defense preparations have been unduly damaged during this long delay from his request for these materials to the present time. One of the three months noted above will be consumed with jury selection. There is very little time left for Mr. Hammer to conduct a constitutionally adequate investigation of the government's case against him. The failure to provide these materials in a timely fashion violates Mr. Hammer's Fifth, Sixth, Eighth and Fourteenth Amendment rights.

10. Mr. Hammer respectfully requests that this Court issue an order directing that the government provide the requested materials within fifteen days and that

should the government fail to comply, it is precluded from presenting any and all such evidence at the upcoming sentencing proceeding.

WHEREFORE, for the foregoing reasons, Mr. Hammer, through counsel, respectfully requests that this Court grant his *Motion to Compel the Government to Provide the Discovery Requested in Mr. Hammer's Second Motion for Discovery (Doc. 1530) within Fifteen Days and Direct that Should the Government Fail to Comply, It is Precluded From Presenting Aggravation Evidence Arising from the Materials the Government Has Failed to Disclose.*

Respectfully submitted,

/S/ RONALD C. TRAVIS
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA 17703-0215
570-323-8711 (telephone)
570-323-4192 (facsimile)
rtravis@riederstravis.com

/S/ ANNE SAUNDERS
Anne Saunders
Assistant Federal Defender
Federal Public Defender
Middle District Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
717-782-3843 (telephone)
717-782-3966 (facsimile)
Anne_saunders@fd.org

/s/James J. McHugh, Jr.
James J. McHugh, Jr.
James Moreno
Federal Community Defender
Eastern District Pennsylvania
Suite 540 -The Curtis Center
Philadelphia, Pa. 19106
215-928-0520 (telephone)
215-928-0826 (facsimile)
James_Moreno@fd.org
James_Mchugh@fd.org

4

## CERTIFICATE OF SERVICE

I, James J. McHugh, Jr., Esquire, do hereby certify that on this date I served a copy of the foregoing by Electronic Case Filing, or by placing a copy in the United States mail, first class addressed to the following:

> John C. Gurganus, Jr. Esquire
> Amanda Haines, Esquire
> United States Attorneys Office
> Middle District of Pennsylvania
> 235 N. Washington Street, Suite 311
> PO Box 309
> Scranton, PA. 18501
>
>
> /S/James McHugh, Jr., Esquire
> James McHugh, Jr., Esquire

Dated: February 3, 2014