# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |
| _____ | : | _____ |

## ORDER

AND NOW, this      day of         , 2014, upon consideration of Mr. Hammer's

*Motion to Compel the Government to Provide the Discovery Requested in Mr.*

*Hammer's Second Motion for Discovery (Doc. 1530) within Fifteen Days and Direct*

*that Should the Government Fail to Comply, It is Precluded From Presenting*

*Aggravation Evidence Arising from the Materials the Government Has Failed to*

*Disclose*, it is hereby ORDERED that the Motion is GRANTED.  The Government

is ORDERED to provide the requested materials within fifteen days.  Should the

Government fail to comply, it is precluded from admitting any evidence of the incidents described in the Informational Outline during the sentencing proceeding.

BY THE COURT

_____

JOEL H. SLOMSKY, U.S.D.J.