# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
|  | : |  |
| v. | : | Honorable Joel H. Slomsky |
|  | : |  |
| DAVID HAMMER, | : | Capital Case |
|  | : |  |
| Defendant | : |  |

**STATEMENT OF NON-CONCURRENCE**

Defendant, David Hammer, has this date filed his revised Juror Questionnaire developed as a result of conversations between defense counsel and the government. The government has notified counsel that it objects to: (1) the introduction; (2) the introduction to PART II: QUESTIONS CONCERNING PUNISHMENT; (4) questions: 9, 10, 45, 46-54, 57, 58, 83-88, 89, 91, 104-106, and 116.

Respectfully submitted,


/S/  RONALD C. TRAVIS

Ronald C. Travis
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
570-323-8711 (telephone)
570-323-4192 (facsimile)
rtravis@riederstravis.com


/S/ ANNE SAUNDERS

Anne Saunders
Assistant Federal Defender
Federal Public Defender
Middle District Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
717-782-3843 (telephone)
717-782-3966 (facsimile)
anne_saunders@fd.org


/S/ JAMES MCHUGH

James J. McHugh, Jr.

/S/ JAMES MORENO

James Moreno
Federal Community Defender
Eastern District Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA 19106
215-928-1100 (telephone)
215-928-0826 (facsimile)
james_mchugh@fd.org
james_moreno@fd.org


Dated: February 14, 2014