# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| v. | : | Honorable Joel H. Slomsky |
| DAVID HAMMER, | : | Capital Case |
| Defendant | : | |
| _____ | : | _____ |

## CERTIFICATE OF SERVICE

I, Anne L. Saunders, Esquire, do hereby certify that on this date I served a copy of the Notice of Filing Defendant's Revised Juror Questionnaire (Doc. 1609) and the Brief in Support of Defendant's Proposed Juror Questionnaire, Voir Dire and Preliminary Instructions (Doc. 1610) by Electronic Case Filing, or by placing a copy in the United States mail, first class addressed to the following:

John C. Gurganus, Jr. Esquire
Amanda Haines, Esquire
United States Attorneys Office
Middle District of Pennsylvania
235 N. Washington Street, Suite 311
PO Box 309
Scranton, PA. 18501


Anne L. Saunders, Esquire
Anne L. Saunders, Esquire

Dated: February 14, 2014