**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:96-CR-0239 |
| | ) | (Judge Slomsky) |
| **DAVID PAUL HAMMER.** | ) | |
| Defendant | ) | |

**GOVERNMENT'S OBJECTIONS TO DEFENDANT'S**

**REVISED JUROR QUESTIONNAIRE**

Pursuant to the Court's directive, the parties have attempted to agree upon a juror questionnaire which would be acceptable to both sides. Though there was substantial agreement on many of the questions, the government found objectionable certain portions of the Defendant's Revised Juror Questionnaire (Doc. 1609-1). Those portions are identified as:

1. The section entitled "Introduction" on pages 3-4.

2. The "Introduction to PART II: QUESTIONS CONCERNING PUNISHMENT" on page 19.

3. The following questions: 9, 10, 45, 46-54, 57, 58, 83-88, 89, 91, 104-106, and 116.

The government proposes the following questions be inserted in the questionnaire in place of certain objectionable questions recommended by the defense:

A. The defendant will receive a minimum sentence of life without the possibility of parole. Would knowing that the defendant will spend the rest of his life in custody make you reluctant to impose the death penalty even if you thought the facts warrant it?

B. You will be instructed that the personal character, childhood, and background of a defendant are possible mitigating factors and should be taken into consideration in making the decision on whether to impose a sentence of life imprisonment without the

possibility of release or the death penalty.  Will you be able to meaningfully consider this information, and any other mitigating factors that may be proved, before deciding the appropriate punishment?

C.  Several witnesses may testify who have criminal convictions.  These witnesses may have received some benefit such as a reduced prison sentence in exchange for their testimony. Do you have any opinion regarding the testimony of such a witness?  Yes, No, and explain.

Respectfully submitted,

PETER J. SMITH
United States Attorney

/s/ John C. Gurganus, Jr.

JOHN C. GURGANUS Jr.
Assistant United States Attorney

AMANDA HAINES
Trial Attorney
U.S. Department of Justice

Dated: February 14, 2014

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      : Criminal No. 4:96-CR-0239

     :

       v.      : (Judge Slomsky)

     :

DAVID PAUL HAMMER      : **ELECTRONICALLY FILED**

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing:

### GOVERNMENT'S OBJECTIONS TO DEFENDANT'S

### REVISED JUROR QUESTIONNAIRE

to be served by electronic filing on February 14, 2014, to:


ADDRESSEES:

Ronald C. Travis, Esquire

rtravis@riederstravis.com

James J. McHugh, Jr., Esquire

James_McHugh@fd.org

James Moreno, Esquire

James_Moreno@fd.org

Anne Saunders, Esquire

Anne_Saunders@fd.org

                   /s/ John C. Gurganus, Jr.

                   JOHN C. GURGANUS, JR.
                   Assistant U.S. Attorney