UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:96-CR-0239 |
| | : | |
| v. | : | (Judge Slomsky) |
| | : | |
| DAVID PAUL HAMMER | : | **ELECTRONICALLY FILED** |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL THE
DISCOVERY REQUESTED IN THE DEFENDANT'S SECOND MOTION FOR
DISCOVERY, OR BE PRECLUDED FROM PRESENTING AGGRAVATION
EVIDENCE

The United States submits this response in opposition to Defendant's motion

to compel the Government to provide the discovery requested in Hammer's Second

Motion for Discovery.

In Hammer's Second Motion for Discovery, the Defendant requested items

and information concerning the aggravating factors that the Government identified

in its Information Outline.   In this most recent motion to compel, Hammer

incorrectly claims the Government failed to respond to that motion.   To the

contrary, the Government sought and was granted an extension of time to July 22,

2013, in order to respond.   On July 22, 2013, the Government filed a consolidated

response to a number of Hammer's motions, including his Second Discovery Motion.

See Doc. 1550.

In that response, the Government opposed Hammer's Second Discovery

Request noting that the government had already provided an voluminous discovery

1

for this resentencing hearing, and the defendant has copies of the transcripts of the testimony of most, if not all, prospective witnesses from the original trial.   The Government further argued that the Defendant is not entitled to a trial walk-through as a means of discovery or to preview the entirety of the government's evidence.   As for the Defendant's suggestion that the government needs to identify precisely what witness will testify concerning the proof of the past criminal acts committed by the defendant, the Government noted that this is precisely the type of elaboration that this Court did <u>not</u> require the government to provide and is precisely the type of information that the defendant is not entitled to at this stage.   *See United States v. Cooya*, 2011 WL 5878382 at 2 (M.D.Pa. Nov. 23, 2011) ("[d]efendants are not entitled to the Government's litigation playbook"; defendant's attempt to elicit the government's theory of the case is not the proper basis for an informational outline).

Nonetheless, the Government is continuing to work with counsel for the Defendant to insure that there is no surprise at the resentencing hearing in this matter.   As mentioned previously, the defense has been provided with vast amounts of discovery and the majority of the aggravating factors predated the original trial. The defense has been advised of matters that occurred following the original trial which may be relevant to future dangerousness, and the Government has offered to review the documents in its possession pertaining to those matters, including the SIS files for the various institutions where the Defendant has been incarcerated.

## CONCLUSION

For the foregoing reasons, the United States asks the Court to deny the defendant's motion to compel discovery.

Respectfully submitted,

PETER J. SMITH
United States Attorney

/s/ John C. Gurganus, Jr.

_____
JOHN C. GURGANUS JR.
Assistant United States Attorney


AMANDA HAINES
Trial Attorney For the
Capital Case Unit
1331 F Street, N.W.
Washington, D.C. 20530


Dated: February 18, 2014

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:96-CR-0239 |
| | : | |
| v. | : | (Judge Slomsky) |
| | : | |
| DAVID PAUL HAMMER | : | **ELECTRONICALLY FILED** |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL THE
DISCOVERY REQUESTED IN THE DEFENDANT'S SECOND MOTION FOR
DISCOVERY, OR BE PRECLUDED FROM PRESENTING AGGRAVATION
EVIDENCE

to be served by electronic filing on February 18, 2014, to:

ADDRESSEES:

Ronald C. Travis, Esquire
rtravis@riederstravis.com

James J. McHugh, Jr., Esquire
James_McHugh@fd.org

James Moreno, Esquire
James_Moreno@fd.org

Anne Saunders, Esquire
Anne_Saunders@fd.org


/s/ John C. Gurganus, Jr.

_____

JOHN C. GURGANUS, JR.
Assistant United States Attorney

4