UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA       :   Criminal No. 4:96-CR-0239
                                :
         v.                     :   (Judge Slomsky)
                                :
DAVID PAUL HAMMER               :   **ELECTRONICALLY FILED**


GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL
DISCLOSURE OF BUREAU OF PRISONS SPECIAL INVESTIGATIVE SERVICES
RECORDS

The United States submits this response in opposition to Defendant's motion

to compel the Government to provide disclosure of Bureau of Prisons Special

Investigative Services (SIS) Records pertaining to David Paul Hammer.

On January 30, 2014, the Defendant filed the above referenced motion.   As

noted in the motion, the undersigned has sought to secure the SIS records for each

institution identified by counsel or an indication that the various institutions did not

have such records pertaining to the defendant.

On February 7, 2014, the undersigned received the response from the Bureau

of Prisons together with the documents that are purportedly responsive to the

request.   The undersigned has informed counsel that the documents are available

for review.   Accordingly, it is submitted that the motion to compel may be denied as

moot.

1

## CONCLUSION

For the foregoing reasons, the United States asks the Court to deny the

defendant's motion to compel the Bureau of Prisons SIS Records.

Respectfully submitted,

PETER J. SMITH
United States Attorney

/s/ John C. Gurganus, Jr.

_____
JOHN C. GURGANUS JR.
Assistant United States Attorney


AMANDA HAINES
Trial Attorney For the
Capital Case Unit
1331 F Street, N.W.
Washington, D.C. 20530

Dated: February 18, 2014

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:96-CR-0239 |
| | : | |
| v. | : | (Judge Slomsky) |
| | : | |
| DAVID PAUL HAMMER | : | **ELECTRONICALLY FILED** |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL
DISCLOSURE OF BUREAU OF PRISONS SPECIAL INVESTIGATIVE SERVICES
RECORDS

to be served by electronic filing on February 18, 2014, to:

ADDRESSEES:

Ronald C. Travis, Esquire
rtravis@riederstravis.com

James J. McHugh, Jr., Esquire
James_McHugh@fd.org

James Moreno, Esquire
James_Moreno@fd.org

Anne Saunders, Esquire
Anne_Saunders@fd.org

/s/ John C. Gurganus, Jr.

_____

JOHN C. GURGANUS, JR.
Assistant United States Attorney

3