UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :
          :
     -vs-          :
          :   NO.   4:CR-96-239
DAVID PAUL HAMMER,       :
     Defendant       :

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE A BRIEF IN RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE MENTION OF THE PRIOR DEATH SENTENCE

The United States of America moves for an extension of time to file its response to the Defendant's motion in limine to preclude the admission of any evidence regarding the defendant's prior death sentence and incarceration on death row.   The following is submitted in support of the motion:

1.   On January 31, 2014, the defendant filed the above motion.

2.   Thereafter, Government counsel has been involved in reviewing the hardship questionnaires in this case, and undersigned counsel also was occupied in a three-day trial before the United States District Court Judge Malachy E. Mannion. Given these other commitments, a one-week extension of time is necessary for the government to fully review the motion in limine so as to provide a complete and accurate response.

Respectfully submitted,

PETER J. SMITH
United States Attorney

/s/ John C. Gurganus, Jr.
JOHN C. GURGANUS, JR.
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on February 18, 2014, he served a copy of the attached:

GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE A BRIEF IN OPPOSITION TO DEFENDANT'S MOTIONS IN LIMINE AND DEFENDANT'S DISCOVERY MOTION

by electronic filing on counsel for the defendant.

Ronald C. Travis, Esquire
rtravis@riederstravis.com

James J. McHugh, Jr., Esquire
James_McHugh@fd.org

James Moreno, Esquire
James_Moreno@fd.org

Anne Saunders, Esquire
Anne_Saunders@fd.org

/s/ John C. Gurganus, Jr.

February 18, 2014

Date

JOHN C. GURGANUS, JR.
Assistant U.S. Attorney