UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| -vs- | : |
| | :    NO.    4:CR-96-239 |
| DAVID PAUL HAMMER, | : |
| | : |
| Defendant | : |

## O R D E R

AND NOW, this _____ day of February 2014, it is hereby ordered:

1.    The Government's motion for an extension of time is granted.

2.    The Government's brief in response to the Defendant's motion in limine to preclude the admission of any evidence regarding the defendant's prior death sentence and incarceration on death row shall be filed on or before February 25, 2014.

BY THE COURT

_____
JOEL H. SLOMSKY
UNITED STATES DISTRICT JUDGE