UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA             :
                                     :
                    -vs-             :
                                     :    NO.   4:CR-96-239
DAVID PAUL HAMMER,                   :
                                     :
                    Defendant        :

## ORDER

AND NOW, this ___/9th___ day of February 2014, it is hereby ordered:

1.   The Government's motion for an extension of time is granted.

2.   The Government's brief in response to the Defendant's motion in limine to preclude the

admission of any evidence regarding the defendant's prior death sentence and incarceration on death

row shall be filed on or before February 25, 2014.

BY THE COURT

_____
JOEL H. SLOMSKY
UNITED STATES DISTRICT JUDGE