UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
|  | : |  |
| v. | : | Honorable Joel H. Slomsky |
|  | : |  |
| DAVID HAMMER, | : | Capital Case |
|  | : |  |
| Defendant | : |  |

## NOTICE OF FILING DEFENDANT'S REVISED ALTERNATIVE JUROR QUESTIONNAIRE

Defendant, David Hammer, through undersigned counsel, submits his revised Alternative Juror Questionnaire.

1.      On February 11, 2014, the government informed counsel that they believed the government was conceding Mr. Hammer's Motion in Limine to Preclude the Admission of Any Evidence Regarding Defendant's Constitutionally Invalid Death Sentence and His Incarceration on Death Row.  As a result, counsel did not include questions regarding potential juror biases arising from knowledge that a prior jury had reached a verdict of death in the proposed questionnaire counsel filed on February 14, 2014.  See Doc. 1609-1.

2.      In light of the government's Motion for Extension of Time to File a Response to Mr. Hammer's Motion in Limine to Preclude the Admission of Any

Evidence Regarding Defendant's Constitutionally Invalid Death Sentence and His Incarceration on Death Row, (Doc. 1615), counsel herein submit his Revised Alternative Juror Questionnaire that includes instructions and questions arising from the jurors' knowledge that Mr. Hammer had previously been sentenced to death.

Respectfully submitted,


/s/  RONALD C. TRAVIS

Ronald C. Travis

Rieders, Travis, Humphrey, Harris,

Waters & Waffenschmidt

161 West Third Street

PO Box 215

Williamsport, PA  17703-0215

570-323-8711 (telephone)

570-323-4192 (facsimile)

rtravis@riederstravis.com


/s/ ANNE SAUNDERS

Anne Saunders

Assistant Federal Defender

Federal Public Defender

Middle District Pennsylvania

100 Chestnut Street, Suite 300

Harrisburg, PA 17101

717-782-3843 (telephone)

717-782-3966 (facsimile)

anne_saunders@fd.org


/s/ JAMES MCHUGH

James J. McHugh, Jr.

/s/ JAMES MORENO

James Moreno

Federal Community Defender

Eastern District Pennsylvania

Suite 540 – The Curtis Center

Philadelphia, PA 19106

215-928-1100 (telephone)

215-928-0826 (facsimile)

james_mchugh@fd.org

james_moreno@fd.org


Dated: February 19, 2014

3