**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | NO. 4:96-CR-00239 |
| | : | |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant | : | |

**JUROR QUESTIONNAIRE**

LAST NAME: _____

FIRST NAME: _____

JUROR NUMBER: _____

## INSTRUCTIONS

This questionnaire is an important part of the jury selection process. You are sworn to give complete and truthful answers – under penalties of perjury – to the questions which follow. The Court directs you that you shall not discuss this questionnaire or your answers, with friends, family, co-workers, court personnel or anyone else. It is important that the answers you provide are yours and yours alone.

From this point forward, the Court further directs you not to read about this case or listen to television or radio news about this case or to discuss this case with anyone, including your family. You are directed not to research this case or the people involved – including any of the facts presented in this questionnaire, any prior court proceedings, the victim, the defendant, the lawyers and the judge through any resource including the internet, media publications or any other source of information.

Citizens in our community hold a wide variety of different views and have had different life experiences that inform their feelings and views on different topics. Of course, this is also true of prospective jurors. We are genuinely interested in learning your views and feelings on a variety of issues and questions. There are no right or wrong answers to these questions.

Please take your time and answer each question fully. If you need extra space, you may continue your answer in the space provided at the end of the questionnaire. Please do not write on the back of any page. If you do not understand a question, please make a note on the question and leave it blank. You will be given an opportunity at a later time to answer that question. If there is a question or topic that you prefer to discuss privately, please write "private" next to the question. All of the information you provide will be kept confidential and seen only by the Judge, the Clerk's Office and the members of the prosecution and defense teams.

Please write in dark ink and as legibly as possible. Please write your last name on the bottom of each page where indicated. Jury service is one of the most important duties a citizen can be called on to perform. You will be fulfilling your civic duty by responding completely and honestly during jury selection. Your participation and cooperation in this process is greatly appreciated.

 

_____
Joel H. Slomsky,
UNITED STATES DISTRICT COURT JUDGE

## INTRODUCTION

This jury questionnaire is part of the process of selecting a sentencing jury in a federal capital sentencing trial in which the jury will determine whether to impose a sentence of life imprisonment without the possibility of release or a sentence of death. On April 13, 1996, the defendant, David Hammer, was an inmate at the United States Penitentiary at Allenwood in White Deer, Pennsylvania, when he killed Andrew Marti by strangulation. Andrew Marti was also an inmate and shared a cell with Mr. Hammer in the Special Housing Unit, commonly referred to as "the SHU" or a "jail within a jail". At the time Mr. Marti's body was discovered, his arms and legs were individually tied to a bunk bed.

On June 22, 1998, Mr. Hammer entered a plea of guilty to first-degree murder. A sentencing trial was then held in which the jury sentenced Mr. Hammer to death. After these proceedings were held, the trial court found that the sentencing verdict was a product of a flawed trial because the jury failed to find a mitigating circumstance that the government had conceded was present and because the government illegally withheld important evidence supporting the defense. As a result, the court vacated the prior verdict and a new sentencing trial will commence in May, 2013. The jury selected in these proceedings will hear all of the relevant evidence and then be directed to determine whether Mr. Hammer shall be sentenced to life imprisonment without the possibility of release or death.

At a sentencing trial, the decision whether to impose a sentence of life imprisonment without the possibility of release or to impose a sentence of death is one the law leaves entirely to the jury. The law never requires any member of the jury to vote for a sentence of death. I want to be very clear about this. A death sentence is never required by law, and a juror is never required to impose a sentence of death. In the federal system, parole has been abolished. Therefore, an individual who is sentenced to life imprisonment without the possibility of release will spend the rest of his life in prison and will never be released.

### Sentencing Trial

At the conclusion of a sentencing trial, the jury first determines whether the government proved beyond a reasonable doubt and unanimously to the twelve jurors that the defendant was 18 years or older at the time of the offense. Next, the jury must determine whether the government proved beyond a reasonable doubt and unanimously to twelve jurors that the person on trial acted with a particular mental intent in committing the homicide. The fact that Mr. Hammer pled guilty to first-degree murder does not diminish or relieve the government of their burden of proving he acted with a particular mental intent when he killed Andrew Marti.

If the government fails to prove a mental intent factor, the jury deliberations are over and the Court will impose a sentence of life imprisonment without the possibility of release.

If the government proves the mental intent factor, then the jury determines whether the government proved to all twelve jurors the existence of at least one noticed statutory aggravating factor. An "aggravating factor" must be proved beyond a reasonable doubt. A reasonable doubt is a fair doubt based on reason, logic, common sense or experience. If the government proves the existence of a mental intent factor, but the jury does not unanimously find the government has

proven beyond a reasonable doubt the existence of at least one noticed statutory aggravating factor, the deliberations are over and the Court will impose a sentence of life imprisonment without the possibility of release.

If the government proves the defendant was 18 years or older at the time of the offense, the mental intent factor and at least one noticed statutory aggravating factor, the jury then determines whether the government proved the existence of any other noticed statutory aggravating factor or any noticed non-statutory (additional) aggravating factors, and the existence of mitigating circumstances. In order for any aggravating factor to be considered, all twelve jurors must agree that the factor has been proven beyond a reasonable doubt. The jury may not consider anything else as an aggravating factor.

Mitigating circumstances are circumstances about the crime, the Defendant, or anything else that would suggest, for any individual juror, that life imprisonment without the possibility of release is the appropriate penalty. Mitigating circumstances are not offered to justify or excuse the crime. The law does not require that there be any connection between a mitigating circumstance and the crime for which the individual was convicted.

For a number of reasons, the jury's determination of mitigating circumstances is different from its determination of whether or not the government has proven aggravating factors to a unanimous jury beyond a reasonable doubt. First, the standard for mitigating circumstances is proof by a preponderance of evidence, that is more likely than not. This standard of proof is lower than the standard of proof required for aggravating factors. Second, mitigating circumstances need not be found by all jurors. Each juror is required to consider the mitigating circumstances for himself or herself and any one juror, or more than one juror, may find a mitigating circumstance proven. Third, unlike aggravating factors, the jurors also consider any mitigating circumstances that may exist even if they were not presented by the court or counsel. Finally, a juror can consider and give weight to any mitigating circumstance that has been found by any one or more jurors.

