UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :
                             :
            -vs-             :
                             :    NO.   4:CR-96-239
DAVID PAUL HAMMER,          :
            Defendant        :

### GOVERNMENT'S RESPONSE CONCURRING IN DEFENDANT'S MOTION IN LIMINE TO PRECLUDE MENTION OF THE PRIOR DEATH SENTENCE

The Defendant filed a motion in limine seeking to preclude the admission of any evidence informing jurors to be selected for Hammer's resentencing hearing that he received a death sentence at his initial trial and has been housed on federal death row since that time.   Having considered the matter, the Government does not oppose the Defendant's motion.

Respectfully submitted,

PETER J. SMITH
United States Attorney

/s/ John C. Gurganus, Jr.
_____
JOHN C. GURGANUS, JR.
Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on February 25, 2014, he served a copy of the attached:

<u>GOVERNMENT'S RESPONSE CONCURRING IN DEFENDANT'S MOTION IN LIMINE TO PRECLUDE MENTION OF THE PRIOR DEATH SENTENCE</u>

by electronic filing on counsel for the defendant.

Ronald C. Travis, Esquire
rtravis@riederstravis.com

James J. McHugh, Jr., Esquire
James_McHugh@fd.org

James Moreno, Esquire
James_Moreno@fd.org

Anne Saunders, Esquire
Anne_Saunders@fd.org


/s/ John C. Gurganus, Jr.

<u>February 25, 2014</u>    _____
Date                        JOHN C. GURGANUS, JR.
                            Assistant U.S. Attorney