IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

DAVID PAUL HAMMER,

Defendant.

CRIMINAL ACTION
NO. 4:96-CR-0239

## ORDER

**AND NOW**, this 27th day of February 2014, upon consideration of Defendant's Motion in Limine to Preclude the Admission of Any Evidence Regarding Defendant's Constitutionally Invalid Death Sentence and/or his Incarceration on Death Row and Brief in Support of the Motion (Doc. Nos. 1605, 1606), and the Government's Response Concurring in Defendant's Motion in Limine to Preclude Mention of the Prior Death Sentence (Doc. No. 1622), it is **ORDERED** that Defendant's Motion in Limine to Preclude the Admission of Any Evidence Regarding Defendant's Constitutionally Invalid Death Sentence and/or his Incarceration on Death Row (Doc. No. 1605) is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

BY THE COURT:

JOEL H. SLOMSKY, J.