## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
|  | : |  |
| v. | : | Honorable Joel H. Slomsky |
|  | : |  |
| DAVID HAMMER, | : | Capital Case |
|  | : |  |
| Defendant | : |  |

_____:_____

### CONCURRED-IN MOTION TO CONDUCT THE SENTENCING HEARING BEFORE THE COURT ALONE PURSUANT TO 18 U.S.C. § 3593 (b)(3)

Defendant, David Hammer, through undersigned counsel, submits his *Concurred-In Motion to Conduct the Sentencing Hearing Before the Court Alone Pursuant to 18 U.S.C. § 3593(b)(3)*, and in support thereof, states the following:

1.      On September 18, 1996, a Grand Jury sitting in Williamsport, Pennsylvania, returned an Indictment charging David Hammer with first degree murder arising from the April 13, 1996, death of Mr. Hammer's cellmate, Andrew Marti. Doc. 1. On April 9, 1997, the government filed a notice of its intent to seek the death penalty. Doc. 93. The trial began on May 5, 1998. On June 22, 1998, after the defense had rested and while the government was presenting its rebuttal case, Mr. Hammer entered a plea of guilty to the murder charge.

2.      The penalty phase began on June 30, 1998. In support of death, the

government sought to prove two statutory aggravating factors:  that the defendant committed the murder after substantial planning and premeditation, 18 U.S.C. §3592(c)(9), and that the defendant had previously been convicted of a state or federal offense punishable by a term over one year that involved the use, or attempted or threatened  use, of a firearm, 18 U.S.C. §3592(c)(2).  On July 24, 1998 the jury returned a verdict of death.

3.     In September 2002, Mr. Hammer filed a petition for writ of habeas corpus collaterally attacking his conviction and sentence pursuant to 28 U.S.C. §2255.  The Court conducted an evidentiary hearing on his petition from July 14, 2005 through September 29, 2005.  On December 27, 2005, the Court issued its decision vacating the 1998 sentence of death.  United States v. Hammer, 404 F. Supp. 2d 676, 801 (M.D. Pa. 2006) (Muir, J.)

4.     Currently, pursuant to this Court's order, jury selection is scheduled to begin on March 6, 2014 and the sentencing hearing is scheduled to begin on May 21, 2014.

5.     18 U.S.C. § 3593(b)(3) provides that the sentencing hearing "shall be conducted before the court alone,  . . .  (3) upon the motion of the defendant and with the approval of the attorney for the government."

6.     During the February 20, 2014, pretrial conference, the government indicated its approval to proceed with the sentencing before the Court.

7. Defense counsel have spoken with Mr. Hammer and he also agrees to conduct the sentencing hearing before this Court. Should the Court require a colloquy, Mr. Hammer respectfully requests that he be permitted to participate via videoconferencing in light of the recent health issues he is experiencing that counsel described during the February 20, 2014 pretrial conference.

WHEREFORE, for each of these reasons, Mr. Hammer respectfully requests that this Court grant his Motion.

Respectfully submitted,

/s/  RONALD C. TRAVIS
Ronald C. Travis
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
570-323-8711 (telephone)
570-323-4192 (facsimile)
rtravis@riederstravis.com


/s/ ANNE SAUNDERS
Anne Saunders
Assistant Federal Defender
Federal Public Defender
Middle District Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
717-782-3843 (telephone)
717-782-3966 (facsimile)
anne_saunders@fd.org

/s/ JAMES MCHUGH
James J. McHugh, Jr.
/s/ JAMES MORENO
James Moreno
Federal Community Defender
Eastern District Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA 19106
215-928-1100 (telephone)
215-928-0826 (facsimile)
james_mchugh@fd.org
james_moreno@fd.org

Dated: March 3, 2014

# CERTIFICATE OF SERVICE

I, Anne Saunders, Esquire, do hereby certify that on this date I served a

copy of the foregoing by Electronic Case Filing, or by placing a copy in the United

States mail, first class addressed to the following:

>    John C. Gurganus, Jr. Esquire
>    Amanda Haines, Esquire
>    United States Attorneys Office
>    Middle District of Pennsylvania
>    235 N. Washington Street, Suite 311
>    PO Box 309
>    Scranton, PA. 18501
>
>
>    /S/ANNE SAUNDERS, ESQUIRE
>    James Moreno, Esquire

Dated: March 3, 2014