# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID PAUL HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |
| _____ | : | _____ |

## ORDER

AND NOW, this      day of      , 2014, upon consideration of Mr. Hammer's *Concurred-In Motion to Conduct the Sentencing Hearing Before the Court Alone Pursuant to 18 U.S.C. § 3593(b)(3)*, it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT

_____
Joel H. Slomsky, U.S.D.J.