## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,     :
                              :       No. 4:96-CR-00239
         v.                   :
                              :       JUDGE SLOMSKY
DAVID PAUL HAMMER,            :
                              :
         Defendant            :

## NOTICE OF DEFENDANT'S WITHDRAW OF ELECTION TO PROCEED *PRO SE*

AND NOW, this 3rd day of March, 2014, David Paul Hammer, through counsel, does hereby withdraw the Election to Proceed *Pro Se* filed on January 31, 2014, and in support thereof asserts as follows:

1.     On January 31, 2014, David Paul Hammer forwarded to the Court a document he filed on a *Pro Se* basis.

2.     This document is filed to Number 1604.

3.     In the filed document David Paul Hammer advised the Court that he had decided to proceed with the sentencing retrial on a *pro se* basis.

4.    During a conference with the Court on February 20, 2014, the Court inquired concerning Document 1604 and at that time was advised by defense counsel of Mr. Hammer's desire to speak with the Court concerning this filing.

5.    Based upon the information provided to the Court on February 20th, the Court deferred acting on Document 1604.

6.    On February 27, 2014, Attorneys Travis, Moreno and McHugh personally met with David Paul Hammer at United States Penitentiary Terre Haute.

7.    During the meeting of February 27th, counsel discussed a number of issues with David Paul Hammer, including the issue concerning the possible waiver of a jury in conjunction with the penalty phase retrial, and also discussed Document 1604.

8.    As a result of the conference on February 27th authorized counsel to file a Motion waiving his entitlement to empanel a jury in conjunction with the sentencing phase hearing which is currently scheduled to begin on May 21, 2014.

9.    The Motion to waive a jury trial in conjunction with the sentencing rehearing is in the processed of being finalized for filing with the Court.

10.    After David Paul Hammer agreed to waive his entitlement to a jury trial in conjunction with the sentencing rehearing, Mr. Hammer also indicated to counsel that he wanted to withdraw the Election to Proceed *Pro Se* which is Document 1604.

2

11. Pursuant to the specific request made by David Paul Hammer on February 27, 2014, this Notice of Withdraw of the Election to Proceed *Pro Se* is being filed with the Court.

12. Counsel does not believe it is necessary for the Court to engage in a colloquy with David Paul Hammer before acting on this request to withdraw Document 1604.

13. If the Court believes it is necessary to engage in a colloquy with David Paul Hammer concerning the withdraw of Document 1604, said colloquy can be part of any colloquy the Court may engage in with David Paul Hammer concerning his waiver of empaneling a jury for the upcoming sentencing trial.

14. If the Court deems it necessary to have a colloquy with Mr. Hammer concerning the withdraw of Document 1604, it is requested that said colloquy be conducted via videoconferencing as opposed to Mr. Hammer being transported from Terre Haute, Indiana to Philadelphia to be personally present for the colloquy.

15. At the current time, David Paul Hammer is having significant health issues with respect to his eyesight and one of the symptoms he is currently suffering is intense pressure in his head and he currently is without sight in his right eye.

16. The defense team is concerned that the transportation of Mr. Hammer from Indiana to Pennsylvania, which likely would be by airplane, could exacerbate his current physical problems.

WHEREFORE, the Defendant requests that the Court mark on the record that Document 1604 has been withdrawn and that the Defendant chooses to go forward with the upcoming sentencing trial with his current counsel handling the presentation of the evidence to be presented to the Court.

Respectfully submitted,

/s/ Ronald C. Travis, Esquire
Ronald C. Travis, Esquire
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

/s/ Anne Saunders, Esquire
Anne Saunders, Esquire
Assistant Federal Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Ste. 300
Harrisburg, PA  17101
(717) 782-3843 (telephone)
(717) 782-3966 (facsimile)
Anne_Saunders@fd.org

/s/ James McHugh, Esquire
James McHugh, Esquire
James Moreno, Esquire
Federal Community Defender
Eastern District of Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA  19106
(215) 928-1100 (telephone)
(215) 928-0826 (facsimile)
James_McHugh@fd.org
James_Moreno@fd.org

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :

                                  :      NO. 4:96-CR-00239

                                  :

        v.                    :

                                  :      (Judge Slomsky)

DAVID PAUL HAMMER       :

                                  :

Defendant                   :

## CERTIFICATE OF SERVICE

AND NOW, comes Ronald C. Travis, Esquire, attorney for Defendant Hammer, and certifies that a copy of the foregoing Motion in Limine and supporting Memorandum to Prohibit Specified Types of Prosecutorial Misconduct in Sentencing Hearing Summations, has been served upon all counsel of record via ECF this ___ day of February, 2014.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
WATERS & WAFFENSCHMIDT

/s/ Ronald C. Travis, Esquire

Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#: 08819
161 West Third Street
PO Box 215
Williamsport, PA 17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com