## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :

                :    NO. 4:96-CR-00239

                :

      v.         :

                :    (Judge Slomsky)

DAVID PAUL HAMMER   :

                :

Defendant          :

## ORDER

The Court has received a filing submitted by defense counsel at the request of David Paul Hammer asking the Court to treat the previously filed Election to Proceed *Pro Se*, Document 1604, as withdrawn.

Based upon the information set forth in the current filing, the Court will treat Document 1604 as having been withdrawn by David Paul Hammer.

BY THE COURT:

_____

                SLOMSKY, J.