IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

Defendant.

CRIMINAL ACTION
NO. 96-239

## ORDER

**AND NOW**, this 4th day of March 2014, upon consideration of the Concurred-In Motion to Conduct the Sentencing Hearing Before the Court Alone Pursuant to 18 U.S.C. § 3593(b)(3) (Doc. No. 1627) and Notice of Defendant's Withdraw of Election to Proceed Pro Se (Doc. No. 1628), it is **ORDERED** that a hearing on the Motion and Notice will be held on **March 13, 2014 at 10:30 a.m.** in Courtroom 5C, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. Defendant Hammer shall participate in the scheduled hearing through videoconferencing. The video conference will be conducted between Philadelphia, Pennsylvania and United States Penitentiary Terre Haute.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.