## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | (Judge Slomsky) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | |

### ORDER

The Court has received a filing submitted by defense counsel at the request

of David Paul Hammer asking the Court to treat the previously filed Election to

Proceed *Pro Se*, Document 1604, as withdrawn.

Based upon the information set forth in the current filing, the Court will treat

Document 1604 as having been withdrawn by David Paul Hammer.

BY THE COURT:    DATED: MARCH 13, 2014

_____
                                    SLOMSKY, J.