UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :
     :
     -vs-      :
     :    NO.   4:CR-96-239
DAVID PAUL HAMMER,      :
     Defendant      :

GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO FILE A
MOTION FOR RECONSIDERATION

On February 28, 2014, this Court filed an opinion granting in part the defendant's motion in limine to exclude certain evidence.   In its opinion, the Court stated that, "…should either party desire reconsideration of the rulings, a motion should be filed with supporting exhibits attached. In the alternative, the Court will consider reconsideration requests at the hearing on the evidence before re-sentencing."

Generally, a motion for reconsideration is required to be filed within two weeks of the Court's ruling. See, Middle District Local Rule 7.10.   It is respectfully requested that this Court grant the government a two week extension of time to file a motion for reconsideration.   The additional time will allow the government to frame a proper request for the inclusion into evidence, for whatever weight the Court deems appropriate, certain information the Court indicated may be excluded.

Attorney James Moreno, counsel for the defendant, has concurred in this motion.

Respectfully submitted,

PETER J. SMITH
United States Attorney

/s/ John C. Gurganus, Jr.
JOHN C. GURGANUS, JR.
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on March 14, 2014, he served a copy of the attached:

## GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION FOR RECONSIDERATION

by electronic filing on counsel for the defendant.

Ronald C. Travis, Esquire
rtravis@riederstravis.com

James J. McHugh, Jr., Esquire
James_McHugh@fd.org

James Moreno, Esquire
James_Moreno@fd.org

Anne Saunders, Esquire
Anne_Saunders@fd.org


/s/ John C. Gurganus, Jr.

March 14, 2014                     _____
Date                               JOHN C. GURGANUS, JR.
                                   Assistant U.S. Attorney