UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
        -vs-                      :
                                  :      NO.   4:CR-96-239
DAVID PAUL HAMMER,                :
                Defendant         :

## **O R D E R**

AND NOW, this _____ day of March, 2014, it is hereby ordered:

1.  The Government's motion for an extension of time is granted.

2.  The Government's Motion for Reconsideration may be filed on or before

March 28, 2014.


BY THE COURT


_____
JOEL H. SLOMSKY
UNITED STATES DISTRICT JUDGE