UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                      :
                                              :
        -vs-                                  :
                                              :   NO.   4:CR-96-239
DAVID PAUL HAMMER,                            :
            Defendant                         :

## ORDER

AND NOW, this ___14th___ day of March, 2014, it is hereby ordered:

1.   The Government's motion for an extension of time is granted.

2.   The Government's Motion for Reconsideration may be filed on or before

March 28, 2014.


BY THE COURT

*Joel Slomsky*
JOEL H. SLOMSKY
UNITED STATES DISTRICT JUDGE