UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :
                 :
    -vs-              :
                 :    NO.  4:CR-96-239
DAVID PAUL HAMMER,     :
                 :
     **Defendant**    :

GOVERNMENT'S NOTICE OF PROVIDING DISCOVERY

The government requests that the record reflect that certain discovery materials were provided to defense counsel under the government's obligations to disclose exculpatory or impeachment information, as well as a notice of experts. Defense Attorney James Moreno has acknowledged receipt of the pertinent emails and a report of an FBI Special Agent referenced therein:

1. Email to defense counsel, dated March 11, 2014, at 3:58 p.m., from Trial Attorney Amanda Haines;

2. Email to defense counsel, dated March 14, 2014, at 11:27 a.m., from Trial Attorney Amanda Haines;

1

3.  Email to defense counsel, dated March 26, 2014, at 12:09 p.m., from Trial
    Attorney Amanda Haines .

PETER J. SMITH
UNITED STATES ATTORNEY


/s/ John C. Gurganus, Jr.

JOHN C. GURGANUS, JR.
Assistant United States Attorney

AMANDA HAINES
Trial Attorney for the Capital Case Section
1331 F Street, N.W.
Washington, D.C. 20530

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 27th day of March 2014, he served a true and correct copy of the foregoing via electronic filing.

ADDRESSEES:

Ronald C. Travis, Esquire
rtravis@riederstravis.com

James J. McHugh, Jr., Esquire
James_McHugh@fd.org

James Moreno, Esquire
James_Moreno@fd.org

Anne Saunders, Esquire
Anne_Saunders@fd.org

/s/ John C. Gurganus, Jr.

JOHN C. GURGANUS, JR.
Assistant United States Attorney