UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :
                                      :

       -vs-                            :

                                    :   NO.   4:CR-96-239

DAVID PAUL HAMMER,          :
           Defendant        :

## GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION FOR RECONSIDERATION

On February 28, 2014, this Court filed an opinion granting in part the defendant's motion in limine to exclude certain evidence.  In its opinion, the Court stated that, "…should either party desire reconsideration of the rulings, a motion should be filed with supporting exhibits attached. In the alternative, the Court will consider reconsideration requests at the hearing on the evidence before re-sentencing." The Court further ordered that the Government provide both the Court and Defendant by April 15, 2014 with a detailed proffer of certain challenged evidence the Government intends to submit in an organized binder in accordance with the Opinion of the Court.

The Government is continuing to review the evidence pertaining to those challenged allegations, but needs additional time to fully consider the position it will take on these matters.   It is requested that the Government be permitted until April 15, 2014, to submit any request for reconsideration of the Court's ruling.

Attorney James Moreno, counsel for the defendant, has concurred in this motion.

                              Respectfully submitted,

                              PETER J. SMITH
                              United States Attorney

                              /s/ John C. Gurganus, Jr.
                              JOHN C. GURGANUS, JR.
                              Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on March 27, 2014, he served a copy of the attached:

GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO FILE A
MOTION FOR RECONSIDERATION

by electronic filing on counsel for the defendant.

Ronald C. Travis, Esquire
rtravis@riederstravis.com

James J. McHugh, Jr., Esquire
James_McHugh@fd.org

James Moreno, Esquire
James_Moreno@fd.org

Anne Saunders, Esquire
Anne_Saunders@fd.org

/s/ John C. Gurganus, Jr.

March 27, 2014         _____
Date                   JOHN C. GURGANUS, JR.
                       Assistant U.S. Attorney