UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
        -vs-                      :
                                  :    NO.   4:CR-96-239
DAVID PAUL HAMMER,                :
            Defendant             :

## O R D E R

AND NOW, this _____ day of March, 2014, it is hereby ordered:

1.   The Government's motion for an extension of time is granted.

2.   The Government's Motion for Reconsideration may be filed on or before

April 15, 2014.


                        BY THE COURT


                        _____
                        JOEL H. SLOMSKY
                        UNITED STATES DISTRICT JUDGE