UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :
     :
  -vs-      :
     :    NO.   4:CR-96-239
DAVID PAUL HAMMER,      :
         Defendant      :

## ORDER

AND NOW, this 27th day of March, 2014, it is hereby ordered:

1. The Government's motion for an extension of time is granted.

2. The Government's Motion for Reconsideration may be filed on or before

April 15, 2014.

BY THE COURT

*Joel Slomsky*

JOEL H. SLOMSKY
UNITED STATES DISTRICT JUDGE