# EXHIBIT 3

FD-302 (Rev. 5-8-10)                           - 1 of 4 -

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    03/13/2014

THOMAS ROY UPTON, JR. (protect identity), white male, date of birth
████████ social security account number (ssan) ████████ home address
████████████, ████ ██████, telephone number ████████
work address ████████████, ████████████████, ████ ████,
was interviewed by Special Agent (SA) John David Coyle at the Orlando,
Florida Resident Agency of the FBI. Present during the interview was
United States Department of Justice (USDOJ) Capital Unit Attorney Amanda
Haines. UPTON was served with a subpoena to appear as a witness in the
Eastern District of Pennsylvania at the capital murder trial of defendant
DAVID PAUL HAMMER on 05/21/2014. After being advised of the official
identities of SA Coyle and Attorney Haines, beginning at approximately 2:00
p.m., UPTON provided the following information:

UPTON grew up in Oklahoma. UPTON identifies as a homosexual, but he
was not always open about his sexuality. As a young man, UPTON hitch-hiked
across the country. In 1974, UPTON was arrested for prostitution in Los
Angeles, California when a male undercover police officer offered UPTON
money in exchange for sex.

In Oklahoma, UPTON fell under the influence of BILL SIMMONS (No Further
Information). SIMMONS developed a sexual relationship with UPTON, and
introduced UPTON to methamphetamine use and criminal behavior. UPTON
eventually served a one-year prison sentence in McAlester, Oklahoma for a
crime, and then served a 32-month sentence at the Connor prison unit in
Oklahoma for larceny and other charges. Both inside and outside of prison,
UPTON became "infamous" in the homosexual community as "Bill's kid," due to
his relationship with SIMMONS. People knew SIMMONS was protective of
UPTON, and treated UPTON accordingly. SIMMONS eventually died sometime in
the 1990's in his Oklahoma home when it exploded under suspicious
conditions (NFI).

In October 1983, UPTON was living at the home of his mother at 1617
Northeast 34th Street in Oklahoma City, Oklahoma. UPTON worked at the time
at a hair salon located in Edmond, Oklahoma. One day, UPTON finished his
shift at the hair salon, and drove his Buick LeSabre to an older man's
house, located around Meridian Street and Northwest Highway in Oklahoma
City. UPTON could not recall the man's name, but the man was a leader of

---

Investigation on  03/10/2014  at  Maitland, Florida, United States (In Person)

File #  90A-PH-79493                                            Date drafted  03/12/2014

by  John David Coyle

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

90A-PH-79493

Continuation of FD-302 of  Interview of Thomas Roy Upton, Jr.                    , On   03/10/2014  , Page   2 of 4

the Hairdressers' Association, and he wanted UPTON to give him a haircut. After cutting the man's hair, UPTON got back in his car and began to drive home.

By this time, the sun was going down. UPTON was driving east on 36th Street, and came to a stop at a red light at Classen Boulevard. Two vehicles were positioned ahead of him at the intersection, and UPTON's windows were down. Suddenly, a gunman later identified as DAVID PAUL HAMMER, appeared on the passenger side of UPTON's car. HAMMER pointed a silver-colored revolver at UPTON and demanded UPTON take HAMMER where HAMMER wanted to go. HAMMER entered the passenger side of the car, and UPTON began driving.

HAMMER directed UPTON to a motel in the vicinity of Interstate 40 and either Meridian Street or MacArthur Boulevard in Oklahoma City. HAMMER forced UPTON to walk to HAMMER's second floor motel room, and the two men entered. Inside the motel room, UPTON asked if HAMMER had escaped from prison, and HAMMER confirmed that he had. UPTON attempted to wrestle HAMMER's gun from him, but failed. For approximately one to two hours, HAMMER and UPTON talked, and HAMMER eventually locked UPTON in the bathroom while HAMMER spoke with an unknown person on the telephone.

Eventually, HAMMER forced UPTON at gunpoint back to UPTON's car, and forced UPTON to drive west on Interstate 40 to an exit near a truck stop. HAMMER then forced UPTON to drive south on a two-lane highway, and turn right on a desolate road. HAMMER then told UPTON to stop the car, get out, and strip off his clothing. UPTON thought HAMMER was going to leave him in the middle of nowhere to walk home, and UPTON asked HAMMER to at least allow UPTON to retrieve his barber tools from the trunk of the car; instead, HAMMER forced UPTON to lie face-down on the ground, and HAMMER shot UPTON three times in the back of the head with HAMMER's handgun.

