# EXHIBIT 4



Witness Disclosures (3/14/14)
Haines, Amanda
to:
Anne Saunders, James Moreno, James McHugh, rtravis@riederstravis.com
03/14/2014 11:27 AM
Cc:
"Gurganus, John C. (USAPAM)"
Hide Details



Following up on our conversation yesterday:



Also, yesterday, March 13, 2014, the government provided to you an FBI302 for Thomas Upton. In the interest of total transparency, I wish to clarify that Mr. Upton agreed to give Mr. Hammer a ride fully intending that they were going to the motel room to have sex. Mr. Upton admitted that he agreed to have sex, but not anal sex, and that is why he views what transpired between them as "a rape."

Best regards,
Amanda Haines
Trial Attorney
Capital Case Section
Criminal Division, Dept. of Justice
1331 F Street, NW, 3rd Floor
Washington, D.C. 20530