# EXHIBIT 3

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    4/18/96

LEONARD MORRIS YAGER, inmate, Registry Number 11927-076, Special Housing Unit (SHU), Cell #108, incarcerated at the UNITED STATES PENITENTIARY-ALLENWOOD (USP-A), White Deer, Pennsylvania, was contacted for interview within the SHU interview room.

Prior to interview, YAGER was advised of the identity of the interviewing agent, Special Agent (SA) CARLYLE R. THOMPSON, FEDERAL BUREAU OF INVESTIGATION (FBI), Philadelphia Division, WILLIAMSPORT, Pennsylvania, RESIDENT AGENCY, accompanied by Lieutenant MARK TRAXLER, U.S. BUREAU OF PRISONS (BOP), Special Investigative Supervisor, and Lieutenant RON JURY, Special Investigative Agent, U.S. BOP, both of this institution, and the nature of the intended interview regarding his association with inmate DAVID PAUL HAMMER.

LEONARD MORRIS YAGER provided the following information:

He advised that HAMMER cells with a guy named First Name Unknown (FNU), MARTI, in SHU Cell #103. YAGER formerly celled with HAMMER on a couple of occasions, the last of which was in January, or February, 1996.

YAGER recalled a conversation in which HAMMER told him that he (HAMMER) was going to kill MARTI. YAGER thought that HAMMER was only going to hurt MARTI, and was not taken in the context of his actually killing MARTI. YAGER recalls HAMMER, on a number of occasions, telling him that he was going to kill MARTI.

YAGER recalls that a day or so ago, he observed HAMMER braiding some cut up sheets. YAGER asked HAMMER what he was doing and what it was for, at which time HAMMER put his hand to his throat, indicating hanging.

YAGER recalled that HAMMER hollered down the range last night from his cell saying, "My roommate is dead." YAGER, after reflecting on HAMMER's statement, thought that it was made by

Investigation on ___4/13/96___ at ___White Deer, Pennsylvania___

File # ___90A-PH-79493 (WRA) -3___

by ___SA CARLYLE R. THOMPSON:sac___    Date dictated ___4/15/96___

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

90A-PH-79493 (WRA)

Continuation of FD-302 of LEONARD YAGER _____ , On __4/13/96__ , Page __2__

HAMMER after he had been placed, cuffed up, in the recreation cage, under investigation. He thought that HAMMER's prior comments about killing MARTI consisted also of making gestures as though MARTI was his target. YAGER did not believe HAMMER in that he planned on killing his cell mate.

LEONARD MORRIS YAGER is described as follows:

