# EXHIBIT 4

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    4/23/96

LEONARD MORRIS YAGER, Inmate Registry Number 11927-076, Special Housing Unit (SHU), Administrative Detention, Cell #108, incarcerated at the U.S. PENITENTIARY (USP)-ALLENWOOD, White Deer, Pennsylvania, was contacted for interview within the SHU interview room.

Prior to interview, YAGER was advised of the identity of the interviewing agent, Special Agent (SA) ANTHONY S. MALOCU, FEDERAL BUREAU OF INVESTIGATION (FBI), Philadelphia Division, WILLIAMSPORT, Pennsylvania, RESIDENT AGENCY, accompanied by Special Investigative Supervisor (SIS) Lieutenant MARK TRAXLER, U.S. BUREAU OF PRISONS (BOP), and the nature of the intended interview regarding his association with inmate DAVID PAUL HAMMER. Thereafter, he furnished the following information:

YAGER advised that inmate HAMMER and MARTI were engaged in a sexual relationship in the short time that they were cellmates. HAMMER had read letters to YAGER explaining that he (HAMMER) wanted MARTI as a cellmate. "HAMMER had his mind singled in on MARTI," although if he could not get MARTI as a cellmate, he would have killed inmate CLASSEN, who had been HAMMER's cellmate prior to MARTI's moving in. On one occasion, HAMMER was overheard saying, "You're either taking this mother fucker's stuff out of here, or carrying him out of here." This statement was made in reference to HAMMER's desire to have CLASSEN removed from the cell and replaced with MARTI.

YAGER had no reason to believe that HAMMER was going to kill anyone. Everyone threatens each other in prison, and as long as he (YAGER) has been an inmate, he has never seen any inmate go through with the threat of killing someone, although YAGER did inform an unidentified correctional officer that he (HAMMER) was going to hurt his cellmate.

YAGER advised that he received a letter from HAMMER identifying the seven reasons why he (HAMMER) killed inmate MARTI. YAGER was reluctant to present the letter to BOP officials because he wanted to use this information as a means to get himself (YAGER) transferred to a FEDERAL CORRECTIONAL

Investigation on  4/17/96      at   White Deer, Pennsylvania

File #  90A-PH-79493  (WRA)

by  SA ANTHONY S. MALOCU:lag          Date dictated  4/22/96

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

9493  (WRA)

Continuation of FD-302 of  LEONARD MORRIS YAGER _____ , On  4/17/96 ___ , Page ___2___

INSTITUTION (FCI).  At the end of the interview, YAGER provided
the letter titled reasons for killing ANDREW H. MARTI, Registry
Number 58008-065, to SA MALOCU.