# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

|                                  |   |                          |
|----------------------------------|---|--------------------------|
| UNITED STATES OF AMERICA,        | : | No. 4:96-CR-239          |
|                                  | : |                          |
| v.                               | : | Honorable Joel H. Slomsky|
|                                  | : |                          |
| DAVID PAUL HAMMER,               | : | Capital Case             |
|                                  | : |                          |
| Defendant                        | : |                          |
| _____ | : | _____ |

## ORDER

AND NOW, this       day of       , 2014, upon consideration of Mr. Hammer's

*Motion in Limine to Preclude Testimony of Leonard Yager,* it is hereby ORDERED

that the Motion is GRANTED.

BY THE COURT

_____
Joel H. Slomsky, U.S.D.J.