# EXHIBIT 6

Hi Dave

(There is so much I left out - we'n never catchup)

Tue??
June 04

I'll try to write better... usually sloppy-er as it goes on.

I am sorry I didn't respond sooner. I have much I want to write & it won't all be done this morning. I just got a land line phone $15.00 a month. Because I'm on Food Stamps low income. The # is 503-254-8754 (cell - 503-267-2699) the cable - which was on when I got here went off July 6th - like $60.00 $75.00 a month, I rent $1.00 movies now.

I called your atty, Ann, Now listen FYI I gave her my New #. actually I left it when July 21st - But she asked for my ? #. Well if I was getting a phone - would I be getting a phone in prison. Let me know if you say anything to her about that. I was a ? the 2nd I talked with her as to my med problem - its unusual - Some kind of bug or parasite - which I've had for some time. Okay. My health plan sucks so No-one will follow thru to help me. I can break them way off, eating really well & careful - More than the $? 14/ a month I get for Food. Often times its so bad - sores EtC I can - not go out side!

2

I can not afford any thing really
+ I can not pay taxes B-cause, I
won't get my Dis ability which
going to be like 2 more Yrs
maybe more to try to wait me out
~~~~~, it's a legit claim.
I don't know any one to find enough
Work to live So my brother helps
me he builds houses + I can
Work one Day a wk. for $0 / 60⁰⁰
even more if rents due. I stay
busy - I Love my apt. - I Told
you my Jurist. I've got a cheap
Computer + I went file intr net
in Aug. I may go to school wed
yet?
These bugs are shortening
my life + I cant live here.
I could have gotten than in
prison - from Drugs - which -
I think I'm gonna really make
it all of this time. But Relien
Quite for me Two or Years ago
yus of speed use. + She Quite
But Not me til I get violated
or ended parole.
Any-way I didn't want a
relation Ship til I knew I would
make it out here + Now
I do Know I can + went to
So I'm kind of seeing ber
Now + I feel + act like a kid

3

Some time = She is Bi - Polar & That is
not easy for me at times.
I could go on & on here -
But I have some questions
Now I tell every one always if Noth-
ing else at least acknowledge my
questions
Any - way how much can you call?
as you are welcome to call me.

I'm typing around here

We only were cellies less than 3 wks.
I don't know how much I TRUST you
But any - way I remember you that
wanting to live if you never got out
What do you want Dave ??
& Are we gonna become closer I really
do think you liked me.
Are you gonna be to busy
to respond regularly?
Or do you not even want to?
How ?? or what can I write?
I could help or hurt you in
Court you know that, I think you
have a Good memory.
& I remember your Mail is V as good
or worse?
My Dad wants a book
to can you send two of
each ??

Rush order them.

My Dad worked around asbestos years ago he turned down a lot of money every one else he worked with got. He told me he didn't want to deal with it. He's got 60%, and a leaky heart valve. 50% 50% chance of living thru surgery. So No Surgery.

I worry my folks are the kind to go close to getting. They are never expect more than I am. Dad's 82 Mom go & She picks up my Daughter [11th in Dec] every day.

You can keep writing there if you want but my rent is paid til Oct. See my Dad & bro offer to match my $ if I Enuff for Three months.

I'd Rather get Mail here - I think for New any-way. But Bottom line is it Doesn't matter - oh The Bordell I would Rather go to my folks house & if you do write me You can Just put my Name on it I see them almost every days & am Fixing up Another Bike.

That is so hobby I'm Finding Fun & feel getting Bikting & Working on them.

Bottom line here is I like my freedom - &

5

Okay Dave answer this one here you like? but I'd like to know - can you get/give me some money a thousand 20 thousand I don't care but is there any way to help me.

and this has Nothing to do with the above its my poor writing & this is probably rude but I'm pretty blunt.
I oh didn't figure to be lending you a hand, past June —

wed 28th
Did you get that last pert? Basically I don't know what you really want.
When we were cellies I understood you to want to die if you could not get out of prison.
I want honesty here
I have enough trust issues as it is & I don't want to second guess every thing!
So - ,

get back to me my financial's are giving me the most stress either yes or no I'm not like other people you'll get the same from me either way

I am proud to be to know this. another is on the way    Love Steve
the Kid is going to Breeze him self. I'll not send Pictures unless you truly want to God, Nothing Recent any way

pg 1

wed morn
5-18-04 = 9 am

Received Your Letter Monday.
This has not been a problem but I always let every one know that it is a pet peeve of mine. To have a question over looked. thats Just FYI do w/ it as you will...
Now I know back then you had enough going so that it would not be possible to Remember every thing. You told me one time for 100% sure (possible twice) that I would get some money when the book was published. At that time I was not interested. Well things do change as you know & I am unable to get a job, disability could be another 2 yrs. I Hope not. I'll check with the state which can be paid back upon aproval. Oh I do what I can for money. I'll not do crime. Mow LAWNS, collect cans, I even do dishes once a wk. getting 30°° for an hrs work. My grand kids are needing attn: Any way that is where that came from.
Will you please comment.
Now the other thing is Just memories some helpful & some may not be. No more no less than that your atty: will obviously relate to you I Just want things to be said. I'm not gonna Lie & I want to help. I would feel much better. I don't want any thing from you except how to get books for both my RAD & I.
Will you tell me I am computer illiterate. I don't want to write things but this having no bearing. we talked of our

P92

Home towns etc. parts of town like that. Do you you remember??

I also remember wanting the shower day, I had forgotten that til after the last investigator. Do you remember these things.

I want to help. I'm scared is it still the Fred guy. I've been going to church & I don't believe in the Death penalty. I would like to know that you are pure — But how can I know for Sure?? I don't think I can.

What you said & page two is correct that was very — I can't find the word — But I was greatful it was commented on by the D.A. Guy, I never thanked you — So Thank You.

I'm gonna say, I'm glad we were reeds... again Thank You. all had things been different — it could have happened — I even tell them that. I know you killed me. I like you two. my memory does such — I don't want to do this but I will.

I'm writing because I like you, my sons now is Bi polar & I don't know how to learn about that.

I don't know how to get the help I need for my unusual medical problem.

Do you know of any special I.E. B.I. Adar.

P. 93

I think That will do it.
I hope You respond Quickly.
with Your Thoughts & reaction to
this letter.
See I don't know for Sure why
You write me. if You have an Agenda
or Not.
My I am sure Drugs are the root of my
problem/Troubles & I Struggle I go to A
program a get acupuncture But Some Time
Because of my medical they won't
help. I'm lost & I don't know what
to do.

That's enough — please respond as
Quickly AS possible my Dad said
You offered to send books?
I didn't see That.
let me know.
I Know You can't tell but
maybe Some day, my Karma has been good
to me as I Know my Devil is Pure. Thats why I ck By,
Did I clear Things up?

Do You feel better??

                        Your Friend
                        Steve

You get out of proper here.
I'm Surprized I found a Church or

Just a Quick Note
I shouldn't have Asked for help
in the Same Letter But That
question stood All By it's
Self. I hope You Know
that. I'm Just wondering
Because I haven't heard From
You even. Tho I Know Your
Busy. I Fear You may have
Taken it wrong. You Know I'm
of A higher Caliber Than most.
I thought / hoped You Knew
That.
"So tell me No You can't
help...?" & Lets Take care of The other
thing If Thats really what You want.
Gotta go write Soon
& send The Boots
Sin