# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
|  | : |  |
| v. | : | Honorable Joel H. Slomsky |
|  | : |  |
| DAVID PAUL HAMMER, | : | Capital Case |
|  | : |  |
| Defendant | : |  |
| _____ | : | _____ |

## ORDER

AND NOW, this      day of      , 2014, upon consideration of Mr. Hammer's

*Motion in Limine to Preclude the Admission of Prior Testimony of Stephen Classen,*

it is hereby ORDERED that the Motion is GRANTED.


BY THE COURT


_____
Joel H. Slomsky, U.S.D.J.