# EXHIBIT 1



Haines, Amanda
to:
Anne Saunders, James Moreno, James McHugh, rtravis@riederstravis.com
03/11/2014 03:58 PM
Cc:
"Gurganus, John C. (USAPAM)"
Hide Details

Please be advised that pursuant to our obligations under Brady v. Maryland, the government is making the following disclosure. On Monday, March 10, 2014, CCS Trial Attorney Amanda Haines and FBI SA John Coyle met with Thomas Upton, the victim of the 1983 Oklahoma City kidnapping case. Mr. Upton disclosed that contrary to his testimony in 1984 and 1998, when he first saw Mr. Hammer walking in the vicinity of 36th and Classen Streets, Oklahoma City, OK, he "picked up" Mr. Hammer because he "thought he was cute" as "a trick." Contrary to his earlier testimony, Mr. Upton says that he voluntarily drove Mr. Hammer to his motel to have sex. At that time, according to Mr. Upton, he was not carjacked or kidnapped nor did Mr. Hammer display a weapon. Upon arriving at the motel, Mr. Upton voluntarily accompanied Mr. Hammer to his room. Once there, Mr. Upton claimed that he had sex with Mr. Hammer, but that he was forced to engage in anal sex against his will. At some point, Mr. Upton told Mr. Hammer that he knew he was an escapee. It was at that time, according to Mr. Upton, that Mr. Hammer retrieved a firearm from a nightstand in the hotel room. Mr. Upton now states that he was not "locked into" the bathroom, although he did go into the bathroom at Mr. Hammer's direction so that Mr. Hammer could make a phone call. The remainder of Mr. Upton's recollection is largely consistent with his prior testimony.

Mr. Upton explained that he lied about some of the circumstances leading up to the shooting, because he was concerned that in 1983, he would be discriminated against by law enforcement because he was a homosexual victim. An FBI 302 is being prepared to memorialize this interview and will be provided to defense counsel expeditiously.

Best regards


Amanda Haines
Trial Attorney
Capital Case Section
Criminal Division, Dept. of Justice
1331 F Street, NW, 3rd Floor
Washington, D.C. 20530