# EXHIBIT 3

 Witness Disclosures (3/14/14)
Haines, Amanda
to:
Anne Saunders, James Moreno, James McHugh, rtravis@riederstravis.com
03/14/2014 11:27 AM
Cc:
"Gurganus, John C. (USAPAM)"
Hide Details

Following up on our conversation yesterday:

On, February 25, 2014, FBI SA Herbst and Trial Attorney Haines met with Lenny Yager at the FBI Regional Office in Memphis, TN. Mr. Yager is a 67 year old heroin addict, currently on probation until 2015, with a pending misdemeanor case. He received a Rule 35 in exchange for his testimony in 1998.

During the course of the interview, Mr. Yager disclosed the following: (1) he "got lucky" on Monday and used heroin in violation of his probation; (2) his last use of heroin was two weeks before that, in violation of his probation; (3) he was only willing to testify if the government did something for him with respect to his pending misdemeanor case and/or probation; and (4) at the time of the offense, the FBI "sent him in" to talk to Mr. Hammer. The admitted heroin use was reported by the FBI to Mr. Yager's Probation Officer on March 3, 2014.

Also, yesterday, March 13, 2014, the government provided to you an FBI302 for Thomas Upton. In the interest of total transparency, I wish to clarify that Mr. Upton agreed to give Mr. Hammer a ride fully intending that they were going to the motel room to have sex. Mr. Upton admitted that he agreed to have sex, but not anal sex, and that is why he views what transpired between them as "a rape."

Best regards,
Amanda Haines
Trial Attorney
Capital Case Section
Criminal Division, Dept. of Justice
1331 F Street, NW, 3rd Floor
Washington, D.C. 20530