**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| v. | : | Honorable Joel H. Slomsky |
| DAVID PAUL HAMMER, | : | Capital Case |
| Defendant | : | |

**ORDER**

AND NOW, this     day of     , 2014, upon consideration of Mr. Hammer's *Motion To Dismiss This Capital Resentencing Because Of The Government's Presentation of Perjured Testimony And Repeated Misconduct In Suppressing A Substantial Volume Of Material Exculpatory And Impeachment Evidence And Its Use Of A Clandestine Agent To Illegally Gather Incriminating Evidence,* it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT

_____
Joel H. Slomsky, U.S.D.J.