

JTY CLERK

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |

### Defendant's Motion to File Exhibits to His Consolidated Fifth Amended/Supplemental Motion Pursuant to 28 U.S. C. § 2255 Under Seal.

Defendant, David Hammer, through counsel, respectfully submits this *Motion to File Exhibits to His Consolidated Fifth Amended/Supplemental Motion Pursuant to 28 U.S. C. § 2255 Under Seal.* and, in support thereof, states the following:

1.    This matter is before this Court for capital re-sentencing following the partial grant of section 2255 relief.  United States v. Hammer, 404 F. Supp. 2d 676, 800 (M.D. Pa. 2005).

2.    Mr. Hammer respectfully requests that the accompanying Exhibits 16, 17, 18, and 19, *Motion to File Exhibits to His Consolidated Fifth Amended/Supplemental Motion Pursuant to 28 U.S. C. § 2255* be filed under seal

1

pursuant to LR 5.2, 5.8 and LCr 49 and attaches the required statement of legal and factual justification.

WHEREFORE, Mr. Hammer respectfully requests that this Court **GRANT** *HIS*

*MOTION TO FILE EXHIBITS TO HIS CONSOLIDATED FIFTH AMENDED/SUPPLEMENTAL*

*MOTION PURSUANT TO 28 U.S. C. § 2255 UNDER SEAL.*

Respectfully submitted,

/S/ RONALD C. TRAVIS
Ronald C. Travis
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA 17703-0215
570-323-8711 (telephone)
570-323-4192 (facsimile)
rtravis@riederstravis.com


/S/ ANNE SAUNDERS
Anne Saunders
Assistant Federal Defender
Federal Public Defender
Middle District Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
717-782-3843 (telephone)
717-782-3966 (facsimile)
anne_saunders@fd.org

/S/ JAMES MORENO
James Moreno
/S/JAMES J. MCHUGH, JR.
James J. McHugh, Jr.
Federal Community Defender
Eastern District Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA 19106
215-928-1100 (telephone)
215-928-0826 (facsimile)
james_mchugh@fd.org
james_moreno@fd.org

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
|  | : |  |
| v. | : | Honorable Joel H. Slomsky |
|  | : |  |
| DAVID HAMMER, | : | Capital Case |
|  | : |  |
| Defendant | : |  |

## STATEMENT OF CONCURRENCE

AND NOW comes David Hammer, through counsel, and, pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Middle District of Pennsylvania, and respectfully states the following:

Counsel for Mr. Hammer hereby certifies that he has consulted with counsel for the government who has indicated that the government concurs in this motion.

Respectfully submitted,

/s/ RONALD C. TRAVIS
Ronald C. Travis
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA 17703-0215
570-323-8711 (telephone)

/s/ JAMES MORENO
/s/ JAMES J. MCHUGH, JR.
James J. McHugh, Jr.
Federal Community Defender
Eastern District Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA 19106
215-928-1100 (telephone)

570-323-4192 (facsimile)
rtravis@riederstravis.com

/s/ ANNE SAUNDERS
Anne Saunders
Assistant Federal Defender
Federal Public Defender
Middle District Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
717-782-3843 (telephone)
717-782-3966 (facsimile)
anne_saunders@fd.org

215-928-0826 (facsimile)
james_mchugh@fd.org
james_moreno@fd.org

## CERTIFICATE OF SERVICE

I, Anne L. Saunders, Esquire, do hereby certify that on this date I served a copy of the foregoing by Electronic Case Filing, or by placing a copy in the United States mail, first class addressed to the following:

John C. Gurganus, Jr. Esquire
United States Attorneys Office
Middle District of Pennsylvania
235 N. Washington Street, Suite 311
PO Box 309
Scranton, PA. 18501

Amanda Haines, Esquire
United States Department of Justice
Criminal Division
1331 F. Street, N.W.
Washington, D.C. 20530

s/ ANNE SAUNDERS
ANNE SAUNDERS, ESQUIRE

Dated: April 3, 2014