## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| v. | : | Honorable Joel H. Slomsky |
| DAVID HAMMER, | : | Capital Case |
| Defendant | : | |

### ORDER

AND NOW, this 4th day of *April*, 2014 upon consideration of Mr. Hammer's *Motion to File Exhibits to His CONSOLIDATED FIFTH AMENDED/SUPPLEMENTAL MOTION PURSUANT TO 28 U.S.C. § 2255 Under Seal*, it is ORDERED and DIRECTED that the Motion is granted.

BY THE COURT

*Joel Slomsky*
Joel H. Slomsky, U.S.D.J.