## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| v. | : | Honorable Joel H. Slomsky |
| DAVID PAUL HAMMER, | : | Capital Case |
| Defendant | : | |

_____:_____

### ORDER

AND NOW, this    day of    , 2014, upon consideration of Mr. Hammer's *Motion to Permit Mr. Hammer to Appear At His Resentencing Hearing Currently Scheduled to Begin on June 2, 2014 Via Videoconferencing From USP-Terre Haute,* it is hereby ORDERED that the Motion is GRANTED.

Mr. Hammer shall be permitted to appear at the resentencing via videoconferencing from USP-Terre Haute currently scheduled to begin on June 2, 2014, and continue Monday through Thursday until the resentencing proceeding is completed.

BY THE COURT

_____
JOEL H. SLOMSKY, U.S.D.J.