UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                      :
                                              :
    -vs-                                      :
                                              :     NO.  4:CR-96-239
DAVID PAUL HAMMER,                            :
         Defendant                            :

GOVERNMENT'S MOTION FOR RECONSIDERATION OF DECISION
TO EXCLUDE EVIDENCE OF ESCAPES

The government, through undersigned counsel, submits its Motion for Reconsideration of Decision to Exclude Evidence of Escapes, and in support thereof, states the following:

On February 28, 2014, this Court filed an opinion granting in part the defendant's motion in limine to exclude certain evidence. The Court ruled inadmissible evidence related to the defendant's escapes in 1981, 1982 and 1983. In its opinion, the Court stated that "should either party desire reconsideration of the rulings, a motion should be filed with supporting exhibits attached. In the alternative, the Court will consider reconsideration requests at the hearing on the evidence before re-sentencing."

For the reasons offered in a brief in support of this motion, the Government moves the Court to reconsider its opinion and submits that the defendant's prior prison escapes should be considered by this Court in determining whether the defendant, David Paul Hammer, presents a future threat of violence.

Attorney James Moreno, counsel for the defendant, was advised of the motion and did not concur.

WHEREFORE, the United States requests this Court to grant reconsideration of its Order and rule that the evidence of prior escapes shall be admissible.

Respectfully submitted,

PETER J. SMITH
United States Attorney

/s/ John C. Gurganus, Jr.
JOHN C. GURGANUS, JR.
Assistant U.S. Attorney

AMANDA HAINES
Trial Attorney
Department of Justice

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on April 15, 2014, he served a copy of the attached:

<u>GOVERNMENT'S MOTION FOR RECONSIDERATION OF DECISION<br>TO EXCLUDE EVIDENCE OF ESCAPES</u>

by electronic filing on counsel for the defendant.

Ronald C. Travis, Esquire
rtravis@riederstravis.com

James J. McHugh, Jr., Esquire
James_McHugh@fd.org

James Moreno, Esquire
James_Moreno@fd.org

Anne Saunders, Esquire
Anne_Saunders@fd.org

/s/ John C. Gurganus, Jr.

<u>April 15, 2014</u>    _____
Date    JOHN C. GURGANUS, JR.
Assistant U.S. Attorney