## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,   :
                          :     No. 4:96-CR-00239

       v.                :

                         :     JUDGE SLOMSKY

DAVID PAUL HAMMER,      :

                         :     Capital Case

        Defendant     :

## ORDER

AND NOW, this ___ day of April, 2014, upon consideration of Mr. Hammer's Motion to File Documents *Ex Parte* and Under Seal, it is ORDERED and DIRECTED that the Motion is Granted.

BY THE COURT:

_____

                                       SLOMSKY, J.