

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |

**DEFENDANT'S MOTION TO FILE DOCUMENTS EX PARTE AND UNDER SEAL.**

Defendant, David Hammer, through counsel, respectfully submits this *Motion to File Documents Ex Parte and Under Seal* and, in support thereof, states the following:

1.    This matter is before this Court for capital re-sentencing following the grant of relief. United States v. Hammer, 404 F. Supp. 2d 676, 800 (M.D. Pa. 2005).

2.    Mr. Hammer respectfully requests that the accompanying document(s) be filed under seal pursuant to Local Rules 5.8 and 49.1(c)(1) and attaches the required statement of legal and factual justification. Mr. Hammer further requests that any hearing on this motion be held ex parte, and that the transcript of any hearing also be sealed and not disclosed to the government.

WHEREFORE, Mr. Hammer respectfully requests that this Court **GRANT** his

*Motion to File Documents Ex Parte and Under Seal.*

Respectfully submitted,

/s/ RONALD C. TRAVIS
Ronald C. Travis
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
570-323-8711 (telephone)
570-323-4192 (facsimile)
rtravis@riederstravis.com

/s/ JAMES MORENO
James J. McHugh, Jr.
Federal Community Defender
Eastern District Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA 19106
215-928-1100 (telephone)
215-928-0826 (facsimile)
james_mchugh@fd.org
james_moreno@fd.org

/s/ ANNE SAUNDERS
Anne Saunders
Assistant Federal Defender
Federal Public Defender
Middle District Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
717-782-3843 (telephone)
717-782-3966 (facsimile)
anne_saunders@fd.org

Date: April 16, 2014