# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| v. | : | Honorable Joel H. Slomsky |
| DAVID  HAMMER, | : | Capital Case |
| Defendant | : | |

## ORDER

AND NOW, this ___ day of _____, 2014 upon consideration of Mr.

Hammer's *Motion to File Documents Ex Parte and Under Seal*, it is ORDERED and

DIRECTED that the Motion is granted.

BY THE COURT

_____

Joel H. Slomsky, U.S.D.J.