UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :
      :
   -vs-      :
      :   NO.   4:CR-96-239
DAVID PAUL HAMMER,      :
      Defendant      :

## O R D E R

AND NOW, this _____ day of April, 2014, it is hereby ordered:

1.   The Government's motion for an extension of time is granted.

2.   The Government's consolidated brief responding to the defendant's motions in limine and other motions for relief (Documents 1640, 1642, 1643, 1645, 1647, 1649, 1651 and 1656) may be filed on or before May 1, 2014.

BY THE COURT

_____
JOEL H. SLOMSKY
UNITED STATES DISTRICT JUDGE