**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID PAUL HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |
| _____ | : | _____ |

**DEFENDANT'S UNOPPOSED MOTION FOR A SEVEN DAY**
**EXTENSION OF TIME TO FILE REPLY TO THE GOVERNMENT'S**
**MOTION FOR RECONSIDERATION OF DECISION TO EXCLUDE**
**EVIDENCE OF ESCAPES**

Defendant, David Paul Hammer, through undersigned counsel, moves for a

seven (7) day extension of time to finish his *Reply* to the *Government's Motion*

*For Reconsideration Of Decision To Exclude Evidence Of Escapes.* This *Motion* is

not opposed by the Government. In support, Defendant states the following:

1.      On February 28, 2014, this Court issued its *Opinion* regarding a

number of motions filed by Mr. Hammer challenging the admissibility of various

aspects of the Government's proposed case and in pertinent part, concluded that

evidence of Mr. Hammer's prior escapes from custody over thirty years ago were

not admissible.

2.      The Government filed its *Motion To Reconsider* on April 15, 2014. Defendant's *Reply* is currently due on April 29, 2014.

3.      This is Defendant's first request for an extension of time within which to file his *Reply* to the Government's reconsideration motion.

4.      Undersigned counsel have been working diligently at completing Defendant's *Reply*.

5.      Defendant's *Reply* is nearing completion and a short amount of time is needed to finish this pleading.

6.      This request is made in good faith and is based on the specific requirements of this important matter.

7.      Counsel has consulted with counsel for the Government who indicated that they are not opposed to this request.

WHEREFORE, Defendant requests a seven (7) day extension of time in which to file his *Reply*, until May 5, 2014.

Respectfully submitted,

/s/  RONALD C. TRAVIS
Ronald C. Travis
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
570-323-8711 (telephone)
570-323-4192 (facsimile)
rtravis@riederstravis.com

/s/ JAMES MORENO
James Moreno
James J. McHugh, Jr.
Federal Community Defender
Eastern District Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA 19106
215-928-1100 (telephone)
215-928-0826 (facsimile)
james_mchugh@fd.org
james_moreno@fd.org

/s/ ANNE SAUNDERS
Anne Saunders
Assistant Federal Defender
Federal Public Defender
Middle District Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
717-782-3843 (telephone)
717-782-3966 (facsimile)
anne_saunders@fd.org

Date: April 24, 2014

## CERTIFICATE OF SERVICE

I, James Moreno, Esquire, do hereby certify that on this date I served a copy of the foregoing by Electronic Case Filing, or by placing a copy in the United States mail, first class addressed to the following:

Amanda Haines, Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

John C. Gurganus, Jr. Esquire
United States Attorneys Office
Middle District of Pennsylvania
235 N. Washington Street, Suite 311
PO Box 309
Scranton, PA. 18501

/S/ James Moreno

James Moreno, Esq.
Assistant Federal Defender

April 24, 2014