# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID PAUL HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 29th day of *April* , 2014, upon consideration of Mr.

Hammer's *Unopposed Motion For A Seven Day Extension To File Reply,* it is

hereby ORDERED:

The Motion is GRANTED. Defendant shall file his *Reply* to the

Government's *Motion For Reconsideration* on or before May 5, 2014.


BY THE COURT


_____

Joel H. Slomsky, J.
District Court Judge