UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| -vs- | : |
| | :  NO.   4:CR-96-239 |
| DAVID PAUL HAMMER, | : |
| | : |
| Defendant | : |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE A
BRIEF IN RESPONSE TO DEFENDANT'S MOTIONS
IN LIMINE AND FOR OTHER RELIEF

The United States of America moves for an extension of time to file a consolidated response to the Defendant's motion in limine and for additional relief.    The following is submitted in support of the motion:

1.    The defendant has filed the following motions:

a.    Motion to Supplement/Amend His Motion to Vacate, Set Aside or Correct the Judgment and Sentence Pursuant to 28 U.S.C. § 2255 In Light of Recent Disclosures By the Government by David Paul Hammer.    (Doc. 1640);

b. Motion to Vacate under 28 U.S.C. 2255 Defendant's Consolidated Motion and Brief in Support to Supplement/Amend His Motion to Vacate, Set Aside or Correct the Judgment and Sentence Pursuant to 28 U.S.C. § 2255 In Light of Recent Disclosures By the Government by David Paul Hammer. (Doc. 1642);

c. Motion in Limine Motion to Preclude the Government from Seeking Death on the Basis of a Prior Conviction and Other Evidence that Was the Product of Perjured Testimony by David Paul Hammer. (Doc. 1643);

d. Motion in Limine to Preclude the Testimony of Leonard Yager by David Paul Hammer. (Doc. 1645).

e. Motion in Limine Motion to Preclude the Admission of Prior Testimony of Stephen Classen by David Paul Hammer.    (Doc. 1647).

f.    Motion to Preclude the Capital Prosecution Where the Governments Capital Authorization and Subsequent Deauthorization Determinations Relied on Convictions and Evidence that Were the Product of Perjured Testimony in Violation of the Fifth and Eighth Amendments by David Paul Hammer.    (Doc. 1649).

g.    Motion To Dismiss This Capital Resentencing Because Of The Governments Presentation of Perjured Testimony And Repeated Misconduct In Suppressing A Substantial Volume Of Material Exculpatory And Impeachment Evidence And Its Use Of A Clandestine Agent To Illegally Gather Incriminating Evidence by David Paul Hammer.    (Doc. 1651).

h.    Motion to Permit Mr. Hammer to Appear for Resentencing Currently Scheduled to Begin on June 2, 2014, via Videoconferencing from USP-Terre Haute. (Doc. 1656).

2.    The allegations contained within the motions have required the scheduling of interviews with a number of individuals that may have information relevant to the issues. Additional interviews are presently scheduled and must be completed before a response can be filed.    Thus, Government counsel require additional time for prepare its response.    It is requested that the time for filing government's consolidated brief responding to the present motions be extended for a period of ten days. (Though making this request, the undersigned intends to file a response to the Videoconferencing motion by Monday, May 5, 2014.)

3.    Counsel for the Defendant, James McHugh, Esquire, has concurred in this motion.

Respectfully submitted,

PETER J. SMITH
United States Attorney

/s/ John C. Gurganus, Jr.

JOHN C. GURGANUS, JR.
Assistant U.S. Attorney

Date: May 1, 2014

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on May 1, 2014, she served a copy of the attached:

GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE A
BRIEF IN RESPONSE TO DEFENDANT'S MOTIONS
IN LIMINE AND FOR OTHER RELIEF

by electronic filing on counsel for the defendant.

Ronald C. Travis, Esquire
rtravis@riederstravis.com

James J. McHugh, Jr., Esquire
James_McHugh@fd.org

James Moreno, Esquire
James_Moreno@fd.org

Anne Saunders, Esquire
Anne_Saunders@fd.org


/s/ Donna Gard-Lengner

May 1, 2014                              _____
Date                                    Donna Gard-Lengner
                                        Paralegal Assistant