## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,   :

                         :    No. 4:96-CR-00239

      v.                 :

                         :    JUDGE SLOMSKY

DAVID PAUL HAMMER,       :

                         :    Capital Case

        Defendant       :

## ORDER

AND NOW, this __ day of _____, 2014, upon consideration of Mr. Hammer's Motion to File Documents *Ex Parte* and Under Seal, it is ORDERED and DIRECTED that the Motion is Granted.

BY THE COURT:

_____

                                  SLOMSKY, J.