UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                                :

                 -vs-                  :
                                                :     NO.   4:CR-96-239

DAVID PAUL HAMMER,              :

                                          :
                     Defendant  :

### GOVERNMENT'S RESPONSE CONCURRING IN DEFENDANT'S MOTION TO APPEAR FOR RESENTENCING VIA VIDEOCONFERENCING FROM USP-TERRE HAUTE

The United States of America hereby responds to the Defendant's Motion to Permit the Defendant to Appear for Resentencing Currently Scheduled to Begin on June 2, 2014, via Videoconferencing from USP-Terre Haute:

1.   The Defendant has filed a motion to permit the Defendant to appear for his resentencing via videoconferencing from USP-Terre Haute.   See Doc. 1656.

2.   The Defendant alleges that he suffers from multiple chronic illnesses, including diabetes, degenerative spine disease, and heart disease, all of which require multiple medications and medical monitoring.   As such, the Defendant submits that transporting him to a different facility may result in disruptions in his medical treatment and further degeneration of his illnesses.

3.   In addition, the undersigned has been advised by Defense Attorney James McHugh that the defense will not have a paralegal, defense attorney, or any other person physically present at USP-Terre Haute during the Defendant's appearance via videoconferencing to further facilitate the Bureau of Prisons maintaining security at its institution.

4.   In light of the above representations and the unique circumstances present in this matter, the government concurs in the Defendant's motion to permit the Defendant to appear for

sentencing via videoconferencing

In doing so, the Bureau of Prisons has requested that the undersigned request that the Court consider concluding each day at approximately 3:30 p.m., to facilitate staffing concerns within the institution, and also entertain brief adjournments should the videoconferencing equipment be necessary for other prisoner related matters.

Respectfully submitted,

PETER J. SMITH
United States Attorney

/s/ John C. Gurganus, Jr.

JOHN C. GURGANUS, JR.
Assistant U.S. Attorney

Date: May 5, 2014

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on May 5, 2014, she served a copy of the attached:

<u>GOVERNMENT'S RESPONSE CONCURRING IN DEFENDANT'S</u>
<u>MOTION TO APPEAR FOR RESENTENCING</u>
<u>VIA VIDEOCONFERENCING FROM USP-TERRE HAUTE</u>

by electronic filing on counsel for the defendant.

Ronald C. Travis, Esquire
rtravis@riederstravis.com

James J. McHugh, Jr., Esquire
James_McHugh@fd.org

James Moreno, Esquire
James_Moreno@fd.org

Anne Saunders, Esquire
Anne_Saunders@fd.org

/s/ Donna Gard-Lengner

<u>May 5, 2014</u>                         _____
Date                                              Donna Gard-Lengner
                                                       Paralegal Assistant