IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

Defendant.

CRIMINAL ACTION
NO. 96-239

## ORDER

**AND NOW**, this 12th day of May 2014, upon consideration of Defendant's Motion to

Permit Mr. Hammer to Appear for Resentencing Currently Scheduled to Begin on June 2, 2014,

via Videoconferencing from USP-Terre Haute (Doc. Nos. 1656, 1657) and the Government's

Response (Doc. No. 1680), it is **ORDERED** that Defendant's Motion to Permit Mr. Hammer to

Appear for Resentencing Currently Scheduled to Begin on June 2, 2014, via Videoconferencing

from USP-Terre Haute (Doc. Nos. 1656, 1657) is **GRANTED**.[1] The resentencing will take

place via videoconference conducted between Philadelphia, Pennsylvania and United States

Penitentiary Terre Haute.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.

---

[1] In the Motion, Defendant requests that his resentencing take place via video conference
between Philadelphia, PA and United States Penitentiary Terre Haute. (Doc. Nos. 1656, 1657.)
Defendant suffers from multiple chronic illnesses and submits that moving to a different facility
for the duration of the resentencing may result in disruptions to his medical treatment and further
degeneration of his illnesses. The Government concurs in the Motion. (Doc. No. 1680 at ¶ 4.)
The Government states that the Bureau of Prisons has requested that the resentencing conclude
each day at 3:30 p.m. to facilitate staffing concerns within the prison, and to allow for brief
adjournments if the video equipment is needed for other prison related matters. The Court agrees
to these conditions.