## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | No. 4:96-CR-00239 |
| v. | : | |
| | : | JUDGE SLOMSKY |
| DAVID PAUL HAMMER, | : | |
| | : | Capital Case |
| Defendant | : | |

## ORDER

AND NOW, this /3 day of _MAY_, 2014, upon consideration of Mr.

Hammer's Motion to File Documents *Ex Parte* and Under Seal, it is ORDERED

and DIRECTED that the Motion is Granted.

BY THE COURT:

_Joel Slomsky_
SLOMSKY, J.