## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |

### ORDER

AND NOW, this /5ᵗʰ day of MAY, 2014 upon consideration of Mr.

Hammer's *Motion to File Documents Ex Parte and Under Seal*, it is ORDERED and

DIRECTED that the Motion is granted.

BY THE COURT

Joel H. Slomsky, U.S.D.J.