## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 

                     :     NO. 4:96-CR-00239

          :

      v.               :

          :     (Judge Slomsky)

DAVID PAUL HAMMER       :

          :     (ELECTRONICALLY FILED)

Defendant              :

## CERTIFICATE OF SERVICE

AND NOW, comes Ronald C. Travis, Esquire, attorney for Defendant Hammer, and certifies that a copy of the foregoing Defendant's Motion to Preclude All Evidence of an Alleged March 19, 1995, Incident that took place at the United States Penitentiary-Lompoc Due to the Government's Failure to Preserve Exculpatory – or at least Potentially Exculpatory – Evidence in Violation of the Fifth, Sixth and Eighth Amendments, has been served upon all counsel of record via ECF this 15th day of May, 2014.

                     RIEDERS, TRAVIS, HUMPHREY, HARRIS, WATERS, WAFFENSCHMIDT & DOHRMANN

                     /s/ Ronald C. Travis, Esquire

                     Ronald C. Travis, Esquire
                     Attorney for Defendant
                     PA ID#: 08819
                     161 West Third Street
                     PO Box 215
                     Williamsport, PA  17703-0215
                     (570) 323-8711 (telephone)
                     (570) 323-4192 (facsimile)
                     rtravis@riederstravis.com