# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | (Judge Slomsky) |
| DAVID PAUL HAMMER | : | |
| | : | (ELECTRONICALLY FILED) |
| Defendant | : | |

## ORDER

Before the Court is a Motion filed by the defense to preclude the presentation of evidence concerning an incident which occurred on March 19, 1995. After consideration of the position of the parties, the Court finds the request to preclude meritorious and same will be granted.

NOW THEREFORE, it is hereby ORDERED:

1)   The Government is precluded from presenting any evidence with regard to the March 19, 1995, incident at USP-Lompoc for any purpose.

BY THE COURT:

_____
SLOMSKY, U.S.D.J.