# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
|  | : |  |
| v. | : | Honorable Joel H. Slomsky |
|  | : |  |
| DAVID PAUL HAMMER, | : | Capital Case |
|  | : |  |
| Defendant | : |  |
| _____ | : | _____ |

## ORDER

AND NOW, this      day of      , 2014, upon consideration of Mr. Hammer's

*Motion to Compel the Government to Provide Mr. Hammer with the Freedom of*

*Information Act ("FOIA") Exempt Documents from Mr. Hammer's Bureau of Prison*

*("BOP")Records,* it is hereby ORDERED that the Motion is GRANTED.

The Government is DIRECTED to provide Mr. Hammer with all FOIA Exempt

documents contained in Mr. Hammer's Bureau of Prison records, including Bureau

of Prison Special Investigative Services records FORTHWITH.

BY THE COURT

_____
Joel H. Slomsky, U.S.D.J.