# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :

          :   No. 4:96-CR-00239

  v.         :

          :   JUDGE SLOMSKY

DAVID PAUL HAMMER,    :

          :   Capital Case

    Defendant   :

## STATEMENT OF NON-CONCURRENCE

In e-mail exchanges, counsel for the Government declined to provide the disclosure of rebuttal witnesses or related documents.

        RIEDERS, TRAVIS, HUMPHREY, HARRIS,
          WATERS & WAFFENSCHMIDT

        /s/ Ronald C. Travis, Esquire

        Ronald C. Travis, Esquire
        Attorney for Defendant
        PA ID#:  08819
        161 West Third Street
        PO Box 215
        Williamsport, PA  17703-0215
        (570) 323-8711 (telephone)
        (570) 323-4192 (facsimile)
        rtravis@riederstravis.com