## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,  :

:   No. 4:96-CR-00239

v.   :

:   JUDGE SLOMSKY

DAVID PAUL HAMMER,   :

:   Capital Case

Defendant   :

## ORDER

THIS MATTER came before the Court on Defendant's Motion for Disclosure of Government's Rebuttal Witnesses and information.   Having considered the position of the parties, the Court finds that this motion should be granted.

IT IS SO ORDERED.

BY THE COURT:

_____
SLOMSKY, J.