## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,  :

                           :     No. 4:96-CR-00239

       v.                :

                           :     JUDGE SLOMSKY

DAVID PAUL HAMMER,       :

                           :     Capital Case

        Defendant     :

## BRIEF IN SUPPORT OF MOTION FOR DISCLOSURE OF GOVERNMENT REBUTTAL WITNESSES AND INFORMATION

The disclosure requested in the Motion is necessary and required in order to protect and preserve Mr. Hammer's Fifth and Sixth Amendment rights to confrontation, cross-examination, to present a defense and his right to a fair trial. *See, e.g., United States vs. Stitt,* 760 Fed.Sup.2d 570, 581-82 (E.D. Va. 2010); *United States vs. Mills,* 446 Fed.Sup.2d 1115, 1130-31 (C.D. Cal. 2006). The requested information is also required in order to preserve and protect Mr. Hammer's Eighth Amendment rights to heightened reliability required in capital cases. *Lockett vs. Ohio,* 438 U.S. 586, 604 (1978), 18 U.S.C. §3593(c).

Absent timely disclosure of evidence the government intends to present in rebuttal, Mr. Hammer will be unable to fully and adequately investigate and litigate issues or relevancy, materiality and admissibility under the Federal Death Penalty Act, (see 18 U.S.C. §3593(c)), the Federal Rules, and the Fifth and Eighth

Amendments. Accordingly, disclosure of the requested information regarding any and all expected rebuttal evidence is appropriate and required.

Further, with respect to Rebuttal Witness Dodrill, as noted in the Motion, there has been significant litigation concerning the defense request to secure from the BOP copies of certain information. With respect to a number of the items which the defense sought, the government presented to the Court that no such records are maintained by the BOP and also represented that the government would not be producing documents or seeking to introduce the substance of those documents during the course of the hearing.

Based upon these representations the Court either treated the defense request as moot or the defense withdrew the request. Requiring the Government to produce the documents which it would propose to use in conjunction with the testimony of Mr. Dodrill will enable both the defense and the Court to make the threshold determination of whether the proposed information includes any of the information which the Government represented it would not attempt to put before the fact finder at the time of hearing. It would also provide both the defense and the Court with an opportunity to assess the relevance and materiality of the proposed evidence under the FDPA, the Federal Rules and the Fifth and Eighth Amendments.

## CONCLUSION

For the reasons as more fully set forth in the Motion and this supporting brief, the relief requested on behalf of Defendant Hammer should be granted with respect to rebuttal witnesses generally and also the specific requests made with respect to the testimony of Mr. Dodrill also should be granted.

Respectfully submitted,

s/ Ronald C. Travis, Esquire
Ronald C. Travis, Esquire
Rieders, Travis, Humphrey, Harris,
Waters, Waffenschmidt & Dohrmann
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

/s/ Anne Saunders, Esquire
Anne Saunders, Esquire
Assistant Federal Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Ste. 300
Harrisburg, PA  17101
(717) 782-3843 (telephone)
(717) 782-3966 (facsimile)
Anne_Saunders@fd.org

/s/ James McHugh, Esquire
James McHugh, Esquire
James Moreno, Esquire
Federal Community Defender
Eastern District of Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA  19106
(215) 928-1100 (telephone)
(215) 928-0826 (facsimile)
James_McHugh@fd.org
James_Moreno@fd.org

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :

                      :      NO. 4:96-CR-00239

                      :

       v.             :

                      :      (Judge Slomsky)

DAVID PAUL HAMMER      :

                      :      (ELECTRONICALLY FILED)

Defendant                 :

## CERTIFICATE OF SERVICE

AND NOW, comes Ronald C. Travis, Esquire, attorney for Defendant Hammer, and certifies that a copy of the foregoing Brief in Support Motion to Disclosure of Government Rebuttal Witnesses and Information, has been served upon all counsel of record via ECF this 16th day of May, 2014.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
WATERS, WAFFENSCHMIDT & DOHRMANN

/s/ Ronald C. Travis, Esquire

Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#: 08819
161 West Third Street
PO Box 215
Williamsport, PA 17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

4