**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA,   :
                                    :    No. 4:96-CR-00239

        v.                         :

DAVID PAUL HAMMER,        :    JUDGE SLOMSKY

                             :    Capital Case

       Defendant        :

## ORDER

Pending before the Court is a defense Motion to present the testimony of Mark Donatelli, Esquire, at the resentencing trial. After consideration of the positions of the parties, the Court finds the request to be meritorious and same will be granted.

NOW THEREFORE, it is hereby ORDERED:

1)   At the time of the resentencing hearing David Paul Hammer may call Mark Donatelli, Esquire, to testify in accordance with the purposes as set forth in the Motion.

BY THE COURT:

_____
SLOMSKY, U.S.D.J.