UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,      :
                               :      No. 4:96-CR-00239
        v.                     :
                               :      JUDGE SLOMSKY
DAVID PAUL HAMMER,             :
                               :      Capital Case
        Defendant              :

**DEFENDANT'S MOTION FOR TELEPHONE ACCESS DURING
RESENTENCING HEARING TO BEGIN ON JUNE 2, 2014**

AND NOW, this 22nd day of May, 2014, comes Defendant Hammer, through

counsel, and submits the instant Motion, and in support thereof asserts as follows:

1.     The resentencing hearing is currently scheduled to begin on June 2,

2014.

2.     The Court has previously approved, on Motion of the Defendant, that

he be permitted to participate in the resentencing hearing via videoconferencing.

3.     The videoconferencing set up will have the Defendant located at the

United States Penitentiary in Terre Haute, Indiana, while the hearing is ongoing in

Philadelphia, Pennsylvania.

4.     Before the Motion to allow Mr. Hammer to appear by

videoconferencing was filed, defense counsel learned that there have been other

occasions when the videoconferencing equipment at the institution in Terre Haute

has been used for hearings involving individuals who reside on the death row unit.

5.   The defense team was of the understanding that on other occasions where inmates have participated in the videoconferencing that a telephone has been available in the videoconferencing room to enable the inmate to contact the attorneys in the courtroom or for the attorneys in the courtroom to contact the inmate where there is a need to discuss privately issues which arose during the hearing.

6.   The defense team for Mr. Hammer assumed that the availability of a phone to allow for verbal interaction between defense team members and the client would be part of the videoconferencing set up.

7.   On May 21, 2014, the defense team was advised by the client that he has been told there will be no telephone access automatically set up but rather that the defense team needed to file a motion requesting the Court enter an Order directing that telephone access accommodations be set up in conjunction with the videoconference participation by Mr. Hammer in the resentencing hearing.

8.   Clearly, there is a need for the defense team to have access to Mr. Hammer during the ongoing resentencing hearing and therefore the instant Motion is being filed.

9.   The defense team for Mr. Hammer was in contact with Trial Attorney Haines and Assistant United States Attorney Gurganus requesting a concurrence in

the instant Motion and, as of the time the instant Motion is being dictated for filing, no response has been received from either representative of the Government.

10. The defense team for Mr. Hammer believes that the discretion afforded to the Court with respect to conducting the resentencing hearing would authorize the Court to enter an Order directing that the Bureau of Prisons have available in the videoconferencing room a telephone so that the defense team has telephone access to Mr. Hammer during the resentencing hearing.

11. Since the Motion is addressed to the discretion of the Court concerning the manner in which the resentencing hearing will be conducted, especially with respect to communications between Mr. Hammer and the defense team, counsel will not be submitting a brief in support of the instant Motion.

WHEREFORE, it is respectfully requested that the Court enter an Order directing that the Bureau of Prisons make appropriate arrangements for the presence of a telephone in the videoconferencing room at United States Penitentiary – Terre Haute during the resentencing hearing in the instant case.

Respectfully submitted,

s/ Ronald C. Travis, Esquire
Ronald C. Travis, Esquire
Rieders, Travis, Humphrey, Harris,
Waters, Waffenschmidt & Dohrmann
161 West Third Street
PO Box 215

/s/ Anne Saunders, Esquire
Anne Saunders, Esquire
Assistant Federal Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Ste. 300

Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

/s/ James McHugh, Esquire
James McHugh, Esquire
James Moreno, Esquire
Federal Community Defender
Eastern District of Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA  19106
(215) 928-1100 (telephone)
(215) 928-0826 (facsimile)
James_McHugh@fd.org
James_Moreno@fd.org

Harrisburg, PA  17101
(717) 782-3843 (telephone)
(717) 782-3966 (facsimile)
Anne_Saunders@fd.org

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | JUDGE SLOMSKY |
| DAVID PAUL HAMMER | : | |
| | : | Capital Case |
| Defendant | : | |

## CERTIFICATE OF SERVICE

AND NOW, comes Ronald C. Travis, Esquire, attorney for Defendant Hammer, and certifies that a copy of the foregoing Defendant's Motion for Telephone Access during Resentencing Hearing, has been served upon all counsel of record via ECF this 22nd day of May, 2014.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
WATERS, WAFFENSCHMIDT & DOHRMANN

/s/ Ronald C. Travis, Esquire
Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#: 08819
161 West Third Street
PO Box 215
Williamsport, PA 17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
**rtravis@riederstravis.com**