# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    :

                                  :      No. 4:96-CR-00239

    v.                   :

                                    :      JUDGE SLOMSKY

DAVID PAUL HAMMER,        :

                                    :      Capital Case

        Defendant      :

## STATEMENT OF NON-CONCURRENCE

Undersigned counsel certifies that as of the time the instant Motion was completed and ready for filing no response from Trial Attorney Haines or AUSA Gurganus had been received concerning the request for concurrence in the instant Motion.

                         RIEDERS, TRAVIS, HUMPHREY, HARRIS,
                         WATERS, WAFFENSCHMIDT & DOHRMANN

                         /s/ Ronald C. Travis, Esquire
                         Ronald C. Travis, Esquire
                         Attorney for Defendant
                         PA ID#: 08819
                         161 West Third Street
                         PO Box 215
                         Williamsport, PA  17703-0215
                         (570) 323-8711 (telephone)
                         (570) 323-4192 (facsimile)
                         rtravis@riederstravis.com