**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA,    :
:    No. 4:96-CR-00239
v.    :
:    JUDGE SLOMSKY
DAVID PAUL HAMMER,    :
:    Capital Case
Defendant    :

## ORDER

The resentencing hearing in the instant case, scheduled to start on June 2, 2014, will have Mr. Hammer observing and participating via videoconferencing from United States Penitentiary at Terre Haute.

The defense team has filed a Motion requesting that the Court order the Bureau of Prisons to have available to Mr. Hammer a telephone on which he can call his defense team or on which his defense team can call him in conjunction with the resentencing proceedings.

The Court finds the request meritorious and therefore it is hereby ORDERED:

1)    The United States Penitentiary Terre Haute shall make appropriate arrangements to have a telephone available in its videoconferencing room during the resentencing proceedings in the instant case.

2)    During the course of the resentencing hearing, Mr. Hammer may use the telephone for the purpose of contacting his defense team as necessary.

3)    United States Penitentiary Terre Haute will provide to Mr. Hammer's defense team a telephone number and extension which may be called by the defense team if it is deemed necessary by the defense team to converse with Mr. Hammer during the ongoing resentencing hearing.

BY THE COURT:

_____
SLOMSKY, U.S.D.J.