IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

THE STATE OF OKLAHOMA,     )
              Plaintiff,   )
      vs.           )      NO. CRF-84-1310
DAVID PAUL HAMMER,     )
              Defendant.   )

## MOTION IN LIMINE

COMES NOW the State of Oklahoma and moves this court to admonish the defense attorney not to mention personally or through his witnesses the fact that the victim, Thomas Upton, or any of the state's witnesses have, at any time, engaged in homosexual activities as this is not relevant to any issue before the Court.

ROBERT H. MACY
DISTRICT ATTORNEY

BY: _Lou Keel_
LOU KEEL
Assistant District Attorney