FD-302 (Rev. 5-8-10)

-1 of 1-



## FEDERAL BUREAU OF INVESTIGATION

Date of entry _____05/19/2014_____

LOU KEEL, who is familiar with the interviewing agent and Department of Justice (DOJ) attorney AMANDA HAINES was interviewed on the fourth floor of the OKLAHOMA COUNTY COURTHOUSE in downtown Oklahoma City, Oklahoma. HAINES was also present for the interview. KEEL provided the following information:

KEEL ran into SCOTT ROWLAND that morning, in the courthouse, who advised him that HAINES wanted to meet with him and what HAINES wanted to discuss.

KEEL does not remember coming into contact with THOMAS UPTON in the witness room, or anywhere else, in 1998, in Scranton, Pennsylvania, while he was in Scranton for the death penalty phase of DAVID HAMMER's case.

Investigation on  05/14/2014  at  Oklahoma City, Oklahoma, United States (In Person)

File #  90A-PH-79493                                              Date drafted  05/15/2014

by  Douglas Samuels

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.