FD-302 (Rev. 5-8-10)

- 1 of 2 -

OFFICIAL RECORD
Document partially has been digitally signed.
All signatures have been verified by a
certified FBI information system.

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    05/13/2014

On 5/1/2014, MARK TRAXLER, ████████████████████ was interviewed by Agent Faith E. Greenawalt, Federal Bureau of Investigation, and USDOJ Capital Unit Attorney Amanda Haines, ████████████████ After being provided the identities of the interviewing Agent and Attorney, and the nature of the interview, TRAXLER identified the following:

LENARD YAEGER was an orderly in the seg unit at Allenwood Prison and was working as a source for RON JURY. YAEGER was issued a confidential informant number which was kept in a safe in the Warden's office. The Warden was the only individual with access to the safe and the confidential source information. YAEGER was a very reliable source and had free reign to walk throughout the unit and socialize with the inmates. TRAXLER does not remember tasking YAEGER to find information about DAVID HAMMER but stated it was possible that YAEGER could have been used to obtain information from HAMMER in the days after the murder of ANDREW MARTI. If YAEGER was used to obtain information from HAMMER, this information would not have been kept in a log or documented, as TRAXLER and his co-workers had free reign to do what they needed concerning the use of inmates. The only log the prison kept was a log that tracked when inmates were transferred to different facilities.

TRAXLER remembered a letter referencing the seven reasons why HAMMER killed MARTI but TRAXLER did not remember YAEGER giving this letter to TRAXLER. If YAEGER had shown TRAXLER the letter, TRAXLER would have taken the letter into his (TRAXLER) possession and documented that he (TRAXLER) received the letter. TRAXLER said it was possible that YAEGER was interviewed every day following the murder of MARTI. If YAEGER was interviewed, this information would have been documented, along with any evidence, hand-written notes, and interviews, associated with the investigation, in the SIS file, ALP file number 6046, kept at Allenwood Prison.

TRAXLER does not remember how the letter from HAMMER, to inmate STEVE CLASSEN, was obtained. It was possible YAEGER provided the letter to JOHN BELL and BELL provided the letter to TRAXLER. Anything TRAXLER obtained concerning HAMMER was provided to Special Agent ANTHONY MALOCU. The

| Investigation on | 05/01/2014 | at | ████████████████████ |
|---|---|---|---|

File # 90A-PH-79493

Date drafted    05/09/2014

by GREENAWALT FAITH E

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

90A-PH-79493

Continuation of FD-302 of  Interview - MARK TRAXLER _____ , On  05/01/2014  , Page  2 of 2

interaction between YAEGER, BELL, and TRAXLER would not have been documented, as the interception of letters, and any interception of letters by officers working in the unit, happened every day. If TRAXLER had received a letter involving HAMMER, TRAXLER should have documented that in the file.

HAMMER was TRAXLER's source and TRAXLER had interaction with HAMMER on a daily basis. TRAXLER thought HAMMER killed MARTI for attention. Even though HAMMER said MARTI disrespected HAMMER a year before the murder, TRAXLER did not believe this was motivation for HAMMER.

TRAXLER described MARTI as a "cocky, gang banger, who ran his (MARTI) mouth." TRAXLER believed MARTI was "slow," which was why MARTI let HAMMER tie him (MARTI) up. HAMMER had a history of taking hostages and TRAXLER believed HAMMER could have easily persuaded MARTI to play along in another hostage situation.

[Agent Note: At the conclusion of the interview, writer served TRAXLER with a trial subpoena, requesting TRAXLER's appearance in Philadelphia. End note.]