FILED
WILLIAMSPORT

MAY 27 2014

PER_____
DEPUTY CLERK

UNDER SEAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | (Judge Slomsky) |
| DAVID PAUL HAMMER | : | |
| | : | |
| Defendant | : | |

## COUNSEL FOR DAVID HAMMER'S MOTION FOR AN ORDER PERMITTING THE DEFENDANT TO FILE DOCUMENT(S) UNDER SEAL

Comes now, David Hammer, through Counsel Ronald C. Travis, Esquire, and hereby submits this Motion pursuant to LCrR 49.1 for an Order permitting Mr. Hammer to file a Motion under seal. In support of this Motion, Counsel refers to the facts outlined in the accompanying document.

WHEREFORE, it is respectfully requested that Counsel for David Hammer be permitted to file a Motion under seal.

RIEDERS, TRAVIS, HUMPHREY, HARRIS,
WATERS & WAFFENSCHMIDT

Ronald C. Travis
_____
Ronald C. Travis, Esquire
Attorney for Defendant