

FILED

MAY 2 7 2014

PER

HARRISBURG, PA    DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

|                            |   |                            |
|----------------------------|---|----------------------------|
| UNITED STATES OF AMERICA,  | : | No. 4:96-CR-239            |
|                            | : |                            |
| v.                         | : | Honorable Joel H. Slomsky  |
|                            | : |                            |
| DAVID HAMMER,              | : | Capital Case               |
|                            | : |                            |
| Defendant                  | : |                            |

**DAVID HAMMER'S MOTION FOR SUBPOENAS**

AND NOW comes the defendant, David Paul Hammer, through undersigned counsel and files this Motion for Subpoenas and in support thereof, states the following:

1.      Mr. Hammer's capital re-sentencing hearing is scheduled to commence on June 2, 2014.

2.      Counsel respectfully asks this Court to issue a subpoena pursuant to Federal Rule of Criminal Procedure 17, and requests an order permitting an authorized representative of the Federal Public Defender's Office to serve the subpoenas on the individuals listed in the attached schedule. *See* Fed. Rules Cr. Proc. Rule 17, 18 U.S.C.A.

3.      Officer James Boone of USP Allenwood will testify that, contrary to

Mr. Hammer's statement shortly after the death of Mr. Marti, that he had not been forewarned that Hammer was going to assault Marti and that this aspect of Hammer's confession is false.

4.    Officer Larry Hicks and Unit Manager Frank Passinetti will testify that Mr. Yager never told them that Marti should not be celled with Hammer because Hammer would kill him, as reported by Yager.

5.    Dr. John Mitchell, a psychologist at USP Allenwood, will testify about his counseling efforts with Mr. Hammer and the information he learned, prior to Mr. Marti's murder, about Mr. Hammer's family history.

6.    FBI Special Agent Herbst will testify about his interactions with Mr. Leonard Yager during a recent interview that was not memorialized in a 302 statement. A subpoena duces tecum is also being sought for Agent Herbst.

7.    Mr. Hammer has been found to be indigent by the Court and lacks income to pay the costs of service of the subpoenas or the cost of travel for the witnesses, and therefore requests that costs be borne by the government.

8.    Mr. Hammer respectfully requests that the subpoenas require the persons to appear before the Honorable Joel H. Slomsky, United States District Court Judge, on the dates specified in the attached schedule, and thereafter, until their testimony is taken.

Respectfully Submitted,

/s/ RONALD C. TRAVIS
Ronald C. Travis
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
570-323-8711 (telephone)
570-323-4192 (facsimile)
rtravis@riederstravis.com


/s/ ANNE SAUNDERS
Anne Saunders
Assistant Federal Defender
Federal Public Defender
Middle District Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
717-782-3843 (telephone)
717-782-3966 (facsimile)
anne_saunders@fd.org

/s/ JAMES MORENO
James Moreno
/s/ JAMES MCHUGH
James J. McHugh, Jr.
Federal Community Defender
Eastern District Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA 19106
215-928-1100 (telephone)
215-928-0826 (facsimile)
james_mchugh@fd.org
james_moreno@fd.org


Dated: May 26, 2014

## CERTIFICATE OF SERVICE

I, James Moreno, Esquire, do hereby certify that on this date I served a copy of the foregoing by Electronic Case Filing, or by placing a copy in the United States mail, first class addressed to the following:

John C. Gurganus, Jr. Esquire
United States Attorneys Office
Middle District of Pennsylvania
235 N. Washington Street, Suite 311
PO Box 309
Scranton, PA. 18501

Amanda Haines, Esquire
United States Department of Justice
Criminal Division
Capital Case Section
1331 F. Street, N.W.
Washington, D.C. 20530

/S/JAMES MORENO, ESQUIRE
James Moreno, Esquire

Dated: May 26, 2014