

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |

## MOTION FOR SUBPOENA AND
## SUBPOENA DUCES TECUM OF GOVERNMENT EMPLOYEES
## WARDEN JOHN F. CARAWAY OF UNITED STATES PENITENTIARY
## AT TERRE HAUTE, AND WARDEN DONNA ZICKEFOOSE OF UNITED
## STATES PENITENTIARY AT ALLENWOOD AND FBI SPECIAL AGENT
## HERBST.

AND NOW comes the defendant, David Paul Hammer, through undersigned counsel and files this Motion for Subpoena and Subpoena Duces Tecum of Government Employee, Warden John F. Caraway and Warden Donna Zickefoose and in support thereof, states the following:

1.     Mr. Hammer's capital re-sentencing hearing is scheduled to commence on June 2, 2014.

2.     In order to adequately and constitutionally represent Mr. Hammer, the file and records of Mr. David Paul Hammer, No. 24507-077, are necessary to the presentation of an adequate defense.

3.     Additionally, in order to adequately and constitutionally represent Mr. Hammer, the file and records of Mr. Andrew Marti, No. 58008-065, are necessary to the presentation of an adequate defense.

4.     Mr. Hammer also requests the notes, memoranda, email(s) and any other documentation by Special Agent Herbst, who recently interviewed Leonard Yager but did not generate a 302.

5.     Notice is given and this request is made pursuant to 28 C.F.R. §16 et seq. Production or Disclosure of Material Information.

6.     It is requested that the witnesses produce the requested duces tecum evidence at the Federal District Court, Federal Building, 601 Walnut Street, Philadelphia, PA., Judge Slomsky's courtroom, on June 2, 2014.

Respectfully Submitted,


/s/ RONALD C. TRAVIS
Ronald C. Travis
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA 17703-0215
570-323-8711 (telephone)
570-323-4192 (facsimile)
rtravis@riederstravis.com


/s/ ANNE SAUNDERS

/s/ JAMES MORENO
James Moreno
/s/ JAMES MCHUGH
James J. McHugh, Jr.
Federal Community Defender
Eastern District Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA 19106
215-928-1100 (telephone)
215-928-0826 (facsimile)
james_mchugh@fd.org
james_moreno@fd.org

Anne Saunders
Assistant Federal Defender
Federal Public Defender
Middle District Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
717-782-3843 (telephone)
717-782-3966 (facsimile)
anne_saunders@fd.org

Dated: May 26, 2014

## CERTIFICATE OF SERVICE

I, James Moreno, Esquire, do hereby certify that on this date I served a copy of the foregoing by Electronic Case Filing, or by placing a copy in the United States mail, first class addressed to the following:

John C. Gurganus, Jr. Esquire
United States Attorneys Office
Middle District of Pennsylvania
235 N. Washington Street, Suite 311
PO Box 309
Scranton, PA. 18501

Amanda Haines, Esquire
United States Department of Justice
Criminal Division
Capital Case Section
1331 F. Street, N.W.
Washington, D.C. 20530

/S/JAMES MORENO, ESQUIRE
James Moreno, Esquire

Dated: May 26, 2014