

FILED

MAY 2 7 2014

PER
HARRISBURG, PA   DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2014, upon consideration of

Defendant's Motion for a Subpoena and Subpoena Duces Tecum, **IT IS HEREBY**

**ORDERED** that the motion is **GRANTED**.

**IT IS ORDERED** that the said subpoena shall order Warden John F

Caraway, an employee of Bureau of Prisons at the United States Penitentiary at

Terre Haute or an appropriate designee, to appear in United States District Court,

Federal Building, 601 Walnut Street, Judge Slomsky's courtroom, at 9:30 a.m. on

June 2, 2014; and

**IT IS ORDERED** that the said subpoena shall order Warden Donna

Zickefoose, an employee of Bureau of Prisons at the United States Penitentiary at

1

Allenwood or an appropriate designee, to appear in United States District Court,
Federal Building, 601 Walnut Street, Judge Slomsky's courtroom, at 9:30 a.m. on
June 2, 2014; and

**IT IS SO ORDERED** that the said subpoenas shall order Officer James
Boone, USP Allenwood; Office Larry Hicks, USP Allenwood; Unit Manager
Frank Passinetti, USP Allenwood; and Dr. John Mitchell, USP Allenwood, to
appear in te United States District Court, Federal Building, 601 Walnut Street,
Judge Slomsky's courtroom, at 9:30 a.m. on June 2, 2014, and thereafter until their
testimony is complete.

The subpoenas may be issued and served by the Federal Public
Defender's Office.  The costs incurred with the subpoenas shall be borne by the
government.

BY THE COURT:

_____
JOEL H. SLOMSKY
UNITED STATES DISTRICT COURT

**SCHEDULE OF SUBPOENAS**

| | |
|---|---|
| Officer James Boone<br>USP Allenwood<br>Rt. 15<br>Allenwood, PA  17810 | To appear on June 2, 2014, @ 9:30 am, and thereafter |
| Officer Larry Hicks<br>USP Allenwood<br>Rt. 15<br>Allenwood, PA  17810 | To appear on June 2, 2014, @ 9:30 am, and thereafter |
| Unit Manager Frank Passinetti<br>USP Allenwood<br>Rt. 15<br>Allenwood, PA  17810 | To appear on June 2, 2014, @ 9:30 am, and thereafter |
| FBI Special Agent Herbst<br>FBI Regional Office<br>Memphis, TN | To appear on June 2, 2014, @ 9:30 am, and thereafter |
| Dr. John Mitchell<br>USP Allenwood<br>Rt. 15<br>Allenwood, PA  17810 | To appear on June 2, 2014, @ 9:30 am, and thereafter |
| Warden John F. Caraway<br>USP Terre Haute<br>4700 Bureau Road South<br>Terre Haute, IN 47802 | To appear on June 2, 2014, @ 9:30 am, and thereafter and bring with him all records for inmate David Paul Hammer, #24507-077. |
| Warden Donna Zickefoose<br>USP Allenwood<br>Rt. 15<br>Allenwood, PA  17810 | To appear on June 2, 2014, @ 9:30 am, and thereafter and bring with him all records for former inmate Andrew Marti, #58008-065. |
| | |
| | |
| | |