IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

Defendant.

CRIMINAL ACTION
NO. 96-239

## ORDER

**AND NOW**, this 29th day of May 2014, upon consideration of Defendant's Motion for Telephone Access During Resentencing Hearing to Begin on June 2, 2014 (Doc. No. 1699), it is **ORDERED** that Defendant's Motion for Telephone Access During Resentencing Hearing to Begin on June 2, 2014 (Doc. No. 1699) is **DENIED**.[1]

BY THE COURT:

JOEL H. SLOMSKY, J.

---

[1] Defendant requested, and the Court has Ordered, that he be allowed to participate in the upcoming resentencing hearing via videoconference between the United States Penitentiary in Terre Haute, Indiana and the Eastern District of Pennsylvania Courthouse. Defendant now requests telephone access between Terre Haute and the courtroom to enable him to communicate with defense counsel. The Court has been informed by the IT personnel at the courthouse that no such telephone access is available. Should Defendant need to speak with defense counsel, he should so indicate during the videoconference, and the Court will then clear the courtroom to enable communication via videoconference.