UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-00239 |
| v. | : | |
| | : | JUDGE SLOMSKY |
| DAVID PAUL HAMMER, | : | |
| | : | Capital Case |
| Defendant | : | |

## SUPPLEMENTAL MOTION FOR SUBPOENAS FOR EMPLOYEES OF THE FEDERAL BUREAU OF PRISONS TO APPEAR AND TESTIFY AT THE SENTENCING HEARING

AND NOW, comes Defendant Hammer, through counsel, and files the instant Supplemental Motion for Subpoenas of Employees of the Federal Bureau of Prisons, and in support thereof asserts as follows:

1.     Mr. Hammer's capital resentencing hearing is scheduled to commence on June 2, 2014.

2.     The defense team has previously filed a request for the issuance of subpoenas with respect to certain previously identified Bureau of Prisons employees.

3.     The Court has previously authorized the issuance and service of these requested subpoenas.

4.    Mr. Hammer has been found to be indigent by this Court and lacks the income to pay the cost of service of the requested subpoenas, the cost of travel for the witnesses, and incidental expenses incurred by the witnesses, including food.

5.    After the previous subpoena request was submitted to the Court, further analysis of the case to be presented by the Government in seeking the imposition of a sentence of death, and further consideration of the defense mitigation themes lead to the identification of the individuals set forth in the instant Motion as individuals who should be subpoenaed so that there are available to provide testimony in Court.

6.    The defense team requests that the Court issue the requested subpoenas pursuant to FRCP 17, and further request an Order permitting an authorized representative of the Federal Public Defender's Office to serve the issued subpoenas on the identified individuals.

7.    The individuals for whom subpoenas are requested are as follows:

   a) John S. Edwards who is employed at the Special Confinement Unit at USP-Terre Haute as a counselor and who essentially has daily interaction with Mr. Hammer.

   b) Cory Shepard who is also employed at the Special Confinement Unit at USP-Terre Haute and who has frequent interaction with Mr. Hammer on various subject matters and has also observed his actions and deeds while confined in the SHU.

   c) Chaplin Bonham who is currently employed by the BOP at the Terre Haute Complex and who has had numerous interactions with

Mr. Hammer and numerous opportunities to observe Mr. Hammer's conduct while housed at the SHU in Terre Haute.

d) Chaplin Bill Lang whose present duty station with the BOP is unknown to Mr. Hammer, but previously Chaplin Lang served in the capacity as Chaplin at the Terre Haute Complex and while serving in that capacity had numerous interactions with Mr. Hammer.

e) Unknown Lieutenant #1, a Bureau of Prisons employee who oversaw and participated in the transportation of Mr. Hammer from the SHU to an outside hospital so that Mr. Hammer could be examined, evaluated and treated with respect to medical issues. Although the name of this officer is currently unknown, the defense team is in the process of reviewing relevant medical records to identify this particular individual for purposes of service of subpoenas. This individual would be in a position to speak concerning the security employed during the transportation of Mr. Hammer, and further testify concerning his interactions with Mr. Hammer during this medical trip, and the fact that there were no attempts to breach security by Mr. Hammer.

f) Unknown Lieutenant #2. This officer whose name is currently unknown, but is being looked for, would be able to testify concerning a different medical trip he supervised and participated in. The testimony given by this unknown officer will be consistent with the testimony given by Unknown Lieutenant #1.

WHEREFORE, Mr. Hammer respectfully requests that subpoenas for the above individuals be issued with authorization for the Federal Public Defender's Office to make service of the subpoenas on the individuals.

Respectfully submitted,

s/ Ronald C. Travis, Esquire
Ronald C. Travis, Esquire
Rieders, Travis, Humphrey, Harris,

/s/ Anne Saunders, Esquire
Anne Saunders, Esquire
Assistant Federal Defender

3

Waters, Waffenschmidt & Dohrmann
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com


/s/ James McHugh, Esquire
James McHugh, Esquire
James Moreno, Esquire
Federal Community Defender
Eastern District of Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA  19106
(215) 928-1100 (telephone)
(215) 928-0826 (facsimile)
James_McHugh@fd.org
James_Moreno@fd.org

Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Ste. 300
Harrisburg, PA  17101
(717) 782-3843 (telephone)
(717) 782-3966 (facsimile)
Anne_Saunders@fd.org

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. 4:96-CR-00239 |
| | : | |
| v. | : | |
| | : | JUDGE SLOMSKY |
| DAVID PAUL HAMMER | : | |
| | : | Capital Case |
| Defendant | : | |

## CERTIFICATE OF SERVICE

AND NOW, comes Ronald C. Travis, Esquire, attorney for Defendant Hammer, and certifies that a copy of the foregoing Defendant's Supplemental Motion for Subpoenas for Employees of the Federal Bureau of Prisons to Appear and Testify, has been served upon all counsel of record via ECF this 20th day of May, 2014.

> RIEDERS, TRAVIS, HUMPHREY, HARRIS, WATERS, WAFFENSCHMIDT & DOHRMANN
>
> /s/ Ronald C. Travis, Esquire
> _____
> Ronald C. Travis, Esquire
> Attorney for Defendant
> PA ID#: 08819
> 161 West Third Street
> PO Box 215
> Williamsport, PA 17703-0215
> (570) 323-8711 (telephone)
> (570) 323-4192 (facsimile)
> rtravis@riederstravis.com