# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :
                            :
                            :
        -vs-                :
                            :    NO.  4:CR-96-239
                            :
DAVID PAUL HAMMER,          :
                            :
        Defendant           :

## GOVERNMENT'S OPPOSITION TO DAVID HAMMER'S MOTION FOR SUBPOENAS AND SUBPOENA DUCES TECUM

Defendant Hammer has filed a Motion for Subpoenas and Subpoena Duces Tecum seeking (1) his file and records from United States Penitentiaries at Terre Haute and Allenwood; (2) the file and records of Andrew Marti; and (3) the notes, memoranda, emails and any other documentation by Special Agent Herbst, who attended an interview of Leonard Yager.  These documents, to the extent they exist, have been provided to the defense on multiple times in multiple formats.  Accordingly, this request should be denied as moot.

First, counsel for the defense has been to USP-Terre Haute to review Mr. Hammer's Bureau of Prison records, with the exception of

1

the FOIA exempt files.   Copies were made of the documents which defense counsel flagged and provided to them.  Thereafter, discs of Defendant's central file prison records were provided to the government by the Bureau of Prisons, copied, and personally hand-delivered to defense counsel.  Likewise, the defendant's medical and psychiatric files were provided to the defense.  As recently as this week, the government provided an a disk containing what counsel for the Bureau of Prisons represented to be the entire set of Defendant's FOIA exempt documents to defense counsel.   The government has also offered to make its entire file available to the defense for review at the United States Attorney's Office in Scranton, PA.  Accordingly, Mr. Hammer has previously been provided with all of his files and records making this request moot.

Second, Mr. Andrew Marti's entire central file was made available to the defense including his FOIA exempt materials. Copies were made of the documents which counsel flagged and they were provided to them.  To the extent, defendant now seeks the file and records of Andrew Marti, these documents were previously provided.  Accordingly, this request is also moot.

Third, with respect to the notes, memoranda, emails, etc. of Special Agent Herbst, the government previously advised defendant in writing that Agent Herbst had no notes, memoranda, emails or any other documents relating to the interview of Leonard Yager. Accordingly, this request is also moot.

For the reasons cited, the government respectfully requests that defendant's Motion for Subpoena and Subpoena Duces Tecum be denied.

> PETER J. SMITH
> UNITED STATES ATTORNEY
>
>  /s/ John C. Gurganus, Jr.
>
>  JOHN C. GURGANUS, JR.
> Assistant United States Attorney
>
> AMANDA HAINES
> Trial Attorney For the
> Capital Case Section
> 1331 F Street, N.W.
> Washington, D.C. 20530

3

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 30th day of May 2014, he served a true and correct copy of the foregoing

**<u>GOVERNMENT'S OPPOSITION TO DAVID HAMMER'S MOTION FOR SUBPOENAS AND SUBPOENA DUCES TECUM</u>**

via electronic filing:

ADDRESSEES:

Ronald C. Travis, Esquire
rtravis@riederstravis.com

James J. McHugh, Jr., Esquire
James_McHugh@fd.org

James Moreno, Esquire
James_Moreno@fd.org

Anne Saunders, Esquire
Anne_Saunders@fd.org

<u>/s/ John C. Gurganus, Jr.</u>

JOHN C. GURGANUS, JR.
Assistant United States Attorney