## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | No. 4:96-CR-00239 |
| v. | : | |
| | : | JUDGE SLOMSKY |
| DAVID PAUL HAMMER, | : | |
| | : | Capital Case |
| Defendant | : | |



## DEFENDANT'S MOTION TO FILE DOCUMENTS
## *EX PARTE* AND UNDER SEAL

Defendant, David Paul Hammer, through counsel, respectfully submits this Motion to File Documents *Ex Parte* and Under Seal and, in support thereof, states the following:

1. This matter is before this Court for capital re-sentencing following the grant of relief. *United States vs. Hammer*, 404 F. Supp. 2d 676, 800 (M.D. Pa. 2005).

2. Mr. Hammer respectfully requests that the accompanying documents be filed under seal pursuant to Local Rules 5.8 and 49.1(c)(1). Mr. Hammer further requests that any hearing on this motion be held *ex parte*, and that the transcript of any hearing also be sealed and not disclosed to the Government.

WHEREFORE, Mr. Hammer respectfully requests that this Court **GRANT**

his Motion to File Documents *Ex Parte* and Under Seal.

Respectfully submitted,

s/ Ronald C. Travis, Esquire
Ronald C. Travis, Esquire
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

/s/ James McHugh, Esquire
James McHugh, Esquire
James Moreno, Esquire
Federal Community Defender
Eastern District of Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA  19106
(215) 928-1100 (telephone)
(215) 928-0826 (facsimile)
James_McHugh@fd.org
James_Moreno@fd.org

/s/ Anne Saunders, Esquire
Anne Saunders, Esquire
Assistant Federal Defender
Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Ste. 300
Harrisburg, PA  17101
(717) 782-3843 (telephone)
(717) 782-3966 (facsimile)
Anne_Saunders@fd.org

1