UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :
                                :
  -vs-                         :
                                :    NO.  4:CR-96-239
DAVID PAUL HAMMER,          :
      Defendant              :

## GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE PROPOSED MITIGATION TESTIMONY

The defense intends to call family members to testify about the impact that the defendant's execution would have on them.  Additionally, the defendant intends to call an attorney from Oklahoma City who will testify about the class action lawsuit regarding failure to provide adequate psychiatric care for mentally ill inmates in the custody of the Oklahoma Department of Corrections.  The Government respectfully requests that this Honorable Court disallow such testimony as it is not individualized to the defendant and not relevant as a mitigating factor.  Attorney James Moreno, counsel for the defendant, was advised of the motion and did not concur.

WHEREFORE, the United States requests this Court to preclude this testimony at this sentencing hearing for the reasons offered in the government's supporting brief.

Respectfully submitted,

PETER J. SMITH
United States Attorney

/s/ John C. Gurganus, Jr.
JOHN C. GURGANUS, JR.
Assistant U.S. Attorney

/s/ Amanda Haines
AMANDA HAINES
Trial Attorney, Department of Justice

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on June 2, 2014, he served a copy of the attached:

## GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE PROPOSED MITIGATION TESTIMONY

by electronic filing on counsel for the defendant.

Ronald C. Travis, Esquire
rtravis@riederstravis.com

James J. McHugh, Jr., Esquire
James_McHugh@fd.org

James Moreno, Esquire
James_Moreno@fd.org

Anne Saunders, Esquire
Anne_Saunders@fd.org



                                        /s/ John C. Gurganus, Jr.
April 15, 2014                          _____
Date                                    JOHN C. GURGANUS, JR.
                                        Assistant U.S. Attorney