## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    :

                         Plaintiff,    :

                              :    NO. 4:CR-96-239

      v.    :

DAVID PAUL HAMMER,    :

                    Defendant.    :

## ORDER

AND NOW, this _3d_ day of __JUNE__, 2014, it is hereby ORDERED and DIRECTED, that while Mr. Hammer is participating in these resentencing proceedings via video conferencing, he shall not be restrained in a belly-chain or shackles and his handcuffs must permit him to write and read documents.

_Joel Slomsky_
U.S.D.J.