## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :

   :   NO. 4:96-CR-00239

   :

v.   :

   :   JUDGE SLOMSKY

DAVID PAUL HAMMER   :

   :   Capital Case

Defendant   :

### ORDER

AND NOW, this 3ᵈ day of _June_, 2014, upon consideration of the Supplemental Motion for Subpoenas, said Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the requested subpoenas shall be issued and service of same may be made by the Office of the Federal Public Defender. All costs incurred with respect to the service of the subpoenas and the costs incurred in producing the subpoenaed individuals in Philadelphia to testify at the rehearing hearing shall be borne by the Government.

BY THE COURT:

_Joel Slomsky_

SLOMSKY, U.S.D.J.