IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA　　　　　:
　　　　　　　　　　　　　　　　　　:　　CRIMINAL ACTION
　　　v.　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:　　NO. 07-550-05
STEVEN NORTHINGTON　　　　　　　　:

## SPECIAL VERDICT FORM FOR PENALTY PHASE

This special verdict sheet is supplied to you because you have found the Defendant

Steven Northington guilty of a count in the indictment which carries a possible penalty of death.

Therefore, this form applies to your findings on Count 7 (murder of Tybius Flowers in aid of

racketeering). This form is organized as follows. In Section I, you are asked to make your

findings on the Defendant's age. In section II, you are asked to make your findings on the

requisite mental state or gateway factor. In Section III, you are asked to make your findings on

the statutory aggravating factors. In Section IV, you are asked to make your findings on the non-

statutory aggravating factors. In Section V, you are asked to make your findings on the

mitigating factors. In Section VI, you are asked to record your decision with respect to the

appropriate sentence.

P.002

SEP-11-2000 04:01

38. Although a drug dealer, Mr. Northington was capable of acts of caring and kindness as evidenced by his conduct with respect to Marilyn Campbell.

     **Number of Jurors who so find:** _12_ .

39. Mr. Northington's role in the killing of Tybius Flowers was relatively minor when compared to the roles of Dawud Bey, John Tillman and Kaboni Savage.

     **Number of Jurors who so find:** _0_ .

40. Mr. Northington's brain damage and/or mental illness made him susceptible to the influence of Kaboni Savage.

     **Number of Jurors who so find:** _12_ .

41. Lamont Lewis, an equally culpable codefendant, will not be punished by death for any of the eleven premeditated murders he committed and may be freed after serving forty years for the premeditated murders he committed.

     **Number of Jurors who so find:** _0_ .

42. If not sentenced to death, Steven Northington will be imprisoned in a federal penitentiary for the remainder of his life with no possibility of release.

     **Number of Jurors who so find:** _12_ .

Additional Mitigating Factor: _Steven Northington is a human being and his life has value._

     **Number of Jurors who so find:** _12_ .

Additional Mitigating Factor: _A sentence of death would adversely impact the Northington family._

     **Number of Jurors who so find:** _12_ .

Additional Mitigating Factor: _Life in prison is a harsh punishment._

     **Number of Jurors who so find:** _12_ .

13

P.014    SEP-11-2000 04:03