*4/28/10*
*3:15 p.m .*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

     v.                 :     CRIMINAL NO. 07-549-1

MAURICE PHILLIPS         :

## SPECIAL VERDICT FORM

### GENERAL DIRECTIONS:

This verdict form is supplied to you because you have previously found MAURICE

PHILLIPS guilty of counts contained in the Indictment that carry a possible penalty of

death. Therefore, this form applies as to your findings on Count 13 (conspiracy to travel in

interstate commerce in the commission of murder-for-hire), Count 14 (use of interstate

facilities in the commission of murder-for-hire), and Count 15 (murder, tampering with a

witness, victim, or informant).

5. If Mr. Phillips is executed, friends and family will suffer grief and loss.

NUMBER OF JURORS WHO SO FIND ___12___

6. The execution of Mr. Phillips will cause his daughters, in particular, to suffer grief and

loss.       NUMBER OF JURORS WHO SO FIND ___12___

7. Mr. Phillips has shown himself to be a loving and involved father.

NUMBER OF JURORS WHO SO FIND ___0___

8. Mr. Phillips' assumption of the care and custody of his daughter Ahnyah weighs

against imposition of a sentence of death.

NUMBER OF JURORS WHO SO FIND ___11___

9. If Mr. Phillips is sentenced to life imprisonment he can contribute positively to the

lives of Ahnyah, Madison, and Peyton.

NUMBER OF JURORS WHO SO FIND ___2___

10. Mr. Phillips has shown himself to be kind and generous to his extended family,

helping them in times of need.

NUMBER OF JURORS WHO SO FIND ___1___

11. Mr. Phillips spent his formative years in a neighborhood which was increasingly

plagued by crime, drugs, and violence.

NUMBER OF JURORS WHO SO FIND ___12___

12. Mr. Phillips has made a positive adjustment to incarceration and is likely to do so in

a United States prison.

NUMBER OF JURORS WHO SO FIND ___12___

14