UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :

      v.                          :       No. 4:CR-01-277

MICHAEL J. O'DRISCOLL          :       (Judge Muir)

<u>SPECIAL FINDINGS REGARDING THE
PUNISHMENT TO BE IMPOSED UPON MICHAEL J. O'DRISCOLL
FOR THE KILLING OF ROBERT FRANKHOUSER</u>



Revision of February 26, 2003, at 4:55 p.m.

## VI. PART SIX - MITIGATING FACTORS

Instructions:

For each of the following mitigating factors, answer "YES" if one or more members of the jury finds that the defendant has established the existence of the mitigating factor by a preponderance of the evidence. If one or more jurors finds a mitigating factor the foreperson should indicate the number of jurors so finding:

1.    The Federal Bureau of Prisons is capable of fashioning conditions of confinement that will isolate and punish Mr. O'Driscoll for the murder of Robert Frankhouser.

     YES  ✓          NO ___

     NUMBER OF JURORS WHO SO FIND  3

2.    If Mr. O'Driscoll is executed, his family will suffer grief and loss.

     YES  ✓          NO ___

     NUMBER OF JURORS WHO SO FIND  12

3.    Despite his incarceration, Mr. O'Driscoll has tried to be a responsible father to his children.

     YES ___          NO ✓

     NUMBER OF JURORS WHO SO FIND  0   - ( YES )

4.    Mr. O'Driscoll has apologized to the family of Robert Frankhouser for the pain he caused them.

     YES  ✓          NO ___

     NUMBER OF JURORS WHO SO FIND  2

5.    Mr. O'Driscoll's early adolescence was marked by turmoil and

14