07/24/1998  14:37   973-746-1490   RUHNKE & BARRETT   PAGE  01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA            :

            v.                      :   No.  4:CR-96-239

DAVID PAUL HAMMER                   :   (Judge Muir)


### SPECIAL FINDINGS FORM REGARDING THE

### PUNISHMENT TO BE IMPOSED UPON DAVID PAUL HAMMER

### FOR THE KILLING OF ANDREW MARTI


Revision of July 24, 1998, at 11:54 a.m.



DEFENDANT'S
EXHIBIT

Oklahoma Department of Corrections are capable of fashioning conditions of confinement such that Mr. Hammer is unlikely to commit criminal acts of violence in the future.

YES **3**   NO **9**

NUMBER OF JURORS WHO SO FIND _____

11. Mr. Hammer, even though incarcerated for most of his life, has managed to do some good things.

YES **5**   NO **7**

NUMBER OF JURORS WHO SO FIND _____

12. Friends and family members of Mr. Hammer will be affected if he is sentenced to death.

YES **12**   NO **0**

NUMBER OF JURORS WHO SO FIND _____

13. Mr. Hammer is remorseful for having caused the death of Andrew Marti.

YES **1**   NO **11**

NUMBER OF JURORS WHO SO FIND _____

14. By pleading guilty to the murder of Mr. Marti, Mr. Hammer has demonstrated acceptance of responsibility for his offense.

YES **1**   NO **11**

NUMBER OF JURORS WHO SO FIND _____

15. Any other factor in Mr. Hammer's background, record, or character or any other circumstance of the offense that mitigate against the

16