**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

OCT - 5 2011
5:00pm

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LARRY LUJAN, | ) |
| | ) |
| Defendant. | ) |

Criminal No. 05-924 RB

Redacted

**SPECIAL FINDINGS FORM FOR
SELECTION PHASE**

**I.      Non-Statutory Aggravating Factors**

The government has alleged that the following non-statutory aggravating factors are present in this case. For each factor, answer "yes" or "no" according to whether you unanimously find that the government proved the existence of the factor beyond a reasonable doubt:

**A.      Future Dangerousness**

Do you unanimously find that the government has proved beyond a reasonable doubt that the defendant represents a continuing danger to the lives and safety of other persons and is likely to commit criminal acts of violence in the future that would constitute a continuing and serious threat to the lives and safety of others, as evidenced by at least one or more of the following?

YES  ✓          NO  ____

**1. Continuing Pattern of Violence**

Do you unanimously find that the defendant has engaged in a continuing pattern of violence, attempted violence, and threatened violence, based upon your earlier finding of guilt on

33.     Every other participant in the kidnapping resulting in death of Dana Joe Grauke II, or the homicides of Alfredo Gonzales and Juana Olmeda, is either free, has never been charged with a crime, or will be released to the community in the next one to nine years.  None are facing the death penalty or serving life in prison.                    Yes √  No ___

34.     There is evidence that Larry Lujan was not acting alone at the time of Dana Joe Grauke II's death.                    Yes___  No √

35.     Larry was under the influence of drugs and alcohol at the time of Dana Joe Grauke II's kidnapping and death.                    Yes √  No ___

36.     There is evidence that Larry Lujan was not acting alone at the time of the deaths of Alfredo Gonzales and Juana Olmeda.    Yes___  No √

37.     Larry Lujan was under the influence of drugs and alcohol at the time of the deaths of Alfredo Gonzales and Juana Olmeda.    Yes √  No ___

38.     Larry Lujan is an important person to his older sister Mary Ann Lujan, and she loves him.                    Yes √  No ___

39.     Larry Lujan is an important person to his younger sister Dora Vasquez, and she loves him.                    Yes √  No ___

40.    Larry Lujan is an important person to his younger brother Jesse Lujan, and Jesse loves him.

Yes ✓ No ____

41.    Larry Lujan is an important person to his younger brother ▮▮▮▮ Arellano, and ▮▮▮▮ loves him.

Yes ✓ No ____

42.    Larry Lujan is an important person to his sons ▮▮▮▮ and ▮▮▮▮ Lujan, and they love him.

Yes ✓ No ____

43.    Larry Lujan is an important person to his cousins ▮▮▮▮ and ▮▮▮▮ Martinez, and they love him.

Yes ✓ No ____

44.    Larry Lujan maintains a loving, warm, and appropriate relationship with the children he raised, ▮▮▮▮ and ▮▮▮▮ Lujan, and ▮▮▮▮ and ▮▮▮▮ Martinez, even while incarcerated.

Yes ✓ No ____

45.    Larry Lujan's family will suffer grief and loss if he is executed.

Yes ✓ No ____

46.    Larry Lujan was exposed to risk factors as identified by the Department of Justice.

Yes ✓ No ____

47.    Guards who have interacted with Larry Lujan feel he has been respectful of them while in jail.

Yes ✓ No ____

48.    Even under the stress of a capital trial, Larry Lujan has shown respect and decorum in the courtroom.

Yes ✓ No ____

49.   Larry Lujan has been working with Sophora Davis since 2008. Ms. Davis has observed in him genuine spiritual growth and a sincere desire to continue his self-improvement.   Yes ✓ No ___

50.   Larry Lujan's life has value.   Yes ✓ No ___

51.   There are other factors in Larry Lujan's life, background, record, character, or any other circumstance of the offense that mitigate against imposition of a death sentence.   Yes ✓ No ___

As explained in the court's instructions, the law permits you to consider any other relevant mitigating information, in addition to the specific mitigating factors alleged by the defendant listed above, so long as you find that it was proved by a preponderance of the evidence. As with specific mitigating factors, your findings in this regard need not be unanimous. Answer "yes" if any one or more jurors finds the existence of any other relevant mitigating factor was proved by a preponderance of the evidence. Answer "no" if no juror finds any other relevant mitigating factor was proved by a preponderance of the evidence.

Did one or more jurors find that other relevant mitigating information was proved?

YES   ✓            NO   _____

If you answered "yes," list the additional mitigation information you found to be present in the space provided immediately below:

— Larry counseled Dora twice against suicide
— Larry counsels his children about dangers of drugs
— Larry provides counsel and concern about family

Issues, for example, his children's welfare

When you have completed your findings regarding mitigation, proceed to the next Section (III) of this Form, where you will weigh the aggravating factors with the mitigating factors, if any, that you have found to be present in this case.

III.    **Weighing Process**

The question you must answer at this stage of your deliberations is whether the proven aggravating factors sufficiently outweigh the proven mitigating factors and information to justify a sentence of death or, if you have not found any mitigation present, whether the aggravating factors considered alone justify a death sentence. If you unanimously find that the weight of the aggravating factors is sufficient to justify a sentence of death, answer "yes" below, record your verdict on the attached Verdict – Sentence of Death, certify your decision as described in Section V, and notify the court that you have reached a decision. If you do not unanimously find that a death sentence is justified, answer "no" below, stop your deliberations, sign the attached Verdict – Life Imprisonment, certify your decision as described in section V, and notify the court that you have reached a decision.

YES _____        NO  √

IV.    **Imposition of Sentence**

This is the last step in your deliberations. If you have made all of the findings necessary and have unanimously concluded that a sentence of death is justified and therefore must be imposed on the defendant, record your decision by collectively signing the verdict set out in Verdict – Sentence of Death below, sign the certification that follows in Section V, and notify the court that you have reached a decision. If you do not unanimously conclude that a sentence of