IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

Defendant.

CRIMINAL ACTION
NO. 96-239

## ORDER

**AND NOW**, this 10th day of June 2014, upon consideration of the Government's Motion

in Limine to Preclude Certain Proposed Mitigation Evidence (Doc. Nos. 1723, 1724),

Defendant's Response (Doc. No. 1735), and the arguments made by counsel for the parties on

the record, it is **ORDERED** that the Government's Motion in Limine to Preclude Certain

Proposed Mitigation Evidence (Doc. Nos. 1723, 1724) is **DENIED**.

BY THE COURT:

JOEL H. SLOMSKY, J.