IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

Defendant.

CRIMINAL ACTION
NO. 96-239

## ORDER

**AND NOW**, this 13th day of June 2014, upon consideration of Defendant's Motion to Admit the Testimony at Trial of Mark Donatelli (Doc. Nos. 1697, 1698), the Government's Response (Doc. No. 1717), and the arguments made by counsel for the parties on the record, it is **ORDERED** that Defendant's Motion to Admit the Testimony at Trial of Mark Donatelli (Doc. Nos. 1697, 1698) is **DENIED**.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.