# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID PAUL HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |

_____

## ORDER

AND NOW, this      day of      , 2014, upon consideration of Mr. Hammer's

*Motion in Limine to Preclude Presentation of Unconstitutionally Obtained Mental*

*Health Testimony*, it is hereby ORDERED that the Motion is GRANTED.


BY THE COURT


_____

Joel H. Slomsky, U.S.D.J.