IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

Defendant.

CRIMINAL ACTION
NO. 96-239

## ORDER

**AND NOW**, this 24th day of June 2014, upon consideration of Defendant's Motion in Limine to Preclude Presentation of Unconstitutionally Obtained Mental Health Testimony (Doc. No. 1746) and statements made by counsel for the parties on the record, it is **ORDERED** that Defendant's Motion in Limine to Preclude Presentation of Unconstitutionally Obtained Mental Health Testimony (Doc. No. 1746) is **DENIED WITHOUT PREJUDICE AS MOOT.**

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.