**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID PAUL HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |
| _____ | : | _____ |

**ORDER**

AND NOW, this      day of      , 2014, upon consideration of Mr. Hammer's

*Motion In Limine to Preclude the Government from Presenting the Testimony of Dr.*

*Aguirre in Rebuttal*, it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT

_____
Joel H. Slomsky, U.S.D.J.