IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

          Defendant.

CRIMINAL ACTION
NO. 96-239

## ORDER

**AND NOW**, this 1st day of July 2014, upon consideration of Defendant's Motion in Limine to Preclude the Government from Presenting Dr. Aguirre in Rebuttal (Doc. No. 1753, 1754), and statements made by counsel for the parties on the record, it is **ORDERED** that Defendant's Motion in Limine to Preclude the Government from Presenting Dr. Aguirre in Rebuttal (Doc. No. 1753, 1754) is **DENIED WITHOUT PREJUDICE AS MOOT**:

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.