IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

Defendant.

CRIMINAL ACTION
NO. 96-239

## ORDER

**AND NOW**, this 1st day of July 2014, upon the conclusion of the resentencing hearing of Defendant on June 30, 2014, it is **ORDERED** that the following Motions are **DENIED WITHOUT PREJUDICE AS MOOT**:

1. Defendant's Motion for Discovery (Doc. No. 1530);

2. Defendant's Motion for SIS Investigative Reports (Doc. No. 1564);

3. Defendant's Motion to Compel Disclosure of Bureau of Prison Special Investigative Services Records Regarding Mr. Hammer (Doc. No. 1601);

4. Defendant's Motion to Compel the Government to Provide the Discovery Requested in Mr. Hammer's Second Motion for Discovery (Doc. No. 1607); and

5. Defendant's Motion to Compel the Government to Provide Mr. Hammer with the Freedom of Information Act (FOIA) Exempt Documents from Mr. Hammer's Bureau of Prison Records (Doc. No. 1692).

BY THE COURT:

JOEL H. SLOMSKY, J.