IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

Defendant.

CRIMINAL ACTION
NO. 96-239

## ORDER

**AND NOW**, this 1st day of July 2014, upon consideration of Defendant's Motion for an

Order Permitting the Defendant to File Document(s) Under Seal (Doc. No. 1701), it is

**ORDERED** that Defendant's Motion for an Order Permitting the Defendant to File Document(s)

Under Seal (Doc. No. 1701) is **GRANTED**.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.