# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| v. | : | Honorable Joel H. Slomsky |
| DAVID HAMMER, | : | Capital Case |
| Defendant | : |  |

**DEFENDANT'S REVISED SPECIAL VERDICT FORM FOR PENALTY PHASE**

## Section I.   Defendant's Age

Did the government prove beyond a reasonable doubt that Mr. Hammer was 18 years of age or older at the time of Mr. Marti's death?

_____   YES               _____   NO

BY THE COURT

Dated: _____          _____
                                JOEL H. SLOMSKY, J.

**Section II.  Intent**

Did the government prove beyond a reasonable doubt that Mr. Hammer intentionally killed Andrew Marti?

_____ YES                    _____ NO


                                        BY THE COURT



Dated: _____          _____
                              JOEL H. SLOMSKY, J.

**Section III. Statutory Aggravating Factors**

1.      Did the government prove beyond a reasonable doubt that Mr. Hammer has been previously convicted of one or more State or Federal offenses punishable for a term of more than one year, involving the use, or attempted or threatened use of a firearm?

_____ YES                    _____ NO

2.      Did the government prove beyond a reasonable doubt that Mr. Hammer committed the murder of Mr. Marti after substantial planning and premeditation?

_____ YES                    _____ NO

BY THE COURT

Dated: _____                    _____
                                         JOEL H. SLOMSKY, J.

**Section IV. Non-Statutory Aggravating Factors.**

1.      Did the government prove beyond a reasonable doubt that David Hammer would pose a continuing and serious threat to the lives and safety of other persons by committing acts of violence in the future if sentenced to life without the possibility of parole?

_____ YES                          _____ NO

2.      Did the government prove beyond a reasonable doubt that David Hammer caused injury and loss to the victim, Andrew Marti, and his family?

_____ YES                          _____ NO


BY THE COURT


Dated: _____                    _____
                                              JOEL H. SLOMSKY, J.

**Section V.   Statutory Mitigating Factors.**

The Court finds the following mitigating factors to have been proven by a preponderance of the evidence:

1.      The defendant's capacity to appreciate the wrongfulness of the defendant's conduct or to conform conduct to the requirements of law was significantly impaired, regardless of whether the capacity was so impaired as to constitute a defense to the charge.

_____ YES                    _____ NO

2.      The defendant committed the offense under severe mental or emotional disturbance.

_____ YES                    _____ NO

**Section VI.  Non-Statutory Mitigating Factors**

The Court finds the following mitigating factors to have been proven by a preponderance of the evidence:

**A.      DAVID HAMMER HAS ACCEPTED RESPONSIBILITY AND IS REMORSEFUL**

1.      David is remorseful for having caused the death of Andrew Marti.

_____ YES                    _____ NO

2.      David has accepted responsibility for causing the death of Andrew Marti.

_____ YES                    _____ NO

**B.** **DAVID HAMMER'S FAMILY HISTORY OF DYSFUNCTION, ABUSE, AND MENTAL ILLNESS**

3. There is a history of poverty in David's family.

_____ YES _____ NO

4. There is a history of dysfunction in David's family.

_____ YES _____ NO

5. There is a history of child neglect in David's family.

_____ YES _____ NO

6. There is a history of infidelity in David's family.

_____ YES _____ NO

7. There is a history of emotional abuse in David's family.

_____ YES _____ NO

8. There is a history of physical abuse in David's family.

_____ YES _____ NO

9. There is a history of sexual abuse in David's family.

_____ YES _____ NO

10. There is a history of depression and psychological and emotional problems in David's family.

_____ YES _____ NO

11.   There is a history of significant mental illness and/or institutionalization in David's family.

_____ YES                    _____ NO

12.   There is a history of alcohol and prescription drug abuse in David's family.

_____ YES                    _____ NO

**C.   DAVID HAMMER'S DYSFUNCTIONAL AND ABUSIVE UPBRINGING**

13.   David's parents were not equipped to raise him in a healthy, safe and nurturing environment.

_____ YES                    _____ NO

14.   David's family experienced periods of extreme poverty, including times during which his parents struggled to provide adequate food and housing.

