UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :
:
-vs-      :
:    NO. 4:CR-96-239
DAVID PAUL HAMMER,      :
:
Defendant      :

## NOTICE OF FILING GOVERNMENT'S PROPOSED SPECIAL VERDICT FORM

AND NOW, comes the undersigned Counsel for the Government, and,

respectfully files the Government's Proposed Special Verdict Form.

Respectfully submitted,

PETER J. SMITH
United States Attorney

/s/ John C. Gurganus, Jr.
JOHN C. GURGANUS, JR.
Assistant U.S. Attorney

AMANDA HAINES
Trial Attorney
Department of Justice

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on July 2, 2014, he served a copy of the attached:

## NOTICE OF FILING GOVERNMENT'S PROPOSED SPECIAL VERDICT FORM

by electronic filing on counsel for the defendant.

Ronald C. Travis, Esquire
rtravis@riederstravis.com

James J. McHugh, Jr.
James_McHugh@fd.org

James Moreno, Esquire
James_Moreno@fd.org

Anne Saunders, Esquire
Anne_Saunders@fd.org


                                    /s/ John C. Gurganus, Jr.
June 2, 2014                        _____
Date                                JOHN C. GURGANUS, JR.
                                    Assistant U.S. Attorney