UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | No. 4:96-CR-239 |
| v. | : | |
| | : | Honorable Joel H. Slomsky |
| DAVID HAMMER, | : | |
| | : | Capital Case |
| Defendant | : | |
| | : | |

**SPECIAL VERDICT FORM FOR PENALTY PHASE**

**Section I.       Defendant's Age**

Did the government prove beyond a reasonable doubt that Mr. Hammer was 18 years of

age or older at the time of Mr. Marti's death?

_____ YES                    _____NO

BY THE COURT

Dated:_____          _____
                              JOEL H. SLOMSKY, J.

1

**Section II.     Intent**

Did the government prove beyond a reasonable doubt that Mr. Hammer intentionally

killed Andrew Marti?


_____ YES                            _____NO


                              BY THE COURT

Dated:_____          _____
                              JOEL H. SLOMSKY, J.

**Section III. Statutory Aggravating Factors**

      1.     Did the government prove beyond a reasonable doubt that Mr. Hammer has been previously convicted of one or more State or Federal offenses punishable for a term of more than one year, involving the use, or attempted or threatened use of a firearm?

        _____ YES         _____NO

      2.     Did the government prove beyond a reasonable doubt that Mr. Hammer committed the murder of Mr. Marti after substantial planning and premeditation?

        _____ YES         _____NO

                    BY THE COURT

Dated:_____         _____

                    JOEL H. SLOMSKY, J.

**Section IV. Non-Statutory Aggravating Factors.**

1.      Did the government prove beyond a reasonable doubt that David Hammer would pose a continuing and serious threat to the lives and safety of other persons by committing acts of violence in the future if sentenced to life without the possibility of parole?

_____ YES                    _____NO

2.      Did the government prove beyond a reasonable doubt that David Hammer caused injury and loss to the victim, Andrew Marti, and his family?

_____ YES                    _____NO

BY THE COURT

Dated:_____        _____
                             JOEL H. SLOMSKY, J.

4

**Section V.    Statutory Mitigating Factors.**

The Court finds the following mitigating factors to have been proven by a preponderance of the evidence:

1.    The defendant's capacity to appreciate the wrongfulness of the defendant's conduct or to conform conduct to the requirements of law was significantly impaired, regardless of whether the capacity was so impaired as to constitute a defense to the charge.

_____ YES                              _____NO

2.    The defendant committed the offense under severe mental or emotional disturbance.

_____ YES                              _____NO

**Section VI. Non-Statutory Mitigating Factors**

The Court finds the following mitigating factors to have been proven by a preponderance of the evidence:

**A.    ACCEPTANCE OF RESPONSIBILITY AND/OR    REMORSEFULNESS**

1.    The Defendant is remorseful for having caused the death of Andrew Marti.

_____ YES                              _____NO

2.    The Defendant has accepted responsibility for causing the death of Andrew Marti.

_____ YES                              _____NO

**B.     EXTENDED FAMILY HISTORY OF DYSFUNCTION, ABUSE, AND/OR MENTAL ILLNESS**

3.      There is a history of poverty, physical or sexual abuse, substance abuse, and mental illness in the Defendant's extended family which had a negative impact on the Defendant.

_____ YES                              _____NO


**C.     DYSFUNCTIONAL AND/OR ABUSIVE UPBRINGING**

4.      The Defendant's family experienced periods of extreme poverty, including times during which his parents struggled to provide adequate food and housing.

_____ YES                              _____NO

5.      Because of the frequent moves and his parents' neglect, the Defendant and his siblings attended multiple different schools, over twenty in the Defendant's case.

_____ YES                              _____NO

6.      The disruptive educational opportunities left the Defendant socially isolated and prevented him from developing close friendships, school mentors, or other positive community relationships.

_____ YES                              _____NO

7.      Throughout his developmental and adolescent years, the Defendant did not have stability and predictability in his life.

