UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA            :   CRIMINAL NUMBER


            V.


DAVID PAUL HAMMER                   :   4:96-CR-239


                        TUESDAY, 6-24-14
                        COURTROOM 15B
                        PHILADELPHIA, PA 19106


_____
        BEFORE THE HONORABLE JOEL H. SLOMSKY, J.
_____

                        DAY 10


_____

APPEARANCES:

JOHN C. GURGANUS, JR., ESQUIRE       FOR THE GOVERNMENT
UNITED STATES ATTORNEYS OFFICE
MIDDLE DISTRICT OF PENNSYLVANIA
235 N. WASHINGTON STREET, SUITE 311
PO BOX 309
SCRANTON, PA 18501


            SUZANNE R. WHITE, RPR, FCRR, CM
               OFFICIAL COURT REPORTER
             FIRST FLOOR U. S. COURTHOUSE
                601 MARKET STREET
             PHILADELPHIA, PA 19106
                (215)627-1882


PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

CONTINUED APPEARANCES:

AMANDA HAINES, ESQUIRE                    FOR THE GOVERNMENT
UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL DIVISION
CAPITAL CRIMES SECTION
1331 F. STREET, N.W.
WASHINGTON, D.C. 20530

ANNE SAUNDERS, ESQUIRE                    FOR THE DEFENDANT
FEDERAL PUBLIC DEFENDER
MIDDLE DISTRICT OF PENNSYLVANIA
100 CHESTNUT STREET, SUITE 300
HARRISBURG, PA 17101

RONALD C. TRAVIS, ESQUIRE                 FOR THE DEFENDANT
REIDERS, TRAVIS, HUMPHREY,
HARRIS, WATERS & WAFFENSCHMIDT
161 WEST THIRD STREET
PO BOX 215
WILLIAMSPORT, PA 17703-0215

JAMES MORENO, ESQUIRE                     FOR THE DEFENDANT
JAMES MCHUGH, ESQUIRE
FEDERAL COMMUNITY DEFENDER
EASTERN DISTRICT OF PENNSYLVANIA
SUITE 540 - THE CURTIS CENTER
PHILADELPHIA, PA 19106

MS. SAUNDERS:  YOUR HONOR, DR. SCHNEIDER IS HERE AND NEEDS TO LEAVE AT 11 SO WE NEED TO CALL HER OUT OF ORDER.  AND THEN WE WILL BRING SR. CAMILLE BACK.

THE COURT:  I ASSUME WE ARE ON THE RECORD AT THIS POINT.  AND THE RECORD REFLECTS WHAT MS. SAUNDERS HAS JUST SAID.

LET'S WAIT FOR -- WE HAVE MR. HAMMER.

MS. SAUNDERS:  WE DO, YOUR HONOR.

THE COURT:  ALL RIGHT.  WE ARE CALLING A WITNESS OUT OF TURN, MR. HAMMER.  AND MS. SAUNDERS JUST SAID THAT THIS WITNESS HAS TO LEAVE AT 11, SO SHE IS CALLING THE WITNESS OUT OF TURN.  ALL RIGHT?

DO YOU WANT TO SWEAR THE WITNESS?

KAREN SCHNEIDER, DEFENSE WITNESS, SWORN.

THE CLERK:  STATE AND SPELL YOUR FULL NAME FOR THE RECORD, PLEASE.

THE WITNESS:  KAREN SCHNEIDER, K-A-R-E-N S-C-H-N-E-I-D-E-R.

DIRECT EXAMINATION

BY MS. SAUNDERS:

Q.    GOOD MORNING, DR. SCHNEIDER.

A.    GOOD MORNING.

Q.    YOU ARE WHAT TYPE OF PHYSICIAN?

A.    I'M A PEDIATRIC EMERGENCY MEDICINE PHYSICIAN.

Q.    AND YOU ARE ALSO A NUN?

A.   YES, I AM.

Q.   WHAT ORDER ARE YOU WITH?

A.   SISTER OF MERCY.

Q.   HOW LONG HAVE YOU BEEN WITH THE SISTERS OF MERCY?

A.   31 YEARS.

Q.   YOU WERE A NUN BEFORE YOU WERE A DOCTOR THEN?

A.   YES.

Q.   WHERE DID YOU GO TO MEDICAL SCHOOL?

A.   STATE UNIVERSITY OF NEW YORK IN BROOKLYN.

Q.   DURING THE COURSE OF -- WHILE YOU WERE IN MEDICAL SCHOOL, DID YOU BECOME INVOLVED IN A SPECIFIC PROJECT?

A.   YES.  I DECIDED THAT I REALLY LIKED INTERNATIONAL WORK.

Q.   LET ME SKIP BACK FOR JUST A SECOND.  WHERE ARE YOU EMPLOYED NOW.  I'M SORRY.

A.   AT JOHNS HOPKINS UNIVERSITY IN BALTIMORE.

Q.   WHAT IS IT THAT YOU DO THERE?

A.   I WORK -- WELL, IT'S A DUAL POSITION.  SO IT'S AN ACADEMIC APPOINTMENT SO I'M AN ASSISTANT PROFESSOR OF PEDIATRICS.  I DO -- MY DIVISION IS THE PEDIATRIC EMERGENCY DEPARTMENT, BUT I ALSO, AS PART OF THE ACADEMIC POSITION, OFFER AN ELECTIVE COURSE IN PEDIATRIC TROPICAL MEDICINE.  SO AS THE RESIDENTS ARE GOING

THROUGH TRAINING, THEY SPEND DIFFERENT TIMES IN DIFFERENT PLACES, IN THE EMERGENCY ROOM, IN THE INTENSIVE CARE UNIT, ON THE WARDS AND OUTPATIENT.  AND I OFFER THEM AN ELECTIVE TO GO DO INTERNATIONAL MEDICINE. SO THEY CAN TRAVEL WITH ME.  THEY CAN SIGN UP FOR A CLASS AND THEY CAN TRAVEL WITH ME TO GO TO KENYA OR HAITI OR GUYANA OR NIGERIA.  THAT IS WHERE WE ARE GOING THIS YEAR.

Q.    IS THIS THROUGH A PARTICULAR ORGANIZATION THAT YOU DO THIS?

A.    THROUGH THE SISTERS OF MERCY.

Q.    DO YOU HAVE A CHARITABLE ORGANIZATION THAT YOU DO THIS THROUGH?

A.    NOT -- WELL, THROUGH THE SISTERS OF MERCY.  SO IT'S NOT AN NGO.  IT'S NOT SEPARATE FROM.  SO THE SISTERS OF MERCY HAVE A BANK ACCOUNT FOR ME THAT IS FOR THE INTERNATIONAL MISSION WORK.  AND ANY DONATIONS THAT COME IN COME IN THROUGH THE SISTERS, BUT I HAVE ACCESS TO THAT ACCOUNT AND CAN USE THE MONIES TO SPEND AS NEEDED.

Q.    WHAT'S THE MERCY MEDICAL MISSION?  IS THAT WHAT YOU ARE REFERRING TO?

A.    THAT IS WHAT WE CALL OURSELVES FOR SIMPLICITY. SO THE BANK ACCOUNT HAS A NAME BECAUSE THERE ARE THOUSANDS OF ACCOUNTS CALLED SISTERS OF MERCY.

Q.    I'M SHOWING YOU WHAT HAS BEEN MARKED AS DEFENDANT'S EXHIBIT 135.  WHAT IS THAT?

A.    THIS IS A NEWSLETTER, ONE OF THE NEWSLETTERS THAT I SEND OUT EVERY YEAR AROUND THANKSGIVING, CHRISTMAS TO GET MONEY SO THAT I CAN DO THIS WORK.

Q.    YOU MENTIONED, I BELIEVE, HAITI AND GUYANA. WHAT OTHER COUNTRIES HAVE YOU ALL VISITED TO PROVIDE MEDICAL CARE?

A.    NOW NIGERIA AND KENYA.  WE HAD BEEN GOING TO PERU FOR A LONG TIME.  WE HAVE BEEN TO BELIZE AND GUATEMALA, UGANDA.  THAT'S ABOUT IT.

Q.    AND WHEN YOU GO TO VISIT THESE COUNTRIES, WHAT IS YOUR FOCUS?  WHAT TYPE OF MEDICAL TREATMENT IS YOUR FOCUS?

A.    WE CARE FOR CHILDREN.  SO I'M A PEDIATRIC -- PEDIATRICIAN.  AND WE BRING ONLY PEDIATRIC PHYSICIANS FOR THE MOST PART.  OCCASIONAL OB-GYN.  THERE IS A SISTER WHO IS AN OBSTETRICIAN WILL COME WITH US.  AND SHE WILL DO EXAMINATIONS FOR THE BIG GIRLS, THE GIRLS WHO ARE JUST GOING THROUGH PUBERTY.  SO SHE DOES A LITTLE CLINIC WITH THEM.

BUT FOR THE MOST PART IT'S PEDIATRICS. WE DO BOTH MEDICAL AND SURGICAL.  THERE IS A SURGEON WHO ALSO TRAVELS WITH ME.  SO WE WILL GO OUT INTO THE REAL BUSH AREA AND FIND KIDS IN RURAL HAITI OR THE JUNGLE OF

GUYANA AND FIND LITTLE BOYS WHO HAVE HERNIAS, AND WE CAN

FIX THEM THE NEXT DAY.

Q.      YOU GO THERE AND SET UP A LITTLE HOSPITAL-TYPE

THING, SORT OF LIKE -- LIKE A MASH UNIT?

A.      WELL, YES AND NO.  WE USUALLY GO AND WORK IN OUR

ALREADY ESTABLISHED CLINIC.  SO FOR EXAMPLE IN GUYANA WE

WILL GO INTO THE JUNGLE OF GUYANA.  AND WE HAVE ONE AREA

THAT WE CALL REGION TWO, AND THEY HAVE HEALTH CLINICS,

BUT THE HEALTH CLINIC IN THAT TOWN, IN THE LITTLE

VILLAGE MIGHT HAVE 500 PEOPLE -- 300 TO USUALLY ABOUT

2000 PEOPLE IN EACH OF THE VILLAGES THAT WE GO TO.  BUT

THE PERSON THAT'S IN THE HEALTH CLINIC HAS VARYING

LEVELS OF EDUCATION, MEDICAL EDUCATION.  SO THEY MIGHT

HAVE TAKEN A THREE-MONTH COURSE IN -- THIS IS HOW I WASH

MY HANDS, THIS IS HOW WE TAKE A TEMPERATURE, AND THIS IS

HOW I DO A BASIC DELIVERY FOR A MOM, TO ACTUALLY BEING A

NURSE MIDWIFE.  SO WE GO AND WE WORK IN THOSE CLINICS.

WE COME IN AS THE PEDIATRIC SPECIALISTS, BECAUSE THEY

DON'T HAVE, A, ANY PHYSICIANS, OR B, ANY PEDIATRICIANS

THAT GO THROUGH THOSE COMMUNITIES.

Q.      YOU MENTIONED HAITI.  WERE YOU IN HAITI AROUND

THE TIME OF THE EARTHQUAKE?

A.      YEAH.  WE WERE PLANNING ON ACTUALLY TRAVELING TO

HAITI ON WEDNESDAY MORNING AT 6 A.M.  THE EARTHQUAKE

HAPPENED TUESDAY EVENING.  SO I MISSED THE EARTHQUAKE BY

12 HOURS.  BUT I HAVE A LOVE FOR HAITI AND I SPEAK A BIT OF CREOLE.  SO I WANTED TO GO AND I HAD THE TIME OFF. SO IT TOOK US TWO DAYS -- IT TOOK ME TWO DAYS TO FIGURE OUT HOW TO GO.  AND I STILL HAD SIX BRAVE PEDIATRIC RESIDENTS WHO WANTED TO TRAVEL WITH ME.  AND SO WE ARRIVED IN HAITI ON FRIDAY MORNING, AND THEN WORKED IN THE MIDST OF THAT DISASTER.

Q.    CAN YOU DESCRIBE ANY PARTICULAR PROBLEMS THAT YOU'VE ENCOUNTERED WITH REGARDS TO TREATING THE CHILDREN?

A.    WELL, THERE IS A CONTINUED NEED FOR MONEY.  SO THAT IS ONE THING.  SO I AM CONSTANTLY FUNDRAISING.  SO PEOPLE SEE ME AND THEY RUN THE OTHER WAY BECAUSE I ALWAYS HAVE A STORY AND I ALWAYS WANT YOU TO DONATE $100.

AND THEN SOME OF THE OTHER DIFFICULTY IS ALWAYS JUST -- MY GOAL IS -- AS A SISTER OF MERCY, WE TAKE A FOURTH VOW TO SERVE THE POOR, THE SICK AND THE IGNORANT, ALL RIGHT, AS OPPOSED TO OUR OTHER THREE VOWS. AND SO MY GOAL AS A PEDIATRICIAN AND IN DOING THIS WORK IS I WANT TO GET TO PLACES WHERE NO ONE GOES.  SO YOU CAN IMAGINE WHAT WE DO AND HOW -- WHERE WE GET THERE. AND SO WE GO TO RURAL GUYANA.  WE GO TO RURAL HAITI WHERE THERE ARE NO PHYSICIANS.  WE GO AND WORK WITH PEOPLE WHO ARE A BIT SIMPLER.  THEY ARE NOT

SOPHISTICATED.  THEY ARE NOT EDUCATED.  SO SOMETIMES IT TAKES A BIT TO CONVINCE THEM THAT THIS CHILD HAS, FOR INSTANCE, A CLUB FOOT AND WE CAN FIX IT.  FOR THEM THEY DON'T -- WHAT IS THIS?  HOW ARE YOU GOING TO DO THIS?  HE WAS BORN WITH A CLUB FOOT, LEAVE WITH HIM A CLUB FOOT.  THIS IS HOW HE IS.  SO IT CAN GET A LITTLE BIT FRUSTRATING SOMETIMES WORKING WITH A POOR POPULATION WHO IS UNSOPHISTICATED AND UNEDUCATED AND CAN'T IMAGINE A LIFE DIFFERENT THAN WHAT THEY HAVE.

Q.     DO YOU REMEMBER A PARTICULAR SITUATION WHERE A CHILD HAD A CLUB FOOT?  HOW DID YOU CONVINCE THE MOTHER THAT YOU NEEDED TO GET THE CHILD SURGERY?

A.     FOR WHATEVER REASON -- WELL, WE KNOW CLUB FEET IS GENETIC, IT RUNS IN FAMILIES AND SO WE HAVE -- IN GUYANA, SOUTH AMERICA, FOR INSTANCE, IN THE JUNGLE WE HAVE COME ACROSS A NUMBER OF FAMILIES WHERE THIS RUNS IN THE FAMILY.  SO A NUMBER OF YEARS AGO WE WERE DEEP, DEEP, THE FURTHEST VILLAGE THAT WE GO TO, NOT SO DEEP IN SOUTH AMERICA AS PEOPLE WOULD THINK, BUT THE FURTHEST VILLAGE WE GO TO WHERE PEOPLE HAD NEVER SEEN A CAR, SO HAD NEVER SEEN RUNNING WATER, DID NOT KNOW ELECTRICITY. WE ARE IN THIS TYPE OF VILLAGE.

AND A GIRL COMES ALONG.  SHE IS ABOUT 12 OR 13 YEARS OLD AT THE TIME.  AND SHE BASICALLY CAME CRAWLING INTO CLINIC BECAUSE SHE HAD BILATERAL CLUB FEET

AND QUITE SEVERE.  AND SHE HAD BEEN WALKING ON HER ANKLES.  THE MOM COMES IN AND SHE SAYS -- NOW, I HAD BEEN GOING TO THIS VILLAGE FOR FOUR YEARS.  THIS IS THE FIRST TIME I HAD SEEN THIS GIRL.  BECAUSE THEY DIDN'T KNOW ABOUT ANYTHING COULD ACTUALLY BE DONE.  SO THIS IS THE FOURTH YEAR.  SHE IS NOW IN FRONT OF ME AND THE MOM SAYS, YOU FIX SHE?  I SAID, WELL, YES.  I SAID WE CAN DO IT, BUT I CAN'T DO IT HERE.  WE HAVE TO GO TO GEORGETOWN, WHICH IS THE CAPITAL OF GUYANA.  OH, NO, NO, NO, ME NO GO GEORGETOWN, ME NO HAVE MONEY.  DON'T WORRY. PEOPLE GIVE ME MONEY.  I CAN GET YOU TO GEORGETOWN.  NO, NO, NO, ME NO KNOW WAY, MEANING SHE DOES NOT KNOW THE WAY.  SHE DOES NOT HOW TO GET THERE.  WE WILL HAVE SOMEONE GO WITH YOU.  NO, NO, NO, ME NO FISH.  BECAUSE THEY LIVE ON A RIVER AND THEY FISH THE RIVER, SO THEREFORE HOW DO I EAT.  THAT IS BASICALLY THE QUESTION.

SAID, NO, NO.  WE CAN -- WE WILL DO ALL OF THIS.  SO IT WOULD BE THE SAME THING AS IF I SAID TO YOU, YOU HAVE SOMETHING WRONG WITH YOU, YOU'VE HAD A FRACTURE.  DON'T WORRY.  WE ARE GOING TO TAKE YOU TO THE MOON FOR A WEEK, AND THEN WE WILL FEED YOU AND BRING YOU BACK.  THAT WAS LIKE TRYING TO CONVINCE THIS MOM.  BUT WE DID, WE DID CONVINCE HER AND OFF SHE WENT.  AND A YEAR LATER, SHE WAS DANCING IN SANDALS, WHICH IS THE ONLY THING SHE WANTED TO DO WAS TO BE ABLE TO WEAR

SHOES.  SO, YES, WE DO HAVE SOME BUMPS ALONG THE WAY AND IT TAKES A LOT OF CONVINCING BUT....

Q.      THE PROGRAMS WHERE YOU GO TO THESE COUNTRIES, THAT IS SUPPORTED SOLELY BY DONATIONS?

A.      YES.

Q.      BEGINNING IN 2003, DID YOU RECEIVE DONATIONS THROUGH THE CHRISTMAS CARD PROJECT THAT MR. HAMMER AND SR. CAMILLE ARE INVOLVED IN?

A.      YES.

Q.      SINCE 2003, HAVE YOU RECEIVED YEARLY DONATIONS FROM THAT PROJECT?

A.      FIRST WEEK IN JANUARY.

Q.      DO YOU HAVE A SENSE OF HOW MUCH TOTAL YOU HAVE RECEIVED FROM THAT PROJECT?

A.      I ADDED IT UP.  $6,500.

Q.      THE AMOUNTS DURING -- THE AMOUNTS -- YEARLY AMOUNTS, DO THEY -- ARE THEY LARGE AMOUNTS --

A.      THEY RANGE ANYWHERE FROM 400 AND I THINK THE LARGEST DONATION WAS 800 ONE YEAR.

Q.      EVEN THOUGH THAT DOES NOT APPEAR TO BE A LOT OF MONEY, ESPECIALLY TO TRANSPORT A MEDICAL UNIT TO ANOTHER COUNTRY, IS THAT AMOUNT OF MONEY HELPFUL?

A.      ABSOLUTELY.  I MEAN, WHEN WE GET TO A PLACE, THE SUPPLIES TO DO A HERNIA SURGERY, FOR INSTANCE, IS ONLY $25.  SO IT'S $25 TO BUY THE TWO STERILE GOWNS, THE

GLOVES, THE SUTURES, THE IV FLUID, THE IV, BANDAGE. ONCE WE GET THERE, IT COSTS ME ONLY $25.  SO, YOU KNOW, IF YOU LOOK AT $400, THAT IS 32 SURGERIES.

Q.     I HAVE PRESENTED IN FRONT OF YOU AND PROVIDED TO THE COURT AND COUNSEL THREE EXHIBITS.  ONE WAS 135, WHICH YOU IDENTIFIED AS THE BROCHURE.  WOULD YOU LOOK AT DEFENDANT'S EXHIBIT 136 FOR ME, PLEASE.  AND WHAT IS THAT?

A.     SO THESE ARE THANK YOU CARDS THAT I SENT TO DAVID FOR SENDING THE MONEY.

Q.     COULD YOU READ THE NOTE THAT YOU INSCRIBED TO DAVID?

A.     WOW.  THANKS FOR THE $500.  WE ARE GOING TO HAITI ON TUESDAY, AND WE HAVE MORE THAN 50 CHILDREN ON THE LIST FOR SURGERY.  YOUR MONEY HELPS MAKE THIS POSSIBLE.  YOU ARE HELPING TO CHANGE THESE CHILDREN'S LIVES.

Q.     AND HOW ABOUT DEFENDANT'S EXHIBIT 137, THE NEXT CARD?

A.     THANKS...FOR 500.  WE LEAVE FOR HAITI ON TUESDAY AND THIS MONEY WILL PROBABLY PAY FOR TEN LITTLE BOYS TO UNDERGO HERNIA OPERATION, INCLUDING TRANSPORTATION, CHART FEES, LABS, ET CETERA.  THEIR MOTHERS WILL BE ABLE TO SLEEP BETTER KNOWING THEY DON'T HAVE TO FIND THE MONEY FOR SURGERY.

Q.    HAVE YOU EVER MET MR. HAMMER?

A.    NO.

Q.    IF THESE DONATIONS WERE TO STOP, WOULD THAT BE A PROBLEM FOR YOU?

A.    A BIT.

Q.    AND SO IF MR. HAMMER WERE EXECUTED AND THIS CARD PROJECT GO DOWN BY THE WAYSIDE, WOULD THAT HAVE AN IMPACT ON YOUR ORGANIZATION?

A.    YES.  I MEAN, I WOULD NEED TO FIND THE MONEY ELSEWHERE.

MS. SAUNDERS:  COURT'S INDULGENCE.

(PAUSE.)

MS. SAUNDERS:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

THE COURT:  CROSS EXAMINE.

MR. GURGANUS:  THANK YOU, YOUR HONOR.

CROSS EXAMINATION

BY MR. GURGANUS:

Q.    GOOD MORNING.  MY NAME IS JOHN GURGANUS.  I JUST HAVE A FEW QUESTIONS FOR YOU.  AS I UNDERSTAND IT, YOU ARE A PEDIATRICIAN AT JOHNS HOPKINS, IS THAT RIGHT?

A.    YES.

Q.    YOU CAME HERE AND I TAKE IT WHEN YOU GET BACK THERE, YOU WILL GET BACK TO THE HOSPITAL, IS THAT RIGHT?

A.    TODAY?  NO.  TOMORROW, YES.

Q.      TOMORROW, YES?

THAT IS YOUR FULL-TIME OCCUPATION, OTHER THAN WHEN YOU ARE DOING THESE MISSIONS, IS THAT TRUE?

A.      CORRECT.  ACTUALLY THE MISSIONS, I AM SALARIED TO DO THESE BECAUSE IT'S A COURSE THAT I OFFER THROUGH HOPKINS.

Q.      I UNDERSTAND.  SO WHEN YOU DO THAT, YOU ARE TAKING OTHER RESIDENTS ALONG WITH YOU THAT ARE HOPKINS RESIDENTS, IS THAT RIGHT?

A.      CORRECT, PLUS OTHER PEOPLE.

Q.      HOW BIG IS THE CREW OF PEOPLE, THE CONTINGENT THAT GOES ON ONE OF THESE MEDICAL MISSIONS?

A.      IT DEPENDS UPON WHAT WE CAN MANAGE IN-COUNTRY. FOR INSTANCE, IN GUYANA I CAN ONLY FIT 10 PEOPLE ON THE BOAT BECAUSE WE ARE UP AND DOWN THE RIVER.  SO GUYANA IS LIMITED TO 10.  IN PERU WE HAD 40 BEDS, SO I COULD TAKE AS MANY AS 40.  USUALLY -- I THINK THE BIGGEST GROUP WAS 32 ONE YEAR, BUT USUALLY IN THE 20S.

Q.      ON THE OCCASION WHEN YOU WENT TO HAITI RIGHT AFTER THE EARTHQUAKE, THAT WAS A DANGEROUS SITUATION FOR YOU ALL, WASN'T IT?

A.      YES, IT WAS.

Q.      LIKEWISE WHEN YOU GO TO SOME OF THESE INTERIOR VILLAGES YOU CAN EXPOSE YOURSELF TO DISEASE AND OTHER THINGS LIKE THAT, ISN'T THAT RIGHT?

A.      YES.

Q.      HOW MUCH DOES A TYPICAL MISSION COST TO FUND?

A.      I PAY THE AIRFARE.  SO HOPKINS DOES NOT GIVE ME ANY MONEY TO DO THIS.  WHAT I DO DO TO MAKE IT AFFORDABLE FOR THE RESIDENTS, WHO IN SOME SENSE -- THEY ARE STUDENTS, IS I PAY THEIR AIRFARE.  SO DEPENDING UPON HOW MANY RESIDENTS GO, I WOULD -- SO, FOR INSTANCE, WE ARE HEADING OFF TO NIGERIA.  I HAVE FOUR RESIDENTS WHO ARE GOING.  I PAY THEIR AIRFARE AND MY AIRFARE.  AND THEN WE NEED A FEW THOUSAND DOLLARS IN MEDICAL SUPPLIES, MAYBE 1500, $2,000 FOR MEDICAL SUPPLIES.  AND THEN WE NEED IN-COUNTRY MONEY AS WELL.  SO HOW DO WE GET FROM AIRPORT TO THE CLINIC?  AND THEN SOMETIMES HOW DO WE GET CHILDREN FROM -- IF WE ARE OUT IN A RURAL AREA, SOMETIMES THE SURGEON IS A LITTLE BIT -- IN A PLACE WHERE THERE IS ELECTRICITY.  SO WE HAVE TO DO -- WE PUT THE KIDS ON MOTORCYCLES AND IT COSTS 50 CENTS.  SO WE NEED A LITTLE MONEY IN-COUNTRY.  SO A TYPICAL TRIP -- IF I WERE -- NIGERIA IS A BIT MORE EXPENSIVE.  HAITI IS THE CHEAPEST TRIP THAT WE DO, MAYBE $4,000.

Q.      FOR AIRFARE AND EVERYTHING?

A.      MAYBE -- LET'S SEE.  IF I DO FOUR.  YEAH, BECAUSE HAITI -- THE AIR FLIGHT IS ONLY 500, 2000, YEAH, MAYBE 5,000 --

Q.      HOW ABOUT --

A.    -- IS THE CHEAPEST.

Q.    HOW ABOUT NIGERIA?

A.    SO NIGERIA, IT COULD BE AS MUCH AS 8,000.

Q.    I SEE, OKAY.

NOW, WHEN YOU ARE TREATING THESE, MANY OF THESE PEOPLE HAVE NEVER HAD ANY OPPORTUNITY TO SEE A DOCTOR BEFORE, ISN'T THAT RIGHT?

A.    CORRECT.

Q.    AND SOMETIMES SEEING A DOCTOR FOR THE FIRST TIME, CORRECT?

A.    YES.

Q.    AND SOME OF THE VISITS, AS I UNDERSTAND IT, ARE RELATIVELY SHORT.  IT'S ALMOST -- GET A LINE OF CHILDREN THAT COME TO SEE YOU.  IS THAT FAIR TO SAY?

