IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

DAVID PAUL HAMMER,

Defendant.

CRIMINAL ACTION
NO. 4:96-CR-0239

## ORDER OF JUDGMENT

On June 22, 1998, David Paul Hammer entered a guilty plea to the first degree murder of Andrew Marti in violation of Title 18, United States Code, Section 1111, and on the same day the court found that Mr. Hammer was in fact guilty of that offense. Mr. Hammer is adjudged guilty of violating Title 18, United States Code, Section 1111, in that he killed Andrew Marti with premeditation and malice aforethought on April 13, 1996, as set forth in Count One of the Indictment.

Pursuant to the Federal Death Penalty Act of 1994, Title 18, United States Code, Sections 3591 through 3597, the Court has made Special Findings on July 17, 2014 in the Final Verdict Form for the Penalty Phase. Pursuant to those Findings in the Final Verdict Form for the Penalty Phase, it is the Judgment of the Court that the defendant, David Paul Hammer, be and he is hereby sentenced to life imprisonment without the possibility of parole. Defendant is committed to the custody of the United States Bureau of Prisons to serve the sentence of life imprisonment without the possibility of parole.

Dated this 17th day of July, 2014.

BY THE COURT:

JOEL H. SLOMSKY, J.

20