CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 12/03)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED DAVID HAMMER | | VOUCHER NUMBER 140717000020 |
|---|---|---|---|

*(margin handwriting: Audited 7/14/14 by BnBV)*

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 96-239-1 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF (Case Name) USA v Hammer | 8. PAYMENT CATEGORY ☒Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | 9. TYPE PERSON REPRESENTED ☒ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)

Sentencing hearing beginning 6/2/14 until conclusion

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

Trial Transcripts.

14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant) — *JHS*

B. ☐ Expedited ☒Daily ☐ Hourly Transcript ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney _____ Date 6/2/2014

Printed Name RONALD C. TRAVIS

Telephone Number: _____
☒Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judge or By Order of the Court Joel Slomsky

Date of Order 6/12/14     Nunc Pro Tunc Date

*(margin handwriting: 7/14/14)*

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
☒ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS
SUZANNE WHITE
1234 U.S. Courthouse
601 Market St.
Phila 19106     Telephone Number: 215 292-1092

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE
06-1794347

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1-1356 | 1356 | 5.50 | 7,458.00 | ✓ | 7458.00 |
| Copy | 1-895 | 895 | 1.10 | 984.50 | ✓ | 984.50 |
| Expense (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | 8,442.50 |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee Suzanne L White     Date 7/2/14

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk Ronald C Travis     Date 7/2/2014

**APPROVED FOR PAYMENT — COURT USE ONLY**

23. APPROVED FOR PAYMENT Joel Slomsky     Date July 7, 2014

24. AMOUNT APPROVED $8,442.50

Signature of Judge or Clerk of Court

USA VS. DAVID PAUL HAMMER

ATTY NAME:  RONALD TRAVIS

JUDGE SLOMSKY

TRIAL DAYS

6/2/14 THROUGH 6/9/14 TOTAL PAGES 895 PAGES WERE COPY

WORK AS FOLLOWS:

6/2/14   188 PAGES

6/3/14   168 PAGES

6/4/14   206 PAGES

6/5/14   217 PAGES

6/9/14   116 PAGES

6/10/14 THROUGH 6/30/14 DAILY COPY PAGES, TOTAL 1356 AS

FOLLOWS:

6/10/14 221 PAGES

6/11/14 213 PAGES

6/12/14 225 PAGES

6/23/14 135 PAGES

6/24/14 83 PAGES

6/25/14 203 PAGES

6/30/14 276 PAGES

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANI

INVOICE NO:  00000667

**MAKE CHECKS PAYABLE TO:**

Ronald C. Travis, Esquire
Rieders, Travis, Humphrey, Harris
161 West Third Street
POBox 215
Williamsport, PA 17703-0215

Phone:  (570) 323-8711
FAX:   (570) 323-4192

rtravis@riederstravis.com

SUZANNE R. WHITE, CM, FCRR
United States Court Reporter
1234 US Courthouse
601 Market Street
Philadelphia, PA 19106

Phone:   (215) 627-1882

Tax ID:  06-1794347
szwht@verizon.net

| ☒ CRIMINAL  ☐ CIVIL | DATE ORDERED: 06-02-2014 | DATE DELIVERED: 06-02-2014 |
|---|---|---|

**Case Style:**  4:96-CR-0239, USA v DAVID PAUL HAMMER

Reporter's Transcript of trial (sentencing hearing) beginning 6-2-14
through 6/30/14 held before Judge Joel Slomsky, Eastern District of Pa.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 1356 | 5.50 | 7,458.00 | 895 | 1.10 | 984.50 | | | | 8,442.50 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 8,442.50 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $8,442.50 |

*Work Completed*

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 07-02-2014 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)