UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA             :   CRIMINAL NUMBER


          V.


DAVID PAUL HAMMER                    :   4:96-CR-239


                         TUESDAY, 6-10-14
                         COURTROOM 16B
                         PHILADELPHIA, PA 19106


_____
     BEFORE THE HONORABLE JOEL H. SLOMSKY, J.
_____

                         DAY 6
                  SENTENCING HEARING
-----------------------------------------------------------

APPEARANCES:

JOHN C. GURGANUS, JR., ESQUIRE      FOR THE GOVERNMENT
UNITED STATES ATTORNEYS OFFICE
MIDDLE DISTRICT OF PENNSYLVANIA
235 N. WASHINGTON STREET, SUITE 311
PO BOX 309
SCRANTON, PA 18501


          SUZANNE R. WHITE, RPR, FCRR, CM
             OFFICIAL COURT REPORTER
          FIRST FLOOR U. S. COURTHOUSE
             601 MARKET STREET
          PHILADELPHIA, PA 19106
             (215)627-1882


PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

CONTINUED APPEARANCES:

AMANDA HAINES, ESQUIRE                    FOR THE GOVERNMENT
UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL DIVISION
CAPITAL CRIMES SECTION
1331 F. STREET, N.W.
WASHINGTON, D.C. 20530

ANNE SAUNDERS, ESQUIRE                    FOR THE DEFENDANT
FEDERAL PUBLIC DEFENDER
MIDDLE DISTRICT OF PENNSYLVANIA
100 CHESTNUT STREET, SUITE 300
HARRISBURG, PA 17101

RONALD C. TRAVIS, ESQUIRE                 FOR THE DEFENDANT
REIDERS, TRAVIS, HUMPHREY,
HARRIS, WATERS & WAFFENSCHMIDT
161 WEST THIRD STREET
PO BOX 215
WILLIAMSPORT, PA 17703-0215

JAMES MORENO, ESQUIRE                     FOR THE DEFENDANT
JAMES MCHUGH, ESQUIRE
FEDERAL COMMUNITY DEFENDER
EASTERN DISTRICT OF PENNSYLVANIA
SUITE 540 - THE CURTIS CENTER
PHILADELPHIA, PA 19106

(THE CLERK OPENS COURT.)

THE COURT:  PLEASE BE SEATED.

MR. MORENO:  GOOD MORNING, YOUR HONOR.

THE COURT:  GOOD MORNING.  THIS IS THE CASE OF UNITED STATES VERSUS DAVID HAMMER.  WE ARE NOW BACK ON THE RECORD.  THE DEFENSE CASE CAN BEGIN.

MR. MORENO:  YOUR HONOR, THE DEFENSE WOULD LIKE TO CALL MISS LOUISE LUCK.  AND YOUR HONOR, BEFORE WE START WITH MISS LOUISE LUCK, WE DISCOVERED SOME NOTES LAST NIGHT THAT WE HAD NOT DISCLOSED TO THE PROSECUTION WHICH I GAVE THEM THIS MORNING.  BUT THERE IS TOO MANY OF THEM FOR THEM TO BE ABLE TO REVIEW THEM IN TIME TO INCORPORATE WHATEVER THEY MIGHT WANT TO INTO HER CROSS EXAMINATION TODAY.  SO WE HAVE AGREED, AMONGST THE PARTIES AND IF IT'S OKAY WITH THE COURT, THAT WE WOULD DO MS. LUCK'S DIRECT EXAM THIS MORNING AND SHE WOULD COME BACK THURSDAY MORNING.  SHE HAS SOMETHING -- SHE IS TIED UP TOMORROW, BUT WOULD COME BACK THURSDAY MORNING FOR THE CROSS EXAMINATION AFTER THEY HAVE HAD TIME TO REVIEW THE NOTES WE GAVE THEM THIS MORNING.

THE COURT:  THAT'S FINE.

MR. MORENO:  OKAY.  I CALL MS. LUCK.

MR. GURGANUS:  AND YOUR HONOR, WHILE WE ARE ON THE SUBJECT, WE DO NOT HAVE THE NOTES FOR SOME OF THE OTHER WITNESSES, THE ROUGH NOTES.  AND WE ARE

REQUESTING THOSE, IF MS. LUCK HAS THEM.  SHE INTERVIEWED A NUMBER OF PEOPLE AND IF SHE HAS ROUGH NOTES WE ARE LOOKING FOR THOSE.

THE PROBLEM THAT WE ARE HAVING AT THIS TIME OBVIOUSLY IS GETTING PROPERLY PREPARED TO DO AN EFFECTIVE CROSS EXAMINATION.  AND THERE HAS BEEN SOME ISSUES WITH, YOU KNOW, THE TURNING OVER OF CERTAIN DOCUMENTS.  AND WE ARE REQUESTING THAT THE DATA AND THE NOTES BE PROVIDED IN A MORE TIMELY MANNER.

THE COURT:  I UNDERSTAND.

MR. MORENO:  YOUR HONOR, IF I CAN ADDRESS THAT BRIEFLY.  I'M NOT SURE WHAT ISSUES ABOUT TURNING OVER DOCUMENTS.  BUT IN TERMS OF MS. LUCK'S NOTES, AND WE CAN QUESTION HER ABOUT THAT, BUT WHAT SHE DOES IS, SHE TAKES HANDWRITTEN NOTES, THEN SHE TYPES THEM FOR THE ATTORNEY'S CONVENIENCE, BECAUSE HER HANDWRITING, ACCORDING TO HER, IS NOT VERY LEGIBLE.  BUT THE TYPED NOTES ARE -- THE TYPED COPY OF THE NOTES ARE EXACTLY WHAT IS IN HER HANDWRITTEN NOTES.

WE ARE HAPPY, YOU KNOW, IF THE COURT WANTS, TO DISCLOSE THE HANDWRITTEN NOTES.  BUT MS. LUCK REPORTS TO ME THAT THEY ARE THE SAME.  BUT WHATEVER IS -- SO WE GAVE THEM THOSE NOTES.

THE COURT:  I GET THE IMPRESSION THAT THE NOTES ARE THE EQUIVALENT OF THE ROUGH NOTES.  THERE IS

NOTHING DIFFERENT BETWEEN THE NOTES AND THE ROUGH NOTES?

MR. MORENO:  IS THAT CORRECT, MS. LUCK?

THE WITNESS:  THAT'S CORRECT.

THE COURT:  ALL RIGHT.  SO THAT WHATEVER NOTES SHE HAS, EVEN THOUGH YOU HAVE PROVIDED THE TYPED COPY, SHE SHOULD PROVIDE TO THE GOVERNMENT.

MR. MORENO:  OKAY.  THAT IS FINE.

MR. GURGANUS:  AND, YOUR HONOR, WITH THAT, ONE PROBLEM HERE WAS THE LACK OF EVEN THE TYPED NOTES THAT IS CAUSING, ON THIS ONE INTERVIEW -- AND WE ARE NOT RAISING ANYTHING, BUT WE WOULD NOT BE ABLE TO DO OUR JOB WITHOUT ALL THE NOTES AT THIS POINT.  THAT IS WHY WE BRING IT UP.

THE COURT:  THEY ARE GOING TO GET YOU ALL THE NOTES SHE HAS.

MR. MORENO:  OKAY.  THANK YOU, YOUR HONOR.

MR. GURGANUS:  OKAY.

LOUISE LUCK, DEFENSE WITNESS, SWORN.

THE CLERK:  STATE AND SPELL YOUR FULL NAME FOR THE RECORD, PLEASE.

THE WITNESS:  MY NAME IS LOUISE LUCK, L-O-U-I-S-E, AND LUCK, L-U-C-K.

DIRECT EXAMINATION

BY MR. MORENO:

Q.      GOOD MORNING, MS. LUCK.

A.      GOOD MORNING.

Q.      MS. LUCK, WHAT IS YOUR PROFESSION?

A.      I AM A MITIGATION SPECIALIST AND SENTENCING ADVOCATE.

Q.      AND WHO ARE YOU EMPLOYED BY?

A.      I AM THE DIRECTOR OF MY OWN BUSINESS.  IT'S CALLED COURT CONSULTATION SERVICES.

Q.      AND WHAT KIND OF SERVICES DO YOU PROVIDE?

A.      WE PROVIDE MITIGATION SERVICES ON CAPITAL CASES, SENTENCING ADVOCACY ON NONCAPITAL CASES.  WE DO SUPERVISED VISITATION FOR FAMILY COURT IN ORANGE COUNTY. WE DO ALL THE DRUG TESTING FOR ORANGE COUNTY FAMILY COURT, ALL THEIR HAIR FOLLICLE TESTING FOR ALL THE JUDGES.  WE ALSO DO SOME SERVICES FOR SOME ADJACENT COUNTIES IN TERMS OF THE HAIR FOLLICLE.  FOR A YEAR I DID SOME WORK THROUGH -- I DO ALSO WORK FOR THE CITY DOING 18B CASES.

Q.      WHAT ARE 18B CASES?

A.      ASSIGNED COUNSEL CASES FOR NEW YORK CITY, TO DO SENTENCING MEMORANDUMS FOR ATTORNEYS ON DEFENSE-BASED CASES.  AND FOR ONE YEAR, I WAS WORKING FOR A JUDGE WHO DID VIOLENT FELONY OFFENDERS IN KINGS COUNTY.  SHE HAD ASKED ME TO DO PRIVATE SENTENCING MEMOS ON THE JUVENILES AND SUPERVISION OF THE JUVENILES.  AND I CONTINUED DOING

THAT UNTIL SHE RETIRED.

Q.        AND HOW LONG HAVE YOU BEEN INVOLVED IN DOING MITIGATION FOR CAPITAL CASES?

A.        SINCE ABOUT 1992.

Q.        AND HOW DID YOU GET INTO THAT WORK?

A.        I WAS DOING SENTENCING ADVOCACY -- BEFORE I STARTED MY OWN BUSINESS, WHICH WAS IN 1986, I WAS AN ORANGE COUNTY PROBATION OFFICER.  I DID SUPERVISION AND REPORT WRITING, PRESENTENCE MEMORANDUMS ON JUVENILES. AFTER A SHORT PERIOD OF TIME, I TRANSFERRED TO THE ADULT UNIT.  AND I ALSO DID SUPERVISION AND INVESTIGATIONS OF PROBATION CASES.  I WORKED WITH THEM FOR APPROXIMATELY FIVE YEARS, AND I ENDED UP WORKING FOR DOCS, DEPARTMENT OF CORRECTIONAL SERVICES, AS A CORRECTION COUNSELOR. AND IN THOSE DAYS IT WAS QUITE A PROMOTION TO WORK FOR THEM, AND A LOT OF US LEFT PROBATION AND WENT THERE. AND I ALSO WORKED AS AN INSTITUTIONAL PAROLE OFFICER FOR THE DIVISION OF PAROLE.

Q.        NOW, AS YOUR ROLE AS A CORRECTION COUNSELOR, WHAT DID THAT ENTAIL?

A.        I WOULD REVIEW AND ASSESS RECORDS OF INMATES.  I WOULD GO OVER THEIR PRESENTENCE REPORTS.  I WORKED DOWNSTATE FOR A WHILE, WHICH WAS -- IT WAS A FACILITY THAT YOU WOULD GO TO WHEN YOU WERE JUST SENT, AND THEY WOULD DETERMINE YOUR CLASSIFICATION.  SO I WOULD REVIEW

THE RECORDS AND DETERMINE WHAT LEVEL OF CLASSIFICATION I RECOMMENDED THAT INMATE FOR.

I ALSO DID COUNSELING OF CLIENTS, AS WELL, AND I ADMINISTERED EDUCATIONAL TESTING IN THAT CAPACITY.  THERE ARE A NUMBER OF DIFFERENT DUTIES I DID -- AND QUARTERLY EVALUATIONS OF INMATES AS WELL.

Q.     AND TELL US A LITTLE BIT ABOUT YOUR WORK AS A PROBATION AND PAROLE OFFICER.

A.     I EXPLAINED A LITTLE BIT ABOUT THE PROBATION. AS A PAROLE OFFICER, I WAS AN INSTITUTIONAL PAROLE OFFICER, SO I DID PAROLE BOARD MEMOS.  I WOULD ASSESS THE INMATES' BEHAVIOR WITHIN THE DOC.  I WOULD LOOK AT THEIR PROGRAM INVOLVEMENT.  I WOULD ALSO ASSESS THEIR DISCIPLINARY RECORDS.  AND I WOULD MAKE -- ULTIMATELY MAKE A RECOMMENDATION FOR PAROLE OR NOT FOR PAROLE, PREPARE A PAROLE REPORT, AND SIT ON THE PAROLE BOARDS.

Q.     NOW, TELL US A LITTLE ABOUT YOUR EDUCATIONAL BACKGROUND.  I KNOW WE DID THIS A LITTLE BACKWARDS, BUT TELL US NOW ABOUT YOUR EDUCATIONAL BACKGROUND.

A.     OKAY.  I HAVE A BACHELOR'S IN PSYCHOLOGY FROM THE STATE UNIVERSITY OF NEW YORK AT NEW PALTZ, AND I HAVE A MASTER'S IN COMMUNITY PSYCHOLOGY FROM MARIST COLLEGE IN POUGHKEEPSIE.

Q.     NOW, THE MASTER'S DEGREE IN COMMUNITY COUNSELING, WHAT WAS THE EMPHASIS ON THAT PROGRAM?

A.    COMMUNITY PSYCHOLOGY.  THE EMPHASIS WAS IN COUNSELING.  AND I TOOK -- I TOOK COURSES IN COUNSELING.

Q.    AND WAS THERE ANY WORK YOU DID WITH CLIENTS WHILE IN THAT PROGRAM?

A.    YES.  THERE WAS A SEMESTER THAT WE HAD TO WORK WITH A CLIENT, WHICH WAS VIDEOTAPED AND ASSESSED BY OUR PROFESSOR.  AND DURING THAT TIME, I ALSO ADMINISTERED IQ TESTING AS PART OF WHAT I WAS DOING AT DIFFERENT FACILITIES, WHICH WAS PART OF MY TRAINING AS WELL.

Q.    AND HOW LONG DID YOU WORK FOR THE DEPARTMENT OF CORRECTIONS?

A.    I WORKED FOR THE DEPARTMENT OF CORRECTIONS FOR ABOUT FOUR YEARS.  AND I ENDED UP GETTING MARRIED IN 1986, AND THEN THAT IS WHEN I STARTED MY OWN BUSINESS.

Q.    NOW, ARE YOU A MEMBER OF ANY RELEVANT PROFESSIONAL ORGANIZATIONS AS CONCERNING CAPITAL MITIGATION?

A.    YES.  I'M A MEMBER OF NASAMS.

Q.    WHAT IS THAT?

A.    THE NATIONAL ALLIANCE OF SENTENCING ADVOCATES AND MITIGATION SPECIALISTS.

Q.    AND HAVE YOU EVER HELD A POSITION OF LEADERSHIP IN THAT ORGANIZATION?

A.    YES, I WAS ON THE EXECUTIVE BOARD FOR TWO YEARS.

            MR. MORENO:  YOUR HONOR, MAY I APPROACH

THE WITNESS?

THE COURT:  YES.

BY MR. MORENO:

Q.      MS. LUCK, I'M SHOWING YOU WHAT HAS BEEN MARKED AS DEFENDANT'S 26.  DO YOU RECOGNIZE THAT DOCUMENT?

A.      YES.

THE COURT:  DO YOU WANT TO REPEAT THAT INTO THE MICROPHONE?

MR. MORENO:  I'M SORRY.

BY MR. MORENO:

Q.      I'M SHOWING YOU WHAT HAS BEEN MARKED AS DEFENDANT'S EXHIBIT 26.  DO YOU RECOGNIZE THAT DOCUMENT?

A.      YES.

Q.      CAN YOU TELL US WHAT IT IS?

A.      YES, IT'S MY C.V.

Q.      AND IS IT A TRUE AND ACCURATE COPY OF YOUR UP-TO-DATE -- OF YOUR CV?

A.      YES, IT IS.

Q.      SO LET'S TALK ABOUT WHAT A MITIGATION SPECIALIST IS.  HOW WOULD YOU DEFINE A MITIGATION SPECIALIST?

A.      A MITIGATION SPECIALIST PREPARES THE SOCIAL HISTORY THAT IS USED AT THE PENALTY PHASE OF A CAPITAL CASE.

Q.      AND ASIDE FROM YOUR EXPERIENCE AND TRAINING, HAVE YOU RECEIVED ANY FORMALIZED TRAINING IN THE FIELD

OF DEVELOPING MITIGATION IN THE CONTEXT OF A CAPITAL CASE?

A.      YES, I HAVE.

Q.      CAN YOU TELL US A LITTLE ABOUT THAT, PLEASE.

A.      ALMOST ANNUALLY I HAVE ATTENDED TRAINING IN MY FIELD.

Q.      AND ARE THOSE NATIONALLY-PRESENTED SEMINARS?

A.      YES, AND ALSO SEMINARS HERE IN PHILADELPHIA.

Q.      AND THEY CONCERN CAPITAL MITIGATION?

A.      YES, THEY DO.

Q.      SO HOW MANY CASES HAVE YOU BEEN INVOLVED IN OVER THE YEARS, CAPITAL CASES?

A.      I WOULD SAY APPROXIMATELY 300 CASES.

Q.      AND WHAT STATES HAVE YOU WORKED ON CAPITAL CASES IN?

A.      NUMEROUS STATES.  NEW YORK, NEW JERSEY, CONNECTICUT, PENNSYLVANIA, DELAWARE, MARYLAND.

Q.      NOW, OUT OF THAT 300 CASES, HOW MANY HAVE YOU ACTUALLY TESTIFIED IN AS A MITIGATION SPECIALIST?

A.      I WOULD SAY APPROXIMATELY 30.

Q.      AND IN EACH OF THOSE CASES, WERE YOU TASKED WITH DEVELOPING THE DEFENDANT'S SOCIAL HISTORY?

A.      YES, I WAS.

Q.      NOW, IS PART OF THE SOCIAL HISTORY A REVIEW OF THE DEFENDANT'S FAMILY HISTORY?

A.    YES.

Q.    WHY IS THAT IMPORTANT?

A.    BECAUSE OUR EARLY HISTORY VERY MUCH SHAPES US INTO THE PERSONS THAT WE ARE TODAY, OUR EXPERIENCES.

Q.    AND YOU DID THAT IN THIS CASE?

A.    I DID.  AND I ALSO DID THAT WITH YOUR OFFICE AS WELL, WITH THE INVESTIGATOR.  AND I KNOW JOE MILLER WAS INVOLVED IN THIS CASE PREVIOUSLY.

Q.    SO YOU INCORPORATED THE WORK OF JOE MILLER?

A.    YES.

Q.    AND YOU WORKED WITH THE INVESTIGATOR FROM THE FEDERAL PUBLIC DEFENDER OFFICE.  CAN YOU TELL US WHAT HER NAME IS?

A.    JANEL TRIVELPIECE.

Q.    NOW, DID SHE ALSO PARTICIPATE WITH YOU IN INTERVIEWING?

A.    YES.

Q.    NOW, AFTER LEARNING ABOUT THE DEFENDANT'S FAMILY HISTORY, DO YOU SEEK INFORMATION ABOUT THE DEFENDANT'S MEDICAL HISTORY?

A.    YES.

Q.    PSYCHIATRIC HISTORY?

A.    YES.

Q.    SCHOOL BACKGROUND?

A.    YES.

Q.      INVOLVEMENT WITH THE CRIMINAL JUSTICE SYSTEM?

A.      YES.

Q.      AND DID YOU DO ALL OF THAT IN THIS CASE?

A.      I DID.  AND MOST OF THE RECORDS WERE SENT FOR THROUGH YOUR OFFICE AS WELL.  ON ALL THE OTHER CASES, I HAVE DONE ALL THE WORK MYSELF.  BUT THIS ONE I WORKED THROUGH YOUR OFFICE.

Q.      AND DID YOU ALSO LOOK FOR AND INVESTIGATE A HISTORY OF PHYSICAL ABUSE?

A.      YES.

Q.      SEXUAL ABUSE?

A.      YES.

Q.      AND EMOTIONAL ABUSE?

A.      YES.

Q.      NOW, HOW DO YOU GO ABOUT GATHERING THE NECESSARY INFORMATION YOU NEED TO PUT TOGETHER A SOCIAL HISTORY?

A.      I WOULD DO THAT THROUGH MULTIPLE INTERVIEWS, FAMILY MEMBERS, TEACHERS, ALL SIGNIFICANT PARTIES IN THEIR LIFE, THE ACCUMULATION OF RECORDS.  THOSE ARE ALL PERTINENT PARTS OF A MITIGATION INVESTIGATION.

Q.      NOW, MANY OF THE WITNESSES IN THIS CASE ARE LOCATED IN OKLAHOMA AND OTHER STATES OUT WEST.  DID YOU TRAVEL TO OKLAHOMA AND OTHER STATES --

A.      I DID.

Q.      -- AND PERSONALLY INTERVIEW WITNESSES?

A.      YES, I DID.

Q.      AND ASIDE FROM OKLAHOMA, CAN YOU TELL US WHAT OTHER STATES YOU TRAVELED TO ON BEHALF OF MR. HAMMER?

A.      OKLAHOMA.  THERE WAS TEXAS, NEW YORK, NEW JERSEY, PENNSYLVANIA, AND I BELIEVE MINNESOTA AS WELL.

Q.      AND DID YOU ALSO HAVE AN OPPORTUNITY TO REVIEW RECORDS RELATING TO MR. HAMMER'S BROTHER, MARTIN HAMMER?

A.      YES, I DID.

Q.      AND HOW ABOUT HIS SISTER, DIANE HAMMER?

A.      YES, HER AS WELL.

Q.      AND DID YOU HAVE AN OPPORTUNITY TO REVIEW THE PENALTY PHASE TRANSCRIPTS IN THIS CASE FROM 1998?

A.      YES.  SOME OF THEM, YES.

Q.      NOW I WANT TO TOUCH BRIEFLY ON A SUBJECT THAT WE WILL GO INTO IN MORE DETAIL LATER ON IN OUR EXAM TODAY, BUT CAN YOU TELL US THE IMPORTANCE AND MEANING OF RISK FACTORS AND PROTECTIVE FACTORS IN AN INDIVIDUAL'S BACKGROUND.  WELL, WHAT IS A RISK FACTOR, WHAT IS A PROTECTIVE FACTOR?

A.      WELL, WE WILL BE TALKING ABOUT THAT LATER, BUT THE UNITED STATES DEPARTMENT OF JUVENILE JUSTICE HAD ACCUMULATED A STUDY OVER TWO YEARS TO IDENTIFY RISK FACTORS.  THOSE WOULD BE FACTORS THAT WOULD MAKE IT MORE LIKELY FOR A JUVENILE TO BE INVOLVED WITH CRIME, VIOLENT CRIME LATER ON IN LIFE.  AND THEY ALSO IDENTIFIED

PROTECTIVE FACTORS, THINGS THAT CAN HELP DISSUADE AND PREVENT THE VIOLENCE FROM OCCURRING.  SO THAT WAS VERY IMPORTANT IN CURTAILING CRIME IN THE FUTURE.

Q.      AND IN ASSESSING MR. HAMMER'S FAMILY AND SOCIAL HISTORY, DID YOU DO AN ASSESSMENT OF RISK FACTORS AND PROTECTIVE FACTORS?

A.      YES, I DID.

Q.      AND AGAIN, WE ARE GOING TO GET TO THAT BRIEFLY. BUT WHAT ARE THE MAJOR THEMES YOU HAVE IDENTIFIED IN MR. HAMMER'S FAMILY SOCIAL HISTORY?

A.      THERE WAS A NUMBER OF THEMES.  THERE WAS PHYSICAL ABUSE, SEXUAL ABUSE, EMOTIONAL ABUSE, NOMADIC LIFESTYLE.  THERE WAS MANY, MANY FACTORS.

Q.      NOW, IN DEVELOPING THE SOCIAL HISTORY, WERE YOU ABLE TO DETERMINE WHETHER OR NOT THERE WAS A MULTI-GENERATIONAL HISTORY OF MENTAL ILLNESS IN MR. HAMMER'S FAMILY?

A.      YES, I DID.

Q.      AND IS THERE?

A.      MOST DEFINITELY.  BOTH SIDES OF THE FAMILY.

Q.      HOW ABOUT, WERE YOU ABLE TO DETERMINE WHETHER THERE WAS A MULTI-GENERATIONAL HISTORY OF SEXUAL ABUSE?

A.      YES, THERE WAS.

Q.      AND IS THAT PRIMARILY ON THE MOTHER'S SIDE OF THE FAMILY?

A.      THE MOTHER'S SIDE AND THE FATHER'S SIDE AS WELL.

Q.      NOW, HOW ABOUT FOR ALCOHOL ABUSE, DID YOU FIND THAT THERE WAS A MULTI-GENERATIONAL HISTORY OF ALCOHOL ABUSE ON THE MOTHER'S SIDE?

A.      YES, I DID.

Q.      AND IS THERE?

A.      YES, THERE WAS.

Q.      AND HOW ABOUT ON THE FATHER'S SIDE?

A.      ON THE FATHER'S SIDE AS WELL.

Q.      LET'S TALK ABOUT MR. HAMMER'S MATERNAL FAMILY BACKGROUND.  WHAT DID YOU LEARN ABOUT DAVID'S MOTHER'S UPBRINGING AND HISTORY?

A.      THEIR FAMILY WAS A LARGE FAMILY.  THERE WAS 11 CHILDREN.  THEY WERE VERY, VERY INDIGENT.  THERE WAS -- THE FATHER WAS ALCOHOLIC.  THERE WAS A LOT OF VIOLENCE WITHIN THE HOME.  THERE WAS FAVORITISM WITHIN THE HOME.  A LOT OF VERY DETRIMENTAL FACTORS THAT HIS MOTHER, WILMA DEAN, GREW UP WITH.

Q.      NOW, WHAT KIND OF WORK DID THE FATHER DO, DO YOU REMEMBER?

A.      THE FATHER DID SOME FARM WORK AND HE ALSO DID TRUCKING.

Q.      AND WAS THERE ALCOHOL ABUSE IN THAT FAMILY?

A.      YES, THERE WAS.

Q.      WHAT DO YOU KNOW ABOUT THAT?

A.        HER -- HIS -- I'M SORRY, WILMA DEAN'S FATHER WAS AN ALCOHOLIC, AN ABUSIVE ALCOHOLIC, AND HE HAD NUMEROUS OCCASIONS OF VIOLENT BEHAVIOR WHILE INTOXICATED.

Q.        AND DO YOU KNOW IF THOSE INCIDENTS OF VIOLENT BEHAVIOR OCCURRED IN THE PRESENCE OF THEIR CHILDREN?

A.        YES.

Q.        NOW, WHAT WAS THEIR ECONOMIC STATUS?

A.        THEY WERE VERY POOR.  THEY WERE IMPOVERISHED.

Q.        AND WERE THEY ALSO FROM OKLAHOMA?

A.        THEY WERE.  GERTY, OKLAHOMA, FOR THE MOST PART.

Q.        WHERE IN OKLAHOMA IS THAT?  IS THAT EASTERN OKLAHOMA, WESTERN OKLAHOMA?

A.        I BELIEVE THAT WAS THE SOUTHEAST.  I'M NOT SURE.

Q.        NOW, DID DAVID'S MOTHER, DEAN, SUFFER ANY ABUSE AT THE HANDS OF HER FATHER?

A.        YES, SHE DID.

Q.        CAN YOU TELL US ABOUT THAT?

A.        WELL, THERE WAS QUITE A BIT OF FAVORITISM. THERE WAS 11 CHILDREN, AND SHE WAS THE LEAST FAVORITE. AND SHE WAS OFTEN CALLED FATTY, STUPID.  AND ALL THE CHILDREN WERE BERATED, BUT SHE WAS -- HER SIBLINGS CONSIDERED HER THE ONE THAT TOOK THE MOST VERBAL ABUSE FROM THE FATHER.

          SHE WAS THE LEAST -- AS HER SISTERS DESCRIBED, THE LEAST ATTRACTIVE OF THE GIRLS.  SHE WAS

HEAVY, SHE WAS DARK SKINNED, NOT A PRETTY GIRL.  AND THE FATHER WOULD CONSTANTLY PUT HER DOWN.  THERE WAS EVEN -- EVERYBODY IN THE FAMILY KNEW THEIR PECKING ORDER AND THEY WOULD TALK TO ME ABOUT THEIR ORDER IN THE HOUSE. THE FAVORITES KNEW WHO THE FAVORITES WERE, AND THEY KNEW WHO WASN'T.  AND DEAN WAS DEFINITELY NOT THE FAVORITE. EVEN WHEN IT CAME TO DINNER TIME, IF THEY WOULD HAVE A CHICKEN, FEW OF THE GIRLS WERE ABLE TO EAT THE CHICKEN LEGS, AND DEAN WOULD BE THE ONLY ONE THAT WAS GIVEN THE GIZZARDS AT EVERY MEAL.

Q.      NOW, WAS DEAN'S FATHER ALSO A WOMANIZER?

A.      HE WAS.

Q.      AND WHAT DO YOU KNOW ABOUT THAT?

A.      THERE WOULD BE TIMES THAT THERE WOULD BE ARGUMENTS.  HE WOULD LEAVE THE HOUSE FOR PERIODS OF TIME.  AND ACTUALLY THE PERIODS OF TIME HE LEFT THE HOUSE WAS ONE OF THE MORE FAVORABLE TIMES THAT THE CHILDREN RECALLED, BECAUSE THERE WAS PEACE IN THE HOUSE WITHOUT THE FATHER THERE.  THERE WAS EPISODES WHEN THE FATHER WAS INTOXICATED THAT HE LINED ALL THE CHILDREN UP AND BROUGHT THEM INTO THE KITCHEN AND THREATENED TO KILL THEM ALL.  AND THE ONLY THING -- REASON THEY WERE NOT SHOT IS THAT HE ULTIMATELY PASSED OUT WITH THE GUN IN HIS HAND.  IT WAS A VERY, VERY HORRIBLE AND FRIGHTENING ENVIRONMENT FOR THOSE CHILDREN TO BE IN.

Q.    NOW, WHO WAS REBA KAY?

A.    REBA KAY WAS WILMA DEAN'S SISTER WHO WAS TEN YEARS YOUNGER.

Q.    AND WHAT HAPPENED TO HER?

A.    REBA KAY, WHEN SHE WAS A TEENAGER, WAS SEXUALLY ABUSED BY HER FATHER, HOYT.

MR. GURGANUS:  YOUR HONOR, ON SOMETHING LIKE THAT, WE WOULD OBJECT WITHOUT THE SOURCE OF THAT. I MEAN, YOU KNOW, IT'S RANK HEARSAY.  AND WE WOULD LIKE AT LEAST ON SOMETHING LIKE THAT THE SOURCE OF IT.

MR. MORENO:  THE SOURCE OF WHO HER FATHER IS?

MR. GURGANUS:  NO, THE SOURCE OF WHERE SHE IS GETTING THAT INFORMATION.

THE WITNESS:  FROM HER SISTER EARLENE.

BY MR. MORENO:

Q.    EARLENE?

A.    YES.  REBA KAY IS DECEASED.

Q.    NOW, WHO WAS --

THE COURT:  I'M ASSUMING THAT YOU HAVE INTERVIEWED MANY OF MR. HAMMER'S AUNTS AND UNCLES.

THE WITNESS:  YES, I HAVE.

BY MR. MORENO:

Q.    AND WHO WAS ARTHUR MILLER?

A.    ARTHUR MILLER WAS HOYT MILLER'S BROTHER.  AND

HOYT WAS WILMA DEAN'S DAD.

Q.      HOYT WAS WILMA DEAN'S DAD, OKAY.

AND SO WHAT DID YOU LEARN ABOUT WHAT ARTHUR MILLER DID TO HIS MOTHER, WHO WOULD HAVE BEEN WILMA DEAN'S GRANDMOTHER?

A.      I'M NOT POSITIVE ABOUT THAT.

Q.      YOU ARE NOT POSITIVE ABOUT WHAT?

A.      WHAT MIGHT HAVE TRANSPIRED BETWEEN THEM.

Q.      DO YOU KNOW, WAS THERE OTHER SEXUAL ABUSE THAT WENT ON IN THAT PARTICULAR FAMILY THAT YOU ARE AWARE OF?

A.      I KNOW THAT HE DID SEXUALLY ABUSE RON.

Q.      THE FATHER DID?

A.      ALBERT MILLER.

Q.      OH, ALBERT MILLER.  OKAY.  AND HOW OLD WAS RON WHEN THAT OCCURRED?

A.      HE WAS A YOUNG MAN.  I BELIEVE HE WAS MAYBE EIGHT YEARS OLD.

Q.      AND ALBERT, WHO IS HE?

A.      WAS HOYT'S BROTHER.

Q.      SO HE WAS AN UNCLE ON THE FATHER'S SIDE?

A.      YES.

Q.      AND WAS THERE ANY OTHER INSTANCES OF SEXUAL ABUSE WITHIN THAT FAMILY?

A.      YES.  RON WAS ALSO ABUSED BY HIS ELDEST BROTHER GLENNIS, WHO IS KNOWN AS GLENN.

Q.    AND HOW MUCH OLDER WAS GLENNIS THAN RON?

A.    APPROXIMATELY -- I WOULD SAY APPROXIMATELY MAYBE ABOUT 7, 8 YEARS OLDER.  I'M NOT SURE.

Q.    AND DID RON, WAS HE ABUSED BY ANYBODY ELSE THAT YOU RECALL?

A.    YES.  HE WAS ABUSED BY HIS SISTER, WILMA DEAN, WHICH WAS DAVID'S MOTHER, ON ONE OCCASION, WHEN HE WAS ABOUT EIGHT YEARS OLD.

Q.    AND WHAT HAPPENED ON THAT ONE OCCASION?

A.    SHE WENT INTO BED WITH HIM AND SHE HAD HIM INSERT HIS FINGER IN HER VAGINA AND MASTURBATE HER.

Q.    AND HOW OLD WAS DEAN AT THAT TIME?

A.    DEAN WAS, I THINK, ABOUT 16 YEARS OLD.

Q.    I'M GOING TO JUMP THE GUN A LITTLE, BUT WHAT DID DEAN DO -- DID DEAN ENGAGE IN SIMILAR BEHAVIOR WITH DAVID?

A.    YES, SHE DID.

Q.    AND HOW OLD WAS DAVID AT THAT TIME?

A.    DAVID -- SHE STARTED ENGAGING IN SEXUAL BEHAVIOR WITH DAVID WHEN DAVID WAS SEVEN.

Q.    AND WHAT DID THAT ENTAIL?

A.    THAT ENTAILED HIM HAVING TO BATHE HER, COMING INTO THE BATHROOM, WASHING HER.  IT WOULD ESCALATE TO THE POINT WHERE HE HAD TO MASTURBATE HER.  HE WOULD HAVE TO PUT HIS FINGERS IN HER VAGINA, SIMILAR TO WHAT HAD

TRANSPIRED WITH RON.

ALSO, HE HAD -- HE WAS GIVEN ENEMAS BY HIS MOTHER THAT I WOULD CONSIDER ABUSIVE AND SEXUAL IN NATURE.

Q.    SO WHAT HE DID TO -- EXCUSE ME, WHAT DEAN DID TO RON SHE REPEATED WITH DAVID?

A.    YES.

Q.    AND DO YOU KNOW HOW LONG THAT WENT ON FOR IN DAVID'S LIFE?  YOU SAID IT STARTED AT SEVEN.

A.    I THINK THAT STARTED AT SEVEN AND I BELIEVE IT CURTAILED (SIC) UNTIL HE WAS ABOUT 11 YEARS OLD.

Q.    AND DO YOU KNOW WHETHER OR NOT DEAN WAS EVER DIAGNOSED WITH MENTAL ILLNESS?

A.    NO.  BUT SYMPTOMATICALLY SHE APPEARED TO BE BIPOLAR.

Q.    AND WHERE DID YOU GET THAT INFORMATION FROM?

A.    JUST FROM NUMEROUS SOURCES ABOUT HER ERRATIC BEHAVIOR, HER YELLING, HER FITS OF ANGER.  LATER ON, HER PRESCRIPTION DRUG ABUSE.

Q.    NOW, I'M GOING TO SWITCH GEARS AGAIN AND GO NOW AND TALK ABOUT DAVID'S FATHER'S FAMILY.  JOHNNY HAMMER?

A.    YES.

Q.    WHAT DID YOU LEARN ABOUT JOHNNY HAMMER AND HIS FAMILY?  GENERALLY SPEAKING, WHAT DID YOU LEARN ABOUT THEM?

A.       THAT THERE WAS MENTAL ILLNESS IN THE FAMILY, THERE WAS EXTREME POVERTY, VERY EXTREMELY DYSFUNCTIONAL FAMILY, SIMILAR TO THE WAY THAT DAVID WAS RAISED.  A VERY NOMADIC LIFESTYLE AS WELL.

Q.       AND WHAT DID YOU LEARN ABOUT HIS MOTHER, GUSSIE?

A.       GUSSIE MARRIED THE FATHER.  THEY HAD SIX CHILDREN, AND SHE WAS DIAGNOSED WITH SCHIZOPHRENIA AND WAS INSTITUTIONALIZED THE MAJORITY OF HER LIFE, IN EXCESS OF 30 YEARS.

Q.       AND WHAT HAPPENED TO THE CHILDREN AFTER GUSSIE WAS INSTITUTIONALIZED?

A.       THE CHILDREN WENT INTO AN ORPHANAGE AND JOHNNY ULTIMATELY -- JOHNNY ULTIMATELY WAS RAISED BY HIS -- GUSSIE'S FATHER, BEVERLY WILLITE.

Q.       NOW, LET'S TALK ABOUT DAVID'S IMMEDIATE FAMILY. WHAT ARE THE NAMES OF DAVID'S PARENTS AND HIS SIBLINGS?

A.       HIS MOTHER'S NAME WAS WILMA DEAN MILLER.  THE FATHER'S NAME IS JOHNNY HAMMER.  DAVID WAS THE ELDEST OF THE SIBLINGS.  HE HAS A SISTER, PATRICIA DIANA, WHO IS REFERRED TO AS DIANE, WHO IS 13 MONTHS YOUNGER THAN HE, AND HE HAS A BROTHER MARTIN WHO IS FIVE YEARS YOUNGER.

MR. MORENO:  IF I MAY JUST HAVE A MOMENT, YOUR HONOR.  I'M SORRY.

BY MR. MORENO:

Q.       CAN YOU TELL US -- I THINK IT SHOULD COME UP ON

YOUR SCREEN.

CAN WE MAKE THAT BIGGER?

WHO IS THAT?

A.    THAT IS DAVID'S MOTHER, WILMA DEAN.

Q.    DO YOU HAVE AN IDEA ROUGHLY ABOUT WHEN THAT PICTURE WAS TAKEN?

A.    I WOULD SAY THAT IT WOULD PROBABLY BE IN THE 1960'S.  I'M NOT SURE.

Q.    CAN WE HAVE 10, PLEASE.

AND WHO IS THAT?

A.    THAT IS JOHNNY HAMMER, DAVID'S FATHER.

Q.    NOW, I WANT TO SHOW YOU NOW -- HOW OLD WAS DEAN WHEN SHE MARRIED JOHNNY HAMMER?

A.    17.

Q.    AND WHO WAS THE DOMINANT PERSONALITY IN THAT RELATIONSHIP?

A.    BY FAR, IT WAS THE MOTHER.

Q.    AND WHAT TYPE OF LIFESTYLE DID THEY LEAD?

A.    IT WAS A VERY NOMADIC LIFESTYLE.

Q.    AND WHAT DO YOU MEAN BY THAT?  I MEAN, I KNOW WHAT NOMADIC MEANS.  BUT CAN YOU EXPLAIN A LITTLE ABOUT THAT FOR US?

A.    THEY WOULD FREQUENTLY UP AND MOVE IN THE MIDDLE OF THE NIGHT, SOMETIMES FOR NO OBVIOUS REASON.  THE CHILDREN WOULDN'T EVEN KNOW WHEN THEY WERE MOVING.  THEY

ALSO HAD ANNUAL MOVES.  BUT AGAIN, THEY WEREN'T ANY SPECIFIC DATE.  USUALLY IT HAPPENED IN THE SPRINGTIME SHORTLY AFTER EASTER, WHEN DAD WOULD WANT TO GO OUT AND THEY WOULD CAMP OUT ON A LAKE.  AND I WOULDN'T CALL IT CAMPING BECAUSE IT DEFINITELY WASN'T A PARTY.  OFTENTIMES THEY HAD VERY LITTLE MONEY.  THEY WOULD HAVE TO SELL WHAT LITTLE BELONGINGS THEY HAD FROM WHATEVER SMALL HOUSE THEY MAY HAVE RENTED, AND LOAD UP THE REST AND PUT IT IN A TRUCK AND THAT WOULD BE ALL THAT THEY'D HAVE.  AND THEY WOULD LIVE THAT WAY FOR SOMETIMES THE WHOLE SUMMER.  I THINK THERE WAS EVEN A PERIOD OF TIME SEVEN MONTHS THAT THEY CAMPED OUT OR -- ON THE LAKE.

Q.      WAS THAT LAKE COBB?

A.      LAKE COBB.

FREQUENTLY THE MOTHER AND FATHER WOULD SLEEP IN COTS.  MARTIN AND DIANE WOULD SLEEP IN THE VEHICLE IN THE FRONT AND BACK SEAT.  DAVID OFTENTIMES SLEPT IN THE TRUNK.  OFTENTIMES THERE WERE PERIODS OF TIMES, MAYBE WEEKS THAT THE FATHER WOULD HAVE NO EMPLOYMENT.  THEY WERE JUST FARMHANDS.  AND SOMETIMES EVENTUALLY THEY MIGHT GET A SHACK THAT A FARMER MIGHT LET THEM STAY IN, BUT MORE OFTENTIMES THAN NOT THE FACILITY THAT THEY STAYED IN DID NOT HAVE ELECTRICITY, THERE WAS NO RUNNING WATER, THERE WERE NOT TOILET FACILITIES.  THEY WOULD BATHE IN THE LAKE AND THEY WOULD

USE TOILET FACILITIES WHEREVER THEY COULD FIND THEM.  IT WAS A VERY, VERY CHAOTIC LIFESTYLE.

Q.      NOW, WHEN THEY LIVED BY THE LAKE, WHAT WERE THEY DOING FOR WORK AT THAT POINT IN TIME?

A.      AS I SAID, OFTENTIMES THE FATHER WOULDN'T WORK FOR THE FIRST FEW WEEKS.  AND THEY MIGHT HAVE EVEN SURVIVED JUST ON A CAN OF BEANS, THE WHOLE FAMILY TOGETHER.  BUT I GUESS THE PURPOSE WAS THE FATHER WOULD HOPE TO FIND FARM WORK, AND THEY WOULD HOE PEANUTS, THEY WORKED IN COTTON FIELDS.

Q.      AND DID THE CHILDREN WORK IN THOSE FIELDS ALONG WITH THE PARENTS?

A.      YES.  AND THEY ALSO, EVEN AT 7, 8 YEARS OLD, WERE MOVING IRRIGATION PIPES.  VERY HARD WORK FOR VERY YOUNG CHILDREN.

Q.      AND FOR HOW MANY SUMMERS OF MR. HAMMER'S CHILDHOOD DID HE DO THAT FOR, DO YOU KNOW?

A.      MOST OF HIS CHILDHOOD GROWING UP.  AND IT WOULD NOT JUST BE MOVING TO FORT COBB FOR THE SUMMER.  I MEAN, THEY WOULD MOVE NUMEROUS TIMES FOR ANY REASON.  FOR THE MOST PART, THE FATHER USED TO WORK AS A GAS STATION ATTENDANT WHEN THEY WERE NOT DOING FARM WORK.  AND NUMEROUS FAMILY MEMBERS WOULD REPORT THAT JOHNNY WOULD GET INTO AN ARGUMENT WITH SOMEONE AT WORK AND JUST UP AND LEAVE.  SO THE CHILDREN WOULD NEVER HAVE ANY

PREDICTABILITY, ARE WE GOING TO STAY HOME, ARE WE GOING TO BE HERE, ARE WE GOING TO BE THERE, ARE WE GOING TO HAVE OUR BELONGINGS WITH US.  THERE WAS ALSO, IN THE RECORDS I HAD REVIEWED, THAT THEY WOULD GET FURNITURE THAT WAS OTHER PEOPLE'S TRASH WHEN THEY EVENTUALLY, YOU KNOW, MOVED INTO AN APARTMENT AND BRING THAT INTO THEIR HOME AS FURNITURE.  BUT THERE IS NO SENSE OF PERMANENCY ANYWHERE.  NO STABILITY.

Q.    CAN WE HAVE 6, PLEASE.

NOW, YOU WERE TESTIFYING A MOMENT AGO THAT THE HOMES THEY LIVED IN MORE OFTEN THAN NOT WERE NOT GREAT QUALITY.

A.    DEFINITELY NOT.

Q.    I'M SHOWING YOU WHAT HAS BEEN -- WHAT WILL BE MARKED AS DEFENDANT'S EXHIBIT 41.  DO YOU SEE THAT PICTURE?

A.    YES, I DO.

Q.    AND WHO ARE THE CHILDREN ON THE FRONT PORCH THERE?

A.    THE OLDER CHILD IS DAVID AND THAT IS HIS SISTER DIANE.

Q.    AND DO YOU KNOW HOW OLD DAVID IS IN THAT PICTURE, ROUGHLY?

A.    HE LOOKS TO BE ABOUT 2, 2-AND-A-HALF YEARS OLD. AND AS I SAID, THE SISTER AND HE WERE 13 MONTHS APART.

Q.        AND IS THAT TYPICAL OF THE ENVIRONMENT IN THE
HOMES WHICH THEY RENTED WHEN THEY COULD?

A.        YES.

Q.        DO YOU HAVE A SENSE OF HOW MANY TIMES THE HAMMER
FAMILY MOVED DURING THE COURSE OF DAVID'S CHILDHOOD?

A.        NUMEROUS.  IT WOULD BE HARD TO ESTIMATE.  GOING
BY THE SCHOOL RECORDS, WE HAD SEEN AT LEAST 20 DIFFERENT
SCHOOLS BETWEEN THE AGES OF 5 AND 15.  AND THERE WAS
TIMES IN THE SUMMER AND EVERYTHING WHERE THERE WOULD BE
MOVES, SO I WOULD SAY EVEN MORE THAN THAT.

          MR. MORENO:  MAY I APPROACH THE WITNESS,
YOUR HONOR?

          THE COURT:  YES.

BY MR. MORENO:

Q.        MS. LUCK, I'M SHOWING YOU WHAT HAS BEEN MARKED
AS DEFENDANT'S EXHIBIT 34.

          MS. LUCK, I'M SHOWING YOU WHAT HAS BEEN
MARKED AS DEFENDANT'S EXHIBIT 34.  DO YOU RECOGNIZE THAT
DOCUMENT?

A.        YES, I DO.

Q.        AND WHAT IS IT, PLEASE?

A.        THAT WAS A DOCUMENT THAT WAS PREPARED BY YOUR
OFFICE ON DIFFERENT SCHOOLS THAT DAVID ATTENDED.

Q.        AND HOW MANY DIFFERENT SCHOOLS DID DAVID ATTEND
FROM FIRST GRADE TO WHEN HE LEFT SCHOOL IN TENTH GRADE?

A.      IT WAS CLOSE TO 20 DIFFERENT SCHOOLS.

Q.      20 DIFFERENT SCHOOLS.

        WHAT IS THE IMPACT ON A CHILD OF SWITCHING SCHOOLS 20 TIMES IN LESS THAN TEN YEARS?

A.      NOT ONLY ARE YOU AT A GREAT EDUCATIONAL DEFICIT, BECAUSE YOU NEVER CAUGHT UP WITH PARTICULAR CURRICULUM, YOU NEVER GET TO BOND WITH ANY TEACHERS, YOU NEVER GET TO KNOW ANYBODY LONG TERM, IT'S ALSO VERY DETRIMENTAL TO YOU SOCIALLY.  YOU NEVER HAVE ANY LONG-TERM FRIENDS. YOU HAVE NO ONE TO CONFIDE IN.  IN A SITUATION WHERE YOU HAVE ABUSES AS HORRENDOUS AS DAVID WENT THROUGH, THERE WAS NO FRIEND THAT YOU CAN TALK TO CONSISTENTLY AND WORK THIS THROUGH TO TRY TO MAKE SENSE OUT OF IT, GET OPTIONS ON WHAT TO DO.  IT'S HORRIFIC AT EVERY LEVEL.

Q.      NOW, DURING THE COURSE OF YOUR INVESTIGATION INTO DAVID'S SOCIAL HISTORY, WERE YOU ABLE TO FIND OR IDENTIFY ANY CLOSE FRIENDS HE HAD GROWING UP?

A.      NO, I WAS NOT.

Q.      NOT A SINGLE ONE?

A.      NOT ONE.

Q.      WERE YOU ABLE TO IDENTIFY AND INTERVIEW ANYONE, AN ADULT, WHO WAS A POSITIVE ROLE MODEL FOR DAVID DURING THOSE YEARS WHEN HE WAS GROWING UP?

A.      NO, I WAS NOT.

Q.      ANY SCHOOL TEACHERS THAT HE BECAME CLOSE TO?

A.    NO, HE WAS NOT IN ONE PLACE LONG ENOUGH TO ESTABLISH ANY CLOSE RELATIONSHIPS.

Q.    WAS HE ABLE TO PARTICIPATE IN EXTRACURRICULAR ACTIVITIES THAT CHILDREN PARTICIPATE IN IN SCHOOL?

A.    NO.

Q.    DID YOU FIND ANY EVIDENCE OF HIS PARTICIPATION IN THOSE TYPES OF ACTIVITIES?

A.    NO, I DID NOT.

Q.    NOW, I THINK YOU TOUCHED ON THIS A LITTLE EARLIER, BUT WHAT WERE THE ECONOMIC CONDITION OF DAVID'S FAMILY?

A.    EXTREMELY IMPOVERISHED.

Q.    AND SO YOU NOTED EARLIER THAT JOHNNY HAMMER WOULD WORK THE FIELDS, WHEN HE COULD, FOLLOW THE CROPS?

A.    YES.

Q.    AND HE ALSO WORKED AT SERVICE STATIONS?

A.    YES.

Q.    HOW ABOUT DEAN, DAVID'S MOTHER, DID SHE WORK?

A.    SHE WORKED AT TIMES AT A NURSING HOME.

Q.    AT A NURSING HOME?

A.    YES.

Q.    DID SHE ALSO WORK IN THE FIELDS PICKING CROPS?

A.    SHE DID IN THE SUMMERTIME.  YES, SHE DID.

Q.    DO YOU KNOW HOW OLD DAVID WAS WHEN HE FIRST BEGAN PICKING CROPS WITH HIS PARENTS?

A.      I THINK HE WAS ABOUT SEVEN YEARS OLD.

Q.      NOW, WHAT ELSE DID WILMA AND JOHNNY HAVE THEIR CHILDREN DO TO GET MONEY FOR THE FAMILY?

A.      THEY HAD THEM GET INVOLVED IN SCAMS AT QUITE A YOUNG AGE.  THE SCAMS WOULD BE TO TAKE LITTLE CANS AND COLLECT MONEY FOR CHARITIES WHEN IN FACT THE MONEY WAS REALLY TO GO TO THE FAMILY.

THERE WAS ALSO -- I WAS ALSO TOLD THAT HE WAS MADE BY HIS PARENTS TO COLLECT SOCIAL SECURITY CHECKS, TO LOOK FOR THEM IN THE MAILBOXES OF NEIGHBORS AND TO STEAL THOSE CHECKS AS WELL.

Q.      NOW, HOW OLD WAS DAVID WHEN HE WAS FIRST REQUIRED BY HIS PARENTS TO COLLECT FOR CHARITIES FRAUDULENTLY?

A.      QUITE YOUNG.

Q.      WAS HE UNDER TEN?

A.      YES.  I WOULD SAY SO.

Q.      AND DO YOU KNOW IF THIS WAS AN ISOLATED OCCURRENCE OR WAS THIS SOMETHING THAT --

A.      NO, THIS WAS A REGULAR OCCURRENCE.

Q.      NOW, YOU KNOW, THIS IS THE OBVIOUS, BUT CAN YOU TELL US WHAT ARE THE NEGATIVE CONSEQUENCES TO A CHILD GROWING UP HAVING PARENTS WHO TEACH YOU AND FORCE YOU TO REALLY ENGAGE IN CRIMINAL FRAUDULENT ACTIVITIES AT SUCH A YOUNG AGE?

MR. GURGANUS:  YOUR HONOR, WE ARE GOING TO OBJECT TO THAT.  IT'S NOT REALLY HER EXPERTISE.

THE COURT:  OVERRULED.

BY MR. MORENO:

Q.      YOU CAN ANSWER.

A.      IT'S VERY CONFUSING.  FIRST OF ALL, IT TENDS TO LEGITIMIZE ANTI-SOCIAL BEHAVIOR, WHILE AT THE SAME TIME THE CHILD IS STARTING TO HAVE A SENSE IN KNOWING THAT THIS IS WRONG BEHAVIOR.  SO IT SENDS A VERY DIFFICULT MESSAGE TO THE CHILD AND WHAT THE PARENTS EXPECT OF THAT CHILD AND WANT THE CHILD TO DO.  IT MAKES THE CHILD VERY UNCOMFORTABLE ON MANY LEVELS AS WELL.

Q.      NOW, CAN YOU TELL US, WERE THERE INSTANCES WHERE DAVID'S PARENTS EVER ABANDONED HIM OR HIS SIBLINGS OR THREATENED TO ABANDON THEM?

A.      THEY DID THREATEN TO ABANDON THEM.

Q.      AND WHAT ABOUT THAT?  TELL US ABOUT THAT.

A.      THEY WOULD PACK THEIR CHILDREN UP AND THEIR BELONGINGS IN A VEHICLE AND SAY THAT WE ARE JUST GOING TO LEAVE YOU AND WE ARE GOING TO DROP YOU OFF AND NOT PICK YOU UP AGAIN.

Q.      AND WHERE WOULD THEY DROP THEM OFF AT?

A.      I'M NOT SURE IF IT WAS AN ORPHANAGE OR SOME KIND OF HOME, BUT THE THREAT THAT YOUR PARENTS MAY NO LONGER WANT YOU AND JUST GET RID OF YOU WAS SOMETHING THAT

LOOMED OVER THEIR HEADS, TOO.  SO IT WAS VERY
FRIGHTENING.

Q.     WHO DID YOU HEAR THAT FROM?

A.     I HEARD THAT FROM MARTIN, AND I BELIEVE DIANE
MIGHT HAVE MENTIONED THAT AS WELL.  BUT IT WAS A VERY
FRIGHTENING ENVIRONMENT FOR THE CHILDREN.

Q.     NOW, LET'S TALK ABOUT SOME OF THE PHYSICAL,
SEXUAL AND EMOTIONAL ABUSE THAT HAPPENED IN DAVID'S
FAMILY.  AND I WANT TO ASK YOU FIRST, HOW WOULD YOU
DESCRIBE THE PARENTING SKILLS OF DEAN AND JOHNNY?

A.     EXTREMELY DYSFUNCTIONAL.  VERY HORRIFIC, WHAT
THESE CHILDREN ENDURED.

Q.     NOW, WERE HIS PARENTS ABUSIVE TO DAVID AND HIS
SIBLINGS?

A.     YES, AND DAVID MORE SO.

Q.     IN WHAT WAY?

A.     DAVID WAS ALSO OFTEN HELD RESPONSIBLE FOR WHAT
HIS SIBLINGS DID.  IF HIS SIBLINGS WET THE BED, DAVID
WOULD FREQUENTLY GET BEATEN, BECAUSE HE WAS THE OLDEST.
AND THE MOTHER WOULD SAY, IT WAS YOUR RESPONSIBILITY TO
WAKE THE CHILDREN UP, YOU SHOULD HAVE TAKEN CARE OF IT.

HE WAS OFTEN MADE TO ASSUME MORE ADULT
RESPONSIBILITIES.  THERE WAS A PERIOD OF TIME WHEN HIS
MOM HAD A BROKEN LEG AND DAVID HAD TO CARE FOR HER AND
THE CHILDREN AND THE FATHER WAS NOT AVAILABLE AT THAT

POINT.  HE WAS NOT THERE.

Q.     DO YOU KNOW WHETHER OR NOT DAVID ALSO ENDURED VERBAL ABUSE FROM HIS MOTHER?

A.     OH, ALL THE TIME.  ALL THE TIME.  SHE WOULD CALL HIM, YOU SON OF A BITCH, STUPID, IGNORANT, YOU WILL NEVER AMOUNT TO ANYTHING.  SHE WAS VERY, VERY NEGATIVE. AND SHE WAS THIS WAY WITH ALL THE CHILDREN, BUT EVEN MORE SO WITH DAVID.

Q.     DID YOU HEAR THAT FROM DAVID?

A.     I HEARD IT FROM DAVID.  I HEARD IT FROM SIBLINGS.  I HEARD IT FROM OTHER RELATIVES.  THIS WAS -- MANY, MANY SOURCES TALKED ABOUT VERBAL AND PHYSICAL ABUSE, AS WELL AS SEXUAL ABUSE.

Q.     NOW, THE VERBAL ABUSE, WAS IT SOMETHING THAT, YOU KNOW, WENT ON FOR A FEW YEARS AND THEN STOPPED?

A.     IT WAS ONGOING.

Q.     IT WAS CONSTANT THROUGHOUT CHILDHOOD?

A.     IT WAS CONSTANT.  EVEN LATER ON, WHEN DAVID MARRIED, HIS WIFE EVEN SAW THIS BEHAVIOR.  AND HOPEFULLY I WILL HAVE THE OPPORTUNITY TO SPEAK MORE ABOUT THAT.

Q.     YES, WE WILL GET TO THAT.

NOW, WHAT WOULD SHE HIT HIM WITH?

A.     SHE WOULD HIT HIM WITH ANYTHING SHE COULD GET HER HANDS ON.  SHE WOULD HIT HIM WITH -- SHE WOULD SLAP HIM WITH HER HANDS, SHE WOULD BEAT HIM WITH EXTENSION

CORDS.  THE CHILDREN WOULD BE ASKED TO GET SWITCHES THAT SHE WOULD HIT THEM WITH.  SHE WOULD THROW A SHOE AT THEM.  WHATEVER SHE COULD BEAT THEM WITH SHE WOULD.

Q.      WAS THERE ANY PREDICTABILITY TO THE VIOLENCE?  I GUESS MEANING DID THE CHILDREN KNOW IF THEY DID X, THE REACTION WOULD BE VIOLENT?

A.      NO.

Q.      WHY THE REACTION WOULD BE VIOLENT?

A.      NO.  THERE WAS EVEN AN EPISODE WHERE ONE OF WILMA'S YOUNGER BROTHERS, LARRY, HAD SAID THAT DAVID WAS SITTING TOO CLOSE TO THE TELEVISION SET.  AND INSTEAD OF THE MOTHER JUST ASKING HIM TO BACK UP, SHE WENT CRAZY AND SHE THREW A SHOE, HIT HIM IN THE FACE AND WENT TOTALLY BERSERK FOR SITTING TOO CLOSE TO THE TELEVISION.  SO IT DID NOT TAKE VERY MUCH TO PROMPT HER INTO HER TIRADES.

Q.      WHAT'S THE IMPORT ON A CHILD OF THAT TYPE OF UNPREDICTABILITY OF VIOLENCE WITHIN THE HOME?

A.      THERE WAS NO SENSE OF CONTROL.  YOU NEVER KNEW WHEN THE VIOLENCE WAS GOING TO HAPPEN.

IT WASN'T AS IF YOU KNEW WHAT THE PARAMETERS WERE, THAT YOUR PARENTS EXPECTED OF YOU.  SO THERE IS NO SPECIFIC EXPECTATIONS ON WHAT THEY WANTED FOR THE CHILDREN.  SO THE CHILDREN WOULD BE IN CONSTANT FEAR BECAUSE OF THE UNPREDICTABILITY.

Q.      NOW, DID DAVID'S FATHER EVER PHYSICALLY ABUSE HIM AS WELL?

A.      YES, HE DID AS WELL.

Q.      WHAT DID YOU LEARN ABOUT THAT?

A.      WELL, SEVERAL OCCASIONS THAT HE HIT HIM AND THERE WAS AN OCCASION WHERE HE WAS BEATEN QUITE SEVERELY OVER A WET SADDLE AND BLAMED DAVID FOR IT.  AND APPARENTLY MAYBE -- I THINK IT WAS A COUSIN HAD LEFT THE SADDLE OUT, BOTH BOYS HAD BEEN RIDING.  AND HE HAD DAVID REMOVE HIS SHIRT AND BEAT HIM SO BADLY THAT THERE WAS WELTS ON HIS BODY.

Q.      AND WHO DID YOU HEAR THAT FROM?

A.      FROM NUMEROUS SOURCES, INCLUDING DAVID.

Q.      INCLUDING DAVID?

A.      YEAH.

Q.      NOW, WHAT OTHER TYPES OF UNHEALTHY -- OR BEHAVIOR ON THE PART OF THE MOTHER WAS DIRECTED TOWARDS DAVID?  AND WE HAVE COVERED THE SEXUAL ABUSE, YOU TALKED A LITTLE ABOUT THE ENEMAS THAT MOM DID, AND WE WILL DISCUSS THOSE IN MORE DETAIL IN A FEW MINUTES.  BUT WAS THERE ANY OTHER TYPE OF BEHAVIOR THAT YOU RECALL WITH DAVID?

A.      THE EMOTIONAL ABUSE, THE PHYSICAL ABUSE, THE SEXUAL ABUSE, ALL THOSE AREAS.

Q.      DO YOU REMEMBER HER DRESSING HIM UP?

A.      YES.

Q.      CAN YOU TELL US ABOUT THAT?

A.      STARTING ABOUT THE TIME WHEN HE WAS SEVEN YEARS OLD, HIS MOTHER WOULD DRESS HIM AS A GIRL.  AND THIS WENT ON UNTIL, I THINK, HE WAS APPROXIMATELY 11, 12 YEARS OLD.  AND IT GOT TO THE POINT WHERE HE ALMOST DID NOT MIND THIS, BECAUSE DURING THESE PERIODS OF TIME, HIS MOTHER WOULD TREAT HIM DIFFERENTLY.  HIS MOTHER WOULD TELL HIM HE WAS PRETTY AND TOUCH HIS FACE AND TREAT HIM DIFFERENTLY WHEN HE WAS A GIRL.

Q.      SO HE WAS GETTING POSITIVE FEEDBACK FROM HIS MOTHER IN THAT SORT OF BIZARRE WAY?

A.      YES.

Q.      NOW, DO YOU HAVE ANY IDEA WHY THE MOTHER WOULD GIVE DAVID ENEMAS?

A.      IN MY IMPRESSION, IT WAS A FORM OF CONTROL, SEXUAL ABUSE AND TORTURE OF THE CHILD.

Q.      AND DO YOU RECALL HOW OLD DAVID WAS WHEN THAT STARTED?

A.      I'M NOT SURE.  I WOULD SAY PROBABLY UNDER TEN.

Q.      DO YOU KNOW HOW LONG THAT WENT ON FOR?

A.      FOR, I'M SURE, SEVERAL YEARS.

Q.      AND DID THAT ALSO HAPPEN TO HIS SIBLINGS, MARTIN AND DIANE, IF YOU KNOW?

A.      I BELIEVE IT MAY HAVE HAPPENED TO MARTIN.  I

DON'T KNOW ABOUT DIANE.

Q.        AND WHEN SHE WOULD BE DOING THIS TO DAVID, DO YOU RECALL LEARNING ABOUT ANYTHING THAT SHE MAY HAVE BEEN SAYING TO HIM WHILE SHE WAS GIVING HIM THESE ENEMAS?

A.        SHAME, SHAME.  YOU ARE DIRTY.  I'M GETTING THE FILTH OUT OF YOU.  I RECALL DAVID EXPLAINING THAT HE JUST FELT SO ASHAMED, SO DIRTY, SO HORRIBLE.  I REMEMBER HIM SAYING THAT HE COULD ONLY HOLD SO MUCH WATER IN HIS BODY FROM THE ENEMAS, AND HE WOULD LEAK AND HIS MOTHER WOULD BE SAYING THIS TO HIM.  I CAN'T THINK OF ANYTHING SO HORRENDOUSLY HUMILIATING AND ABUSIVE.

Q.        NOW, WE TOUCHED ON EARLIER THE SEXUAL ABUSE THAT DAVID ENDURED, BUT I WANT TO TALK ABOUT, WHEN DO YOU KNOW WAS THE FIRST TIME HE WAS SEXUALLY ABUSED?  HOW OLD WAS HE?

A.        HE WAS FIVE YEARS OLD.

Q.        AND WHAT HAPPENED?

A.        THE FAMILY WAS GOING FROM ONE AREA OF OKLAHOMA TO THE OTHER.  HIS UNCLE RON WAS IN THE CAR.  THE CAR HAD A VERY POOR HEATER.  DAVID WAS IN THE BACK SEAT WITH UNCLE RON AND THERE WAS A QUILT OVER THE BOTH OF THEM AND UNCLE RON WAS FONDLING DAVID.

Q.        NOW, DID IT HAPPEN AGAIN, WAS HE EVER ABUSED AGAIN AS A YOUNG, YOUNG CHILD, SEXUALLY ABUSED?

A.      YES.

Q.      BY WHOM?

A.      HE WAS ABUSED BY HIS MOTHER.

Q.      WE TALKED ABOUT THAT.

A.      WHEN HE WAS SEVEN.

Q.      SEVEN TO 11, THAT WAS?

A.      YES.

Q.      AND HOW ABOUT UNCLE ALBERT?

A.      YES, HE WAS ABUSED BY HIS UNCLE ALBERT PRESTON AS WELL.

Q.      I'M SORRY.  GO AHEAD.

A.      AND THAT HAPPENED FOR QUITE SOME TIME OVER THE YEARS.

Q.      AND HOW OLD WAS DAVID WHEN THAT FIRST STARTED?

A.      I THINK DAVID WAS ABOUT 7, 8 YEARS OLD WHEN THAT OCCURRED.

Q.      NINE, MAYBE?  MAYBE NINE?

A.      YES, AND IT WAS ONGOING.

Q.      NOW, WHO WAS UNCLE ALBERT?

A.      UNCLE ALBERT WAS HIS DAD'S FATHER.

Q.      JOHNNY'S FATHER OR BROTHER?

A.      JOHNNY'S BROTHER.

Q.      NOW, WHAT ELSE DID YOU LEARN ABOUT HIS HISTORY OF SEXUAL ABUSE AFTER THE AGE OF NINE?  WERE THERE ANY OTHER INSTANCES THAT HAPPENED TO DAVID?

A.      YES, THERE WERE SEVERAL.  HE WAS SEXUALLY ABUSED BY A MAN BY THE NAME OF EDWIN.  HE WAS DOING YARD WORK FOR THIS INDIVIDUAL AND HE WAS SEXUALLY ABUSED BY EDWIN. AND HE LATER, I THINK, MAYBE AT ABOUT 13 HE WAS SEXUALLY ABUSED BY ANOTHER MAN BY THE NAME OF RAY SHERIDAN.  AND HE ALSO DID YARD WORK FOR HIM.  AND IT CAME TO THE POINT WHERE HE WAS ACTUALLY MORE OR LESS PAYING FOR DAVID'S SEXUAL FAVORS AFTER A WHILE.

Q.      AND WHERE DID THAT OCCUR, DO YOU RECALL?

A.      THAT WAS IN OKLAHOMA.

Q.      WAS THAT AT LAKE COBB?

A.      IT WAS AT A LAKE.

Q.      WAS IT THE LAKE THAT THE FAMILY WENT TO USUALLY IN THE SUMMERS WHEN THEY LIVED IN THE CAR?

A.      IT MAY HAVE BEEN.  I'M NOT POSITIVE.

Q.      NOW, DO YOU KNOW IF DAVID EVER TOLD HIS MOTHER ABOUT RAY SHERIDAN?

A.      YES.  I THINK HIS MOTHER HAD INDICATED TO HIM, OH, THAT QUEER.  AND I THINK I REMEMBER DAVID SAYING HE DIDN'T EVEN KNOW AT THAT POINT WHAT THE WORD QUEER MEANT.

Q.      NOW, WHAT DID YOU LEARN ABOUT JOHNNY HAMMER'S -- LET ME ASK YOU THIS, DID JOHNNY HAMMER SEXUALLY ABUSE THE CHILDREN?

A.      YES, HE DID.

Q.      WHAT CHILDREN DID HE SEXUALLY ABUSE?

A.      HE SEXUALLY ABUSED DAVID AND DAVID'S SISTER DIANE.

Q.      AND WHAT DID YOU LEARN ABOUT THAT?

A.      I HAD LEARNED THAT JOHNNY HAD SEXUALLY ABUSED DIANE WHEN SHE WAS ABOUT 12 YEARS OLD.  SHE HAD RELAYED THAT SHE HAD COME HOME FROM SCHOOL.  SHE WAS VERY HAPPY TO TELL HER DAD ABOUT SOMETHING GREAT THAT HAPPENED THAT DAY.  AND SHE WALKED INTO THE BEDROOM, DAD WAS VIEWING A PORN MAGAZINE AND HE PROCEEDED TO RAPE HER.  HE RIPPED HER CLOTHES OFF AND HE HAD INTERCOURSE WITH HER.

Q.      AND SHE WAS 12?

A.      SHE WAS 12 YEARS OLD.

Q.      NOW, WHERE DID YOU LEARN THAT SOURCE FROM?

A.      I LEARNED THAT FROM DIANE, AND I ALSO WAS ABLE TO GET HER MENTAL HEALTH RECORDS AND I SAW THAT IN HER MENTAL HEALTH RECORDS AS WELL.

Q.      THE RECORDS FROM SOCIAL SECURITY DISABILITY?

A.      YES.

Q.      NOW, WAS THIS A ONE-TIME OCCURRENCE FOR HER AND HER FATHER?

A.      NO.  IT HAPPENED UNTIL SHE EVENTUALLY LEFT THE HOME WHEN SHE WAS 15 YEARS OLD.  AND SHE MARRIED AT 15, JUST TO LEAVE THE HOME.

Q.      NOW, HOW ABOUT WITH DAVID AND DIANE?  WHAT DID

THEIR FATHER JOHNNY DO, MAKE THEM DO?

A.      JOHNNY MADE DIANE AND DAVID HAVE SEX WITH EACH OTHER WHILE HE WATCHED THEM AND MASTURBATED TO IT.

Q.      AND HOW OLD WAS DAVID WHEN THIS FIRST STARTED, IF YOU RECALL?

A.      13 YEARS OLD.

Q.      AND WAS THIS A ONE-TIME OCCURRENCE?

A.      NO, IT WAS NOT.

Q.      AND DO YOU KNOW HOW LONG IT WENT ON FOR, ROUGHLY?

A.      IT WENT ON FOR YEARS.

Q.      NOW, HOW OLD WAS DAVID WHEN HE FIRST LEFT HOME?

A.      DAVID FIRST LEFT HOME ABOUT 13 YEARS OLD.

Q.      AND HOW DID THAT COME ABOUT?

A.      THERE WAS JUST SO MANY PROBLEMS IN THE HOME. THERE WERE NUMEROUS PROBLEMS.

Q.      SO HE RAN AWAY?

A.      HE RAN AWAY.

Q.      AND AFTER HE RAN AWAY, DO YOU KNOW HOW LONG HE WAS GONE FOR?

A.      HE WOULD COME BACK AND FORTH TO THE PARENTS' HOUSE.

Q.      AND WHAT HAPPENED TO DAVID WHILE HE WAS A RUNAWAY?  WHAT DID HE BECOME INVOLVED IN?

A.      HE BECAME VERY HEAVILY INVOLVED WITH DRUGS.  HE

WAS USING PCP, HE WAS USING LSD, HE WAS USING HEROIN, HE WAS USING METHAMPHETAMINE, MARIJUANA.  BASICALLY WHATEVER DRUGS HE COULD GET HIS HANDS ON.

Q.      AND YOU MENTIONED THAT DIANE WAS MARRIED AT 15?

A.      YES.

Q.      WAS DAVID EVER MARRIED?

A.      YES, HE WAS.

Q.      AND HOW OLD WAS HE WHEN HE GOT MARRIED?

A.      DAVID WAS ABOUT 16 YEARS OLD WHEN HE MARRIED.

Q.      AND WHO DID HE MARRY?

A.      HE MARRIED SHIRLEY MAE HELMS.

Q.      AND WHAT WAS HER NAME AT THAT TIME, HER LAST NAME, WAS IT VIVINS?

A.      I BELIEVE IT WAS HELMS.

Q.      OH, HELMS.  OKAY.

        AND HOW OLD WAS SHIRLEY?

A.      SHIRLEY WAS ONE YEAR YOUNGER.

Q.      SO SHE WAS 15?

A.      YES.

Q.      DO YOU KNOW WHY THEY MARRIED?

A.      THEY MARRIED BECAUSE THEY BOTH HAD PROBLEMATIC HOUSEHOLDS.  AND THEY WANTED TO BE -- SHE WANTED TO BE OUT OF THE HOUSE AND HE NEEDED A COMPANION.

Q.      NOW, AFTER THEY MARRIED, DO YOU KNOW WHERE THEY FIRST LIVED?

A.      THEY LIVED ON AND OFF WITH HIS PARENTS AS WELL.

Q.      AND WHAT HAPPENED?  WHAT OF SIGNIFICANCE HAPPENED DURING A TIME WHEN SHIRLEY AND DAVID WERE LIVING WITH HIS PARENTS?

A.      JOHNNY HAMMER ATTEMPTED TO MOLEST SHIRLEY AS WELL.

Q.      AND WHAT HAPPENED?

A.      THERE WAS AN ALTERCATION.  DAVID TOLD HIS FATHER HE CAN'T TOUCH HER.  HE WAS VERY, VERY ENRAGED TO SEE THAT HAPPEN AGAIN.

Q.      AND HOW DID SHIRLEY GET ALONG WITH DAVID'S MOTHER?

A.      WELL, FIRST, SHE WAS VERY HAPPY AT THE PROSPECT OF HAVING A MOTHER FIGURE, BECAUSE SHE HAD A VERY DYSFUNCTIONAL UPBRINGING.  BUT THEN IT WAS NOT LONG BEFORE THAT THAT THE MOTHER ATTEMPTED TO BE ABUSIVE TO HER AND HIT HER, AND SHE ALSO WITNESSED A LOT OF VIOLENCE WITHIN THE HOME, TOO.  BUT HER HITTING THE CHILDREN, YELLING AT THE CHILDREN, AND ALSO HER PHYSICALLY ATTACKING JOHNNY.

Q.      NOW, THEY ULTIMATELY DIVORCED?

A.      THEY DID.

Q.      DO YOU KNOW HOW LONG THEY WERE MARRIED FOR?

A.      I THINK IT WAS MAYBE TWO YEARS, THREE YEARS. I'M NOT SURE.

Q.      AND HOW DID DAVID TAKE THAT, THE END OF THAT RELATIONSHIP, DO YOU RECALL?

A.      VERY DIFFICULT.  AND ALSO, WHAT WAS VERY DIFFICULT WAS WHEN SHE BECAME PREGNANT AND THEN SHE MISCARRIED.  IT WAS RIGHT AROUND CHRISTMASTIME.  SHE HAD BEEN DECORATING THE CHRISTMAS TREE AND FELL OFF A LADDER AND THEN MISCARRIED IN THE NIGHT.  DAVID HAD VERY MUCH BEEN LOOKING FORWARD TO BEING A FATHER.  THEY ALWAYS SPOKE ABOUT HAVING A BOY AND HE WANTED TO BE A DIFFERENT KIND OF PARENT THAN HIS PARENT WAS TO HIM.

Q.      NOW, I WANT TO TURN YOUR ATTENTION A LITTLE NOW TO DAVID'S HISTORY OF MENTAL ILLNESS.

A.      YES.

Q.      DO YOU RECALL IF DAVID SOUGHT OUT ANY COUNSELING AROUND THE TIME OF THE DEMISE OF HIS RELATIONSHIP WITH SHIRLEY?

A.      YES, AND EVEN PRIOR TO THAT.

Q.      TELL US A LITTLE ABOUT THAT, PLEASE.

A.      DO YOU WANT ME TO TALK ABOUT THE TIME WITH SHIRLEY OR PRIOR?

Q.      WELL, LET'S TALK SHIRLEY FIRST AND THEN WE WILL GO TO PRIOR.

A.      THE DEMISE OF THE RELATIONSHIP WAS PROBLEMATIC FOR HIM, BUT WHAT WAS EXTREMELY PROBLEMATIC, MAYBE EVEN MORE SO, WAS THE LOSS OF THE PREGNANCY.  AND HE SOUGHT

OUT SOME COUNSELING AT OKLAHOMA MEMORIAL HOSPITAL.

Q.     AND WHO WAS HIS COUNSELOR?

A.     AT THAT TIME, I BELIEVE IT WAS SANDY BEHRENS.

Q.     AND DO YOU KNOW HOW LONG HE WAS IN COUNSELING

FOR?

A.     I THINK IT WAS SEVERAL MONTHS.

Q.     AND HE WAS WHAT, 18 AT THAT TIME, GIVE OR TAKE?

A.     I THINK HE WAS YOUNGER THAN THAT, MAYBE 17.

Q.     NOW, CAN YOU TELL US WHETHER OR NOT OVER THE

YEARS, PRIOR TO THE AGE OF 18, DAVID HAD RECEIVED ANY

DIAGNOSES?

A.     MULTIPLE.

Q.     CAN YOU TELL US A LITTLE ABOUT WHAT YOU RECALL

FROM THE RECORDS?

A.     ADJUSTMENT REACTION TO ADOLESCENCE,

SCHIZOAFFECTIVE DISORDER, DEPRESSION, BORDERLINE

PERSONALITY DISORDER, ANTISOCIAL PERSONALITY DISORDER,

SCHIZOAFFECTIVE PERSONALITY DISORDER.  AND I THINK THERE

WAS ALSO -- I DON'T KNOW IF I MENTIONED BORDERLINE

SCHIZOPHRENIA.

Q.     AND DO YOU KNOW, FROM YOUR REVIEW OF THE RECORDS

OR INTERVIEWS, IF DAVID EVER WAS ON ANY TYPE OF ANTI --

YOU KNOW, SOME PSYCHIATRIC MEDICATION?

A.     YES.

Q.     AND DO YOU KNOW WHAT?

A.      I REMEMBER SPECIFICALLY HE WAS ON THORAZINE.

Q.      AND DO YOU KNOW HOW OLD HE WAS WHEN HE WAS ON THORAZINE?

A.      HE WAS A YOUNG TEENAGER.

Q.      NOW, WHEN DID DAVID FIRST HAVE CONTACT WITH THE MENTAL HEALTH SYSTEM?

A.      HIS FIRST CONTACT WAS AT AGE 13.  13, 14.

            MR. MORENO:  YOUR HONOR, MAY I APPROACH THE WITNESS, PLEASE?

            THE COURT:  YES.

BY MR. MORENO:

Q.      MS. LUCK, I'M SHOWING YOU WHAT HAS BEEN MARKED AS DEFENDANT'S EXHIBIT 33.  CAN YOU TELL US WHAT THAT IS?

A.      YES.  THEY'RE MEDICAL RECORDS FROM OKLAHOMA MEMORIAL HOSPITAL, OUTPATIENT RECORD.

Q.      AND DAVID WAS 13 YEARS OLD WHEN HE SHOWED UP AT THIS HOSPITAL, CORRECT?

A.      THIRTEEN, YES.

Q.      AND WAS HE ACCOMPANIED BY A PARENT?

A.      NO, HE WASN'T.

Q.      AND DO YOU KNOW THE NAME OF THE THERAPIST WHO FIRST SAW HIM AT THE HOSPITAL?

A.      ARLENE SCHAEFER.

Q.      AND I WOULD LIKE YOU TO TURN TO THAT FIRST TAB,

AND TELL US WHAT THESE NOTES REFLECT.

A.        OKAY.

Q.        WHAT'S THE DATE UP ON THE TOP?

A.        THE DATE LOOKS LIKE 5/11/73.

Q.        AND DO YOU SEE MIDWAY DOWN, AFTER REFERRED BY REHABILITATION COUNSELOR?

A.        YES.

Q.        CAN YOU READ THAT FOR US, THE NEXT SECTION?

A.        REAL TENSE AND NERVOUS, FEELING BAD ALL THE TIME.

I CAN'T MAKE OUT THE FIRST FEW WORDS THERE.

THE CLERK:  YOU HAVE TO SPEAK INTO THE MIC.

THE WITNESS:  I CAN'T MAKE OUT THE FIRST FEW WORDS.

CUT HIMSELF WITH A RAZOR A FEW WEEKS BEFORE THAT.

AND THEN NOT TOO SURE WHAT THAT SAYS, AND THEN SCAR ON STOMACH.

BY MR. MORENO:

Q.        AND HE HAD HAD AN OPERATION ON HIS APPENDIX, IS THAT CORRECT?

A.        YES.

Q.        TURNING TO THE NEXT PAGE, WE GO HALFWAY DOWN.

DO YOU SEE THE LINE THAT BEGINS, SEXUALLY IMMATURE?

A.      YES.

Q.      READ THAT FOR US, PLEASE.

A.      SEXUALLY IMMATURE.  GETS ERECTIONS SOMETIMES.  STOPPED MASTURBATING AND HAVING WET DREAMS.  WAS -- I CAN'T --

Q.      WAS THAT WHEN WAS ON WAKE?

A.      WET DREAMS.  AND I CAN'T MAKE OUT THE WORDS AFTER THAT.  WAS OUT ON LAKE WITH OLDER MAN TO FISH, FELL ASLEEP AND WOKE UP, FOUND MAN TRYING TO MAKE HIM SUCK HIM.

Q.      IS THAT THE FIRST TIME, TO YOUR KNOWLEDGE, THAT THERE WAS ANY -- AT AGE 13 DAVID REPORTS SOME SEXUAL ABUSE?

A.      YES.

Q.      WAS IT SURPRISING TO YOU THAT HE DID NOT REPORT THE OTHER SEXUAL ABUSE AT THE HANDS OF HIS PARENTS?

A.      NO, NOT AT ALL.

Q.      WHY NOT?

A.      MOST OF THE TIME -- HE WAS NOT CLOSE ENOUGH TO ANYONE TO DEVELOP A RELATIONSHIP WITH.  AND IT'S NOT UNCOMMON THAT SEXUAL ABUSE GETS UNREPORTED AT ALL.

                MR. MORENO:  YOUR HONOR, MAY I APPROACH, PLEASE?

                THE COURT:  YES.

BY MR. MORENO:

Q.      MS. LUCK, I'M SHOWING YOU WHAT HAS BEEN MARKED AS DEFENDANT'S 32.  DO YOU RECOGNIZE THIS DOCUMENT?

A.      YES, I DO.

Q.      AND WHAT IS IT?

A.      IT'S A LETTER WRITTEN BY ARLENE SCHAEFER TO DAVID'S MOTHER, MRS. JOHNNY HAMMER.

Q.      AND WHAT IS IT DATED?

A.      IT'S DATED JUNE 11TH, 1973.

Q.      WOULD YOU MIND READING THAT LETTER FOR US, PLEASE?

A.      DEAR MRS. HAMMER, I INTERVIEWED YOUR SON DAVID ON FRIDAY MAY 11TH, 1973 AT UNIVERSITY HOSPITAL.  SINCE ANY CONTACT BETWEEN A PATIENT AND DOCTOR IS CONFIDENTIAL, I CANNOT TELL YOU THE DETAILS OF OUR MEETING.  I WOULD LIKE TO MAKE IT CLEAR, HOWEVER, THAT I FEEL THAT DAVID'S PROBLEMS ARE SERIOUS AND SHOULD BE TREATED.  DAVID HAS EXPRESSED AN INTEREST IN RETURNING TO SEE ME BUT HAS UNABLE TO GET TRANSPORTATION TO DO SO.  SINCE HE IS A MINOR, AN ADULT MUST TAKE RESPONSIBILITY FOR SEEING THAT HE GETS THE TREATMENT HE NEEDS.  I HOPE THAT YOU CAN ENLIST YOUR AID IN GETTING -- IN SEEING THAT YOUR SON GETS TREATMENT.  PLEASE CONTACT ME AS SOON AS POSSIBLE.  SINCERELY YOURS, ARLENE B. SCHAEFER, PH.D., POST DOCTORAL CLINICAL INTERN.

Q.      NOW, DO YOU KNOW WHETHER OR NOT DAVID'S MOTHER RESPONDED IN ANY AFFIRMATIVE OR POSITIVE WAY TO THAT LETTER?

A.      THERE WAS NO INDICATION THAT SHE EVER GOT BACK TO THEM.

Q.      AND WAS THERE ANY INDICATION THAT THERE WAS FOLLOW-UP ON MR. HAMMER'S PROBLEMS WITH PARENTAL INVOLVEMENT?

A.      NO.

Q.      SO AT AGE 13, HE GOES TO THE HOSPITAL, SEEKS HELP AND HIS PARENTS DON'T DO ANYTHING?

A.      THAT'S CORRECT.

Q.      NOW, WERE THERE ANY MENTAL HEALTH HOSPITALIZATIONS OF MR. HAMMER WHEN HE WAS GROWING UP?

A.      HOSPITALIZATIONS?

Q.      YES.

A.      NUMEROUS.

Q.      CAN YOU TELL US ABOUT THEM.

A.      YES.  THERE WAS A NUMBER, BUT PROBABLY THE MOST SIGNIFICANT EARLY ON WAS HIS APPENDIX WAS TAKEN OUT WHEN HE WAS SEVEN YEARS OLD, AND HE UNDERWENT A NUMBER OF OTHER SURGERIES IN RELATION TO POSTOPERATIVE DIFFICULTIES AND ADHESIONS THAT HE HAD DURING THAT FIRST OPERATION.

Q.      ALL RIGHT.  NOW, HOW ABOUT IN 1975, DO YOU

RECALL DAVID BEING HOSPITALIZED IN 1975 FOR PSYCHIATRIC REASONS?

A.      YES.   I KNOW THERE WAS A SITUATION WHERE HE ATTEMPTED TO OVERDOSE ON THORAZINE.

Q.      AND HOW OLD WOULD DAVID HAVE BEEN IN 1975?

A.      I BELIEVE HE WAS ABOUT 15 YEARS OLD, 15, 16.

Q.      AND IS THAT THE FIRST DOCUMENTED SUICIDE ATTEMPT OF MR. HAMMER THAT YOU RECALL?

A.      THERE WAS MENTIONS OF PREVIOUS SUICIDE ATTEMPTS. THE BROTHER HAD INDICATED THAT EARLY ON HE ATTEMPTED TO PUT A PENCIL UP HIS NOSTRIL.  THERE WAS ALSO THE SITUATION, I THINK IT WAS IN THE RECORD I JUST READ, WHERE HE HAD CUT HIMSELF WITH A RAZOR TWO WEEKS EARLIER. SO CLEARLY THERE IS A LOT OF SELF-DESTRUCTIVE BEHAVIOR ON MANY LEVELS THAT HE IS DOING AT A YOUNG AGE.

Q.      NOW, AFTER 1975, WERE THERE OTHER HOSPITALIZATIONS FOR MENTAL HEALTH RELATED REASONS?

A.      YES.  SUICIDAL IDEATION.  THERE WAS -- COMPOUNDED WITH THE TAKING OF DRUGS.  THERE WAS A NUMBER OF HOSPITALIZATIONS.

Q.      HOW ABOUT 1976 AT BAPTIST HOSPITAL, DO YOU RECALL HIM BEING ADMITTED AFTER HAVING SNORTED HEROIN?

A.      YES.  I GUESS HE HAD GONE WILD AT THAT POINT.

Q.      DO YOU REMEMBER WHAT KIND OF SYMPTOMS HE WAS EXPERIENCING WHEN HE ARRIVED AT THE HOSPITAL?

A.    AGITATION, HALLUCINATIONS.

Q.    NOW, YOU TALKED ABOUT DAVID'S MEDICAL HISTORY REGARDING HAVING HAD HIS APPENDIX REMOVED AND THEN SUBSEQUENT SURGERIES TO CORRECT SOME ISSUES RELATED TO THAT.

DO YOU RECALL WHETHER HE WAS TREATED FOR ANY OTHER ILLNESS GROWING UP?  AND I DON'T MEAN LIKE THE COMMON COLD, I MEAN WAS THERE SOMETHING MAJOR, SEIZURES, EPILEPSY, DO YOU RECALL IF THERE WAS ANYTHING LIKE THAT?

A.    I THINK THERE WAS MENTION OF SEIZURES AND EPILEPSY AS WELL.

Q.    AND DO YOU KNOW IF HE WAS EVER PRESCRIBED MEDICATION FOR THAT CONDITION?

A.    I'M NOT POSITIVE.

Q.    NOW, I WANT TO TURN OUR ATTENTION FOR A FEW MOMENTS TO DAVID'S BROTHER, MARTIN HAMMER.  YOU HAD AN OPPORTUNITY TO INTERVIEW HIM?

A.    I DID.

Q.    AND WHERE DID YOU SEE HIM?

A.    I VISITED HIM AT HIS HOME IN OKLAHOMA, THE TRAILER THAT HE AND HIS WIFE LIVE IN.

Q.    AND DID YOU HAVE AN OPPORTUNITY TO REVIEW HIS SOCIAL SECURITY RECORDS?

A.    I DID.

Q.    NOW, HE'LL BE TESTIFYING IN THESE PROCEEDINGS,

BUT I WOULD LIKE TO ASK YOU A FEW QUESTIONS ABOUT SOME OF THE IMPORTANT ASPECTS OF HIS SOCIAL HISTORY.

WHAT DID HE TELL YOU ABOUT HOW HE WAS RAISED?

A.      VERY CONSISTENT TO WHAT DAVID HAD SAID. NOMADIC, FREQUENT MOVES, POVERTY, PHYSICAL ABUSE, SEXUAL ABUSE.

Q.      AND DID HE TELL YOU HOW -- DID HE RECALL FOR YOU AN INCIDENT -- WELL, FIRST OF ALL, DID MARTIN HAMMER HAVE LEARNING DISABILITIES?

A.      HE DID.

Q.      AND WHAT KIND OF CLASSES WAS HE IN AT SCHOOL?

A.      HE WAS IN LEARNING DISABLED CLASSES.

Q.      AND HE GRADUATED HIGH SCHOOL?

A.      HE DID.

Q.      IS HE THE ONLY ONE OF THE HAMMER CHILDREN WHO GRADUATED HIGH SCHOOL?

A.      I BELIEVE THAT IS THE CASE, YES.

Q.      NOW, DO YOU RECALL AN INCIDENT REGARDING A REPORT CARD?

A.      YEAH.

Q.      CAN YOU TELL US ABOUT THAT.

A.      YEAH.  THERE WAS A SITUATION WHERE HE HAD COME HOME FROM SCHOOL AND HIS GRADES DID NOT MEET HIS MOTHER'S EXPECTATIONS AND SHE PUT HIS HAND OVER THE

STOVE AND BURNED HIS HANDS ON THE BURNER.

Q.      DO YOU KNOW HOW OLD HE WAS AT THAT TIME?

A.      HE WAS YOUNG, ELEMENTARY SCHOOL.

Q.      NOW, YOU HAD MENTIONED EARLIER DAVID HAD SUFFERED THE ENEMAS.  DID MARTIN ALSO?

A.      I BELIEVE HE WAS GIVEN ENEMAS AS WELL.

Q.      AND YOU HAVE SEEN IN THE RECORDS AN ALLEGATION OF SEXUAL ABUSE BETWEEN MARTIN AND DAVID?

A.      YES, I DID.

Q.      NOW, DOES MARTIN HAMMER ALSO HAVE A HISTORY OF MENTAL ILLNESS?

A.      HE DOES.

Q.      IS HE CURRENTLY UNDER THE TREATMENT OF A PSYCHIATRIST?

A.      YES, FOR MANY YEARS.

Q.      AND DO YOU KNOW WHAT HIS DIAGNOSIS IS?

A.      I KNOW HE HAD AGORAPHOBIA, DEPRESSION, A NUMBER OF THINGS, PANIC DISORDER, SEVERE PANIC DISORDER.

Q.      DO YOU KNOW IF HE HAS A HISTORY OF SUICIDE ATTEMPTS?

A.      HE DID.

Q.      AND HOW ABOUT --

A.      SEVERAL.

Q.      DO YOU KNOW IF ANY OF THOSE OCCURRED WHEN HE WAS YOUNGER?

A.      I'M NOT SURE AT WHAT TIME THEY STARTED.

Q.      DOES HE HAVE A HISTORY OF DRUG ABUSE?

A.      HE DOES.

Q.      NOW, YOU ALSO HAD AN OPPORTUNITY TO INTERVIEW DIANE HAMMER?

A.      I DID.

Q.      AND WHERE DID YOU INTERVIEW HER?

A.      OKLAHOMA, AT HER HOME.

Q.      AND WHAT DID SHE TELL YOU ABOUT HER CHILDHOOD?

A.      SHE CONFIRMED EVERYTHING THAT WE HAVE SPOKEN ABOUT EARLIER FROM DAVID, SEXUAL ABUSE, PHYSICAL ABUSE, POVERTY, THE MOVES, FAILURE TO CONNECT WITH THE SCHOOLS, NOT HAVING ANY FRIENDS.  I THINK AT ONE POINT SHE DEVELOPED ONE FRIEND FOR A VERY SHORT PERIOD OF TIME. AND IT WAS ALMOST HUMOROUS THE WAY SHE WAS RECALLING HOW HAPPY SHE WAS TO HAVE THIS GIRL AND NOT SURE WHAT TO MAKE OF THE RELATIONSHIP BECAUSE SHE HAD NEVER HAD A FRIEND BEFORE.  IT WAS QUITE SAD.

Q.      AND DID SHE CONFIRM TO YOU THE RAPE BY HER FATHER?

A.      SHE DID.  IT LEFT HER SO DEPRESSED AT A PERIOD OF TIME THAT SHE WOULD CRAWL UP IN A BALL AND SUCK HER THUMB AS A CHILD -- LIKE A CHILD IN A FETAL POSITION. THE ABUSE THAT THESE CHILDREN HAD IN THEIR LIVES AFFECTED THEM SEVERELY.  DIANE IS ON SOCIAL SECURITY

DISABILITY FOR MENTAL HEALTH REASONS, AS WELL AS MARTIN.

Q.        AND HAVE THEY BEEN ON THAT STATUS FOR A LONG TIME?

A.        FOR A WHILE.  I THINK DIANE WAS 2007 AND MARTIN WAS QUITE EARLIER.

            MR. MORENO:  YOUR HONOR, CAN I SPEAK TO CO-COUNSEL?

            (PAUSE.)

BY MR. MORENO:

Q.        DID YOU HAVE AN OPPORTUNITY TO REVIEW THE SOCIAL SECURITY RECORDS OF DIANE?

A.        YES.

            MR. MORENO:  MAY I APPROACH THE WITNESS, YOUR HONOR?

            THE COURT:  YES.

BY MR. MORENO:

Q.        DO YOU RECOGNIZE THIS DOCUMENT?

A.        YES.

Q.        AND CAN YOU TELL US WHAT IT IS?

A.        IT'S A PSYCHOLOGICAL REPORT THAT WAS PREPARED ON DECEMBER 6, 2007 BY JANET KATES.  IT WAS PART OF DIANE'S SOCIAL SECURITY FILE.

Q.        NOW, WHERE IT SAYS HISTORY OF PRESENT ILLNESS, DO YOU SEE THAT?

A.        YES, I DO.

Q.      AND WOULD YOU MIND READING THAT FOR US?

A.      OKAY.  HISTORY OF PRESENT ILLNESS.  WHEN ASKED ABOUT ANY MENTAL HEALTH TREATMENT SHE HAS RECEIVED, MISS DABER -- THAT WAS HER MARRIED NAME NOW -- REPLIED, I AIN'T NEVER TALKED TO ANYBODY OR SEEN ANYBODY OR ANYTHING.  SHE SAYS THAT SHE FIRST REMEMBERS FEELING DEPRESSED ABOUT A YEAR AGO.  I WAS JUST SITTING THERE AT THE TIME, GOT A REALLY BAD HEADACHE.  I THINK A LOT OF IT HAS TO DO WITH WHEN I WAS A CHILD.  SHE REPORTS THAT SHE WAS SEXUALLY ABUSED BY HER FATHER FROM 12 TO 15 YEARS OF AGE.  MISS DABER SAYS THAT SHE TOLD HER MOTHER AND HER MOTHER STILL STAYED WITH HIM.  I DON'T UNDERSTAND THAT.  SHE INDICATES THAT SHE HAS TWO BROTHERS WHO WERE ALSO ABUSED.  MISS DABER SAYS THAT SHE MARRIED AT 15 YEARS OF AGE IN ORDER TO LEAVE HOME.  SHE ADDS, ANOTHER THING THAT BOTHERS ME -- DID YOU WANT ME --

Q.      NO.  I THINK WE ARE GOOD.

        AND IS THAT CONSISTENT WITH WHAT SHE TOLD YOU?

A.      YES.

Q.      AND IS IT CONSISTENT WITH WHAT OTHER FAMILY MEMBERS TOLD YOU?

A.      YES.  SHE SAID THERE WAS ALSO A HISTORY OF MENTAL HEALTH PROBLEMS IN HER FAMILY.

Q.      WHAT DID SHE TELL YOU ABOUT THAT?

A.      WELL, IT'S IN THE RECORD HERE AS WELL.  BUT, YOU KNOW, THERE ARE NUMEROUS MEMBERS OF THE FAMILY THAT HAVE MENTAL HEALTH ISSUES.

            MR. MORENO:  YOUR HONOR, WOULD NOW BE A GOOD TIME TO TAKE A BREAK?  I NEED A MINUTE OR TWO, IF WE COULD.

            THE COURT:  WE COULD.  LET'S TAKE A FIVE-MINUTE RECESS.

            MR. MORENO:  THANK YOU, YOUR HONOR.

            (BREAK TAKEN.)

            THE COURT:  LET'S CONTINUE WITH MS. LUCK'S TESTIMONY.

BY MR. MORENO:

Q.      NOW, MS. LUCK, THE NEXT THING I WANTED TO MOVE INTO WERE PROTECTIVE FACTORS AND RISK FACTORS.

            MR. MORENO:  YOUR HONOR, MAY I APPROACH THE WITNESS, PLEASE?

            THE COURT:  YES.

BY MR. MORENO:

Q.      MR. LUCK, I JUST PUT BEFORE YOU WHAT HAS BEEN MARKED AS DEFENDANT'S EXHIBIT 35.  DO YOU RECOGNIZE THIS?

A.      YES.  IT'S A DOCUMENT BY THE NATIONAL INSTITUTE OF JUSTICE.

Q.      AND WHAT IS THIS?  DOES THIS DOCUMENT CONTAIN THE ARTICLE AND STUDY WE WERE TALKING ABOUT EARLIER, ABOUT RISK FACTORS AND PROTECTIVE FACTORS?

A.      YES.

Q.      AND IS THIS A PUBLICATION BY THE DEPARTMENT OF JUSTICE?

A.      YES, IT IS.

Q.      IN THEIR JUVENILE JUSTICE PROGRAM?

A.      YES.

Q.      AND WHAT YEAR WAS THIS FIRST PUBLISHED?  DO YOU KNOW THE YEAR THIS CAME OUT?

A.      I THINK THERE WAS TWO STUDIES.  ONE IN '95, AND THE OTHER ONE IN 2000.

Q.      NOW, CAN YOU TELL US WHAT A RISK FACTOR IS?

A.      A RISK FACTOR, THERE ARE DIFFERENT CATEGORIES, INDIVIDUAL, SCHOOL, COMMUNITY, A NUMBER OF THEM.  AND THESE ARE FACTORS THAT HAVE BEEN IDENTIFIED THROUGH NUMEROUS STUDIES OVER A TWO-YEAR PERIOD OF TIME BY RESEARCHERS FOR -- COMMISSIONED BY THE DEPARTMENT OF JUVENILE JUSTICE IN ASSESSING FACTORS THAT MAY INFLUENCE JUVENILES INTO COMMITTING VIOLENT CRIME LATER IN LIFE.

Q.      AND TELL US WHAT PROTECTIVE FACTORS ARE.

A.      PROTECTIVE FACTORS ARE OTHER FACTORS THAT MIGHT TEND TO COMPENSATE AND REDUCE CRIME, SUPPORTIVE, POSITIVE FACTORS.

Q.    CAN YOU GIVE US AN EXAMPLE?

A.    A CLOSE INVOLVEMENT WITH A TEACHER THAT IS NURTURING, A COACH THAT CARES ABOUT YOU.  FACTORS SUCH AS THOSE.  THERE ARE A NUMBER OF THEM.

        MR. MORENO:  YOUR HONOR, MAY I APPROACH?

        THE COURT:  YES.

BY MR. MORENO:

Q.    MS. LUCK, I AM SHOWING YOU WHAT HAS BEEN MARKED AS DEFENDANT'S EXHIBIT 30.  DO YOU RECOGNIZE THIS DOCUMENT?

A.    YES.

Q.    AND WHAT IS THIS?

A.    THIS IS THE RISK FACTORS REGARDING SPECIFICALLY DAVID HAMMER.

Q.    AND THESE ARE THE PREDICTORS OF YOUTH AND EARLY ADULT VIOLENCE --

A.    YES.

Q.    U.S. DEPARTMENT OF JUSTICE, 2000?

A.    YES.

Q.    AND HOW MANY OF THESE RISK FACTORS DID THE DEFENDANT OF JUSTICE IDENTIFY?

A.    WELL, THERE'S 25 TOTALLY.  THEY BROKE THEM DOWN IN SEVERAL DIFFERENT HEADINGS, INDIVIDUAL FACTORS, FAMILY FACTORS, SCHOOL FACTORS, PEER-RELATED FACTORS AND COMMUNITY AND NEIGHBORHOOD FACTORS.

Q.    AND HOW DID YOU USE THIS PARTICULAR DOCUMENT?

A.    THROUGH MY INTERVIEWS, THROUGH THE RECORD COLLECTION I MADE, I ASSESSED DAVID ON ALL THESE FACTORS.

Q.    SO LET'S LOOK AT THE INDIVIDUAL FACTORS.  WHAT IS INDIVIDUAL FACTOR NUMBER ONE?

A.    HYPERACTIVITY, CONCENTRATION PROBLEMS, RESTLESSNESS AND RISK TAKING.

Q.    AND DOES MR. HAMMER MANIFEST THAT, BASED ON YOUR REVIEW OF THE RECORDS?

A.    YES.

Q.    TELL US ABOUT RISK FACTOR NUMBER TWO.

A.    AGGRESSIVE BEHAVIOR OBSERVED BETWEEN THE AGES OF 12 AND 13.  AND I GAVE THAT ANSWER AS YES.

Q.    AND WHAT WAS THE BASIS FOR THAT ANSWER, IF YOU RECALL?

A.    FIGHTS THAT HE HAD.  A NUMBER OF DIFFERENT FACTORS.  SOME OF THE SCAMS THAT HE RAN UNDER, YOU KNOW, HIS PARENTS.

Q.    YOU COUNTED THOSE?

A.    YES.

THE COURT:  THIS SAYS BETWEEN 6 AND 13. I THINK YOU SAID 12 AND 13.

THE WITNESS:  I'M SORRY, IT'S 6 AND 13.

THE COURT:  6 AND 13?

THE WITNESS:  YES.  I'M SORRY.

BY MR. MORENO:

Q.    SO NUMBER THREE, WHAT IS THAT?

A.    VIOLENT CONVICTIONS BETWEEN THE AGES OF 10 AND 16.

Q.    AND DOES MR. HAMMER HAVE THAT?

A.    NO.

Q.    WHAT IS NUMBER FOUR?

A.    INVOLVEMENT, OTHER FORMS OF ANTI-SOCIAL BEHAVIOR, DRUG SELLING, PROPERTY OFFENSES, STEALING. YES, YOU KNOW, WE DID SEE THAT.

Q.    YOU DID SEE THAT?

A.    WE DID.

Q.    AND THEN HOW ABOUT NUMBER FIVE?

A.    ATTITUDES FAVORABLE TO DEVIANT BEHAVIOR, YES.

Q.    WOULD THAT BE REFLECTED IN THE SCAMS HIS PARENTS WOULD HAVE HIM DO?

A.    YES.

Q.    NOW, FAMILY FACTORS, WHAT IS THE FIRST FAMILY FACTOR?

A.    PARENTAL CRIMINALITY.

Q.    WAS THERE ANY EVIDENCE OF THAT IN THIS CASE?

A.    NO, NOT THAT I KNOW OF.

Q.    HOW ABOUT NUMBER 7?

A.    CHILD MALTREATMENT, PHYSICAL ABUSE, SEXUAL

ABUSE, NEGLECT.  THAT WAS YES.

Q.      AND HOW ABOUT THE NEXT ONE?

A.      EIGHT WAS POOR FAMILY MANAGEMENT PRACTICES, POOR SUPERVISION, SEVERE AND/OR INCONSISTENT DISCIPLINE. THAT WAS YES.

Q.      HOW ABOUT NINE?

A.      LOW PARENTAL INVOLVEMENT.  THAT WAS YES.

Q.      AND HOW ABOUT TEN?

A.      EXPOSURE TO HIGH LEVELS OF MARITAL AND FAMILY CONFLICT.  THAT WAS YES.

Q.      AND THE NEXT ONE?

A.      PARENTAL ATTITUDE FAVORABLE TO SUBSTANCE ABUSE AND VIOLENCE.

Q.      AND WHAT DID YOU FIND THERE?

A.      THAT WAS YES, SINCE THE MOTHER WAS, YOU KNOW, USING, ABUSING PRESCRIPTION DRUGS AND QUITE A BIT OF VIOLENCE WITHIN THE HOUSEHOLD.

Q.      AND HOW ABOUT 12?

A.      PARENT/CHILD SEPARATION BEFORE TEN, SINGLE-PARENT FAMILY AGE 13.  THAT WAS NO.

Q.      LET'S TURN NOW TO THE SCHOOL FACTORS.  HOW ABOUT ACADEMIC FAILURE?

A.      YES, WE SAW ACADEMIC FAILURE.

Q.      AND YOU SAW THAT WHERE?

A.      WE SAW THAT IN ELEMENTARY SCHOOL.  WE SAW THAT,

ALSO, IN THE RECORDS OF OKLAHOMA MEMORIAL HOSPITAL WHERE HE INDICATES THAT HE IS FAILING SCHOOL AT THIS POINT.

Q.     AND HOW ABOUT HIGH TRUANCY AT AGE 12 TO 14, DROPPING OUT OF SCHOOL BEFORE AGE 15?

A.     YES, WE SAW TRUANCIES BETWEEN AGES 12 AND 14. AND DROPPING OUT OF SCHOOL.  I BELIEVE HE DROPPED OUT OF SCHOOL AT 15, NOT BEFORE THE AGE OF 15.

Q.     SO THAT IS WHY IT IS A NO.  HE DROPPED OUT AFTER --

A.     YES.  HE IS 15 WHEN HE DROPS OUT.

Q.     HOW ABOUT FREQUENT SCHOOL TRANSITIONS, AGE 14 AND 15.

A.     MANY.  MANY SCHOOLS HE WENT TO DURING THAT PERIOD OF TIME.

Q.     HIGH DELINQUENCY RATE AT SCHOOL AT 11?

A.     YES.

Q.     HOW ABOUT PEER-RELATED FACTORS.  LOOKS LIKE WE DON'T HAVE TOO MUCH INFORMATION ON THAT.

HOW ABOUT DELINQUENT SIBLINGS?

A.     I DON'T KNOW ABOUT THAT.  DELINQUENT PEERS, I REALLY HAVE NO INFORMATION ON WHO HE ASSOCIATED WITH AND WHAT GROUP OF PEOPLE HE WAS WITH.

GANG MEMBERSHIP.

Q.     NO EVIDENCE?

A.     NOT THAT I KNOW OF, NO.

Q.      AND THE DELINQUENT SIBLINGS, THAT IS A NO ON THAT ONE, RIGHT?

A.      THAT WAS A NO.

Q.      THERE IS NO INDICATION --

A.      THERE IS NO INDICATION THAT THE SISTER OR BROTHER WERE ARRESTED.

Q.      ALL RIGHT.  LET'S LOOK AT THE COMMUNITY AND NEIGHBORHOOD FACTORS REGARDING MR. HAMMER.  WAS HE RAISED IN POVERTY?

A.      YES, HE WAS.

Q.      COMMUNITY DISORGANIZATION, CRIME, DRUGS, GANGS, POOR HOUSING?

A.      YES.

Q.      NOW, WE DON'T HAVE ANY EVIDENCE OF GANGS, CORRECT?

A.      NO EVIDENCE OF GANGS.  WE DEFINITELY HAVE POOR HOUSING.

Q.      WE HAVE POOR HOUSING.  WE DON'T NECESSARILY HAVE EVIDENCE OF LIVING IN NEIGHBORHOODS RIDDLED WITH CRIME?

A.      I KNOW THAT WHEN THEY LIVED IN OKLAHOMA CITY THEY WERE IN A POOR AND TENDED TO LIVE IN IMPOVERISHED AREAS, BUT THERE WAS NOT A SPECIFIC STUDY THAT I HAD DONE TO SEE IF THERE WAS ANY HIGHER RATES OF VIOLENCE IN THAT COMMUNITY.

Q.      OKAY.  PREVALENCE OF DRUGS AND FIREARMS IN THE

COMMUNITY?

A.      I HAVE NO INFORMATION ON THAT.

Q.      NEIGHBORHOOD ADULTS INVOLVED IN CRIME?

A.      AGAIN, NO INFORMATION.

Q.      AND THEN EXPOSURE TO VIOLENCE IN HOME AND
COMMUNITY?

A.      YES.

Q.      AND 25?

A.      AND I THINK, ALSO, IT WOULD BE WORTHWHILE NOTING
THAT THERE WAS RACIAL RIOTS AT THE TIME HE WAS ATTENDING
SCHOOL IN OKLAHOMA CITY IN THE HIGH SCHOOL.  I BELIEVE
THAT THERE WAS A STUDENT THAT WAS EITHER SHOT OR STABBED
RIGHT IN SCHOOL, FROM WHAT I RECALL.

Q.      SO WHEN WE TAKE A LOOK AT THESE RISK FACTORS, IN
YOUR OPINION, DOES MR. HAMMER HAVE MANY OF THE RISK
FACTORS THAT THE DEPARTMENT OF JUSTICE HAS IDENTIFIED AS
CAUSE FOR CONCERN?

A.      HE HAS MANY, MANY.

Q.      LET'S TURN TO -- I'M SORRY.

A.      AND I THINK IN ONE OF THEIR STUDIES THEY HAD
INDICATED THAT SOMEONE WITH NO RISK FACTORS WOULD TEND
TO HAVE A THREE PERCENT CHANCE OVERALL OF COMMITTING A
VIOLENT CRIME AS AN ADULT.  AND THAT WOULD GO UP QUITE
SUBSTANTIALLY IF THEY HAD FOUR OF THE RISK FACTORS, UP
TO 31 PERCENT.  AND WE SEE HE HAS FAR MORE THAN FOUR

RISK FACTORS.

Q.      I WANT TO TURN NOW TO THE PROTECTIVE FACTORS. AND YOU DID AN ASSESSMENT OF THE PROTECTIVE FACTORS IN MR. HAMMER'S LIFE?

A.      I DID.

            MR. MORENO:  YOUR HONOR, MAY I APPROACH THE WITNESS?

            THE COURT:  YES.

BY MR. MORENO:

Q.      MS. LUCK, I JUST PLACED BEFORE YOU WHAT HAS BEEN MARKED AS DEFENDANT'S EXHIBIT 31.  DO YOU RECOGNIZE THAT DOCUMENT?

A.      YES, I DO.

Q.      AND WHAT IS THIS DOCUMENT?

A.      THESE ARE WHAT THE DEPARTMENT OF JUVENILE JUSTICE ASCERTAINED AS PROTECTIVE FACTORS.

Q.      ALL RIGHT.  AND HOW MANY OF THEM ARE THERE?

A.      THERE ARE 15 PROTECTIVE FACTORS.

Q.      AND DID YOU DO AN EVALUATION BASED ON YOUR RECORDS AND INTERVIEWS OF PROTECTIVE FACTORS THAT WOULD HAVE BEEN PRESENT IN MR. HAMMER'S BACKGROUND?

A.      YES.

Q.      AND HOW MANY PROTECTIVE FACTORS OUT OF THE 15 DID YOU FIND?

A.      ONE.

Q.      ONE.  SO LET'S TALK ABOUT THE INDIVIDUAL CHARACTERISTICS.  OBVIOUSLY HE IS NOT FEMALE, SO THAT IS A NO?

A.      YES.

Q.      INTELLIGENCE?

A.      YES.  I WOULD SAY.

Q.      AND IT MAY BE OBVIOUS, BUT JUST TELL US A LITTLE HOW IS THAT A PROTECTIVE FACTOR?  HOW DOES THAT WORK AS A PROTECTIVE FACTOR?

A.      JUST THE ABILITY OF BEING SMARTER AND BEING ABLE TO FIGURE THINGS OUT IS A PROTECTIVE FACTOR.

Q.      HOW ABOUT POSITIVE SOCIAL ORIENTATION, DOES HE HAVE THAT?

A.      NO.

Q.      DID HE HAVE THAT AT HOME?

A.      NO.

Q.      RESILIENT TEMPERAMENT?

A.      NO.

Q.      WERE HIS PARENTS RESILIENT?

A.      NO, NOT AT ALL.  HE NEVER HAD THAT TO MODEL AFTER.

Q.      LET'S TURN TO SOCIAL BONDING, THE POSITIVE ROLE MODELS.  WAS THERE SOCIAL BONDING, POSITIVE ROLE MODELS?

A.      IN HIS CASE, NO, NONE WHATSOEVER.

Q.      NONE WHATSOEVER?

A.          NONE WHATSOEVER.  WHEREVER HE TURNED THERE WAS SO MUCH DYSFUNCTION WITHIN THE FAMILY, THERE WAS NO ONE THAT WOULD HAVE BEEN A PROTECTIVE FACTOR FOR HIM.

Q.          NOW, HOW ABOUT PRO-SOCIAL FAMILY MEMBERS?

A.          NO.

Q.          WHAT DOES THAT EVEN MEAN?  WHAT IS A PRO-SOCIAL FAMILY MEMBER?

A.          THAT WOULD BE THE POSITIVE FAMILY MEMBER THAT YOU CAN TURN TO.  AND UNFORTUNATELY, SOME OF THE AUNTS' FAMILIES WERE IN A BETTER POSITION AND RAISED THEIR CHILDREN QUITE DIFFERENTLY THAN DAVID WAS RAISED, AND BECAUSE OF HIS FAMILY BEING SO CHAOTIC, AND THE MOTHER SCREAMING AND YELLING AND THE ABUSE AND THE SCAMS, THEY DIDN'T WANT THEIR CHILDREN TO BE EXPOSED TO DAVID AND HIS SIBLINGS.  SO HE DIDN'T EVEN HAVE THAT BENEFIT.

Q.          DID HE HAVE ANY RELATIVES THAT WERE, YOU KNOW, EVERY ONCE IN A WHILE AN OASIS FOR HIM?

A.          NO, NO.

Q.          HOW ABOUT TEACHERS?  I MEAN, OBVIOUSLY HE CHANGED SCHOOLS CONSTANTLY.

A.          HE CHANGED SCHOOLS SO FREQUENTLY THAT THERE WASN'T ANY OPPORTUNITY TO DEVELOP ANY RELATIONSHIPS LONG TERM WITH ANY TEACHERS.

Q.          AND DID YOU ATTEMPT TO LOCATE SUCH PEOPLE?

A.          I DID.  IN FACT, IT SHOULD BE NOTED THAT YOU

HAVE IN THE CHART HERE, SOME OF THE SCHOOL YEARS, HE WOULD BE AT THREE DIFFERENT SCHOOLS IN ONE YEAR.  IT WASN'T EVEN LIKE IT WAS ANNUALLY CHANGING.  THERE WAS JUST SO MANY CHANGES.

Q.    SO COACHES, DID YOU EVER SEE ANY INDICATION THAT DAVID EVEN WAS INVOLVED IN ANYTHING WHERE THERE WOULD HAVE BEEN A COACH?

A.    NO.

Q.    YOUTH LEADERS?

A.    NO.

Q.    AND AGAIN, HOW ABOUT FRIENDS, DID HE HAVE ANY CLOSE FRIENDS OR MEANINGFUL FRIENDS AT ANY POINT IN TIME IN HIS LIFE?

A.    NO.  HE DID NOT REALLY DEVELOP ANY LONG-TERM RELATIONSHIPS WITH ANYONE.

Q.    ALL RIGHT.  AND I THINK THIS IS SORT OF COVERED, INSTITUTIONS, SCHOOLS AND YOUTH ORGANIZATIONS?

A.    NO, HE WAS NOT INVOLVED IN ANY CLUBS OR ANYTHING THAT WOULD HAVE BEEN POSITIVE FOR HIM.

Q.    ALL RIGHT.  LET'S LOOK AT THE OTHER PROTECTIVE FACTORS.  HEALTHY BELIEFS AND CLEAR STANDARDS FOR BEHAVIOR INCLUDING THOSE THAT PROMOTE NONVIOLENCE AND ABSTINENCE FROM DRUGS?

A.    NO.  CLEARLY JUST THE OPPOSITE OF THAT.

Q.    EFFECTIVE EARLY INTERVENTIONS?

A.     NO.  HE WENT FOR HELP AND HIS PARENTS DID NOT SUPPORT HIM IN CONTINUING THAT HELP.

Q.     HAVING A STABLE JOB?

A.     NO.

Q.     HAVING A STABLE INTIMATE RELATIONSHIP?

A.     NO.

Q.     EVEN WHEN HE WAS MARRIED, WOULD YOU CHARACTERIZE THAT RELATIONSHIP AS A STABLE RELATIONSHIP?

A.     NO, IT WAS NOT.

Q.     THEY WERE TOO YOUNG TO BE STABLE?

A.     DEFINITELY.

Q.     NOW I WANT TO GO TO ANOTHER PHOTOGRAPH.

CAN WE HAVE 2, PLEASE.

DO YOU SEE A PHOTOGRAPH THAT IS GOING TO BE MARKED AS DEFENDANT'S EXHIBIT 37?

A.     YES.

Q.     AND WHO IS THAT A PICTURE OF?

A.     THAT IS DAVID.

Q.     AND DO YOU KNOW HOW OLD HE IS IN THAT PICTURE?

A.     HE IS EIGHT YEARS OLD.

Q.     HE IS EIGHT YEARS OLD.  SO WHEN THIS PICTURE WAS TAKEN -- IT IS A PRETTY CUTE PICTURE -- BUT WHEN THIS PICTURE WAS TAKEN, HE HAD ALREADY BEEN SEXUALLY ABUSED?

A.     HE WAS SEXUALLY ABUSED BY HIS MOTHER AND HIS UNCLE.

Q.       AND WHEN THIS PICTURE WAS TAKEN AT EIGHT YEARS OLD, HAD HE ALREADY BEEN SUBJECT TO VIOLENCE IN THE HOME?

A.       SEVERE VIOLENCE.

THE COURT:  YOU HAVE TO SPEAK INTO THE MIC.

THE WITNESS:  SEVERE VIOLENCE.

BY MR. MORENO:

Q.       AND THAT VIOLENCE STARTED AT A YOUNG AGE?

A.       STARTED AT ABOUT 5 OR 6 YEARS OLD.

Q.       CAN WE HAVE 7, PLEASE?

ALL RIGHT.  DO YOU KNOW WHO IS IN THIS PHOTOGRAPH OTHER THAN SANTA?

A.       YES.  THAT IS DAVID AND HIS YOUNGER BROTHER, MARTIN.

Q.       MARTIN, OKAY.  AND HOW OLD IS DAVID IN THIS PICTURE?

A.       HE APPEARS TO BE ABOUT TEN YEARS OLD.

Q.       IF I TOLD YOU HE WAS SEVEN YEARS OLD, WOULD THAT SOUND ABOUT RIGHT?

A.       YES.

Q.       AND AT THAT POINT IN TIME, IN THIS PICTURE OF DAVID, AGAIN HE HAD ALREADY BEEN SEXUALLY ABUSED AND PHYSICALLY ABUSED?

A.       THAT'S CORRECT.

Q.       CAN I CAN PICTURE 4, PLEASE.

         AND WHAT IS THIS A PICTURE OF?

A.       THAT IS A PICTURE OF HIS MOTHER AND FATHER HOLDING DAVID AND HIS SISTER DIANE.

Q.       AND DO YOU KNOW HOW OLD DAVID WAS IN THAT PICTURE?

A.       HE APPEARS TO BE ABOUT TWO YEARS OLD.

         THE COURT:  YOU HAVE GOT TO SPEAK INTO THE MICROPHONE.

         THE WITNESS:  HE APPEARS TO BE ABOUT TWO YEARS OLD.

BY MR. MORENO:

Q.       NOW, IN THE END, WITH THE ASSESSMENT OF THE RISK FACTORS AND PROTECTIVE FACTORS, AND THE HISTORY YOU HAVE DEVELOPED, HOW WOULD YOU, IN A NUTSHELL, DESCRIBE THE HAMMER FAMILY DYNAMIC OVER THE YEARS WHEN DAVID WAS GROWING UP?

A.       HORRIFIC.  A TRAIN WRECK.

         MR. MORENO:  YOUR HONOR, MAY I HAVE A MOMENT, PLEASE?

         I HAVE NOTHING FURTHER, YOUR HONOR.

         THE COURT:  ALL RIGHT.

         MR. MORENO:  AND WE ARE GOING TO DEFER THIS CROSS EXAMINATION, I BELIEVE, UNTIL THURSDAY MORNING.

THE COURT:  THAT CONCLUDES MS. LUCK'S TESTIMONY NOW.  YOU MAY STEP DOWN.

THE WITNESS:  OKAY.  THANK YOU, YOUR HONOR.

THE COURT:  AND WE WILL CALL OUR NEXT WITNESS.

(WITNESS EXCUSED UNTIL THURSDAY, JUNE 12, 2014.)

MS. SAUNDERS:  WE WOULD CALL LYNDA SOLDER, PLEASE.

MR. MORENO:  YOUR HONOR, BEFORE WE START, I WOULD LIKE TO MOVE IN ALL THE EXHIBITS THAT HAVE BEEN INTRODUCED AND I'M ALSO GOING TO BE PROVIDING --

THE COURT:  FIRST OF ALL, YOU'VE GOT TO SPEAK INTO THE MIC SO MR. HAMMER CAN HEAR.

MR. MORENO:  I WOULD LIKE TO MOVE INTO EVIDENCE THE EXHIBITS THAT WERE USED IN THE EXAMINATION OF MS. LUCK.  I DO HAVE PHOTOGRAPHS IN COLOR THAT ARE BEING MARKED THAT I WILL PROVIDE TO THE COURT.  I HAVE ALREADY GIVEN SOME TO THE GOVERNMENT.  I HAVE A COUPLE MORE TO GIVE THEM.

THE COURT:  OKAY.  JUST ONE SECOND NOW.

I HAVE D 26, D 41, D 34, D 33, D 32, D 28, D 35, D 30, D 31, D 37.  AND NO OTHER EXHIBITS WERE MARKED.  I KNOW YOU HAD PHOTOGRAPHS, BUT THEY WERE

NOT MARKED.

MR. MORENO:  RIGHT.  AND I HAVE THEM. THAT IS 41.

THE COURT:  YOU HAVE GOT TO SPEAK INTO THE MIC, MR. MORENO.  YOU HAVE NOW WHAT, D --

MR. MORENO:  41.

THE COURT:  WHAT'S D 41?

MR. MORENO:  IT IS A PICTURE OF DAVID HAMMER AND HIS SISTER SITTING ON THE PORCH OF A HOME IN OKLAHOMA.

THE COURT:  ALL RIGHT.

MR. MORENO:  D 43, WHICH IS A PICTURE OF DEAN, DAVID'S MOTHER.

THE COURT:  RIGHT.

MR. MORENO:  WE HAVE D 44, WHICH IS A PICTURE OF JOHNNY HAMMER, DAVID'S FATHER.

THE COURT:  RIGHT.

MR. MORENO:  WE HAVE D 36, WHICH IS THE PICTURE OF DAVID WHEN HE WAS YOUNG.

THE COURT:  RIGHT.

MR. MORENO:  AND WE HAVE 42, WHICH IS THE PICTURE OF THE KIDS WITH SANTA.

THE COURT:  RIGHT.

MR. MORENO:  AND THEN WE HAVE 39, WHICH IS THE PICTURE OF THE PARENTS HOLDING DAVID AND MARTIN

WHEN THEY WERE QUITE YOUNG.

THE COURT:  ANY OBJECTION?

MR. GURGANUS:  NO OBJECTION, YOUR HONOR.

THE COURT:  ALL OF THOSE EXHIBITS WILL BE RECEIVED INTO EVIDENCE.

MR. MORENO:  THANK YOU, YOUR HONOR.

(DEFENSE EXHIBIT NUMBERS 26, 41, 34, 33, 32, 28, 35, 30, 31, 37, 41, 43, 44, 36, 42 AND 39 ADMITTED INTO EVIDENCE.)

MR. MORENO:  THANK YOU, YOUR HONOR.

THE COURT:  ALL RIGHT.

LYNDA JANE SOLDER, DEFENSE WITNESS, SWORN

THE CLERK:  STATE AND SPELL YOUR FULL NAME FOR THE RECORD, PLEASE.

THE WITNESS:  MY NAME IS L-Y-N-D-A, LYNDA, JANE, J-A-N-E, SOLDER, S-O-L-D-E-R.

DIRECT EXAMINATION

BY MS. SAUNDERS:

Q.    GOOD MORNING, MS. SOLDER.

A.    GOOD MORNING.

THE COURT:  I'M SORRY.  I DIDN'T GET THE FIRST NAME.

MS. SAUNDERS:  LYNDA, L-Y-N-D-A, YOUR HONOR.

BY MS. SAUNDERS:

Q.   MS. SOLDER, DO YOU KNOW DAVID HAMMER?

A.   YES.

Q.   YOU NEED TO SPEAK RIGHT INTO THE MICROPHONE.

A.   YES.

Q.   HOW DO YOU KNOW MR. HAMMER?

A.   HE IS MY NEPHEW.

Q.   AND ON HIS MOTHER'S SIDE OR HIS FATHER'S SIDE?

A.   HIS MOTHER'S SIDE.

Q.   HOW MANY BROTHERS AND SISTERS DID YOU HAVE, INCLUDING HIS MOTHER?

A.   I HAVE -- INCLUDING ME, THERE IS 11 OF US. THERE IS THREE BOYS AND EIGHT GIRLS.

Q.   IF YOU WOULD NOT MIND GOING THROUGH -- WHERE DO YOU FALL IN LINE OF THE 11, FROM THE OLDEST DOWN?

A.   I'M LUCKY NUMBER SEVEN.

Q.   WHO IS THE OLDEST?

A.   WANDA.

Q.   AND THEN WHO COMES AFTER HER?

A.   EARLENE.

Q.   AND THEN WHO WOULD BE NEXT?

A.   DEAN.

Q.   THAT -- AND DOES SHE HAVE A --

A.   WILMA DEAN.

Q.   WILMA DEAN.

A.   YES.

Q.   AND WHO WOULD COME AFTER HER?

A.   PHYLLIS.

Q.   ALL RIGHT, AND THEN --

A.   GLENN, BETTY --

Q.   AND THEN YOU?

A.   THEN ME.

Q.   AND THEN --

A.   RON.

Q.   RON IS YOUR NEXT IN LINE?

A.   YES.   AND THEN KATIE AND LARRY AND SHERRY.

Q.   AT THE TIME THAT YOU WERE BORN, HOW OLD WAS WANDA?

A.   11.

Q.   AND HOW ABOUT EARLENE?

A.   NINE.

Q.   HOW ABOUT WILMA DEAN?

A.   SEVEN.

Q.   AND SHERRY IS THE YOUNGEST, IS THAT RIGHT?

A.   YES.

Q.   WHEN SHERRY WAS BORN, HOW OLD WERE YOU?

A.   EIGHT.

Q.   AND WHO WERE YOUR PARENTS?

A.   HOYT AND SENNA MILLER, S-E-N-N-A.

Q.   AND WHERE WERE YOU LIVING WHEN YOU WERE BORN?

A.   IN GERTY.

Q.      G-E-R-T-Y?

A.      YES.

Q.      AND THAT IS IN OKLAHOMA?

A.      YES.

Q.      WHERE IN OKLAHOMA IS THAT?

A.      IT'S SOUTHEAST.  IT'S CLOSE TO MCALESTER.

Q.      AND WHAT KIND OF WORK DID YOUR PARENTS DO?

A.      MY MOTHER STAYED HOME MOST OF THE TIME EXCEPT WHEN WE WORKED IN THE FIELDS, WE WERE A LITTLE OLDER. BUT MY FATHER DID A LOT OF FARMING.  AND WHEN -- HE DIDN'T HAVE HIS OWN FARM.  HE WORKED FOR OTHER FARMERS AND HE DROVE A TRUCK.

Q.      DID YOU HAVE A LOT OF MONEY GROWING UP?

A.      NO.

Q.      WHAT TYPE OF ECONOMIC SITUATION WERE YOU IN?

A.      WE WERE VERY POOR.

Q.      CAN YOU DESCRIBE FOR THE COURT WHAT TYPE OF HOMES YOU LIVED IN?

A.      JUST MOST OF OUR HOMES WERE THREE, FOUR ROOMS. IT HAD A LIVING ROOM, A KITCHEN AND TWO BEDROOMS USUALLY.  WE WERE LUCKY IF WE HAD A THIRD BEDROOM.

Q.      DID THEY HAVE THE CONVENIENCES?

A.      OH, NO.  WE ALL -- I ONLY REMEMBER LIVING IN TWO HOUSES UNTIL I GRADUATED FROM HIGH SCHOOL THAT HAD INDOOR PLUMBING.

Q.    HOW ABOUT HEATING?

A.    HEATING, MOST OF THEM HAD FIREPLACES.

Q.    AND WHERE THESE FIREPLACES THAT YOU NEEDED WOOD FOR OR COAL?

A.    OH, YES, YES.  AND WE CUT THE WOOD.

Q.    WHEN YOU SAY WE, ARE YOU REFERRING TO THE CHILDREN?

A.    YES.  MOST OF THE TIME, THE ONES THAT I REMEMBER WAS MYSELF, RON, BET, GLENN AND PHYLLIS.

Q.    HOW OLD WERE YOU WHEN YOU FIRST START CHOPPING WOOD FOR THE --

A.    I WAS IN FOURTH GRADE.

Q.    AND YOU SAID WORKED IN THE FIELDS.  WAS THAT A WHOLE FAMILY EVENT?

A.    YES, YES.

Q.    SO HOW OLD WERE YOU WHEN YOU FIRST STARTED WORKING IN THE FIELDS?

A.    WELL, I FIRST STARTED, I WAS PROBABLY FIFTH OR SIXTH GRADE MAYBE.  MY BROTHER RON AND I -- I MEAN, WE HOED PEANUTS AND COTTON FOR DIFFERENT PEOPLE.  AND IT TOOK BOTH OF US TO MAKE ONE PERSON, IN TERMS OF WORKING.

Q.    IN TERMS OF WORKING?

A.    YES.

Q.    BEFORE YOU STARTED WORKING IN THE FIELDS WITH THE FAMILY, DID YOU HAVE OTHER RESPONSIBILITIES WHEN YOU

WERE YOUNGER?

A.      YES.  EVEN WHEN MY MOTHER WAS WORKING IN THE FIELDS AT THIS TIME BEFORE WE STARTED, WE HAD TO STAY HOME WITH THE YOUNGER.  RON AND I STAYED WITH THE YOUNGER BROTHER AND SISTERS AND THEY WOULD COME IN AT LUNCHTIME TO MAKE DINNER AND -- AT LUNCH FROM THE FIELD.  AND WE EVEN -- MY MOTHER WOULD PUT ON A POT OF BEANS, AND WE WOULD WATCH THE BEANS WHILE THEY WERE AWAY.  AND THEN WE ALWAYS HAD THE POTATOES PEELED BY THE TIME SHE CAME HOME AT LUNCH SO SHE COULD MAKE THE DINNER.

Q.      AND ABOUT HOW OLD WERE YOU?  WHAT AGE RANGE WERE YOU?

A.      OH, WE WERE 7, 8, 9.

Q.      WHEN YOU TALKED ABOUT WATCHING THE CHILDREN, HOW OLD WERE YOU WHEN YOU FIRST STARTED HELPING WITH THE CHILDREN?

A.      MY FIRST MEMORY OF HELPING WAS MY SISTER KATIE, WHICH I'M THREE YEARS OLDER THAN SHE IS, AND SHE WAS PROBABLY -- PROBABLY WAS NOT A YEAR OLD.  AND MY OLDER BROTHERS AND SISTERS WERE IN SCHOOL.  SO WHEN MY MOTHER DID THE LAUNDRY, I CAN REMEMBER THAT SHE WOULD TELL ME THAT -- I WAS NOT BIG ENOUGH TO HOLD HER, BUT SHE WOULD PUT HER ON THE BED SO I COULD SHAKE THE BED THAT SHE WOULD FALL ASLEEP.  SO I HAD TO WATCH HER WHEN MY MOTHER DID THE LAUNDRY.

Q.    YOU TALKED ABOUT COOKING BEANS AND POTATOES.
WERE THERE TIMES WHEN YOU HAD EGGS?

A.    VERY SELDOM.  EXCEPT -- I DON'T KNOW WHY,
BECAUSE MY FATHER WAS A BIG EGG EATER AND HE PROBABLY
ATE 4 TO 6 EGGS EVERY DAY OF HIS LIFE.  AND I MEAN, I
CAN REMEMBER US EATING BEANS AND POTATOES.  AND HE
ALWAYS USUALLY HAD EGGS WITH HIS, EVEN IN THE EVENINGS,
AND AT BREAKFAST, HE HAD EGGS.  WE WOULD HAVE OATMEAL.
BUT THERE WAS ONE TIME, IT WAS MY BROTHER RON'S
BIRTHDAY, AND IT HAD TO BE WHEN HE WAS LIKE 6 OR 7, AND
HE WANTED A BIRTHDAY CAKE, BECAUSE WE DIDN'T HAVE
BIRTHDAY CAKES AND WE ONLY HAD -- THERE WAS ONE CHICKEN.
AND THIS CHICKEN LAID ONE EGG.  AND WE HID THAT.  MY
MOTHER NEEDED TWO.  SO WE WAITED ALL DAY FOR THE CHICKEN
TO LAY THE EGG SO HE COULD HAVE A BIRTHDAY CAKE.

Q.    SO FOOD WAS HARD TO COME BY?

A.    OH, YES.

Q.    AS YOU GOT OLDER THEN YOU STARTED WORKING IN THE
FIELDS WITH YOUR PARENTS?

A.    YES.

Q.    YOUR FATHER, TELL ME A LITTLE BIT ABOUT HIM.

A.    MY FATHER WAS -- HE WANTED THINGS DONE HIS WAY.
WHEN HE WANTED US TO DO SOMETHING, WE DID IT.  WE DID
EXACTLY WHAT HE ASKED US TO DO.

Q.    WERE YOU AFRAID NOT TO -- WERE YOU AFRAID TO

CROSS HIM?

A.      I WAS, YES.  AND I THINK WE ALL WERE IN OUR OWN WAY.

        IT TOOK ME YEARS TO EVER -- I PROBABLY NEVER TALKED BACK TO MY FATHER, BECAUSE I DON'T LIKE THE CONFRONTATION OR THE HASSLE.

Q.      SO --

A.      I WAS KIND OF IN THE BACKGROUND.

Q.      WAS HE IN CHARGE?

A.      HE WAS DEFINITELY IN CHARGE.

Q.      HOW ABOUT WITH YOUR MOTHER?

A.      MY MOTHER WAS VERY LAID BACK.  SHE NEVER SAID ANYTHING.  VERY SELDOM, I WOULD SAY, THAT SHE WOULD SAY ANYTHING BACK TO HIM.  ONLY ONE INSTANCE THAT I REMEMBER IS WHEN SHE WOULD BE COOKING AND SHE DIDN'T LIKE -- IF HE DIDN'T LIKE THE EGGS AND HE WOULD JUST KIND OF TOSS THEM BACK ON THE TABLE AND SIT THERE AND, YOU KNOW, SOMETIMES SHE WOULD SAY SOMETHING AND SOMETIMES SHE WOULDN'T.  SHE WOULD JUST WALK AWAY.

Q.      WAS THERE TENSION TRYING TO MAKE SURE THAT YOUR FATHER STAYED HAPPY?

A.      OH, YES.  WE WOULD DO ANYTHING TO KEEP HIM HAPPY.

Q.      DID YOUR FATHER DRINK?

A.      YES.

Q.      DID HE DRINK TO EXCESS?

A.      MY FIRST MEMORIES OF HIM DRINKING, YES, HE WOULD BE -- HE WOULD COME HOME AND HE WOULD JUST REALLY BE DRUNK.

Q.      WOULD HE BE OUT FOR LONG PERIODS OF TIME DRINKING?

A.      I CAN'T -- MAYBE.  SOMETIMES IT WAS ONLY A DAY. I MEAN, HE MIGHT LEAVE DURING THE DAY AND NOT COME HOME TILL LATE IN THE EVENING.  I CAN'T REMEMBER LONG PERIODS OF TIME.

Q.      WHEN YOUR FATHER DRANK, DID HE HAVE ARGUMENTS OR DISAGREEMENTS WITH YOUR MOTHER?

A.      ONE OF MY FIRST MEMORIES OF HIM DRINKING WAS -- I'M SURE HE WAS DRINKING THAT DAY, OR MAYBE NOT, BUT HE CAME HOME, AND I DON'T KNOW WHY I REMEMBER THIS, BUT HE -- I DO KNOW HE THREW A HAMMER AT MY MOTHER, BECAUSE IT WAS ON THIS LITTLE BACK PORCH THAT WAS NOT A PORCH.  IT WAS LIKE A STEP.  BUT IT JUST BARELY MISSED HER HEAD. BUT I JUST REMEMBER WHEN HE LEFT THAT DAY, HE LEFT WITH ANOTHER WOMAN IN THE CAR AND HE DIDN'T COME BACK.  I DON'T REMEMBER HOW LONG IT WAS BEFORE HE CAME BACK THAT TIME.

Q.      WHAT DID YOUR MOTHER DO AFTER HE LEFT?

A.      IF I REMEMBER, IT MUST HAVE BEEN IN THE LATE SUMMER, EARLY FALL, BECAUSE -- AND I THINK MY FATHER

MUST HAVE BEEN FARMING AT THE TIME, BECAUSE SHE KIND OF SAT US DOWN AND MY BROTHER GLENN, SHE SAID, BECAUSE HE DID A LOT OF THE FARMING AND HE WAS -- AND HE IS ONLY THREE YEARS OLDER THAN ME, FOUR.  AND SHE SAID, WELL, WE WILL GET THROUGH THIS, BUT OF COURSE MY FATHER CAME BACK BEFORE.

Q.    HOW OLD WERE YOU WHEN THAT HAPPENED?

A.    I WAS PROBABLY SECOND GRADE, YES.

Q.    SO DEAN WOULD HAVE BEEN AROUND 13 AT THAT POINT?

A.    YES, YES.

Q.    THAT'S WILMA DEAN, DAVID'S MOTHER?

A.    YES.

Q.    YOU TALKED ABOUT YOUR HOMES.  DID YOU ALL STAY IN ONE PLACE FOR LONG PERIODS OF TIME OR DID YOU MOVE AROUND?

A.    OH, NO, WE MOVED AROUND A LOT.  I CAN ONLY REMEMBER LIVING IN ONE HOUSE FOR MORE THAN -- WE STAYED IN ONE HOUSE THREE OR FOUR YEARS.  AND THAT IS THE LONGEST WE HAD EVER STAYED.  MOST OF THE HOUSES, I MEAN, I KIND OF REMEMBER WHERE WE LIVED FROM THE GRADES I WAS IN SCHOOL.  SO I KNOW THAT AT THE MOST WAS EVERY TWO YEARS THAT WE WOULD MOVE.

Q.    WHEN YOU MOVED, DO YOU KNOW WHY YOU MOVED?

A.    WELL, AT THE TIME I DIDN'T, BUT I KIND OF THINK MAYBE THAT THEY THOUGHT THERE WAS MORE ROOM IN ANOTHER

HOUSE OR BECAUSE, AS I SAID, MOST OF OUR ROOMS -- WE DIDN'T HAVE BEDROOMS.  WE WERE JUST ALL THE GIRLS WERE IN THERE TOGETHER.  AT ONE POINT THE BOYS AND GIRLS, WE ALL SLEPT IN THE SAME ROOM.  OR MAYBE IT WAS CHEAPER RENT.

Q.    YOU JUST TALKED ABOUT THE ROOMS.  THERE WERE USUALLY TWO BEDROOMS?

A.    YES.

Q.    WHO WOULD STAY IN ONE?

A.    MY PARENTS HAD A ROOM AND OF COURSE THERE WAS A CRIB IN THERE, BECAUSE THERE WAS ALWAYS A BABY.  AND THEN MY FIRST MEMORY OF THIS ONE HOUSE IS THAT WE HAD A LIVING ROOM, A KITCHEN, TWO BEDROOMS, AND THEY STAYED IN ONE BEDROOM WITH THE CRIB AND WE HAD TWO DOUBLE BEDS AND A SINGLE BED IN THE ONE BEDROOM.

Q.    SO --

A.    WE ALL STAYED IN THE SAME ROOM.

Q.    SO THE KIDS WERE DOUBLING UP?

A.    YES.  YES.

Q.    WHEN YOU GRADUATED HIGH SCHOOL -- YOU GRADUATED HIGH SCHOOL, RIGHT?

A.    YES.

Q.    AND DID YOU GO TO COLLEGE?

A.    YES.

Q.    WHEN YOU WENT TO COLLEGE, WHERE DID YOU GO TO

COLLEGE?

A.        I WENT TO COLLEGE IN CHICKASHA.  IT WAS A LOCAL COLLEGE OF LIBERAL ARTS.

Q.        AND DID YOU GET A DEGREE IN TEACHING?

A.        YES, I DID.  I GOT A DEGREE IN HEALTH AND PHYSICAL EDUCATION.

Q.        AND WHERE WERE YOU TEACHING?

A.        MY FIRST JOB WAS IN CONNECTICUT.  I TAUGHT IN CONNECTICUT.  AND THEN WHEN I MOVED TO PENNSYLVANIA, I TAUGHT IN PENNSYLVANIA.  I RETIRED TEACHING FIVE YEARS AGO.

Q.        HOW DID YOUR FATHER TREAT THE CHILDREN?

A.        WELL, MY FATHER, HE NEVER -- I DON'T THINK MY FATHER EVER TOLD ME HE LOVED ME.  HE NEVER GAVE US HUGS.  ONLY AFTER I MOVED AWAY TO CONNECTICUT AFTER I STARTED TEACHING, WHEN I WOULD COME HOME -- OF COURSE WHEN I WOULD LEAVE I WOULD GIVE THEM HUGS.  WE JUST WEREN'T A LOVING, TOUCHING FAMILY OF HUGS AT ALL.

Q.        DID HE PICK ON ANY OF THE KIDS?

A.        OH, YES.  I HAD MY NICKNAME.  BECAUSE I HAD FRECKLES, HE ALWAYS CALLED ME FRECKLES.  AND THEN MY SISTER KATE HAD A FEW FRECKLES, BUT I ALWAYS -- I MEAN, THAT WAS JUST THE NAME HE CALLED ME.  AND WHEN HE DID, LIKE MY BROTHERS AND SISTERS WOULD, OR MY FRIENDS IF THEY HEARD IT.  BUT THEN MY SISTER DEAN, SHE WAS

OVERWEIGHT, AND HE CALLED HER FAT SAM ALL THE TIME.

Q.      WAS THAT IN A GOOD WAY OR A BAD WAY?

A.      NO.  IT WAS NOT IN A GOOD WAY.

Q.      DID YOUR FATHER TREAT DEAN DIFFERENTLY THAN THE OTHER CHILDREN?

A.      I DON'T KNOW THAT HE TREATED HER DIFFERENTLY BUT HE TEASED HER A LOT MORE THAN HE DID OTHERS.  I MEAN, I DON'T REMEMBER -- NOW, HE CALLED MY BROTHER RON -- I DO REMEMBER HIM CALLING HIM BEDROOM EYES.  THAT WAS HIS NAME FOR HIM BECAUSE HE HAD BIG BROWN EYES.

Q.      WHAT WAS DEAN'S -- HOW WAS DEAN TOWARDS YOUR FATHER?

A.      SHE WAS ALWAYS NICE TO MY FATHER.  I MEAN, SHE PROBABLY FELT THAT SHE WANTED TO STAY ON HIS GOOD SIDE.  SHE DIDN'T WANT HIM TO BE UPSET WITH HER.  SHE WOULD DO WHATEVER HE SAID.

Q.      WAS THAT A GOAL OF ALL OF THE CHILDREN?

A.      I THINK -- WHEN YOU HAVE THAT MANY CHILDREN, YOU DON'T WANT TO BE THE ONE IN CONFLICT WITH MY FATHER.  THAT IS THE ONLY TIME I CAN EVER REMEMBER HIM SPANKING ME WITH A BELT.  IF YOU DID SOMETHING, AND HE WOULD SPANK US.  BUT I LEARNED TO CRY ON THE FIRST ONE OR TWO HITS AND THEN IT HELPED.

Q.      WHEN THERE WOULD BE THIS -- WHEN YOUR FATHER WOULD HAVE CONFRONTATIONS WITH YOUR MOTHER, WAS THERE

TENSION IN THE HOUSE?

A.    OH, YES.

Q.    WHAT DID THE KIDS DO WHEN THAT HAPPENED?

A.    YOU ALWAYS TRIED TO GET OUT OF THE WAY, WHEN I WAS YOUNGER, BUT YOU WERE -- I THINK THE OLDER ONES STOOD THERE JUST TO MAKE SURE THINGS DIDN'T GET OUT OF HAND.

Q.    DID YOUR FATHER MAKE PARTICULAR DEMANDS OF THE CHILDREN?

A.    OH, YES.

Q.    WHAT KIND OF DEMANDS DID HE MAKE?

A.    WELL, AS A CHILD, MY FATHER HAD THIS ISSUE, AND WE ALL DID THIS.  WE HAD TO SCRATCH HIS FEET.  EVERY NIGHT WHEN HE WOULD TAKE -- HE WOULD SIT DOWN IN THAT CHAIR, HE WOULD -- HE WOULD WANT HIS FEET SCRATCHED.

Q.    DID HE WANT ANYTHING ELSE?

A.    AND HIS HEAD.  AND SOMETIMES -- WE DIDN'T HAVE MONEY, BUT SOMETIMES HE WOULD SAY OH, I WILL GIVE YOU A NICKEL OR I'LL GIVE YOU A DIME, ALL OF THIS.  WELL, MOST OF THE TIMES YOU NEVER SAW A NICKEL OR A DIME, BUT YOU ALWAYS DID IT.  AND THIS IS FROM THE TIME I REMEMBER EVEN UNTIL I WENT TO COLLEGE, EVEN WITH HIS NIECES AND NEPHEWS HE STILL HAD SOMEBODY SCRATCHING HIS FEET.

Q.    HOW OLD WERE YOU WHEN WILMA DEAN GOT MARRIED, DO YOU REMEMBER?

A.      LET'S SEE.  I DON'T KNOW HOW -- SHE WAS PROBABLY 17 OR 18 WHEN SHE MARRIED, SO I WAS PROBABLY 10 -- 10, 11.

Q.      HOW OLD WERE YOU WHEN DAVID WAS BORN?

A.      11.

Q.      DID YOU HAVE AN OPPORTUNITY TO OBSERVE DAVID AFTER HE WAS BORN?

A.      YES.  I CAN REMEMBER THE DAY DAVID CAME HOME FROM THE HOSPITAL, THAT THEY CAME IN THE CAR AND BECAUSE HE WAS THE FIRST NEPHEW, BECAUSE I ALREADY HAD TWO NIECES, WELL, WE WERE QUITE EXCITED BECAUSE IN OUR FAMILY WE HAD ALL GIRLS AND HERE WAS ANOTHER BOY.  WE ONLY HAD THREE BOYS.  SO IT WAS EXCITING.  I REMEMBER GOING TO THE CAR TO SEE HIM.

Q.      AND YOU WERE 11 AT THAT TIME?

A.      11, YES.

Q.      YOU SAID YOU HAD TWO NIECES.  WHO WAS THE MOTHER OF YOUR TWO NIECES?

A.      EARLENE WAS THE FIRST ONE, KATHY.  EARLENE IS HER MOTHER.  AND PEGGY, WANDA MY OLDER SISTER HAD HER.

Q.      DID YOUR FATHER HAVE FAVORITES OF THE CHILDREN?

A.      OH, YES.

Q.      AND WHO WERE THE --

A.      MY FATHER HAD FAVORITES OF CHILDREN AND GRANDCHILDREN.  HIS FAVORITE WAS -- MY SISTER EARLENE

WAS HIS FAVORITE AND MY SISTER PHYLLIS.

Q.     AND HOW ABOUT WITH THE GRANDCHILDREN?

A.     I THINK HIS FAVORITE WAS KATHY, BECAUSE SHE WAS THE FIRST CHILD, THE FIRST NIECE, AND THEN KATHY'S BROTHERS, MIKE AND GARY.

Q.     SO AFTER DAVID WAS BORN, DID DAVID'S PARENTS STAY IN THE AREA WHERE THE FAMILY WAS?

A.     I DON'T REALLY RECALL HOW LONG THEY STAYED OR WHERE.  BECAUSE I JUST DON'T REMEMBER, YOU KNOW, UNTIL HE WAS -- I DON'T KNOW HOW MUCH THEY MOVED AROUND, IF THEY WERE IN THAT AREA OR NOT.

Q.     DID THEY MOVE AROUND A LOT?

A.     OH, YES, THEY MOVED A LOT.

Q.     WERE THERE TIMES WHEN THEY MOVED AND YOU DIDN'T EVEN KNOW IT?

A.     I CAN TELL YOU, AS I WAS GROWING UP, BECAUSE I LEFT WHEN DAVID WAS -- HE WAS STILL SMALL WHEN I WENT TO COLLEGE.  BUT I CAN REMEMBER WHEN I WOULD COME HOME AND VISIT, EVEN ASKED MY MOTHER WHERE THEY WERE, SHE WOULD SAY I DON'T KNOW.  I MEAN, WE COULD SOMETIMES GO -- THEY WOULD BE AT OUR HOUSE FOR SUNDAY DINNER AND THEN ALL OF A SUDDEN THEY WOULDN'T BE THERE ANYMORE.  I MEAN, WE COULD DRIVE BY WHERE THEY LIVED AND --

Q.     THEY ARE GONE?

A.     THEY ARE GONE.

Q.    AND NO NOTICE OR NO WORDS?

A.    NO, NO.

Q.    AND THEN WOULD YOU JUST HEAR FROM THEM AGAIN?

A.    YES.  SOMETIMES MY SISTER DEAN WOULD WRITE A LETTER, MY MOM WOULD GET A LETTER AND SOMETIMES THEY JUST SHOWED UP AGAIN.

Q.    BUT THERE WERE TIMES WHEN THEY VISITED WHEN YOU WERE STILL IN YOUR PARENTS' HOUSE, WITH DAVID?

A.    YES.  YES.  MY FAMILY WAS -- WE PLAYED LOTS OF CARDS, SO YOU LEARNED TO PLAY CARDS WHEN YOU WERE YOUNG. BECAUSE ANYBODY WAS THERE, THEY HAD TO BE FOUR PEOPLE. AND OF COURSE THAT IS HOW YOU LEARNED TO PLAY WAS GOING TO SIT AT THE TABLE OR STAND THERE TO WATCH OLDER ONES PLAY.  BECAUSE IF YOU DIDN'T -- I MEAN, MY FATHER, WHEN HE WANTED TO PLAY CARDS, HE WANTED TO PLAY.  SO SOMEBODY ALWAYS KNEW, NO MATTER HOW YOUNG YOU WERE.  AND I CAN REMEMBER WHEN DEAN AND JOHNNY WOULD BE THERE AND DAVID, HE WAS, I DON'T KNOW, HE WAS IN SCHOOL.  HE WOULD STAND AT THE TABLE WANTING TO LEARN LIKE EVERYBODY ELSE, I GUESS, AND HE WOULD GET -- MY SISTER WOULD SAY, GO AWAY, GO OVER AND SIT DOWN, AND PUSH HIM AWAY.  THEY DIDN'T WANT HIM TO KNOW.

Q.    DID YOU OBSERVE MISS DEAN AND JOHNNY YELLING AT DAVID?

A.    OH, YES.

Q.    AND WHAT WAS THAT ABOUT?

A.    THEY JUST WERE LITTLE THINGS.  I MEAN, IF HE WAS IN THE WAY OR THEY WANTED SOMETHING, GO GET THIS, OR WHAT DID YOU DO WITH THAT?  ANYTHING THAT SHE WANTED DONE, SHE WAS ALWAYS YELLING AT HIM.  LET'S JUST SAY IF HE WAS WATCHING TV, EVEN WHEN WE WERE THERE, IF IT WOULD BE AT OUR HOUSE, IF WE WERE WATCHING TV, SHE WANTED SOMETHING, SHE'D YELL AT HIM TO GO GET IT.  IF HE DID NOT MOVE IMMEDIATELY, THERE WAS ANOTHER YELL.

Q.    DID YOU EVER SEE HER DISCIPLINE HIM, SPANK HIM?

A.    I DON'T REALLY REMEMBER MUCH SPANKING.

Q.    BUT YOU DID HEAR HER YELLING AT HIM?

A.    YES.

Q.    HOW ABOUT JOHNNY, DID HE YELL AT HIM?

A.    YOU KNOW, I DON'T KNOW IF -- VERY SELDOM IF I EVER HEARD JOHNNY YELL AT HIM OR NOT.

Q.    NOW, HE WAS AROUND HOW OLD WHEN YOU ACTUALLY WENT TO COLLEGE?

A.    LET'S SEE.  WELL, I WENT TO COLLEGE IN '65, SO DAVID WAS ONLY ABOUT SEVEN.

Q.    SEVEN OR 8?

A.    HE WAS ONLY 7 OR 8 WHEN I WENT TO COLLEGE.

Q.    BUT YOU HAD DIRECT CONTACT WITH HIM UP UNTIL THAT TIME, WHEN YOU LEFT FOR COLLEGE, RIGHT?

A.    YES.  AND THEY CAME TO SEE ME TO VISIT ME A FEW

TIMES IN COLLEGE.

Q.        WELL, BEFORE YOU LEFT FOR COLLEGE, AND WHEN YOU WERE YOUNGER, WERE THERE TIMES WHEN YOU BABYSAT FOR DAVID?

A.        I DON'T THINK -- I DON'T HAVE A CLEAR REMEMBRANCE OF DOING THAT, IN FACT, WHEN THEY WERE IN THE FIELDS WORKING, IF DEAN AND JOHNNY WERE IN THE FIELDS WORKING, IF THEY WERE IN THE AREA, WE HAD MARTIN -- I MEAN, DAVID AND DIANE.

Q.        SO THEY WOULD DROP THEM OFF AT YOUR HOUSE?

A.        YES, YES, SO WE WOULD HAVE THEM.

Q.        SO YOU SAW DAVID AT YOUR PARENTS' HOUSE WITHOUT DEAN AND JOHNNY?

A.        YES.

Q.        WAS THERE A CHANGE IN DAVID'S DEMEANOR WHEN HIS PARENTS WERE GONE VERSUS WHEN THEY WERE THERE?

A.        YES.

Q.        AND HOW SO?

A.        DAVID WAS ALWAYS NICE, LIKEABLE.  I MEAN, HE DID THINGS THAT WE ASKED HIM TO DO WITHOUT ANY -- I MEAN, WE WERE YOUNG BUT --

Q.        WAS HE LESS -- DID HE SEEM LESS TENSE WHEN HIS PARENTS WERE NOT AROUND?

A.        YES, YES.  NOW, I CAN REMEMBER TIMES WHEN HE WOULD BE AT MY PARENTS' HOUSE BY HIMSELF.  AND WHEN HE

WAS THERE, HE WAS A PERFECT CHILD WITH MY PARENTS.  HE WOULD DO WHATEVER MY MOTHER AND FATHER ASKED HIM TO DO.

Q.    YOU SAID THAT YOUR FATHER WAS CONTROLLING AND EVERYONE WAS SUPPOSED TO DO WHAT HE SAID?

A.    YES.

Q.    DID YOU SEE SOMETHING SIMILAR LIKE THAT WITH DEAN -- BETWEEN DEAN AND DAVID?

A.    I SAW -- WHAT I SAW WAS MY FATHER, I MEAN, IF HE SAID, YOU KNOW, YOU NEED TO GO IN THE OTHER ROOM, TO GET ME MY JACKET OR MY SHOES OR WHATEVER, OR YEP, GET ME A GLASS OF ICED TEA, THAT IS THE WAY MY SISTER DEAN WAS.  AND I WAS AT HER HOUSE AND I KNOW DAVID WAS -- I KNOW I WAS 12 OR 13 YEARS OLD, BUT HE ONLY HAD TO BE 2 OR 3, SOMETHING LIKE THAT, AND I CAN REMEMBER HER SITTING THERE AND SAYING, GO GET ME THAT, GO GET ME THE ICED TEA, GO GET ME THIS, GO GET ME THAT, GO OUTSIDE AND PLAY.  IT WAS A CONSTANT WHEN HE WAS LITTLE.

Q.    SO YOU SAW AT LEAST ONE OF THE HOMES WHERE THEY LIVED?

A.    YES.

Q.    DID YOU SEE ANY OTHERS OR JUST ONE?

A.    THAT IS ABOUT THE ONLY ONE I CAN REMEMBER UNTIL AFTER I WAS MARRIED AND --

Q.    WHAT KIND OF HOUSE WAS IT?

A.    FROM MY RECOLLECTION, I THINK IT ONLY HAD ONE

ROOM. MAYBE IT MIGHT HAVE HAD TWO, BUT I KNOW THERE WAS A BED IN THE LIVING ROOM AND TO ONE SIDE WAS -- ACROSS FROM IT WAS A COUCH, AND THE OTHER SIDE THERE WAS A TABLE. SO IT MIGHT HAVE BEEN THE KITCHEN AREA.

Q.    YOU SAID YOU WERE 12 OR 13 AT THE TIME YOU SAW THIS?

A.    I WAS IN SEVENTH GRADE. I REMEMBER.

Q.    DO YOU REMEMBER HAVING A SENSE OF WHETHER YOU WANTED TO GO BACK THERE?

A.    I DIDN'T WANT TO GO THAT NIGHT, BUT ONLY REASON I CAN REMEMBER THIS WAS -- WHAT IS HIS NAME THAT SAID THE WORLD IS COMING TO AN END, WELL, I THOUGHT THAT THE WORLD WAS COMING TO AN END, AND I WANTED TO LIVE WITH MY PARENTS, BUT I ALREADY TOLD HER I WOULD GO, SO I WENT.

Q.    WAS THERE TENSION IN DAVID'S PARENTS' HOUSE WHEN YOU WERE THERE?

A.    IF SOMETHING DIDN'T GO MY SISTER'S WAY WITH THE KIDS. IF THEY CRIED OR THEY WANTED SOMETHING OR ASKED TO DO SOMETHING THAT SHE DIDN'T LIKE, YES.

Q.    DO YOU REMEMBER DIANE WHEN SHE WAS BORN?

A.    WHEN DIANE WAS BORN, THE ONLY THING I CAN REMEMBER WITH DIANE IS THAT SHE MUST HAVE BEEN A COLICKY BABY, BECAUSE I DIDN'T LIKE BABYSITTING HER BECAUSE SHE SPIT UP ALL THE TIME.

Q.    WHAT KIND OF CHILD WAS SHE?

A.      QUIET.

Q.      WAS SHE SHY?

A.      VERY SHY.  IF WE HAD -- EVERY CHILD WAS LIKE DIANE, BABYSITTING WOULD BE EASY BECAUSE YOU COULD JUST HAVE HER SIT AND SHE NEVER MOVED.

Q.      AND WHEN DAVID WAS SMALL DID HE PLAY WITH HIS COUSINS?

A.      YES.  WHEN HIS COUSINS WOULD PLAY WITH HIM, BECAUSE MY YOUNGEST SISTER AND MY OLDEST NIECE, THEY ARE ONLY 3 OR 4 MONTHS APART IN AGE, AND THEN MY BROTHER, MY YOUNGER BROTHER, HE IS ONLY A YEAR OR SO OLDER THAN THEM, AND SO DAVID IS ONLY A YEAR OR SO YOUNGER THAN KATHY.  SO THEY WERE -- TO ME THEY WERE KIND OF ALL OF THE SAME AGES.  BUT IF THEY WANTED DAVID TO PLAY, I MEAN, WHENEVER THEY WERE PLAYING THEY WOULD HIDE FROM HIM OR SNEAK OUTSIDE.  THEY DIDN'T -- BUT IF THEY NEEDED A FOURTH PERSON, THEY INCLUDED HIM.  BUT MORE THAN LIKELY, THEY NEVER -- BECAUSE THEY THOUGHT THEY WERE OLDER, AND HE WAS NOT INCLUDED.  HE JUST FELT LEFT OUT.

Q.      DID THEY CALL HIM NAMES?

A.      WHEN DAVID -- I DON'T REMEMBER WHEN DAVID STARTED WEARING GLASSES, BUT HE -- I CAN REMEMBER -- AND I DO NOT KNOW IF IT WAS MY BROTHERS OR SISTERS OR MY NIECES, NEPHEWS, BUT THEY CALLED HIM FOUR EYES SOMETIMES.

MS. SAUNDERS:  WE ARE BRINGING UP, YOUR HONOR, DEFENDANT'S EXHIBIT 37.

CAN WE MOVE IT SO WE CAN SEE THE WHOLE PICTURE?  THANK YOU.

THE WITNESS:  AND YES, THAT IS DAVID.

BY MS. SAUNDERS:

Q.     AND ARE THOSE SIMILAR TO THE GLASSES HE HAD WHEN HE WAS THAT AGE?

A.     YES.

Q.     AND THE OTHER KIDS WOULD TEASE HIM ABOUT IT AND CALL HIM NAMES?

A.     YES.

Q.     NOW, WAS HE THE TYPE OF KID THAT TRIED TO PLAY WITH OTHER CHILDREN OR DID NOT TRY?

A.     HE TRIED TO.  DAVID ALWAYS WAS -- I THOUGHT DAVID WAS A VERY SMART LITTLE BOY.  WHEN HE WAS LITTLE HE COULD READ VERY YOUNG, I THOUGHT, FOR HIS AGE.  OF COURSE, THAT IS WHEN I WAS ONLY HOME FROM COLLEGE OBSERVING HIM.  BUT I CAN REMEMBER THAT HE -- THAT HE COULD READ EARLY.

Q.     HOW DID HIS PARENTS REACT TO DAVID'S CURIOSITY AND HIS READING?

A.     DAVID ASKED A LOT OF QUESTIONS.  HE WAS VERY CURIOUS AND HE WANTED ANSWERS.  AND MOST OF THE TIME I THINK PROBABLY THEY DIDN'T HAVE ANSWERS TO HIS

QUESTIONS.  BUT THEY DIDN'T, AND THEY JUST PUSHED HIM AWAY, TELL HIM, GO PLAY, GO DO THIS OR DO THAT.

Q.    DID THERE APPEAR TO BE ANY AFFECTION BETWEEN DEAN AND DAVID?

A.    NO.

Q.    DID THERE APPEAR TO BE ANY AFFECTION BETWEEN JOHNNY AND DAVID?

A.    NO.  I CAN TELL YOU THE ONLY TIME I SAW AFFECTION IS I WAS AT THE HOSPITAL WHEN DAVID HAD HIS APPENDIX OUT.  AND THEY WERE VERY CARING THEN WITH HIM.

Q.    BUT IN TERMS OF AT HOME --

A.    AT HOME I NEVER SAW -- I NEVER SAW THAT AT HOME.

Q.    NOW, YOUR DAD CONTINUED TO DRINK THROUGHOUT YOUR -- I MEAN, WHEN YOU WENT TO COLLEGE, RIGHT?

A.    OH, YES.

Q.    AND DID HE REMAIN THE CONTROLLING DAD AS WELL?

A.    MY FATHER TRIED TO CONTROL ME EVEN AFTER I WENT TO COLLEGE AND BEFORE.  AS I SAID BEFORE, I'M NOT A VERY OUTSPOKEN PERSON BUT MY FATHER PULLED A GUN OUT ONE DAY WHEN HE WAS DRINKING --

Q.    CAN YOU EXPLAIN TO THE COURT WHAT HAPPENED, HOW THAT CAME ABOUT?

A.    YES.

IT WAS MY SENIOR YEAR AND I WAS ON THE BASKETBALL TEAM.  WE HAD A GOOD BASKETBALL TEAM.  THESE

COMMUNITIES IN OKLAHOMA, THE HIGH SCHOOLS ARE ONLY 5, 8 MILES APART.  AND WE HAD A GOOD BASKETBALL TEAM.  AND WE HAD GONE -- THE GIRLS TEAM, WE HAD GONE TO DISTRICTS AND WE HAD LOST A GAME.  BUT THE BOYS TEAM, OUR BOYS TEAM, WAS NOT REAL GREAT BUT A SCHOOL CLOSE TO US, HINTON, THEY WERE VERY GOOD.  AND SO THEY KIND OF BECAME OUR TEAM IN THE DISTRICT PLAYOFF, THE BOYS, GIRLS TEAM.  THEY WERE PLAYING IN THE FINALS.  AND SO OUR COACH SAID -- THEY LET US OUT OF SCHOOL IN THE AFTERNOON TO GO TO THIS GAME.  THEY TOOK US TO THIS GAME.  MEANTIME, MY TWO NEPHEWS, MIKE AND GARY, WERE AT OUR HOUSE AND WE WERE TO TAKE THEM HOME, BECAUSE THIS WAS ON A FRIDAY.

Q.    WHOSE CHILDREN WERE THEY?

A.    EARLENE'S.  BUT I WENT TO THIS GAME.  I GOT HOME A LITTLE LATE.  WELL, WHEN I GOT HOME, MY FATHER CAME BACK -- AND HE WAS DRINKING, WE HAD -- HE PULLED OUT THIS GUN, AND I WAS IN THE OTHER ROOM.  I DON'T RECALL WHAT I WAS DOING.  BUT I HEARD HIM SAY WELL, I WILL JUST SHOOT YOU, AND I WALKED IN AND HE HAD A GUN POINTING AT MY MOTHER.  SO I THOUGHT -- WHEN HE SAID THAT, I DON'T KNOW WHY, BUT I JUST STEPPED UP IN FRONT OF HER AND I SAID, WELL, IF YOU ARE GOING TO SHOOT HER, YOU'RE GOING TO SHOOT ME.

Q.    WHAT WAS HE UPSET ABOUT?

A.    HE WAS UPSET BECAUSE I WENT TO THIS BASKETBALL

GAME.

Q.      AND DID IT HAVE SOMETHING TO DO WITH THE NEPHEWS, TOO?

A.      EXCEPT US TAKING THEM HOME IS THE ONLY THING. HE WAS OKAY.  WE WERE NOT DRIVING ANYWAY BUT.

Q.      WHEN YOU TOLD HIM -- WHEN YOU STOOD IN FRONT OF YOUR MOTHER AND SAID SHOOT ME, WHAT DID HE DO?

A.      HE JUST -- I THINK HE WAS SURPRISED BECAUSE, AS I SAID, I HAD NEVER DONE ANYTHING LIKE THIS BEFORE.  AND HE JUST PUT IT DOWN AND WENT OVER AND KIND OF SAT DOWN AT THE KITCHEN TABLE.

BUT THIS WAS NOT -- YOU ASKED -- I'M SORRY, YOUR QUESTION WAS A CONTROLLING ISSUE.  AFTER I WENT TO COLLEGE -- IN FACT, WHEN HE WAS DRINKING, THE DAY I WAS LEAVING TO CONNECTICUT FOR MY FIRST JOB, I WENT HOME TO SAY GOOD-BYE.  HE WAS OUT DRINKING SO I DIDN'T SEE HIM.  AND HE WAS UPSET WITH ME BECAUSE I WAS GOING TO TEACH IN CONNECTICUT.  THAT IS WHERE I WAS MOVING TO.  AND THEN, LET'S SEE.  I MOVED TO CONNECTICUT IN '69.

IN 1972 A GOOD FRIEND OF MINE AND I WENT CROSS COUNTRY AND WE CAME BACK THROUGH OKLAHOMA.  AND MY SISTER EARLENE AND HER HUSBAND JAMIE, THEY HAD A SHETLAND PONY.  AND WE WERE -- MY -- THIS FRIEND, SHE HAD A NEPHEW, HER FIRST NEPHEW, SO SHE THOUGHT THAT

WOULD BE A GOOD IDEA. SO WHEN WE LEFT MY MOTHER'S AND FATHER'S HOUSE AFTER WE VISITED WITH THEM THAT TIME, WE DROVE TO EARLENE AND JAMIE'S HOUSE. WELL, MY CAR -- WE HAD MY CAR, AND MY CAR JUST KEPT -- IT WOULD DIE AS WE WERE DRIVING ALONG AND IT WOULD START AND DIE. SO WHEN WE GOT THERE, WE HAD -- WE BOUGHT THREE SHETLAND PONIES TO TAKE BACK TO PENNSYLVANIA WITH US. BUT MY CAR KEPT -- SO I HAD SOMEBODY TO LOOK AT IT. AND IT WAS A FRIEND OF MY FATHER'S THAT HE HAD DRIVEN A TRUCK FOR. AND HE SAID SOMEBODY JUST PULLED THE DISTRIBUTOR CAP OFF OR SOMETHING. SO -- I THINK THAT IS WHAT IT WAS. AND ALL HE DID HE WAS PUT IT BACK ON. AND IT WAS MY FATHER THAT HAD DONE THAT BEFORE I HAD LEFT THE HOUSE.

Q.    ALTHOUGH YOU MOVED OUT AND THEN YOU LIVED IN, YOU SAID, CONNECTICUT AND THEN PENNSYLVANIA?

A.    YES.

Q.    DID YOU TRY TO STAY IN TOUCH WITH DAVID AFTER THAT?

A.    I PROBABLY DIDN'T SEE DAVID MORE THAN ONCE -- NO, I WILL TELL YOU. IF WE CAME HOME FOR A FAMILY REUNION, IF HE WAS THERE, BUT I PROBABLY DIDN'T SEE HIM MORE THAN ONCE OR TWICE.

Q.    IN THE LAST, YOU KNOW, FIVE OR SO, LAST TEN YEARS, HAVE YOU ALL WRITTEN BACK AND FORTH?

A.    YES. DAVID, I REMEMBER GETTING A CHRISTMAS CARD

FROM DAVID FROM PRISON ONE YEAR.  AND THEN I STARTED WRITING HIM AND SENDING HIM CHRISTMAS CARDS.  BUT I HAVE NOT GOTTEN ONE THE PAST COUPLE OF YEARS.

Q.    SO WHILE YOU ARE NOT CLOSE, HE IS STILL FAMILY, IS THAT RIGHT?

A.    OH, YES.  HE IS STILL MY NEPHEW.

Q.    AND WOULD HIS DYING HAVE AN IMPACT ON YOU?

A.    WELL, OF COURSE.

Q.    HOW CAN YOU EXPLAIN THAT?

A.    WELL, DAVID HAS SERVED A LONG TIME IN PRISON.  I THINK THAT IS ALL HE KNOWS, BUT STILL IT'S -- A LIFE IS LIFE.  IT'S HIS LIFE.  AND IT'S NOT DEATH.

Q.    AND YOU WOULD -- WOULD YOU --

A.    I WOULD MISS HIM, YES.

MS. SAUNDERS:  COURT'S INDULGENCE.

(PAUSE.)

MS. SAUNDERS:  I HAVE NO FURTHER QUESTIONS.  I'M SORRY.  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

THE COURT:  NO FURTHER QUESTIONS ON DIRECT, SO CROSS EXAMINE.

MR. GURGANUS:  THANK YOU, YOUR HONOR.

CROSS EXAMINATION

BY MR. GURGANUS:

Q.    HOW DO YOU SAY YOUR LAST NAME?

A.      SOLDER.

Q.      SOLDER?

A.      YES.

Q.      AND HOW MUCH OLDER WAS -- I THINK I MISSED IT -- DEAN THAN YOU?

A.      SEVEN YEARS.

Q.      SEVEN YEARS.

        NOW, YOU DESCRIBED A FAMILY THAT HAD A MOTHER AND FATHER, IS THAT RIGHT?

A.      YES.

Q.      AND IT WAS -- THEY STAYED TOGETHER ALL YOUR LIFE?

A.      YES.

Q.      YOUR MOM AND YOUR DAD?

A.      YES.

Q.      AND YOU KIND OF WENT THROUGH SOME OF THE ROCKY TIMES.  LIKE, FOR INSTANCE, YOU TALKED ABOUT THIS INCIDENT WHERE -- WAS IT -- YOUR FATHER'S NAME HOYT?

A.      YES.

Q.      WHEN HE PULLED THIS GUN?

A.      YES.

Q.      HE WAS NOT GOING TO SHOOT ANYONE THAT DAY, RIGHT?

A.      YOU KNOW, I DON'T KNOW.  I MEAN, IF YOU HAVE BEEN DRINKING, YOU NEVER KNOW.  I WOULD HOPE NOT.

Q.      THIS WAS A ONE-TIME THING THAT YOU ARE BRINGING UP, RIGHT?

A.      WELL, WITH A GUN THAT I KNOW, YES.

Q.      HE NEVER DID THAT ANY OTHER TIME IN YOUR ENTIRE LIFE, THAT YOU OBSERVED, RIGHT?

A.      NO.  BUT HE -- NO, NOT WITH A GUN, NO.

Q.      AND OF COURSE HE WAS NOT GOING TO SHOOT UP EVERYONE IN THAT HOUSE, RIGHT?

A.      I DON'T KNOW.  I CAN'T ANSWER THAT QUESTION.

Q.      BUT HE SAT DOWN AND NOTHING HAPPENED, ISN'T THAT RIGHT?

A.      RIGHT.  NOTHING HAPPENED THEN.

Q.      CAN YOU TELL US ABOUT SOME OF THE HAPPY TIMES IN YOUR FAMILY?

A.      OUR HAPPY TIMES WAS -- WELL, WE MADE OUR HAPPY TIMES, LET'S PUT IT THAT WAY.  I MEAN, WE NEVER -- WE NEVER WENT HUNGRY, OKAY.  I MEAN, WE HAD ASSISTANCE, GOVERNMENT ASSISTANCE.  BUT AS I SAY, BEANS AND POTATOES.  THAT WAS FOOD SO WE ATE.  IF MY FATHER -- AT ONE TIME HE WAS DRIVING A DUMP TRUCK SO WE HAD A LITTLE MORE MONEY, SO WE DID GET CHRISTMAS PRESENTS.

Q.      AND HE WAS A HARD WORKING MAN?

A.      WHEN HE WORKED, YES.

Q.      WHEN HE HAD EMPLOYMENT, HE WAS HARD WORKING?

A.      YES.

Q.    AND YOUR MOM, LOVING PERSON?

A.    YES.  SHE JUST -- SHE WAS LOVING BUT, AS I SAID, SHE IS NOT A HUGGER.  SHE DIDN'T SHOW AFFECTION LIKE THAT.

Q.    RIGHT.

A.    SHE WAS LOVING.

Q.    BUT SHE LOVED YOU, YOU KNOW THAT, RIGHT?

A.    YES.

Q.    AND YOU LOVED HER?

A.    YES.

Q.    AND YOU LOVED YOUR DAD?

A.    YES, EVEN THOUGH NOT AS MUCH AS I DID MY MOTHER.

Q.    HE WAS STRICT?

A.    YES.

Q.    AND -- BUT YOU WILL AGREE WITH ME --

A.    BUT MY MOTHER WAS STRICT, ALSO.

Q.    AND A LOT OF PARENTS AT THAT TIME IN OKLAHOMA WERE STRICT, RIGHT?

A.    YES.

Q.    I MEAN, NOWADAYS, THE KIDS, THEY TALK --

MS. SAUNDERS:  YOUR HONOR, SHE WAS NOT FINISHED HER ANSWER.

THE COURT:  DO YOU HAVE MORE OF AN ANSWER YOU WANT TO GIVE?

THE WITNESS:  NO.  I WAS GOING TO SAY

THAT MY FATHER WAS STRICT, BUT I GOT MORE SPANKINGS FROM MY MOTHER.

BY MR. GURGANUS:

Q.      AND YOU LEARNED, WHEN YOU DID GET A SPANKING FROM YOUR FATHER, IF YOU CRIED REAL QUICK HE WOULD STOP?

A.      YES, BECAUSE MY BROTHER RON AND I LEARNED THAT QUICKLY.  MY SISTER BET DID NOT.  SHE WAS STUBBORN.

Q.      AND IT WASN'T UNUSUAL BACK IN THOSE TIMES FOR KIDS TO GET A SPANKING IF THEY MISBEHAVED?  WILL YOU AGREE WITH ME?

A.      SPANKINGS WE GOT, BUT WE NEVER GOT HIT IN THE HEAD.  LET'S PUT IT THAT WAY.  WE ALWAYS HAD -- THEY ALWAYS HAD SOMETHING TO SPANK US WITH.

Q.      BUT NOT IN THE HEAD?

A.      NO.

Q.      AND NOW TIMES HAVE CHANGED.  NOW PARENTS, IT IS FROWNED UPON TO GIVE A CHILD A SPANKING.  BUT BACK THEN IT WAS KIND OF NORMAL, WOULDN'T YOU AGREE WITH ME?

A.      IT WAS NORMAL FOR SPANKINGS?

Q.      YES, IF YOU HAD MISBEHAVED.

A.      YES.

Q.      NOW, YOU BRING UP THIS ONE OCCASION WHEN YOUR FATHER LEFT AND THAT WAS A ONE-TIME THING, ALSO, WITH ANOTHER -- THERE WAS ANOTHER WOMAN INVOLVED?

A.      THAT'S WHAT I REMEMBER.  MY FATHER LEFT AT

DIFFERENT TIMES.  SOMETIMES HE WOULD BE GONE AN OVERNIGHT.  I MEAN, THAT HAPPENED NUMBERS OF TIMES.  I THOUGHT HE WAS DRINKING WITH PEOPLE.

Q.     AND WAS YOUR FATHER AN ALCOHOLIC OR HE JUST WENT OUT AND WOULD LIVE IT UP EVERY ONCE IN A WHILE?

A.     NO.  HE DRANK QUITE OFTEN, ESPECIALLY WHEN I WAS OLDER.  LIKE WHEN I WAS -- I NOTICED WHEN I WAS 11 OR 12 YEARS OLD THAT HE DRANK IT MORE THEN THAN HE HAD BEFORE.

Q.     AND YOUR SISTER DEAN WAS HOW MUCH OLDER THAN YOU?

A.     SEVEN YEARS OLDER.

Q.     SO WHEN DEAN WAS LIVING THERE, HE WASN'T DRINKING AS MUCH, WOULD YOU AGREE WITH THAT?

A.     I DON'T KNOW THAT.  I CAN'T REMEMBER DEAN LIVING IN THE HOUSE VERY MUCH.  I MEAN, I WAS PRETTY YOUNG, SO I DON'T RECALL A LOT OF INTERACTIONS WITH HER.

Q.     YOU NEVER SAW DEAN BEATING DAVID, IS THAT TRUE?

A.     I SAW DEAN -- WHAT DO YOU MEAN BY BEATING?

Q.     WELL, I THINK YOU TESTIFIED -- DID YOU SAY BEFORE THAT YOU DID NOT OBSERVE THAT?

A.     WELL, I DIDN'T -- IT WAS NOT BEATINGS BUT PUSHING SOMEBODY IN THE HEAD OR THE SHOULDER.  IT'S NOT REALLY BEATING BUT IT'S NOT --

Q.     IT'S NOT BEING --

A.        IT'S NOT JUST ASKING A CHILD TO GO AWAY EITHER.

Q.        GIVE HIM A LITTLE SHOVE AWAY, IS THAT RIGHT?

A.        IT'S NOT LIKE SHOVING A SHOULDER WHEN YOU PUSH THEIR HEAD AWAY, TO ME.

Q.        YOU TALKED ABOUT YOUR FATHER LIKED TO HAVE HIS FEET SCRATCHED AND HIS HEAD SCRATCHED, RIGHT?

A.        YES.

Q.        AND DID YOU FIND THAT -- HE WAS -- IN YOUR VIEW, HE WAS NOT A PEDOPHILE, WAS HE?

A.        NO.

Q.        THIS WAS JUST A MANNER OF AFFECTION FROM KIDS TO THEIR FATHER, RIGHT?

A.        NO.  YOU HAD TO DO THIS.  YOU HAD NO CHOICE.

Q.        OKAY.  IT WAS NOT A SEXUAL THING, CORRECT?

A.        NO.

Q.        YOU TALKED ABOUT THE TIME WHEN DAVID WAS IN THE HOSPITAL AND HE HAD HIS APPENDIX OUT?

A.        YES.

Q.        AND YOU SAID -- WERE THE PARENTS THERE?

A.        YES.

Q.        AND YOU SAID THEY WERE BEING AFFECTIONATE.  HOW WERE THEY BEING AFFECTIONATE?

A.        WELL, I MEAN, LET'S SAY AFFECTIONATE, THE NICEST I HAVE SEEN THEM TO HIM.  I MEAN -- NOW, I MUST HAVE BEEN SPENDING THE NIGHT WITH THEM.  I DON'T RECALL THAT

PART. I KNOW WE LIVED IN THE WESTERN PART OF OKLAHOMA THEN, BECAUSE WE HAD MOVED, AND HE WAS IN WEATHERFORD HOSPITAL. BUT WHEN I SAY AFFECTIONATE, I MEAN THEY WERE CONCERNED ABOUT HIM. THAT IS THE MOST -- I GUESS I WOULD SAY THE MOST CONCERNED I HAD SEEN THEM WITH DAVID.

MR. GURGANUS: YOUR HONOR, WE HAVE NO FURTHER QUESTIONS.

THE COURT: ANY REDIRECT?

MS. SAUNDERS: NO, YOUR HONOR.

THE COURT: YOU MAY STEP DOWN.

THE WITNESS: CAN I TAKE MY WATER?

(WITNESS EXCUSED)

THE COURT: WHO'S THE NEXT WITNESS?

MS. SAUNDERS: I'M NOT SURE, YOUR HONOR.

THE COURT: I HAVE A MEETING I HAVE TO ATTEND. AND I THOUGHT WE WOULD BREAK AROUND TEN AFTER, WE ARE NOT GOING TO RECONVENE UNTIL A QUARTER TO TWO. BUT IF WE CAN GET IN TEN MINUTES OF TESTIMONY, LET'S DO IT.

MS. SAUNDERS: OKAY.

THE COURT: AND HOPEFULLY I WILL BE BACK BY QUARTER TO TWO.

MR. MORENO: YOUR HONOR, THE DEFENSE WOULD CALL MARTIN HAMMER.

THE COURT: THIS IS MARTIN HAMMER YOU ARE

CALLING?

MR. MORENO:  YES, YOUR HONOR.

MARTIN LEON HAMMER, DEFENSE WITNESS, SWORN.

THE CLERK:  STATE AND SPELL YOUR FULL NAME FOR THE RECORD, PLEASE.

THE WITNESS:  MARTIN LEON HAMMER.

MR. MORENO:  MAY I INQUIRE?

THE COURT:  YES.

DIRECT EXAMINATION

BY MR. MORENO:

Q.    GOOD AFTERNOON, MR. HAMMER.  MR. HAMMER, WHAT IS YOUR RELATIONSHIP TO DAVID?

A.    HE IS --

THE COURT:  MR. HAMMER, I'M GOING TO ASK YOU TO MOVE CLOSE TO THE MICROPHONE AND TRY TO SPEAK INTO THE MIC.

THE WITNESS:  OKAY.  YES, SIR.  HE IS MY BROTHER.

BY MR. MORENO:

Q.    AND IS HE OLDER OR YOUNGER?

A.    OLDER.

Q.    AND HOW MUCH OLDER IS HE THAN YOU?

A.    FIVE YEARS.

Q.    DO YOU HAVE ANY OTHER SIBLINGS?

A.    YES, I HAVE A SISTER.

Q.    WHAT IS HER NAME?

A.    DIANE.

Q.    AND HOW OLD IS SHE?  WELL, WHERE IS SHE IN THE ORDER?

A.    SHE IS THE SECOND CHILD.

Q.    SHE IS THE SECOND CHILD.  AND HOW MUCH OLDER IS SHE FROM YOU?

A.    TWO YEARS.

Q.    NOW, WHERE DO YOU CURRENTLY RESIDE?

A.    OKLAHOMA CITY, OKLAHOMA.

Q.    AND HOW LONG HAVE YOU LIVED IN OKLAHOMA CITY?

A.    I HAVE BEEN IN OKLAHOMA CITY FOR THE LAST 14 YEARS.

Q.    AND HAVE YOU LIVED ANYWHERE OTHER THAN OKLAHOMA, THE STATE OF OKLAHOMA?

A.    NO, I HAVE NOT.

Q.    AND MOST OF YOUR RESIDENCE, HAS IT BEEN IN THAT OKLAHOMA CITY AREA?

A.    OKLAHOMA CITY AND WESTERN OKLAHOMA, TOO.

Q.    NOW, HOW OLD ARE YOU CURRENTLY?

A.    I'M 50.

Q.    YOU'RE 50.  AND ARE YOU MARRIED?

A.    YES, I AM.

Q.    AND DO YOU HAVE CHILDREN?

A.    YES, I DO.

Q.    HOW MANY CHILDREN DO YOU HAVE?

A.    I HAVE TWO CHILDREN.  I HAVE A SON WHICH IS 24, AND I HAVE A DAUGHTER WHICH IS 19.

Q.    AND DO YOU HAVE GRANDCHILDREN?

A.    YES, I DO.

Q.    AND HOW MANY GRANDCHILDREN DO YOU HAVE?

A.    I HAVE FOUR.

Q.    NOW, ARE YOU WORKING RIGHT NOW?

A.    YES, I AM.  I DO MAINTENANCE FOR SAM'S CLUB.

Q.    AND HOW LONG -- AND THAT IS A RELATIVELY NEW JOB, YES?

A.    YES, IT IS.

Q.    WHEN DID YOU START?

A.    EIGHT DAYS AGO.

Q.    AND HOW MANY DAYS A WEEK ARE YOU GOING TO BE WORKING?

A.    FIVE DAYS A WEEK.

Q.    AND HOW MANY HOURS A WEEK?

A.    ABOUT 25 HOURS A WEEK.

Q.    AND DO YOU HAVE ANOTHER SOURCE OF INCOME BESIDES SAM'S?

A.    YES.  I'M DISABLED.  I GET AN SSI CHECK.

Q.    AND SO DOES THE 24 HOUR, 25 HOURS A WEEK ALLOW YOU TO CONTINUE TO GET YOUR DISABILITY CHECK?

A.    YES, IT DOES.

Q.    NOW, WHAT IS THE NATURE OF THE DISABILITY?

A.    BIPOLAR.

Q.    BIPOLAR.  ALL RIGHT.  AND ARE YOU CURRENTLY ON ANY MEDICATIONS?

A.    YES, I AM.  I'M ON DEPAKOTE, WELLBUTRIN, VALIUM AND LEXAPRO.

Q.    AND HOW LONG HAVE YOU BEEN BATTLING MENTAL ILLNESS?

A.    FOR THE LAST 14 YEARS.

Q.    ALL RIGHT.  AND CAN YOU TELL US WHETHER OR NOT IN ADDITION TO BATTLING MENTAL ILLNESS YOU HAVE HAD ANY PROBLEMS WITH DRUG AND ALCOHOL OVER THE YEARS?

A.    YES, I HAVE.  I WAS SELF-MEDICATED FOR 10 TO 15 YEARS.

Q.    AND WHAT DID YOU SELF-MEDICATE WITH?

A.    ALCOHOL AND MARIJUANA.

Q.    AND WHAT WERE YOU SELF-MEDICATING ABOUT?

A.    BECAUSE OF THE HURTS.

Q.    THE HURTS?

A.    YES.

Q.    AND JUST TELL ME -- TELL US A LITTLE ABOUT WHAT YOU MEAN.  WE ARE GOING TO GO INTO DETAIL.  I'M JUST CURIOUS WHEN YOU SAY HURTS.

A.    FROM ALL OF THE ABUSE, THE ANGER, BEING CALLED

IDIOT, STUPID, DUMB.

Q.      AND THIS IS BY YOUR PARENTS?

A.      YES.

Q.      NOW, WHO WERE YOUR PARENTS?

A.      JOHNNY HAMMER AND WILMA HAMMER.

Q.      AND WHERE DID YOU GROW UP?

A.      I GROWED UP IN OKLAHOMA CITY, FORT COBB, CARNEGIE AND WESTERN OKLAHOMA.

Q.      NOW, THAT IS A NUMBER OF PLACES.  DID YOU MOVE A LOT?

A.      YES, WE DID.

Q.      DO YOU HAVE ANY IDEA, AS YOU SIT HERE TODAY, HOW MANY TIMES YOU MIGHT HAVE MOVED DURING THE COURSE OF YOUR CHILDHOOD?

A.      I WOULD SAY AT LEAST 20 DIFFERENT TIMES.

Q.      TWENTY DIFFERENT TIMES.

        NOW, WHY WOULD YOU MOVE SO OFTEN?

A.      BECAUSE MOM AND DAD COULD NOT AFFORD THE RENT.

Q.      CAN YOU DESCRIBE FOR US WHAT TYPE OF HOMES YOU LIVED IN WHILE GROWING UP, WHEN THEY COULD AFFORD THE RENT?  WHAT KIND OF HOUSES DID YOU GUYS LIVE IN?

A.      JUST A LITTLE SMALL RINKY-DINKY HOUSE, NOTHING FANCY.

Q.      NOW, WHILE YOU AND YOUR FAMILY WERE GROWING UP, WERE YOU GUYS EVER HOMELESS?

A.        YES, WE WAS.  WE LIVED AT THE LAKE, FORT COBB LAKE.

Q.        AND HOW OFTEN DID YOU LIVE AT FORT COBB LAKE?

A.        JUST ABOUT EVERY SUMMER.

Q.        AND WHY?  WHY WOULD YOU --

A.        BECAUSE THEY WAS WORKING IN THE CROPS, THE PEANUTS AND COTTON FIELDS.

Q.        AND WHY DIDN'T THEY GET A PLACE TO LIVE?

A.        BECAUSE THEY WASN'T MAKING THAT MUCH MONEY.

Q.        SO HOW OLD WERE YOU WHEN YOU FIRST REMEMBER BEING DOWN AT THE LAKE, WHEN YOUR PARENTS WERE PICKING CROPS?

A.        I WAS SEVEN YEARS OLD.

Q.        SEVEN YEARS OLD.

          AND WHAT DID YOU GUYS LIVE IN?

A.        WE LIVED IN THE CAR.  I SLEPT IN THE BACK SEAT. DAVID SLEPT IN THE TRUNK, DIANE WOULD SLEEP IN THE FRONT SEAT, AND MY MOM AND DAD HAD TWO ARMY COTS AND THAT IS WHERE THEY WOULD SLEEP OUTSIDE.

Q.        NOW, WHAT DID YOU DO FOR FOOD?

A.        WE WOULD GET COMMODITIES.

Q.        WHAT ARE COMMODITIES?  TELL ME WHAT COMMODITIES ARE?

A.        THEY ARE LIKE CANNED MEATS, POWDERED EGGS, SUGAR, FLOUR.  JUST BASIC NECESSITIES.

Q.    AND IS THAT FROM THE GOVERNMENT?

A.    IT WAS FROM THE STATE OF OKLAHOMA.

Q.    STATE OF OKLAHOMA, OKAY.

DID YOUR FAMILY RELY ON COMMODITIES FOR MOST OF YOUR CHILDHOOD?

A.    YES, THEY DID.

Q.    NOW, WHEN YOU WERE AT LAKE COBB AND THERE WERE STORMS, WHAT DID YOU GUYS DO FOR SHELTER?

A.    WE JUST ALL PILED INTO THE CAR.  THERE WOULD BE FIVE OF US.

Q.    WOULD THERE BE TIMES YOU WOULD BE IN THAT CAR ALL NIGHT DURING A STORM?

A.    YES, THEY WOULD BE.

Q.    NOW, DID BOTH YOUR PARENTS WORK THE FIELDS?

A.    YES, THEY DID.

Q.    AND WHEN THEY WORKED IN THE FIELDS, WHAT KIND OF HOURS DID THEY KEEP?

A.    FROM SUNUP TO SUNDOWN.

Q.    NOW, DID THERE COME A POINT IN TIME WHEN YOU ALSO WORKED IN THE FIELDS?

A.    YES, WHEN I WAS 11.

Q.    ELEVEN.  AND WHAT KIND OF HOURS WERE YOU REQUIRED TO KEEP?

A.    FROM SUNUP TO SUNDOWN, TOO.

Q.    DID DAVID WORK IN THE FIELDS AS WELL?

A.    YES.

Q.    AND HOW ABOUT DIANE?

A.    YES.

Q.    NOW, THE MONEY YOU MADE WORKING IN THE FIELDS, WHAT WERE YOU ABLE TO DO WITH THAT?

A.    WENT TO MOM AND DAD FOR FOOD AND --

Q.    SO THAT WAS TO HELP SUPPORT THE FAMILY?

A.    YES, SIR.

Q.    NOW, DID YOUR FAMILY -- I KNOW YOU GOT COMMODITIES, BUT COMMODITIES ASIDE DID YOU HAVE ENOUGH FOOD TO EAT, GENERALLY SPEAKING, WHEN YOU WERE GROWING UP?

A.    NO.  CHARITIES GAVE US FOOD, LIKE CHURCHES, FOOD PANTRIES.

Q.    AND WAS THAT SOMETHING THAT HAPPENED JUST ON OCCASION OR --

A.    NO.  IT HAPPENED ALL THE TIME.

Q.    WAS THAT A GENERAL SOURCE OF HOW YOUR FAMILY FED ITSELF?

A.    YES, IT IS.

Q.    NOW, WHEN YOUR PARENTS WERE NOT WORKING IN THE FIELDS WHERE DID -- WHAT KIND OF WORK DID YOUR DAD DO?

A.    HE WORKED AT GAS STATIONS.

Q.    GAS STATIONS.

OKAY.  WAS HE ABLE TO HOLD A STEADY --

YOU KNOW, HOLD A STEADY JOB?

A.      NO, SIR, HE WASN'T.  HE WENT FROM JOB TO JOB.

Q.      AND WHY IS THAT, DO YOU KNOW, IF YOU KNOW?

A.      I DON'T KNOW, SIR.

Q.      HOW ABOUT YOUR MOM, WHEN SHE WAS NOT WORKING IN THE FIELD, DID SHE --

A.      SHE WAS A NURSE'S AIDE AT REST HOMES.

Q.      AND DID SHE MAINTAIN EMPLOYMENT THERE FOR -- STEADY EMPLOYMENT IN NURSING HOMES?

A.      SHE DID MORE THAN MY DAD DID.

Q.      MORE THAN YOUR DAD DID?

A.      YES.

Q.      NOW, WOULD SHE MAINTAIN THAT WORK SOMETIMES IN THE SUMMER, EVEN WHEN YOU WERE AT LAKE COBB?

A.      NO, SHE WOULDN'T.

Q.      SO SHE WOULD LEAVE A JOB TO PICK CROPS?

A.      YES.

Q.      NOW, PRIOR TO WORKING IN THE FIELDS, WHEN YOU WERE 11, AND YOUR FAMILY WAS DOWN THERE, WHAT -- WHAT HAPPENED, FOR INSTANCE, TO YOU AND DIANE WHEN YOU WERE TOO YOUNG TO PICK CROPS, WHAT WOULD YOU DO WHILE YOUR PARENTS --

A.      WE WOULD JUST STAY BY THE CAR AND PLAY IN THE DIRT WITH TOYS.

Q.      AND THAT IS WHAT YOU AND DIANE DID?

A.      YES.

Q.      UNTIL YOU WERE OLD ENOUGH TO WORK IN THE FIELDS?

A.      YES, SIR.

Q.      NOW, DO YOU RECALL A TIME WHEN YOUR PARENTS EVER USED FOOD AS A PUNISHMENT?

A.      YES, I WOULD.

Q.      AND TELL US ABOUT THAT.  WHAT WOULD HAPPEN?

A.      THEY WOULD TELL US THAT WE WAS MEAN AND AWFUL, STUPID.  I WAS SO STUPID THAT I DID NOT DESERVE TO EAT.

Q.      WOULD YOU BE SENT TO YOUR ROOM FOR PUNISHMENT WITHOUT FOOD, IS THAT WHAT --

A.      YES, I WOULD.

Q.      NOW, YOU GOT A LOT OF FOOD FROM COMMODITIES AND FROM CHARITIES.  HOW ABOUT CLOTHING, WAS YOUR FAMILY ABLE TO PROVIDE ADEQUATE CLOTHING?

A.      NO.  THEY CAME FROM THE THRIFT STORES.

Q.      AND WHAT'S THE FIRST STORES?  OH, THE THRIFT STORES.  I MISUNDERSTOOD YOU.  OKAY.

A.      THRIFT STORES.

Q.      OKAY.  SO THE CLOTHES MAINLY CAME FROM A THRIFT STORE.  ALL RIGHT.

        NOW, DID THAT CAUSE YOU ANY PROBLEMS WHILE YOU WERE IN SCHOOL?

A.      YEAH, PEOPLE WOULD MAKE FUN OF ME BECAUSE MY CLOTHES WAS OLD AND RAGGEDY.

Q.      NOW, WAS THAT WHILE YOU WERE IN SCHOOL?

A.      YES, IT WAS.

Q.      WHERE DID YOU GO TO SCHOOL?

A.      I WENT TO 32 DIFFERENT SCHOOLS AND I GRADUATED AT LAWTON MACARTHUR IN 1982.  AND THAT IS FROM 9TH TO 12TH GRADE WAS THE LONGEST I EVER WENT TO ONE SCHOOL.

Q.      SO YOU WENT TO HIGH SCHOOL, THE ENTIRE HIGH SCHOOL IN THE ONE SCHOOL?

A.      YES, SIR.

Q.      BUT BEFORE THAT, YOU WENT TO 31 OTHER SCHOOLS?

A.      YES, SIR.

Q.      AND WHY WAS THAT?

A.      WE WAS MOVING ALL THE TIME.

Q.      WERE YOU ABLE TO MAKE FRIENDS?

A.      NO.  I WAS ALWAYS THE NEW KID ON THE BLOCK, AND NOBODY -- I NEVER REALLY MADE NO FRIENDS.

Q.      HOW ABOUT WHEN YOU WERE IN HIGH SCHOOL, WERE YOU ABLE TO MAKE FRIENDS THEN?

A.      YES, I WAS, IN HIGH SCHOOL.

Q.      NOW, DURING THE YEARS THAT YOU MOVED A LOT, WERE YOU ABLE TO PARTICIPATE IN ANYTHING LIKE, SAY, BOY SCOUTS OR CUB SCOUTS OR LITTLE LEAGUE?

A.      I DID ONE YEAR WHEN I WAS IN FIFTH GRADE.

Q.      AND WHAT WAS THAT?

A.      I WAS IN CUB SCOUTS.

Q.      AND DURING THAT YEAR, WERE YOU AT ONE SCHOOL FOR A WHILE?

A.      YES, I WAS AT STAND WATIE FOR ONE YEAR.

Q.      FOR THE ENTIRE YEAR?

A.      YEAH, FOR THE WHOLE YEAR.

Q.      IS THAT THE ONLY TIME THAT YOU WERE ABLE TO BE AT A SCHOOL LONG ENOUGH WHERE YOU COULD ENGAGE IN THOSE KIND OF ACTIVITIES?

A.      YES, IT IS.

THE COURT:  MR. MORENO, WOULD THIS BE A GOOD TIME TO TAKE OUR LUNCHEON RECESS?

MR. MORENO:  THAT WOULD BE FINE.

THE COURT:  ALL RIGHT.  SO WHY DON'T WE, AGAIN, RESUME AT QUARTER TO TWO.  AND I'M GOING TO TRY MY VERY BEST TO GET BACK AT THAT TIME.  ALL RIGHT.

MR. MORENO:  THANK YOU, YOUR HONOR.

THE COURT:  WE WILL STAND IN RECESS.

(LUNCHEON RECESS.)

THE COURT:  PLEASE BE SEATED.  PLEASE BRING THE WITNESS BACK ON THE WITNESS STAND.

MR. MORENO:  HE SHOULD BE HERE IN A MINUTE, YOUR HONOR.

BY MR. MORENO:

Q.      GOOD AFTERNOON, MR. HAMMER.

A.      GOOD AFTERNOON.

Q.      JUST MAKE SURE THAT MICROPHONE IS WHERE YOU CAN SPEAK INTO IT CLEARLY.

A.      OKAY.

Q.      SO I THINK WHEN WE LEFT OFF BEFORE LUNCH, WE HAD BEEN TALKING ABOUT THE TYPE OF JOBS YOUR PARENTS HAD?

A.      RIGHT.

Q.      SO I WANT TO MOVE IN, IN A MOMENT, TO WHAT YOUR PARENTS -- WHAT, IF ANYTHING, YOUR PARENTS DID WITH YOU AND DAVID AND DIANE TO GET MONEY FOR THE FAMILY AS WELL. DO YOU RECALL ANYTHING LIKE THAT?

A.      YES, I DID.  THEY WOULD SAY THAT WE WAS COLLECTING MONEY FOR CHARITIES AND GIVE US A CAN AND WE WOULD GO DOOR-TO-DOOR AND GET MONEY FROM PEOPLE AND THEN WE WOULD GIVE IT TO OUR PARENTS.

Q.      HOW OLD WERE YOU WHEN YOUR PARENTS FIRST MADE YOU DO THAT?

A.      I WAS ABOUT 11.

Q.      YOU WERE ABOUT 11.  AND AT THAT POINT IN TIME HAD DAVID ALREADY BEEN FORCED BY HIS PARENTS TO DO THAT?

A.      YES, HE HAD.

Q.      AND DID THERE COME A POINT IN TIME THAT DIANE ALSO WAS FORCED TO DO THAT?

A.      YES, THERE WAS.

Q.      AND HOW WOULD THEY GO ABOUT IT, WOULD THEY TAKE YOU TO NEIGHBORHOODS AND DROP YOU OFF OR --

A.        YES, THEY WOULD TAKE US TO A NEIGHBORHOOD, DROP US OFF, GO IN THE BLOCK, AND WE WOULD GO FROM HOUSE TO HOUSE AND THEN WE WOULD GO TO ANOTHER BLOCK.

Q.        AND IS THAT SOMETHING THAT HAPPENED OFTEN?

A.        IT PROBABLY HAPPENED NINE, TEN TIMES THAT I CAN REMEMBER.

Q.        DURING YOUR CHILDHOOD?

A.        YES.

Q.        HOW DID THAT MAKE YOU FEEL?

A.        MADE ME FEEL AWFUL BECAUSE I KNEW IT WAS WRONG EVEN THOUGH I WAS A CHILD.

Q.        ALL RIGHT.  I WANT TO ASK YOU A COUPLE OF QUESTIONS FOR A MOMENT ABOUT YOUR FATHER, OKAY?  WE ARE GOING TO TALK ABOUT JOHNNY.

A.        OKAY.

Q.        ALL RIGHT.  WHAT CAN YOU TELL US, GENERALLY, ABOUT JOHNNY?  TELL US A LITTLE BIT ABOUT YOUR FATHER. WHAT WAS HE LIKE?

A.        HE WAS DEPRESSED.  HE ALWAYS MOVED FROM PLACE TO PLACE AND GOING FROM JOB TO JOB, AND HE WAS VIOLENT.

Q.        HE WAS VIOLENT.  OKAY.  WAS HE AS VIOLENT AS YOUR MOM?

A.        NO.

Q.        DID HE HAVE A TEMPER?

A.        YES, HE DID.

Q.   WAS IT AS BAD AS YOUR MOM'S?

A.   NO, IT WAS NOT.

Q.   DID HE EVER DESCRIBE TO YOU HOW HE WAS RAISED, FOR INSTANCE, BY HIS PARENTS OR HIS FATHER?

A.   HE WAS RAISED BY HIS GRANDPARENTS.

Q.   OKAY, HIS GRANDPARENTS.  AND DID HE EVER TELL YOU WHAT THAT WAS LIKE?

A.   YEAH.  HE SAID HIS GRANDDAD WOULD BEAT HIM WITH A RAZOR STRAP IF HE DONE SOMETHING WRONG.

Q.   WAS HIS GRANDFATHER VERY STRICT?

A.   YES, A VERY STRICT MAN.

Q.   NOW, DID YOUR FATHER EVER HIT YOU?

A.   YES, HE DID.

Q.   AND WHAT DID HE HIT YOU WITH?

A.   EXTENSION CORD, A BELT, A 2 BY 4 ONE TIME.

Q.   DID YOU EVER SEE HIM ABUSE DAVID OR DIANE?

A.   YES, I DID.

Q.   DO YOU RECALL WHETHER OR NOT, WHEN YOUR FATHER WOULD HIT EITHER YOU OR DAVID OR DIANE, IF HE WOULD DRAW BLOOD?

A.   YES, HE HAD LEFT WELTS.

Q.   I'M SORRY.

A.   WELTS.

Q.   OKAY.

A.   BRUISES.

Q.    DO YOU RECALL IF HE EVER DREW BLOOD FROM HITTING ANY OF YOU?

A.    NOT THAT I CAN REMEMBER.

Q.    NOW, DID YOU EVER WITNESS YOUR FATHER BEHAVING INAPPROPRIATELY WITH YOUR SISTER DIANE?

A.    YES, I CAUGHT MY FATHER MOLESTING MY SISTER.

Q.    AND HOW OLD WERE YOU AT THE TIME?

A.    I WAS IN FIFTH GRADE, SO I WAS PROBABLY 10, 11 YEARS OLD.

Q.    11, 12?

A.    11, 12.

Q.    AND WHERE DID THAT HAPPEN?

A.    IN OUR BEDROOM -- IN MY MOM AND DAD'S BEDROOM.

Q.    AND HOW DID YOU WALK IN UPON THAT?

A.    I JUST OPENED THE DOOR AND WALKED IN.  AND THERE IT WAS GOING ON.

Q.    AND DO YOU KNOW HOW OLD YOUR SISTER WAS AT THAT TIME?

A.    SHE WAS 14.

Q.    AND I KNOW THIS SOUNDS LIKE A RIDICULOUS QUESTION, BUT HOW DID THAT MAKE YOU FEEL?

A.    I FELT AWFUL, BECAUSE I TOLD MY MOM ABOUT IT AND SHE TOLD ME THAT I WAS LYING, THAT IT DIDN'T HAPPEN.

Q.    DID YOUR MOTHER GET ANGRY WHEN YOU TOLD HER ABOUT IT?

A.      YES, SHE GOT VERY ANGRY.

Q.      DO YOU RECALL WHETHER DAVID EVER BROUGHT TO THE ATTENTION OF YOUR MOTHER THE FACT THAT YOUR FATHER WAS SEXUALLY ABUSING DIANE?

A.      YES, HE DID.

Q.      AND WHAT HAPPENED?

A.      SHE GOT ANGRY AT HIM, TOO.

Q.      NOW, DID YOUR MOTHER AND FATHER FIGHT AMONGST THEMSELVES?

A.      YES.  THEY ARGUED ALL THE TIME.

Q.      AND WAS THERE A TIME WHEN EITHER OF THEM LEFT THE HOME AS A RESULT OF THE FIGHTING?

A.      YES, MY DAD LEFT THE HOME, WAS HAVING AN AFFAIR WITH OTHER WOMEN.

Q.      HOW LONG WAS HE OUT OF THE HOUSE, IF YOU RECALL?

A.      SOMETIMES A MONTH, TWO MONTHS AT A TIME.

Q.      AND HE WOULD COME BACK?

A.      RIGHT.

Q.      HOW OFTEN, IF YOU RECALL, DID THAT -- DID YOUR FATHER TAKE OFF LIKE THAT?

A.      I CAN REMEMBER THREE OR FOUR TIMES.

Q.      AND HOW DID THAT MAKE YOU KIDS FEEL, WHEN YOUR FATHER WOULD TAKE OFF LIKE THAT?

A.      LIKE HE ABANDONED US, DID NOT CARE.

Q.      BETWEEN YOUR MOM AND YOUR DAD, WHO WAS THE

EASIER ONE TO GET ALONG WITH?

A.     MY DAD.

Q.     CAN YOU TELL US WHETHER OR NOT, WHEN YOUR DAD LEFT THE HOME, THINGS WERE WORSE?

A.     YES, IT WAS.

Q.     NOW, YOU MENTIONED THAT YOUR FATHER HAD SOME AFFAIRS.  WAS INFIDELITY LIMITED JUST TO HIM?

A.     NO, IT WAS NOT.  MY MOM HAD AN AFFAIR WITH MY UNCLE.

Q.     AND UNCLE WHO?

A.     UNCLE ALBERT.

Q.     AND IS THAT YOUR FATHER'S BROTHER?

A.     YES, IT IS.

Q.     AND WHEN DID THAT HAPPEN?  WELL, LET ME ASK YOU THIS.  WE'RE NOT LOOKING FOR A DATE.  ROUGHLY HOW OLD WERE YOU?

A.     I WAS 11.

Q.     AND HOW DO YOU KNOW THIS HAPPENED?

A.     BECAUSE THEY LOCKED ME OUT OF THE MOTEL ROOM ALL DAY UNTIL IT GOT DARK AND I STAYED IN THE SWIMMING POOL ALL DAY.

Q.     LET'S BACKTRACK FOR A MINUTE.  HOW DID YOU GET TO THE MOTEL?

A.     WE WENT FROM AMARILLO, TEXAS TO VEGA, TEXAS ON THE BUS.

Q.      ON THE BUS.  AND ROUGHLY HOW MANY MILES IS THAT?

A.      ABOUT 35 MILES.

Q.      AND DID YOU GO THERE EARLY IN THE DAY, LATE IN THE DAY?

A.      EARLY IN THE DAY.

Q.      AND WHEN YOU ARRIVED IN VEGA, TEXAS, WHERE DID YOU GO?

A.      TO A MOTEL.

Q.      AND WHO WAS AT THE MOTEL?

A.      ME, MY MOM, AND UNCLE ALBERT.

Q.      AND SO WHAT DID THEY HAVE YOU DO?

A.      GO OUTSIDE AND SWIM ALL DAY.

Q.      IN THE HOTEL POOL?

A.      YES.

Q.      AND WHAT DID YOUR MOTHER AND ALBERT -- WHERE DID THEY GO?

A.      THEY WAS IN THE MOTEL TOGETHER.

Q.      AND DID YOU SEE THEM AT ANY POINT IN TIME DURING THAT DAY?

A.      NO, I DID NOT.

Q.      DID YOUR MOM EVER COME AND CHECK ON YOU IN THE POOL?

A.      NO, SHE DID NOT.

Q.      WHAT TIME WERE YOU -- WERE YOU LET BACK IN THE ROOM?

A.      YES, ABOUT 8 O'CLOCK, WHEN THE POOL CLOSED.

Q.      NOW, MR. HAMMER, I WANT TO DRAW YOUR ATTENTION TO DAVID AND DIANE.  CAN YOU TELL US WHETHER OR NOT YOUR FATHER SEXUALLY ABUSED DAVID AND DIANE?

A.      YES, HE DID.

Q.      CAN YOU TELL US WHAT HAPPENED?

A.      I WALKED IN AND DAD WAS WATCHING DAVID AND DIANE HAVING SEX.

Q.      DAVID AND DIANE WERE HAVING SEX AND YOUR FATHER WAS WATCHING?

A.      YES.

Q.      AND HOW OLD WERE YOU?

A.      11.

Q.      YOU WERE 11.  AND SO DAVID WOULD HAVE BEEN ABOUT 15?

A.      15.

Q.      AND DIANE WAS ABOUT HOW OLD, DO YOU THINK?  14?

A.      YEAH, 14.

Q.      AND WHAT DID YOU DO THEN?  YOU LEFT THE ROOM, I TAKE IT?

A.      YES, I DID.

Q.      AND DO YOU KNOW IF THAT WAS A ONE-TIME OCCASION?

A.      NO, I CAUGHT THEM MORE THAN ONCE.

Q.      AND DID YOU TALK WITH EITHER DAVID OR DIANE ABOUT IT?

A.    I TALKED TO DAVID ABOUT IT.

Q.    DID DAVID TELL YOU HOW OLD HE WAS WHEN THIS FIRST STARTED?

A.    YEAH.  HE WAS -- I THINK HE SAID HE WAS 12.

Q.    12?

A.    YEAH.

Q.    DO YOU KNOW HOW LONG YOUR FATHER HAD DAVID AND DIANE HAVE SEX?  HOW MANY YEARS IT HAD GONE ON?

A.    I THINK FOR A COUPLE OF YEARS.

Q.    DID YOUR MOTHER KNOW ABOUT THIS, AS FAR AS YOU KNOW?

A.    NOT THAT I KNEW OF.

Q.    DID YOU BRING IT TO HER ATTENTION?

A.    I TOLD HER AND, AGAIN, SHE TOLD ME THAT IT DIDN'T HAPPEN.

Q.    CAN YOU TELL US WHETHER OR NOT YOU AND DIANE ALSO HAD A SEXUAL RELATIONSHIP?

A.    YES, WE DID, BECAUSE I THOUGHT IT WAS RIGHT, BECAUSE MY DAD DID IT AND MY BROTHER DID IT, AND AT THAT TIME I THOUGHT IT WAS ALL RIGHT.

Q.    AND HOW OLD WERE YOU AND DIANE WHEN THAT HAPPENED?

A.    SHE WAS ABOUT 14, AND SHE IS TWO YEARS OLDER THAN ME.

Q.    I WANT TO TALK FOR A FEW MINUTES NOW ABOUT YOUR

MOTHER.  AND YOUR MOTHER WAS DEAN, CORRECT?

A.     YES, SIR.

Q.     DO YOU KNOW WHETHER OR NOT, WHEN YOU WERE GROWING UP, YOUR MOTHER SUFFERED FROM ANY FORM OF MENTAL ILLNESS THAT YOU WERE AWARE OF?

A.     I THINK SHE HAD DEPRESSION.

Q.     AND WHAT MADE YOU THINK THAT?

A.     BECAUSE SHE WAS SAD ALL THE TIME.

Q.     DO YOU RECALL WHETHER OR NOT, IF YOU KNEW, SHE TOOK ANY PSYCHIATRIC MEDICATION?

A.     NOT THAT I KNOW OF.

Q.     AND YOUR MOM, SHE WAS NOT MUCH OF A DRINKER, RIGHT?

A.     NO.  SHE WAS A PILL ADDICT.  SHE WOULD GO FROM DOCTOR TO DOCTOR TO GET PAIN PILLS.

Q.     OKAY.  AND HOW DID YOU KNOW THAT?

A.     BECAUSE I WOULD GO WITH HER TO THE DIFFERENT DOCTORS.

Q.     AND HOW LONG DO YOU KNOW DID YOUR MOM ABUSE PILLS LIKE THAT?

A.     PROBABLY 10, 11 YEARS.

Q.     NOW, WE PROBABLY COVERED THIS, BUT I WILL ASK YOU AGAIN REAL QUICK.  WHO WAS THE DISCIPLINARIAN IN YOUR FAMILY?

A.     MY MOM.

Q.        WHAT WOULD TRIGGER HER ANGER?  WHAT WOULD SHE GET ANGRY ABOUT?

A.        IT COULD BE ANYTHING.  ONE TIME I WAS AN LD STUDENT, SPECIAL ED, AND SHE PUT MY HAND OVER A BURNER BECAUSE I MADE BAD GRADES.

Q.        HOW OLD WERE YOU WHEN THAT HAPPENED?

A.        THAT IS THE YEAR I WAS IN FIFTH GRADE.  I DON'T REMEMBER HOW OLD I WOULD HAVE BEEN.

Q.        YOU WERE IN FIFTH GRADE.  BUT YOU DO REMEMBER THAT?

A.        YES, I DO REMEMBER THAT.

Q.        WERE THERE PARTICULAR BOUNDARIES OR GUIDELINES THAT YOUR PARENTS SET FOR YOU THAT IF YOU CROSSED THOSE LINES THEY WOULD HIT YOU?

A.        YES.

Q.        AND WAS IT CLEAR TO YOU WHAT WOULD TRIGGER HER ANGER WHEN YOU WERE GROWING UP?

A.        IT COULD BE ANYTHING.  SHE JUST WOULD GO OFF. SHE WOULD THROW STUFF, HIT YOU WITH ANYTHING SHE COULD GET AHOLD OF.

Q.        WHAT DID SHE HIT YOU WITH, THAT YOU RECALL?

A.        SHE HIT ME WITH AN ASHTRAY, SHE HIT ME WITH HER SHOES, SHE HIT ME WITH A BELT, EXTENSION CORDS.

Q.        HOW OLD WERE YOU THE FIRST TIME YOU RECALL HER HITTING YOU LIKE THAT?

A.    ABOUT EIGHT YEARS OLD.

Q.    ABOUT EIGHT.

AND DO YOU RECALL WHEN THE LAST TIME WAS THAT SHE TRIED TO HIT YOU?

A.    SHE TRIED TO HIT ME WHEN I TURNED 18 YEARS OLD AND I PICKED HER UP AND PUT HER AGAINST THE WALL AND I TOLD HER, MOM, YOU ARE NOT GOING TO HIT ME LIKE THIS NO MORE.

Q.    DID SHE EVER TRY TO HIT YOU AGAIN AFTER THAT?

A.    NO, SHE DID NOT.

Q.    WAS YOUR MOM AFFECTIONATE?

A.    NOT REALLY.

Q.    DID SHE EVER TELL YOU SHE LOVED YOU?

A.    A FEW TIMES RIGHT BEFORE SHE DIED SHE DID, BUT GROWING UP AS A KID, NO.

Q.    HOW ABOUT YOUR FATHER, WHEN YOU WERE GROWING UP AS A KID, DID HE EVER TELL YOU HE LOVED YOU?

A.    NO.  THE ONLY TIME HE EVER TOLD ME THAT HE LOVED ME WAS THE DAY WE BURIED MY MOM.

Q.    WAS THAT IN 1989?

A.    IN 1989, YES, SIR.

Q.    AND YOU WERE AN ADULT BY THEN?

A.    YES, SIR.

Q.    NOW, WHEN YOUR MOM WAS ANGRY, HOW DID SHE TALK TO YOU?

A.      SHE WOULD SAY THAT I WAS STUPID, IGNORANT, WOULDN'T EVER MAKE ANYTHING OUT OF MYSELF.

Q.      DID SHE CURSE AT YOU?

A.      YES, SHE WOULD.

Q.      DID SHE DO THE SAME THINGS TO DAVID?

A.      YES, SHE WOULD.

Q.      DID YOU EVER WITNESS THAT?

A.      YES, I DID.

Q.      AND HOW ABOUT DIANE?

A.      YES, I DID.

Q.      DID SHE HAVE A FAVORITE?

A.      KIND OF ME.

Q.      KIND OF YOU?

A.      YEAH.

Q.      DID SHE HAVE A CHILD WHO WAS MORE IN DISFAVOR?

A.      DAVID.

Q.      DAVID.  WHY WAS THAT, IF YOU KNOW?

A.      I'M NOT SURE.  I GUESS SHE THOUGHT HE WAS OLDER, LIKE WHEN ME AND MY SISTER WOULD GET IN TROUBLE, THEY WOULD BEAT HIM, TOO, BECAUSE OF ME AND MY SISTER, LIKE HE SHOULD HAVE BEEN THE PARENT AND NOT THEM.

Q.      HOW OFTEN WAS THERE VIOLENCE IN YOUR HOME?

A.      DAILY.

Q.      NOW, DID THERE COME A TIME WHEN YOUR PARENTS WOULD LOCK YOU OUT OF THE HOUSE?

A.      YES, THEY WOULD.  IN THE SUMMERTIME, THEY WOULD LOCK US OUT ABOUT 7 O'CLOCK IN THE MORNING AND THEY WOULD LET US BACK IN WHEN IT GOT DARK, AND AT LUNCHTIME THEY WOULD MAKE A SANDWICH AND A GLASS OF WATER AND PUT IT ON THE PORCH AND WE WOULD COME UP AND EAT AND WE WOULD STAY OUT UNTIL SUPPER TIME.

Q.      AND HOW OLD WERE YOU THE FIRST TIME YOU RECALL BEING PUT OUT LIKE THAT IN THE SUMMERTIME?

A.      I WAS NINE YEARS OLD.

Q.      NINE YEARS OLD.  AND WHAT WOULD YOU DO?

A.      WE WOULD JUST GO OUTSIDE AND PLAY.  THERE WAS A LITTLE CREEK DOWN THE WAY, WE WOULD GO FISHING.

Q.      AND THEY WOULD NOT LET YOU BACK IN UNTIL IT WAS DARK?

A.      RIGHT.

Q.      WHO WOULD DO THAT TO YOU?

A.      MY MOM.

Q.      AND WOULD THAT HAPPEN WHEN YOUR FATHER WAS WORKING?

A.      YES, IT WOULD.

Q.      DO YOU RECALL IF SHE ALSO DID THAT TO DAVID?

A.      YES, SHE DID.

Q.      AND DIANE?

A.      YES, SHE DID.

Q.      CAN YOU TELL US ABOUT WHETHER OR NOT YOUR

PARENTS EVER MADE ANY THREATS ABOUT TAKING YOU GUYS OUT OF THE HOUSE?

A.      YES.  THEY WOULD MAKE US PACK UP ALL OF OUR CLOTHES AND THREATEN TO TAKE US TO THE BAPTIST ORPHANAGE IN OKLAHOMA CITY.

Q.      NOW, THEY WOULD ACTUALLY MAKE YOU PUT YOUR CLOTHES IN SOMETHING?

A.      YEAH, THEY WOULD MAKE US PUT OUR CLOTHES IN A PILLOW CASE, AND DRIVE US TO THE DOOR OF THE ORPHANAGE AND TELL US WE WOULD BE BETTER OFF IF THEY DROPPED US OFF AT THE ORPHANAGE.

Q.      AND HOW OLD WERE YOU WHEN THAT HAPPENED?

A.      THE FIRST TIME, I WAS LIKE EIGHT YEARS OLD.

Q.      SO THERE WAS MORE THAN ONE TIME?

A.      YES, THERE WAS.

Q.      AND WERE EITHER OF YOUR SIBLINGS WITH YOU AT THE TIME?

A.      YEAH, MY BROTHER DAVID AND DIANE WAS, BOTH OF THEM.

Q.      AND DID THEY ALSO HAVE TO PACK THEIR CLOTHES IN PILLOW CASES?

A.      YES, SIR.

Q.      HOW FAR, IF YOU RECALL, WAS THE BAPTIST ORPHANAGE FROM YOUR HOME?

A.      IT WAS FROM -- ABOUT A 60-MILE DRIVE.

Q.      AND WHAT, WERE YOU AND YOUR BROTHER AND SISTER CRYING?

A.      YES, WE WAS, AND BEGGING THEM NOT TO TAKE US.

Q.      WHEN YOU WOULD GET TO THE BAPTIST HOME, WHAT WOULD THEY DO?

A.      JUST -- SOMETIMES THEY WOULD JUST SET THERE IN THE PARKING LOT AND THEY WOULD SCREAM AND HOLLER AT US AND TELL US THEY WAS GONNA GIVE US ONE MORE CHANCE, BUT IF IT HAPPENED AGAIN THEY WAS GOING TO TAKE US TO THE ORPHANAGE.

Q.      AND WHAT WAS IT THAT WOULD HAPPEN AGAIN?  WHAT WAS THE TRIGGER THAT MADE THEM DO THAT, IF YOU KNOW?

A.      I'M NOT SURE, SIR.

Q.      AND HOW OLD WERE YOU -- YOU SAID IT HAPPENED MORE THAN ONCE?

A.      RIGHT.

Q.      THE FIRST TIME WAS 8 OR 9?

A.      RIGHT.

Q.      WHEN DID IT HAPPEN AGAIN?

A.      WHEN I WAS 10 AND 11.

Q.      BOTH 10 AND 11?

A.      YES.

Q.      NOW, WAS YOUR BROTHER WITH YOU?

A.      YES, HE WAS.

Q.      AND DIANE?

A.    YES, HE WAS -- YES, SHE WAS.

Q.    WAS IT SORT OF THE SAME DRILL, YOU WENT TO THE BAPTIST ORPHANAGE?

A.    YES.

Q.    DID THEY DO THAT AT NIGHT OR DURING THE DAY?

A.    DURING THE DAY.

Q.    THE DAY?

A.    YES, SIR.

Q.    WAS IT BOTH PARENTS OR JUST ONE?

A.    IT WAS MAINLY MY MOM.

Q.    MAINLY YOUR MOM, OKAY.  SO IT WAS YOUR MOM WHO DID THIS?

A.    RIGHT.

Q.    AND DID YOUR FATHER EVER GO ALONG WITH THIS OR WAS HE --

A.    YES, HE WOULD DRIVE US BUT IT WOULD BE HER IDEA.

Q.    HOW DID THAT MAKE YOU FEEL?

A.    FELT WORTHLESS.

Q.    DID YOU AND YOUR SIBLINGS EVER TALK ABOUT THIS?

A.    YEAH, WE WOULD.

Q.    IF YOU KNOW, HOW DID IT MAKE DAVID FEEL?

A.    LIKE WE WASN'T LOVED AND WASN'T WANTED.

Q.    AND HOW ABOUT DIANE?

A.    THE SAME WAY.

Q.    AND IS THIS SOMETHING THEY TOLD YOU?

A.       YES.

Q.       WAS THERE ANYTHING ELSE THAT YOUR MOTHER DID TO YOU THAT STANDS OUT IN YOUR MIND?

A.       SHE WOULD GIVE US ENEMAS.

Q.       ALL RIGHT.  AND WHY WOULD SHE GIVE YOU ENEMAS?

A.       SHE SAID THAT IT WOULD GET THE DEMONS OUT OF US.

Q.       HOW OLD WERE YOU WHEN THAT FIRST HAPPENED TO YOU?

A.       ABOUT NINE YEARS OLD.

Q.       WAS THIS A TRAUMATIC EXPERIENCE FOR YOU?

A.       YES, IT WAS.  I WOULD FIGHT HER.

Q.       DO YOU KNOW WHAT WAS IN THE ENEMAS?

A.       IT WAS BURNT ONE TIME.  I THINK SHE PUT HOT SAUCE IN IT.

Q.       ONE TIME?

A.       ONE TIME, YES.

Q.       DO YOU KNOW IF SHE DID THIS TO ANYONE ELSE?

A.       YES.  SHE DONE IT TO DIANE AND DAVID BECAUSE I COULD HEAR THEM SCREAMING TOO.

Q.       MARTIN, WHEN YOU WERE GROWING UP -- MR. HAMMER, I'M SORRY, WHEN YOU WERE GROWING UP, DID YOUR PARENTS HELP YOU WITH YOUR SCHOOL WORK?

A.       NO, THEY WOULD NOT.  DAVID DID, MY BROTHER DAVID.

Q.       AND DID YOUR MOTHER AND FATHER -- THEY MUST HAVE

KNOWN YOU WERE TAKING LEARNING DISABILITY CLASSES?

A.        YES, THEY DID.

Q.        SO WHAT WOULD DAVID HELP YOU WITH?

A.        WITH MY MATH, MY ENGLISH, MY READING.

Q.        AND DO YOU RECALL ROUGHLY WHAT AGE RANGE YOU WERE IN WHEN DAVID WOULD PROVIDE THIS HELP FOR YOU?

A.        LIKE FOURTH, FIFTH AND SIXTH GRADE.

Q.        DO YOU RECALL IF DAVID ALSO HELPED DIANE?

A.        YES, I DID.

Q.        YES, HE DID?

A.        YES, SIR.

Q.        AND WAS THAT WITH HER SCHOOL WORK?

A.        YES.

Q.        MR. HAMMER, DO YOU RECALL WHEN YOU WERE GROWING UP WHETHER OR NOT YOU THOUGHT OR HAD HEARD THAT YOUR BROTHER DAVID HAD SOME MENTAL HEALTH ISSUES?

A.        YES, I DID.  HE WOULD WAKE UP AT NIGHT SCREAMING FROM NIGHTMARES.

Q.        AND HOW OLD WAS HE WHEN THAT WOULD HAPPEN?

A.        ABOUT 12.

Q.        DID THAT GO ON FOR A WHILE OR WAS IT AN ISOLATED EVENT?

A.        NO, IT WENT ON FOR UNTIL HE WAS ABOUT 16, 17.

Q.        AND IT WASN'T EVERY NIGHT, BUT IT WAS A LOT?

A.        YEAH, IT WAS NOT EVERY NIGHT, BUT IT WAS A LOT.

Q.      DID YOU NOTICE ANYTHING ELSE ABOUT DAVID THAT MIGHT MAKE YOU THINK -- OR DID YOU THINK THAT HE HAD ANY OTHER MENTAL HEALTH ISSUES?

A.      YEAH, HE WAS SAD ALL THE TIME.  I THINK HE WAS DEPRESSED.

Q.      AND YOU ARE THINKING THAT NOW LOOKING BACK?

A.      RIGHT.  AS A CHILD, I DID NOT KNOW THAT.  BUT AFTER ME BEING IN COUNSELING FOR 14 YEARS WITH MY BIPOLAR AND BEING AROUND PEOPLE THAT WAS DEPRESSED IN DAY GROUP, I CAN SEE IT NOW THAT HE WAS DEPRESSED.

Q.      DO YOU REMEMBER AS A CHILD THINKING HE WAS SAD, DID HE LOOK SAD?

A.      YES, HE DID LOOK SAD AS A CHILD.

Q.      WHEN WAS THE FIRST TIME YOU RECALL DAVID LEAVING HOME?

A.      HE WAS ABOUT 13 YEARS OLD WHEN HE RAN AWAY.

Q.      HE RAN AWAY.  OKAY.  DO YOU KNOW WHY HE RAN AWAY?

A.      I'M SURE HE GOT A BAD BEATING AND THEN HE RAN AWAY.

Q.      DO YOU RECALL HOW LONG HE WAS GONE FOR?

A.      ABOUT A WEEK, WEEK AND-A-HALF.

Q.      DO YOU HAVE ANY IDEA WHERE HE WENT?

A.      NO, I DO NOT.

Q.      DO YOU RECALL IF YOUR PARENTS CALLED THE POLICE

TO HELP FIND HIM?

A.    NOT TO MY KNOWLEDGE.

Q.    DO YOU RECALL IF YOUR PARENTS WENT OUT TO LOOK FOR HIM?

A.    THEY DID ONE DAY AND AFTER THAT, THEY DIDN'T.

Q.    AFTER THAT ONE DAY THEY WENT LOOKING, DID THEY CALL THE AUTHORITIES FOR HELP?

A.    NO, THEY DID NOT.

Q.    HOW OLD WAS DAVID WHEN HE LEFT THE HOUSE FOR GOOD?

A.    FOURTEEN.

Q.    FOURTEEN.  AND DO YOU KNOW WHERE HE WENT?

A.    JUST LIVING ON THE STREETS, LIVING WITH FRIENDS, JUST WHEREVER HE COULD STAY.

Q.    NOW, HOW OLD WAS DAVID WHEN HE GOT MARRIED?

A.    16.

Q.    AND HOW LONG WAS HE MARRIED FOR, DO YOU RECALL?

A.    PROBABLY ABOUT A YEAR.

Q.    AND THAT WAS TO?

A.    SHERRY.

Q.    AND WHAT IS SHERRY'S LAST NAME, IF YOU RECALL?

A.    I DON'T REMEMBER IT.

Q.    FAIR ENOUGH.

          MR. HAMMER, I MEANT TO COVER THIS EARLIER.  BUT CAN YOU TELL US WHO -- DO YOU RECALL A MAN

NAMED RAY SHERIDAN?

A.        YES, I DID.  HE HAD --

Q.        TELL ME WHO RAY SHERIDAN WAS.  TELL US WHO RAY SHERIDAN WAS.

A.        HE HAD A CABIN AT FORT COBB LAKE, AND MY BROTHER WOULD GO AND STAY THE NIGHT WITH HIM.  AND HE SAID THAT HE WAS DOING YARD WORK, BUT I THINK HE WAS PAYING HIM FOR SEXUAL FAVORS.

Q.        AND WHAT MAKES YOU THINK THAT?

A.        JUST HOW DAVID WOULD ACT WHEN HE CAME BACK TO THE CAMP.

Q.        BUT HE WOULD COME BACK WITH MONEY?

A.        YES, HE WOULD.  AND GIVE IT TO MOM AND DAD.

Q.        DO YOU KNOW HOW OLD DAVID WAS AT THE TIME?

A.        FIFTEEN OR 16.

            MR. MORENO:  YOUR HONOR, CAN I HAVE A MOMENT, PLEASE?

            THE COURT:  YES.

            (PAUSE.)

BY MR. MORENO:

Q.        MR. HAMMER, JUST VERY BRIEFLY, A COUPLE MORE QUESTIONS.

            DID YOU HAVE OTHER RELATIVES THAT YOU RECALL WHO WERE MENTALLY ILL, THE ONES YOU KNEW WHEN YOU WERE GROWING UP?

A.      YES, MY GRANDMOTHER, SHE HAD SCHIZOPHRENIA.

Q.      IS THAT GUSSIE?

A.      YES, GUSSIE HAMMER.  AND NELLIE EDITH HAD SCHIZOPHRENIA, TOO.

Q.      NOW, WAS GUSSIE YOUR FATHER'S MOM?

A.      YES.

Q.      AND WHAT HAPPENED TO HER?

A.      SHE WAS PUT IN AN INSANE ASYLUM FOR YEARS.

Q.      SHE WENT TO A PSYCHIATRIC FACILITY FOR YEARS?

A.      YES.

Q.      OKAY.  AND HOW ABOUT NELLIE?

A.      SHE WAS JUST MEDICATED.

Q.      CAN YOU THINK OF ANY OTHER RELATIVES, AS YOU SIT HERE TODAY?

A.      MY SISTER IS DEPRESSED.

Q.      IS SHE UNDER TREATMENT RIGHT NOW?

A.      YES, SHE IS.  SHE FINALLY IS UNDER TREATMENT.

Q.      ANYONE ELSE?

A.      AND DAVID.

Q.      DAVID?

A.      YEAH.

           MR. MORENO:  I HAVE NOTHING FURTHER.
MR. HAMMER, THANK YOU VERY MUCH.

           THE WITNESS:  YOU ARE WELCOME.

           THE COURT:  CROSS EXAMINE.

MS. HAINES:  THANK YOU, YOUR HONOR.

CROSS EXAMINATION

BY MS. HAINES:

Q.      HELLO, MR. HAMMER.

A.      HELLO.

Q.      I'M MS. HAINES.

A.      OKAY.  HI.

Q.      HI.  NICE TO MEET YOU.

        I WANT TO JUST START OFF BY ASKING YOU A
LITTLE BIT OF QUESTIONS ABOUT YOUR BACKGROUND.

A.      YES, MA'AM.

Q.      YOU ARE MARRIED, CORRECT?

A.      YES, I AM.

Q.      AND YOUR WIFE IS HERE TODAY?

A.      YES, SHE IS.

Q.      IS THAT BONETA?

A.      YES, MA'AM.

Q.      IS SHE HERE TO SUPPORT YOU?

A.      YES, MA'AM, SHE IS.

Q.      AND HOW LONG HAVE YOU BEEN MARRIED?  NOW YOU
BETTER GET THIS RIGHT.

A.      14 YEARS.

Q.      14 YEARS.  OKAY.

A.      YEAH, I WILL GET WHOOPED IF I DON'T, MA'AM.

Q.      AND YOU HAVE TWO GROWN CHILDREN?

A.      YES, I DO.

Q.      AND IS THAT MICHAEL AND MARINA?

A.      YES, IT IS.

Q.      NOW, IS THAT -- YOUR FIRST WIFE, CORRECT?

A.      YES, FROM MY FIRST WIFE.

Q.      AND WHAT WAS YOUR FIRST WIFE'S NAME?

A.      MARY RUFF WAS HER MAIDEN NAME.

Q.      HOW LONG YOU MARRIED TO MARY?

A.      ELEVEN YEARS.

Q.      SO YOU'VE HAD TWO MARRIAGES.  THE FIRST ONE WAS 11 YEARS, THE SECOND ONE IS 14 YEARS?

A.      YES.

Q.      AND YOU CURRENTLY HAVE A JOB AT SAM'S CLUB?

A.      YES, I DO HAVE.

Q.      AND DO YOU DO ANYTHING FOR FUN?  DO YOU HAVE ANY HOBBIES?

A.      I LIKE THE COMPUTER.

Q.      YOU LIKE THE COMPUTER?

A.      FACEBOOK.

Q.      YOU HAVE A FACEBOOK PAGE?

A.      YEAH.

Q.      DO YOU LIKE THE THUNDER?

A.      YES, I LIKE THE THUNDER.

Q.      YOU ARE A BIG SPORTS FAN?

A.      YES, MA'AM.

Q.      DO YOU LIKE ANIMALS?

A.      YES.

Q.      YOU ARE AN ANIMAL LOVER?

A.      YES.

Q.      DO YOU HAVE ANY PETS?

A.      A CAT.

Q.      A CAT, OKAY.

        NOW, TALKING ABOUT YOUR BROTHER, YOU ARE FIVE YEARS YOUNGER THAN DAVID, CORRECT?

A.      YES, I AM.

Q.      AND YOU AND DAVID COME FROM THE SAME MOTHER AND FATHER, RIGHT?

A.      YES.

Q.      YOU HAVE THE SAME SISTER THAT YOU CALL DIANE?

A.      YES.

Q.      AND SHE IS ACTUALLY ONLY 13 MONTHS YOUNGER THAN DAVID?  AM I DOING THE MATH RIGHT?

A.      RIGHT.  I THOUGHT IT WAS TWO YEARS, I'M SORRY.

Q.      WELL, I COULD BE WRONG.  DOES 13 MONTHS SOUND ABOUT RIGHT?

A.      YEAH, ABOUT 13 MONTHS, YEAH.

Q.      SO YOU AND DAVID WERE RAISED IN THE SAME RELIGION, ISN'T THAT RIGHT?

A.      YES.

Q.      YOU ARE BAPTIST OR YOU WERE?

A.      BAPTIST, YES.

Q.      YOU AND DAVID GREW UP IN THE SAME HOUSEHOLD?

A.      YES, WE DID.

Q.      AND FROM WHAT YOU JUST TESTIFIED TO, YOU SUFFERED THE SAME PHYSICAL ABUSE?

A.      YES.

Q.      YOU ALSO SUFFERED THE SAME VERBAL ABUSE FROM YOUR PARENTS?

A.      YES, MA'AM.

Q.      AND ACCORDING TO WHAT YOU HAVE SAID TODAY, YOU AND DAVID WERE ALSO BOTH SEXUALLY ABUSED, IS THAT RIGHT?

A.      YES.

Q.      ALL RIGHT.  NOW, DESPITE THE FACT THAT YOU HAVE ALL THOSE THINGS IN COMMON, MY UNDERSTANDING IS THAT YOU HAVE ONLY BEEN ARRESTED ONE TIME FOR ANYTHING HAVING TO DO WITH VIOLENCE, IS THAT CORRECT?

A.      YES, MA'AM.

Q.      AND THAT ONE ARREST WAS BACK IN 1999, IS THAT RIGHT?

A.      YES, MA'AM.

Q.      AND THE EXACT NAME OF THE CRIME IS ABUSE, FINANCIAL EXPLOITATION BY A CARETAKER.  CAN YOU TELL US WHAT THAT IS?

A.      THAT IS A PARENT SPANKING YOUR CHILD TOO HARD.

Q.      OKAY.  AND WHOSE KIDS DID YOU SPANK TOO HARD?

A.    MELODY BROOK, MY FIRST WIFE'S -- MYSTEPDAUGHTER.

Q.    AND DID YOU DO ANY TIME FOR THAT?

A.    NO, I DID NOT.

Q.    SO JUST MAKE SURE I'M RIGHT.  OTHER THAN THAT ONE -- ONE TIME IN 1999, YOU HAVE NEVER EVEN BEEN ARRESTED FOR ANOTHER VIOLENT CRIME?

A.    NO.

Q.    OKAY.  AND I GUESS IT'S ALSO SAFE TO SAY THAT DESPITE THE FACT THAT YOU AND YOUR BROTHER CAME FROM THE SAME PARENTS, SAME HOUSE, SAME RELIGION, SAME ABUSE, RIGHT?

A.    YES.

Q.    YOU HAVE NEVER HELD A GUN TO A PREGNANT WOMAN'S HEAD AND THREATENED TO KILL HER AND THE BABY?

        MR. MORENO:  OBJECTION.

        THE COURT:  OVERRULED.

BY MS. HAINES:

Q.    DID YOU EVER DO ANYTHING LIKE THAT, MR. HAMMER, HOLD A GUN TO A PREGNANT WOMAN'S HEAD AND THREATEN TO KILL HER AND THE BABY?

A.    NO, MA'AM.

Q.    YOU DIDN'T DO THAT?

A.    NO, MA'AM.

Q.    OKAY.  AND I'M GOING TO ASSUME THAT BECAUSE YOU HAVE TALKED ABOUT BEING SEXUALLY ABUSED, RIGHT?

A.    YES.

Q.    AND YOU KNOW THAT IS WRONG, RIGHT?

A.    RIGHT.

Q.    SO I'M GOING TO ASSUME YOU NEVER RAPED ANYBODY AT GUNPOINT EITHER?

A.    NO, I DIDN'T.

Q.    OKAY.

            MR. MORENO:  OBJECTION.  THERE IS NO EVIDENCE IN THE RECORD THAT MR. HAMMER HAS RAPED ANYBODY.  THERE IS AN ALLEGATION BY MR. --

            THE COURT:  I WILL OVERRULE THE OBJECTION.

BY MS. HAINES:

Q.    AND I'M GOING TO ASK YOU ONE MORE QUESTION LIKE THAT.  IS IT FAIR TO SAY YOU HAVE NEVER TIED ANYBODY DOWN AND STRANGLED THEM FOR NINE MINUTES TO KILL THEM? YOU NEVER DID THAT?

A.    NO, MA'AM, I DID NOT.

Q.    ALL RIGHT.  AND YOU HAD A LOT OF CHALLENGES GROWING UP, IS THAT TRUE?

A.    YES, MA'AM, I DID.

Q.    AND YOU HAVE BEEN DIAGNOSED WITH MENTAL ILLNESS, IS THAT RIGHT?

A.    YES, I HAVE.

Q.    SOME OF THAT INCLUDES ANXIETY, CORRECT?

A.      ANXIETY, BIPOLAR.

Q.      AFRAID TO LEAVE THE HOUSE, AGORAPHOBIA, I THINK?

A.      YES.

Q.      THOSE ARE SERIOUS DIAGNOSES, RIGHT?

A.      YES, MA'AM, IT IS.

Q.      BUT YOU HAVE LEARNED TO DEAL WITH THAT, I THINK.

A.      YES, I HAVE.  NOW I HAVE A PUBLIC JOB, DEALING WITH THE PUBLIC.

Q.      YOU ARE TAKING CARE OF YOUR FAMILY?

A.      YES, MA'AM, I AM.

Q.      YOU ARE INVOLVED WITH YOUR KIDS?

A.      YES, I AM.

Q.      YOU ARE INVOLVED WITH YOUR GRANDKIDS?

A.      YES, MA'AM.

Q.      NO PROBLEMS THERE, ARE THERE?

A.      NO, MA'AM.

Q.      AND YOU ALSO KNOW THE DIFFERENCE BETWEEN RIGHT AND WRONG, CORRECT?

A.      YES, MA'AM.

Q.      AND YOU TOLD US THAT WHEN YOUR PARENTS MADE YOU GO OUT AND COLLECT FROM CHARITIES, YOU KNEW THAT WAS WRONG, RIGHT?

A.      YES, MA'AM, I DID.

Q.      YEAH, YOU KNOW IT'S WRONG TO SCAM PEOPLE, ISN'T IT?

A.      YES, MA'AM.

Q.      NOW, I WANT TO TALK ABOUT SOME OF YOUR OTHER SUCCESSES.  YOU HAVE BEEN -- FROM WHAT I CAN SEE, YOU DON'T DRINK ANYMORE, DO YOU?

A.      NO, I DON'T.

Q.      WHEN IS THE LAST TIME YOU HAD A DRINK?

A.      I HAD A BEER A MONTH AGO.  ONE BEER.

Q.      OKAY.  WHEN IS THE LAST TIME YOU THINK YOU WENT OUT AND GOT TOTALLY DRUNK?

A.      JUNE OF 1999.

Q.      SO OVER A DECADE AGO, 15 YEARS AGO, IS THAT RIGHT?

A.      YES, MA'AM.

Q.      OKAY.  AND YOU USED TO USE DRUGS WHEN YOU WERE A TEEN, RIGHT?

A.      YEAH, I USED TO SMOKE MARIJUANA.

Q.      DID YOU ALSO USE LSD?

A.      YES, I DID.

Q.      IS IT TRUE THAT YOU HAVE NOT USED LSD SINCE 1987?

A.      YES, MA'AM, IT IS.

Q.      THAT SOUNDS RIGHT.  OKAY.

YOU ALSO USED COCAINE WHEN YOU WERE A YOUNG MAN.

A.      YES, I DID.

Q.      IS IT TRUE THAT YOU HAVE NOT USED COCAINE SINCE 1992?

A.      YES, MA'AM.

Q.      SO YOU ARE DRUG AND ALCOHOL FREE AS YOU SIT HERE?

A.      YES, MA'AM.

Q.      HAVE BEEN FOR YEARS?

A.      YES, MA'AM.

Q.      AND YOU ARE ABLE TO CONTROL YOUR MENTAL ILLNESSES WITH MEDICATION, IS THAT TRUE?

A.      YES, MA'AM, IT IS.

Q.      OKAY.  NOW, YOU ALSO TALKED ABOUT, YOU HAVE THOUGHT ABOUT SUICIDE OR TRIED TO COMMIT SUICIDE DURING YOUR LIFE, IS THAT RIGHT?

A.      YES, MA'AM, I DID.  ONE TIME.

Q.      ONE TIME, RIGHT?

A.      YES, MA'AM.

Q.      AND DO YOU REMEMBER WHEN THAT WAS?

A.      OKAY.  THAT WAS IN '96.

Q.      OKAY.  JUST A LONG TIME AGO, LIKE THE DRUGS AND THE ALCOHOL?

A.      RIGHT.

Q.      SO NOW LET ME ASK YOU ABOUT A DIFFERENT SUBJECT. SO WE ARE GOING TO PUT THAT ASIDE.  LET ME ASK YOU ABOUT THE ABUSE YOU TOLD US ABOUT, OKAY?

A.       YES, MA'AM.

Q.       NOW, I THINK YOU SAID THE ABUSE THAT YOU AND DAVID WERE -- THAT YOU WERE SUBJECT TO WAS PRETTY MUCH THE SAME?

A.       YES, MA'AM.

Q.       AND ARE YOU TALKING ABOUT THE PHYSICAL ABUSE, GETTING HIT AND THAT KIND OF STUFF?

A.       YES, MA'AM.

Q.       WAS IT THE SAME FOR YOU AND DAVID?

A.       YES, MA'AM.

Q.       AND HOW ABOUT THE SEXUAL ABUSE THAT YOU TALKED ABOUT, WAS THAT THE SAME?

A.       YES, MA'AM.

Q.       SO YOU WOULD NOT -- YOU WOULD NOT SAY THAT HE WAS PUNISHED WORSE?  YOU TWO WERE PUNISHED THE SAME?

A.       NO, I THINK DAVID WAS PUNISHED HARDER.

Q.       YOU THINK HE WAS PUNISHED HARDER?

A.       YES, MA'AM.

Q.       YOUR SISTER DIANE, SHE DOES NOT FEEL THAT WAY, DOES SHE?

A.       NO, MA'AM.

Q.       ARE YOU JUST AGREEING WITH ME OR DO YOU KNOW THAT SHE ACTUALLY THINKS THAT YOU WERE ALL PUNISHED THE SAME?

A.       ME AND HER TALKED ABOUT IT.

Q.      OKAY.  AND WHEN YOU TALKED ABOUT IT, SHE TOLD YOU THAT HER MEMORY WAS THAT THE THREE OF YOU WERE ALL PUNISHED THE SAME, ISN'T THAT RIGHT?

A.      YES, MA'AM.

Q.      AND JUST TO -- NOT TO DWELL ON IT, BUT JUST TO TALK ABOUT THE PUNISHMENT THAT YOU DESCRIBED FOR US. YOU MENTIONED THE ENEMAS.  DO YOU REMEMBER TALKING ABOUT THAT WITH MR. MORENO?

A.      YES, I DO.

Q.      AND YOU NEVER ACTUALLY SAW YOUR MOTHER GIVE AN ENEMA TO YOUR BROTHER OR SISTER?

A.      NO, BUT I HEARD THE SCREAMS.

Q.      OKAY.  YOU SAY YOU HEARD THE SCREAMS.

        AND YOU HAVE ALSO TOLD US THAT YOU GOT SOME OF THOSE ENEMAS WITH HOT SAUCE?

A.      YES, MA'AM.

Q.      WOULD YOU BE SURPRISED TO KNOW THAT YOUR BROTHER SAID YOU NEVER GOT ANY ENEMAS LIKE THAT?

A.      NO, MA'AM.

Q.      I'M SORRY.

A.      NO, MA'AM.

Q.      WELL, I GUESS MY QUESTION WAS NOT SO GOOD.

        YOUR BROTHER SAYS YOU NEVER GOT ENEMAS LIKE THAT.  WOULD YOU AGREE OR DISAGREE WITH THAT?

A.      I KNOW I DID ONE TIME.

Q.      ONE TIME, OKAY.

NOW, YOUR BROTHER WAS INTERVIEWED BY SOME DOCTORS BACK IN 1997.  AND YOU ARE JUST GOING TO HAVE TO TAKE MY WORD FOR THAT.  IS THAT OKAY, MR. HAMMER?

A.      YES, MA'AM.

Q.      AND I'M GOING TO SHOW YOU --

MR. MORENO:  I'M GOING TO OBJECT TO THIS EXHIBIT.

THE COURT:  DID YOU SAY YOU OBJECT?

MR. MORENO:  I DO.

THE COURT:  RIGHT.  YOU HAVE GOT TO SAY YOU ARE OBJECTING THROUGH THE MICROPHONE.

MR. MORENO:  I'M SORRY.  I'M OBJECTING TO THE EXHIBIT THAT MS. HAINES IS PROPOSING TO USE WITH MARTIN HAMMER.  IT IS A TRANSCRIPT OF THE HYPNOSIS SESSION OF DAVID HAMMER BACK IN 1998 WHEN HE WAS HYPNOTIZED BY, I BELIEVE, DR. DUBLIN IN THE PRESENCE OF DR. SADOFF AND WAS QUESTIONED, FROM THE EXCERPT THAT I SAW SHE HAS TABBED, ABOUT THE INCIDENT WITH THE ENEMAS.

MY RECOLLECTION FROM THE TRIAL IN 1998, THE GOVERNMENT ARGUED THAT THE HYPNOSIS SESSION HAD VERY LITTLE WEIGHT BECAUSE HE WAS UNDER HYPNOSIS, AND I DON'T THINK THAT THE INFORMATION THAT SHE IS TRYING TO CROSS EXAMINE HIM WITH, THAT HE HAS NO PERSONAL KNOWLEDGE OF WHAT DAVID SAID UNDER HYPNOSIS, IS RELEVANT TO TESTING

HIS MEMORY.

THE COURT:  MS. HAINES, WHAT ARE YOU USING THIS TRANSCRIPT TO DO?

MS. HAINES:  WELL, FIRST OF ALL, YOUR HONOR, MR. HAMMER, DAVID HAMMER, IS NOT UNDER HYPNOSIS AT THIS PART OF THE TRANSCRIPT.  HE IS BEING INTERVIEWED.

THE COURT:  OKAY.  WHAT ARE YOU DOING WITH THE TRANSCRIPT?  WHAT IS YOUR OBJECT HERE?

MS. HAINES:  TO CONFRONT MR. MARTIN HAMMER ABOUT THE FACT THAT HIS BROTHER SAYS THEY NEVER HAD ANY ENEMAS GIVEN TO THEM OF THIS NATURE.

THE COURT:  INSTEAD OF SHOWING HIM THE TRANSCRIPT, WHY DON'T YOU JUST ASK HIM THE QUESTION, ASK HIM IF THIS REFRESHES HIS RECOLLECTION.

MS. HAINES:  ALL RIGHT.  SO LET ME JUST -- IF I CAN APPROACH, YOUR HONOR.

BY MS. HAINES:

Q.     I'M GOING TO SHOW YOU, MR. HAMMER, WHAT HAS BEEN MARKED AS GOVERNMENT EXHIBIT 36.

MR. MORENO:  I'M GOING TO OBJECT TO THAT.

THE COURT:  I WILL OVERRULE THE OBJECTION.  WHY DON'T YOU JUST ASK HIM IF THAT REFRESHES HIS MEMORY.

MS. HAINES:  ALL RIGHT.

BY MS. HAINES:

Q.      SIR, IF YOUR BROTHER WAS ASKED WHETHER YOU AND YOUR SISTER DIANE EVER WENT THROUGH THOSE TYPES OF ENEMAS, THE ONES WITH THE HOT SAUCE, AND SAID NO, THAT HE WAS THE ONLY ONE WHO EVER HAD AN ENEMA LIKE THAT, WOULD THAT REFRESH YOUR RECOLLECTION THAT YOU, SIR, NEVER WERE GIVEN AN ENEMA WITH HOT SAUCE IN IT?

MR. MORENO:  I'M GOING TO OBJECT TO THE FORM OF THE QUESTION BECAUSE HE DID NOT SAY HIS RECOLLECTION NEEDED REFRESHING.  HE TESTIFIED CONCLUSIVELY THAT HE RECEIVED ENEMAS FROM HIS MOTHER. THERE IS NO QUESTION ABOUT HIS -- WHAT HE SAID.  I THINK THE QUESTION MORE IS, DAVID SAYS X, YOU SAY Y.  WHAT IS THE STORY?  THERE IS NO REFRESHING THE RECOLLECTION HERE.  THE MAN HAS NOT SAID HE DOES NOT REMEMBER ANYTHING.  HE CAN'T BE REFRESHED WITH IT.

THE COURT:  OVERRULED.

BY MS. HAINES:

Q.      SIR, THERE WAS SOME INTERRUPTIONS, BUT DO YOU REMEMBER -- NOW THAT I HAVE EXPLAINED TO YOU WHAT YOUR BROTHER SAID ABOUT THE ENEMAS, DO YOU REMEMBER IT ANY DIFFERENTLY?

A.      YES, I DO REMEMBER IT DIFFERENTLY.

Q.      ALL RIGHT.  SO YOU REMEMBER THAT ONE TIME YOUR MOTHER GAVE YOU --

A.      AN ENEMA THAT HAD HOT SAUCE IN IT, BECAUSE IT BURNED, MA'AM.

Q.      OKAY.

        ARE YOU SURE IT COULD NOT HAVE BEEN JUST HOT WATER?

A.      WHATEVER IT WAS, IT HURT VERY BAD, MA'AM.

Q.      ALL RIGHT.  DO YOU REMEMBER BEING INTERVIEWED AT ANY POINT IN TIME BY A WOMAN NAMED JILL MILLER?

A.      YES, I DO.

Q.      AND YOU KNOW THAT IS THE DEFENSE, ONE OF THE DEFENSE INVESTIGATORS?

A.      YES, MA'AM.

Q.      AND DO YOU REMEMBER TELLING MS. MILLER, WHEN SHE INTERVIEWED YOU, THAT HE RECALLED THAT ONE TIME THE MOTHER USED EXTREMELY HOT WATER AS AN ENEMA?  DO YOU REMEMBER TELLING MISS MILLER THAT?

A.      YES, MA'AM, I DO.

Q.      DOES THAT CHANGE YOUR TESTIMONY THAT YOUR MOM ALSO GAVE YOU HOT SAUCE IN AN ENEMA?

A.      WHATEVER IT WAS, IT BURNT VERY BAD.

Q.      NOW, YOU'VE ALSO TESTIFIED TODAY THAT YOU WITNESSED YOUR DAD HITTING YOUR BROTHER DAVID.  DO YOU RECALL THAT TESTIMONY?

A.      YES, I DO.

Q.      AND ACCORDING TO DAVID, YOUR DAD ONLY HIT HIM

ONE TIME, IS THAT TRUE, THAT YOUR DAD ONLY HIT DAVID ONE TIME?

A.      WHEN HE MADE DAVID LEAVE?

Q.      NO.  HE IS TALKING -- DAVID SAID THAT YOUR FATHER HIT HIM ONE TIME ABOUT A WET SADDLE.  DO YOU REMEMBER THAT?

A.      NO, I WAS TOO YOUNG.  I DON'T REMEMBER THAT.

Q.      ALL RIGHT.  SO EVEN THOUGH, ACCORDING TO DAVID, YOUR FATHER ONLY HIT HIM ONE TIME, YOU SAY THAT HE IS WRONG ABOUT THAT, WHEN HE SAYS THAT?

A.      YES, MA'AM.

Q.      BECAUSE YOU, AS YOU SIT HERE, REMEMBER OTHER TIMES THAT HE HIT HIM?

A.      YES, I DO.

Q.      ALL RIGHT.  AND DO YOU REMEMBER WHAT AGE WE ARE TALKING ABOUT?

A.      WHEN DAVID WAS 14, MY DAD BEAT HIM UP BEFORE HE LEFT HOME.

Q.      AND DO YOU REMEMBER WHAT THAT WAS ABOUT?  WHY THAT HAPPENED?

A.      THEY JUST GOT IN AN ARGUMENT.

Q.      SO ARE YOU SAYING THAT IS THE ONE TIME YOU REMEMBER NOW?

A.      YES, MA'AM, IT IS.

Q.      SO THAT LEAVES US WITH YOUR MOTHER.  AND YOU

HAVE BEEN INTERVIEWED NOT ONLY BY JILL MILLER BUT DO YOU RECALL BEING INTERVIEWED BY ANOTHER DEFENSE INVESTIGATOR, MS. LUCK?

A.    YES, MA'AM.

Q.    DID YOU SEE MS. LUCK HERE TODAY IN COURT?

A.    NOT TO MY RECOLLECTION.

Q.    YOU REMEMBER BEING INTERVIEWED BY HER?

A.    YES, I DO.

Q.    AND YOU TOLD MS. LUCK THAT YOUR MOTHER WAS NEVER INAPPROPRIATE WITH YOU.  DO YOU REMEMBER TELLING HER THAT?

A.    YES.  MY MOM NEVER WAS INAPPROPRIATE WITH ME.

Q.    ALL RIGHT.  SO SHE NEVER ABUSED YOU SEXUALLY?

A.    OH, MY MOM DIDN'T ABUSE ME SEXUALLY.

Q.    OKAY.  BUT YOUR BROTHER DID, RIGHT?

A.    YES, HE DID.

Q.    NOW YOU HAVE NOT MENTIONED THAT YET.  WHAT DID DAVID DO TO YOU?

A.    HE MOLESTED ME ONE TIME THAT I REMEMBER.

Q.    AND HOW EXACTLY DID YOUR BROTHER DAVID MOLEST YOU?

A.    MADE ME DO ORAL SEX.

Q.    AND DO YOU REMEMBER HOW OLD YOU WERE?

A.    I WAS ABOUT 13 OR 14.

Q.    SO HE WOULD HAVE BEEN ABOUT 17?

A.       YES, MA'AM.

Q.       ARE YOU SURE ABOUT THE AGES, MR. HAMMER?

A.       IT COULD HAVE BEEN A DIFFERENT AGE.  I'M SORRY.

Q.       OKAY.  AND YOU SAID NOTHING ABOUT THAT TODAY WHEN YOU WERE BEING ASKED QUESTIONS BY THE DEFENSE COUNSEL, DID YOU?

A.       NO, MA'AM, I DID NOT.

Q.       AND YOU SAID NOTHING ABOUT THAT WHEN YOU WERE BEING INTERVIEWED BY MS. LUCK, DID YOU?

A.       NO, MA'AM, I DID NOT.

Q.       AND YOU SAID NOTHING ABOUT DAVID MAKING YOU PERFORM ORAL SEX WHEN YOU WERE INTERVIEWED BY JILL MILLER, DID YOU?

A.       NO, MA'AM, I DID NOT.

Q.       AND YOU HAVE TESTIFIED TWO TIMES BEFORE IN THIS CASE, RIGHT?

A.       YES, MA'AM.

Q.       YOU SAID NOTHING ABOUT IT AT EITHER OF THOSE TIMES?

A.       YES, MA'AM.

Q.       AND EVEN THOUGH IT SOUNDS LIKE YOU HAD A TERRIBLE CHILDHOOD, THERE WERE SOME GOOD TIMES, WOULD YOU AGREE?

A.       YES, MA'AM, THERE WAS.

Q.       OKAY.  BECAUSE YOUR PARENTS WERE NOT ALL BAD,

WERE THEY?

A.      NOT ALL THE TIME.

Q.      SURE.  I MEAN, YOUR DAD WOULD BUY YOU ICE CREAM, RIGHT, YOU REMEMBER THAT?

A.      YES.

Q.      AND YOU ALWAYS CELEBRATED BIRTHDAYS WITH A CAKE AND PRESENTS, RIGHT?

A.      CAKES, BUT NOT ALWAYS PRESENTS.

Q.      ALL RIGHT.  BUT YOUR BIRTHDAYS WERE NOT IGNORED, YOU CELEBRATED THEM, CORRECT?

A.      YES, MA'AM.

Q.      AND CHRISTMAS WAS A PARTICULARLY NICE HOLIDAY FOR THE FAMILY, RIGHT?

A.      NO, MA'AM.  WE WOULD GET ONE TOY.

Q.      YOU WOULD GET ONE TOY, MAYBE, BECAUSE YOUR PARENTS WERE POOR, RIGHT?

A.      RIGHT.

Q.      DIRT POOR, ACCORDING TO YOU, RIGHT?

A.      YES, MA'AM.

Q.      BUT THEY ALWAYS MADE SURE YOU GOT ONE PRESENT?

A.      YES, MA'AM.

Q.      AND YOU WOULD GO UP TO YOUR GRANDMA'S HOUSE AND HAVE COOKIES.  REMEMBER THAT?

A.      YES, MA'AM.

Q.      AND SHE WOULD MAKE HOT CHOCOLATE FOR YOU GUYS?

A.    YES, MA'AM.

Q.    AND THERE WOULD BE A CHRISTMAS TREE?

A.    YES, MA'AM.

Q.    AND THEN YOU ALL WOULD GET BUNDLED UP AND LOOK AT THE LIGHTS, IS THAT RIGHT?

A.    YES, MA'AM.

Q.    YOU ALSO WENT FISHING WITH DAVID?

A.    YES, I DID.

Q.    AND YOUR BROTHER WAS IN LITTLE LEAGUE.  DO YOU REMEMBER THAT?

A.    I DON'T REMEMBER THAT.

Q.    OKAY.  DO YOU REMEMBER YOUR DAD BUYING HIM A GLOVE FOR LITTLE LEAGUE?

A.    I DON'T, MA'AM.

Q.    YOU ALSO TALKED ABOUT THE FACT THAT YOU WERE IN THE CUB SCOUTS?

A.    YES, MA'AM.

Q.    AND WHENEVER YOU WERE SICK YOUR MOM WOULD TAKE CARE OF YOU, RIGHT?

A.    YES, MA'AM.

Q.    IF YOU NEEDED TO GO TO THE HOSPITAL, SHE TOOK YOU TO THE HOSPITAL?

A.    YES, MA'AM.

Q.    IF YOU NEEDED A VACCINATION, LIKE A SHOT, SHE WOULD MAKE SURE YOU GOT THE SHOT, RIGHT?

A.        YES, MA'AM.

Q.        SAME THING WITH YOUR BROTHER AND SISTER,
CORRECT?

A.        YES, MA'AM.

Q.        WHEN YOU WERE SICK, SHE WAS THERE FOR YOU, IS
THAT FAIR TO SAY?

A.        YES, MA'AM.

Q.        YOU ALWAYS HAD CLOTHES ON YOUR BACK?

A.        YES, MA'AM.

Q.        YOU WENT TO SCHOOL?

A.        YES, MA'AM.

Q.        WENT TO CHURCH REGULARLY?

A.        YES, MA'AM.

Q.        ALL RIGHT.  DID YOU ALSO KNOW SOMEBODY NAMED
MARILYN HERRING?

A.        YES, MA'AM, I DO.

Q.        ALL RIGHT.  AND THAT WAS A NEIGHBOR AND
LONG-TIME FRIEND OF YOUR FAMILY, RIGHT?

A.        YES, MA'AM.

Q.        AND DAVID WOULD GO TO MARILYN'S HOUSE QUITE A
BIT.  DO YOU REMEMBER THAT?

A.        YES, I DO.

Q.        HE WOULD DO LAUNDRY OVER THERE?

A.        YES, MA'AM.

Q.        HE WOULD EAT MEALS OVER THERE?

A.      YES, MA'AM.

Q.      HE WOULD SPEND A LOT OF TIME WITH MARILYN, ISN'T THAT RIGHT?

A.      YES, MA'AM.

Q.      AND HE ALSO TOOK HER KIDS TO THE MOVIES?

A.      YES, MA'AM.

Q.      REMEMBER ALL THAT?

A.      YES, MA'AM.

Q.      AND HE EVEN MOVED IN WITH MARILYN FOR A WHILE, RIGHT?

A.      YES, MA'AM.

Q.      AND THAT WAS A PERFECTLY NORMAL, STABLE HOUSEHOLD, AS FAR AS YOU KNEW, CORRECT?

A.      YES, MA'AM.

Q.      NO ABUSE GOING ON OVER THERE?

A.      NO, MA'AM.

Q.      NOW, YOU SAID THAT DAVID LEFT HOME WHEN HE WAS 14 AND NEVER REALLY CAME BACK, ISN'T THAT TRUE?

A.      RIGHT.

Q.      SO IF YOU WERE TALKING ABOUT THINGS THAT HAPPENED WHEN YOU WERE 12 AND 13, DAVID WAS NOT THERE ANYMORE, WAS HE?

A.      NO, BUT HE CAME AROUND.

Q.      HE CAME AROUND, BUT HE WAS NOT LIVING UNDER YOUR PARENTS' ROOF ANYMORE, WAS HE?

A.      NO, MA'AM.

Q.      OKAY.  BUT WHEN HE WAS THERE, HE WAS NOT ALWAYS THE BEST BROTHER TO YOU, WAS HE?

A.      NO, MA'AM.

Q.      AND WHY DO YOU SAY THAT?  WHY DO YOU THINK THAT DAVID WAS NOT ALWAYS THE BEST BROTHER FOR YOU?

A.      WE WOULD ARGUE.

Q.      AND HE WOULD DO MORE THAN ARGUE, CORRECT?

A.      YES, MA'AM.

Q.      HE WOULD GET VIOLENT?

A.      YES, MA'AM.

Q.      AND HE WAS ALSO ONE OF THE PEOPLE THAT TOLD YOU THAT YOU WERE WORTHLESS, RIGHT?

A.      YES, MA'AM.

Q.      I MEAN, IT WAS NOT JUST YOUR MOM, RIGHT?

A.      RIGHT.

Q.      IT WAS YOUR BROTHER DAVID, TOO.  HE WOULD CALL YOU STUPID?

A.      YES, MA'AM.

Q.      YOU REMEMBER THIS?

        IS THAT A YES?

A.      YES, MA'AM.

Q.      AND HE WOULD SAY YOU WOULD NOT AMOUNT TO ANYTHING?

A.      YES, MA'AM.

Q.      AND HE CURED YOU OF BED WETTING BY RUBBING YOUR NOSE IN THAT.  DO YOU REMEMBER IT?

A.      YES.

Q.      DO YOU REMEMBER HE DID THAT TO YOU?

A.      YES, MA'AM.

Q.      BUT IN SPITE OF ALL THOSE THINGS, YOU STILL LOVE YOUR BROTHER, RIGHT?

A.      YES, MA'AM.

Q.      AND YOU DON'T WANT TO SEE HIM GET THE DEATH PENALTY, DO YOU?

A.      NO, MA'AM, I DO NOT.

Q.      YOU DO NOT.

        AND THE LAST TIME YOU WERE HERE, IN 2005, DO YOU REMEMBER TESTIFYING HERE IN COURT?

A.      YES.  YES, MA'AM.

Q.      AND DO YOU REMEMBER TELLING THAT JUDGE THAT YOUR BROTHER HAD A SPLIT PERSONALITY NAMED JOCKO?

A.      YES, I DO.

        MS. HAINES:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

        THE COURT:  REDIRECT.

        REDIRECT EXAMINATION

BY MR. MORENO:

Q.      MR. HAMMER, FOR THE LAST 14 YEARS YOU HAVE BEEN IN THERAPY, CORRECT?

A.      YES, MA'AM.

Q.      SIR.  I'M NOT A MA'AM, BUT ANYWAY.  SO YOU HAVE BEEN IN THERAPY FOR THE LAST 14 YEARS?

A.      YES, SIR.

Q.      AND WHAT HAVE YOU BEEN TRYING GET OVER FOR THE LAST 14 YEARS?

A.      THE ANGER, THE ABUSE THAT HAPPENED TO ME AS A CHILD.

Q.      AT THE HANDS OF YOUR PARENTS?

A.      YES.

Q.      NOW, YOU SAID THAT DAVID HAD ASSAULTED YOU, SEXUALLY ASSAULTED YOU.  IS THIS TOUGH TO TALK ABOUT?

A.      YES, IT IS.

Q.      AND IN THE NOTES THAT MS. HAINES READ THAT FORMED THE QUESTIONS THAT SHE ASKED YOU ABOUT THAT, WERE YOU TALKING TO A COUNSELOR AT THAT TIME?

A.      YES, I WAS.

Q.      AND CAN YOU TELL US WHETHER THAT'S THE FIRST TIME YOU HAD EVER DISCUSSED THAT WITH ANYONE?

A.      YES, IT WAS.

Q.      SO PRIOR TO THAT, YOU HAD NOT REVEALED THAT, IN FACT, YOU HAD BEEN ABUSED BY YOUR BROTHER THAT WAY?

A.      NO, SIR.

Q.      NOW, AS MUCH AS MS. HAINES POINTED OUT THAT YOUR PARENTS HAD SOME GOOD IN THEM, AND THE LORD KNOWS WE ALL

DO, DAVID WAS GOOD TO YOU TOO, WASN'T HE?

A.    YES, HE WAS.

Q.    DID HE PROTECT YOU?

A.    YES, HE DID.

Q.    DID HE INTERVENE ON YOUR BEHALF WITH YOUR PARENTS?

A.    YES, HE DID.

Q.    SO THERE WAS GOOD AND BAD?

A.    RIGHT.

Q.    AND YOU, EVEN DESPITE MAYBE DAVID HITTING YOU, OR CALLING YOUR NAMES, AND THE SEXUAL ABUSE, YOU STILL LOVE DAVID?

A.    YES, I DO.

Q.    AND DOES HE LOVE YOU?

A.    YES, HE DOES.

Q.    ARE YOU IN CONTACT WITH HIM?

A.    YES, I AM.

Q.    HOW?

A.    E-MAILS.

Q.    E-MAILS, OKAY.  E-MAILS THROUGH THE E-MAIL LINK THEY HAVE AT THE PRISON?

A.    YEAH.

Q.    HOW OFTEN DO YOU TALK TO HIM BY E-MAIL?

A.    PROBABLY THREE OR FOUR TIMES A MONTH.

Q.    AND DOES HE EVER CALL THE HOUSE?

A.      YES, HE DOES.

Q.      AND WHEN HE CALLS, THEY ARE COLLECT CALLS, ARE THEY?

A.      NO, THEY ARE NOT COLLECT CALLS.

Q.      OKAY.

        AND DO YOU TAKE HIS CALLS?

A.      YES, I DO.

Q.      AND DOES HE TALK TO YOU?

A.      YES.  HE TALKS TO ME AND MY WIFE, BONETA.

Q.      DOES HE EVER TALK TO THE CHILDREN?

A.      NO, HE DOES NOT.

Q.      OKAY.  SO HE TALKS TO YOU AND BONETA AND HE DOES THAT THREE OR FOUR TIMES A MONTH?

A.      YES.

Q.      HOW LONG HAS HE BEEN DOING THAT?

A.      FOR ABOUT THE LAST TEN YEARS.

Q.      AND HOW WOULD YOU DESCRIBE YOUR RELATIONSHIP WITH DAVID RIGHT NOW?

A.      IT'S GOOD.

Q.      AND IF HE IS EXECUTED HOW WOULD THAT FEEL FOR YOU?

A.      I WOULD FEEL AWFUL.  FEEL LIKE I KNOW HE DONE WRONG WHEN HE DID WHAT HE DID, BUT I THINK HE IS NOT THE SAME PERSON THAT HE WAS WHEN THE MURDER HAPPENED.

Q.      NOW, YOUR MOM WAS NOT INAPPROPRIATE WITH YOU

SEXUALLY, CORRECT?

A.      YES.

Q.      WAS SHE INAPPROPRIATE WITH YOU VERBALLY?

A.      YES.

Q.      HOW ABOUT PHYSICALLY?

A.      YES.

Q.      AND DO YOU STRUGGLE WITH THAT TO THIS DAY?

A.      YES, I DO.

            MR. MORENO:  I DON'T HAVE ANY FURTHER
QUESTIONS.

            THANK YOU, MR. HAMMER.

            THE COURT:  ANYTHING FURTHER?

            MS. HAINES:  YOUR HONOR, I WOULD LIKE TO
PUT SOMETHING ON THE RECORD, THAT MR. HAMMER REPORTED
THIS IN 1992, AS FAR AS THE SEXUAL ABUSE FROM HIS
BROTHER.  I DON'T WANT THERE TO BE AN IMPRESSION THAT
THIS HAPPENED RECENTLY THAT HE FIRST REPORTED IT.  I CAN
EITHER ASK HIM OR WE CAN JUST PUT IT ON THE RECORD.

            THE COURT:  WELL.

            MR. MORENO:  THAT IS FINE.

            THE COURT:  OFFER IT AS A STIPULATION.

            MR. MORENO:  WE CAN STIPULATE TO THAT.  I
HAVE A FOLLOW-UP QUESTION THEN, IF I CAN.

BY MR. MORENO:

Q.      MR. HAMMER, WHEN YOU TESTIFIED IN THESE OTHER

PROCEEDINGS, WERE YOU ASKED ABOUT SEXUAL ABUSE?

A.      NO, I WAS NOT.

Q.      DID ANYONE ASK YOU ABOUT SEXUAL ABUSE IN THE FAMILY?

A.      YEAH, ABOUT DAVID BEING ABUSED.

Q.      OKAY.  BUT WERE ANY QUESTIONS POSED TO YOU ABOUT DAVID SEXUALLY ABUSING YOU?

A.      NO.

Q.      IF THEY HAD BEEN POSED TO YOU, WHAT WOULD YOU HAVE DONE?

A.      I WOULD HAVE BEEN HONEST AND TELL THEM JUST LIKE WHEN YOU ASKED LAST NIGHT AND I TOLD YOU THE TRUTH.

Q.      OKAY.  AND LIKE YOU DID TODAY?

A.      YES.

                MR. MORENO:  I HAVE NO FURTHER QUESTIONS.

                THE COURT:  YOU MAY STEP DOWN.

                (WITNESS EXCUSED.)

                THE COURT:  WHY DON'T WE TAKE JUST A RECESS.

                (RECESS TAKEN.)

                RONNIE L. MILLER, DEFENSE WITNESS, SWORN.

                THE CLERK:  STATE AND SPELL YOUR FULL NAME FOR THE RECORD.

                THE WITNESS:  MY NAME IS RONNIE L. MILLER, M-I-L-L-E-R.

MR. MORENO:  MAY I INQUIRE, YOUR HONOR?

THE COURT:  YES.

DIRECT EXAMINATION

BY MR. MORENO:

Q.      GOOD AFTERNOON, MR. MILLER.

A.      GOOD AFTERNOON.

Q.      MR. MILLER, WHAT IS YOUR RELATIONSHIP TO DAVID?

A.      I'M DAVID'S UNCLE.

Q.      ON WHAT SIDE OF THE FAMILY?

A.      ON MY -- HIS MOTHER'S SIDE.

Q.      SO YOU ARE DEAN'S BROTHER?

A.      DEAN'S BROTHER.

Q.      ARE YOU OLDER OR YOUNGER?

A.      I'M YOUNGER THAN DEAN.

Q.      AND HOW MUCH OLDER IS SHE THAN YOU?

A.      SHE IS ABOUT NINE YEARS, EIGHT TO NINE YEARS OLDER THAN I AM.

Q.      IS SHE DECEASED?

A.      YES, SHE IS.

Q.      AND WHEN DID SHE PASS AWAY?

A.      SHE PASSED AWAY IN 1989.

Q.      NOW, ARE YOU CURRENTLY RETIRED?

A.      YES, I AM.

Q.      PRIOR TO RETIRING, WHAT DID YOU DO FOR A LIVING?

A.      I WAS A REGISTERED NURSE.

Q.    AND FOR HOW LONG WERE YOU A REGISTERED NURSE?

A.    ABOUT 36, 37 YEARS.

Q.    ALL RIGHT.  AND WHERE DID YOU PRACTICE?

A.    I PRACTICED IN VIRGINIA AT ONE HOSPITAL, THE INOVA HEALTHCARE SYSTEM, FOR 25 YEARS, AND I MOVED BACK TO OKLAHOMA AFTER I RETIRED THERE, AND I WORKED THE V.A. HOSPITAL FOR ABOUT SIX YEARS.

Q.    IN OKLAHOMA?

A.    YES.

Q.    OKAY.  NOW, IN VIRGINIA, WAS THAT NORTHERN VIRGINIA?

A.    NORTHERN VIRGINIA.

Q.    WHAT COUNTY?

A.    FAIRFAX COUNTY.

Q.    FAIRFAX COUNTY, OKAY.

A.    NO.  ACTUALLY THE HOSPITAL WAS IN ALEXANDRIA. BUT I LIVED IN FAIRFAX COUNTY.

Q.    NOW, PRIOR TO BECOMING A NURSE WHAT DID YOU DO?

A.    I HAD WORKED IN THE MEDICAL FIELD ONCE I GOT OUT OF THE ARMY.

Q.    SO YOU WERE IN THE ARMY.  HOW LONG WERE YOU IN THE ARMY?

A.    I WAS IN THE ARMY THREE YEARS.

Q.    WAS THAT OUT OF HIGH SCHOOL?

A.    I WAS OUT OF HIGH SCHOOL.  IT WAS THE NEXT YEAR.

SO I GRADUATED IN '66 AND THEN I WENT INTO THE ARMY IN AUGUST '67.

Q.    AND THEN WHEN DID YOU GO TO COLLEGE?

A.    I WENT TO RN SCHOOL -- WELL, I WENT TO LPN SCHOOL IN 1974 AND THEN I FINISHED MY RN IN 1985.

Q.    AND ARE YOU CURRENTLY LIVING IN OKLAHOMA?

A.    YES, I AM.

Q.    IS IT FAIR TO SAY YOU LEFT HOME AS SOON AS YOU COULD?

A.    YES, I DID.  AFTER I GRADUATED IN THE SPRING, I WORKED ON THE FARM UNTIL SEPTEMBER AND I STARTED COLLEGE.

Q.    NOW, HOW MANY BROTHERS AND SISTERS DO YOU HAVE?

A.    I HAVE A TOTAL OF TEN BROTHERS AND SISTERS, THERE WAS 11 OF ALL OF US.  TWO OF MY SISTERS ARE DEAD.

Q.    WOULD THAT BE REBA KAY, IS SHE DEAD?

A.    RIBA KAY, YES.

Q.    AND THEN DEAN?

A.    AND THEN DEAN.

Q.    NOW, WHO WERE YOUR PARENTS?

A.    MY MOTHER WAS SENNA MILLER AND MY FATHER WAS HOYT MILLER.

Q.    AND WHERE DID YOU GROW UP?

A.    MY FIRST 14 YEARS, I GREW UP IN SOUTHEASTERN OKLAHOMA, AT A LITTLE TOWN CALLED GERTY, WHICH WAS A

VERY, VERY SMALL COMMUNITY.

Q.    AND AFTER YOU GUYS MOVED FROM THERE WHERE --

A.    1963 WE MOVED TO WESTERN OKLAHOMA, TO LOOKEBA, AND THAT IS WHERE I FINISHED MY LAST THREE YEARS OF SCHOOL.

Q.    SO MOST OF YOUR CHILDHOOD WAS SPENT IN GERTY?

A.    YES.

Q.    AND WHAT WAS THE ECONOMIC STATUS OF YOUR FAMILY?

A.    WE WERE VERY POOR, I WOULD SAY.  COMPARED TO MY FRIENDS, WE WERE NO POORER THAN THEY WERE.  EVERYBODY WAS POOR.  BUT WE WERE POOR BECAUSE WE HAD A LARGE FAMILY.

Q.    WHAT KIND OF WORK DID YOUR FATHER DO?

A.    MY FATHER, WHEN I WAS YOUNG, LIVING IN -- AROUND SOUTHEASTERN OKLAHOMA AREA, HE HAD DIFFERENT JOBS THAT I COULD REMEMBER.  I KNOW HE WAS A TRUCK DRIVER ONCE.  HE DID A LITTLE FARMING.

Q.    WAS HE STEADILY EMPLOYED WHILE YOU WERE GROWING UP?

A.    NEVER THAT I REMEMBER.

Q.    AND WHY WAS THAT, DO YOU KNOW?

A.    NO, I CAN'T TELL YOU WHY.  MY FATHER DRANK A LOT.  I'M SURE THAT HAD SOMETHING TO DO WITH IT.

Q.    AND HOW ABOUT YOUR MOTHER, DID SHE WORK?

A.    MY MOTHER WAS ONLY IN THE HOME.  SHE DIDN'T

REALLY WORK --

Q.      WELL, SHE HAD 11 KIDS.

A.      -- EXCEPT IN THE SUMMERS -- YEAH, IN THE SPRING TIME AFTER SCHOOL WAS OUT, WE WOULD WORK ON THE FARMS FOR OTHER PEOPLE, YOU KNOW, HOEING PEANUTS, COTTON, THAT KIND OF -- AND MY MOTHER DID WORK THEN.

Q.      AND WAS THAT PICKING CROPS?

A.      AND SHE ALSO WORKED PICKING CROPS IN THE FALL.

Q.      NOW, YOU MENTIONED YOUR FATHER DRANK.  DID HE ABUSE ALCOHOL?

A.      YES, HE DID.

Q.      AND DID HE DRINK IN THE PRESENCE OF HIS CHILDREN?

A.      SOME BUT NOT MUCH.  MOST OF THE TIME HE WOULD DRINK IN BARS.  SOMETIMES I WOULD GO WITH HIM.  IT WOULD BE MY UNCLE AND MY COUSINS AND I WOULD BE SITTING OUT IN A PICKUP TRUCK OR SOMETHING WHILE THEY WERE IN THE BAR GETTING DRUNK, AND WE WOULD SPEND HOURS OUT THERE.

Q.      AND THEN THEY WOULD COME OUT AND DRIVE YOU HOME?

A.      THEN THEY WOULD COME OUT AND DRIVE US HOME.  BUT MY FATHER MOST OF THE TIME WAS DRINKING WHEN WE DID NOT KNOW, AND HE WOULD COME HOME AND BE DRUNK.

Q.      SO HE WAS DRUNK WHEN HE ARRIVED HOME?

A.      YES.

Q.      SO THAT IS HOW YOU KNEW HE WAS DRINKING?

A.    YES.

Q.    NOW, DID EITHER OF YOUR PARENTS LEAVE FOR AN EXTENDED PERIOD OF TIME?

A.    MY FATHER LEFT NUMEROUS TIMES WHEN I WAS YOUNGER, UP UNTIL I WAS 14.

HE WOULD BE GONE SOMETIMES MONTHS AT A TIME, SOMETIMES ONLY A WEEK AT A TIME.  I GUESS HE PROBABLY WENT ON DRUNKEN BINGES.  I'M NOT SURE.  BUT HE JUST DISAPPEARED.  AND WE HAD NO MONEY AND MY MOTHER WAS ALWAYS THERE.  WE RECEIVED COMMODITIES, WHICH TODAY IS THE SAME AS FOOD STAMPS.  AND WITHOUT THEM I DON'T KNOW HOW MY MOTHER WOULD HAVE FED ALL OF US.  WE DID RUN A LITTLE TAB AT THE LOCAL STORE.  AND IN THE SPRINGTIME ALL OF THE KIDS THAT WERE OLD ENOUGH WOULD WORK HOEING PEANUTS AND THINGS LIKE THAT TO PAY OFF THAT BILL.  AND AFTER THAT WORK WAS OVER, THEN THROUGH THE SUMMER, WE WOULD HAVE ANOTHER TAB AT THE STORE AND THEN IN THE FALL WHEN IT WAS TIME TO PULL COTTON, WE WOULD PAY OFF THAT BILL.  SO REALLY THE CHILDREN WERE SUPPORTING THE FAMILY.

Q.    AND SO WERE ALL OF YOUR SIBLINGS WORKING IN THE FIELDS?

A.    YES.  AT DIFFERENT TIMES THEY ALL WERE.

Q.    WHAT AGE DID YOU START WORKING IN THE FIELDS, IF YOU RECALL?

A.      CONSISTENTLY, IT WAS PROBABLY WHEN I WAS 14.  I MEAN TO WORK, REALLY WORK EVERY DAY.  I HAD WORKED A FEW YEARS BEFORE THAT.  IN THE FALL WE WOULD -- WHEN SCHOOL WOULD TURN OUT, THERE WOULD BE CROPS TO BE TAKEN IN AND THINGS.  WE WOULD GO TO WESTERN OKLAHOMA, SO THEY WOULD LOAD US UP AND WE WOULD GO TO WESTERN OKLAHOMA, RENT A LITTLE SHACK OF SOME KIND AND THAT IS WHERE WE WOULD BE.  ACTUALLY WE LIVED IN A BARN ONE FALL.  AND WE WOULD STAY THERE ANYWHERE FROM 6 TO 8 WEEKS.  AND WE WERE PULLING COTTON AND WE WERE PAID $2 A POUND.  AND USUALLY I HAD GOTTEN TO THE POINT I COULD PULL 500 POUNDS A DAY, SO THAT WAS $10. (SIC)

Q.      AND WAS THE SAME TRUE FOR YOUR SIBLINGS, THEY GENERALLY STARTED WORKING IN THE FIELDS AROUND THE SAME AGE?

A.      SAME WAS TRUE FOR ALL OF US.

Q.      AND THAT WOULD BE DEAN AS WELL?

A.      YES.

Q.      NOW, HOW DID YOUR FATHER GET ALONG WITH DEAN?

A.      I DON'T REMEMBER A LOT ABOUT MY FATHER'S RELATIONSHIP WITH DEAN.  I DO RECALL HIM CALLING HER NAMES.  DEAN WAS ALWAYS OVERWEIGHT AS A CHILD AND HE WOULD CALL HER FATTY AT DIFFERENT TIMES, AND HE DIDN'T REALLY CALL OTHER KIDS NAMES.  HE CALLED ME NAMES.  HE CALLED ME SISSY ALL THE TIME BECAUSE I WAS NOT LIKE MY

BROTHER.  DIDN'T LIKE TO DO THE THINGS, THE HUNTING AND THINGS LIKE THAT.  SO VERBAL ABUSE WAS ALWAYS THERE.

Q.      FOR BOTH YOU AND DEAN?

A.      YES.

Q.      AND WAS THAT A CONSTANT IN YOUR CHILDHOOD?

A.      YES.  IT WAS SO CONSTANT THAT I LITERALLY HATED MY FATHER UNTIL I WAS SEVERAL YEARS AWAY FROM HOME AND I DID COME TO THE POINT WHERE I GUESS I ACCEPTED JUST TO BE AROUND MY MOTHER.  IT WAS NOT -- I DIDN'T -- I LIVED AWAY.  I MOVED AWAY IN 1974.  AND I WAS AWAY FROM HIM FOR 30 YEARS BEFORE I MOVED BACK TO OKLAHOMA.  AND IT WAS MY MOTHER THAT I WOULD COME BACK TWICE A YEAR TO VISIT WITH, NOT MY FATHER.

Q.      IS YOUR FATHER STILL ALIVE?

A.      NO.  HE DIED IN 1985.  HE COMMITTED SUICIDE.

Q.      AND WAS HE AT HOME WITH YOUR MOM AT THAT TIME?

A.      YES, HE WAS.  MY MOTHER WAS IN THE LIVING ROOM AND HE WAS BACK IN THE BEDROOM.  THEY LIVED IN A TRAILER HOME.

Q.      NOW, DO YOU KNOW WHEN DEAN AND JOHNNY HAMMER MARRIED?

A.      I DON'T KNOW WHAT YEAR THAT THEY MARRIED.  THEY WERE VERY YOUNG.  I BELIEVE DEAN WAS 17.  BUT DEAN HAD ALREADY LEFT HOME A COUPLE OF YEARS BEFORE THAT AND LIVED WITH RELATIVES.

Q.    SHE LIVED WITH OTHER RELATIVES?

A.    IN OKLAHOMA CITY, YES.  SO I KNOW DAVID WAS BORN IN '58, SO I WOULD SAY '57, '56 THAT THEY MARRIED.

Q.    OKAY.  WHAT KIND OF WORK DID JOHNNY DO?

A.    WHEN DEAN AND JOHNNY FIRST GOT MARRIED, THE WAY I REMEMBER, HE WORKED AS A STATION ATTENDANT.

Q.    AT A GAS STATION?

A.    AT A GAS STATION.  YOU KNOW, BACK THEN YOU COULD PULL INTO A GAS STATION, AND THEY WOULD WASH YOUR WINDOWS, PUMP YOUR GAS, THOSE KINDS OF THINGS, SO --

Q.    AND DID HE HAVE STEADY WORK?  WAS HE STEADILY EMPLOYED?

A.    NO, NO.  HE WOULD HAVE A JOB AT A STATION FOR SOME MONTHS PERHAPS, AND THE NEXT THING THAT WE HEARD -- YOU KNOW, THE FAMILY WOULD HEAR THAT HE HAD LEFT THAT JOB AND WENT TO ANOTHER JOB.  AND DEAN AT ONE TIME HAD TOLD ME THAT WHEN HE DID THAT, THAT JOHNNY WOULD -- HE WOULD BECOME ANGRY WITH HIS BOSS AND INSTEAD OF TALKING OVER, YOU KNOW, WHAT THE PROBLEMS WERE, HE WOULD JUST QUIT.  THEY WOULD JUST PICK UP AND THEN MOVE ON TO ANOTHER HOUSE, OR OKLAHOMA CITY, AND HE WOULD GET ANOTHER JOB AND -- BUT THOSE WERE THE EARLY YEARS.  BACK WHEN I WAS -- SAY 1963 TO '66, WHEN I GRADUATED, DEAN AND JOHNNY WOULD COME TO WESTERN OKLAHOMA AT DIFFERENT TIMES, AND THEY WOULD HOE COTTON, THINGS LIKE THAT, PULL

COTTON IN THE FALL.

Q.        AND DID THEY HAVE KIDS AT THAT POINT IN TIME?

A.        THEY HAD DAVID.  AND I'M SURE BEFORE -- YEAH, MARTIN AND DIANE WOULD HAVE BEEN BORN AND BE VERY SMALL DURING THAT TIME.

Q.        NOW, AS FAR AS YOU COULD TELL -- WELL, LET ME BACK UP FOR A MINUTE.  YOU MENTIONED THEY MOVED A LOT. WAS THAT A CONSTANT THEME WITH THEM?

A.        THEY DID MOVE A LOT.  MOST OF THESE THINGS I JUST REMEMBER MY MOTHER AND DAD TALKING ABOUT IT.  AND THEY WOULD TALK ABOUT HOW DEAN AND JOHNNY MAY BE LIVING IN WESTERN OKLAHOMA AND THEY WOULD HAVE A HOUSE, BE WORKING, YOU KNOW, LIKE THE REST OF US, AND PULLING COTTON, AND THOSE KIND OF THINGS IN HARVEST.  AND THEN YOU WOULD GO TO THEIR HOUSE AND THEY WOULD BE GONE.  MY DAD, YOU KNOW, WOULD DRIVE OVER TO SEE THEM OR WHATEVER. NO ONE THERE.  AND THEY WOULD NEVER TELL US WHEN THEY WERE LEAVING OR WHY THEY LEFT.  THEY MIGHT BE GONE SEVERAL MONTHS AND THEN THEY WOULD JUST SHOW UP AGAIN. AND -- BUT THEY MOVED AROUND A LOT.

Q.        SO THERE COULD BE A PERIOD OF MONTHS WHERE NO ONE IN THE FAMILY WOULD REALLY KNOW WHERE THEY WERE?

A.        ABSOLUTELY.

Q.        AND DID THAT HAPPEN OCCASIONALLY, A LOT?

A.        I WOULD SAY IT HAPPENED A LOT.  I MEAN, I

REMEMBER IT MYSELF MORE THAN ONE OCCASION SO.

Q.      AND AT THAT TIME, THEY HAD CHILDREN?

A.      YES, THEY DID.

Q.      THEY HAD ALL THREE AT THAT POINT?

A.      THEY HAD ALL THREE CHILDREN.  AND THEY WOULD MOVE -- NORMALLY THEY RENTED A HOUSE WITH FURNITURE, IT WOULD BE FURNISHED.  BUT ANY OTHER THING THAT THEY HAD, WHATEVER THEY HAD THEY WOULD PACK INTO THEIR CAR AND MOVE, AND THAT WOULD BE IT.  WE WOULD NOT KNOW ANYTHING ABOUT IT.

Q.      NOW, AS FAR AS YOU COULD TELL, DID DEAN AND JOHNNY PROVIDE A STABLE ENVIRONMENT FOR THE CHILDREN, DAVID, DIANE AND MARTIN?

A.      NOT WHAT I WOULD CONSIDER A STABLE ENVIRONMENT. I MEAN, THEY WERE POOR, BUT SO WAS MY FAMILY ALL THOSE YEARS.  BUT AS I SAY, MY MOTHER WAS ALWAYS THERE FOR US AND ALWAYS MADE SURE WE HAD THINGS TO EAT.

Q.      NOW, DO YOU KNOW WHETHER OR NOT DAVID AND DIANE AND MARTIN HAD ENOUGH TO EAT WHILE THEY WERE GROWING UP?

A.      I DON'T REALLY KNOW IF THEY DID OR NOT.  I WOULD THINK AT TIMES THAT THEY PROBABLY DIDN'T BECAUSE THERE WAS NO MONEY THERE.  SO I DON'T KNOW HOW THEY WERE PROVIDING FOR THEM.  THEY MIGHT HAVE BEEN ON FOOD STAMPS OR THINGS LATER.  I'M NOT SURE.

Q.      ALL RIGHT.  NOW, WHEN DAVID WAS OLDER, DID HIS

PARENTS PROVIDE ADEQUATE SUPERVISION FOR HIM DURING THE TIMES YOU WERE PRESENT WITH THE FAMILY?

A.      WHEN HE WAS A YOUNG CHILD I GUESS IT WAS ADEQUATE THE WAY I REMEMBERED IT, BUT THINGS ARE DIFFERENT NOW.  IT MIGHT NOT BE CONSIDERED ADEQUATE.  AS HE GOT OLDER, DAVID SORT OF WAS ON HIS OWN, FROM THE TIME HE WAS 11, 12, 13, RIGHT ON THROUGH HIS TEENAGE YEARS.

Q.      HE WAS PRETTY MUCH LEFT TO HIS OWN DEVICES?

A.      YES, HE WAS.

Q.      NOW, DID YOU HAVE AN OPPORTUNITY TO OBSERVE DEAN AND JOHNNY AS PARENTS?

A.      OCCASIONALLY I DID.  I DON'T REMEMBER, YOU KNOW, SPENDING MANY NIGHTS AT THEIR HOUSE, SO I DON'T REMEMBER, YOU KNOW, THE CARE THAT THEY PROVIDED.  I DON'T REMEMBER THEM HUGGING ANY OF THE CHILDREN, THAT TYPE OF THING.  I RECALL ON ONE OCCASION THAT IS VERY VIVID TO ME AND I WAS WITH DEAN AND JOHNNY.  I WAS IN THEIR CAR, I WAS SITTING IN THE MIDDLE OF THE FRONT PASSENGER'S SEAT, DEAN WAS IN THE PASSENGER'S SEAT AND JOHNNY WAS DRIVING.  AND DAVID WAS -- DAVID HAD A LOT OF QUESTIONS.  DAVID WAS A VERY SMART CHILD IN SCHOOL, EVEN CONSIDERING ALL OF THE MOVES THAT HE MADE.  AND I REMEMBER MY PARENTS TALKING ABOUT IT, YOU KNOW, HOW SMART HE WAS AND THINGS LIKE THAT.

BUT HE HAD A LOT OF QUESTIONS AND HE LIKED ANSWERS, BUT HIS PARENTS DID NOT GIVE HIM THOSE ANSWERS.  BUT HE WOULD KEEP ASKING.  AND I REMEMBER THAT DAY IN THE CAR, DEAN WOULD JUST -- SHE WOULD TELL HIM TO SHUT UP, YOU KNOW, BE QUIET.  AND THEN HE WOULD KEEP ASKING HIS QUESTIONS.  AND THEN, BEFORE YOU KNOW IT, SHE IS SCREAMING AT HIM AND CURSING AT HIM, YOU KNOW, LIKE YOU LITTLE SON OF A BITCH, YOU LITTLE MOTHERFUCKER.  I TOLD YOU TO SHUT UP.  AND SHE WOULD BE BACK UP ON HER KNEES AND SHE WOULD BE REACHING IN THE BACK OF THE CAR AND SHE WOULD BE POUNDING HIM ON HIS HEAD AND SHOULDERS.  AND HE WOULD JUST BE OVER AGAINST THE WINDOW, TRYING TO COVER HIS HEAD.

Q.    HOW OLD WAS HE?

A.    I WOULD SAY HE WAS FIVE YEARS OLD, FOUR OR FIVE YEARS OLD.  AND JOHNNY, I NEVER SAW JOHNNY TOUCH ANY OF THE CHILDREN, YOU KNOW, AS FAR AS DISCIPLINE IN ANY WAY.

Q.    NOW, DID SHE SEEM TO HAVE WITH DAVID A TEMPER?

A.    SHE COULD GET A TEMPER PRETTY QUICKLY, YOU KNOW, WITH DAVID.  AND I SEEMED TO SEE IT MORE WITH DAVID THAN I DID EVEN WITH JOHNNY.  EVERY ONCE IN A WHILE SHE WOULD RAISE HER VOICE WITH JOHNNY AND, YOU KNOW, KIND OF HAVE MAYBE A LITTLE ARGUMENT SOMETIME WITH HIM.  BUT WITH DAVID IT WAS MUCH QUICKER.

AND ANOTHER TIME, IT PROBABLY HAPPENED MORE THAN ONCE BUT IN MY MIND IT'S VERY VIVID.  I CAN SEE HIM STANDING IN THE LIVING ROOM AT OUR HOUSE, AND I DON'T KNOW WHAT HE HAD DONE BUT IT SET DEAN OFF AND SHE WAS YELLING AT HIM AND SHE WAS GOING TO GET SPANKING.  AND I CAN REMEMBER SEEING LITTLE OLD DAVID.  SHE WAS HOLDING HIM BY HIS HAND AND WAS SWATTING HIM WITH -- I DON'T REMEMBER WHAT, IT WAS USUALLY WHATEVER WAS NEAR THAT SHE COULD PICK UP, AND HE WOULD BE TURNING AROUND AND AROUND TRYING TO GET AWAY FROM HER.  BUT SHE WOULD JUST BE -- YOU KNOW, KEEP HITTING AT HIM.  AND I'M SURE IT WAS NOT ALWAYS ON HIS REAR END THAT SHE HIT HIM.  I MEAN, WITH HIM MOVING THE WAY HE DID, IT WAS PROBABLY WHERE SHE COULD -- IT JUST SEEMED LIKE ANYWHERE SHE COULD LAND A HIT.

Q.    DO YOU RECALL HER PICKING UP OTHER OBJECTS AT DIFFERENT TIMES TO HIT DAVID WITH?

A.    WELL, THERE WERE SWITCHES, YOU KNOW, SAY A RULER, OR SOMETHING OF THAT NATURE, I DO.  NOT ANYTHING BIG OR CLUBS OR ANYTHING LIKE THAT.  I DON'T REMEMBER HER DOING ANY OF THAT.  I DON'T REMEMBER HER EVER INJURING DAVID THAT I'M AWARE OF.

Q.    NOW, HOW OFTEN DID YOU SEE DAVID WHEN HE WAS GROWING UP?

A.    I WOULD NOT SAY I SAW DAVID FREQUENTLY, BECAUSE

WHEN DAVID WAS SMALLER, MOST OF THE TIME THEY HAD LIVED IN OKLAHOMA CITY AND I DID NOT SEE HIM A LOT THEN.

HE WOULD COME TO OUR HOUSE AND SOMETIMES STAY A FEW DAYS BY HIMSELF.  HE AND MY FATHER -- MY FATHER WOULD TAKE HIM PLACES WITH HIM, AND DAVID AND I HAD CONVERSATIONS ABOUT THAT.  AND DAVID TOLD ME ONCE DURING CONVERSATION HOW MUCH HE ADMIRED MY FATHER.  AND I COULD NOT -- I CAN'T UNDERSTAND IT AT ALL, BECAUSE I HATED HIM.  I SAW NOTHING GOOD ABOUT MY FATHER.  BUT THAT IS NOT THE WAY DAVID REMEMBERED HIM SO.

Q.        INTERESTING.

NOW, I'M GOING TO MOVE INTO A MORE SENSITIVE AREA AND I APOLOGIZE IN ADVANCE FOR HAVING TO ASK YOU SUCH QUESTIONS.  BUT I WANT TO TURN NOW TO THE SEXUAL ABUSE IN YOUR FAMILY.

A.        OKAY.

Q.        CAN YOU TELL US, IS THERE A HISTORY OF SEXUAL ABUSE IN YOUR FAMILY?

A.        THINKING BACK OVER IT, THERE WAS A BIG SEXUAL HISTORY IN MY FAMILY.

Q.        CAN YOU TELL US A LITTLE ABOUT THAT.

A.        I CAN.

SHALL I START AT THE BEGINNING OF WHAT I KNOW?

Q.        ABSOLUTELY.

A.        WHAT I WAS TOLD ONLY EARLY OR LATE LAST YEAR, I BELIEVE, AROUND OCTOBER, I WAS VISITING MY OLDER BROTHER AND HE LIVES NEAR DUNCAN, OKLAHOMA, AND HE TOLD ME OF AN INCIDENT.  HE TOLD ME THAT MY UNCLE, MY FATHER'S BROTHER, HIS NAME WAS ARTHUR BUT WE CALLED HIM BUD, UNCLE BUD, AND THAT HE RAPED MY GRANDMOTHER.  I HAD NEVER HEARD THIS BEFORE.  AND HE SAID THAT MY GRANDMOTHER KEPT A PISTOL UNDER HER PILLOW AT NIGHT WHEN SHE WAS SLEEPING.

Q.        AFTER THAT?

A.        AFTER THAT.  BUT AS FAR AS MYSELF, WHEN WE WOULD -- I WOULD GO -- I WOULD GO TO MY GRANDPARENTS EVERY -- IT WAS NOT FREQUENTLY THAT WE STAYED OVERNIGHT WITH THEM.  SOMETIMES I WOULD, YOU KNOW, BE SLEEPING WITH MY GRANDMOTHER, AND I WAS 5, 6, 7.  BUT MOST OF THE TIME I HAD TO SLEEP WITH UNCLE BUD.  AND DURING THE NIGHT HE WOULD TAKE MY HAND AND HE WOULD MAKE ME TOUCH HIM UNTIL HE WOULD GET AN ERECTION.  AND I DON'T HAVE ANY MEMORIES OF ANY EJACULATION OR PENETRATION, THERE WAS NOTHING LIKE THAT.  BUT I DO REMEMBER -- AND IT WAS, I WOULDN'T SAY FREQUENTLY, BECAUSE I WAS NOT FREQUENTLY THERE, BUT IT PROBABLY HAPPENED EVERY TIME THAT I WAS THERE.  SO IT WAS MORE THAN ONE TIME.

Q.        AND HOW OLD WERE YOU?

A.        I WAS PROBABLY, MYSELF, I WOULD SAY 5, 6, 7,

AROUND THAT AREA.

Q.      AND THAT WENT ON FOR A WHILE?

A.      IT WENT ON AT LEAST THE THREE YEARS.

Q.      NOW, DID YOUR FATHER SEXUALLY ABUSE ANY OF YOUR SISTERS OR BROTHERS?

A.      NOT THAT I'M AWARE OF.

Q.      HOW ABOUT KATIE?

A.      I HAVE HEARD RUMORS.  I'VE HEARD OTHER FAMILY MEMBERS TALK ABOUT IT.  BUT AS FAR AS KATIE EVER SAYING ANYTHING TO ME, BUT I HAVE REALLY NO KNOWLEDGE OF IT.

Q.      YOU HAVE NO KNOWLEDGE OF THAT.  OKAY.

        NOW, WHEN YOUR UNCLE BUD DID WHAT HE DID TO YOU, DID YOU REPORT THAT TO EITHER OF YOUR PARENTS?

A.      OH, NO, NEVER.  I NEVER SAID IT TO ANYONE MY WHOLE LIFE UNTIL I TOLD YOU OR I TOLD LOUISE, IS WHO I TOLD WHEN I HAD A MEETING WITH HER.

Q.      ALL RIGHT.  NOW, WAS THERE ANYONE ELSE IN THE FAMILY WHO SEXUALLY ABUSED YOU?

A.      MY BROTHER, MY OLDER BROTHER.  HE IS FIVE YEARS OLDER THAN I AM.  AND --

Q.      WHAT IS HIS NAME?

A.      GLENN.  AND THAT PROBABLY STARTED WHEN I WAS 10, 11, 12.  AS I SAY, HE IS FIVE YEARS OLDER THAN I AM. AND HE WENT INTO THE ARMY WHEN HE WAS 17, SO, YOU KNOW, I WAS LIKE 10 AND 12 AT THAT TIME SO.

Q.        DID THAT HAPPEN ON MORE THAN ONE OCCASION?

A.        IT HAPPENED NUMEROUS OCCASIONS.

Q.        NUMEROUS OCCASIONS.

A.        AND WHAT HE WOULD DO, HE WOULD JUST HAVE ME -- HE WOULD GET AN ERECTION AND HAVE ME TO TOUCH HIM.  AND THEN I WOULD TURN OVER AND HE WOULD PLACE HIS PENIS BETWEEN MY LEGS AND THEN HE WOULD EJACULATE.  IT WAS KIND OF DISGUSTING TO ME, BECAUSE IT WAS ALL WET.

Q.        AND YOU WERE HOW OLD?

A.        AS I SAY, I WAS LIKE, 10, 11, 12, IN THAT AREA. AND THEN WHEN I WAS ABOUT 13, AS I RECALL, IT WAS ALWAYS -- MY BROTHER DRANK WHEN HE WAS A YOUNG KID.  HE WAS ALLOWED TO.  HE HAD QUIT SCHOOL WHEN HE WAS IN THE NINTH GRADE, SO HE HAD ALREADY STARTED WORKING WITH MY DAD. AND THE WAY I REMEMBER IT, I ALWAYS REMEMBERED THE LIQUOR SMELL, YOU KNOW, WHEN HE WOULD DO THIS, INITIATE THIS.  AND THAT IS WHEN IT WOULD HAPPEN.  AND THEN WHEN I WAS ABOUT 13 -- I'M SAYING 13 BECAUSE IT WAS AROUND '61, '62, SOMEWHERE AROUND THAT AREA.  AND I REMEMBER I WAS STAYING AT MY SISTER'S HOUSE AND HE LIVED WITH THEM, EARLENE HOWARD.  AND HE HAD COME HOME LATE IN THE NIGHT, HE GOT IN BED WITH ME.  HE WAS SUPPOSED TO BE SLEEPING WITH ME.  AND AS SOON AS HE GOT HOME, HE STARTED THE SAME THING, YOU KNOW, WANTED ME TO TOUCH HIM AND PUTTING HIS COCK BETWEEN MY LEGS.  AND I WAS LIKE -- I HAD

ENOUGH OF THIS, I DON'T WANT THIS.  AND I ACTUALLY GOT UP OUT OF THE BED AND GOT ON THE COUCH.  AND I FINALLY DID GO BACK TO BED LATER ON IN THE NIGHT AND HE NEVER BOTHERED ME.  BUT HE DIDN'T REALLY AFTER THAT SO --

Q.    ALL RIGHT.  AND HOW ABOUT DEAN?

A.    WELL --

Q.    CAN YOU TELL US ABOUT THAT?  I'M SORRY TO HAVE TO ASK.  CAN YOU TELL US ABOUT WHAT HAPPENED WITH YOU AND DEAN?

A.    I REMEMBER DEAN -- AS I SAY, DEAN LEFT HOME WHEN SHE WAS -- I'M ASSUMING WHEN SHE WAS ABOUT 15, BECAUSE I DON'T REMEMBER IF SHE STARTED IN THE TENTH GRADE OR NOT, BUT I KNOW SHE LEFT HOME WHEN SHE WAS ABOUT 15.  AND I THINK IN MY MEMORY -- I THINK IT WAS A VISIT HOME THAT SHE HAD JUST COME HOME FOR A WEEKEND OR SOMETHING.  BUT I WAS -- I HAD TO SLEEP WITH DEAN.  AND I REMEMBER DEAN, SHE TOOK MY HAND AND SHE PLACED IT NEAR HER VAGINA, HAD ME TO RUB HER, AND THEN SHE WANTED ME TO STICK MY FINGER INTO HER VAGINA.  AND I WAS NOT WANTING TO DO THAT AT ALL, BUT I DID IT MOMENTARILY.  BUT I REMEMBER WHEN I -- I PULLED MY HAND OUT, THERE WAS A SMELL.  AND IT JUST SMELLED AWFUL TO ME.  AND EVEN TODAY, WHENEVER I -- I'M A NURSE, SO I HAVE SMELLED THE SMELL OF NOT BEING REAL CLEAN IN WOMEN AND HOW IT SMELLS AND I STILL GET THAT FLASHBACK MEMORY FROM THAT HAPPENING.

Q.     HOW OLD WERE YOU?

A.     I'M SAYING I WAS AROUND NINE.

Q.     SO SHE WOULD HAVE BEEN 16, 17?

A.     YES.  AND THAT WAS THE ONLY TIME BUT -- THAT IT EVER HAPPENED.

Q.     NOW, WAS THERE A PERIOD OF TIME WHERE YOU DIDN'T HAVE MUCH CONTACT WITH DAVID?

A.     YEAH.  OH, YES.  I WOULD SAY AROUND '72, '73 WAS THE LAST CONTACT I HAD WITH DAVID.  I LEFT OKLAHOMA IN 1974.  AND THAT WAS BEFORE HE HAD EVER GONE TO PRISON OR ANYTHING.  I DON'T EVEN REMEMBER HIS WIFE SHIRLEY.  SO I DON'T KNOW WHEN HE MARRIED HER OR ANYTHING.  BUT I DID NOT RETURN UNTIL 2004, '04.  I WAS AWAY FOR 30 YEARS BEFORE I MOVED BACK TO OKLAHOMA.

Q.     WHEN DID YOU MOVE BACK?

A.     I NEVER HAD ANY CONTACT WITH DAVID.  BACK IN THE '80S, AROUND -- IT WAS '85 BECAUSE I WENT TO ITALY THAT YEAR.  SO I REMEMBER THE DAY, IT WAS THE SPRING OF '85, THAT DAVID CALLED ME ONE MORNING AND I TALKED TO HIM ON THE PHONE.  AND THAT WAS THE LAST CONTACT I HAD HAD WITH DAVID UNTIL 2011 IN OCTOBER, I WENT TO TERRE HAUTE TO VISIT WITH HIM.  AND I GUESS I JUST DECIDED -- IN MY LIFE, I HAD A PARTNER FOR 29 YEARS WHO DIED.  AND SO I SUDDENLY HAD FREE TIME TO DO THE THINGS THAT I WANTED TO DO.  AND AFTER TALKING WITH JANEL AND IT WAS PROBABLY

LOUISE THAT WAS THERE THAT TIME, I ASKED THEM FOR DAVID'S ADDRESS.  AND I WANTED TO CONTACT HIM.  AND I DID GO SEE HIM.

WE HAD A WONDERFUL VISIT.  AND WE TALKED ABOUT A LOT OF THINGS.  AND DAVID MENTIONED TO ME THAT HE HAD NEVER REACHED OUT TO ME BECAUSE HE THOUGHT I HATED HIM.  I NEVER HATED DAVID.  IT'S JUST THAT I WAS YOUNG GOING THROUGH LIFE AND DIDN'T -- IT WAS NOT PART OF MY LIFE.  BUT I STARTED THINKING ABOUT DAVID BEING IN PRISON AND ALONE, AND I JUST REALLY FELT IN MY HEART THAT HE DESERVED CONTACT FROM THE FAMILY.  SO I DID CONTACT HIM.  AND NOW WE TALK TO EACH OTHER ABOUT EVERY WEEK.  I HAVE BEEN TO VISIT THREE OR FOUR TIMES, E-MAIL EVERY WEEK.  SO I FEEL VERY CLOSE TO DAVID.

Q.      AND HOW LONG HAVE YOU HAD THIS CLOSER RELATIONSHIP WITH DAVID -- THIS CLOSE RELATIONSHIP WITH DAVID?

A.      IT STARTED THE FIRST DAY I SAW HIM, WHEN I WENT TO VISIT THE FIRST TIME.  I DIDN'T EXPECT TO SEE WHAT I SAW.  I SAW A NEPHEW OF MINE THAT I HAD DISREGARDED FOR 40 YEARS.  AND I CAN ONLY COMPARE -- I THINK OF HARDENED CRIMINALS, AND IT'S ONLY WHAT I'VE SEEN ON TELEVISION, THE WILD LOOKS AND ALL THIS.  AND I COULD NOT BELIEVE HOW JUST NORMAL HE LOOKED.  HE LOOKED REALLY NICE.  HE LOOKED GOOD.  YOU KNOW, HIS EYES WERE BRIGHT, AND HE HAS

SUCH SYMPATHY FOR EVERYONE WHO VISITS.  I MEAN, THERE WILL BE DAYS LIKE NOW, DAVID WILL CALL ME, AND IF I HAVE HAD -- I DON'T EVEN KNOW I HAVE HAD A BAD DAY, YOU KNOW, OR THAT I MAY BE A LITTLE DEPRESSED OR A LITTLE SAD, BUT HE PICKS THAT UP JUST IMMEDIATELY ON THE PHONE.  AND HE IS ALWAYS ASKING HOW I AM.  IT'S NEVER, YOU KNOW, TALKING ABOUT HIS MEDICAL PROBLEMS.  WE HAVE TALKED ABOUT THEM, BUT THAT IS NOT THE FIRST THING ON HIS MIND. IT'S HOW ARE YOU FEELING?  SO --

Q.      SO YOU TALK WITH HIM PRETTY MUCH EVERY WEEK?

A.      EVERY WEEK.  ALMOST EVERY WEEK I TALK TO DAVID.

Q.      IF DAVID WERE TO BE EXECUTED, HOW WOULD THAT IMPACT YOU?

A.      IT WOULD BE A TREMENDOUS LOSS FOR ME, BECAUSE I HAVE BECOME VERY CLOSE TO HIM.  AND I THINK OUR RELATIONSHIP HAS GIVEN HIM A WHOLE LOT.  AND HE IS VERY SPECIAL.  I KNOW I'M VERY SPECIAL TO HIM.  AND WE HAVE TALKED ABOUT OUR LIVES NOW AND WE CAN TALK TO EACH OTHER.  AND I FEEL LIKE HE IS LIKE A FRIEND THAT I CAN TELL ANYTHING, SAY ANYTHING TO HIM.

Q.      THAT'S GREAT.

          MR. MORENO:  I HAVE NO FURTHER QUESTIONS. THANK YOU.

          THE COURT:  IT'S NOW 25 AFTER, AND WE HAVE TO BREAK AT 3:30.  THAT IS THE ONLY TIME WE HAVE

ALLOTTED TO KEEP MR. HAMMER ON VIDEO.  SO WE WILL TAKE A RECESS NOW, AND WE WILL RESUME AT 9:30 TOMORROW MORNING.

MR. MORENO:  THANK YOU, YOUR HONOR.

(COURT ADJOURNED AT 3:25 P.M.)

I N D E X

| DEFENSE WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| LOUISE LUCK | 5 | -- | -- | -- |
| LYNDA JANE SOLDER | 77 | 105 | -- | -- |
| MARTIN LEON HAMMER | 112 | 147 | 170 | -- |
| RONNIE L. MILLER | 175 | -- | -- | -- |

- - -

| EXHIBITS ADMITTED INTO EVIDENCE | PAGE NO. |
|---|---|
| D 26, D 41, D 34, D 33, D 32, D 28, D 35 | 77 |
| D 30, D 31, D 37, D 41, D 43, D 44, D 36 | 77 |
| D 42, D 39 | 77 |

- - -

## $

**$10** [1] - 182:12

## '

**'04** [1] - 195:13
**'56** [1] - 184:3
**'57** [1] - 184:3
**'58** [1] - 184:3
**'61** [1] - 193:19
**'62** [1] - 193:19
**'65** [1] - 94:19
**'66** [2] - 178:1, 184:23
**'67** [1] - 178:2
**'69** [1] - 102:20
**'72** [1] - 195:8
**'73** [1] - 195:8
**'80S** [1] - 195:17
**'85** [2] - 195:17, 195:18
**'95** [1] - 60:12
**'96** [1] - 155:19

## 1

**10** [12] - 24:9, 63:4, 91:2, 115:14, 127:8, 133:21, 139:20, 139:21, 192:22, 192:25, 193:10
**100** [1] - 2:7
**105** [1] - 199:4
**11** [33] - 16:13, 17:19, 22:11, 37:5, 39:6, 65:15, 78:11, 78:14, 79:13, 91:3, 91:5, 91:15, 91:16, 109:7, 118:21, 120:19, 124:17, 124:18, 127:9, 127:10, 127:11, 129:17, 131:13, 131:14, 133:21, 139:20, 139:21, 148:11, 178:15, 180:2, 187:7, 192:23, 193:10
**112** [1] - 199:5
**11TH** [2] - 50:9, 50:13
**12** [24] - 37:6, 41:6, 41:12, 41:13, 58:10, 62:14, 62:23, 64:18, 65:3, 65:5, 75:7, 96:13, 97:5, 109:8, 127:10, 127:11, 132:4, 132:5, 142:20, 168:21, 187:7, 192:23, 192:25, 193:10

**12TH** [1] - 122:6
**13** [29] - 23:20, 27:25, 40:4, 42:6, 42:13, 47:7, 47:17, 49:13, 51:10, 62:14, 62:22, 62:23, 62:24, 62:25, 64:20, 86:9, 96:13, 97:5, 143:16, 149:16, 149:19, 149:21, 163:24, 168:21, 187:7, 193:11, 193:18
**1331** [1] - 2:4
**14** [23] - 47:7, 65:3, 65:5, 65:11, 113:14, 115:10, 127:19, 131:17, 131:18, 132:23, 143:8, 147:22, 147:23, 148:11, 162:17, 163:24, 168:18, 170:24, 171:3, 171:6, 178:24, 181:5, 182:1
**147** [1] - 199:5
**15** [22] - 28:8, 41:23, 43:4, 43:18, 52:6, 58:11, 58:15, 65:4, 65:7, 65:10, 65:12, 68:18, 68:23, 115:15, 131:15, 131:16, 154:11, 194:11, 194:13
**16** [8] - 21:13, 43:9, 52:6, 63:5, 142:23, 144:16, 145:15, 195:3
**161** [1] - 2:10
**16B** [1] - 1:8
**17** [8] - 24:14, 46:8, 91:2, 142:23, 163:25, 183:23, 192:24, 195:3
**170** [1] - 199:5
**17101** [1] - 2:7
**175** [1] - 199:6
**17703-0215** [1] - 2:11
**18** [4] - 46:7, 46:10, 91:2, 135:5
**18501** [1] - 1:17
**18B** [2] - 6:18, 6:19
**19** [1] - 114:4
**19106** [3] - 1:9, 1:21, 2:14
**1960'S** [1] - 24:8
**1963** [2] - 179:3, 184:23
**1972** [1] - 102:21
**1973** [2] - 50:9, 50:13
**1974** [3] - 178:5,

183:10, 195:10
**1975** [4] - 51:25, 52:1, 52:5, 52:16
**1976** [1] - 52:21
**1982** [1] - 122:5
**1985** [2] - 178:5, 183:15
**1986** [2] - 7:7, 9:14
**1987** [1] - 154:20
**1989** [3] - 135:20, 135:21, 176:21
**1992** [3] - 7:4, 155:2, 174:15
**1997** [1] - 158:3
**1998** [3] - 14:12, 158:16, 158:20
**1999** [3] - 150:18, 151:5, 154:10

## 2

**2** [5] - 27:24, 72:13, 96:13, 126:15, 182:10
**2-AND-A-HALF** [1] - 27:24
**20** [5] - 28:7, 29:1, 29:2, 29:4, 116:15
**2000** [2] - 60:13, 61:18
**2004** [1] - 195:13
**2005** [1] - 170:13
**2007** [2] - 57:4, 57:21
**2011** [1] - 195:21
**2014** [1] - 75:8
**20530** [1] - 2:4
**215** [1] - 2:10
**215)627-1882** [1] - 1:21
**235** [1] - 1:16
**24** [2] - 114:3, 114:24
**25** [6] - 61:22, 67:8, 114:20, 114:24, 177:5, 197:24
**26** [5] - 10:5, 10:12, 75:23, 77:7, 199:9
**28** [3] - 75:24, 77:8, 199:9
**29** [1] - 195:23

## 3

**3** [2] - 96:13, 98:10
**30** [8] - 11:20, 23:9, 61:9, 75:24, 77:8, 183:11, 195:13, 199:10
**300** [3] - 2:7, 11:13, 11:18
**309** [1] - 1:17
**31** [6] - 67:25, 68:11,

75:24, 77:8, 122:10, 199:10
**311** [1] - 1:16
**32** [5] - 50:3, 75:23, 77:8, 122:4, 199:9
**33** [4] - 47:13, 75:23, 77:7, 199:9
**34** [5] - 28:16, 28:18, 75:23, 77:7, 199:9
**35** [5] - 59:22, 75:24, 77:8, 130:2, 199:9
**36** [5] - 76:18, 77:8, 159:20, 177:2, 199:10
**37** [6] - 72:15, 75:24, 77:8, 99:2, 177:2, 199:10
**39** [3] - 76:24, 77:8, 199:11
**3:25** [1] - 198:4
**3:30** [1] - 197:25

## 4

**4** [4] - 74:1, 83:5, 98:10, 126:15
**40** [1] - 196:21
**41** [9] - 27:15, 75:23, 76:3, 76:6, 76:7, 77:7, 77:8, 199:9, 199:10
**42** [3] - 76:21, 77:8, 199:11
**43** [3] - 76:12, 77:8, 199:10
**44** [3] - 76:15, 77:8, 199:10
**4:96-CR-239** [1] - 1:6

## 5

**5** [6] - 28:8, 73:10, 101:1, 191:15, 191:25, 199:3
**5/11/73** [1] - 48:4
**50** [2] - 113:22, 113:23
**500** [1] - 182:11
**540** [1] - 2:14

## 6

**6** [12] - 1:12, 27:9, 57:21, 62:22, 62:24, 62:25, 73:10, 83:5, 83:10, 182:9, 191:15, 191:25
**6-10-14** [1] - 1:8
**60-MILE** [1] - 138:25
**601** [1] - 1:20

## 7

**7** [11] - 21:3, 26:13, 39:15, 63:24, 73:11, 82:13, 83:10, 94:22, 137:2, 191:15, 191:25
**77** [4] - 199:4, 199:9, 199:10, 199:11

## 8

**8** [10] - 21:3, 26:13, 39:15, 82:13, 94:21, 94:22, 101:2, 131:1, 139:17, 182:9

## 9

**9** [2] - 82:13, 139:17
**9:30** [1] - 198:2
**9TH** [1] - 122:5

## A

**ABANDON** [2] - 32:15, 32:16
**ABANDONED** [2] - 32:14, 128:24
**ABILITY** [1] - 69:10
**ABLE** [18] - 3:12, 5:11, 15:15, 15:21, 18:8, 29:16, 29:21, 30:3, 41:15, 69:10, 119:5, 119:25, 121:15, 122:14, 122:18, 122:21, 123:6, 155:9
**ABSOLUTELY** [2] - 185:23, 190:25
**ABSTINENCE** [1] - 71:23
**ABUSE** [68] - 13:9, 13:11, 13:13, 15:12, 15:22, 16:2, 16:4, 16:23, 17:14, 17:22, 20:9, 20:11, 20:23, 22:19, 33:8, 34:3, 34:13, 34:14, 36:1, 36:18, 36:23, 36:24, 37:17, 38:13, 39:24, 40:23, 41:1, 49:14, 49:17, 49:22, 54:6, 54:7, 55:8, 56:2, 56:11, 56:24, 63:25, 64:1, 64:12, 70:13, 115:25, 126:16, 133:19, 150:5, 150:7, 150:21, 151:10, 155:25, 156:2, 156:6,

156:11, 163:14, 168:15, 171:7, 172:11, 174:15, 175:1, 175:3, 180:10, 183:2, 190:15, 190:18, 192:4

**ABUSED** [27] - 19:6, 20:24, 21:4, 21:6, 38:15, 38:24, 38:25, 39:3, 39:9, 40:1, 40:3, 40:5, 41:2, 41:5, 58:10, 58:14, 72:23, 72:24, 73:23, 73:24, 131:4, 150:11, 151:25, 163:13, 171:22, 175:5, 192:18

**ABUSES** [1] - 29:11

**ABUSING** [3] - 64:16, 128:4, 175:7

**ABUSIVE** [5] - 17:2, 22:3, 33:13, 38:12, 44:16

**ACADEMIC** [2] - 64:22, 64:23

**ACCEPTED** [1] - 183:8

**ACCOMPANIED** [1] - 47:20

**ACCORDING** [5] - 4:17, 150:10, 161:25, 162:8, 165:18

**ACCUMULATED** [1] - 14:22

**ACCUMULATION** [1] - 13:19

**ACCURATE** [1] - 10:16

**ACT** [1] - 145:10

**ACTIVITIES** [4] - 30:4, 30:7, 31:24, 123:8

**ADDICT** [1] - 133:14

**ADDITION** [1] - 115:12

**ADDRESS** [2] - 4:11, 196:2

**ADDS** [1] - 58:16

**ADEQUATE** [4] - 121:15, 187:1, 187:4, 187:5

**ADHESIONS** [1] - 51:23

**ADJACENT** [1] - 6:15

**ADJOURNED** [1] - 198:4

**ADJUSTMENT** [1] - 46:15

**ADMINISTERED** [2] - 8:4, 9:7

**ADMIRED** [1] - 190:7

**ADMITTED** [3] - 52:22, 77:9, 199:8

**ADOLESCENCE** [1] - 46:15

**ADULT** [7] - 7:10, 29:22, 33:22, 50:20, 61:16, 67:23, 135:22

**ADULTS** [1] - 67:3

**ADVANCE** [1] - 190:13

**ADVOCACY** [2] - 6:11, 7:6

**ADVOCATE** [1] - 6:5

**ADVOCATES** [1] - 9:20

**AFFAIR** [2] - 128:13, 129:8

**AFFAIRS** [1] - 129:7

**AFFECTED** [1] - 56:25

**AFFECTION** [5] - 100:3, 100:6, 100:9, 107:3, 110:11

**AFFECTIONATE** [5] - 110:21, 110:22, 110:23, 111:3, 135:11

**AFFORD** [2] - 116:18, 116:20

**AFRAID** [3] - 83:25, 153:2

**AFTERNOON** [6] - 101:9, 112:12, 123:24, 123:25, 176:5, 176:6

**AGE** [25] - 31:5, 31:25, 39:24, 46:10, 47:7, 49:13, 51:10, 52:15, 58:11, 58:15, 64:20, 65:3, 65:4, 65:7, 65:11, 73:9, 82:11, 98:10, 99:8, 99:17, 142:5, 162:15, 164:3, 181:24, 182:15

**AGES** [6] - 28:8, 62:13, 63:4, 65:5, 98:14, 164:2

**AGGRESSIVE** [1] - 62:13

**AGITATION** [1] - 53:1

**AGO** [8] - 27:10, 58:7, 88:11, 114:15, 154:7, 154:11, 155:20

**AGORAPHOBIA** [2] - 55:17, 153:2

**AGREE** [6] - 107:15, 108:10, 108:18, 109:14, 157:24, 164:23

**AGREED** [1] - 3:14

**AGREEING** [1] - 156:22

**AHEAD** [1] - 39:11

**AHOLD** [1] - 134:20

**AID** [1] - 50:22

**AIDE** [1] - 120:7

**AIDED** [1] - 1:24

**AIN'T** [1] - 58:5

**ALBERT** [10] - 20:13, 20:14, 20:18, 39:8, 39:9, 39:19, 39:20, 129:11, 130:10, 130:15

**ALCOHOL** [8] - 16:2, 16:3, 16:23, 115:13, 115:17, 155:4, 155:21, 180:10

**ALCOHOLIC** [4] - 16:15, 17:2, 109:4

**ALEXANDRIA** [1] - 177:16

**ALIVE** [1] - 183:14

**ALLEGATION** [2] - 55:7, 152:10

**ALLIANCE** [1] - 9:20

**ALLOTTED** [1] - 198:1

**ALLOW** [1] - 114:24

**ALLOWED** [1] - 193:13

**ALMOST** [4] - 11:5, 37:6, 56:15, 197:11

**ALONE** [1] - 196:10

**ALTERCATION** [1] - 44:8

**AMANDA** [1] - 2:2

**AMARILLO** [1] - 129:24

**AMERICA** [1] - 1:3

**AMOUNT** [2] - 34:6, 169:23

**AND-A-HALF** [1] - 143:22

**ANGER** [5] - 22:18, 115:25, 134:1, 134:17, 171:7

**ANGRY** [6] - 127:24, 128:1, 128:7, 134:2, 135:24, 184:18

**ANIMAL** [1] - 149:3

**ANIMALS** [1] - 149:1

**ANNE** [1] - 2:5

**ANNUAL** [1] - 25:1

**ANNUALLY** [2] - 11:5, 71:3

**ANSWER** [6] - 32:5, 62:14, 62:15, 106:9, 107:22, 107:23

**ANSWERS** [4] - 99:24, 99:25, 188:2, 188:3

**ANTI** [3] - 32:7, 46:22, 63:9

**ANTI-SOCIAL** [2] - 32:7, 63:9

**ANTISOCIAL** [1] - 46:17

**ANXIETY** [2] - 152:25, 153:1

**ANYWAY** [2] - 102:5, 171:2

**APART** [3] - 27:25, 98:10, 101:2

**APARTMENT** [1] - 27:6

**APOLOGIZE** [1] - 190:13

**APPEAR** [2] - 100:3, 100:6

**APPEARANCES** [2] - 1:14, 2:1

**APPEARED** [1] - 22:14

**APPENDIX** [5] - 48:22, 51:20, 53:3, 100:10, 110:17

**APPROACH** [9] - 9:25, 28:11, 47:8, 49:23, 57:13, 59:17, 61:5, 68:6, 159:17

**AREA** [11] - 38:19, 92:7, 92:11, 95:8, 97:4, 113:19, 179:15, 190:13, 192:1, 193:10, 193:19

**AREAS** [2] - 36:24, 66:22

**ARGUE** [2] - 169:7, 169:8

**ARGUED** [2] - 128:10, 158:21

**ARGUMENT** [3] - 26:24, 162:21, 188:24

**ARGUMENTS** [2] - 18:15, 85:11

**ARLENE** [3] - 47:24, 50:6, 50:24

**ARMY** [7] - 117:18, 177:20, 177:21, 177:22, 177:23, 178:1, 192:24

**ARREST** [1] - 150:18

**ARRESTED** [3] - 66:6, 150:15, 151:6

**ARRIVED** [3] - 52:25, 130:6, 180:23

**ARTHUR** [4] - 19:24, 19:25, 20:4, 191:5

**ARTICLE** [1] - 60:2

**ARTS** [1] - 88:3

**ASCERTAINED** [1] - 68:16

**ASHAMED** [1] - 38:8

**ASHTRAY** [1] - 134:22

**ASIDE** [4] - 10:24, 14:2, 119:10, 155:24

**ASLEEP** [2] - 49:10, 82:24

**ASPECTS** [1] - 54:2

**ASSAULTED** [2] - 171:11, 171:12

**ASSESS** [3] - 7:21, 8:11, 8:13

**ASSESSED** [2] - 9:6, 62:3

**ASSESSING** [2] - 15:4, 60:20

**ASSESSMENT** [3] - 15:5, 68:3, 74:13

**ASSIGNED** [1] - 6:20

**ASSISTANCE** [2] - 106:17, 106:18

**ASSOCIATED** [1] - 65:21

**ASSUME** [3] - 33:22, 151:24, 152:4

**ASSUMING** [2] - 19:20, 194:11

**ASYLUM** [1] - 146:8

**ATE** [2] - 83:5, 106:19

**ATTACKING** [1] - 44:20

**ATTEMPT** [2] - 52:7, 70:24

**ATTEMPTED** [4] - 44:5, 44:16, 52:4, 52:10

**ATTEMPTS** [2] - 52:9, 55:20

**ATTEND** [2] - 28:24, 111:16

**ATTENDANT** [2] - 26:22, 184:6

**ATTENDED** [2] - 11:5, 28:23

**ATTENDING** [1] - 67:10

**ATTENTION** [5] - 45:11, 53:15, 128:3, 131:2, 132:13

**ATTITUDE** [1] - 64:12

**ATTITUDES** [1] - 63:15

**ATTORNEY'S** [1] - 4:16

**ATTORNEYS** [2] - 1:15, 6:21

**ATTRACTIVE** [1] -

17:25
**AUGUST** [1] - 178:2
**AUNTS** [1] - 19:21
**AUNTS'** [1] - 70:9
**AUTHORITIES** [1] - 144:7
**AVAILABLE** [1] - 33:25
**AWARE** [4] - 20:10, 133:5, 189:22, 192:6
**AWFUL** [5] - 121:8, 125:10, 127:22, 173:22, 194:22

### B

**BABY** [4] - 87:11, 97:23, 151:14, 151:20
**BABYSAT** [1] - 95:3
**BABYSITTING** [2] - 97:23, 98:4
**BACHELOR'S** [1] - 8:20
**BACKGROUND** [8] - 8:18, 8:19, 12:24, 14:18, 16:11, 68:21, 84:8, 147:10
**BACKTRACK** [1] - 129:22
**BACKWARDS** [1] - 8:18
**BAD** [11] - 48:9, 58:8, 89:2, 126:1, 134:5, 143:19, 161:6, 161:20, 164:25, 172:8, 197:3
**BADLY** [1] - 36:10
**BALL** [1] - 56:22
**BAPTIST** [7] - 52:21, 138:4, 138:23, 139:4, 140:3, 149:25, 150:1
**BAR** [1] - 180:17
**BARELY** [1] - 85:18
**BARN** [1] - 182:8
**BARS** [1] - 180:15
**BASED** [3] - 6:21, 62:9, 68:19
**BASIC** [1] - 117:25
**BASIS** [1] - 62:15
**BASKETBALL** [4] - 100:25, 101:2, 101:25
**BATHE** [2] - 21:22, 25:25
**BATHROOM** [1] - 21:23
**BATTLING** [2] - 115:8, 115:12

**BEANS** [6] - 26:7, 82:7, 82:8, 83:1, 83:6, 106:18
**BEAT** [6] - 34:25, 35:3, 36:10, 126:8, 136:20, 162:17
**BEATEN** [2] - 33:19, 36:6
**BEATING** [4] - 109:18, 109:19, 109:24, 143:19
**BEATINGS** [1] - 109:22
**BECAME** [4] - 29:25, 42:25, 45:4, 101:6
**BECOME** [3] - 42:24, 184:18, 197:15
**BECOMING** [1] - 177:18
**BED** [10] - 21:10, 33:18, 82:23, 87:15, 97:2, 170:1, 193:22, 194:2, 194:3
**BEDROOM** [8] - 41:9, 80:21, 87:14, 87:15, 89:9, 127:13, 183:18
**BEDROOMS** [4] - 80:20, 87:2, 87:7, 87:13
**BEDS** [1] - 87:14
**BEER** [2] - 154:7
**BEGAN** [1] - 30:25
**BEGGING** [1] - 139:3
**BEGIN** [1] - 3:6
**BEGINNING** [1] - 190:23
**BEGINS** [1] - 49:1
**BEHALF** [2] - 14:3, 172:5
**BEHAVING** [1] - 127:4
**BEHAVIOR** [16] - 8:12, 17:3, 17:5, 21:15, 21:19, 22:18, 32:7, 32:9, 34:19, 36:17, 36:21, 52:14, 62:13, 63:10, 63:15, 71:22
**BEHRENS** [1] - 46:3
**BELIEFS** [1] - 71:21
**BELONGINGS** [3] - 25:7, 27:3, 32:19
**BELT** [3] - 89:21, 126:15, 134:23
**BENEFIT** [1] - 70:15
**BERATED** [1] - 17:21
**BERSERK** [1] - 35:14
**BEST** [3] - 123:15, 169:3, 169:6
**BET** [2] - 81:9, 108:7
**BETTER** [3] - 70:10, 138:10, 147:21

**BETTY** [1] - 79:4
**BETWEEN** [16] - 5:1, 20:8, 28:8, 50:14, 55:8, 62:13, 62:22, 63:4, 65:5, 96:7, 100:3, 100:6, 128:25, 153:17, 193:7, 193:25
**BEVERLY** [1] - 23:14
**BIG** [6] - 82:22, 83:4, 89:10, 148:24, 189:20, 190:19
**BIGGER** [1] - 24:2
**BILL** [2] - 181:15, 181:19
**BINGES** [1] - 181:8
**BIPOLAR** [5] - 22:15, 115:3, 115:4, 143:9, 153:1
**BIRTHDAY** [4] - 83:10, 83:11, 83:12, 83:15
**BIRTHDAYS** [2] - 165:6, 165:9
**BIT** [8] - 8:7, 8:9, 17:18, 64:16, 83:21, 125:17, 147:10, 167:21
**BITCH** [2] - 34:5, 188:8
**BIZARRE** [1] - 37:12
**BLAMED** [1] - 36:7
**BLOCK** [3] - 122:15, 125:2, 125:3
**BLOOD** [2] - 126:20, 127:1
**BOARD** [2] - 8:11, 9:24
**BOARDS** [1] - 8:16
**BODY** [2] - 36:11, 38:10
**BOND** [1] - 29:7
**BONDING** [2] - 69:22, 69:23
**BONETA** [3] - 147:16, 173:9, 173:12
**BORDERLINE** [2] - 46:16, 46:19
**BORN** [10] - 79:11, 79:20, 79:24, 91:4, 91:7, 92:6, 97:20, 97:21, 184:2, 185:4
**BOSS** [1] - 184:18
**BOTHERED** [1] - 194:4
**BOTHERS** [1] - 58:16
**BOUGHT** [1] - 103:6
**BOUNDARIES** [1] - 134:12
**BOX** [2] - 1:17, 2:10
**BOY** [4] - 45:9, 91:12,

99:16, 122:21
**BOYS** [7] - 36:9, 78:12, 87:3, 91:13, 101:4, 101:7
**BREAK** [4] - 59:6, 59:11, 111:16, 197:25
**BREAKFAST** [1] - 83:8
**BEVERLY** ...
**BRIEFLY** [4] - 4:12, 14:14, 15:8, 145:21
**BRIGHT** [1] - 196:25
**BRING** [5] - 5:13, 27:6, 108:22, 123:20, 132:13
**BRINGING** [2] - 99:1, 106:1
**BROKE** [1] - 61:22
**BROKEN** [1] - 33:24
**BROOK** [1] - 151:1
**BROTHER** [57] - 14:7, 19:25, 20:19, 20:24, 23:21, 39:21, 39:22, 52:10, 53:16, 66:6, 73:14, 81:19, 82:5, 83:9, 86:2, 89:8, 98:10, 98:11, 108:6, 112:19, 129:12, 132:19, 138:18, 139:1, 139:23, 141:23, 142:16, 145:5, 149:8, 151:9, 157:11, 157:17, 157:23, 158:2, 159:11, 160:2, 160:21, 161:22, 163:15, 163:20, 166:9, 167:2, 169:3, 169:6, 169:17, 170:7, 170:17, 171:22, 174:16, 176:11, 176:12, 183:1, 191:2, 191:5, 192:19, 193:12
**BROTHERS** [10] - 35:10, 58:14, 78:9, 82:20, 88:24, 92:5, 98:23, 178:13, 178:14, 192:5
**BROUGHT** [2] - 18:21, 128:2
**BROWN** [1] - 89:10
**BRUISES** [1] - 126:25
**BUD** [4] - 191:5, 191:6, 191:16, 192:12
**BUNDLED** [1] - 166:4
**BURIED** [1] - 135:19
**BURNED** [2] - 55:1, 161:2

**BURNER** [2] - 55:1, 134:4
**BURNT** [2] - 141:13, 161:20
**BUS** [2] - 129:25, 130:1
**BUSINESS** [3] - 6:7, 7:7, 9:14
**BUY** [1] - 165:3
**BUYING** [1] - 166:12
**BYE** [1] - 102:16

### C

**C.V** [1] - 10:15
**CABIN** [1] - 145:5
**CAKE** [3] - 83:11, 83:15, 165:6
**CAKES** [2] - 83:12, 165:8
**CAMP** [2] - 25:4, 145:11
**CAMPED** [1] - 25:12
**CAMPING** [1] - 25:5
**CANNED** [1] - 117:24
**CANNOT** [1] - 50:15
**CANS** [1] - 31:5
**CAP** [1] - 103:10
**CAPACITY** [1] - 8:5
**CAPITAL** [9] - 2:3, 6:10, 7:3, 9:16, 10:22, 11:1, 11:9, 11:12, 11:14
**CAR** [18] - 38:20, 40:14, 85:20, 91:9, 91:14, 103:3, 103:4, 103:7, 117:16, 118:9, 118:11, 120:23, 186:8, 187:19, 188:4, 188:10
**CARD** [2] - 54:20, 103:25
**CARDS** [4] - 93:10, 93:15, 104:2
**CARE** [6] - 33:21, 33:24, 128:24, 153:9, 166:19, 187:15
**CARES** [1] - 61:3
**CARETAKER** [1] - 150:22
**CARING** [1] - 100:10
**CARNEGIE** [1] - 116:8
**CASE** [14] - 3:5, 3:6, 10:23, 11:2, 12:5, 12:8, 13:3, 13:21, 14:12, 54:18, 63:22, 69:24, 138:9, 164:16
**CASES** [16] - 6:10,

6:11, 6:18, 6:19, 6:20, 6:22, 7:3, 7:12, 11:11, 11:12, 11:13, 11:14, 11:18, 11:21, 13:5, 138:21

**CAT** [2] - 149:6, 149:7

**CATEGORIES** [1] - 60:15

**CAUGHT** [3] - 29:6, 127:6, 131:23

**CAUSING** [1] - 5:10

**CELEBRATED** [2] - 165:6, 165:10

**CENTER** [1] - 2:14

**CERTAIN** [1] - 4:7

**CHAIR** [1] - 90:15

**CHALLENGES** [1] - 152:19

**CHANCE** [2] - 67:22, 139:8

**CHANGE** [2] - 95:15, 161:18

**CHANGED** [3] - 70:20, 70:21, 108:16

**CHANGES** [1] - 71:4

**CHANGING** [1] - 71:3

**CHAOTIC** [2] - 26:2, 70:12

**CHARACTERISTICS** [1] - 69:2

**CHARACTERIZE** [1] - 72:7

**CHARGE** [2] - 84:9, 84:10

**CHARITIES** [6] - 31:6, 31:13, 119:13, 121:14, 124:12, 153:21

**CHART** [1] - 71:1

**CHEAPER** [1] - 87:4

**CHECK** [3] - 114:23, 114:25, 130:21

**CHECKS** [2] - 31:10, 31:11

**CHESTNUT** [1] - 2:7

**CHICKASHA** [1] - 88:2

**CHICKEN** [5] - 18:8, 83:12, 83:13, 83:14

**CHILD** [34] - 27:20, 29:3, 31:22, 32:8, 32:10, 32:11, 35:17, 37:17, 38:25, 56:23, 58:9, 63:25, 90:12, 92:4, 96:1, 97:25, 98:3, 108:17, 110:1, 113:6, 113:7, 125:11, 136:15, 143:7, 143:11, 143:13, 150:24, 171:8, 182:22,

187:3, 187:22

**CHILDHOOD** [11] - 26:17, 26:18, 28:5, 34:17, 56:9, 116:14, 118:5, 125:7, 164:22, 179:6, 183:5

**CHILDREN** [59] - 16:14, 17:5, 17:19, 17:21, 18:18, 18:20, 18:25, 23:7, 23:10, 23:12, 24:25, 26:11, 26:15, 26:25, 27:18, 30:4, 31:3, 32:18, 33:6, 33:12, 33:21, 33:25, 34:7, 35:1, 35:5, 35:24, 40:24, 41:1, 44:19, 54:16, 56:24, 70:11, 70:14, 81:7, 82:14, 82:16, 88:12, 89:5, 89:17, 89:18, 90:9, 91:21, 91:24, 99:14, 101:13, 113:25, 114:2, 114:3, 147:25, 173:10, 180:13, 181:19, 186:2, 186:5, 186:12, 187:16, 188:17

**CHOCOLATE** [1] - 165:25

**CHOICE** [1] - 110:13

**CHOPPING** [1] - 81:10

**CHRISTMAS** [6] - 45:6, 103:25, 104:2, 106:21, 165:12, 166:2

**CHRISTMASTIME** [1] - 45:5

**CHURCH** [1] - 167:12

**CHURCHES** [1] - 119:13

**CITY** [14] - 6:17, 6:20, 66:20, 67:11, 113:11, 113:12, 113:13, 113:19, 113:20, 116:7, 138:5, 184:2, 184:21, 190:2

**CLASSES** [3] - 54:12, 54:13, 142:1

**CLASSIFICATION** [2] - 7:25, 8:1

**CLEAN** [1] - 194:24

**CLEAR** [4] - 50:16, 71:21, 95:5, 134:16

**CLEARLY** [3] - 52:14, 71:24, 124:2

**CLERK** [6] - 3:1, 5:20, 48:13, 77:13, 112:5,

175:22

**CLIENT** [1] - 9:6

**CLIENTS** [2] - 8:3, 9:3

**CLINICAL** [1] - 50:25

**CLOSE** [16] - 29:1, 29:17, 29:25, 30:2, 35:11, 35:14, 49:20, 61:2, 71:12, 80:6, 101:5, 104:4, 112:16, 196:14, 196:16, 197:15

**CLOSED** [1] - 131:1

**CLOSER** [1] - 196:15

**CLOTHES** [8] - 41:11, 121:20, 121:25, 138:4, 138:7, 138:8, 138:20, 167:8

**CLOTHING** [2] - 121:14, 121:15

**CLUB** [2] - 114:10, 148:13

**CLUBS** [2] - 71:18, 189:20

**CM** [1] - 1:19

**CO** [1] - 57:7

**CO-COUNSEL** [1] - 57:7

**COACH** [3] - 61:3, 71:7, 101:8

**COACHES** [1] - 71:5

**COAL** [1] - 81:4

**COBB** [10] - 25:13, 25:14, 26:19, 40:11, 116:7, 117:1, 117:3, 118:7, 120:14, 145:5

**COCAINE** [2] - 154:23, 155:1

**COCK** [1] - 193:25

**COLD** [1] - 53:8

**COLICKY** [1] - 97:22

**COLLECT** [6] - 31:6, 31:9, 31:13, 153:21, 173:2, 173:4

**COLLECTING** [1] - 124:12

**COLLECTION** [1] - 62:3

**COLLEGE** [20] - 8:23, 87:23, 87:25, 88:1, 88:2, 88:3, 90:22, 92:18, 94:18, 94:19, 94:22, 94:24, 95:1, 95:2, 99:18, 100:14, 100:18, 102:14, 178:3, 178:12

**COLOR** [1] - 75:18

**COMING** [3] - 21:22, 97:12, 97:13

**COMMISSIONED** [1] - 60:19

**COMMIT** [1] - 155:13

**COMMITTED** [1] - 183:15

**COMMITTING** [2] - 60:21, 67:22

**COMMODITIES** [8] - 117:21, 117:22, 118:4, 119:10, 121:13, 181:10

**COMMON** [2] - 53:8, 150:14

**COMMUNITIES** [1] - 101:1

**COMMUNITY** [12] - 2:13, 8:22, 8:24, 9:1, 60:16, 61:25, 66:7, 66:11, 66:24, 67:1, 67:6, 179:1

**COMPANION** [1] - 43:23

**COMPARE** [1] - 196:21

**COMPARED** [1] - 179:9

**COMPENSATE** [1] - 60:24

**COMPOUNDED** [1] - 52:19

**COMPUTER** [4] - 1:23, 1:24, 148:17, 148:18

**COMPUTER-AIDED** [1] - 1:24

**CONCENTRATION** [1] - 62:7

**CONCERN** [2] - 11:9, 67:17

**CONCERNED** [2] - 111:4, 111:5

**CONCERNING** [1] - 9:16

**CONCLUDES** [1] - 75:1

**CONCLUSIVELY** [1] - 160:11

**CONDITION** [2] - 30:10, 53:13

**CONFIDE** [1] - 29:10

**CONFIDENTIAL** [1] - 50:15

**CONFIRM** [1] - 56:19

**CONFIRMED** [1] - 56:10

**CONFLICT** [2] - 64:10, 89:19

**CONFRONT** [1] - 159:10

**CONFRONTATION** [1] - 84:6

**CONFRONTATIONS** [1] - 89:25

**CONFUSING** [1] - 32:6

**CONNECT** [1] - 56:12

**CONNECTICUT** [8] - 11:17, 88:8, 88:9, 88:15, 102:15, 102:18, 102:19, 103:15

**CONSEQUENCES** [1] - 31:22

**CONSIDER** [2] - 22:3, 186:14

**CONSIDERED** [2] - 17:22, 187:5

**CONSIDERING** [1] - 187:23

**CONSISTENT** [3] - 54:5, 58:19, 58:22

**CONSISTENTLY** [2] - 29:12, 182:1

**CONSTANT** [7] - 34:17, 34:18, 35:24, 96:17, 183:5, 183:6, 185:8

**CONSTANTLY** [2] - 18:2, 70:20

**CONSULTATION** [1] - 6:8

**CONTACT** [13] - 47:5, 47:7, 50:14, 50:23, 94:23, 172:16, 195:7, 195:9, 195:16, 195:20, 196:2, 196:11, 196:12

**CONTAIN** [1] - 60:1

**CONTEXT** [1] - 11:1

**CONTINUE** [2] - 59:12, 114:25

**CONTINUED** [3] - 2:1, 6:25, 100:13

**CONTINUING** [1] - 72:2

**CONTROL** [4] - 35:19, 37:16, 100:17, 155:9

**CONTROLLING** [3] - 96:3, 100:16, 102:13

**CONVENIENCE** [1] - 4:16

**CONVENIENCES** [1] - 80:22

**CONVERSATION** [1] - 190:7

**CONVERSATIONS** [1] - 190:6

**CONVICTIONS** [1] - 63:4

**COOKIES** [1] - 165:23

**COOKING** [2] - 83:1, 84:15

**COPY** [3] - 4:18, 5:6, 10:16
**CORD** [1] - 126:15
**CORDS** [2] - 35:1, 134:23
**CORRECT** [22] - 5:2, 5:3, 47:18, 48:23, 51:12, 53:4, 66:15, 73:25, 110:14, 133:1, 147:12, 148:4, 149:9, 150:16, 152:25, 153:18, 165:10, 167:3, 168:13, 169:8, 170:25, 174:1
**CORRECTION** [2] - 7:14, 7:19
**CORRECTIONAL** [1] - 7:14
**CORRECTIONS** [2] - 9:11, 9:12
**COTS** [2] - 25:16, 117:18
**COTTON** [9] - 26:10, 81:20, 117:7, 180:5, 181:18, 182:10, 184:25, 185:1, 185:14
**COUCH** [2] - 97:3, 194:2
**COUNSEL** [3] - 6:20, 57:7, 164:6
**COUNSELING** [8] - 8:3, 8:25, 9:2, 45:14, 46:1, 46:4, 143:8
**COUNSELOR** [5] - 7:14, 7:19, 46:2, 48:6, 171:16
**COUNTED** [1] - 62:20
**COUNTIES** [1] - 6:16
**COUNTRY** [1] - 102:22
**COUNTY** [8] - 6:12, 6:13, 6:23, 7:8, 177:13, 177:14, 177:15, 177:17
**COUPLE** [6] - 75:20, 104:3, 125:12, 132:9, 145:21, 183:24
**COURSE** [10] - 28:5, 29:15, 86:5, 87:10, 88:16, 93:12, 99:18, 104:8, 106:7, 116:13
**COURSES** [1] - 9:2
**COURT** [87] - 1:1, 1:19, 3:1, 3:2, 3:4, 3:15, 3:21, 4:10, 4:20, 4:24, 5:4, 5:14, 6:8, 6:12, 6:14, 10:2,

10:7, 19:20, 28:13, 32:3, 47:10, 49:25, 57:15, 59:8, 59:12, 59:19, 61:6, 62:22, 62:25, 68:8, 73:5, 74:8, 74:22, 75:1, 75:5, 75:14, 75:19, 75:22, 76:4, 76:7, 76:11, 76:14, 76:17, 76:20, 76:23, 77:2, 77:4, 77:11, 77:21, 80:17, 100:21, 104:20, 107:23, 111:8, 111:10, 111:13, 111:15, 111:21, 111:25, 112:9, 112:15, 123:10, 123:13, 123:17, 123:19, 145:18, 146:25, 151:16, 152:11, 158:9, 158:11, 159:2, 159:8, 159:13, 159:22, 160:17, 163:5, 170:14, 170:21, 174:12, 174:19, 174:21, 175:16, 175:18, 176:2, 197:24, 198:4
**COURT'S** [1] - 104:15
**COURTHOUSE** [1] - 1:20
**COURTROOM** [1] - 1:8
**COUSIN** [1] - 36:8
**COUSINS** [3] - 98:7, 98:8, 180:16
**COVER** [2] - 144:24, 188:13
**COVERED** [3] - 36:18, 71:16, 133:22
**CRAWL** [1] - 56:22
**CRAZY** [1] - 35:12
**CREAM** [1] - 165:3
**CREEK** [1] - 137:12
**CRIB** [2] - 87:11, 87:14
**CRIED** [2] - 97:18, 108:5
**CRIME** [11] - 14:24, 14:25, 15:3, 60:21, 60:24, 66:11, 66:19, 67:3, 67:23, 150:21, 151:6
**CRIMES** [1] - 2:3
**CRIMINAL** [4] - 1:3, 2:3, 13:1, 31:24
**CRIMINALITY** [1] - 63:21

**CRIMINALS** [1] - 196:22
**CROPS** [10] - 30:14, 30:22, 30:25, 117:6, 117:12, 120:16, 120:21, 180:7, 180:8, 182:4
**CROSS** [12] - 3:14, 3:19, 4:6, 74:24, 84:1, 102:22, 104:21, 104:23, 146:25, 147:2, 158:23, 199:2
**CROSSED** [1] - 134:13
**CRY** [1] - 89:22
**CRYING** [1] - 139:2
**CUB** [3] - 122:22, 122:25, 166:16
**CURED** [1] - 170:1
**CURIOSITY** [1] - 99:21
**CURIOUS** [2] - 99:24, 115:24
**CURRICULUM** [1] - 29:6
**CURSE** [1] - 136:3
**CURSING** [1] - 188:7
**CURTAILED** [1] - 22:11
**CURTAILING** [1] - 15:3
**CURTIS** [1] - 2:14
**CUT** [3] - 48:17, 52:13, 81:5
**CUTE** [1] - 72:22
**CV** [1] - 10:17

## D

**D.C** [1] - 2:4
**DABER** [3] - 58:4, 58:11, 58:14
**DAD** [31] - 20:1, 20:2, 25:3, 41:8, 41:9, 100:13, 100:16, 105:14, 107:11, 116:18, 117:18, 119:6, 119:22, 120:10, 120:11, 128:13, 128:25, 129:2, 129:3, 131:7, 132:19, 145:13, 161:22, 161:25, 162:1, 162:17, 165:3, 166:12, 185:10, 185:16, 193:14
**DAD'S** [2] - 39:20, 127:13
**DAILY** [1] - 136:23

**DARK** [4] - 18:1, 129:20, 137:3, 137:14
**DATA** [1] - 4:8
**DATE** [5] - 10:17, 25:2, 48:3, 48:4, 129:15
**DATED** [2] - 50:8, 50:9
**DAUGHTER** [1] - 114:4
**DAVID** [237] - 1:6, 3:5, 21:16, 21:18, 21:19, 21:20, 22:6, 23:3, 23:18, 25:17, 27:20, 27:22, 28:23, 28:24, 29:11, 29:22, 30:24, 31:12, 33:13, 33:15, 33:17, 33:18, 33:24, 34:2, 34:8, 34:9, 34:10, 34:18, 35:10, 36:7, 36:9, 36:13, 36:14, 36:18, 36:22, 37:15, 37:18, 38:2, 38:7, 38:14, 38:21, 38:23, 39:14, 39:15, 39:25, 40:16, 40:19, 41:2, 41:25, 42:2, 42:4, 42:12, 42:13, 42:23, 43:6, 43:9, 44:3, 44:8, 45:1, 45:7, 45:14, 46:10, 46:22, 47:5, 47:17, 49:13, 50:12, 50:18, 52:1, 52:5, 54:5, 55:4, 55:8, 56:11, 61:14, 62:3, 70:11, 70:14, 71:6, 72:18, 73:14, 73:16, 73:23, 74:4, 74:5, 74:16, 76:8, 76:19, 76:25, 78:1, 91:4, 91:6, 91:8, 92:6, 92:17, 93:8, 93:17, 93:24, 94:20, 95:4, 95:9, 95:12, 95:19, 96:7, 96:12, 98:6, 98:12, 98:14, 98:21, 99:5, 99:15, 99:16, 99:23, 100:4, 100:7, 100:9, 103:17, 103:19, 103:25, 104:1, 104:10, 109:18, 110:16, 111:5, 112:13, 117:17, 118:25, 124:9, 124:19, 126:16, 126:19, 128:2, 131:3, 131:4, 131:7, 131:9, 131:14, 131:24, 132:1,

132:2, 132:7, 136:5, 136:16, 136:17, 137:21, 138:18, 140:21, 141:18, 141:23, 141:24, 142:3, 142:6, 142:8, 142:16, 143:1, 143:14, 144:9, 144:15, 145:10, 145:14, 146:19, 146:20, 149:9, 149:11, 149:17, 149:22, 150:2, 150:11, 156:3, 156:9, 156:16, 158:16, 158:25, 159:5, 160:13, 161:22, 161:25, 162:1, 162:3, 162:4, 162:8, 162:17, 163:18, 163:20, 164:11, 166:7, 167:20, 168:17, 168:21, 169:6, 169:17, 171:11, 172:1, 172:10, 172:12, 173:18, 175:5, 175:7, 176:7, 184:2, 185:3, 186:13, 186:18, 186:25, 187:6, 187:21, 187:22, 188:19, 188:21, 188:25, 189:6, 189:17, 189:22, 189:23, 189:25, 190:1, 190:5, 190:6, 190:10, 195:7, 195:9, 195:16, 195:19, 195:21, 196:5, 196:7, 196:9, 196:14, 196:16, 196:17, 197:2, 197:11, 197:12
**DAVID'S** [34] - 16:11, 17:14, 21:7, 22:9, 22:21, 23:15, 23:16, 24:4, 24:11, 28:5, 29:16, 30:10, 30:18, 32:14, 33:8, 36:1, 40:7, 41:2, 44:11, 45:12, 50:7, 50:17, 51:1, 53:2, 53:16, 76:13, 76:16, 86:11, 92:6, 95:15, 97:15, 99:21, 176:8, 196:2
**DAYS** [6] - 7:15, 114:15, 114:16, 114:18, 190:4, 197:2
**DEAD** [2] - 178:15, 178:16

**DEAL** [1] - 153:6
**DEALING** [1] - 153:7
**DEAN** [70] - 16:18, 17:14, 18:6, 18:9, 21:6, 21:12, 21:13, 21:15, 22:5, 22:12, 23:17, 24:4, 24:12, 30:18, 33:10, 76:13, 78:21, 78:23, 78:24, 79:16, 86:9, 86:11, 88:25, 89:4, 89:11, 90:24, 93:4, 93:17, 93:23, 95:7, 95:13, 96:7, 96:11, 100:4, 105:5, 109:10, 109:13, 109:15, 109:18, 109:19, 133:1, 176:14, 178:18, 178:19, 182:17, 182:19, 182:21, 182:22, 183:3, 183:20, 183:23, 184:5, 184:16, 184:23, 185:11, 186:11, 187:11, 187:18, 187:20, 188:4, 189:4, 194:5, 194:9, 194:10, 194:16
**DEAN'S** [9] - 17:1, 18:11, 19:2, 20:1, 20:2, 20:5, 89:11, 176:11, 176:12
**DEAR** [1] - 50:12
**DEATH** [2] - 104:12, 170:9
**DECADE** [1] - 154:11
**DECEASED** [2] - 19:18, 176:18
**DECEMBER** [1] - 57:21
**DECIDED** [1] - 195:22
**DECORATING** [1] - 45:6
**DEFENDANT** [4] - 2:5, 2:8, 2:12, 61:21
**DEFENDANT'S** [16] - 10:5, 10:12, 11:22, 11:25, 12:18, 12:19, 27:15, 28:16, 28:18, 47:13, 50:3, 59:22, 61:9, 68:11, 72:15, 99:2
**DEFENDER** [3] - 2:6, 2:13, 12:12
**DEFENSE** [14] - 3:6, 3:7, 5:19, 6:21, 77:7, 77:12, 111:23, 112:3, 161:10, 161:11, 163:2,

164:5, 175:21, 199:2
**DEFENSE-BASED** [1] - 6:21
**DEFER** [1] - 74:23
**DEFICIT** [1] - 29:5
**DEFINE** [1] - 10:20
**DEFINITELY** [7] - 15:20, 18:6, 25:5, 27:13, 66:16, 72:11, 84:10
**DEGREE** [3] - 8:24, 88:4, 88:5
**DELAWARE** [1] - 11:17
**DELINQUENCY** [1] - 65:15
**DELINQUENT** [3] - 65:19, 65:20, 66:1
**DEMANDS** [2] - 90:8, 90:11
**DEMEANOR** [1] - 95:15
**DEMISE** [2] - 45:15, 45:23
**DEMONS** [1] - 141:6
**DEPAKOTE** [1] - 115:6
**DEPARTMENT** [10] - 2:2, 7:13, 9:10, 9:12, 14:21, 60:5, 60:19, 61:18, 67:16, 68:15
**DEPRESSED** [8] - 56:21, 58:7, 125:19, 143:5, 143:9, 143:10, 146:15, 197:4
**DEPRESSION** [3] - 46:16, 55:17, 133:6
**DESCRIBE** [6] - 33:10, 74:15, 80:17, 116:19, 126:3, 173:17
**DESCRIBED** [3] - 17:25, 105:8, 157:6
**DESERVE** [1] - 121:9
**DESERVED** [1] - 196:11
**DESPITE** [3] - 150:13, 151:9, 172:10
**DESTRUCTIVE** [1] - 52:14
**DETAIL** [3] - 14:15, 36:20, 115:23
**DETAILS** [1] - 50:15
**DETERMINE** [4] - 7:25, 8:1, 15:15, 15:21
**DETRIMENTAL** [2] - 16:17, 29:8
**DEVELOP** [3] - 49:21,

70:22, 71:14
**DEVELOPED** [2] - 56:14, 74:15
**DEVELOPING** [3] - 11:1, 11:22, 15:14
**DEVIANT** [1] - 63:15
**DEVICES** [1] - 187:9
**DIAGNOSED** [3] - 22:13, 23:7, 152:22
**DIAGNOSES** [2] - 46:11, 153:4
**DIAGNOSIS** [1] - 55:16
**DIANA** [1] - 23:19
**DIANE** [56] - 14:9, 23:20, 25:16, 27:21, 33:4, 37:24, 38:1, 41:3, 41:6, 41:15, 41:25, 42:2, 43:4, 56:5, 56:25, 57:4, 57:11, 74:4, 95:9, 97:20, 97:21, 97:22, 98:4, 113:3, 117:17, 119:2, 120:20, 120:25, 124:9, 124:21, 126:16, 126:19, 127:5, 128:4, 131:3, 131:4, 131:7, 131:9, 131:17, 131:24, 132:8, 132:16, 132:21, 136:9, 137:23, 138:18, 139:25, 140:23, 141:18, 142:8, 149:14, 156:19, 160:3, 185:4, 186:13, 186:18
**DIANE'S** [1] - 57:21
**DIE** [2] - 103:4, 103:5
**DIED** [3] - 135:14, 183:15, 195:23
**DIFFERENCE** [1] - 153:17
**DIFFERENT** [27] - 5:1, 8:5, 9:8, 28:7, 28:23, 28:24, 29:1, 29:2, 45:9, 60:15, 61:23, 62:17, 71:2, 81:20, 109:1, 116:15, 116:16, 122:4, 133:17, 155:23, 164:3, 179:15, 181:23, 182:23, 184:24, 187:5, 189:17
**DIFFERENTLY** [7] - 37:8, 37:10, 70:11, 89:4, 89:6, 160:22, 160:23

**DIFFICULT** [3] - 32:9, 45:3, 45:4
**DIFFICULTIES** [1] - 51:23
**DIME** [2] - 90:19, 90:20
**DINKY** [1] - 116:22
**DINNER** [4] - 18:7, 82:6, 82:10, 92:21
**DIRECT** [8] - 3:16, 5:24, 77:17, 94:23, 104:21, 112:10, 176:3, 199:2
**DIRECTED** [1] - 36:17
**DIRECTOR** [1] - 6:7
**DIRT** [2] - 120:24, 165:18
**DIRTY** [2] - 38:6, 38:8
**DISABILITIES** [1] - 54:10
**DISABILITY** [5] - 41:18, 57:1, 114:25, 115:2, 142:1
**DISABLED** [2] - 54:13, 114:23
**DISAGREE** [1] - 157:24
**DISAGREEMENTS** [1] - 85:12
**DISAPPEARED** [1] - 181:9
**DISCIPLINARIAN** [1] - 133:23
**DISCIPLINARY** [1] - 8:14
**DISCIPLINE** [3] - 64:4, 94:10, 188:17
**DISCLOSE** [1] - 4:21
**DISCLOSED** [1] - 3:10
**DISCOVERED** [1] - 3:9
**DISCUSS** [1] - 36:20
**DISCUSSED** [1] - 171:19
**DISFAVOR** [1] - 136:15
**DISGUSTING** [1] - 193:8
**DISORDER** [6] - 46:16, 46:17, 46:18, 55:18
**DISORGANIZATION** [1] - 66:11
**DISREGARDED** [1] - 196:20
**DISSUADE** [1] - 15:1
**DISTRIBUTOR** [1] - 103:10
**DISTRICT** [6] - 1:1, 1:2, 1:16, 2:6, 2:13,

101:7
**DISTRICTS** [1] - 101:3
**DIVISION** [2] - 2:3, 7:18
**DIVORCED** [1] - 44:21
**DOC** [1] - 8:12
**DOCS** [1] - 7:13
**DOCTOR** [3] - 50:14, 133:15
**DOCTORAL** [1] - 50:25
**DOCTORS** [2] - 133:18, 158:3
**DOCUMENT** [12] - 10:5, 10:12, 28:19, 28:22, 50:3, 57:17, 59:24, 60:1, 61:10, 62:1, 68:12, 68:14
**DOCUMENTED** [1] - 52:7
**DOCUMENTS** [2] - 4:8, 4:13
**DOMINANT** [1] - 24:15
**DONE** [11] - 13:6, 66:23, 83:22, 94:5, 102:9, 103:13, 126:9, 141:18, 173:22, 175:10, 189:4
**DOOR** [4] - 124:13, 127:15, 138:9
**DOOR-TO-DOOR** [1] - 124:13
**DOUBLE** [1] - 87:14
**DOUBLING** [1] - 87:18
**DOWN** [18] - 18:2, 48:5, 48:25, 61:22, 75:2, 78:14, 86:2, 90:14, 93:21, 102:10, 106:10, 111:10, 117:11, 120:19, 137:12, 152:16, 175:16
**DOWNSTATE** [1] - 7:23
**DR** [2] - 158:17, 158:18
**DRANK** [6] - 85:11, 109:6, 109:8, 179:22, 180:9, 193:12
**DRAW** [2] - 126:19, 131:2
**DREAMS** [2] - 49:5, 49:8
**DRESS** [1] - 37:4
**DRESSING** [1] - 36:25
**DREW** [1] - 127:1
**DRILL** [1] - 140:2
**DRINK** [7] - 84:24,

85:1, 100:13, 154:4, 154:6, 180:12, 180:15
**DRINKER** [1] - 133:12
**DRINKING** [13] - 85:2, 85:6, 85:13, 85:14, 100:20, 101:16, 102:14, 102:16, 105:25, 109:3, 109:14, 180:21, 180:25
**DRIVE** [7] - 92:23, 138:9, 138:25, 140:16, 180:19, 180:20, 185:16
**DRIVEN** [1] - 103:9
**DRIVER** [1] - 179:16
**DRIVING** [4] - 102:5, 103:5, 106:20, 187:21
**DROP** [5] - 32:20, 32:22, 95:10, 124:25, 125:1
**DROPPED** [3] - 65:6, 65:8, 138:10
**DROPPING** [2] - 65:4, 65:6
**DROPS** [1] - 65:10
**DROVE** [2] - 80:12, 103:3
**DRUG** [6] - 6:13, 22:19, 56:2, 63:10, 115:13, 155:4
**DRUGS** [9] - 42:25, 43:3, 52:19, 64:16, 66:11, 66:25, 71:23, 154:14, 155:20
**DRUNK** [5] - 85:4, 154:9, 180:18, 180:22, 180:23
**DRUNKEN** [1] - 181:8
**DUBLIN** [1] - 158:17
**DUMB** [1] - 116:1
**DUMP** [1] - 106:20
**DUNCAN** [1] - 191:3
**DURING** [22] - 9:7, 28:5, 29:15, 29:22, 37:7, 44:3, 51:23, 65:13, 85:8, 116:13, 118:12, 122:20, 123:1, 125:7, 130:18, 140:5, 140:6, 155:13, 185:5, 187:1, 190:7, 191:16
**DUTIES** [1] - 8:5
**DWELL** [1] - 157:5
**DYING** [1] - 104:7
**DYNAMIC** [1] - 74:16
**DYSFUNCTION** [1] -

70:2
**DYSFUNCTIONAL** [3] - 23:2, 33:11, 44:15

---

# E

**E-MAIL** [3] - 172:20, 172:23, 196:13
**E-MAILS** [3] - 172:19, 172:20
**EARLENE** [10] - 19:15, 19:17, 78:19, 79:14, 91:19, 91:25, 102:23, 103:3, 193:21
**EARLENE'S** [1] - 101:14
**EARLY** [11] - 12:3, 51:20, 52:10, 61:15, 71:25, 85:25, 99:20, 130:3, 130:5, 184:22, 191:1
**EASIER** [1] - 129:1
**EASTER** [1] - 25:3
**EASTERN** [2] - 2:13, 17:11
**EASY** [1] - 98:4
**EAT** [7] - 18:8, 119:11, 121:9, 137:5, 167:25, 186:17, 186:19
**EATER** [1] - 83:4
**EATING** [1] - 83:6
**ECONOMIC** [4] - 17:7, 30:10, 80:15, 179:8
**ED** [1] - 134:4
**EDITH** [1] - 146:3
**EDUCATION** [1] - 88:6
**EDUCATIONAL** [4] - 8:4, 8:17, 8:19, 29:5
**EDWIN** [2] - 40:2, 40:3
**EFFECTIVE** [2] - 4:6, 71:25
**EGG** [3] - 83:4, 83:13, 83:15
**EGGS** [6] - 83:2, 83:5, 83:7, 83:8, 84:16, 117:24
**EIGHT** [13] - 20:17, 21:8, 64:3, 72:20, 72:21, 73:1, 78:12, 79:21, 114:15, 135:1, 135:2, 138:13, 176:16
**EITHER** [11] - 67:12, 110:1, 126:19, 128:11, 131:24, 138:16, 152:5, 164:18, 174:18, 181:2, 192:13

**EJACULATE** [1] - 193:7
**EJACULATION** [1] - 191:19
**ELDEST** [2] - 20:24, 23:18
**ELECTRICITY** [1] - 25:23
**ELEMENTARY** [2] - 55:3, 64:25
**ELEVEN** [2] - 118:22, 148:9
**EMOTIONAL** [4] - 13:13, 15:12, 33:8, 36:23
**EMPHASIS** [2] - 8:25, 9:1
**EMPLOYED** [3] - 6:6, 179:18, 184:12
**EMPLOYMENT** [4] - 25:20, 106:24, 120:8, 120:9
**END** [5] - 45:1, 74:13, 97:12, 97:13, 189:12
**ENDED** [2] - 7:13, 9:13
**ENDURED** [3] - 33:12, 34:2, 38:14
**ENEMA** [6] - 157:11, 160:5, 160:7, 161:1, 161:15, 161:19
**ENEMAS** [19] - 22:2, 36:19, 37:15, 38:5, 38:10, 55:5, 55:6, 141:4, 141:5, 141:12, 157:7, 157:15, 157:18, 157:23, 158:19, 159:12, 160:4, 160:11, 160:21
**ENGAGE** [3] - 21:15, 31:24, 123:7
**ENGAGING** [1] - 21:19
**ENGLISH** [1] - 142:4
**ENLIST** [1] - 50:22
**ENRAGED** [1] - 44:9
**ENTAIL** [2] - 7:20, 21:21
**ENTAILED** [1] - 21:22
**ENTIRE** [3] - 106:4, 122:7, 123:4
**ENVIRONMENT** [5] - 18:25, 28:1, 33:6, 186:12, 186:14
**EPILEPSY** [2] - 53:9, 53:11
**EPISODE** [1] - 35:9
**EPISODES** [1] - 18:19
**EQUIVALENT** [1] -

4:25
**ERECTION** [2] - 191:18, 193:5
**ERECTIONS** [1] - 49:4
**ERRATIC** [1] - 22:17
**ESCALATE** [1] - 21:23
**ESPECIALLY** [1] - 109:6
**ESQUIRE** [6] - 1:15, 2:2, 2:5, 2:8, 2:12, 2:12
**ESTABLISH** [1] - 30:2
**ESTIMATE** [1] - 28:6
**EVALUATION** [1] - 68:19
**EVALUATIONS** [1] - 8:6
**EVENING** [1] - 85:9
**EVENINGS** [1] - 83:7
**EVENT** [2] - 81:14, 142:22
**EVENTUALLY** [3] - 25:21, 27:5, 41:22
**EVIDENCE** [11] - 30:6, 63:22, 65:24, 66:14, 66:16, 66:19, 75:17, 77:5, 77:9, 152:9, 199:8
**EXACT** [1] - 150:21
**EXACTLY** [3] - 4:18, 83:24, 163:20
**EXAM** [2] - 3:16, 14:15
**EXAMINATION** [12] - 3:14, 3:19, 4:6, 5:24, 74:24, 75:17, 77:17, 104:23, 112:10, 147:2, 170:22, 176:3
**EXAMINE** [3] - 104:21, 146:25, 158:24
**EXAMPLE** [1] - 61:1
**EXCEPT** [4] - 80:8, 83:3, 102:4, 180:3
**EXCERPT** [1] - 158:18
**EXCESS** [2] - 23:9, 85:1
**EXCITED** [1] - 91:11
**EXCITING** [1] - 91:13
**EXCUSE** [1] - 22:5
**EXCUSED** [3] - 75:7, 111:12, 175:17
**EXECUTED** [2] - 173:20, 197:12
**EXECUTIVE** [1] - 9:24
**EXHIBIT** [14] - 10:12, 27:15, 28:16, 28:18, 47:13, 59:22, 61:9, 68:11, 72:15, 77:7, 99:2, 158:8, 158:14, 159:20
**EXHIBITS** [5] - 75:12,

75:17, 75:24, 77:4, 199:8
**EXPECT** [2] - 32:10, 196:19
**EXPECTATIONS** [2] - 35:23, 54:25
**EXPECTED** [1] - 35:22
**EXPERIENCE** [2] - 10:24, 141:10
**EXPERIENCES** [1] - 12:4
**EXPERIENCING** [1] - 52:25
**EXPERTISE** [1] - 32:2
**EXPLAIN** [3] - 24:21, 100:21, 104:9
**EXPLAINED** [2] - 8:9, 160:20
**EXPLAINING** [1] - 38:7
**EXPLOITATION** [1] - 150:22
**EXPOSED** [1] - 70:14
**EXPOSURE** [2] - 64:9, 67:5
**EXPRESSED** [1] - 50:18
**EXTENDED** [1] - 181:3
**EXTENSION** [3] - 34:25, 126:15, 134:23
**EXTRACURRICULAR** [1] - 30:3
**EXTREME** [1] - 23:2
**EXTREMELY** [5] - 23:2, 30:12, 33:11, 45:24, 161:15
**EYES** [4] - 89:9, 89:10, 98:24, 196:25

---

# F

**FACE** [2] - 35:13, 37:9
**FACEBOOK** [2] - 148:19, 148:20
**FACILITIES** [3] - 9:9, 25:25, 26:1
**FACILITY** [3] - 7:23, 25:23, 146:9
**FACT** [10] - 31:6, 70:25, 95:6, 102:14, 128:3, 150:13, 151:9, 159:11, 166:15, 171:22
**FACTOR** [11] - 14:18, 14:19, 60:14, 60:15, 62:6, 62:12, 63:20, 69:8, 69:9, 69:11, 70:3
**FACTORS** [48] -

14:17, 14:23, 15:1, 15:5, 15:6, 15:13, 16:17, 59:16, 60:3, 60:17, 60:20, 60:22, 60:23, 60:25, 61:3, 61:13, 61:20, 61:23, 61:24, 61:25, 62:4, 62:5, 62:18, 63:19, 64:21, 65:17, 66:8, 67:14, 67:16, 67:21, 67:24, 68:1, 68:2, 68:3, 68:16, 68:18, 68:20, 68:23, 71:21, 74:14

**FAILING** [1] - 65:2

**FAILURE** [3] - 56:12, 64:22, 64:23

**FAIR** [4] - 144:23, 152:15, 167:6, 178:8

**FAIRFAX** [3] - 177:14, 177:15, 177:17

**FALL** [8] - 78:14, 82:24, 85:25, 180:8, 181:17, 182:3, 182:8, 185:1

**FAMILIES** [1] - 70:10

**FAMILY** [83] - 6:12, 6:13, 11:25, 12:18, 13:18, 15:4, 15:10, 15:17, 15:20, 15:25, 16:10, 16:13, 16:23, 18:3, 20:10, 20:23, 22:21, 22:24, 23:1, 23:3, 23:15, 26:7, 26:23, 28:5, 30:11, 31:3, 31:7, 33:9, 38:19, 40:13, 58:22, 58:25, 59:3, 61:24, 63:19, 64:3, 64:9, 64:20, 70:2, 70:4, 70:7, 70:8, 70:12, 74:16, 81:14, 81:25, 88:18, 91:12, 92:7, 93:9, 103:20, 104:4, 105:8, 106:14, 116:24, 118:4, 119:7, 119:9, 119:18, 120:19, 121:14, 124:9, 133:24, 153:9, 165:13, 167:18, 175:4, 176:9, 179:8, 179:12, 181:20, 184:15, 185:22, 186:15, 187:2, 190:15, 190:18, 190:20, 192:8, 192:18, 196:11

**FAN** [1] - 148:24

**FANCY** [1] - 116:23

**FAR** [11] - 24:17, 67:25, 132:10, 138:23, 168:13, 174:15, 185:6, 186:11, 188:17, 191:11, 192:9

**FARM** [5] - 16:21, 26:9, 26:22, 80:11, 178:11

**FARMER** [1] - 25:21

**FARMERS** [1] - 80:11

**FARMHANDS** [1] - 25:20

**FARMING** [4] - 80:10, 86:1, 86:3, 179:17

**FARMS** [1] - 180:4

**FAT** [1] - 89:1

**FATHER** [110] - 16:15, 16:19, 16:21, 17:1, 17:15, 17:23, 18:2, 18:11, 18:19, 18:20, 19:6, 19:11, 20:12, 23:6, 23:14, 24:11, 25:15, 25:19, 26:5, 26:8, 26:21, 33:25, 36:1, 39:20, 39:21, 41:21, 42:1, 44:8, 45:8, 56:20, 58:10, 74:3, 76:16, 80:10, 83:4, 83:21, 83:22, 84:5, 84:21, 84:24, 85:11, 85:25, 86:5, 88:12, 88:13, 88:14, 89:4, 89:12, 89:13, 89:19, 89:24, 90:8, 90:12, 91:21, 91:24, 93:14, 96:2, 96:3, 96:8, 100:17, 100:19, 101:15, 103:12, 105:9, 106:19, 108:1, 108:5, 108:23, 108:25, 109:4, 110:5, 110:12, 125:13, 125:17, 126:4, 126:12, 126:18, 127:4, 127:6, 128:3, 128:8, 128:20, 128:23, 129:6, 131:4, 131:9, 132:7, 135:16, 137:18, 140:14, 141:25, 149:12, 162:5, 162:9, 178:21, 179:13, 179:14, 179:22, 180:9, 180:21, 181:4, 182:19, 183:7, 183:13, 183:14, 190:4,

190:5, 190:7, 190:9, 192:4

**FATHER'S** [14] - 16:1, 16:8, 16:9, 20:20, 22:21, 23:18, 78:7, 103:2, 103:9, 105:18, 129:12, 146:5, 182:20, 191:4

**FATTY** [2] - 17:20, 182:23

**FAVORABLE** [3] - 18:17, 63:15, 64:12

**FAVORITE** [6] - 17:19, 18:6, 91:25, 92:1, 92:3, 136:11

**FAVORITES** [4] - 18:5, 91:21, 91:24

**FAVORITISM** [2] - 16:16, 17:18

**FAVORS** [2] - 40:8, 145:8

**FCRR** [1] - 1:19

**FEAR** [1] - 35:25

**FED** [2] - 119:18, 181:12

**FEDERAL** [3] - 2:6, 2:13, 12:12

**FEEDBACK** [1] - 37:11

**FEET** [4] - 90:13, 90:15, 90:23, 110:6

**FELL** [2] - 45:6, 49:10

**FELONY** [1] - 6:23

**FELT** [6] - 38:8, 89:14, 98:19, 127:22, 140:18, 196:10

**FEMALE** [1] - 69:2

**FETAL** [1] - 56:23

**FEW** [15] - 18:8, 26:6, 34:15, 36:20, 48:11, 48:16, 48:17, 53:15, 54:1, 88:22, 94:25, 132:25, 135:14, 182:2, 190:4

**FIELD** [5] - 10:25, 11:6, 82:6, 120:6, 177:19

**FIELDS** [24] - 26:10, 26:11, 30:14, 30:22, 80:9, 81:13, 81:17, 81:24, 82:3, 83:19, 95:7, 95:8, 117:7, 118:14, 118:16, 118:20, 118:25, 119:4, 119:22, 120:18, 121:2, 181:22, 181:24, 182:14

**FIFTEEN** [1] - 145:15

**FIFTH** [6] - 81:18,

122:23, 127:8, 134:7, 134:9, 142:7

**FIGHT** [2] - 128:8, 141:11

**FIGHTING** [1] - 128:12

**FIGHTS** [1] - 62:17

**FIGURE** [2] - 44:14, 69:11

**FILE** [1] - 57:22

**FILTH** [1] - 38:7

**FINALLY** [2] - 146:17, 194:2

**FINALS** [1] - 101:8

**FINANCIAL** [1] - 150:22

**FINE** [4] - 3:21, 5:7, 123:12, 174:20

**FINGER** [2] - 21:11, 194:18

**FINGERS** [1] - 21:25

**FINISHED** [3] - 107:22, 178:5, 179:4

**FIREARMS** [1] - 66:25

**FIREPLACES** [2] - 81:2, 81:3

**FIRST** [69] - 1:20, 26:6, 28:25, 30:24, 31:12, 32:6, 33:9, 38:15, 39:14, 42:4, 42:12, 42:13, 43:25, 44:13, 45:21, 47:5, 47:7, 47:23, 47:25, 48:11, 48:15, 49:12, 51:23, 52:7, 54:9, 58:6, 60:10, 63:19, 75:14, 77:22, 81:10, 81:16, 81:18, 82:15, 82:17, 85:2, 85:13, 87:12, 88:8, 89:22, 91:10, 91:19, 92:4, 102:15, 102:25, 117:10, 121:17, 124:15, 132:3, 134:24, 137:7, 138:13, 139:17, 141:7, 143:14, 148:4, 148:5, 148:6, 148:10, 151:1, 159:4, 171:18, 174:17, 178:24, 184:5, 196:18, 196:19, 197:8

**FISH** [1] - 49:9

**FISHING** [2] - 137:12, 166:7

**FITS** [1] - 22:18

**FIVE** [15] - 7:13, 23:21, 38:17, 59:9, 63:14, 88:10, 103:23, 112:24, 114:18,

118:10, 149:9, 188:15, 188:16, 192:19, 192:23

**FIVE-MINUTE** [1] - 59:9

**FLASHBACK** [1] - 194:25

**FLOOR** [1] - 1:20

**FLOUR** [1] - 117:25

**FOLLICLE** [2] - 6:14, 6:16

**FOLLOW** [3] - 30:14, 51:7, 174:23

**FOLLOW-UP** [2] - 51:7, 174:23

**FONDLING** [1] - 38:23

**FOOD** [12] - 83:16, 106:19, 117:20, 119:6, 119:11, 119:13, 121:5, 121:11, 121:13, 181:11, 186:23

**FORCE** [1] - 31:23

**FORCED** [2] - 124:19, 124:22

**FORM** [3] - 37:16, 133:4, 160:9

**FORMALIZED** [1] - 10:25

**FORMED** [1] - 171:15

**FORMS** [1] - 63:9

**FORT** [5] - 26:19, 116:7, 117:1, 117:3, 145:5

**FORTH** [2] - 42:21, 103:24

**FORWARD** [1] - 45:8

**FOUR** [15] - 9:13, 63:8, 67:24, 67:25, 80:19, 86:4, 86:18, 93:11, 98:24, 114:8, 128:21, 172:24, 173:13, 188:15, 196:13

**FOURTEEN** [2] - 144:11, 144:12

**FOURTH** [3] - 81:12, 98:17, 142:7

**FRAUDULENT** [1] - 31:24

**FRAUDULENTLY** [1] - 31:14

**FRECKLES** [3] - 88:21, 88:22

**FREE** [2] - 155:4, 195:24

**FREQUENT** [2] - 54:6, 65:11

**FREQUENTLY** [8] - 24:23, 25:15, 33:19,

70:21, 189:25, 191:13, 191:21
**FRIDAY** [2] - 50:13, 101:12
**FRIEND** [8] - 29:12, 56:14, 56:18, 102:21, 102:24, 103:8, 167:18, 197:19
**FRIENDS** [12] - 29:9, 29:17, 56:13, 71:11, 71:12, 88:24, 122:14, 122:16, 122:18, 144:13, 179:10
**FRIGHTENING** [3] - 18:24, 33:2, 33:6
**FRONT** [6] - 25:17, 27:18, 101:21, 102:6, 117:17, 187:19
**FROWNED** [1] - 108:17
**FULL** [4] - 5:20, 77:13, 112:5, 175:22
**FUN** [2] - 121:24, 148:15
**FURNISHED** [1] - 186:7
**FURNITURE** [3] - 27:4, 27:7, 186:6
**FUTURE** [1] - 15:3

# G

**GAME** [5] - 101:4, 101:10, 101:14, 102:1
**GANG** [1] - 65:23
**GANGS** [3] - 66:11, 66:14, 66:16
**GARY** [2] - 92:5, 101:11
**GAS** [7] - 26:21, 119:23, 119:24, 184:7, 184:8, 184:9, 184:10
**GATHERING** [1] - 13:15
**GEARS** [1] - 22:20
**GENERAL** [1] - 119:18
**GENERALLY** [4] - 22:24, 119:11, 125:16, 182:14
**GENERATIONAL** [3] - 15:16, 15:22, 16:3
**GERTY** [5] - 17:10, 79:25, 80:1, 178:25, 179:6
**GIRL** [4] - 18:1, 37:4,

37:10, 56:16
**GIRLS** [8] - 17:25, 18:8, 78:12, 87:2, 87:3, 91:12, 101:3, 101:7
**GIVEN** [7] - 18:9, 22:2, 55:6, 75:20, 159:12, 160:7, 197:16
**GIZZARDS** [1] - 18:10
**GLASS** [2] - 96:11, 137:4
**GLASSES** [2] - 98:22, 99:7
**GLENN** [5] - 20:25, 79:4, 81:9, 86:2, 192:22
**GLENNIS** [2] - 20:25, 21:1
**GLOVE** [1] - 166:13
**GOAL** [1] - 89:17
**GONNA** [1] - 139:8
**GOOD-BYE** [1] - 102:16
**GOVERNMENT** [8] - 1:15, 2:2, 5:6, 75:20, 106:18, 118:1, 158:21, 159:20
**GRADE** [14] - 28:25, 81:12, 81:19, 86:8, 97:7, 122:6, 122:23, 127:8, 134:7, 134:9, 142:7, 193:14, 194:12
**GRADES** [3] - 54:24, 86:20, 134:5
**GRADUATED** [9] - 54:14, 54:17, 80:24, 87:20, 122:4, 178:1, 178:10, 184:23
**GRANDCHILDREN** [4] - 91:25, 92:2, 114:5, 114:7
**GRANDDAD** [1] - 126:8
**GRANDFATHER** [1] - 126:10
**GRANDKIDS** [1] - 153:13
**GRANDMA'S** [1] - 165:22
**GRANDMOTHER** [5] - 20:5, 146:1, 191:6, 191:8, 191:15
**GRANDPARENTS** [3] - 126:5, 126:6, 191:12
**GREAT** [5] - 27:12, 29:5, 41:8, 101:5, 197:21
**GREW** [3] - 16:18,

150:2, 178:24
**GROUP** [2] - 65:22, 143:10
**GROW** [2] - 116:6, 178:23
**GROWED** [1] - 116:7
**GROWING** [24] - 26:18, 29:17, 29:23, 31:23, 51:14, 53:7, 74:17, 80:13, 92:16, 116:20, 116:24, 119:11, 133:4, 134:17, 135:15, 135:16, 141:20, 141:21, 142:14, 145:25, 152:20, 179:18, 186:19, 189:24
**GROWN** [1] - 147:25
**GUESS** [12] - 26:8, 35:5, 52:23, 93:20, 111:4, 136:18, 151:8, 157:22, 181:7, 183:8, 187:3, 195:22
**GUIDELINES** [1] - 134:12
**GUN** [10] - 18:23, 21:14, 100:19, 101:17, 101:19, 105:20, 106:3, 106:6, 151:13, 151:19
**GUNPOINT** [1] - 152:5
**GURGANUS** [12] - 1:15, 3:23, 5:8, 5:18, 19:7, 19:13, 32:1, 77:3, 104:22, 104:24, 108:3, 111:6
**GUSSIE** [6] - 23:5, 23:6, 23:10, 146:2, 146:3, 146:5
**GUSSIE'S** [1] - 23:14
**GUYS** [7] - 116:21, 116:25, 117:15, 118:8, 138:1, 165:25, 179:2

# H

**HAINES** [19] - 2:2, 147:1, 147:3, 147:6, 151:17, 152:13, 158:14, 159:2, 159:4, 159:10, 159:16, 159:18, 159:25, 160:1, 160:18, 170:19, 171:14, 171:24, 174:13

**HAIR** [2] - 6:14, 6:16
**HALF** [1] - 143:22
**HALFWAY** [1] - 48:25
**HALLUCINATIONS** [1] - 53:1
**HAMMER** [70] - 1:6, 3:5, 14:3, 14:7, 14:9, 22:21, 22:23, 23:18, 24:11, 24:13, 28:4, 30:13, 40:23, 44:5, 50:7, 50:12, 51:14, 52:8, 53:16, 54:9, 54:16, 55:10, 56:5, 61:14, 62:9, 63:6, 66:8, 67:15, 74:16, 75:15, 76:9, 76:16, 78:1, 78:5, 85:16, 111:24, 111:25, 112:3, 112:7, 112:12, 112:15, 116:5, 123:24, 131:2, 141:20, 142:14, 144:24, 145:21, 146:3, 146:23, 147:4, 151:18, 152:9, 158:4, 158:15, 158:16, 159:5, 159:11, 159:19, 164:2, 170:24, 174:11, 174:14, 174:25, 183:20, 198:1, 199:5
**HAMMER'S** [11] - 14:7, 15:4, 15:10, 15:17, 16:10, 19:21, 26:16, 40:22, 51:7, 68:4, 68:21
**HAND** [8] - 18:24, 54:25, 90:7, 134:4, 189:7, 191:17, 194:17, 194:21
**HANDS** [7] - 17:15, 34:24, 34:25, 43:3, 49:17, 55:1, 171:9
**HANDWRITING** [1] - 4:16
**HANDWRITTEN** [3] - 4:15, 4:19, 4:21
**HAPPY** [9] - 4:20, 41:7, 44:13, 56:16, 84:21, 84:23, 106:13, 106:15
**HARD** [7] - 26:14, 28:6, 83:16, 106:22, 106:24, 150:24, 150:25
**HARDENED** [1] - 196:21
**HARDER** [2] - 156:16,

156:17
**HARRIS** [1] - 2:9
**HARRISBURG** [1] - 2:7
**HARVEST** [1] - 185:14
**HASSLE** [1] - 84:6
**HATED** [4] - 183:6, 190:9, 196:7
**HAUTE** [1] - 195:21
**HEAD** [11] - 85:18, 90:17, 108:12, 108:14, 109:23, 110:4, 110:6, 151:14, 151:19, 188:11, 188:13
**HEADACHE** [1] - 58:8
**HEADINGS** [1] - 61:23
**HEADS** [1] - 33:1
**HEALTH** [12] - 41:16, 41:17, 47:6, 51:13, 52:17, 57:1, 58:3, 58:25, 59:4, 88:5, 142:16, 143:3
**HEALTHCARE** [1] - 177:5
**HEALTHY** [1] - 71:21
**HEAR** [8] - 33:3, 34:9, 36:12, 75:15, 93:3, 94:12, 141:19, 184:15
**HEARD** [14] - 33:4, 34:10, 34:11, 88:25, 94:16, 101:18, 142:15, 157:12, 157:13, 184:14, 191:7, 192:8
**HEARING** [1] - 1:12
**HEARSAY** [1] - 19:9
**HEART** [1] - 196:10
**HEATER** [1] - 38:21
**HEATING** [2] - 81:1, 81:2
**HEAVILY** [1] - 42:25
**HEAVY** [1] - 18:1
**HELD** [3] - 9:22, 33:17, 151:13
**HELLO** [2] - 147:4, 147:5
**HELMS** [3] - 43:11, 43:14, 43:15
**HELP** [10] - 15:1, 51:11, 72:1, 72:2, 119:7, 141:22, 142:3, 142:6, 144:1, 144:7
**HELPED** [2] - 89:23, 142:8
**HELPING** [2] - 82:15, 82:17
**HEROIN** [2] - 43:1,

52:22
HERRING [1] - 167:15
HI [2] - 147:7, 147:8
HID [1] - 83:13
HIDE [1] - 98:15
HIGH [16] - 54:14, 54:17, 64:9, 65:3, 65:15, 67:11, 80:24, 87:20, 87:21, 101:1, 122:7, 122:17, 122:19, 177:24, 177:25
HIGHER [1] - 66:23
HIMSELF [4] - 48:17, 52:13, 95:25, 190:4
HINTON [1] - 101:6
HISTORY [31] - 10:22, 11:22, 11:24, 11:25, 12:3, 12:19, 12:20, 12:22, 13:9, 13:16, 15:5, 15:10, 15:14, 15:16, 15:22, 16:3, 16:12, 29:16, 39:23, 45:12, 53:2, 54:2, 55:10, 55:19, 56:2, 57:23, 58:2, 58:24, 74:14, 190:17, 190:20
HIT [30] - 34:22, 34:23, 34:24, 35:2, 35:13, 36:5, 44:17, 108:11, 126:12, 126:14, 126:19, 134:14, 134:19, 134:21, 134:22, 134:23, 135:4, 135:5, 135:7, 135:9, 156:7, 161:25, 162:1, 162:5, 162:9, 162:13, 189:12, 189:15, 189:17
HITS [1] - 89:23
HITTING [6] - 44:18, 127:1, 134:25, 161:22, 172:10, 189:11
HOBBIES [1] - 148:16
HOE [2] - 26:9, 184:25
HOED [1] - 81:20
HOEING [2] - 180:5, 181:14
HOLD [5] - 38:9, 82:22, 119:25, 120:1, 151:19
HOLDING [3] - 74:4, 76:25, 189:7
HOLIDAY [1] - 165:12
HOLLER [1] - 139:7
HOME [67] - 16:16, 27:1, 27:7, 30:19,

30:20, 32:24, 35:18, 41:7, 41:23, 41:24, 42:12, 42:13, 42:15, 44:18, 53:20, 54:24, 56:8, 58:15, 67:5, 69:15, 73:3, 76:9, 80:8, 82:4, 82:10, 85:3, 85:8, 85:15, 88:16, 91:8, 92:18, 99:18, 100:11, 100:12, 101:12, 101:14, 101:15, 102:4, 102:16, 103:20, 128:12, 128:13, 129:4, 136:22, 138:24, 139:4, 143:15, 162:18, 168:17, 178:8, 179:25, 180:19, 180:20, 180:22, 180:23, 183:7, 183:16, 183:19, 183:24, 193:21, 193:23, 194:10, 194:13, 194:14, 194:15
HOMELESS [1] - 116:25
HOMES [9] - 27:11, 28:2, 80:18, 80:19, 86:13, 96:18, 116:19, 120:7, 120:9
HONEST [1] - 175:11
HONOR [48] - 3:3, 3:7, 3:8, 3:23, 4:11, 5:8, 5:17, 9:25, 19:7, 23:23, 28:12, 32:1, 47:8, 49:23, 57:6, 57:14, 59:5, 59:10, 59:17, 61:5, 68:6, 74:19, 74:21, 75:4, 75:11, 77:3, 77:6, 77:10, 77:24, 99:2, 104:19, 104:22, 107:21, 111:6, 111:9, 111:14, 111:23, 112:2, 123:16, 123:22, 145:16, 147:1, 159:5, 159:17, 170:20, 174:13, 176:1, 198:3
HONORABLE [1] - 1:10
HOPE [3] - 26:9, 50:21, 105:25
HOPEFULLY [2] - 34:19, 111:21
HORRENDOUS [1] - 29:11

HORRENDOUSLY [1] - 38:12
HORRIBLE [2] - 18:24, 38:8
HORRIFIC [3] - 29:14, 33:11, 74:18
HOSPITAL [18] - 46:1, 47:16, 47:18, 47:23, 50:13, 51:10, 52:21, 52:25, 65:1, 91:9, 100:9, 110:17, 111:3, 166:21, 166:22, 177:4, 177:7, 177:16
HOSPITALIZATIONS [4] - 51:14, 51:15, 52:17, 52:20
HOSPITALIZED [1] - 52:1
HOT [9] - 141:13, 157:15, 160:4, 160:7, 161:1, 161:5, 161:15, 161:19, 165:25
HOTEL [1] - 130:13
HOUR [1] - 114:24
HOURS [6] - 114:19, 114:20, 114:24, 118:17, 118:22, 180:18
HOUSE [47] - 18:4, 18:15, 18:17, 18:18, 25:8, 42:22, 43:23, 86:17, 86:18, 87:1, 87:12, 90:1, 92:21, 93:8, 94:7, 95:10, 95:12, 95:25, 96:12, 96:24, 97:15, 101:11, 103:2, 103:3, 103:13, 106:8, 109:16, 116:22, 125:2, 125:3, 128:15, 136:25, 138:2, 144:9, 151:10, 153:2, 165:22, 167:20, 172:25, 184:21, 185:12, 185:15, 186:6, 187:14, 189:3, 190:3, 193:20
HOUSEHOLD [3] - 64:17, 150:2, 168:13
HOUSEHOLDS [1] - 43:22
HOUSES [3] - 80:24, 86:19, 116:21
HOUSING [3] - 66:12, 66:17, 66:18
HOWARD [1] - 193:21

HOYT [7] - 19:6, 19:25, 20:1, 20:2, 79:23, 105:18, 178:22
HOYT'S [1] - 20:19
HUGGER [1] - 107:3
HUGGING [1] - 187:16
HUGS [3] - 88:14, 88:17, 88:18
HUMILIATING [1] - 38:12
HUMOROUS [1] - 56:15
HUMPHREY [1] - 2:9
HUNGRY [1] - 106:17
HUNTING [1] - 183:1
HURT [1] - 161:6
HURTS [3] - 115:19, 115:20, 115:24
HUSBAND [1] - 102:23
HYPERACTIVITY [1] - 62:7
HYPNOSIS [5] - 158:15, 158:21, 158:22, 158:25, 159:5
HYPNOTIZED [1] - 158:17

**I**

ICE [1] - 165:3
ICED [2] - 96:11, 96:15
IDEA [6] - 24:5, 37:14, 103:1, 116:12, 140:16, 143:23
IDEATION [1] - 52:18
IDENTIFIED [4] - 14:25, 15:9, 60:17, 67:16
IDENTIFY [4] - 14:22, 29:17, 29:21, 61:21
IDIOT [1] - 116:1
IGNORANT [2] - 34:5, 136:1
IGNORED [1] - 165:9
ILL [1] - 145:24
ILLNESS [12] - 15:16, 22:13, 23:1, 45:12, 53:7, 55:11, 57:23, 58:2, 115:9, 115:12, 133:5, 152:22
ILLNESSES [1] - 155:10
IMMATURE [2] - 49:1, 49:4
IMMEDIATE [1] - 23:15

IMMEDIATELY [2] - 94:9, 197:5
IMPACT [3] - 29:3, 104:7, 197:13
IMPORT [1] - 35:17
IMPORTANCE [1] - 14:16
IMPORTANT [3] - 12:2, 15:3, 54:2
IMPOVERISHED [3] - 17:8, 30:12, 66:21
IMPRESSION [3] - 4:24, 37:16, 174:16
INAPPROPRIATE [4] - 163:10, 163:12, 173:25, 174:3
INAPPROPRIATELY [1] - 127:5
INCIDENT [5] - 54:9, 54:19, 105:18, 158:19, 191:4
INCIDENTS [1] - 17:4
INCLUDED [2] - 98:17, 98:19
INCLUDES [1] - 152:25
INCLUDING [5] - 36:13, 36:14, 71:22, 78:10, 78:11
INCOME [1] - 114:21
INCONSISTENT [1] - 64:4
INCORPORATE [1] - 3:13
INCORPORATED [1] - 12:9
INDICATED [3] - 40:18, 52:10, 67:21
INDICATES [2] - 58:13, 65:2
INDICATION [5] - 51:4, 51:6, 66:4, 66:5, 71:5
INDIGENT [1] - 16:14
INDIVIDUAL [6] - 40:3, 60:16, 61:23, 62:5, 62:6, 69:1
INDIVIDUAL'S [1] - 14:17
INDOOR [1] - 80:25
INDULGENCE [1] - 104:15
INFIDELITY [1] - 129:7
INFLUENCE [1] - 60:20
INFORMATION [9] - 12:19, 13:16, 19:14, 22:16, 65:18, 65:21, 67:2, 67:4, 158:23

**INITIATE** [1] - 193:16
**INJURING** [1] - 189:22
**INMATE** [1] - 8:2
**INMATES** [2] - 7:21, 8:6
**INMATES'** [1] - 8:12
**INOVA** [1] - 177:5
**INQUIRE** [2] - 112:8, 176:1
**INSANE** [1] - 146:8
**INSERT** [1] - 21:11
**INSTANCE** [4] - 84:14, 105:17, 120:20, 126:4
**INSTANCES** [3] - 20:22, 32:13, 39:25
**INSTEAD** [3] - 35:11, 159:13, 184:18
**INSTITUTE** [1] - 59:24
**INSTITUTIONAL** [2] - 7:17, 8:10
**INSTITUTIONALIZED** [2] - 23:8, 23:11
**INSTITUTIONS** [1] - 71:17
**INTELLIGENCE** [1] - 69:5
**INTERACTIONS** [1] - 109:17
**INTERCOURSE** [1] - 41:11
**INTEREST** [1] - 50:18
**INTERESTING** [1] - 190:11
**INTERN** [1] - 50:25
**INTERRUPTIONS** [1] - 160:19
**INTERVENE** [1] - 172:5
**INTERVENTIONS** [1] - 71:25
**INTERVIEW** [6] - 5:10, 13:25, 29:21, 53:17, 56:4, 56:7
**INTERVIEWED** [12] - 4:1, 19:21, 50:12, 158:2, 159:7, 161:7, 161:14, 163:1, 163:2, 163:7, 164:9, 164:12
**INTERVIEWING** [1] - 12:16
**INTERVIEWS** [4] - 13:17, 46:22, 62:2, 68:20
**INTIMATE** [1] - 72:5
**INTOXICATED** [2] - 17:3, 18:20
**INTRODUCED** [1] - 75:13

**INVESTIGATE** [1] - 13:8
**INVESTIGATION** [2] - 13:20, 29:15
**INVESTIGATIONS** [1] - 7:11
**INVESTIGATOR** [3] - 12:7, 12:11, 163:3
**INVESTIGATORS** [1] - 161:11
**INVOLVED** [13] - 7:2, 11:11, 12:8, 14:24, 31:4, 42:24, 42:25, 67:3, 71:6, 71:18, 108:24, 153:11, 153:13
**INVOLVEMENT** [6] - 8:13, 13:1, 51:8, 61:2, 63:9, 64:7
**IQ** [1] - 9:7
**IRRIGATION** [1] - 26:14
**ISOLATED** [2] - 31:18, 142:21
**ISSUE** [2] - 90:12, 102:13
**ISSUES** [6] - 4:7, 4:12, 53:4, 59:4, 142:16, 143:3
**ITALY** [1] - 195:17
**ITSELF** [1] - 119:19

## J

**JACKET** [1] - 96:10
**JAMES** [2] - 2:12, 2:12
**JAMIE** [1] - 102:23
**JAMIE'S** [1] - 103:3
**JANE** [4] - 77:12, 77:16, 199:4
**JANEL** [2] - 12:14, 195:25
**JANET** [1] - 57:21
**JERSEY** [2] - 11:16, 14:5
**JILL** [3] - 161:8, 163:1, 164:12
**JOB** [17] - 5:12, 72:3, 88:8, 102:15, 114:12, 120:1, 120:2, 120:16, 125:20, 148:13, 153:7, 184:13, 184:16, 184:22
**JOBS** [2] - 124:5, 179:15
**JOCKO** [1] - 170:17
**JOE** [2] - 12:7, 12:9
**JOEL** [1] - 1:10
**JOHN** [1] - 1:15

**JOHNNY** [44] - 22:21, 22:23, 23:12, 23:13, 23:18, 24:11, 24:13, 26:23, 30:13, 31:2, 33:10, 40:22, 40:23, 41:5, 42:1, 42:2, 44:5, 44:20, 50:7, 76:16, 93:17, 93:23, 94:14, 94:16, 95:7, 95:13, 100:7, 116:5, 125:14, 125:17, 183:20, 184:4, 184:5, 184:17, 184:24, 185:11, 186:12, 187:12, 187:18, 187:21, 188:16, 188:22, 188:23
**JOHNNY'S** [2] - 39:21, 39:22
**JR** [1] - 1:15
**JUDGE** [2] - 6:22, 170:16
**JUDGES** [1] - 6:15
**JUMP** [1] - 21:14
**JUNE** [3] - 50:9, 75:7, 154:10
**JUSTICE** [11] - 2:2, 13:1, 14:21, 59:25, 60:6, 60:8, 60:20, 61:18, 61:21, 67:16, 68:16
**JUVENILE** [5] - 14:21, 14:24, 60:8, 60:20, 68:15
**JUVENILES** [4] - 6:24, 6:25, 7:9, 60:21

## K

**KATE** [1] - 88:22
**KATES** [1] - 57:21
**KATHY** [3] - 91:19, 92:3, 98:13
**KATHY'S** [1] - 92:4
**KATIE** [4] - 79:10, 82:17, 192:7, 192:9
**KAY** [6] - 19:1, 19:2, 19:5, 19:18, 178:16, 178:17
**KEEP** [7] - 84:22, 118:17, 118:23, 188:3, 188:5, 189:11, 198:1
**KEPT** [3] - 103:4, 103:7, 191:8
**KID** [5] - 99:13, 122:15, 135:15, 135:17, 193:12
**KIDS** [17] - 76:22,

87:18, 88:19, 90:3, 97:18, 99:10, 107:20, 108:9, 110:11, 128:22, 150:25, 153:11, 168:5, 180:2, 181:14, 182:24, 185:2
**KILL** [4] - 18:21, 151:14, 151:20, 152:16
**KIND** [35] - 6:9, 16:19, 32:23, 45:10, 52:24, 54:12, 80:7, 84:8, 84:16, 86:1, 86:20, 86:24, 90:11, 96:24, 97:25, 98:13, 101:6, 102:10, 105:16, 108:18, 116:21, 118:16, 118:22, 119:22, 123:8, 136:12, 136:13, 156:7, 179:13, 180:6, 182:7, 184:4, 185:14, 188:23, 193:8
**KINDS** [1] - 184:10
**KINGS** [1] - 6:23
**KITCHEN** [5] - 18:21, 80:20, 87:13, 97:4, 102:11
**KNEES** [1] - 188:10
**KNOWING** [1] - 32:8
**KNOWLEDGE** [5] - 49:12, 144:2, 158:24, 192:10, 192:11
**KNOWN** [2] - 20:25, 142:1
**KNOWS** [2] - 104:11, 171:25

## L

**L-U-C-K** [1] - 5:23
**LACK** [1] - 5:9
**LADDER** [1] - 45:6
**LAID** [2] - 83:13, 84:12
**LAKE** [17] - 25:4, 25:12, 25:13, 25:14, 25:25, 26:3, 40:11, 40:12, 40:13, 49:9, 117:1, 117:2, 117:3, 117:11, 118:7, 120:14, 145:5
**LAND** [1] - 189:15
**LARGE** [2] - 16:13, 179:11
**LARRY** [2] - 35:10, 79:10

**LAST** [21] - 3:10, 43:12, 103:23, 104:25, 113:13, 115:10, 135:3, 144:21, 154:6, 154:8, 170:13, 170:24, 171:3, 171:6, 173:16, 175:12, 179:4, 191:1, 195:9, 195:20
**LATE** [6] - 85:9, 85:24, 101:15, 130:3, 191:1, 193:21
**LAUNDRY** [3] - 82:21, 82:25, 167:23
**LAWTON** [1] - 122:5
**LAY** [1] - 83:15
**LD** [1] - 134:3
**LEAD** [1] - 24:18
**LEADERS** [1] - 71:9
**LEADERSHIP** [1] - 9:22
**LEAGUE** [3] - 122:22, 166:9, 166:13
**LEAK** [1] - 38:10
**LEARN** [11] - 16:11, 20:3, 22:23, 22:24, 23:5, 36:4, 39:23, 40:22, 41:4, 41:14, 93:19
**LEARNED** [8] - 41:5, 41:15, 89:22, 93:10, 93:12, 108:4, 108:6, 153:6
**LEARNING** [5] - 12:18, 38:3, 54:10, 54:13, 142:1
**LEAST** [8] - 17:19, 17:24, 17:25, 19:10, 28:7, 96:18, 116:15, 192:3
**LEAVE** [11] - 18:15, 26:25, 32:20, 41:24, 58:15, 85:8, 88:17, 120:16, 153:2, 162:3, 181:2
**LEAVES** [1] - 162:25
**LEAVING** [3] - 102:15, 143:14, 185:18
**LEFT** [37] - 7:16, 18:16, 28:25, 36:8, 41:22, 42:12, 42:13, 56:21, 85:19, 85:23, 92:17, 94:24, 95:2, 98:19, 103:1, 103:13, 108:23, 108:25, 124:4, 126:21, 128:11, 128:13, 129:4, 131:19, 144:9,

162:18, 168:17, 178:8, 181:4, 183:24, 184:15, 185:18, 187:9, 194:10, 194:13, 195:9
**LEG** [1] - 33:24
**LEGIBLE** [1] - 4:17
**LEGITIMIZE** [1] - 32:7
**LEGS** [3] - 18:9, 193:7, 193:25
**LEON** [3] - 112:3, 112:7, 199:5
**LESS** [4] - 29:4, 40:7, 95:22
**LETTER** [5] - 50:6, 50:10, 51:3, 93:5
**LEVEL** [2] - 8:1, 29:14
**LEVELS** [3] - 32:12, 52:15, 64:9
**LEXAPRO** [1] - 115:7
**LIBERAL** [1] - 88:3
**LIFE** [18] - 13:19, 14:25, 22:9, 23:8, 60:21, 68:4, 71:13, 83:5, 104:11, 104:12, 105:12, 106:5, 155:14, 192:15, 195:23, 196:8, 196:9
**LIFESTYLE** [5] - 15:13, 23:4, 24:18, 24:19, 26:2
**LIGHTS** [1] - 166:5
**LIKEABLE** [1] - 95:19
**LIKELY** [2] - 14:24, 98:18
**LIMITED** [1] - 129:7
**LINE** [3] - 49:1, 78:14, 79:9
**LINED** [1] - 18:20
**LINES** [1] - 134:14
**LINK** [1] - 172:20
**LIQUOR** [1] - 193:16
**LITERALLY** [1] - 183:6
**LIVE** [9] - 25:10, 53:21, 66:21, 97:13, 109:5, 116:21, 117:3, 117:8, 117:15
**LIVED** [25] - 26:3, 27:11, 40:14, 43:25, 44:1, 66:20, 80:18, 86:20, 92:23, 96:19, 103:14, 111:1, 113:12, 113:15, 116:20, 117:1, 117:16, 177:17, 182:8, 183:9, 183:18, 183:25,

184:1, 190:1, 193:20
**LIVES** [3] - 56:24, 191:3, 197:18
**LIVING** [19] - 44:4, 66:19, 79:24, 80:20, 80:23, 86:17, 87:13, 97:2, 109:13, 109:15, 144:13, 168:24, 176:24, 178:6, 179:14, 183:17, 185:11, 189:3
**LOAD** [2] - 25:8, 182:6
**LOCAL** [2] - 88:2, 181:13
**LOCATE** [1] - 70:24
**LOCATED** [1] - 13:22
**LOCK** [2] - 136:25, 137:2
**LOCKED** [1] - 129:19
**LONG-TERM** [2] - 29:9, 71:14
**LONG-TIME** [1] - 167:18
**LONGEST** [2] - 86:19, 122:6
**LOOK** [12] - 8:12, 13:8, 31:10, 62:5, 66:7, 67:14, 71:20, 103:8, 143:12, 143:13, 144:3, 166:4
**LOOKEBA** [1] - 179:3
**LOOKED** [3] - 196:24, 196:25
**LOOKING** [5] - 4:3, 45:8, 129:15, 143:6, 144:6
**LOOKS** [4] - 27:24, 48:4, 65:17, 196:23
**LOOMED** [1] - 33:1
**LORD** [1] - 171:25
**LOSS** [2] - 45:25, 197:14
**LOST** [1] - 101:4
**LOUISE** [8] - 3:8, 3:9, 5:19, 5:22, 5:23, 192:15, 196:1, 199:3
**LOVE** [3] - 170:6, 172:12, 172:14
**LOVED** [8] - 88:14, 107:7, 107:9, 107:11, 135:13, 135:17, 135:18, 140:22
**LOVER** [1] - 149:3
**LOVING** [4] - 88:18, 107:1, 107:2, 107:6
**LOW** [1] - 64:7
**LPN** [1] - 178:4
**LSD** [3] - 43:1, 154:17,

154:19
**LUCK** [26] - 3:8, 3:9, 3:22, 4:1, 4:21, 5:2, 5:19, 5:22, 5:23, 6:1, 6:3, 10:4, 28:15, 28:17, 47:12, 50:2, 59:15, 59:21, 61:8, 68:10, 75:18, 163:3, 163:5, 163:9, 164:9, 199:3
**LUCK'S** [4] - 3:16, 4:13, 59:13, 75:1
**LUCKY** [2] - 78:15, 80:21
**LUNCH** [3] - 82:6, 82:10, 124:4
**LUNCHEON** [2] - 123:11, 123:18
**LUNCHTIME** [2] - 82:6, 137:3
**LYING** [1] - 127:23
**LYNDA** [7] - 75:9, 77:12, 77:15, 77:16, 77:23, 199:4

---

# M

**M-I-L-L-E-R** [1] - 175:25
**MA'AM** [95] - 147:11, 147:17, 147:19, 147:24, 148:25, 150:9, 150:17, 150:20, 151:21, 151:23, 152:18, 152:21, 153:5, 153:10, 153:14, 153:16, 153:19, 153:23, 154:1, 154:13, 154:21, 155:3, 155:6, 155:8, 155:11, 155:15, 155:17, 156:1, 156:5, 156:8, 156:10, 156:13, 156:18, 156:21, 157:4, 157:16, 157:19, 157:21, 158:5, 161:2, 161:6, 161:12, 161:17, 162:11, 162:24, 163:4, 164:1, 164:7, 164:10, 164:14, 164:17, 164:20, 164:24, 165:11, 165:14, 165:19, 165:21, 165:24, 166:1, 166:3, 166:6, 166:14, 166:17, 166:20, 166:23,

167:1, 167:4, 167:7, 167:9, 167:11, 167:13, 167:16, 167:19, 167:24, 168:1, 168:4, 168:6, 168:8, 168:11, 168:14, 168:16, 169:1, 169:4, 169:9, 169:11, 169:14, 169:19, 169:22, 169:25, 170:5, 170:8, 170:11, 170:15, 171:1, 171:2
**MACARTHUR** [1] - 122:5
**MAE** [1] - 43:11
**MAGAZINE** [1] - 41:10
**MAIDEN** [1] - 148:7
**MAIL** [3] - 172:20, 172:23, 196:13
**MAILBOXES** [1] - 31:10
**MAILS** [3] - 172:19, 172:20
**MAINTAIN** [2] - 120:8, 120:13
**MAINTENANCE** [1] - 114:10
**MAJOR** [2] - 15:9, 53:8
**MAJORITY** [1] - 23:8
**MALTREATMENT** [1] - 63:25
**MAN** [10] - 20:16, 40:2, 40:5, 49:9, 49:10, 106:22, 126:11, 144:25, 154:24, 160:15
**MANAGEMENT** [1] - 64:3
**MANIFEST** [1] - 62:9
**MANNER** [2] - 4:9, 110:11
**MARIJUANA** [3] - 43:2, 115:17, 154:16
**MARILYN** [3] - 167:15, 168:2, 168:9
**MARILYN'S** [1] - 167:20
**MARINA** [1] - 148:2
**MARIST** [1] - 8:22
**MARITAL** [1] - 64:9
**MARKED** [15] - 10:4, 10:11, 27:15, 28:15, 28:18, 47:12, 50:2, 59:22, 61:8, 68:11, 72:15, 75:19, 75:25, 76:1, 159:20
**MARKET** [1] - 1:20
**MARRIAGES** [1] -

148:10
**MARRIED** [31] - 9:13, 23:6, 24:13, 34:19, 41:23, 43:4, 43:6, 43:8, 43:9, 43:11, 43:20, 43:21, 43:24, 44:23, 58:4, 58:15, 72:7, 90:24, 91:2, 96:23, 113:23, 144:15, 144:17, 147:12, 147:20, 148:8, 183:21, 183:22, 184:3, 184:5, 195:12
**MARRY** [1] - 43:10
**MARTIN** [28] - 14:7, 23:21, 25:16, 33:4, 37:23, 37:25, 53:16, 54:9, 55:5, 55:8, 55:10, 57:1, 57:4, 73:15, 73:16, 76:25, 95:9, 111:24, 111:25, 112:3, 112:7, 141:20, 158:15, 159:10, 185:4, 186:13, 186:19, 199:5
**MARY** [2] - 148:7, 148:8
**MARYLAND** [1] - 11:17
**MASTER'S** [2] - 8:22, 8:24
**MASTURBATE** [2] - 21:11, 21:24
**MASTURBATED** [1] - 42:3
**MASTURBATING** [1] - 49:5
**MATERNAL** [1] - 16:10
**MATH** [2] - 142:4, 149:17
**MATTER** [1] - 93:16
**MCALESTER** [1] - 80:6
**MCHUGH** [1] - 2:12
**MEAL** [1] - 18:10
**MEALS** [1] - 167:25
**MEAN** [44] - 19:9, 24:20, 26:19, 53:7, 53:8, 70:6, 70:19, 81:19, 83:5, 85:8, 86:19, 88:22, 89:7, 89:13, 92:20, 92:22, 93:14, 94:2, 95:9, 95:19, 95:20, 96:8, 98:15, 100:14, 105:24, 106:16, 106:17, 107:20,

109:2, 109:16, 109:19, 110:23, 110:24, 111:3, 115:23, 121:8, 165:3, 169:15, 182:2, 185:25, 186:15, 189:13, 197:1

**MEANING** [2] - 14:16, 35:5

**MEANINGFUL** [1] - 71:12

**MEANS** [1] - 24:21

**MEANT** [2] - 40:21, 144:24

**MEANTIME** [1] - 101:10

**MEATS** [1] - 117:24

**MEDICAL** [5] - 12:20, 47:15, 53:2, 177:19, 197:7

**MEDICATE** [1] - 115:16

**MEDICATED** [2] - 115:14, 146:12

**MEDICATING** [1] - 115:18

**MEDICATION** [4] - 46:23, 53:13, 133:10, 155:10

**MEDICATIONS** [1] - 115:5

**MEET** [2] - 54:24, 147:8

**MEETING** [3] - 50:16, 111:15, 192:16

**MELODY** [1] - 151:1

**MEMBER** [4] - 9:15, 9:18, 70:7, 70:8

**MEMBERS** [6] - 13:18, 26:23, 58:23, 59:3, 70:4, 192:9

**MEMBERSHIP** [1] - 65:23

**MEMORANDUMS** [2] - 6:21, 7:9

**MEMORIAL** [3] - 46:1, 47:16, 65:1

**MEMORIES** [3] - 85:2, 85:13, 191:19

**MEMORY** [7] - 82:17, 87:12, 157:2, 159:1, 159:24, 194:14, 194:25

**MEMOS** [2] - 6:24, 8:11

**MENTAL** [21] - 15:16, 22:13, 23:1, 41:16, 41:17, 45:12, 47:6, 51:13, 52:17, 55:11,

57:1, 58:3, 58:25, 59:4, 115:8, 115:12, 133:4, 142:16, 143:3, 152:22, 155:9

**MENTALLY** [1] - 145:24

**MENTION** [1] - 53:10

**MENTIONED** [10] - 33:5, 43:4, 46:19, 55:4, 129:6, 157:7, 163:17, 180:9, 185:7, 196:5

**MENTIONS** [1] - 52:9

**MESSAGE** [1] - 32:10

**METHAMPHETAMIN E** [1] - 43:2

**MIC** [5] - 48:14, 73:6, 75:15, 76:5, 112:17

**MICHAEL** [1] - 148:2

**MICROPHONE** [6] - 10:8, 74:9, 78:3, 112:16, 124:1, 158:12

**MIDDLE** [5] - 1:2, 1:16, 2:6, 24:23, 187:19

**MIDWAY** [1] - 48:5

**MIGHT** [15] - 3:13, 20:8, 25:21, 26:6, 33:5, 60:23, 85:8, 97:1, 97:4, 116:13, 143:2, 185:18, 186:23, 187:5

**MIKE** [2] - 92:5, 101:11

**MILES** [3] - 101:2, 130:1, 130:2

**MILLER** [21] - 12:7, 12:9, 19:24, 19:25, 20:4, 20:13, 20:14, 23:17, 79:23, 161:8, 161:13, 161:16, 163:1, 164:13, 175:21, 175:25, 176:5, 176:7, 178:21, 178:22, 199:6

**MILLER'S** [1] - 19:25

**MIND** [7] - 37:7, 50:10, 58:1, 78:13, 141:3, 189:2, 197:8

**MINE** [2] - 102:21, 196:20

**MINNESOTA** [1] - 14:5

**MINOR** [1] - 50:20

**MINUTE** [5] - 59:6, 59:9, 123:22, 129:22, 185:7

**MINUTES** [4] - 36:20, 111:18, 132:25,

152:16

**MISBEHAVED** [2] - 108:9, 108:20

**MISCARRIED** [2] - 45:5, 45:7

**MISS** [8] - 3:8, 3:9, 58:3, 58:11, 58:14, 93:23, 104:14, 161:16

**MISSED** [2] - 85:18, 105:4

**MISUNDERSTOOD** [1] - 121:18

**MITIGATION** [12] - 6:4, 6:10, 7:3, 9:17, 9:21, 10:19, 10:20, 10:21, 11:1, 11:9, 11:19, 13:20

**MODEL** [2] - 29:22, 69:20

**MODELS** [2] - 69:23

**MOLEST** [2] - 44:5, 163:20

**MOLESTED** [1] - 163:19

**MOLESTING** [1] - 127:6

**MOM** [36] - 33:24, 36:19, 93:5, 105:14, 107:1, 116:18, 117:18, 119:6, 120:5, 125:22, 127:13, 127:22, 128:25, 129:8, 130:10, 130:21, 133:12, 133:19, 133:25, 135:7, 135:11, 135:19, 135:24, 137:17, 140:10, 140:11, 145:13, 146:5, 161:18, 163:12, 163:14, 166:18, 169:15, 173:25, 183:16

**MOM'S** [1] - 126:1

**MOMENT** [6] - 23:22, 27:10, 74:20, 124:7, 125:13, 145:17

**MOMENTARILY** [1] - 194:20

**MOMENTS** [1] - 53:16

**MONEY** [15] - 25:6, 31:3, 31:6, 80:13, 90:18, 106:21, 117:9, 119:4, 124:9, 124:12, 124:13, 145:12, 181:9, 186:22

**MONTH** [4] - 128:16,

154:7, 172:24, 173:13

**MONTHS** [13] - 23:20, 25:12, 27:25, 46:6, 98:10, 128:16, 149:16, 149:19, 149:21, 181:6, 184:14, 185:19, 185:21

**MORENO** [88] - 2:12, 3:3, 3:7, 3:22, 4:11, 5:2, 5:7, 5:16, 5:25, 9:25, 10:3, 10:9, 10:10, 19:11, 19:16, 19:23, 23:22, 23:24, 28:11, 28:14, 32:4, 47:8, 47:11, 48:21, 49:23, 50:1, 57:6, 57:9, 57:13, 57:16, 59:5, 59:10, 59:14, 59:17, 59:20, 61:5, 61:7, 63:2, 68:6, 68:9, 73:8, 74:12, 74:19, 74:23, 75:11, 75:16, 76:2, 76:5, 76:6, 76:8, 76:12, 76:15, 76:18, 76:21, 76:24, 77:6, 77:10, 111:23, 112:2, 112:8, 112:11, 112:20, 123:10, 123:12, 123:16, 123:21, 123:23, 145:16, 145:20, 146:22, 151:15, 152:8, 157:8, 158:7, 158:10, 158:13, 159:21, 160:8, 170:23, 174:9, 174:20, 174:22, 174:24, 175:15, 176:1, 176:4, 197:22, 198:3

**MORNING** [15] - 3:3, 3:4, 3:11, 3:16, 3:17, 3:19, 3:20, 6:1, 6:2, 74:25, 77:19, 77:20, 137:2, 195:19, 198:2

**MOST** [27] - 13:4, 15:20, 17:10, 17:22, 26:18, 26:21, 49:20, 51:19, 80:8, 80:19, 81:2, 81:8, 86:19, 86:21, 87:1, 90:19, 99:24, 111:4, 111:5, 113:18, 118:5, 179:6, 180:14, 180:21, 185:9, 190:1, 191:15

**MOTEL** [5] - 129:19,

129:23, 130:8, 130:9, 130:17

**MOTHER** [87] - 16:17, 17:14, 20:4, 21:7, 22:3, 23:5, 24:4, 24:17, 25:15, 30:18, 33:20, 34:3, 35:12, 36:17, 37:4, 37:8, 37:12, 37:14, 38:10, 39:3, 40:16, 40:18, 44:12, 44:14, 44:16, 50:7, 51:1, 58:12, 64:15, 70:12, 72:24, 74:3, 76:13, 78:10, 80:8, 82:2, 82:7, 82:20, 82:24, 83:14, 84:11, 84:12, 85:12, 85:16, 85:23, 86:11, 89:25, 91:17, 91:20, 92:19, 96:2, 101:20, 102:7, 105:9, 107:12, 107:16, 108:2, 127:24, 128:3, 128:8, 130:15, 132:10, 133:1, 133:4, 141:2, 141:25, 149:11, 157:10, 160:11, 160:25, 161:15, 162:25, 163:9, 178:21, 179:24, 179:25, 180:6, 181:9, 181:12, 183:9, 183:12, 183:17, 185:10, 186:16

**MOTHER'S** [10] - 15:24, 16:1, 16:4, 16:11, 23:17, 54:25, 78:7, 78:8, 103:1, 176:10

**MOTHERFUCKER** [1] - 188:8

**MOVE** [20] - 24:23, 26:20, 59:15, 75:12, 75:16, 86:14, 86:22, 92:12, 94:9, 99:3, 112:16, 116:9, 116:17, 124:7, 184:20, 185:9, 186:6, 186:9, 190:12, 195:15

**MOVED** [26] - 27:6, 28:5, 86:16, 86:23, 88:9, 88:15, 92:10, 92:13, 92:14, 98:5, 102:19, 103:14, 111:2, 116:13, 122:20, 125:19, 168:9, 177:5, 179:2,

179:3, 183:10, 183:11, 185:7, 185:20, 195:14
**MOVES** [5] - 25:1, 28:10, 54:6, 56:12, 187:23
**MOVIES** [1] - 168:5
**MOVING** [6] - 24:25, 26:14, 26:19, 102:19, 122:13, 189:13
**MULTI** [3] - 15:16, 15:22, 16:3
**MULTI-GENERATIONAL** [3] - 15:16, 15:22, 16:3
**MULTIPLE** [2] - 13:17, 46:12
**MURDER** [1] - 173:24
**MUST** [6] - 50:20, 85:24, 86:1, 97:22, 110:24, 141:25
**MYSTEPDAUGHTER** [1] - 151:1

## N

**N.W** [1] - 2:4
**NAME** [29] - 5:21, 5:22, 12:13, 23:17, 23:18, 40:2, 40:5, 43:12, 43:13, 47:22, 58:4, 77:14, 77:15, 77:22, 88:23, 89:10, 97:11, 104:25, 105:18, 112:6, 113:2, 144:21, 148:6, 148:7, 150:21, 175:23, 175:24, 191:5, 192:21
**NAMED** [4] - 145:1, 161:8, 167:14, 170:17
**NAMES** [7] - 23:16, 98:20, 99:11, 172:11, 182:22, 182:24
**NASAMS** [1] - 9:18
**NATIONAL** [2] - 9:20, 59:24
**NATIONALLY** [1] - 11:7
**NATIONALLY-PRESENTED** [1] - 11:7
**NATURE** [4] - 22:4, 115:2, 159:12, 189:19
**NEAR** [3] - 189:8,

191:3, 194:17
**NECESSARILY** [1] - 66:18
**NECESSARY** [1] - 13:15
**NECESSITIES** [1] - 117:25
**NEED** [4] - 13:16, 59:6, 78:3, 96:9
**NEEDED** [7] - 43:23, 81:3, 83:14, 98:16, 160:10, 166:21, 166:24
**NEEDS** [1] - 50:21
**NEGATIVE** [2] - 31:22, 34:6
**NEGLECT** [1] - 64:1
**NEIGHBOR** [1] - 167:17
**NEIGHBORHOOD** [4] - 61:25, 66:8, 67:3, 125:1
**NEIGHBORHOODS** [2] - 66:19, 124:25
**NEIGHBORS** [1] - 31:10
**NELLIE** [2] - 146:3, 146:11
**NEPHEW** [6] - 78:6, 91:10, 102:25, 104:6, 196:20
**NEPHEWS** [4] - 90:23, 98:24, 101:11, 102:3
**NERVOUS** [1] - 48:9
**NEVER** [52] - 26:25, 29:6, 29:7, 29:9, 34:6, 35:19, 56:17, 58:5, 69:20, 84:5, 84:12, 88:13, 88:14, 90:20, 98:5, 98:18, 100:12, 102:9, 105:25, 106:4, 106:16, 106:17, 108:11, 109:18, 122:16, 151:5, 151:13, 152:4, 152:15, 152:17, 157:10, 157:18, 157:23, 159:11, 160:7, 163:9, 163:12, 163:13, 168:18, 179:20, 185:17, 188:16, 191:7, 192:14, 194:3, 195:16, 196:6, 196:7, 197:6
**NEW** [9] - 6:20, 8:21, 11:16, 14:4, 114:11, 122:15
**NEXT** [11] - 48:8,

48:25, 59:15, 64:2, 64:11, 75:5, 78:20, 79:9, 111:13, 177:25, 184:14
**NICE** [5] - 89:13, 95:19, 147:8, 165:12, 196:24
**NICEST** [1] - 110:23
**NICKEL** [2] - 90:19, 90:20
**NICKNAME** [1] - 88:20
**NIECE** [2] - 92:4, 98:9
**NIECES** [5] - 90:22, 91:11, 91:17, 91:18, 98:24
**NIGHT** [17] - 3:10, 24:24, 45:7, 90:14, 97:10, 110:25, 118:12, 140:5, 142:17, 142:24, 142:25, 145:6, 175:12, 191:8, 191:17, 193:21, 194:3
**NIGHTMARES** [1] - 142:18
**NIGHTS** [1] - 187:14
**NINE** [13] - 39:17, 39:24, 64:6, 79:15, 125:5, 137:9, 137:10, 141:9, 152:16, 176:16, 195:2
**NINTH** [1] - 193:13
**NOBODY** [1] - 122:16
**NOMADIC** [5] - 15:12, 23:4, 24:19, 24:21, 54:6
**NONCAPITAL** [1] - 6:11
**NONE** [3] - 69:24, 69:25, 70:1
**NONVIOLENCE** [1] - 71:22
**NORMAL** [4] - 108:18, 108:19, 168:12, 196:24
**NORMALLY** [1] - 186:6
**NORTHERN** [2] - 177:10, 177:12
**NOSE** [1] - 170:2
**NOSTRIL** [1] - 52:11
**NOTED** [2] - 30:13, 70:25
**NOTES** [23] - 3:10, 3:20, 3:24, 3:25, 4:2, 4:9, 4:13, 4:15, 4:18, 4:19, 4:21, 4:23, 4:25, 5:1, 5:5, 5:10,

5:12, 5:15, 48:1, 171:14
**NOTHING** [12] - 5:1, 74:21, 106:10, 106:12, 116:22, 146:22, 164:4, 164:8, 164:11, 164:18, 190:9, 191:20
**NOTICE** [2] - 93:1, 143:1
**NOTICED** [1] - 109:7
**NOTING** [1] - 67:9
**NOWADAYS** [1] - 107:20
**NUMBER** [19] - 1:3, 4:2, 8:5, 15:11, 51:19, 51:21, 52:19, 55:17, 60:16, 61:4, 62:6, 62:12, 62:17, 63:3, 63:8, 63:14, 63:24, 78:15, 116:9
**NUMBERS** [2] - 77:7, 109:2
**NUMEROUS** [14] - 11:16, 17:2, 22:17, 26:20, 26:23, 28:6, 36:13, 42:16, 51:17, 59:3, 60:18, 181:4, 193:2, 193:3
**NURSE** [4] - 176:25, 177:1, 177:18, 194:23
**NURSE'S** [1] - 120:7
**NURSING** [3] - 30:19, 30:20, 120:9
**NURTURING** [1] - 61:3
**NUTSHELL** [1] - 74:15

## O

**O'CLOCK** [2] - 131:1, 137:2
**OASIS** [1] - 70:17
**OATMEAL** [1] - 83:8
**OBJECT** [7] - 19:8, 32:2, 158:7, 158:9, 159:9, 159:21, 160:8
**OBJECTING** [2] - 158:12, 158:13
**OBJECTION** [6] - 77:2, 77:3, 151:15, 152:8, 152:12, 159:23
**OBJECTS** [1] - 189:16
**OBSERVE** [4] - 91:6, 93:23, 109:21, 187:11
**OBSERVED** [2] -

62:13, 106:5
**OBSERVING** [1] - 99:19
**OBVIOUS** [3] - 24:24, 31:21, 69:7
**OBVIOUSLY** [3] - 4:5, 69:2, 70:19
**OCCASION** [9] - 21:7, 21:9, 36:6, 108:22, 119:16, 131:22, 186:1, 187:17, 193:1
**OCCASIONALLY** [2] - 185:24, 187:13
**OCCASIONS** [4] - 17:3, 36:5, 193:2, 193:3
**OCCUR** [1] - 40:9
**OCCURRED** [4] - 17:5, 20:15, 39:16, 55:24
**OCCURRENCE** [4] - 31:19, 31:20, 41:20, 42:7
**OCCURRING** [1] - 15:2
**OCTOBER** [2] - 191:2, 195:21
**OFFENDERS** [1] - 6:23
**OFFENSES** [1] - 63:10
**OFFER** [1] - 174:21
**OFFICE** [6] - 1:15, 12:6, 12:12, 13:5, 13:7, 28:23
**OFFICER** [5] - 7:8, 7:17, 8:8, 8:10, 8:11
**OFFICIAL** [1] - 1:19
**OFTEN** [12] - 17:20, 27:11, 33:17, 33:22, 109:6, 116:17, 117:3, 125:4, 128:19, 136:22, 172:23, 189:23
**OFTENTIMES** [5] - 25:6, 25:17, 25:18, 25:22, 26:5
**OKLAHOMA** [56] - 13:22, 13:23, 14:2, 14:4, 17:9, 17:10, 17:11, 17:12, 38:19, 40:10, 46:1, 47:15, 53:20, 56:8, 65:1, 66:20, 67:11, 76:10, 80:3, 80:5, 101:1, 102:22, 107:17, 111:1, 113:11, 113:12, 113:13, 113:15, 113:16, 113:19, 113:20, 116:7, 116:8, 118:2,

118:3, 138:5, 177:6, 177:8, 178:6, 178:25, 179:3, 179:15, 182:5, 182:6, 183:11, 184:2, 184:21, 184:24, 185:12, 190:2, 191:3, 195:9, 195:14

**OLD** [104] - 20:14, 20:17, 21:8, 21:12, 21:13, 21:18, 22:11, 24:12, 26:13, 27:22, 27:24, 30:24, 31:1, 31:12, 37:4, 37:6, 37:18, 38:15, 38:17, 39:14, 39:15, 41:6, 41:13, 41:23, 42:4, 42:6, 42:12, 42:13, 43:8, 43:9, 43:16, 47:2, 47:17, 51:21, 52:5, 52:6, 55:2, 72:19, 72:20, 72:21, 73:2, 73:10, 73:16, 73:18, 73:19, 74:5, 74:7, 74:11, 79:11, 79:20, 81:10, 81:16, 82:11, 82:15, 82:19, 86:7, 90:24, 91:4, 94:17, 96:13, 109:8, 113:4, 113:21, 117:10, 117:13, 117:14, 121:2, 121:25, 124:15, 127:7, 127:9, 127:17, 129:15, 131:12, 131:17, 132:2, 132:21, 134:6, 134:8, 134:24, 135:1, 135:5, 137:7, 137:9, 137:10, 138:12, 138:13, 139:14, 141:7, 141:9, 142:19, 143:16, 144:9, 144:15, 145:14, 163:23, 181:14, 188:14, 188:15, 188:16, 189:6, 191:24, 193:9, 195:1

**OLDER** [33] - 21:1, 21:3, 27:20, 49:9, 80:9, 82:18, 82:19, 83:18, 86:4, 90:5, 91:20, 93:13, 98:11, 98:19, 105:4, 109:7, 109:10, 109:12, 112:21, 112:22, 112:23, 113:7, 132:23, 136:18,

176:13, 176:15, 176:17, 186:25, 187:6, 191:2, 192:19, 192:20, 192:23

**OLDEST** [4] - 33:19, 78:14, 78:16, 98:9

**ONCE** [11] - 70:17, 103:19, 103:22, 109:5, 131:23, 139:15, 177:19, 179:16, 188:22, 189:2, 190:6

**ONE** [115] - 5:9, 5:10, 6:22, 13:6, 17:22, 18:9, 18:17, 21:7, 21:9, 29:10, 29:19, 29:20, 30:1, 35:9, 38:19, 41:20, 42:7, 43:17, 54:16, 56:13, 56:14, 60:12, 60:13, 62:6, 64:2, 64:11, 66:2, 67:20, 68:25, 69:1, 70:2, 71:2, 75:22, 81:21, 83:9, 83:12, 83:13, 84:14, 85:13, 86:14, 86:17, 86:18, 87:3, 87:9, 87:12, 87:14, 87:15, 89:19, 89:22, 91:19, 96:18, 96:21, 96:22, 96:25, 97:2, 100:19, 104:1, 104:3, 106:1, 106:20, 108:22, 108:23, 122:6, 122:8, 122:23, 123:1, 123:3, 126:15, 129:1, 131:22, 134:3, 138:14, 139:8, 140:9, 141:13, 141:15, 141:16, 144:5, 144:6, 148:10, 148:11, 150:15, 150:18, 151:5, 152:14, 154:7, 155:15, 155:16, 157:25, 158:1, 160:5, 160:24, 161:10, 161:14, 162:1, 162:5, 162:9, 162:22, 163:19, 165:14, 165:15, 165:20, 169:12, 177:4, 182:8, 184:16, 185:17, 185:22, 186:1, 187:17, 191:23, 193:1, 195:19

**ONE-TIME** [5] - 41:20,

42:7, 106:1, 108:23, 131:22

**ONES** [5] - 81:8, 90:5, 93:13, 145:24, 160:4

**ONGOING** [2] - 34:16, 39:18

**OPENED** [1] - 127:15

**OPENS** [1] - 3:1

**OPERATION** [2] - 48:22, 51:24

**OPINION** [1] - 67:15

**OPPORTUNITY** [10] - 14:6, 14:11, 34:20, 53:17, 53:22, 56:4, 57:10, 70:22, 91:6, 187:11

**OPPOSITE** [1] - 71:24

**OPTIONS** [1] - 29:13

**ORAL** [2] - 163:22, 164:12

**ORANGE** [3] - 6:12, 6:13, 7:8

**ORDER** [4] - 18:3, 18:4, 58:15, 113:5

**ORGANIZATION** [1] - 9:23

**ORGANIZATIONS** [2] - 9:16, 71:17

**ORIENTATION** [1] - 69:12

**ORPHANAGE** [8] - 23:12, 32:23, 138:4, 138:9, 138:11, 138:24, 139:10, 140:3

**OUTPATIENT** [1] - 47:16

**OUTSIDE** [5] - 96:16, 98:16, 117:19, 130:12, 137:11

**OUTSPOKEN** [1] - 100:19

**OVERALL** [1] - 67:22

**OVERDOSE** [1] - 52:4

**OVERNIGHT** [2] - 109:2, 191:13

**OVERRULE** [2] - 152:11, 159:22

**OVERRULED** [3] - 32:3, 151:16, 160:17

**OVERWEIGHT** [2] - 89:1, 182:22

**OWN** [7] - 6:7, 7:7, 9:14, 80:11, 84:2, 187:6, 187:9

## P

**P.M** [1] - 198:4

**PACK** [4] - 32:18,

138:3, 138:20, 186:8

**PAGE** [3] - 48:25, 148:20, 199:8

**PAID** [1] - 182:10

**PAIN** [1] - 133:15

**PALTZ** [1] - 8:21

**PANIC** [2] - 55:18

**PANTRIES** [1] - 119:14

**PARAMETERS** [1] - 35:22

**PARENT** [6] - 45:10, 47:20, 64:20, 136:21, 150:24

**PARENT/CHILD** [1] - 64:19

**PARENTAL** [4] - 51:7, 63:21, 64:7, 64:12

**PARENTING** [1] - 33:10

**PARENTS** [69] - 23:16, 26:12, 30:25, 31:9, 31:13, 31:23, 32:10, 32:14, 32:24, 33:13, 35:22, 44:1, 44:4, 49:17, 51:11, 62:19, 63:16, 69:19, 72:1, 76:25, 79:22, 80:7, 83:19, 87:10, 92:6, 95:16, 95:23, 96:1, 97:14, 99:21, 107:17, 108:16, 110:19, 116:2, 116:4, 117:11, 118:14, 119:21, 120:22, 121:4, 124:5, 124:8, 124:14, 124:15, 124:19, 126:4, 134:13, 136:24, 138:1, 140:9, 141:21, 143:25, 144:3, 150:8, 151:10, 153:20, 164:25, 165:16, 171:9, 171:25, 172:6, 178:20, 181:2, 187:1, 187:12, 187:24, 188:2, 192:13

**PARENTS'** [6] - 42:21, 93:8, 95:12, 95:25, 97:15, 168:25

**PARKING** [1] - 139:7

**PAROLE** [10] - 7:17, 7:18, 8:8, 8:10, 8:11, 8:15, 8:16

**PART** [11] - 9:8, 9:9, 11:24, 17:10, 26:21, 36:17, 57:21, 111:1,

159:6, 196:8

**PARTICIPATE** [4] - 12:15, 30:3, 30:4, 122:21

**PARTICIPATION** [1] - 30:6

**PARTICULAR** [5] - 20:10, 29:6, 62:1, 90:8, 134:12

**PARTICULARLY** [1] - 165:12

**PARTIES** [2] - 3:15, 13:18

**PARTNER** [1] - 195:23

**PARTS** [1] - 13:20

**PARTY** [1] - 25:5

**PASS** [1] - 176:20

**PASSED** [2] - 18:23, 176:21

**PASSENGER'S** [2] - 187:20

**PAST** [1] - 104:3

**PATIENT** [1] - 50:14

**PATRICIA** [1] - 23:19

**PAUL** [1] - 1:6

**PAUSE** [3] - 57:8, 104:16, 145:19

**PAY** [2] - 181:15, 181:18

**PAYING** [2] - 40:7, 145:7

**PCP** [1] - 43:1

**PEACE** [1] - 18:18

**PEANUTS** [5] - 26:9, 81:20, 117:7, 180:5, 181:15

**PECKING** [1] - 18:3

**PEDOPHILE** [1] - 110:9

**PEELED** [1] - 82:9

**PEER** [2] - 61:24, 65:17

**PEER-RELATED** [2] - 61:24, 65:17

**PEERS** [1] - 65:20

**PEGGY** [1] - 91:20

**PENALTY** [3] - 10:22, 14:12, 170:10

**PENCIL** [1] - 52:11

**PENETRATION** [1] - 191:19

**PENIS** [1] - 193:6

**PENNSYLVANIA** [10] - 1:2, 1:16, 2:6, 2:13, 11:17, 14:5, 88:9, 88:10, 103:7, 103:15

**PEOPLE** [12] - 4:2, 65:22, 70:24, 81:20, 93:11, 109:3, 121:24, 124:13,

143:9, 153:24, 169:12, 180:5

**PEOPLE'S** [1] - 27:5

**PERCENT** [2] - 67:22, 67:25

**PERFECT** [1] - 96:1

**PERFECTLY** [1] - 168:12

**PERFORM** [1] - 164:12

**PERHAPS** [1] - 184:14

**PERIOD** [10] - 7:10, 25:11, 33:23, 56:14, 56:21, 60:18, 65:14, 181:3, 185:21, 195:6

**PERIODS** [7] - 18:15, 18:16, 25:18, 37:7, 85:5, 85:9, 86:14

**PERMANENCY** [1] - 27:7

**PERSON** [5] - 81:21, 98:17, 100:19, 107:1, 173:24

**PERSONAL** [1] - 158:24

**PERSONALITY** [5] - 24:15, 46:17, 46:18, 170:17

**PERSONALLY** [1] - 13:25

**PERSONS** [1] - 12:4

**PERTINENT** [1] - 13:20

**PETS** [1] - 149:5

**PH.D** [1] - 50:25

**PHASE** [2] - 10:22, 14:12

**PHILADELPHIA** [4] - 1:9, 1:21, 2:14, 11:8

**PHONE** [2] - 195:20, 197:5

**PHOTOGRAPH** [3] - 72:12, 72:14, 73:13

**PHOTOGRAPHS** [2] - 75:18, 75:25

**PHYLLIS** [3] - 79:2, 81:9, 92:1

**PHYSICAL** [11] - 13:9, 15:12, 33:7, 34:12, 36:23, 54:6, 56:11, 63:25, 88:6, 150:5, 156:6

**PHYSICALLY** [4] - 36:1, 44:20, 73:24, 174:5

**PICK** [6] - 32:21, 88:19, 120:16, 120:21, 184:20, 189:9

**PICKED** [1] - 135:6

**PICKING** [6] - 30:22, 30:25, 117:11, 180:7, 180:8, 189:16

**PICKS** [1] - 197:5

**PICKUP** [1] - 180:17

**PICTURE** [22] - 24:6, 27:16, 27:23, 72:17, 72:19, 72:21, 72:22, 72:23, 73:1, 73:17, 73:22, 74:1, 74:2, 74:3, 74:6, 76:8, 76:12, 76:16, 76:19, 76:22, 76:25, 99:4

**PILED** [1] - 118:9

**PILL** [1] - 133:14

**PILLOW** [3] - 138:9, 138:21, 191:8

**PILLS** [2] - 133:15, 133:20

**PIPES** [1] - 26:14

**PISTOL** [1] - 191:8

**PLACE** [6] - 30:1, 86:14, 117:8, 125:19, 125:20, 193:6

**PLACED** [2] - 68:10, 194:17

**PLACES** [2] - 116:9, 190:5

**PLAY** [13] - 93:10, 93:12, 93:14, 93:15, 96:17, 98:6, 98:8, 98:14, 99:13, 100:2, 120:23, 137:11

**PLAYED** [1] - 93:9

**PLAYING** [2] - 98:15, 101:8

**PLAYOFF** [1] - 101:7

**PLUMBING** [1] - 80:25

**PO** [2] - 1:17, 2:10

**POINT** [23] - 5:12, 21:24, 26:4, 34:1, 37:6, 40:6, 40:20, 52:23, 56:13, 65:2, 71:12, 73:22, 86:9, 87:3, 118:19, 124:18, 124:21, 130:18, 161:8, 182:11, 183:8, 185:2, 186:4

**POINTED** [1] - 171:24

**POINTING** [1] - 101:19

**POLICE** [1] - 143:25

**PONIES** [1] - 103:6

**PONY** [1] - 102:24

**POOL** [4] - 129:20, 130:13, 130:22, 131:1

**POOR** [15] - 17:8, 38:21, 64:3, 66:12,

66:16, 66:18, 66:21, 80:16, 165:16, 165:18, 179:9, 179:11, 186:15

**POORER** [1] - 179:10

**PORCH** [5] - 27:18, 76:9, 85:17, 137:5

**PORN** [1] - 41:10

**POSED** [2] - 175:6, 175:9

**POSITION** [3] - 9:22, 56:23, 70:10

**POSITIVE** [13] - 20:6, 20:7, 29:22, 37:11, 40:15, 51:2, 53:14, 60:25, 69:12, 69:22, 69:23, 70:8, 71:19

**POSSIBLE** [1] - 50:24

**POST** [1] - 50:25

**POSTOPERATIVE** [1] - 51:22

**POT** [1] - 82:7

**POTATOES** [4] - 82:9, 83:1, 83:6, 106:19

**POUGHKEEPSIE** [1] - 8:23

**POUND** [1] - 182:10

**POUNDING** [1] - 188:11

**POUNDS** [1] - 182:11

**POVERTY** [4] - 23:2, 54:6, 56:12, 66:9

**POWDERED** [1] - 117:24

**PRACTICE** [1] - 177:3

**PRACTICED** [1] - 177:4

**PRACTICES** [1] - 64:3

**PREDICTABILITY** [2] - 27:1, 35:4

**PREDICTORS** [1] - 61:15

**PREGNANCY** [1] - 45:25

**PREGNANT** [3] - 45:4, 151:13, 151:19

**PREPARE** [1] - 8:16

**PREPARED** [3] - 4:5, 28:22, 57:20

**PREPARES** [1] - 10:21

**PRESCRIBED** [1] - 53:12

**PRESCRIPTION** [2] - 22:19, 64:16

**PRESENCE** [3] - 17:5, 158:17, 180:12

**PRESENT** [5] - 57:23, 58:2, 68:21, 165:20, 187:2

**PRESENTED** [1] - 11:7

**PRESENTENCE** [2] - 7:9, 7:22

**PRESENTS** [3] - 106:21, 165:7, 165:8

**PRESTON** [1] - 39:9

**PRETTY** [8] - 18:1, 37:9, 72:22, 109:16, 156:3, 187:9, 188:20, 197:10

**PREVALENCE** [1] - 66:25

**PREVENT** [1] - 15:2

**PREVIOUS** [1] - 52:9

**PREVIOUSLY** [1] - 12:8

**PRIMARILY** [1] - 15:24

**PRISON** [5] - 104:1, 104:10, 172:21, 195:10, 196:10

**PRIVATE** [1] - 6:24

**PRO** [2] - 70:4, 70:6

**PRO-SOCIAL** [2] - 70:4, 70:6

**PROBATION** [5] - 7:8, 7:12, 7:16, 8:8, 8:9

**PROBLEM** [2] - 4:4, 5:9

**PROBLEMATIC** [3] - 43:21, 45:23, 45:24

**PROBLEMS** [11] - 42:15, 42:16, 50:17, 51:7, 58:25, 62:7, 115:13, 121:22, 153:15, 184:19, 197:7

**PROCEEDED** [1] - 41:10

**PROCEEDINGS** [3] - 1:23, 53:25, 175:1

**PRODUCED** [1] - 1:24

**PROFESSION** [1] - 6:3

**PROFESSIONAL** [1] - 9:16

**PROFESSOR** [1] - 9:7

**PROGRAM** [4] - 8:13, 8:25, 9:4, 60:8

**PROMOTE** [1] - 71:22

**PROMOTION** [1] - 7:15

**PROMPT** [1] - 35:15

**PROPERLY** [1] - 4:5

**PROPERTY** [1] - 63:10

**PROPOSING** [1] - 158:14

**PROSECUTION** [1] -

3:11

**PROSPECT** [1] - 44:13

**PROTECT** [1] - 172:3

**PROTECTIVE** [20] - 14:17, 14:19, 15:1, 15:6, 59:16, 60:3, 60:22, 60:23, 68:2, 68:3, 68:16, 68:18, 68:20, 68:23, 69:8, 69:9, 69:11, 70:3, 71:20, 74:14

**PROVIDE** [8] - 5:6, 6:9, 6:10, 75:19, 121:15, 142:6, 186:12, 187:1

**PROVIDED** [3] - 4:9, 5:5, 187:15

**PROVIDING** [2] - 75:13, 186:23

**PSYCHIATRIC** [5] - 12:22, 46:23, 52:1, 133:10, 146:9

**PSYCHIATRIST** [1] - 55:14

**PSYCHOLOGICAL** [1] - 57:20

**PSYCHOLOGY** [3] - 8:20, 8:22, 9:1

**PUBLIC** [4] - 2:6, 12:12, 153:7, 153:8

**PUBLICATION** [1] - 60:5

**PUBLISHED** [1] - 60:10

**PULL** [4] - 181:18, 182:11, 184:9, 184:25

**PULLED** [5] - 100:19, 101:16, 103:10, 105:20, 194:21

**PULLING** [2] - 182:9, 185:13

**PUMP** [1] - 184:10

**PUNISHED** [6] - 156:15, 156:16, 156:17, 156:23, 157:3

**PUNISHMENT** [3] - 121:5, 121:10, 157:6

**PURPOSE** [1] - 26:8

**PUSH** [2] - 93:21, 110:3

**PUSHED** [1] - 100:1

**PUSHING** [1] - 109:23

**PUT** [24] - 13:16, 18:2, 21:25, 25:9, 52:11, 54:25, 59:21, 82:7, 82:23, 102:10, 103:12, 106:16,

108:12, 134:4, 135:6, 137:4, 137:8, 138:6, 138:8, 141:13, 146:8, 155:24, 174:14, 174:18
**PUTTING** [1] - 193:24

## Q

**QUALITY** [1] - 27:12
**QUARTER** [3] - 111:17, 111:22, 123:14
**QUARTERLY** [1] - 8:6
**QUEER** [2] - 40:19, 40:20
**QUESTIONED** [1] - 158:18
**QUESTIONS** [21] - 54:1, 99:23, 100:1, 104:18, 104:20, 111:7, 125:13, 145:22, 147:10, 164:5, 170:19, 171:15, 174:10, 175:6, 175:15, 187:22, 188:1, 188:6, 190:14, 197:22
**QUICK** [2] - 108:5, 133:23
**QUICKER** [1] - 188:25
**QUICKLY** [2] - 108:7, 188:20
**QUIET** [2] - 98:1, 188:5
**QUILT** [1] - 38:22
**QUIT** [2] - 184:20, 193:13
**QUITE** [15] - 7:15, 17:18, 31:4, 31:15, 36:6, 39:12, 56:18, 57:5, 64:16, 67:23, 70:11, 77:1, 91:11, 109:6, 167:20

## R

**RACIAL** [1] - 67:10
**RAGGEDY** [1] - 121:25
**RAISE** [1] - 188:23
**RAISED** [9] - 23:3, 23:13, 54:4, 66:9, 70:10, 70:11, 126:3, 126:5, 149:22
**RAISING** [1] - 5:11
**RAN** [8] - 42:17, 42:18, 42:19, 62:18,

143:16, 143:17, 143:19
**RANGE** [2] - 82:11, 142:5
**RANK** [1] - 19:9
**RAPE** [2] - 41:10, 56:19
**RAPED** [3] - 152:4, 152:9, 191:6
**RATE** [1] - 65:15
**RATES** [1] - 66:23
**RAY** [5] - 40:5, 40:17, 145:1, 145:3
**RAZOR** [3] - 48:17, 52:13, 126:9
**REACHED** [1] - 196:6
**REACHING** [1] - 188:10
**REACT** [1] - 99:21
**REACTION** [3] - 35:6, 35:8, 46:15
**READ** [6] - 48:8, 49:3, 52:12, 99:17, 99:20, 171:14
**READING** [4] - 50:10, 58:1, 99:22, 142:4
**REAL** [5] - 48:9, 101:5, 108:5, 133:23, 194:23
**REALLY** [23] - 31:7, 31:24, 32:2, 58:8, 65:21, 71:14, 85:3, 92:8, 94:11, 109:24, 122:16, 135:12, 168:18, 180:1, 181:19, 182:2, 182:24, 185:22, 186:20, 192:10, 194:4, 196:10, 196:24
**REAR** [1] - 189:12
**REASON** [4] - 18:22, 24:24, 26:20, 97:10
**REASONS** [3] - 52:2, 52:17, 57:1
**REBA** [5] - 19:1, 19:2, 19:5, 19:18, 178:16
**RECALLED** [2] - 18:18, 161:14
**RECALLING** [1] - 56:15
**RECEIVED** [6] - 10:25, 46:10, 58:3, 77:5, 160:11, 181:10
**RECENTLY** [1] - 174:17
**RECESS** [7] - 59:9, 123:11, 123:17, 123:18, 175:19, 175:20, 198:2

**RECOGNIZE** [8] - 10:5, 10:12, 28:18, 50:3, 57:17, 59:22, 61:9, 68:11
**RECOLLECTION** [7] - 96:25, 158:20, 159:15, 160:6, 160:10, 160:14, 163:6
**RECOMMENDATION** [1] - 8:15
**RECOMMENDED** [1] - 8:2
**RECONVENE** [1] - 111:17
**RECORD** [12] - 3:6, 5:21, 47:16, 52:12, 59:2, 62:2, 77:14, 112:6, 152:9, 174:14, 174:18, 175:23
**RECORDED** [1] - 1:23
**RECORDS** [20] - 7:21, 8:1, 8:14, 13:4, 13:19, 14:7, 27:4, 28:7, 41:16, 41:17, 41:18, 46:14, 46:21, 47:15, 53:23, 55:7, 57:11, 62:10, 65:1, 68:20
**RECROSS** [1] - 199:2
**REDIRECT** [4] - 111:8, 170:21, 170:22, 199:2
**REDUCE** [1] - 60:24
**REFERRED** [2] - 23:20, 48:5
**REFERRING** [1] - 81:6
**REFLECT** [1] - 48:1
**REFLECTED** [1] - 63:16
**REFRESH** [1] - 160:6
**REFRESHED** [1] - 160:16
**REFRESHES** [2] - 159:15, 159:23
**REFRESHING** [2] - 160:10, 160:14
**REGARDING** [4] - 53:3, 54:19, 61:13, 66:8
**REGISTERED** [2] - 176:25, 177:1
**REGULAR** [1] - 31:20
**REGULARLY** [1] - 167:12
**REHABILITATION** [1] - 48:6
**REIDERS** [1] - 2:9
**RELATED** [4] - 52:17,

53:4, 61:24, 65:17
**RELATING** [1] - 14:7
**RELATION** [1] - 51:22
**RELATIONSHIP** [17] - 24:16, 45:2, 45:15, 45:23, 49:21, 56:17, 72:5, 72:8, 112:13, 132:17, 173:17, 176:7, 182:21, 196:16, 197:16
**RELATIONSHIPS** [3] - 30:2, 70:22, 71:15
**RELATIVELY** [1] - 114:11
**RELATIVES** [6] - 34:11, 70:16, 145:23, 146:13, 183:25, 184:1
**RELAYED** [1] - 41:6
**RELEVANT** [2] - 9:15, 158:25
**RELIGION** [2] - 149:23, 151:10
**RELY** [1] - 118:4
**REMAIN** [1] - 100:16
**REMEMBER** [108] - 16:20, 36:25, 38:8, 40:19, 47:1, 52:24, 80:23, 81:8, 82:21, 83:6, 84:14, 85:9, 85:15, 85:19, 85:21, 85:24, 86:17, 86:20, 89:8, 89:9, 89:20, 90:21, 90:25, 91:8, 91:13, 92:9, 92:18, 93:17, 94:11, 95:24, 96:14, 96:22, 97:7, 97:8, 97:11, 97:20, 97:22, 98:21, 98:22, 99:19, 103:25, 108:25, 109:15, 117:10, 125:6, 127:3, 128:21, 134:8, 134:9, 134:11, 143:11, 144:22, 155:18, 157:7, 160:15, 160:20, 160:21, 160:23, 160:24, 161:7, 161:13, 161:16, 162:6, 162:7, 162:12, 162:15, 162:19, 162:23, 163:7, 163:10, 163:19, 163:23, 165:4, 165:23, 166:10, 166:11, 166:12, 167:21, 168:7, 169:20, 170:2,

170:4, 170:14, 170:16, 179:16, 179:20, 182:20, 184:6, 185:10, 186:1, 187:13, 187:15, 187:16, 187:24, 188:3, 189:6, 189:8, 189:20, 189:21, 191:20, 193:15, 193:19, 194:10, 194:12, 194:16, 194:20, 195:11, 195:18
**REMEMBERED** [3] - 187:4, 190:10, 193:15
**REMEMBERS** [1] - 58:6
**REMEMBRANCE** [1] - 95:6
**REMOVE** [1] - 36:10
**REMOVED** [1] - 53:3
**RENT** [4] - 87:5, 116:18, 116:21, 182:6
**RENTED** [3] - 25:8, 28:2, 186:6
**REPEAT** [1] - 10:7
**REPEATED** [1] - 22:6
**REPLIED** [1] - 58:4
**REPORT** [7] - 7:9, 8:16, 26:23, 49:16, 54:20, 57:20, 192:13
**REPORTED** [2] - 174:14, 174:17
**REPORTER** [1] - 1:19
**REPORTS** [4] - 4:22, 7:22, 49:13, 58:9
**REQUESTING** [2] - 4:1, 4:8
**REQUIRED** [2] - 31:13, 118:23
**RESEARCHERS** [1] - 60:19
**RESIDE** [1] - 113:10
**RESIDENCE** [1] - 113:18
**RESILIENT** [2] - 69:17, 69:19
**RESPONDED** [1] - 51:2
**RESPONSIBILITIES** [2] - 33:23, 81:25
**RESPONSIBILITY** [2] - 33:20, 50:20
**RESPONSIBLE** [1] - 33:17
**REST** [3] - 25:8, 120:7, 185:13

**RESTLESSNESS** [1] - 62:8
**RESULT** [1] - 128:12
**RESUME** [2] - 123:14, 198:2
**RETIRED** [4] - 7:1, 88:10, 176:22, 177:6
**RETIRING** [1] - 176:24
**RETURN** [1] - 195:13
**RETURNING** [1] - 50:18
**REUNION** [1] - 103:21
**REVEALED** [1] - 171:21
**REVIEW** [11] - 3:12, 3:20, 7:21, 7:25, 11:24, 14:6, 14:11, 46:21, 53:22, 57:10, 62:10
**REVIEWED** [1] - 27:4
**RIBA** [1] - 178:17
**RID** [1] - 32:25
**RIDDLED** [1] - 66:19
**RIDICULOUS** [1] - 127:20
**RIDING** [1] - 36:9
**RINKY** [1] - 116:22
**RINKY-DINKY** [1] - 116:22
**RIOTS** [1] - 67:10
**RIPPED** [1] - 41:10
**RISK** [18] - 14:16, 14:18, 14:22, 15:5, 59:16, 60:3, 60:14, 60:15, 61:13, 61:20, 62:8, 62:12, 67:14, 67:15, 67:21, 67:24, 68:1, 74:13
**RN** [2] - 178:4, 178:5
**ROCKY** [1] - 105:16
**ROLE** [4] - 7:19, 29:22, 69:22, 69:23
**RON** [17] - 20:11, 20:14, 20:24, 21:1, 21:4, 22:1, 22:6, 38:20, 38:22, 38:23, 79:8, 79:9, 81:9, 81:19, 82:4, 89:8, 108:6
**RON'S** [1] - 83:9
**RONALD** [1] - 2:8
**RONNIE** [3] - 175:21, 175:24, 199:6
**ROOF** [1] - 168:25
**ROOM** [16] - 80:20, 86:25, 87:4, 87:10, 87:13, 87:17, 96:9, 97:1, 97:2, 101:17, 121:10, 129:19, 130:25, 131:19,

183:17, 189:3
**ROOMS** [3] - 80:19, 87:1, 87:6
**ROUGH** [4] - 3:25, 4:2, 4:25, 5:1
**ROUGHLY** [6] - 24:5, 27:23, 42:10, 129:15, 130:1, 142:5
**RPR** [1] - 1:19
**RUB** [1] - 194:18
**RUBBING** [1] - 170:1
**RUFF** [1] - 148:7
**RULER** [1] - 189:19
**RUMORS** [1] - 192:8
**RUN** [1] - 181:12
**RUNAWAY** [1] - 42:24
**RUNNING** [1] - 25:24

---

## S

**S-E-N-N-A** [1] - 79:23
**S-O-L-D-E-R** [1] - 77:16
**SAD** [7] - 56:18, 133:8, 143:4, 143:11, 143:12, 143:13, 197:4
**SADDLE** [3] - 36:7, 36:9, 162:5
**SADOFF** [1] - 158:18
**SAFE** [1] - 151:8
**SAM** [1] - 89:1
**SAM'S** [3] - 114:10, 114:22, 148:13
**SANDWICH** [1] - 137:4
**SANDY** [1] - 46:3
**SANTA** [2] - 73:13, 76:22
**SAT** [3] - 86:2, 102:10, 106:10
**SAUCE** [6] - 141:14, 157:15, 160:4, 160:7, 161:1, 161:19
**SAUNDERS** [13] - 2:5, 75:9, 77:18, 77:23, 77:25, 99:1, 99:6, 104:15, 104:17, 107:21, 111:9, 111:14, 111:20
**SAW** [27] - 34:19, 41:16, 47:23, 64:23, 64:24, 64:25, 65:5, 90:20, 95:12, 96:8, 96:18, 97:5, 100:8, 100:12, 109:18, 109:19, 157:10, 158:19, 188:16, 189:25, 190:9, 196:18, 196:20

**SCAM** [1] - 153:24
**SCAMS** [5] - 31:4, 31:5, 62:18, 63:16, 70:13
**SCAR** [1] - 48:20
**SCHAEFER** [3] - 47:24, 50:6, 50:24
**SCHIZOAFFECTIVE** [2] - 46:16, 46:18
**SCHIZOPHRENIA** [4] - 23:7, 46:20, 146:1, 146:4
**SCHOOL** [56] - 12:24, 28:7, 28:25, 29:25, 30:4, 41:7, 54:12, 54:14, 54:17, 54:24, 55:3, 60:16, 61:24, 64:21, 64:25, 65:2, 65:4, 65:6, 65:7, 65:11, 65:15, 67:11, 67:13, 71:1, 80:24, 82:20, 86:21, 87:20, 87:21, 93:18, 101:5, 101:9, 121:23, 122:1, 122:3, 122:6, 122:7, 122:8, 122:17, 122:19, 123:1, 123:7, 141:22, 142:12, 167:10, 177:24, 177:25, 178:4, 178:5, 179:5, 180:4, 182:3, 187:22, 193:13
**SCHOOLS** [15] - 28:8, 28:23, 28:24, 29:1, 29:2, 29:4, 56:12, 65:13, 70:20, 70:21, 71:2, 71:17, 101:1, 122:4, 122:10
**SCOUTS** [4] - 122:22, 122:25, 166:16
**SCRANTON** [1] - 1:17
**SCRATCH** [1] - 90:13
**SCRATCHED** [3] - 90:15, 110:6
**SCRATCHING** [1] - 90:23
**SCREAM** [1] - 139:7
**SCREAMING** [4] - 70:13, 141:19, 142:17, 188:7
**SCREAMS** [2] - 157:12, 157:13
**SCREEN** [1] - 24:1
**SEAT** [6] - 25:17, 38:21, 117:16, 117:18, 187:20
**SEATED** [2] - 3:2, 123:19

**SECOND** [5] - 75:22, 86:8, 113:6, 113:7, 148:11
**SECTION** [2] - 2:3, 48:8
**SECURITY** [6] - 31:9, 41:18, 53:23, 56:25, 57:11, 57:22
**SEE** [38] - 27:15, 44:9, 48:5, 49:1, 50:19, 53:19, 57:24, 63:11, 63:12, 66:23, 67:25, 71:5, 72:14, 91:1, 91:14, 94:10, 94:19, 94:25, 96:6, 96:21, 99:3, 102:17, 102:19, 103:19, 103:21, 126:16, 130:18, 143:10, 154:3, 163:5, 170:9, 185:16, 188:21, 189:3, 189:23, 190:2, 196:3, 196:19
**SEEING** [3] - 50:21, 50:22, 189:6
**SEEK** [1] - 12:19
**SEEKS** [1] - 51:10
**SEEM** [2] - 95:22, 188:19
**SEIZURES** [2] - 53:8, 53:10
**SELDOM** [3] - 83:3, 84:13, 94:15
**SELF** [4] - 52:14, 115:14, 115:16, 115:18
**SELF-DESTRUCTIVE** [1] - 52:14
**SELF-MEDICATE** [1] - 115:16
**SELF-MEDICATED** [1] - 115:14
**SELF-MEDICATING** [1] - 115:18
**SELL** [1] - 25:7
**SELLING** [1] - 63:10
**SEMESTER** [1] - 9:5
**SEMINARS** [2] - 11:7, 11:8
**SENDING** [1] - 104:2
**SENDS** [1] - 32:9
**SENIOR** [1] - 100:24
**SENNA** [2] - 79:23, 178:21
**SENSE** [6] - 27:7, 28:4, 29:13, 32:8, 35:19, 97:8
**SENSITIVE** [1] - 190:13

**SENT** [3] - 7:24, 13:4, 121:10
**SENTENCING** [7] - 1:12, 6:4, 6:11, 6:21, 6:24, 7:6, 9:20
**SEPARATION** [1] - 64:19
**SEPTEMBER** [1] - 178:11
**SERIOUS** [2] - 50:17, 153:4
**SERVED** [1] - 104:10
**SERVICE** [1] - 30:16
**SERVICES** [5] - 6:8, 6:9, 6:10, 6:15, 7:14
**SESSION** [2] - 158:16, 158:21
**SET** [4] - 35:11, 134:13, 139:6, 189:4
**SEVEN** [19] - 21:20, 22:9, 22:10, 25:12, 31:1, 37:3, 39:5, 39:6, 51:21, 73:19, 78:15, 79:17, 94:20, 94:21, 105:6, 105:7, 109:12, 117:13, 117:14
**SEVENTH** [1] - 97:7
**SEVERAL** [8] - 36:5, 37:22, 40:1, 46:6, 55:23, 61:23, 183:7, 185:19
**SEVERE** [4] - 55:18, 64:4, 73:4, 73:7
**SEVERELY** [2] - 36:6, 56:25
**SEX** [6] - 42:2, 131:8, 131:9, 132:8, 163:22, 164:12
**SEXUAL** [33] - 13:11, 15:12, 15:22, 20:9, 20:22, 21:19, 22:3, 33:8, 34:13, 36:18, 36:24, 37:17, 38:13, 39:24, 40:8, 49:13, 49:17, 49:22, 54:6, 55:8, 56:11, 63:25, 110:14, 132:17, 145:8, 156:11, 172:11, 174:15, 175:1, 175:3, 190:15, 190:17, 190:19
**SEXUALLY** [28] - 19:5, 20:11, 38:15, 38:25, 40:1, 40:3, 40:4, 40:23, 41:1, 41:2, 41:5, 49:1, 49:4, 58:10, 72:23, 72:24, 73:23, 128:4,

131:4, 150:11, 151:25, 163:13, 163:14, 171:12, 174:1, 175:7, 192:4, 192:18

**SHACK** [2] - 25:21, 182:7

**SHAKE** [1] - 82:23

**SHALL** [1] - 190:23

**SHAME** [2] - 38:6

**SHAPES** [1] - 12:3

**SHELTER** [1] - 118:8

**SHERIDAN** [5] - 40:5, 40:17, 145:1, 145:3, 145:4

**SHERRY** [4] - 79:10, 79:18, 79:20, 144:20

**SHERRY'S** [1] - 144:21

**SHETLAND** [2] - 102:24, 103:6

**SHIRLEY** [10] - 43:11, 43:16, 43:17, 44:3, 44:5, 44:11, 45:16, 45:20, 45:21, 195:11

**SHIRT** [1] - 36:10

**SHOE** [2] - 35:2, 35:13

**SHOES** [2] - 96:10, 134:23

**SHOOT** [6] - 101:19, 101:22, 101:23, 102:7, 105:22, 106:7

**SHORT** [2] - 7:10, 56:14

**SHORTLY** [1] - 25:3

**SHOT** [4] - 18:23, 67:12, 166:24, 166:25

**SHOULDER** [2] - 109:23, 110:3

**SHOULDERS** [1] - 188:11

**SHOVE** [1] - 110:2

**SHOVING** [1] - 110:3

**SHOW** [5] - 24:12, 107:3, 158:6, 159:19, 185:19

**SHOWED** [2] - 47:17, 93:6

**SHOWING** [9] - 10:4, 10:11, 27:14, 28:15, 28:17, 47:12, 50:2, 61:8, 159:13

**SHUT** [2] - 188:5, 188:9

**SHY** [2] - 98:2, 98:3

**SIBLINGS** [17] - 17:21, 23:16, 23:19, 32:14, 33:14, 33:18, 34:11, 37:23, 65:19, 66:1,

70:15, 112:25, 138:16, 140:19, 181:21, 182:13

**SIC** [2] - 22:11, 182:12

**SICK** [2] - 166:18, 167:5

**SIDE** [15] - 15:24, 16:1, 16:4, 16:8, 16:9, 20:20, 78:7, 78:8, 89:14, 97:2, 97:3, 176:9, 176:10

**SIDES** [1] - 15:20

**SIGNIFICANCE** [1] - 44:2

**SIGNIFICANT** [2] - 13:18, 51:20

**SIMILAR** [5] - 21:15, 21:25, 23:3, 96:6, 99:7

**SINCERELY** [1] - 50:24

**SINGLE** [3] - 29:19, 64:20, 87:15

**SINGLE-PARENT** [1] - 64:20

**SISSY** [1] - 182:25

**SISTER** [37] - 14:9, 19:2, 19:15, 21:6, 23:19, 27:20, 27:25, 41:2, 66:5, 74:4, 76:9, 82:17, 88:22, 88:25, 91:20, 91:25, 92:1, 93:4, 93:20, 96:11, 98:9, 102:23, 108:7, 109:10, 113:1, 127:5, 127:6, 127:17, 136:19, 136:20, 139:1, 146:15, 149:14, 156:19, 157:11, 160:3, 167:2

**SISTER'S** [2] - 97:17, 193:20

**SISTERS** [10] - 17:24, 78:9, 82:5, 82:20, 88:24, 98:23, 178:13, 178:14, 178:15, 192:5

**SIT** [10] - 8:16, 84:17, 90:14, 93:13, 93:21, 98:5, 116:12, 146:13, 155:4, 162:12

**SITTING** [7] - 35:11, 35:14, 58:7, 76:9, 96:14, 180:16, 187:19

**SITUATION** [5] - 29:10, 52:3, 52:12, 54:23, 80:15

178:8, 193:23

**SIX** [2] - 23:6, 177:7

**SIXTH** [2] - 81:19, 142:7

**SKILLS** [1] - 33:10

**SKINNED** [1] - 18:1

**SLAP** [1] - 34:24

**SLEEP** [6] - 25:16, 117:17, 117:19, 191:16, 194:16

**SLEEPING** [3] - 191:9, 191:14, 193:22

**SLEPT** [4] - 25:18, 87:4, 117:16, 117:17

**SLOMSKY** [1] - 1:10

**SMALL** [6] - 25:8, 92:17, 98:6, 116:22, 179:1, 185:4

**SMALLER** [1] - 190:1

**SMART** [3] - 99:16, 187:22, 187:25

**SMARTER** [1] - 69:10

**SMELL** [3] - 193:16, 194:21, 194:23

**SMELLED** [2] - 194:22, 194:23

**SMELLS** [1] - 194:24

**SMOKE** [1] - 154:16

**SNEAK** [1] - 98:16

**SNORTED** [1] - 52:22

**SOCIAL** [22] - 10:21, 11:22, 11:24, 13:16, 15:4, 15:10, 15:14, 29:16, 31:9, 32:7, 41:18, 53:23, 54:2, 56:25, 57:10, 57:22, 63:9, 69:12, 69:22, 69:23, 70:4, 70:6

**SOCIALLY** [1] - 29:9

**SOLDER** [8] - 75:10, 77:12, 77:16, 77:19, 78:1, 105:1, 105:2, 199:4

**SOMEONE** [2] - 26:24, 67:21

**SOMETIME** [1] - 188:24

**SOMETIMES** [22] - 24:24, 25:10, 25:20, 49:4, 84:18, 85:7, 90:17, 90:18, 92:20, 93:4, 93:5, 98:25, 109:1, 120:13, 128:16, 139:6, 180:15, 181:6, 181:7, 190:3, 191:14

**SOMEWHERE** [1] - 193:19

**SON** [5] - 34:5, 50:12, 50:23, 114:3, 188:8

**SOON** [3] - 50:23,

**SORRY** [17] - 10:9, 17:1, 23:23, 39:11, 62:24, 63:1, 67:19, 77:21, 102:13, 104:18, 126:22, 141:21, 149:18, 157:20, 158:13, 164:3, 194:7

**SORT** [4] - 37:12, 71:16, 140:2, 187:6

**SOUGHT** [2] - 45:14, 45:25

**SOUND** [2] - 73:20, 149:19

**SOUNDS** [3] - 127:20, 154:22, 164:21

**SOURCE** [7] - 19:8, 19:10, 19:11, 19:13, 41:14, 114:21, 119:18

**SOURCES** [3] - 22:17, 34:12, 36:13

**SOUTHEAST** [2] - 17:13, 80:6

**SOUTHEASTERN** [2] - 178:24, 179:15

**SPANK** [4] - 89:22, 94:10, 108:13, 150:25

**SPANKING** [7] - 89:20, 94:11, 108:4, 108:9, 108:17, 150:24, 189:5

**SPANKINGS** [3] - 108:1, 108:11, 108:19

**SPEAKING** [2] - 22:24, 119:11

**SPECIAL** [3] - 134:4, 197:17

**SPECIALIST** [5] - 6:4, 10:19, 10:20, 10:21, 11:19

**SPECIALISTS** [1] - 9:21

**SPECIFIC** [3] - 25:2, 35:23, 66:22

**SPECIFICALLY** [2] - 47:1, 61:13

**SPELL** [4] - 5:20, 77:13, 112:5, 175:22

**SPEND** [2] - 168:2, 180:18

**SPENDING** [2] - 110:25, 187:14

**SPENT** [1] - 179:6

**SPIT** [1] - 97:24

**SPITE** [1] - 170:6

**SPLIT** [1] - 170:17

**SPOKEN** [1] - 56:10

**SPORTS** [1] - 148:24

**SPRING** [3] - 178:10, 180:3, 195:18

**SPRINGTIME** [2] - 25:2, 181:13

**SSI** [1] - 114:23

**STABBED** [1] - 67:12

**STABILITY** [1] - 27:8

**STABLE** [7] - 72:3, 72:5, 72:8, 72:10, 168:12, 186:12, 186:14

**STAMPS** [2] - 181:11, 186:23

**STAND** [5] - 93:13, 93:18, 123:3, 123:17, 123:20

**STANDARDS** [1] - 71:21

**STANDING** [1] - 189:3

**STANDS** [1] - 141:3

**START** [8] - 3:9, 75:11, 81:10, 103:5, 114:14, 147:9, 181:24, 190:23

**STARTED** [29] - 7:7, 9:14, 21:19, 22:9, 22:10, 37:19, 39:14, 42:4, 56:1, 73:9, 73:10, 81:16, 81:18, 81:24, 82:3, 82:15, 83:18, 88:15, 98:22, 104:1, 132:3, 178:11, 182:14, 192:22, 193:14, 193:23, 194:12, 196:9, 196:18

**STARTING** [2] - 32:8, 37:3

**STATE** [8] - 5:20, 8:21, 77:13, 112:5, 113:16, 118:2, 118:3, 175:22

**STATES** [11] - 1:1, 1:3, 1:15, 2:2, 3:5, 11:14, 11:16, 13:22, 13:23, 14:3, 14:21

**STATION** [6] - 26:21, 184:6, 184:7, 184:8, 184:9, 184:13

**STATIONS** [3] - 30:16, 119:23, 119:24

**STATUS** [3] - 17:7, 57:2, 179:8

**STAY** [14] - 25:22, 27:1, 82:3, 86:13, 87:9, 89:14, 92:7, 103:17, 120:23, 137:6, 144:14,

145:6, 182:8, 190:4
**STAYED** [13] - 25:23, 58:12, 80:8, 82:4, 84:21, 86:17, 86:19, 87:13, 87:17, 92:8, 105:11, 129:20, 191:13
**STAYING** [1] - 193:20
**STEADILY** [2] - 179:18, 184:11
**STEADY** [4] - 119:25, 120:1, 120:9, 184:11
**STEAL** [1] - 31:11
**STEALING** [1] - 63:10
**STENOTYPE** [1] - 1:23
**STENOTYPE-COMPUTER** [1] - 1:23
**STEP** [4] - 75:2, 85:18, 111:10, 175:16
**STEPPED** [1] - 101:21
**STICK** [1] - 194:18
**STILL** [11] - 58:12, 90:23, 92:17, 93:8, 104:4, 104:6, 104:11, 170:6, 172:11, 183:14, 194:24
**STIPULATE** [1] - 174:22
**STIPULATION** [1] - 174:21
**STOMACH** [1] - 48:20
**STOOD** [2] - 90:6, 102:6
**STOP** [1] - 108:5
**STOPPED** [2] - 34:15, 49:5
**STORE** [3] - 121:21, 181:13, 181:17
**STORES** [4] - 121:16, 121:17, 121:18, 121:19
**STORM** [1] - 118:12
**STORMS** [1] - 118:8
**STORY** [1] - 160:14
**STOVE** [1] - 55:1
**STRANGLED** [1] - 152:16
**STRAP** [1] - 126:9
**STREET** [5] - 1:16, 1:20, 2:4, 2:7, 2:10
**STREETS** [1] - 144:13
**STRICT** [6] - 107:13, 107:16, 107:18, 108:1, 126:10, 126:11
**STRUGGLE** [1] - 174:7

**STUBBORN** [1] - 108:7
**STUDENT** [2] - 67:12, 134:4
**STUDIES** [3] - 60:12, 60:18, 67:20
**STUDY** [3] - 14:22, 60:2, 66:22
**STUFF** [2] - 134:19, 156:7
**STUPID** [7] - 17:20, 34:5, 116:1, 121:9, 136:1, 169:18
**SUBJECT** [5] - 3:24, 14:14, 73:2, 155:23, 156:3
**SUBSEQUENT** [1] - 53:4
**SUBSTANCE** [1] - 64:12
**SUBSTANTIALLY** [1] - 67:24
**SUCCESSES** [1] - 154:3
**SUCK** [2] - 49:11, 56:22
**SUDDEN** [1] - 92:22
**SUDDENLY** [1] - 195:24
**SUFFER** [1] - 17:14
**SUFFERED** [4] - 55:5, 133:4, 150:5, 150:7
**SUGAR** [1] - 117:25
**SUICIDAL** [1] - 52:18
**SUICIDE** [6] - 52:7, 52:9, 55:19, 155:13, 183:15
**SUITE** [3] - 1:16, 2:7, 2:14
**SUMMER** [7] - 25:11, 26:19, 28:9, 85:25, 117:4, 120:14, 181:16
**SUMMERS** [3] - 26:16, 40:14, 180:3
**SUMMERTIME** [3] - 30:23, 137:1, 137:8
**SUNDAY** [1] - 92:21
**SUNDOWN** [2] - 118:18, 118:24
**SUNUP** [2] - 118:18, 118:24
**SUPERVISED** [1] - 6:12
**SUPERVISION** [5] - 6:25, 7:8, 7:11, 64:4, 187:1
**SUPPER** [1] - 137:6
**SUPPORT** [3] - 72:2, 119:7, 147:18

**SUPPORTING** [1] - 181:19
**SUPPORTIVE** [1] - 60:24
**SUPPOSED** [2] - 96:4, 193:22
**SURGERIES** [2] - 51:22, 53:4
**SURPRISED** [2] - 102:8, 157:17
**SURPRISING** [1] - 49:16
**SURVIVED** [1] - 26:7
**SUZANNE** [1] - 1:19
**SWATTING** [1] - 189:7
**SWIM** [1] - 130:12
**SWIMMING** [1] - 129:20
**SWITCH** [1] - 22:20
**SWITCHES** [2] - 35:1, 189:18
**SWITCHING** [1] - 29:4
**SWORN** [4] - 5:19, 77:12, 112:4, 175:21
**SYMPATHY** [1] - 197:1
**SYMPTOMATICALLY** [1] - 22:14
**SYMPTOMS** [1] - 52:24
**SYSTEM** [3] - 13:1, 47:6, 177:5

## T

**TAB** [3] - 47:25, 181:13, 181:17
**TABBED** [1] - 158:19
**TABLE** [5] - 84:17, 93:13, 93:19, 97:4, 102:11
**TAKING** [6] - 52:19, 62:8, 102:4, 138:1, 142:1, 153:9
**TALKS** [2] - 173:9, 173:12
**TASKED** [1] - 11:21
**TAUGHT** [2] - 88:8, 88:10
**TEA** [2] - 96:11, 96:16
**TEACH** [2] - 31:23, 102:18
**TEACHER** [1] - 61:2
**TEACHERS** [5] - 13:18, 29:7, 29:25, 70:19, 70:23
**TEACHING** [4] - 88:4, 88:7, 88:10, 88:16
**TEAM** [8] - 100:25, 101:2, 101:3, 101:4,

101:5, 101:7
**TEASE** [1] - 99:10
**TEASED** [1] - 89:7
**TEEN** [1] - 154:15
**TEENAGE** [1] - 187:7
**TEENAGER** [2] - 19:5, 47:4
**TELEVISION** [3] - 35:11, 35:14, 196:22
**TEMPER** [3] - 125:24, 188:19, 188:20
**TEMPERAMENT** [1] - 69:17
**TEN** [13] - 19:2, 29:4, 31:16, 37:20, 64:8, 64:19, 73:18, 103:23, 111:16, 111:18, 125:5, 173:16, 178:14
**TEND** [2] - 60:24, 67:21
**TENDED** [1] - 66:21
**TENDS** [1] - 32:6
**TENSE** [2] - 48:9, 95:22
**TENSION** [3] - 84:20, 90:1, 97:15
**TENTH** [2] - 28:25, 194:12
**TERM** [4] - 29:8, 29:9, 70:23, 71:14
**TERMS** [5] - 4:13, 6:16, 81:21, 81:22, 100:11
**TERRE** [1] - 195:21
**TERRIBLE** [1] - 164:22
**TESTIFIED** [7] - 11:19, 109:20, 150:4, 160:10, 161:21, 164:15, 174:25
**TESTIFYING** [3] - 27:10, 53:25, 170:14
**TESTIMONY** [5] - 59:13, 75:2, 111:18, 161:18, 161:23
**TESTING** [5] - 6:13, 6:14, 8:4, 9:8, 158:25
**TEXAS** [4] - 14:4, 129:24, 130:6
**THEME** [1] - 185:8
**THEMES** [2] - 15:9, 15:11
**THEMSELVES** [1] - 128:9
**THERAPIST** [1] - 47:22
**THERAPY** [2] - 170:25, 171:3

**THERE** [207] - 3:11, 4:6, 4:25, 7:16, 8:5, 9:3, 9:5, 14:4, 15:11, 15:13, 15:15, 15:19, 15:22, 15:23, 16:3, 16:6, 16:7, 16:13, 16:14, 16:15, 16:16, 16:23, 16:24, 17:18, 17:19, 18:2, 18:14, 18:18, 18:19, 20:9, 20:22, 23:1, 23:2, 25:11, 25:18, 25:24, 27:2, 27:3, 27:7, 27:19, 28:8, 28:9, 29:11, 31:8, 32:13, 33:23, 34:1, 35:4, 35:9, 35:19, 35:23, 36:6, 36:10, 36:21, 38:22, 39:24, 40:1, 42:15, 42:16, 44:8, 46:18, 48:12, 49:13, 51:4, 51:6, 51:13, 51:19, 52:3, 52:9, 52:11, 52:14, 52:16, 52:18, 52:19, 53:8, 53:9, 53:10, 54:23, 58:7, 58:24, 59:3, 60:12, 60:15, 61:4, 63:22, 64:14, 66:4, 66:5, 66:22, 66:23, 67:10, 67:12, 68:17, 68:18, 69:23, 70:1, 70:2, 70:21, 71:3, 71:6, 78:11, 78:12, 83:2, 83:9, 83:12, 84:17, 84:20, 86:25, 87:3, 87:6, 87:10, 87:11, 89:24, 89:25, 90:6, 92:14, 92:22, 93:7, 93:11, 93:13, 93:17, 94:6, 94:9, 95:3, 95:15, 95:16, 96:1, 96:15, 97:1, 97:3, 97:9, 97:15, 97:16, 100:3, 100:6, 103:6, 103:21, 108:24, 109:13, 110:19, 118:7, 118:9, 118:11, 118:19, 120:8, 120:19, 124:21, 124:23, 127:15, 128:11, 130:3, 134:12, 136:22, 136:24, 137:11, 138:14, 138:15, 139:6, 141:2, 152:8, 152:10, 153:15, 160:12, 160:14, 160:19, 164:22, 164:24, 166:2,

167:5, 167:23, 167:25, 168:15, 168:21, 169:2, 172:8, 174:16, 177:6, 178:15, 179:2, 180:18, 181:10, 182:4, 182:9, 183:2, 185:17, 185:21, 186:16, 186:21, 186:22, 189:18, 190:17, 190:19, 191:19, 191:22, 191:23, 192:17, 194:21, 195:6, 196:1, 197:1
**THERE'S** [1] - 61:22
**THEY'D** [1] - 25:9
**THEY'RE** [1] - 47:15
**THINKING** [4] - 143:6, 143:11, 190:19, 196:9
**THINKS** [1] - 156:23
**THIRD** [2] - 2:10, 80:21
**THIRTEEN** [1] - 47:19
**THORAZINE** [3] - 47:1, 47:3, 52:4
**THREAT** [1] - 32:24
**THREATEN** [3] - 32:16, 138:4, 151:19
**THREATENED** [3] - 18:21, 32:15, 151:14
**THREATS** [1] - 138:1
**THREE** [21] - 44:24, 63:3, 67:22, 71:2, 78:12, 80:19, 82:18, 86:4, 86:18, 91:13, 103:6, 128:21, 157:2, 172:24, 173:13, 177:23, 179:4, 186:4, 186:5, 192:3, 196:13
**THREW** [2] - 35:13, 85:16
**THRIFT** [4] - 121:16, 121:17, 121:19, 121:20
**THROUGHOUT** [2] - 34:17, 100:13
**THROW** [2] - 35:2, 134:19
**THUMB** [1] - 56:23
**THUNDER** [2] - 148:22, 148:23
**THURSDAY** [4] - 3:17, 3:18, 74:24, 75:7
**TIED** [2] - 3:18, 152:15
**TIMELY** [1] - 4:9
**TIRADES** [1] - 35:16

**TODAY** [13] - 3:14, 12:4, 14:15, 116:12, 146:14, 147:14, 150:10, 161:21, 163:5, 164:4, 175:13, 181:10, 194:22
**TOGETHER** [5] - 13:16, 26:8, 87:3, 105:11, 130:17
**TOILET** [2] - 25:24, 26:1
**TOMORROW** [2] - 3:18, 198:2
**TOOK** [10] - 9:2, 17:22, 81:21, 84:4, 101:10, 133:10, 166:21, 168:5, 194:17
**TOP** [1] - 48:3
**TORTURE** [1] - 37:17
**TOSS** [1] - 84:16
**TOTAL** [1] - 178:14
**TOTALLY** [3] - 35:14, 61:22, 154:9
**TOUCH** [8] - 14:14, 37:9, 44:9, 103:17, 188:16, 191:17, 193:5, 193:24
**TOUCHED** [2] - 30:9, 38:13
**TOUCHING** [1] - 88:18
**TOUGH** [1] - 171:12
**TOWARDS** [2] - 36:17, 89:11
**TOWN** [1] - 178:25
**TOY** [2] - 165:14, 165:15
**TOYS** [1] - 120:24
**TRAILER** [2] - 53:21, 183:18
**TRAIN** [1] - 74:18
**TRAINING** [4] - 9:9, 10:24, 10:25, 11:5
**TRANSCRIPT** [6] - 1:24, 158:15, 159:3, 159:6, 159:9, 159:14
**TRANSCRIPTION** [1] - 1:24
**TRANSCRIPTS** [1] - 14:12
**TRANSFERRED** [1] - 7:10
**TRANSITIONS** [1] - 65:11
**TRANSPIRED** [2] - 20:8, 22:1
**TRANSPORTATION** [1] - 50:19
**TRASH** [1] - 27:5

**TRAUMATIC** [1] - 141:10
**TRAVEL** [1] - 13:23
**TRAVELED** [1] - 14:3
**TRAVIS** [2] - 2:8, 2:9
**TREAT** [4] - 37:8, 37:10, 88:12, 89:4
**TREATED** [3] - 50:18, 53:6, 89:6
**TREATMENT** [6] - 50:21, 50:23, 55:13, 58:3, 146:16, 146:17
**TREE** [2] - 45:6, 166:2
**TREMENDOUS** [1] - 197:14
**TRIAL** [1] - 158:20
**TRIED** [7] - 90:4, 99:13, 99:15, 100:17, 135:4, 135:5, 155:13
**TRIGGER** [3] - 134:1, 134:16, 139:12
**TRIVELPIECE** [1] - 12:14
**TROUBLE** [1] - 136:19
**TRUANCIES** [1] - 65:5
**TRUANCY** [1] - 65:3
**TRUCK** [6] - 25:9, 80:12, 103:9, 106:20, 179:16, 180:17
**TRUCKING** [1] - 16:22
**TRUE** [10] - 10:16, 109:18, 152:20, 154:19, 155:1, 155:10, 162:1, 168:18, 182:13, 182:16
**TRUNK** [2] - 25:18, 117:17
**TRUTH** [1] - 175:12
**TRY** [6] - 29:13, 99:14, 103:17, 112:16, 123:14, 135:9
**TRYING** [6] - 49:10, 84:20, 158:23, 171:5, 188:12, 189:10
**TUESDAY** [1] - 1:8
**TURN** [11] - 45:11, 47:25, 53:15, 64:21, 67:19, 68:2, 69:22, 70:9, 182:4, 190:14, 193:6
**TURNED** [2] - 70:1, 135:5
**TURNING** [4] - 4:7, 4:12, 48:25, 189:9
**TV** [2] - 94:6, 94:7
**TWENTY** [1] - 116:16

**TWICE** [2] - 103:22, 183:12
**TWO** [38] - 9:24, 14:22, 44:24, 52:13, 58:13, 59:6, 60:12, 60:18, 62:12, 74:7, 74:10, 80:20, 80:23, 83:14, 86:21, 87:7, 87:13, 87:14, 89:22, 91:10, 91:17, 91:18, 97:1, 101:10, 111:17, 111:22, 113:9, 114:3, 117:18, 123:14, 128:16, 132:23, 147:25, 148:10, 149:18, 156:15, 164:15, 178:15
**TWO-YEAR** [1] - 60:18
**TYPE** [10] - 24:18, 35:17, 36:21, 46:22, 80:15, 80:17, 99:13, 116:19, 124:5, 187:17
**TYPED** [4] - 4:17, 4:18, 5:5, 5:9
**TYPES** [4] - 4:15, 30:7, 36:16, 160:3
**TYPICAL** [1] - 28:1

## U

**U.S** [1] - 61:18
**ULTIMATELY** [5] - 8:14, 18:23, 23:13, 44:21
**UNABLE** [1] - 50:19
**UNCLE** [19] - 20:20, 38:20, 38:22, 38:23, 39:8, 39:9, 39:19, 39:20, 72:25, 129:9, 129:10, 129:11, 130:10, 176:8, 180:16, 191:4, 191:6, 191:16, 192:12
**UNCLES** [1] - 19:21
**UNCOMFORTABLE** [1] - 32:12
**UNCOMMON** [1] - 49:22
**UNDER** [11] - 31:16, 37:20, 55:13, 62:18, 146:16, 146:17, 158:22, 158:25, 159:5, 168:24, 191:8
**UNDERWENT** [1] - 51:21
**UNFORTUNATELY** [1] - 70:9

**UNHEALTHY** [1] - 36:16
**UNIT** [1] - 7:11
**UNITED** [6] - 1:1, 1:3, 1:15, 2:2, 3:5, 14:21
**UNIVERSITY** [2] - 8:21, 50:13
**UNPREDICTABILITY** [2] - 35:18, 35:25
**UNREPORTED** [1] - 49:22
**UNUSUAL** [1] - 108:8
**UP** [84] - 3:18, 5:13, 7:13, 9:13, 10:17, 16:18, 18:20, 23:25, 24:23, 25:8, 26:18, 26:24, 29:6, 29:17, 29:23, 31:23, 32:18, 32:21, 33:21, 35:12, 36:25, 47:17, 48:3, 49:10, 51:7, 51:14, 52:11, 53:7, 56:22, 67:23, 67:24, 74:17, 80:13, 87:18, 92:16, 93:6, 94:23, 97:24, 99:1, 101:21, 106:2, 106:7, 108:22, 109:5, 116:6, 116:7, 116:20, 116:24, 119:12, 133:4, 134:17, 135:6, 135:15, 135:16, 137:5, 138:3, 141:20, 141:21, 142:15, 142:17, 145:25, 150:2, 152:20, 162:17, 165:22, 166:4, 174:23, 178:23, 178:24, 179:19, 181:5, 182:6, 184:20, 185:7, 185:19, 186:19, 188:5, 188:9, 189:9, 189:16, 189:24, 194:2, 197:5
**UP-TO-DATE** [1] - 10:17
**UPBRINGING** [2] - 16:12, 44:15
**UPSET** [4] - 89:15, 101:24, 101:25, 102:17

## V

**V.A** [1] - 177:6
**VACCINATION** [1] - 166:24
**VAGINA** [4] - 21:11,

21:25, 194:17, 194:19

**VALIUM** [1] - 115:6
**VEGA** [2] - 129:24, 130:6
**VEHICLE** [2] - 25:17, 32:19
**VERBAL** [6] - 17:22, 34:3, 34:12, 34:14, 150:7, 183:2
**VERBALLY** [1] - 174:3
**VERSUS** [2] - 3:5, 95:16
**VIDEO** [1] - 198:1
**VIDEOTAPED** [1] - 9:6
**VIEW** [1] - 110:8
**VIEWING** [1] - 41:9
**VIOLENCE** [17] - 15:2, 16:15, 35:4, 35:18, 35:20, 44:18, 61:16, 64:13, 64:17, 66:23, 67:5, 73:2, 73:4, 73:7, 73:9, 136:22, 150:16
**VIOLENT** [14] - 6:23, 14:24, 17:3, 17:4, 35:6, 35:8, 60:21, 63:4, 67:23, 125:20, 125:21, 151:6, 169:10
**VIRGINIA** [4] - 177:4, 177:10, 177:11, 177:12
**VISIT** [8] - 92:19, 94:25, 183:13, 194:14, 195:22, 196:4, 196:13, 196:19
**VISITATION** [1] - 6:12
**VISITED** [3] - 53:20, 93:7, 103:2
**VISITING** [1] - 191:2
**VISITS** [1] - 197:1
**VIVID** [2] - 187:18, 189:2
**VIVINS** [1] - 43:13
**VOICE** [1] - 188:23

## W

**WAFFENSCHMIDT** [1] - 2:9
**WAITED** [1] - 83:14
**WAKE** [3] - 33:21, 49:7, 142:17
**WALK** [2] - 84:19, 127:14
**WALKED** [4] - 41:9, 101:19, 127:15, 131:7

**WALL** [1] - 135:6
**WANDA** [3] - 78:17, 79:12, 91:20
**WANTS** [1] - 4:21
**WASH** [1] - 184:9
**WASHING** [1] - 21:23
**WASHINGTON** [2] - 1:16, 2:4
**WATCH** [3] - 82:8, 82:24, 93:13
**WATCHED** [1] - 42:3
**WATCHING** [5] - 82:14, 94:6, 94:7, 131:7, 131:10
**WATER** [6] - 25:24, 38:9, 111:11, 137:4, 161:5, 161:15
**WATERS** [1] - 2:9
**WATIE** [1] - 123:3
**WEARING** [1] - 98:22
**WEATHERFORD** [1] - 111:2
**WEEK** [13] - 114:16, 114:18, 114:19, 114:20, 114:24, 143:22, 181:7, 196:13, 196:14, 197:10, 197:11
**WEEKEND** [1] - 194:15
**WEEKS** [5] - 25:19, 26:6, 48:17, 52:13, 182:9
**WEIGHT** [1] - 158:22
**WELCOME** [1] - 146:24
**WELLBUTRIN** [1] - 115:6
**WELTS** [3] - 36:11, 126:21, 126:23
**WEST** [2] - 2:10, 13:22
**WESTERN** [9] - 17:12, 111:1, 113:20, 116:8, 179:3, 182:5, 182:6, 184:24, 185:12
**WET** [6] - 33:18, 36:7, 49:5, 49:8, 162:5, 193:8
**WETTING** [1] - 170:1
**WHATSOEVER** [3] - 69:24, 69:25, 70:1
**WHEREVER** [3] - 26:1, 70:1, 144:14
**WHITE** [1] - 1:19
**WHOLE** [7] - 25:11, 26:7, 81:14, 99:3, 123:5, 192:15, 197:16
**WHOOPED** [1] -

147:24
**WIFE** [7] - 34:19, 53:21, 147:14, 148:4, 148:5, 173:9, 195:11
**WIFE'S** [2] - 148:6, 151:1
**WILD** [2] - 52:23, 196:23
**WILLIAMSPORT** [1] - 2:11
**WILLITE** [1] - 23:14
**WILMA** [16] - 16:17, 17:1, 19:2, 20:1, 20:2, 20:5, 21:6, 23:17, 24:4, 31:2, 78:23, 78:24, 79:16, 86:11, 90:24, 116:5
**WILMA'S** [1] - 35:10
**WINDOW** [1] - 188:12
**WINDOWS** [1] - 184:10
**WITNESS** [37] - 5:3, 5:19, 5:22, 10:1, 19:15, 19:22, 28:11, 47:9, 48:15, 57:13, 59:18, 62:24, 63:1, 68:7, 73:7, 74:10, 75:3, 75:6, 75:7, 77:12, 77:15, 99:5, 107:25, 111:11, 111:12, 111:13, 112:3, 112:7, 112:18, 123:20, 127:4, 136:7, 146:24, 175:17, 175:21, 175:24
**WITNESSED** [2] - 44:17, 161:22
**WITNESSES** [4] - 3:25, 13:21, 13:25, 199:2
**WOKE** [1] - 49:10
**WOMAN** [3] - 85:20, 108:24, 161:8
**WOMAN'S** [2] - 151:13, 151:19
**WOMANIZER** [1] - 18:11
**WOMEN** [2] - 128:14, 194:24
**WONDERFUL** [1] - 196:4
**WOOD** [3] - 81:3, 81:5, 81:11
**WORD** [2] - 40:20, 158:4
**WORDS** [4] - 48:11, 48:16, 49:8, 93:1
**WORLD** [2] - 97:12,

97:13
**WORSE** [2] - 129:4, 156:15
**WORTHLESS** [2] - 140:18, 169:13
**WORTHWHILE** [1] - 67:9
**WRECK** [1] - 74:18
**WRITE** [1] - 93:4
**WRITING** [2] - 7:9, 104:2
**WRITTEN** [2] - 50:6, 103:24

## Y

**YARD** [3] - 40:2, 40:6, 145:7
**YEAR** [25] - 6:16, 6:22, 43:17, 58:7, 60:10, 60:11, 60:18, 71:2, 82:19, 98:11, 98:12, 100:24, 104:1, 122:23, 123:1, 123:3, 123:4, 123:5, 134:7, 144:18, 177:25, 183:12, 183:22, 191:1, 195:18
**YEARS** [124] - 7:13, 9:13, 9:24, 11:12, 14:22, 19:3, 20:17, 21:3, 21:8, 21:13, 22:11, 23:9, 23:21, 26:13, 27:24, 29:4, 29:23, 31:1, 34:15, 37:3, 37:6, 37:22, 38:17, 39:13, 39:15, 41:6, 41:13, 41:23, 42:6, 42:11, 42:13, 43:9, 44:24, 46:10, 47:17, 51:21, 52:6, 55:15, 58:11, 58:15, 71:1, 72:20, 72:21, 73:1, 73:10, 73:18, 73:19, 74:7, 74:11, 74:16, 82:18, 84:4, 86:4, 86:18, 86:22, 88:10, 96:13, 103:24, 104:3, 105:6, 105:7, 109:8, 109:12, 112:24, 113:9, 113:14, 115:10, 115:13, 115:15, 117:13, 117:14, 122:20, 127:9, 132:8, 132:9, 132:23, 133:21, 135:1, 135:5, 137:9, 137:10, 138:13,

141:9, 143:8, 143:16, 146:8, 146:9, 147:22, 147:23, 148:9, 148:11, 149:9, 149:18, 154:11, 155:7, 170:24, 171:3, 171:6, 173:16, 176:16, 177:2, 177:5, 177:7, 177:23, 178:24, 179:4, 182:3, 183:7, 183:11, 183:24, 184:22, 186:16, 187:8, 188:15, 188:16, 192:3, 192:19, 192:23, 195:13, 195:23, 196:21
**YELL** [4] - 94:8, 94:9, 94:14, 94:16
**YELLING** [7] - 22:18, 44:19, 70:13, 93:23, 94:5, 94:12, 189:5
**YORK** [4] - 6:20, 8:21, 11:16, 14:4
**YOUNG** [27] - 20:16, 26:15, 31:5, 31:15, 31:25, 38:25, 47:4, 52:15, 55:3, 72:10, 73:9, 76:19, 77:1, 93:10, 93:16, 95:21, 99:17, 109:16, 120:21, 154:24, 162:7, 179:14, 183:23, 187:3, 193:12, 196:8
**YOUNGER** [21] - 19:3, 23:20, 23:21, 35:10, 43:17, 46:8, 55:25, 73:14, 82:1, 82:4, 82:5, 90:5, 95:3, 98:11, 98:12, 112:21, 149:9, 149:16, 176:13, 176:14, 181:5
**YOUNGEST** [2] - 79:18, 98:9
**YOUTH** [3] - 61:15, 71:9, 71:17