After considering the aggravating factors unanimously found proven beyond a reasonable doubt and the mitigating circumstances found proven by a preponderance of the evidence by one or more jurors, the jurors then assign the significance each feels is appropriate to the aggravating factors and mitigating circumstances. Jurors then determine whether the aggravating factors so sufficiently outweigh the mitigating circumstances to justify the sentence of death, or, in the absence of any mitigating circumstance, whether the aggravating factors alone are sufficient to justify a sentence of death.

If one or more jurors find that a sentence of life imprisonment without the possibility of release is the appropriate sentence, the Court will impose a sentence of life imprisonment without the possibility of release. If, but only if, all twelve jurors unanimously find that the proven aggravating factors so sufficiently outweigh the mitigating circumstances and that a death sentence is justified, will the court impose a death sentence.

With the above overview in mind, please turn your attention to the questionnaire. Please answer the following questions completely and honestly, always remembering that there are no right or wrong answers.

*United States v. David Hammer (Cr. No. 96-239)*

4

_____
Juror Last Name

**PART I: QUESTIONS ABOUT YOUR BACKGROUND**

1.  At an earlier point in time you answered questions concerning hardship or exemptions. Since a period of time has passed and people's circumstances may have changed, do you presently have any hardship claim or exemption claim which supports a request that you be excused from the jury selection procedure in this case?  If you have a hardship or exemption issue which you want to bring to the attention of the Court, please explain the

    issue:_____

    _____

    _____

    _____

2.  What is your age:_____        Are you:      Male_____    Female_____

3.  In what county and town do you presently live?

    County:_____        Town:_____

    (a) If you live in Philadelphia, in what neighborhood?_____

    (b) How long have you lived at your current address?_____

    (c) In what other towns, neighborhoods, or states have you lived since age 21?

    _____

    _____

    _____

    _____

    (d) Are you a U.S. citizen, over the age of 18, who has resided for at least one year in  the Eastern District of Pennsylvania, which includes the counties of Berks, Bucks, Chester, Delaware, Lancaster, Lehigh, Montgomery, Northampton and Philadelphia?

    Yes_____        No_____

4.  Where were you born and raised?

    Born:_____        Raised:_____

5.  What is your marital status?

    _____Single, never married
    _____Single, living with another person as a couple

_____Married _____ times

_____Widowed _____ times

_____Separated _____ times

_____Divorced _____ times

_____Other (please explain):_____

6.    (a) What is your race or ethnicity and that of your spouse or domestic partner (if applicable)?

Yours:                                              Spouse/Partner:

_____African American/Black                    _____African American/Black

_____Asian/Pacific Islander                     _____Asian/Pacific Islander

_____Caucasian/White                          _____Caucasian/White

_____Hispanic/Latino                           _____Hispanic/Latino

_____Other (specify:_____)              _____Other (specify:_____)

(b) What is your ethnic background (e.g. French-Canadian, Irish, Puerto Rican, etc.) and that of your spouse or domestic partner (if applicable)?

Yours:_____      Spouse/Partner:_____

7.    What is your highest level of education?

_____0-8th grade                          _____2-year college graduate

_____Some high school                     _____4-year college graduate

_____High school graduate                 _____Post graduate studies

_____GED                                _____Post graduate degree

_____Community/technical/business

    or other program post high school

(a) Please list the schools after high school you have attended, major areas of study and any degree or certificates, licenses, etc., you have received.

| Schools | Field of Study | Degree/Certificate | Dates |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(b) Do you have plans to attend school in the future?    Yes_____    No_____

_United States v. David Hammer (Cr. No. 96-239)_                6                _____
                                                                                    Juror Last Name

If YES, what are those plans and what will you study?_____

_____

8.    What is your current employment status (check all that apply)?

\_\_\_\_\_Employed full-time                      \_\_\_\_\_Self-employed

\_\_\_\_\_Employed part-time                      \_\_\_\_\_Unemployed/laid off

\_\_\_\_\_Have more than one job                   \_\_\_\_\_Disabled/Unable to work

\_\_\_\_\_Homemaker

\_\_\_\_\_Retired: For how long?_____

\_\_\_\_\_Student: Full-time\_\_\_\_\_              Part-time\_\_\_\_\_

9.    What is your current occupation or most recent occupation (if retired or not presently working)?

_____

_____

(a) What is your job title:_____

(b) Briefly describe your duties:_____

_____

(c) How long have you held your present job?_____

(d) Have you ever worked for a local, state or federal government agency?

Yes\_\_\_\_\_        No\_\_\_\_\_

If YES, what is the agency and what was your position?

_____

_____

(e) In any of your jobs, have you hired or fired others?        Yes\_\_\_\_\_        No\_\_\_\_\_

If YES, please describe what supervisory or management positions you have held, and the number of people supervised.

_____

_____

_____

_____

(f) In any of your jobs, have you supervised others?        Yes\_\_\_\_\_        No\_\_\_\_\_

_____
Juror Last Name

(g) Please describe what supervisory or management positions you have held.

_____

_____

_____

(h) If you could change your job or profession, what would you change it to?

_____

_____

10.    Please describe your previous jobs since age 21, including any significant period of volunteer work: *(If you need extra space, please continue on the pages provided at the end of the questionnaire.)*

| Employer (or Volunteer Work) | Dates Worked | Job Title | Type of Work | Duties |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

11.    If you are married or living with another person as a couple, please provide your spouse or domestic partner's education and employment background.