After being shot, UPTON jumped to his feet. HAMMER screamed, jumped in UPTON's car, and drove away. UPTON staggered down the road until a car occupied by two men stopped, and the men transported UPTON to a hospital. UPTON spent two nights at the hospital, and learned he had been shot with bird-shot. UPTON told his story to police, and eventually, he was shown an array of photos, and identified HAMMER as the man who had kidnapped and shot him. UPTON eventually testified at HAMMER's trial, and HAMMER was sentenced to over 1,200 years in prison for kidnapping and attempting to kill UPTON.

At approximately 2:45 p.m., at the request of SA Coyle, Attorney Haines exited the interview room. SA Coyle challenged portions of UPTON's explanation of events, and admonished UPTON of the consequences of giving perjured testimony at the upcoming trial in federal district court. At

FD-302a (Rev. 05-08-10)

90A-PH-79493

Continuation of FD-302 of  Interview of Thomas Roy Upton, Jr.                    , On   03/10/2014  , Page    3 of 4

approximately 3:05 p.m., at UPTON's request, UPTON was permitted a break to use the bathroom and smoke a cigarette outside.

At approximately 3:20 p.m., SA Coyle's interview of UPTON resumed. UPTON acknowledged he had previously left out some information concerning his kidnapping, and now wished to reveal the whole truth about what had happened. UPTON was raped by HAMMER on the night of the incident, and he had never revealed that fact before. Because of the emotional trauma of the rape, UPTON has not had sex with anyone since that night. When he first spoke with police after being abducted and almost killed by HAMMER, UPTON believed if he mentioned his homosexuality, the crime would not have been taken seriously, and HAMMER would not have been prosecuted.

At approximately 3:45 p.m., Attorney Haines re-entered the room, and the interview continued. UPTON clarified that he picked up HAMMER at the intersection of 36th Street and Classen Boulevard, but the encounter began in a consensual manner. UPTON was driving through the area, which he acknowledged was an area of town popular with homosexuals, and he spotted HAMMER, who appeared to be "cute." HAMMER wanted a ride, and UPTON agreed to give him one. HAMMER directed UPTON to HAMMER's motel, and the two entered HAMMER's room.

Once inside the room, after conversing about each other's experiences in prison, UPTON asked HAMMER if he was an escapee, and HAMMER confirmed that he was. HAMMER pulled a handgun from a drawer beneath the television, and pointed the gun at UPTON. HAMMER then anally raped UPTON while holding the gun to UPTON's head. UPTON attempted to wrestle the gun from HAMMER, but was unsuccessful. HAMMER then commanded UPTON to wait in the bathroom. While in the bathroom, UPTON heard HAMMER speaking on the telephone, but did not know with whom HAMMER was speaking, or the nature of the conversation. HAMMER then forced UPTON to drive him to a remote area, and shot UPTON, just as UPTON had related earlier in the interview.

UPTON was asked if he had previously been challenged about his story by investigators or prosecutors. UPTON recalled that after HAMMER's trial in Oklahoma, a person UPTON believed was a state prosecutor had contacted UPTON by telephone, and said HAMMER had procured witnesses who contradicted UPTON's version of the events. This troubled UPTON because UPTON did not want to testify at a trial again. UPTON was later told by the prosecutor that HAMMER's witnesses were proven to be "paid-off" by HAMMER, and the issue of a re-trial disappeared.

Sometime around HAMMER's trial in federal court for the murder of ANDREW MARTI, UPTON was challenged by someone (NFI) possibly from the United States Attorney's Office, regarding UPTON's testimony in the Oklahoma trial. UPTON recalled being asked if HAMMER and UPTON had met in

FD-302a (Rev. 05-08-10)

90A-PH-79493

Continuation of FD-302 of  Interview of Thomas Roy Upton, Jr.           , On  03/10/2014 , Page  4 of 4

a "gay bar" on the night HAMMER shot UPTON, and UPTON denied the allegation.  Until his interview with SA Coyle and Attorney Haines, UPTON had never revealed the true circumstances of how he picked up HAMMER because he had been fearful of discrimination and a lack of law enforcement response, based on UPTON's homosexuality.  The interview ended at approximately 4:05 p.m.