_____ YES                    _____ NO

15.   David's family often lived in cars or substandard homes without plumbing, electricity or basic needs.

_____ YES                    _____ NO

16.   David's family moved frequently from place to place throughout his childhood to find work or because they could not pay the rent.

_____ YES                    _____ NO

17.     Because of the frequent moves and his parents neglect, David and his siblings attended multiple different schools, over twenty in David's case and over thirty in Martin's case.

_____ YES                              _____ NO

18.     The disruptive educational opportunities left David socially isolated and prevented him from developing close friendships, school mentors, or other positive community relationships.

_____ YES                              _____ NO

19.     Throughout his developmental and adolescent years, David did not have stability and predictability in his life.

_____ YES                              _____ NO

20.     During his formative years, David did not receive guidance from his parents with clear and consistent limits.

_____ YES                              _____ NO

21.     Because of the family dysfunction and chaotic lifestyle, David had to take on an adult role and adult responsibilities at an early age, often caring for his younger siblings.

_____ YES                              _____ NO

22.     When he was provided with a stable environment, such his visits with his aunt, Betty Payne, David thrived.

_____ YES                              _____ NO

23.     David had no positive adult male role model in his life for any meaningful period of time.

_____ YES                              _____ NO

8

24.   When he was a child, David's parents forced him and his siblings to commit scams and thefts for money.

_____ YES                    _____ NO

25.   David's dysfunctional and chaotic upbringing helped push him into a life of crime.

_____ YES                    _____ NO

26.   David was raised in a household where physical abuse was unpredictable and commonplace.

_____ YES                    _____ NO

27.   Adults who were charged with protecting him, particularly his parents, emotionally, physically and sexually abused David.

_____ YES                    _____ NO

28.   The emotional abuse suffered by David included his parent's threats to abandon him and other demeaning and humiliating verbal attacks against David and his siblings.

_____ YES                    _____ NO

29.   David's mother beat David with her hands or fists and other items such as a switch, an extension chord, broom or ashtrays.

_____ YES                    _____ NO

30.   David was raised in a household in which incest and sexual abuse was prevalent.

_____ YES                    _____ NO

31.    David suffered sexual abuse beginning from as early as age 5 and extending into his adolescence.

_____ YES                    _____ NO

32.    When David's mother would dress him up in girl's clothes and makeup, David tolerated this demeaning behavior because it was one of the few times his mother showed him any affection.

_____ YES                    _____ NO

33.    Beginning when he was a young boy, David's mother forced David to engage in sexual acts on her.

_____ YES                    _____ NO

34.    David's mother anally raped David over a period of years with enemas containing hot water and/or Tabasco sauce and other irritants.

_____ YES                    ____ NO

35.    David's mother exacerbated the terror and trauma by telling David that she was "burning the evil out of him" as she raped him with these enemas.

_____ YES                    _____ NO

36.    David's mother anally raped David's brother, Martin with painful enemas for years.

_____ YES                    _____ NO

37.    David's mother anally raped his sister, Diana, with enemas.

_____ YES                    _____ NO

38.    David's mother also sexually abused his uncle Ron.

_____ YES                    _____ NO

39.     David felt he had to do what his mother forced him to do in order to obtain her love.

_____ YES                        _____ NO

40.     Although David was physically, sexually and emotionally abused by his mother, through a form of traumatic bonding, he craved his mother's love; was deeply affected by her death; and/or developed a strong attachment to her memory.

_____ YES                        _____ NO

41.     David's father forced David to have sexual contact, including sexual intercourse, with his sister.

_____ YES                        _____ NO

42.     David and his brother witnessed his father raping his sister, Diana.

_____ YES                        _____ NO

43.     Martin Hammer witnessed his father forcing David and Diana to have sex and when he told his mother about it, she did nothing and angrily denied abuse.

_____ YES                        _____ NO

44.     As a young boy, David was sexually abused by his Uncle Albert.

_____ YES                        _____ NO

45.     David was sexually victimized by Ray Sheridan.

_____ YES                        _____ NO

46.     The risk factors in David's life outweighed the protective factors.

_____ YES                        _____ NO

**D.     DAVID HAMMER SUFFERS FROM MENTAL, EMOTIONAL AND COGNITIVE IMPAIRMENTS**

47.     As a result of the unpredictable nature of the violence he suffered at the hands of his mother and/or others, David struggled with symptoms of depression and anxiety as a child.