_____ YES                              _____NO

8.      The Defendant had no positive adult role model in his life for any meaningful period of time.

_____ YES                              _____NO

9.    When he was a child, the Defendant's parents forced him and his siblings to commit scams and thefts for money.

_____ YES                    _____NO

10.    The Defendant suffered emotional abuse from his parents which included his parent's threats to abandon him and other demeaning and humiliating verbal attacks against the Defendant and his siblings.

_____ YES                    _____NO

11.    The Defendant's mother beat the Defendant with her hands or fists and other items such as a switch, an extension cord, broom or ashtrays.

_____ YES                    _____NO

12.    The Defendant was raised in a household in which incest and sexual abuse was prevalent.

_____ YES                    _____NO

13.    The Defendant's sexual abuse began as early as age 5 by his uncle Ron.

_____ YES                    _____NO

14.    The Defendant's mother would dress him up in girl's clothes and makeup; the Defendant tolerated this demeaning behavior because it was one of the few times his mother showed him any affection; and this negatively affected the Defendant.

_____ YES                    _____NO

15.     Beginning when he was a young boy, the Defendant's mother forced the Defendant to engage in sexual acts on her.

_____ YES                          _____NO

16.     The Defendant's mother anally raped the Defendant over a period of years with enemas containing hot water and/or Tobasco sauce and other irritants and told him she was "burning the evil out of him."

_____ YES                          _____NO

17.     The Defendant felt he had to do what his mother forced him to do in order to obtain her love.

_____ YES                          _____NO

18.     The Defendant's father forced the Defendant to have sexual contact, including sexual intercourse, with his sister.

_____ YES                          _____NO

19.     The Defendant and his brother witnessed his father raping his sister, Diana.

_____ YES                          _____NO

20.     Martin Hammer witnessed his father forcing the Defendant and Diana to have sex and when he told his mother about it, she did nothing and angrily denied abuse.

_____ YES                          _____NO

21.     As a young boy, the Defendant was sexually abused by his Uncle Albert.

_____ YES                          _____NO

22.     While spending summers living out of the family car at Lake Cobb, the Defendant was sexually victimized by an older man, Ray Sheridan.

_____ YES                          _____NO


### D.     MENTAL, EMOTIONAL,  AND/OR COGNITIVE IMPAIRMENTS

23.     The Defendant struggled with symptoms of depression and anxiety as a child.

_____ YES                          _____NO


24.     The history of severe physical, emotional, and sexual abuse impaired the Defendant's capacity to regulate his mood and develop healthy relationships.

_____ YES                          _____NO


25.     The Defendant suffered overwhelming guilt, self-hatred and/or hopelessness as a result of the abuse inflicted on him by his parents and/or caretakers.

_____ YES                          _____NO


26.     The Defendant's history of drug abuse and addiction, starting by the age of 14, was a form of self-medication to cope with the overwhelming pain, anxiety and/or depression arising from his childhood abuse and neglect.

_____ YES                          _____NO


27.     Between 1974, when the Defendant was sixteen years old, and 1996, the Defendant had been prescribed at least six different anti-psychotic medications, medication for depression, mood stabilization and anxiety.

_____ YES                          _____NO

28.     After he was no longer living with his parents, the Defendant  sought and received out-patient mental health treatment at seventeen years of age.

_____ YES                              _____NO


29.     In 1976,  the Defendant was  diagnosed  as  suffering  from  Borderline Schizophrenia, a diagnosis that was later re-classified as Borderline Personality Disorder.

_____ YES                              _____NO


30.     The Defendant currently and at the time of the offense suffers from Borderline Personality Disorder.

_____ YES                              _____NO


31.     The Defendant's Borderline Personality Disorder is characterized by an unstable personality structure and/or self-image, instability in interpersonal relationships, and marked impulsivity.