A.    EXACTLY, YES.

Q.    AT TIMES YOU CAN SPEND ABOUT 15 MINUTES WITH EACH PERSON, CORRECT?

A.    SOMETIMES -- TYPICALLY A MOM WOULD BRING THREE KIDS AND THAT VISIT WOULD MAYBE BE TEN MINUTES.  VERY OFTEN THEY JUST BRING THEIR KID BECAUSE THEY WANT THEM CHECKED BY THE DOCTOR, AND IT'S A WELL CHECK.  AND THEY SAY OH, THE CHILD HAD A COUGH LAST WEEK.  ALL KIDS HAVE COUGH.  YOU KNOW, OKAY.  YOU ARE GOOD.  BUT INCLUDED IN THE VISIT IS ALSO, THEY WOULD GET A TABLET FOR WORMS.

Q.    80 PERCENT OF THESE CHILDREN HAVE WORMS, ISN'T

THAT RIGHT?

A.      80 PERCENT OF CHILDREN IN THE WORLD HAVE WORMS.

Q.      IN THE WORLD?

A.      YES.  THEY WOULD GET A TABLET FOR WORMS, THEY WOULD GET A FLUORIDE TREATMENT.  WHEN THEY SEE THE DOCTOR, US, WE WOULD GIVE THEM A PACKAGE OF VITAMINS FOR A MONTH.

Q.      THE VITAMINS -- SOMETIMES THE PARENTS DON'T WANT TO GIVE THEM THE VITAMINS FOR REASONS, ISN'T THAT RIGHT?

A.      THERE HAVE BEEN OCCASIONAL PARENTS WHO DON'T WANT TO BECAUSE THE VITAMINS WILL ACTUALLY BALANCE THEIR SYSTEM A LITTLE BIT MORE AND --

Q.      AND MAKE THEM HUNGRY?

A.      -- MAKE THEM HUNGRY.

Q.      MAKE THEM HUNGRY?

A.      YES.  YOU HAVE BEEN DOING A BIT OF READING, YES. THEN THEY SAY, NO, I DON'T WANT THOSE VITAMINS BECAUSE NOW MY CHILD IS GOING TO CRY FROM HUNGER.  AND SO THEY DON'T.  I SAY TO THEM, WELL, YOU CAN TAKE IT AND WHY DON'T YOU TRADE THE VITAMINS FOR TWO EGGS.  AND OH, OKAY, THEY'LL DO THAT.

Q.      SO THESE ARE EXCEPTIONALLY POOR PEOPLE THAT YOU ARE DEALING WITH?

A.      YES.

Q.      I TAKE IT THERE IS NO MEDICAL RECORDS BEING

GENERATED FOR MANY OF THESE VISITS, IS THERE?

A.      CORRECT.   THERE ARE -- THE RECORDS THAT I WOULD KEEP ON A CHILD, RECORDS AND PICTURES THAT I WOULD TAKE IF A CHILD NEEDS SURGERY.  BUT THERE -- IT ALSO DEPENDS, WELL, UPON WHERE WE GO.  SO IN TWO OF THE CLINICS WE WORK IN HAITI, THEY ACTUALLY KEEP MEDICAL RECORDS ON THE CHILDREN AND WE FILL OUT CHARTS.  WHEN WE GO TO GUYANA INTO THOSE CLINICS, WE FILL OUT, YOU KNOW, A TWO-LINE STATEMENT FOR EVERY SINGLE PERSON WE SEE BECAUSE THEY HAVE CLINICS IN THEIR VILLAGES.  IF WE GO TO A SCHOOL IN NIGERIA AND DO A SCHOOL SCREENING BECAUSE WE ARE OFFERING SURGERIES, THERE IS NO CLINIC THERE.  THERE IS NO MEDICAL RECORD.  WE GO THROUGH ALL THE CLASSES AND FIND FOUR BOYS WHO HAVE HERNIAS AND CALL FOR THEIR MOMS TO COME AND SAY, LOOK, WE ARE HERE AND WE CAN DO SURGERY TOMORROW.  DO YOU WANT IT?  SO THERE WOULD BE NO MEDICAL RECORD THERE AT THE SCHOOL.

Q.      I SEE.

        AND CAN YOU -- DO YOU HAVE AN ASSOCIATION ALSO WITH SR. CAMILLE D'ÁRIENZO?

A.      SHE IS A SISTER IN MY COMMUNITY SO....

Q.      IS SHE A SUPPORTER OF YOURS?

A.      YES.  I WOULD SAY THAT -- YES, IN BOTH THAT SHE WOULD, YOU KNOW, KIND OF LOOK AT THE WORK THAT I DO AND KNOW THAT I NEED A BIT OF MONEY.  SO IN ADDITION TO

ACTUALLY THE CHRISTMAS MONEY, CAMILLE HAS OCCASIONALLY WRITTEN ME A CHECK OUT OF HER OWN POCKET FOR $25 OR $50. SO, YES.

Q.    SHE'S ALSO HELPED PUBLICIZE SOME OF YOUR EFFORTS THROUGH ARTICLES?

A.    YES.  SO SHE IS -- SHE IS ONE OF THOSE JOURNALISTS, COMMUNICATORS.  AND SO SHE HAS TASKED ME A COUPLE OF TIMES TO -- SHE INTERVIEWED ME MOST RECENTLY FOR THE NATIONAL CATHOLIC REPORTER.  AND IT WAS JUST CALLED A CONVERSATION WITH SR. CAMILLE.  AND ASKING A BUNCH OF QUESTIONS AND ME ANSWERING THEM AND TO KIND OF SAY, WELL, THIS IS THE WORK THAT IS BEING DONE.

Q.    THE CONTRIBUTIONS THAT YOU GET, DO YOU EVER GET ANONYMOUS CONTRIBUTIONS?

A.    NO.  BECAUSE MOST PEOPLE USUALLY -- I MEAN, THEY USUALLY SEND A CHECK.

Q.    I SEE.

A.    SO I WOULD KNOW WHO IT IS FROM.

Q.    THANK YOU.  AND EVERYONE IS APPRECIATIVE OF YOUR WORK AND THE RISKS THAT YOU UNDERTAKE.

A.    THANK YOU.

            MR. GURGANUS:  I HAVE NO FURTHER QUESTIONS.

            MS. SAUNDERS:  NOTHING FURTHER, YOUR HONOR.

BY THE COURT:

Q.      JUST FOR THE SAKE OF CLARIFICATION, WHAT IS THE DIFFERENCE BETWEEN YOUR ORGANIZATION AND DOCTORS WITHOUT BORDERS?

A.      DOCTORS WITHOUT BORDERS IS A GIANT AND I'M A LITTLE PEA.  THEY ARE -- SO THEY ARE A HUGE, HUGE FEDERALLY FUNDED, INTERNATIONALLY FUNDED ORGANIZATION THAT COMES OUT OF FRANCE.  AND SO -- I MEAN, THEY ARE HUGE IN THEIR NUMBER, THEIR SALARY, THEIR GRANTS, THEIR EVERYTHING.  I'M A LITTLE ONE WOMAN OPERATION WHO IS KIND OF BASICALLY COLLECTING MEDICINES AND SUPPLIES IN MY BASEMENT AND TRYING TO RUN A PROGRAM, AN ELECTIVE FOR RESIDENTS TO GIVE THEM AN EXPERIENCE OF INTERNATIONAL WORK, AND AT THE SAME TIME HOPING THAT THEY WILL THEN REALIZE THAT THERE IS A LIFE OUTSIDE OF HOPKINS, AND THAT THERE ARE CHILDREN IN THE WORLD WHO ARE POOR AND DON'T HAVE ACCESS TO MEDICAL CARE.  SO -- AND I ONLY DO THIS IN A SENSE PART TIME.  SO I'M SUPPOSED TO SPEND 80 PERCENT OF MY LIFE AT HOPKINS, WORKING SHIFTS AND TEACHING AT HOPKINS, AND 20 PERCENT OF MY LIFE DOING THIS INTERNATIONAL WORK.

THE COURT:  ANY QUESTIONS AS A RESULT OF MY QUESTION?

MR. GURGANUS:  NO, YOUR HONOR.

MS. SAUNDERS:  YOUR HONOR, I'M SORRY.  I

WOULD MOVE MY EXHIBITS IN.  I APOLOGIZE.

THE COURT:  YOU MAY STEP DOWN AND WE WILL ADMIT EXHIBITS D 135, D 136 AND D 137, HEARING NO OBJECTION.

(WITNESS EXCUSED.)

(DEFENSE EXHIBITS 135, 136 AND 137 ADMITTED INTO EVIDENCE.)

THE COURT:  YOU MAY RECALL SR. CAMILLE D'ÁRIENZO.

(SR. CAMILLE D'ARIENZO RETAKES THE STAND ON CONTINUED CROSS EXAMINATION.)

THE COURT:  WE HAVE SR. D'ARIENZO ON THE WITNESS STAND.

MS. HAINES:  MAY I INQUIRE, YOUR HONOR?

THE COURT:  YES.  YOU CAN CONTINUE YOUR CROSS, MS. HAINES.

MS. HAINES:  THANK YOU.

CONTINUED CROSS EXAMINATION

BY MS. HAINES:

Q.      GOOD MORNING, AGAIN, SISTER.

A.      GOOD MORNING.

Q.      AT THE CONCLUSION OF YOUR TESTIMONY YESTERDAY I BELIEVE THAT YOU HAD LOOKED THROUGH THE LETTERS THAT ARE GOVERNMENT EXHIBIT GC 5 A THROUGH GC 9.  DO YOU RECALL THOSE LETTERS?

A.      I KNOW I HAD THEM HERE.

Q.      I HAVE THEM.  DO YOU WANT TO HAVE A COPY THERE FOR YOU?

A.      YES, PLEASE.  I'D REALLY APPRECIATE THAT.  THANK YOU SO MUCH.

MS. HAINES:  IF I MAY APPROACH, YOUR HONOR.

THE COURT:  YES.

BY MS. HAINES:

Q.      NOW --

MR. TRAVIS:  EXCUSE ME, YOUR HONOR. BEFORE WE GET INTO THE SUBSTANCE OF THE LETTERS, I WOULD LIKE TO RENEW THE OBJECTION I RAISED YESTERDAY.  THE LETTERS THE WITNESS HAS INDICATED SHE HAS NEVER SEEN. SHE IS UNAWARE OF THE SUBJECT MATTER OF THE LETTERS. AND ALTHOUGH I UNDERSTAND THAT THE RULES OF EVIDENCE DON'T APPLY IN THIS CASE, THERE HAS TO BE SOME RELEVANCE AND THERE HAS TO BE SOME PROBATIVE VALUE TO QUESTIONING THIS WITNESS ABOUT LETTERS THAT SHE KNOWS NOTHING ABOUT.

AND MAYBE I'M JUST DENSE, BUT I DON'T UNDERSTAND THE GOVERNMENT'S PROBATIVE VALUE CONCEPT IN THIS CASE.  THE LETTERS DEAL WITH AN ALLEGED CON.  THAT IS NOT A STATUTORY AGGRAVATING FACTOR.  IT'S NOT A NONSTATUTORY AGGRAVATING FACTOR.  IT HAS GOT NO RELEVANCE TO THE SELECTION OF THE SENTENCE FOR

MR. HAMMER.

THE COURT:  WELL, I DON'T NECESSARILY DISAGREE WITH YOU, BUT I DON'T HAVE A QUESTION IN FRONT OF ME THAT HAS BEEN ASKED.  SO I HAVE TO WAIT FOR A QUESTION.  AND THEN IF YOU WANT TO OBJECT TO THE QUESTION, YOU CAN DO SO.  I CAN'T RULE IN A VACUUM.  WE HAVE THE ANSWERS FROM THE WITNESS YESTERDAY THAT SHE HAS NEVER SEEN THESE DOCUMENTS AND IS NOT FAMILIAR WITH THE SUBJECT MATTER, WHICH IN ESSENCE IS THE SAME THING AS SAYING THEY DON'T REFRESH HER RECOLLECTION, BUT I DON'T KNOW WHAT THE NEXT QUESTION IS.  SO....

MR. TRAVIS:  SORRY I WAS PREMATURE, YOUR HONOR.

THE COURT:  USUALLY YOU OBJECT TO A QUESTION.  LET'S GET THE QUESTION ON THE RECORD.

MS. HAINES:  ALL RIGHT.

BY MS. HAINES:

Q.     THE QUESTION WOULD BE:  FROM YOUR REVIEW OF THE LETTERS, DID YOU SEE OR DID YOU ASCERTAIN THAT MR. HAMMER WAS TELLING MR. MASSENGILL THAT HE HAD A COLLECTION OF TIMOTHY MCVEIGH'S PERSONAL ITEMS?

MR. TRAVIS:  YOUR HONOR, AGAIN, I OBJECT TO THE QUESTION.  IT'S GOT NO PROBATIVE VALUE WITH RESPECT TO ANY OF THE ISSUES THAT ARE IN FRONT OF THE COURT FOR DETERMINATION.

THE COURT:  LET ME SEE COUNSEL AT SIDEBAR.

(SIDE-BAR.)

THE COURT:  I GUESS I NEED TO KNOW WHERE WE ARE GOING WITH THIS CROSS, MS. HAINES, SOME TYPE OF PROFFER.  IT SEEMS TO ME THAT AGAIN, YOU KNOW, I ALWAYS HAVE TO BE CAREFUL THAT WE DON'T VIOLATE -- LET ME GET THE STATUTE UP MORE TIME.

AGAIN, WE DON'T WANT TO VIOLATE THE REQUIREMENT IN 18 U.S.C. SECTION 3593(C) THAT ANY INFORMATION SHOULD BE EXCLUDED IF ITS PROBATIVE VALUE IS OUTWEIGHED BY THE DANGER OF CREATING UNFAIR PREJUDICE, CONFUSING THE ISSUES OR MISLEADING THE JURY.  OBVIOUSLY WE ARE NOT IN A JURY TRIAL, BUT, YOU KNOW, MY CONCERN IS, WE HAVE AT LEAST AT THIS POINT UNAUTHENTICATED LETTERS THAT THE WITNESS HAS NO KNOWLEDGE OF NOR OF THE CONTENT.  SO WHAT IS THE OFFER OF PROOF AS TO WHAT YOU ATTEMPT TO ESTABLISH FROM THIS WITNESS BY SHOWING THE WITNESS GC 5A TO GC 9?

MS. HAINES:  YOUR HONOR, IF I CAN RESPOND TO THE AUTHENTICITY ISSUE.  THE GOVERNMENT HAS AN ADDITIONAL DOCUMENT WHERE MR. HAMMER ADMITTED THAT THIS WAS A FRAUD.  SO WE WILL BE ABLE TO ESTABLISH AND WE HAVE A GOOD FAITH BASIS TO INQUIRE WHETHER HE COMMITTED A FRAUD.  BUT I BELIEVE HER TESTIMONY YESTERDAY AND ONE

OF THE MITIGATORS THAT THEY ARE TRYING TO PROVE IS THAT HE HAS DISPLAYED GENUINE SPIRITUAL GROWTH SINCE 1998. AND SHE TESTIFIED MORE THAN ONCE THAT HE IS AWARE OF GOD'S PRESENCE IN HIS LIFE, THAT HE HAS TURNED A NEW CHAPTER, A NEW LEAF, THAT HE IS LIVING HIS LIFE IN A WAY FAR MORE REFLECTIVE OF GOD'S UNDERSTANDING THAT HE HAS BEEN REDEEMED. SO IF THE DEFENSE WANTS TO PROVE THIS MITIGATOR, THAT HE IS A NEW PERSON, DOES NOT ENGAGE IN THESE CONS, DOES NOT TAKE ADVANTAGE OF WEAKER MEN, WE SHOULD BE ABLE TO CHALLENGE THAT BY ASKING HER IF HER OPINION WOULD CHANGE IF SHE KNEW THAT MR. HAMMER HAD CONTINUED IN THIS CONDUCT AND DID NOT CONFIDE IN HER AS HIS SPIRITUAL ADVISOR ABOUT IT, LIKE A CHARACTER WITNESS MORE OR LESS.

THE COURT: NOW THAT IS NOT THE LAST QUESTION YOU ASKED.

MS. HAINES: I WAS TRYING TO MAKE SURE SHE LOOKED AT THE DOCUMENTS AND UNDERSTOOD WHAT THEY MEANT. IT WAS JUST A FOUNDATIONAL QUESTION. BUT THE LINE OF QUESTIONING IS AS IF SHE WERE AS SHE HAS BEEN A CHARACTER WITNESS FOR HIM. WE SHOULD, UNDER THE RULES, I BELIEVE BE ALLOWED TO ASK HER IF HER OPINION OF HIS CHARACTER WOULD CHANGE IF SHE KNEW THIS.

THE COURT: DO YOU WANT TO ADD ANYTHING, MR. TRAVIS?

MR. TRAVIS:  YOUR HONOR, I WOULD LIKE TO SEE THE DOCUMENT THAT IS BEING REPRESENTED THAT MR. HAMMER ADMITTED THAT THIS WAS FRAUDULENT.  I HAVE A COPY OF A LETTER THAT WAS WRITTEN BY MR. MASSENGILL WHO DENIES THAT THIS MONEY, IT'S A $50 MONEY ORDER, THAT MR. MASSENGILL DENIES THAT THE MONEY WAS SOLICITED BY MR. HAMMER.  IT'S PART OF THE BUREAU OF PRISONS RECORDS. SO I WOULD LIKE TO SEE THE DOCUMENT THAT HAS BEEN REPRESENTED TO THE COURT THAT MR. HAMMER ADMITTED THAT THIS WAS FRAUDULENT ACTIVITY.

THE COURT:  WELL --

MR. MORENO:  IT WAS PART OF A DISCIPLINARY --

THE COURT:  YOU HAVE TO SPEAK INTO THE MICROPHONE, MR. MORENO.

LET'S DO TWO THINGS.  NUMBER ONE, I'M GOING TO SUSTAIN THE OBJECTION TO THIS QUESTION.  THE QUESTION IN GENERAL WHETHER OR NOT IF SHE IS AWARE THAT HE HAS COMMITTED FRAUDS WOULD THAT CHANGE HER OPINION, THAT WOULD BE A PERMISSIBLE QUESTION ON CROSS EXAMINATION IN MY JUDGMENT.  BUT THAT IS NOT THE QUESTION I HAVE IN FRONT OF ME.  YOU ARE TRYING TO LEAD INTO IT WITH A LOT OF QUESTIONS WHICH DON'T REALLY GET US THERE DIRECTLY.

SO I WILL ALLOW YOU TO ASK THAT ONE

QUESTION BECAUSE SHE HAS NO KNOWLEDGE OF THESE DOCUMENTS, THERE HAS BEEN EVIDENCE ON THE RECORD ALREADY ESTABLISHED THAT AT SOME POINT, I'M NOT SURE EXACTLY WHEN, I THINK IT WAS BEFORE HE WAS INCARCERATED, MAYBE IT WAS AFTER HE WAS INCARCERATED.  I'M NOT SURE THAT HE DID COMMIT A FRAUD IN EFFECT.  SO IF YOU WANT TO ASK HER THAT QUESTION, I WILL ALLOW IT.

NOW, WITH RESPECT TO THE AUTHENTICITY OF THIS EXHIBIT, IF THE AUTHENTICITY -- GC 5A AND 9 AT SOME POINT, IF THE AUTHENTICITY OF THIS CAN BE ESTABLISHED, IT MAY CONTAIN INFORMATION THAT WOULD LEND FURTHER WEIGHT TO THE ARGUMENT OF THE GOVERNMENT THAT HE ENGAGED IN A FRAUD.  IT CAN CERTAINLY BE ATTACKED BY THE DEFENSE.

MS. HAINES:  YOUR HONOR, IT'S RIGHT AT THE PODIUM IF THE COURT WANTS ME TO OBTAIN THE DOCUMENT.

THE COURT:  HOWEVER YOU WANT TO DO IT.

MR. MORENO:  I DON'T KNOW HOW A DOCUMENT WRITTEN BY MR. HAMMER SUBSTANTIATES OR AUTHENTICATES THAT LETTER.  I'M NOT SURE.

THE COURT:  I DON'T KNOW.  I HAVE NOT SEEN IT.  IF YOU WANT TO GET IT.

MS. HAINES:  COURT'S INDULGENCE.

(PAUSE.)

MS. HAINES:  YOUR HONOR, IT'S A

THREE-PAGE DOCUMENT, BUT I HAVE HIGHLIGHTED THE PART WHERE MR. HAMMER ADMITS THAT HE LED MR. MASSENGILL TO BELIEVE THAT HE HAD ITEMS OF MR. MCVEIGH'S WHEN IN FACT THEY WERE HIS OWN ITEMS.  BUT THE ENTIRE STATEMENT DEALS WITH THE LETTERS HE WROTE BACK AND FORTH.  WE HAVE MARKED THIS AS GC 17.

MR. MORENO:  WHO IS IT TO?

MS. HAINES:  IT'S TO THE DISCIPLINE COMMITTEE AT TERRE HAUTE FROM DAVID HAMMER, NOVEMBER 3RD OF 2003.

MS. SAUNDERS:  DO YOU HAVE A COPY?

MS. HAINES:  YES.

THE COURT:  I HAVE REVIEWED THE PERTINENT PARAGRAPH AND IN GC 17 THAT RELATES TO MR. MASSENGILL'S LETTER DATED 10/6/03.  AND GC 5A IS DATED 9/21/03.  GC 6 IS THE 10/3 LETTER AND IN THE 10/3 LETTER MR. MASSENGILL IS APPARENTLY WRITING TO MR. HAMMER.  IT DOES NOT LOOK LIKE WE HAVE THE WHOLE THING BECAUSE IT SAYS "OVER" AT THE BOTTOM AND --

MS. HAINES:  WE DON'T HAVE THE WHOLE LETTER.

THE COURT:  ALL RIGHT.  BUT IT'S THANKING MR. HAMMER FOR SENDING HIM TEE SHIRT AND BOXERS AND HE IS ASKING WHOSE ARE THEY?  THEN HE IS ASKING ABOUT THE HAIR OF TIM'S THAT YOU HAVE.  CAN YOU SPARE ME SOME,

PLEASE OVER -- AND I'M ASSUMING THAT WOULD BE WHAT HE IS REFERRING TO THERE.

MS. HAINES:  HE IS ASKING FOR HAIR FROM TIMOTHY MCVEIGH FROM MR. HAMMER.

THE COURT:  ALL RIGHT.  WHAT, BASED UPON WHAT I HAVE IN FRONT OF ME, WHAT IS THE -- EXPLAIN TO ME WHAT IS IN GC 17 THAT SUBSTANTIATES THAT THERE IS SOMETHING FRAUDULENT IN GC 6?

MS. HAINES:  YOUR HONOR, THE --

THE COURT:  I'M ASSUMING FOR THE SAKE OF THIS THAT MR. HAMMER DID SEND GC 17.  NOVEMBER 3RD, 2003 IS THE DATE ON IT TO THE DISCIPLINARY COMMITTEE.

MS. HAINES:  MR. HAMMER --

THE COURT:  I'M JUST TRYING TO TIE IT IN. THAT IS ALL.

MS. HAINES:  MR. HAMMER REPRESENTED TO MR. MASSENGILL THAT HE WAS PROVIDING HIM -- LET ME BACK UP.  MR. MASSENGILL STARTED THE DIALOGUE.  HE TOLD MR. HAMMER HE WOULD DO ANYTHING FOR PERSONAL ITEMS BELONGING TO TIMOTHY MCVEIGH AND THAT HE WOULD OWE MR. HAMMER FOREVER IF MR. HAMMER COULD PROVIDE THOSE ITEMS.

MR. HAMMER THEN SENT HIM WHAT HE CALLED A SOILED TEE SHIRT AND BOXERS OF A PERSON THAT HE -- MR. HAMMER REPRESENTED THEY WERE TIMOTHY MCVEIGH'S.  I

HAVE NOT ASKED AND I HAVE NOT ALLEGED THAT MR. HAMMER REQUESTED MONEY, BUT MR. MASSENGILL SENT HIM MONEY BASED ON MR. HAMMER'S REPRESENTATION, WHICH WE ALLEGE WAS FRAUDULENT, THAT THE ITEMS BELONGED TO MR. MCVEIGH. WHEN MR. HAMMER WAS CAUGHT BY THE BUREAU OF PRISONS, HE ADMITTED IN THE RELEVANT PARAGRAPH. I DIDN'T DO ANYTHING WRONG BECAUSE THOSE WERE MY ITEMS. I HAVE COMMISSARY RECEIPTS FOR THEM. THEREFORE I'M NOT GUILTY OF TAKING ANOTHER PRISONER'S PROPERTY. AND I DIDN'T LIE TO CORRECTION STAFF. THEREFORE MY LIES ARE NOT ACTIONABLE AND THAT IS WHAT WE ARE TRYING TO ASK HER ABOUT. IF SHE KNEW MR. HAMMER WAS MISREPRESENTING OR FRAUDULENTLY REPRESENTING TO THIS INDIVIDUAL THAT HE HAD ITEMS BELONGING TO TIMOTHY MCVEIGH WHEN IN FACT IT WAS ALL UNTRUE, WOULD THIS CHANGE HER OPINION OF HIS CHARACTER.

THE COURT: MR. TRAVIS, YOU WANT TO RESPOND?

MR. TRAVIS: YES. ABSENT FROM THE GOVERNMENT'S SHARING OF INFORMATION WITH THE COURT IS A LETTER FROM MR. MASSENGILL DATED NOVEMBER 10, 2003 TO THE DISCIPLINARY HEARING BOARD ADVISING THEM THAT THE $50 WAS NOT SOMETHING THAT MR. HAMMER ASKED FOR, SOLICITED FOR OR SOUGHT PAYMENT FOR ANYTHING, AND THAT MR. MASSENGILL WAS WILLING TO TAKE A POLYGRAPH ON THAT

ISSUE.

THE COURT:  ALL RIGHT.  LET ME MAKE A RULING.

BASED UPON WHAT IS IN FRONT OF ME, THESE LETTERS, AND BASED UPON COUNSELS' ARGUMENTS, IT SEEMS TO ME THAT THERE ARE TWO THINGS BEING REPRESENTED HERE BY THE GOVERNMENT.

NUMBER ONE, THAT MR. HAMMER IS SOMEONE WHO WOULD MAKE MISREPRESENTATIONS, IN EFFECT BEING UNTRUTHFUL; SECONDLY, SOMEBODY WHO WOULD COMMIT FRAUD.

NOW, MY UNDERSTANDING OF FRAUD IS THAT IT HAS TO LEAD TO SOMEBODY BEING DEPRIVED OF MONEY OR PROPERTY BY FALSE REPRESENTATIONS.  THE FACT THAT MR. MASSENGILL VOLUNTARILY PAID THE MONEY WOULD MAKE IT DIFFICULT FOR THIS TO AMOUNT TO A FRAUD.