(a) Highest level of education, field of study and any degree:_____

_____

(b) Employment status (working full or part-time, self-employed, homemaker, retired, unemployed, disabled, etc.):_____

_____

(c) Type of work, industry, job title and primary duties/responsibilities for current or most recent job if not presently working:_____

_____

12.     If you have children, stepchildren, or foster-children, please complete the following: *(If you need extra spaces, please continue on the pages provided at the end of the questionnaire.)*

| Relationship to you | Age | Male/ Female | Highest Education | Occupation (if any) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

13.     Other than your spouse or domestic partner or children listed above, please indicate who else resides in your household: *(If you need extra space, please continue on the pages provided at the end of the questionnaire.)*

| Relationship to you | Age | Male/ Female | Highest Education | Occupation (if any) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

14.     Have you, an immediate family member or anyone close to you, ever served in the military, including the National Guard and Reserves? *(If you need extra space, please continue on the pages provided at the end of the questionnaire.)*     Yes_____     No_____

(a) Please complete for each person:

| Person (Relation) | Branch | Highest Rank | Location of Service | Dates of Service | What did you/they do in the Service |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

(b) Are you currently in active service in the
    Armed Forces?                                     Yes_____      No_____

**If you ever served in the military, did you:**

(c) Did you attend any special schools or receive
    special training?                                 Yes_____      No_____

(d) Have you ever served in the Military Police
    or on a Court Martial?                     Yes_____      No_____

(e) Have you ever served in combat?         Yes_____      No_____

(f) Did you receive any medals, honors
    or commendations?                           Yes_____      No_____

(g) Are you currently in active service
    in the Armed Forces?                    Yes_____      No_____

If YES, to any of the above please explain:_____

_____

_____

15.    Have you, an immediate family member or anyone close to you ever had an education or training in the following areas (please check all that apply)?

Law/Legal Field                    Yes, myself_____     Friends/family_____

Criminal Justice/Law Enforcement    Yes, myself_____     Friends/family_____

Corrections/Jails/Prisons          Yes, myself_____     Friends/family_____

Drugs/Alcohol Abuse             Yes, myself_____     Friends/family_____

Medicine/Nursing                   Yes, myself_____     Friends/family_____

| | | |
|---|---|---|
| Firefighting, Rescue Squad or EMT | Yes, myself_____ | Friends/family_____ |
| Forensic Science | Yes, myself_____ | Friends/family_____ |
| Prisoners' Rights Work | Yes, myself_____ | Friends/family_____ |
| Theology | Yes, myself_____ | Friends/family_____ |
| Human Behavior | Yes, myself_____ | Friends/family_____ |
| Philosophy | Yes, myself_____ | Friends/family_____ |
| Education or Child Development | Yes, myself_____ | Friends/family_____ |
| Child Protection or Social Services | Yes, myself_____ | Friends/family_____ |
| Crisis Intervention | Yes, myself_____ | Friends/family_____ |
| Victim Assistance Work | Yes, myself_____ | Friends/family_____ |
| Sex Offenders | Yes, myself_____ | Friends/family_____ |
| Sociology | Yes, myself_____ | Friends/family_____ |
| Social Work | Yes, myself_____ | Friends/family_____ |
| Counseling, Psychology, Psychiatry, or Mental Health/Social Services | Yes, myself_____ | Friends/family_____ |

If YES to any of the above, please state the nature of the education or training and, if other than yourself, please state the person's relationship to you.

_____

_____

_____

_____

16.    Are you currently a member of a fire or police department of the Commonwealth of Pennsylvania or subdivision thereof?

Yes_____    No_____

17.    (a) Have you, an immediate family member or anyone close to you, ever worked for, or volunteered in, or ever otherwise been affiliated with any local, state or federal law enforcement agency (e.g. local or state police, sheriff, State Attorney's Office, United States Attorney's Office, Federal Bureau of Investigation, Bureau of Alcohol Tobacco Firearms and Explosives, Drug Enforcement Agency, U.S. Marshals Service, Homeland Security, Immigration and Customs Enforcement, IRS, etc.)?

Yes_____    No_____

*United States v. David Hammer (Cr. No. 96-239)*

11

_____
Juror Last Name

(b) Have you, an immediate family member or anyone close to you, ever applied or have any plans to apply to any law enforcement agency such as those described above?

Yes_____      No_____

If YES to (a) or (b), please indicate the person, the job, dates, location and the name of the law enforcement agency.

_____

_____

_____

18.     (a) Have you, an immediate family member or anyone close to you, ever worked or volunteered in, or ever otherwise been affiliated with any local, state or federal court (e.g., judge, law clerk, court security officer, court attendant or deputy, court clerk, probation or parole officer, etc.)?

Yes_____      No_____

(b) Have you, an immediate family member or anyone close to you, ever applied or have any plans to apply for employment with any court system such as those described above?

Yes_____      No_____

If YES to (a) or (b), please indicate the person, the job, dates, location and the name of the court.

_____

_____

_____

19.     (a) Have you, an immediate family member or anyone close to you, ever worked or volunteered in or ever otherwise been affiliated with any local, state or federal correctional institution, jail or penitentiary (e.g., jail guard, corrections officer, administrator, etc.)?

Yes_____      No_____

(b) Have you, an immediate family member or anyone close to you, ever applied or have any plans to apply for employment with any correctional institution or facility such as those described above?

Yes_____      No_____

(c) Have you, anyone related to you by blood or marriage, any friends, neighbors or associates ever worked or volunteered in any Bureau of Prisons or Federal Correctional Institution or any other Federal Prison?

Yes_____      No_____

(d) Have you ever been inside any Bureau of Prisons facility for any reason?

Yes_____    No_____

If YES to any of the above, please explain.  Indicate the person, the job, dates, location purpose of visit, the name of the facility, etc.

_____

_____

_____

20.    (a) Have you, an immediate family member or anyone close to you, ever attended law school or worked in the legal profession as, for example, a lawyer, legal secretary, paralegal, private investigator or in any other aspect of the legal field?

Yes_____    No_____

(b) Have you, an immediate family member or anyone close to you, ever practiced law in the area of criminal defense or prosecution?

Yes_____    No_____

If YES to (a) or (b), please indicate the person, area of law, type of work/experience, dates and location.

_____

_____

_____

21.    Have you, an immediate family member or anyone close to you, ever worked or volunteered as, or for, a psychiatrist, psychologist, social worker, counselor or other similar professional in the mental health field?

Yes_____    No_____

If YES, please indicate the person, type of work/experience, dates and location.