_____ YES                    _____ NO

48.     Because David's abusers were his parents and other adults charged with protecting him, the psychological traumas he endured were even more severe.

_____ YES                    _____ NO

49.     The history of severe physical, emotional, and sexual abuse impaired David's capacity to regulate his mood and develop healthy relationships.

_____ YES                    _____ NO

50.     David suffered overwhelming guilt, self-hatred and/or hopelessness as a result of the abuse inflicted on him by his parents and/or caretakers.

_____ YES                    _____ NO

51.     David's history of drug abuse and addiction, starting by the age of 14, was a form of self-medication to cope with the overwhelming pain, anxiety and/or depression arising from his childhood abuse and neglect.

_____ YES                    _____ NO

52.     Between 1974, when David was sixteen years old, and 1996, David had been prescribed at least six different anti-psychotic medications, medication for depression, mood stabilization and anxiety.

_____ YES                    _____ NO

53.    After he was no longer living with his parents, David sought and received out-patient mental health treatment at seventeen years of age.

_____ YES           _____ NO

54.    In 1976, David was diagnosed with Borderline Schizophrenia, a diagnosis that was later re-classified as Borderline Personality Disorder.

_____ YES           _____ NO

55.    David suffers from, and/or at the time of the offense, suffered from, Borderline Personality Disorder.

_____ YES           _____ NO

56.    David's Borderline Personality Disorder is characterized by an unstable personality structure and/or self-image, instability in interpersonal relationships, and marked impulsivity.

_____ YES           _____ NO

57.    David's impulsivity arising from his Borderline Personality Disorder is characterologic; adversely impacts his judgment; and/or causes him to act without thinking through the consequences.

_____ YES           _____ NO

58.    When under stress the impulsivity attached to David's Borderline Personality Disorder is exacerbated and can be extreme.

_____ YES           _____ NO

59.    David's history of recurrent suicide attempts; suicidal ideations; and/or self-destructive behavior is consistent with his diagnosis of Borderline Personality Disorder.

_____ YES           _____ NO

60.  Consistent with his diagnosis of Borderline Personality Disorder, David exhibits affective instability, or moodiness, agitation and depression.

_____ YES                    _____ NO

61.  David suffers from, and/or at the time of the offense, suffered from, Cognitive Disorder Not Otherwise Specified.

_____ YES                    _____ NO

62.  The damage to David's brain is consistent with organic causes.

_____ YES                    _____ NO

63.  David's cognitive deficits are located on the right side of his brain spanning the frontal; parietal; and/or temporal lobes.

_____ YES                    _____ NO

64.  David's cognitive deficits impact impulsivity and judgment, and exacerbate the impulse control problems brought on by his Borderline Personality Disorder.

_____ YES                    _____ NO

65.  The type of brain damage suffered by Mr. Hammer is consistent with his emotional lability.

_____ YES                    _____ NO

66.  David suffers from, and/or at the time of the offense, suffered from, Major Depressive Disorder.

_____ YES                    _____ NO

14

67.   David suffers from, and/or at the time of the offense, suffered from, Posttraumatic Stress Disorder.

_____ YES                    _____ NO

68.   Consistent with his diagnosis of Posttraumatic Stress Disorder, David has experienced recurrent, distressing recollections of the traumatic event(s) leading to nightmares, flashbacks and psychological as well as physiological distress.

_____ YES                    _____ NO

69.   Consistent with his diagnosis of Posttraumatic Stress Disorder, David has suffered from impulsivity, anger control problems, difficulty concentrating, and/or hypervigilance.

_____ YES                    _____ NO

70.   At the time of the offense, David suffered from a major mental disease or defect.

_____ YES                    _____ NO

**E.    INSTITUTIONAL FAILURES IN DAVID'S LIFE**

71.   Unaccompanied by either parent or an adult, David first sought mental health treatment at the age of fourteen.

_____ YES                    _____ NO

72.   Although the treating psychologist, Dr. Arlene Schaffer, found that David's problems were serious and required treatment, David's parents failed to follow through on mental health counseling recommended for David when he was fourteen years old.