_____ YES                              _____NO


32.     The Defendant suffers from Cognitive Disorder Not Otherwise Specified.

_____ YES                              _____NO


33.     The damage to the Defendant's brain is consistent with organic causes.

_____ YES                              _____NO


34.     The Defendant's cognitive deficits are located on the right side of his brain spanning the frontal; parietal; and/or temporal lobes.

_____ YES                              _____NO

35.     The Defendant's cognitive deficits impact impulsivity and judgment, and exacerbate the impulse control problems brought on by his Borderline Personality Disorder.

_____ YES                         _____NO


36.     The Defendant suffers from, and at the time of the offense, suffered from, Major Depressive Disorder.

_____ YES                         _____NO


37.     The Defendant suffers from, and at the time of the offense, suffered from, Posttraumatic Stress Disorder.

_____ YES                         _____NO

38.     Consistent with his diagnosis of Posttraumatic Stress Disorder, the Defendant has suffered from impulsivity, anger control problems, difficulty concentrating, and/or hypervigilance.

_____ YES                         _____NO

39.     At the time of the offense, the Defendant suffered from a major mental disease or defect.

_____ YES                         _____NO


**E.      MENTAL HEALTH TREATMENT AND PRISON CONDITIONS**


40.     Unaccompanied by either parent or an adult, the Defendant first sought mental health treatment at the age of fourteen.

_____ YES                         _____NO


11

41.     Although the treating psychologist, Dr. Arlene Schaffer, found that the Defendant's problems were serious and required treatment, the Defendant's parents failed to follow through on mental health counseling recommended for the Defendant when he was fourteen years old.

_____ YES                    _____NO

42.     During the time the Defendant was incarcerated in the Oklahoma State Penitentiary, the physical conditions in which the Defendant lived were abysmal, and the Defendant was adversely affected by those deficiencies.

_____ YES                    _____NO

43.     During the time in which the Defendant was incarcerated in the Oklahoma Prison system, the mental health treatment was constitutionally inadequate and the Defendant was adversely affected by those deficiencies.

_____ YES                    _____NO

44.     Prior to  Mr. Marti's death, USP-Allenwood housed roughly 1100 inmates with an mental health staff consisting of two full-time staff psychologists and one contract psychiatrist, who was available only once a month, which adversely affected the Defendant.

_____ YES                    _____NO

45.     At the time he arrived at USP-Allenwood, the Defendant was suffering from mental illness, including Intermittent Explosive Disorder by history with periods of rage.

_____ YES                    _____NO

46.     BOP records reflect that the Defendant was having difficulty controlling his anger and impulsivity.

_____ YES                    _____NO

47.     On March 20, 1996, the contract psychiatrist prescribed for the Defendant 250 mg of Depatkote to be taken daily which the Defendant stopped taking prior to the murder and this adversely affected the Defendant.

_____ YES                    _____NO


**F.     IF SENTENCED TO LIFE IMPRISONMENT WITHOUT PAROLE, ASSESSMENT OF WHETHER DAVID HAMMER WOULD BE A FUTURE DANGER TO STAFF, INMATES OR THE COMMUNITY**


48.     The Defendant has a number of serious, chronic medical illnesses and his health has been deteriorating steadily for many years.

_____ YES                    _____NO


49.     Even if the Defendant were to follow all doctor recommendations and take all medications, his condition would not improve.

_____ YES                    _____NO


50.     The Bureau of Prisons has classified the Defendant as a medical "CARE level 3" (of four possible levels), which means he is considered by the BOP to be fragile.

_____ YES                    _____NO


51.     The Defendant is not a future danger because his health is deteriorating.

_____ YES                    _____NO


52.     The Bureau of Prisons presently considers the Defendant's potential for harm to others to be low.

_____ YES                    _____NO

13

53.     Since April 13, 1996, the Defendant has not engaged in any serious violence while in prison.

_____ YES                    _____NO

54.     Although he has been transported from USP-Terre Haute to other institutions and medical facilities numerous times since April 13, 1996, the Defendant has made no attempts to escape and/or cause harm to correctional officers or the community during these transports.