ON THE OTHER HAND, IF MR. HAMMER IS REPRESENTING THAT THIS WAS THE PROPERTY OF SOMEONE ELSE, THAT THIS WAS PROPERTY THAT WAS USED BY SOMEBODY ELSE OR WAS OWNED BY SOMEBODY ELSE THAT MR. MASSENGILL MIGHT HAVE AN INTEREST IN AND IN FACT IT WASN'T, IT MIGHT BE THAT HE IS MAKING A MISREPRESENTATION TO HIM.  SO YOU KNOW, I THINK USING THE WORD "FRAUD" IS NOT OVER -- OVERSTATES WHAT THE EVIDENCE SHOWS.  BUT I WILL ALLOW YOU TO ASK HER WHETHER OR NOT IF SHE WAS AWARE THAT MR. HAMMER WAS NOT TRUTHFUL IN THE PAST, THEN WOULD THAT

CHANGE HER OPINION.  I THINK THAT IS WHAT IT COMES DOWN TO.  OKAY.

MS. HAINES:  YOUR HONOR, IF I CAN JUST MAKE AN ADDITIONAL POINT.

I THINK IT'S A LITTLE BIT MORE SUBTLE THAN MR. TRAVIS.  I UNDERSTAND THE LETTER HE IS SHOWING YOU BUT WHAT HE NEGLECTED TO POINT OUT IS THAT MR. MASSENGILL OFFERS TO SEND MR. HAMMER MONEY.  HE SAYS THERE IS GOING TO BE MORE WHERE THAT CAME FROM.  AND HE SAYS I'M LOOKING FORWARD TO MY NEXT TIMOTHY MCVEIGH ITEM.  MR. HAMMER RESPONDS, HERE IS THE TEE SHIRT OR GLAD YOU GOT THE TEE SHIRT, AND I'M THINKING ABOUT GIVING YOU SOME HAIR AND I WILL TELL YOU WHEN I GET THE MONEY ORDER.  SO I THINK MR. HAMMER IS CLEVER ENOUGH TO KNOW THAT HE DOESN'T NEED TO DIRECTLY SOLICIT MONEY TO ENGAGE IN A TRANSACTION THAT IS GOING TO BENEFIT HIM MONETARILY.  SO EVEN THOUGH HE NEVER SPECIFICALLY COMES RIGHT OUT AND SAYS I WANT $50 FOR THE TEE SHIRT, THERE IS DEFINITELY AN UNDERSTANDING BETWEEN THESE TWO PEOPLE THAT IF MR. MASSENGILL GIVES HIM MONEY, HE IS GOING TO GIVE HIM MORE ITEMS.  THAT IS REFLECTED IN THE GOVERNMENT'S EXHIBITS.

MR. TRAVIS:  I UNDERSTAND THE GOVERNMENT'S THEORY AND I WOULD SUGGEST THAT THE GOVERNMENT BRING MR. MASSENGILL TO THIS COURTROOM AND

LET HIM TELL US WHAT HIS THEORY AND BELIEF WAS AS OPPOSED TO SPECULATION AND SPINNING THE FACTS TO SUPPORT THEIR POSITION.

THE COURT:  ALL RIGHT.  I MADE A RULING. I'M GOING TO STAND BY THAT RULING.  OBVIOUSLY, THE QUESTION IS NOT EVIDENCE.  IT'S THE WITNESS'S ANSWER THAT IS EVIDENCE.  SO LET'S SEE WHAT RESPONSE WE GET.

NOW, CAN I HOLD ONTO THIS COPY OF G 17?

MS. HAINES:  SURE, AND THE COURT ALSO I BELIEVE HAS A COPY OF THE LETTERS.

THE COURT:  YES.

MS. HAINES:  THANK YOU, YOUR HONOR.

(WHEREUPON THE SIDE-BAR CONFERENCE ENDED.)

MS. HAINES:  MAY I PROCEED?

THE COURT:  YES, YOU MAY PROCEED.

BY MS. HAINES:

Q.      SR. CAMILLE, IF YOU HAD LEARNED THAT IN 2003 AFTER MR. HAMMER'S CONFIRMATION HE CONTINUED TO LIE TO AT LEAST ONE PERSON, WOULD THAT CHANGE YOUR OPINION OF HIM?

A.      I DON'T KNOW THAT ANYBODY IS PERFECT.  SO IT WOULD NOT CHANGE MY OPINION.  I WOULD STILL HOPE THAT HE WOULD IMPROVE WHATEVER IT IS THAT IS DEFICIENT IN HIS CHARACTER OR HIS BEHAVIOR.

Q.        AND IF YOU WERE TOLD THAT WHEN MR. HAMMER WAS CAUGHT IN THE LIE, HE RESPONDED THAT BECAUSE HE HAD NOT LIED TO A CORRECTION OFFICER, HE HAD NOT DONE ANYTHING WRONG, WOULD THAT CHANGE YOUR OPINION OF HIS CHARACTER?

MR. TRAVIS:  YOUR HONOR, I'M GOING TO OBJECT TO THAT QUESTION.  THAT IS NOT A QUESTION WHICH THE COURT INDICATED IN HIS RULING -- IN THE COURT'S RULING THAT THE GOVERNMENT WAS PERMITTED TO ASK.  MY UNDERSTANDING WAS THAT THE COURT AUTHORIZED THE GOVERNMENT TO ASK ONE QUESTION.

THE COURT:  I WILL OVERRULE THE OBJECTION.

DO YOU UNDERSTAND THE QUESTION?

THE WITNESS:  I WOULD LIKE IT REPEATED, IF YOU DON'T MIND.

MS. HAINES:  I WILL TRY.

BY MS. HAINES:

Q.        IF YOU LEARNED THAT MR. --  THAT WHEN MR. HAMMER WAS FOUND OUT OR CAUGHT IN THE LIE, HIS RESPONSE WAS, IT'S NOT -- WELL, LET ME GET THE EXACT LANGUAGE. MR. HAMMER RESPONDED:  THERE IS NO RULE OR REGULATION THAT MAKES LYING TO ANYONE OTHER THAN A STAFF MEMBER A VIOLATION OF A PROHIBITED ACT.  WOULD THAT CHANGE YOUR OPINION OF HIS CHARACTER?

A.        THAT IS A HARD QUESTION.  IT IS RARELY RIGHT TO

LIE.  I CAN THINK OF VERY FEW INSTANCES WHEN A LIE WOULD BE CORRECT.  BUT MR. HAMMER'S CHARACTER HAS CERTAINLY BEEN INFLUENCED BY THE CIRCUMSTANCES OF HIS LIFE, HIS EXPERIENCE, BAD AND GOOD, AND I DON'T KNOW THAT I SHOULD BE ASKED TO SIT IN JUDGMENT OF A PERSON'S CHARACTER.  IN THE WORDS OF OUR HOLY FATHER, POPE FRANCIS, WHO AM I TO JUDGE?

Q.    I UNDERSTAND YOUR PERSPECTIVE.  BUT MY UNDERSTANDING OF YOUR TESTIMONY WAS THAT MR. HAMMER HAS, YOU TESTIFIED BEFORE, PUT THESE CONS AND LIES AND HIS OLD WAYS BEHIND HIM.  IS THAT FAIR TO SAY?

A.    YES, IT IS FAIR TO SAY.

Q.    AND WOULD THIS CHANGE YOUR PERSPECTIVE OF WHETHER HE HAS COMPLETELY PUT LIES BEHIND HIM?

A.    WELL, I DON'T KNOW THAT ANYBODY EVER COMPLETELY DOES ANYTHING.  I WOULD -- MY IMPRESSION WOULD BE THAT HE IS STILL UNDER DIFFICULT CIRCUMSTANCES, TRYING TO RECTIFY HIS LIFE, INCLUDING TRUTH TELLING.  THAT ANYBODY FALLS FROM GRACE IS NOT A SURPRISE TO ME.  I DON'T KNOW ANYONE WHO HAS NOT DONE SO, MYSELF INCLUDED.

Q.    NOW, I WANT TO TALK TO YOU ABOUT THE CHRISTMAS CARD PROJECT.  AND I UNDERSTAND FROM YOUR TESTIMONY YESTERDAY THAT IT WAS YOUR IDEA, IS THAT TRUE?

A.    YES, THAT'S TRUE.

Q.    YOU CAME UP WITH THE IDEA IN AN EFFORT TO, I

GUESS, CHEER UP MAYBE IS THE WORD MR. HAMMER AT THE TIME OF MR. MCVEIGH'S EXECUTION.  IS THAT THE CIRCUMSTANCE?

A.      IT WAS MORE THAN THAT.  IT WAS -- ON MY PART IT WAS AN EFFORT TO ALLOW HIM TO BUILD SOME POSITIVE MEANING INTO HIS LIFE.

Q.      AND I WOULD IMAGINE THAT THAT PROJECT ENTAILS A GREAT AMOUNT OF WORK ON YOUR PART, IS THAT TRUE?

A.      ABSOLUTELY.

Q.      AND CAN YOU GIVE US AN IDEA OF THE TYPES OF WORK YOU NEED TO DO TO KEEP THAT PROJECT VIABLE?

A.      WELL, DAVID HAS PROVIDED THE ART WORK.  I HAVE PROVIDED THE TEXT.  I HAVE BROUGHT IT TO A PRINTER, HAVE ORDERED AND PAID FOR IN ADVANCE THE PRINTING CHARGES.  I HAVE SENT OUT HUNDREDS, MAYBE THOUSANDS OF FLYERS OVER THE YEAR, HAVE SPOKEN AT EVENTS AND GIVEN PEOPLE AN OPPORTUNITY TO PURCHASE THE CARDS, THE PROCEEDS OF WHICH GO TO HELP CHILDREN IN NEED AND AT RISK.  AND IT HAS TAKEN A GREAT DEAL OF MY TIME AND ENERGY.  WHEN WE HAVE LARGE ORDERS, MANY CONGREGATIONS HAVE ORDERED A THOUSAND OR MORE OF THESE CARDS, THE PRINTER WILL MAIL THOSE OUT. BUT MOST -- MANY OF THE PEOPLE WHO BUY ARE INDIVIDUALS WHO WANT TO BUY 25 CARDS OR 50 CARDS.  AND IN THOSE INSTANCES I PRETTY MUCH PACKAGE THEM AND GO TO THE POST OFFICE AND MAIL THEM OUT.  IT IS A VERY TIME CONSUMING AND EXHAUSTING PROJECT.

Q.        AND I THINK YOU MUST ALSO BE THE PERSON WHO WRITES THE CHECKS FOR THE DONATIONS?

A.        YES, I AM.

Q.        AND YOU TAKE THE TRIPS TO THE CHARITABLE ORGANIZATIONS AND SEE THE GOOD WORK THAT THEY DO?

A.        EVERY ORGANIZATION THAT HAS RECEIVED MONEY FROM US WITH MAYBE THE EXCEPTION OF THE ONES IN HAITI, ST. BARTHOLOMEW'S IN INDIANAPOLIS -- LET ME SAY 80 PERCENT OF THE PLACES THAT RECEIVE MONEY, I KNOW ABOUT BECAUSE I HAVE EITHER SERVED IN SOME CAPACITY ON THE BOARD OF DIRECTORS OR I HAVE VISITED OR I HAVE READ EXTENSIVELY ABOUT IT.  SO THERE IS NO PLACE THAT IS UNFAMILIAR TO ME THAT IS A RECIPIENT OF THAT.  I TRY TO BE VERY, VERY CAREFUL, VERY HONEST, VERY UP FRONT.  AND I WILL TELL YOU I HAVE NOT KEPT A PENNY FOR MYSELF OF ANY OF THE MONEY THAT WE HAVE TAKEN IN.

Q.        I THINK IN THE PAST YOU HAVE USED THE WORD "SINGLE HANDEDLY," THAT YOU SINGLE HANDEDLY RUN THAT PROJECT.  IS THAT THE WAY YOU SEE IT?

A.        YES, WITH THE HELP OF THE PRINTER, WHO HELPS ME WITH THE MAILING AND OTHER THINGS, YES.

Q.        NOW, YOU SAID THAT DAVID PROVIDES THE ART WORK. WHAT DO YOU MEAN BY THAT?

A.        WELL, FOR THE MOST PART HE IS THE ARTIST, ALTHOUGH HE HAS WORKED IN CONJUNCTION WITH OTHER

ARTISTS.

Q.      AND HOW DID YOU COME TO LEARN THAT HE HAD THESE ARTISTIC TALENTS?

A.      BECAUSE VERY EARLY ON IN OUR COMMUNICATION, HE SENT ME A LANDSCAPE THAT HE HAD DONE.

Q.      AND DO YOU KNOW WHAT MEDIUM IT WAS?  WAS IT WATER COLOR OR CRAYON OR WHAT EXACTLY?

A.      I BELIEVE IT WAS WATER COLOR, BUT I AM NO ART EXPERT.  SO I CAN'T SAY FOR SURE.

Q.      AND DID HE TELL YOU OR WRITE TO YOU SAYING THIS IS SOMETHING I DREW FOR YOU?

A.      HE SIGNED IT.

Q.      HE SIGNED IT.  HAVE YOU HAD DISCUSSIONS WITH HIM SINCE THEN ABOUT HIS DRAWINGS OR HIS ART WORK?

A.      I HAVE CERTAINLY APPRECIATED ANYTHING THAT HE HAS SENT ME AND HE KNOWS THAT.

Q.      BUT IT IS YOUR UNDERSTANDING THAT HE IS THE ARTIST?

A.      YES, IT IS.

Q.      HAVE YOU EVER SEEN HIM DRAW ANYTHING IN PERSON WITH YOU SITTING THERE?

A.      NO.

Q.      WOULD YOU RECOGNIZE HIS DESIGNS IF YOU SAW THE PICTURES?

A.      OF THE ONES THAT I HAVE, YES.

Q.        LET ME SHOW YOU WHAT HAS BEEN MARKED AS GOVERNMENT EXHIBIT GC 12.

MS. HAINES:  THIS IS GOING TO BE ON THE SANCTIONS, YOUR HONOR.  I DO NOT HAVE AN EXTRA COPY OF THIS.

FOR THE RECORD, THIS IS A TWO-PAGE CHRISTMAS CARD ORDER FORM THAT I'M GOING TO SHOW SR. CAMILLE.

BY MS. HAINES:

Q.        DO YOU RECOGNIZE THE ORDER FORM I HAVE SHOWN YOU, GC 12?

A.        YES, I DO.

Q.        COULD YOU TELL US WHAT THAT IS?

A.        IT SHOWS FIVE DIFFERENT CHRISTMAS CARD DESIGNS. THE PAINTING ARE SHOWN, THE PICTURES OF THEM, AND THE TEXT, MOST OF WHICH I HAVE PROVIDED.

Q.        AND IS THIS -- I THINK THIS YEAR IS -- IS IT 2013?  IS THIS YOUR ORDER FORM FOR 2013 FOR THE CHRISTMAS CARD PROJECT?

A.        I THINK SO.  YES, I THINK SO.

Q.        ALL RIGHT.

MS. HAINES:  IF WE CAN INTRODUCE THAT INTO EVIDENCE, YOUR HONOR, AND PUBLISH IT.  OH, IT'S UP.

THE COURT:  HEARING NO OBJECTION, GC 12 WILL BE ADMITTED.

(GOVERNMENT EXHIBIT GC 12 ADMITTED INTO EVIDENCE.)

BY MS. HAINES:

Q.      SISTER, THAT IS ON THE SCREEN.  IT'S ACTUALLY TO YOUR -- THERE IT IS.  CAN YOU IDENTIFY ANY OF THESE -- THERE'S TWO PAGES.  CAN YOU IDENTIFY ANY OF THESE AS MR. HAMMER'S ART WORK?

A.      TO THE BEST OF MY KNOWLEDGE IT IS BASICALLY ALL HIS, ALTHOUGH I DO RECALL AT ONE POINT HE SAID THAT JEFF PAUL, ANOTHER INMATE, HAD CONTRIBUTED TO IT.  AND I THINK, YES, THERE IS ONE, ONE OF THE MORE RECENT ONES.

Q.      IF WE CAN SWITCH TO THE SECOND PAGE.  I BELIEVE THERE IS A SECOND PAGE OF THIS EXHIBIT.

A.      YEAH.  I BELIEVE THAT ALTHOUGH I'M NOT ABSOLUTELY SURE, BUT I THINK THE ONE THAT IS THE CENTER OF THE TOP LINE THERE, I THINK THAT MIGHT HAVE BEEN THE WORK OF ANOTHER ARTIST OR IN CONJUNCTION WITH ANOTHER ARTIST.

Q.      JUST BECAUSE I'M A LITTLE CONFUSED, ARE YOU TALKING ABOUT THE SECOND PAGE TOP PICTURE?

A.      NO, NOT THE ONE THAT IS UP NOW, THE OTHER ONE.

Q.      IF WE CAN SWITCH TO THE OTHER PAGE, PLEASE.

        SO WHERE I'M STANDING THAT LOOKS LIKE A PICTURE OF MAYBE JESUS AND --

A.      MARY AND JOSEPH.

Q.          MARY AND JOSEPH.  I'M SORRY.

YOU THINK THAT IS THE WORK OF SOMEBODY ELSE?

A.          I THINK IT IS EITHER THE WORK OF SOMEBODY ELSE OR IN CONJUNCTION WITH SOMEBODY ELSE.

Q.          BUT YOUR UNDERSTANDING -- I ASSUME YOU RECEIVED THESE PIECES OF ART FROM MR. HAMMER?

A.          YES.

Q.          DID THESE COME TO YOU THROUGH THE MAIL OR DID HE HAND THEM TO YOU?

A.          THROUGH THE MAIL.  HE HAS NEVER HANDED ME ANYTHING.

Q.          YOUR UNDERSTANDING FROM WHAT HE TOLD YOU IS THE REST OF THEM ARE HIS.  HE DID THE REST OF THEM?

A.          YES.  I'M HESITATING BECAUSE I'M NOT ABSOLUTELY POSITIVE THAT ANOTHER ONE OF THESE WAS NOT DONE IN CONJUNCTION WITH SOMEONE ELSE.

Q.          SO -- BUT TO MAKE IT EASIER FOR YOU, IT'S FAIR TO SAY THAT SOME OF THESE ARE HIS, AND SOME OF THESE MIGHT BE HIS WITH SOMEBODY ELSE?

A.          YES, PERHAPS EVEN MOST OF THESE ARE HIS.

Q.          NOW, I CAN'T SEE IT FROM WHERE I'M STANDING, BUT I BELIEVE AT THE TOP THERE IS SOME VERBIAGE ABOUT $100 GOES TO ARTIST'S NEEDS?  DO YOU SEE THAT?

A.          YES.

Q.      WHAT DOES THAT MEAN EXACTLY?

A.      THAT MEANS THAT I SEND HIM -- I SENT HIM THAT AMOUNT OF MONEY TO REPLENISH THE ART SUPPLIES, WHATEVER, THE CANVASES, WHATEVER HE NEEDS TO PURCHASE THROUGH THE COMMISSARY.

Q.      IS THAT YOUR OWN MONEY OR IS THAT COMING OUT --

A.      IT COMES OUT OF THE CHRISTMAS CARDS, YES.

Q.      DOES THIS HAPPEN EVERY YEAR THAT YOU SEND HIM A HUNDRED DOLLARS OR SO?

A.      I SEND HIM SOMETHING EVERY YEAR, YES.

Q.      DO YOU KNOW WHERE HE IS GETTING THE ARTIST SUPPLIES FROM?  IS THAT FROM HIS COMMISSARY?

A.      AS FAR AS I KNOW, IT'S FROM THE COMMISSARY, YES.

Q.      WHY DO YOU THINK THAT?

A.      BECAUSE I DON'T KNOW WHERE ELSE HE WOULD GET IT AND BECAUSE THAT IS WHERE HE SAID HE GOT IT.

Q.      WOULD IT SURPRISE YOU THAT MR. HAMMER ACTUALLY CANNOT DRAW?

A.      IT WOULD.

Q.      LET ME SHOW YOU WHAT'S BEEN MARKED GOVERNMENT EXHIBIT GC 10.

            MS. HAINES:  YOUR HONOR, I WOULD LIKE TO BRING UP GC 10, IF I MAY.

BY MS. HAINES:

Q.      NOW SR. CAMILLE, I WOULD ASK YOU TO LOOK AT THE

ENVELOPE AND YOU SEE IN THE LEFT HAND CORNER WHERE IT SAYS DAVID PAUL HAMMER?

A.    YES.

Q.    IT'S ADDRESSED TO MARTIN HAMMER?

A.    YES.

Q.    DO YOU RECOGNIZE MR. HAMMER'S HANDWRITING?

A.    YES.

Q.    AND DO YOU KNOW WHO MARTIN HAMMER IS?

A.    HIS BROTHER.

Q.    DO YOU SEE THAT VERY ELEGANT HAMMER PHOTO OR DRAWING, LOOKS LIKE A SKETCH, ON THE OUTSIDE OF THE ENVELOPE?

A.    I DO.

Q.    NOW, IF WE CAN GO TO THE TEXT OF THE LETTER ITSELF, PARTS HAVE BEEN HIGHLIGHTED.  DO YOU SEE THAT THIS LETTER IS DATED FRIDAY NIGHT, JANUARY 3RD, 1997?

A.    YES, I DO.

Q.    AND IT'S ADDRESSED:  HI, BUD, LOVE, DAVID?

A.    YES.

Q.    NOW IF YOU COULD JUST DRAW YOUR ATTENTION TO THE HIGHLIGHTED PART.  I'M GOING TO READ INTO THE RECORD. THIS SAYS:  A FRIEND OF MINE DID UP THE ENVELOPE FOR ME. HE HAS A TALENT FOR DRAWING.  I CAN'T DRAW A STICK FIGURE MYSELF.  MY TALENTS, IF I HAVE ANY, MUST BE IN OTHER AREAS.  DO YOU SEE WHERE MR. HAMMER WROTE THAT?

A.      YES, I DO.

Q.      DOES THAT CHANGE YOUR OPINION AS TO WHETHER MR. HAMMER IS THE ARTIST OF THOSE PAINTINGS?

A.      WELL, IT SAYS THAT HE DID NOT DRAW AT ALL IN 1997.  I DON'T KNOW WHETHER HE ACQUIRED A TALENT SUBSEQUENT TO THAT DATE.

Q.      SISTER, DO YOU HONESTLY BELIEVE MR. HAMMER COULD GO FROM NOT DRAWING A STICK FIGURE TO DRAWING THOSE RATHER SOPHISTICATED WATER COLORS, PAINTING THOSE SOPHISTICATED WATER COLORS IN -- WHEN DID THE CHRISTMAS CARD PROJECT START, 2000?

A.      2000.

Q.      DO YOU THINK HE DEVELOPED THAT TALENT IN PRISON IN THREE YEARS?

A.      PROBABLY NOT.

Q.      AND HAVE YOU EVER TALKED TO MR. HAMMER'S COUNSELORS ABOUT WHETHER HE CAN DRAW?

A.      NO.

Q.      WOULD IT SURPRISE YOU TO LEARN THAT THEY HAVE NEVER SEEN -- MR. HAMMER'S COUNSELORS, WHO SEE HIM EVERY DAY, HAVE NEVER SEEN HIM DOING ANY KIND OF ART WORK?

MR. TRAVIS:  YOUR HONOR, I'M GOING TO OBJECT TO THE QUESTION.  IT REPRESENTS A FACT THAT IS NOT IN THE RECORD.

THE COURT:  THE QUESTION IS NOT EVIDENCE.

I WILL ALLOW THE QUESTION.  IT'S THE ANSWER THAT IS EVIDENCE.

CAN YOU ANSWER THAT QUESTION?

THE WITNESS:  WOULD YOU REPEAT THE QUESTION, PLEASE.

BY MS. HAINES:

Q.    I WILL ASK IT A DIFFERENT WAY.  WOULD IT CHANGE YOUR OPINION ABOUT WHETHER MR. HAMMER IS THE ARTIST OF THESE DRAWINGS IF THE STAFF WHO SUPERVISE HIM EVERY DAY TOLD YOU THEY HAVE NEVER SEEN HIM DRAW A THING?

A.    IT WOULD CERTAINLY RAISE DOUBTS.

Q.    NOW, YOU SAID HE'S -- WHAT HE HAS TOLD YOU IS THAT HE IS PURCHASING THESE ITEMS AT THE COMMISSARY.  IS THAT WHAT HE TOLD YOU?

A.    YES.

Q.    HE IS PURCHASING THE ARTIST SUPPLIES?

A.    YES.

Q.    I BELIEVE THERE IS AN ITEM OF EVIDENCE -- IN EVIDENCE THAT IS TWO YEARS WORTH OF MR. HAMMER'S COMMISSARY PURCHASES THAT CAME INTO EVIDENCE YESTERDAY. WOULD YOU LIKE ME TO SHOW THAT TO YOU, SISTER?

A.    YES.

Q.    SISTER, I'M HANDING YOU WHAT IS IN EVIDENCE AS GC 15.  IF YOU COULD JUST FLIP THROUGH IT.

A.    IT'S A LOT OF FLIPPING TO DO.  44 PAGES.

Q.      WELL, MAYBE I COULD MAKE A REPRESENTATION.  YOU HAVE THE EXHIBIT SO YOU CAN EITHER ACCEPT MY REPRESENTATION OR NOT.  MY REPRESENTATION IS THAT NOWHERE ON THOSE 45 PAGES ARE THERE ANY PURCHASES FOR ARTIST SUPPLIES.  DO YOU SEE ANY?

A.      NOT SO FAR.

Q.      SISTER, CAN I ASK YOU A QUESTION WHILE YOU ARE LOOKING?

A.      CERTAINLY.

Q.      THANK YOU.  HOW MUCH MONEY OVER THE YEARS DO YOU THINK YOU HAVE GIVEN MR. HAMMER FOR ARTIST SUPPLIES?

A.      I'M NOT GOOD WITH NUMBERS.  I SAID THIS YESTERDAY, BUT I'M GUESSING OVER $2,000.

Q.      DO YOU KNOW WHAT HE DID WITH THAT MONEY?

A.      WELL, I DON'T SEE ANY EVIDENCE THAT IT WENT FOR ARTIST SUPPLIES THROUGH THE COMMISSARY, UNLESS THERE WAS ANOTHER WAY FOR HIM TO ACQUIRE THEM.

Q.      DO YOU KNOW OF ANY OTHER WAY FOR HIM TO ACQUIRE THEM?

A.      THERE IS A LOT I DON'T KNOW ABOUT THE PRISON SYSTEM.

Q.      AND I UNDERSTAND THAT YOU HAVE BEEN RAISING A TREMENDOUS AMOUNT OF MONEY FOR THESE CHARITIES IN THE NAME OF THIS CHRISTMAS CARD PROJECT.  BUT HOW MUCH OF MR. HAMMER'S OWN MONEY HAS HE ACTUALLY DONATED?