_____

_____

_____

22.    Have you, an immediate family member or anyone close to you, ever worked with or volunteered with inmates, prisoners, or others under the supervision of a correctional institution, for example, as a teacher, counselor, advisor, or through a prison ministry or other organization?

Yes_____    No_____

_____
Juror Last Name

If YES, please indicate the person, type of work/experience, dates and location.

_____

_____

_____

23.   Have you, an immediate family member or anyone close to you, ever worked or volunteered as, or for a drug or alcohol abuse counselor or for any group, facility or agency that counsels or assists those addicted to drugs or alcohol?

Yes_____          No_____

If YES, please indicate the person(s) relationship to you, type of work/experience, dates and location.

_____

_____

_____

24.   Do you, an immediate family member, or anyone close to you have any special training, education, experience or exposure in the area of drug or alcohol abuse and how it might affect a person mentally and physically?

Yes_____          No_____

If YES, please indicate the person(s) relationship to you and the experience.

_____

_____

_____

25.   (a) Have you, an immediate family member or anyone close to you ever had a substance abuse problem of any type, including alcohol, drugs, chemical inhalants, or prescription medications?

Yes_____          No_____

(b) Have you, an immediate family member or anyone close to you ever received treatment or counseling for a substance abuse problem?

Yes_____          No_____

(c) Have you, an immediate family member or anyone close to you ever been affected or impacted by drug or alcohol abuse and/or a drug or alcohol related incident?

Yes_____          No_____

(d) Have you, an immediate family member or anyone close to you ever been the victim of any type of abuse or neglect from an alcohol or drug abuser?

Yes_____    No_____

If YES, please indicate the person(s) relationship to you and the experience.

_____

_____

_____

26.    Do you believe that drug or alcohol abuse by a parent while a child is growing up can affect a person psychologically as an adult?

Yes_____    No_____

If YES, please explain:_____

_____

_____

27.    Have you, an immediate family member or anyone close to you, ever been the victim of, witnessed, been aware or involved (as a relative, neighbor, teacher, friend, or in any other way) in a situation, whether reported or not, in which there was any kind of neglect, physical violence, emotional abuse, or other abuse of a child?  *(Note: If you would like to discuss or answer this question in a more private setting, please write "private" next to this question).*

Yes_____    No_____

If YES, please explain:_____

_____

_____

28.    Have you, an immediate family member or anyone you know (friend, co-worker, associate or other individual) been a victim of any kind of sexual assault?  *(Note: If you would like to discuss or answer this question in a more private setting, please write "private" next to this question.)*

Yes_____    No_____

_____
Juror Last Name

If YES, please state the person(s) relationship to you and the circumstances:

_____

_____

_____

29.    (a) Have you, an immediate family member or anyone close to you, ever worked with, volunteered or had any other experience with children and youth, social services or worked with dependent children?

Yes_____        No_____

(b) Have you, an immediate family member or anyone close to you, ever worked with, volunteered or had any other experience with troubled youth, high risk kids, juvenile offenders or other types of kids in need of rehabilitative services or attention at school, in the community, at home, or in a juvenile detention or correctional facility?

Yes_____        No_____

If YES, please indicate the person(s) relationship to you, type of experience, dates and locations. _____

_____

_____

30.    Do you, an immediate family member or anyone close to you, have any training in child development, know, or ever worked with, children with emotional or behavioral problems or other developmental difficulties?

Yes_____        No_____

If YES, please explain:_____

_____

_____

(a) In your experiences, did you believe that the children you knew or worked with would, as adults, be able to overcome those difficulties or problems?

Yes_____        No_____

If YES, please explain:_____

_____

_____

31.    To what extent do you believe a person has the ability to rise above whatever they experienced growing up?

Strongly_____        Somewhat_____        A Little_____        Not at all_____

(a) What do you believe are the most important reasons that explain how some people are able to rise above?

_____

_____

_____

32.    Have you, an immediate family member or anyone close to you, been diagnosed or treated for any mental health disorder or illness such as depression, dissociation, post-traumatic stress disorder, borderline personality disorder or any other mental health related issue or cognitive impairment? *(Note: If you would like to discuss or answer this question in a more private setting, please write "private" next to this question.)*

Yes_____        No_____

If YES, please state the person(s) relationship to you and the circumstances:

_____

_____

_____

33.    Have you, a member of your family, or anyone you know well, ever worked with or had any experience with someone diagnosed with a mental illness?

Yes_____        No_____

If YES, please state the person(s) relationship to you and the circumstances:

_____

_____

_____

34.    Have you, an immediate family member or anyone close to you, ever committed or attempted to commit suicide? *(Note: If you would like to discuss or answer the question in a more private setting, please write "private" next to this question.)*

Yes_____        No_____

If YES, please state the person(s) relationship to you and the circumstances:

_____

_____

_____

35.    You may hear testimony from a psychologist, psychiatrist, social worker or other mental health professional.  What is your opinion about the field of psychology and psychiatry, and the ability of such persons to identify and explain reasons for human behavior?

_____

_____

_____

(a) What opinions do you have about psychological or psychiatric testimony that is offered by either a defendant or the prosecution in a criminal trial?

_____

_____

_____

**PART II: QUESTIONS CONCERNING PUNISHMENT**

The question of David Hammer's guilt is not in dispute. Mr. Hammer pled guilty to intentional, premeditated first-degree murder, without any legal excuse or justification. You will be instructed he was not insane or acting under the heat of passion at the time of the murder. The ultimate decision between life imprisonment without the possibility of release and the death penalty is a decision that each juror must make individually. Thus, it is important that we know your opinion and feelings regarding punishment. Please answer the following questions completely and honestly, always remembering that there are no right or wrong answers.

36.    In general, what are your views on the death penalty for a prisoner who intentionally kills another prisoner with premeditation and without any legal excuse or justification?

_____

_____

_____

_____

_____

Please explain why you hold those beliefs:_____

_____

_____

37.    How long have you held these views on the death penalty?_____

_____

_____

(a) Have your views about the death penalty changed in the last 10 years?