_____ YES                    _____ NO

73. During the time David was incarcerated in the Oklahoma State Penitentiary, the physical conditions in which David lived were abysmal.

_____ YES                    _____ NO

74. During the time in which David was incarcerated in the Oklahoma Prison system, the mental health treatment was constitutionally inadequate.

_____ YES                    _____ NO

75. Prior to Mr. Marti's death, USP-Allenwood housed roughly 1100 inmates with an overwhelmed mental health staff consisting of two full-time staff psychologists and one contract psychiatrist, who was available only once a month.

_____ YES                    _____ NO

76. At the time he arrived at USP-Allenwood, Dr. Karten diagnosed David with suffering from mental illness, including Intermittent Explosive Disorder by history with periods of rage.

_____ YES                    _____ NO

77. BOP records reflect that David was having difficulty controlling his anger and impulsivity.

_____ YES                    _____ NO

78. On March 20, 1996, the contract psychiatrist prescribed for David 250 mg of Depatkote to be taken daily which David stopped taking prior to the murder.

_____ YES                    _____ NO

79.    On April 13, 1996, David was on "psych" single status which, under Bureau of Prison policy precluded allowing another inmate to be celled with David.

_____ YES                    _____ NO

80.    As Dr. Karten acknowledged, it was an institutional failure for Mr. Marti to have been housed with David on April 13, 1996.

_____ YES                    _____ NO

81.    Because Andrew Marti was in Disciplinary Segregation and David was in Administrative Detention on April 13, 1996, Bureau of Prison policy prohibited the two from being celled together.

_____ YES                    _____ NO

82.    Allowing Andrew Marti and David Hammer to cell together despite their different housing designations was an institutional failure.

_____ YES                    _____ NO

**F.    IF SENTENCED TO LIFE IMPRISONMENT WITHOUT PAROLE, DAVID HAMMER WOULD NOT BE A FUTURE DANGER TO STAFF, INMATES OR THE COMMUNITY**

83.    David has a number of serious, chronic medical illnesses and his health has been deteriorating steadily for many years.

_____ YES                    _____ NO

84.    David has Diabetes mellitus, type II; diabetic polyneuropathy; diabetic retinopathy; and/or diabetic macular edema.

_____ YES                    _____ NO

17

85. David has severe coronary atherosclerosis disease; hyperlipidemia; and/or hypertension.

_____ YES                    _____ NO

86. David has degenerative disc disease; nerve pain, neuralgia; and/or sciatica.

_____ YES                    _____ NO

87. As a result of his diabetic neuropathy, David's balance and gait are impaired.

_____ YES                    _____ NO

88. As a result of his degenerative disc disease and/or sciatica, David's mobility is impaired.

_____ YES                    _____ NO

89. As a result of his diabetic macular edema and/or his retinopathy, David's eyesight is deteriorating.

_____ YES                    _____ NO

90. Even if David were to follow all doctor recommendations and take all medications, his condition would not improve.

_____ YES                    _____ NO

91. The Bureau of Prisons has classified David as a medical "CARE level 3" (of four possible levels), which means he is considered by the BOP to be fragile.

_____ YES                    _____ NO

92. David is not a future danger because his health is deteriorating.

_____ YES                    _____ NO

93.  The Bureau of Prisons presently considers David's potential for harm to others to be low.

_____  YES                    _____  NO

94.  Since April 13, 1996, David has not engaged in any serious violence while in prison.

_____  YES                    _____  NO

95.  Although he has been transported from USP-Terre Haute to other institutions and medical facilities numerous times since April 13, 1996, David has made no attempts to escape and/or cause harm to correctional officers or the community during these transports.

_____  YES                    _____  NO

96.  Based on his favorable conduct, David was re-classified as out of cell status "TWO staff cover" in July of 2004 and he is currently designated as a "ONE staff cover."

_____  YES                    _____  NO

97.  If a sentence of life imprisonment without parole is imposed, David will be housed in a highly structured and secure Federal prison.