_____ YES                    _____NO

55.     The Defendant was classified as out of cell status "TWO staff cover" in July of 2004 and he is currently designated as a "ONE staff cover."

_____ YES                    _____NO

56.     If a sentence of life imprisonment without parole is imposed, the Defendant will be housed in a high security Federal prison.

_____ YES                    _____NO

57.     The Bureau of Prisons is capable of providing conditions of confinement that would make it unlikely for the Defendant to commit acts of violence in the future.

_____ YES                    _____NO

58.     If sentenced to life imprisonment without the possibility of release, the Defendant does not represent a continuing danger to the lives and safety of other inmates and/or correctional staff.

_____ YES                    _____NO

14

## G.    RELATIONSHIPS, GOOD WORKS, AND SELF IMPROVEMENT

59.    The Defendant is an important person to his brother, Martin, his son Scott, his uncle, Ron, his aunts Betty and Lynda, and his cousin Kathy, and his family loves him.

_____ YES                    _____NO

60.    The Defendant is an important person to Sister Camille, and she loves him.

_____ YES                    _____NO

61.    The Defendant's family and friends will suffer grief and loss if he is executed.

_____ YES                    _____NO

62.    The Defendant's assistance with fund-raising provided financial contributions to the Mercy Center in Brooklyn, New York; Mercy Home in Brooklyn, New York; Hour Children in Long Island City, New York; Gibault School in Terre Haute, Indiana; Ryves Hall Youth Center in Terre Haute, Indiana; Providence Food Bank in Terre Haute, Indiana; Woods Day Care at St. Mary-of-the-Woods in Indiana;  Miracle Place in Indianapolis, Indiana; the Alpha Boys Home in Jamaica and/or St. John Bosco Boy's Home in Jamaica.

_____ YES                    _____NO

63.    The Defendant's assistance with fund-raising provided financial contributions to St. Bartholomew Friends of Haiti that has helped children and families in Haiti, including Luckner Mompoint, Francilo Cherubin, and Jenny Philemond.

_____ YES                    _____NO

64.    The Defendant's assistance with fund-raising resulted in financial contributions to the Mercy Medical Mission that provides medical assistance for children in developing countries including:  Haiti, Peru, Guyana, and Kenya.

_____ YES                    _____NO

15

65.     The Defendant has sent written communications to at-risk children counseling them against engaging in criminal conduct.

_____ YES                          _____NO


66.     The Defendant participates in spiritual/religious counseling with his spiritual advisor and the Defendant has displayed genuine spiritual growth since 1998.

_____ YES                          _____NO


67.     While incarcerated the Defendant obtained his GED.

_____ YES                          _____NO


68.     While housed at Terre Haute, the Defendant has enrolled in and successfully passed educational and recreational programs he was eligible to take.

_____ YES                          _____NO


Additional Mitigating Factors Found by a Preponderance of the Evidence:

_____

_____

_____

_____

_____

_____

_____

_____

_____

17

_____

_____

_____

_____

_____

BY THE COURT

Dated:_____          _____

JOEL H. SLOMSKY, J.

**Section VI.    Determination of the Sentence**

Based upon consideration of whether the statutory and/or non-statutory factors which were found to have been proven beyond a reasonable doubt sufficiently outweigh mitigating factors found to have been proven by a preponderance of the evidence, the Court finds that the appropriate sentence shall be:

_____ Life Without the Possibility of Parole

_____ Death

BY THE COURT

Dated:_____    _____
                                                JOEL H. SLOMSKY, J.

**Section VII.   Certification**

The Court certifies that race, color, religious beliefs, national origin, or sex of the defendant or the victim was not a consideration in reaching the sentencing determination and that the Court would have made the same sentencing determination regardless of the race, color, religious beliefs, national origin or sex of the defendant or the victim.

BY THE COURT

Dated:_____          _____
                                        JOEL H. SLOMSKY, J.