A.      I THINK YOU WOULD HAVE TO ASK HIM THAT.  I HAVE NO RECOLLECTION OF THAT.

Q.      IN ADDITION TO THE ARTIST SUPPLIES, HOW MUCH OF YOUR MONEY HAVE YOU GIVEN MR. HAMMER?

A.      NOT A GREAT DEAL.  OCCASIONAL MONEY ORDER, BUT NOT -- CERTAINLY NOT MONTHLY.  SEVERAL TIMES A YEAR, BUT ONCE AGAIN, I DON'T DO NUMBERS.

Q.      WOULD YOU AGREE WITH ME THAT IT'S OVER A COUPLE HUNDRED DOLLARS AT LEAST?

A.      YES.  OVER TIME, YES.

Q.      YOU HAVE ALSO TALKED TO MR. HAMMER ABOUT THIS PARTICULAR CASE, IS THAT TRUE?

A.      WHICH CASE?

Q.      THE MURDER CASE, THE ANDREW MARTI MURDER.  YOU HAVE TALKED TO HIM ABOUT THIS?

A.      VERY, VERY LITTLE.

Q.      BUT THE LITTLE THAT YOU HAVE TALKED TO HIM ABOUT IT, HE TOLD YOU IT WAS AN ACCIDENT THAT HE KILLED MR. MARTI, ISN'T THAT TRUE?

A.      YES.

Q.      HE SAID IT WAS AN ACCIDENT THAT HAPPENED DURING SEX?

A.      YES.

            MS. HAINES:  I HAVE NOTHING FURTHER, YOUR HONOR.

THE COURT:  ANY REDIRECT?

MR. TRAVIS:  MAY WE TAKE THE MORNING RECESS NOW, PLEASE?

THE COURT:  YES.  IT'S ALMOST 20 TO 11. LET'S TAKE A FIVE-MINUTE BREAK AND RECESS.

(BREAK TAKEN.)

MR. TRAVIS:  MAY I GO AHEAD?

THE COURT:  YES.

MR. TRAVIS:  THANK YOU, YOUR HONOR.

REDIRECT EXAMINATION

BY MR. TRAVIS:

Q.    SISTER, THE EXHIBIT GC 15, IS THAT ENTITLED COMMISSARY SUMMARY REPORT?

A.    IT DOES NOT HAVE GC 15 ON IT, BUT IT SAYS COMMISSARY REPORT.

Q.    THERE ARE THREE WORDS IN THE TITLE.  WHAT DOES IT SAY, COMMISSARY?

A.    SALES REPORT.

Q.    SALES REPORT.

WOULD IT SURPRISE YOU TO LEARN THAT RELIGIOUS ARTICLES, PAINT SUPPLIES AND I BELIEVE MEDICINES ARE SOLD THROUGH SOMETHING CALLED SPECIAL PURCHASE ORDERS?

A.    NO, IT WOULD NOT SURPRISE ME TO LEARN THAT.

Q.    THE DOCUMENTS THAT YOU HAVE BEEN PROVIDED BY THE

GOVERNMENT TO REVIEW AS FAR AS THE POSSIBLE PURCHASE OF ART SUPPLY, HAVE THEY PROVIDED TO YOU ANY SPECIAL PURCHASE ORDER FORMS?

A.      NOT THAT I CAN SEE.

Q.      AND THE GC 10, THE LETTER THAT MR. HAMMER WROTE TO HIS BROTHER BACK IN 1997, HE IS INDICATING DOING DRAWINGS, CORRECT?

A.      I'M SORRY.  I DON'T HAVE THAT HERE.

Q.      WELL, I WILL GIVE IT BACK TO YOU.  I WILL GIVE YOU MY COPY.

A.      THANK YOU, MR. TRAVIS.

Q.      I BELIEVE YOU EARLIER INDICATED THAT PART OF THAT LETTER SAYS HE CAN'T DRAW A STICK FIGURE?

A.      YES.

Q.      IN THE ART WORK WHICH WAS INCORPORATED INTO THE CHRISTMAS CARD, IS THAT DRAWING WORK OR IS THAT PAINTING?

A.      IT'S PAINTING.

            MR. TRAVIS:  IF I MAY HAVE A MOMENT, YOUR HONOR.

            I HAVE NO OTHER QUESTIONS, YOUR HONOR.

            THE COURT:  ANY RECROSS?

            MS. HAINES:  NO, YOUR HONOR.

            THE COURT:  ALL RIGHT.  YOU MAY STEP DOWN.

MR. TRAVIS: YOUR HONOR, SINCE THE WITNESS HAS BEEN EXCUSED, WE WOULD LIKE TO --

YOU MAY LEAVE.

(WITNESS EXCUSED.)

MR. TRAVIS: I'M SORRY. WE WOULD LIKE TO GET A REPRESENTATION ON THE RECORD FROM THE GOVERNMENT FOR THE GOOD-FAITH REPRESENTATION THAT WAS MADE THAT OVER A PERIOD OF 15 YEARS, 24 HOURS A DAY, NOT ONE STAFF MEMBER -- EXCUSE ME, LET ME WITHDRAW THAT.

THAT FOR A PERIOD OF 15 YEARS, 24 HOURS A DAY, EVERY STAFF MEMBER WHO HAS BEEN EMPLOYED AT THE SPECIAL CONFINEMENT UNIT AT TERRE HAUTE HAS REPRESENTED THAT THEY HAVE NOT SEEN MR. HAMMER DRAW OR PAINT.

THE COURT: MS. HAINES.

MS. HAINES: YOUR HONOR, THERE IS NO WAY I CAN MAKE A REPRESENTATION THAT WE HAVE TALKED TO EVERY STAFF MEMBER OVER 15 YEARS. BUT I TALKED TO TWO STAFF MEMBERS WHO ARE MR. HAMMER'S COUNSELORS, WHO BOTH SAID THEY HAVE NEVER SEEN HIM WITH ANY ART SUPPLIES OR DOING ANY ART WORK. AND WHEN MR. GURGANUS WENT OUT TO TERRE HAUTE, HE ALSO TALKED TO CERTAIN STAFF MEMBERS, AND HE COULD MAKE THOSE REPRESENTATIONS, WHERE THEY ALSO SAID THE RUNNING JOKE OUT THERE IS THAT MR. HAMMER CANNOT DRAW AND THAT HE GETS OTHER INMATES TO DO THESE DRAWINGS FOR HIM. BUT I THINK MY COLLEAGUE COULD SPEAK BETTER TO

THAT.  AS FOR MYSELF, I PERSONALLY SPOKE TO HIS TWO COUNSELORS WHO MADE THESE REPRESENTATIONS.

THE COURT:  ALL RIGHT.  I'M SATISFIED THAT THERE IS SOME BASIS FOR THE QUESTION.  AGAIN, IT'S THE WITNESS' ANSWER THAT IS THE EVIDENCE IN THE CASE. AND AGAIN, WE ARE HERE NON-JURY AND IT'S -- I CAN PROPERLY FILTER WHAT IS EVIDENCE AND WHAT'S NOT EVIDENCE.  ALL RIGHT.

MR. TRAVIS:  EXCUSE ME, YOUR HONOR, IT SEEMS TO ME THE WITNESS WALKED OUT WITH A COUPLE OF EXHIBITS.

THE COURT:  ALL RIGHT.  CAN WE CALL THE NEXT WITNESS?

IS MS. SAUNDERS GETTING THE NEXT WITNESS?

MR. MORENO:  YES.

MR. TRAVIS:  YOUR HONOR, WHILE WE ARE WAITING FOR THE NEXT WITNESS, I WOULD LIKE TO MOVE INTO THE RECORD THE EXHIBITS THAT WERE IDENTIFIED THROUGH SR. CAMILLE, BEFORE I FORGET ABOUT IT.  AND THEY START WITH D 200, 201, 202, 202.1, 203, 204, 205, 206, 209, 210, 211, 212, 213, 213.1, 213.2.

THE COURT:  WAIT A MINUTE.  I DON'T HAVE 213.1 AND 2.  ARE THEY PART OF 213?

MR. TRAVIS:  THEY WERE SUBSETS I HAVE.  I PROBABLY HAVE TOO MANY COPIES.

MS. HAINES:  YOUR HONOR, THE GOVERNMENT WOULD NEED COPIES OF THOSE AS WELL.

MR. TRAVIS:  I GAVE THEM TO YOU YESTERDAY.

I THINK I STOPPED AT 213.2.  214, 215, 215.1, 216, 217, 218.

THE COURT:  WAIT ONE SECOND.

MR. TRAVIS:  I'M SORRY, YOUR HONOR.

THE COURT:  MY NOTES DON'T INDICATE THE 17 AND 18.

MR. TRAVIS:  OKAY, LET ME --

THE COURT:  I DO HAVE --

MR. TRAVIS:  YOU ARE CORRECT.  I'M WRONG ABOUT THOSE, YOUR HONOR.  THOSE ARE THE PROVIDENCE ONES.

THE COURT:  SO YOU ARE NOT OFFERING 217 AND 18?

MR. TRAVIS:  CORRECT.

THE COURT:  ALL RIGHT.

MR. TRAVIS:  AND THAT WOULD BE IT.

THE COURT:  I DO HAVE D 220, ALSO, WHICH IS THE CONFIRMATION CARD.

MR. TRAVIS:  YES, YOU ARE RIGHT, YOUR HONOR.  I GOT THAT ONE OUT OF ORDER BECAUSE --

THE COURT:  ALL RIGHT.  HEARING NO OBJECTION, THOSE EXHIBITS WILL BE ADMITTED.

(DEFENSE EXHIBITS 200, 201, 202, 202.1, 203, 204, 205, 206, 209, 210, 211, 212, 213, 213.1, 213.2, 214, 215, 215.1, 216, 220 ADMITTED INTO EVIDENCE.)

THE COURT:  AND NEXT WITNESS?

MS. HAINES:  YOUR HONOR, JUST -- WE WOULD ALSO SEEK TO INTRODUCE, IF IT'S NOT ALREADY, GC 10 AND GC 12.

MR. MORENO:  WHAT ARE THEY?

MS. HAINES:  GC 10 WAS THE LETTER TO MARTIN HAMMER.

THE COURT:  FROM DAVID HAMMER, DATED 1/3/97.

MS. HAINES:  AND GC 12 WAS THE CIRCLE OF LIFE CHRISTMAS CARD ORDER FORM.

THE COURT:  THAT HAS ALREADY BEEN ADMITTED.

MS. HAINES:  THANK YOU.

THE COURT:  SO HEARING NO OBJECTION, GC 10 WILL BE ADMITTED.

(GOVERNMENT EXHIBIT GC 10 ADMITTED INTO EVIDENCE.)

THE COURT:  NEXT WITNESS.

SR. ANGELA BREIGE LAVERY, DEFENSE WITNESS, SWORN.

THE CLERK:  STATE AND SPELL YOUR FULL NAME FOR THE RECORD, PLEASE.

THE WITNESS:  MY NAME IS ANGELA BREIGE LAVERY, B-R-E-I-G-E.

THE COURT:  AND YOUR LAST NAME?

THE WITNESS:  LAVERY, L-A-V-E-R-Y.

DIRECT EXAMINATION

BY MR. TRAVIS:

Q.    GOOD MORNING.  ARE YOU A NUN?

A.    YES, I AM, A SISTER OF MERCY.

Q.    AND HOW LONG HAVE YOU BEEN A SISTER OF MERCY?

A.    FOR 14 YEARS NOW.

Q.    IN CONJUNCTION WITH YOUR ROLE AS A SISTER OF MERCY, HAVE YOU BEEN INVOLVED IN ANY PROJECTS WHERE YOU HAVE RECEIVED MONEY FROM THE CHRISTMAS CARD PROJECT THAT IS ESSENTIALLY BEING RUN BY SR. CAMILLE?

A.    YES, I HAVE.  I ACTUALLY HAVE WORKED AT THREE MINISTRIES.  I WORKED AT THE HISPANIC APOSTOLATE OF SOUTH FORK, WHICH WAS BASED IN SOUTHAMPTON, LONG ISLAND. AND THEN I WAS AT ST. JOSEPH'S SOCIAL SERVICE CENTER IN ELIZABETH, NEW JERSEY.  AND CURRENTLY I'M EXECUTIVE DIRECTOR AT DOROTHY BENNETT MERCY CENTER IN BROOKLYN, NEW YORK.

Q.    OVER A PERIOD OF TIME BETWEEN 2001 AND 2013, HAVE EACH OF THOSE ORGANIZATIONS RECEIVED DONATIONS FROM

CARD MONEY?

A.      YEAH.  EACH OF THEM DID RECEIVE, YOU KNOW, DIFFERENT YEARS.  I'M NOT QUITE SURE OF ALL OF THE YEARS, BUT THE DATES.

Q.      OKAY.  COULD YOU START WITH THE FIRST ORGANIZATION AND EXPLAIN TO THE COURT WHAT TYPE OF SERVICES ARE PROVIDED BY THAT ORGANIZATION?

A.      YEAH.

WELL, THE FIRST AGENCY I WAS WORKING AT WAS THE HISPANIC APOSTOLATE OF THE SOUTH FORK IN SOUTHAMPTON.  IT WAS BASICALLY A MINISTRY WORKING WITH THE MANY IMMIGRANTS, SOME OF WHOM WERE DAY LABORERS, AND THEY WERE MOSTLY HISPANIC IMMIGRANTS.  THEY WOULD COME TO THE CENTER AND THEY WOULD REQUIRE DIFFERENT SORTS OF HELP.  ONE OF OUR SISTERS STARTED UP A LITTLE MONTESSORI PROGRAM FOR THEIR CHILDREN, WHILE I WORKED MOSTLY WITH DIRECT EMERGENCY NEEDS AND SO ON.  SOMETIMES FOLKS DID NOT HAVE MONEY FOR DIAPERS, THEY DID NOT HAVE -- THEY COULD NOT PAY THE UTILITIES.  AND JUST THERE WERE DIFFERENT EMERGENCIES THAT CAME UP VERY FREQUENTLY.  WE WOULD HAVE PARTIES AND THAT FOR THE KIDS AT CHRISTMAS.  AND WHILE I WAS THERE, THERE WAS A MAJOR ISSUE OVER HOUSING.  A NUMBER OF THE FAMILIES WERE EVICTED AND WE WERE VERY DEEPLY INVOLVED IN THAT AND TRYING TO GET THEM OTHER HOUSING.

WE WORKED WITH THE TOWN OF SOUTHAMPTON BUT THE OFFICE COVERED THE WHOLE AREA FROM SOUTHAMPTON RIGHT OUT TO MONTAUK POINT.  AND I WOULD ATTEND MASS THERE AT THE VARIOUS PARISHES.  AND WHILE I WOULD BE AT THE MASS, PEOPLE WOULD MAKE CONTACT, THEY GET TO KNOW YOU -- THEY GET TO KNOW YOU AND THEY WOULD COME TO THE CENTER.  I WORKED ALONG WITH SOME OF THE VINCENTIAN PRIESTS AND ALSO SR. MARGARET SMILEY FROM THE NORTH FORK.  AND WE WOULD HAVE IMMIGRATION COUNSELORS COME TO THE OFFICE.  JUST BASICALLY WE WERE THERE, YOU KNOW, FIVE DAYS A WEEK, AND THEN AT THE WEEKENDS WOULD BE IN CHURCH.  SO THERE WERE A LOT OF NEEDS AND A LOT OF WORK.

Q.    AND DO YOU HAVE AN APPROXIMATION OF HOW MUCH IN TOTAL WAS DONATED TO THAT GROUP OR THAT ORGANIZATION?

A.    I BELIEVE IT WAS ABOUT $500 OVER THE FEW YEARS THAT I WAS THERE.  YOU KNOW, I THINK IT WAS 200 ONE YEAR AND THEN MAYBE 300 AND SO ON.

Q.    AND WAS THAT MONEY USED FOR ANY SPECIFIC PROJECT OR DID IT GO INTO WHAT I WILL CALL GENERAL OPERATING FUND.

A.    GENERALLY, WE KEPT IT AS AN EMERGENCY FUND. SOMETIMES, YOU KNOW, A KID WOULD COME IN, WOULD NOT HAVE A JACKET.  SOMETIMES SOMEBODY NEEDED HELP WITH EMERGENCIES, LIKE NO FOOD.  WE WOULD SEND THEM TO THE ADJOINING FOOD PANTRY BUT IF IT WAS WEEKEND AND OFF TIME

IT WAS NICE TO HAVE THOSE FUNDS.  AND I'LL TELL YOU, THEY HELPED US IN A NUMBER OF EMERGENCY SITUATIONS.

Q.     AND DID THE DONATIONS THAT YOU RECEIVED AS A RESULT OF THE CARD PROJECT IN YOUR VIEW HAVE SOCIETAL VALUE?

A.     OH, ABSOLUTELY.  I MEAN, SOME OF THE FOLKS WERE ABSOLUTELY DESPERATE.  AND YOU KNOW, IF WE DIDN'T HAVE IT, I WOULD HAVE TO GO THROUGH OTHER CHANNELS TO TRY AND GET IT.  AND THE PROBLEM WAS YOU COULD NEVER GET IT IMMEDIATELY.  AND SOMETIMES I WOULD HAVE TO ASK THE DIOCESE OR, YOU KNOW, MY COMMUNITY.  BUT HAVING IT RIGHT THERE MEANT THAT, YOU KNOW, IT WAS AN IMMEDIATE SOLUTION FOR SOME FOLKS.

Q.     AND THE SECOND GROUP, I BELIEVE YOU SAID IT WAS ST. JOSEPH'S?

A.     YEAH, THAT WAS ST. JOSEPH'S IN ELIZABETH.  I LEFT THE SOUTH FORK.  A POSITION CAME UP, I WAS KIND OF A SOCIAL WORK INTERN THERE.  AND I WORKED AT THE COALITION TO HOUSE THE HOMELESS IN ELIZABETH.  THAT WAS MY INTERNSHIP.  BUT I ALSO DID THREE DAYS A WEEK AT ST. JOSEPH'S SOCIAL SERVICE CENTER.

Q.     AND WHAT TYPE OF SERVICES WERE MADE AVAILABLE TO THE PUBLIC OR THE CLIENTELE FROM THE PUBLIC THROUGH ST. JOSEPH'S?

A.     ST. JOSEPH'S SOCIAL SERVICE CENTER, WHEN YOU GET

THERE IN THE MORNINGS, THERE MIGHT BE 40 PEOPLE STANDING OUTSIDE. THEY HAD A CLOTHING ROOM, A FOOD PANTRY, AND THEY HAD A PRESCRIPTION PROGRAM. AND WE WOULD ALSO WORK WITH FOLKS IF THEY NEEDED HELP WITH ACCESSING SOCIAL SERVICES AND THAT. BUT SOMETIMES BEFORE LUNCH, YOU WOULD SEE ABOUT 30 PEOPLE. AND IT RAN THE GAMUT, YOU KNOW, AS I SAY, PRESCRIPTION, HELP WITH PRESCRIPTIONS, MAYBE A CAR FARE SOMEWHERE, MAYBE MAKING A CALL TO A LANDLORD. SOMETIMES WITH THE CHILDREN, DIFFERENT TIMES WE HAD PROGRAMS FOR THE CHILDREN. SOMETIMES THE CHILDREN, WHERE WE HAD A SUMMER CAMP PROGRAM. THEY WOULD GO TO A RESIDENTIAL SUMMER CAMP. AND THERE WAS A LITTLE AFTER-SCHOOL PROGRAM IN THE ADJOINING BUILDING. AND IN SEPTEMBER, FOR EXAMPLE, THEY WOULD HAVE SCHOOL SUPPLIES FOR THE CHILDREN, SCHOOL BAGS, YOU KNOW, AND A PARENT WOULD COME IN AND WE WOULD ALWAYS HAVE TO GO IN THE BACKROOM AND FIND -- WELL, YOU KNOW, IS THERE A JACKET AVAILABLE, OR THIS KID DOES NOT HAVE A PAIR OF SHOES. SO TO ME IT WAS A MINISTRY WHERE WE WERE DEFINITELY SERVING VERY DIRECTLY THE VERY POOR.

Q.    AND OVER A PERIOD OF TIME, DID YOU RECEIVE FUNDING VIA DONATIONS RAISED THROUGH THE CHRISTMAS CARD PROJECT?

A.    YES, WE DID. I THINK WE RECEIVED BETWEEN 2 AND $300. AND I KNOW SR. JACINTA ACKNOWLEDGED IT. AND I

KNOW SR. MARY ELEANOR THORNTON, SHE WAS MY CO-WORKER, SHE WAS ABSOLUTELY DELIGHTED TO HAVE THOSE FUNDS IN HAND.

Q.      AND DID THOSE FUNDS ENABLE YOU TO PROVIDE THE VARIOUS TYPE OF SERVICES THAT YOU TESTIFIED ABOUT?

A.      YES.

Q.      AND AGAIN, FOR PURPOSES OF USE OF THE FUNDS, DID THEY GO INTO WHAT I WILL CALL THE GENERAL OPERATING FUND, FOR LACK OF A BETTER TERM?

A.      NO.  IT WAS MORE FOR EMERGENCY FUNDS.  JACINTA KEPT -- SHE KEPT A LITTLE FUND OF MONEY AND WE WOULD REQUEST IT FROM HER.  AND GENERALLY, YOU KNOW, WE WOULD PUT TO HER THE MERITS OF THE CASE.

Q.      AND THE THIRD ONE YOU SPOKE ABOUT IS, COULD YOU REPEAT IT AGAIN, PLEASE?

A.      DOROTHY BENNETT MERCY CENTER.

Q.      AND THE DOROTHY BENNETT MERCY CENTER, WHERE IS THAT LOCATED?

A.      IT'S ACTUALLY LOCATED ON THE GROUNDS OF THE FORMER MOTHER HOUSE IN BROOKLYN, AT 273 WILLOUGHBY AVENUE.  THE CENTER WAS FOUNDED IN 1995 BY MY PREDECESSOR, SR. KATHLEEN QUINN.  AND I STARTED WORKING THERE ABOUT TWO-AND-A-HALF YEARS AGO.  IT'S A SMALL COMMUNITY CENTER AND WE HAVE AN AFTER-SCHOOL PROGRAM FOR 45 TO 50 KIDS.  WE HAVE AN ADULT EDUCATION COMPONENT,

IT'S GED CLASSES AND ALSO ESL CLASSES AND COMPUTER TRAINING.  WE ALSO HAVE A COMMUNITY RESOURCE COORDINATOR AND WE HAVE A SENIOR PROGRAM AS WELL.  THE SENIORS MEET THERE AND THE COMMUNITY RESOURCE COORDINATOR, SHE HELPS THE SENIORS AND OTHER INDIVIDUALS WHO COME IN WITH HOUSING APPLICATIONS AND OTHER BASIC NEEDS FOR -- AND SOMETIMES WE NEED TO GO ADVOCATE WITH THE PARENTS OVER TO THE SCHOOL AND SO ON.

Q.    OVER A PERIOD OF TIME, DID THE DOROTHY BENNETT CENTER RECEIVE FUNDS THROUGH DONATIONS FROM THE CHRISTMAS CARD PROJECT?

A.    IN THE YEARS I HAVE BEEN THERE, I THINK WE RECEIVED $600.  AND I KNOW KATHLEEN HAD MENTIONED THAT SHE HAD BEEN GETTING DONATIONS OVER THE YEARS.

Q.    AND AGAIN, AS FAR AS THE USE OF THOSE FUNDS ARE CONCERNED, DID THEY GO TO ANY SPECIFIC PROJECT OR DID THEY GO INTO THE GENERAL OPERATING FUND?

A.    WE LIKE TO USE THEM FOR SOME PROGRAMS FOR THE KIDS.  AND AGAIN, SOMETIMES THE KIDS DIDN'T HAVE THE BOOK BAGS, OR THEY DIDN'T HAVE, YOU KNOW, NOTEBOOKS AND SO ON.  WE WOULD USE IT FOR THAT.  AND SOMETIMES WE WOULD BUY SOME ART SUPPLIES OR SOMETHING ELSE FOR SOME OF THE ENRICHMENT ACTIVITIES FOR THE KIDS.  MIGHT BE PAINTS OR MAYBE SOME BASKETBALLS OR SOMETHING LIKE THAT.

Q.    AND OVERALL, THE DONATIONS WHICH HAVE BEEN

RECEIVED BY ANY OF THE THREE -- I'M GOING TO CALL THEM ORGANIZATIONS, FOR LACK OF A BETTER TERM, HAS THAT BENEFITED SOCIETY, IN YOUR VIEW?

A.        OH, I BELIEVE SO.  ABSOLUTELY.

Q.        AND IF THOSE DONATIONS -- THOSE SOURCE OF FUNDS WERE TO DRY UP, WOULD THAT MAKE IT MORE DIFFICULT FOR YOU TO PROVIDE THE TYPE OF SERVICES YOU HAVE DESCRIBED?

A.        WELL, WE WOULD NOT BE ABLE TO PROVIDE IT, YOU KNOW, JUST AS EASILY, I WOULD SAY.  THEY WERE VERY BENEFICIAL.  AND SOMETIMES WE GET THEM AT THE BEGINNING OF THE YEAR AND THERE WAS A TIME WHEN, YOU KNOW, PEOPLE WERE HURTING AND, YOU KNOW, IT WAS WINTER, YOU KNOW, IN SOME OF THE CASES.  SO IT WAS ABSOLUTELY CRUCIAL FOR US TO HAVE THOSE FUNDS.  YOU KNOW, IF WE DIDN'T HAVE THEM WE WOULD HAVE TO SORT OF RESEARCH OTHER RESOURCES.  BUT IT WAS -- WE WERE MOST GRATEFUL TO HAVE THEM.

MR. TRAVIS:  THANK YOU.

YOUR HONOR, I JUST WANT TO CHECK MY LIST.

MR. TRAVIS:  I HAVE NO OTHER QUESTIONS, YOUR HONOR.

THE COURT:  ANY CROSS?

MR. GURGANUS:  NO QUESTIONS, YOUR HONOR.

THE COURT:  ALL RIGHT.  YOU MAY STEP DOWN.

THE WITNESS:  THANK YOU.

(WITNESS EXCUSED.)

THE COURT:  NEXT WITNESS.

SR. CATHERINE CRUMLISH, DEFENSE WITNESS, SWORN.

THE CLERK:  STATE AND SPELL YOUR FULL NAME FOR THE RECORD, PLEASE.

THE WITNESS:  MY NAME IS SR. CATHERINE CRUMLISH, C-A-T-H-E-R-I-N-E, C-R-U-M-L-I-S-H.

DIRECT EXAMINATION

BY MR. TRAVIS:

Q.      GOOD MORNING.

A.      GOOD MORNING.

Q.      WHAT ORDER ARE YOU AFFILIATED WITH?

A.      I'M WITH THE SISTERS OF MERCY.

Q.      AND WHERE ARE YOU HEADQUARTERED, FOR LACK OF A BETTER TERM?

A.      IN BROOKLYN, NEW YORK.

Q.      AND IN THE INVOLVEMENT YOU HAVE WITH THE SISTERS OF MERCY, ARE YOU INVOLVED WITH ANY SORT OF CHARITABLE ORGANIZATION OR GROUP?