More in favor_____        Less in favor_____        No change_____

(b) Why did your views change, if they did?_____

_____

_____

38.    Please CIRCLE below the number from 1-10 that best reflects your overall opinion regarding the death penalty, with "1" being strongly opposed and "10" being strongly in favor.

Strongly Opposed                                        Strongly in Favor

1        2        3        4        5        6        7        8        9        10

*United States v. David Hammer (Cr. No. 96-239)*                19                _____
                                                                                        Juror Last Name

39.   In what kinds of intentional premeditated murder cases do you feel that the penalty of life imprisonment without the possibility of release is appropriate?

_____

_____

_____

_____

40.   In what kinds of intentional premeditated murder cases do you feel that the death penalty is appropriate?

_____

_____

_____

_____

41.   Do you believe the death penalty is sought:

Too Often_____        Too Seldom_____        About Right_____

(a) What are your views on how the death penalty is actually used in the United States?

_____

_____

_____

_____

42.   What purpose, if any, does the death penalty serve in our society?

_____

_____

_____

43.    If a person is sentenced to life imprisonment without the possibility of release in a federal prison, do you believe that person will spend the rest of his or her life in prison?

Yes_____    No_____    Unsure_____

Please explain:_____

_____

_____

_____

44.    Is there anything generally about a sentence of life imprisonment without the possibility of release that concerns you?

Yes_____    No_____

Please explain:_____

_____

_____

_____

(a) Do you think life imprisonment without the possibility of release is a severe punishment?

Yes_____    No_____

Please explain:_____

_____

_____

45.    (a) What are your views of life imprisonment without the possibility of release as punishment for a prisoner who deliberately and intentionally murdered his cellmate?

_____

_____

_____

(b) What are your views of the death penalty as a punishment for a prisoner who deliberately and intentionally murdered his cellmate?

_____

_____

_____

46.    Based on your feelings and values, would life without the possibility of release be a severe enough sentence for a prisoner, already serving a prison sentence, who intentionally kills another prisoner?

Yes_____     No_____

Please explain:_____

_____

_____

47.    Are your views such that you would have difficulty voting for life imprisonment without the possibility of release for an individual who was already serving a prison sentence and then intentionally kills an inmate with premeditation and intent?

Yes_____     No_____

Please explain:_____

_____

_____

_____

48.    Does the fact that the defendant, David Hammer, was serving time in a federal penitentiary when he intentionally killed lead you to believe the death penalty is the only appropriate punishment in this case?

Yes_____     No_____

Please explain:_____

_____

_____

49.    In which of the following circumstances of intentional premeditated murder would you always vote for the death penalty?  (Please check all that apply)

(a) Murder by someone with a record or past violent crimes.   Yes_____     No_____
(b) Murder involving strangulation.                          Yes_____     No_____
(c) Murder of a prisoner by another prisoner.                Yes_____     No_____

50.    What, if anything, would be important to you in deciding whether a prisoner who killed another prisoner should receive the punishment of life imprisonment without the possibility of release rather than the death penalty?

_____

_____

_____

51.    Do you believe that the personal circumstances, childhood and background of a defendant are relevant and should be taken into account when deciding on whether to impose a sentence of life imprisonment without the possibility of release or the death penalty?

Yes_____        No_____

Please explain your answer:_____

_____

_____

52.    In deciding whether to impose a sentence of death or life imprisonment without the possibility of release, how much importance would you attach to each of the following:

|  | Not at all | A little | Some-what | Very important |
|---|---|---|---|---|
| (a) Even someone who kills can change for the better | 1 | 2 | 3 | 4 |
| (b) A defendant previously committed violent crimes | 1 | 2 | 3 | 4 |
| (c) A defendant's remorse | 1 | 2 | 3 | 4 |
| (d) The costs of keeping someone in prison for life | 1 | 2 | 3 | 4 |
| (e) The impact on family/friends who lost a loved one | 1 | 2 | 3 | 4 |
| (f) The defendant's difficult childhood | 1 | 2 | 3 | 4 |
| (g) Positive contributions to society made by the defendant while in prison | 1 | 2 | 3 | 4 |
| (h) Federal prisons can safely and securely incapacitate prisoners | 1 | 2 | 3 | 4 |

53.    How would the fact that a prior jury sentenced David Hammer to death influence your punishment decision in this case?

Please explain:_____

_____

_____

*United States v. David Hammer (Cr. No. 96-239)*                    23                    _____
Juror Last Name

54.    You will not hear evidence about the sentence that Mr. Hammer was serving when he killed Mr. Marti and you will be directed that you cannot speculate about that sentence. Do you have any concerns about your ability not to speculate and not let the lack of information unduly influence your evaluation of this case?

Yes\_\_\_\_\_        No_____

Why or why not?_____

_____

_____

55.    Have you read, listened to, or watched news stories, articles, books, television programs, or other sources of information about jails, prisons, or detention centers describing policies or what it is like for prisoners to live in a detention center, prison or federal penitentiary?

Yes\_\_\_\_\_        No_____

If YES, please describe what you read or watched:

_____

_____

_____

_____

56.    Have you read any articles or books, seen any television programs, plays and/or movies regarding the death penalty?

Yes\_\_\_\_\_        No_____

If YES, please describe what you read or watched:

_____

_____

_____

_____

57.    Have you, an immediate family member or anyone close to you, ever belonged to, supported, signed petitions, attended a rally or donated time or money to any group or organization which opposes or supports the death penalty (check all that apply)?

Supports:     Yes, myself\_\_\_\_\_     Yes, friends/family\_\_\_\_\_        No\_\_\_\_\_

Opposes:      Yes, myself\_\_\_\_\_     Yes, friends/family\_\_\_\_\_        No\_\_\_\_\_

Please explain:_____

_____

_____

(a) If you are married or living with another person as a couple, please describe your spouse's or significant other's view on the death penalty.

_____

_____

_____

(b) Do you have any close friends or immediate family members who would criticize you, or be disappointed in you, if you voted for or against the death penalty?