_____  YES                    _____  NO

98.  The Bureau of Prisons is capable of providing conditions of confinement that would make it unlikely for David to commit acts of violence in the future.

_____  YES                    _____  NO

99.  If sentenced to life imprisonment without the possibility of release, David does not represent a continuing danger to the lives of other inmates and/or correctional staff.

_____  YES                    _____  NO

19

## G.    DAVID HAMMER'S LIFE HAS VALUE

100.    David is an important person to his brother, Martin, his son Scott, his uncle, Ron, his aunts Betty and Lynda, and his cousin Kathy, younger brother, Martin Hammer, and his family loves him.

_____ YES                    _____ NO

101.    David is an important person to Sister Camille, and she loves him.

_____ YES                    _____ NO

102.    David's family will suffer grief and loss if he is executed.

_____ YES                    _____ NO

103.    David's friends will suffer grief and loss if he is executed.

_____ YES                    _____ NO

104.    David's assistance with fund-raising provided financial contributions to the Mercy Center in Brooklyn, New York; Mercy Home in Brooklyn, New York; Hour Children in Long Island City, New York; Gibault School in Terre Haute, Indiana; Ryves Hall Youth Center in Terre Haute, Indiana; Providence Food Bank in Terre Haute, Indiana; Woods Day Care at St. Mary-of-the-Woods in Indiana; and/or Miracle Place in Indianapolis, Indiana.

_____ YES                    _____ NO

105.    David's assistance with fund-raising provided financial contributions to the Alpha Boys Home in Jamaica and/or St. John Bosco Boy's Home in Jamaica.

_____ YES                    _____ NO

20

106.  David's assistance with fund-raising provided financial contributions to St. Bartholomew Friends of Haiti that has helped children and families in Haiti, including Luckner Mompoint, Francilo Cherubin, and Jenny Philemond.

_____ YES                     _____ NO

107.  David's assistance with fund-raising resulted in financial contributions to the Mercy Medical Mission that provides medical assistance for children in developing countries including:  Haiti, Peru, Guyana, and Kenya.

_____ YES                     _____ NO

108.  David has sent written communications to at-risk children counseling them against engaging in criminal conduct.

_____ YES                     _____ NO

109.  David has positively contributed to the lives of numerous at-risk children.

_____ YES                     _____ NO

110.  David participates in spiritual/religious counseling with his spiritual advisor and David has displayed genuine spiritual growth since 1998.

_____ YES                     _____ NO

111.  David was confirmed into the Catholic faith by the Archbishop of Indianapolis.

_____ YES                     _____ NO

112.  David became a *Providence Associate* of the Sisters of Providence.

_____ YES                     _____ NO

113.  David has spent almost his entire adult life in prisons in the United States but still managed to make positive contributions.

_____ YES                              _____ NO

114.  While incarcerated, David has obtained his GED and he has enrolled in and successfully passed all of the educational and recreational programs he was eligible to take at Terre Haute.

_____ YES                              _____ NO

115.  Nothing will be accomplished by executing David that cannot be accomplished by imprisoning him for the rest of his life.

_____ YES                              _____ NO

116.  David's life has value.

_____ YES                              _____ NO

Additional Mitigating Factors Found by a Preponderance of the Evidence:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

BY THE COURT

Dated: _____        _____
                                JOEL H. SLOMSKY, J.

**Section VI.**          **Determination of the Sentence**

Based upon consideration of whether the statutory and/or non-statutory factors which were found to have been proven beyond a reasonable doubt sufficiently outweigh mitigating factors found to have been proven by a preponderance of the evidence, the Court finds that the appropriate sentence shall be:

\_\_\_\_\_          Life Without the Possibility of Parole


\_\_\_\_\_          Death


BY THE COURT


Dated: _____          _____
                                        JOEL H. SLOMSKY, J.

24

**Section VII.        Certification**

The Court certifies that race, color, religious beliefs, national origin, or sex of the defendant or the victim was not a consideration in reaching the sentencing determination and that the Court would have made the same sentencing determination regardless of the race, color, religious beliefs, national origin or sex of the defendant or the victim.

BY THE COURT

Dated: _____            _____
                                 JOEL H. SLOMSKY, J.