A.      YES.  I'M THE EXECUTIVE DIRECTOR FOR MERCY HOME FOR CHILDREN, WHICH IS AN AGENCY THAT WORKS WITH PERSONS WHO ARE DEVELOPMENTALLY CHALLENGED.

Q.      AND WHERE IS THAT HOME LOCATED?

A.      OKAY.  WE HAVE 13 HOUSES ACTUALLY, PRIVATE HOMES

FOR THE INDIVIDUALS THAT LIVE WITH US.  THERE ARE 108 INDIVIDUALS THAT LIVE WITH US.  AND IT'S IN BROOKLYN. WE HAVE HOMES IN QUEENS COUNTY, AND WE HAVE HOMES IN NASSAU, WHICH IS ON LONG ISLAND.

Q.    AND HOW LONG HAS THIS HOME --

A.    AGENCY.

Q.    YEAH, HOW LONG HAS IT BEEN GOING ON?

A.    WELL, WE STARTED IN 1862 SO WE CELEBRATED 150 YEARS A COUPLE OF YEARS AGO.

Q.    BETWEEN THE TIME FRAME OF 2001 AND THE CURRENT TIME, HAVE YOU HAD OCCASION TO RECEIVE DONATIONS AS A RESULT OF FUNDS RAISED THROUGH A CHRISTMAS CARD PROJECT INVOLVING MR. HAMMER AND SR. CAMILLE?

A.    YES, I HAVE.  I HAVE RECEIVED APPROXIMATELY $2,000 IN THAT PERIOD OF TIME.

Q.    AND THE MONEY THAT YOU RECEIVED DURING THAT PERIOD OF TIME, WAS IT PUT TO ANY PARTICULAR USE OR DID IT GO INTO WHAT ARE CALLED GENERAL OPERATING FUNDS?

A.    NO.  IT WENT TO -- WE HAVE -- WE STARTED AN ART THERAPY PROGRAM FOR THE INDIVIDUALS WHO ARE A LITTLE MORE GIFTED IN ART.  AND WE USE THE MONEY TO BUY SUPPLIES FOR THAT PROGRAM.

Q.    AND DO YOU BELIEVE THAT THOSE DONATIONS, THE USE TO WHICH THEY HAVE BEEN PUT, ARE A VALUE TO SOCIETY?

A.    YES, DEFINITELY.  WE JUST HAD AN ART SHOW AND

THE INDIVIDUALS WERE THERE AND VERY PROUD OF THEIR WORK AND WERE BRINGING -- VISITORS HAD COME IN TO SEE IT.  WE ARE NEAR PRATT INSTITUTE, WHICH IS AN ART SCHOOL.  AND A LOT OF THE ARTISTS COME OVER, TOO, AND WERE REALLY PRAISING THE INDIVIDUALS FOR THEIR WORK AND THEIR CREATIVITY.

Q.    AND SO HAVE ALL THE FUNDS BEEN USED IN THAT WAY, TO PURCHASE ART SUPPLIES?

A.    YES.

Q.    AND DO YOU BELIEVE THAT THE DONATIONS THAT YOU'VE RECEIVED HAVE HELPED YOU PROVIDE THE SERVICES THAT YOU SEEK TO PROVIDE?

A.    YES.  ACTUALLY, WE STARTED THE PROGRAM WHEN WE GOT THE MONEY FROM DAVID.  I THINK OUR FIRST CHECK WAS JUST $200 BUT IT WAS -- YOU KNOW, IT WAS SOMETHING THAT WE HAD.  AND WE HAD A GROUP OF INDIVIDUALS THAT HAD EXPRESSED THAT THEY WOULD LIKE TO DO MORE ART WORK.  AND WE HAD SEEN ACTUALLY THAT THEY HAVE A CREATIVITY TO EXPRESS THEMSELVES THAT -- MANY INDIVIDUALS ARE NONVERBAL.  AND SO THEREFORE MOST OF OUR STAFF USE THEIR FACIAL EXPRESSIONS BECAUSE THE INDIVIDUALS THEMSELVES DO NOT HAVE WORDS TO EXPRESS THEIR WANTS AND NEEDS.  SO WE ARE NOW USING ART AS WELL AS BODY LANGUAGE.

Q.    AND IF I UNDERSTAND YOU CORRECTLY, IT WAS THE FACT THAT YOU STARTED RECEIVING CONTRIBUTIONS WHICH

CAUSED YOU TO CREATE THIS SPECIAL PROGRAM, IS THAT CORRECT?

A.      YES, THAT'S CORRECT, YEAH.

Q.      AND HAS THAT SPECIAL PROGRAM WHICH HAS BEEN CREATED BEEN BENEFICIAL TO THE PEOPLE THAT YOU PROVIDE SERVICES TO?

A.      YES, VERY BENEFICIAL.

MR. TRAVIS:  IF I MAY HAVE A MOMENT, YOUR HONOR.

I HAVE NO OTHER QUESTIONS, YOUR HONOR.

THE COURT:  ANY CROSS EXAMINATION?

MR. GURGANUS:  NO, YOUR HONOR.  THANK YOU.

THE COURT:  YOU MAY STEP DOWN.

THE WITNESS:  OH.  THANK YOU.

(WITNESS EXCUSED.)

THE COURT:  NEXT WITNESS.

MR. MORENO:  YOUR HONOR, I'M AFRAID TO SAY THAT WE HAVE EXHAUSTED OUR AVAILABLE WITNESSES FOR TODAY.

THE COURT:  ALL RIGHT.

MR. MORENO:  AND I WANTED TO GIVE THE COURT A HEADS UP --

THE COURT:  WAIT.  YOU'VE GOT TO TALK INTO THE MIC, MR. MORENO.  I'M HAVING TROUBLE HEARING

YOU.

MR. MORENO:  I'M SORRY, YOUR HONOR.  I WANTED TO GIVE THE COURT A HEADS UP THAT WE HAVE A FULL DAY TOMORROW AND IT MAY OR MAY NOT SPILL A LITTLE INTO THURSDAY.  BUT IT DOES NOT LOOK LIKE AFTER -- YOU KNOW, WE MIGHT HAVE MAYBE ONE WITNESS ON THURSDAY, MAYBE NOT. WE WILL LET THE COURT KNOW TOMORROW.

THE COURT:  TO COMPLETE YOUR CASE?

MR. MORENO:  WE WILL HAVE A WITNESS ON MONDAY, THE 30TH, TO COMPLETE OUR CASE.

THE COURT:  ALL RIGHT.  ONE WITNESS?

MR. MORENO:  ONE WITNESS.  YEAH, ONE WITNESS ON THE 30TH.  THAT IS DR. LISAK.

THE COURT:  SO YOU WANT TO BREAK NOW FOR THE DAY?

MR. MORENO:  YES, PLEASE.  COME BACK TOMORROW MORNING.

THE COURT:  TOMORROW IS WEDNESDAY.

MR. MORENO:  YES.  WE BELIEVE WE WILL HAVE A FULL DAY.  IT MAY SPILL A LITTLE INTO THURSDAY. THERE MAY BE ONE WITNESS FOR THURSDAY, THERE MAY NOT.

THE COURT:  AND THEN ONE MORE WITNESS ON MONDAY.

MR. MORENO:  THAT'S CORRECT.

THE COURT:  ALL RIGHT.  THAT'S GOOD TO

KNOW THE SCHEDULE.  AND THE GOVERNMENT WILL BE PREPARED MONDAY IF WE ARE GOING TO HAVE ANY REBUTTAL.

MR. GURGANUS:  YES, YOUR HONOR.

THE COURT:  ALL RIGHT.  SO THAT THERE IS A -- I HAVE BEEN READING A MOTION IN LIMINE FILED BY THE DEFENSE WITH RESPECT TO DR. JAMES WOLFSON.  IS THAT A MATTER THAT IS GOING TO REQUIRE SOME RULING?  BECAUSE I DON'T HAVE AN ANSWER.

MS. HAINES:  NO, YOUR HONOR.  WE ARE NOT CALLING DR. WOLFSON.

THE COURT:  SO I'LL ENTER AN ORDER DENYING THIS MOTION AS MOOT, ALL RIGHT, SINCE THE GOVERNMENT IS NOT CALLING DR. WOLFSON.  ALL RIGHT.  SO YOU'LL SEE THAT HIT THE DOCKET.  I DON'T THINK THERE ARE ANY OTHER OUTSTANDING MOTIONS THAT HAVE NOT BEEN DECIDED.

MR. TRAVIS:  YOUR HONOR, JUST ONE OTHER THING, AND IT'S NOT A MOTION.  THE COURT MAY RECALL THAT WHEN WE --

THE COURT:  SPEAK INTO THE MIC.

MR. TRAVIS:  I'M SORRY.  I'M TRYING TO FIGURE OUT WHAT DAY IT WAS.  THE THURSDAY OF THE SECOND WEEK, WE WERE ARGUING THE DONATELLI MOTION AND WE LOST MR. HAMMER AND WE WENT AHEAD AND FINISHED ARGUING THE DONATELLI MOTION.  I BELIEVE THE JUDGE -- THE COURT

INDICATED IT WANTED TO PUT THAT ON THE RECORD WHEN MR. HAMMER WAS ABLE TO HEAR THAT. AND I DON'T THINK THAT THE COURT HAS DONE THAT. AND I JUST -- SINCE THE COURT HAD MENTIONED IT -- WANTED TO MAKE SURE MR. HAMMER WAS AWARE OF THAT DENIAL, WHICH I CAN ASSURE THE COURT HE IS. I JUST WANTED TO NOT LEAVE A LOOSE STRING IF THAT IS THE --

THE COURT: AFTER WE LOST MR. HAMMER AT 3:30, MY RECOLLECTION IS WE CONTINUED THE ARGUMENT. IT WAS JUST A MATTER OF A LEGAL ARGUMENT, SO THE LAW DID NOT REQUIRE MR. HAMMER TO SEE THAT. WE WENT ON FOR A BIT. MR. DONATELLI IS THE WITNESS FROM THE DEFENSE -- SERVICE DEFENSE, WHAT IS THE NAME OF THE ORGANIZATION?

MS. SAUNDERS: THE FEDERAL RESOURCE CENTER, YOUR HONOR.

THE COURT: FEDERAL RESOURCE CENTER. AND MY RULING WAS THAT HE COULD NOT TESTIFY. SO I KNOW MR. HAMMER HEARD SOME OF THE ARGUMENT, BUT I DON'T THINK WE HAVE TO GO OVER IT AGAIN FOR PURPOSES OF THE RECORD BUT --

MR. TRAVIS: I WAS NOT SUGGESTING THAT, YOUR HONOR.

THE COURT: OKAY. ALL RIGHT. SO MR. DONATELLI WILL NOT BE TESTIFYING. ALL RIGHT. HEARING NOTHING FURTHER, THEN WE WILL STAND IN RECESS.

MR. GURGANUS:   THANK YOU, YOUR HONOR.

(COURT ADJOURNED AT 11:30 A.M.)

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.


DATE                                    SUZANNE R. WHITE

                                        OFFICIAL COURT REPORTER

INDEX

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| SR. KAREN SCHNEIDER | | | | |
|   BY MS. SAUNDERS | 3 | -- | -- | -- |
|   BY MR. GURGANUS | -- | 13 | -- | -- |
| SR. CAMILLE D'ARIENZO | | | | |
|   BY MS. HAINES | -- | 21 | -- | -- |
|   BY MR. TRAVIS | -- | -- | 48 | -- |
| SR. ANGELA LAVERY | | | | |
|   BY MR. TRAVIS | 54 | -- | -- | -- |
| SR. CATHERINE CRUMLISH | | | | |
|   BY MR. TRAVIS | 62 | -- | -- | -- |

| GOVERNMENT EXHIBITS | PAGE |
|---|---|
| GC 12 | 40 |
| GC 10 | 53 |

| DEFENSE EXHIBITS | PAGE |
|---|---|
| 135, 136 AND 137 | 21 |
| 200, 201, 202, 202.1, 203, 204, 205, | 53 |
| 206, 209, 210, 211, 212, 213, 213.1, | |
| 213.2, 214, 215, 215.1, 216, 220 | |

## $

**$100** [2] - 8:15, 41:23
**$2,000** [3] - 15:11, 46:13, 63:15
**$200** [1] - 64:15
**$25** [4] - 11:25, 12:2, 19:2
**$300** [1] - 58:25
**$4,000** [1] - 15:20
**$400** [1] - 12:3
**$50** [4] - 19:2, 26:5, 30:23, 32:18
**$500** [2] - 12:13, 56:15
**$6,500** [1] - 11:15
**$600** [1] - 60:13

## 1

**1/3/97** [1] - 53:13
**10** [12] - 1:12, 14:14, 14:16, 30:21, 42:21, 42:23, 49:5, 53:7, 53:10, 53:20, 53:21, 71:17
**10/3** [2] - 28:16
**10/6/03** [1] - 28:15
**100** [1] - 2:7
**108** [1] - 63:1
**11** [3] - 3:2, 3:11, 48:4
**11:30** [1] - 69:2
**12** [9] - 8:1, 9:23, 39:2, 39:11, 39:24, 40:1, 53:8, 53:14, 71:16
**13** [3] - 9:24, 62:25, 71:5
**1331** [1] - 2:4
**135** [5] - 6:2, 12:5, 21:3, 21:6, 71:21
**136** [4] - 12:7, 21:3, 21:6, 71:21
**137** [4] - 12:18, 21:3, 21:6, 71:21
**14** [1] - 54:12
**15** [7] - 16:16, 45:24, 48:12, 48:14, 50:8, 50:10, 50:17
**150** [1] - 63:9
**1500** [1] - 15:11
**15B** [1] - 1:8
**161** [1] - 2:10
**17** [6] - 28:6, 28:14, 29:7, 29:11, 33:8, 52:10
**17101** [1] - 2:7
**17703-0215** [1] - 2:11
**18** [3] - 24:10, 52:10,

52:16
**18501** [1] - 1:17
**1862** [1] - 63:8
**19106** [3] - 1:9, 1:21, 2:14
**1995** [1] - 59:21
**1997** [3] - 43:16, 44:5, 49:6
**1998** [1] - 25:2

## 2

**2** [2] - 51:23, 58:24
**20** [2] - 20:20, 48:4
**200** [4] - 51:20, 53:1, 56:16, 71:22
**2000** [4] - 7:11, 15:23, 44:11, 44:12
**2001** [2] - 54:24, 63:10
**2003** [6] - 11:6, 11:10, 28:10, 29:11, 30:21, 33:18
**201** [3] - 51:20, 53:1, 71:22
**2013** [3] - 39:18, 54:24
**202** [3] - 51:20, 53:1, 71:22
**202.1** [3] - 51:20, 53:1, 71:22
**203** [3] - 51:20, 53:2, 71:22
**204** [3] - 51:20, 53:2, 71:22
**205** [3] - 51:20, 53:2, 71:22
**20530** [1] - 2:4
**206** [3] - 51:20, 53:2, 71:23
**209** [3] - 51:20, 53:2, 71:23
**20S** [1] - 14:18
**21** [2] - 71:7, 71:21
**210** [3] - 51:20, 53:2, 71:23
**211** [3] - 51:21, 53:2, 71:23
**212** [3] - 51:21, 53:2, 71:23
**213** [4] - 51:21, 51:23, 53:2, 71:23
**213.1** [4] - 51:21, 51:23, 53:2, 71:23
**213.2** [4] - 51:21, 52:5, 53:3, 71:24
**214** [3] - 52:5, 53:3, 71:24
**215** [4] - 2:10, 52:5, 53:3, 71:24

**215)627-1882** [1] - 1:21
**215.1** [3] - 52:6, 53:3, 71:24
**216** [3] - 52:6, 53:3, 71:24
**217** [2] - 52:6, 52:15
**218** [1] - 52:6
**220** [3] - 52:20, 53:3, 71:24
**235** [1] - 1:16
**24** [2] - 50:8, 50:10
**25** [1] - 36:22
**273** [1] - 59:20

## 3

**3** [1] - 71:4
**30** [1] - 58:6
**300** [3] - 2:7, 7:10, 56:17
**309** [1] - 1:17
**30TH** [2] - 66:10, 66:13
**31** [1] - 4:6
**311** [1] - 1:16
**32** [2] - 12:3, 14:18
**3593(C** [1] - 24:10
**3:30** [1] - 68:9
**3RD** [3] - 28:9, 29:11, 43:16

## 4

**40** [4] - 14:16, 14:17, 58:1, 71:16
**400** [1] - 11:18
**44** [1] - 45:25
**45** [2] - 46:4, 59:25
**48** [1] - 71:8
**4:96-CR-239** [1] - 1:6

## 5

**5** [1] - 21:24
**5,000** [1] - 15:24
**50** [4] - 12:14, 15:17, 36:22, 59:25
**500** [3] - 7:10, 12:20, 15:23
**53** [2] - 71:17, 71:22
**54** [1] - 71:10
**540** [1] - 2:14
**5A** [3] - 24:19, 27:9, 28:15

## 6

**6** [3] - 7:24, 28:15, 29:8

**6-24-14** [1] - 1:8
**601** [1] - 1:20
**62** [1] - 71:12

## 8

**8,000** [1] - 16:3
**80** [4] - 16:25, 17:2, 20:19, 37:8
**800** [1] - 11:19

## 9

**9** [3] - 21:24, 24:19, 27:9
**9/21/03** [1] - 28:15

## A

**A.M** [2] - 7:24, 69:2
**ABLE** [6] - 10:25, 12:23, 24:23, 25:10, 61:8, 68:2
**ABOVE-ENTITLED** [1] - 70:3
**ABSENT** [1] - 30:19
**ABSOLUTELY** [9] - 11:23, 36:8, 40:15, 41:15, 57:6, 57:7, 59:2, 61:4, 61:13
**ACADEMIC** [2] - 4:21, 4:24
**ACCEPT** [1] - 46:2
**ACCESS** [2] - 5:18, 20:17
**ACCESSING** [1] - 58:4
**ACCIDENT** [2] - 47:18, 47:21
**ACCOUNT** [3] - 5:16, 5:19, 5:24
**ACCOUNTS** [1] - 5:25
**ACKNOWLEDGED** [1] - 58:25
**ACQUIRE** [2] - 46:17, 46:18
**ACQUIRED** [1] - 44:5
**ACT** [1] - 34:23
**ACTIONABLE** [1] - 30:11
**ACTIVITIES** [1] - 60:23
**ACTIVITY** [1] - 26:10
**ADD** [1] - 25:24
**ADDED** [1] - 11:15
**ADDITION** [2] - 18:25, 47:3
**ADDITIONAL** [2] - 24:22, 32:4

**ADDRESSED** [2] - 43:4, 43:18
**ADJOINING** [2] - 56:25, 58:13
**ADJOURNED** [1] - 69:2
**ADMIT** [1] - 21:3
**ADMITS** [1] - 28:2
**ADMITTED** [12] - 21:7, 24:22, 26:3, 26:9, 30:6, 39:25, 40:1, 52:25, 53:3, 53:17, 53:20, 53:21
**ADULT** [1] - 59:25
**ADVANCE** [1] - 36:13
**ADVANTAGE** [1] - 25:9
**ADVISING** [1] - 30:22
**ADVISOR** [1] - 25:13
**ADVOCATE** [1] - 60:7
**AFFILIATED** [1] - 62:13
**AFFORDABLE** [1] - 15:5
**AFRAID** [1] - 65:18
**AFTER-SCHOOL** [2] - 58:13, 59:24
**AGENCY** [3] - 55:9, 62:22, 63:6
**AGGRAVATING** [2] - 22:23, 22:24
**AGO** [3] - 9:17, 59:23, 63:9
**AGREE** [1] - 47:8
**AHEAD** [2] - 48:7, 67:24
**AIDED** [1] - 1:24
**AIR** [1] - 15:23
**AIRFARE** [5] - 15:3, 15:6, 15:9, 15:21
**AIRPORT** [1] - 15:13
**ALLEGE** [1] - 30:3
**ALLEGED** [2] - 22:22, 30:1
**ALLOW** [5] - 26:25, 27:7, 31:23, 36:4, 45:1
**ALLOWED** [1] - 25:22
**ALMOST** [2] - 16:13, 48:4
**AMANDA** [1] - 2:2
**AMERICA** [3] - 1:3, 9:15, 9:19
**AMOUNT** [5] - 11:22, 31:15, 36:7, 42:3, 46:23

**AMOUNTS** [4] - 11:16, 11:17
**ANDREW** [1] - 47:14
**ANGELA** [3] - 53:24, 54:3, 71:9
**ANKLES** [1] - 10:2
**ANNE** [1] - 2:5
**ANONYMOUS** [1] - 19:14
**ANSWER** [5] - 33:6, 45:1, 45:3, 51:5, 67:8
**ANSWERING** [1] - 19:11
**ANSWERS** [1] - 23:7
**APOLOGIZE** [1] - 21:1
**APOSTOLATE** [2] - 54:18, 55:10
**APPEAR** [1] - 11:20
**APPEARANCES** [2] - 1:14, 2:1
**APPLICATIONS** [1] - 60:6
**APPLY** [1] - 22:17
**APPOINTMENT** [1] - 4:21
**APPRECIATE** [1] - 22:4
**APPRECIATED** [1] - 38:15
**APPRECIATIVE** [1] - 19:19
**APPROACH** [1] - 22:6
**APPROXIMATION** [1] - 56:13
**AREA** [4] - 6:25, 7:7, 15:14, 56:2
**AREAS** [1] - 43:25
**ARGUING** [2] - 67:23, 67:24
**ARGUMENT** [4] - 27:12, 68:9, 68:10, 68:18
**ARGUMENTS** [1] - 31:5
**ARRIVED** [1] - 8:6
**ART** [20] - 36:11, 37:22, 38:8, 38:14, 40:7, 41:7, 42:3, 44:21, 49:2, 49:15, 50:19, 50:20, 60:22, 63:19, 63:21, 63:25, 64:3, 64:8, 64:17, 64:23
**ARTICLES** [2] - 19:5, 48:21
**ARTIST** [12] - 37:24, 38:18, 40:17, 40:18, 42:11, 44:3, 45:8,

45:16, 46:5, 46:11, 46:16, 47:3
**ARTIST'S** [1] - 41:24
**ARTISTIC** [1] - 38:3
**ARTISTS** [2] - 38:1, 64:4
**ASCERTAIN** [1] - 23:19
**ASSISTANT** [1] - 4:21
**ASSOCIATION** [1] - 18:19
**ASSUME** [2] - 3:4, 41:6
**ASSUMING** [2] - 29:1, 29:10
**ASSURE** [1] - 68:5
**ATTACKED** [1] - 27:13
**ATTEMPT** [1] - 24:18
**ATTEND** [1] - 56:3
**ATTENTION** [1] - 43:20
**ATTORNEYS** [1] - 1:15
**AUTHENTICATES** [1] - 27:19
**AUTHENTICITY** [4] - 24:21, 27:8, 27:9, 27:10
**AUTHORIZED** [1] - 34:9
**AVAILABLE** [3] - 57:22, 58:18, 65:19
**AVENUE** [1] - 59:21
**AWARE** [4] - 25:3, 26:18, 31:24, 68:5

**B**

**B-R-E-I-G-E** [1] - 54:4
**BACKROOM** [1] - 58:17
**BAD** [1] - 35:4
**BAGS** [2] - 58:15, 60:20
**BALANCE** [1] - 17:11
**BALTIMORE** [1] - 4:18
**BANDAGE** [1] - 12:1
**BANK** [2] - 5:16, 5:24
**BAR** [2] - 24:3, 33:13
**BARTHOLOMEW'S** [1] - 37:8
**BASED** [5] - 29:5, 30:2, 31:4, 31:5, 54:19

**BASEMENT** [1] - 20:12
**BASIC** [2] - 7:16, 60:6
**BASIS** [2] - 24:24, 51:4
**BASKETBALLS** [1] - 60:24
**BECOME** [1] - 4:12
**BEDS** [1] - 14:16
**BEGINNING** [2] - 11:6, 61:10
**BEHAVIOR** [1] - 33:25
**BEHIND** [2] - 35:11, 35:14
**BELIEF** [1] - 33:1
**BELIZE** [1] - 6:10
**BELONGED** [1] - 30:4
**BELONGING** [2] - 29:20, 30:14
**BENEFICIAL** [3] - 61:10, 65:5, 65:7
**BENEFIT** [1] - 32:16
**BENEFITED** [1] - 61:3
**BENNETT** [4] - 54:22, 59:16, 59:17, 60:9
**BEST** [1] - 40:8
**BETTER** [5] - 12:24, 50:25, 59:9, 61:2, 62:16
**BETWEEN** [5] - 20:3, 32:19, 54:24, 58:24, 63:10
**BIG** [2] - 6:19, 14:11
**BIGGEST** [1] - 14:17
**BILATERAL** [1] - 9:25
**BIT** [12] - 8:1, 8:25, 9:2, 9:6, 13:5, 15:15, 15:19, 17:12, 17:16, 18:25, 32:5, 68:12
**BOARD** [2] - 30:22, 37:10
**BOAT** [1] - 14:15
**BODY** [1] - 64:23
**BOOK** [1] - 60:20
**BORDERS** [2] - 20:4, 20:5
**BORN** [1] - 9:5
**BOTTOM** [1] - 28:19
**BOX** [2] - 1:17, 2:10
**BOXERS** [2] - 28:23, 29:24
**BOYS** [3] - 7:1, 12:21, 18:14
**BRAVE** [1] - 8:4

**BREAK** [3] - 48:5, 48:6, 66:14
**BREIGE** [2] - 53:24, 54:3
**BRING** [7] - 3:3, 6:16, 10:21, 16:18, 16:20, 32:25, 42:23
**BRINGING** [1] - 64:2
**BROCHURE** [1] - 12:6
**BROOKLYN** [5] - 4:10, 54:22, 59:20, 62:17, 63:2
**BROTHER** [2] - 43:9, 49:6
**BROUGHT** [1] - 36:12
**BUD** [1] - 43:18
**BUILD** [1] - 36:4
**BUILDING** [1] - 58:13
**BUMPS** [1] - 11:1
**BUNCH** [1] - 19:11
**BUREAU** [2] - 26:7, 30:5
**BUSH** [1] - 6:25
**BUT...** [1] - 11:2
**BUY** [5] - 11:25, 36:21, 36:22, 60:22, 63:21

**C**

**C-R-U-M-L-I-S-H** [1] - 62:8
**CAMILLE** [14] - 3:3, 11:8, 18:20, 19:1, 19:10, 21:8, 21:10, 33:18, 39:8, 42:25, 51:19, 54:16, 63:13, 71:6
**CAMP** [2] - 58:11, 58:12
**CANNOT** [2] - 42:18, 50:23
**CANVASES** [1] - 42:4
**CAPACITY** [1] - 37:10
**CAPITAL** [2] - 2:3, 10:9
**CAR** [2] - 9:20, 58:8
**CARD** [18] - 11:7, 12:19, 13:6, 35:22, 39:7, 39:14, 39:19, 44:11, 46:24, 49:16, 52:21, 53:15, 54:15, 55:1, 57:4, 58:22, 60:11, 63:12
**CARDS** [6] - 12:9,