_____Yes, if I voted for the death penalty

_____Yes, if I voted against the death penalty

_____No

If YES, please explain:_____

_____

_____

_____

58.  Each juror ultimately makes a unique individualized moral judgment about the life or death sentencing decision.  If you serve as a juror in this case, will you respect the right of each juror to arrive at an individual decision regarding punishment, even if you disagree with the decision reached by the other jurors?

Yes_____        No_____

Please explain:_____

_____

_____

_____

59.  Will you ensure that every juror is treated with respect and dignity and is not intimidated, coerced, or bullied about a vote one way or another on aggravating factors, mitigating circumstances and the ultimate punishment decision, even if you or other jurors disagree?

Yes_____        No_____

Please explain:_____

_____

_____

## PART III: QUESTIONS ABOUT PERSONAL AND COMMUNITY INTERESTS AND EXPERIENCES

60.    What community, civic, social, union, professional, fraternal, political, religious or recreational organizations do you belong to or are otherwise affiliated with (e.g., PTA, Kiwanis, Rotary Club, American Legion, NRA, VFW, Masonic Orders, Knights of Columbus, Political Action Committees, etc.):

_____

_____

_____

_____

Have you held any offices or positions of leadership?      Yes_____      No_____

If YES, please describe:_____

_____

61.    What are your hobbies and special interests?

_____

_____

62.    What television or radio news shows do you watch or listen to on a regular basis?

_____

_____

63.    What are your three favorite TV shows?

1)_____    2)_____    3)_____

64.    What newspapers do you read on a regular basis?_____

_____

65.    What magazines or journals or web blogs do you subscribe to?_____

_____

66.    What is your primary source of news?_____

_____

67.    What authors and types of books do you like to read?_____

_____

*United States v. David Hammer (Cr. No. 96-239)*                    27                    _____
                                                                                                              Juror Last Name

68. What internet websites or blogs do you visit on a regular basis?_____

_____

    (a) Do you have an online blog, web page, or a social network account such as Facebook, My Space, LinkedIn, Twitter, Google, etc.?

        Yes_____      No_____

    If YES, please describe:_____

    _____

69. Have you ever called in to a radio talk show, written a letter to the editor, participated in any web-blogs or chat rooms on the internet or posted a comment on-line?

    Radio caller_____    Editorial_____    Blog/Chat room_____    Posted comment_____

    No_____

    What topics have you addressed?_____

    _____

    _____

70. Please list any stickers, placards, signs, patches, symbols, tattoos and other messages that you display at home, on your body or on an automobile, motorcycle, bicycle, bag, backpack, laptop computer, etc.

    _____

    _____

    _____

71. What recent trials, if any, have you followed in the newspaper, on TV or online?

    _____

    _____

    _____

    (a) Has following a public criminal trial caused you to form an opinion regarding the judicial system?

        Yes_____      No_____

    If YES, please explain:_____

    _____

    _____

_____
Juror Last Name

72.     What television programs, books or internet sites do you watch, read or visit that focus on the criminal justice system or correctional institutions (e.g., jails, prisons or penitentiaries)?

_____

_____

_____

73.     (a) Are you presently affiliated with any church, synagogue, mosque, temple or other religious organization?                Yes_____        No_____

If YES, what is that religious affiliation?_____

(b) How often do you attend your place of worship?_____

(c) Have you or anyone in your family ever studied for or served in any position of responsibility in any religious organization?
                                                        Yes_____        No_____

If YES, please explain:_____

_____

(d) Do you belong to any Bible or other religious study group?

                                                        Yes_____        No_____

If YES, please explain:_____

_____

(e) Have you ever attended any religious-based school or received any specific education in any religion?
                                                        Yes_____        No_____

If YES, please explain:_____

_____

(f) How important is religion to you?

Very Important_____    Important_____    Somewhat_____    Not so Important_____

74.     What does your religious or spiritual affiliation or background, if any, teach regarding the death penalty?

_____

_____

_____

Do you agree or disagree with this teaching?        Agree_____    Disagree_____

75.    If you follow or adhere to a religion, what does that religion teach, if anything, on the subject of homosexuality?

_____

_____

Do you agree with those teachings?        Yes_____    No_____

76.    Are you a member of any clubs or organization which limits its membership on the basis of race, ethnic origin, gender, sexual orientation or religious convictions?

Yes_____    No_____

If YES, please identify the club(s) or organization(s):

_____

_____

77.    Have you, an immediate family member or anyone close to you, ever been a member of, or otherwise involved with, any group that (check all that apply):

_____Takes a position on social or legal issues (e.g., immigration, gun control, homosexuality, drug use, public health, gay marriage, etc.)

_____Focuses on crime prevention (e.g., neighborhood watch, auxiliary police, crime stoppers, M.A.D.D., etc)

_____Focuses on crime victims' rights (e.g., victim advocacy groups, victim assistance, etc.)

_____Focuses on child protection (e.g., child abuse, bullying, anti-gang/anti-drug campaigns, etc.)

_____Focuses on prisoners' rights (e.g., inmate advocacy, prison ministries, etc.)

If YES to any, please indicate who was involved, the nature of involvement and the names of the organization(s):

_____

_____

_____

78.  (a) Have you, an immediate family member or anyone close to you, ever served or run for any elected federal, state, or local political office (e.g., congress, state representative, selectman, school board, city counsel, mayor, etc.)?

Yes_____    No_____

If YES, please explain:_____

_____

(b) Are you currently actively engaged in the performance of official duties as a public officer in the executive, legislative or judicial branches of the government of the United States, or the Commonwealth of Pennsylvania or subdivision thereof?

Yes_____    No_____

79.  In terms of your political outlook, do you usually think of yourself as:
_____very conservative
_____somewhat conservative
_____moderate
_____somewhat liberal
_____very liberal

80.  Name the three living public figures you:

Admire Most:

1)_____    2)_____    3)_____

Admire Least:

1)_____    2)_____    3)_____

81.  (a) Have you ever owned or used any type of firearm or received any training in the use of a firearm?