36:16, 36:20, 36:22, 42:7
**CARE** [4] - 5:3, 6:8, 6:15, 20:17
**CAREFUL** [2] - 24:7, 37:14
**CASE** [9] - 22:17, 22:22, 47:12, 47:13, 47:14, 51:5, 59:13, 66:8, 66:10
**CASES** [1] - 61:13
**CATHERINE** [4] - 62:3, 62:7, 62:8, 71:11
**CATHOLIC** [1] - 19:9
**CAUGHT** [3] - 30:5, 34:2, 34:19
**CAUSED** [1] - 65:1
**CELEBRATED** [1] - 63:8
**CENTER** [15] - 2:14, 40:15, 54:20, 54:22, 55:14, 56:7, 57:21, 57:25, 59:16, 59:17, 59:21, 59:24, 60:10, 68:15, 68:16
**CENTS** [1] - 15:17
**CERTAIN** [1] - 50:21
**CERTAINLY** [6] - 27:13, 35:2, 38:15, 45:11, 46:9, 47:6
**CERTIFY** [1] - 70:1
**CETERA** [1] - 12:23
**CHALLENGE** [1] - 25:10
**CHALLENGED** [1] - 62:23
**CHANGE** [13] - 12:16, 25:11, 25:23, 26:19, 30:15, 32:1, 33:20, 33:23, 34:4, 34:23, 35:13, 44:2, 45:7
**CHANNELS** [1] - 57:8
**CHAPTER** [1] - 25:5
**CHARACTER** [9] - 25:13, 25:21, 25:23, 30:16, 33:25, 34:4, 34:24, 35:2, 35:5
**CHARGES** [1] - 36:13
**CHARITABLE** [3] - 5:12, 37:4, 62:19
**CHARITIES** [1] - 46:23
**CHART** [1] - 12:23
**CHARTS** [1] - 18:7
**CHEAPEST** [2] - 15:20, 16:1

CHECK [5] - 16:21, 19:2, 19:16, 61:18, 64:14
CHECKED [1] - 16:21
CHECKS [1] - 37:2
CHEER [1] - 36:1
CHESTNUT [1] - 2:7
CHILD [7] - 9:2, 9:11, 9:12, 16:22, 17:18, 18:3, 18:4
CHILDREN [16] - 6:15, 8:10, 12:14, 15:14, 16:13, 16:25, 17:2, 18:7, 20:16, 36:17, 55:16, 58:9, 58:10, 58:11, 58:15, 62:22
CHILDREN'S [1] - 12:16
CHRISTMAS [17] - 6:5, 11:7, 19:1, 35:21, 39:7, 39:14, 39:19, 42:7, 44:10, 46:24, 49:16, 53:15, 54:15, 55:21, 58:22, 60:11, 63:12
CHURCH [1] - 56:12
CIRCLE [1] - 53:14
CIRCUMSTANCE [1] - 36:2
CIRCUMSTANCES [2] - 35:3, 35:17
CLARIFICATION [1] - 20:2
CLASS [1] - 5:6
CLASSES [3] - 18:13, 60:1
CLERK [3] - 3:15, 54:1, 62:5
CLEVER [1] - 32:14
CLIENTELE [1] - 57:23
CLINIC [7] - 6:21, 7:6, 7:9, 7:12, 9:25, 15:13, 18:12
CLINICS [5] - 7:8, 7:17, 18:5, 18:8, 18:10
CLOTHING [1] - 58:2
CLUB [6] - 9:3, 9:5, 9:11, 9:13, 9:25
CM [1] - 1:19
CO [1] - 59:1
CO-WORKER [1] - 59:1
COALITION [1] - 57:19
COLLEAGUE [1] - 50:25

COLLECTING [1] - 20:11
COLLECTION [1] - 23:21
COLOR [2] - 38:7, 38:8
COLORS [2] - 44:9, 44:10
COMING [1] - 42:6
COMMISSARY [10] - 30:8, 42:5, 42:12, 42:13, 45:13, 45:20, 46:16, 48:13, 48:15, 48:17
COMMIT [2] - 27:6, 31:10
COMMITTED [2] - 24:24, 26:19
COMMITTEE [2] - 28:9, 29:12
COMMUNICATION [1] - 38:4
COMMUNICATORS [1] - 19:7
COMMUNITIES [1] - 7:20
COMMUNITY [6] - 2:13, 18:21, 57:11, 59:24, 60:2, 60:4
COMPLETE [2] - 66:8, 66:10
COMPLETELY [2] - 35:14, 35:15
COMPONENT [1] - 59:25
COMPUTER [3] - 1:23, 1:24, 60:1
COMPUTER-AIDED [1] - 1:24
CON [1] - 22:22
CONCEPT [1] - 22:21
CONCERN [1] - 24:14
CONCERNED [1] - 60:16
CONCLUSION [1] - 21:22
CONDUCT [1] - 25:12
CONFERENCE [1] - 33:13
CONFIDE [1] - 25:12
CONFINEMENT [1] - 50:12
CONFIRMATION [2] - 33:19, 52:21
CONFUSED [1] - 40:19
CONFUSING [1] -

24:13
CONGREGATIONS [1] - 36:19
CONJUNCTION [5] - 37:25, 40:17, 41:5, 41:17, 54:13
CONS [2] - 25:9, 35:10
CONSTANTLY [1] - 8:12
CONSUMING [1] - 36:24
CONTACT [1] - 56:5
CONTAIN [1] - 27:11
CONTENT [1] - 24:17
CONTINGENT [1] - 14:11
CONTINUE [1] - 21:15
CONTINUED [7] - 2:1, 8:11, 21:11, 21:18, 25:12, 33:19, 68:9
CONTRIBUTED [1] - 40:10
CONTRIBUTIONS [3] - 19:13, 19:14, 64:25
CONVERSATION [1] - 19:10
CONVINCE [4] - 9:2, 9:11, 10:22, 10:23
CONVINCING [1] - 11:2
COORDINATOR [2] - 60:2, 60:4
COPIES [2] - 51:25, 52:2
COPY [7] - 22:2, 26:4, 28:11, 33:8, 33:10, 39:4, 49:10
CORNER [1] - 43:1
CORRECT [14] - 14:4, 14:10, 16:8, 16:10, 16:17, 18:2, 35:2, 49:7, 52:13, 52:17, 65:2, 65:3, 66:24, 70:1
CORRECTION [2] - 30:10, 34:3
CORRECTLY [1] - 64:24
COST [1] - 15:2
COSTS [2] - 12:2, 15:17
COUGH [2] - 16:22, 16:23
COUNSEL [2] - 12:5, 24:1
COUNSELORS [5] -

44:17, 44:20, 50:18, 51:2, 56:9
COUNSELS' [1] - 31:5
COUNTRIES [3] - 6:7, 6:12, 11:3
COUNTRY [4] - 11:22, 14:13, 15:12, 15:18
COUNTY [1] - 63:3
COUPLE [4] - 19:8, 47:8, 51:10, 63:9
COURSE [4] - 4:11, 4:24, 7:14, 14:5
COURT [96] - 1:1, 1:19, 3:4, 3:9, 12:5, 13:15, 20:1, 20:22, 21:2, 21:8, 21:12, 21:15, 22:8, 23:2, 23:14, 23:25, 24:1, 24:4, 25:15, 25:24, 26:9, 26:11, 26:14, 27:16, 27:17, 27:21, 28:13, 28:22, 29:5, 29:10, 29:14, 30:17, 30:20, 31:2, 33:4, 33:9, 33:11, 33:16, 34:7, 34:9, 34:11, 39:24, 44:25, 48:1, 48:4, 48:8, 49:22, 49:24, 50:14, 51:3, 51:12, 51:22, 52:7, 52:9, 52:12, 52:15, 52:18, 52:20, 52:24, 53:5, 53:12, 53:16, 53:19, 53:23, 54:5, 55:6, 61:21, 61:23, 62:2, 65:11, 65:14, 65:17, 65:21, 65:23, 65:24, 66:3, 66:7, 66:8, 66:11, 66:14, 66:18, 66:22, 66:25, 67:4, 67:11, 67:18, 67:20, 67:25, 68:3, 68:4, 68:5, 68:8, 68:16, 68:23, 69:2, 70:7
COURT'S [3] - 13:11, 27:23, 34:7
COURTHOUSE [1] - 1:20
COURTROOM [2] - 1:8, 32:25
COVERED [1] - 56:2
CRAWLING [1] - 9:25
CRAYON [1] - 38:7
CREATE [1] - 65:1
CREATED [1] - 65:5
CREATING [1] -

24:12
CREATIVITY [2] - 64:6, 64:18
CREOLE [1] - 8:2
CREW [1] - 14:11
CRIMES [1] - 2:3
CRIMINAL [2] - 1:3, 2:3
CROSS [10] - 13:15, 13:17, 21:11, 21:16, 21:18, 24:5, 26:20, 61:21, 65:11, 71:2
CRUCIAL [1] - 61:13
CRUMLISH [3] - 62:3, 62:8, 71:11
CRY [1] - 17:18
CURRENT [1] - 63:10
CURTIS [1] - 2:14

## D

D'ARIENZO [3] - 21:10, 21:12, 71:6
D'ÁRIENZO [2] - 18:20, 21:9
D.C [1] - 2:4
DANCING [1] - 10:24
DANGER [1] - 24:12
DANGEROUS [1] - 14:20
DATE [3] - 29:12, 44:6, 70:6
DATED [5] - 28:15, 30:21, 43:16, 53:12
DATES [1] - 55:4
DAVID [10] - 1:6, 12:10, 12:12, 28:9, 36:11, 37:22, 43:2, 43:18, 53:12, 64:14
DAYS [4] - 8:3, 56:11, 57:20
DEAL [3] - 22:22, 36:18, 47:5
DEALING [1] - 17:23
DEALS [1] - 28:4
DECIDED [2] - 4:14, 67:16
DEEP [3] - 9:17, 9:18
DEEPLY [1] - 55:24
DEFENDANT [3] - 2:5, 2:8, 2:12
DEFENDANT'S [3] - 6:2, 12:7, 12:18
DEFENDER [2] - 2:6, 2:13
DEFENSE [11] - 3:14, 21:6, 25:7, 27:14, 53:1, 53:24, 62:3, 67:6, 68:12,

68:13, 71:20
**DEFICIENT** [1] - 33:24
**DEFINITELY** [3] - 32:19, 58:20, 63:25
**DELIGHTED** [1] - 59:2
**DELIVERY** [1] - 7:16
**DENIAL** [1] - 68:5
**DENIES** [2] - 26:5, 26:6
**DENSE** [1] - 22:20
**DENYING** [1] - 67:12
**DEPARTMENT** [2] - 2:2, 4:23
**DEPRIVED** [1] - 31:12
**DESCRIBE** [1] - 8:8
**DESCRIBED** [1] - 61:7
**DESIGNS** [2] - 38:23, 39:14
**DESPERATE** [1] - 57:7
**DETERMINATION** [1] - 23:25
**DEVELOPED** [1] - 44:13
**DEVELOPMENTALLY** [1] - 62:23
**DIALOGUE** [1] - 29:18
**DIAPERS** [1] - 55:18
**DIFFERENCE** [1] - 20:3
**DIFFERENT** [9] - 5:1, 5:2, 9:9, 39:14, 45:7, 55:3, 55:14, 55:20, 58:9
**DIFFICULT** [3] - 31:15, 35:17, 61:6
**DIFFICULTY** [1] - 8:16
**DIOCESE** [1] - 57:11
**DIRECT** [5] - 3:19, 54:7, 55:17, 62:9, 71:2
**DIRECTLY** [3] - 26:24, 32:15, 58:20
**DIRECTOR** [2] - 54:22, 62:21
**DIRECTORS** [1] - 37:11
**DISAGREE** [1] - 23:3
**DISASTER** [1] - 8:7
**DISCIPLINARY** [3] - 26:13, 29:12, 30:22
**DISCIPLINE** [1] - 28:8
**DISCUSSIONS** [1] -

38:13
**DISEASE** [1] - 14:24
**DISPLAYED** [1] - 25:2
**DISTRICT** [5] - 1:1, 1:2, 1:16, 2:6, 2:13
**DIVISION** [2] - 2:3, 4:22
**DOCKET** [1] - 67:14
**DOCTOR** [5] - 4:7, 16:7, 16:9, 16:21, 17:6
**DOCTORS** [2] - 20:3, 20:5
**DOCUMENT** [6] - 24:22, 26:2, 26:8, 27:16, 27:18, 28:1
**DOCUMENTS** [4] - 23:8, 25:18, 27:2, 48:25
**DOLLARS** [3] - 15:10, 42:9, 47:9
**DONATE** [1] - 8:14
**DONATED** [2] - 46:25, 56:14
**DONATELLI** [4] - 67:23, 67:25, 68:12, 68:24
**DONATION** [1] - 11:19
**DONATIONS** [16] - 5:17, 11:4, 11:6, 11:10, 13:3, 37:2, 54:25, 57:3, 58:22, 60:10, 60:14, 60:25, 61:5, 63:11, 63:23, 64:10
**DONE** [7] - 10:5, 19:12, 34:3, 35:20, 38:5, 41:16, 68:3
**DOROTHY** [4] - 54:22, 59:16, 59:17, 60:9
**DOUBTS** [1] - 45:11
**DOWN** [7] - 13:7, 14:15, 21:2, 32:1, 49:25, 61:24, 65:14
**DR** [6] - 3:1, 3:21, 66:13, 67:6, 67:10, 67:13
**DRAW** [10] - 38:20, 42:18, 43:20, 43:23, 44:4, 44:17, 45:10, 49:13, 50:13, 50:24
**DRAWING** [5] - 43:11, 43:23, 44:8, 49:16
**DRAWINGS** [4] - 38:14, 45:9, 49:7, 50:24

**DREW** [1] - 38:11
**DRY** [1] - 61:6
**DUAL** [1] - 4:20
**DURING** [4] - 4:11, 11:16, 47:21, 63:16

## E

**EARLY** [1] - 38:4
**EARTHQUAKE** [4] - 7:22, 7:24, 7:25, 14:20
**EASIER** [1] - 41:18
**EASILY** [1] - 61:9
**EASTERN** [1] - 2:13
**EAT** [1] - 10:16
**EDUCATED** [1] - 9:1
**EDUCATION** [3] - 7:13, 59:25
**EFFECT** [2] - 27:6, 31:9
**EFFORT** [2] - 35:25, 36:4
**EFFORTS** [1] - 19:4
**EGGS** [1] - 17:20
**EITHER** [3] - 37:10, 41:4, 46:2
**ELEANOR** [1] - 59:1
**ELECTIVE** [3] - 4:24, 5:4, 20:12
**ELECTRICITY** [2] - 9:21, 15:16
**ELEGANT** [1] - 43:10
**ELIZABETH** [3] - 54:21, 57:16, 57:19
**ELSEWHERE** [1] - 13:10
**EMERGENCIES** [2] - 55:20, 56:24
**EMERGENCY** [7] - 3:24, 4:23, 5:2, 55:17, 56:21, 57:2, 59:10
**EMPLOYED** [2] - 4:17, 50:11
**ENABLE** [1] - 59:4
**ENCOUNTERED** [1] - 8:9
**ENDED** [1] - 33:14
**ENERGY** [1] - 36:18
**ENGAGE** [2] - 25:8, 32:16
**ENGAGED** [1] - 27:12
**ENRICHMENT** [1] - 60:23
**ENTAILS** [1] - 36:6
**ENTER** [1] - 67:11
**ENTIRE** [1] - 28:4
**ENTITLED** [2] - 48:12, 70:3

**ENVELOPE** [3] - 43:1, 43:12, 43:22
**ESL** [1] - 60:1
**ESPECIALLY** [1] - 11:21
**ESQUIRE** [6] - 1:15, 2:2, 2:5, 2:8, 2:12, 2:12
**ESSENCE** [1] - 23:9
**ESSENTIALLY** [1] - 54:16
**ESTABLISH** [2] - 24:18, 24:23
**ESTABLISHED** [3] - 7:6, 27:3, 27:10
**ET** [1] - 12:23
**EVENING** [1] - 7:25
**EVENTS** [1] - 36:15
**EVICTED** [1] - 55:23
**EVIDENCE** [20] - 21:7, 22:16, 27:2, 31:23, 33:6, 33:7, 39:23, 40:2, 44:25, 45:2, 45:18, 45:19, 45:20, 45:23, 46:15, 51:5, 51:7, 51:8, 53:4, 53:22
**EXACT** [1] - 34:20
**EXACTLY** [4] - 16:15, 27:3, 38:7, 42:1
**EXAMINATION** [9] - 3:19, 13:17, 21:11, 21:18, 26:21, 48:10, 54:7, 62:9, 65:11
**EXAMINATIONS** [1] - 6:19
**EXAMINE** [1] - 13:15
**EXAMPLE** [2] - 7:6, 58:14
**EXCEPTION** [1] - 37:7
**EXCEPTIONALLY** [1] - 17:22
**EXCLUDED** [1] - 24:11
**EXCUSE** [3] - 22:11, 50:9, 51:9
**EXCUSED** [5] - 21:5, 50:2, 50:4, 62:1, 65:16
**EXECUTED** [1] - 13:6
**EXECUTION** [1] - 36:2
**EXECUTIVE** [2] - 54:21, 62:21
**EXHAUSTED** [1] - 65:19
**EXHAUSTING** [1] -

36:25
**EXHIBIT** [12] - 6:2, 12:7, 12:18, 21:24, 27:9, 39:2, 40:1, 40:13, 42:21, 46:2, 48:12, 53:21
**EXHIBITS** [11] - 12:5, 21:1, 21:3, 21:6, 32:22, 51:11, 51:18, 52:25, 53:1, 71:15, 71:20
**EXPENSIVE** [1] - 15:19
**EXPERIENCE** [2] - 20:13, 35:4
**EXPERT** [1] - 38:9
**EXPLAIN** [2] - 29:6, 55:6
**EXPOSE** [1] - 14:24
**EXPRESS** [2] - 64:19, 64:22
**EXPRESSED** [1] - 64:17
**EXPRESSIONS** [1] - 64:21
**EXTENSIVELY** [1] - 37:11
**EXTRA** [1] - 39:4

## F

**FACIAL** [1] - 64:21
**FACT** [6] - 28:3, 30:14, 31:13, 31:20, 44:23, 64:25
**FACTOR** [2] - 22:23, 22:24
**FACTS** [1] - 33:2
**FAIR** [4] - 16:14, 35:11, 35:12, 41:18
**FAITH** [2] - 24:24, 50:7
**FALLS** [1] - 35:19
**FALSE** [1] - 31:13
**FAMILIAR** [1] - 23:8
**FAMILIES** [3] - 9:14, 9:16, 55:23
**FAMILY** [1] - 9:17
**FAR** [5] - 25:6, 42:13, 46:6, 49:1, 60:15
**FARE** [1] - 58:8
**FATHER** [1] - 35:6
**FCRR** [1] - 1:19
**FEDERAL** [4] - 2:6, 2:13, 68:14, 68:16
**FEDERALLY** [1] - 20:7
**FEED** [1] - 10:21
**FEES** [1] - 12:23

FEET [2] - 9:13, 9:25
FEW [4] - 13:20, 15:10, 35:1, 56:15
FIGURE [5] - 8:3, 43:24, 44:8, 49:13, 67:22
FILED [1] - 67:5
FILL [2] - 18:7, 18:8
FILTER [1] - 51:7
FINISHED [1] - 67:24
FIRST [7] - 1:20, 10:4, 11:12, 16:9, 55:5, 55:9, 64:14
FISH [2] - 10:14, 10:15
FIT [1] - 14:14
FIVE [3] - 39:14, 48:5, 56:11
FIVE-MINUTE [1] - 48:5
FIX [3] - 7:2, 9:3, 10:7
FLIGHT [1] - 15:23
FLIP [1] - 45:24
FLIPPING [1] - 45:25
FLOOR [1] - 1:20
FLUID [1] - 12:1
FLUORIDE [1] - 17:5
FLYERS [1] - 36:14
FOCUS [2] - 6:13, 6:14
FOLKS [4] - 55:17, 57:6, 57:13, 58:4
FOOD [3] - 56:24, 56:25, 58:2
FOOT [4] - 9:3, 9:5, 9:6, 9:11
FOREGOING [1] - 70:1
FOREVER [1] - 29:21
FORGET [1] - 51:19
FORK [4] - 54:19, 55:10, 56:9, 57:17
FORM [4] - 39:7, 39:10, 39:18, 53:15
FORMER [1] - 59:20
FORMS [1] - 49:3
FORTH [1] - 28:5
FORWARD [1] - 32:10
FOUNDATIONAL [1] - 25:19
FOUNDED [1] - 59:21
FOUR [4] - 10:3, 15:8, 15:22, 18:14
FOURTH [2] - 8:18, 10:6
FRACTURE [1] -

10:20
FRAME [1] - 63:10
FRANCE [1] - 20:8
FRANCIS [1] - 35:6
FRAUD [8] - 24:23, 24:25, 27:6, 27:13, 31:10, 31:11, 31:15, 31:22
FRAUDS [1] - 26:19
FRAUDULENT [4] - 26:3, 26:10, 29:8, 30:4
FRAUDULENTLY [1] - 30:13
FREQUENTLY [1] - 55:20
FRIDAY [2] - 8:6, 43:16
FRIEND [1] - 43:22
FRONT [8] - 10:6, 12:4, 23:3, 23:24, 26:22, 29:6, 31:4, 37:14
FRUSTRATING [1] - 9:7
FULL [6] - 3:15, 14:2, 54:1, 62:5, 66:3, 66:20
FULL-TIME [1] - 14:2
FUND [6] - 15:2, 56:20, 56:21, 59:9, 59:11, 60:17
FUNDED [2] - 20:7
FUNDING [1] - 58:22
FUNDRAISING [1] - 8:12
FUNDS [12] - 57:1, 59:2, 59:4, 59:7, 59:10, 60:10, 60:15, 61:5, 61:14, 63:12, 63:18, 64:7
FURTHEST [2] - 9:18, 9:19

**G**

GAMUT [1] - 58:6
GC [30] - 21:24, 24:19, 27:9, 28:6, 28:14, 28:15, 29:7, 29:8, 29:11, 39:2, 39:11, 39:24, 40:1, 42:21, 42:23, 45:24, 48:12, 48:14, 49:5, 53:7, 53:8, 53:10, 53:14, 53:19, 53:21, 71:16, 71:17
GED [1] - 60:1
GENERAL [5] - 26:18, 56:19, 59:8,

60:17, 63:18
GENERALLY [2] - 56:21, 59:12
GENERATED [1] - 18:1
GENETIC [1] - 9:14
GENUINE [1] - 25:2
GEORGETOWN [3] - 10:9, 10:10, 10:11
GIANT [1] - 20:5
GIFTED [1] - 63:21
GIRL [2] - 9:23, 10:4
GIRLS [2] - 6:19
GIVEN [3] - 36:15, 46:11, 47:4
GLAD [1] - 32:12
GLOVES [1] - 12:1
GOAL [2] - 8:17, 8:20
GOD'S [2] - 25:4, 25:6
GOOD-FAITH [1] - 50:7
GOVERNMENT [19] - 1:15, 2:2, 21:24, 24:21, 27:12, 31:7, 32:25, 34:8, 34:10, 39:2, 40:1, 42:20, 49:1, 50:6, 52:1, 53:21, 67:1, 67:13, 71:15
GOVERNMENT'S [4] - 22:21, 30:20, 32:22, 32:24
GOWNS [1] - 11:25
GRACE [1] - 35:19
GRANTS [1] - 20:9
GRATEFUL [1] - 61:16
GREAT [3] - 36:7, 36:18, 47:5
GROUNDS [1] - 59:19
GROUP [5] - 14:17, 56:14, 57:14, 62:20, 64:16
GROWTH [1] - 25:2
GUATEMALA [1] - 6:11
GUESS [2] - 24:4, 36:1
GUESSING [1] - 46:13
GUILTY [1] - 30:8
GURGANUS [12] - 1:15, 13:16, 13:18, 13:19, 19:22, 20:24, 50:20, 61:22, 65:12, 67:3, 69:1, 71:5
GUYANA [11] - 5:7,

6:6, 7:1, 7:6, 7:7, 8:23, 9:15, 10:9, 14:14, 14:15, 18:7
GYN [1] - 6:17

**H**

HAINES [47] - 2:2, 21:14, 21:16, 21:17, 21:19, 22:6, 22:9, 23:16, 23:17, 24:5, 24:20, 25:17, 27:15, 27:23, 27:25, 28:8, 28:12, 28:20, 29:3, 29:9, 29:13, 29:16, 32:3, 33:9, 33:12, 33:15, 33:17, 34:16, 34:17, 39:3, 39:9, 39:22, 40:3, 42:22, 42:24, 45:6, 47:24, 49:23, 50:14, 50:15, 52:1, 53:6, 53:10, 53:14, 53:18, 67:9, 71:7
HAIR [3] - 28:25, 29:3, 32:13
HAITI [16] - 5:7, 6:6, 6:25, 7:21, 7:24, 8:1, 8:6, 8:23, 12:14, 12:20, 14:19, 15:19, 15:23, 18:6, 37:7
HALF [1] - 59:23
HAMMER [67] - 1:6, 3:7, 3:10, 11:7, 13:1, 13:6, 23:1, 23:20, 24:22, 25:11, 26:3, 26:7, 26:9, 27:19, 28:2, 28:9, 28:17, 28:23, 29:4, 29:11, 29:13, 29:16, 29:19, 29:21, 29:23, 29:25, 30:1, 30:5, 30:12, 30:23, 31:8, 31:16, 31:25, 32:8, 32:11, 32:14, 34:1, 34:18, 34:21, 35:9, 36:1, 41:7, 42:17, 43:2, 43:4, 43:8, 43:10, 43:25, 44:3, 44:7, 45:8, 46:11, 47:4, 47:11, 49:5, 50:13, 50:23, 53:11, 53:12, 63:13, 67:24, 68:2, 68:4, 68:8, 68:11, 68:18
HAMMER'S [10] - 30:3, 33:19, 35:2, 40:7, 43:6, 44:16, 44:20, 45:19, 46:25, 50:18
HAND [4] - 31:16,

41:10, 43:1, 59:3
HANDED [1] - 41:11
HANDEDLY [2] - 37:18
HANDING [1] - 45:23
HANDS [1] - 7:15
HANDWRITING [1] - 43:6
HARD [1] - 34:25
HARRIS [1] - 2:9
HARRISBURG [1] - 2:7
HAUTE [3] - 28:9, 50:12, 50:21
HEADING [1] - 15:8
HEADQUARTERED [1] - 62:15
HEADS [2] - 65:23, 66:3
HEALTH [3] - 7:8, 7:9, 7:12
HEAR [1] - 68:2
HEARD [1] - 68:18
HEARING [7] - 21:3, 30:22, 39:24, 52:24, 53:19, 65:25, 68:24
HELP [6] - 36:17, 37:20, 55:15, 56:23, 58:4, 58:7
HELPED [3] - 19:4, 57:2, 64:11
HELPFUL [1] - 11:22
HELPING [1] - 12:16
HELPS [3] - 12:15, 37:20, 60:4
HERNIA [2] - 11:24, 12:22
HERNIAS [2] - 7:1, 18:14
HESITATING [1] - 41:15
HI [1] - 43:18
HIGHLIGHTED [3] - 28:1, 43:15, 43:21
HISPANIC [3] - 54:18, 55:10, 55:13
HIT [1] - 67:14
HOLD [1] - 33:8
HOLY [1] - 35:6
HOME [3] - 62:21, 62:24, 63:5
HOMELESS [1] - 57:19
HOMES [3] - 62:25, 63:3
HONEST [1] - 37:14
HONESTLY [1] - 44:7
HONOR [52] - 3:1, 3:8, 13:14, 13:16,