Yes_____    No_____

(b) Do you, or anyone in your household, own any guns?    Yes_____    No_____

If YES, please indicate the person, the number and type of guns, and the reason for owning the guns:

_____

_____

82.    What are your views about homosexuality?

_____

_____

_____

_____

83.    You may hear evidence in this case about sexual activities between adult men.  Would any of you feel uncomfortable about hearing evidence of this sort so that you have concerns about being a fair juror in this case?

                                        Yes_____        No_____

If YES, please explain:

_____

_____

_____

84.    Do you believe that homosexual activity between consenting adults is immoral?

                                        Yes_____        No_____

85.    Do you feel that being homosexual should be against the law?

                                        Yes_____        No_____

86.    Do you believe same-sex marriage should be legal?

                                        Yes_____        No_____

87.    You may hear evidence of erotic asphyxiation which is the intentional restriction of oxygen for purposes of sexual arousal.  Do you have any concerns about being a juror in a case in which evidence of these sexual activities is presented?

                                        Yes_____        No_____

If YES, please explain:_____

_____

_____

88.     You may hear evidence of consensual sexual bondage.  Do you have any concerns about being a juror in a case in which evidence of these sexual activities is presented?

                                        Yes_____      No_____

        If YES, please explain:_____

        _____

        _____


89.     You may hear evidence of consensual oral sex between men.  Do you have any concerns about being a juror in a case in which evidence of these sexual activities is presented?

                                        Yes_____      No_____

        If YES, please explain:_____

        _____

        _____


90.     Some government witnesses may testify that they participated in serious crimes.  These witnesses who may be referred to during trial as cooperating witnesses may have lengthy criminal histories, may have pleaded guilty to crimes and may be testifying pursuant to agreements with the government in the hopes that their sentences will be reduced.  Do you hold any beliefs or opinions that would affect your ability to evaluate testimony from such witnesses?

                                        Yes_____      No_____

        If YES, please explain:_____

        _____

        _____

        _____

## PART IV: QUESTIONS RELATED TO THE CRIMINAL JUSTICE SYSTEM

91.    Have you ever served as a juror?

Yes, at trial_____        Yes, on a grand jury_____        No_____

(a) Have you served as a grand or trial juror in state or federal court within the past two years?

Yes_____        No_____

(b) Please complete for each case.

| Approx. Year | Civil or Criminal | State or Federal | Nature of Case (Charges/ Allegations) | Did You Reach a Verdict | Foreperson Yes/No | Pos or Neg Experience |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

(c) How did you feel about your jury service(s)?_____

_____

92.    Have you, an immediate family member or anyone close to you, ever been the victim of or a witness to a crime, whether or not that crime was reported to law enforcement? *(If you need extra space, please continue on the pages provided at the end of the questionnaire.)*

Yes_____        No_____

(a) Please complete for each instance:

| Person (Relation) | Victim or Witness | Type of Crime | Reported Yes/No | Testified Yes/No | Outcome/ Result |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

(b) How did you/they feel about the way law enforcement handled the case(s)?

_____

_____

93.     Have you, an immediate family member or anyone close to you, ever been accused of, investigated, targeted, arrested or charged with a criminal offense, other than a traffic violation?  *(If you need extra space, please continue on the pages provided at the end of the questionnaire.)*

Yes_____      No_____

(a) Please complete for each instance:

| Person (Relation) | Accusations/Charges | Trial Yes/No | Outcome/Result |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(b) How did you feel about the treatment received by the prosecutors or law enforcement personnel?

_____

_____

94.     Have you known anyone who has been murdered or died as a result of a crime?  *(Note: If you would like to discuss or answer this question in a more private setting, please write "private" next to the question.)*

Yes_____      No_____

If YES, please state the person's relationship to you and the circumstances:

_____

_____

_____

95.     (a) In the past 10 years, have you ever called the police or filed a criminal complaint against someone?

Yes_____      No_____

(b) Have you ever called a crime stoppers or police tip hotline?     Yes_____     No_____

If YES to (a) or (b), please explain:_____

_____

96.   Have you ever appeared in court or been involved in any legal proceeding as a plaintiff, witness, defendant or victim?

Yes_____   No_____

If YES, please explain:_____

_____

_____

97.   (a) Do you have, or have you ever had, an immediate family member or someone close to you ever been detained in a detention center, jail, prison or other type of correctional institution?

Yes_____   No_____

If YES, please explain:_____

_____

_____

(b) Have you ever visited any detention center, jail or prison, or been inside any Bureau of Prisons facility for any reason?

Yes_____   No_____

If YES, please explain:_____

_____

_____

98.   (a) What are your views about how well the corrections/prison system is working in the United States?

_____

_____

_____

_____

(b) In your opinion, what role should the prison system play in the criminal justice system (e.g., punishment, rehabilitation, confinement, etc.)?

_____

_____

(c) Please describe your overall perception of prison life and how prisoners are treated.

_____

_____

_____

_____

99.    In your opinion, what are the three major causes of crime?

1)_____

_____

2)_____

_____

3)_____

_____

What do you think should be done to solve the crime problem?_____

_____

_____

100.    Please describe your general opinion about correctional officers/prison guards.

_____

_____

_____

101.    In general, do you tend to believe that a member of law enforcement, such as a federal agent or Bureau of Prisons investigator, who testifies in court, is (check one):

_____More likely to tell the truth than other witnesses

_____About as likely to tell the truth as other witnesses

_____Less likely to tell the truth than other witnesses

102.  Describe your general opinions about:

Lawyers: _____

_____

_____

Lawyers who prosecute criminal cases: _____

_____

_____

Lawyers who defend criminal cases: _____

_____

_____

103.  Please describe your general opinion of the U.S. Criminal Justice System: _____

_____

_____

_____

## PART V: QUESTIONS CONCERNING LEGAL PRINCIPLES

104.    Under the law, Mr. Hammer has the right not to testify during the sentencing trial.  If Mr. Hammer does not testify, you may not consider that fact, in any way, in reaching a sentencing decision.

(a)Given the nature of the case, would you expect that Mr. Hammer testify?

Yes_____    No_____

(b)Do you have any concerns about applying this principle if Mr. Hammer does not testify?