19:25, 20:24, 20:25, 21:14, 22:7, 22:11, 23:13, 23:22, 24:20, 26:1, 27:15, 27:25, 29:9, 32:3, 33:12, 34:5, 39:4, 39:23, 42:22, 44:22, 47:25, 48:9, 49:20, 49:21, 49:23, 50:1, 50:15, 51:9, 51:16, 52:1, 52:8, 52:14, 52:23, 53:6, 61:18, 61:20, 61:22, 65:9, 65:10, 65:12, 65:18, 66:2, 67:3, 67:9, 67:17, 68:15, 68:22, 69:1

**HONORABLE** [1] - 1:10

**HOPE** [1] - 33:23

**HOPING** [1] - 20:14

**HOPKINS** [8] - 4:18, 13:21, 14:6, 14:8, 15:3, 20:15, 20:19, 20:20

**HOSPITAL** [2] - 7:3, 13:24

**HOSPITAL-TYPE** [1] - 7:3

**HOURS** [3] - 8:1, 50:8, 50:10

**HOUSE** [2] - 57:19, 59:20

**HOUSES** [1] - 62:25

**HOUSING** [3] - 55:23, 55:25, 60:6

**HUGE** [3] - 20:6, 20:9

**HUMPHREY** [1] - 2:9

**HUNDRED** [2] - 42:9, 47:9

**HUNDREDS** [1] - 36:14

**HUNGER** [1] - 17:18

**HUNGRY** [3] - 17:13, 17:14, 17:15

**HURTING** [1] - 61:12

## I

**IDEA** [3] - 35:23, 35:25, 36:9

**IDENTIFIED** [2] - 12:6, 51:18

**IDENTIFY** [2] - 40:5, 40:6

**IGNORANT** [1] - 8:19

**IMAGINE** [3] - 8:22, 9:8, 36:6

**IMMEDIATE** [1] - 57:12

**IMMEDIATELY** [1] - 57:10

**IMMIGRANTS** [2] - 55:12, 55:13

**IMMIGRATION** [1] - 56:9

**IMPACT** [1] - 13:8

**IMPRESSION** [1] - 35:16

**IMPROVE** [1] - 33:24

**IN-COUNTRY** [3] - 14:13, 15:12, 15:18

**INCARCERATED** [2] - 27:4, 27:5

**INCLUDED** [2] - 16:23, 35:20

**INCLUDING** [2] - 12:22, 35:18

**INCORPORATED** [1] - 49:15

**INDEX** [1] - 71:1

**INDIANAPOLIS** [1] - 37:8

**INDICATE** [1] - 52:9

**INDICATED** [4] - 22:14, 34:7, 49:12, 68:1

**INDICATING** [1] - 49:6

**INDIVIDUAL** [1] - 30:13

**INDIVIDUALS** [10] - 36:21, 60:5, 63:1, 63:2, 63:20, 64:1, 64:5, 64:16, 64:19, 64:21

**INDULGENCE** [2] - 13:11, 27:23

**INFLUENCED** [1] - 35:3

**INFORMATION** [3] - 24:11, 27:11, 30:20

**INMATE** [1] - 40:10

**INMATES** [1] - 50:24

**INQUIRE** [2] - 21:14, 24:24

**INSCRIBED** [1] - 12:11

**INSTANCE** [5] - 9:3, 9:15, 11:24, 14:14, 15:7

**INSTANCES** [2] - 35:1, 36:23

**INSTITUTE** [1] - 64:3

**INTENSIVE** [1] - 5:3

**INTEREST** [1] - 31:20

**INTERIOR** [1] - 14:23

**INTERN** [1] - 57:18

**INTERNATIONAL** [5]

- 4:15, 5:4, 5:17, 20:13, 20:21

**INTERNATIONALL Y** [1] - 20:7

**INTERNSHIP** [1] - 57:20

**INTERVIEWED** [1] - 19:8

**INTRODUCE** [2] - 39:22, 53:7

**INVOLVED** [5] - 4:12, 11:8, 54:14, 55:24, 62:19

**INVOLVEMENT** [1] - 62:18

**INVOLVING** [1] - 63:13

**ISLAND** [2] - 54:19, 63:4

**ISSUE** [3] - 24:21, 31:1, 55:22

**ISSUES** [2] - 23:24, 24:13

**ITEM** [2] - 32:11, 45:18

**ITEMS** [10] - 23:21, 28:3, 28:4, 29:19, 29:22, 30:4, 30:7, 30:14, 32:21, 45:13

**ITSELF** [1] - 43:15

**IV** [2] - 12:1

## J

**JACINTA** [2] - 58:25, 59:10

**JACKET** [2] - 56:23, 58:18

**JAMES** [3] - 2:12, 2:12, 67:6

**JANUARY** [2] - 11:12, 43:16

**JEFF** [1] - 40:9

**JERSEY** [1] - 54:21

**JESUS** [1] - 40:24

**JOEL** [1] - 1:10

**JOHN** [2] - 1:15, 13:19

**JOHNS** [2] - 4:18, 13:21

**JOKE** [1] - 50:23

**JOSEPH** [2] - 40:25, 41:1

**JOSEPH'S** [6] - 54:20, 57:15, 57:16, 57:21, 57:24, 57:25

**JOURNALISTS** [1] - 19:7

**JR** [1] - 1:15

**JUDGE** [2] - 35:7,

67:25

**JUDGMENT** [2] - 26:21, 35:5

**JUNGLE** [3] - 6:25, 7:7, 9:15

**JURY** [3] - 24:13, 24:14, 51:6

**JUSTICE** [1] - 2:2

## K

**KAREN** [4] - 3:14, 3:17, 71:3

**KATHLEEN** [2] - 59:22, 60:13

**KEEP** [3] - 18:3, 18:6, 36:10

**KENYA** [2] - 5:6, 6:9

**KEPT** [4] - 37:15, 56:21, 59:11

**KID** [3] - 16:20, 56:22, 58:18

**KIDS** [9] - 6:25, 15:17, 16:19, 16:22, 55:21, 59:25, 60:19, 60:23

**KILLED** [1] - 47:18

**KIND** [5] - 18:24, 19:11, 20:11, 44:21, 57:17

**KNOWING** [1] - 12:24

**KNOWLEDGE** [3] - 24:16, 27:1, 40:8

**KNOWS** [2] - 22:19, 38:16

## L

**L-A-V-E-R-Y** [1] - 54:6

**LABORERS** [1] - 55:12

**LABS** [1] - 12:23

**LACK** [3] - 59:9, 61:2, 62:15

**LANDLORD** [1] - 58:9

**LANDSCAPE** [1] - 38:5

**LANGUAGE** [2] - 34:20, 64:23

**LARGE** [2] - 11:17, 36:19

**LARGEST** [1] - 11:19

**LAST** [3] - 16:22, 25:15, 54:5

**LAVERY** [4] - 53:24, 54:4, 54:6, 71:9

**LAW** [1] - 68:10

**LEAD** [2] - 26:22, 31:12

**LEAF** [1] - 25:5

**LEARN** [4] - 38:2, 44:19, 48:20, 48:24

**LEARNED** [2] - 33:18, 34:18

**LEAST** [3] - 24:15, 33:20, 47:9

**LEAVE** [6] - 3:2, 3:11, 9:5, 12:20, 50:3, 68:6

**LED** [1] - 28:2

**LEFT** [2] - 43:1, 57:17

**LEGAL** [1] - 68:10

**LEND** [1] - 27:11

**LESS** [1] - 25:14

**LETTER** [13] - 26:4, 27:20, 28:15, 28:16, 28:21, 30:21, 32:6, 43:14, 43:16, 49:5, 49:13, 53:10

**LETTERS** [12] - 21:23, 21:25, 22:12, 22:14, 22:15, 22:19, 22:22, 23:19, 24:16, 28:5, 31:5, 33:10

**LEVELS** [1] - 7:13

**LIE** [6] - 30:9, 33:19, 34:2, 34:19, 35:1

**LIED** [1] - 34:3

**LIES** [3] - 30:10, 35:10, 35:14

**LIFE** [10] - 9:9, 20:15, 20:19, 20:20, 25:4, 25:5, 35:3, 35:18, 36:5, 53:15

**LIKEWISE** [1] - 14:23

**LIMINE** [1] - 67:5

**LIMITED** [1] - 14:16

**LINE** [4] - 16:13, 18:8, 25:20, 40:16

**LISAK** [1] - 66:13

**LIST** [2] - 12:15, 61:18

**LIVE** [3] - 10:15, 63:1, 63:2

**LIVES** [1] - 12:17

**LIVING** [1] - 25:5

**LOCATED** [3] - 59:18, 59:19, 62:24

**LOOK** [7] - 12:3, 12:6, 18:15, 18:24, 28:17, 42:25, 66:5

**LOOKED** [2] - 21:23, 25:18

**LOOKING** [2] - 32:10, 46:8

**LOOKS** [2] - 40:23, 43:11
**LOOSE** [1] - 68:6
**LOST** [2] - 67:23, 68:8
**LOVE** [2] - 8:1, 43:18
**LUNCH** [1] - 58:5
**LYING** [1] - 34:22

## M

**MAIL** [4] - 36:20, 36:24, 41:9, 41:11
**MAILING** [1] - 37:21
**MAJOR** [1] - 55:22
**MANAGE** [1] - 14:13
**MARGARET** [1] - 56:8
**MARKED** [4] - 6:1, 28:6, 39:1, 42:20
**MARKET** [1] - 1:20
**MARTI** [2] - 47:14, 47:19
**MARTIN** [3] - 43:4, 43:8, 53:11
**MARY** [3] - 40:25, 41:1, 59:1
**MASH** [1] - 7:4
**MASS** [2] - 56:3, 56:5
**MASSENGILL** [15] - 23:20, 26:4, 26:6, 28:2, 28:16, 29:17, 29:18, 30:2, 30:21, 30:25, 31:14, 31:19, 32:8, 32:20, 32:25
**MASSENGILL'S** [1] - 28:14
**MATTER** [5] - 22:15, 23:9, 67:7, 68:10, 70:3
**MCHUGH** [1] - 2:12
**MCVEIGH** [5] - 29:4, 29:20, 30:4, 30:14, 32:10
**MCVEIGH'S** [4] - 23:21, 28:3, 29:25, 36:2
**MEAN** [7] - 11:23, 13:9, 19:15, 20:8, 37:23, 42:1, 57:6
**MEANING** [2] - 10:12, 36:5
**MEANS** [1] - 42:2
**MEANT** [2] - 25:19, 57:12
**MEDICAL** [16] - 4:9, 4:12, 5:21, 6:8, 6:13, 6:23, 7:13, 11:21, 14:12, 15:10, 15:11, 17:25, 18:6, 18:13,

18:16, 20:17
**MEDICINE** [3] - 3:24, 4:25, 5:4
**MEDICINES** [2] - 20:11, 48:22
**MEDIUM** [1] - 38:6
**MEET** [1] - 60:3
**MEMBER** [4] - 34:22, 50:9, 50:11, 50:17
**MEMBERS** [2] - 50:18, 50:21
**MEN** [1] - 25:9
**MENTIONED** [4] - 6:6, 7:21, 60:13, 68:4
**MERCY** [17] - 4:3, 4:5, 5:11, 5:14, 5:16, 5:21, 5:25, 8:17, 54:10, 54:11, 54:14, 54:22, 59:16, 59:17, 62:14, 62:19, 62:21
**MERITS** [1] - 59:13
**MET** [1] - 13:1
**MIC** [2] - 65:25, 67:20
**MICROPHONE** [1] - 26:15
**MIDDLE** [3] - 1:2, 1:16, 2:6
**MIDST** [1] - 8:7
**MIDWIFE** [1] - 7:17
**MIGHT** [9] - 7:10, 7:13, 31:19, 31:20, 40:16, 41:20, 58:1, 60:23, 66:6
**MIND** [1] - 34:15
**MINE** [1] - 43:22
**MINISTRIES** [1] - 54:18
**MINISTRY** [2] - 55:11, 58:19
**MINUTE** [2] - 48:5, 51:22
**MINUTES** [2] - 16:16, 16:19
**MISLEADING** [1] - 24:13
**MISREPRESENTAT ION** [1] - 31:21
**MISREPRESENTAT IONS** [1] - 31:9
**MISREPRESENTIN G** [1] - 30:12
**MISSED** [1] - 7:25
**MISSION** [3] - 5:17, 5:21, 15:2
**MISSIONS** [3] - 14:3, 14:4, 14:12
**MITIGATOR** [1] - 25:8
**MITIGATORS** [1] -

25:1
**MOM** [5] - 7:16, 10:2, 10:6, 10:22, 16:18
**MOMENT** [2] - 49:19, 65:8
**MOMS** [1] - 18:14
**MONDAY** [3] - 66:10, 66:23, 67:2
**MONETARILY** [1] - 32:17
**MONEY** [46] - 6:5, 8:11, 10:10, 10:11, 11:21, 11:22, 12:10, 12:15, 12:21, 12:25, 13:9, 15:4, 15:12, 15:18, 18:25, 19:1, 26:5, 26:6, 30:2, 31:12, 31:14, 32:8, 32:14, 32:15, 32:20, 37:6, 37:9, 37:16, 42:3, 42:6, 46:10, 46:14, 46:23, 46:25, 47:4, 47:5, 54:15, 55:1, 55:18, 56:18, 59:11, 63:16, 63:21, 64:14
**MONIES** [1] - 5:19
**MONTAUK** [1] - 56:3
**MONTESSORI** [1] - 55:15
**MONTH** [2] - 7:14, 17:7
**MONTHLY** [1] - 47:6
**MOON** [1] - 10:21
**MOOT** [1] - 67:12
**MORENO** [16] - 2:12, 26:12, 26:15, 27:18, 28:7, 51:15, 53:9, 65:18, 65:22, 65:25, 66:2, 66:9, 66:12, 66:16, 66:19, 66:24
**MORNING** [12] - 3:21, 3:22, 7:24, 8:6, 13:19, 21:20, 21:21, 48:2, 54:9, 62:11, 62:12, 66:17
**MORNINGS** [1] - 58:1
**MOST** [10] - 6:17, 6:22, 19:8, 19:15, 36:21, 37:24, 39:16, 41:21, 61:16, 64:20
**MOSTLY** [2] - 55:13, 55:16
**MOTHER** [2] - 9:11, 59:20
**MOTHERS** [1] - 12:23
**MOTION** [5] - 67:5, 67:12, 67:18, 67:23,

67:25
**MOTIONS** [1] - 67:15
**MOTORCYCLES** [1] - 15:17
**MOVE** [2] - 21:1, 51:17
**MURDER** [2] - 47:14
**MUST** [2] - 37:1, 43:24

## N

**N.W** [1] - 2:4
**NAME** [10] - 3:16, 5:24, 13:19, 46:24, 54:2, 54:3, 54:5, 62:6, 62:7, 68:13
**NASSAU** [1] - 63:4
**NATIONAL** [1] - 19:9
**NEAR** [1] - 64:3
**NECESSARILY** [1] - 23:2
**NEED** [13] - 3:2, 8:11, 13:9, 15:10, 15:12, 15:18, 18:25, 24:4, 32:15, 36:10, 36:17, 52:2, 60:7
**NEEDED** [4] - 5:20, 9:12, 56:23, 58:4
**NEEDS** [8] - 3:2, 18:4, 41:24, 42:4, 55:17, 56:12, 60:6, 64:22
**NEGLECTED** [1] - 32:7
**NEVER** [12] - 9:20, 9:21, 16:6, 22:14, 23:8, 32:17, 41:11, 44:20, 44:21, 45:10, 50:19, 57:9
**NEW** [7] - 4:10, 25:4, 25:5, 25:8, 54:21, 54:23, 62:17
**NEWSLETTER** [1] - 6:3
**NEWSLETTERS** [1] - 6:3
**NEXT** [11] - 7:2, 12:18, 23:11, 32:10, 51:13, 51:14, 51:17, 53:5, 53:23, 62:2, 65:17
**NGO** [1] - 5:15
**NICE** [1] - 57:1
**NIGERIA** [7] - 5:7, 6:9, 15:8, 15:19, 16:2, 16:3, 18:11
**NIGHT** [1] - 43:16
**NON** [1] - 51:6
**NON-JURY** [1] - 51:6

**NONSTATUTORY** [1] - 22:24
**NONVERBAL** [1] - 64:20
**NORTH** [1] - 56:8
**NOTE** [1] - 12:11
**NOTEBOOKS** [1] - 60:20
**NOTES** [1] - 52:9
**NOTHING** [4] - 19:24, 22:19, 47:24, 68:25
**NOVEMBER** [3] - 28:9, 29:11, 30:21
**NOWHERE** [1] - 46:4
**NUMBER** [8] - 1:3, 9:16, 9:17, 20:9, 26:16, 31:8, 55:23, 57:2
**NUMBERS** [2] - 46:12, 47:7
**NUN** [3] - 3:25, 4:7, 54:9
**NURSE** [1] - 7:17

## O

**OB** [1] - 6:17
**OB-GYN** [1] - 6:17
**OBJECT** [5] - 23:5, 23:14, 23:22, 34:6, 44:23
**OBJECTION** [7] - 21:4, 22:13, 26:17, 34:12, 39:24, 52:25, 53:19
**OBSTETRICIAN** [1] - 6:18
**OBTAIN** [1] - 27:16
**OBVIOUSLY** [2] - 24:13, 33:5
**OCCASION** [2] - 14:19, 63:11
**OCCASIONAL** [3] - 6:17, 17:10, 47:5
**OCCASIONALLY** [1] - 19:1
**OCCUPATION** [1] - 14:2
**OFFER** [4] - 4:24, 5:4, 14:5, 24:17
**OFFERING** [2] - 18:12, 52:15
**OFFERS** [1] - 32:8
**OFFICE** [4] - 1:15, 36:24, 56:2, 56:10
**OFFICER** [1] - 34:3
**OFFICIAL** [2] - 1:19, 70:7
**OFTEN** [1] - 16:20

**OLD** [2] - 9:24, 35:11
**ONCE** [3] - 12:2, 25:3, 47:7
**ONE** [36] - 6:3, 7:7, 8:12, 8:21, 11:19, 12:5, 14:12, 14:18, 19:6, 20:10, 24:25, 26:16, 26:25, 31:8, 33:20, 34:10, 40:9, 40:11, 40:15, 40:21, 41:16, 50:8, 52:7, 52:23, 55:15, 56:16, 59:14, 66:6, 66:11, 66:12, 66:21, 66:22, 67:17
**ONES** [4] - 37:7, 38:25, 40:11, 52:14
**OPERATING** [4] - 56:19, 59:8, 60:17, 63:18
**OPERATION** [2] - 12:22, 20:10
**OPINION** [11] - 25:11, 25:22, 26:19, 30:15, 32:1, 33:20, 33:23, 34:4, 34:24, 44:2, 45:8
**OPPORTUNITY** [2] - 16:6, 36:16
**OPPOSED** [2] - 8:19, 33:2
**ORDER** [13] - 3:3, 4:2, 26:5, 32:14, 39:7, 39:10, 39:18, 47:5, 49:3, 52:23, 53:15, 62:13, 67:11
**ORDERED** [2] - 36:13, 36:19
**ORDERS** [2] - 36:19, 48:23
**ORGANIZATION** [11] - 5:9, 5:12, 13:8, 20:3, 20:7, 37:6, 55:6, 55:7, 56:14, 62:20, 68:13
**ORGANIZATIONS** [3] - 37:5, 54:25, 61:2
**OURSELVES** [1] - 5:23
**OUTPATIENT** [1] - 5:3
**OUTSIDE** [3] - 20:15, 43:11, 58:2
**OUTSTANDING** [1] - 67:15
**OUTWEIGHED** [1] - 24:12
**OVERALL** [1] - 60:25
**OVERRULE** [1] - 34:11
**OVERSTATES** [1] -

31:23
**OWE** [1] - 29:20
**OWN** [4] - 19:2, 28:4, 42:6, 46:25
**OWNED** [1] - 31:19

---

## P

**PACKAGE** [2] - 17:6, 36:23
**PAGE** [8] - 28:1, 39:6, 40:12, 40:13, 40:20, 40:22, 71:15, 71:20
**PAGES** [3] - 40:6, 45:25, 46:4
**PAID** [2] - 31:14, 36:13
**PAINT** [2] - 48:21, 50:13
**PAINTING** [4] - 39:15, 44:9, 49:17, 49:18
**PAINTINGS** [1] - 44:3
**PAINTS** [1] - 60:24
**PAIR** [1] - 58:18
**PANTRY** [2] - 56:25, 58:2
**PARAGRAPH** [2] - 28:14, 30:6
**PARENT** [1] - 58:16
**PARENTS** [3] - 17:8, 17:10, 60:7
**PARISHES** [1] - 56:4
**PART** [13] - 4:23, 6:17, 6:22, 20:18, 26:7, 26:12, 28:1, 36:3, 36:7, 37:24, 43:21, 49:12, 51:23
**PARTICULAR** [5] - 5:9, 8:8, 9:10, 47:12, 63:17
**PARTIES** [1] - 55:21
**PARTS** [1] - 43:15
**PAST** [2] - 31:25, 37:17
**PAUL** [3] - 1:6, 40:10, 43:2
**PAUSE** [2] - 13:12, 27:24
**PAY** [5] - 12:21, 15:3, 15:6, 15:9, 55:19
**PAYMENT** [1] - 30:24
**PEA** [1] - 20:6
**PEDIATRIC** [7] - 3:24, 4:22, 4:24, 6:15, 6:16, 7:18, 8:4
**PEDIATRICIAN** [3] -

6:16, 8:20, 13:21
**PEDIATRICIANS** [1] - 7:19
**PEDIATRICS** [2] - 4:22, 6:22
**PENNSYLVANIA** [4] - 1:2, 1:16, 2:6, 2:13
**PENNY** [1] - 37:15
**PEOPLE** [21] - 7:10, 7:11, 8:13, 8:25, 9:19, 9:20, 10:11, 14:10, 14:11, 14:14, 16:6, 17:22, 19:15, 32:19, 36:15, 36:21, 56:5, 58:1, 58:6, 61:11, 65:5
**PERCENT** [5] - 16:25, 17:2, 20:19, 20:20, 37:8
**PERFECT** [1] - 33:22
**PERHAPS** [1] - 41:21
**PERIOD** [7] - 50:8, 50:10, 54:24, 58:21, 60:9, 63:15, 63:17
**PERMISSIBLE** [1] - 26:20
**PERMITTED** [1] - 34:8
**PERSON** [8] - 7:12, 16:17, 18:9, 25:8, 29:24, 33:20, 37:1, 38:20
**PERSON'S** [1] - 35:5
**PERSONAL** [2] - 23:21, 29:19
**PERSONALLY** [1] - 51:1
**PERSONS** [1] - 62:22
**PERSPECTIVE** [2] - 35:8, 35:13
**PERTINENT** [1] - 28:13
**PERU** [2] - 6:10, 14:16
**PHILADELPHIA** [3] - 1:9, 1:21, 2:14
**PHOTO** [1] - 43:10
**PHYSICIAN** [2] - 3:23, 3:24
**PHYSICIANS** [3] - 6:16, 7:19, 8:24
**PICTURE** [2] - 40:20, 40:24
**PICTURES** [3] - 18:3, 38:24, 39:15
**PIECES** [1] - 41:7
**PLACE** [3] - 11:23, 15:15, 37:12
**PLACES** [3] - 5:2,

8:21, 37:9
**PLANNING** [1] - 7:23
**PLUS** [1] - 14:10
**PO** [2] - 1:17, 2:10
**POCKET** [1] - 19:2
**PODIUM** [1] - 27:16
**POINT** [8] - 3:5, 24:15, 27:3, 27:10, 32:4, 32:7, 40:9, 56:3
**POLYGRAPH** [1] - 30:25
**POOR** [5] - 8:18, 9:7, 17:22, 20:16, 58:20
**POPE** [1] - 35:6
**POPULATION** [1] - 9:7
**POSITION** [4] - 4:20, 4:24, 33:3, 57:17
**POSITIVE** [2] - 36:4, 41:16
**POSSIBLE** [2] - 12:16, 49:1
**POST** [1] - 36:23
**PRAISING** [1] - 64:5
**PRATT** [1] - 64:3
**PREDECESSOR** [1] - 59:22
**PREJUDICE** [1] - 24:12
**PREMATURE** [1] - 23:12
**PREPARED** [1] - 67:1
**PRESCRIPTION** [2] - 58:3, 58:7
**PRESCRIPTIONS** [1] - 58:7
**PRESENCE** [1] - 25:4
**PRESENTED** [1] - 12:4
**PRETTY** [1] - 36:23
**PRIESTS** [1] - 56:8
**PRINTER** [3] - 36:12, 36:20, 37:20
**PRINTING** [1] - 36:13
**PRISON** [2] - 44:13, 46:20
**PRISONER'S** [1] - 30:9
**PRISONS** [2] - 26:7, 30:5
**PRIVATE** [1] - 62:25
**PROBATIVE** [4] - 22:18, 22:21, 23:23, 24:11
**PROBLEM** [2] - 13:4, 57:9
**PROBLEMS** [1] - 8:8
**PROCEED** [2] -

33:15, 33:16
**PROCEEDINGS** [2] - 1:23, 70:2
**PROCEEDS** [1] - 36:16
**PRODUCED** [1] - 1:24
**PROFESSOR** [1] - 4:21
**PROFFER** [1] - 24:6
**PROGRAM** [12] - 20:12, 55:16, 58:3, 58:11, 58:13, 59:24, 60:3, 63:20, 63:22, 64:13, 65:1, 65:4
**PROGRAMS** [3] - 11:3, 58:10, 60:18
**PROHIBITED** [1] - 34:23
**PROJECT** [20] - 4:13, 11:7, 11:11, 11:14, 13:7, 35:22, 36:6, 36:10, 36:25, 37:19, 39:19, 44:11, 46:24, 54:15, 56:18, 57:4, 58:23, 60:11, 60:16, 63:12
**PROJECTS** [1] - 54:14
**PROOF** [1] - 24:17
**PROPERLY** [1] - 51:7
**PROPERTY** [4] - 30:9, 31:13, 31:17, 31:18
**PROUD** [1] - 64:1
**PROVE** [2] - 25:1, 25:7
**PROVIDE** [8] - 6:7, 29:21, 59:4, 61:7, 61:8, 64:11, 64:12, 65:5
**PROVIDED** [7] - 12:4, 36:11, 36:12, 39:16, 48:25, 49:2, 55:7
**PROVIDENCE** [1] - 52:14
**PROVIDES** [1] - 37:22
**PROVIDING** [1] - 29:17
**PUBERTY** [1] - 6:20
**PUBLIC** [3] - 2:6, 57:23
**PUBLICIZE** [1] - 19:4
**PUBLISH** [1] - 39:23
**PURCHASE** [6] - 36:16, 42:4, 48:23, 49:1, 49:3, 64:8