Yes_____    No_____

Please explain:_____

_____

105.    The law never requires a juror to vote for a sentence of death even in cases involving the intentional and premeditated killing of an inmate by another inmate in a federal penitentiary.

Do you have any concerns about applying this principle?    Yes_____    No_____

Please explain:_____

_____

106.    Each juror must decide for himself or herself whether a mitigating circumstance has been proven and, if proven, the weight or significance to assign to the mitigating circumstance. Some jurors may agree a circumstance is mitigating, some may not agree and some may identify their own mitigating circumstances.  If any juror finds a mitigating circumstance by a preponderance of the evidence, it must be considered in favor of a life sentence.

Do you have any concerns about applying this principle?    Yes_____    No_____

Please explain:_____

_____

107.    If the jury is unanimous for life imprisonment without the possibility of release or for a death sentence, that sentence will be imposed.  If the jurors are not unanimous about the appropriate punishment then a sentence of life imprisonment without the possibility of release is imposed.  In other words, if one juror votes to impose a sentence of life imprisonment without the possibility of release that sentence will be imposed.

Do you have any concerns about applying this principle?    Yes_____    No_____

Please explain:_____

_____


108.    At this sentencing trial, the fact another jury sentenced David Hammer to death cannot be considered by you, and this prior sentence cannot be considered in support of a vote for death in this sentencing trial.

Do you have any concern about you ability to accept and apply this principle to this resentencing trial?

Yes_____    No_____

Please explain:_____

_____

*United States v. David Hammer (Cr. No. 96-239)*                    40                    _____
                                                                                          Juror Last Name

**PART VI: QUESTIONS CONCERNING THE PARTIES AND CASE KNOWLEDGE**

109.    Do you, an immediate family member or anyone close to you, know or have any connection to any of the following attorneys, including their relatives or friends or know anything at all about the attorneys or the offices where they work?

(a) Peter J. Smith, U.S. Attorney, Middle District of PA            Yes_____ No_____

(b) John C. Gurganus, Jr., Assistant U.S. Attorney, Scranton            Yes_____ No_____

(c) Amanda Haines, Attorney, Criminal Division Capital            Yes_____ No_____
    Crimes Section, Department of Justice, Washington, D.C.

(d) Anne Saunders, Assistant Federal Defender, Harrisburg            Yes_____ No_____

(e) James McHugh, Assistant Federal Defender, Philadelphia            Yes_____ No_____

(f) James Moreno, Assistant Federal Defender, Philadelphia            Yes_____ No_____

(g) Ronald C. Travis, Rieders, Travis, Humphrey, Harris,            Yes_____ No_____
    Waters & Waffenschmidt, Williamsport, PA

If YES, please explain:_____

_____

110.    The defendant, David Hammer, was raised in the State of Oklahoma.  Do you, an immediate family member or anyone close to you, know or have any connection to Mr. Hammer, or his relatives or friends?

Yes_____        No_____

If YES, please explain:_____

_____

111.    Andrew Marti was raised in the State of California.  Do you, an immediate family member or anyone close to you, know or have any connection to Mr. Marti, or his relatives or friends?

Yes_____        No_____

If YES, please explain:_____

_____

112.    (a) Have you, at any time, read, seen or heard any news or other stories about this case in the newspapers, on television, through the internet or while listening to the radio?

Yes_____        No_____

(b) Have you, at any time, ever participated in any discussion about this case with anyone (friends, family, co-workers, associates, other jurors or court personnel, etc.) or heard other people talking about this case?

Yes_____   No_____

If YES to (a) or (b), please explain:_____

_____

113.   What stands out most in your mind about what you have read, seen, heard or learned about this case up to this point?

_____

_____

114.   What opinions and feelings, if any, do you have about this case?

_____

_____

115.   Do you have any impression, opinion or belief concerning the defendant, law enforcement, defense attorneys, or any other matter that would cause you to lean in favor of or lean against the defendant in this case?

Yes_____   No_____

If YES, please explain:_____

_____

_____

_____

## PART VII: CONCLUDING QUESTIONS

116.    If you are selected as a juror in this case, the judge will continue to instruct you to avoid all media coverage, and not to go on the internet with regard to this case for any purpose. That is, you will be forbidden from reading newspaper articles about this case, conducting any internet search about this case or reading about this case on any internet site, or from blogging/tweeting about it should you be selected as a juror. Do you have any reservation or concerns about your ability or willingness to follow this instruction?

Yes_____    No_____

Please explain:_____

_____

117.    Do you know any of your fellow prospective jurors?    Yes_____    No_____

If YES, please explain:_____

_____

118.    If you are selected as a juror in this sentencing trial, you will be asked to decide the punishment for a defendant, serving a federal prison sentence, who pled guilty to first-degree murder and who was previously sentenced to death by another jury. Does this in any way affect your ability to be completely objective and impartial as to the appropriate punishment in this case?

Yes_____    No_____

If YES, please explain:_____

_____

119.    Is there anything at all about the nature of the charges, the facts of the case or the sentencing trial as they have been explained to you thus far that would affect your ability to be a completely objective and impartial juror in this case?

Yes_____    No_____

If YES, please explain:_____

_____

*United States v. David Hammer (Cr. No. 96-239)*          43          _____
                                                                                                                   Juror Last Name

120.   Do you know of any reason at all why you might not be able to serve as a completely objective and impartial juror in this case?

Yes_____         No_____

In YES, please explain:_____

_____

121.   Is there any other information that you feel you should share with the Judge that you believe may bear upon your qualification to serve as a juror?

Yes_____         No_____

If YES, please explain:_____

_____

**I hereby declare under penalty of perjury that the answers that I have provided on this questionnaire are true and complete and no one has assisted me in providing information and responding to questions in this questionnaire.**

_____          _____
               Signature                                                          Date

*United States v. David Hammer (Cr. No. 96-239)*          44          _____
                                                                                      Juror Last Name

**Additional Pages to Complete Responses to Any Questions**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*United States v. David Hammer (Cr. No. 96-239)*

_____
Juror Last Name

**Additional Pages to Complete Responses to Any Question**