PURCHASES [2] - 45:20, 46:4
PURCHASING [2] - 45:13, 45:16
PURPOSES [2] - 59:7, 68:19
PUT [7] - 15:16, 35:10, 35:14, 59:13, 63:17, 63:24, 68:1

**Q**

QUEENS [1] - 63:3
QUESTIONING [2] - 22:18, 25:20
QUESTIONS [10] - 13:14, 13:20, 19:11, 19:23, 20:22, 26:23, 49:21, 61:19, 61:22, 65:10
QUINN [1] - 59:22
QUITE [2] - 10:1, 55:3

**R**

RAISE [1] - 45:11
RAISED [3] - 22:13, 58:22, 63:12
RAISING [1] - 46:22
RAN [1] - 58:6
RANGE [1] - 11:18
RARELY [1] - 34:25
RATHER [1] - 44:9
READ [3] - 12:11, 37:11, 43:21
READING [2] - 17:16, 67:5
REAL [1] - 6:24
REALIZE [1] - 20:15
REALLY [4] - 4:14, 22:4, 26:23, 64:4
REASON [1] - 9:13
REASONS [1] - 17:9
REBUTTAL [1] - 67:2
RECEIPTS [1] - 30:8
RECEIVE [6] - 11:6, 37:9, 55:2, 58:21, 60:10, 63:11
RECEIVED [13] - 11:10, 11:14, 37:6, 41:6, 54:15, 54:25, 57:3, 58:24, 60:13, 61:1, 63:14, 63:16, 64:11
RECEIVING [1] - 64:25
RECENT [1] - 40:11
RECENTLY [1] - 19:8

RECESS [3] - 48:3, 48:5, 68:25
RECIPIENT [1] - 37:13
RECOGNIZE [3] - 38:23, 39:10, 43:6
RECOLLECTION [3] - 23:10, 47:2, 68:9
RECORD [17] - 3:4, 3:5, 3:16, 18:13, 18:17, 23:15, 27:2, 39:6, 43:21, 44:24, 50:6, 51:18, 54:2, 62:6, 68:1, 68:19, 70:2
RECORDED [1] - 1:23
RECORDS [5] - 17:25, 18:2, 18:3, 18:6, 26:7
RECROSS [2] - 49:22, 71:2
RECTIFY [1] - 35:18
REDEEMED [1] - 25:7
REDIRECT [3] - 48:1, 48:10, 71:2
REFERRING [2] - 5:22, 29:2
REFLECTED [1] - 32:21
REFLECTIVE [1] - 25:6
REFLECTS [1] - 3:5
REFRESH [1] - 23:10
REGARDS [1] - 8:9
REGION [1] - 7:8
REGULATION [1] - 34:21
REIDERS [1] - 2:9
RELATES [1] - 28:14
RELATIVELY [1] - 16:13
RELEVANCE [2] - 22:17, 22:25
RELEVANT [1] - 30:6
RELIGIOUS [1] - 48:21
REMEMBER [1] - 9:10
RENEW [1] - 22:13
REPEAT [2] - 45:4, 59:15
REPEATED [1] - 34:14
REPLENISH [1] - 42:3
REPORT [4] - 48:13, 48:15, 48:18, 48:19
REPORTER [3] -

1:19, 19:9, 70:7
REPRESENTATION [7] - 30:3, 46:1, 46:3, 50:6, 50:7, 50:16
REPRESENTATIONS [3] - 31:13, 50:22, 51:2
REPRESENTED [6] - 26:2, 26:9, 29:16, 29:25, 31:6, 50:12
REPRESENTING [2] - 30:13, 31:17
REPRESENTS [1] - 44:23
REQUEST [1] - 59:12
REQUESTED [1] - 30:2
REQUIRE [3] - 55:14, 67:7, 68:11
REQUIREMENT [1] - 24:10
RESEARCH [1] - 61:15
RESIDENTIAL [1] - 58:12
RESIDENTS [8] - 4:25, 8:5, 14:8, 14:9, 15:5, 15:7, 15:8, 20:13
RESOURCE [4] - 60:2, 60:4, 68:14, 68:16
RESOURCES [1] - 61:15
RESPECT [3] - 23:24, 27:8, 67:6
RESPOND [2] - 24:20, 30:18
RESPONDED [2] - 34:2, 34:21
RESPONDS [1] - 32:11
RESPONSE [2] - 33:7, 34:19
REST [2] - 41:14
RESULT [3] - 20:22, 57:4, 63:12
RETAKES [1] - 21:10
REVIEW [2] - 23:18, 49:1
REVIEWED [1] - 28:13
RISK [1] - 36:17
RISKS [1] - 19:20
RIVER [3] - 10:15, 14:15
ROLE [1] - 54:13
RONALD [1] - 2:8
ROOM [2] - 5:2, 58:2

RPR [1] - 1:19
RULE [2] - 23:6, 34:21
RULES [2] - 22:16, 25:21
RULING [7] - 31:3, 33:4, 33:5, 34:7, 34:8, 67:7, 68:17
RUN [4] - 8:13, 20:12, 37:18, 54:16
RUNNING [2] - 9:21, 50:23
RUNS [2] - 9:14, 9:16
RURAL [4] - 6:25, 8:23, 15:14

**S**

S-C-H-N-E-I-D-E-R [1] - 3:18
SAKE [2] - 20:2, 29:10
SALARIED [1] - 14:4
SALARY [1] - 20:9
SALES [2] - 48:18, 48:19
SANCTIONS [1] - 39:4
SANDALS [1] - 10:24
SATISFIED [1] - 51:3
SAUNDERS [14] - 2:5, 3:1, 3:6, 3:8, 3:10, 3:20, 13:11, 13:13, 19:24, 20:25, 28:11, 51:14, 68:14, 71:4
SAW [1] - 38:23
SCHEDULE [1] - 67:1
SCHNEIDER [5] - 3:1, 3:14, 3:17, 3:21, 71:3
SCHOOL [11] - 4:9, 4:12, 18:10, 18:11, 18:17, 58:13, 58:14, 58:15, 59:24, 60:8, 64:3
SCRANTON [1] - 1:17
SCREEN [1] - 40:4
SCREENING [1] - 18:11
SECOND [7] - 4:16, 40:12, 40:13, 40:20, 52:7, 57:14, 67:22
SECONDLY [1] - 31:10
SECTION [2] - 2:3, 24:10
SEE [30] - 8:13,

15:22, 16:4, 16:6, 16:14, 17:5, 18:9, 18:18, 19:17, 23:19, 24:1, 26:2, 26:8, 33:7, 37:5, 37:19, 41:22, 41:24, 43:1, 43:10, 43:15, 43:25, 44:20, 46:5, 46:15, 49:4, 58:6, 64:2, 67:14, 68:11
SEEING [1] - 16:9
SEEK [2] - 53:7, 64:12
SELECTION [1] - 22:25
SEND [8] - 6:4, 19:16, 29:11, 32:8, 42:2, 42:8, 42:10, 56:24
SENDING [2] - 12:10, 28:23
SENIOR [1] - 60:3
SENIORS [2] - 60:3, 60:5
SENSE [3] - 11:13, 15:5, 20:18
SENT [7] - 12:9, 29:23, 30:2, 36:14, 38:5, 38:16, 42:2
SENTENCE [1] - 22:25
SEPARATE [1] - 5:15
SEPTEMBER [1] - 58:14
SERVE [1] - 8:18
SERVED [1] - 37:10
SERVICE [4] - 54:20, 57:21, 57:25, 68:13
SERVICES [7] - 55:7, 57:22, 58:5, 59:5, 61:7, 64:11, 65:6
SERVING [1] - 58:20
SET [1] - 7:3
SEVERAL [1] - 47:6
SEVERE [1] - 10:1
SEX [1] - 47:22
SHARING [1] - 30:20
SHIFTS [1] - 20:19
SHIRT [5] - 28:23, 29:24, 32:11, 32:12, 32:18
SHOES [2] - 11:1, 58:19
SHORT [1] - 16:13
SHOW [5] - 39:1, 39:7, 42:20, 45:21, 63:25
SHOWING [3] - 6:1, 24:18, 32:6

**SHOWN** [2] - 39:10, 39:15
**SHOWS** [2] - 31:23, 39:14
**SICK** [1] - 8:18
**SIDE** [2] - 24:3, 33:13
**SIDE-BAR** [2] - 24:3, 33:13
**SIDEBAR** [1] - 24:2
**SIGN** [1] - 5:5
**SIGNED** [2] - 38:12, 38:13
**SIMPLER** [1] - 8:25
**SIMPLICITY** [1] - 5:23
**SINGLE** [3] - 18:9, 37:18
**SISTER** [14] - 4:3, 6:18, 8:17, 18:21, 21:20, 40:4, 44:7, 45:21, 45:23, 46:7, 48:12, 54:10, 54:11, 54:13
**SISTERS** [9] - 4:4, 5:11, 5:14, 5:16, 5:18, 5:25, 55:15, 62:14, 62:18
**SIT** [1] - 35:5
**SITTING** [1] - 38:21
**SITUATION** [2] - 9:10, 14:20
**SITUATIONS** [1] - 57:2
**SIX** [1] - 8:4
**SKETCH** [1] - 43:11
**SKIP** [1] - 4:16
**SLEEP** [1] - 12:24
**SLOMSKY** [1] - 1:10
**SMALL** [1] - 59:23
**SMILEY** [1] - 56:8
**SO...** [2] - 18:21, 23:11
**SOCIAL** [5] - 54:20, 57:18, 57:21, 57:25, 58:4
**SOCIETAL** [1] - 57:4
**SOCIETY** [2] - 61:3, 63:24
**SOILED** [1] - 29:24
**SOLD** [1] - 48:22
**SOLELY** [1] - 11:4
**SOLICIT** [1] - 32:15
**SOLICITED** [2] - 26:6, 30:24
**SOLUTION** [1] - 57:12
**SOMEONE** [4] - 10:14, 31:8, 31:17, 41:17

**SOMETIMES** [18] - 9:1, 9:7, 15:13, 15:15, 16:9, 16:18, 17:8, 55:17, 56:22, 56:23, 57:10, 58:5, 58:9, 58:10, 60:7, 60:19, 60:21, 61:10
**SOMEWHERE** [1] - 58:8
**SOPHISTICATED** [3] - 9:1, 44:9, 44:10
**SORRY** [9] - 4:17, 20:25, 23:12, 41:1, 49:8, 50:5, 52:8, 66:2, 67:21
**SORT** [3] - 7:4, 61:15, 62:19
**SORTS** [1] - 55:14
**SOUGHT** [1] - 30:24
**SOURCE** [1] - 61:5
**SOUTH** [5] - 9:15, 9:19, 54:19, 55:10, 57:17
**SOUTHAMPTON** [4] - 54:19, 55:11, 56:1, 56:2
**SPARE** [1] - 28:25
**SPECIAL** [5] - 48:22, 49:2, 50:12, 65:1, 65:4
**SPECIALISTS** [1] - 7:18
**SPECIFIC** [3] - 4:12, 56:18, 60:16
**SPECIFICALLY** [1] - 32:17
**SPECULATION** [1] - 33:2
**SPELL** [3] - 3:15, 54:1, 62:5
**SPEND** [4] - 5:1, 5:19, 16:16, 20:18
**SPILL** [2] - 66:4, 66:20
**SPINNING** [1] - 33:2
**SPIRITUAL** [2] - 25:2, 25:13
**SPOKEN** [1] - 36:15
**SR** [24] - 3:3, 11:8, 18:20, 19:10, 21:8, 21:10, 21:12, 33:18, 39:7, 42:25, 51:18, 53:24, 54:16, 56:8, 58:25, 59:1, 59:22, 62:3, 62:7, 63:13, 71:3, 71:6, 71:9, 71:11
**ST** [7] - 37:7, 54:20, 57:15, 57:16, 57:20, 57:23, 57:25

**STAFF** [9] - 30:10, 34:22, 45:9, 50:8, 50:11, 50:17, 50:21, 64:20
**STAND** [4] - 21:10, 21:13, 33:5, 68:25
**STANDING** [3] - 40:23, 41:22, 58:1
**START** [3] - 44:11, 51:19, 55:5
**STARTED** [7] - 29:18, 55:15, 59:22, 63:8, 63:19, 64:13, 64:25
**STATE** [4] - 3:15, 4:10, 54:1, 62:5
**STATEMENT** [2] - 18:9, 28:4
**STATES** [4] - 1:1, 1:3, 1:15, 2:2
**STATUTE** [1] - 24:8
**STATUTORY** [1] - 22:23
**STENOTYPE** [1] - 1:23
**STENOTYPE-COMPUTER** [1] - 1:23
**STEP** [4] - 21:2, 49:24, 61:23, 65:14
**STERILE** [1] - 11:25
**STICK** [3] - 43:23, 44:8, 49:13
**STILL** [3] - 8:4, 33:23, 35:17
**STOP** [1] - 13:3
**STOPPED** [1] - 52:5
**STORY** [1] - 8:14
**STREET** [5] - 1:16, 1:20, 2:4, 2:7, 2:10
**STRING** [1] - 68:6
**STUDENTS** [1] - 15:6
**SUBJECT** [2] - 22:15, 23:9
**SUBSEQUENT** [1] - 44:6
**SUBSETS** [1] - 51:24
**SUBSTANCE** [1] - 22:12
**SUBSTANTIATES** [2] - 27:19, 29:7
**SUBTLE** [1] - 32:5
**SUGGEST** [1] - 32:24
**SUGGESTING** [1] - 68:21
**SUITE** [3] - 1:16, 2:7, 2:14
**SUMMARY** [1] - 48:13
**SUMMER** [2] - 58:11,

58:12
**SUPERVISE** [1] - 45:9
**SUPPLIES** [17] - 11:24, 15:10, 15:11, 20:11, 42:3, 42:12, 45:16, 46:5, 46:11, 46:16, 47:3, 48:21, 50:19, 58:15, 60:22, 63:22, 64:8
**SUPPLY** [1] - 49:2
**SUPPORT** [1] - 33:2
**SUPPORTED** [1] - 11:4
**SUPPORTER** [1] - 18:22
**SUPPOSED** [1] - 20:18
**SURGEON** [2] - 6:23, 15:15
**SURGERIES** [2] - 12:3, 18:12
**SURGERY** [6] - 9:12, 11:24, 12:15, 12:25, 18:4, 18:15
**SURGICAL** [1] - 6:23
**SURPRISE** [5] - 35:19, 42:17, 44:19, 48:20, 48:24
**SUSTAIN** [1] - 26:17
**SUTURES** [1] - 12:1
**SUZANNE** [2] - 1:19, 70:6
**SWEAR** [1] - 3:13
**SWITCH** [2] - 40:12, 40:22
**SWORN** [3] - 3:14, 53:25, 62:4
**SYSTEM** [2] - 17:12, 46:21

---

**T**

**TABLET** [2] - 16:24, 17:4
**TAKING** [2] - 14:8, 30:9
**TALENT** [3] - 43:23, 44:5, 44:13
**TALENTS** [2] - 38:3, 43:24
**TASKED** [1] - 19:7
**TEACHING** [1] - 20:20
**TEE** [5] - 28:23, 29:24, 32:11, 32:12, 32:18
**TEMPERATURE** [1] - 7:15
**TEN** [2] - 12:21,

16:19
**TERM** [3] - 59:9, 61:2, 62:16
**TERRE** [3] - 28:9, 50:12, 50:20
**TESTIFIED** [3] - 25:3, 35:10, 59:5
**TESTIFY** [1] - 68:17
**TESTIFYING** [1] - 68:24
**TESTIMONY** [4] - 21:22, 24:25, 35:9, 35:22
**TEXT** [3] - 36:12, 39:16, 43:14
**THANKING** [1] - 28:22
**THANKS...FOR** [1] - 12:20
**THANKSGIVING** [1] - 6:4
**THEMSELVES** [2] - 64:19, 64:21
**THEORY** [2] - 32:24, 33:1
**THERAPY** [1] - 63:20
**THERE** [73] - 4:19, 5:24, 6:17, 6:23, 7:3, 8:11, 8:22, 8:24, 10:13, 12:2, 13:24, 15:16, 17:10, 17:25, 18:1, 18:2, 18:4, 18:12, 18:16, 18:17, 20:15, 20:16, 22:2, 22:17, 22:18, 26:24, 27:2, 29:2, 29:7, 31:6, 32:9, 32:18, 34:21, 37:12, 38:21, 40:5, 40:11, 40:13, 40:16, 41:23, 45:18, 46:4, 46:16, 46:20, 48:16, 50:15, 50:23, 51:4, 55:19, 55:22, 56:4, 56:10, 56:12, 56:16, 57:12, 57:18, 58:1, 58:12, 58:17, 59:23, 60:4, 60:12, 61:11, 63:1, 64:1, 66:21, 67:4, 67:14
**THERE'S** [1] - 40:6
**THEREFORE** [4] - 10:16, 30:8, 30:10, 64:20
**THEY'LL** [1] - 17:21
**THINKING** [1] - 32:12
**THIRD** [2] - 2:10, 59:14
**THORNTON** [1] - 59:1

**THOUSAND** [2] - 15:10, 36:19

**THOUSANDS** [2] - 5:25, 36:14

**THREE** [10] - 7:14, 8:19, 12:5, 16:18, 28:1, 44:14, 48:16, 54:17, 57:20, 61:1

**THREE-MONTH** [1] - 7:14

**THREE-PAGE** [1] - 28:1

**THURSDAY** [5] - 66:5, 66:6, 66:20, 66:21, 67:22

**TIE** [1] - 29:14

**TIM'S** [1] - 28:25

**TIMOTHY** [6] - 23:21, 29:4, 29:20, 29:25, 30:14, 32:10

**TITLE** [1] - 48:16

**TODAY** [2] - 13:25, 65:20

**TOMORROW** [7] - 13:25, 14:1, 18:16, 66:4, 66:7, 66:17, 66:18

**TOOK** [2] - 8:3

**TOP** [3] - 40:16, 40:20, 41:23

**TOTAL** [2] - 11:13, 56:14

**TOWN** [2] - 7:9, 56:1

**TRADE** [1] - 17:20

**TRAINING** [2] - 5:1, 60:2

**TRANSACTION** [1] - 32:16

**TRANSCRIPT** [2] - 1:24, 70:2

**TRANSCRIPTION** [1] - 1:24

**TRANSPORT** [1] - 11:21

**TRANSPORTATION** [1] - 12:22

**TRAVEL** [3] - 5:5, 5:6, 8:5

**TRAVELING** [1] - 7:23

**TRAVELS** [1] - 6:24

**TRAVIS** [42] - 2:8, 2:9, 22:11, 23:12, 23:22, 25:25, 26:1, 30:17, 30:19, 32:6, 32:23, 34:5, 44:22, 48:2, 48:7, 48:9, 48:11, 49:11, 49:19, 50:1, 50:5, 51:9, 51:16, 51:24, 52:3,

52:8, 52:11, 52:13, 52:17, 52:19, 52:22, 54:8, 61:17, 61:19, 62:10, 65:8, 67:17, 67:21, 68:21, 71:8, 71:10, 71:12

**TREATING** [2] - 8:9, 16:5

**TREATMENT** [2] - 6:13, 17:5

**TREMENDOUS** [1] - 46:23

**TRIAL** [1] - 24:14

**TRIP** [2] - 15:18, 15:20

**TRIPS** [1] - 37:4

**TROPICAL** [1] - 4:25

**TROUBLE** [1] - 65:25

**TRUE** [6] - 14:3, 35:23, 35:24, 36:7, 47:12, 47:19

**TRUTH** [1] - 35:18

**TRUTHFUL** [1] - 31:25

**TRY** [3] - 34:16, 37:13, 57:8

**TRYING** [10] - 10:22, 20:12, 25:1, 25:17, 26:22, 29:14, 30:11, 35:17, 55:24, 67:21

**TUESDAY** [4] - 1:8, 7:25, 12:14, 12:20

**TURN** [2] - 3:10, 3:12

**TURNED** [1] - 25:4

**TWO** [16] - 7:8, 8:3, 11:25, 17:20, 18:5, 18:8, 26:16, 31:6, 32:19, 39:6, 40:6, 45:19, 50:17, 51:1, 59:23

**TWO-AND-A-HALF** [1] - 59:23

**TWO-LINE** [1] - 18:8

**TWO-PAGE** [1] - 39:6

**TYPE** [9] - 3:23, 6:13, 7:3, 9:22, 24:5, 55:6, 57:22, 59:5, 61:7

**TYPES** [1] - 36:9

**TYPICAL** [2] - 15:2, 15:18

**TYPICALLY** [1] - 16:18

## U

**U.S.C** [1] - 24:10

**UGANDA** [1] - 6:11

**UNAUTHENTICATED** [1] - 24:15

**UNAWARE** [1] - 22:15

**UNDER** [2] - 25:21, 35:17

**UNDERGO** [1] - 12:22

**UNDERSTOOD** [1] - 25:18

**UNDERTAKE** [1] - 19:20

**UNEDUCATED** [1] - 9:8

**UNFAIR** [1] - 24:12

**UNFAMILIAR** [1] - 37:12

**UNIT** [4] - 5:3, 7:4, 11:21, 50:12

**UNITED** [4] - 1:1, 1:3, 1:15, 2:2

**UNIVERSITY** [2] - 4:10, 4:18

**UNLESS** [1] - 46:16

**UNSOPHISTICATED** [1] - 9:8

**UNTRUE** [1] - 30:15

**UNTRUTHFUL** [1] - 31:10

**UP** [19] - 5:5, 7:3, 11:15, 14:15, 24:8, 29:18, 35:25, 36:1, 37:14, 39:23, 40:21, 42:23, 43:22, 55:15, 55:20, 57:17, 61:6, 65:23, 66:3

**UTILITIES** [1] - 55:19

## V

**VACUUM** [1] - 23:6

**VALUE** [6] - 22:18, 22:21, 23:23, 24:11, 57:5, 63:24

**VARIOUS** [2] - 56:4, 59:5

**VARYING** [1] - 7:12

**VERBIAGE** [1] - 41:23

**VIA** [1] - 58:22

**VIABLE** [1] - 36:10

**VIEW** [2] - 57:4, 61:3

**VILLAGE** [5] - 7:10, 9:18, 9:20, 9:22, 10:3

**VILLAGES** [3] - 7:11, 14:24, 18:10

**VINCENTIAN** [1] - 56:7

**VIOLATE** [2] - 24:7, 24:9

**VIOLATION** [1] - 34:23

**VISIT** [3] - 6:12, 16:19, 16:24

**VISITED** [2] - 6:7, 37:11

**VISITORS** [1] - 64:2

**VISITS** [2] - 16:12, 18:1

**VITAMINS** [6] - 17:6, 17:8, 17:9, 17:11, 17:17, 17:20

**VOLUNTARILY** [1] - 31:14

**VOW** [1] - 8:18

**VOWS** [1] - 8:19

## W

**WAFFENSCHMIDT** [1] - 2:9

**WAIT** [5] - 3:7, 23:4, 51:22, 52:7, 65:24

**WAITING** [1] - 51:17

**WALKED** [1] - 51:10

**WALKING** [1] - 10:1

**WANTS** [3] - 25:7, 27:16, 64:22

**WARDS** [1] - 5:3

**WASH** [1] - 7:14

**WASHINGTON** [2] - 1:16, 2:4

**WATER** [5] - 9:21, 38:7, 38:8, 44:9, 44:10

**WATERS** [1] - 2:9

**WAYS** [1] - 35:11

**WAYSIDE** [1] - 13:7

**WEAKER** [1] - 25:9

**WEAR** [1] - 10:25

**WEDNESDAY** [2] - 7:24, 66:18

**WEEK** [6] - 10:21, 11:12, 16:22, 56:11, 57:20, 67:23

**WEEKEND** [1] - 56:25

**WEEKENDS** [1] - 56:11

**WEIGHT** [1] - 27:12

**WEST** [1] - 2:10

**WHITE** [2] - 1:19, 70:6

**WHOLE** [3] - 28:18, 28:20, 56:2

**WILLIAMSPORT** [1] - 2:11

**WILLING** [1] - 30:25

**WILLOUGHBY** [1] - 59:20

**WINTER** [1] - 61:12

**WITHDRAW** [1] - 50:9

**WITNESS** [46] - 3:10, 3:11, 3:12, 3:13, 3:14, 3:17, 21:5, 21:13, 22:14, 22:19, 23:7, 24:16, 24:18, 24:19, 25:13, 25:21, 34:14, 45:4, 50:2, 50:4, 51:10, 51:13, 51:14, 51:17, 53:5, 53:23, 53:25, 54:3, 54:6, 61:25, 62:1, 62:2, 62:3, 62:7, 65:15, 65:16, 65:17, 66:6, 66:9, 66:11, 66:12, 66:13, 66:21, 66:22, 68:12, 71:2

**WITNESS'** [1] - 51:5

**WITNESS'S** [1] - 33:6

**WITNESSES** [1] - 65:19

**WOLFSON** [3] - 67:6, 67:10, 67:13

**WOMAN** [1] - 20:10

**WORD** [3] - 31:22, 36:1, 37:17

**WORDS** [3] - 35:6, 48:16, 64:22

**WORKER** [1] - 59:1

**WORKS** [1] - 62:22

**WORLD** [3] - 17:2, 17:3, 20:16

**WORMS** [4] - 16:24, 16:25, 17:2, 17:4

**WORRY** [2] - 10:10, 10:20

**WORTH** [1] - 45:19

**WOW** [1] - 12:13

**WRITE** [1] - 38:10

**WRITES** [1] - 37:2

**WRITING** [1] - 28:17

**WRITTEN** [3] - 19:2, 26:4, 27:19

**WROTE** [3] - 28:5, 43:25, 49:5

## Y

**YEAR** [13] - 5:8, 6:4, 10:6, 10:24, 11:19, 14:18, 36:15, 39:17, 42:8, 42:10, 47:6, 56:16, 61:11

**YEARLY** [2] - 11:10, 11:16

**YEARS** [19] - 4:6, 9:17, 9:24, 10:3,

44:14, 45:19, 46:10,
50:8, 50:10, 50:17,
54:12, 55:3, 55:4,
56:15, 59:23, 60:12,
60:14, 63:9

**YESTERDAY** [8] -
21:22, 22:13, 23:7,
24:25, 35:23, 45:20,
46:13, 52:4

**YORK** [3] - 4:10,
54:23, 62:17

**YOURSELF** [1] -
14:24