UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA              :   CRIMINAL NUMBER


            V.


DAVID PAUL HAMMER                     :   4:96-CR-239


                         WEDNESDAY, 6-11-14
                         COURTROOM 16B
                         PHILADELPHIA, PA 19106


_____
      BEFORE THE HONORABLE JOEL H. SLOMSKY, J.
_____

                         DAY 7
                 SENTENCING HEARING
_____

APPEARANCES:

JOHN C. GURGANUS, JR., ESQUIRE      FOR THE GOVERNMENT
UNITED STATES ATTORNEYS OFFICE
MIDDLE DISTRICT OF PENNSYLVANIA
235 N. WASHINGTON STREET, SUITE 311
PO BOX 309
SCRANTON, PA 18501


            SUZANNE R. WHITE, RPR, FCRR, CM
               OFFICIAL COURT REPORTER
             FIRST FLOOR U. S. COURTHOUSE
                601 MARKET STREET
             PHILADELPHIA, PA 19106
                (215)627-1882


PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

CONTINUED APPEARANCES:

AMANDA HAINES, ESQUIRE                FOR THE GOVERNMENT
UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL DIVISION
CAPITAL CRIMES SECTION
1331 F. STREET, N.W.
WASHINGTON, D.C. 20530

ANNE SAUNDERS, ESQUIRE                FOR THE DEFENDANT
FEDERAL PUBLIC DEFENDER
MIDDLE DISTRICT OF PENNSYLVANIA
100 CHESTNUT STREET, SUITE 300
HARRISBURG, PA 17101

RONALD C. TRAVIS, ESQUIRE             FOR THE DEFENDANT
REIDERS, TRAVIS, HUMPHREY,
HARRIS, WATERS & WAFFENSCHMIDT
161 WEST THIRD STREET
PO BOX 215
WILLIAMSPORT, PA 17703-0215

JAMES MORENO, ESQUIRE                 FOR THE DEFENDANT
JAMES MCHUGH, ESQUIRE
FEDERAL COMMUNITY DEFENDER
EASTERN DISTRICT OF PENNSYLVANIA
SUITE 540 - THE CURTIS CENTER
PHILADELPHIA, PA 19106

(THE CLERK OPENS COURT.)

THE COURT:  PLEASE BE SEATED.

THIS AGAIN IS THE CASE OF UNITED STATES VERSUS DAVID HAMMER.  WE ARE IN THE MIDDLE OF TESTIMONY OF MR. MILLER.  WILL YOU RECALL MR. MILLER.

MR. MORENO:  YES, SIR.

(MR. RONNIE MILLER RETAKES THE STAND ON CROSS EXAMINATION.)

CROSS EXAMINATION

MS. HAINES:  ARE WE ON CROSS EXAMINATION, YOUR HONOR?

MR. MORENO:  YES.

MS. HAINES:  WE ARE ON CROSS, I'M SORRY.

MAY I PROCEED, YOUR HONOR?

THE COURT:  YES.

CROSS EXAMINATION

BY MS. HAINES:

Q.    GOOD MORNING, MR. MILLER.

A.    GOOD MORNING.

Q.    I'M MS. HAINES, SINCE WE HAVE NEVER MET.

NOW I WANT TO ASK YOU, SIR, YOU BELIEVE THAT IT IS INHUMANE TO LEAVE SOMEONE ON DEATH ROW LIKE DAVID, ISN'T THAT CORRECT?

A.    INHUMANE?

Q.    INHUMANE.

A.      NO.

Q.      WELL, YOU HAVE BEEN INTERVIEWED BEFORE ABOUT THIS CASE, CORRECT?

A.      IF YOU ARE ASKING ME IF I BELIEVE IN DEATH, I DO NOT.

Q.      SO YOU DON'T BELIEVE IN THE DEATH PENALTY, DO YOU?

A.      NO, I DON'T.

Q.      AND DO YOU RECALL BEING INTERVIEWED BY LOUISE LUCK, A DEFENSE INVESTIGATOR?

A.      YES, I DO.

Q.      THAT WAS BACK IN FEBRUARY OF 2012?

A.      I BELIEVE IT WAS.

Q.      DO YOU RECALL TELLING HER THAT IT IS INHUMANE TO LEAVE SOMEONE ON DEATH ROW?

A.      I DO NOT RECALL SAYING THAT SPECIFICALLY.

Q.      IS THAT YOUR BELIEF?

A.      I BELIEVE IT IS -- YES, INHUMANE TO LEAVE PEOPLE ON DEATH ROW.

Q.      NO MATTER --

A.      BECAUSE I DON'T BELIEVE IN DEATH ROW SO THEREFORE I DON'T BELIEVE, YOU KNOW, THAT PEOPLE SHOULD BE HELD ON DEATH ROW.

Q.      IS THAT TRUE NO MATTER WHAT THE CRIME IS?

A.      NO MATTER WHAT THE CRIME IS.

Q.    NOW, YOU TESTIFIED YESTERDAY THAT YOU ARE RELATED TO DAVID BECAUSE YOU ARE HIS MOTHER'S BROTHER, OR ONE OF THEM?

A.    THAT'S CORRECT.

Q.    AND SO IN OTHER WORDS, YOU CAME OUT OF THE SAME HOUSEHOLD AS YOUR SISTER, WILMA DEAN HAMMER, CORRECT?

A.    YES, I DID.

Q.    YOU HAD THE SAME ALCOHOLIC FATHER?

A.    YES.

Q.    AND YOU HAD THE SAME POVERISHED CHILDHOOD?

A.    YES.

Q.    YOU SUFFERED THE SAME INCEST AND ABUSE AS YOUR SISTER DID, CORRECT?

A.    AS MY SISTER DID?

Q.    AS FAR AS YOU KNOW?

A.    I DON'T KNOW OF ANY -- YOU MEAN VERBAL ABUSE?

Q.    VERBAL, PHYSICAL.

A.    VERBAL, YES.

Q.    HOW ABOUT PHYSICAL?

A.    NOTHING PHYSICAL.  AS I SAID, WE WERE DISCIPLINED, BUT I DIDN'T CONSIDER IT ABUSE.

Q.    ALL RIGHT.  FAIR ENOUGH.

IF YOU DON'T MIND MY SAYING, YOU APPEAR TO HAVE HAD A VERY FULL AND SUCCESSFUL LIFE.  WOULD YOU AGREE WITH THAT?

A.     YES, I WOULD.

Q.     YOU WENT TO NURSING SCHOOL?

A.     YES.

Q.     YOU RECEIVED AN R.N. DEGREE?

A.     YES.

Q.     YOU WERE IN THE MILITARY FOR A WHILE?

A.     YES.

Q.     YOU HAVE BEEN A NURSING ASSISTANT?

A.     YES.

Q.     AND AT SOME POINT YOU MOVED TO ALEXANDRIA, VIRGINIA AND YOU WORKED OR YOU DID WORK AT THE SAME HOSPITAL THERE FOR 25 YEARS, CORRECT?

A.     WELL, I SAID 25 YEARS I WORKED FOR THE SAME HOSPITAL ORGANIZATION.  I WORKED ABOUT 24 YEARS AT THE ALEXANDRIA HOSPITAL, AND THEN THE LAST YEAR I WAS THERE I MOVED BACK TO THE FAIRFAX HOSPITAL, WHICH WAS IN FAIRFAX COUNTY.

Q.     BUT YOU RETIRED THERE IN GOOD GRACES?

A.     YES, I RETIRED THERE.

Q.     AND THEN AM I CORRECT IN UNDERSTANDING THAT YOU WORKED AT THE VETERANS ADMINISTRATION FOR AN ADDITIONAL SIX YEARS?

A.     YES.  AFTER I CAME TO OKLAHOMA WITH RETIREMENT FROM VIRGINIA I DID GO TO WORK FOR V.A.  THAT WAS SIX YEARS, APPROXIMATELY SIX YEARS.

Q.    AND YOU ALSO DESCRIBED THAT YOU WERE WITH ONE PARTNER FOR 29 -- ALMOST 30 YEARS BEFORE HE PASSED AWAY, IS THAT TRUE?

A.    THAT'S CORRECT.

Q.    NOW, AS FAR AS YOUR NEPHEW, DAVID, I WANT TO ASK YOU ABOUT SOMETHING YOU SAID ABOUT ANOTHER RELATIVE.

YOU HAVE SAID IN THE PAST THAT YOUR SISTER, BETTY, HAD NO USE FOR DAVID.  WHAT DID YOU MEAN BY THAT?

A.    BACK, FOR MANY, MANY YEARS, IT WAS -- DAVID HAD LIVED WITH BETTY AT DIFFERENT TIMES AND HE DID A LOT OF THINGS BACK THEN WHEN HE WAS A YOUNG KID, FROM BEING ON THE STREET, DRUGS.  AND SHE FELT AT ONE TIME THAT HE HAD ACTUALLY MAYBE POSSIBLY -- THEIR HOUSE WAS ROBBED AND HE MIGHT HAVE BEEN PART OF THAT.  SHE DIDN'T KNOW FOR SURE, BUT SHE WAS NOT COMFORTABLE, I THINK, KNOWING THAT IT WAS POSSIBLE.

Q.    AND YOU TOLD MS. LUCK, THE DEFENSE INVESTIGATOR, THAT EVEN IN 2012 BETTY WOULD NOT BE ABLE TO HELP THEM IN ANY WAY.  IS THAT WHAT YOU TOLD HER?

A.    I DON'T RECALL SAYING THAT.

Q.    DO YOU THINK IF BETTY WERE CALLED TO THE STAND, SHE WOULD HAVE ANYTHING FAVORABLE TO SAY ABOUT DAVID?

A.    I THINK SHE WOULD.  BETTY AND I HAVE TALKED ABOUT DAVID A LOT SINCE I CONTACTED HIM AND SHE HAS EVEN

BEEN TWICE WITH ME TO VISIT DAVID.

Q.    BUT IN 2012, YOU TOLD MS. LUCK THAT MY SISTER BETTY WILL NOT TALK TO YOU GUYS, I GUESS MEANING THE DEFENSE, CORRECT?

A.    BUT SHE ALWAYS SAID SHE WOULDN'T, SHE DIDN'T WANT TO BE INVOLVED.

Q.    BECAUSE SHE HAD NO USE FOR DAVID.  IS THAT WHAT YOU SAID?

A.    I DO NOT RECALL SAYING THAT SHE HAD NO USE FOR DAVID BUT....

Q.    DO YOU RECALL THAT YESTERDAY YOU SAID THAT YOU WERE ESTRANGED FROM YOUR NEPHEW FOR A GREAT MANY YEARS?

A.    I WAS.

Q.    AND YOU ALSO SAID, I BELIEVE, THAT AS FAR AS DAVID'S FATHER, JOHNNY HAMMER, YOU DON'T REMEMBER SEEING JOHNNY EVER EVEN YELL AT DAVID.  IS THAT TRUE?

A.    I DON'T RECALL HIM EVER YELLING AT DAVID.

Q.    I WANT TO TAKE YOU BACK TO SOME OF YOUR ANSWERS YESTERDAY ABOUT WHAT APPEARS TO BE A VERY VIVID MEMORY ABOUT BEING IN A CAR WITH DAVID WHEN HE WAS A LITTLE BOY.  DO YOU REMEMBER THAT?

A.    YES.

Q.    AND YOU SAID THAT HE WAS EITHER 4 OR 5 YEARS OLD?

A.    YES.

Q.    AND YOU WERE IN THE BACK SEAT WITH HIM?

A.    NO, I WAS IN THE FRONT.

Q.    OKAY.  YOU WERE IN THE FRONT.  DO YOU RECALL WHERE YOU GUYS WERE GOING ON THAT PARTICULAR TRIP?

A.    NO, I DON'T.

Q.    BUT YOU DO REMEMBER THAT YOUR SISTER, WAS SHE SITTING NEXT TO YOU?

A.    YES, SHE WAS IN THE PASSENGER'S SIDE.

Q.    SO WERE YOU DRIVING?

A.    NO, I WAS IN THE MIDDLE.

Q.    OKAY.  YOU DO RECALL HER RATHER IN SPECIFIC DETAIL TURNING AROUND AND CURSING DAVID AND YELLING AT HIM?

A.    YES, I DO.

Q.    WAS THERE ANOTHER CAR RIDE THAT YOU HAD WITH DAVID WHEN YOU WERE IN THE BACK SEAT WITH HIM?

A.    NOT THAT I RECALL.

Q.    SO, SIR, DO YOU RECALL SEXUALLY MOLESTING YOUR NEPHEW?

A.    NO, I DO NOT.

Q.    YOU DON'T.

      I'M NOT TRYING TO IN ANY WAY INSULT YOU, BUT YOU DON'T RECALL THAT YOU AND DAVID OR WHEN DAVID WAS A CHILD 4 OR 5, YOU EVER MADE HIM TRY TO GIVE YOU ORAL SEX?

A.      NO, I DID NOT.

Q.      NOW, WHEN YOU SAY YOU DON'T RECALL, ARE YOU SAYING IT DID NOT HAPPEN OR --

A.      I'M SAYING I DO NOT REMEMBER ANY INCIDENT WITH DAVID OF A SEXUAL NATURE.

Q.      MR. MILLER, IF YOU HAD SEXUALLY MOLESTED YOUR NEPHEW WHEN HE WAS A CHILD, ISN'T THAT SOMETHING YOU WOULD REMEMBER?

A.      I THINK IT WOULD BE.  IF I DID IT, I THINK I WOULD REMEMBER.

Q.      DO YOU, AS YOU SIT HERE, THINK THAT YOU SEXUALLY MOLESTED YOUR NEPHEW DAVID?

A.      NO, I DO NOT.

Q.      NO, YOU DO NOT.  OKAY.

IN FACT, WHEN YOU HAVE BEEN INTERVIEWED ABOUT THIS BEFORE BY JILL MILLER -- YOU KNOW WHO JILL MILLER IS, RIGHT?

A.      YES.

Q.      YOU TOLD HER I DID NOT DO THAT TO HIM.

A.      THAT IS EXACTLY WHAT I SAID.

Q.      YOU NEVER SAID ON DIRECT THAT YOU SEXUALLY MOLESTED YOUR NEPHEW, DID YOU?

A.      NO.

Q.      NOW, YOU KNOW, THOUGH, BECAUSE YOU HAVE BEEN INTERVIEWED ABOUT THIS SINCE YOU TALKED TO JILL MILLER,

YOU KNOW THAT THAT IS WHAT DAVID HAS TOLD OTHER PEOPLE, CORRECT?

A.      YES, I KNOW THAT.

Q.      AND YOU KNOW BECAUSE I GATHER LOUISE LUCK HAS TOLD YOU, CORRECT --

A.      YES.

Q.      -- WHAT THE ALLEGATION IS THAT DAVID HAS TOLD OTHER PEOPLE?

A.      YES.

Q.      SO YOU ARE AWARE THAT DAVID HAMMER, YOUR NEPHEW, HAS ACCUSED YOU WHEN HE WAS A BABY, FOUR YEARS OLD, OF BEING IN A CAR WITH HIM --

A.      YES.

Q.      -- AND THAT YOU FONDLED AND KISSED HIS PENIS. THAT IS WHAT HE SAYS, RIGHT?

A.      I HAVEN'T HEARD HIM SAY THAT, NO.

Q.      HAVE YOU HEARD THAT FROM HIS --

A.      NO, I HAVE NOT HEARD THAT.

Q.      WELL, I'M GOING TO REPRESENT TO YOU THAT MR. HAMMER HAS IN FACT ACCUSED YOU OF FONDLING AND KISSING HIS PENIS WHEN HE WAS FOUR YEARS OLD.  ALL RIGHT?  WILL YOU ACCEPT THAT REPRESENTATION FROM ME?

A.      THAT DAVID SAID IT, I ACCEPT THAT.

Q.      I'M SORRY, IF DAVID SAID THAT?

A.      IF DAVID SAID THAT, I ACCEPT THAT HE SAID THAT,

THAT THAT'S THE MEMORY HE HAS.

Q.      GOT YOU.  HE ALSO SAID THAT YOU EXPOSED YOURSELF.  THAT IS WHAT HE SAID.  DID YOU DO THAT?

A.      I DO NOT REMEMBER OR RECALL DOING THAT.

Q.      AND HE SAID THAT YOU PLACED YOUR PENIS BETWEEN HIS LEGS AND THAT IN HIS WORDS YOU PEED ON HIM?

A.      I DO NOT REMEMBER THAT.

Q.      THOSE ARE THE SAME WORDS YOU USED YESTERDAY TO DESCRIBE THE ABUSE THAT YOU SUFFERED, THAT YOU WERE PEED ON, CORRECT?

A.      NOT PEED ON, EJACULATED ON.

Q.      THAT IS A CHILDISH WAY OF SAYING EJACULATED UPON, CORRECT?

A.      YES.

Q.      DAVID CLAIMS THAT YOU WERE THE PERSON WHO FIRST DID THIS TYPE OF THING TO HIM, THAT YOU INITIATED HIM INTO THIS ATROCIOUS SEXUAL ABUSE AS A CHILD.  THAT IS WHAT HE SAYS.  DID THAT HAPPEN?

A.      THAT DID NOT HAPPEN.

Q.      OKAY.

        AND ACCORDING TO DAVID, YOU DID THIS TO HIM MULTIPLE TIMES, SIR.

A.      ABSOLUTELY NOT.

Q.      OKAY.  HE SAYS YOU DID IT NOT ONLY IN THE CAR, BUT AT YOUR MOTHER'S HOUSE.  DID THAT HAPPEN?

A.        NO, IT DID NOT.

Q.        HE SAID THAT YOU SLEPT IN THE SAME BED TOGETHER AND THAT YOU ACTUALLY ANALLY SODOMIZED HIM.  DID YOU DO THAT, SIR?

A.        ABSOLUTELY NOT.

Q.        HE ALSO SAID TO OTHER PEOPLE, INCLUDING PSYCHIATRISTS AND DEFENSE INVESTIGATORS AND EVEN IN A BOOK -- LET ME ASK YOU, DID YOU EVER READ HIS BOOK?

A.        I DID.

Q.        DID YOU SEE WHERE HE TALKED ABOUT THIS?

A.        I SAW WHERE HE TALKED ABOUT AN UNCLE NAMED DON, NOT RON.

Q.        DID YOU ALSO SEE WHERE HE SAID HE HAD CHANGED SOME OF THE NAMES AROUND?

A.        I DON'T RECALL HIM SAYING HE CHANGED THE NAMES AROUND BUT --

Q.        WELL, HE ALSO SAID, MR. MILLER, THAT YOU THREATENED HIM THAT IF ANYONE FOUND OUT ABOUT THIS SEXUAL ABUSE, THAT HIS MOTHER AND BABY BROTHER MARTIN WOULD DIE.  DID YOU EVER TELL THAT TO DAVID?

A.        ABSOLUTELY NOT.

Q.        YOU WOULD AGREE WITH ME, MR. MILLER, THAT THOSE THINGS THAT I REPRESENTED TO YOU THAT HE SAID ARE INCREDIBLY SERIOUS ACCUSATIONS TO MAKE ABOUT SOMEBODY. WOULD YOU AGREE?

A.    I WOULD SAY YES.

Q.    TO ACCUSE A FAMILY MEMBER OF BEING A PEDOPHILE. THAT IS A VERY SERIOUS CHARGE, ISN'T IT?

A.    ABSOLUTELY.

Q.    AND TO ACCUSE A FAMILY MEMBER, SUCH AS YOURSELF, OF INCEST, THAT IS A VERY SERIOUS CHARGE, DON'T YOU THINK, SIR?

A.    YES, IT IS.

Q.    BUT AS YOU SIT HERE, YOU ARE SAYING THAT THOSE THINGS THAT HE TOLD THE PSYCHIATRISTS, HIS INVESTIGATORS, AND WROTE IN HIS BOOK ARE NOT TRUE?

A.    NOT THAT I RECALL.  THEY ARE NOT TRUE.  I HAVE NO MEMORY OF ANY OF THAT.

Q.    AND I THINK YOU HAVE ALSO SAID, SIR, THAT YOU BELIEVED IF YOU HAD DONE THOSE THINGS, YOU CERTAINLY WOULD REMEMBER THAT.

A.    ABSOLUTELY.  IF IT WAS AT THE TIME THAT HE SAID THAT I DID THAT, HE WOULD HAVE BEEN 4 OR 5 YEARS OLD, I WAS 15.

Q.    YOU WERE NOT A CHILD.  YOU WERE --

A.    I WAS NOT A CHILD.  I WOULD HAVE MEMORIES OF THAT.  I HAVE BEEN VERY OPEN ABOUT MY SEXUAL ABUSE FOR MYSELF WITH THE LAWYERS.  THAT IS NOT SOMETHING I WOULD HOLD BACK IF IT HAPPENED.

Q.    THANK YOU, MR. MILLER.

A.        I'M HERE TO HELP DAVID.

Q.        I REALLY APPRECIATE THAT.  THANK YOU, MR. MILLER.

MS. HAINES:  NOTHING FURTHER, YOUR HONOR.

THE COURT:  ANY REDIRECT?

MR. MORENO:  CAN I HAVE JUST A MINUTE?

(PAUSE.)

THE WITNESS:  YOUR HONOR, MAY I SAY SOMETHING ELSE?

MR. MORENO:  BRIEFLY, YOUR HONOR.

THE COURT:  YES.

WHILE YOU WERE TALKING, THE WITNESS SAID HE WANTS TO SAY SOMETHING ELSE.  SO I DON'T KNOW IF YOU WANT TO QUESTION HIM.

MR. MORENO:  OKAY.  THANK YOU.

REDIRECT EXAMINATION

BY MR. MORENO:

Q.        NOW, MR. MILLER, YOU HAVE -- YOU TESTIFIED YESTERDAY THAT YOU VISITED DAVID ON A NUMBER OF OCCASIONS UP AT TERRE HAUTE.

A.        YES, I HAVE.

Q.        THAT IS AFTER HE WROTE THE BOOK?

A.        YES.

Q.        AND THE FIRST TIME YOU WENT TO VISIT HIM, DID YOU DISCUSS THESE ALLEGATIONS WITH DAVID?

A.      WE DID.

Q.      DID YOU AGREE TO DISAGREE?

A.      WE AGREED TO DISAGREE.  DAVID TOLD ME -- DAVID DID NOT GO INTO THE SAME DETAIL THAT WE HAVE JUST NOW, BUT WE DISCUSSED IT.  AND I TOLD DAVID I JUST ABSOLUTELY DO NOT BELIEVE THAT EVER HAPPENED.  I KNOW IT NEVER HAPPENED.  I WOULD REMEMBER IF I WAS 15 YEARS OLD THAT THOSE KINDS OF THINGS HAD HAPPENED.  AND IN HIS MIND HE BELIEVES SOMETHING DID HAPPEN, BUT WE AGREED TO DISAGREE.

Q.      AND HAVE YOU SINCE DEVELOPED A CLOSE RELATIONSHIP WITH DAVID?

A.      ABSOLUTELY.  I'M VERY CLOSE TO DAVID.  I WOULD SAY DAVID WOULD TELL THE COURT THAT I'M PROBABLY CLOSER TO HIM THAN ANYONE BECAUSE I HAVE VISITED AND WE HAVE A LOT OF CONTACT THROUGH E-MAIL, PHONE.

                MR. MORENO:  I HAVE NO FURTHER QUESTIONS. THANK YOU.

                THE COURT:  ALL RIGHT.  YOU MAY STEP DOWN.

                THE WITNESS:  THANK YOU.

                (WITNESS EXCUSED.)

                THE COURT:  NEXT WITNESS.

                MR. MORENO:  YES, YOUR HONOR.  OUR NEXT WITNESS WILL BE BETTY PAYNE.

THE COURT:  WHAT IS THE LAST NAME?

MR. MORENO:  PAYNE, P-A-Y-N-E.

BETTY PAYNE, DEFENSE WITNESS, SWORN.

THE CLERK:  STATE AND SPELL YOUR FULL NAME FOR THE RECORD.

THE WITNESS:  MY NAME IS BETTY PAYNE. B-E-T-T-Y, P-A-Y-N-E.

MR. MORENO:  MAY I INQUIRE, YOUR HONOR?

THE COURT:  YES.

DIRECT EXAMINATION

BY MR. MORENO:

Q.     GOOD MORNING, MS. PAYNE.  MS. PAYNE, WHERE DO YOU CURRENTLY LIVE?

A.     I LIVE IN HINTON, OKLAHOMA.

Q.     HOW LONG HAVE YOU LIVED IN OKLAHOMA?

A.     ALL MY LIFE.

Q.     AND HOW ARE YOU RELATED TO DAVID?

A.     I'M DAVID'S AUNT.  HIS MOTHER WAS MY SISTER.

Q.     DEAN WAS YOUR SISTER?

A.     YES.

Q.     NOW, ARE YOU CURRENTLY EMPLOYED?

A.     YES.

Q.     WHAT DO YOU DO?

A.     I WORK FOR A OIL COMPANY.  I DO HOT SHOP WORK, TAKE SUPPLIES OUT TO THE OIL RIGS AND DELIVER THEM AND

GO BACK.

Q.    NOW --

THE COURT:  MOVE CLOSER TO THE MIC.

BY MR. MORENO:

Q.    SPEAK INTO THE MICROPHONE.

MR. MORENO:  YOUR HONOR, WOULD YOU LIKE HER TO REPEAT THAT?

THE COURT:  NO, I HEARD IT.  I WANT TO MAKE SURE MR. HAMMER HEARS.

BY MR. MORENO:

Q.    ARE YOU OLDER OR YOUNGER THAN DEAN?

A.    I'M YOUNGER.

Q.    THERE WERE 11 OF YOU, CORRECT?

A.    THAT'S RIGHT.

Q.    WHERE ON THAT PECKING ORDER DO YOU FIT?

A.    I AM THE MIDDLE CHILD.  I HAD FIVE OLDER AND FIVE YOUNGER THAN ME.

Q.    NOW, DID YOU KNOW DAVID WHILE HE WAS GROWING UP?

A.    YES, I DID.

Q.    ALL RIGHT.  AND WAS THERE A PARTICULAR AGE RANGE FOR DAVID THAT YOU KNEW HIM BEST OR SAW HIM MORE THAN OTHER TIMES IN HIS LIFE?

A.    YEAH.  I PROBABLY -- MORE TIMES I SAW HIM THAT HE SPEND TIME WITH ME WAS PROBABLY AGE 5 TO 12, 13, 14, ALONG IN THERE.

Q.      AND HOW WOULD YOU SPEND TIME WITH DAVID?

A.      OH, DAVID WOULD COME TO MY HOUSE AND SPEND NIGHTS WITH ME.  SOMETIMES HE SPENT WEEKENDS.  SOMETIMES IN THE SUMMER WHEN HE WAS HOME HE WOULD SPEND A WEEKEND DOWN.

Q.      DID HE SPEND A WEEK OR SO WITH YOU EVERY SUMMER FOR A NUMBER OF YEARS?

A.      JUST ABOUT EVERY SUMMER, I WOULD SAY, FROM THE TIME HE WAS 6 OR 7 AND LIKE I SAID UNTIL HE WAS 11, 12, 13, ALONG IN THERE.  JUST ABOUT EVERY SUMMER HE WOULD SPEND A WEEK WITH ME, MAYBE LONGER.

Q.      AND HE WOULD SPEND SOME WEEKENDS WITH YOU AS WELL?

A.      OH, YES.  IF THEY LIVED CLOSE ENOUGH HE SPENT WEEKENDS WITH ME.

Q.      DID THEY ALWAYS LIVE CLOSE TO YOU?

A.      NO, NOT ALWAYS.

Q.      WHAT DID -- WHERE DID DEAN AND JOHNNY LIVE?

A.      OH, THEY LIVED DIFFERENT PLACES.  THEY LIVED OKLAHOMA CITY.  THEY LIVED IN HINTON.  THEY LIVED AT FORT COBB, JUST DIFFERENT PLACES AROUND.

Q.      DID THEY MOVE A LOT?

A.      THEY MOVED A LOT.

Q.      NOW, HOW WAS DAVID WHEN HE WAS WITH YOU?  TELL US ABOUT THE DAVID WHO CAME AND VISITED YOU?

A.      DAVID WAS A GOOD LITTLE BOY.  WHEN HE WAS WITH ME, HE WAS JUST AS GOOD AS HE COULD BE.  I NEVER HAD ANY KIND OF PROBLEMS WITH DAVID.  IF I ASKED HIM TO DO SOMETHING FOR ME, HE JUST DID IT.

Q.      DID HE GET ALONG -- YOU HAVE CHILDREN, CORRECT?

A.      YES, I HAD TWO.

Q.      DID HE GET ALONG WITH YOUR CHILDREN?

A.      OH, YEAH, THEY GOT ALONG FINE.

Q.      WHEN HE WOULD BE AT YOUR HOUSE, WHAT TYPE OF THINGS WOULD YOU GUYS DO?

A.      WE DID NOT DO A WHOLE LOT.  WE -- A LOT -- EVENINGS WE WATCHED TV OR I READ TO MY GIRLS A LOT. HE'D SET AND WE'D READ BOOKS.  WE HAD LIKE A METAL DETECTOR AND WE LIKE TO LOOK IN THE PARKS FOR COINS AND STUFF.  HE LOVED TO DO THAT.

Q.      AND DID HE GET ALONG WELL WITH YOUR HUSBAND?

A.      OH, YES.  HE GOT ALONG REAL WELL WITH HIM.

Q.      THAT IS ARCHIE?

A.      YES.

Q.      DID HE SPEND TIME WITH ARCHIE?

A.      OH, YEAH, HE SPENT A LOT OF TIME WITH HIM.

Q.      NOW, WHEN IT WAS TIME FOR HIM TO LEAVE YOUR HOUSE AND HEAD BACK HOME, DID HE SEEM ANXIOUS ABOUT GOING BACK HOME?

A.      NO, NOT REALLY.

Q.     DID HE WANT TO GO BACK HOME?

A.     NO, NOT REALLY.  HE WOULD HAVE STAYED, YOU KNOW.
HE WOULD CONTINUE TO STAY.

Q.     AND WHY DO YOU THINK THAT IS OR DO YOU HAVE A
FEELING AS TO WHY THAT WAS?

A.     I REALLY JUST FELT LIKE HE FELT SAFE AT OUR
HOUSE.  WE PAID A LOT OF ATTENTION TO HIM.  WHATEVER WE
DID, HE DID.  WE WENT TO THE MOVIES, HE WENT TO THE
MOVIES.  WE ATE DINNER, HE ATE DINNER.  I JUST FELT HE
FELT SAFE AT OUR HOUSE.

Q.     DO YOU THINK HE WAS SAFE IN HIS HOUSE?

A.     WELL, AT THE TIME -- NO, I DON'T THINK HE WAS.

Q.     AND WHY?

A.     BECAUSE I THINK HIS MOTHER DID NOT TREAT HIM
VERY WELL.

Q.     AND WHAT DID YOU PERSONALLY WITNESS ABOUT HOW
HIS MOTHER --

A.     MORE THAN ONCE I WITNESSED HER BEATING HIM ON
TOP OF HEAD FOR THINGS THAT HE HAD DONE, JUST WHIPPING
HIM ALL THE TIME, CALLING HIM ALL KIND OF UGLY NAMES.
THAT IS WHAT I CAN REMEMBER, REALLY, THE UGLY NAMES.
ONE INSTANCE WHEN I WALKED IN, SHE HAD -- SHE WOULD BEAT
-- HIT HIM WITH WHATEVER SHE HAD HANDY.  IT WAS LIKE A
BROOM HANDLE.  I DON'T REMEMBER EXACTLY IF IT WAS A
BROOM HANDLE OR A MOP HANDLE, BUT SOME KIND OF WOODEN

HANDLE AND SHE WAS HITTING HIM WITH THAT.

Q.      DO YOU KNOW HOW OLD HE WAS AT THAT TIME?

A.      OH, AT THAT TIME HE WAS PROBABLY -- OH, I WOULD SAY 5 OR 6.  I DON'T REMEMBER EXACTLY.

Q.      DID YOU INTERVENE AT THAT TIME?

A.      NO, I DIDN'T.  I TAKE THAT BACK.  I'M SORRY. THE TIME SHE HAD THE BROOM WITH HIM, I DID.  I SAID DEAN, LEAVE THAT KID ALONE.  YOU ARE GOING TO HURT HIM.

Q.      DID SHE STOP?

A.      SHE DID STOP AND HE JUST RAN OUT THE BACK DOOR.

Q.      NOW, HOW OLD WAS HE THE FIRST TIME YOU SAW HIM -- SAW DEAN VERBALLY ABUSE HIM?

A.      OH, I BET HE WASN'T 2 OR 3 YEARS OLD.  I MEAN, I WAS A YOUNG TEENAGER.  BUT DAVID WAS JUST SMALL.

Q.      DO YOU RECALL THE KINDS OF NAMES SHE WOULD CALL HIM?

A.      WELL, IT WAS UGLY NAMES.  I MEAN, DO YOU WANT ME TO SAY WHAT THEY WAS?  SHE WOULD CALL HIM AN UGLY LITTLE BASTARD --

Q.      CURSED AT HIM?

A.      SOMETHING LIKE THAT.  LIKE ONE TIME SHE WAS HITTING HIM ON THE HEAD, GOING SOMEPLACE IN THE CAR SHE TURNED AROUND OVER THE SEAT, WAS BANGING HIM ON THE HEAD AND SCREAMING AT HIM.  SHE WOULD SAY THINGS LIKE, I BROUGHT YOU INTO THIS WORLD, BOY, AND I CAN TAKE YOU

OUT.  I THOUGHT THAT WAS UGLY.  I WAS ONLY A TEENAGER AT THE TIME, YOUNG AT THE TIME.  I DID NOT SAY ANYTHING.

Q.    NOW, YOU SAID THAT DAVID'S FAMILY MOVED A LOT?

A.    YEAH, THEY MOVED A LOT.

Q.    AFTER THEY MOVED, WOULD THE FAMILY KNOW WHERE THEY WERE SOMETIMES?

A.    NOT SOMETIMES.  THEY DIDN'T KNOW WHERE THEY WERE.

Q.    HOW LONG A PERIOD OF TIME WOULD THEY SOMETIMES SORT OF FALL OFF THE MAP?

A.    WELL, THE BEST I CAN REMEMBER SOMETIMES THEY WOULD BE GONE A LONG TIME.  I CAN REMEMBER MY MOTHER SAYING, YOU KNOW, I HAVE NOT HEARD FROM DEAN AND JOHNNY IN SIX MONTHS, THINGS LIKE THAT.  I REALLY COULDN'T TELL YOU EXACTLY HOW LONG, BUT --

Q.    IT WOULD BE A WHILE?

A.    IT WOULD BE A WHILE, YES.

Q.    DID YOU EVER LEARN WHAT THEY WERE DOING OR WHAT HAD HAPPENED?

A.    NO, NOT REALLY.  NOT IN THE TIME WHILE THEY WERE GONE.

Q.    NOW, YOU HAVE -- HAVE YOU BEEN OUT TO SEE DAVID?

A.    YES, I HAVE.

Q.    WHEN DID YOU FIRST GO OUT?

A.    WELL, I BELIEVE IT WAS A YEAR AGO LAST OCTOBER,

I THINK.  I HAVE BEEN OUT TO SEE HIM A COUPLE OF TIMES.

Q.     SINCE THEN?

A.     YEAH, I HAVE BEEN TO SEE HIM TWICE.

Q.     AND PRIOR TO THE FIRST TIME YOU WENT OUT TO SEE HIM, WHEN WAS THE LAST TIME YOU HAD SEEN DAVID THAT YOU RECALL?

A.     LAST TIME I SAW DAVID, HE WAS ABOUT PROBABLY 13, 14 YEARS OLD.  HE LEFT MY HOUSE.  AND THEN I DIDN'T SEE HIM AGAIN UNTIL THEN.

Q.     AND YOU HAD HEARD OVER TIME OBVIOUSLY THAT DAVID WAS GETTING INTO VARIOUS KINDS OF TROUBLE?

A.     OH, YES.

Q.     AND THAT WAS DIFFERENT FROM THE DAVID YOU KNEW?

A.     YES, THAT WAS DIFFERENT FROM THE DAVID I KNEW.

Q.     NOW, IN THAT TIME SINCE YOU HAVE BEEN OUT TO SEE DAVID, HAS HE -- DO YOU TALK WITH HIM ON THE PHONE?

A.     NO, I HAVEN'T.  I HAVEN'T TALKED TO HIM ON THE PHONE SINCE I SAW HIM.

Q.     HOW ABOUT E-MAIL?  DO YOU COMMUNICATE?

A.     I WROTE HIM A COUPLE OF LETTERS AND HE WROTE ME A COUPLE OF LETTERS, CHRISTMAS CARDS, BUT I HAVE NOT TALKED TO HIM ON THE PHONE.

Q.     NOW, DO YOU REMEMBER HOW OLD DEAN WAS WHEN DAVID WAS BORN?

A.     LET ME SEE.  WELL, I'M 13 YEARS OLDER THAN DAVID

AND DEAN IS FIVE YEARS OLDER THAN ME.  SO I WAS ABOUT --
SHE WAS PROBABLY 19, 20, MAYBE, SOMEWHERE ALONG IN
THERE.

Q.      CAN WE HAVE 15, PLEASE.

              MS. PAYNE, DO YOU SEE THAT PICTURE UP
THERE?  IT'S DEFENDANT'S EXHIBIT 47.  IT'S ALSO ON YOUR
SCREEN RIGHT THERE.

A.      IS WHAT NOW?

Q.      DO YOU RECOGNIZE THAT PICTURE?

A.      YES, IT'S A PICTURE OF DEAN AND DAVID.

Q.      DO YOU KNOW HOW OLD DAVID WAS IN THAT PICTURE,
ROUGHLY?

A.      I THINK HE WAS PROBABLY ABOUT SIX MONTHS OLD.

Q.      AND DO YOU HAVE ANY IDEA WHERE THAT PICTURE WAS
TAKEN?

A.      NO, I DON'T.

Q.      NOW, IF DAVID WERE TO BE EXECUTED, HOW WOULD YOU
FEEL ABOUT THAT?

A.      WELL, I WOULDN'T FEEL TOO GOOD ABOUT IT, TO TELL
YOU THE TRUTH.  I MEAN, I REALLY THINK DAVID HAS CHANGED
A LOT OVER THE YEARS.  I WOULD NOT BE VERY HAPPY TO SEE
THAT HAPPEN.

Q.      DO YOU HAVE A RELATIONSHIP WITH HIM THAT YOU
THINK IS MEANINGFUL?

A.      YES, I DO.  I DO.

Q.      NOW, WHEN YOU -- YOU OBVIOUSLY HAD NOT SEEN HIM IN A LONG TIME WHEN YOU WENT OUT TO SEE HIM.  DID YOU FEEL LIKE YOU RECONNECTED WITH THAT KID THAT CAME TO YOUR HOME?

A.      YEAH, I DID.  I REALLY DID.  HE SEEMED LIKE JUST LIKE NO TIME HAD PASSED SINCE I HAD SEEN HIM THE LAST TIME.  I MEAN, IT WAS LIKE WE WAS BACK THEN.

Q.      AND WAS THAT DIFFERENT FROM THE DAVID YOU HEARD ABOUT AFTER HE -- YOU HAD LAST SEEN HIM?

A.      YES, IT WAS.  I WAS REALLY QUITE SURPRISED THAT -- I THOUGHT HE WAS THE SAME YOUNG MAN THAT I HAD KNEW YEARS AGO.

MR. MORENO:  CAN I HAVE A MOMENT, YOUR HONOR?

(PAUSE.)

MR. MORENO:  I HAVE NO FURTHER QUESTIONS. THANK YOU, MS. PAYNE.

THE COURT:  CROSS EXAMINE.

CROSS EXAMINATION

BY MR. GURGANUS:

Q.      GOOD MORNING, MA'AM.

A.      GOOD MORNING.

Q.      MY NAME IS JOHN GURGANUS AND I'M GOING TO ASK YOU SOME QUESTIONS.  AND PLEASE FEEL FREE TO TAKE AS MUCH TIME TO ANSWER THE QUESTIONS AS YOU LIKE.  OKAY?

A.      OKAY.

Q.      AND I JUST WANT TO GO OVER SOME OF THE THINGS YOU HAVE BEEN TESTIFYING ABOUT AND YOUR BACKGROUND.  WE DIDN'T HEAR MUCH ABOUT YOUR BACKGROUND AND -- WE HEARD A LITTLE BIT, BUT CAN YOU JUST TELL US WHEN YOU GRADUATED FROM HIGH SCHOOL?

A.      YES, I DID.

Q.      YOU DID?

A.      YES.

Q.      AND HOW OLD WERE YOU WHEN YOU GRADUATED FROM HIGH SCHOOL?

A.      17.

Q.      WHAT DID YOU THEN DO, MA'AM?

A.      I WENT TO COLLEGE FOR A YEAR.  I LIVED WITH MY SISTER, WENT TO COLLEGE FOR A YEAR.

Q.      WHICH SISTER WOULD THAT HAVE BEEN?

A.      EARLENE.  SHE IS NEXT TO OLDEST.

Q.      AND EARLENE, YOU LIVED WITH HER FOR A LITTLE WHILE AND YOU WENT TO COLLEGE.  WHAT WERE YOU STUDYING THERE, MA'AM?

A.      WELL, I HAD NOT REALLY DECIDED WHAT MY MAJOR WAS.  I WANTED TO BE A GIRLS' BASKETBALL COACH AND TEACH SCHOOL.

Q.      WERE YOU AN ATHLETE?

A.      YES, I WAS.

Q.      PLAYED FOR THE HIGH SCHOOL TEAM?

A.      UH-HUH.

Q.      WHAT DID YOU PLAY, WHAT POSITION?

A.      I WAS FORWARD, PLAYED FORWARD ON THE BASKETBALL
TEAM.

Q.      ANY GOOD?

A.      WELL, I HATE TO SAY SO, YEAH, I WAS PRETTY GOOD.
I WAS THE FIRST ONE TO SCORE MORE THAN 40 POINTS A GAME
IN GIRLS' HIGH SCHOOL BASKETBALL THERE.

Q.      IS THAT RIGHT?  SO WHEN YOU WENT TO COLLEGE, YOU
STAYED A YEAR?

A.      ALMOST A YEAR, YEAH.

Q.      THEN WHAT DID YOU DO?

A.      THEN I WENT TO WORK FOR A SEWING FACTORY, AND
WORKED THERE FOR A WHILE.  THEN AS YOUNG PEOPLE DO, I
GOT MARRIED AND STARTED A FAMILY.

Q.      HOW OLD WERE YOU WHEN YOU GOT MARRIED?

A.      OH, 19, ALMOST 19.

Q.      AND SO IT WAS PRETTY SHORTLY AFTER HIGH SCHOOL
AND COLLEGE, THEN, RIGHT?

A.      RIGHT.

Q.      DID YOU -- AND YOUR HUSBAND'S NAME WAS ARCHIE?

A.      YES, SIR.

Q.      WHERE IS ARCHIE NOW?

A.      HE IS IN A NURSING HOME.

Q.      YOU HAVE REMAINED MARRIED ALL THOSE YEARS?

A.      NO, WE DIDN'T.  WE DIVORCED AFTER ABOUT TEN YEARS.

Q.      WAS HE A GOOD MAN, THOUGH?

A.      NO, NOT REALLY.

Q.      WHAT WAS WRONG WITH HIM?

A.      HE WAS AN ALCOHOLIC.

Q.      AND WAS HE AN ALCOHOLIC WHEN YOU WERE MARRIED TO HIM?

A.      WELL, NO, NOT REALLY.  HE DRANK SOME BUT NO.

Q.      SO WHEN YOU WERE WITH HIM, HE WAS NOT THAT BAD?

A.      NO.

Q.      AS FAR AS THE ALCOHOL?

A.      NO.

Q.      BUT HE BECAME ONE?

A.      YES.

Q.      WHEN YOU WERE -- AND ARCHIE WERE HAVING DAVID OVER TO YOUR HOUSE, HE WAS NOT AN ALCOHOLIC THEN?

A.      HE DIDN'T NEVER DRINK AT HOME.  I WORKED.  HE REALLY STAYED HOME AND TOOK CARE OF THE KIDS, BUT HE NEVER DRANK AT HOME.  HE WENT OUT WHEN HE --

Q.      TELL ME ABOUT YOUR HOME.

A.      WHAT DO YOU WANT TO KNOW ABOUT IT?

Q.      TWO BEDROOMS, THREE BEDROOMS?

A.      IT HAD THREE BEDROOMS.

Q.    IN WHAT CITY?

A.    WE LIVED IN OKLAHOMA CITY AT THAT TIME.

Q.    AND DID ARCHIE HAVE A JOB?

A.    HE DIDN'T HAVE A JOB ALL THE TIME.

Q.    SOMETIMES?

A.    SOMETIMES, YEAH.

Q.    HE WOULD BE LOOKING FOR WORK THOUGH?

A.    OH, YEAH.

Q.    HOW ABOUT YOUR EMPLOYMENT?  WERE YOU ABLE TO KEEP THAT SEWING JOB?

A.    OH, NO, I WENT -- THAT IS WHEN WE WENT TO OKLAHOMA CITY.  I WENT TO WORK FOR -- IT WAS CALLED WESTERN ELECTRIC THEN.  IT WAS PART OF AT&T.  I WORKED THERE FOR 14 YEARS.

Q.    14 YEARS?

A.    UM-HUM.

Q.    YOU HAD CHILDREN?

A.    YES, I HAD TWO.

Q.    WHEN DID YOU HAVE THEM?

A.    I WAS -- KIM WAS BORN -- WELL, WE GOT MARRIED IN '64, SHE WAS BORN IN '65 AND MY YOUNGEST WAS BORN IN '66.

Q.    SO THESE CHILDREN WERE YOUNGER THAN DAVID HAMMER?

A.    OH, YES.

Q.      QUITE A BIT?

A.      UH-HUH.

Q.      DID DAVID HAMMER AND YOUR HUSBAND HAVE A DECENT RELATIONSHIP?

A.      OH, YEAH.  THEY GOT ALONG REAL WELL.

Q.      DID DAVID LOOK UP TO YOUR HUSBAND?

A.      I THINK HE DID.

Q.      AND YOU -- AS A FAMILY WHEN DAVID WOULD COME OVER, YOU WOULD GO TO, YOU SAID, THE MOVIES?

A.      SOMETIMES WE WOULD GO, YES, TO THE MOVIES.

Q.      TAKE HIM TO MCDONALD'S?

A.      OH, YEAH.

Q.      AND TREAT HIM ALMOST LIKE A SON?

A.      OH, YEAH, I TREATED HIM LIKE PART OF THE FAMILY, YES.

Q.      WHERE WERE YOUR PARENTS LIVING AT THE TIME?

A.      THEY LIVED IN GERTY, OKLAHOMA.

Q.      HOW FAR WAS THAT?

A.      OH, I TAKE THAT BACK, THEY HAD MOVED FROM THERE. THEY MOVED FROM THERE TO LOOKEBA THE YEAR I GRADUATED HIGH SCHOOL.

Q.      CAN YOU SPELL THAT FOR US?

A.      L-O-O-K-E-B-A.

Q.      BIG TOWN, SMALL TOWN?

A.      OH, NO, SMALL TOWN.

Q.      DID YOU KEEP IN TOUCH WITH YOUR PARENTS?

A.      YES, SIR.

Q.      DID THIS FAMILY -- I MEAN, IT WAS A LARGE FAMILY, RIGHT?

A.      UH-HUH.

Q.      DID YOU ALL KEEP IN TOUCH WITH EACH OTHER OVER THE YEARS?

A.      OH, YEAH, PRETTY MUCH.  WE ALWAYS KEPT IN TOUCH.

Q.      HOW ABOUT HOLIDAYS DURING THOSE YEARS WHERE -- AFTER YOU GOT MARRIED?

A.      OH, HOLIDAYS, WE WENT TO MY PARENTS ON HOLIDAYS. WE NEVER MISSED LIKE A CHRISTMAS BEING AT MY PARENTS ON HOLIDAYS.

Q.      EVERYONE WOULD ARRIVE THERE?

A.      UH-HUH.

Q.      BIG CHRISTMAS DINNER?

A.      BIG CHRISTMAS DINNER, YES, SIR.

Q.      DAVID WOULD BE THERE ALSO?

A.      YEAH, MOST OF THE TIME.

Q.      MOST OF THE TIME?

A.      UH-HUH.

Q.      NOW, DID -- WITH RESPECT TO JOHNNY, DAVID'S FATHER, YOU ALWAYS LIKED HIM, IS THAT RIGHT?

A.      YEAH, HE WAS FINE, YEAH.

Q.      AND YOU NEVER SAW JOHNNY DISCIPLINING DAVID, DID

YOU?

A.        NO, I DIDN'T, NOT REALLY.  I NEVER SAW JOHNNY

DISCIPLINE HIM.

                    MR. GURGANUS:  ONE MOMENT.

                    (PAUSE.)

BY MR. GURGANUS:

Q.        YOU MENTIONED DAVID KIND OF GOT AWAY FROM YOU

FOR A PERIOD OF TIME, IS THAT RIGHT?

A.        YES.

Q.        QUITE A PERIOD OF TIME.

                    YOU CAME TO LEARN, RIGHT, WHEN YOU WERE

IN OKLAHOMA CITY THAT HE STARTED GETTING INTO TROUBLE,

IS THAT RIGHT?

A.        THAT'S RIGHT.

Q.        DID HE START USING DRUGS?

A.        I DON'T KNOW THAT FOR SURE.

Q.        DID YOU KNOW OF HIS MOTHER, YOU KNOW, WHEN HE

WAS SICK, WOULD SHE DOTE ON HIM, TAKE HIM TO THE

HOSPITAL?

A.        YEAH.  YES, SHE TOOK HIM TO THE HOSPITAL.

Q.        WOULD YOU EVER -- DID YOU EVER GO TO SEE DAVID

WHEN HE WAS IN THE HOSPITAL?

A.        THE ONLY TIME I REMEMBER SEEING DAVID WHEN HE

WAS IN THE HOSPITAL IS WHEN HE HAD HIS APPENDIX OUT.

Q.        WAS HIS MOM THERE?

A.    YES, SIR.

Q.    SHE WAS, OF COURSE, TAKING CARE OF HIM?

A.    YES.

Q.    THERE IS SOME INDICATION THAT YOU HAD NO USE FOR DAVID FOR A PERIOD OF TIME.  IS THAT FAIR TO SAY?

A.    WELL, THAT IS PROBABLY FAIR TO SAY, YES, SIR.

Q.    WHY IS THAT?

A.    I DON'T KNOW.  AFTER HE GOT IN TROUBLE, I JUST KIND OF GOT AWAY FROM HIM, I GUESS.  I JUST COULDN'T UNDERSTAND WHY HE DID THAT, I GUESS.

Q.    WHEN YOU SAY "DID THAT," WHAT DID HE DO?

A.    WELL, HEARING ABOUT HIM -- THE TROUBLE THAT HE WAS IN, THE DRUGS AND TAKING THE NURSE HOSTAGE AT THE HOSPITAL.  I JUST COULDN'T -- I JUST DIDN'T BELIEVE.  I COULDN'T UNDERSTAND HIM DOING SOMETHING LIKE THAT.

Q.    DID YOU THINK HE HAD DONE SOMETHING TO YOU, STOLEN STUFF?

A.    NO, NOT REALLY.  I DIDN'T THINK HE HAD REALLY DONE ANYTHING TO ME.

Q.    HAD YOUR HOUSE BEEN BURGLARIZED OR ANYTHING LIKE THAT?

A.    IT WAS BURGLARIZED ONCE, YES, SIR.

Q.    DID YOU THINK IT WAS DAVID?

A.    I DID.  THE THOUGHT CROSSED MY MIND THAT IT COULD HAVE BEEN SOME OF HIM AND HIS FRIENDS, BUT I DON'T

KNOW THAT FOR SURE.

Q.        FAIR ENOUGH.

          THE DRUGS THAT DAVID WAS ON, DID YOU KNOW WHAT THEY WERE?

A.        NO, SIR, I DON'T.

Q.        WHEN HE TOOK THIS -- THESE PEOPLE HOSTAGE AT THE HOSPITAL, WAS THAT A BIG STORY IN OKLAHOMA CITY?

A.        YEAH, IT WAS PRETTY BIG STORY, YES, SIR.  THAT IS HOW I HEARD ABOUT IT WAS ON THE TV.

Q.        DID YOU KNOW ABOUT ANY OF HIS OTHER CRIMES, WHEN HE ESCAPED?

A.        NO, I DON'T KNOW ANYTHING ABOUT THAT.

Q.        DO YOU KNOW ANYTHING ABOUT FRAUDULENT SCHEMES THAT HE WAS INVOLVED IN?

A.        NO, I DON'T.

Q.        YOU STAYED AWAY.  YOU WERE AWAY FROM HIM AT THAT POINT?

A.        YES, SIR.

Q.        NOW YOU HAVE RECONNECTED WITH DAVID, IS THAT RIGHT?

A.        YES, SIR.

Q.        WHAT BROUGHT THAT ON, MA'AM?

A.        OH, I DON'T KNOW.  MY BROTHER, HE, YOU KNOW, TALKED ABOUT DAVID AND HOW HE HAD CHANGED AND HE HAD BEEN GOING TO SEE HIM AT THIS TIME, TALKING WITH HIM.

AND HE JUST ASKED ME IF I WOULD LIKE TO GO WITH HIM AND MAYBE MAKE A VISIT WITH DAVID.  SO I JUST THOUGHT ABOUT IT, THOUGHT ABOUT IT.  I THOUGHT YEAH, I THINK I WOULD LIKE TO DO THAT AND I JUST WENT WITH HIM TO VISIT HIM.

Q.     AND SO IT WAS OUT OF CONCERN FOR HIM, IS THAT RIGHT?

A.     YES, SIR.

Q.     THE SAME CONCERN YOU WOULD SHOW TO HIM WHEN HE WAS A YOUNG MAN, WHEN HE WAS A LITTLE BOY?

A.     YES.

Q.     IN HIS TEENAGE YEARS?

A.     YES.

Q.     THAT KIND OF SAME FEELING?

A.     THAT SAME FEELING I HAD, YES.  WHEN I DID SEE HIM THAT WAS THE FEELING, THE SAME FEELING I HAD WHEN HE WAS LITTLE.

Q.     AND YOUR OTHER SIBLINGS, HAVE THEY BEEN SUCCESSFUL?

A.     PRETTY MUCH.  YES, SIR.

Q.     THEY ALL WENT ON TO HAVE HOMES, IS THAT RIGHT?

A.     YES.

Q.     JOBS?

A.     JOBS, YES, SIR.

Q.     MANY HAVE HAD GOOD MARRIAGES?

A.     YES.

Q.      CHILDREN?

A.      ALL OF THEM GOT CHILDREN.

Q.      CHILDREN SUCCESSFUL?

A.      PRETTY MUCH SO, YES, SIR.

Q.      ANY OF THEM -- ANY OF THOSE CHILDREN CONVICTED OF MURDER?

A.      NO, SIR.

Q.      ANY OF THOSE CHILDREN CONVICTED OF SHOOTING WITH THE INTENT TO KILL?

A.      NO, SIR.

Q.      ANY OF THEM CONVICTED OF ESCAPE?

A.      NO, SIR.

Q.      ROBBERY?

A.      NO.

Q.      ANY OF THEM GONE INTO THE MILITARY?

A.      YES, SIR.

Q.      SERVED THE COUNTRY?

A.      YES.

                MR. GURGANUS:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

                MR. MORENO:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

                THE COURT:  YOU MAY STEP DOWN.

                THE WITNESS:  THANK YOU.

                (WITNESS EXCUSED.)

MR. MORENO:  YOUR HONOR, MAY I STEP OUT A MINUTE.

THE COURT:  YES.

(PAUSE.)

MR. MCHUGH:  NEXT WITNESS IS KATHY NICHOLS, YOUR HONOR.

KATHY NICHOLS, DEFENSE WITNESS, SWORN.

THE CLERK:  STATE AND SPELL YOUR FULL NAME FOR THE RECORD, PLEASE.

THE WITNESS:  KATHY SUE NICHOLS, K-A-T-H-Y S-U-E N-I-C-H-O-L-S.

MR. MCHUGH:  MAY I PROCEED, YOUR HONOR?

THE COURT:  YES.

DIRECT EXAMINATION

BY MR. MCHUGH:

Q.      GOOD MORNING, MS. NICHOLS.

A.      GOOD MORNING.

Q.      MS. NICHOLS, WHERE DO YOU RESIDE?

A.      I LIVE IN WAGONER, OKLAHOMA.

Q.      AND IS THAT WHERE YOU GREW UP IN OKLAHOMA?

A.      NO, I DID NOT.  I GREW UP IN THE GERTY, OKLAHOMA AREA.

Q.      BUT IN OKLAHOMA?

A.      YES, OKLAHOMA.

Q.      AND HOW ARE YOU EMPLOYED?

A.      MY HUSBAND AND I OWN A FUNERAL HOME IN WAGONER.

Q.      AND HOW LONG -- SO YOU WORK IN -- WITH YOUR HUSBAND?

A.      I WORK WITH MY HUSBAND, YES.

Q.      HOW LONG HAVE YOU BEEN INVOLVED WITH THE FUNERAL HOME?

A.      THERE IN WAGONER, 23 YEARS.

Q.      NOW, ARE YOU RELATED TO DAVID HAMMER?

A.      YES, I AM.  DAVID AND I ARE COUSINS.

Q.      SO WHO IS -- HOW ARE YOU COUSINS?

A.      OUR MOTHERS WERE SISTERS.

Q.      WHO'S YOUR MOTHER?

A.      MY MOTHER IS EARLENE HOWARD.

Q.      NOW, AS COUSINS WITH DAVID, DID YOU HAVE OCCASION TO HAVE CONTACT, YOUR FAMILY WITH HIS FAMILY?

A.      YES, WE DID.  A LOT BACK WHEN WE WERE YOUNGER, SMALLER, SMALL CHILDREN, A LOT OF FAMILY HOLIDAYS WE SPENT TOGETHER.

Q.      AND SO THE OCCASIONS WHERE YOU WOULD HAVE INTERACTION WITH DAVID AND HIS FAMILY WOULD BE ON HOLIDAY-TYPE OCCASIONS?

A.      MOSTLY HOLIDAYS, YES.

Q.      WHERE WOULD THEY TAKE PLACE?

A.      AT MY GRANDPARENTS.

Q.      WHERE WAS THAT?

A.        IT WOULD HAVE BEEN IN THE LOOKEBA/SICKLES/CANTON AREA.

Q.        DID YOU EVER HAVE ANY TYPE OF HOLIDAY EVENTS OR THINGS OF THAT TYPE AT DAVID'S HOUSE?

A.        NO.  I CAN NOT EVER REMEMBER GOING TO DAVID'S HOUSE FOR HOLIDAYS.  I CAN ONLY ACTUALLY REMEMBER GOING TO DAVID'S HOUSE WHEN I WAS YOUNGER MAYBE ONE TIME IN THE OKLAHOMA CITY AREA.

Q.        AND DO YOU RECALL WHAT TYPE OF HOUSE THAT WAS?

A.        I CAN'T REALLY RECALL THE HOUSE.  I REMEMBER THE INSIDE MORE SO THAN THE OUTSIDE AND IT WAS JUST VERY VACANT.  I DON'T REMEMBER ANYTHING INSIDE THE HOME.

Q.        BY ANYTHING YOU MEAN FURNITURE?

A.        I CAN'T REMEMBER HARDLY ANYTHING.  I DO NOT REMEMBER ANY FURNITURE.  HE DID NOT HAVE A HOME LIKE WHAT I WAS USED TO GROWING UP IN.

Q.        AND THAT STUCK OUT IN YOUR MIND?

A.        IT DID STICK OUT IN MY MIND, YES.

Q.        AND WHEN YOU WERE AT THESE HOLIDAY OCCASIONS, DID YOU HAVE AN OPPORTUNITY TO OBSERVE HIS MOTHER DEAN AND DAVID INTERACTING?

A.        MOST OF WHAT I REMEMBER ABOUT DEAN AND DAVID IS DEAN SCREAMING AT DAVID A LOT.  AND I CAN'T REMEMBER HER EVER CONVERSING WITH HIM OR ANYTHING.  AND I JUST REMEMBER HER SCREAMING AT DAVID AND DAVID CRYING.

Q.    DID YOU EVER SEE DEAN SHOW ANY TYPE OF
AFFECTION, OR AFFECTION-TYPE BEHAVIOR WITH DAVID?

A.    NO.  I CAN'T EVER REMEMBER HER LOVING DAVID.

Q.    HOW ABOUT HIS FATHER, JOHNNY?  DID YOU OBSERVE
INTERACTION BETWEEN DAVID AND JOHNNY?

A.    NOT A LOT.  NO, I DID NOT.

JOHNNY WAS MUCH QUIETER, MUCH MORE
RESERVED.  HE JUST SEEMED ALWAYS TO KIND OF BE IN THE
BACKGROUND.  AND DAVID'S MOTHER DEAN WAS MORE OF THE --
SHE WAS REAL OVERBEARING.

Q.    SO BETWEEN THE TWO, JOHNNY AND DEAN, DEAN WAS
SAY --

A.    DEAN, YES.

Q.    -- MORE ASSERTIVE?

A.    MUCH MORE ASSERTIVE THAN JOHNNY, YES.

Q.    DID YOU EVER NOTICE OR OBSERVE JOHNNY AND DAVID,
ANY AFFECTION, JOHNNY SHOWING DAVID ANY AFFECTION?

A.    NO.  NOT ANY MORE THAN -- HE WAS JUST LIKE --
MORE LIKE DEAN.  NEITHER ONE OF THEM SHOWED DAVID ANY
AFFECTION.

Q.    HOW ABOUT, WERE YOU ABLE TO DURING THE TIME YOU
HAD INTERACTION WITH HIS FAMILY, MAKE AN OBSERVATION
CONCERNING THEIR FINANCIAL CONDITION?

A.    I KNOW THAT THEY DIDN'T HAVE A LOT.  ALL OF US
WAS -- WE WERE POOR.  WE WERE ALL POOR, BUT DAVID AND

HIS FAMILY SEEMED TO BE MORE ON THE POVERTY LEVEL THAN WHAT WE WERE.

Q.      NOW, THERE CAME A TIME WHEN DAVID WENT TO PRISON IN MCALESTER, RIGHT?

A.      YES, HE DID.

Q.      THAT WAS AT THE OKLAHOMA STATE PENITENTIARY?

A.      YES.

Q.      DID YOU KEEP IN CONTACT WITH DAVID DURING THAT STRETCH OF TIME?

A.      YES.  DAVID AND I DID CORRESPOND SOME BY LETTER WHILE HE WAS IN MCALESTER.

Q.      AND AFTER HIS TIME AT OKLAHOMA STATE, OSP, PRISON, HE MOVED ON TO A FEDERAL PRISON.  DID YOU HAVE CONTACT WITH HIM THEN?

A.      YES, MOSTLY AFTER DAVID WAS MOVED TO INDIANA.

Q.      IN TERRE HAUTE?

A.      IN TERRE HAUTE, YES.

Q.      SO WHEN HE WAS ON DEATH ROW?

A.      YES.

Q.      WHAT DO YOU RECALL ABOUT YOUR FIRST CONTACTS WITH HIM IN TERRE HAUTE?

A.      THE FIRST TIME I PROBABLY WAS IN CONTACT WITH DAVID IS BECAUSE HE WAS GOING TO BE EXECUTED.  AND DUE TO THE FACT THAT WE HAVE A FUNERAL HOME, HE WAS WANTING SOMEONE TO ASSIST HIM WITH FUNERAL ARRANGEMENTS AND

THINGS LIKE THAT.  THEN ON ONE EXECUTION DATE I REMEMBER THAT HE DID NOT WANT TO BE IN AN UNMARKED GRAVE AND HE HAD ASKED IF I WOULD HELP HIM SEE THAT HE HAD A MONUMENT WITH HIS NAME ON IT AT THE GRAVE THAT HE HAD WISHED TO BE BURIED IN, WHICH WAS NEXT TO HIS MOTHER.  I TOLD HIM I'D DO WHAT I COULD.  SO WE ACTUALLY RECEIVED DONATIONS FROM PEOPLE THAT I DID NOT EVEN KNOW.  AND DAVID SELECTED HIS MONUMENT.  AND HE WAS TO BE EXECUTED ON JUNE 8TH.  AND HE WANTED TO PUT HIS DEATH DATE ON THERE AND I SAID DAVID, YOU DON'T KNOW WHAT MIGHT HAPPEN.  I SAID, YOU PUT THAT DATE ON THERE, IT'S THERE AND YOU ARE NOT EXECUTED THAT DATE, THEN WE ARE KIND OF -- YOU KNOW, WHAT ARE WE GOING TO DO.  WE TALKED ABOUT IT SEVERAL DIFFERENT TIMES AND HE FINALLY AGREED NOT TO HAVE HIS DEATH DATE ON THERE.  AND I CAN REMEMBER DURING ONE CONVERSATION I TOLD HIM, I SAID, THERE'S A REASON THAT YOU ARE STILL HERE.  YOU HAVE BEEN SET TO BE EXECUTED AND IT HAS NOT HAPPENED.  I SAID I TRULY BELIEVE IN MY HEART THAT GOD HAS A REASON AND A PURPOSE FOR YOU STILL TO BE HERE.

Q.    AND THAT WAS AFTER THE EXECUTION DATE HAD BEEN STAYED OR --

A.    YES.

Q.    -- TERMINATED OR CANCELLED?

A.    YES.

Q.   NOW, THE -- SINCE THAT TIME, HOW LONG AGO DO YOU RECALL THAT WAS WHEN YOU HAD THIS DISCUSSION ABOUT THE TOMBSTONE, APPROXIMATELY?

A.   PROBABLY ABOUT TEN YEARS.

Q.   THAT WAS TEN YEARS AGO?

A.   TEN YEARS AGO, YES.

Q.   DURING -- SINCE THAT TIME UP TO THE PRESENT, HAVE YOU REMAINED IN CONTACT WITH DAVID?

A.   YES.  DAVID AND I HAVE BEEN -- HAVE BECOME REALLY PRETTY CLOSE THROUGH LETTERS, THROUGH E-MAIL AND THEN HE CALLS WHEN HE CAN.

Q.   AND HAVE YOU ACTUALLY PHYSICALLY GONE TO VISIT HIM AT DEATH ROW?

A.   I'VE VISITED DAVID TWICE WHILE HE HAS BEEN ON DEATH ROW.

Q.   AND YOU HAVE HAD GOOD VISITS WITH HIM?

A.   GOOD VISITS.

I WAS REALLY NERVOUS THE FIRST TIME I WENT, BUT DAVID JUST -- HE IS JUST SO EASY TO TALK TO. AND HE WAS JUST SO -- ALWAYS SO EAGER TO KNOW ABOUT THE FAMILY AND WHAT'S GOING ON WITH ME, WITH MY FAMILY, OUR EXTENDED FAMILY.  THAT IS ALL WE REALLY TALKED ABOUT WAS OUR FAMILY.

Q.   AND DOES HE TAKE AN INTEREST IN YOUR FAMILY?

A.   YES.  I NEVER TALK TO DAVID, I NEVER GET AN

E-MAIL, I NEVER GET A LETTER THAT HE DOES NOT ASK ME ABOUT MY FAMILY, MY KIDS, MY GRANDKIDS.  AND THEN HE WILL ALSO ASK ABOUT THE EXTENDED FAMILY.

Q.    YOU SHARE THAT INFORMATION WITH YOUR FAMILY?

A.    OH, YEAH, YES.

Q.    DO THEY INQUIRE ABOUT HOW DAVID IS DOING?

A.    YES, THEY DO.

Q.    HOW ABOUT -- YOU ARE AWARE THAT DAVID HAS A SON SCOTT, IS THAT RIGHT?

A.    YES, I AM.

Q.    AND A GRANDSON ROBBIE?

A.    AND A GRANDSON ROBBIE.  AND DAVID IS VERY PROUD OF HAVING SCOTT AND ROBBIE IN HIS LIFE NOW.  WHEN DAVID TALKS ABOUT ROBBIE, YOU CAN JUST HEAR THE JOY COME OUT IN HIS VOICE.

Q.    SO HE TALKS TO YOU ABOUT SCOTT AND ROBBIE?

A.    A LOT, YES.

Q.    DO YOU LOOK FORWARD TO YOUR TELEPHONE CALLS WITH DAVID?

A.    OH, YES.  WE JUST -- YOU KNOW, WE ARE ONLY ALLOWED 15 MINUTES AND IT SEEMS LIKE THAT IS THE QUICKEST 15 MINUTES OF A TELEPHONE CONVERSATION.

Q.    AND DO YOU RECALL THE FIRST TIME YOU WERE GOING TO HAVE A PHONE CALL WITH HIM, HOW DID YOU FEEL BEFORE THE FIRST CALL?

A.      I WASN'T SURE.  I DIDN'T KNOW WHAT I WAS GOING TO SAY TO HIM.  I DIDN'T KNOW WHAT WE WERE GOING TO TALK ABOUT.  BUT WHEN I DID GET THE CALL, IT WAS VERY QUICK. THE 15 MINUTES JUST WENT BY TOO QUICK.

Q.      IT WAS A GOOD CALL?

A.      IT WAS A VERY GOOD CALL.

Q.      DOES DAVID'S PRESENCE IN YOUR LIFE HAVE VALUE TO YOU AND YOUR FAMILY?

A.      OH, YES.  I MEAN, DAVID IS OUR FAMILY AND THE LAST 15 YEARS OR SO DAVID AND I HAVE BECOME VERY CLOSE. SO YES, HE DOES HAVE A VALUE IN MY LIFE.

Q.      AND IF HE WERE EXECUTED, WOULD IT HAVE AN EFFECT -- WHAT KIND OF EFFECT WOULD IT HAVE ON YOU AND YOUR FAMILY?

A.      I WOULD MISS DAVID A LOT.  I WOULD MISS HIS PHONE CALLS.  I VALUE LIFE.  I VALUE DAVID AND I LOVE HIM.

Q.      THANK YOU.

              THE COURT:  CROSS EXAMINE.

                    CROSS EXAMINATION

BY MR. GURGANUS:

Q.      GOOD MORNING, MS. NICHOLS.

A.      GOOD MORNING.

Q.      HOW ARE YOU DOING?

A.      I'M FINE.

Q.      MY NAME IS JOHN GURGANUS.  AND WE HAVE NEVER MET
BEFORE, RIGHT?

A.      NO, WE HAVE NOT.

Q.      I JUST HAVE A FEW QUESTIONS FOR YOU.

A.      OKAY.

Q.      AND AGAIN, FEEL FREE TO TAKE AS MUCH TIME AS YOU
WANT TO ANSWER THE QUESTIONS.

A.      OKAY.

Q.      THERE IS NO -- I WANT TO TRY TO GET TO SOME OF
THE FACTS.  ALL RIGHT?

A.      OKAY.

Q.      SO YOU AND DAVID HAVE BECOME REAL CLOSE OVER THE
YEARS, IS THAT RIGHT?

A.      YES, WE HAVE.

Q.      HOW -- TELL ME ABOUT WHEN YOU WERE -- YOU KNEW
DAVID BEFORE HE WAS ON DEATH ROW.  HOW OLD WERE YOU AND
HOW OLD WAS HE?

A.      WHEN HE WAS ON DEATH ROW?

Q.      NO.  I MEAN WHEN YOU WERE KIDS BACK IN OKLAHOMA
CITY.

A.      WELL, I'M ABOUT TWO YEARS OLDER THAN DAVID.

Q.      TWO YEARS?

A.      YES.

Q.      YOUR MOM WAS EARLENE, RIGHT?

A.      YES.

Q.      SO YOUR MOM IS EARLENE AND YOU GUYS WERE LIVING
WHERE, WHERE EXACTLY?

A.      GERTY, OKLAHOMA.

Q.      GERTY?

A.      UH-HUH.

Q.      DID DAVID AND HIS FAMILY EVER LIVE IN GERTY?

A.      NOT THAT I CAN REMEMBER.  I BELIEVE THEY DID AT
ONE TIME, BUT NOT THAT I CAN REMEMBER.

Q.      SO THEY DIDN'T LIVE NEXT DOOR TO YOU OR ANYTHING
LIKE THAT?

A.      NO.

Q.      YOUR CONTACT THEN, I TAKE IT, WITH DAVID WAS
PRETTY MUCH AT THESE FAMILY GET TOGETHERS?

A.      YES, IT WAS.

Q.      THOSE WERE USUALLY AROUND THE HOLIDAYS, IS THAT
RIGHT?

A.      YES.

Q.      AND WOULD THAT HAVE ALSO BEEN YOUR MOM'S
CONTACTS WITH DAVID FOR THE MOST PART?

A.      AS FAR AS I KNOW, YES.

Q.      BECAUSE SHE NEVER SAW A SIDE OF DEAN BEING A
MEAN MOTHER.  THAT IS WHAT SHE TOLD SOMEONE.  DID SHE
TELL YOU THAT?

A.      NO.

Q.      SHE TOLD LOUISE LUCK THAT.  SO JUST GETTING

TO -- WOULD YOU ACCEPT THAT FACT, THAT YOUR MOM TOLD LOUISE LUCK SHE NEVER SAW DEAN BEING A MEAN MOTHER?

A.     I WASN'T PRESENT SO I HAVE NO IDEA.

Q.     DOES SHE KNOW DEAN BETTER THAN YOU?

A.     SHE WAS HER SISTER, SO YES.

Q.     HOW MANY TIMES DO YOU FIGURE THAT YOU WERE ACTUALLY IN THE PRESENCE OF DAVID HAMMER AND HIS MOM?

A.     I'M GOING TO SAY TWICE A YEAR.

Q.     TWICE A YEAR FOR -- FROM WHAT AGE DO YOU HAVE A MEMORY?

A.     OF BEING IN THE --

Q.     YEAH.  I'M JUST TRYING TO GET A SENSE OF HOW MUCH YOU WERE REALLY AROUND HIM?

A.     I WAS NOT AROUND HIM A LOT, EXCEPT FOR THE FAMILY GATHERINGS AND THINGS LIKE THAT.

Q.     WHAT IS THE AGE DIFFERENCE AGAIN?

A.     TWO YEARS.

Q.     TWO YEARS.

A.     TWO TO THREE YEARS, SOMETHING LIKE THAT.

Q.     HE IS OLDER THAN YOU OR --

A.     I AM OLDER THAN DAVID.

Q.     YOU DIDN'T KNOW HIM THEN WHEN HE WAS IN OKLAHOMA CITY?

A.     WELL, YES, I DID KNOW DAVID WHEN HE WAS AROUND. HE MARRIED WHEN HE WAS AROUND 16 YEARS OLD.  AND I HAD

MARRIED AT 18.  AND SO I DID HAVE A LITTLE BIT OF ASSOCIATION WITH DAVID AND HIS WIFE SHIRLEY.

Q.   WERE YOU THERE AT THE WEDDING?

A.   NO.

Q.   WHEN THEY GOT MARRIED?

A.   NO.

Q.   NOTHING LIKE THAT.  DID YOU KNOW OF HIS -- AROUND WHEN HE STARTED USING DRUGS?

A.   NO.  WELL, I WAS NOT AWARE OF IT AT THE TIME, NO.

Q.   WHEN DID YOU BECOME AWARE OF IT?

A.   I GUESS AFTER HE WENT INTO THE PRISON SYSTEM.

Q.   YOU WERE NOT IN OKLAHOMA CITY WHEN THE BIG HOSTAGE SITUATION HAPPENED?

A.   YES, I WOULD HAVE BEEN LIVING IN OKLAHOMA CITY.

Q.   BIG STORY?

A.   YES, I THINK SO.

Q.   THAT WAS YOUR COUSIN, RIGHT?

A.   YES.

Q.   THAT DID THAT?

A.   YES.

Q.   AND DID YOU ALSO SEEM TO SAY THAT, YOU KNOW, AS FAR AS DAVID CHANGING, THAT YOU THOUGHT THAT WAS JUST ANOTHER ONE OF HIS CONS?

A.   YEARS AGO, YES, I DID.  BUT THROUGH THE YEARS

AFTER DAVID RECEIVED CHRIST 10, 15 YEARS AGO, I WAS SKEPTICAL AT FIRST, BUT THROUGH THE YEARS DAVID HAS PROVEN TO ME THAT HE IS SINCERE.

Q.      JUST TO GO BACK TO THE MOM.  YOU ACTUALLY NEVER -- YOU REMEMBER DEAN YELLING AT THE KIDS, BUT YOU NEVER SAW HER STRIKING THE CHILDREN, IS THAT RIGHT?

A.      NO.  I DO NOT REMEMBER HER STRIKING CHILDREN.

Q.      YOU NEVER SAW HER STRIKE THE CHILDREN?

A.      NO, I DID NOT.

Q.      NOW, ABOUT THIS CON STUFF, WHY WOULD YOU -- WHAT CONS WERE YOU TALKING ABOUT THERE WITH DAVID?  DOES HE HAVE A REPUTATION OF NOT BEING TRUTHFUL?

A.      IN THE PAST, YES.

Q.      AND WHY IS THAT?

A.      IT'S JUST THE WAY HE WAS AT THAT TIME IN HIS LIFE.

Q.      AND HOW SO?

A.      I'M NOT SURE.

Q.      DO YOU KNOW -- DID YOU KNOW THAT HE -- YOU SAID THE TIME IN HIS LIFE.  SO YOU HAVE AN OPINION THAT AT ONE POINT IN DAVID'S LIFE THAT HE WAS A CON MAN?

A.      WELL, YES.  I READ THE NEWSPAPERS AND THINGS LIKE THAT ABOUT SOME OF THE THINGS THAT HE DID, YES.

Q.      DID YOU READ THE STORY IN THE NEWSPAPERS ABOUT HOW HE ADMITTED TO BEING A CON MAN?

A.      YES.

Q.      AND HOW HE WOULD CON HOMOSEXUAL MEN INTO SENDING HIM MONEY, ANYTHING LIKE THAT?

A.      I DO NOT REMEMBER READING THAT IN THE PAPER, NO.

Q.      WHAT WAS THE CONS THAT DAVID WAS ADMITTING TO THAT YOU WERE FAMILIAR WITH?

A.      TO ME?  I DON'T KNOW -- HE NEVER ADMITTED ANYTHING TO ME.  IT'S JUST THE THINGS I HAD HEARD THROUGH THE FAMILY OR READ IN THE NEWSPAPERS.

Q.      DID YOU KNOW THAT HE ACTED AS THOUGH HE WAS A POLICE OFFICER?

A.      NO.

                MR. MCHUGH:  OBJECTION.

                THE COURT:  OVERRULE.

                MR. GURGANUS:  YOU NEVER HEARD THAT HE SOLICITED MONEY TO BE A SANTA CLAUS AROUND CHRISTMAS AND KEPT THE MONEY?

                THE WITNESS:  YOU MEAN DURING MY GROWING UP WITH DAVID?

BY MR. GURGANUS:

Q.      YES.

A.      NO.

Q.      DIDN'T HEAR THAT?

A.      NO.

Q.      MAIL FRAUD SCHEMES, ANYTHING LIKE THAT?

A.      NO.

Q.      CREDIT CARD SCHEMES?

A.      NO.

Q.      DID YOU READ HIS BOOK?

A.      I'VE READ THE BOOK AND THAT IS THE ONLY WAY I KNOW ABOUT ANY OF IT.

Q.      SO YOU READ THE BOOK, THE FINAL ESCAPE.

A.      YES.

Q.      IS THIS THE FINAL ESCAPE?

A.      YES, I BELIEVE IT IS.

Q.      IN THE FOREWORD OF THAT FINAL ESCAPE, DID HE INDICATE THAT THE EVENTS WRITTEN ABOUT HERE ARE ALL FACTUAL AND ACTUALLY OCCURRED EXACTLY AS DETAILED.  SOME OF THE NAMES, SOME NAMES ARE FICTITIOUS IN ORDER TO PROTECT THE PRIVACY OF INDIVIDUALS, BUT EVEN THOSE SUBSTITUTIONS ARE FEW.  DO YOU REMEMBER READING THAT?

A.      YES.  YES.

Q.      AND WHEN HE WAS DESCRIBING AN UNCLE DON, DID YOU KNOW THAT TO BE UNCLE RON?

A.      I DID NOT KNOW THAT WHEN I READ THE BOOK.

Q.      BUT YOU KNOW THAT NOW?

A.      I KNOW THAT DAVID HAS TOLD ME THAT, YES.

Q.      SO THERE IS THIS REPUTATION OF BEING A CON MAN, RIGHT?

A.      YES.

Q.    THAT CAUSED YOU SOME CONCERN WHEN YOU GOT TOGETHER WITH DAVID?

A.    YES.

Q.    DID YOU -- WERE YOU INTERVIEWED DURING THE FIRST CASE WHEN DAVID HAD HIS FIRST TRIAL?  DID JILL MILLER COME AND TALK TO YOU?

A.    I DO NOT REMEMBER, NO.  I DO NOT REMEMBER THAT THEY DID.

Q.    DID YOU KNOW AT THE TIME THAT DAVID WAS TRYING TO SAY THAT HE HAD MULTIPLE PERSONALITIES?

          MR. MCHUGH:  OBJECTION.

          THE COURT:  OVERRULED.

BY MR. GURGANUS:

Q.    DID YOU KNOW THAT?

A.    I DID NOT KNOW THAT UNTIL I READ HIS BOOK.

Q.    THAT WAS NOT TRUE, RIGHT?

A.    I DON'T KNOW IF -- WHETHER IT IS TRUE OR NOT. ALL I KNOW IS WHAT THE BOOK SAID.

Q.    BUT YOU NEVER HAVE SEEN A JOCKO, HAVE YOU?

A.    NO, I HAVE NOT.

Q.    YOU HAVE NEVER SEEN HIM BECOME ANOTHER PERSON SUCH AS A JASPER?

A.    NO.

Q.    IT'S A SMALL ORANGUTAN?

A.    NO, I HAVE NOT.

Q.      YOU HAVE NEVER KNOWN HIM TO SAY THAT HE HAD A SECOND PERSONALITY OR A THIRD PERSONALITY OF TAMMY?

A.      NO, NOT TO ME HE HASN'T.

Q.      AND A WILBUR.  YOU DID NOT KNOW OF ANY WILBUR, DID YOU?

A.      NO.

Q.      THE WILBUR THOUGH -- THERE WAS A WILBUR, CORRECT?  AND THAT WILBUR WAS A DUMMY THAT HE HAD PLACED IN HIS CELL.  DID YOU KNOW THAT?

A.      NO.

Q.      WHEN HE ESCAPED.  DID YOU KNOW OF HIS ESCAPES FROM PRISON?

A.      YES.  I DID KNOW WHEN HE ESCAPED BECAUSE THE FAMILY WOULD ALWAYS KNOW.

Q.      HE WOULD REACH OUT TO FAMILY MEMBERS, IS THAT RIGHT?

A.      HE NEVER REACHED OUT TO ME DURING THE ESCAPES, AND THE OTHER FAMILIES, I DO NOT KNOW WHETHER HE REACHED OUT TO THEM OR NOT.

Q.      DID YOU KNOW OF MORE THAN ONE ESCAPE?

A.      I WAS THINKING THERE WAS TWO, ACCORDING TO THE BOOK.

Q.      DID YOU KNOW THAT IN ONE OF THOSE ESCAPES HE SHOT A MAN THREE TIMES IN THE HEAD?

A.      I DID NOT KNOW THAT AT THE TIME.

Q.    YOU KNOW THAT FROM THE BOOK?

A.    FROM THE BOOK, YES.

Q.    IN THE BOOK HE INDICATES HE DID THAT, RIGHT?

A.    YES.

Q.    HE MADE THE GUY STRIP NAKED?

A.    I DON'T RECALL ANY OF THE DETAILS.  IT'S BEEN -- I READ THE BOOK RIGHT AFTER HE PUBLISHED IT.  I HAVE NOT READ IT SINCE, BUT I REMEMBER SOME OF THE DETAILS BUT NOT ALL OF THEM.

Q.    JUST A FEW MORE MINUTES.

       NOW YOU KNEW MARTIN HAMMER ALSO, RIGHT?

A.    YES.

Q.    BUT MARTIN WAS KIND OF BORN WITH PROBLEMS?

A.    YES.  MARTIN HAS HIS ISSUES.

Q.    BUT RIGHT FROM THE GET-GO, RIGHT?

A.    I'M ASSUMING SO.  I -- YOU KNOW, MARTIN WAS QUITE A BIT YOUNGER THAN ME.  I DON'T REMEMBER A LOT ABOUT MARTIN WHEN HE WAS BORN.

Q.    YOUR BUSINESS --

A.    YES.

Q.    -- HOW LONG HAVE YOU HAD THAT BUSINESS?

A.    WE HAVE OWNED OUR OWN BUSINESS FOR 23 YEARS, BUT I'VE WORKED IN IT MUCH LONGER THAN THAT.

Q.    23 YEARS?

A.    YES.

Q.      AND YOU STILL WORK IN THAT BUSINESS WITH YOUR HUSBAND?

A.      YES.

Q.      YOU HAVE A LOT OF COUSINS, DON'T YOU?

A.      YES.

Q.      DO YOU ALL MAINTAIN CONTACT WITH EACH OTHER?

A.      NOT ALL OF US, NO.

Q.      HOW MANY DO YOU MAINTAIN CONTACT WITH, WOULD YOU SAY?

A.      I COULD NOT COUNT ALL OF THEM, BUT I DO REMAIN IN CONTACT WITH A LOT OF THEM BECAUSE OF MY MOTHER.

Q.      BECAUSE OF YOUR MOTHER?

A.      YES.

Q.      AND THIS FAMILY, THE MILLER FAMILY, RIGHT?

A.      YES.

Q.      PRETTY CLOSE KNIT FAMILY, WOULD YOU SAY?

A.      YES, WE ARE.

Q.      AND THAT IS UNUSUAL KIND OF IN THIS DAY AND AGE, WOULDN'T YOU SAY?

A.      YES.

Q.      THERE IS NOT A LOT OF THAT GOING ON NOW, IS THERE?

A.      WE ARE FORTUNATE THAT WE HAVE SO MANY THAT STILL LIVES IN OKLAHOMA SO WE ARE ABLE TO GET TOGETHER.

Q.      IS THAT -- WOULD YOU AGREE WITH ME THAT

NOWADAYS, IT'S PRETTY MUCH NUCLEAR FAMILY BUT THEY EVEN HOLD TOGETHER?  DO YOU KNOW WHAT I MEAN?  TO THE EXTENT -- THE IDEA OF THE EXTENDED FAMILY, YOU DON'T SEE IT AS MUCH THESE DAYS, DO YOU?

A.      I'M NOT SURE.  YOU KNOW, I JUST KNOW THAT WE HAVE A CLOSE FAMILY.  AND HOW OTHER FAMILIES ARE, I'M NOT SURE.

Q.      AND IT'S A BIG FAMILY, RIGHT?

A.      YES, IT IS.

Q.      OF ALL OF THE PEOPLE IN THIS FAMILY, ALL YOUR COUSINS -- LET'S TALK ABOUT YOUR COUSINS.  ANY OF THEM HAVE ANY SERIOUS CONVICTIONS LIKE THIS?

A.      NOT THAT I KNOW OF, NO.

Q.      ONLY DAVID, RIGHT?

A.      ONLY DAVID.

Q.      HAS ANYONE BEEN CONVICTED OF MURDER OTHER THAN DAVID?

A.      NO.

Q.      HAS ANYONE BEEN CONVICTED OF SHOOTING WITH INTENT TO KILL OTHER THAN DAVID?

A.      NOT THAT I KNOW OF, NO.

Q.      NO ONE HAS BEEN CONVICTED OF ESCAPE OTHER THAN DAVID, RIGHT?

A.      YES, CORRECT.

                MR. GURGANUS:  YOUR HONOR, I HAVE NO

FURTHER QUESTIONS.

MR. MCHUGH:  NOTHING FURTHER.  THANK YOU, MS. NICHOLS.

THE COURT:  THANK YOU.  YOU MAY STEP DOWN.

(WITNESS EXCUSED.)

MR. MCHUGH:  SCOTT BUTLER.

SCOTT BUTLER, DEFENSE WITNESS, SWORN.

THE CLERK:  STATE AND SPELL YOUR FULL NAME FOR THE RECORD, PLEASE.

THE WITNESS:  SCOTT BUTLER, S-C-O-T-T B-U-T-L-E-R.

THE COURT:  YOU HAVE TO MOVE CLOSE TO THE MICROPHONE AND SPEAK UP.

DIRECT EXAMINATION

BY MR. MCHUGH:

Q.    GOOD MORNING, MR. BUTLER.  WHERE DO YOU RESIDE?

A.    IN DES MOINES, IOWA.

Q.    IS THAT WHERE YOU WERE RAISED?

A.    YES.

Q.    AND HOW OLD ARE YOU TODAY?

A.    38.

Q.    HOW ARE YOU PRESENTLY EMPLOYED?

A.    I BUILD HOUSES AND DELIVER PIZZAS.

Q.    AND HOW ARE YOU RELATED TO DAVID HAMMER?

A.      HE IS MY FATHER.

Q.      AND WHEN DID YOU FIRST HAVE CONTACT WITH YOUR FATHER?

A.      I WAS ABOUT 21.

Q.      AND HOW DID THAT COME ABOUT?

A.      JUST LETTERS.

Q.      AND BY LETTERS, WHAT DO YOU MEAN, YOU RECEIVED LETTERS?

A.      HE SENT LETTERS TO MY MOM AND I GOT LETTERS THROUGH HER FROM HIM.

Q.      AND WHEN YOU GOT THOSE LETTERS, INITIALLY DID YOU READ THEM OR WHAT DID YOU DO WITH THEM?

A.      I DIDN'T READ THEM AT ALL.  I DIDN'T REALLY HAVE ANYTHING TO DO WITH HIM.

Q.      AND DID THERE COME A TIME THAT YOU RECEIVED MORE LETTERS?

A.      OVER THE YEARS, YES.

Q.      AND DID THERE COME A TIME WHEN YOU STARTED TO READ THE LETTERS AND LOOK INTO WHAT THEY SAID?

A.      I WAS ABOUT 22, 23 WHEN I STARTED ACTUALLY READING THEM AND DECIDING I WANTED TO HAVE SOMETHING TO DO WITH HIM.

Q.      AND HOW DID IT PROGRESS FROM THERE?  DID YOU START TO HAVE COMMUNICATION WITH YOUR FATHER?

A.      SLOWLY, YES.

Q.      AND WHY WAS IT SLOW?

A.      I JUST WANTED TO TAKE IT DAY-BY-DAY.

Q.      YOU DID?

A.      YES.

Q.      AND WHY IS THAT?

A.      I WANTED TO BUILD SOMETHING WITH HIM.  I DIDN'T WANT TO JUST JUMP INTO A RELATIONSHIP THAT WE NEVER HAD. I WANTED TO GO SLOW AND FROM THERE ON OUT IT HAS BEEN PRETTY GOOD.

Q.      AND THESE LETTERS, THESE WERE IN THE FORM OF LETTERS THAT WERE MAILED TO YOU, IS THAT RIGHT?

A.      YES.

Q.      AND THEN YOU STARTED WRITING BACK?

A.      YES.

Q.      AND DID YOU HAVE ADDITIONAL COMMUNICATION BESIDES JUST LETTERS?

A.      PHONE, E-MAIL.

Q.      AND HAVE YOU ACTUALLY VISITED YOUR FATHER AT TERRE HAUTE?

A.      I HAVE BEEN THERE ONCE.

Q.      AND HOW HAS THE RELATIONSHIP PROGRESSED FROM THE INITIAL TIME THAT YOU RECEIVED THESE LETTERS UNTIL WE ARE HERE TODAY?

A.      FAIRLY GOOD.  I'M QUITE PLEASED WITH THE WAY IT HAS GONE.

Q.    DO YOU GET ALONG WITH HIM?

A.    YES.

Q.    DO YOU HAVE ANY FAMILY?  DO YOU HAVE ANY CHILDREN?

A.    I HAVE A SON.

Q.    AND WHAT IS YOUR SON'S NAME?

A.    ROBBIE.

Q.    AND SO HOW OLD IS YOUR SON?

A.    HE WILL BE 3 IN AUGUST.

Q.    SO THEN DAVID -- THAT WOULD -- DAVID WOULD BE HIS GRANDFATHER, IS THAT RIGHT?

A.    YES.

Q.    I'M GOING TO SHOW YOU A COUPLE PHOTOGRAPHS, IF I MAY.

        IF I CAN HAVE 25 UP, PLEASE.

        MR. MCHUGH:  MAY I APPROACH, YOUR HONOR?

        THE COURT:  YES.

BY MR. MCHUGH:

Q.    MR. BUTLER, I'M GOING TO ASK YOU TO TAKE A LOOK AT THESE EXHIBITS THAT I HAVE PUT IN FRONT OF YOU.  AND I'M JUST GOING TO HAVE A COUPLE OF QUESTIONS FOR YOU IN A MINUTE.

A.    OKAY.

Q.    YOU WILL NOTICE THAT -- HOLD ON.  LET ME GET TO A MICROPHONE.

YOU WILL NOTICE TO YOUR LEFT THERE, IT IS PRETTY CLOSE QUARTERS, BUT THERE IS A SCREEN THERE.  CAN YOU VIEW IT?

A.     YES.

Q.     SO LET'S WORK WITH THE SCREEN, WHICH IS DEFENSE EXHIBIT 55.  CAN YOU TELL US ABOUT THAT?  THAT IS A PICTURE, IS THAT RIGHT?

A.     YES, THAT WAS AT MY HOUSE.  THAT IS ME, RIGHT THERE, HOLDING ROBBIE AND THEN MY FIANCEE, KATIE.

Q.     IS KATIE ROBBIE'S MOM?

A.     YES.

Q.     SO THAT IS YOUR FAMILY?

A.     YES.

Q.     WHEN WAS THIS TAKEN, APPROXIMATELY?

A.     OH, GOD.  I'M GOING TO SAY ABOUT TWO YEARS AGO.

Q.     AND IF WE COULD HAVE 26, WHICH IS EXHIBIT 56. I'M GOING TO ASK YOU TO LOOK AT EXHIBIT 56.  NOW THAT IS UP ON THE SCREEN.  YOU HAVE IT BEFORE YOU.

AND WHO IS THIS?

A.     THAT IS ROBBIE.

Q.     THAT IS DAVID'S GRANDSON?

A.     YES.

Q.     AND IF YOU KNOW, APPROXIMATELY HOW OLD WAS ROBBIE IN THIS PHOTO?

A.     I'M GOING TO SAY ABOUT -- APPROXIMATELY A YEAR.

Q.      AND IF WE COULD HAVE NUMBER 27, WHICH IS EXHIBIT 57.  AGAIN, IF YOU CAN IDENTIFY THIS PICTURE.

A.      THAT IS ROBBIE RUNNING, AND THEN THAT IS ME.  WE WAS AT THE PARK.

Q.      AND AGAIN, APPROXIMATELY HOW LONG AGO WAS THIS PHOTO TAKEN?

A.      HE WAS ABOUT A YEAR, YEAR AND A HALF IN THAT.

Q.      SO THE -- DOES DAVID COMMUNICATE WITH ROBBIE OR KEEP AN INTEREST IN ROBBIE?

A.      HE IS HEAD OVER HEELS OVER ROBBIE.  HE WILL CALL MY FIANCEE, KATIE, AND TALK TO ROBBIE WHENEVER HE CAN.

Q.      SO DAVID CALLS TO YOUR FIANCEE, KATIE, AND SPEAKS TO ROBBIE ON THE PHONE?

A.      YES.

Q.      WHEN YOU SAY "HEAD OVER HEELS," HOW DO YOU KNOW THAT?  HAS HE TOLD YOU THAT?

A.      YES.  AND WHENEVER WE HAVE COMMUNICATED BY PHONE, HE IS ALWAYS ASKING ABOUT ROBBIE, ASKING HOW HE IS DOING, IF HE'S RUNNING OR IF HE IS TALKING, JUST HOW BIG HE IS GETTING.

Q.      AND DO YOU HAVE -- DO YOU RECEIVE COMMUNICATIONS FROM DAVID IN THE MAIL, CARDS AND THINGS OF THAT NATURE?

A.      YES.

Q.      I'M GOING TO SHOW YOU WHAT HAS BEEN MARKED AS DEFENSE EXHIBIT 58, MR. BUTLER.  IF YOU CAN JUST TAKE A

MINUTE AND KIND OF PAGE THROUGH THE EXHIBIT.  I THINK YOU WILL BE ABLE TO IDENTIFY IT FOR US IN A GENERAL WAY.

A.    THESE ARE BIRTHDAY CARDS TO ME SO FAR.

Q.    SO THE FIRST -- AND WHEN YOU SAY "BIRTHDAY CARDS TO YOU," WHO ARE THEY FROM?

A.    FROM MY DAD.

Q.    OBVIOUSLY, THIS IS A COPY, IS THAT RIGHT?

A.    YES.

Q.    DID YOU BRING THESE WITH YOU TO PHILADELPHIA FROM IOWA WHEN YOU CAME HERE?

A.    YES.

Q.    AND DID YOU RECEIVE THESE IN THE MAIL?

A.    YES.

Q.    FROM YOUR DAD?

A.    YES.

Q.    AND BESIDES BIRTHDAY CARDS TO YOU, ARE THERE OTHER CARDS?  AND I HAVE THEM NUMBERED AT THE BOTTOM. WE PUT LITTLE NUMBERS ON THEM.  SO IF YOU WANT TO REFER TO THE BOTTOM RIGHT-HAND BY THE PAGE NUMBER, WE CAN FOLLOW ALONG WITH YOU.

A.    NUMBER 8, THAT IS A BIRTHDAY CARD TO ROBBIE FROM MY DAD.

Q.    AND CAN YOU READ THAT FOR US?

A.    IT'S YOUR VERY FIRST BIRTHDAY.  8/27/12. ROBBIE, IT'S A HAPPY TIME FOR ALL OF US WHO LOVE YOU AS

YOU CELEBRATE YOUR FIRST BIRTHDAY.  HAPPY BIRTHDAY.

LOVE, GRANDPA DAVID.

Q.      AND THAT IS A CARD THAT YOU RECEIVED AT YOUR

RESIDENCE FROM DAVID?

A.      YES.

Q.      HOW ABOUT STARTING ON PAGE 12.  IS THAT ANOTHER

CARD?

A.      YES.

Q.      WHAT IS THAT?

A.      THAT IS A CHRISTMAS CARD.

Q.      AND WHO IS THAT TO?

A.      TO ROBBIE.

Q.      AND WHO IS THAT FROM?

A.      FROM MY DAD.

Q.      AND HOW -- HE SIGNS IT GRANDPA DAVID?

A.      YES.

Q.      I WANTED TO JUST BACKTRACK A LITTLE BIT.  THE

FIRST BIRTHDAY CARD, THE FIRST CARD ON PAGE 1, THERE IS

WRITING ON IT THAT BEGINS ON PAGE 2.  COULD YOU READ

THAT FOR US?

A.      ALWAYS BE PROUD OF WHO YOU ARE BECAUSE YOU ARE

-- WHO YOU ARE IS SOMEONE VERY SPECIAL.  HAPPY BIRTHDAY,

HAPPINESS ALWAYS.  SCOTT, YOU ARE IN MY THOUGHTS.  I

HOPE THAT YOU WILL HAVE A VERY HAPPY BIRTHDAY.

Q.      THEN DOES IT CONTINUE ON TO PAGE 3?

A.      YES.  PLEASE DO GIVE MY LOVE TO KATIE AND A BIG HUG TO ROBBIE FROM ME.  I WILL CALL YOU SOON.  HAPPY BIRTHDAY, 36.  LOVE, DAD.

Q.      YOU RECEIVED THAT FROM DAVID?

A.      YES.

Q.      AND IF WE COULD JUST GO BACK TO PAGE 15, IF YOU COULD IDENTIFY THAT?

A.      THAT IS A CHRISTMAS CARD.

Q.      AND WHO IS THAT TO?

A.      ROBBIE.

Q.      AND --

A.      FROM GRANDPA DAVID.

Q.      AND THEN HOW ABOUT 18?

A.      THAT IS A MOTHER'S DAY CARD TO MY FIANCEE FROM DAD.

Q.      AND THAT IS DAVID?

A.      YES.

Q.      AND THEN ON 22?  IS THAT A CARD TO KATIE ALSO?

A.      YES, IT'S A BIRTHDAY CARD TO HER.

Q.      IF YOU COULD JUST READ WHAT WAS WRITTEN IN THAT CARD.

A.      9/2013.  KATIE, I HOPE THAT YOU WILL HAVE A VERY HAPPY BIRTHDAY.  YOU ARE IN MY THOUGHTS.  WISH I COULD BE THERE TO HELP YOU CELEBRATE.  I KNOW WE COULD ALL HAVE LOTS OF FUN.  GIVE ROBBIE A HUG FOR ME.  I WILL TRY

AND CALL YOU SOON.  GIVE MY LOVE TO SCOTT, TOO.  DO TAKE CARE.  HAPPY BIRTHDAY.  LOVE, DAVID -- OR LOVE, DAD.

Q.    AND AGAIN, THESE ARE SOME OF THE CARDS THAT YOU HAVE RECEIVED FROM DAVID WHILE HE HAS BEEN INCARCERATED, IS THAT RIGHT?

A.    CORRECT.

Q.    YOU HAVE RECEIVED OTHER CARDS BESIDE THESE, IS THAT RIGHT?

A.    YES.

Q.    NOW, SINCE YOUR FATHER'S PRESENCE, HIS PRESENCE HAS COME INTO YOUR LIFE AND YOUR GRANDSON'S LIFE ROBBIE AND YOUR FIANCEE KATIE'S, IS THAT PRESENCE OF DAVID IN YOUR FAMILY'S LIFE AND YOUR LIFE AND YOUR GRANDSON'S LIFE VALUABLE TO YOU AND YOUR GRANDSON?

A.    YES.

Q.    AND WHY SO?

A.    I JUST WANT HIM -- WANT MY SON TO KNOW WHO HIS GRANDFATHER IS.  I -- GROWING UP I DIDN'T KNOW WHO MY DAD WAS.  AND I DON'T WANT MY SON TO GO THROUGH THE SAME THING I DID GROWING UP.

Q.    AND IS YOUR RELATIONSHIP WITH YOUR FATHER NOW SOMETHING THAT IS VALUABLE TO YOU?

A.    YES.

Q.    AND WHY IS THAT?

A.    IT'S SOMEONE I CAN TALK TO.  I CAN SEE WHERE I

HAVE COME FROM.  I KNOW WHO I CAME FROM ON MY MOM'S SIDE.  NOW I GET TO SEE WHERE I COME FROM ON MY DAD'S SIDE.

Q.    AND COULD YOU TELL US HOW WOULD YOU FEEL IF YOUR FATHER WAS TAKEN FROM YOU AND WAS EXECUTED?

A.    HURT, NOT ONLY FOR MYSELF BUT FOR MY SON AND MY FIANCEE.  THEY DON'T DESERVE IT.  THEY DESERVE TO HAVE HIM AS PART OF THEIR LIFE JUST AS MUCH AS I DO.

MR. MCHUGH:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.  I WOULD ASK TO MOVE THE EXHIBITS IN IF THERE IS NO OBJECTION.

THE COURT:  ANY OBJECTION?

MS. HAINES:  NO, YOUR HONOR.

THE COURT:  ALL RIGHT.  THEN EXHIBITS D 55, D 56, D 57 AND D 58 WILL BE ADMITTED.

(DEFENSE EXHIBITS 55, 56, 57, 58 ADMITTED INTO EVIDENCE.)

THE COURT:  CROSS EXAMINE.

CROSS EXAMINATION

BY MS. HAINES:

Q.    GOOD MORNING, MR. BUTLER, HOW ARE YOU?

A.    PRETTY GOOD.

Q.    ARE YOU GOING TO SAY HELLO TO ME NOW?

A.    HELLO.

Q.    IN THE HALL YOU WOULD NOT SPEAK TO ME.  DO YOU

REMEMBER THAT?

ALL RIGHT.  MY NAME IS MS. HAINES.  I'M GOING TO ASK YOU JUST A FEW QUESTIONS.  OKAY?

A.      OKAY.

Q.      NOW, YOU INDICATED WHEN YOU GOT ON THE STAND THIS MORNING THAT YOU WERE 21 WHEN YOU HAD YOUR FIRST CONTACT WITH YOUR FATHER.  IS THAT YOUR RECOLLECTION?

A.      AROUND ABOUT TIME, YEAH.

Q.      ALL RIGHT.  DO YOU RECALL BEING INTERVIEWED BY LOUISE LUCK, THE DEFENSE INVESTIGATOR IN THIS CASE?

A.      A WHILE BACK.

Q.      IN 2012?

A.      I DON'T KNOW IF IT WAS 2012 OR NOT.

Q.      DO YOU RECALL TELLING HER THAT YOU WERE ACTUALLY BETWEEN THE AGES OF 25 AND 26 WHEN YOU HAD THE FIRST CONTACT WITH YOUR FATHER?

A.      IT MIGHT HAVE BEEN.

Q.      DOES THAT SOUND CORRECT, THAT YOU WERE ACTUALLY 25 OR 26?

A.      IT WAS -- I WAS IN MY EARLY TO MID 20S.  21 I'M PRETTY SURE IS RIGHT AROUND THE TIME.

Q.      ALL RIGHT.  WHEN -- WELL, DO YOU RECALL TELLING THAT HER THE FIRST TIME YOU CONTACTED HIM WAS ACTUALLY 2008, A COUPLE OF YEARS -- SIX YEARS AGO?

A.      GIVE OR TAKE.

Q.      NOW, HE WAS ALREADY ON DEATH ROW BY THAT POINT, CORRECT?

A.      AS FAR AS I KNOW, YES.

Q.      HE MUST HAVE TOLD YOU THAT, RIGHT, THAT HE WAS ON DEATH ROW?

A.      YES.

Q.      OKAY.

        AND THE TWO OF YOU -- YOUR RELATIONSHIP, ACCORDING TO WHAT YOU TOLD MS. LUCK, IS ALL ABOUT THE PRESENT, IS THAT RIGHT?

A.      CORRECT.

Q.      YOU DO NOT GET INTO THE PAST WITH HIM?

A.      RIGHT.

Q.      AND I THINK YOU HAVE SAID THAT WHATEVER HAPPENED IN THE PAST YOU CAN'T CHANGE AND YOU ARE GOING TO LEAVE IT THERE, IS THAT FAIR?

A.      YES.

Q.      THAT IS HOW YOU VIEW YOUR RELATIONSHIP WITH YOUR FATHER, CORRECT?

A.      THAT IS HOW I WANT IT TO BE, YES.

Q.      BECAUSE PREVIOUSLY YOU HAD A LOT OF RESENTMENT TOWARDS HIM, RIGHT?

A.      CORRECT.

Q.      YOU DON'T WANT TO KEEP REVISITING THAT?

A.      RIGHT.

Q.       NOW, WHEN YOUR SON ROBBIE WAS BORN, YOU DECIDED THAT YOU WANTED TO HAVE A CONNECTION WITH YOUR FATHER FOR YOUR SON, RIGHT?

A.       I DECIDED THAT BEFORE ROBBIE WAS BORN.

Q.       WAS HE ALREADY IN THE PICTURE?  HAD HE ALREADY BEEN CONCEIVED WHEN YOU DECIDED TO --

A.       NO.

Q.       BUT YOU TOLD LOUISE LUCK YOU ARE TRYING TO HAVE A CONNECTION WITH YOUR FATHER MOSTLY FOR YOUR SON, RIGHT?

A.       I WANT MY RELATIONSHIP WITH MY FATHER, BUT I WANT MY SON TO HAVE A RELATIONSHIP WITH MY FATHER AT THE SAME TIME.

Q.       WELL, DO YOU RECALL TELLING MS. LUCK THAT WHEN YOU LOOK INTO THE FUTURE, WHEN YOU PROJECT INTO THE FUTURE, YOU DON'T SEE SO MUCH YOU AND HIM, BUT REALLY YOU SEE YOUR DAD AND ROBBIE?  YOU SAID THAT IS WHAT I ENVISION, MY DAD AND ROBBIE.  DO YOU REMEMBER TELLING MS. LUCK THAT?

A.       NO, I DON'T.

Q.       OKAY.

         HAS YOUR FIANCEE KATIE EVER MET YOUR FATHER?

A.       NO.

Q.       HAS ROBBIE EVER MET YOUR FATHER?

A.      NO.

Q.      I GUESS YOU HAVE MET HIM ONE TIME?

A.      I MET HIM ONCE.

Q.      HAVE YOU EVER MET YOUR GRANDFATHER, JOHNNY HAMMER?

A.      NO.

Q.      HOW ABOUT YOUR AUNT DIANE, HAVE YOU EVER MET HER?

A.      NO.

Q.      OTHER THAN -- DID YOU MEET YOUR UNCLE MARTIN, HERE IN PHILADELPHIA?

A.      YES.

Q.      WAS THAT THE FIRST TIME YOU MET HIM?

A.      YES.

Q.      AND ALL THE CARDS THAT YOU TALKED ABOUT, THEY ARE ALL IN THE LAST THREE YEARS, RIGHT?

A.      THAT I HAVE, YES.

Q.      DO YOU KNOW WHETHER YOUR FATHER EVER SENT A CARD TO THE MARTIS AND APOLOGIZED FOR WHAT HE DID TO THEIR SON BY MURDERING HIM?

A.      NOT THAT I KNOW OF, NO.

                MS. HAINES:  NOTHING FURTHER, YOUR HONOR.

                MR. MCHUGH:  NOTHING FURTHER, YOUR HONOR.

                THE COURT:  YOU MAY STEP DOWN.

                (WITNESS EXCUSED.)

THE COURT:  THERE IS ONE OTHER EXHIBIT. I DON'T KNOW IF IT WAS MOVED INTO EVIDENCE, D 47.

MR. MORENO:  THAT'S CORRECT, YOUR HONOR. I FAILED TO DO THAT.  IF WE CAN MOVE THAT INTO EVIDENCE AS WELL.

THE COURT:  ANY OBJECTION?

MS. HAINES:  NO, YOUR HONOR.

THE COURT:  NO OBJECTION.  D 47 WILL BE RECEIVED.

(DEFENSE EXHIBIT 47 ADMITTED INTO EVIDENCE.)

THE COURT:  WHY DON'T WE TAKE OUR MID-MORNING RECESS AT THIS POINT AND THEN WE WILL CONTINUE.  WE WILL TAKE A FIVE MINUTE RECESS.

(BREAK TAKEN.)

THE COURT:  NEXT WITNESS.

MS. SAUNDERS:  YOUR HONOR, WE WILL CALL DR. RUBEN GUR.

RUBEN GUR, DEFENSE WITNESS, SWORN.

THE CLERK:  STATE AND SPELL YOUR FULL NAME FOR THE RECORD.

THE WITNESS:  MY NAME IS RUBEN GUR, R-U-B-E-N G-U-R.

DIRECT EXAMINATION (QUALIFICATIONS)

BY MS. SAUNDERS:

Q.        GOOD MORNING, DR. GUR, HOW ARE YOU?

A.        OKAY.

          MS. SAUNDERS:   YOUR HONOR, IF I MAY APPROACH?

          THE COURT:   YES.

BY MS. SAUNDERS:

Q.        DR. GUR, I HAVE PLACED IN FRONT OF YOU WHAT HAS BEEN MARKED AS DEFENSE EXHIBIT 100.   CAN YOU IDENTIFY THAT FOR ME, PLEASE?

A.        YES.   THIS IS MY CURRICULUM VITAE FROM JANUARY OF 2013, PREPARED ACCORDING TO THE INSTRUCTIONS OF THE UNIVERSITY OF PENNSYLVANIA SCHOOL OF MEDICINE.

Q.        IS THAT FOR WHOM YOU ARE EMPLOYED?

A.        YES.

Q.        AND WHAT IS YOUR POSITION AT THE UNIVERSITY OF PENNSYLVANIA MEDICINE?

A.        I'M PROFESSOR WITH TENURE IN THE DEPARTMENTS OF PSYCHIATRY, NEUROLOGY AND RADIOLOGY AND THE GRADUATE GROUP OF NEUROSCIENCE.

Q.        OKAY.   CAN YOU TELL US A LITTLE BIT ABOUT YOUR EDUCATIONAL BACKGROUND?

A.        YES.   I RECEIVED MY BACHELOR'S DEGREE IN PSYCHOLOGY AND PHILOSOPHY FROM THE HEBREW UNIVERSITY OF JERUSALEM IN ISRAEL IN 1970.   I DID A MASTERS AND A PH.D. IN CLINICAL PSYCHOLOGY AT MICHIGAN STATE

UNIVERSITY, 1971 AND 1973 RESPECTIVELY.

I DID A POST DOCTORAL FELLOWSHIP IN THE LABORATORY OF PROFESSOR HILGARD AT STANFORD, 1973, '74. I JOINED THE FACULTY AT THE UNIVERSITY OF PENNSYLVANIA IN THE DEPARTMENT OF PSYCHOLOGY IN 1974 AND SERVED THERE UNTIL 1981 WHEN I MOVED TO THE MEDICAL SCHOOL WITH A PRIMARY APPOINTMENT IN PSYCHIATRY AND NEUROLOGY.  AND THEN I WAS PROMOTED TO ASSOCIATE PROFESSOR, FULL PROFESSOR AND BEEN THERE SINCE THEN.

Q.      DO YOU HAVE ANY LICENSES WITHIN PENNSYLVANIA?

A.      YEAH.  I'M A LICENSED PSYCHOLOGIST IN THE COMMONWEALTH OF PENNSYLVANIA.

Q.      AND HOW ABOUT BOARD SPECIALTIES?

A.      I'M CERTIFIED BY THE AMERICAN BOARD OF PROFESSIONAL PSYCHOLOGY WITH A SUBSPECIALTY IN CLINICAL NEUROPSYCHOLOGY.

Q.      OKAY.  AND ARE YOU A DIPLOMATE?

A.      YES.

Q.      AND COULD YOU DESCRIBE THAT FOR THE COURT, PLEASE.

A.      THAT IS A PROCESS OF CERTIFYING A RELATIVELY SMALL NUMBER OF EXPERIENCED AND ADVANCED NEUROPSYCHOLOGISTS.

Q.      AND DO YOU HAVE ANY HOSPITAL AND ADMINISTRATIVE APPOINTMENTS?

A.    YES.  I DIRECT THE BRAIN BEHAVIOR LABORATORY AT THE UNIVERSITY OF PENNSYLVANIA AS WELL AS THE CENTER FOR NEUROIMAGING AND PSYCHIATRY.  AND I ALSO SERVE AS A PSYCHOLOGIST IN THE PHILADELPHIA V.A., VETERANS ADMINISTRATION MEDICAL CENTER.  I DO THAT FOR 2/8TH TIME WHERE I WORK WITH THE VETERANS DOING CLINICAL WORK AND RESEARCH.

Q.    CAN YOU DESCRIBE FOR THE COURT WHAT YOUR FACULTY APPOINTMENTS ARE AT THE PENN MEDICAL CENTER?

A.    MY FACULTY APPOINTMENT IS PROFESSOR OF PSYCHOLOGY IN PSYCHIATRY, NEUROLOGY AND RADIOLOGY.

Q.    AND WHAT ARE YOUR TEACHING RESPONSIBILITIES AT THE UNIVERSITY?

A.    I AM ON THE BOARD OF THE UNIVERSITY SCHOLARS, WHICH IS A GROUP OF ADVANCED UNDERGRADUATES WITH EVIDENCE THAT THEY CAN CONDUCT RESEARCH, AND SO THEY START THE RESEARCH EXPERIENCE VERY EARLY DURING THEIR UNDERGRADUATE YEARS.

I TEACH MOSTLY AT THE GRADUATE LEVEL AND MEDICAL SCHOOL.  AND I ALSO -- I MENTOR ON POST-DOCTORAL -- ON SEVERAL POST DOCTORAL TRAINING GRANTS FROM THE NATIONAL INSTITUTES OF HEALTH.  AND I MENTOR JUNIOR FACULTY WHO HAVE SO-CALLED K AWARDS, WHICH ARE CAREER AWARDS FROM THE NATIONAL INSTITUTES OF HEALTH.

Q.    WHAT TYPE OF COURSES DO YOU ACTUALLY TEACH?

A.      I DON'T HAVE TO TEACH BECAUSE MY SALARY IS FULLY COVERED FROM RESEARCH AND CLINICAL WORK, BUT OCCASIONALLY I OFFER A COURSE.  LAST TIME WAS A COURSE ON -- AN UNDERGRADUATE COURSE ON SEX DIFFERENCES IN THE BRAIN AND WHEN I -- WHEN I LIKE TO TEACH, I JUST OFFER A COURSE.

Q.      HAVE YOU OFFERED A COURSE PREVIOUSLY ON BRAIN IMAGING?

A.      YES.  I PARTICIPATE REGULARLY IN COURSES ON BRAIN IMAGING AT THE MEDICAL SCHOOL AND THE UNIVERSITY. AND I HAVE IN THE PAST OFFERED COURSES IN THIS AREA.

Q.      ON PAGE 3 OF EXHIBIT 100, YOUR CV, YOU LIST AWARDS, HONORS AND MEMBERSHIPS IN HONORARY SOCIETIES. DO YOU SEE THAT?

A.      YES.

Q.      WHAT IS THE BRAIN AND BEHAVIOR RESEARCH FOUNDATION?

A.      THE BRAIN AND BEHAVIOR RESEARCH FOUNDATION IS THE LARGEST NONFEDERAL AGENCY THAT SUPPORTS RESEARCH ON BRAIN AND BEHAVIOR.  IT WAS FORMERLY CALLED NARSAD, BUT HAS BEEN OPERATING WITH THIS NAME FOR SEVERAL YEARS NOW.

Q.      YOU RECEIVED TWO AWARDS RECENTLY FROM THAT ORGANIZATION, CORRECT?

A.      YES.  I RECEIVED A DISTINGUISHED INVESTIGATOR AWARD IN 2007 AND THE HIGHEST PRIZE THAT THEY OFFER,

WHICH IS THE LIEBER PRIZE FOR OUTSTANDING ACHIEVEMENT IN SCHIZOPHRENIA RESEARCH IN 2009, WHICH I SHARED WITH MY WIFE, RAQUEL.

Q.      BELOW THAT ON YOUR CV YOU TALK ABOUT PROFESSIONAL AND SCIENTIFIC SOCIETIES.  SOME ARE DESIGNATED AS FELLOW.  WHAT DOES IT MEAN TO BE ELECTED TO FELLOW STATUS?

A.      INDIVIDUALS WHO ARE MEMBERS OF A PARTICULAR ASSOCIATION AND HAVE RECEIVED DISTINCTION IN THEIR AREA ARE NOMINATED TO FELLOW STATUS AND THEN VOTED ON BY CURRENT FELLOWS OF THE ORGANIZATION TO JOIN THAT STATUS.

Q.      BELOW THAT YOU LIST EDITORIAL ADVISORY POSITIONS.  CAN YOU EXPLAIN TO THE COURT WHAT THAT DESIGNATION MEANS?

A.      SCIENCE IS DONE IN PUBLIC.  THE MAIN FEATURE OF SCIENCE IS THAT EVERYTHING A SCIENTIST DOES SHOULD BE OPEN TO PEER REVIEW, AND THEIR PUBLICATIONS SHOULD BE EVALUATED BY PEERS.  SO I'M ON BOTH SIDES OF THAT SCENARIO.  I TRY TO GET GRANTS BECAUSE THE RESEARCH I DO IS EXPENSIVE AND THOSE GRANTS ARE PEER REVIEWED BEFORE THEY CAN GET FUNDED.  WHEN I DO A STUDY, I WILL TRY TO PUBLISH IT AND I TRY TO PUBLISH IN PEER-REVIEWED JOURNALS.  SO THERE ARE PEERS THAT WOULD BE REVIEWING.

AND ON THE OTHER SIDE OF THE FENCE, I ALSO SERVE TO REVIEW OTHER PEOPLE'S WORK.  AND THE FIRST

EXAMPLE THAT IS LISTED HERE IS MEMBERSHIP IN THE

NATIONAL INSTITUTES OF HEALTH, SO-CALLED STUDY SECTIONS.

A NIH STUDY SECTION IS A GROUP OF EXPERTS THAT CAN

NUMBER FROM -- ANYWHERE FROM 20 TO 25 FROM AROUND THE

COUNTRY WHO ARE EXPERTS IN A PARTICULAR AREA.  AND THEY

REVIEW ALL GRANT APPLICATIONS FROM INVESTIGATORS AROUND

THE COUNTRY WHO TRY TO GET FUNDED TO DO RESEARCH IN THAT

AREA.  THAT STUDY SECTION MEETS THREE TIMES A YEAR

REVIEWING ANYWHERE FROM 80 TO 100 GRANTS EVERY TIME.

AND THEY DISCUSS AND VOTE ON WHICH OF THESE GRANTS

SHOULD BE FUNDED.  SO I HAVE BEEN A MEMBER OF STUDY

SECTION BETWEEN 1993 AND 1996.  YOU ARE ELECTED FOR A

TERM OF FOUR YEARS.  AND I HAVE SERVED SEVERAL TERMS ON

DIFFERENT STUDY SECTIONS.

CURRENTLY THAT IS NOT LISTED HERE BECAUSE

THAT HAPPENED AFTER JANUARY OF 2013.  I'M NOW A MEMBER

OF A STUDY SECTION CALLED APDA, A-P-D-A.  IT STANDS FOR

ADULT PSYCHOPATHOLOGY AND DISORDERS OF AGING.

SIMILARLY WHEN I SUBMIT A PAPER TO -- FOR

PUBLICATION, IT GOES TO THE JOURNAL AND THE EDITOR

DECIDES ABOUT -- DECIDES WHETHER TO PUBLISH IT.  AND

THEY REACH THAT DECISION BY ASSIGNING THE MANUSCRIPT TO

REVIEW BY EXPERTS IN THE FIELD AROUND THE WORLD, GETTING

THEIR OPINIONS AND DECIDING WHETHER THE MANUSCRIPT NEEDS

TO BE REVISED IN A MAJOR WAY OR A MINOR WAY OR WHETHER

IT CAN BE ACCEPTED AS IS, WHICH ALMOST NEVER HAPPENS.

SO I HAVE BEEN SUBMITTING AND PUBLISHING PAPERS IN PEER-REVIEWED JOURNALS AND I'VE BEEN ALSO SERVING AS AN EDITOR OF PEER-REVIEWED JOURNALS BOTH AS A MEMBER OF THE EDITORIAL BOARD AND AS AN ACTION EDITOR FOR A JOURNAL CALLED BRAIN AND COGNITION.

Q.     THOSE FOR WHICH YOU HAVE SERVED ON BOTH THE EDITORIAL BOARD AND AS AN ACTION EDITOR HAVE INVOLVED THE SUBJECT OF BOTH BRAIN IMAGING AND NEUROPSYCHOLOGY. IS THAT FAIR TO SAY?

A.     YES.  ALL THESE JOURNALS DEAL WITH BRAIN AND BEHAVIOR, AND NOWADAYS THIS MEANS NEUROPSYCHOLOGY AND NEUROIMAGING.

Q.     PAGES 6 TO 35 OF YOUR CV LIST VARIOUS PEER-REVIEWED RESEARCH PUBLICATIONS FOR WHOM YOU ARE THE AUTHOR OR CO-AUTHOR.  IS THAT FAIR TO SAY?

A.     YES.  THIS LISTS ALL THE PEER-REVIEWED PUBLICATIONS.

Q.     AND CAN YOU EXPLAIN FOR THE COURT THE DIFFERENCE BETWEEN A PEER-REVIEWED ARTICLE VERSUS ANOTHER TYPE OF ARTICLE?

A.     A PEER-REVIEWED ARTICLE IS AN ARTICLE THAT WAS -- IS PUBLISHED IN A RECOGNIZED JOURNAL THAT HAS HIGH STANDARDS FOR REVIEW OF MANUSCRIPTS.  THERE IS AN INSTITUTE CALLED THE INSTITUTE FOR SCIENTIFIC

INFORMATION THAT HAPPENS TO BE LOCATED HERE IN PHILADELPHIA, BUT IT'S A WORLDWIDE INSTITUTE THAT KEEPS TRACK OF EVERY PAPER THAT GETS PUBLISHED IN THE PEER-REVIEWED JOURNALS AND EVERY INVESTIGATOR WHO PUBLISHES IN PEER-REVIEWED JOURNAL, AND THEY COUNT HOW MANY PUBLICATIONS THERE ARE. AND EVERY TIME A PUBLICATION CITES IN THE REFERENCE ANOTHER PUBLICATION, THAT IS COUNTED AS A CITATION. CITATIONS ARE EVERY BIT AS IMPORTANT AS PUBLICATIONS. PEOPLE CAN PUBLISH PAPERS AND THEN NOBODY READS THEM, NOBODY USES THEM. AND THAT MEANS THAT THAT INVESTIGATOR DOES NOT HAVE AN IMPACT ON THE FIELD.

THE CURRENT STANDARD IS TO CALCULATE AN IMPACT FACTOR FOR EACH RESEARCHER AND THE IMPACT FACTOR HAS TWO NUMBERS ASSOCIATED WITH IT. ONE IS CALLED THE H INDEX. THE H INDEX IS THE NUMBER OF REFEREED PUBLICATIONS THAT THAT SCIENTIST HAS WHO HAVE BEEN CITED THAT NUMBER OF TIMES. SO IF YOUR H INDEX IS 10, IT MEANS YOU HAD 10 PAPERS THAT WERE CITED AT LEAST 10 TIMES. ANOTHER -- 10 CITATIONS FOR A PAPER IS SORT OF CONSIDERED IN THE FIELD IS THAT THE PAPER IS AN ACE. IT MEANS -- THE SPOT WAS CITED IN A WAY THAT WAS IMPACTFUL.

SO THERE IS AN INDEX THAT IS CALLED AN I 10 INDEX, WHICH IS A NUMBER THAT INDICATES HOW MANY PAPERS HAS THAT INVESTIGATOR PUBLISHED THAT WERE CITED

AT LEAST 10 TIMES.  SO THE H INDEX AND THE I 10 INDEX HAVE BEEN VALIDATED AS BEING HIGHLY PREDICTIVE OF CONTRIBUTIONS AND IMPACT ON THE FIELD AND THESE ARE INDICES THAT ARE BEING USED BY ACADEMIC INSTITUTIONS TO DECIDE ABOUT HIRING, PROMOTION, TENURE AND EVEN SALARY. IN EUROPE YOUR SALARY AS AN ACADEMIC IS CALCULATED BASED ON THOSE INDICES.

Q.      IN THIS LIST OF PEER-REVIEWED ARTICLES THAT YOU HAVE THAT HAVE BEEN REVIEWED BY OTHERS IN THE FIELD, DOES IT INCLUDE ARTICLES ABOUT THE TECHNOLOGY THAT YOU USED AND TESTING THAT YOU CONDUCTED ON MR. HAMMER?

A.      YES.

Q.      FOR EXAMPLE, YOU WROTE -- THERE ARE PEER-REVIEWED ARTICLES IN HERE WITH RESPECT TO THE PET SCAN THAT YOU ADMINISTER.  IS THAT FAIR TO SAY?

A.      YES.

Q.      I WOULD TURN YOU TO PAGE 8, NUMBER 21 ON YOUR LIST.  IS THAT ONE OF THOSE ARTICLES?

A.      YES.

Q.      ALSO LOOK DOWN.  NUMBER 29, IS THAT ANOTHER ONE OF THOSE ARTICLES?

A.      YES.

Q.      THERE ARE OTHERS LISTED IN HERE AS WELL, IS THAT FAIR TO SAY?

A.      YES.

Q.      NOW YOU ALSO IN YOUR EVALUATION FOR MR. HAMMER CONDUCTED AN MRI.  I'M GOING TO SAY THE WRONG ONE.  YOU DID WHAT TYPE OF MRI?

A.      STRUCTURAL.

Q.      STRUCTURAL MRI.  THERE ARE ARTICLES IN YOUR LIST THAT HAVE BEEN PEER-REVIEWED WITH REGARD TO THE TECHNOLOGY THAT WAS USED FOR THAT AS WELL.  IS THAT FAIR TO SAY?

A.      YES.

Q.      FOR EXAMPLE, IF YOU LOOK ON PAGE 66 --  EXCUSE ME, PAGE 11, DOCUMENT 66, IS THAT ONE OF THE ARTICLES THAT INVOLVES THE TYPE OF IMAGING THAT YOU DID WITH MR. HAMMER'S CASE, IN OTHER WORDS, TALKING ABOUT THE TECHNOLOGY INVOLVED?

A.      YES.  THAT WAS ACTUALLY THE FIRST STUDY THAT DEMONSTRATES THE RELIABILITY AND VALIDITY OF SEGMENTATION OF THE BRAIN INTO THE THREE COMPARTMENTS OF GRAY MATTER, WHITE MATTER AND CEREBRAL SPINAL FLUID.

Q.      AND THEN 68 AND 69 ALSO INVOLVED THE TECHNOLOGY INVOLVED IN THE IMAGING THAT YOU DID WITH REGARD TO MR. HAMMER.  IS THAT FAIR TO SAY?

A.      YES.

Q.      NOW, IF YOU TURN THE PAGE TO PAGE 19 OF YOUR CV, YOU LIST NUMBER 170 AND 171.  DO THOSE INVOLVE ARTICLES, PEER-REVIEWED ARTICLES ABOUT COMPUTERIZED TESTING THAT

YOU CONDUCTED SIMILAR TO THE TECHNOLOGY YOU USED WITH MR. HAMMER?

A.      YES.

THE COURT:  CAN I JUST ASK A QUESTION?

MS. SAUNDERS:  YES.

THE COURT:  I HAVE REVIEWED D 100, THE CV.  IS THERE ANY QUESTION ABOUT THE QUALIFICATIONS OF THE DOCTOR?  I'M JUST WONDERING IF WE COULDN'T GO INTO THE TESTING OF MR. HAMMER, UNLESS THERE IS SOME OTHER REASON FOR MORE BACKGROUND INFORMATION.

MS. HAINES:  YOUR HONOR, WE ARE NOT OBJECTING TO HIS QUALIFICATIONS.  SO I DON'T OBJECT TO SKIPPING THE PRELIMINARY QUESTIONING AS SHE IS DOING, BUT WE ARE OBJECTING TO THE METHODOLOGY, BUT I WILL ADDRESS THAT.

THE COURT:  I'M SORRY.  I LOST WHAT YOU SAID IN THE MIDDLE.  YOU ARE NOT OBJECTING TO WHAT?

MS. HAINES:  THAT HE IS QUALIFIED TO DO PET SCANS AND MRI'S.  WE DO OBJECT TO HOW HE INTERPRETS THEM, BUT THAT HAS NOTHING TO DO WITH HIS QUALIFICATIONS SO....

THE COURT:  ARE YOU GOING --

MS. SAUNDERS:  I CAN SHORTEN IT UP AND JUST DO A COUPLE MORE QUESTIONS, IF THAT IS ALL RIGHT, YOUR HONOR.

THE COURT:  LET'S DO THAT.

BY MS. SAUNDERS:

Q.     DOCTOR, YOU INDICATED THAT YOU HAVE A NUMBER OF GRANTS THROUGH NIH.  DO YOU DO RESEARCH FOR OTHER GOVERNMENT AGENCIES USING THE SAME TYPE OF TECHNOLOGY THAT YOU ARE USING -- THAT YOU USED IN MR. HAMMER'S EVALUATION?

A.     YES.  RIGHT NOW OUR WORK IS FUNDED BY THE NATIONAL INSTITUTES OF MENTAL HEALTH, THE NATIONAL INSTITUTES OF DRUG ABUSE, THE ARMY, THE MARINES AND NASA.

Q.     WHAT TYPE OF EVALUATIONS ARE YOU CONDUCTING FOR THE ARMY?

A.     FOR THE ARMY WE ARE LOOKING AT RISK FOR SUICIDE AND INDICATORS OF RESILIENCE IN SERVICE MEMBERS.  THE SAME TEST THAT I ADMINISTERED TO MR. HAMMER IN 2005 IS NOW ADMINISTERED TO EVERY SOLDIER DURING THEIR SECOND DAY OF SERVICE.  AND WE ARE LOOKING AT THE DATA TO TRY TO PREDICT WHO MIGHT COMMIT IMPULSIVE ACTS AND ESPECIALLY WE ARE INTERESTED IN REDUCING THE SUICIDE RATE.

Q.     FOR THE MARINES WHAT TYPE OF -- ARE YOU DOING FOR THEM?

A.     FOR THE MARINES, IT'S A MORE EXTENSIVE STUDY THAT INCLUDES BOTH THESE COMPUTERIZED TESTS AND

NEUROIMAGING AND WE STUDY THEM BEFORE THEY ARE DEPLOYED AND THEN WHEN THEY GET BACK, TO LOOK AT AGAIN PREDICTORS OF RESILIENCY.

Q.       HOW ABOUT FOR NASA?

A.       FOR NASA WE ARE DOING SEVERAL STUDIES INCLUDING NEUROIMAGING AND THIS TESTING.  FOR EXAMPLE, NEXT YEAR IN APRIL THERE IS GOING TO BE A MISSION WHERE A COSMONAUT AND AN ASTRONAUT WILL BE SENT TO SPEND A WHOLE YEAR IN ORBIT.  THERE IS VERY LITTLE THAT WE KNOW ABOUT WHAT HAPPENS TO COGNITION WHEN YOU ARE EXPOSED TO WEIGHTLESSNESS.  PARTICULARLY THERE IS A CONCERN OF -- BECAUSE THE HEART PUMPS BLOOD MORE FORCEFULLY TOWARD THE HEAD BECAUSE IT HAS TO GO UP IN THE SITUATION OF GRAVITY THAT IS ADAPTIVE.  WHEN YOU DON'T HAVE GRAVITY, THAT CAN GENERATE EDEMA OR BLOOD COLLECTION IN THE BRAIN THAT CAN INTERFERE WITH COGNITION.  SO IN THAT MISSION THEY WILL TAKE OUR TESTS ONCE A MONTH THROUGHOUT THEIR STAY.

THE ASTRONAUT HAS A TWIN BROTHER WHO IS ALSO AN ASTRONAUT AND THE TWIN BROTHER WILL TAKE THE TEST AT THE SAME TIME ON THE PLANET.  AND WE ARE COMPARING NOT JUST IMAGES, BUT ALSO WE ARE LOOKING AT GENOMICS AND ANY CHANGES THAT MAY OCCUR DUE TO THE STRESS OF SPACE FLIGHT.

MS. SAUNDERS:  I WOULD OFFER DR. GUR AS AN EXPERT IN BRAIN IMAGING AND NEUROPSYCHOLOGY.

MS. HAINES:  NO OBJECTION.

THE COURT:  ALL RIGHT.  DR. GUR WILL BE FOUND SO QUALIFIED.

MS. SAUNDERS:  THANK YOU.

DIRECT EXAMINATION

BY MS. SAUNDERS:

Q.     DR. GUR, BEFORE WE GET INTO MR. HAMMER HIMSELF --

(PAUSE.)

BY MS. SAUNDERS:

Q.     DR. GUR, BEFORE WE GET INTO THE ACTUAL TESTING YOU CONDUCTED WITH MR. HAMMER, CAN YOU EXPLAIN TO THE COURT THE BASICS OF BRAIN ANATOMY?

A.     YES.  IF I MAY, I WILL TRY TO BRIEFLY EXPLAIN THE MAIN CONCEPTS THAT ONE NEEDS IN ORDER TO UNDERSTAND THE REST OF MY TESTIMONY.  THE FIRST THING TO UNDERSTAND IS THE WAY THE BUILDING BLOCKS OF THE BRAIN WORK.  THE BUILDING BLOCKS OF THE BRAIN ARE BRAIN CELLS.  BRAIN CELLS ARE CALLED NEURONS.  AND WHAT YOU SEE ON THE SCREEN IS A CARTOON OF A NEURON.  IT'S A CARTOON IN THE SENSE THAT THE NEURON DOESN'T REALLY LOOK LIKE THAT, BUT IT ILLUSTRATES ALL THE PARTS OF A NEURON, AND ALL NEURONS HAVE ALL THESE PARTS THAT YOU SEE IN THE CARTOON.

THE FIRST DISTINCTION BETWEEN A NEURON

AND OTHER CELLS IN THE BODY IS THE -- IF YOU LOOK AT THE BLUE PART, THE CELL ITSELF IS SURROUNDED BY MULTIPLE PROTRUSIONS, THEY LOOK LIKE HAIR, COMING OUT OF THE CELL.  THESE PROTRUSIONS ARE CALLED DENDRITES AND THEY SWIM IN A SEA OF CHEMICALS CALLED -- KNOWN AS NEUROTRANSMITTERS.  AND THOSE CHEMICALS BECOME -- GET ATTACHED TO THE DENDRITES.  AND WHEN THE ELECTRICAL POLARITY OF THE CHEMICALS OUTSIDE THE CELL IS SUFFICIENTLY DIFFERENT FROM THE ELECTRIC POLARITY INSIDE THE CELL, IT PRODUCES A SHORT.  IT PRODUCES A PULSE, AN ELECTRIC PULSE THAT TRAVELS ON THE SKIN OR THE MEMBRANE OF THE CELL.  AND THEN IT SHOOTS DOWN -- THAT PULSE SHOOTS DOWN A LONGER FIBER, IT'S CALLED AXON, YOU CAN SEE HERE IN RED.  AND WHEN IT SHOOTS DOWN THAT AXON, IT REACHES THE AXON TERMINALS.  WHEN IT REACHES THE AXON TERMINALS, THEY RELEASE CHEMICALS.

THOSE CHEMICALS WILL BE IN THE SURROUNDING.  AND IF THEY -- IF THE TERMINAL ENDS NEAR ANOTHER NEURON, THOSE CHEMICALS WILL ATTACH TO THE DENDRITES AND PRODUCE ANOTHER PULSE.  AND THIS IS HOW BRAIN CELLS COMMUNICATE WITH EACH OTHER.  IF, ON THE OTHER HAND, AT THE END OF THE AXON TERMINAL THERE IS A MUSCLE, THEN THAT MUSCLE WILL CONTRACT.

NOW IMPORTANTLY, THAT FIBER THAT CONDUCTS THE ELECTRICAL PULSE CAN BE VERY SHORT, BUT IT CAN BE

SEVERAL FEET LONG.  SO WE HAVE A FIBER LIKE THAT CONNECTING ALL OF THE WAY FROM OUR BRAIN TO THE TIP OF OUR TOE.  SO WHEN THE FIBER GETS VERY LONG, IT NEEDS TO BE INSULATED THE SAME WAY AS IF THE ELECTRIC COMPANY SENDS CURRENT THROUGH CONDUCTORS THROUGH LARGE DISTANCES, IT SURROUNDS THOSE CURRENTS WITH RUBBER TO INSULATE THEM.  AND THE BRAIN DOES NOT HAVE RUBBER.  THE BRAIN USES FAT.  THAT FAT GETS A MORE RESPECTABLE NAME IN THE BRAIN.  IT'S CALLED MYELIN, M-Y-E-L-I-N, AND THAT MYELIN SURROUNDS THE AXON AND INSULATES THE ELECTRIC PULSE.

SO THAT IS ESSENTIALLY HOW THE BRAIN WORKS THROUGH THOSE CELLS.  THOSE CELLS SEND PULSES WITH WHICH THEY COMMUNICATE WITH EACH OTHER AND THEN THEY ALSO SEND THE PULSES THAT CONNECT TO MUSCLES.  AND THAT IS HOW WE BEHAVE.  SO IN ORDER FOR ME TO MOVE MY HAND, THERE HAS TO BE A COMMAND COMING FROM MY BRAIN, FROM THE LEFT SIDE OF MY BRAIN, BECAUSE THE LEFT SIDE OF THE BRAIN CONTROLS THE RIGHT SIDE OF THE BODY AND THE RIGHT SIDE OF THE BRAIN CONTROLS THE LEFT SIDE OF THE BODY. AND SO THERE IS A COMMAND THAT HAS TO COME AND -- TO RAISE MY HAND.

IF I WERE A PATIENT UNDERGOING EPILEPSY SURGERY -- AS YOU KNOW, THE BRAIN SURGERY YOU DON'T NEED TO DO UNDER ANESTHESIA, BECAUSE PARADOXICALLY THE BRAIN

ITSELF DOES NOT FEEL PAIN.  IT DOESN'T HAVE PAIN RECEPTORS.  SO YOU CAN DO THAT SURGERY WHEN THE PATIENT IS AWAKE.  AND IF THE SURGEON SENDS AN ELECTRIC PULSE TO THIS PART OF THE BRAIN RIGHT ABOVE MY EARS AND ON THE LEFT, THEN I WOULD RAISE MY RIGHT ARM.  AND THAT WAY YOU CAN CONTROL EVERY FINGER, EVERY DIGIT, YOUR LEGS, YOUR MOUTH.  IF ONE POINT YOU PRESS, THE PATIENT WILL START TALKING.  YOU PUSH ANOTHER POINT, THE PATIENT WILL STOP TALKING.  NOTABLY WHEN YOU DO THOSE AND YOU ASK THE PATIENT WHY DID YOU RAISE YOUR HAND, INVARIABLY THEY SAY BECAUSE I FELT LIKE IT.  NONE OF THEM SUSPECT THAT ANY THING THEY DO HAS TO DO WITH WHAT THE SURGEON DOES ELECTRICALLY.

SO THIS IS ESSENTIALLY HOW THE BRAIN WORKS AND AT THE BOTTOM HERE OF THE SLIDE YOU SEE AGAIN A CARTOON OF THE BRAIN ITSELF SHOWING THE MAIN BRAIN STRUCTURES.  THAT IS A VIEW IF I CUT THE BRAIN IN HALF AND OPEN IT UP.  YOU CAN SEE NOW MORE ABOUT HOW THE BRAIN IS ORGANIZED.

THE FIRST THING YOU MAY NOTICE IS A STEM. THE BRAIN IS SITTING ON A STEM.  IT'S CALLED THE BRAIN STEM.  THAT BRAIN STEM COMES FROM THE SPINAL CORD.  THE SPINAL CORD HAS EXTENSIVE BRAIN TISSUE, NEURAL TISSUE, AND ITS ROLE IS TO SENSE THE ENVIRONMENT.  SO THE SPINAL CORD CAN FEEL IF YOU ARE HOT OR COLD, IF YOU ARE HUNGRY

OR THIRSTY, IF YOU NEED SEX.  ALL OF THOSE THINGS COME TO YOUR BRAIN FROM THE SPINAL CORD.

AND AS YOU KNOW, EVOLUTION DOES NOT THROW ANYTHING AWAY.  THE BRAIN STEM AND SPINAL CORD ARE EXACTLY THE BRAIN THAT YOU SEE IN A SNAKE.  AND SO THE BRAIN STEM AND THE SPINAL CORD CAN DO EVERYTHING A SNAKE CAN DO, THEY CAN WIGGLE, THEY CAN MOVE, THEY CAN SENSE VARIOUS THINGS.

NOW ON TOP OF THE BRAIN OF A SNAKE, YOU HAVE A BRAIN OF A REPTILE.  ON TOP OF THAT YOU HAVE THE BRAIN OF A MAMMAL.  ON TOP OF THAT YOU HAVE THE BRAIN OF A PRIMATE.  AND ON TOP OF ALL THAT COMES THE UNIQUELY HUMAN TISSUE.  BUT ALL OF THOSE OLDER BRAINS ARE STILL THERE AND OPERATING PRETTY MUCH IN THE SAME WAY THAT THEY ARE OPERATING IN OUR ANCESTORS FROM THE ANIMAL WORLD.

THE TWO IMPORTANT STRUCTURES THAT YOU CAN SEE IN THIS PICTURE A LITTLE BIT, BUT I THINK I HAVE A BETTER PICTURE AFTER THAT, BUT YOU SEE THE LIMBIC SYSTEM.  THAT IS RIGHT IN THE MIDDLE OF BRAIN.  THE TWO MAIN STRUCTURES -- GO BACK.  THE TWO MAIN STRUCTURES IN THE LIMBIC SYSTEM ARE -- ONE OF THEM IS SHAPED SORT OF LIKE A SEA HORSE SO ITS NAME IS HIPPOCAMPUS, WHICH IS SEA HORSE IN GREEK, H-I-P-P-O-C-A-M-P-U-S.  AND THE OTHER IS SHAPED LIKE AN ALMOND, AND THAT IS AMYGDALA,

A-M-Y-G-D-A-L-A, IN GREEK.  AND THEY ARE RIGHT NEXT TO EACH OTHER, LITERALLY INTERTWINED WITH EACH OTHER.  AND THEY ARE VERY PRIMITIVE STRUCTURES.  THEY ALREADY EXIST -- AS THEY ARE LOOKING IN HUMANS, THEY ALREADY EXIST IN A CROCODILE.  AND THEY ASK VERY SIMPLE AND FAIRLY PRIMITIVE QUESTIONS.

Q.    WHAT ARE THOSE TYPES OF QUESTIONS THAT THEY ASK?

A.    SO THE HIPPOCAMPUS KEEPS ASKING, IS THIS A NEW EXPERIENCE OR HAVE I BEEN THROUGH THAT BEFORE?  SO IN ORDER TO ANSWER THAT VERY SIMPLE QUESTION, THE HIPPOCAMPUS NEEDS TO HAVE ACCESS TO OUR MEMORY STORAGE.  AND INDEED, WHEN THE HIPPOCAMPUS IS REMOVED -- FOR EXAMPLE, SOMETIMES TO TREAT EPILEPSY, YOU NEED TO REMOVE THE HIPPOCAMPUS BECAUSE BOTH THE HIPPOCAMPUS AND THE AMYGDALA ARE VERY PRONE TO SEIZURES.  SO WHEN YOU REMOVE THE HIPPOCAMPUS ON ONE SIDE, YOU STILL HAVE THE HIPPOCAMPUS ON THE OTHER, AND MEMORY WILL BE DISRUPTED IN THE WAY THAT IF YOU MOVE THE HIPPOCAMPUS ON THE LEFT SIDE YOU WILL LOSE VERBAL MEMORY, AND IF YOU MOVE IT ON THE RIGHT SIDE YOU WILL LOSE NONVERBAL, VISUAL MEMORY.

BUT IN A CASE SUCH AS -- A VERY WELL KNOWN CASE CALLED HM, BOTH HIPPOCAMPI WERE REMOVED AND AFTER THE SURGERY, HM COULD NOT LEARN ANYTHING NEW.  HE REMEMBERED EVERYTHING THAT HAPPENED TO HIM UNTIL THE SURGERY, AND NOTHING THAT HAPPENED TO HIM AFTER THE

SURGERY.  SO FOR EXAMPLE, WHEN HIS WIFE, WHO VISITED HIM DAILY, AFTER 10 YEARS EVERY TIME SHE WOULD WALK IN, HE WILL BE SHOCKED AND WILL SAY, GOD, YOU HAVE AGED SO MUCH.  WHAT HAPPENED TO YOU?  HE WOULD THINK THAT IT HAPPENED OVERNIGHT.  AND THAT WOULD HAPPEN DAY AFTER DAY.  HE COULD NOT LEARN ANYTHING NEW.

Q.       HOW ABOUT THE AMYGDALA?

A.       THE AMYGDALA ASKS A DIFFERENT QUESTION AND THAT QUESTION IS, AM I IN DANGER?  IS THIS THREATENING?  AGAIN, THE AMYGDALA IS A VERY PRIMITIVE ORGAN.  IT DOES NOT SPEAK.  IT DOES NOT UNDERSTAND MUCH VERY SUBTLE LANGUAGE.  IN HUMANS IT MAY GET INTERPRETATION OF LANGUAGE INFORMATION.  SO IF YOU SIT IN A MOVIE THEATER AND YOU SEE A TIGER JUMPING AT YOU ON THE SCREEN, THE AMYGDALA DOES NOT KNOW YOU ARE IN A MOVIE THEATER.  IT WILL GET SCARED AND WILL SCREAM, GET OUT OF HERE.  AND IT'S -- FORTUNATELY IT'S CONNECTED VERY INTIMATELY WITH THE FRONTAL LOBE, ESPECIALLY THE ORBITAL FRONTAL LOBE.  THE FRONTAL LOBE GETS ALL THE INFORMATION FROM THE BRAIN AND MAKES THE EXECUTIVE DECISION WHAT TO DO ABOUT IT.  SO IN A SITUATION OF THE MOVIES, THE FRONTAL LOBE THAT WILL TELL YOU, RELAX, THIS IS ONLY A MOVIE, YOU ARE NOT REALLY IN A JUNGLE, YOU PAID FOR YOUR SEAT, THERE IS NO REASON FOR YOU TO BE WORRIED.  IT'S PART OF WHY WE ENJOY SCARY MOVIES.  WE GET SCARED, THE AMYGDALA GETS SCARED,

AND ORBITAL FRONTAL SAYS THIS IS FINE, YOU ARE SAFE.

SO THE WAY THE BRAIN PROCESSES INFORMATION IS THAT INFORMATION THAT COMES FROM THE SPINAL CORD GETS INTO THE BRAIN AND DIFFUSES INTO THE CORTEX OF THE BRAIN.  THE CORTEX OF THE BRAIN ALSO GETS INFORMATION FROM THE OUTSIDE WORLD, MOSTLY IN HUMANS THROUGH THE VISUAL SYSTEM AND ALSO THE AUDITORY SYSTEM. OF COURSE, THERE IS ALSO OLFACTORY SYSTEM, SMELL. HUMANS ARE ESPECIALLY VISUAL.  OUR VISUAL CORTEX IS ESPECIALLY BIGGER AND WE DON'T BELIEVE SOMETHING UNTIL WE SEE IT.  IN DOGS IT'S DIFFERENT.  A DOG WON'T BELIEVE SOMETHING UNTIL THEY SNIFF IT.  THEIR VISION IS NOT THAT GOOD.

THE INFORMATION FROM OUR EYES GOES TO THE BACK OF THE BRAIN TO A REGION CALLED OCCIPITAL LOBE, O-C-C-I-P-I-T-A-L.  AND THAT IS WHERE -- THE FIRST JOB OF THE OCCIPITAL LOBE IS TO INVERT THE IMAGE BECAUSE OUR EYES SEND THE PICTURE -- THE PICTURE UPSIDE DOWN.  AND THEN THEY INTERPRET THE IMAGE IN A VERY PRIMITIVE WAY. IT CAN DISTINGUISH LINES, SHADES, MOVEMENT, BUT IT DOES NOT KNOW WHAT THESE THINGS ARE.  THAT INFORMATION GETS FORWARDED TO THE PARIETAL LOBE.  IN THE PARIETAL LOBE IT GETS INTERPRETED.  SO A VERTICAL LINE, A HORIZONTAL LINE AND ANOTHER VERTICAL AND ANOTHER HORIZONTAL, WHEN THEY MEET AND THERE IS LIGHT COMING THROUGH AND YOU CAN SEE

MOTION, THAT PARIETAL LOBE GETS THE IDEA THIS IS A WINDOW.

THEN THE AUDITORY INFORMATION COMES FROM OUR EARS AND IT FIRST GOES TO THE TEMPORAL LOBE, WHICH IS THE PART OF THE BRAIN RIGHT BEHIND OUR EARS.  AGAIN, THAT GETS INTERPRETED IN A VERY PRIMITIVE WAY, FIRST DISTINCTION IS THIS A HUMAN SOUND OR AN ENGINE OR SOMETHING ELSE.  AND THEN IT GETS ELABORATED AS IT TRAVELS THROUGH THE TEMPORAL CORTEX AND WHEN IT MEETS THE VISUAL INFORMATION, IN AN AREA WHICH IS THE JUNCTURE BETWEEN THE PARIETAL AND THE TEMPORAL AND THE OCCIPITAL AREAS, THAT IS WHERE WE CONNECT THE SOUND AND THE VOICE AND THAT INFORMATION GETS FORWARDED TO THE FRONTAL LOBE.

THE INFORMATION IS FORWARDED IN TWO STREAMS.  ONE IS CALLED THE DORSAL STREAM, WHICH IS ON TOP OF THE HEAD, AND ONE IS THE VENTRAL STREAM, WHICH IS AT THE BOTTOM.  THE DORSAL STREAM DEALS MORE WITH COGNITIVE PROCESSES.  THE ORBITAL (SIC)STREAM DEALS MORE WITH EMOTION AND EMOTIONAL INTERPRETATION.

AND ALL THAT INFORMATION GETS INTO THE FRONTAL LOBE.  THE FRONTAL LOBE PUTS IT TOGETHER.  THE FRONTAL LOBE ITSELF IS ORGANIZED SO THAT IN THE BACK OF THE FRONTAL LOBE IS DEALING WITH THE HERE AND NOW. THERE IS A REGION THERE CALLED THE DORSAL LATERAL PREFRONTAL CORTEX THAT TELLS YOU ALL THE TIME WHAT YOU

HAVE JUST DONE, WHAT YOU ARE DOING NOW AND WHAT YOU ARE ABOUT TO DO LITERALLY IN THE NEXT SECOND.  SO MY DORSAL LATERAL FRONTAL LOBE KEEPS TRACK OF WHAT WAS THE LAST WORD I SAID, WHAT AM I INTENDING TO SAY NEXT AND DOES IT MATCH TO WHAT I SAID.

AS YOU MOVE FURTHER FORWARD IN YOUR FRONTAL LOBE, THE TIME FRAME BECOMES LONGER AND LONGER, AND VERY MUCH IN THE FRONT OF THE FRONTAL LOBE YOU ARE CONSIDERING YOUR CHILDHOOD, YOUR FUTURE, ALL THAT STUFF, LONG RANGE GOALS.  AND SO THE FRONTAL LOBE IS THE CHIEF EXECUTIVE AND IT'S THE PART OF THE BRAIN THAT PUTS YOUR BEHAVIOR IN THE BIG PICTURE, INTO CONTEXT.

Q.    IN TERMS OF -- WE MAY GET THERE LATER, BUT JUST GENERALLY OR RATHER QUICKLY, IN TERMS OF DEVELOPMENT OF THE BRAIN, WHAT PART OF THE BRAIN DEVELOPS LAST?

A.    WELL, NOTABLY WE ARE BORN WITHOUT ANY FAT IN THE BRAIN.  SO THERE IS VERY LITTLE AND THEREFORE THE FIBERS ARE NOT INSULATED.  THIS IS WHY IF YOU TICKLE A BABY'S RIGHT FOOT THEY WILL MOVE BOTH ARMS.  THEY CAN'T REALLY AIM THE MOVEMENT TO THE PART THAT THEY WANT.  THEY MAY TRY TO MOVE ONE ARM, BUT BECAUSE THERE IS NO INSULATION TO THE FIBERS, IT WILL SPREAD AND THEY CAN'T COORDINATE THAT.

DURING THE FIRST YEAR OF LIFE, WE SEE MYELINATION, M-Y-E-L-I-N-A-T-I-O-N, IN THE -- IN THE

MIDDLE OF THE BRAIN, THAT IS THE PART THAT CONTROLS MOVEMENT.  SO THAT IS WHY BY THE END OF THE FIRST YEAR, THE BABY CAN PUT THEIR ACTS TOGETHER AND DIRECT THEIR MOVEMENT AND EVENTUALLY OF COURSE STAND UP AND WALK. ALL THESE STEPS ARE -- HAPPEN CONCURRENTLY WITH MYELINATION, WITH INCREASED LAYERING OF INSULATION ON THE FIBERS.

THE DIFFERENT PARTS OF THE BRAIN MYELINATE AT A DIFFERENT RATE.  THE FIRST MYELINATION IS THE SENSORY/MOTOR SYSTEM.  THEN COMES MYELINATION OF SPEECH AREAS.  THEN COMES MYELINATION OF COMPLEX PROCESSING AREAS.  AND THE LAST COMES THE MYELINATION OF THE FRONTAL LOBE.  THE FRONTAL LOBE DOES NOT MYELINATE UNTIL THE EARLY 20S, UP TO THE MID 20S.  AND THAT IS WHY TEENAGERS CAN BE VERY SMART, CAN DO WONDERS WITH COMPUTERS, CAN BE BETTER THAN US IN MANY WAYS, BUT THEY DON'T YET HAVE THE BIG PICTURE.  THEY WILL DO THINGS THAT WILL LEAVE ADULTS AGHAST.  WHAT WERE YOU THINKING? AND THEN THEY CAN PROBABLY TELL YOU EXACTLY WHAT WAS WRONG AND WHAT THEY DID, BUT BECAUSE THERE IS NO I-95 CONNECTING THEIR THINKING PART TO THE REST OF THE BRAIN, THE RURAL HIGHWAYS, SOMETIMES TRAFFIC GETS STUCK AND THEY DO VERY IMPULSIVE THINGS THAT DO NOT TAKE INTO ACCOUNT THEIR OWN BIG PICTURE.

Q.    CAN YOU GO TO THE NEXT SLIDE, PLEASE.

CAN YOU DESCRIBE FOR THE COURT WHAT THAT SLIDE IS ALL ABOUT, DR. GUR?

A.      YES.   THIS SLIDE ILLUSTRATES HOW WE LEARN ABOUT THE BRAIN STRUCTURE, USING MAGNETIC RESONANCE IMAGING OR MRI.  ESSENTIALLY THE PROCEDURE IS THAT YOU PUT THE HEAD IN THE LONG TUBE.  THAT TUBE HAS A VERY STRONG MAGNET SURROUNDING IT.  THE STRENGTH OF THE MAGNET IS MULTIPLE TIMES THE STRENGTH OF THE MAGNETIC PULL OF THE PLANET.  WHEN THE HEAD IS INSIDE THAT FIELD, ALL THE MOLECULES IN THE HEAD ALIGN THEMSELVES WITH THE FORCE.  AND THEN YOU PASS A CURRENT, A RADIO FREQUENCY CURRENT, ANOTHER FORCE THAT IS AT AN ANGLE TO THE MAIN MAGNET.  WHEN THAT HAPPENS, THE MOLECULES WILL TRY TO ALIGN THEMSELVES WITH A NEW FORCE.  BUT THAT FORCE IS THERE FOR A VERY SHORT TIME, 20 MILLISECONDS, LESS THAN IT TAKES YOU TO BLINK.  ACTUALLY IF YOU JUST -- JUST TO BLINK IS ABOUT 120 MILLISECONDS.  SO WHEN IT IS GONE, THEN THE MOLECULES WILL RATTLE BACK TO THEIR ORIGINAL POSITION.  BUT OF COURSE IF -- THEY DON'T JUST STAND THERE WHEN THEY GO BACK TO THE POSITION, THEY RESONATE.  THEY RATTLE, LIKE IF I BEND MY PEN AND LET IT JUMP FORWARD, IT WILL VIBRATE.  THAT VIBRATION IS CALLED RESONANCE.  AND THAT IS THE WORD RESONANCE IN THE MAGNETIC RESONANCE IMAGING.

WE CAN LISTEN TO THESE VIBRATIONS BASICALLY WITH RADIO ANTENNA THAT SURROUND THE HEAD, AND

THEY JUST COUNT HOW MANY VIBRATIONS COME FROM EVERY PRE-DEFINED REGION OF DATA COLLECTION.  WHAT YOU SEE DEPENDS ON WHEN YOU LISTEN, BECAUSE THERE'S A PRINCIPLE IN BIOLOGY, BIG BODIES MOVE SLOWLY, SMALL BODIES MOVE FAST.  THE SMALLEST AND MOST ABUNDANT MOLECULE IN THE BRAIN IS WATER.  SO THE FIRST MOLECULES TO RATTLE BACK TO THEIR POSITION ARE WATER MOLECULES.  THEN COME THE PROTEINS, AND LAST COME THE BIG FAT MOLECULES.  AND BY KNOWING WHEN TO DO THE RECORDING, YOU CAN GET IMAGES THAT WILL EITHER HIGHLIGHT THE FLUID OR HIGHLIGHT THE PROTEINS OR HIGHLIGHT THE FAT.

THE FLUID IS THE CEREBRAL SPINAL FLUID IN WHICH THE BRAIN LITERALLY FLOATS.  OUR BRAIN FLOATS IN FLUID, THE FLUID SURROUNDS IT AND IT IS ALSO INSIDE THE BRAIN IN WHAT IS CALLED THE VENTRICLES.  THE ROLE OF THAT FLUID, IT'S NOURISHMENT, SOME.  IN ADDITION TO BLOOD SUPPLY, THE CEREBRAL SPINAL FLUID NURTURES THE BRAIN AS WELL.  IT MOVES MUCH MORE SLOWLY THROUGH THE SPINAL CORD THAN BLOOD BUT IT STILL HAS SOME NUTRIENTS. THE MOST IMPORTANT ROLE OF THE CEREBRAL SPINAL FLUID IS TO PROTECT THE BRAIN FROM HITTING THE BONES.  IF YOU -- THE BACK OF OUR HEAD IS VERY NICE AND SMOOTH BUT THE FRONT HAS SOME NASTY BONES CALLED THE ORBITAL RIDGE AND THE BRAIN SITS RIGHT ON TOP OF THOSE.  AND IF IT WERE NOT FOR THE FLUID, THEN YOU WOULD GET HEAD INJURY EVERY

TIME YOU SNEEZE BECAUSE THE BRAIN WOULD HIT THE ORBITAL REGION AND RUB AGAINST IT.  SO THAT IS THE -- THAT IS THE FLUID.

THE PROTEINS ARE THE BRAIN CELLS AND THE FAT IS THE MYELINATED FIBERS.

AND BASED ON THOSE NUMBERS, THE MRI SCANNER LITERALLY PAINTS THE PICTURES THAT YOU SEE HERE DOT BY DOT.  NOW EACH DOT -- THESE ARE -- YOU KNOW, IF YOU TAKE A PHOTOGRAPH AND YOU BLOW IT UP AND BLOW IT UP YOU WILL SEE THE DOTS THAT MAKE UP THE PICTURE.  THESE DOTS ARE CALLED PIXELS.  THESE ARE THREE-DIMENSIONAL PIXELS BECAUSE THE INFORMATION IS GATHERED IN CUBES THAT HAVE KNOWN DIMENSIONS.  IN THIS CASE IN MR. HAMMER WE OBTAINED ONE-BY-ONE BY ONE MILLIMETER RESOLUTION SCANS.  SO THE DATA WAS COLLECTED IN THREE-DIMENSIONAL PIXELS.  THESE ARE CALLED VOXELS.  AND THE WIDTH WAS 1 MILLIMETER, THE LENGTH WAS ONE MILLIMETER AND THE SLICE THICKNESS, WHICH IS THE DEPTH, WAS ALSO ONE MILLIMETER, AND THESE ARE NUMBERS.  THE WAY THE PICTURE THAT YOU SEE HERE IS CREATED IS THAT THESE NUMBERS ARE TRANSLATED TO GRAY SCALE.  IF THE NUMBERS ARE HIGH, IT WILL BE WHITE.  IF THE NUMBERS ARE LOW, IT WILL BE DARK.  AND THAT IS HOW YOU -- THAT IS HOW YOU GET THIS PICTURE.  IT'S COMPOSED OF 1 MILLIMETER VOXELS AND EACH VOXEL IS A NUMBER.

Q.       WHAT IS WHITE MATTER AND GRAY MATTER, DR. GUR?

A.       WHITE MATTER IS THE FIBERS, THE MYELINATED FIBERS.  THEY'RE CALLED WHITE MATTER BECAUSE FAT IS WHITE AND SO THEY LOOK WHITE.  GRAY MATTER IS THE NERVE CELLS THEMSELVES AND THOSE SMALLER PROTRUSIONS SURROUNDING THEM, THE CELL BODIES.  IT'S CALLED GRAY MATTER BECAUSE IT'S SORT OF GRAYISH.  AND THE CEREBRAL SPINAL FLUID IS THE FLUID THAT SURROUNDS THE BRAIN.

NOW, WHAT YOU SEE IN THIS PICTURE HERE, THESE ARE TWO IMAGES, TWO MRIS FROM THE SAME PERSON OBTAINED IN TWO DIFFERENT TIMES.  ONE OF THEM -- YOU CAN SEE THE FLUID IS VERY BRIGHT AND THE OTHER GIVES YOU A BETTER DIFFERENCE BETWEEN GRAY MATTER AND WHITE MATTER REGIONS.  AND THE PROGRAM WE USE WILL GO AND IT DOES NOT LOOK AT IMAGES.  IT JUST TAKES THE NUMBERS AND DETERMINES FOR EACH VOXEL WHETHER IT IS PREDOMINANTLY GRAY MATTER, PREDOMINANTLY WHITE MATTER, OR PREDOMINANTLY FLUID.  AND THAT IS HOW YOU GET THE PICTURE ON THE RIGHT BOTTOM, AND THAT IS A SEGMENTED BRAIN.  AND YOU CAN SEE CLEARLY THE GRAY MATTER OUTLINED HERE.  IN THIS PICTURE IT IS WHITE.  THE WHITE MATTER IS GRAY, JUST TO CONFUSE US A LITTLE.  AND THE FLUID IS BLACK.  AND SINCE WE KNOW PRECISELY THE DIMENSIONS OF EACH VOXEL, WE CAN CALCULATE PRECISELY THE VOLUME OF EACH ONE OF THOSE COMPARTMENTS, OF GRAY MATTER, WHITE

MATTER AND FLUID.

Q.      WHY IS IT IMPORTANT TO KNOW THE VOLUME OF GRAY

MATTER, WHITE MATTER AND FLUID?

A.      THERE IS A CLEAR RELATIONSHIP BETWEEN VOLUME AND

PERFORMANCE, BEHAVIOR.  IN A HEALTHY PERSON THE VOLUME

IS KNOWN.  WE KNOW WHAT IS THE RANGE OF VOLUMES FOR THE

WHOLE BRAIN, AS WELL AS FOR GRAY MATTER AND WHITE MATTER

AND FLUID.

SO IF SOMEBODY COMES IN FOR EVALUATION,

WE CAN SEE WHETHER THE NEW SCAN, THE PATIENT SCAN IS

WITHIN NORMATIVE VALUES FOR ALL THOSE PARAMETERS.  AND

WE CAN ALSO THEN LOOK AT REGIONS WITHIN THE BRAIN AND

FIND FOR EACH REGION WHETHER OR NOT THAT REGION HAS

NORMAL VOLUME.  WHEN YOU HAVE ABNORMALITIES FOLLOWING

HEAD INJURIES OR ANY KIND OF BRAIN INSULT, YOU WILL SEE

A REDUCTION IN THE BRAIN VOLUME IN THE REGIONS THAT WERE

AFFECTED.

Q.      IF YOU CAN GO TO THE NEXT SLIDE.

COULD YOU EXPLAIN FOR THE COURT WHAT

THIS INVOLVES, THIS SLIDE?

A.      YES.  THESE ARE IMAGES FROM A STUDY WE DID IN

COLLABORATION WITH A JAPANESE GROUP.  IT SHOWS MRI'S OF

BABIES THAT WERE A MONTH OLD, THREE MONTHS OLD, SIX

MONTHS OLD, ALL OF THE WAY TO ADULTS.  AND THE LEFT

COLUMN IN EACH PANEL -- WELL, THE RIGHT COLUMN IN EACH

PANEL SHOWED THE ACTUAL MRI THE WAY IT WAS OBTAINED. THE LEFT COLUMN SHOWS THE SEGMENTED MRI.  AND THIS ILLUSTRATES HOW THERE IS NO -- YOU CAN SEE THAT IN CHILDREN, YOUNG CHILDREN AND BABIES, THERE IS NO WHITE MATTER.  EVERYTHING IS GRAY MATTER.  AND YOU CAN SEE HOW WHITE MATTER BEGINS TO FORM IN THE MIDDLE OF THE BRAIN AND THEN SPREADS OUT.  BUT EVEN IN AN ADOLESCENT IT DOES NOT REACH THE FRONTAL LOBE.  IT DOES REACH THE FRONTAL LOBE IN AN ADULT.

MS. SAUNDERS:  COURT'S INDULGENCE.

(PAUSE.)

BY MS. SAUNDERS:

Q.    OKAY.  NOW, ON EITHER OF THOSE, IS THERE A CLINICAL MRI PICTURE, IN THIS?

A.    WELL, I MEAN, WHAT YOU SEE ON THE RIGHT IS WHAT THE CLINICAL NEURORADIOLOGIST WILL BE LOOKING AT.  WHAT YOU SEE ON THE LEFT IS WHAT THE ALGORITHM -- SEGMENTATION ALGORITHM WILL PRODUCE.

Q.    SO THAT SHOWS -- THIS ALSO SHOWS THE DIFFERENCE BETWEEN THE RESULTS YOU WOULD GET FOR CLINICAL VERSUS THE SEGMENTED, I THINK I DID THAT RIGHT, MRI, IS THAT FAIR TO SAY?

A.    YES.

Q.    NOW, IF WE CAN LOOK AT THE NEXT SLIDE.  I WAS ASKING YOU ABOUT A COMPARISON OF VOLUME, DOCTOR, OF

WHITE MATTER, GRAY MATTER.  CAN YOU EXPLAIN -- DOES THIS SLIDE HELP ELIMINATE THAT FOR YOU?

A.        YES.   THIS ILLUSTRATES SOME OF OUR INITIAL FINDINGS WITH THIS METHODOLOGY.  IT'S BEEN KNOWN THAT BRAIN VOLUME CORRELATES WITH IQ.  IT'S ALSO KNOWN THAT MALES AND FEMALES SCORE EQUALLY ON IQ TESTS.  ALTHOUGH IN ALMOST EVERY TEST, THERE IS A SEX DIFFERENCE, WHEN YOU PUT THEM TOGETHER, THEY SCORE THE SAME.  IT'S ALSO KNOWN THAT FEMALES ARE SHORTER AND LESS HEAVY THAN MALES, AND THAT BRAIN VOLUME IS CORRELATED WITH HEIGHT AND WEIGHT.

SO IF YOU PUT ALL THAT TOGETHER, THERE IS A PARADOX, HOW COME FEMALES EVEN THOUGH THEY HAVE SMALLER HEADS HAVE EQUAL INTELLIGENCE EVEN THOUGH IQ AND BRAIN SIZE ARE CORRELATED?  AND THE ANSWER IS FROM THAT STUDY, WHAT IS PLOTTED HERE IS THE VOLUME OF THE CRANIUM, THE BOX, THE WHOLE HEAD ON THE HORIZONTAL AXIS, AND THE VOLUME OF EACH ONE OF THE THREE COMPARTMENTS THAT YOU MENTIONED, GRAY MATTER, WHITE MATTER AND CSF, IS ON THE VERTICAL AXIS.  IF YOU LOOK AT MEN, YOU SEE THAT THEIR CRANIAL VOLUME RANGES FROM ABOUT 1200 TO ABOUT 1600 CUBIC CENTIMETERS OR MILLILITERS, WHEREAS THE VOLUME OF FEMALES IS LOWER.  IT RANGES FROM AROUND A THOUSAND TO AROUND 1200.  BUT WHEN YOU LOOK AT THE THREE COMPARTMENTS, GRAY MATTER IN GRAY, WHITE MATTER IN GREEN

AND CEREBROSPINAL FLUID IN RED, YOU CAN SEE THAT IN MALES FOR EVERY UNIT INCREASE IN THE SIZE OF THE HEAD, YOU HAVE EQUAL INCREASE IN THE AMOUNT -- IN THE VOLUME OF GRAY MATTER AND WHITE MATTER, WHEREAS IN FEMALES FOR EVERY UNIT INCREASE IN THE SIZE OF THE HEAD YOU GET A DISPROPORTIONATE INCREASE IN GRAY MATTER RELATIVE TO THE OTHER COMPARTMENTS.

SO BASICALLY IF YOU ASK WHAT DO MALES HAVE IN THE BIGGER BOX, THE ANSWER IS THEY HAVE MORE FAT AND FLUID. NOW, IT'S ALSO -- BUT THE GRAY MATTER VOLUME IS EXACTLY THE SAME, AND THE GRAY MATTER ARE THE BRAIN CELLS WHERE THE INFORMATION IS PROCESSED. MALES ALSO NEED LARGER -- MORE WHITE MATTER BECAUSE THE HEAD IS BIGGER AND SO THE PULSES HAVE TO TRAVEL THROUGH LONGER DISTANCES. THEY ALSO NEED MORE FLUID BECAUSE THEY ARE MORE LIKELY TO GET INTO FIST FIGHTS AND SITUATIONS WHERE THE HEAD GETS BANGED AROUND.

Q.    I THINK YOU CAN GO TO THE NEXT SLIDE.

IN EXPLAINING THE DIFFERENCE BETWEEN -- I DON'T KNOW IF YOU CAN SEE THAT, IF WE CAN SEE THAT TOO WELL.

MS. SAUNDERS: YOUR HONOR, I HAVE MARKED THE SLIDES AND PRINTED THEM OUT. MAYBE I SHOULD DISTRIBUTE THOSE. IT'S DEFENDANT'S EXHIBIT 102, YOUR HONOR. SOME OF THE SLIDES ARE A LITTLE FADED.

BY MS. SAUNDERS:

Q.        BUT DO THESE GRAPHS HELP DISTINGUISH BETWEEN THE VOLUME AND THE DIFFERENCE BETWEEN -- WITH RESPECT TO VOLUME AND COMPARTMENTAL WEIGHT.  IS THAT FAIR TO SAY?

A.        YEAH.  THESE GRAPHS SHOW DATA FROM THREE DIFFERENT STUDIES.  THE FIRST ONE ON THE LEFT IS FROM STUDIES OF AUTOPSY, DEKABAN AND SADOWSKY FROM HARVARD.  THEY COLLECTED BREAKS, PEOPLE WHO DIED FROM ALL SORTS OF REASONS, AND THEY MEASURED THEIR WEIGHT BY TAKING THE OLD ARCHIMEDES METHOD.  YOU PLOP THE BRAIN INTO FLUID AND YOU SEE HOW MUCH FLUID GETS DISPLACED, AND FROM THAT YOU CAN CALCULATE THE WEIGHT.  THESE ARE THE WEIGHTS OF 10,000 AUTOPSIES.  YOU CAN SEE THAT THE WEIGHT OF THE BRAIN GOES -- INCREASES FROM AROUND AGE ZERO TO AROUND AGE 20.  AND THEN IT FLATTENS, DOES NOT INCREASE ANY MORE.  AND THEN OF COURSE AS YOU GROW OLDER, THINGS GO SOUTH, STARTS GOING DOWN.  YOU CAN SEE THE BAND OF THE FEMALES A BIT UNDER THE BAND OF THE MALES SO THE MALES HAVE LARGER BRAINS.

THE PICTURE ON TOP SHOWS NOT AUTOPSY BUT MRI RESULTS AND THAT EXPLAINS WHAT IT IS THAT CHANGES WITH DEVELOPMENT.  ON THE UPPER RIGHT SIDE YOU CAN SEE THE VOLUME OF WHITE MATTER AND THAT IS THE MAIN THING THAT GOES UP WITH AGE.  ON THE LEFT, ON THE OTHER HAND, YOU SEE THE VOLUME OF GRAY MATTER AND IT TURNS OUT THAT

GRAY MATTER VOLUME ACTUALLY GOES DOWN.  AND THAT STARTS ALREADY AT ABOUT AGE 6 OR 7.  SO YOUR BRAIN IS ABOUT AS BIG AS IT WILL EVER GET BY AGE 6 AND THEN GRAY MATTER GOES DOWN, WHITE MATTER CONTINUES TO INCREASE.  THE REASON GRAY MATTER GOES DOWN IS PRUNING.  BRAIN REGIONS THAT YOU HAVE NOT USED BY THE TIME YOU REACH AGE 6, THE BRAIN FIGURES YOU DON'T NEED THEM AND THEY JUST SHRIVEL OFF AND DIE.  EVERY TIME A NERVE CELL FIRES, IT ADDS TO ITS VIABILITY AND IF IT DOES NOT FIRE, IT WILL EVENTUALLY DIE.  THAT IS WHY YOU CAN'T BE A CONCERT VIOLINIST IF YOU DID NOT PLAY THE VIOLIN BEFORE AGE 6. THOSE PARTS OF THE BRAIN THAT YOU NEED FOR THEM WILL NO LONGER BE THERE.  THAT IS WHY ALSO I HAVE A FOREIGN ACCENT.  EVEN THOUGH I SPENT MANY, MANY YEARS IN THE U.S., I DIDN'T GET ANY OF THE WEST PHILADELPHIA ACCENT AND THAT IS BECAUSE I LEARNED ENGLISH WHEN I WAS -- I STARTED LEARNING ENGLISH WHEN I WAS 12.  THAT WAS AFTER I COULD ACQUIRE THE ACCENT.

Q.     SO THAT IS WHY -- BECAUSE I'M SO OLD IT'S HARDER FOR ME TO LEARN SPANISH OR ANOTHER LANGUAGE?

A.     YOU COULD, BUT IT WILL BE MUCH MORE EFFORT.  ON THE OTHER HAND, IF YOU LOOK AT A 6-YEAR-OLD, YOU PUT THEM IN A SPANISH KINDERGARTEN, BY THE END OF THE DAY THEY WILL BE SPEAKING.  SO THAT IS PART OF WHAT WE ARE LOSING AND THAT IS BECAUSE OF THE PRUNING.

SO THE THIRD IS ANOTHER REPLICATION OF THAT STUDY. AND IT SHOWS HOW WHITE MATTER GOES UP AND GRAY MATTER GOES DOWN OVER THE SPAN OF YEARS BETWEEN, IN THIS CASE, AROUND 3 YEARS AND ALL OF THE WAY TO EARLY ADULTHOOD.

Q.    YOU TESTIFIED EARLIER ABOUT THE DIFFERENT PARTS OF THE BRAIN. COULD YOU JUST -- THE FOUR PARTS OF THE BRAIN AND WHAT THEIR FUNCTIONS ARE FOR ME, PLEASE.

A.    YES. THE MAIN LOBES OF THE BRAIN ARE THE OCCIPITAL LOBE IN THE BACK OF THE BRAIN AND THAT PART OF THE BRAIN DEALS WITH VISUAL INFORMATION. THERE IS VERY PRIMITIVE VISUAL ANALYSIS IN THE MIDDLE. AND AS YOU SPREAD OUT, IT'S MORE COMPLEX. ALSO THE MIDDLE OF THE OCCIPITAL LOBE GETS A LOT OF INFORMATION FROM THE CENTER OF YOUR VISION AND THEN IT MOVES TO PERIPHERY.

AND THAT INFORMATION GETS FORWARDED TO THE PARIETAL LOBE WHICH IS ON TOP. HERE IT'S IN BLUE. THE PARIETAL LOBE INTEGRATES THE VISUAL INFORMATION AND INTERPRETS IT.

AND THEN THE TEMPORAL LOBE HERE IN GREEN IS BEHIND OUR EARS, IT GETS THE AUDITORY INFORMATION, PROCESSES IT AND SENDS IT FOR INTEGRATION WITH THE VISUAL INFORMATION.

THE OLFACTORY INFORMATION ACTUALLY COMES RIGHT UNDER THE ORBITAL FRONTAL AREA. THERE'S AN

OLFACTORY NERVE THAT LEADS STRAIGHT TO THE AMYGDALA.  SO THE AMYGDALA IS VERY SENSITIVE TO SMELLS.

AND ALL OF THAT INFORMATION THEN GETS FORWARDED TO THE FRONTAL LOBE, HERE IN RED, WHICH IS THE CHIEF EXECUTIVE OF THE BRAIN.  IT MAKES DECISION ABOUT HOW TO ACT.  SO THE BACK OF THE BRAIN PROCESSES INFORMATION, THE FRONT OF THE BRAIN ACTS ON IT.

Q.    SO IF THERE IS DAMAGE OR PROBLEMS WITH THE PARIETAL LOBE OR THE OCCIPITAL LOBE, THEN DOES THAT SKEW THE INFORMATION THAT THE FRONTAL LOBE ACTUALLY RECEIVES?

A.    YES, OF COURSE.  WE KNOW EVEN WHEN THE CHIEF EXECUTIVE IS VERY COMPETENT, WHEN THEY GET CORRUPT INFORMATION, THEY CAN MAKE BAD DECISIONS.  AND THE SAME WAY, IF OUR FRONTAL LOBE CAN BE VERY WELL FUNCTIONING, BUT IF THE INFORMATION IT GETS FROM THE REST OF THE BRAIN IS CORRUPTED, THEN IT WILL MAKE BAD DECISIONS.

Q.    YOU CONDUCTED THE STRUCTURAL MRI ON MR. HAMMER AT OUR REQUEST, IS THAT RIGHT?

A.    YES.

Q.    THAT WAS BACK IN 2004?

A.    YES.

Q.    DOES THIS GRAPH DISPLAY THE RESULTS OF THAT TESTING THAT YOU CONDUCTED?

A.    YES.

Q.    COULD YOU EXPLAIN FOR THE COURT WHAT THE TESTING

RESULT FOUND?

A.        YES.  AS I MENTIONED, THE WAY TO INTERPRET QUANTITATIVE MRI IS TO COMPARE THE VOLUMES OF A PARTICULAR INDIVIDUAL TO THE VOLUMES OF A HEALTHY SAMPLE.

WHEN YOU MEASURE ALMOST ANYTHING -- IF I MEASURED THE HEIGHT OF EVERYBODY IN THIS COURTROOM, AND I PLOTTED HOW MANY -- AND I CALCULATED THE AVERAGE, I WOULD GET A NUMBER, BUT THE NUMBER WILL NOT REALLY GIVE ME A FEEL FOR DISTRIBUTION OF HEIGHTS IN THIS ROOM.  I WANT TO GET A FEEL FOR HOW MUCH DIFFERENCE FROM THE MEAN EXISTS IN THIS SAMPLE.  IN ORDER TO GET THAT VALUE, I WILL TAKE EACH OBSERVATION, SUBTRACT IT FROM THE AVERAGE.  AND THEN OF COURSE, IF I ADDED ALL OF THEM, I WILL COME UP WITH ZERO BECAUSE THERE WILL BE AN EQUAL NUMBER OF OBSERVATIONS ABOVE THE MEAN AND BELOW THE MEAN.  SO I SQUARE EACH SUBTRACTION, THEN SUM THE SQUARED DIFFERENCES AND TAKE A SQUARE ROOT OF THAT, AND I GET ESSENTIALLY A NUMBER THAT REFLECTS THE AVERAGE DIFFERENCE FROM THE AVERAGE IN A PARTICULAR SAMPLE.

IT TURNS OUT WE LEARNED THAT AT THE TURN OF THE PREVIOUS CENTURY, THAT ALMOST ANYTHING YOU MEASURE, IF YOU THEN LOOK AT THE AVERAGE AND LOOK AT THE STANDARD DEVIATIONS, YOU WILL FIND THAT TWO-THIRDS OF THE OBSERVATIONS WILL BE WITHIN ONE STANDARD DEVIATION

OF THE AVERAGE.  SO IF I CALCULATED THAT THE AVERAGE HEIGHT IN THIS ROOM TO BE 5 10 AND THE STANDARD DEVIATION IS 2, FOR EXAMPLE, THEN I KNOW THAT TWO-THIRDS OF THE PEOPLE IN THIS ROOM WILL BE BETWEEN 5 8 AND 6-FOOT TALL.

IT TURNS OUT NOW IF YOU GO TWO STANDARD DEVIATIONS AWAY FROM THE AVERAGE, YOU INCLUDE 95 PERCENT OF THE POPULATION.  IF YOU GO THREE STANDARD DEVIATIONS, THERE WILL BE 99.9 PERCENT.  NOW IT'S NOT LINEAR.  EVERY STEP YOU MOVE AWAY FROM THE AVERAGE, IT WILL THIN EXPONENTIALLY.

AND SO IN ORDER TO FIND OUT IF SOMETHING IS NORMAL OR NOT, WHAT WE DO IS WE TAKE THE NUMBERS THAT WE GOT FROM THE PATIENT, WE HAVE A HEALTHY GROUP OF CONTROLS, AND WE COMPARE THAT VALUE TO THE CONTROLS.  WE DO THAT IN STANDARD DEVIATION UNITS.  AND THESE STANDARD DEVIATION UNITS ARE CALLED Z SCORES.  SO A Z SCORE OF ZERO MEANS THE VALUE IS ON THE AVERAGE.  A Z SCORE OF 1 MEANS IT'S ONE STANDARD DEVIATION ABOVE AVERAGE.  MINUS 1, ONE STANDARD DEVIATION BELOW AVERAGE.

WHAT YOU SEE ON THIS GRAPH ON THE HORIZONTAL AXIS ARE THE MAIN REGIONS OF THE BRAIN, FRONTAL, TEMPORAL, PARIETAL AND OCCIPITAL, AND THEN THE VENTRICLES.  THE LEFT HEMISPHERE IS IN BLUE, AND LEFT POINTING ARROWS, AND THE RIGHT HEMISPHERE IS RED WITH

RIGHT POINTING ARROWS.  AND WHAT WE -- WHAT ARE DISPLAYED HERE ARE THE Z SCORE VALUES FOR MR. HAMMER'S BRAIN.

AND YOU CAN SEE THAT THE AVERAGE -- ON AVERAGE, MR. HAMMER'S BRAIN IS BELOW NORMAL IN SIZE. THE WHOLE BRAIN IS ABOUT ONE STANDARD DEVIATION LOWER THAN NORMAL.  AND EVEN WITHIN THAT, THERE ARE SOME REGIONS THAT ARE CLEARLY ABNORMAL.  SO THE FRONTAL LOBE IS REDUCED VOLUME BILATERALLY, BOTH ON THE LEFT AND ON THE RIGHT.  THE TEMPORAL LOBE SHOWS REDUCED VOLUME ON THE RIGHT.  THE PARIETAL IS MORE BILATERAL, ALTHOUGH THE LEFT APPEARS TO HAVE MORE VOLUME LOSS, WHEREAS THE OCCIPITAL AND THE LEFT TEMPORAL HAVE NORMAL, RELATIVELY NORMAL VOLUMES.  THEY ARE LOW, BUT THESE ARE THE BIGGEST AREAS IN HIS BRAIN.  AND THE VENTRICLES ARE ALSO BELOW NORMAL IN VOLUME.

WHEN WE SEE THOSE KINDS OF VALUES, WE THINK DYSTROPHY OF THE BRAIN RATHER THAN ATROPHY.  THE DIFFERENCE IS THAT ATROPHY IS WHEN TISSUE DIES AND DYSTROPHY IS WHEN THE TISSUE NEVER DEVELOPED.  SO IF IT WERE A SITUATION WHERE HIS BRAIN WAS INITIALLY BIGGER AND BECAUSE OF ALL SORTS OF THINGS THAT CAN HAPPEN, IT GOT SMALLER, WE WOULD HAVE SEEN AN INCREASE IN THE VOLUME OF THE VENTRICLES, SINCE EVERY TIME A BRAIN CELL DIES ITS PLACE IS TAKEN UP BY FLUID.  SO WHEN YOU GET A

LOT OF BRAIN DAMAGE DURING DEVELOPMENT, YOU WILL SEE INCREASED VOLUME OF THE VENTRICLES.  IN THIS CASE, WE DON'T SEE THAT.  SO MORE CONSISTENT WITH SOMEONE WHO NEVER -- WHOSE BRAIN NEVER DEVELOPED.  WE SEE THAT IN CHILDREN WITH FAILURE TO THRIVE, MALNUTRITION.  IT COULD BE MOST LIKELY SOMETHING THAT HAPPENED BEFORE HE WAS BORN.  IT COULD BE A POOR MATERNAL, PERINATAL CARE PRODUCES THOSE KINDS OF OUTCOMES.

Q.      SO HIS -- WHERE THE VOLUMES SHOWED WHAT -- WHERE THE VOLUME SHOWED A REDUCED VOLUME, OF SIGNIFICANCE WOULD BE THE FRONTAL, RIGHT?

A.      YES.

Q.      AND THE FRONTAL ON BOTH SIDES?

A.      CORRECT.

Q.      THE TEMPORAL ON ONE SIDE?

A.      ON THE RIGHT.

Q.      ON THE RIGHT, BUT NOT ON THE LEFT.  WHAT DOES THE TEMPORAL ON THE RIGHT CONTROL?

A.      TEMPORAL LOBE, THE RIGHT TEMPORAL LOBE DEALS WITH MEMORY, WITH SENSORY -- COMPLEX SENSORY INTEGRATION, MOSTLY IN THE VISUAL SPATIAL DOMAIN RATHER THAN THE VERBAL DOMAIN.

Q.      AND THEN AS FAR AS THE PARIETAL IS CONCERNED, IT WAS BOTH SIDES THAT WAS ENOUGH TO BE SIGNIFICANT TO SHOW DAMAGE, RIGHT?

A.      YES.

Q.      AND HE SEEMS OKAY ON THE OCCIPITAL.  IS THAT FAIR TO SAY?

A.      YES.

Q.      SO IN ADDITION TO HAVING PROBLEMS ALREADY IN FRONTAL LOBE, MR. HAMMER ALSO HAS PROBLEMS WITH THE INFORMATIONAL PROCESSING GOING FORWARD, AS YOU DESCRIBED EARLIER.  IS THAT FAIR TO SAY?

A.      ESPECIALLY ON THE RIGHT, THE RIGHT TEMPORAL.

MS. SAUNDERS:  YOUR HONOR, THIS MIGHT BE A GOOD POINT TO TAKE THE LUNCH BREAK IF THAT IS ALL RIGHT SINCE I'M ABOUT TO MOVE ON TO THE NEXT SET OF TESTING, IF THAT MAKES SENSE.

THE COURT:  LET'S TAKE OUR LUNCH BREAK AT THIS POINT.  IT'S 20 AFTER 12.  WHY DON'T WE RESUME AT 20 TO 2.

MR. SAUNDERS:  THANK YOU, YOUR HONOR.

THE COURT:  WE STAND IN RECESS.

(LUNCHEON RECESS TAKEN.)

ALL COUNSEL:  GOOD AFTERNOON, YOUR HONOR.

THE COURT:  PLEASE BE SEATED.

DR. GUR WILL RESUME THE WITNESS STAND AND CONTINUE HIS DIRECT TESTIMONY.

MS. SAUNDERS:  THANK YOU, YOUR HONOR.

BY MS. SAUNDERS:

Q.    DR. GUR, IN ADDITION TO THE MRI THAT YOU CONDUCTED ON MR. HAMMER, DID YOU ALSO CONDUCT A PET SCAN ON HIM AS WELL?

A.    YES.

Q.    AND THAT INCLUDED BOTH THE CLINICAL PET SCAN AS WELL AS THE QUANTITATIVE ANALYSIS THAT YOU DID WITH THE PET SCAN RESULTS?

A.    YES, IT'S ONE SCAN.  THE SCANS ARE READ CLINICALLY AND YOU ALSO DO A QUANTITATIVE ANALYSIS.

Q.    I'M SHOWING UP HERE ON THIS SLIDE, IS THIS THE RESULTS OF THE CLINICAL, THE PET SCAN ITSELF?

A.    YES.

Q.    IF I SHOW YOU A REPORT WOULD THAT -- DR. NEWBERG READ THE CLINICAL RESULTS, IS THAT RIGHT?

A.    YES.

Q.    IF I SHOW YOU YOUR REPORT, WOULD THAT REFRESH YOUR RECOLLECTION OF WHAT DR. NEWBERG FOUND WITH REGARDS TO THE CLINICAL READ?

A.    YEAH, I REMEMBER WHAT HE FOUND.

Q.    IF YOU REMEMBER IT, THAT'S FINE.  WHAT IN FACT DID DR. NEWBERG FIND AS A RESULT OF THE CLINICAL READ?

A.    HE FOUND THAT THE PET SCAN IS ABNORMAL.  THE MAIN ABNORMALITIES INCLUDED REDUCED METABOLISM IN FRONTAL REGIONS AND INCREASED METABOLISM IN LIMBIC AND SUBCORTICAL AREAS.

Q.        WAS THAT TESTING RESULT AS IT WAS READ CONSISTENT WITH WHAT YOU HAD FOUND IN THE MRI RESULTS AS WELL?

A.        YES.    THE THING IS, AN IMPORTANT ASPECT OF THIS IMAGING THAT NEEDS TO BE KEPT IN MIND IS THAT WITH MRI IN GENERAL, THE BIGGER THE BETTER.    THE MORE TISSUE, THE MORE YOU HAVE TO DO WITH.    WITH PET, IT'S DIFFERENT.    IN PET WHAT YOU MEASURE IS ESSENTIALLY THE AMOUNT OF ENERGY THAT THE BRAIN NEEDS.    IF YOU REMEMBER OUR NEURON, EVERY TIME THAT NEURON FIRES, IT IS DEPLETED OF ENERGY AND IT GOES THROUGH A PERIOD WHERE IT CAN'T FIRE AGAIN UNTIL IT GETS NEW ENERGY.    AND THE WAY NERVE CELLS GET THEIR ENERGY IS BY BURNING OXYGEN, USING SUGAR.    SO SUGAR IS -- THE SCIENTIFIC NAME IS GLUCOSE.    AND THE WAY WE MEASURE GLUCOSE METABOLISM WITH POSITRON EMISSION TOMOGRAPHY IS THAT WE INJECT A SYNTHETIC MOLECULE THAT LOOKS SUFFICIENTLY LIKE SUGAR TO FOOL THE BLOOD-BRAIN BARRIER.    THERE IS A BARRIER THAT DOES NOT LET ANY BIG MOLECULE ENTER THE BRAIN.    IT IS PROTECTED AGAINST PROTEINS AND LARGE MOLECULES.    BUT THE SYNTHETIC SUGAR GETS THROUGH THE BLOOD-BRAIN BARRIER AND GETS TAKEN UP BY THE BRAIN CELLS IN PROPORTION TO THE AMOUNT OF REAL SUGAR THAT THEY TAKE.

AND THAT SUGAR IS USED IN COMBINATION WITH OXYGEN THAT ALSO COMES WITH THE BLOOD IN ORDER TO

PRODUCE ENERGY BY BURNING THE SUGAR.  NOW BYPRODUCT OF THIS PROCESS, IT'S CALLED GLYCOLYSIS, ARE TOXIC.  THE RESULT OF THAT BURNING OF SUGAR IS THAT FREE RADICALS AND GLUCOMATES ARE RELEASED FROM THAT.  AND THESE ARE TOXIC AND THEY WILL KILL THE CELLS.  THAT IS WHY IT'S IMPORTANT THAT THERE BE ADEQUATE BLOOD SUPPLY SO THE BLOOD BRINGS THE FOOD, BUT ALSO TAKES AWAY THE GARBAGE RIGHT AWAY.

BECAUSE OF THAT, THE RATE OF METABOLISM THAT IS ABNORMALLY HIGH CAN BE DANGEROUS BECAUSE THAT CAN CREATE SITUATIONS WHERE ESSENTIALLY CELLS GET SUFFOCATED AND DIE IN ACTION.  SO WE LOOK BOTH AT VALUES THAT ARE ABOVE NORMAL AND VALUES THAT ARE BELOW NORMAL WITH A PET.

Q.    NOW, THE CLINICAL ITSELF, THE CLINICAL READ THAT IT HAD FOUND DAMAGE IN WHAT AREAS OF THE BRAIN?

A.    MOSTLY FRONTAL, HYPOMETABOLISM, ABNORMALLY LOW, AND LIMBIC AND SUBCORTICAL HYPERMETABOLISM, TOO HIGH.

Q.    DAMAGE TO THE LIMBIC AREA, WHAT IMPACT DOES THAT HAVE ON EMOTIONALITY?

A.    THE LIMBIC AREA IS THE PART OF THE BRAIN THAT DEALS WITH EMOTIONS.  IT INTERPRETS SIGNALS AND IT PRODUCES EMOTIONAL BEHAVIOR.

Q.    IF YOU COULD GO TO -- NOT THE NEXT SLIDE BUT THE SLIDE AFTER THAT.

WHAT DOES THIS DEPICT, DR. GUR?

A.    THIS SHOWS THE RESULTS OF THE PET SCAN IN EXACTLY THE SAME WAY THAT WE SHOWED THE RESULTS FOR THE MRI, NAMELY IN STANDARD DEVIATION UNITS COMPARED TO NORMAL.  HERE JUST THE BLUE IS LEFT HEMISPHERE -- LEFT POINTING ARROWS IS LEFT HEMISPHERE, AND GREEN WITH RIGHT POINTING ARROWS IS RIGHT HEMISPHERE.  AND ON THE HORIZONTAL AXIS YOU SEE THE DIFFERENT BRAIN REGIONS THAT WERE MEASURED AND THEY RANGE FRONTAL, PARIETAL, TEMPORAL, OCCIPITAL AND THEN THEY GO TO --

Q.    IF YOU TURN TO YOUR LEFT, THERE IS A COMPUTER SCREEN.

A.    THEN WE GO TO LIMBIC STRUCTURES AND THEN OTHER -- CORPUS CALLOSUM AND SUBCORTICAL AREAS.

Q.    SO IN MR. HAMMER'S CASE, THERE WAS DAMAGE PRETTY MUCH THROUGHOUT THE FRONTAL.  IS THAT FAIR TO SAY?

A.    WELL, MOSTLY, YES.  BILATERALLY IN THE SUPERIOR FRONTAL, BUT IN THE REST OF THE FRONTAL IT'S MOSTLY ON THE RIGHT.  YOU CAN SEE THAT THE GREEN LINE IS MORE THAN TWO STANDARD DEVIATIONS AND APPROACHING THREE STANDARD DEVIATIONS, FOR EXAMPLE, FOR THE MID FRONTAL REGIONS AND INFERIOR FRONTAL, AND ALSO IN PARIETAL AREA THE SUPERIOR PARIETAL AREA.  WELL, THE --

Q.    SENSORO-MOTOR, IS THAT WHAT YOU ARE LOOKING FOR?

A.    SO ALL THESE YOU CAN SEE ARE DOWN ON THE RIGHT

AND ALSO THE SUPERIOR -- THE FUSIFORM GYRUS IS LOW BILATERALLY.  BUT SUPERIOR TEMPORAL AND MID TEMPORAL, MOST OF THE DAMAGE IS ON THE RIGHT WITH REDUCED RIGHT METABOLISM.

Q.    SO BUT WHEN WE GET TO -- WHEN WE ARE GETTING INTO THE LIMBIC REGION, IT LOOKS LIKE IT'S GOING ABOVE, BUT AS YOU TESTIFIED EARLIER, THAT -- IT STILL MEANS THERE IS DAMAGE BECAUSE IT'S ABOVE THE NORMAL RANGE, RIGHT?

A.    CORRECT.  ESPECIALLY THE HIPPOCAMPUS IS MORE THAN TWO STANDARD DEVIATION -- METABOLIZES ON THE RIGHT MORE THAN TWO STANDARD DEVIATIONS HIGHER THAN WHAT IS NORMAL.

Q.    I SEE THE AMYGDALA IS ALSO ABOVE AS WELL, RIGHT?

A.    YES, BILATERALLY.

Q.    SO THERE WAS DAMAGE THERE AS WELL?

A.    YES.

Q.    AND AS WE GO ACROSS, THERE IS ALSO DAMAGE IN THE -- WHAT IS CC?

A.    SO THAT IS THE CORPUS CALLOSUM.  THAT'S A BUNDLE OF NERVE FIBERS THAT CONNECT THE TWO HEMISPHERES.

Q.    IT'S IMPORTANT TO CONNECT SO THERE IS APPROPRIATE COMMUNICATION TO GET THE INFORMATION TO THE FRONTAL LOBE.  IS THAT FAIR TO SAY?

A.    YES.  ESPECIALLY IS IMPORTANT BECAUSE THE TWO

HEMISPHERES DEAL WITH THE WORLD VERY DIFFERENTLY.  THE RIGHT HEMISPHERE IS -- THE LEFT HEMISPHERE IS MORE LOGICAL, ANALYTIC, VERBAL.  IT SPEAKS, IT UNDERSTANDS LANGUAGE, WHEREAS THE RIGHT HEMISPHERE LOOKS AT THE WORLD MORE SPATIALLY WITH PICTURES, DOES NOT REASON ANALYTICALLY BUT REASONS MORE SYNTHETICALLY, MORE HOLISTICALLY.  IT IS INTUITIVE, RATHER THAN LOGICAL. USUALLY THOSE TWO COMMUNICATE WITH EACH OTHER SO WE DON'T FEEL THAT.  BUT IF YOU HAVE SURGERY THAT DISCONNECTS THE CORPUS CALLOSUM, YOU BASICALLY GET SOMEONE WHO HAS TWO DIFFERENT WAYS OF LOOKING AT THE WORLD AND THEY DON'T COMMUNICATE WITH EACH OTHER THAT CAN BE -- THAT CAN GET PRETTY DICEY.

Q.     THE LAST TWO CATEGORIES, THE BG AND THE SOM, WHAT ARE THOSE ON THE RIGHT?

A.     ON THE RIGHT WE SEE THE MID-BRAIN AND PONS HAVE INCREASED ACTIVATION AS WELL.

Q.     WHAT FUNCTION IS THAT AREA OF THE BRAIN FOR?

A.     THESE INTEGRATE THE INFORMATION THAT COMES FROM THE SPINAL CORD MOSTLY AND RELATE TO MOTIVATION.  THEY ARE PART OF THE -- PART OF THE REWARD SYSTEM.  SO THIS IS THE PART OF THE BRAIN THAT TELLS YOU WHAT FEELS GOOD AND WHAT DOES NOT FEEL GOOD, THINGS LIKE THAT.

Q.     AND MR. HAMMER HAS DAMAGE IN THAT AREA?

A.     YES.

Q.      IN ADDITION TO DOING THE PET RESULTS THAT YOU DID, I ALSO -- WE ALSO PROVIDED TO YOU RAW DATA FROM PEN AND PENCIL TESTING THAT WERE DONE BY PRIOR NEUROPSYCHOLOGISTS.  DO YOU RECALL THAT?

A.      YES.

Q.      ONE OF THEM WAS DR. GELBORT, WHO WAS THE NEUROPSYCHOLOGIST WHO TESTIFIED AT THE TIME OF MR. HAMMER'S ORIGINAL TRIAL.  DO YOU RECALL THAT?

A.      YES.

Q.      WHAT DID YOU DO WITH DR. GELBORT'S NEUROPSYCHOLOGICAL -- DID YOU REVIEW IT?

A.      YES.

Q.      AND DID YOU PROCESS IT IN ANY WAY?

A.      YES.

Q.      AND HOW DID YOU PROCESS IT?

A.      DURING THE LATE '80S WITH SUPPORT OF THE NATIONAL INSTITUTES OF HEALTH, WE DEVELOPED AN ALGORITHM.  ALGORITHM IS A MATHEMATICAL PROCEDURE WHERE IF YOU PUT IN THE SAME INFORMATION, YOU GET OUT THE SAME RESULTS.

                AND THE PURPOSE WAS TO ACHIEVE SOME UNIFORMITY OF INTERPRETATION OF NEUROPSYCHOLOGICAL TEST RESULTS.  WHAT HAPPENED IS THAT THIS IS A RAPIDLY EVOLVING FIELD, NEUROPSYCHOLOGY, AND SO A LOT OF PEOPLE PRACTICING NEUROPSYCHOLOGY WITH DIFFERENT LEVELS OF

TRAINING AND BACKGROUND.  AND WHAT WE DID FOR THAT STUDY WAS TO TAKE THE FOUR LEADING NEUROPSYCHOLOGISTS AT THE TIME AND SEQUESTER THEM FOR TWO DAYS WHERE THEY WENT OVER ALL THE TESTS THAT WERE AVAILABLE AT THE TIME, ALL THE NEUROPSYCHOLOGICAL TESTS THAT WERE AVAILABLE AT THE TIME, AND THEY HAD A SCHEMATIC OF THE BRAIN.  AND FOR EACH TEST, THEY GAVE NUMBERS IN EACH BRAIN REGION INDICATING THE PROBABILITY THAT DAMAGE IN THAT AREA WOULD SHOW AS A DEFICIT ON THAT PARTICULAR TEST.

Q.      AS A RESULT, YOU HAD -- YOU HAVE DEVELOPED SOFTWARE THAT INCORPORATES THAT THEORY, RIGHT?

A.      YES.  I MEAN, WE DID A BIT MORE.  WE WAITED A YEAR.  WE HAD THEM DO THAT AGAIN AND THEN WE ESTABLISHED THE RELIABILITY OF EACH OF THOSE NEUROPSYCHOLOGISTS WITHIN THEMSELVES AND THEN BETWEEN THEM.  AND THERE WAS EXCELLENT AGREEMENT AMONG THEM, BY AND LARGE.  AND NOW WE CAN TAKE THOSE NUMBERS THAT THEY PROVIDED AND IN THIS CASE, WE TOOK -- WE TAKE THE AVERAGE OF THOSE FOUR EXPERTS AND WE CAN ENTER ANY PARTICULAR CONSTELLATION OF TESTS THAT SOMEBODY RECEIVED THAT WERE RATED BY THESE EXPERTS AND WE GET A PICTURE THAT SHOWS US WHICH PARTS OF THE BRAIN SEEM TO BE DAMAGED BASED ON THE NEUROPSYCHOLOGICAL TESTING.

IT DOES NOT COME TO REPLACE AN EXPERT CLINICAL NEUROPSYCHOLOGIST READING THE TEST.  WHAT IT IS

HELPFUL IS IN -- ESPECIALLY IF SOMEONE IS NOT THAT WELL VERSED, THEY CAN GET AN INTERPRETATION.  BUT IMPORTANTLY, EVEN IF YOU ARE A VERY GOOD NEUROPSYCHOLOGIST, A LOT OF TIMES YOU MISS THINGS.  YOU LATCH ONTO ONE RESULT AND YOU DON'T NOTICE THAT THERE IS SOMETHING ELSE HAPPENING BECAUSE YOU HAVE TO DEAL WITH A LOT OF NUMBERS.  THE ALGORITHM IS -- DOES NOT HAVE EMOTIONS.  IT'S -- IT JUST GOES THROUGH EVERYTHING DISPASSIONATELY.  YOU MAY FIND THAT YOU THOUGHT THAT THE MAIN DAMAGE IS IN ONE AREA AND THEN YOU LOOK AT THE BEHAV -- -AT THE IMAGE AND YOU SEE THAT ACTUALLY THERE IS SOMETHING MORE GOING ON IN ANOTHER AREA.  THEN YOU OF COURSE HAVE TO GO BACK TO THE TESTING AND TRY TO FIGURE OUT WHY, WHAT IN THE RESULTS GAVE YOU THAT IMPRESSION.

Q.      AND THIS PROCESS HAS BEEN PEER REVIEWED, IS THAT CORRECT?

A.      YES.

Q.      AND AS A RESULT OF YOUR DOING THIS WITH DR. GELBORT'S NEUROPSYCHOLOGICAL PEN AND PENCIL TESTING WITH THE RAW DATA, IS THAT WHAT'S UP ON THE SCREEN, THE IMAGE THAT WAS THE RESULT?

A.      YES.  WHAT YOU SEE ON THE SCREEN IS THE BEHAVIORAL IMAGE THAT WAS GENERATED BASED ON THE NEUROPSYCHOLOGICAL TESTING OF DR. GELBORT.

Q.      THE PEN AND PENCIL NEUROPSYCHOLOGICAL TESTING IS

ALSO GEARED TO DETERMINE WHERE BRAIN DAMAGE MAY BE LOCATED.  IS THAT FAIR TO SAY?

A.      YES.  IT'S NOT ALWAYS PEN AND PAPER.  THERE ARE INSTRUMENTS THAT ARE BEING USED.  BUT WHAT DISTINGUISHES THIS PARTICULAR BATTERY AND METHODOLOGY THAT CREATED IT IS THAT IT IS BASED ON LESION DATA.

Q.      OKAY.  BUT THE TESTING THAT IS GIVEN, THAT DR. GELBORT GAVE, WAS ESSENTIALLY PEN AND PENCIL TESTING, RIGHT?

A.      MOST OF THEM.  I THINK HE GAVE A FEW.  HE GAVE A COUPLE OF TESTS WHICH REQUIRED AN INSTRUMENT.

Q.      I SEE WHAT YOU ARE SAYING.  SO -- BUT THIS IS WHAT -- THIS IS THE GENERATED RESULTS IN YOUR BEHAVIORAL IMAGING, CORRECT?

A.      CORRECT.

Q.      WHERE DOES THAT SHOW BRAIN DAMAGE?

A.      IT CLEARLY SHOWS THAT THE DAMAGE IS MORE ON THE RIGHT SIDE THAN ON THE LEFT.  IT SHOWS THAT IT'S SORT OF THE BACK OF THE HEAD, BUT EXTENDING FORWARD TO THE FRONTAL LOBE.  AND THERE IS ANOTHER FOCUS -- CLEAR FOCUS IN THE RIGHT SUPERIOR FRONTAL AREA, AS WELL AS INFERIOR FRONTAL AREA.

Q.      SO WE HAVE GOT IN THE OCCIPITAL LOBE, RIGHT?

A.      IT'S MORE PARIETAL, BECAUSE OCCIPITAL LOBE IS NOT VERY WELL MEASURED WITH THE NEUROPSYCHOLOGICAL

TESTS.

Q.        THE TEMPORAL LOBE, THOUGH, RIGHT?

A.        YES.

Q.        AND IN THE FRONTAL LOBE, RIGHT?

A.        YES.  IT'S IMPORTANT TO NOTE THAT THESE
NEUROPSYCHOLOGICAL TESTS ARE NOT SENSITIVE TO
SUBCORTICAL DAMAGE OR TO AMYGDALA DAMAGE.  WE JUST DON'T
SEE IT.

Q.        THAT IS WHAT WE WERE ABLE TO SEE IN THE PET AND
THE MRI?

A.        YES.

Q.        NOW, YOU ALSO CONDUCTED COMPUTERIZED TESTING
WITH MR. HAMMER WHEN HE WAS EVALUATED, IS THAT RIGHT?

A.        YES.

Q.        WHAT WERE THESE COMPUTERIZED TESTINGS DESIGNED
TO TEST FOR?

A.        THE COMPUTERIZED TESTS WOULD REPRESENT A NEW
GENERATION OF NEUROPSYCHOLOGICAL INSTRUMENTS.  THEY ARE
NOT BASED ON LESION DATA.  INSTEAD, THEY ARE BASED ON
FUNCTIONAL NEUROIMAGING STUDIES.  SO THESE ARE ALL TASKS
THAT HAVE BEEN ADMINISTERED TO PEOPLE WHEN THEY WERE IN
A SCANNER, SOME OF THEM WITH A PET SCANNER, OTHERS WITH
A MODIFIED MRI PROCEDURE THAT IS CALLED FUNCTIONAL MRI
WHERE YOU CAN VERY RAPIDLY FIND OUT WHICH BRAIN REGIONS
ARE RECRUITED TO PERFORM EACH TASK.  SO THESE TESTS WERE

THE ACTUAL TESTS THAT HAVE BEEN PREVIOUSLY ADMINISTERED IN STUDIES TO PEOPLE IN THE SCANNER.  AND SO WE KNOW WHICH BRAIN SYSTEM IS RECRUITED FOR EACH TEST.

Q.      AND AS A RESULT OF THAT TESTING WERE YOU ABLE TO -- WELL, ARE THESE -- IS THE TEST -- DOES THE TEST INVOLVE THE SUBJECT UTILIZING THE COMPUTER TO CLICK ON THINGS.  IS THAT HOW IT WORKS?

A.      YES.  THE ENTIRE TEST IS ADMINISTERED WITH A COMPUTER.  AT THE TIME IT WAS MAINLY A DESKTOP.  NOW WE HAVE VERSIONS ON IPAD AS WELL.  THE WHOLE TEST AND ITS SCORING IS DONE BY A COMPUTER.

Q.      AND WHY IS SPATIAL MEMORY SOMETHING THAT IS IMPORTANT FOR THIS TYPE OF TESTING?

A.      BECAUSE THAT'S THE REGION -- THAT IS THE FUNCTION THAT IS RELATED MOSTLY TO RIGHT TEMPORAL LOBE FUNCTIONING.

Q.      HOW ABOUT FACE MEMORY?  WHY IS THAT IMPORTANT?

A.      FACE MEMORY ALSO RELATES TO RIGHT TEMPORAL/PARIETAL.

Q.      AND THE ABSTRACTION AND MENTAL FLEXIBILITY, WHAT PART OF THE BRAIN?

A.      THIS IS AN EXQUISITE TEST FOR LOOKING AT FRONTAL LOBE FUNCTIONING, BECAUSE IT LOOKS AT THE ABILITY TO COME UP WITH A CONCEPT BASED ON INSTANCES, AND THEN VERY IMPORTANTLY WHEN THE PRINCIPLE CHANGES, BEING ABLE TO

ADJUST YOUR DECISIONS TO THE NEW PRINCIPLE.

Q.      THE ATTENTION -- WHAT DOES CPT STAND FOR?  WELL, IS THAT COMPUTERIZED?  IS THAT WHAT THAT --

A.      YES.  CPT STANDS FOR CONTINUOUS PERFORMANCE TEST.

Q.      AND WHAT IS THAT DESIGNED TO TEST FOR?

A.      IT'S A STANDARD PARADIGM FOR LOOKING AT VIGILANCE AND ATTENTION.  IT RECRUITS FRONTAL AND PARIETAL REGIONS, MOSTLY ON THE RIGHT.  YOU SEE ONE OF THOSE SEVEN SEGMENT DISPLAYS FLASHING, ONE A SECOND. AND THE SUBJECT NEEDS TO PUSH THE SPACE BAR WHEN THEY MAKE A DIGIT OR A LETTER.

Q.      AND THE LIST ABOVE THAT, IS THAT A TEST OR WHAT IS THAT UP ON THE LEFT?

A.      THIS IS JUST WHAT SOMEONE WHO WANTS TO ADMINISTER THE TEST SEES ON THEIR SCREEN.  AND THEN THEY CLICK SEQUENTIALLY ON THOSE TESTS TO ADMINISTER THEM.

Q.      GO TO THE NEXT SLIDE.

ARE THESE THE RESULTS OF THAT TESTING THAT YOU CONDUCTED, THE COMPUTERIZED TESTING FOR MR. HAMMER?

A.      YES.

THE COURT:  CAN WE GET A DATE WHEN THIS WAS DONE?

MS. SAUNDERS:  YOU CONDUCTED THE TESTING

IN 2004.  DOES THAT SOUND ACCURATE?

THE WITNESS:  YES.

THE COURT:  ALL THE TESTING.

MS. SAUNDERS:  ALL OF IT WAS DONE AT ONCE, YOUR HONOR.

THE COURT:  ALL RIGHT.

BY MS. SAUNDERS:

Q.    THE RESULTS OF THAT TEST SHOWED WHAT IN TERMS OF MR. HAMMER'S BRAIN?

A.    WELL, UNLIKE THE TRADITIONAL NEUROPSYCHOLOGICAL TEST, WHERE SPEED OF PERFORMANCE AND ACCURACY OF PERFORMANCE ARE CONFOUNDED AND NOT MEASURED, A VERY IMPORTANT FEATURE OF THE COMPUTERIZED TEST IS THAT THE COMPUTER FAITHFULLY RECORDS EVERY TIME -- HOW MUCH TIME IT TAKES YOU TO RESPOND TO EACH ITEM IN MILLISECOND PRECISION.  SO WE CAN SEPARATE THE TWO -- WE CAN SEPARATE THE TWO ASPECTS OF PERFORMANCE.

AS YOU KNOW, PERFORMANCE IS A BULL THAT HAS TWO HORNS.  ONE OF THEM IS ACCURACY AND THE OTHER IS SPEED.  YOU CAN PROBABLY DO ANYTHING IF YOU HAVE ENOUGH TIME.  AND USUALLY THERE IS A PRESSURE THAT YOU HAVE TO GET SOMETHING DONE BY A CERTAIN DEADLINE.  SO WE ALWAYS COMPROMISE PERFECTION AGAINST REALITY OF TIME.  AND WE DO THAT FOR EVERY ITEM.  DO I THINK A BIT HARDER TO FIND OUT THE RIGHT ANSWER OR OKAY, IT'S GOOD ENOUGH TO TRY

THIS PARTICULAR ANSWER.  SO WE CAN SEPARATE THE ACCURACY FROM THE SPEED.  WE CAN LOOK AT THEM TOGETHER BY LOOKING AT ACCURACY AND DIVIDING THE NUMBER OF CORRECT RESPONSES BY THE SQUARE ROOT OF THE MEDIAN RESPONSE TIME.

WE TAKE MEDIAN RESPONSE TIME BECAUSE IT'S A MORE STABLE ESTIMATE OF THE RESPONSE TIME, SINCE A SUBJECT MAY ALL OF A SUDDEN SCRATCH THEIR HEAD IN THE MIDDLE OF A STUDY, SO YOU GET SOME OUTLIERS.  THAT IS WHY WE TAKE THE MEDIAN.

IF YOU LOOK AT EFFICIENCY, YOU CAN SEE THAT THE MAIN DEFICITS THAT MR. HAMMER HAVE ARE IN ATTENTION -- ARE IN ATTENTION AND IN FACE MEMORY.  THAT IS COMBINING ACCURACY AND SPEED.  WHEN YOU SEPARATE ACCURACY AND SPEED, YOU CAN SEE THE EFFECTS OF THE BRAIN DAMAGE MORE CLEARLY.  WHEN YOU LOOK AT THE ABSTRACTION AND MENTAL FLEXIBILITY, WHICH ON AVERAGE IF YOU CONSIDER BOTH ACCURACY AND SPEED, HE IS AVERAGE.  ACTUALLY HIS SPEED WAS VERY, VERY SLOW.  SO HE GOT AVERAGE PERFORMANCE, BUT AT THE EXPENSE OF A LOT OF TIME SPENT ON THINKING THINGS THROUGH.  THAT IS QUITE TYPICAL OF PEOPLE WITH BRAIN DAMAGE.  THEY ALWAYS TRY TO DO WELL AND THEY DEVELOP STRATEGIES TO OVERCOME THE DEFICITS.

YOU CAN ALSO SEE THAT THE ACCURACY IS REDUCED BOTH FOR FACE MEMORY AND FOR SPATIAL MEMORY, WHICH ARE THE TWO RIGHT TEMPORAL/PARIETAL TESTS, AS WE

INCLUDED.

Q.      SO THE RESULTS OF THIS COMPUTERIZED TESTING, DID IT INDICATE TO YOU THAT THERE WAS DAMAGE IN SOME AREAS OF THE BRAIN?

A.      YES.  THE RESULTS OF THIS TESTING SUPPORT THE PRESENCE OF BRAIN DAMAGE.

Q.      WHAT AREAS OF THE BRAIN DO THEY SUPPORT?

A.      FRONTAL AND THEN TEMPORAL/PARIETAL ON THE RIGHT.

Q.      JUST AS YOUR OTHER TESTING THAT YOU REVIEWED AND DID, FOUND?

A.      YES.

Q.      DURING 2005, DID I ALSO SUBMIT TO YOU RAW DATA FROM DR. MARTELL?

A.      YES.

Q.      HE WAS HIRED BY THE GOVERNMENT DURING THE 2255 PROCEEDINGS?

A.      CORRECT.

Q.      AND DID YOU, AS A RESULT OF THAT, CONDUCT THE SAME TYPE OF ANALYSIS YOU DID WITH DR. MARTELL'S RAW DATA THAT YOU HAD DONE WITH DR. GELBORT'S RAW DATA?

A.      YES.  I ENTERED DR. MARTELL'S DATA INTO THE EXACT SAME ALGORITHM.

Q.      AS A RESULT OF THAT -- AS A RESULT OF THAT, IS THIS THE RESULT THAT CAME UP AS A RESULT?  CAN I SAY RESULT ONE MORE TIME?  IS THIS WHAT YOU GOT?

A.      YES.  THAT IS WHAT CAME OUT OF THE ALGORITHM.

Q.      CAN YOU INDICATE WHERE THE DAMAGE IS THAT YOU FOUND AS A RESULT OF THIS?

A.      IT'S VERY SIMILAR TO WHAT GELBORT FOUND.  IT'S WORSE ON THE RIGHT, MORE POSTERIOR, BUT ALSO WITH A CLEAR FOCUS IN THE FRONTAL AREA.

Q.      SO ONCE AGAIN, WE HAVE --

A.      AND GENERALLY WORSE.  I MEAN, THE GENERAL -- THE DEFICIT APPEARS WORSE, A BIT WORSE ON DR. MARTELL'S TESTING.

Q.      SO WHAT WE HAVE STILL THOUGH IS DAMAGE IN THE OCCIPITAL, RIGHT?

A.      YES.

Q.      DAMAGE IN THE PARIETAL?

A.      PARIETAL.

Q.      AND TEMPORAL?

A.      YES.

Q.      AND ALSO DAMAGE IN THE FRONTAL LOBE?

A.      YES.

Q.      SOMEONE WITH THE DAMAGE IN THESE AREAS OF THE BRAIN, HOW DOES THAT IMPACT THEIR FUNCTIONING?

A.      WELL, DIFFERENT ASPECTS OF THE DAMAGE WILL IMPACT DIFFERENT ASPECTS OF BEHAVIOR.  IN GENERAL, PEOPLE WITH RIGHT HEMISPHERE DAMAGE TEND TO HAVE WHAT IS CALLED FLAT AFFECT.  THEY HAVE DIFFICULTY WHEN THEY

TALK.  THEY DON'T -- THEY HAVE DIFFICULTY PUTTING INTONATION INTO THEIR VOICE.

PEOPLE WITH PARIETAL DAMAGE, ESPECIALLY ON THE RIGHT BUT ALSO ON THE LEFT, HAVE DIFFICULTY IN INTEGRATING INFORMATION AND IN PARTICULAR IN ASCRIBING SELF AGENCY TO ACTS.  SO IF I PUT YOU IN A SCANNER AND I SHOWED YOU A DOG, THE PARIETAL WON'T RESPOND MUCH.  IF I SHOWED YOU YOUR DOG, THE PARIETAL WILL SHOOT UP.  IF I SHOW YOU A SHIRT, NOTHING.  IF I SHOW YOU YOUR SHIRT. THERE IS A PART IN THE PARIETAL LOBE THAT KEEPS TELLING US THIS IS ME DOING IT, I'M HERE AND PEOPLE WITH DAMAGE IN THAT AREA WILL HAVE DIFFICULTIES IN PERCEIVING THEMSELVES AS AGENTS OF THEIR OWN ACTIONS.  AND IN SOME CASES THEY COULD BE PRONE TO DISSOCIATION, NAMELY CARRYING OUT VERY COMPLEX ACTIONS WITHOUT REALLY FEELING AS IF THEY ARE DOING IT.

Q.    AND BY DISSOCIATION, THAT IS DIFFERENT THAN DISSOCIATIVE IDENTITY DISORDER, RIGHT?  THAT IS NOT WHAT YOU ARE TALKING ABOUT?

A.    YES.  NO.  YOU HAVE THOSE EXPERIENCES WITH PEOPLE WITH BRAIN DAMAGE WHO HAVE NO OTHER PERSONALITY OR PSYCHIATRIC ILLNESS.

Q.    AND THE TEMPORAL LOBE, WHAT IMPACT IS THE DAMAGE IN THE TEMPORAL LOBE?

A.    THAT IMPACTS WORD AND FACE MEMORY.  IT WOULD

ALSO IMPACT THE ABILITY TO REASON INTUITIVELY AND

COMMUNICATE INFORMATION FROM THE BACK OF THE BRAIN TO

THE FRONTAL LOBE.

Q.        AND THE FRONTAL LOBE YOU DESCRIBED AS HAVING TO

DO WITH IMPULSE CONTROL AND THE BRAKE SYSTEM, RIGHT?

A.        YES.   PEOPLE WITH FRONTAL LOBE DAMAGE TEND TO BE

IMPULSIVE.   THEY HAVE DIFFICULTIES INITIATING ACTIONS,

BUT ONCE THEY INITIATE ACTION, THEY HAVE DIFFICULTIES

STOPPING WHAT THEY STARTED.   SO YOU HAVE -- IF YOU GO TO

A MOVEMENT DISORDER CLINIC AND YOU STAND NEXT TO THE

ELEVATOR, YOU WILL SEE PARKINSONIAN PATIENTS.   THEY WILL

COME AND STAND IN FRONT OF THE ELEVATOR, THE DOOR OPENS,

AND THEY CAN'T MOVE.   YOU HAVE TO NUDGE THEM AND THEN

THEY START WALKING AND THEN ONCE THEY START WALKING THEY

CAN'T STOP UNTIL THEY HIT THE WALL OF THE ELEVATOR ON

THE OTHER SIDE.   SO THIS ILLUSTRATES WHAT FRONTAL LOBE

DOES.   IT TELLS YOU WHEN IT'S TIME TO DO AND WHEN IT'S

TIME TO STOP.

Q.        NOW YOU DISCUSSED EARLIER ABOUT THE DAMAGE TO

THE LIMBIC SYSTEM AND THE HIPPOCAMPUS AND AMYGDALA.

DOES THAT INVOLVE EMOTIONS AND EMOTIONALITY?

A.        YES.   BOTH HIPPOCAMPUS AND AMYGDALA ARE INVOLVED

IN EMOTIONAL BEHAVIOR, ESPECIALLY IN THE FIGHT AND

FLIGHT INSTINCT.   WHEN THE AMYGDALA BECOMES AROUSED, THE

FRONTAL LOBE NEEDS TO DECIDE WHETHER TO RUN AWAY OR TO

ATTACK, PRETTY MUCH.

Q.      SOMEONE WHO HAS DAMAGE IN THE INFORMATION PROCESSING SECTION OF THE BRAIN, SO THE INFORMATION IS SKEWED, DOES THAT IMPACT AN INDIVIDUAL'S DECISION TO FIGHT OR FLIGHT?

A.      YES.  THE WAY WE GET SIGNALS FOR ACTION IS FROM BRAIN ACTIVITY.  AND SO IF THERE IS AN ABNORMALITY IN THE AMYGDALA, IT WILL MISFIRE AND CAUSE ALL SORTS OF MISCHIEF, WOULD CAUSE FALSE ALARMS.  WHAT HAPPENS WITH PEOPLE WITH DAMAGED AMYGDALA IS THAT THEY OVER THE YEARS LEARN NOT TO TRUST IT.  BUT THEN STILL SOMETIMES IT'S VERY DIFFICULT FOR THEM TO DEAL WITH SITUATIONS BECAUSE THEIR EMOTIONAL BRAIN IS CONSTANTLY ACTIVE.

Q.      SO THAT THE DAMAGE THAT YOU FOUND IN YOUR COMPUTERIZED TESTING IS CONSISTENT WITH WHAT -- THE RESULTS FROM DR. GELBORT, IS THAT CORRECT?

A.      YES.

Q.      AND ALSO CONSISTENT WITH WHAT YOU FOUND IN THE COMPUTERIZED TESTING, RIGHT?

A.      CORRECT.

Q.      AND ALSO CONSISTENT WITH WHAT DR. MARTELL FOUND, IS THAT RIGHT?

A.      YES.

                MS. SAUNDERS:  COURT'S INDULGENCE.

                (PAUSE.)

BY MS. SAUNDERS:

Q.      DR. GUR, PART OF THE TESTING THAT WAS CONDUCTED -- THE INITIAL TESTING THAT WAS CONDUCTED BY DR. GELBORT AND I BELIEVE DR. MARTELL INCLUDED INTELLIGENCE TESTING AND SHOWED THAT MR. HAMMER HAD NORMAL OR ABOVE NORMAL INTELLIGENCE.  DOES THAT DETRACT FROM THE FACT THAT MR. HAMMER HAS BRAIN DAMAGE?

A.      NO.  BEING INTELLIGENT DOES NOT PROTECT YOU FROM BRAIN DAMAGE, BUT IT STILL -- BRAIN DAMAGE WILL STILL HAVE AN EFFECT ON YOUR FUNCTIONING.

Q.      SO YOU CAN BE BRILLIANT, BUT IF YOU HAVE DAMAGE TO THE FRONTAL LOBE, YOU STILL HAVE IMPULSE ISSUES, RIGHT?

A.      YES.  ABSOLUTELY.  THE ANALOGY I CAN THINK OF IS YOU CAN HAVE A BEAUTIFUL CITY LIKE SAN FRANCISCO OR LIKE NEW ORLEANS.  SAN FRANCISCO AFTER AN EARTHQUAKE, YOU FLY OVER THE CITY AND YOU DON'T SEE ANY PROBLEM.  IT'S BEAUTIFUL.  I HAPPENED TO GO TO NEW ORLEANS SHORTLY AFTER THE FLOOD.  YOU COME FROM THE AIR, THE CITY LOOKS GREAT.  YOU DON'T UNDERSTAND WHAT PEOPLE ARE TALKING ABOUT UNTIL YOU ACTUALLY DRIVE IN THE CITY AND YOU SEE ONE BUILDING IS TOTALLY ABANDONED, ANOTHER BUILDING LOOKS OKAY.  BUT THEN WHOLE LINE OF BUILDINGS IS JUST UNDER THE WATER.  SO THE CITY CAN FUNCTION, BUT DOES NOT FUNCTION THAT WELL.

MS. SAUNDERS:  I WOULD MOVE THE EXHIBITS I HAVE MARKED IN, YOUR HONOR, BUT OTHER THAN THAT, THAT WOULD BE THE COMPLETION OF MY DIRECT EXAMINATION.

THE COURT:  ANY OBJECTION?

MS. HAINES:  NO, YOUR HONOR.

THE COURT:  D 100 WILL BE ADMITTED.  D 102 WILL BE ADMITTED.

(DEFENSE EXHIBITS 100, 102 ADMITTED INTO EVIDENCE.)

THE COURT:  AND CROSS EXAMINATION.

MS. HAINES:  MAY I PROCEED, YOUR HONOR?

THE COURT:  YES.

MS. HAINES:  THANK YOU.

CROSS EXAMINATION

BY MS. HAINES:

Q.     GOOD AFTERNOON, DR. GUR.

A.     GOOD AFTERNOON.

Q.     NOW I BELIEVE YOU TESTIFIED PREVIOUSLY IN THIS CASE, IS THAT CORRECT?

A.     YES.

Q.     BACK IN 2005?

A.     YES.

Q.     AND AT THAT TIME YOU TESTIFIED THAT MENTAL DISEASE IS NOT SOMEBODY'S PERSONAL CHOICE.  THAT'S CORRECT, RIGHT?

A.    YES.

Q.    AND THAT YOU SAID MENTAL DISEASE IS NOT ONLY SOMETHING AN INDIVIDUAL DOES NOT CHOOSE, IT HAS NOTHING TO DO WITH POOR MOTHERING OR UPBRINGING.  DO YOU REMEMBER SAYING THAT?

A.    YES.

Q.    NOW, TODAY, IN YOUR TESTIMONY, YOU TALKED QUITE A BIT ABOUT QUANTITATIVE PET SCANS AND MRI'S, FAIR TO SAY?

A.    YES.

Q.    AND THOSE ARE USUALLY INTERPRETED BY A NEURORADIOLOGIST OR A NUCLEAR MEDICINE PHYSICIAN, RIGHT?

A.    THEY ARE CLINICALLY READ BY A NEURORADIOLOGIST IN THE CASE OF MRI AND USUALLY NUCLEAR MEDICINE PHYSICIAN IF THEY HAVE A DEPARTMENT LIKE THAT. OTHERWISE IT WOULD BE A REGULAR NEURORADIOLOGIST.

Q.    AND THOSE ARE DOCTORS, CORRECT, MEDICAL DOCTORS?

A.    YES.

Q.    YOU YOURSELF, SIR, ARE NOT A MEDICAL DOCTOR?

A.    THAT'S CORRECT.

Q.    YOU DID NOT GO TO MED SCHOOL?

A.    NO.

Q.    DIDN'T DO A RESIDENCY, RIGHT?

A.    RIGHT.

Q.    AND YOU HAVE NO FORMAL TRAINING IN INTERPRETING

PET SCANS OR MRI'S, CORRECT?

A.      CORRECT.

Q.      NOW, YOU HAVE ALSO TESTIFIED IN THE PAST THAT YOU HAVE BEEN QUALIFIED AS AN EXPERT ON SOME 30 OCCASIONS IN NEUROIMAGING.  IS THAT STILL THE CASE?  IS IT ABOUT 30?

A.      IT'S PROBABLY MORE BY NOW.

Q.      ALL RIGHT.  HAS YOUR TESTIMONY ABOUT QUANTITATIVE PET SCANS AND BRAIN IMAGING, HAS THAT EVER BEEN PRECLUDED AS SCIENTIFICALLY UNRELIABLE?

A.      NOT TO MY KNOWLEDGE.  THERE WAS ONE CASE WHEN THE JUDGE, THE TRIAL JUDGE THOUGHT THAT AS I -- I'M NOT A LAWYER, I DON'T FULLY UNDERSTAND THE RULING, BUT MY UNDERSTANDING WAS THAT THEY FELT -- THAT THE JUDGE FELT THAT THE PET RESULTS WOULD NOT -- DID NOT SUPPORT A SPECIFIC DIAGNOSIS OF IN THAT CASE IT WAS PSEUDOCYESIS P-S-E-U-D-O-C-Y-E-S-I-S.  AND THAT IT WOULD NOT HAVE A PROBATIVE VALUE AND SO HE DID NOT -- HE DID NOT ALLOW THE TESTIMONY TO BE PRESENTED AT TRIAL.  THAT WAS IN PRETRIAL HEARING.  BUT I ALSO UNDERSTAND THAT THAT RULING WAS APPEALED AND THE APPEALS JUDGE SAID THAT THAT WAS AN ERROR NOT TO ALLOW THE TESTIMONY.  AND HE DID NOT REVERSE THE VERDICT BECAUSE HE DIDN'T THINK THAT THAT TESTIMONY WOULD HAVE CHANGED THE VERDICT.

Q.      WELL, YOU ARE TALKING ABOUT THE LISA MONTGOMERY

CASE?

A.      YES, EXACTLY.

Q.      IS THAT RIGHT?

A.      YES.

Q.      THAT WAS A DEATH PENALTY CASE OUT OF MISSOURI?

A.      MISSOURI OR KANSAS CITY.  MAYBE KANSAS OR MISSOURI.  IT WAS IN -- I GUESS IT WAS MISSOURI.

Q.      WE ARE TALKING ABOUT THE SAME CASE, JUST WANT TO MAKE SURE.

A.      LISA MONTGOMERY.

Q.      IT'S ACTUALLY THE CASE, DR. GUR, THAT THE DISTRICT COURT FOUND THAT YOUR MRI RESULT CONCLUSION WAS NOT CORRECT BECAUSE THE DISTRICT COURT FOUND THAT SHE HAD A NORMAL MRI.  SO IT WAS NOT JUST THE PET SCAN.  IT WAS ALSO THE MRI, SIR, ISN'T THAT RIGHT?

MS. SAUNDERS:  YOUR HONOR, I WOULD OBJECT TO HER QUESTIONING ABOUT SOMETHING THAT MAY BE IN A COURT OPINION AS FAR AS DR. GUR IS CONCERNED AND WHAT SOME OTHER COURT MAY HAVE FOUND WITH REGARD TO SOME OTHER CASE UNDER DIFFERENT CIRCUMSTANCES.

THE COURT:  OVERRULED.

BY MS. HAINES:

Q.      SIR, I'M NOT TRYING TO TRICK YOU.  WHY DON'T I HAND YOU A COPY OF THE OPINION.

MS. HAINES:  IF I MAY APPROACH.

BY MS. HAINES:

Q.      JUST NOR THE RECORD, I HAVE HANDED DR. GUR A COPY OF UNITED STATES VERSUS MONTGOMERY, LISA MONTGOMERY, 635 F.3D 1074.  AND SIR, THIS IS ACTUALLY THE COURT OF APPEALS DECISION THAT YOU WERE TALKING ABOUT.  BUT IF YOU COULD TURN TO PAGE 9 OF THAT, IF YOU LOOK DOWN TO THE PARAGRAPH -- IT'S SORT OF IN TWO COLUMNS.  THE RIGHT-HAND COLUMN BEGINS WITH:  AFTER HEARING TWO DAYS OF EXPERT TESTIMONY THE DISTRICT COURT CONCLUDED THAT THE DEFENDANT'S MRI RESULTS WERE NOT ABNORMAL AND THUS DID NOT SHOW ANY MENTAL CONDITION OR CIRCUMSTANCE THAT WOULD BE RELEVANT TO MATTERS AT ISSUE IN THIS CASE.

DO YOU SEE THAT, SIR?

A.      YES.

Q.      AND THEN ON PAGE 10, THE LEFT-HAND COLUMN, FIRST FULL PARAGRAPH:  THE DISTRICT COURT ALSO RULED THAT YOUR TESTIMONY REGARDING THE PET SCAN ANALYSIS WOULD BE EXCLUDED.  DO YOU SEE THAT, SIR?

A.      THAT'S PAGE?

Q.      IT'S PAGE 10, LEFT-HAND COLUMN, FIRST FULL PARAGRAPH?

A.      YES.

Q.      BECAUSE THE DISTRICT COURT FOUND THAT THE GOVERNMENT'S EXPERTS COULDN'T REPLICATE YOUR

CALCULATIONS, AMONG OTHER THINGS.  DO YOU SEE THAT?

A.     YES.

Q.     ALL RIGHT.

AND THEN YOU MENTIONED THAT YOU THOUGHT THIS HAD ALL BEEN OVERTURNED ON APPEAL WHEN IT WENT UP TO THE COURT OF APPEALS.  DO YOU RECALL SAYING THAT?

A.     YES.

Q.     ALL RIGHT.  IF YOU WOULD TURN TO PAGE 14, THE RIGHT-HAND COLUMN.

NOW, THE COURT OF APPEALS FOUND THAT YOUR TESTIMONY REGARDING THE PET SCANS WAS RELIABLE ENOUGH TO BE ADMITTED, BUT THEN IT FOUND THAT YOUR OPINION ABOUT THOSE PET SCANS, THAT IT SHOWED ABNORMALITIES IN THEM CONSISTENT WITH A DIAGNOSIS OF -- I CAN'T SAY THAT WORD, BUT IT MEANS FALSE PREGNANCY, RIGHT?

A.     YES.

Q.     THEY SAID THAT YOUR OPINION DID NOT MEET RULE 702.  THAT IS A RULE OF EVIDENCE RELIABILITY REQUIREMENT BECAUSE, QUOTE:  IT WAS AT MOST A WORKING HYPOTHESIS, NOT ADMISSIBLE SCIENTIFIC KNOWLEDGE.  THAT IS ON PAGE 15.

IT WENT ON TO SAY THAT:  ALTHOUGH THAT IS A FLEXIBLE INQUIRY, IT REQUIRES THAT THE PRINCIPLES UNDERLYING THE PROPOSED SUBMISSION BE SCIENTIFICALLY VALID.

AND THEN THE NEXT FULL PARAGRAPH:  THE DEFENDANT FAILED TO SHOW THAT YOUR OPINION WAS BASED ON SCIENTIFICALLY VALID PRINCIPLES.

DO YOU SEE THAT, SIR?

A.    WHERE IS THE LAST THING YOU SAID?

Q.    I WAS DIRECTING YOUR ATTENTION TO PAGE 15, THE FIRST FULL PARAGRAPH ON THE LEFT COLUMN.

SO THEY ULTIMATELY CONCLUDED, CONTRARY TO WHAT YOU JUST TOLD US, DR. GUR, ON PAGE 15, RIGHT-HAND COLUMN, THAT YOUR HYPOTHESIS WAS WITHOUT SUPPORT.  IT'S NO MORE THAN A SUBJECTIVE BELIEF OR AN EXERCISE IN DISCRETION.  AND THEY DIDN'T FIND THAT THE DISTRICT COURT MADE A MISTAKE IN EXCLUDING IT.  DO YOU SEE THAT, SIR?  DR. GUR, ARE YOU WITH ME?  DO YOU SEE THAT?

A.    I SEE PORTIONS, BUT I DON'T READ FAST ENOUGH, ESPECIALLY NOT LEGAL TEXT, TO FOLLOW WHAT YOU ARE SAYING.

Q.    ALL RIGHT.  BUT DO YOU SEE WHERE I HAVE READ IT.  DO YOU SEE THAT IT IS THERE?

A.    I DON'T -- I DIDN'T GET TO THE SPECIFIC THING THAT YOU SAID THAT HE SAID THAT THE TRIAL COURT WAS CORRECT IN NOT ALLOWING MY TESTIMONY.

Q.    ALL RIGHT.

MS. HAINES:  IF I CAN JUST POINT THAT OUT TO THE WITNESS, YOUR HONOR.

BY MS. HAINES:

Q.    DID I READ THAT CORRECTLY, DR. GUR?

A.    THE DISTRICT COURT DOES -- DID NOT ABUSE ITS DISCRETION IN EXCLUDING DR. GUR'S OPINION DURING THE GUILT PHASE OF THE TRIAL.

Q.    ALL RIGHT.  AND WE CAN MOVE OFF OF THAT.

A.    THERE IS A PLACE.  IT'S HARD FOR ME -- THERE IS A PLACE WHERE THEY SAID IT WAS AN ERROR NOT TO ALLOW MY TESTIMONY, I'M PRETTY SURE.  I READ THAT QUITE A WHILE AGO AND DID NOT READ REALLY THOROUGHLY, BUT I DO DISTINCTLY REMEMBER THERE WAS A PLACE WHERE HE SAID THAT IT WAS AN ERROR NOT TO ALLOW MY TESTIMONY TO GO FORWARD.
        I MEAN --

Q.    BUT YOU SEE WHAT I JUST SHOWED YOU?

A.    YES, I DO.

Q.    AND I READ THAT CORRECTLY INTO THE RECORD, FAIR TO SAY?

A.    YES.

Q.    ALL RIGHT.
        NOW YOU HAVE ALSO TESTIFIED IN THIS CASE BEFORE.  DO YOU REMEMBER ALL THAT?

A.    YES.

Q.    AND THAT WAS IN 2005.  DO YOU REMEMBER TESTIFYING?

A.    YES.

Q.    AT THAT TIME YOUR CONCLUSION TO A REASONABLE DEGREE OF SCIENTIFIC CERTAINTY WAS THAT MR. HAMMER WAS NOT COMPETENT WHEN HE PLED GUILTY IN THIS CASE AND WAIVED HIS APPELLATE RIGHTS.  DO YOU REMEMBER GIVING THAT OPINION?

A.    YES.

Q.    YOU SAID THAT THERE WAS A SUBSTANTIAL AND SIGNIFICANT DOUBT IN YOUR MIND THAT MR. HAMMER WAS COMPETENT.  THAT WAS YOUR OPINION, RIGHT?

A.    YES.

Q.    DO YOU STILL STAND BY THAT OPINION, DR. GUR?

A.    YES.

Q.    YOU STILL BELIEVE HE WAS NOT COMPETENT WHEN HE TOOK HIS GUILTY PLEA?

A.    TO THE BEST OF MY UNDERSTANDING AND KNOWLEDGE, I THINK IT'S MORE LIKELY THAN NOT THAT HE WAS NOT COMPETENT.

Q.    WELL, IS THAT DIFFERENT THAN TO A REASONABLE DEGREE OF SCIENTIFIC CERTAINTY MORE LIKELY THAN NOT?

A.    THAT IS WHAT I USE AS -- YES.

Q.    IS IT THE SAME FINDING?

A.    THE SAME.

Q.    YOU KNOW THAT THE JUDGE, JUDGE MUIR, HAVING HEARD THE SAME TESTIMONY THAT YOU'VE BASICALLY GIVEN TODAY SAID THAT YOUR CONCLUSION WASN'T CREDIBLE.  YOU

KNOW THAT, DON'T YOU?

A.    AS I RECALL, HIS CONCLUSION WAS THAT MY TESTIMONY ON IMAGING WAS CREDIBLE, BUT THAT THE CONCLUSION THAT MR. HAMMER WAS INCOMPETENT WAS NOT.

Q.    RIGHT.  HE SAID THAT YOUR PSYCHOLOGICAL EVALUATION, THAT WAS FINE.  THAT IS WHAT HE SAID, CORRECT?

A.    YES.

Q.    HE SAID THE NEUROIMAGING WAS OKAY, TOO, RIGHT?

A.    YES.

Q.    BUT HE SAID WHEN YOU TRIED TO LINK THOSE THINGS AS YOU HAVE DONE HERE TODAY TO BEHAVIOR, HE SAID THAT WAS INCREDIBLE.

MS. SAUNDERS:  OBJECTION, YOUR HONOR. THERE IS A DIFFERENCE BETWEEN LINKING IT TO AN OPINION ON COMPETENCY VERSUS LINKING IT TO THE SCIENTIFIC BASIS OF WHAT HAPPENS IN A BRAIN.

THE COURT:  I WILL SUSTAIN THAT OBJECTION.

BY MS. HAINES:

Q.    NOW, YOU HAVE TESTIFIED IN OTHER CAPITAL CASES, ISN'T THAT TRUE, SIR?

A.    YES.

Q.    WHEN DID YOU FIRST START TESTIFYING IN CAPITAL CASES?

A.      I BELIEVE IT WAS IN THE MID '80S.

Q.      AND HOW MANY CAPITAL CASES DO YOU THINK YOU HAVE TESTIFIED IN?

A.      TO DATE?  IT WOULD BE 70 OR SO.

Q.      DID YOU EVER TESTIFY OR HAVE YOU EVER TESTIFIED FOR THE PROSECUTION?

A.      YES.

Q.      IN A CAPITAL CASE?

A.      NO.

Q.      AND YOU GO ALL OVER THE COUNTRY FOR THE DEFENSE, TESTIFYING IN CAPITAL CASES ABOUT THIS BEHAVIORAL IMAGING, CORRECT?

A.      ABOUT NEUROPSYCHOLOGY AND NEUROIMAGING, YES.

Q.      IT'S NOT JUST LIMITED TO HERE IN PENNSYLVANIA?

A.      CORRECT.

Q.      I WANT TO TALK TO YOU ABOUT THE BEHAVIORAL IMAGING YOU DID IN THIS CASE, IF WE CAN BRING UP -- I DON'T KNOW WHAT NUMBER IT IS, THE SLIDES OF MR. HAMMER'S BEHAVIORAL IMAGING.  WHILE WE ARE GETTING THE SLIDE UP, THE PRESENTATION HERE, THAT IS NOT AN ANATOMICAL IMAGE, IS IT?

A.      NO.

Q.      IT'S MORE LIKE AN ILLUSTRATION?

A.      YES.

Q.      YOU INVENTED THIS BEHAVIORAL IMAGING

METHODOLOGY, DIDN'T YOU, DR. GUR?

A.      YES, WITH COLLEAGUES.

Q.      WITH TWO COLLEAGUES, RIGHT?

A.      CORRECT.

Q.      YOU PATENTED IT IN 1986?

A.      THE UNIVERSITY -- THROUGH THE UNIVERSITY THEY GOT A COMPANY TO PATENT IT.

Q.      AND THE COMPANY IS BIOLOGIC, YOU SEE THAT UP IN THE RIGHT-HAND CORNER.  THAT'S THE COMPANY THAT OWNS THE PATENT, CORRECT?

A.      YES.

Q.      IN ORDER TO USE THIS METHODOLOGY IF YOU ARE A NEUROPSYCHOLOGIST, YOU HAVE TO APPLY FOR A LICENSE, ISN'T THAT RIGHT?

A.      THE METHODS IS AVAILABLE IN THE PUBLIC DOMAIN. EVERYTHING WE DEVELOP WE PLACE IN THE PUBLIC DOMAIN SO ANY RESEARCHER WHO WANTS TO USE IT, THEY CAN JUST DOWNLOAD IT AFTER THEY VERIFY THAT THEY ARE DOING THE RESEARCH UNDER THE AUSPICES OF AN ETHICS BOARD.

IF YOU WANT TO USE THIS PARTICULAR IMPLEMENTATION AND GET THE TECHNICAL SUPPORT FROM THE COMPANY AND SO FORTH, THEN YOU HAVE TO -- YOU HAVE TO BUY THE SOFTWARE.

Q.      WELL, HAVEN'T YOU TESTIFIED PREVIOUSLY THAT YOU ACTUALLY HAVE TO GET A LICENSE FROM BIOLOGIC?

A.    I WOULD THINK THAT PROBABLY YOU DO, IF YOU GO THROUGH BIOLOGIC.

Q.    DO YOU KNOW HOW MANY LICENSES OR APPLICATIONS FOR LICENSES BIOLOGIC HAS RECEIVED?

A.    I DON'T KEEP TAB OF THAT.

Q.    WELL, ISN'T IT TRUE THAT YOU TESTIFIED PREVIOUSLY THAT THE BEHAVIORAL IMAGE METHODOLOGY HAS NOT REALLY BEEN USED VERY MUCH THROUGH BIOLOGIC?

A.    I KNOW THAT IT HAS NOT BEEN USED A LOT.  THE FOCUS IS ON BUILDING EEG MACHINES.  SO IT'S NOT A PART OF THE COMPANY THAT THEY HAVE REALLY WORKED ON MUCH.

Q.    AND YOU HAVE NOT ACTUALLY UPDATED THIS METHODOLOGY SINCE 1986.  IS THAT FAIR TO SAY?

A.    THAT'S FAIR.  WE ARE UPDATING IT AS WE SPEAK, BUT WE HAVE NOT PUBLISHED ANY UPDATES SINCE 1993.

Q.    BUT NEUROLOGICAL TESTING HAS BEEN UPDATED SINCE THEN, RIGHT?

A.    NEUROPSYCHOLOGICAL TESTING?

Q.    YES.

A.    NOT MUCH.

Q.    ALL RIGHT.

PET SCANS HAVE BEEN UPDATED SINCE THEN, HAVEN'T THEY?

A.    PET SCANS?

Q.    YES.

A.      PET SCANS HAVE PRETTY MUCH REACHED THEIR ASYMPTOTE TOWARD THE END OF THE PREVIOUS CENTURY.  THEY HAVE NOT BEEN MUCH IMPROVED SINCE THEN.

Q.      YOU WOULD NOT AGREE THAT PET SCANS ARE MORE SOPHISTICATED NOW THAN THEY WERE IN 1986?

A.      1986.  WHAT IS -- THE IMPORTANT ASPECTS OF IT, WHICH IS RESOLUTION, IN 1986 WE ALREADY HAD A PET SCANNER AT LAWRENCE BERKELEY LAB THAT WAS DOING TWO-MILLIMETER RESOLUTION BUT ON A SINGLE SLICE.  AND THAT IS PRETTY MUCH THE PINNACLE OF PET.  MOST CURRENT DAY PETS WOULD HAVE A RESOLUTION OF AROUND FOUR MILLIMETERS.  BUT THE TECHNOLOGY ITSELF HAS NOT REALLY CHANGED MUCH.

Q.      ALL RIGHT.  NOW, EVEN THOUGH YOU INTENDED THIS TO BE USED CLINICALLY, IT'S MOSTLY USED AS A RESEARCH TOOL, ISN'T THAT CORRECT?

A.      PET SCANNING?

Q.      NO, THIS METHODOLOGY THAT YOU INVENTED, THE BEHAVIORAL IMAGING, YOU INTENDED THAT TO BE USED FOR CLINICAL USE, BUT IT'S REALLY JUST A RESEARCH TOOL THESE DAYS, ISN'T IT?

A.      I'M NOT SURE HOW YOU MAKE THE DISTINCTION.  THE PURPOSE IS CLINICAL, TO HELP INTERPRET NEUROPSYCHOLOGICAL TEST RESULTS, SO IT'S USED IN CLINICAL RESEARCH AND I REALLY DON'T FOLLOW -- I MEAN,

I'M IN -- MY PART OF THE WORK IS DEVELOPING TECHNOLOGIES AND PUTTING THEM ON THE SHELF.  I DON'T REALLY FOLLOW THEM ONCE THEY ARE THERE.

Q.      ALL RIGHT.  NOW YOU HAVE TESTIFIED ABOUT THE BEHAVIORAL IMAGING BEFORE, IN FACT, MANY TIMES, BUT I'M GOING TO DIRECT YOU TO NOVEMBER 30TH OF 2001, THE COMMONWEALTH OF PENNSYLVANIA VERSUS JOHN EICHINGER.  DO YOU REMEMBER THAT CASE?

A.      YES.

Q.      YOU WERE ASKED --

MS. HAINES:  I DON'T HAVE COPIES OF THIS, UNFORTUNATELY, YOUR HONOR.

BY MS. HAINES:

Q.      YOU WERE ASKED THE FOLLOWING QUESTION AND GAVE THE FOLLOWING ANSWERS.  THIS IS PAGE 91 OF THE TRANSCRIPT, STARTING AT LINE 8.  THE QUESTION WAS ASKED OF YOU AT THAT TIME:  YOU ORIGINALLY INVENTED THAT BEHAVIORAL IMAGE TO ASSIST CLINICIANS IN THEIR PRACTICE, RIGHT?

AND YOU GAVE THE ANSWER YES.

QUESTION:  AND IT WAS DESIGNED TO MAKE SURE THAT THE NEUROPSYCHOLOGIST DID NOT MISS ANYTHING WHEN HE WAS EXAMINING THE TEST RESULTS.

AND YOU GAVE THE ANSWER YES.

THE QUESTION WAS ASKED:  DOCTOR, IS IT

TRUE THAT EVEN THOUGH YOU INTENDED IT FOR CLINICAL USE AND EVEN THOUGH MORE THAN TWO DECADES HAS PASSED SINCE YOU INVENTED IT, IT'S STILL PRIMARILY A RESEARCH TOOL.

AND YOUR ANSWER WAS:  THAT'S TRUE.

QUESTION:  DO YOU KNOW HOW MANY NEUROPSYCHOLOGISTS ARE USING YOUR BEHAVIORAL IMAGE IN THE FORENSIC CONTEXT?

AND YOU SAID:  I DON'T.

WOULD YOU ACCEPT THAT YOU GAVE THOSE ANSWERS TO THOSE QUESTIONS?

MS. SAUNDERS:  YOUR HONOR, CAN I AT LEAST LOOK AT THE TRANSCRIPT AND IF COUNSEL CAN SHOW IT TO ME NEXT TIME BEFOREHAND.

THE COURT:  WELL, SHE DOESN'T HAVE ANOTHER COPY.  YOU WANT TO READ MORE OF IT?

MS. HAINES:  IF I CAN JUST FINISH, YOUR HONOR.

THE COURT:  ALL RIGHT.

BY MS. HAINES:

Q.      THIS WAS THE TESTIMONY YOU GAVE IN 2011.  DO YOU RECALL THAT, DR. GUR?

A.      I THOUGHT YOU SAID 2001.

Q.      2011.

MS. SAUNDERS:  YOU SAID 2001.

MS. HAINES:  ALL RIGHT.  I MISSPOKE.

THE COURT:  LET MS. SAUNDERS REVIEW THE TESTIMONY FIRST.

MS. SAUNDERS:  THANK YOU, YOUR HONOR.

THE COURT:  NOW IS THERE A QUESTION BEFORE THE WITNESS OR DID HE ANSWER IT?

MS. HAINES:  HE ANSWERED MY QUESTION, YOUR HONOR.

THE COURT:  OKAY.

BY MS. HAINES:

Q.     NOW TURNING TO YOUR FINDINGS IN THIS CASE, DR. GUR, I WANT TO START WITH THE MRI.  THAT WAS CONDUCTED IN 2004, CORRECT?

A.     YES.

Q.     AND THAT DOES NOT YIELD ANY SORT OF DIAGNOSIS, FAIR TO SAY?

A.     YES.  USUALLY -- NONE OF THESE INSTRUMENTS YIELD A DIAGNOSIS.

Q.     YOU WOULD AGREE THAT BY ITSELF THE MRI DOES NOT DIAGNOSE ANYTHING?

A.     THERE ARE CONDITIONS WHERE THE MRI CAN DIAGNOSE CERTAIN CONDITIONS VERY EASILY AND SOME CONDITIONS WITH MORE DIFFICULTY.  IT CAN DIAGNOSE TUMOR, IT CAN DIAGNOSE AN ARTERIAL VENOUS MALFORMATION, IT CAN DIAGNOSE A STROKE.  SO I THINK PART OF THE CONFUSION IS THAT YOU ARE USING -- YOUR USE OF THE WORD DIAGNOSIS, IT HAS

SEVERAL MEANINGS.  SO BY AND LARGE YOU ARE RIGHT, NONE OF THESE INSTRUMENTS MAKES A DIAGNOSIS.  A DIAGNOSIS IS MADE BY A TREATING DOCTOR, BY A DIAGNOSING DOCTOR, BUT IT CAN HAPPEN WITH SOME OF THESE THAT YOU CAN MAKE A DIAGNOSIS.

FOR EXAMPLE, THE MAIN USE OF PET SCAN NOW IS IN ONCOLOGY.  AND WHEN YOU SEE A CANCEROUS TUMOR ON A PET SCAN, IT'S PRETTY CLOSE TO MAKING A DIAGNOSIS, ALTHOUGH OF COURSE YOU DON'T KNOW FOR SURE UNTIL YOU ACTUALLY GO IN AND LOOK AT THE TISSUE.

Q.      NOT TO CUT YOU OFF, DOCTOR, BUT I'M GOING TO DIRECT YOUR ATTENTION TO THAT SAME QUESTION BEING ASKED AND ANSWERED BY YOU ON AUGUST 9TH OF 2005 IN THIS CASE. ALL RIGHT?

MS. HAINES:  YOUR HONOR, I DON'T HAVE COPIES FOR THE COURT, BUT I BELIEVE THE DEFENSE HAS ONE.

BY MS. HAINES:

Q.      ON PAGE 157, LINE 16 OF THAT PROCEEDING, YOU WERE ASKED THE QUESTION:  NOW, DOCTOR, IT'S CORRECT THAT THE MRI -- I THINK YOU HAVE ANSWERED THIS BEFORE, THE MRI, THEY DON'T YIELD A PARTICULAR DIAGNOSIS IN AND OF THEMSELVES, IS THAT CORRECT?

YOUR ANSWER WAS:  YES.

QUESTION:  THE MRI AND THE PET ARE NOT A PREDICTOR OF FUTURE BEHAVIOR, IS THAT CORRECT?

AND YOUR ANSWER WAS:  I'M NOT SURE.

WOULD YOU ACCEPT THAT WHEN YOU WERE ASKED THAT QUESTION IN 2005, YOUR ANSWER WAS:  THE MRI DOES NOT YIELD A PARTICULAR DIAGNOSIS IN AND OF ITSELF.

A.    YES.

Q.    NOW, ACCORDING TO THE MRI AS YOU INTERPRETED IT, MR. HAMMER'S BRAIN, I THINK YOU SAID, IS ABNORMALLY SMALL.  IS THAT YOUR FINDING?

A.    YES.

Q.    YOU CONCLUDED THAT IT'S NOT JUST THE REGIONS OF HIS BRAIN THAT ARE SMALL, BUT IT'S ALSO THE VENTRICLES THAT ARE SMALL.  AM I UNDERSTANDING THAT CORRECTLY?

A.    YES.

Q.    YOU WOULD AGREE WITH ME, I THINK, THAT YOUR FINDING IS THAT HE WAS BORN THAT WAY.  IT'S NOT THAT HE HAD AN ACCIDENT OR INJURY THAT MADE HIS BRAIN SMALLER?

A.    YES.

Q.    AND THAT IS BECAUSE IF HIS BRAIN HAD BEEN INJURED, SUCH AS BEING HIT OR FALLING, YOU WOULD EXPECT TO SEE THE REGIONS WOULD BE SMALLER, BUT THE VENTRICLES WOULD ACTUALLY INCREASE.  AM I UNDERSTANDING THAT?

A.    YES, EXACTLY.

Q.    BECAUSE THE VENTRICLES ARE WHAT FILL IN TO TAKE THE SPACE OF THE SHRINKING OR THE DYING PART OF THE BRAIN, RIGHT?

A.      YES.  THE VENTRICLES WOULD BE ENLARGED WHEN YOU HAVE TISSUE LOSS IN THE LIMBIC PARTS OF THE BRAIN.  IF THE TISSUE LOSS IS IN THE CORTICAL PART, THEN YOU WILL GET WHAT IS CALLED SULCAL ENLARGEMENT.  SO IT'S -- THE CEREBROSPINAL FLUID IS BOTH INSIDE THE BRAIN AND THAT IS A VENTRICLE, BUT ALSO AROUND THE BRAIN.  THAT IS CALLED SULCAL CSF.  IF YOU HAVE DAMAGE IN CORTEX, YOU WILL GET INCREASE IN SULCAL CSF.

Q.      I BELIEVE IN YOUR REPORT YOU ATTRIBUTED MR. HAMMER'S SMALL BRAIN TO PRENATAL ALCOHOL USE.  IS THAT ONE OF THE THINGS --

A.      I JUST MENTIONED IT AS ONE POSSIBLE CAUSE BECAUSE THAT'S A LOT OF TIMES WHAT WE SEE.

Q.      AND OF COURSE YOU KNOW FROM REVIEWING MR. HAMMER'S FILE THAT HIS MOTHER WAS ACTUALLY NOT A BIG DRINKER.  YOU KNOW THAT, RIGHT?

A.      I DON'T KNOW THAT, NO.

Q.      OH, ALL RIGHT.

YOU SAID TODAY THAT IT COULD BE THE RESULT OF POOR PRENATAL CARE OR MALNUTRITION.  IS THAT WHAT YOU TESTIFIED TO EARLIER?

A.      THAT IS ANOTHER POSSIBILITY.

Q.      DO YOU KNOW OF ANY EVIDENCE THAT MR. HAMMER GOT POOR PRENATAL CARE OR WAS MALNOURISHED?

A.      NO.

Q.        AND YOU HAVE ALSO OPINED IN YOUR REPORT THAT MR. HAMMER'S SMALL BRAIN WOULD CAUSE HIM TO BE LEARNING DISABLED, RIGHT?

A.        WHAT I OPINED IS THAT PEOPLE WITH SMALL BRAIN CAN BE LEARNING DISABLED.  I DON'T BELIEVE I SAID THAT SPECIFICALLY ABOUT MR. HAMMER.

Q.        YOU HAVE SAID HE IS SEVERELY BRAIN DAMAGED, THOUGH, HAVEN'T YOU?

A.        YES.

Q.        SO ON PAGE 3 OF YOUR REPORT YOU INDICATED THAT HIS SMALL BRAIN RESULTS IN LIFELONG IMPAIRMENTS, INCLUDING LEARNING DISABILITIES, DIFFICULT WITH IMPULSE MODULATION AND IMPAIRED SOCIAL INTERACTIONS.  THAT IS WHAT YOU SAID, RIGHT?

A.        CAN YOU SHOW ME THAT.

Q.        DO YOU SEE THAT, DR. GUR?

A.        WHAT I SEE HERE IS I SAY:  INDICATING BRAIN DYSTROPHY RATHER THAN ATROPHIC CHANGES AS WOULD BE ASSOCIATED WITH SUBSTANCE ABUSE, MR. HAMMER'S BRAIN NEVER FULLY DEVELOPED.  THE ETIOLOGY OF THIS ABNORMALITY IS CONSISTENT WITH ORGANIC CAUSES SUCH AS PRENATAL ALCOHOL USE AND FAILURE TO THRIVE, AS WELL AS EXTERNAL CAUSES SUCH AS ABUSE AND NEGLECT.  ALTHOUGH OCCURRING DURING THE DEVELOPMENTAL YEARS, INADEQUATE BRAIN DEVELOPMENT, SUCH AS THAT SUFFERED BY MR. HAMMER,

RESULTS IN LIFELONG IMPAIRMENTS, INCLUDING LEARNING DISABILITIES, DIFFICULTIES WITH IMPULSE MODULATION AND IMPAIRED SOCIAL INTERACTIONS.

Q.    THAT IS STRAIGHT OUT OF YOUR REPORT, RIGHT?

A.    CORRECT.  AND WHAT ARE YOU ASKING?  I THOUGHT THE WAY YOU ASKED IT, IT SOUNDED AS IF I SAY THAT ALL THESE THINGS ACTUALLY ARE CORRECT FOR MR. HAMMER.  I SAY THAT -- I'M CHARACTERIZING THIS KIND OF BRAIN DAMAGE GENERALLY.

Q.    SO YOU ARE NOT DRAWING ANY CONCLUSION THAT HE IS EITHER LEARNING DISABLED, HAS DIFFICULTY WITH IMPULSE MODULATION OR IMPAIRED SOCIAL INTERACTION?

A.    NOT IN THIS STATEMENT HERE.

Q.    WHEN YOU SAY HE HAD MODERATE TO SEVERE BRAIN DAMAGE, I THINK YOU HAVE ALREADY AGREED THAT IT HAS NOTHING TO DO WITH HIS INTELLIGENCE LEVEL, CORRECT?

A.    YES.  YOU CAN HAVE SEVERE BRAIN DAMAGE AND STILL BE VERY INTELLIGENT.

Q.    WELL, SEVERE BRAIN DAMAGE IN THE WAY YOU DESCRIBED IT SOUNDED LIKE A STROKE.  IS THAT WHAT YOU ARE TALKING ABOUT?

A.    SEVERE BRAIN DAMAGE COULD BE A STROKE.  COULD BE A HEAD INJURY WITH COMA.  COULD BE A BIG TUMOR.  IT COULD BE A LOT OF THINGS.

Q.    ALL RIGHT.  WE HAVE ALREADY RULED OUT HEAD

INJURY, CORRECT, TO ACCOUNT FOR MR. HAMMER'S SMALL BRAIN?

A.    OKAY.  HEAD INJURY WOULD NOT ACCOUNT FOR MR. HAMMER'S SMALL BRAIN.  BUT WE DIDN'T RULE OUT THAT HE HAD HEAD INJURIES.

Q.    BUT WE KNOW -- WELL, DO YOU KNOW WHETHER HE HAS EVER HAD A TUMOR?

A.    I DON'T KNOW.  HE DID NOT HAVE A TUMOR AND DOES NOT AS OF THE DATE OF THE MRI.  TUMORS ARE VERY EASILY SEEN EVEN BY A RADIOLOGIST.

Q.    OR BEEN IN A COMA, TO YOUR KNOWLEDGE?

A.    THAT'S CORRECT.

Q.    AND IN FACT MR. HAMMER HAS DEMONSTRATED VERY HIGH LEVEL INTELLECTUAL FUNCTIONING THROUGHOUT HIS LIFE, ISN'T THAT TRUE?

A.    I WOULD NOT SAY VERY HIGH, BUT HE APPEARS QUITE NORMAL INTELLECTUALLY.

Q.    HE SKIPPED A GRADE FROM 4 TO 5.  ARE YOU AWARE OF THAT?

A.    YEAH.

Q.    HE HAS AN IQ THAT HAS TESTED AS HIGH AS 136, CORRECT?

A.    I DON'T THINK THAT IS HIS IQ THOUGH.

Q.    BUT HE HAS TESTED THAT HIGH?

A.    HE TESTED THAT HIGH, YES.

Q.      WHICH MEANS HE HAS BEEN ABLE TO SIT THERE AND CONCENTRATE ON THE TEST AND ANSWER THE QUESTION AND ACTUALLY SCORE A 136, CORRECT?

A.      YES.

Q.      HE HAS THREE ASSOCIATE OF ARTS DEGREES, CORRECT?

A.      YES.

Q.      HE IS A CERTIFIED PARALEGAL, I BELIEVE?

A.      I DON'T KNOW ABOUT THAT.

Q.      HE HAS BEEN INVOLVED IN NUMEROUS LAWSUITS WHERE HE REPRESENTED HIMSELF, RIGHT?

A.      I KNOW THAT HE HAS REPRESENTED HIMSELF.

Q.      ALL RIGHT.

        AND YOU WOULD AGREE, I THINK, THAT A SMALL BRAIN IS NOT INDICATIVE OF ANY PATHOLOGY, RIGHT, OR IMPAIRMENT TO THE BRAIN, CORRECT?

A.      YEAH, JUST THE SIZE OF THE BRAIN ITSELF.

Q.      SOME PEOPLE HAVE SMALL BRAINS, ISN'T THAT TRUE?

A.      YES.

Q.      IF WE CAN BRING UP DC 1 FOR ME.

        MS. SAUNDERS:  I'M SORRY.  WHAT ARE YOU LOOKING FOR?

BY MS. HAINES:

Q.      SIR -- DR. GUR, DO YOU SEE THAT PICTURE, THAT MAN?

A.      YES.

Q.        YOU RECOGNIZE WHO THAT IS, RIGHT?

A.        OF COURSE.

            THE COURT:  WHAT EXHIBIT NUMBER DID YOU GIVE ME?

            MS. HAINES:  DC 1.  D AS IN DOG, C 1.

            THE COURT:  IS THIS A DEFENSE EXHIBIT OR A GOVERNMENT EXHIBIT?

            MS. HAINES:  NO, IT'S A GOVERNMENT EXHIBIT, SO I GUESS IT WOULD BE G.

            THE COURT:  OH, GC 1.  I THOUGHT YOU WERE SAYING DC 1.

            MS. HAINES:  GC 1.  I'M SORRY, YOUR HONOR.  IT'S FOR OUR PURPOSES FOR SANCTIONS THE PROGRAM BUT IT CAN BE GC 1.

BY MS. HAINES:

Q.        YOU RECOGNIZE THIS AS ALBERT EINSTEIN?

A.        YES.

Q.        AND ALBERT EINSTEIN AT THE TIME OF HIS AUTOPSY IT WAS DETERMINED THAT HE HAD A SMALLER BRAIN THAN AVERAGE, RIGHT?

A.        NOT QUITE, NO.  THAT IS NOT MY UNDERSTANDING OF THE STUDY.

Q.        IT'S NOT YOUR UNDERSTANDING THAT WHEN HIS BRAIN WAS MEASURED, IT WAS DETERMINED TO BE SMALLER THAN THE AVERAGE PERSON'S?

A.        ARE YOU REFERRING TO THE WORK OF SANDRA WITELSON?

Q.        NO.  I'M REFERRING TO THE WORK THAT WAS CONDUCTED AT THE AUTOPSY, WHICH I BELIEVE TOOK PLACE UP AT PENN, RIGHT?  PART OF HIS BRAIN WERE ANALYZED AT PENN, RIGHT?

A.        IT'S NOT QUITE THAT.

          THE PATHOLOGIST WHO PERFORMED AUTOPSY ON EINSTEIN'S BRAIN SENT PIECES OF THE BRAIN ALL OVER THE WORLD, LITERALLY.  ONE OF THOSE PIECES IS IN CHILDREN'S HOSPITAL OF PHILADELPHIA.  AND TO MY KNOWLEDGE THE DEFINITIVE STUDY LOOKING AT HIS BRAIN WAS DONE BY PROFESSOR SANDRA WITELSON FROM MCMASTER UNIVERSITY.  SHE MANAGED TO COLLECT ALL THOSE PIECES, MOST OF THEM.  SOME PEOPLE WOULD NOT PART WITH THEIR PIECE, BUT SHE MANAGED TO COLLECT MOST OF EINSTEIN'S BRAIN AND PUT IT TOGETHER AS BEST AS SHE COULD AND LOOKED AT IT WITH NEUROIMAGING AND MEASURED DIFFERENT PARTS.  AND AS I RECALL HER MAIN FINDING WAS AN UNUSUALLY LARGE PARIETAL LOBE.  THAT WAS HER MAIN FINDING.  ESPECIALLY THE RIGHT PARIETAL WAS MUCH LARGER THAN ANYTHING THAT THEY RECORDED, AND THEY HAVE A BIG COLLECTION OF POSTMORTEM BRAINS UP IN MCMASTER UNIVERSITY IN CANADA.

Q.        DR. GUR, I'M NOT GOING TO BELABOR IT BECAUSE IT'S NOT THAT IMPORTANT OF A POINT HERE, BUT I WAS

TALKING ABOUT AT HIS AUTOPSY IN 1955 WHEN THE BRAIN WAS ACTUALLY MEASURED AND WEIGHED IT WAS --

A.    THERE WAS NOT MUCH KNOWLEDGE THEN ABOUT BRAIN WEIGHT.  THE COLVIN STUDY CAME OUT IN 1967.  UNTIL THAT TIME WE HAD VERY SCARCE DATA ON THE -- WHAT IS A NORMAL BRAIN WEIGHT.

Q.    NOW, GETTING OFF OF THAT TOPIC BECAUSE I THINK YOU DID SAY NONETHELESS THAT SMALL BRAIN SIZE IS NOT INDICATIVE OF ANYTHING PARTICULARLY WRONG WITH SOMEONE, CORRECT?

A.    YES.  JUST HAVING A SMALL BRAIN SIZE IS NOT BY ITSELF INDICATIVE OF ANY SPECIFIC ABNORMALITY.

Q.    FAIR ENOUGH.

NOW, IN ADDITION TO YOUR EXAMINATION OF THE MRI, TWO OTHER DOCTORS ALSO LOOKED AT THE SAME MRI. DO YOU REMEMBER THAT?

A.    YES.

Q.    AND ONE OF THEM APPEARS TO BE YOUR WIFE, DR. RAQUEL GUR?

A.    YES.

Q.    THE OTHER ONE WAS DR. JOHN WOO?

A.    YES.

Q.    DO YOU KNOW HIM, DR. WOO?

A.    HE WAS RESIDENT OR A FELLOW.

MS. SAUNDERS:  YOUR HONOR, I'M GOING TO

OBJECT TO THIS.  I HAVE NOT SEEN IT.  I DON'T KNOW WHAT SHE IS TALKING ABOUT, BUT IF IT IS WHAT I THINK IT IS, IT WAS OBTAINED BY A SUBPOENA DURING THE 2255 PROCEEDINGS IMPROPERLY, AND FRANKLY, NEVER TURNED OVER TO US EITHER IN THE 2255 PROCEEDING OR THEREAFTER.

THE COURT:  WELL, THIS IS CROSS EXAMINATION SO I WILL ALLOW IT.  YOU ARE JUST ASKING ABOUT HIS KNOWLEDGE OF TWO OTHER DOCTORS DOING -- THAT WERE REVIEWING THE MRI'S.

MS. SAUNDERS:  BUT COUNSEL HAS JUST HANDED TO ME A PIECE OF PAPER THAT I BELIEVE WAS TURNED OVER AND HAS ALL THE INDICATIONS AS A RESULT OF A SUBPOENA THAT THE GOVERNMENT ISSUED IN 2005 THAT JUDGE MUIR THEN QUASHED THE GOVERNMENT'S ABILITY TO USE THESE DOCUMENTS DURING THE 2005 HEARING.  AND IF COUNSEL IS INTENDING TO CROSS EXAMINE ON THE BASIS OF THESE DOCUMENTS, I WOULD SUBMIT THAT THEY BE PRECLUDED TO DO SO BECAUSE OF THAT.

THE COURT:  WELL, THIS IS CROSS EXAMINATION.

MS. HAINES:  YOUR HONOR, IF I MAY --

THE COURT:  IT'S A DIFFERENT HEARING.

MS. HAINES:  I THINK IT WAS QUASHED OR JUDGE MUIR DID NOT PERMIT IT BECAUSE OF A DISCOVERY PROBLEM.  BUT I BELIEVE THE DEFENSE HAS KNOWN ABOUT THIS

DOCUMENT SINCE 2005 WHEN MR. MARTIN TRIED TO USE IT.

MS. SAUNDERS:  MY RECOLLECTION IS THAT THE COURT ALSO QUASHED THE SUBPOENA, YOUR HONOR.

THE COURT:  DID YOU KNOW ABOUT THE DOCUMENT?

MS. SAUNDERS:  IT WAS HANDED TO US IN THE HEARING AND THEN TAKEN QUICKLY BACK AND I HAVE NOT SEEN IT SINCE.  SO -- BUT VERY WELL.  IF THE COURT IS GOING TO BRING IT --

THE COURT:  I WILL ALLOW IT.  IT'S CROSS EXAMINATION.

MS. HAINES:  THANK YOU, YOUR HONOR.

BY MS. HAINES:

Q.    I'M GOING TO HAND YOU THIS DOCUMENT THAT COMES OUT OF I BELIEVE YOUR RESEARCH CENTER, CORRECT?

A.    IT PROBABLY COMES OUT OF THE RADIOLOGY READING ROOM.

Q.    ARE YOU FAMILIAR WITH THAT DOCUMENT, DR. GUR?

A.    YES.

Q.    THIS IS A REPORT FROM THE DEPARTMENT OF RADIOLOGY?

A.    YES.

Q.    AND IT HAS THE REPORT FROM YOUR WIFE, DR. GUR ALSO, AND HER ANALYSIS WAS APPROVED BY JOHN WOO, M.D., CORRECT, THAT IS W-O-O?  AND THEY BOTH AGREED THAT

MR. HAMMER'S BRAIN WAS NORMAL IN SIZE AND APPEARANCE, CORRECT?

A.      OKAY.  I HAVE TO CORRECT THIS CHARACTERIZATION.

THIS REPORT IS SIGNED BY DR. WOO, WHO IS A RADIOLOGIST.  IT'S NOT SIGNED BY MY WIFE.  MY WIFE IS LISTED AS THE ATTENDING PHYSICIAN.  SHE IS THE ONE WHO PUT -- WHO WROTE THE SCRIPT FOR THE TESTING.

Q.      SO TO BE --

A.      SO THAT IS NOT HER OPINION.  SHE IS THE REFERRING DOC.  SHE IS NOT THE ONE WHO IS INTERPRETING THE MRI.

Q.      SO TO BE TECHNICALLY CORRECT, SHE REQUESTED IT, AND DR. WOO PERFORMED IT?

A.      CORRECT.

Q.      HE WAS THE ONE WHO FOUND THAT MR. HAMMER'S BRAIN WAS NORMAL IN SIZE AND APPEARANCE?

A.      YES.

MS. HAINES:  YOUR HONOR, WE ARE MARKING THIS AS GC 4.

BY MS. HAINES:

Q.      AND BECAUSE -- YOU HAVE TESTIFIED THAT THE MRI IS LIKE A SNAPSHOT.  IT'S QUICKER THAN EVEN BLINKING, IS THAT FAIR?

A.      NO.  THE QUICKER THAN BLINKING IS THE DURATION IN WHICH THE RADIO FREQUENCY PULSE IS PRESENT WHEN WE

ACQUIRE THE MRI.  THAT PULSE IS REPEATED.  SO IT TAKES ABOUT -- TO GET THE IMAGES THAT WE GOT, TOOK ABOUT 20 MINUTES TO GET THAT MRI.

Q.      BUT YOU YOURSELF HAVE USED THE TERM IT'S A SNAPSHOT OF MR. HAMMER'S BRAIN FROM NOVEMBER 29TH, 2004, WHEN THE MRI WAS TAKEN, CORRECT?

A.      YES.

Q.      AND THERE IS REALLY NO WAY TO EXTRAPOLATE BACK IN TIME FROM NOVEMBER 29TH, 2004 TO APRIL 13TH OF 1996, IS THERE?

A.      YEAH.  I MEAN, THE SAME WAY IF I TOOK A SNAPSHOT OF YOUR FACE IT WON'T LOOK THE SAME AS 10 YEARS AGO, BUT YOU SHOULD BE ABLE TO RECOGNIZE.

Q.      BUT THERE IS NO WAY YOU CAN TAKE A SCAN FROM 2004 AND DETERMINE WHAT THE DEFENDANT'S MENTAL STATE WAS IN 1996.  FAIR TO SAY?

MS. SAUNDERS:  OBJECTION, YOUR HONOR.  HE IS NOT DETERMINING WHAT THE DEFENDANT'S MENTAL STATE WAS.

THE COURT:  OVERRULED.

THE WITNESS:  I DO NOT USE MRI TO DETERMINE MENTAL STATE.  SO I CAN'T TELL FROM AN MRI TODAY WHAT THE MENTAL STATE IS TODAY.

BY MS. HAINES:

Q.      BUT YOU ALSO CAN'T DETERMINE FROM AN MRI

CONDUCTED IN 2004 WHAT THE MRI WOULD HAVE LOOKED LIKE IN APRIL OF 1996, IS THAT FAIR?

A.      THAT IS NOT FAIR.  IT SHOULD LOOK THE SAME UNLESS SOMETHING HAPPENED.

Q.      IT SHOULD LOOK THE SAME NO MATTER WHAT HAS GONE ON IN MR. HAMMER'S LIFE?

A.      NO.  I MEAN IF HE WAS IN A MAJOR CAR CRASH OR IF HE DEVELOPED A TUMOR OR IF HE HAD A STROKE OR ANY OF THESE, HE WOULD NOT LOOK THE SAME.  YOU WILL SEE THE EFFECT OF WHAT HAPPENED.  BUT IF NOTHING MAJOR HAPPENED IN THE INTERVAL, YOU WILL SEE EXACTLY THE SAME.  YOU MAY SEE SOME EFFECTS OF AGING BUT NOTHING MUCH HAPPENED AGING WISE BETWEEN AROUND 25 AND 55.  SO BRAIN WOULD HAVE LOOKED EXACTLY THE SAME.

Q.      SO YOUR TESTIMONY, AS YOU SIT HERE, IS THAT THERE WOULD BE NO DIFFERENCE BETWEEN MR. HAMMER'S MRI ON APRIL 13TH OF 1996 AND THE ONE YOU EXAMINED IN 2004?

A.      CORRECT.

Q.      DESPITE WHATEVER HEAD INJURIES HE MIGHT HAVE HAD?

A.      NO.  NO.  NO.  NO.  I'M SORRY.  IF HE HAD HEAD INJURIES, THEN IT WOULD LOOK WORSE IN 2004.

Q.      DESPITE WHATEVER DRUGS HE MIGHT HAVE ABUSED?

A.      YEAH, DRUGS WOULD NOT MAKE A DIFFERENCE.

Q.      DESPITE WHATEVER ILLNESSES HE WOULD HAVE HAD?

A.      WELL, NOT WHATEVER.  IT DEPENDS.  IF HE HAD MENINGITIS, THEN YES, IT WOULD HAVE MADE A DIFFERENCE.

Q.      HOW ABOUT HIS CONDITION AS FAR AS DIABETES, IF THAT HAD WORSENED?

A.      IF THAT BECOMES SUBSTANTIALLY WORSE, THAT COULD HAVE AN EFFECT, BUT IF HE IS TREATED, THEN YOU DON'T SEE MUCH.

Q.      BUT YOU WOULD AGREE THAT AN MRI CONDUCTED IN 1997 WOULD CERTAINLY BE CLOSER IN TIME TO THE EVENTS IN THIS CASE, 1996.  THAT IS CLOSER IN TIME, RIGHT?

A.      I HAVE TO AGREE TO THAT.

Q.      ALL RIGHT.

        WE AGREE ON ONE THING.  SO YOU ARE AWARE THAT MR. HAMMER --

A.      THAT IS THE BEAUTY OF ARITHMETIC.

Q.      WHICH I'M NOT VERY GOOD AT APPARENTLY.

        SO MR. HAMMER HAD AN MRI IN 1997.  YOU KNOW THAT, RIGHT?

A.      YES.  I REMEMBER NOW, YES.

Q.      YOU DID NOT INCLUDE THAT IN YOUR REPORT, THOUGH, DID YOU?

A.      AS I RECALL IT WAS NOT ANALYZABLE.  IT WAS NOT A GOOD QUALITY.

Q.      BUT OTHER DOCTORS REVIEWED IT, DIDN'T THEY?

A.      I WOULD ASSUME.  EVERY TIME YOU DO AN MRI, THEN

YOU HAVE TO GET A READING FROM A DOCTOR TO MAKE SURE THERE IS NO TUMOR OR STROKE OR ANYTHING THAT CAN KILL THE PATIENT.  BUT BEYOND THAT, A READING BY A CLINICAL NEURORADIOLOGIST IS REALLY NOT USEFUL FOR DETERMINING BRAIN VOLUME OR VOLUME OF SPECIFIC REGIONS OR VENTRICULAR SIZE OR ANY OF THAT.

Q.      MY QUESTION IS JUST DIRECTED TO WHAT THOSE DOCTORS IN 1997 DETERMINED WHEN THEY LOOKED AT MR. HAMMER'S MRI AT THAT TIME.

        DO YOU RECALL THE RESULTS OF THEIR EXAMINATION OF THE MRI.

A.      WELL, I'M SURE THEY CONCLUDED THE SAME AS DR. WOO, THAT THERE IS NO STRUCTURAL ABNORMALITY.  THERE IS NO TUMOR.  THERE IS NO -- THE CALVARIUM IS NORMAL. THE PARANASAL SINUSES ARE CLEAR.  ALL THAT STUFF WAS PROBABLY THE SAME WAY BACK THEN.

Q.      LET ME SHOW YOU EXACTLY WHAT THEY SAID SO YOU DON'T HAVE TO MAKE ANY CONCLUSIONS.  THIS IS MARKED AS GOVERNMENT 130.  I DON'T SEE ANYTHING FROM A RADIOLOGIST HERE.

Q.      WELL, BEAR WITH ME.

        YOU SEE THAT THE DOCTOR, DR. WOLFSON, WHO IS A PSYCHIATRIST, CORRECT --

A.      YES.

Q.      -- ON DECEMBER -- THIS WAS IN THE DECEMBER 1997

TIME PERIOD, HE SAID THAT THEY OBTAINED -- THIS IS THE FIRST PAGE OF THIS EXHIBIT -- AN MRI STUDY OF THE DEFENDANT'S BRAIN.  AND THEN THEY ASKED FOR CONSULTATIONS FROM A DR. STEPHEN OTTO, WHO'S A NEUROLOGIST, ALSO A MEDICAL DOCTOR, AND HUGH HARRIS, AN ORTHOPEDIST.  DO YOU SEE THAT?

A.      THE FIRST PAGE?

Q.      THE FIRST PAGE OF THE EXHIBIT.  IT'S ACTUALLY PAGE 3.  IT SHOULD BE HIGHLIGHTED.

A.      YES.

Q.      AND THEN IF YOU TURN TO THE NEXT PAGE, PAGE 119, IT SAYS THAT:  IN LIGHT OF DEFENDANT'S REPORTED HISTORY OF A PAST SEIZURE DISORDER, MULTIPLE EPISODES OF HEAD TRAUMA AND DR. GELBORT'S RECOMMENDATION THAT A NEUROLOGICAL ASSESSMENT WAS NEEDED, THE DEFENDANT WAS REFERRED TO STEPHEN OTTO, WHO IS A NEUROLOGIST AND AN MRI WAS CONDUCTED.  DO YOU SEE THAT?

A.      IT DOES NOT MENTION MRI HERE.

Q.      ALL RIGHT.  WELL, IF WE KEEP GOING.

        YOU SEE THE PARAGRAPH DOWN THERE THAT IS ALSO HIGHLIGHTED?

A.      YEAH.

Q.      ALL RIGHT.  IT SAYS, THIS IS A QUOTE FROM DR. OTTO.  DO YOU FOLLOW ME?

A.      YES.

Q.        THE PATIENT HAD AN MRI OF HIS NECK THAT WAS INTERPRETED BY DR. J. MARK WILSON AND FELT TO BE A NORMAL MRI.  DR. OTTO SAYS:  I DID REVIEW THIS MRI AND AGREE WITH THE INTERPRETATION.  IN TERMS OF THE PATIENT'S HISTORY OF SEIZURES, I FIND NO EVIDENCE TO SUGGEST ANY ONGOING SEIZURES, BOTH BY HISTORY AND CLINICAL EXAMINATION.  NO ABNORMALITIES WERE SEEN ON HIS MRI TO SUGGEST TRAUMATIC BRAIN INJURIES.

DO YOU SEE WHERE DR. OTTO -- AND HE IS INTERPRETING OR CONFIRMING DR. WILSON, SAID THAT THESE WERE NORMAL -- THIS WAS A NORMAL MRI?

A.        WELL, I DON'T THINK THAT THAT SAYS ANYTHING ABOUT THE BRAIN.  IT'S AN MRI OF THE NECK.

Q.        WELL, SIR, IF WE GO BACK -- DR. GUR, IF WE GO BACK TO THE FIRST PAGE, DR. WOLFSON SAYS THAT THEY ARE RELYING UPON AN MRI STUDY OF THE DEFENDANT'S BRAIN TO PREPARE THIS REPORT.  CORRECT?

A.        WELL THEN, I DON'T KNOW WHAT TO CONCLUDE FROM IT BECAUSE HERE IT SAYS HE HAD AN MRI OF THE NECK, WHICH IS VERY DIFFERENT FROM AN MRI OF THE BRAIN.

Q.        ALL RIGHT.  BUT IF YOU GO TO THE LAST PAGE OF THIS EXHIBIT, PAGE 120, THERE IS ANOTHER SENTENCE THAT SAYS THE DEFENDANT'S EEG AND MRI WERE BOTH NORMAL.  DO YOU SEE THAT, SIR?

A.        YEAH.

Q.      ALL RIGHT.

YOU WOULD AGREE THAT I HAVE READ THAT CORRECTLY?

A.      YES.

Q.      OKAY.

A.      BUT IT'S NOT -- FROM WHAT I READ SO FAR IT DOES NOT LOOK LIKE HE HAD AN MRI OF THE BRAIN HERE.

Q.      EVEN THOUGH, DR. GUR, THE QUOTED PARAGRAPH SAYS NO ABNORMALITIES WERE SEEN ON MR. HAMMER'S MRI TO SUGGEST TRAUMATIC BRAIN INJURY, YOU ARE SAYING THIS WAS NOT AN MRI OF HIS BRAIN?

A.      I'M GOING BY WHAT THEY SAY.  THEY SAY IT WAS AN MRI OF THE NECK.  AN MRI OF THE NECK IS NOT AN MRI OF THE BRAIN.  THESE ARE TWO DIFFERENT PARTS OF THE BODY.

Q.      DID YOU THINK IT MIGHT BE IMPORTANT OR HELPFUL TO FIND OUT WHETHER OTHER MRI'S HAD BEEN CONDUCTED OF MR. HAMMER CLOSER IN TIME TO THE MURDER WHEN YOU WERE WRITING YOUR REPORT?

A.      NOT REALLY, BECAUSE MOST OF THOSE MRI'S AT THE TIME WOULD NOT BE GOOD FOR QUANTIFICATION UNLESS THEY WERE CARRIED OUT WITH A SPECIFIC PROTOCOL, AND SO IT WOULDN'T BE MUCH USE TO ME.  I MEAN, I WOULD ASSUME THAT IF THERE WAS A TUMOR OR A STROKE, THEN A RADIOLOGIST SHOULD BE ABLE TO SEE IT.

Q.      AND YOU DON'T KNOW, AS YOU SIT HERE, WHETHER

THOSE DOCTORS PERFORMED THE QUANTITATIVE ANALYSIS YOU ARE TALKING ABOUT OR NOT, DO YOU?

A.      NO, I DON'T.

Q.      ALL RIGHT.

NOW I WOULD LIKE TO MOVE ON TO THE PET SCAN.  ALL RIGHT, SIR?

A.      OKAY.

Q.      AND THE PET SCAN IS ALSO NOT AN INSTRUMENT THAT ALLOWS YOU TO REACH A DIAGNOSIS, CORRECT?

A.      RIGHT.

Q.      IT MERELY GIVES YOU THE RATE OF GLUCOSE METABOLISM IN THE BRAIN.  FAIR TO SAY?

A.      CORRECT.

Q.      YOU COMPARED THE DEFENDANT'S PET SCAN TO A CONTROL GROUP, IS THAT CORRECT?

A.      YES.

Q.      AND YOU DID THAT WITH THE MRI TOO?

A.      CORRECT.

Q.      THAT IS HOW YOU REACHED YOUR QUANTITATIVE ANALYSIS, RIGHT?

A.      YES.

Q.      IT'S ALL BASED ON THIS CONTROL GROUP?

A.      YES.

Q.      I GOT IT RIGHT SO FAR.  SO THE CONTROL GROUP, ACCORDING TO YOU, REPRESENTS THE NORM THAT YOU ARE

COMPARING MR. HAMMER AGAINST, RIGHT?

A.      CORRECT.

Q.      AND THIS CONTROL GROUP I THINK WAS CREATED AT THE UNIVERSITY OF PENNSYLVANIA, IS THAT RIGHT?

A.      YES.

Q.      DO YOU KNOW WHEN IT WAS CREATED?

A.      FOR THE PET OR FOR THE MRI?

Q.      TELL ME BOTH.

A.      I BELIEVE FOR THE MRI -- I MEAN THE PET CENTER AND THE MRI CENTER EVERY FEW YEARS UPDATE THEIR NORMATIVE DATABASE.  SO I DON'T KEEP TAB ON THOSE UPDATES.  I BELIEVE THAT THE MRI'S WERE BASED ON A DATA SET THAT WAS COLLECTED IN THE '90S, THE LATE '90S.  THE PET WAS -- THESE WERE DATA THAT WERE COLLECTED OVER YEARS AND THEY HAVE BEEN RECENTLY UPDATED.  BUT I'M AFRAID IF YOU WANT ME TO GIVE YOU EXACT DATES FOR WHEN THEY WERE ACQUIRED, I WILL HAVE TO INQUIRE AT THE PET CENTER.

Q.      YOU ARE FAIRLY SURE THAT THE MRI DATA SET WAS ACQUIRED IN THE LATE 1990S?

A.      YES, 1990S, EARLY 2000.

Q.      DO YOU KNOW WHETHER THEY WERE TESTED AGAINST THE SAME SCANNER THAT WAS USED TO SCAN MR. HAMMER?

A.      OH, NO.  THEY WERE NOT USING THE SAME SCANNER.

Q.      AND THIS PARTICULAR CONTROL GROUP YOU USED IS

ONLY USED AT THE PET CENTER AT THE UNIVERSITY OF PENNSYLVANIA, RIGHT?

A.    YES.   EACH PET CENTER HAS ITS OWN NORMATIVE SET.

Q.    YOU TESTIFIED PREVIOUSLY THAT IT'S VERY IMPORTANT WITH A QUANTITATIVE PET SCAN WHO THE PEOPLE ARE THAT ARE IN THAT CONTROL GROUP, RIGHT?

A.    I DID?

Q.    IS IT?

A.    WELL, I MEAN, THEY NEED TO BE NORMAL, HEALTHY. THAT IS THE MAIN REQUIREMENT.  SO THEY GET A MEDICAL EVALUATION AND THEY ARE HEALTHY.  THAT IS THE IMPORTANT PART.

ALSO IN GENERAL WE TRY TO GET THE CONTROLS FROM THE COMMUNITY RATHER THAN JUST USE STUDENTS AND FACULTY, BECAUSE THAT CAN GIVE A BIASED SAMPLE.  SO WE ADVERTISE IN COMMUNITY PAPERS, GIVE TALKS IN CHURCHES, SYNAGOGUES, TO TRY TO GET PEOPLE TO COME. SO WE TRY TO GET REGULAR PEOPLE.  BUT OTHER THAN THAT, THEY JUST NEED TO BE HEALTHY.

Q.    WELL, I'M GOING TO GO BACK TO THIS TRANSCRIPT THAT CAUSES SO MUCH ANGST.

MS. HAINES:  SHOWING DEFENSE COUNSEL.

BY MS. HAINES:

Q.    DR. GUR, I'M GOING TO READ FROM YOUR TESTIMONY IN COMMONWEALTH OF PENNSYLVANIA VERSUS JOHN CHARLES

EICHINGER FROM NOVEMBER 30TH, 2011.  AND YOU WERE ASKED THE FOLLOWING QUESTION AND GAVE THE FOLLOWING ANSWER.

QUESTION, PAGE 128, LINE 21: IT'S IMPORTANT WITH A QUANTITATIVE PET SCAN WHO THE PEOPLE ARE THAT ARE USED TO ESTABLISH THE NORM, IS AN IMPORTANT FACTOR.

YOUR ANSWER:  YES.

DO YOU RECALL GIVING THAT ANSWER TO THAT QUESTION AT THAT TIME?  NOT JUST HEALTHY, YOU SAID IT'S IMPORTANT TO KNOW WHO THE PEOPLE ARE.

A.    YES.

Q.    IN FACT YOU HAVE TESTIFIED PREVIOUSLY THAT THE PEOPLE IN THE CONTROL GROUP THAT FORM THE NORM ARE ONE OF THE KEY COMPONENTS OF YOUR ANALYSIS?

A.    AS LONG AS THEY ARE HEALTHY.  THAT IS WHAT IS IMPORTANT SO....

Q.    WELL --

A.    I REPEAT, WITHOUT NORMAL CONTROLS YOU CAN'T DO AN ANALYSIS.

Q.    ALL RIGHT.

IT'S ALSO IMPORTANT -- IT'S NOT JUST THAT THEY ARE HEALTHY.  IT'S ALSO IMPORTANT TO HAVE A SUFFICIENTLY LARGE SAMPLE OF PEOPLE, ISN'T THAT CORRECT?

A.    YES.

Q.    IN FACT YOU TESTIFIED THAT IT'S ABSOLUTELY

IMPORTANT THAT THE SAMPLE BE LARGE ENOUGH?

A.      YES.

Q.      OKAY.

        IN THIS CASE, I BELIEVE YOU USED 41 PEOPLE AS YOUR CONTROL SAMPLE, IS THAT CORRECT?

A.      THAT IS FOR THE MRI.

Q.      AND THAT IS MALES, I BELIEVE?

A.      YES.

Q.      AND YOU SAID IT'S NOT JUST THAT THEY ARE HEALTHY.  THERE IS ALSO AN AGE REQUIREMENT, ISN'T THAT TRUE, DOCTOR?

A.      YES.

Q.      AND THE AGE GROUP IN THIS CASE FOR THE MRI WAS WHAT?

A.      AS I RECALL, IT WAS WITHIN THE AGE RANGE, THE AGE RANGE THAT MR. HAMMER BELONGED TO.  I THINK IT WAS -- MUST BE ADULTS.  SO IT WOULD BE ABOUT 20 TO 50 OR SOMETHING LIKE THAT.

Q.      WOULD IT SURPRISE YOU THAT IT WAS ACTUALLY 18 TO 49 WAS THE AGE RANGE OF THE 41 MALES IN YOUR CONTROL GROUP?

A.      IT DOES NOT SURPRISE ME.  18 TO 49, I GUESS IT'S THE SAME AGE RANGE I'M TALKING ABOUT.

Q.      SO THE AVERAGE AGE OF THAT CONTROL GROUP WAS 29.2.

A.      OKAY.

Q.      YOU AGREE WITH THE MATH?

A.      YES.

Q.      MR. HAMMER WAS 46 AT THE TIME YOU CONDUCTED THESE TESTS, RIGHT?

A.      YES.

Q.      SO HE WAS ALMOST -- HE WAS OVER TWO STANDARD DEVIATIONS FROM THE AVERAGE AGE, RIGHT?

A.      I DON'T REMEMBER THE STANDARD DEVIATION, BUT THAT DOESN'T MAKE A DIFFERENCE.  I MEAN, BETWEEN THE AGE OF 18 AND 55 EVEN, THERE IS NOTHING THAT HAPPENS, NOT MUCH.

Q.      ALL RIGHT.

A.      FORTUNATELY.

Q.      PREVIOUSLY IN THIS CASE, SIR, I'M GOING TO BE READING FROM YOUR TESTIMONY OF AUGUST 9, 2005, PAGE 146.

        YOU WERE ASKED THE SAME SET OF QUESTIONS AND THE QUESTION WAS ASKED:  THE STANDARD DEVIATION, THE AVERAGE AGE IS 29.2 AND THE STANDARD DEVIATION IS 7.9 YEARS, IS THAT CORRECT?

        AND YOU GAVE AN ANSWER:  YES.

        AND THEN THE QUESTION WAS ASKED:  SO MR. HAMMER IS THREE STANDARD DEVIATIONS OVER YOUR AVERAGE AGE, APPROXIMATELY.

        AND YOU SAID, ANSWER: IT'S TWO AND

SOMETHING.

WOULD YOU AGREE THAT YOU GAVE THOSE ANSWERS TO THE SAME QUESTIONS IN 2005?

A.    YEAH.

Q.    ALL RIGHT.

YOU SAY THERE IS NO DIFFERENCE, BUT IT'S RECOGNIZED THAT PEOPLE'S METABOLISM DECREASES AS THE BRAIN AGES, CORRECT?

A.    YES.  AGAIN, NOTHING HAPPENS BETWEEN AGE OF 20 AND 55, APPROXIMATELY.

Q.    ALL RIGHT.  WHAT WAS THE CONTROL SAMPLE THAT WAS USED FOR THE PET SCAN?

A.    IT WAS, AGAIN, A SAMPLE OF, I BELIEVE, 16 HEALTHY PEOPLE.

Q.    ARE YOU SAYING THE SAMPLE WAS 16 PEOPLE?

A.    YES.

Q.    ALL RIGHT.  NOT 41, 16?

A.    CORRECT.

Q.    SO IT'S A SMALLER SAMPLE?

A.    MUCH SMALLER.

Q.    WHAT WAS THE AGE RANGE OF THOSE PEOPLE?

A.    IT WAS THE SAME, 20 TO 50 OR THEREABOUTS.

Q.    DO YOU KNOW WHETHER THEY WERE ALL MALES?

A.    I DON'T THINK THEY WERE ALL MALES, NO.

Q.    SO SOME OF THEM --

A.        UNLIKE MRI THAT YOU HAVE A BIG DIFFERENCE, THE PET SCAN DOES NOT SHOW SEX DIFFERENCES THAT ARE WORTH WORRYING ABOUT IN THIS CONTEXT.  I MEAN, THERE ARE SOME SUBTLE SEX DIFFERENCES IN METABOLISM IN CERTAIN BRAIN REGIONS, BUT NOTHING APPROACHING THE MAGNITUDE OF THE ABNORMALITIES THAT WE SEE HERE.

Q.        YOU HAVE MENTIONED A COUPLE OF TIMES NOW THAT THE BIG FACTOR FOR YOU WAS THAT THESE WERE HEALTHY PEOPLE, CORRECT?

A.        YES.

Q.        NOW, MR. HAMMER IS NOT A HEALTHY PERSON, IS HE?

A.        NO.  HE WOULD NOT QUALIFY TO BE A CONTROL IN THIS.

Q.        HE COULD NOT EVEN BE PART OF THE CONTROL GROUP THAT HE WAS BEING TESTED AGAINST, RIGHT?

A.        YES.

Q.        FOR ONE THING HE HAS DIABETES, DOESN'T HE?

A.        YES.

Q.        DIABETES CAN AFFECT THE AMOUNT OF GLUCOSE THAT YOUR BRAIN METABOLIZES, RIGHT?

A.        YES, IF IT'S NOT TREATED, IT CAN BE HARMFUL.

Q.        AND YOU ACTUALLY TRIED TO CORRECT FOR MR. HAMMER'S DIABETES WHEN YOU PERFORMED YOUR ANALYSIS, ISN'T THAT RIGHT?

A.        YOU CAN'T REALLY CORRECT FOR THAT.  YOU MAKE

SURE -- WELL, TO THE EXTENT POSSIBLE WE DID, YEAH.

Q.      I THINK I LIKE YOUR FIRST ANSWER.  YOU CAN'T

CORRECT FOR THAT, CAN YOU?

A.      YEAH.  I MEAN, YOU DO THE PET SCAN WHEN -- YOU

DON'T WANT TO DO A PET SCAN WHEN HE IS IN A DIABETIC

COMA.  YOU WANT TO MAKE SURE THAT THEY ARE OKAY.

Q.      AND NOBODY IN THE CONTROL GROUP HAD DIABETES,

DID THEY?

A.      NO.

Q.      AND DEPRESSION CAN ALSO AFFECT THE METABOLIC

RATE OF CERTAIN REGIONS IN THE BRAIN, CORRECT?

A.      IT CAN HAVE SOME SUBTLE EFFECTS.

Q.      IT CAN ACTUALLY REDUCE THE METABOLIC RATE IN THE

FRONTAL LOBE, ISN'T THAT RIGHT?

A.      IT REDUCES METABOLIC RATE.  IT'S ASSOCIATED WITH

REDUCTION OF METABOLIC RATE IN THE SUBGENUAL REGION,

WHICH IS PART OF THE FRONTAL LOBE BORDERING WITH THE

ANTERIOR CINGULATE AREA.

THE COURT:  MS. HAINES, IT'S 20 AFTER 3

NOW.  I DON'T KNOW -- DO YOU THINK YOU WILL FINISH YOUR

CROSS TODAY?

MS. HAINES:  I DON'T, YOUR HONOR.

THE COURT:  THEN GO TO 3:25.

MS. HAINES:  THANK YOU.

BY MS. HAINES:

Q.      DR. GUR, YOU WERE ASKED THE SAME QUESTION, I'M NOT DOING ANYTHING NOVEL HERE TODAY.  YOU WERE ASKED THE SAME QUESTION BACK IN 2005, PAGE 169, LINES 12 THROUGH 15 FROM AUGUST 9TH.

YOU WERE ASKED, QUESTION:  DEPRESSION CAN HAVE A DEPRESSING EFFECT ON THE METABOLIC RATE SHOWN ON THE PET SCAN, ISN'T THAT RIGHT?

AND YOUR ANSWER WAS:  YES.

A.      WELL, AS I EXPLAINED, DEPRESSION HAS BEEN ASSOCIATED WITH REDUCED METABOLISM IN THE SUBGENUAL REGION, WHICH IS PART OF THE FRONTAL LOBE.

Q.      NONE OF THE PEOPLE IN THE CONTROL SAMPLE HAD DEPRESSION, DO THEY?

A.      THAT'S CORRECT.

Q.      BUT MR. HAMMER DOES, DOESN'T HE?

A.      I THINK IT WAXES AND WANES, BUT HE HAS SUFFERED FROM DEPRESSION AT VARIOUS POINTS.

Q.      MOSTLY HIS WHOLE LIFE.  ISN'T THAT TRUE, DOCTOR?

A.      YES.

Q.      ANXIETY CAN ALSO AFFECT THESE RESULTS, CAN'T IT?

A.      AGAIN, IT'S A COMPLEX EFFECT AND VERY SUBTLE. IF ANXIETY IS VERY LOW, THEN OVERALL METABOLIC RATES TENDS TO BE LOW AND WHEN ANXIETY IS VERY HIGH, OVERALL METABOLIC RATES TEND ALSO TO BE LOW.  SO IT'S AN INVERTED U RELATION BETWEEN ANXIETY AND METABOLISM.  AT

LEAST THERE ARE DATA TO SUGGEST THAT.  IT'S NOT REALLY FIRMLY ESTABLISHED.  I MEAN WE PUBLISHED SOME OF THESE FINDINGS, BUT THIS IS NOT A FINDING THAT IS UNIFORMLY REPORTED.  THESE EFFECTS ARE VERY SUBTLE.

Q.    BUT YOU YOURSELF, SIR, HAVE PUBLISHED A STUDY DISCUSSING THE EFFECTS OF ANXIETY ON METABOLISM IN THE BRAIN, CORRECT?

A.    WE PUBLISHED TWO, TWO STUDIES.

Q.    YOU KNOW FROM THE DEFENDANT'S MEDICAL HISTORY THAT IN FEBRUARY 1995, HE HAD A VERY BAD REACTION WHEN HE WAS INJECTED WITH DYE FOR A DIFFERENT TYPE OF TEST BUT THE SAME SORT OF PROCEDURE.  YOU KNOW THAT, RIGHT?

A.    NO, I DON'T REMEMBER THAT, BUT IT'S POSSIBLE.

Q.    DID YOU KNOW THAT HE HAD A VERY BAD REACTION TO THE INJECTION OF CONTRAST DYE PREVIOUSLY?

A.    WHAT WAS THE CONTRAST FOR?

Q.    WELL, I'M ASKING THE QUESTION.  DO YOU KNOW ANYTHING ABOUT THIS?

A.    NO.

Q.    SO DO YOU KNOW WHETHER HE WAS ANXIOUS ABOUT HAVING THESE PROCEDURES DONE OR HAVING INJECTIONS?  DO YOU KNOW WHETHER HE WAS ANXIOUS?

A.    I THINK HE WAS, AS I RECALL.  HE PROBABLY WAS ANXIOUS.

Q.    NOW IN ADDITION TO -- MR. HAMMER HAS BEEN A DRUG

ABUSER HIS ENTIRE LIFE, ISN'T THAT TRUE?

A.      YES.

Q.      HOW MANY PEOPLE OF THE 41 OR THE 16 CONTROL PEOPLE WERE DRUG ABUSERS LIKE MR. HAMMER?

A.      NONE.

Q.      HOW MANY WERE VIOLENT OFFENDERS LIKE HIM?

A.      NONE.

Q.      IN FACT THEY HAD TO BE HEALTHY, DIDN'T THEY, DR. GUR, BECAUSE THEY ACTUALLY HAVE A SCREENING PROCESS AT PENN TO SCREEN OUT PEOPLE WHO HAVE ANY KIND OF MENTAL DISEASE, DEFECT, DEPRESSION, ANYTHING LIKE THAT?  ISN'T THAT TRUE?

A.      YES.

Q.      NOW, FOR SIMILAR REASONS, YOU WOULD AGREE THAT IT'S HIGHLY UNLIKELY THAT ANY OF THE PEOPLE IN YOUR CONTROL GROUP, THE NORM THAT YOU WERE COMPARING MR. HAMMER AGAINST, WERE USING ANTIDEPRESSANTS, CORRECT?

A.      CORRECT.

Q.      MR. HAMMER USES ANTIDEPRESSANTS, DOESN'T HE, SIR?

A.      YES.

Q.      HE HAS USED ALL SORTS OF -- HE'S BEEN PRESCRIBED THESE DRUGS, RIGHT?

A.      YES.

Q.      NOT ONLY ANTIDEPRESSANTS, BUT ANTIPSYCHOTIC

DRUGS AS WELL?

A.      YES.

Q.      USE OF ANTIDEPRESSANTS ARE ACTUALLY DESIGNED TO ACT ON THE BRAIN AND BRAIN METABOLISM, CORRECT?

A.      THEY ARE DESIGNED TO -- THE MECHANISM OF ACTION IS NOT THROUGH ALTERING METABOLISM, BUT MOSTLY THROUGH ALTERING THE RECEPTOR FUNCTION.

MS. HAINES:  NOW IS PROBABLY A GOOD PLACE TO STOP.

THE COURT:  ALL RIGHT.  LET'S STOP AT THIS POINT.  IT'S 24 MINUTES AFTER 3.  AND WE WILL RECESS FOR THE DAY AND RESUME TOMORROW MORNING AT 9:30.

ALL COUNSEL:  THANK YOU, YOUR HONOR.

THE COURT:  ALL RIGHT.  AND THE WITNESS IS UNDER CROSS EXAMINATION.  WE WILL RECESS AT THIS POINT.

(HEARING ADJOURNED AT 3:25 P.M.)

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

DATE                          OFFICIAL COURT REPORTER

                              SUZANNE WHITE

INDEX

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| RONNIE MILLER | | | | |
|    BY MS. HAINES | -- | 3 | -- | -- |
|    BY MR. MORENO | -- | -- | 15 | -- |
| BETTY PAYNE | | | | |
|    BY MR. MORENO | 17 | -- | -- | -- |
|    BY MR. GURGANUS | -- | 26 | -- | -- |
| KATHY NICHOLS | | | | |
|    BY MR. MCHUGH | 38 | -- | -- | -- |
|    BY MR. GURGANUS | -- | 46 | -- | -- |
| SCOTT BUTLER | | | | |
|    BY MR. MCHUGH | 59 | -- | -- | -- |
|    BY MS. HAINES | -- | 69 | -- | -- |
| RUBEN GUR | | | | |
|    BY MS. SAUNDERS | 74,88 | -- | -- | -- |
|    BY MS. HAINES | -- | 137 | | |

| DEFENSE EXHIBITS | PAGE |
|---|---|
| 55, 56, 57, 58 | 69 |
| 47 | 74 |
| 100, 102 | 137 |

'

**'64** [1] - 30:21
**'65** [1] - 30:21
**'66** [1] - 30:22
**'74** [1] - 76:3
**'80S** [2] - 122:16, 147:1
**'90S** [2] - 175:13

## 1

[12] - 66:18, 101:16, 101:24, 112:18, 112:20, 160:19, 161:5, 161:10, 161:11, 161:12, 161:14
**10** [13] - 51:1, 82:18, 82:19, 82:20, 82:24, 83:1, 94:2, 112:2, 141:16, 141:21, 167:12
**10,000** [1] - 107:13
**100** [8] - 2:7, 75:8, 78:12, 80:9, 85:6, 137:6, 137:8, 188:22
**102** [4] - 106:24, 137:7, 137:8, 188:22
**1074** [1] - 141:4
**11** [3] - 18:13, 19:9, 84:11
**119** [1] - 171:11
**12** [6] - 18:24, 19:9, 66:6, 108:17, 115:15, 183:3
**120** [2] - 99:16, 172:22
**1200** [2] - 105:21, 105:24
**128** [1] - 177:3
**13** [4] - 18:24, 19:10, 24:7, 24:25
**130** [1] - 170:19
**1331** [1] - 2:4
**136** [2] - 159:21, 160:3
**137** [2] - 188:17, 188:22
**13TH** [2] - 167:9, 168:17
**14** [5] - 18:24, 24:8, 30:14, 30:15, 142:8
**146** [1] - 179:16
**15** [14] - 14:19, 16:7, 25:4, 45:21, 45:22, 46:4, 46:10, 51:1, 67:6, 142:21, 143:6, 143:9, 183:4, 188:5
**157** [1] - 154:18
**16** [6] - 49:25, 154:18, 180:13, 180:15, 180:17, 185:3
**1600** [1] - 105:22
**161** [1] - 2:10
**169** [1] - 183:3
**16B** [1] - 1:8
**17** [2] - 27:12, 188:7
**170** [1] - 84:24
**171** [1] - 84:24
**17101** [1] - 2:7
**17703-0215** [1] - 2:11
**18** [5] - 50:1, 67:13, 178:19, 178:22, 179:11
**18501** [1] - 1:17
**19** [4] - 25:2, 28:18, 84:23
**19106** [3] - 1:9, 1:21, 2:14
**1955** [1] - 163:1
**1967** [1] - 163:4
**1970** [1] - 75:24
**1971** [1] - 76:1
**1973** [2] - 76:1, 76:3
**1974** [1] - 76:5
**1981** [1] - 76:6
**1986** [5] - 148:5, 149:13, 150:5, 150:6, 150:7
**1990S** [2] - 175:20, 175:21
**1993** [2] - 80:12, 149:15
**1995** [1] - 184:10
**1996** [6] - 80:12, 167:9, 167:16, 168:2, 168:17, 169:10
**1997** [4] - 169:9, 169:17, 170:8, 170:25

## 2

**2** [4] - 22:13, 66:19, 112:3, 115:16
**2/8TH** [1] - 77:5
**20** [11] - 25:2, 80:4, 99:15, 107:15, 115:15, 115:16, 167:3, 178:17, 180:9, 180:22, 182:19
**2000** [1] - 175:21
**2001** [3] - 151:6, 152:22, 152:24
**2004** [9] - 110:20, 129:1, 153:12, 167:5, 167:9, 167:15, 168:1, 168:17, 168:22
**2005** [12] - 86:16, 131:12, 137:21, 144:23, 154:13, 155:3, 164:13, 164:15, 165:1, 179:16, 180:3, 183:3
**2007** [1] - 78:25
**2008** [1] - 70:24
**2009** [1] - 79:2
**2011** [3] - 152:20, 152:23, 177:1
**2012** [5] - 4:12, 7:19, 8:2, 70:12, 70:13
**2013** [2] - 75:11, 80:16
**20530** [1] - 2:4
**20S** [3] - 70:20, 98:14
**21** [5] - 60:4, 70:6, 70:20, 83:17, 177:3
**215** [1] - 2:10
**215)627-1882** [1] - 1:21
**22** [2] - 60:20, 67:18
**2255** [3] - 131:15, 164:3, 164:5
**23** [4] - 39:7, 56:22, 56:24, 60:20
**235** [1] - 1:16
**24** [2] - 6:14, 186:11
**25** [7] - 6:12, 6:13, 62:15, 70:15, 70:19, 80:4, 168:13
**26** [4] - 63:16, 70:15, 70:19, 188:8
**27** [1] - 64:1
**29** [2] - 7:2, 83:20
**29.2** [2] - 178:25, 179:19
**29TH** [2] - 167:5, 167:9

## 3

**3** [10] - 22:13, 62:9, 66:25, 78:12, 109:4, 157:10, 171:9, 182:19, 186:11, 188:4
**30** [3] - 7:2, 139:4, 139:6
**300** [1] - 2:7
**309** [1] - 1:17
**30TH** [2] - 151:6, 177:1
**311** [1] - 1:16
**35** [1] - 81:14
**36** [1] - 67:3
**38** [2] - 59:22, 188:10
**3:25** [2] - 182:23, 186:17

## 4

**4** [5] - 8:23, 9:24, 14:18, 159:18, 166:19
**40** [1] - 28:8
**41** [4] - 178:4, 178:20, 180:17, 185:3
**46** [2] - 179:4, 188:11
**47** [5] - 25:6, 74:2, 74:8, 74:10, 188:21
**49** [2] - 178:20, 178:22
**4:96-CR-239** [1] - 1:6

## 5

**5** [8] - 8:23, 9:24, 14:18, 18:24, 22:4, 112:2, 112:4, 159:18
**50** [2] - 178:17, 180:22
**540** [1] - 2:14
**55** [7] - 63:6, 69:15, 69:16, 168:13, 179:11, 180:10, 188:20
**56** [5] - 63:16, 63:17, 69:15, 69:16, 188:20
**57** [4] - 64:2, 69:15, 69:16, 188:20
**58** [4] - 64:25, 69:15, 69:16, 188:20
**59** [1] - 188:13

## 6

**6** [7] - 19:9, 22:4, 81:14, 108:2, 108:3, 108:6, 108:11
**6-11-14** [1] - 1:8
**6-FOOT** [1] - 112:5
**6-YEAR-OLD** [1] - 108:22
**601** [1] - 1:20
**635** [1] - 141:4
**66** [2] - 84:10, 84:11
**68** [1] - 84:19
**69** [3] - 84:19, 188:14, 188:20

## 7

**7** [3] - 1:12, 19:9, 108:2
**7.9** [1] - 179:20
**70** [1] - 147:4
**702** [1] - 142:18
**74** [1] - 188:21
**74,88** [1] - 188:16

## 8

**8** [4] - 65:21, 83:17, 112:4, 151:16
**8/27/12** [1] - 65:24
**80** [1] - 80:9
**8TH** [1] - 43:9

## 9

**9** [2] - 141:6, 179:16
**9/2013** [1] - 67:22
**91** [1] - 151:15
**95** [1] - 112:7
**99.9** [1] - 112:9
**9:30** [1] - 186:12
**9TH** [2] - 154:13, 183:4

## A

**A-P-D-A** [1] - 80:17
**ABANDONED** [1] - 136:22
**ABILITY** [3] - 127:23, 134:1, 164:14
**ABLE** [11] - 7:19, 30:9, 41:21, 57:24, 65:2, 126:9, 127:4, 127:25, 160:1, 167:13, 173:24
**ABNORMAL** [3] - 113:8, 116:22, 141:11
**ABNORMALITIES** [6] - 103:14, 116:23, 142:13, 172:7, 173:9, 181:6
**ABNORMALITY** [4] - 135:7, 157:20, 163:12, 170:13
**ABNORMALLY** [3] - 118:10, 118:17, 155:7
**ABOVE-ENTITLED** [1] - 187:3
**ABSOLUTELY** [9] - 12:23, 13:5, 13:21, 14:4, 14:17, 16:5, 16:13, 136:14, 177:25
**ABSTRACTION** [2] - 127:20, 130:15
**ABUNDANT** [1] - 100:5
**ABUSE** [12] - 5:12, 5:16, 5:21, 12:9, 12:17, 13:19, 14:22, 22:12, 86:10, 144:3, 157:19, 157:23

**ABUSED** [1] - 168:23
**ABUSER** [1] - 185:1
**ABUSERS** [1] - 185:4
**ACADEMIC** [2] - 83:4, 83:6
**ACCENT** [3] - 108:14, 108:15, 108:18
**ACCEPT** [6] - 11:22, 11:23, 11:25, 49:1, 152:9, 155:2
**ACCEPTED** [1] - 81:1
**ACCESS** [1] - 93:11
**ACCIDENT** [1] - 155:16
**ACCORDING** [6] - 12:21, 55:21, 71:9, 75:11, 155:6, 174:25
**ACCOUNT** [3] - 98:24, 159:1, 159:3
**ACCURACY** [8] - 129:11, 129:19, 130:1, 130:3, 130:13, 130:14, 130:17, 130:23
**ACCURATE** [1] - 129:1
**ACCUSATIONS** [1] - 13:24
**ACCUSE** [2] - 14:2, 14:5
**ACCUSED** [2] - 11:11, 11:20
**ACE** [1] - 82:21
**ACHIEVE** [1] - 122:21
**ACHIEVEMENT** [1] - 79:1
**ACQUIRE** [2] - 108:18, 167:1
**ACQUIRED** [2] - 175:17, 175:20
**ACT** [2] - 110:6, 186:4
**ACTED** [1] - 52:10
**ACTION** [6] - 81:5, 81:8, 118:12, 134:8, 135:6, 186:5
**ACTIONS** [3] - 133:13, 133:15, 134:7
**ACTIVATION** [1] - 121:17
**ACTIVE** [1] - 135:13
**ACTIVITY** [1] - 135:7
**ACTS** [4] - 86:19, 98:3, 110:7, 133:6
**ACTUAL** [3] - 88:11, 104:1, 127:1
**ADAPTIVE** [1] - 87:14
**ADDED** [1] - 111:14
**ADDITION** [6] - 100:16, 115:5, 116:1, 122:1,

163:14, 184:25
**ADDITIONAL** [2] - 6:21, 61:15
**ADDRESS** [1] - 85:15
**ADDS** [1] - 108:8
**ADEQUATE** [1] - 118:6
**ADJOURNED** [1] - 186:17
**ADJUST** [1] - 128:1
**ADMINISTER** [3] - 83:15, 128:16, 128:17
**ADMINISTERED** [5] - 86:16, 86:17, 126:21, 127:1, 127:8
**ADMINISTRATION** [2] - 6:21, 77:5
**ADMINISTRATIVE** [1] - 76:24
**ADMISSIBLE** [1] - 142:20
**ADMITTED** [9] - 51:25, 52:7, 69:15, 69:16, 74:10, 137:6, 137:7, 137:8, 142:12
**ADMITTING** [1] - 52:5
**ADOLESCENT** [1] - 104:7
**ADULT** [2] - 80:18, 104:9
**ADULTHOOD** [1] - 109:5
**ADULTS** [3] - 98:18, 103:24, 178:17
**ADVANCED** [2] - 76:22, 77:15
**ADVERTISE** [1] - 176:16
**ADVISORY** [1] - 79:12
**AFFECT** [4] - 132:25, 181:19, 182:10, 183:20
**AFFECTED** [1] - 103:17
**AFFECTION** [5] - 41:2, 41:17, 41:20
**AFFECTION-TYPE** [1] - 41:2
**AFRAID** [1] - 175:16
**AFTERNOON** [3] - 115:20, 137:16, 137:17
**AGE** [25] - 18:20, 18:24, 49:9, 49:16, 57:18, 107:14, 107:15, 107:24, 108:2, 108:3, 108:6, 108:11, 178:10, 178:13, 178:15,

178:16, 178:20, 178:23, 178:24, 179:8, 179:10, 179:19, 179:24, 180:9, 180:21
**AGED** [1] - 94:3
**AGENCIES** [1] - 86:5
**AGENCY** [2] - 78:19, 133:6
**AGENTS** [1] - 133:13
**AGES** [2] - 70:15, 180:8
**AGHAST** [1] - 98:18
**AGING** [3] - 80:18, 168:12, 168:13
**AGO** [12] - 23:25, 26:12, 44:1, 44:5, 44:6, 50:25, 51:1, 63:15, 64:5, 70:24, 144:10, 167:12
**AGREE** [17] - 5:25, 13:22, 13:25, 16:2, 57:25, 150:4, 153:18, 155:14, 160:13, 169:8, 169:11, 169:13, 172:4, 173:2, 179:2, 180:2, 185:14
**AGREED** [5] - 16:3, 16:9, 43:14, 158:15, 165:25
**AGREEMENT** [1] - 123:16
**AIDED** [1] - 1:24
**AIM** [1] - 97:20
**AIR** [1] - 136:19
**ALARMS** [1] - 135:9
**ALBERT** [2] - 161:16, 161:18
**ALCOHOL** [3] - 29:13, 156:10, 157:22
**ALCOHOLIC** [4] - 5:8, 29:7, 29:8, 29:18
**ALEXANDRIA** [2] - 6:10, 6:15
**ALGORITHM** [7] - 104:17, 104:18, 122:18, 124:7, 131:22, 132:1
**ALIGN** [2] - 99:10, 99:13
**ALLEGATION** [1] - 11:7
**ALLEGATIONS** [1] - 15:25
**ALLOW** [6] - 139:18, 139:22, 144:8, 144:12, 164:7, 165:10
**ALLOWED** [1] - 45:21

**ALLOWING** [1] - 143:22
**ALLOWS** [1] - 174:9
**ALMOND** [1] - 92:25
**ALMOST** [9] - 7:2, 28:12, 28:18, 31:13, 81:1, 105:7, 111:6, 111:22, 179:7
**ALONE** [1] - 22:8
**ALTERING** [2] - 186:6, 186:7
**AMANDA** [1] - 2:2
**AMERICA** [1] - 1:3
**AMERICAN** [1] - 76:14
**AMOUNT** [4] - 106:3, 117:8, 117:22, 181:19
**AMYGDALA** [17] - 92:25, 93:1, 93:15, 94:7, 94:8, 94:10, 94:15, 94:25, 110:1, 110:2, 120:14, 126:7, 134:20, 134:22, 134:24, 135:8, 135:10
**ANALLY** [1] - 13:3
**ANALOGY** [1] - 136:14
**ANALYSIS** [11] - 109:12, 116:6, 116:9, 131:19, 141:18, 165:24, 174:1, 174:20, 177:14, 177:19, 181:23
**ANALYTIC** [1] - 121:3
**ANALYTICALLY** [1] - 121:6
**ANALYZABLE** [1] - 169:22
**ANALYZED** [1] - 162:5
**ANATOMICAL** [1] - 147:20
**ANATOMY** [1] - 88:13
**ANCESTORS** [1] - 92:15
**ANESTHESIA** [1] - 90:25
**ANGLE** [1] - 99:12
**ANGST** [1] - 176:21
**ANIMAL** [1] - 92:15
**ANNE** [1] - 2:5
**ANSWER** [22] - 26:25, 47:7, 93:10, 105:15, 106:9, 129:25, 130:1, 151:20, 151:24, 152:4, 153:5, 154:23, 155:1, 155:3, 160:2, 177:2, 177:7, 177:8,

179:21, 179:25, 182:2, 183:8
**ANSWERED** [3] - 153:6, 154:13, 154:20
**ANSWERS** [4] - 8:18, 151:15, 152:10, 180:3
**ANTENNA** [1] - 99:25
**ANTERIOR** [1] - 182:18
**ANTIDEPRESSANTS** [4] - 185:17, 185:19, 185:25, 186:3
**ANTIPSYCHOTIC** [1] - 185:25
**ANXIETY** [5] - 183:20, 183:22, 183:23, 183:25, 184:6
**ANXIOUS** [4] - 20:23, 184:20, 184:22, 184:24
**APDA** [1] - 80:17
**APOLOGIZED** [1] - 73:19
**APPEAL** [1] - 142:5
**APPEALED** [1] - 139:21
**APPEALS** [4] - 139:21, 141:5, 142:6, 142:10
**APPEAR** [1] - 5:23
**APPEARANCE** [2] - 166:1, 166:16
**APPEARANCES** [2] - 1:14, 2:1
**APPELLATE** [1] - 145:4
**APPENDIX** [1] - 33:24
**APPLICATIONS** [2] - 80:6, 149:3
**APPLY** [1] - 148:13
**APPOINTMENT** [2] - 76:7, 77:10
**APPOINTMENTS** [2] - 76:25, 77:9
**APPRECIATE** [1] - 15:2
**APPROACH** [3] - 62:16, 75:4, 140:25
**APPROACHING** [2] - 119:20, 181:5
**APPROPRIATE** [1] - 120:23
**APPROVED** [1] - 165:24
**APRIL** [4] - 87:7, 167:9, 168:2, 168:17
**ARCHIE** [6] - 20:18, 20:20, 28:22, 28:24,

29:17, 30:3
**ARCHIMEDES** [1] - 107:10
**AREA** [23] - 38:22, 40:2, 40:8, 78:11, 79:9, 80:5, 80:8, 96:10, 109:25, 118:19, 118:21, 119:22, 119:23, 121:18, 121:24, 123:8, 124:10, 124:12, 125:21, 125:22, 132:6, 133:12, 182:18
**AREAS** [10] - 96:12, 98:11, 98:12, 113:15, 116:25, 118:16, 119:14, 131:3, 131:7, 132:20
**ARITHMETIC** [1] - 169:15
**ARM** [2] - 91:5, 97:21
**ARMS** [1] - 97:19
**ARMY** [3] - 86:10, 86:13, 86:14
**AROUSED** [1] - 134:24
**ARRANGEMENTS** [1] - 42:25
**ARRIVE** [1] - 32:14
**ARROWS** [4] - 112:25, 113:1, 119:6, 119:7
**ARTERIAL** [1] - 153:23
**ARTICLE** [4] - 81:20, 81:21, 81:22
**ARTICLES** [9] - 83:8, 83:10, 83:14, 83:18, 83:21, 84:5, 84:11, 84:24, 84:25
**ARTS** [1] - 160:5
**ASCRIBING** [1] - 133:5
**ASPECT** [1] - 117:4
**ASPECTS** [4] - 129:17, 132:22, 132:23, 150:6
**ASSERTIVE** [2] - 41:14, 41:15
**ASSESSMENT** [1] - 171:15
**ASSIGNING** [1] - 80:22
**ASSIST** [2] - 42:25, 151:18
**ASSISTANT** [1] - 6:8
**ASSOCIATE** [2] - 76:8, 160:5
**ASSOCIATED** [4] - 82:15, 157:19,

182:15, 183:10
**ASSOCIATION** [2] - 50:2, 79:9
**ASSUME** [2] - 169:25, 173:22
**ASSUMING** [1] - 56:16
**ASTRONAUT** [3] - 87:8, 87:18, 87:19
**ASYMPTOTE** [1] - 150:2
**AT&T** [1] - 30:13
**ATE** [2] - 21:9
**ATHLETE** [1] - 27:24
**ATROCIOUS** [1] - 12:17
**ATROPHIC** [1] - 157:18
**ATROPHY** [2] - 113:18, 113:19
**ATTACH** [1] - 89:19
**ATTACHED** [1] - 89:7
**ATTACK** [1] - 135:1
**ATTENDING** [1] - 166:6
**ATTENTION** [7] - 21:7, 128:2, 128:8, 130:12, 143:6, 154:12
**ATTORNEYS** [1] - 1:15
**ATTRIBUTED** [1] - 156:9
**AUDITORY** [3] - 95:7, 96:3, 109:21
**AUGUST** [4] - 62:9, 154:13, 179:16, 183:4
**AUNT** [2] - 17:18, 73:7
**AUSPICES** [1] - 148:19
**AUTHOR** [2] - 81:16
**AUTOPSIES** [1] - 107:13
**AUTOPSY** [6] - 107:7, 107:20, 161:18, 162:4, 162:8, 163:1
**AVAILABLE** [3] - 123:4, 123:5, 148:15
**AVERAGE** [24] - 111:8, 111:14, 111:19, 111:20, 111:23, 112:1, 112:7, 112:10, 112:18, 112:19, 112:20, 113:4, 113:5, 123:18, 130:16, 130:17, 130:18, 161:20, 161:25, 178:24, 179:8, 179:19,

179:24
**AWAKE** [1] - 91:3
**AWARD** [1] - 78:25
**AWARDS** [4] - 77:23, 77:24, 78:13, 78:22
**AWARE** [6] - 11:10, 45:8, 50:9, 50:11, 159:18, 169:13
**AXIS** [4] - 105:17, 105:20, 112:22, 119:8
**AXON** [6] - 89:13, 89:14, 89:15, 89:22, 90:10

## B

**B-U-T-L-E-R** [1] - 59:12
**BABIES** [2] - 103:23, 104:4
**BABY** [3] - 11:11, 13:19, 98:3
**BABY'S** [1] - 97:18
**BACHELOR'S** [1] - 75:22
**BACKGROUND** [6] - 27:3, 27:4, 41:9, 75:21, 85:10, 123:1
**BACKTRACK** [1] - 66:17
**BAD** [5] - 29:11, 110:13, 110:16, 184:10, 184:14
**BAND** [2] - 107:17, 107:18
**BANGED** [1] - 106:17
**BANGING** [1] - 22:23
**BAR** [1] - 128:11
**BARRIER** [3] - 117:18, 117:21
**BASED** [11] - 83:6, 101:6, 123:22, 124:23, 125:6, 126:19, 127:24, 143:2, 174:22, 175:12
**BASICS** [1] - 88:13
**BASIS** [2] - 146:16, 164:16
**BASKETBALL** [3] - 27:22, 28:4, 28:9
**BASTARD** [1] - 22:19
**BATTERY** [1] - 125:5
**BEAR** [1] - 170:21
**BEAT** [1] - 21:22
**BEATING** [1] - 21:18
**BEAUTIFUL** [2] - 136:15, 136:18
**BEAUTY** [1] - 169:15

**BECAME** [1] - 29:15
**BECOME** [6] - 44:9, 46:10, 47:12, 50:11, 54:21, 89:6
**BECOMES** [3] - 97:7, 134:24, 169:5
**BED** [1] - 13:2
**BEDROOMS** [3] - 29:24, 29:25
**BEFOREHAND** [1] - 152:13
**BEGINS** [3] - 66:19, 104:6, 141:8
**BEHAV** [1] - 124:11
**BEHAVE** [1] - 90:16
**BEHAVIOR** [13] - 41:2, 77:1, 78:16, 78:18, 78:20, 81:12, 97:12, 103:5, 118:23, 132:23, 134:23, 146:12, 154:25
**BEHAVIORAL** [11] - 124:23, 125:13, 147:11, 147:16, 147:19, 147:25, 149:7, 150:19, 151:5, 151:18, 152:6
**BEHIND** [2] - 96:5, 109:21
**BELABOR** [1] - 162:24
**BELIEF** [2] - 4:17, 143:11
**BELIEVES** [1] - 16:9
**BELONGED** [1] - 178:16
**BELOW** [7] - 79:4, 79:12, 111:16, 112:20, 113:5, 113:15, 118:13
**BEND** [1] - 99:21
**BERKELEY** [1] - 150:8
**BESIDE** [1] - 68:7
**BEST** [4] - 18:21, 23:11, 145:15, 162:17
**BET** [1] - 22:13
**BETTER** [5] - 49:4, 92:19, 98:16, 102:13, 117:6
**BETTY** [11] - 7:8, 7:11, 7:19, 7:22, 7:24, 8:3, 16:25, 17:3, 17:6, 17:7, 188:6
**BETWEEN** [23] - 12:5, 41:5, 41:11, 70:15, 80:12, 81:20, 88:25, 96:11, 102:13, 103:4, 104:20, 106:19, 107:2,

107:3, 109:3, 112:4, 123:15, 146:15, 168:13, 168:16, 179:10, 180:9, 183:25
**BEYOND** [1] - 170:3
**BG** [1] - 121:14
**BIASED** [1] - 176:15
**BIG** [22] - 31:24, 32:16, 32:17, 35:7, 35:8, 50:13, 50:16, 58:8, 64:20, 67:1, 97:12, 98:17, 98:24, 100:4, 100:8, 108:3, 117:18, 156:15, 158:23, 162:22, 181:1, 181:8
**BIGGER** [5] - 95:10, 106:9, 106:14, 113:21, 117:6
**BIGGEST** [1] - 113:14
**BILATERAL** [1] - 113:11
**BILATERALLY** [4] - 113:9, 119:17, 120:2, 120:15
**BIOLOGIC** [5] - 148:8, 148:25, 149:2, 149:4, 149:8
**BIOLOGY** [1] - 100:4
**BIRTHDAY** [14] - 65:3, 65:4, 65:16, 65:21, 65:24, 66:1, 66:18, 66:22, 66:24, 67:3, 67:19, 67:23, 68:2
**BIT** [13] - 27:5, 31:1, 50:1, 56:17, 66:17, 75:20, 82:8, 92:18, 107:18, 123:12, 129:24, 132:9, 138:8
**BLACK** [1] - 102:23
**BLINK** [2] - 99:15, 99:16
**BLINKING** [2] - 166:22, 166:24
**BLOCKS** [2] - 88:17, 88:18
**BLOOD** [9] - 87:12, 87:15, 100:17, 100:19, 117:17, 117:21, 117:25, 118:6, 118:7
**BLOOD-BRAIN** [2] - 117:17, 117:21
**BLOW** [2] - 101:9
**BLUE** [4] - 89:2, 109:17, 112:24, 119:5
**BOARD** [6] - 76:13, 76:14, 77:14, 81:5,

81:8, 148:19
**BODIES** [3] - 100:4, 102:6
**BODY** [4] - 89:1, 90:19, 90:20, 173:14
**BONES** [2] - 100:21, 100:23
**BOOK** [15] - 13:8, 14:11, 15:22, 53:4, 53:5, 53:7, 53:20, 54:15, 54:18, 55:22, 56:1, 56:2, 56:3, 56:7
**BOOKS** [1] - 20:13
**BORDERING** [1] - 182:17
**BORN** [11] - 24:24, 30:20, 30:21, 56:13, 56:18, 72:1, 72:4, 97:16, 114:7, 155:15
**BOTTOM** [5] - 65:17, 65:19, 91:15, 96:17, 102:19
**BOX** [4] - 1:17, 2:10, 105:17, 106:9
**BOY** [4] - 8:21, 20:1, 22:25, 36:9
**BRAIN** [205] - 77:1, 78:5, 78:7, 78:10, 78:16, 78:18, 78:20, 81:6, 81:9, 81:11, 84:17, 87:15, 87:25, 88:13, 88:17, 88:18, 89:21, 90:2, 90:7, 90:8, 90:9, 90:12, 90:17, 90:18, 90:19, 90:20, 90:24, 90:25, 91:4, 91:14, 91:16, 91:17, 91:19, 91:21, 91:22, 91:23, 92:2, 92:4, 92:5, 92:6, 92:9, 92:10, 92:11, 92:20, 94:19, 95:2, 95:4, 95:5, 95:15, 96:5, 97:11, 97:15, 97:17, 98:1, 98:8, 98:21, 99:4, 100:6, 100:13, 100:15, 100:18, 100:21, 100:24, 101:1, 101:4, 102:8, 102:20, 103:7, 103:12, 103:15, 103:16, 104:6, 105:5, 105:10, 105:15, 106:11, 107:10, 107:14, 108:2, 108:5, 108:7, 108:12, 109:7, 109:8, 109:9,

109:10, 109:11, 110:5, 110:6, 110:7, 110:16, 112:22, 113:3, 113:5, 113:6, 113:15, 113:18, 113:21, 113:24, 114:1, 114:4, 117:9, 117:17, 117:19, 117:21, 117:22, 118:16, 118:21, 119:8, 121:16, 121:18, 121:22, 123:6, 123:7, 123:22, 125:1, 125:16, 126:24, 127:3, 127:21, 129:9, 130:14, 130:21, 131:4, 131:6, 131:7, 132:21, 133:21, 134:2, 135:3, 135:7, 135:13, 136:7, 136:9, 139:9, 146:17, 155:7, 155:11, 155:16, 155:18, 155:25, 156:2, 156:5, 156:6, 156:10, 157:2, 157:4, 157:7, 157:11, 157:17, 157:19, 157:24, 158:8, 158:14, 158:17, 158:19, 158:22, 159:2, 159:4, 160:14, 160:15, 160:16, 161:19, 161:23, 162:5, 162:9, 162:12, 162:16, 163:1, 163:3, 163:6, 163:8, 163:11, 166:1, 166:15, 167:5, 168:13, 170:5, 171:3, 172:8, 172:13, 172:16, 172:20, 173:7, 173:10, 173:11, 173:14, 174:12, 180:8, 181:4, 181:20, 182:11, 184:7, 186:4
**BRAINS** [4] - 92:13, 107:19, 160:17, 162:22
**BRAKE** [1] - 134:5
**BREAK** [3] - 74:15, 115:11, 115:14
**BREAKS** [1] - 107:8
**BRIEFLY** [2] - 15:10, 88:14

**BRIGHT** [1] - 102:12
**BRILLIANT** [1] - 136:11
**BRING** [4] - 65:9, 147:17, 160:19, 165:9
**BRINGS** [1] - 118:7
**BROOM** [3] - 21:24, 21:25, 22:7
**BROTHER** [5] - 5:2, 13:19, 35:23, 87:18, 87:19
**BROUGHT** [2] - 22:25, 35:22
**BUILD** [2] - 59:24, 61:6
**BUILDING** [5] - 88:17, 88:18, 136:22, 149:10
**BUILDINGS** [1] - 136:23
**BULL** [1] - 129:18
**BUNDLE** [1] - 120:20
**BURGLARIZED** [2] - 34:20, 34:22
**BURIED** [1] - 43:5
**BURNING** [3] - 117:13, 118:1, 118:3
**BUSINESS** [4] - 56:19, 56:21, 56:22, 57:1
**BUT...** [1] - 8:10
**BUTLER** [8] - 59:7, 59:8, 59:11, 59:17, 62:19, 64:25, 69:21, 188:12
**BUY** [1] - 148:23
**BYPRODUCT** [1] - 118:1

# C

**CALCULATE** [3] - 82:13, 102:24, 107:12
**CALCULATED** [3] - 83:6, 111:8, 112:1
**CALCULATIONS** [1] - 142:1
**CALLOSUM** [3] - 119:14, 120:20, 121:10
**CALVARIUM** [1] - 170:14
**CANADA** [1] - 162:23
**CANCELLED** [1] - 43:24
**CANCEROUS** [1] - 154:7
**CAPITAL** [6] - 2:3, 146:21, 146:24,

147:2, 147:8, 147:11
**CAR** [6] - 8:20, 9:15, 11:12, 12:24, 22:22, 168:7
**CARD** [13] - 53:2, 65:21, 66:3, 66:7, 66:10, 66:18, 67:8, 67:14, 67:18, 67:19, 67:21, 73:18
**CARDS** [9] - 24:21, 64:22, 65:3, 65:4, 65:16, 65:17, 68:3, 68:7, 73:15
**CARE** [6] - 29:20, 34:2, 68:2, 114:7, 156:20, 156:24
**CAREER** [1] - 77:23
**CARRIED** [1] - 173:21
**CARRYING** [1] - 133:15
**CARTOON** [4] - 88:20, 88:24, 91:16
**CASE** [34] - 3:3, 4:3, 54:5, 70:10, 84:13, 93:21, 93:22, 101:13, 109:4, 114:2, 119:15, 123:18, 137:19, 138:14, 139:5, 139:11, 139:16, 140:1, 140:5, 140:8, 140:11, 140:20, 141:13, 144:20, 145:3, 147:8, 147:17, 151:8, 153:10, 154:13, 169:10, 178:4, 178:13, 179:15
**CASES** [5] - 133:14, 146:21, 146:25, 147:2, 147:11
**CATEGORIES** [1] - 121:14
**CAUSED** [1] - 54:1
**CAUSES** [3] - 157:21, 157:23, 176:21
**CC** [1] - 120:19
**CELEBRATE** [2] - 66:1, 67:24
**CELL** [9] - 55:9, 89:2, 89:4, 89:8, 89:10, 89:12, 102:6, 108:8, 113:24
**CELLS** [13] - 88:18, 88:19, 89:1, 89:21, 90:13, 101:4, 102:5, 106:12, 117:12, 117:22, 118:5, 118:11
**CENTER** [11] - 2:14,

77:2, 77:5, 77:9, 109:14, 165:15, 175:9, 175:10, 175:18, 176:1, 176:3
**CENTIMETERS** [1] - 105:22
**CENTURY** [2] - 111:22, 150:2
**CEREBRAL** [5] - 84:18, 100:12, 100:17, 100:20, 102:7
**CEREBROSPINAL** [2] - 106:1, 156:5
**CERTAIN** [4] - 129:22, 153:21, 181:4, 182:11
**CERTAINLY** [2] - 14:15, 169:9
**CERTAINTY** [2] - 145:2, 145:19
**CERTIFIED** [2] - 76:14, 160:7
**CERTIFY** [1] - 187:1
**CERTIFYING** [1] - 76:21
**CHANGE** [1] - 71:15
**CHANGED** [6] - 13:13, 13:15, 25:20, 35:24, 139:24, 150:13
**CHANGES** [4] - 87:22, 107:21, 127:25, 157:18
**CHANGING** [1] - 50:23
**CHARACTERIZATION** [1] - 166:3
**CHARACTERIZING** [1] - 158:8
**CHARGE** [2] - 14:3, 14:6
**CHARLES** [1] - 176:25
**CHEMICALS** [6] - 89:5, 89:6, 89:8, 89:16, 89:17, 89:19
**CHESTNUT** [1] - 2:7
**CHIEF** [3] - 97:10, 110:5, 110:11
**CHILD** [6] - 9:24, 10:7, 12:17, 14:20, 14:21, 18:16
**CHILDHOOD** [2] - 5:10, 97:9
**CHILDISH** [1] - 12:12
**CHILDREN** [17] - 20:5, 20:7, 30:17, 30:23, 37:1, 37:2, 37:3, 37:5, 37:8, 39:17, 51:6, 51:7, 51:8, 62:4, 104:4, 114:5
**CHILDREN'S** [1] -

162:10

**CHOICE** [1] - 137:24
**CHOOSE** [1] - 138:3
**CHRIST** [1] - 51:1
**CHRISTMAS** [7] - 24:21, 32:12, 32:16, 32:17, 52:16, 66:10, 67:8
**CHURCHES** [1] - 176:17
**CINGULATE** [1] - 182:18
**CIRCUMSTANCE** [1] - 141:12
**CIRCUMSTANCES** [1] - 140:20
**CITATION** [1] - 82:8
**CITATIONS** [2] - 82:8, 82:20
**CITED** [4] - 82:17, 82:19, 82:22, 82:25
**CITES** [1] - 82:7
**CITY** [17] - 19:20, 30:1, 30:2, 30:12, 33:12, 35:7, 40:8, 47:20, 49:23, 50:13, 50:15, 136:15, 136:17, 136:19, 136:21, 136:24, 140:6
**CLAIMS** [1] - 12:15
**CLAUS** [1] - 52:16
**CLEAR** [4] - 103:4, 125:20, 132:6, 170:15
**CLEARLY** [4] - 102:20, 113:8, 125:17, 130:15
**CLERK** [5] - 3:1, 17:4, 38:8, 59:9, 74:20
**CLICK** [2] - 127:6, 128:17
**CLINIC** [1] - 134:10
**CLINICAL** [21] - 75:25, 76:15, 77:6, 78:2, 104:14, 104:16, 104:20, 116:5, 116:11, 116:14, 116:18, 116:21, 118:15, 123:25, 150:20, 150:23, 150:25, 152:1, 170:3, 172:7
**CLINICALLY** [3] - 116:9, 138:13, 150:15
**CLINICIANS** [1] - 151:18
**CLOSE** [12] - 16:11, 16:13, 19:14, 19:16,

44:10, 46:10, 47:12, 57:16, 58:6, 59:13, 63:2, 154:8
**CLOSER** [5] - 16:14, 18:3, 169:9, 169:10, 173:17
**CM** [1] - 1:19
**CO** [1] - 81:16
**CO-AUTHOR** [1] - 81:16
**COACH** [1] - 27:22
**COBB** [1] - 19:21
**COGNITION** [3] - 81:6, 87:10, 87:16
**COGNITIVE** [1] - 96:18
**COINS** [1] - 20:14
**COLD** [1] - 91:25
**COLLABORATION** [1] - 103:22
**COLLEAGUES** [2] - 148:2, 148:3
**COLLECT** [2] - 162:14, 162:16
**COLLECTED** [4] - 101:15, 107:8, 175:13, 175:14
**COLLECTION** [3] - 87:15, 100:2, 162:22
**COLLEGE** [5] - 27:14, 27:15, 27:19, 28:10, 28:20
**COLUMN** [9] - 103:25, 104:2, 141:8, 141:16, 141:21, 142:9, 143:7, 143:10
**COLUMNS** [1] - 141:8
**COLVIN** [1] - 163:4
**COMA** [3] - 158:23, 159:11, 182:6
**COMBINATION** [1] - 117:24
**COMBINING** [1] - 130:13
**COMFORTABLE** [1] - 7:16
**COMING** [3] - 89:3, 90:17, 95:25
**COMMAND** [2] - 90:17, 90:21
**COMMIT** [1] - 86:19
**COMMONWEALTH** [3] - 76:12, 151:7, 176:25
**COMMUNICATE** [7] - 24:19, 64:8, 89:21, 90:14, 121:8, 121:12, 134:2
**COMMUNICATED** [1] - 64:17

**COMMUNICATION** [3] - 60:24, 61:15, 120:23
**COMMUNICATIONS** [1] - 64:21
**COMMUNITY** [3] - 2:13, 176:14, 176:16
**COMPANY** [7] - 17:24, 90:4, 148:7, 148:8, 148:9, 148:22, 149:11
**COMPARE** [2] - 111:3, 112:15
**COMPARED** [2] - 119:4, 174:14
**COMPARING** [3] - 87:21, 175:1, 185:16
**COMPARISON** [1] - 104:25
**COMPARTMENTAL** [1] - 107:4
**COMPARTMENTS** [5] - 84:17, 102:25, 105:18, 105:25, 106:7
**COMPETENCY** [1] - 146:16
**COMPETENT** [5] - 110:12, 145:3, 145:9, 145:13, 145:17
**COMPLETION** [1] - 137:3
**COMPLEX** [5] - 98:11, 109:13, 114:20, 133:15, 183:21
**COMPONENTS** [1] - 177:14
**COMPOSED** [1] - 101:24
**COMPROMISE** [1] - 129:23
**COMPUTER** [7] - 1:23, 1:24, 119:11, 127:6, 127:9, 127:11, 129:14
**COMPUTER-AIDED** [1] - 1:24
**COMPUTERIZED** [11] - 84:25, 86:25, 126:12, 126:15, 126:17, 128:3, 128:20, 129:13, 131:2, 135:15, 135:19
**COMPUTERS** [1] - 98:16
**CON** [5] - 51:10, 51:21, 51:25, 52:2, 53:23

**CONCEIVED** [1] - 72:6
**CONCENTRATE** [1] - 160:2
**CONCEPT** [1] - 127:24
**CONCEPTS** [1] - 88:15
**CONCERN** [4] - 36:5, 36:8, 54:1, 87:11
**CONCERNED** [2] - 114:23, 140:18
**CONCERNING** [1] - 41:23
**CONCERT** [1] - 108:10
**CONCLUDE** [1] - 172:18
**CONCLUDED** [4] - 141:10, 143:8, 155:10, 170:12
**CONCLUSION** [6] - 140:12, 145:1, 145:25, 146:2, 146:4, 158:10
**CONCLUSIONS** [1] - 170:18
**CONCURRENTLY** [1] - 98:5
**CONDITION** [3] - 41:23, 141:11, 169:3
**CONDITIONS** [3] - 153:20, 153:21
**CONDUCT** [3] - 77:16, 116:2, 131:18
**CONDUCTED** [19] - 83:11, 84:2, 85:1, 88:12, 110:17, 110:23, 116:2, 126:12, 128:20, 128:25, 136:2, 136:3, 153:12, 162:4, 168:1, 169:8, 171:17, 173:16, 179:4
**CONDUCTING** [1] - 86:12
**CONDUCTORS** [1] - 90:5
**CONDUCTS** [1] - 89:24
**CONFIRMING** [1] - 172:10
**CONFOUNDED** [1] - 129:12
**CONFUSE** [1] - 102:22
**CONFUSION** [1] - 153:24
**CONNECT** [4] - 90:15, 96:12, 120:21, 120:22

**CONNECTED** [1] - 94:17
**CONNECTING** [2] - 90:2, 98:21
**CONNECTION** [2] - 72:2, 72:9
**CONS** [3] - 50:24, 51:11, 52:5
**CONSIDER** [2] - 5:21, 130:16
**CONSIDERED** [1] - 82:21
**CONSIDERING** [1] - 97:9
**CONSISTENT** [7] - 114:3, 117:2, 135:15, 135:18, 135:21, 142:14, 157:21
**CONSTANTLY** [1] - 135:13
**CONSTELLATION** [1] - 123:19
**CONSULTATIONS** [1] - 171:4
**CONTACT** [13] - 16:16, 39:15, 42:8, 42:14, 42:22, 44:8, 48:12, 57:6, 57:8, 57:11, 60:2, 70:7, 70:16
**CONTACTED** [2] - 7:25, 70:23
**CONTACTS** [2] - 42:20, 48:19
**CONTEXT** [3] - 97:12, 152:7, 181:3
**CONTINUE** [4] - 21:3, 66:25, 74:14, 115:23
**CONTINUED** [1] - 2:1
**CONTINUES** [1] - 108:4
**CONTINUOUS** [1] - 128:4
**CONTRACT** [1] - 89:23
**CONTRARY** [1] - 143:8
**CONTRAST** [2] - 184:15, 184:16
**CONTRIBUTIONS** [1] - 83:3
**CONTROL** [20] - 91:6, 114:18, 134:5, 174:15, 174:22, 174:24, 175:3, 175:25, 176:6, 177:13, 178:5, 178:20, 178:24, 180:11, 181:12,

181:14, 182:7, 183:12, 185:3, 185:16

**CONTROLS** [7] - 90:19, 90:20, 98:1, 112:15, 176:14, 177:18

**CONVERSATION** [2] - 43:16, 45:22

**CONVERSING** [1] - 40:24

**CONVICTED** [6] - 37:5, 37:8, 37:11, 58:16, 58:19, 58:22

**CONVICTIONS** [1] - 58:12

**COORDINATE** [1] - 97:22

**COPIES** [2] - 151:11, 154:16

**COPY** [4] - 65:7, 140:24, 141:3, 152:15

**CORD** [9] - 91:22, 91:23, 91:25, 92:2, 92:4, 92:6, 95:4, 100:19, 121:20

**CORNER** [1] - 148:9

**CORPUS** [3] - 119:14, 120:20, 121:10

**CORRECT** [93] - 3:23, 4:3, 5:4, 5:6, 5:13, 6:12, 6:20, 7:4, 8:4, 11:2, 11:5, 12:10, 12:13, 18:13, 20:5, 55:8, 58:24, 68:6, 70:18, 71:2, 71:11, 71:19, 71:23, 74:3, 78:23, 114:14, 120:10, 124:16, 125:14, 125:15, 130:3, 131:17, 135:16, 135:20, 137:19, 137:25, 138:17, 138:20, 139:1, 139:2, 140:13, 143:22, 146:7, 147:12, 147:15, 148:4, 148:10, 150:16, 153:12, 154:19, 154:22, 154:25, 158:5, 158:7, 158:16, 159:1, 159:12, 159:22, 160:3, 160:5, 160:15, 163:10, 165:15, 165:25, 166:2, 166:3, 166:12, 166:14,

167:6, 168:18, 170:23, 172:17, 174:9, 174:13, 174:15, 174:18, 175:2, 177:23, 178:5, 179:20, 180:8, 180:18, 181:9, 181:22, 181:25, 182:3, 182:11, 183:14, 184:7, 185:17, 185:18, 186:4, 187:1

**CORRECTLY** [4] - 144:2, 144:16, 155:12, 173:3

**CORRELATED** [2] - 105:10, 105:15

**CORRELATES** [1] - 105:5

**CORRESPOND** [1] - 42:10

**CORRUPT** [1] - 110:12

**CORRUPTED** [1] - 110:16

**CORTEX** [6] - 95:5, 95:9, 96:9, 96:25, 156:7

**CORTICAL** [1] - 156:3

**COSMONAUT** [1] - 87:8

**COUNSEL** [6] - 115:20, 152:12, 164:10, 164:15, 176:22, 186:13

**COUNT** [3] - 57:10, 82:5, 100:1

**COUNTED** [1] - 82:8

**COUNTRY** [4] - 37:17, 80:5, 80:7, 147:10

**COUNTY** [1] - 6:17

**COUPLE** [9] - 24:1, 24:20, 24:21, 62:13, 62:21, 70:24, 85:24, 125:11, 181:7

**COURSE** [16] - 34:2, 78:3, 78:4, 78:6, 78:7, 95:8, 98:4, 99:19, 107:16, 110:11, 111:14, 124:13, 154:9, 156:14, 161:2

**COURSES** [3] - 77:25, 78:9, 78:11

**COURT** [95] - 1:1, 1:19, 3:1, 3:2, 3:15, 15:5, 15:11, 16:14, 16:19, 16:23, 17:1, 17:9, 18:3, 18:8, 26:18, 37:23, 38:3,

38:13, 46:19, 52:14, 54:12, 59:4, 59:13, 62:17, 69:12, 69:14, 69:18, 73:24, 74:1, 74:6, 74:8, 74:12, 74:16, 75:5, 76:19, 77:8, 79:13, 81:19, 85:4, 85:6, 85:16, 85:22, 86:1, 88:2, 88:13, 99:1, 103:19, 110:25, 115:14, 115:18, 115:21, 128:23, 129:3, 129:6, 137:4, 137:6, 137:10, 137:12, 140:12, 140:13, 140:18, 140:19, 140:21, 141:5, 141:9, 141:17, 141:24, 142:6, 142:10, 143:13, 143:21, 144:3, 146:18, 152:14, 152:18, 153:1, 153:4, 153:8, 154:16, 161:3, 161:6, 161:10, 164:6, 164:19, 164:22, 165:3, 165:4, 165:8, 165:10, 167:20, 182:19, 182:23, 186:10, 186:14, 187:7

**COURT'S** [2] - 104:10, 135:24

**COURTHOUSE** [1] - 1:20

**COURTROOM** [2] - 1:8, 111:7

**COUSIN** [1] - 50:18

**COUSINS** [6] - 39:9, 39:10, 39:14, 57:4, 58:11

**COVERED** [1] - 78:2

**CPT** [2] - 128:2, 128:4

**CRANIAL** [1] - 105:21

**CRANIUM** [1] - 105:17

**CRASH** [1] - 168:7

**CREATE** [1] - 118:11

**CREATED** [4] - 101:20, 125:5, 175:3, 175:6

**CREDIBLE** [2] - 145:25, 146:3

**CREDIT** [1] - 53:2

**CRIME** [2] - 4:24, 4:25

**CRIMES** [2] - 2:3, 35:10

**CRIMINAL** [2] - 1:3,

2:3

**CROCODILE** [1] - 93:5

**CROSS** [20] - 3:8, 3:9, 3:10, 3:13, 3:16, 26:18, 26:19, 46:19, 46:20, 69:18, 69:19, 137:10, 137:14, 164:6, 164:16, 164:19, 165:10, 182:21, 186:15, 188:2

**CROSSED** [1] - 34:24

**CRYING** [1] - 40:25

**CSF** [3] - 105:19, 156:7, 156:8

**CUBES** [1] - 101:12

**CUBIC** [1] - 105:22

**CURRENT** [6] - 79:11, 82:13, 90:5, 99:11, 150:10

**CURRENTS** [1] - 90:6

**CURRICULUM** [1] - 75:10

**CURSED** [1] - 22:20

**CURSING** [1] - 9:12

**CURTIS** [1] - 2:14

**CUT** [2] - 91:17, 154:11

**CV** [5] - 78:12, 79:4, 81:14, 84:23, 85:7

## D

**D.C** [1] - 2:4

**DAD** [10] - 65:6, 65:14, 65:22, 66:14, 67:3, 67:15, 68:2, 68:19, 72:17, 72:18

**DAD'S** [1] - 69:2

**DAILY** [1] - 94:2

**DAMAGE** [47] - 110:8, 114:1, 114:25, 118:16, 118:19, 119:15, 120:3, 120:8, 120:16, 120:18, 121:24, 123:8, 124:10, 125:1, 125:16, 125:17, 126:7, 130:15, 130:21, 131:3, 131:6, 132:2, 132:11, 132:14, 132:18, 132:20, 132:22, 132:24, 133:3, 133:11, 133:21, 133:23, 134:6, 134:19, 135:2, 135:14, 136:7, 136:9,

136:11, 156:7, 158:8, 158:15, 158:17, 158:19, 158:22

**DAMAGED** [3] - 123:22, 135:10, 157:7

**DANGER** [1] - 94:9

**DANGEROUS** [1] - 118:10

**DARK** [1] - 101:22

**DATA** [17] - 86:18, 100:2, 101:15, 107:5, 122:2, 124:20, 125:6, 126:19, 131:12, 131:20, 131:21, 163:5, 175:12, 175:14, 175:19, 184:1

**DATABASE** [1] - 175:11

**DATE** [10] - 43:1, 43:9, 43:11, 43:12, 43:15, 43:21, 128:23, 147:4, 159:9, 187:7

**DATES** [1] - 175:16

**DAVID** [156] - 1:6, 3:4, 3:23, 5:2, 7:5, 7:8, 7:10, 7:23, 7:25, 8:1, 8:7, 8:10, 8:16, 8:17, 8:20, 9:12, 9:16, 9:23, 10:5, 10:12, 11:1, 11:7, 11:10, 11:23, 11:24, 11:25, 12:15, 12:21, 13:20, 15:1, 15:19, 15:25, 16:3, 16:5, 16:12, 16:13, 16:14, 17:17, 18:18, 18:21, 19:1, 19:2, 19:24, 19:25, 20:1, 20:3, 22:14, 23:22, 24:5, 24:7, 24:10, 24:13, 24:14, 24:16, 24:23, 24:25, 25:10, 25:11, 25:17, 25:20, 26:8, 29:17, 30:23, 31:3, 31:6, 31:8, 32:18, 32:25, 33:7, 33:21, 33:23, 34:5, 34:23, 35:3, 35:19, 35:24, 36:2, 39:8, 39:9, 39:14, 39:20, 40:21, 40:22, 40:23, 40:25, 41:2, 41:3, 41:5, 41:16, 41:17, 41:19, 41:25, 42:3, 42:8, 42:10, 42:15, 42:23, 43:7, 43:10, 44:8, 44:9,

44:14, 44:19, 44:25, 45:6, 45:8, 45:12, 45:13, 45:19, 46:9, 46:10, 46:15, 46:16, 47:12, 47:16, 47:21, 48:6, 48:12, 48:19, 49:7, 49:21, 49:24, 50:2, 50:23, 51:1, 51:2, 51:11, 52:5, 52:19, 53:22, 54:2, 54:5, 54:9, 58:14, 58:15, 58:17, 58:20, 58:23, 59:25, 62:10, 64:8, 64:12, 64:22, 66:2, 66:4, 66:15, 67:4, 67:12, 67:16, 68:2, 68:4, 68:12

**DAVID'S** [11] - 8:15, 17:18, 23:3, 32:22, 40:4, 40:5, 40:7, 41:9, 46:7, 51:21, 63:21

**DAY-BY-DAY** [1] - 61:2

**DAYS** [4] - 58:4, 123:3, 141:9, 150:21

**DC** [3] - 160:19, 161:5, 161:11

**DEADLINE** [1] - 129:22

**DEAL** [4] - 81:11, 121:1, 124:6, 135:12

**DEALING** [1] - 96:23

**DEALS** [5] - 96:17, 96:18, 109:11, 114:19, 118:22

**DEAN** [23] - 5:6, 17:19, 18:11, 19:18, 22:8, 22:12, 23:13, 24:23, 25:1, 25:10, 40:20, 40:22, 40:23, 41:1, 41:9, 41:11, 41:13, 41:19, 48:21, 49:2, 49:4, 51:5

**DEATH** [17] - 3:22, 4:4, 4:6, 4:15, 4:19, 4:21, 4:23, 42:18, 43:9, 43:15, 44:13, 44:15, 47:16, 47:18, 71:1, 71:5, 140:5

**DECADES** [1] - 152:2

**DECEMBER** [2] - 170:25

**DECENT** [1] - 31:3

**DECIDE** [2] - 83:5, 134:25

**DECIDED** [4] - 27:21, 72:1, 72:4, 72:6

**DECIDES** [2] - 80:21

**DECIDING** [2] - 60:21,

80:24

**DECISION** [5] - 80:22, 94:20, 110:5, 135:4, 141:5

**DECISIONS** [3] - 110:13, 110:16, 128:1

**DECREASES** [1] - 180:7

**DEFECT** [1] - 185:11

**DEFENDANT** [5] - 2:5, 2:8, 2:12, 143:2, 171:15

**DEFENDANT'S** [11] - 25:6, 106:24, 141:10, 167:15, 167:18, 171:3, 171:12, 172:16, 172:23, 174:14, 184:9

**DEFENDER** [2] - 2:6, 2:13

**DEFENSE** [21] - 4:10, 7:18, 8:4, 13:7, 17:3, 38:7, 59:8, 63:5, 64:25, 69:16, 70:10, 74:10, 74:19, 75:8, 137:8, 147:10, 154:16, 161:6, 164:25, 176:22, 188:19

**DEFICIT** [2] - 123:9, 132:9

**DEFICITS** [2] - 130:11, 130:22

**DEFINED** [1] - 100:2

**DEFINITIVE** [1] - 162:12

**DEGREE** [4] - 6:4, 75:22, 145:2, 145:19

**DEGREES** [1] - 160:5

**DEKABAN** [1] - 107:7

**DELIVER** [2] - 17:25, 59:24

**DEMONSTRATED** [1] - 159:13

**DEMONSTRATES** [1] - 84:16

**DENDRITES** [3] - 89:4, 89:7, 89:20

**DEPARTMENT** [4] - 2:2, 76:5, 138:15, 165:20

**DEPARTMENTS** [1] - 75:17

**DEPICT** [1] - 119:1

**DEPLETED** [1] - 117:10

**DEPLOYED** [1] - 87:1

**DEPRESSING** [1] -

183:6

**DEPRESSION** [6] - 182:10, 183:5, 183:9, 183:13, 183:17, 185:11

**DEPTH** [1] - 101:18

**DES** [1] - 59:18

**DESCRIBE** [4] - 12:9, 76:19, 77:8, 99:1

**DESCRIBED** [4] - 7:1, 115:7, 134:4, 158:20

**DESCRIBING** [1] - 53:18

**DESERVE** [2] - 69:7

**DESIGNATED** [1] - 79:6

**DESIGNATION** [1] - 79:14

**DESIGNED** [5] - 126:15, 128:6, 151:21, 186:3, 186:5

**DESKTOP** [1] - 127:9

**DESPITE** [3] - 168:19, 168:23, 168:25

**DETAIL** [2] - 9:12, 16:4

**DETAILED** [1] - 53:13

**DETAILS** [2] - 56:6, 56:8

**DETECTOR** [1] - 20:14

**DETERMINE** [4] - 125:1, 167:15, 167:22, 167:25

**DETERMINED** [3] - 161:19, 161:24, 170:8

**DETERMINES** [1] - 102:16

**DETERMINING** [2] - 167:18, 170:4

**DETRACT** [1] - 136:6

**DEVELOP** [2] - 130:22, 148:16

**DEVELOPED** [7] - 16:11, 113:20, 114:4, 122:17, 123:10, 157:20, 168:8

**DEVELOPING** [1] - 151:1

**DEVELOPMENT** [4] - 97:14, 107:22, 114:1, 157:25

**DEVELOPMENTAL** [1] - 157:24

**DEVELOPS** [1] - 97:15

**DEVIATION** [12] - 111:25, 112:3,

112:16, 112:17, 112:19, 112:20, 113:6, 119:4, 120:11, 179:9, 179:18, 179:19

**DEVIATIONS** [8] - 111:24, 112:7, 112:8, 119:20, 119:21, 120:12, 179:8, 179:23

**DIABETES** [5] - 169:3, 181:17, 181:19, 181:23, 182:7

**DIABETIC** [1] - 182:5

**DIAGNOSE** [5] - 153:19, 153:20, 153:22, 153:23

**DIAGNOSING** [1] - 154:3

**DIAGNOSIS** [12] - 139:16, 142:14, 153:14, 153:17, 153:25, 154:2, 154:5, 154:8, 154:21, 155:4, 174:9

**DIANE** [1] - 73:7

**DICEY** [1] - 121:13

**DIE** [4] - 13:20, 108:8, 108:10, 118:12

**DIED** [1] - 107:8

**DIES** [2] - 113:19, 113:25

**DIFFERENCE** [17] - 49:16, 81:19, 102:13, 104:19, 105:7, 106:19, 107:3, 111:11, 111:20, 113:19, 146:15, 168:16, 168:24, 169:2, 179:10, 180:6, 181:1

**DIFFERENCES** [4] - 78:4, 111:18, 181:2, 181:4

**DIFFERENT** [30] - 7:11, 19:19, 19:21, 24:13, 24:14, 26:8, 43:14, 80:14, 89:9, 94:8, 95:11, 98:8, 98:9, 102:11, 107:6, 109:6, 117:7, 119:8, 121:11, 122:25, 132:22, 132:23, 133:17, 140:20, 145:18, 162:18, 164:22, 172:20, 173:14, 184:11

**DIFFERENTLY** [1] - 121:1

**DIFFICULT** [2] -

135:12, 157:12

**DIFFICULTIES** [4] - 133:12, 134:7, 134:8, 158:2

**DIFFICULTY** [5] - 132:25, 133:1, 133:4, 153:22, 158:11

**DIFFUSES** [1] - 95:4

**DIGIT** [2] - 91:6, 128:12

**DIMENSIONAL** [2] - 101:11, 101:15

**DIMENSIONS** [2] - 101:13, 102:23

**DINNER** [4] - 21:9, 32:16, 32:17

**DIPLOMATE** [1] - 76:17

**DIRECT** [13] - 10:21, 17:10, 38:14, 59:15, 74:24, 77:1, 88:5, 98:3, 115:23, 137:3, 151:6, 154:12, 188:2

**DIRECTED** [1] - 170:7

**DIRECTING** [1] - 143:6

**DISABILITIES** [2] - 157:12, 158:2

**DISABLED** [3] - 157:3, 157:5, 158:11

**DISAGREE** [3] - 16:2, 16:3, 16:10

**DISCIPLINE** [1] - 33:3

**DISCIPLINED** [1] - 5:21

**DISCIPLINING** [1] - 32:25

**DISCONNECTS** [1] - 121:10

**DISCOVERY** [1] - 164:24

**DISCRETION** [2] - 143:12, 144:4

**DISCUSS** [2] - 15:25, 80:10

**DISCUSSED** [2] - 16:5, 134:19

**DISCUSSING** [1] - 184:6

**DISCUSSION** [1] - 44:2

**DISEASE** [3] - 137:24, 138:2, 185:11

**DISORDER** [3] - 133:18, 134:10, 171:13

**DISORDERS** [1] - 80:18

**DISPASSIONATELY**

[1] - 124:9

**DISPLACED** [1] - 107:11
**DISPLAY** [1] - 110:22
**DISPLAYED** [1] - 113:2
**DISPLAYS** [1] - 128:10
**DISPROPORTIONATE** [1] - 106:6
**DISRUPTED** [1] - 93:17
**DISSOCIATION** [2] - 133:14, 133:17
**DISSOCIATIVE** [1] - 133:18
**DISTANCES** [2] - 90:6, 106:15
**DISTINCTION** [4] - 79:9, 88:25, 96:7, 150:22
**DISTINCTLY** [1] - 144:11
**DISTINGUISH** [2] - 95:20, 107:2
**DISTINGUISHED** [1] - 78:24
**DISTINGUISHES** [1] - 125:4
**DISTRIBUTE** [1] - 106:24
**DISTRIBUTION** [1] - 111:10
**DISTRICT** [12] - 1:1, 1:2, 1:16, 2:6, 2:13, 140:12, 140:13, 141:9, 141:17, 141:24, 143:12, 144:3
**DIVIDING** [1] - 130:3
**DIVISION** [1] - 2:3
**DIVORCED** [1] - 29:2
**DOC** [1] - 166:10
**DOCTOR** [14] - 85:8, 86:3, 104:25, 138:19, 151:25, 154:3, 154:11, 154:19, 170:1, 170:22, 171:5, 178:11, 183:18
**DOCTORAL** [3] - 76:2, 77:20, 77:21
**DOCTORS** [7] - 138:17, 163:15, 164:8, 169:24, 170:8, 174:1
**DOCUMENT** [5] - 84:11, 165:1, 165:5, 165:14, 165:18
**DOCUMENTS** [2] -

164:15, 164:17
**DOG** [4] - 95:11, 133:7, 133:8, 161:5
**DOGS** [1] - 95:11
**DOMAIN** [4] - 114:21, 114:22, 148:15, 148:16
**DON** [2] - 13:11, 53:18
**DONATIONS** [1] - 43:6
**DONE** [15] - 14:15, 21:19, 34:16, 34:19, 79:15, 97:1, 122:3, 127:11, 128:24, 129:4, 129:22, 131:20, 146:12, 162:12, 184:21
**DOOR** [3] - 22:10, 48:9, 134:12
**DORSAL** [4] - 96:15, 96:17, 96:24, 97:2
**DOT** [3] - 101:8
**DOTE** [1] - 33:18
**DOTS** [2] - 101:10, 101:11
**DOUBT** [1] - 145:8
**DOWN** [18] - 16:20, 19:5, 37:23, 59:5, 73:24, 83:20, 89:12, 89:13, 89:14, 95:18, 107:17, 108:1, 108:4, 108:5, 109:3, 119:25, 141:7, 171:20
**DOWNLOAD** [1] - 148:18
**DR** [67] - 74:18, 75:1, 75:7, 87:24, 88:2, 88:7, 88:11, 99:2, 102:1, 115:22, 116:1, 116:13, 116:17, 116:21, 119:1, 122:6, 122:10, 124:18, 124:24, 125:7, 131:13, 131:19, 131:20, 131:21, 132:9, 135:16, 135:21, 136:2, 136:3, 136:4, 137:16, 140:11, 140:18, 141:2, 143:9, 143:14, 144:2, 144:4, 145:11, 148:1, 152:21, 153:11, 157:16, 160:23, 162:24, 163:18, 163:21, 163:23, 165:18, 165:23, 166:4, 166:13,

170:13, 170:22, 171:4, 171:14, 171:24, 172:2, 172:3, 172:9, 172:10, 172:14, 172:15, 173:8, 176:24, 183:1, 185:9
**DRANK** [2] - 29:10, 29:21
**DRAWING** [1] - 158:10
**DRINK** [1] - 29:19
**DRINKER** [1] - 156:16
**DRIVE** [1] - 136:21
**DRIVING** [1] - 9:9
**DRUG** [3] - 86:10, 184:25, 185:4
**DRUGS** [9] - 7:13, 33:15, 34:13, 35:3, 50:8, 168:23, 168:24, 185:23, 186:1
**DUE** [2] - 42:23, 87:22
**DUMMY** [1] - 55:8
**DURATION** [1] - 166:24
**DURING** [19] - 32:9, 41:21, 42:8, 43:15, 44:7, 52:18, 54:4, 55:17, 77:17, 86:17, 97:24, 114:1, 122:16, 131:12, 131:15, 144:4, 157:24, 164:3, 164:15
**DYE** [2] - 184:11, 184:15
**DYING** [1] - 155:24
**DYSTROPHY** [3] - 113:18, 113:20, 157:18

## E

**E-MAIL** [5] - 16:16, 24:19, 44:10, 45:1, 61:17
**EAGER** [1] - 44:20
**EARLENE** [5] - 27:17, 27:18, 39:13, 47:24, 48:1
**EARLY** [5] - 70:20, 77:17, 98:14, 109:4, 175:21
**EARS** [4] - 91:4, 96:4, 96:5, 109:21
**EARTHQUAKE** [1] - 136:16
**EASILY** [2] - 153:21, 159:9
**EASTERN** [1] - 2:13

**EASY** [1] - 44:19
**EDEMA** [1] - 87:15
**EDITOR** [4] - 80:20, 81:4, 81:5, 81:8
**EDITORIAL** [3] - 79:12, 81:5, 81:8
**EDUCATIONAL** [1] - 75:21
**EEG** [2] - 149:10, 172:23
**EFFECT** [7] - 46:13, 136:10, 168:10, 169:6, 183:6, 183:21
**EFFECTS** [5] - 130:14, 168:12, 182:12, 184:4, 184:6
**EFFICIENCY** [1] - 130:10
**EFFORT** [1] - 108:21
**EICHINGER** [2] - 151:7, 177:1
**EINSTEIN** [2] - 161:16, 161:18
**EINSTEIN'S** [2] - 162:9, 162:16
**EITHER** [5] - 8:23, 100:10, 104:13, 158:11, 164:5
**EJACULATED** [2] - 12:11, 12:12
**ELABORATED** [1] - 96:8
**ELECTED** [2] - 79:6, 80:12
**ELECTRIC** [6] - 30:13, 89:9, 89:11, 90:4, 90:10, 91:3
**ELECTRICAL** [2] - 89:7, 89:25
**ELECTRICALLY** [1] - 91:13
**ELEVATOR** [3] - 134:11, 134:12, 134:15
**ELIMINATE** [1] - 105:2
**EMISSION** [1] - 117:15
**EMOTION** [1] - 96:19
**EMOTIONAL** [4] - 96:19, 118:23, 134:23, 135:13
**EMOTIONALITY** [2] - 118:20, 134:21
**EMOTIONS** [3] - 118:22, 124:8, 134:21
**EMPLOYED** [4] - 17:21, 38:25, 59:23, 75:13
**EMPLOYMENT** [1] -

30:9

**END** [4] - 89:22, 98:2, 108:23, 150:2
**ENDS** [1] - 89:18
**ENERGY** [5] - 117:8, 117:10, 117:12, 117:13, 118:1
**ENGINE** [1] - 96:7
**ENGLISH** [2] - 108:16, 108:17
**ENJOY** [1] - 94:24
**ENLARGED** [1] - 156:1
**ENLARGEMENT** [1] - 156:4
**ENTER** [2] - 117:19, 123:19
**ENTERED** [1] - 131:21
**ENTIRE** [2] - 127:8, 185:1
**ENTITLED** [1] - 187:3
**ENVIRONMENT** [1] - 91:24
**ENVISION** [1] - 72:18
**EPILEPSY** [2] - 90:23, 93:13
**EPISODES** [1] - 171:13
**EQUAL** [3] - 105:14, 106:3, 111:15
**EQUALLY** [1] - 105:6
**ERROR** [3] - 139:22, 144:8, 144:12
**ESCAPE** [6] - 37:11, 53:7, 53:9, 53:11, 55:20, 58:22
**ESCAPED** [3] - 35:11, 55:11, 55:13
**ESCAPES** [3] - 55:11, 55:17, 55:23
**ESPECIALLY** [12] - 86:20, 94:18, 95:9, 95:10, 115:9, 120:10, 120:25, 124:1, 133:3, 134:23, 143:16, 162:20
**ESQUIRE** [6] - 1:15, 2:2, 2:5, 2:8, 2:12, 2:12
**ESSENTIALLY** [7] - 90:12, 91:14, 99:5, 111:19, 117:8, 118:11, 125:8
**ESTABLISH** [1] - 177:5
**ESTABLISHED** [2] - 123:13, 184:2
**ESTIMATE** [1] - 130:6
**ESTRANGED** [1] -

8:12

**ETHICS** [1] - 148:19

**ETIOLOGY** [1] - 157:20

**EUROPE** [1] - 83:6

**EVALUATED** [2] - 79:18, 126:13

**EVALUATION** [5] - 84:1, 86:7, 103:9, 146:6, 176:11

**EVALUATIONS** [1] - 86:12

**EVENINGS** [1] - 20:12

**EVENTS** [3] - 40:3, 53:12, 169:9

**EVENTUALLY** [2] - 98:4, 108:10

**EVIDENCE** [9] - 69:17, 74:2, 74:4, 74:11, 77:16, 137:9, 142:18, 156:23, 172:5

**EVOLUTION** [1] - 92:3

**EVOLVING** [1] - 122:24

**EXACT** [2] - 131:22, 175:16

**EXACTLY** [15] - 10:20, 21:24, 22:4, 23:15, 48:2, 53:13, 92:5, 98:19, 106:11, 119:3, 140:2, 155:22, 168:11, 168:14, 170:17

**EXAMINATION** [23] - 3:8, 3:9, 3:10, 3:16, 15:16, 17:10, 26:19, 38:14, 46:20, 59:15, 69:19, 74:24, 88:5, 137:3, 137:10, 137:14, 163:14, 164:7, 164:20, 165:11, 170:11, 172:7, 186:15

**EXAMINE** [4] - 26:18, 46:19, 69:18, 164:16

**EXAMINED** [1] - 168:17

**EXAMINING** [1] - 151:23

**EXAMPLE** [9] - 80:1, 83:13, 84:10, 87:6, 93:13, 94:1, 112:3, 119:21, 154:6

**EXCELLENT** [1] - 123:16

**EXCEPT** [1] - 49:14

**EXCLUDED** [1] - 141:19

**EXCLUDING** [2] -

143:13, 144:4

**EXCUSE** [1] - 84:10

**EXCUSED** [4] - 16:22, 37:25, 59:6, 73:25

**EXECUTED** [7] - 25:17, 42:23, 43:8, 43:12, 43:17, 46:12, 69:5

**EXECUTION** [2] - 43:1, 43:21

**EXECUTIVE** [4] - 94:20, 97:11, 110:5, 110:12

**EXERCISE** [1] - 143:11

**EXHIBIT** [19] - 25:6, 63:6, 63:16, 63:17, 64:2, 64:25, 65:1, 74:1, 74:10, 75:8, 78:12, 106:24, 161:3, 161:6, 161:7, 161:9, 171:2, 171:8, 172:22

**EXHIBITS** [7] - 62:20, 69:10, 69:14, 69:16, 137:1, 137:8, 188:19

**EXIST** [2] - 93:3, 93:4

**EXISTS** [1] - 111:12

**EXPECT** [1] - 155:19

**EXPENSE** [1] - 130:19

**EXPENSIVE** [1] - 79:20

**EXPERIENCE** [2] - 77:17, 93:9

**EXPERIENCED** [1] - 76:22

**EXPERIENCES** [1] - 133:20

**EXPERT** [4] - 87:25, 123:24, 139:4, 141:9

**EXPERTS** [6] - 80:3, 80:5, 80:23, 123:19, 123:21, 141:25

**EXPLAIN** [7] - 79:13, 81:19, 88:12, 88:14, 103:19, 105:1, 110:25

**EXPLAINED** [1] - 183:9

**EXPLAINING** [1] - 106:19

**EXPLAINS** [1] - 107:21

**EXPONENTIALLY** [1] - 112:11

**EXPOSED** [2] - 12:2, 87:10

**EXQUISITE** [1] - 127:22

**EXTENDED** [3] -

44:22, 45:3, 58:3

**EXTENDING** [1] - 125:19

**EXTENSIVE** [2] - 86:24, 91:23

**EXTENT** [2] - 58:2, 182:1

**EXTERNAL** [1] - 157:22

**EXTRAPOLATE** [1] - 167:8

**EYES** [2] - 95:14, 95:18

## F

**F.3D** [1] - 141:4

**FACE** [6] - 127:17, 127:18, 130:12, 130:24, 133:25, 167:12

**FACT** [11] - 10:15, 11:20, 42:24, 49:1, 116:20, 136:6, 151:5, 159:13, 177:12, 177:25, 185:8

**FACTOR** [4] - 82:14, 177:6, 181:8

**FACTORY** [1] - 28:14

**FACTS** [1] - 47:10

**FACTUAL** [1] - 53:13

**FACULTY** [5] - 76:4, 77:8, 77:10, 77:23, 176:15

**FADED** [1] - 106:25

**FAILED** [2] - 74:4, 143:2

**FAILURE** [2] - 114:5, 157:22

**FAIR** [29] - 5:22, 34:5, 34:6, 35:2, 71:16, 81:10, 81:16, 83:15, 83:24, 84:7, 84:21, 104:22, 107:4, 115:3, 115:8, 119:16, 120:24, 125:2, 138:8, 144:16, 149:13, 149:14, 153:15, 163:13, 166:23, 167:16, 168:2, 168:3, 174:12

**FAIRFAX** [2] - 6:16, 6:17

**FAIRLY** [3] - 61:24, 93:5, 175:19

**FAITHFULLY** [1] - 129:14

**FALL** [1] - 23:10

**FALLING** [1] - 155:19

**FALSE** [2] - 135:9, 142:15

**FAMILIAR** [2] - 52:6, 165:18

**FAMILIES** [2] - 55:18, 58:6

**FAMILY** [42] - 14:2, 14:5, 23:3, 23:5, 28:16, 31:8, 31:14, 32:3, 32:4, 39:15, 39:17, 39:20, 41:22, 42:1, 44:21, 44:22, 44:23, 44:24, 45:2, 45:3, 45:4, 46:8, 46:9, 46:14, 48:6, 48:13, 49:15, 52:9, 55:14, 55:15, 57:14, 57:16, 58:1, 58:3, 58:6, 58:8, 58:10, 62:3, 63:12

**FAMILY'S** [1] - 68:13

**FAR** [14] - 5:15, 7:5, 8:14, 29:13, 31:18, 48:20, 50:23, 65:3, 71:3, 114:23, 140:18, 169:3, 173:6, 174:24

**FAST** [2] - 100:5, 143:15

**FAT** [8] - 90:8, 97:16, 100:8, 100:11, 101:5, 102:3, 106:9

**FATHER** [20] - 5:8, 8:15, 32:23, 41:4, 60:1, 60:3, 60:24, 61:18, 68:21, 69:5, 70:7, 70:16, 71:19, 72:2, 72:9, 72:11, 72:12, 72:23, 72:25, 73:18

**FATHER'S** [1] - 68:10

**FAVORABLE** [1] - 7:23

**FCRR** [1] - 1:19

**FEATURE** [2] - 79:15, 129:13

**FEBRUARY** [2] - 4:12, 184:10

**FEDERAL** [3] - 2:6, 2:13, 42:13

**FEET** [1] - 90:1

**FELLOW** [4] - 79:6, 79:7, 79:10, 163:24

**FELLOWS** [1] - 79:11

**FELLOWSHIP** [1] - 76:2

**FELT** [9] - 7:13, 21:6, 21:9, 21:10, 91:11, 139:14, 172:2

**FEMALES** [6] - 105:6, 105:9, 105:13, 105:23, 106:4, 107:18

**FENCE** [1] - 79:24

**FEW** [6] - 47:4, 53:16, 56:10, 70:3, 125:10, 175:10

**FIANCEE** [7] - 63:9, 64:11, 64:12, 67:14, 68:12, 69:7, 72:22

**FIBER** [4] - 89:13, 89:24, 90:1, 90:3

**FIBERS** [7] - 97:17, 97:22, 98:7, 101:5, 102:2, 102:3, 120:21

**FICTITIOUS** [1] - 53:14

**FIELD** [7] - 80:23, 82:12, 82:21, 83:3, 83:9, 99:9, 122:24

**FIGHT** [2] - 134:23, 135:5

**FIGHTS** [1] - 106:16

**FIGURE** [2] - 49:6, 124:13

**FIGURES** [1] - 108:7

**FILE** [1] - 156:15

**FILL** [1] - 155:23

**FINAL** [3] - 53:7, 53:9, 53:11

**FINALLY** [1] - 43:14

**FINANCIAL** [1] - 41:23

**FINDINGS** [3] - 105:4, 153:10, 184:3

**FINE** [6] - 20:8, 32:24, 46:25, 95:1, 116:20, 146:6

**FINGER** [1] - 91:6

**FINISH** [2] - 152:16, 182:20

**FIRE** [2] - 108:9, 117:11

**FIRES** [2] - 108:8, 117:10

**FIRMLY** [1] - 184:2

**FIRST** [48] - 1:20, 12:15, 15:24, 22:11, 23:24, 24:4, 28:8, 42:20, 42:22, 44:18, 45:23, 45:25, 51:2, 54:4, 54:5, 60:2, 65:4, 65:24, 66:1, 66:18, 70:6, 70:15, 70:23, 73:13, 79:25, 84:15, 88:16, 88:25, 91:20, 95:16, 96:4, 96:6, 97:24, 98:2, 98:9, 100:6, 107:6, 141:16, 141:21,

143:7, 146:24, 153:2, 171:2, 171:7, 171:8, 172:15, 182:2
**FIST** [1] - 106:16
**FIT** [1] - 18:15
**FIVE** [4] - 18:16, 18:17, 25:1, 74:14
**FLASHING** [1] - 128:10
**FLAT** [1] - 132:25
**FLATTENS** [1] - 107:15
**FLEXIBILITY** [2] - 127:20, 130:16
**FLEXIBLE** [1] - 142:23
**FLIGHT** [3] - 87:23, 134:24, 135:5
**FLOATS** [2] - 100:13
**FLOOD** [1] - 136:19
**FLOOR** [1] - 1:20
**FLUID** [26] - 84:18, 100:10, 100:12, 100:14, 100:16, 100:17, 100:20, 100:25, 101:3, 102:8, 102:12, 102:18, 102:22, 103:1, 103:3, 103:8, 106:1, 106:10, 106:15, 107:10, 107:11, 113:25, 156:5
**FLY** [1] - 136:16
**FOCUS** [4] - 125:20, 132:6, 149:10
**FOLLOW** [5] - 65:20, 143:16, 150:25, 151:2, 171:24
**FOLLOWING** [5] - 103:14, 151:14, 151:15, 177:2
**FONDLED** [1] - 11:14
**FONDLING** [1] - 11:20
**FOOD** [1] - 118:7
**FOOL** [1] - 117:17
**FOOT** [1] - 97:19
**FORCE** [4] - 99:10, 99:11, 99:14
**FORCEFULLY** [1] - 87:12
**FOREGOING** [1] - 187:1
**FOREIGN** [1] - 108:13
**FORENSIC** [1] - 152:7
**FOREWORD** [1] - 53:11
**FORM** [3] - 61:10, 104:6, 177:13
**FORMAL** [1] - 138:25
**FORMERLY** [1] -

78:20
**FORT** [1] - 19:21
**FORTH** [1] - 148:22
**FORTUNATE** [1] - 57:23
**FORTUNATELY** [2] - 94:17, 179:14
**FORWARD** [8] - 28:4, 45:18, 97:6, 99:21, 115:7, 125:19, 144:12
**FORWARDED** [5] - 95:22, 96:13, 96:14, 109:16, 110:4
**FOUNDATION** [2] - 78:17, 78:18
**FOUR** [7] - 11:11, 11:21, 80:13, 109:7, 123:2, 123:18, 150:11
**FRAME** [1] - 97:7
**FRANCISCO** [2] - 136:15, 136:16
**FRANKLY** [1] - 164:4
**FRAUD** [1] - 52:25
**FRAUDULENT** [1] - 35:13
**FREE** [3] - 26:24, 47:6, 118:3
**FREQUENCY** [2] - 99:11, 166:25
**FRIENDS** [1] - 34:25
**FRONT** [8] - 9:2, 9:3, 62:20, 75:7, 97:8, 100:23, 110:7, 134:12
**FRONTAL** [54] - 94:18, 94:19, 94:21, 95:1, 96:13, 96:21, 96:22, 96:23, 97:3, 97:7, 97:8, 97:10, 98:13, 104:8, 109:25, 110:4, 110:10, 110:14, 112:23, 113:8, 114:11, 114:13, 115:6, 116:24, 118:17, 119:9, 119:16, 119:18, 119:21, 119:22, 120:24, 125:20, 125:21, 125:22, 126:4, 127:22, 128:8, 131:8, 132:6, 132:18, 134:3, 134:4, 134:6, 134:16, 134:25, 136:12, 182:14, 182:17, 183:11
**FULL** [10] - 5:24, 17:4,

38:8, 59:9, 74:20, 76:8, 141:17, 141:21, 143:1, 143:7
**FULLY** [3] - 78:1, 139:13, 157:20
**FUN** [1] - 67:25
**FUNCTION** [5] - 121:18, 127:15, 136:24, 136:25, 186:7
**FUNCTIONAL** [2] - 126:20, 126:23
**FUNCTIONING** [6] - 110:14, 127:16, 127:23, 132:21, 136:10, 159:14
**FUNCTIONS** [1] - 109:8
**FUNDED** [4] - 79:21, 80:7, 80:11, 86:8
**FUNERAL** [4] - 39:1, 39:5, 42:24, 42:25
**FURNITURE** [2] - 40:13, 40:15
**FUSIFORM** [1] - 120:1
**FUTURE** [4] - 72:15, 72:16, 97:9, 154:25

---

# G

**G-U-R** [1] - 74:23
**GAME** [1] - 28:8
**GARBAGE** [1] - 118:7
**GATHER** [1] - 11:4
**GATHERED** [1] - 101:12
**GATHERINGS** [1] - 49:15
**GC** [4] - 161:10, 161:12, 161:14, 166:19
**GEARED** [1] - 125:1
**GELBORT** [6] - 122:6, 124:24, 125:8, 132:4, 135:16, 136:3
**GELBORT'S** [4] - 122:10, 124:19, 131:20, 171:14
**GENERAL** [5] - 65:2, 117:6, 132:8, 132:23, 176:13
**GENERALLY** [3] - 97:14, 132:8, 158:9
**GENERATE** [1] - 87:15
**GENERATED** [2] - 124:23, 125:13
**GENERATION** [1] - 126:18
**GENOMICS** [1] -

87:22
**GERTY** [5] - 31:17, 38:21, 48:3, 48:4, 48:6
**GET-GO** [1] - 56:15
**GIRLS** [1] - 20:12
**GIRLS'** [2] - 27:22, 28:9
**GIVEN** [2] - 125:7, 145:24
**GLUCOMATES** [1] - 118:4
**GLUCOSE** [4] - 117:14, 117:15, 174:11, 181:19
**GLYCOLYSIS** [1] - 118:2
**GOALS** [1] - 97:10
**GOD** [3] - 43:19, 63:15, 94:3
**GOVERNMENT** [8] - 1:15, 2:2, 86:5, 131:15, 161:7, 161:8, 164:13, 170:19
**GOVERNMENT'S** [2] - 141:25, 164:14
**GRACES** [1] - 6:18
**GRADE** [1] - 159:18
**GRADUATE** [2] - 75:18, 77:19
**GRADUATED** [3] - 27:5, 27:10, 31:20
**GRANDFATHER** [3] - 62:11, 68:18, 73:4
**GRANDKIDS** [1] - 45:2
**GRANDPA** [3] - 66:2, 66:15, 67:12
**GRANDPARENTS** [1] - 39:24
**GRANDSON** [4] - 45:11, 45:12, 63:21, 68:14
**GRANDSON'S** [2] - 68:11, 68:13
**GRANT** [1] - 80:6
**GRANTS** [6] - 77:21, 79:19, 79:20, 80:9, 80:10, 86:4
**GRAPH** [2] - 110:22, 112:21
**GRAPHS** [2] - 107:2, 107:5
**GRAVE** [2] - 43:2, 43:4
**GRAVITY** [2] - 87:13, 87:14
**GRAY** [26] - 84:18, 101:21, 102:1,

102:4, 102:6, 102:13, 102:17, 102:20, 102:22, 102:25, 103:2, 103:7, 104:5, 105:1, 105:19, 105:25, 106:4, 106:6, 106:10, 106:11, 107:25, 108:1, 108:3, 108:5, 109:3
**GRAYISH** [1] - 102:7
**GREAT** [2] - 8:12, 136:20
**GREEK** [2] - 92:24, 93:1
**GREEN** [4] - 105:25, 109:20, 119:6, 119:19
**GREW** [2] - 38:20, 38:21
**GROUP** [18] - 75:19, 77:15, 80:3, 103:22, 112:14, 174:15, 174:22, 174:24, 175:3, 175:25, 176:6, 177:13, 178:13, 178:21, 178:24, 181:14, 182:7, 185:16
**GROW** [1] - 107:16
**GROWING** [5] - 18:18, 40:16, 52:18, 68:18, 68:20
**GUESS** [8] - 8:3, 34:9, 34:10, 50:12, 73:2, 140:7, 161:9, 178:22
**GUILT** [1] - 144:5
**GUILTY** [2] - 145:3, 145:14
**GUR** [38] - 74:18, 74:19, 74:22, 75:1, 75:7, 87:24, 88:2, 88:7, 88:11, 99:2, 102:1, 115:22, 116:1, 119:1, 136:2, 137:16, 140:11, 140:18, 141:2, 143:9, 143:14, 144:2, 145:11, 148:1, 152:21, 153:11, 157:16, 160:23, 162:24, 163:19, 165:18, 165:23, 172:14, 173:8, 176:24, 183:1, 185:9, 188:15
**GUR'S** [1] - 144:4
**GURGANUS** [14] - 1:15, 26:20, 26:23, 33:4, 33:6, 37:19,

# H

46:21, 47:1, 52:15, 52:20, 54:13, 58:25, 188:8, 188:11
**GUY** [1] - 56:5
**GUYS** [4] - 8:3, 9:4, 20:10, 48:1
**GYRUS** [1] - 120:1

**H-I-P-P-O-C-A-M-P-U-S** [1] - 92:24
**HAINES** [55] - 2:2, 3:10, 3:13, 3:17, 3:20, 15:4, 69:13, 69:20, 70:2, 73:22, 74:7, 85:11, 85:18, 88:1, 137:5, 137:11, 137:13, 137:15, 140:22, 140:25, 141:1, 143:24, 144:1, 146:20, 151:11, 151:13, 152:16, 152:19, 152:25, 153:6, 153:9, 154:15, 154:17, 160:22, 161:5, 161:8, 161:12, 161:15, 164:21, 164:23, 165:12, 165:13, 166:18, 166:20, 167:24, 176:22, 176:23, 182:19, 182:22, 182:24, 182:25, 186:8, 188:4, 188:14, 188:17
**HAIR** [1] - 89:3
**HALF** [2] - 64:7, 91:17
**HALL** [1] - 69:25
**HAMMER** [54] - 1:6, 3:4, 5:6, 8:15, 11:10, 11:20, 18:9, 30:24, 31:3, 39:8, 49:7, 56:11, 59:25, 73:5, 83:11, 84:1, 84:21, 85:2, 85:9, 86:16, 88:7, 88:12, 101:13, 110:17, 115:6, 116:2, 121:24, 126:13, 128:21, 130:11, 136:5, 136:7, 145:2, 145:8, 146:4, 156:23, 157:6, 157:25, 158:7, 159:13, 169:14, 169:17, 173:17, 175:1, 175:23, 178:16,

179:4, 179:23, 181:11, 183:15, 184:25, 185:4, 185:17, 185:19
**HAMMER'S** [23] - 84:13, 86:6, 113:2, 113:5, 119:15, 122:8, 129:9, 147:18, 155:7, 156:10, 156:15, 157:2, 157:19, 159:1, 159:4, 166:1, 166:15, 167:5, 168:6, 168:16, 170:9, 173:9, 181:23
**HAND** [15] - 65:19, 89:22, 90:16, 90:22, 91:10, 107:24, 108:22, 140:24, 141:8, 141:16, 141:21, 142:9, 143:9, 148:9, 165:14
**HANDED** [3] - 141:2, 164:11, 165:6
**HANDLE** [4] - 21:24, 21:25, 22:1
**HANDY** [1] - 21:23
**HAPPINESS** [1] - 66:23
**HAPPY** [8] - 25:21, 65:25, 66:1, 66:22, 66:24, 67:2, 67:23, 68:2
**HARD** [1] - 144:7
**HARDER** [2] - 108:19, 129:24
**HARDLY** [1] - 40:14
**HARMFUL** [1] - 181:21
**HARRIS** [2] - 2:9, 171:5
**HARRISBURG** [1] - 2:7
**HARVARD** [1] - 107:7
**HATE** [1] - 28:7
**HAUTE** [5] - 15:20, 42:16, 42:17, 42:21, 61:19
**HEAD** [30] - 20:23, 21:19, 22:22, 22:23, 55:24, 64:10, 64:15, 87:13, 96:16, 99:5, 99:9, 99:10, 99:25, 100:22, 100:25, 103:15, 105:17, 106:2, 106:5, 106:13, 106:17, 125:19, 130:7, 158:23, 158:25, 159:3, 159:5,

168:19, 168:21, 171:13
**HEADS** [1] - 105:14
**HEALTH** [5] - 77:22, 77:24, 80:2, 86:9, 122:17
**HEALTHY** [14] - 103:5, 111:4, 112:14, 176:9, 176:11, 176:19, 177:9, 177:15, 177:22, 178:10, 180:14, 181:8, 181:11, 185:8
**HEAR** [3] - 27:4, 45:14, 52:23
**HEARD** [12] - 11:16, 11:17, 11:18, 18:8, 23:13, 24:10, 26:8, 27:4, 35:9, 52:8, 52:15, 145:24
**HEARING** [8] - 1:12, 34:12, 139:20, 141:9, 164:15, 164:22, 165:7, 186:17
**HEARS** [1] - 18:9
**HEART** [2] - 43:19, 87:12
**HEAVY** [1] - 105:9
**HEBREW** [1] - 75:23
**HEELS** [2] - 64:10, 64:15
**HEIGHT** [3] - 105:10, 111:7, 112:2
**HEIGHTS** [1] - 111:10
**HELD** [1] - 4:23
**HELLO** [2] - 69:23, 69:24
**HELP** [7] - 7:19, 15:1, 43:3, 67:24, 105:2, 107:2, 150:23
**HELPFUL** [2] - 124:1, 173:15
**HEMISPHERE** [9] - 112:24, 112:25, 119:5, 119:6, 119:7, 121:2, 121:4, 132:24
**HEMISPHERES** [2] - 120:21, 121:1
**HIGH** [16] - 27:6, 27:11, 28:1, 28:9, 28:19, 31:21, 81:24, 101:21, 118:10, 118:18, 159:14, 159:16, 159:21, 159:24, 159:25, 183:23
**HIGHER** [1] - 120:12
**HIGHEST** [1] - 78:25
**HIGHLIGHT** [3] -

100:10, 100:11
**HIGHLIGHTED** [2] - 171:9, 171:21
**HIGHLY** [2] - 83:2, 185:15
**HIGHWAYS** [1] - 98:22
**HILGARD** [1] - 76:3
**HIMSELF** [3] - 88:8, 160:10, 160:11
**HINTON** [2] - 17:14, 19:20
**HIPPOCAMPI** [1] - 93:22
**HIPPOCAMPUS** [12] - 92:23, 93:8, 93:11, 93:12, 93:14, 93:16, 93:17, 93:18, 120:10, 134:20, 134:22
**HIRED** [1] - 131:15
**HIRING** [1] - 83:5
**HISTORY** [4] - 171:12, 172:5, 172:6, 184:9
**HIT** [4] - 21:23, 101:1, 134:15, 155:19
**HITTING** [3] - 22:1, 22:22, 100:21
**HM** [2] - 93:22, 93:23
**HOLD** [3] - 14:24, 58:2, 62:24
**HOLDING** [1] - 63:9
**HOLIDAY** [3] - 39:21, 40:3, 40:19
**HOLIDAY-TYPE** [1] - 39:21
**HOLIDAYS** [8] - 32:9, 32:11, 32:13, 39:17, 39:22, 40:6, 48:15
**HOLISTICALLY** [1] - 121:7
**HOME** [15] - 19:4, 20:23, 20:24, 21:1, 26:4, 28:25, 29:19, 29:20, 29:21, 29:22, 39:1, 39:6, 40:12, 40:15, 42:24
**HOMES** [1] - 36:20
**HOMOSEXUAL** [1] - 52:2
**HONOR** [54] - 3:11, 3:14, 15:4, 15:8, 15:10, 16:24, 17:8, 18:6, 26:14, 37:20, 37:22, 38:1, 38:6, 38:12, 58:25, 62:16, 69:10, 69:13, 73:22, 73:23, 74:3, 74:7, 74:17, 75:3, 85:11, 85:25, 106:22,

106:25, 115:10, 115:17, 115:20, 115:24, 129:5, 137:2, 137:5, 137:11, 140:16, 143:25, 146:14, 151:12, 152:11, 152:17, 153:3, 153:7, 154:15, 161:13, 163:25, 164:21, 165:3, 165:12, 166:18, 167:17, 182:22, 186:13
**HONORABLE** [1] - 1:10
**HONORARY** [1] - 78:13
**HONORS** [1] - 78:13
**HOPE** [2] - 66:24, 67:22
**HORIZONTAL** [5] - 95:23, 95:24, 105:17, 112:22, 119:8
**HORNS** [1] - 129:19
**HORSE** [2] - 92:23, 92:24
**HOSPITAL** [12] - 6:12, 6:14, 6:15, 6:16, 33:19, 33:20, 33:22, 33:24, 34:14, 35:7, 76:24, 162:11
**HOSTAGE** [3] - 34:13, 35:6, 50:14
**HOT** [2] - 17:24, 91:25
**HOUSE** [17] - 7:14, 12:25, 19:2, 20:9, 20:23, 21:7, 21:10, 21:11, 24:8, 29:18, 34:20, 40:4, 40:6, 40:7, 40:9, 40:10, 63:8
**HOUSEHOLD** [1] - 5:6
**HOUSES** [1] - 59:24
**HOWARD** [1] - 39:13
**HUG** [2] - 67:2, 67:25
**HUGH** [1] - 171:5
**HUM** [1] - 30:16
**HUMAN** [2] - 92:13, 96:7
**HUMANS** [4] - 93:4, 94:12, 95:6, 95:9
**HUMPHREY** [1] - 2:9
**HUNGRY** [1] - 91:25
**HURT** [2] - 22:8, 69:6
**HUSBAND** [7] - 20:16, 31:3, 31:6, 39:1, 39:3, 39:4, 57:2
**HUSBAND'S** [1] -

28:22
**HYPERMETABOLIS M** [1] - 118:18
**HYPOMETABOLISM** [1] - 118:17
**HYPOTHESIS** [2] - 142:19, 143:10

## I

**I-95** [1] - 98:20
**IDEA** [4] - 25:14, 49:3, 58:3, 96:1
**IDENTIFY** [4] - 64:2, 65:2, 67:7, 75:8
**IDENTITY** [1] - 133:18
**ILLNESS** [1] - 133:22
**ILLNESSES** [1] - 168:25
**ILLUSTRATES** [5] - 88:22, 99:3, 104:3, 105:3, 134:16
**ILLUSTRATION** [1] - 147:23
**IMAGE** [9] - 95:17, 95:19, 124:11, 124:20, 124:23, 147:20, 149:7, 151:18, 152:6
**IMAGES** [6] - 87:21, 100:9, 102:10, 102:15, 103:21, 167:2
**IMAGING** [18] - 78:8, 78:10, 81:9, 84:12, 84:20, 87:25, 99:4, 99:23, 117:5, 125:14, 139:9, 146:3, 147:12, 147:17, 147:19, 147:25, 150:19, 151:5
**IMPACT** [10] - 82:11, 82:14, 83:3, 118:19, 132:21, 132:23, 133:23, 134:1, 135:4
**IMPACTFUL** [1] - 82:22
**IMPACTS** [1] - 133:25
**IMPAIRED** [3] - 157:13, 158:3, 158:12
**IMPAIRMENT** [1] - 160:15
**IMPAIRMENTS** [2] - 157:11, 158:1
**IMPLEMENTATION** [1] - 148:21
**IMPORTANT** [24] - 82:9, 92:17, 100:20,

103:2, 117:4, 118:6, 120:22, 120:25, 126:5, 127:13, 127:17, 129:13, 150:6, 162:25, 173:15, 176:5, 176:11, 177:4, 177:5, 177:10, 177:16, 177:21, 177:22, 178:1
**IMPORTANTLY** [3] - 89:24, 124:3, 127:25
**IMPRESSION** [1] - 124:14
**IMPROPERLY** [1] - 164:4
**IMPROVED** [1] - 150:3
**IMPULSE** [5] - 134:5, 136:12, 157:12, 158:2, 158:11
**IMPULSIVE** [3] - 86:19, 98:23, 134:7
**INADEQUATE** [1] - 157:24
**INCARCERATED** [1] - 68:4
**INCEST** [2] - 5:12, 14:6
**INCIDENT** [1] - 10:4
**INCLUDE** [3] - 83:10, 112:7, 169:20
**INCLUDED** [4] - 116:5, 116:23, 131:1, 136:4
**INCLUDES** [1] - 86:25
**INCLUDING** [4] - 13:6, 87:5, 157:12, 158:1
**INCOMPETENT** [1] - 146:4
**INCORPORATES** [1] - 123:11
**INCREASE** [9] - 106:2, 106:3, 106:5, 106:6, 107:15, 108:4, 113:23, 155:21, 156:8
**INCREASED** [4] - 98:6, 114:2, 116:24, 121:17
**INCREASES** [1] - 107:14
**INCREDIBLE** [1] - 146:13
**INCREDIBLY** [1] - 13:24
**INDEED** [1] - 93:12
**INDEX** [8] - 82:16, 82:18, 82:23, 82:24, 83:1, 188:1
**INDIANA** [1] - 42:15

**INDICATE** [3] - 53:12, 131:3, 132:2
**INDICATED** [3] - 70:5, 86:3, 157:10
**INDICATES** [2] - 56:3, 82:24
**INDICATING** [2] - 123:8, 157:17
**INDICATION** [1] - 34:4
**INDICATIONS** [1] - 164:12
**INDICATIVE** [3] - 160:14, 163:9, 163:12
**INDICATORS** [1] - 86:15
**INDICES** [2] - 83:4, 83:7
**INDIVIDUAL** [2] - 111:4, 138:3
**INDIVIDUAL'S** [1] - 135:4
**INDIVIDUALS** [2] - 53:15, 79:8
**INDULGENCE** [2] - 104:10, 135:24
**INFERIOR** [2] - 119:22, 125:21
**INFORMATION** [36] - 45:4, 82:1, 85:10, 94:13, 94:19, 95:3, 95:6, 95:14, 95:21, 96:3, 96:10, 96:13, 96:14, 96:20, 101:12, 106:12, 109:11, 109:14, 109:16, 109:18, 109:21, 109:23, 109:24, 110:3, 110:7, 110:10, 110:13, 110:15, 120:23, 121:19, 122:19, 133:5, 134:2, 135:2, 135:3
**INFORMATIONAL** [1] - 115:7
**INHUMANE** [5] - 3:22, 3:24, 3:25, 4:14, 4:18
**INITIAL** [3] - 61:22, 105:3, 136:3
**INITIATE** [1] - 134:8
**INITIATED** [1] - 12:16
**INITIATING** [1] - 134:7
**INJECT** [1] - 117:16
**INJECTED** [1] - 184:11
**INJECTION** [1] - 184:15
**INJECTIONS** [1] -

184:21
**INJURED** [1] - 155:19
**INJURIES** [5] - 103:15, 159:5, 168:19, 168:22, 172:8
**INJURY** [6] - 100:25, 155:16, 158:23, 159:1, 159:3, 173:10
**INQUIRE** [3] - 17:8, 45:6, 175:17
**INQUIRY** [1] - 142:23
**INSIDE** [6] - 40:11, 40:12, 89:9, 99:9, 100:14, 156:5
**INSTANCE** [1] - 21:22
**INSTANCES** [1] - 127:24
**INSTEAD** [1] - 126:19
**INSTINCT** [1] - 134:24
**INSTITUTE** [3] - 81:25, 82:2
**INSTITUTES** [6] - 77:22, 77:24, 80:2, 86:9, 86:10, 122:17
**INSTITUTIONS** [1] - 83:4
**INSTRUCTIONS** [1] - 75:11
**INSTRUMENT** [2] - 125:11, 174:8
**INSTRUMENTS** [4] - 125:4, 126:18, 153:16, 154:2
**INSULATE** [1] - 90:7
**INSULATED** [2] - 90:4, 97:18
**INSULATES** [1] - 90:10
**INSULATION** [2] - 97:21, 98:6
**INSULT** [2] - 9:22, 103:15
**INTEGRATE** [1] - 121:19
**INTEGRATES** [1] - 109:18
**INTEGRATING** [1] - 133:5
**INTEGRATION** [2] - 109:22, 114:21
**INTELLECTUAL** [1] - 159:14
**INTELLECTUALLY** [1] - 159:17
**INTELLIGENCE** [4] - 105:14, 136:4, 136:6, 158:16
**INTELLIGENT** [2] - 136:8, 158:18

**INTENDED** [3] - 150:14, 150:19, 152:1
**INTENDING** [2] - 97:4, 164:16
**INTENT** [2] - 37:9, 58:20
**INTERACTING** [1] - 40:21
**INTERACTION** [4] - 39:20, 41:5, 41:22, 158:12
**INTERACTIONS** [2] - 157:13, 158:3
**INTEREST** [2] - 44:24, 64:9
**INTERESTED** [1] - 86:20
**INTERFERE** [1] - 87:16
**INTERPRET** [3] - 95:19, 111:2, 150:23
**INTERPRETATION** [5] - 94:12, 96:19, 122:22, 124:2, 172:4
**INTERPRETED** [5] - 95:23, 96:6, 138:11, 155:6, 172:2
**INTERPRETING** [3] - 138:25, 166:10, 172:10
**INTERPRETS** [3] - 85:19, 109:19, 118:22
**INTERTWINED** [1] - 93:2
**INTERVAL** [1] - 168:11
**INTERVENE** [1] - 22:5
**INTERVIEWED** [6] - 4:2, 4:9, 10:15, 10:25, 54:4, 70:9
**INTIMATELY** [1] - 94:17
**INTONATION** [1] - 133:2
**INTUITIVE** [1] - 121:7
**INTUITIVELY** [1] - 134:1
**INVARIABLY** [1] - 91:10
**INVENTED** [4] - 147:25, 150:18, 151:17, 152:3
**INVERT** [1] - 95:17
**INVERTED** [1] - 183:25
**INVESTIGATOR** [7] - 4:10, 7:18, 70:10, 78:24, 82:4, 82:11,

82:25
**INVESTIGATORS** [3] - 13:7, 14:11, 80:6
**INVOLVE** [3] - 84:24, 127:6, 134:21
**INVOLVED** [9] - 8:6, 35:14, 39:5, 81:8, 84:14, 84:19, 84:20, 134:22, 160:9
**INVOLVES** [2] - 84:12, 103:20
**IOWA** [2] - 59:18, 65:10
**IPAD** [1] - 127:10
**IQ** [5] - 105:5, 105:6, 105:14, 159:21, 159:23
**ISRAEL** [1] - 75:24
**ISSUE** [1] - 141:12
**ISSUED** [1] - 164:13
**ISSUES** [2] - 56:14, 136:12
**ITEM** [2] - 129:15, 129:24
**ITSELF** [11] - 89:2, 91:1, 91:16, 96:22, 116:11, 118:15, 150:12, 153:18, 155:4, 160:16, 163:12

## J

**JAMES** [2] - 2:12, 2:12
**JANUARY** [2] - 75:10, 80:16
**JAPANESE** [1] - 103:22
**JASPER** [1] - 54:22
**JERUSALEM** [1] - 75:24
**JILL** [4] - 10:16, 10:25, 54:5
**JOB** [4] - 30:3, 30:4, 30:10, 95:16
**JOBS** [2] - 36:22, 36:23
**JOCKO** [1] - 54:19
**JOEL** [1] - 1:10
**JOHN** [7] - 1:15, 26:23, 47:1, 151:7, 163:21, 165:24, 176:25
**JOHNNY** [15] - 8:15, 8:16, 19:18, 23:13, 32:22, 32:25, 33:2, 41:4, 41:5, 41:7, 41:11, 41:15, 41:16, 41:17, 73:4
**JOIN** [1] - 79:11

**JOINED** [1] - 76:4
**JOURNAL** [4] - 80:20, 81:6, 81:23, 82:5
**JOURNALS** [5] - 79:23, 81:3, 81:4, 81:11, 82:4
**JOY** [1] - 45:14
**JR** [1] - 1:15
**JUDGE** [8] - 139:12, 139:14, 139:21, 145:23, 164:13, 164:24
**JUMP** [2] - 61:7, 99:21
**JUMPING** [1] - 94:14
**JUNCTURE** [1] - 96:10
**JUNE** [1] - 43:9
**JUNGLE** [1] - 94:23
**JUNIOR** [1] - 77:22
**JUSTICE** [1] - 2:2

## K

**KANSAS** [2] - 140:6
**KATHY** [5] - 38:5, 38:7, 38:10, 38:11, 188:9
**KATIE** [8] - 63:9, 63:10, 64:11, 64:12, 67:1, 67:18, 67:22, 72:22
**KATIE'S** [1] - 68:12
**KEEP** [9] - 30:10, 32:1, 32:6, 42:8, 64:9, 71:24, 149:5, 171:19, 175:11
**KEEPS** [4] - 82:2, 93:8, 97:3, 133:10
**KEPT** [3] - 32:8, 52:17, 117:5
**KEY** [1] - 177:14
**KID** [3] - 7:12, 22:8, 26:3
**KIDS** [4] - 29:20, 45:2, 47:19, 51:5
**KILL** [4] - 37:9, 58:20, 118:5, 170:2
**KIM** [1] - 30:20
**KIND** [15] - 20:3, 21:20, 21:25, 33:7, 34:9, 36:13, 41:8, 43:12, 46:13, 56:13, 57:18, 65:1, 103:15, 158:8, 185:10
**KINDERGARTEN** [1] - 108:23
**KINDS** [5] - 16:8, 22:15, 24:11, 113:17, 114:8
**KISSED** [1] - 11:14
**KISSING** [1] - 11:21

**KNIT** [1] - 57:16
**KNOWING** [2] - 7:16, 100:9
**KNOWLEDGE** [7] - 139:11, 142:20, 145:15, 159:11, 162:11, 163:3, 164:8
**KNOWN** [9] - 55:1, 89:5, 93:22, 101:13, 103:6, 105:4, 105:5, 105:9, 164:25

## L

**L-O-O-K-E-B-A** [1] - 31:23
**LAB** [1] - 150:8
**LABORATORY** [2] - 76:3, 77:1
**LANGUAGE** [4] - 94:12, 94:13, 108:20, 121:4
**LARGE** [8] - 32:3, 90:5, 117:20, 123:16, 154:1, 162:19, 177:23, 178:1
**LARGER** [3] - 106:13, 107:19, 162:21
**LARGEST** [1] - 78:19
**LAST** [17] - 6:15, 17:1, 23:25, 24:5, 24:7, 26:6, 26:9, 46:10, 73:16, 78:3, 97:3, 97:15, 98:12, 100:8, 121:14, 143:5, 172:21
**LATCH** [1] - 124:5
**LATE** [3] - 122:16, 175:13, 175:20
**LATERAL** [2] - 96:24, 97:3
**LAWRENCE** [1] - 150:8
**LAWSUITS** [1] - 160:9
**LAWYER** [1] - 139:13
**LAWYERS** [1] - 14:23
**LAYERING** [1] - 98:6
**LEADING** [1] - 123:2
**LEADS** [1] - 110:1
**LEARN** [7] - 23:18, 33:11, 93:23, 94:6, 99:3, 108:20, 135:11
**LEARNED** [2] - 108:16, 111:21
**LEARNING** [6] - 108:17, 157:2, 157:5, 157:12, 158:1, 158:11
**LEAST** [4] - 82:19,

83:1, 152:11, 184:1
**LEAVE** [7] - 3:22, 4:15, 4:18, 20:22, 22:8, 71:15, 98:18
**LEFT** [29] - 24:8, 63:1, 90:18, 90:20, 91:5, 93:18, 103:24, 104:2, 104:17, 107:6, 107:24, 112:24, 113:9, 113:12, 113:13, 114:17, 119:5, 119:6, 119:11, 121:2, 125:18, 128:14, 133:4, 141:16, 141:21, 143:7
**LEFT-HAND** [2] - 141:16, 141:21
**LEGAL** [1] - 143:16
**LEGS** [2] - 12:6, 91:6
**LENGTH** [1] - 101:17
**LESION** [2] - 125:6, 126:19
**LESS** [2] - 99:15, 105:9
**LETTER** [3] - 42:10, 45:1, 128:12
**LETTERS** [15] - 24:20, 24:21, 44:10, 60:6, 60:7, 60:8, 60:9, 60:11, 60:16, 60:19, 61:10, 61:11, 61:16, 61:22
**LEVEL** [4] - 42:1, 77:19, 158:16, 159:14
**LEVELS** [1] - 122:25
**LICENSE** [2] - 148:13, 148:25
**LICENSED** [1] - 76:11
**LICENSES** [3] - 76:10, 149:3, 149:4
**LIEBER** [1] - 79:1
**LIFE** [21] - 5:24, 17:16, 18:22, 45:13, 46:7, 46:11, 46:16, 51:16, 51:20, 51:21, 68:11, 68:13, 68:14, 69:8, 97:24, 159:14, 168:6, 183:18, 185:1
**LIFELONG** [2] - 157:11, 158:1
**LIGHT** [2] - 95:25, 171:12
**LIKELY** [4] - 106:16, 114:6, 145:16, 145:19
**LIMBIC** [10] - 92:19, 92:22, 116:24,

118:18, 118:19, 118:21, 119:13, 120:6, 134:20, 156:2
**LIMITED** [1] - 147:14
**LINE** [7] - 95:23, 119:19, 136:23, 151:16, 154:18, 177:3
**LINEAR** [1] - 112:9
**LINES** [2] - 95:20, 183:3
**LINK** [1] - 146:11
**LINKING** [2] - 146:15, 146:16
**LISA** [3] - 139:25, 140:10, 141:3
**LIST** [8] - 78:12, 79:12, 81:14, 83:8, 83:18, 84:5, 84:24, 128:13
**LISTED** [4] - 80:1, 80:15, 83:23, 166:6
**LISTEN** [2] - 99:24, 100:3
**LISTS** [1] - 81:17
**LITERALLY** [5] - 93:2, 97:2, 100:13, 101:7, 162:10
**LIVE** [7] - 17:13, 17:14, 19:16, 19:18, 38:19, 48:6, 48:9
**LIVED** [11] - 7:11, 17:15, 19:14, 19:19, 19:20, 27:14, 27:18, 30:2, 31:17
**LIVES** [1] - 57:24
**LIVING** [3] - 31:16, 48:1, 50:15
**LOBE** [60] - 94:18, 94:19, 94:21, 95:15, 95:17, 95:22, 96:1, 96:4, 96:13, 96:21, 96:22, 96:23, 97:3, 97:7, 97:8, 97:10, 98:13, 104:8, 104:9, 109:10, 109:14, 109:17, 109:18, 109:20, 110:4, 110:9, 110:10, 110:14, 113:8, 113:10, 114:19, 115:6, 120:24, 125:20, 125:23, 125:24, 126:2, 126:4, 127:15, 127:23, 132:18, 133:10, 133:23, 133:24, 134:3, 134:4, 134:6, 134:16, 134:25,

136:12, 162:19, 182:14, 182:17, 183:11
**LOBES** [1] - 109:9
**LOCATED** [2] - 82:1, 125:2
**LOGICAL** [2] - 121:3, 121:7
**LOOK** [36] - 20:14, 31:6, 45:18, 60:19, 62:19, 63:17, 72:15, 83:20, 84:10, 87:2, 88:21, 89:1, 89:3, 102:4, 102:15, 103:12, 104:24, 105:20, 105:24, 108:22, 111:23, 118:12, 124:10, 130:2, 130:10, 130:15, 141:7, 152:12, 154:10, 167:12, 168:3, 168:5, 168:9, 168:22, 173:7
**LOOKEBA** [1] - 31:20
**LOOKEBA/SICKLES /CANTON** [1] - 40:1
**LOOKED** [5] - 162:17, 163:15, 168:1, 168:14, 170:8
**LOOKING** [13] - 30:7, 86:14, 86:18, 87:21, 93:4, 104:16, 119:24, 121:11, 127:22, 128:7, 130:2, 160:21, 162:12
**LOOKS** [6] - 117:17, 120:6, 121:4, 127:23, 136:19, 136:23
**LOSE** [2] - 93:19, 93:20
**LOSING** [1] - 108:25
**LOSS** [3] - 113:12, 156:2, 156:3
**LOST** [1] - 85:16
**LOUISE** [6] - 4:9, 11:4, 48:25, 49:2, 70:10, 72:8
**LOVE** [8] - 46:16, 65:25, 66:2, 67:1, 67:3, 68:1, 68:2
**LOVED** [1] - 20:15
**LOVING** [1] - 41:3
**LOW** [7] - 101:22, 113:14, 118:17, 120:1, 183:22, 183:23, 183:24
**LOWER** [2] - 105:23,

113:6
**LUCK** [11] - 4:10, 7:18, 8:2, 11:4, 48:25, 49:2, 70:10, 71:9, 72:8, 72:14, 72:19
**LUNCH** [2] - 115:11, 115:14
**LUNCHEON** [1] - 115:19

## M

**M.D** [1] - 165:24
**MA'AM** [4] - 26:21, 27:13, 27:20, 35:22
**MACHINES** [1] - 149:10
**MAGNET** [3] - 99:6, 99:7, 99:12
**MAGNETIC** [3] - 99:4, 99:8, 99:23
**MAGNITUDE** [1] - 181:5
**MAIL** [8] - 16:16, 24:19, 44:10, 45:1, 52:25, 61:17, 64:22, 65:12
**MAILED** [1] - 61:11
**MAIN** [16] - 79:15, 88:15, 91:16, 92:21, 99:12, 107:23, 109:9, 112:22, 116:23, 124:10, 130:11, 154:6, 162:18, 162:20, 176:10
**MAINTAIN** [2] - 57:6, 57:8
**MAJOR** [4] - 27:21, 80:25, 168:7, 168:10
**MALES** [11] - 105:6, 105:10, 106:2, 106:8, 106:12, 107:18, 178:7, 178:20, 180:23, 180:24
**MALFORMATION** [1] - 153:23
**MALNOURISHED** [1] - 156:24
**MALNUTRITION** [2] - 114:5, 156:20
**MAMMAL** [1] - 92:11
**MAN** [8] - 26:11, 29:4, 36:9, 51:21, 51:25, 53:23, 55:24, 160:24
**MANAGED** [2] - 162:14, 162:15
**MANUSCRIPT** [2] - 80:22, 80:24

**MANUSCRIPTS** [1] - 81:24
**MAP** [1] - 23:10
**MARINES** [3] - 86:10, 86:22, 86:24
**MARK** [1] - 172:2
**MARKED** [5] - 64:24, 75:8, 106:22, 137:2, 170:18
**MARKET** [1] - 1:20
**MARKING** [1] - 166:18
**MARRIAGES** [1] - 36:24
**MARRIED** [9] - 28:16, 28:17, 29:1, 29:8, 30:20, 32:10, 49:25, 50:1, 50:5
**MARTELL** [3] - 131:13, 135:21, 136:4
**MARTELL'S** [3] - 131:19, 131:21, 132:9
**MARTIN** [8] - 13:19, 56:11, 56:13, 56:14, 56:16, 56:18, 73:10, 165:1
**MARTIS** [1] - 73:19
**MASTERS** [1] - 75:24
**MATCH** [1] - 97:5
**MATERNAL** [1] - 114:7
**MATH** [1] - 179:2
**MATHEMATICAL** [1] - 122:18
**MATTER** [48] - 4:20, 4:24, 4:25, 84:18, 102:1, 102:2, 102:3, 102:4, 102:7, 102:13, 102:17, 102:20, 102:21, 102:25, 103:1, 103:3, 103:7, 104:5, 104:6, 105:1, 105:19, 105:25, 106:4, 106:6, 106:10, 106:11, 106:13, 107:23, 107:25, 108:1, 108:3, 108:4, 108:5, 109:2, 109:3, 168:5, 187:3
**MATTERS** [1] - 141:12
**MCALESTER** [2] - 42:4, 42:11
**MCDONALD'S** [1] - 31:11
**MCHUGH** [15] - 2:12, 38:5, 38:12, 38:15, 52:13, 54:11, 59:2,

59:7, 59:16, 62:16, 62:18, 69:9, 73:23, 188:10, 188:13
**MCMASTER** [2] - 162:13, 162:23
**MEAN** [33] - 5:16, 7:8, 22:13, 22:17, 25:20, 26:7, 32:3, 40:13, 46:9, 47:19, 48:22, 49:2, 52:18, 58:2, 60:7, 79:6, 104:15, 111:11, 111:16, 111:17, 123:12, 132:8, 144:13, 150:25, 167:11, 168:7, 173:22, 175:9, 176:9, 179:10, 181:3, 182:4, 184:2
**MEANING** [1] - 8:3
**MEANINGFUL** [1] - 25:24
**MEANINGS** [1] - 154:1
**MEANS** [10] - 79:14, 81:12, 82:11, 82:19, 82:22, 112:18, 112:19, 120:7, 142:15, 160:1
**MEASURE** [4] - 111:6, 111:23, 117:8, 117:15
**MEASURED** [8] - 107:9, 111:7, 119:9, 125:25, 129:12, 161:24, 162:18, 163:2
**MECHANISM** [1] - 186:5
**MED** [1] - 138:21
**MEDIAN** [3] - 130:4, 130:5, 130:9
**MEDICAL** [10] - 76:6, 77:5, 77:9, 77:20, 78:10, 138:17, 138:19, 171:5, 176:10, 184:9
**MEDICINE** [4] - 75:12, 75:16, 138:12, 138:14
**MEET** [3] - 73:10, 95:25, 142:17
**MEETS** [2] - 80:8, 96:9
**MEMBER** [5] - 14:2, 14:5, 80:11, 80:16, 81:5
**MEMBERS** [3] - 55:15, 79:8, 86:15
**MEMBERSHIP** [1] - 80:1
**MEMBERSHIPS** [1] -

78:13
**MEMBRANE** [1] - 89:11
**MEMORIES** [1] - 14:21
**MEMORY** [16] - 8:19, 12:1, 14:13, 49:10, 93:11, 93:17, 93:19, 93:20, 114:20, 127:12, 127:17, 127:18, 130:12, 130:24, 133:25
**MEN** [2] - 52:2, 105:20
**MENINGITIS** [1] - 169:2
**MENTAL** [11] - 86:9, 127:20, 130:16, 137:23, 138:2, 141:11, 167:15, 167:18, 167:22, 167:23, 185:10
**MENTION** [1] - 171:18
**MENTIONED** [6] - 33:7, 105:19, 111:2, 142:4, 156:12, 181:7
**MENTOR** [2] - 77:20, 77:22
**MERELY** [1] - 174:11
**MET** [9] - 3:20, 47:1, 72:22, 72:25, 73:2, 73:3, 73:4, 73:7, 73:13
**METABOLIC** [7] - 182:10, 182:13, 182:15, 182:16, 183:6, 183:22, 183:24
**METABOLISM** [13] - 116:23, 116:24, 117:15, 118:9, 120:4, 174:12, 180:7, 181:4, 183:10, 183:25, 184:6, 186:4, 186:6
**METABOLIZES** [2] - 120:11, 181:20
**METAL** [1] - 20:13
**METHOD** [1] - 107:10
**METHODOLOGY** [8] - 85:14, 105:4, 125:5, 148:1, 148:12, 149:7, 149:13, 150:18
**METHODS** [1] - 148:15
**MIC** [1] - 18:3
**MICHIGAN** [1] - 75:25
**MICROPHONE** [3] - 18:5, 59:14, 62:25
**MID** [7] - 70:20, 74:13, 98:14, 119:21,

120:2, 121:16, 147:1
**MID-BRAIN** [1] - 121:16
**MID-MORNING** [1] - 74:13
**MIDDLE** [13] - 1:2, 1:16, 2:6, 3:4, 9:10, 18:16, 85:17, 92:20, 98:1, 104:6, 109:12, 109:13, 130:8
**MIGHT** [8] - 7:15, 43:10, 70:17, 86:19, 115:10, 168:19, 168:23, 173:15
**MILITARY** [2] - 6:6, 37:15
**MILLER** [16] - 3:5, 3:7, 3:18, 10:6, 10:16, 10:17, 10:25, 13:17, 13:22, 14:25, 15:3, 15:18, 54:5, 57:14, 188:3
**MILLILITERS** [1] - 105:22
**MILLIMETER** [6] - 101:14, 101:17, 101:18, 101:24, 150:9
**MILLIMETERS** [1] - 150:12
**MILLISECOND** [1] - 129:15
**MILLISECONDS** [2] - 99:15, 99:17
**MIND** [7] - 5:23, 16:8, 34:24, 40:17, 40:18, 117:5, 145:8
**MINOR** [1] - 80:25
**MINUS** [1] - 112:19
**MINUTE** [5] - 15:6, 38:2, 62:22, 65:1, 74:14
**MINUTES** [6] - 45:21, 45:22, 46:4, 56:10, 167:3, 186:11
**MISCHIEF** [1] - 135:9
**MISFIRE** [1] - 135:8
**MISS** [4] - 46:15, 124:4, 151:22
**MISSED** [1] - 32:12
**MISSION** [2] - 87:7, 87:16
**MISSOURI** [4] - 140:5, 140:6, 140:7
**MISSPOKE** [1] - 152:25
**MISTAKE** [1] - 143:13
**MODERATE** [1] - 158:14
**MODIFIED** [1] -

126:23
**MODULATION** [3] - 157:13, 158:2, 158:12
**MOINES** [1] - 59:18
**MOLECULE** [3] - 100:5, 117:16, 117:19
**MOLECULES** [7] - 99:9, 99:13, 99:17, 100:6, 100:7, 100:8, 117:20
**MOLESTED** [3] - 10:6, 10:12, 10:22
**MOLESTING** [1] - 9:18
**MOM** [8] - 33:25, 47:24, 48:1, 49:1, 49:7, 51:4, 60:9, 63:10
**MOM'S** [2] - 48:18, 69:1
**MOMENT** [2] - 26:13, 33:4
**MONEY** [3] - 52:3, 52:16, 52:17
**MONTGOMERY** [4] - 139:25, 140:10, 141:3, 141:4
**MONTH** [2] - 87:17, 103:23
**MONTHS** [4] - 23:14, 25:13, 103:23, 103:24
**MONUMENT** [2] - 43:3, 43:8
**MOP** [1] - 21:25
**MORENO** [22] - 2:12, 3:6, 3:12, 15:6, 15:10, 15:15, 15:17, 16:17, 16:24, 17:2, 17:8, 17:11, 18:4, 18:6, 18:10, 26:13, 26:16, 37:21, 38:1, 74:3, 188:5, 188:7
**MORNING** [15] - 3:18, 3:19, 17:12, 26:21, 26:22, 38:16, 38:17, 46:22, 46:23, 59:17, 69:21, 70:6, 74:13, 75:1, 186:12
**MOST** [14] - 32:19, 32:20, 40:22, 48:19, 100:5, 100:20, 114:6, 120:3, 125:10, 142:19, 150:10, 162:14, 162:16, 173:19
**MOSTLY** [15] - 39:22, 42:15, 72:9, 77:19, 95:6, 114:21,

118:17, 119:17, 119:18, 121:20, 127:15, 128:9, 150:15, 183:18, 186:6
**MOTHER** [16] - 13:19, 17:18, 21:14, 21:17, 23:12, 33:17, 39:12, 39:13, 40:20, 41:9, 43:5, 48:22, 49:2, 57:11, 57:12, 156:15
**MOTHER'S** [3] - 5:2, 12:25, 67:14
**MOTHERING** [1] - 138:4
**MOTHERS** [1] - 39:11
**MOTION** [1] - 96:1
**MOTIVATION** [1] - 121:20
**MOTOR** [1] - 119:24
**MOUTH** [1] - 91:7
**MOVE** [20] - 18:3, 19:22, 59:13, 69:10, 74:4, 90:16, 92:7, 93:18, 93:19, 97:6, 97:19, 97:21, 100:4, 112:10, 115:12, 134:13, 137:1, 144:6, 174:5
**MOVED** [12] - 6:10, 6:16, 19:23, 23:3, 23:4, 23:5, 31:19, 31:20, 42:13, 42:15, 74:2, 76:6
**MOVEMENT** [5] - 95:20, 97:20, 98:2, 98:4, 134:10
**MOVES** [2] - 100:18, 109:15
**MOVIE** [3] - 94:13, 94:15, 94:22
**MOVIES** [6] - 21:8, 21:9, 31:9, 31:10, 94:21, 94:25
**MRI** [77] - 84:2, 84:3, 84:5, 99:5, 101:6, 104:1, 104:2, 104:14, 104:21, 107:21, 110:17, 111:3, 116:1, 117:2, 117:5, 119:4, 126:10, 126:23, 138:14, 140:12, 140:14, 140:15, 141:10, 153:11, 153:18, 153:20, 154:20, 154:21, 154:24, 155:3, 155:6, 159:9, 163:15, 166:11,

166:21, 167:1, 167:3, 167:6, 167:21, 167:22, 167:25, 168:1, 168:16, 169:8, 169:17, 169:25, 170:9, 170:11, 171:2, 171:17, 171:18, 172:1, 172:3, 172:8, 172:11, 172:13, 172:16, 172:19, 172:20, 172:23, 173:7, 173:9, 173:11, 173:13, 174:17, 175:7, 175:9, 175:10, 175:19, 178:6, 178:13, 181:1
**MRI'S** [8] - 85:19, 103:22, 138:8, 139:1, 164:9, 173:16, 173:19, 175:12
**MRIS** [1] - 102:10
**MUIR** [3] - 145:23, 164:14, 164:24
**MULTIPLE** [5] - 12:22, 54:10, 89:2, 99:7, 171:13
**MURDER** [3] - 37:6, 58:16, 173:17
**MURDERING** [1] - 73:20
**MUSCLE** [2] - 89:23
**MUSCLES** [1] - 90:15
**MUST** [2] - 71:4, 178:17
**MYELIN** [3] - 90:9, 90:10
**MYELINATE** [2] - 98:9, 98:13
**MYELINATED** [2] - 101:5, 102:2
**MYELINATION** [7] - 97:25, 98:6, 98:9, 98:10, 98:11, 98:12

# N

**N-I-C-H-O-L-S** [1] - 38:11
**N.W** [1] - 2:4
**NAKED** [1] - 56:5
**NAME** [17] - 17:1, 17:5, 17:6, 26:23, 28:22, 38:9, 43:4, 47:1, 59:10, 62:6, 70:2, 74:21, 74:22, 78:21, 90:8, 92:23,

117:14
**NAMED** [1] - 13:11
**NAMELY** [2] - 119:4, 133:14
**NAMES** [8] - 13:14, 13:15, 21:20, 21:21, 22:15, 22:17, 53:14
**NARSAD** [1] - 78:20
**NASA** [3] - 86:11, 87:4, 87:5
**NASTY** [1] - 100:23
**NATIONAL** [6] - 77:22, 77:24, 80:2, 86:9, 122:17
**NATURE** [2] - 10:5, 64:22
**NEAR** [1] - 89:18
**NECK** [5] - 172:1, 172:13, 172:19, 173:13
**NEED** [9] - 90:24, 92:1, 93:13, 106:13, 106:15, 108:7, 108:12, 176:9, 176:19
**NEEDED** [1] - 171:15
**NEEDS** [8] - 80:24, 88:15, 90:3, 93:11, 117:5, 117:9, 128:11, 134:25
**NEGLECT** [1] - 157:23
**NEPHEW** [7] - 7:5, 8:12, 9:19, 10:7, 10:12, 10:22, 11:10
**NERVE** [5] - 102:4, 108:8, 110:1, 117:12, 120:21
**NERVOUS** [1] - 44:18
**NEURAL** [1] - 91:23
**NEUROIMAGING** [9] - 77:3, 81:13, 87:1, 87:6, 126:20, 139:5, 146:9, 147:13, 162:17
**NEUROLOGICAL** [2] - 149:16, 171:15
**NEUROLOGIST** [2] - 171:5, 171:16
**NEUROLOGY** [3] - 75:18, 76:7, 77:11
**NEURON** [7] - 88:20, 88:21, 88:22, 88:25, 89:19, 117:9, 117:10
**NEURONS** [2] - 88:19, 88:23
**NEUROPSYCHOLO GICAL** [13] - 122:11, 122:22, 123:5, 123:23, 124:19, 124:24, 124:25,

125:25, 126:6, 126:18, 129:10, 149:18, 150:24

**NEUROPSYCHOLO GIST** [5] - 122:7, 123:25, 124:4, 148:13, 151:22

**NEUROPSYCHOLO GISTS** [5] - 76:23, 122:4, 123:2, 123:14, 152:6

**NEUROPSYCHOLO GY** [7] - 76:16, 81:9, 81:12, 87:25, 122:24, 122:25, 147:13

**NEURORADIOLOGI ST** [5] - 104:16, 138:12, 138:13, 138:16, 170:4

**NEUROSCIENCE** [1] - 75:19

**NEUROTRANSMITT ERS** [1] - 89:6

**NEVER** [31] - 3:20, 10:21, 16:6, 20:2, 29:19, 29:21, 32:12, 32:25, 33:2, 44:25, 45:1, 47:1, 48:21, 49:2, 51:5, 51:6, 51:8, 52:7, 52:15, 54:19, 54:21, 55:1, 55:17, 61:7, 81:1, 113:20, 114:4, 157:20, 164:4

**NEW** [10] - 93:8, 93:23, 94:6, 99:14, 103:10, 117:12, 126:17, 128:1, 136:16, 136:18

**NEWBERG** [3] - 116:13, 116:17, 116:21

**NEWSPAPERS** [3] - 51:22, 51:24, 52:9

**NEXT** [23] - 9:7, 16:23, 16:24, 27:17, 38:5, 43:5, 48:9, 74:16, 87:6, 93:1, 97:2, 97:4, 98:25, 103:18, 104:24, 106:18, 115:12, 118:24, 128:18, 134:10, 143:1, 152:13, 171:11

**NICE** [1] - 100:22

**NICHOLS** [8] - 38:6, 38:7, 38:10, 38:16, 38:18, 46:22, 59:3, 188:9

**NIGHTS** [1] - 19:3

**NIH** [2] - 80:3, 86:4

**NOBODY** [3] - 82:10, 182:7

**NOMINATED** [1] - 79:10

**NONE** [6] - 91:11, 153:16, 154:1, 183:12, 185:5, 185:7

**NONETHELESS** [1] - 163:8

**NONFEDERAL** [1] - 78:19

**NONVERBAL** [1] - 93:20

**NORM** [4] - 174:25, 177:5, 177:13, 185:16

**NORMAL** [26] - 103:14, 112:13, 113:5, 113:7, 113:13, 113:14, 113:16, 118:13, 119:5, 120:8, 120:13, 136:5, 140:14, 159:17, 163:5, 166:1, 166:16, 170:14, 172:3, 172:11, 172:23, 176:9, 177:18

**NORMATIVE** [3] - 103:11, 175:11, 176:3

**NOTABLY** [2] - 91:9, 97:16

**NOTE** [1] - 126:5

**NOTHING** [16] - 5:20, 15:4, 50:7, 59:2, 73:22, 73:23, 85:20, 93:25, 133:9, 138:3, 158:16, 168:10, 168:12, 179:11, 180:9, 181:5

**NOTICE** [5] - 41:16, 62:24, 63:1, 91:20, 124:5

**NOURISHMENT** [1] - 100:16

**NOVEL** [1] - 183:2

**NOVEMBER** [4] - 151:6, 167:5, 167:9, 177:1

**NOWADAYS** [2] - 58:1, 81:12

**NUCLEAR** [3] - 58:1, 138:12, 138:14

**NUDGE** [1] - 134:13

**NUMBER** [23] - 1:3, 15:19, 19:7, 64:1,

65:19, 65:21, 76:22, 80:4, 82:16, 82:18, 82:24, 83:17, 83:20, 84:24, 86:3, 101:25, 111:9, 111:16, 111:19, 130:3, 147:18, 161:3

**NUMBERED** [1] - 65:17

**NUMBERS** [12] - 65:18, 82:15, 101:6, 101:19, 101:20, 101:21, 101:22, 102:15, 112:13, 123:7, 123:17, 124:7

**NUMEROUS** [1] - 160:9

**NURSE** [1] - 34:13

**NURSING** [3] - 6:2, 6:8, 28:25

**NURTURES** [1] - 100:17

**NUTRIENTS** [1] - 100:19

## O

**O-C-C-I-P-I-T-A-L** [1] - 95:16

**OBJECT** [4] - 85:12, 85:19, 140:16, 164:1

**OBJECTING** [3] - 85:12, 85:14, 85:17

**OBJECTION** [11] - 52:13, 54:11, 69:11, 69:12, 74:6, 74:8, 88:1, 137:4, 146:14, 146:19, 167:17

**OBSERVATION** [2] - 41:22, 111:13

**OBSERVATIONS** [2] - 111:16, 111:25

**OBSERVE** [3] - 40:20, 41:4, 41:16

**OBTAINED** [5] - 101:14, 102:11, 104:1, 164:3, 171:1

**OBVIOUSLY** [3] - 24:10, 26:1, 65:7

**OCCASION** [1] - 39:15

**OCCASIONALLY** [1] - 78:3

**OCCASIONS** [5] - 15:20, 39:19, 39:21, 40:19, 139:5

**OCCIPITAL** [13] - 95:15, 95:17, 96:11, 109:10, 109:14, 110:9, 112:23, 113:13, 115:2,

119:10, 125:23, 125:24, 132:12

**OCCUR** [1] - 87:22

**OCCURRED** [1] - 53:13

**OCCURRING** [1] - 157:23

**OCTOBER** [1] - 23:25

**OFFENDERS** [1] - 185:6

**OFFER** [4] - 78:3, 78:5, 78:25, 87:24

**OFFERED** [2] - 78:7, 78:11

**OFFICE** [1] - 1:15

**OFFICER** [1] - 52:11

**OFFICIAL** [2] - 1:19, 187:7

**OIL** [2] - 17:24, 17:25

**OKLAHOMA** [23] - 6:23, 17:14, 17:15, 19:20, 30:2, 30:12, 31:17, 33:12, 35:7, 38:19, 38:20, 38:21, 38:23, 38:24, 40:8, 42:6, 42:12, 47:19, 48:3, 49:22, 50:13, 50:15, 57:24

**OLD** [25] - 8:24, 11:11, 11:21, 14:18, 16:7, 22:2, 22:11, 22:13, 24:8, 24:23, 25:11, 25:13, 27:10, 28:17, 47:16, 47:17, 49:25, 59:21, 62:8, 63:23, 103:23, 103:24, 107:10, 108:19

**OLDER** [9] - 18:11, 18:16, 24:25, 25:1, 47:21, 49:20, 49:21, 92:13, 107:16

**OLDEST** [1] - 27:17

**OLFACTORY** [3] - 95:8, 109:24, 110:1

**ONCE** [10] - 21:18, 34:22, 61:20, 73:3, 87:17, 129:5, 132:7, 134:8, 134:14, 151:3

**ONCOLOGY** [1] - 154:7

**ONE** [69] - 5:3, 7:1, 7:13, 21:22, 22:21, 28:8, 29:15, 33:4, 40:7, 41:19, 43:1, 43:15, 48:8, 50:24, 51:21, 55:20, 55:23, 58:22, 73:2, 74:1, 82:15, 83:18, 83:20, 84:2, 84:11, 88:15, 91:7, 92:22, 93:16,

96:15, 96:16, 97:21, 101:14, 101:17, 101:18, 102:11, 102:25, 105:18, 107:6, 111:25, 112:19, 112:20, 113:6, 114:15, 116:8, 122:6, 124:5, 124:10, 128:9, 128:10, 129:19, 131:25, 136:22, 139:11, 154:16, 156:11, 156:12, 162:10, 163:18, 163:21, 166:6, 166:10, 166:15, 168:17, 169:13, 177:13, 181:17

**ONE-BY-ONE** [1] - 101:14

**ONGOING** [1] - 172:6

**OPEN** [3] - 14:22, 79:17, 91:18

**OPENS** [2] - 3:1, 134:12

**OPERATING** [3] - 78:21, 92:14, 92:15

**OPINED** [2] - 157:1, 157:4

**OPINION** [12] - 51:20, 140:18, 140:24, 142:12, 142:17, 143:2, 144:4, 145:5, 145:9, 145:11, 146:15, 166:9

**OPINIONS** [1] - 80:24

**OPPORTUNITY** [1] - 40:20

**ORAL** [1] - 9:25

**ORANGUTAN** [1] - 54:24

**ORBIT** [1] - 87:9

**ORBITAL** [6] - 94:18, 95:1, 96:18, 100:23, 101:1, 109:25

**ORDER** [9] - 18:15, 53:14, 88:15, 90:16, 93:10, 111:12, 112:12, 117:25, 148:12

**ORGAN** [1] - 94:10

**ORGANIC** [1] - 157:21

**ORGANIZATION** [3] - 6:14, 78:23, 79:11

**ORGANIZED** [2] - 91:19, 96:22

**ORIGINAL** [2] - 99:18, 122:8

**ORIGINALLY** [1] - 151:17

ORLEANS [2] - 136:16, 136:18
ORTHOPEDIST [1] - 171:6
OSP [1] - 42:12
OTHERWISE [1] - 138:16
OTTO [5] - 171:4, 171:16, 171:24, 172:3, 172:9
OUTCOMES [1] - 114:8
OUTLIERS [1] - 130:8
OUTLINED [1] - 102:20
OUTSIDE [3] - 40:11, 89:8, 95:6
OUTSTANDING [1] - 79:1
OVERALL [2] - 183:22, 183:23
OVERBEARING [1] - 41:10
OVERCOME [1] - 130:22
OVERNIGHT [1] - 94:5
OVERRULE [1] - 52:14
OVERRULED [3] - 54:12, 140:21, 167:20
OVERTURNED [1] - 142:5
OWN [5] - 39:1, 56:22, 98:24, 133:13, 176:3
OWNED [1] - 56:22
OWNS [1] - 148:9
OXYGEN [2] - 117:13, 117:25

**P**

P-A-Y-N-E [2] - 17:2, 17:7
P-S-E-U-D-O-C-Y-E-S-I-S [1] - 139:17
P.M [1] - 186:17
PAGE [37] - 65:1, 65:19, 66:6, 66:18, 66:19, 66:25, 67:6, 78:12, 83:17, 84:10, 84:11, 84:23, 141:6, 141:16, 141:20, 141:21, 142:8, 142:20, 143:6, 143:9, 151:15, 154:18, 157:10, 171:2, 171:7, 171:8, 171:9, 171:11, 172:15, 172:21,

172:22, 177:3, 179:16, 183:3, 188:19
PAGES [1] - 81:14
PAID [2] - 21:7, 94:23
PAIN [2] - 91:1
PAINTS [1] - 101:7
PANEL [2] - 103:25, 104:1
PAPER [7] - 52:4, 80:19, 82:3, 82:20, 82:21, 125:3, 164:11
PAPERS [5] - 81:3, 82:9, 82:19, 82:25, 176:16
PARADIGM [1] - 128:7
PARADOX [1] - 105:13
PARADOXICALLY [1] - 90:25
PARAGRAPH [7] - 141:7, 141:17, 141:22, 143:1, 143:7, 171:20, 173:8
PARALEGAL [1] - 160:7
PARAMETERS [1] - 103:11
PARANASAL [1] - 170:15
PARENTS [4] - 31:16, 32:1, 32:11, 32:12
PARIETAL [23] - 95:22, 96:1, 96:11, 109:17, 109:18, 110:9, 112:23, 113:11, 114:23, 119:9, 119:22, 119:23, 125:24, 128:9, 132:14, 132:15, 133:3, 133:7, 133:8, 133:10, 162:19, 162:20
PARK [1] - 64:4
PARKINSONIAN [1] - 134:11
PARKS [1] - 20:14
PART [34] - 7:15, 30:13, 31:14, 48:19, 69:8, 89:2, 91:4, 94:24, 96:5, 97:11, 97:15, 97:20, 98:1, 98:21, 108:24, 109:10, 118:21, 121:21, 121:22, 127:21, 133:10, 136:2, 149:10, 151:1, 153:24, 155:24, 156:3,

162:5, 162:15, 176:12, 181:14, 182:17, 183:11
PARTICIPATE [1] - 78:9
PARTICULAR [15] - 9:4, 18:20, 79:8, 80:5, 111:4, 111:20, 123:9, 123:19, 125:5, 130:1, 133:5, 148:20, 154:21, 155:4, 175:25
PARTICULARLY [2] - 87:11, 163:9
PARTNER [1] - 7:2
PARTS [10] - 88:22, 88:23, 98:8, 108:12, 109:6, 109:7, 123:21, 156:2, 162:18, 173:14
PASS [1] - 99:11
PASSED [3] - 7:2, 26:6, 152:2
PASSENGER'S [1] - 9:8
PAST [7] - 7:7, 51:13, 71:12, 71:15, 78:11, 139:3, 171:13
PATENT [2] - 148:7, 148:10
PATENTED [1] - 148:5
PATHOLOGIST [1] - 162:8
PATHOLOGY [1] - 160:14
PATIENT [9] - 90:23, 91:2, 91:7, 91:8, 91:10, 103:10, 112:14, 170:3, 172:1
PATIENT'S [1] - 172:5
PATIENTS [1] - 134:11
PAUL [1] - 1:6
PAUSE [7] - 15:7, 26:15, 33:5, 38:4, 88:9, 104:11, 135:25
PAYNE [9] - 16:25, 17:2, 17:3, 17:6, 17:12, 25:5, 26:17, 188:6
PECKING [1] - 18:15
PEDOPHILE [1] - 14:2
PEED [3] - 12:6, 12:9, 12:11
PEER [16] - 79:17, 79:20, 79:22, 81:3, 81:4, 81:15, 81:17, 81:20, 81:22, 82:4, 82:5, 83:8, 83:14, 84:6, 84:25, 124:15

PEER-REVIEWED [13] - 79:22, 81:3, 81:4, 81:15, 81:17, 81:20, 81:22, 82:4, 82:5, 83:8, 83:14, 84:6, 84:25
PEERS [2] - 79:18, 79:23
PEN [6] - 99:21, 122:2, 124:19, 124:25, 125:3, 125:8
PENALTY [2] - 4:6, 140:5
PENCIL [4] - 122:3, 124:19, 124:25, 125:8
PENIS [3] - 11:14, 11:21, 12:5
PENITENTIARY [1] - 42:6
PENN [4] - 77:9, 162:5, 162:6, 185:10
PENNSYLVANIA [15] - 1:2, 1:16, 2:6, 2:13, 75:12, 75:16, 76:4, 76:10, 76:12, 77:2, 147:14, 151:7, 175:4, 176:2, 176:25
PEOPLE [43] - 4:18, 4:22, 11:1, 11:8, 13:6, 28:15, 35:6, 43:7, 58:10, 82:9, 107:8, 112:4, 122:24, 126:21, 127:2, 130:21, 132:24, 133:3, 133:11, 133:21, 134:6, 135:10, 136:20, 157:4, 160:17, 162:15, 176:5, 176:17, 176:18, 177:4, 177:10, 177:13, 177:23, 178:5, 180:14, 180:15, 180:21, 181:9, 183:12, 185:3, 185:4, 185:10, 185:15
PEOPLE'S [2] - 79:25, 180:7
PERCEIVING [1] - 133:12
PERCENT [2] - 112:7, 112:9
PERFECTION [1] - 129:23
PERFORM [1] - 126:25
PERFORMANCE [7] -

103:5, 128:4, 129:11, 129:12, 129:17, 129:18, 130:19
PERFORMED [4] - 162:8, 166:13, 174:1, 181:23
PERINATAL [1] - 114:7
PERIOD [6] - 23:9, 33:8, 33:10, 34:5, 117:11, 171:1
PERIPHERY [1] - 109:15
PERMIT [1] - 164:24
PERSON [5] - 12:15, 54:21, 102:10, 103:5, 181:11
PERSON'S [1] - 161:25
PERSONAL [1] - 137:24
PERSONALITIES [1] - 54:10
PERSONALITY [3] - 55:2, 133:21
PERSONALLY [1] - 21:16
PET [48] - 83:14, 85:19, 116:2, 116:5, 116:7, 116:11, 116:22, 117:7, 117:8, 118:14, 119:2, 122:1, 126:9, 126:22, 138:8, 139:1, 139:9, 139:15, 140:14, 141:18, 142:11, 142:13, 149:22, 149:24, 150:1, 150:4, 150:7, 150:10, 150:17, 154:6, 154:8, 154:24, 174:5, 174:8, 174:14, 175:7, 175:9, 175:14, 175:17, 176:1, 176:3, 176:5, 177:4, 180:12, 181:2, 182:4, 182:5, 183:7
PETS [1] - 150:11
PH.D [1] - 75:25
PHASE [1] - 144:5
PHILADELPHIA [9] - 1:9, 1:21, 2:14, 65:9, 73:11, 77:4, 82:2, 108:15, 162:11
PHILOSOPHY [1] - 75:23

PHONE [9] - 16:16, 24:16, 24:18, 24:22, 45:24, 46:16, 61:17, 64:13, 64:18
PHOTO [2] - 63:24, 64:6
PHOTOGRAPH [1] - 101:9
PHOTOGRAPHS [1] - 62:13
PHYSICAL [3] - 5:17, 5:19, 5:20
PHYSICALLY [1] - 44:12
PHYSICIAN [3] - 138:12, 138:15, 166:6
PICTURE [25] - 25:5, 25:9, 25:10, 25:11, 25:14, 63:7, 64:2, 72:5, 92:18, 92:19, 95:18, 97:12, 98:17, 98:24, 101:10, 101:19, 101:23, 102:9, 102:19, 102:21, 104:14, 107:20, 123:21, 160:23
PICTURES [2] - 101:7, 121:5
PIECE [2] - 162:15, 164:11
PIECES [3] - 162:9, 162:10, 162:14
PINNACLE [1] - 150:10
PIXELS [3] - 101:11, 101:12, 101:15
PIZZAS [1] - 59:24
PLACE [8] - 39:23, 113:25, 144:7, 144:8, 144:11, 148:16, 162:4, 186:8
PLACED [3] - 12:5, 55:8, 75:7
PLACES [2] - 19:19, 19:21
PLANET [2] - 87:20, 99:8
PLAY [2] - 28:3, 108:11
PLAYED [2] - 28:1, 28:4
PLEA [1] - 145:14
PLEASED [1] - 61:24
PLED [1] - 145:3
PLOP [1] - 107:10
PLOTTED [2] - 105:16, 111:8
PO [2] - 1:17, 2:10

POINT [13] - 6:10, 35:17, 51:21, 71:1, 74:13, 91:7, 91:8, 115:11, 115:15, 143:24, 162:25, 186:11, 186:16
POINTING [4] - 112:25, 113:1, 119:6, 119:7
POINTS [2] - 28:8, 183:17
POLARITY [2] - 89:8, 89:9
POLICE [1] - 52:11
PONS [1] - 121:16
POOR [6] - 41:25, 114:7, 138:4, 156:20, 156:24
POPULATION [1] - 112:8
PORTIONS [1] - 143:15
POSITION [5] - 28:3, 75:15, 99:18, 99:20, 100:7
POSITIONS [1] - 79:13
POSITRON [1] - 117:15
POSSIBILITY [1] - 156:22
POSSIBLE [4] - 7:17, 156:12, 182:1, 184:13
POSSIBLY [1] - 7:14
POST [3] - 76:2, 77:20, 77:21
POST-DOCTORAL [1] - 77:20
POSTERIOR [1] - 132:5
POSTMORTEM [1] - 162:22
POVERISHED [1] - 5:10
POVERTY [1] - 42:1
PRACTICE [1] - 151:18
PRACTICING [1] - 122:25
PRE [1] - 100:2
PRE-DEFINED [1] - 100:2
PRECISELY [2] - 102:23, 102:24
PRECISION [1] - 129:16
PRECLUDED [2] - 139:10, 164:17
PREDICT [1] - 86:19

PREDICTIVE [1] - 83:2
PREDICTOR [1] - 154:25
PREDICTORS [1] - 87:2
PREDOMINANTLY [3] - 102:16, 102:17, 102:18
PREFRONTAL [1] - 96:25
PREGNANCY [1] - 142:15
PRELIMINARY [1] - 85:13
PRENATAL [4] - 156:10, 156:20, 156:24, 157:21
PREPARE [1] - 172:17
PREPARED [1] - 75:11
PRESCRIBED [1] - 185:22
PRESENCE [6] - 46:7, 49:7, 68:10, 68:12, 131:6
PRESENT [4] - 44:7, 49:3, 71:10, 166:25
PRESENTATION [1] - 147:20
PRESENTED [1] - 139:19
PRESENTLY [1] - 59:23
PRESS [1] - 91:7
PRESSURE [1] - 129:21
PRETRIAL [1] - 139:20
PRETTY [22] - 28:7, 28:19, 32:8, 35:8, 36:19, 37:4, 44:10, 48:13, 57:16, 58:1, 61:9, 63:2, 69:22, 70:21, 92:14, 119:15, 121:13, 135:1, 144:9, 150:1, 150:10, 154:8
PREVIOUS [2] - 111:22, 150:2
PREVIOUSLY [10] - 71:21, 78:7, 127:1, 137:18, 148:24, 149:7, 176:4, 177:12, 179:15, 184:15
PRIMARILY [1] - 152:3
PRIMARY [1] - 76:7
PRIMATE [1] - 92:12
PRIMITIVE [6] - 93:3,

93:6, 94:10, 95:19, 96:6, 109:12
PRINCIPLE [3] - 100:3, 127:25, 128:1
PRINCIPLES [2] - 142:23, 143:3
PRINTED [1] - 106:23
PRISON [5] - 42:3, 42:13, 50:12, 55:12
PRIVACY [1] - 53:15
PRIZE [2] - 78:25, 79:1
PROBABILITY [1] - 123:8
PROBATIVE [1] - 139:18
PROBLEM [2] - 136:17, 164:25
PROBLEMS [5] - 20:3, 56:13, 110:8, 115:5, 115:6
PROCEDURE [4] - 99:5, 122:18, 126:23, 184:12
PROCEDURES [1] - 184:21
PROCEED [3] - 3:14, 38:12, 137:11
PROCEEDING [2] - 154:18, 164:5
PROCEEDINGS [4] - 1:23, 131:16, 164:4, 187:2
PROCESS [6] - 76:21, 118:2, 122:13, 122:15, 124:15, 185:9
PROCESSED [1] - 106:12
PROCESSES [4] - 95:2, 96:18, 109:22, 110:6
PROCESSING [3] - 98:12, 115:7, 135:3
PRODUCE [3] - 89:20, 104:18, 118:1
PRODUCED [1] - 1:24
PRODUCES [4] - 89:10, 114:8, 118:23
PROFESSIONAL [2] - 76:15, 79:5
PROFESSOR [6] - 75:17, 76:3, 76:8, 76:9, 77:10, 162:13
PROGRAM [2] - 102:14, 161:13
PROGRESS [1] - 60:23
PROGRESSED [1] - 61:21

PROJECT [1] - 72:15
PROMOTED [1] - 76:8
PROMOTION [1] - 83:5
PRONE [2] - 93:15, 133:14
PROPORTION [1] - 117:22
PROPOSED [1] - 142:24
PROSECUTION [1] - 147:6
PROTECT [3] - 53:15, 100:21, 136:8
PROTECTED [1] - 117:19
PROTEINS [4] - 100:8, 100:11, 101:4, 117:20
PROTOCOL [1] - 173:21
PROTRUSIONS [3] - 89:3, 89:4, 102:5
PROUD [2] - 45:12, 66:21
PROVEN [1] - 51:3
PROVIDED [2] - 122:2, 123:17
PRUNING [2] - 108:5, 108:25
PSEUDOCYESIS [1] - 139:16
PSYCHIATRIC [1] - 133:22
PSYCHIATRIST [1] - 170:23
PSYCHIATRISTS [2] - 13:7, 14:10
PSYCHIATRY [4] - 75:18, 76:7, 77:3, 77:11
PSYCHOLOGICAL [1] - 146:5
PSYCHOLOGIST [2] - 76:11, 77:4
PSYCHOLOGY [5] - 75:23, 75:25, 76:5, 76:15, 77:11
PSYCHOPATHOLOG Y [1] - 80:18
PUBLIC [4] - 2:6, 79:15, 148:15, 148:16
PUBLICATION [3] - 80:20, 82:7
PUBLICATIONS [6] - 79:17, 81:15, 81:18, 82:6, 82:9, 82:17
PUBLISH [4] - 79:22, 80:21, 82:9

**PUBLISHED** [8] - 56:7, 81:23, 82:3, 82:25, 149:15, 184:2, 184:5, 184:8
**PUBLISHES** [1] - 82:5
**PUBLISHING** [1] - 81:2
**PULL** [1] - 99:8
**PULSE** [9] - 89:10, 89:11, 89:12, 89:20, 89:25, 90:11, 91:3, 166:25, 167:1
**PULSES** [3] - 90:13, 90:15, 106:14
**PUMPS** [1] - 87:12
**PURPOSE** [3] - 43:19, 122:21, 150:23
**PURPOSES** [1] - 161:13
**PUSH** [2] - 91:8, 128:11
**PUT** [13] - 43:9, 43:11, 62:20, 65:18, 98:3, 99:5, 105:8, 105:12, 108:22, 122:19, 133:6, 162:16, 166:7
**PUTS** [2] - 96:21, 97:11
**PUTTING** [2] - 133:1, 151:2

## Q

**QUALIFICATIONS** [4] - 74:24, 85:7, 85:12, 85:20
**QUALIFIED** [3] - 85:18, 88:3, 139:4
**QUALIFY** [1] - 181:12
**QUALITY** [1] - 169:23
**QUANTIFICATION** [1] - 173:20
**QUANTITATIVE** [9] - 111:3, 116:6, 116:9, 138:8, 139:9, 174:1, 174:19, 176:5, 177:4
**QUARTERS** [1] - 63:2
**QUASHED** [3] - 164:14, 164:23, 165:3
**QUESTIONING** [2] - 85:13, 140:17
**QUESTIONS** [18] - 16:17, 26:16, 26:24, 26:25, 37:20, 37:21, 47:4, 47:7, 59:1, 62:21, 69:9, 70:3, 85:24, 93:6, 93:7, 152:10, 179:17, 180:3

**QUICK** [2] - 46:3, 46:4
**QUICKER** [2] - 166:22, 166:24
**QUICKEST** [1] - 45:22
**QUICKLY** [2] - 97:14, 165:7
**QUIETER** [1] - 41:7
**QUITE** [11] - 26:10, 31:1, 33:10, 56:17, 61:24, 130:20, 138:7, 144:9, 159:16, 161:21, 162:7
**QUOTE** [2] - 142:19, 171:23
**QUOTED** [1] - 173:8

## R

**R.N** [1] - 6:4
**RADICALS** [1] - 118:3
**RADIO** [3] - 99:11, 99:25, 166:25
**RADIOLOGIST** [4] - 159:10, 166:5, 170:19, 173:23
**RADIOLOGY** [4] - 75:18, 77:11, 165:16, 165:21
**RAISE** [3] - 90:22, 91:5, 91:10
**RAISED** [1] - 59:19
**RAN** [1] - 22:10
**RANGE** [10] - 18:20, 97:10, 103:6, 119:9, 120:8, 178:15, 178:16, 178:20, 178:23, 180:21
**RANGES** [2] - 105:21, 105:23
**RAPIDLY** [2] - 122:23, 126:24
**RAQUEL** [2] - 79:3, 163:19
**RATE** [9] - 86:21, 98:9, 118:9, 174:11, 182:11, 182:13, 182:15, 182:16, 183:6
**RATED** [1] - 123:20
**RATES** [2] - 183:22, 183:24
**RATHER** [7] - 9:11, 97:14, 113:18, 114:21, 121:7, 157:18, 176:14
**RATTLE** [3] - 99:18, 99:20, 100:6
**RAW** [5] - 122:2, 124:20, 131:12,

131:19, 131:20
**REACH** [6] - 55:15, 80:22, 104:8, 108:6, 174:9
**REACHED** [4] - 55:17, 55:18, 150:1, 174:19
**REACHES** [2] - 89:15
**REACTION** [2] - 184:10, 184:14
**READ** [36] - 13:8, 20:12, 20:13, 51:22, 51:24, 52:9, 53:4, 53:5, 53:7, 53:20, 54:15, 56:7, 56:8, 60:12, 60:13, 60:19, 65:23, 66:19, 67:20, 116:8, 116:14, 116:18, 116:21, 117:1, 118:15, 138:13, 143:15, 143:18, 144:2, 144:9, 144:10, 144:16, 152:15, 173:2, 173:6, 176:24
**READING** [8] - 52:4, 53:16, 60:21, 123:25, 165:16, 170:1, 170:3, 179:16
**READS** [1] - 82:10
**REAL** [5] - 20:17, 31:5, 41:10, 47:12, 117:22
**REALITY** [1] - 129:23
**REALLY** [41] - 15:2, 20:25, 21:2, 21:6, 21:21, 23:14, 23:20, 25:20, 26:5, 26:10, 27:21, 29:5, 29:10, 29:20, 33:2, 34:18, 40:10, 44:10, 44:18, 44:22, 49:13, 60:13, 72:16, 88:21, 94:23, 97:19, 111:9, 133:15, 144:10, 149:8, 149:11, 150:12, 150:20, 150:25, 151:2, 167:8, 170:4, 173:19, 181:25, 184:1
**REASON** [7] - 43:16, 43:19, 85:10, 94:24, 108:5, 121:5, 134:1
**REASONABLE** [2] - 145:1, 145:18
**REASONS** [3] - 107:9, 121:6, 185:14
**RECEIVE** [2] - 64:21, 65:12
**RECEIVED** [17] - 6:4,

43:6, 51:1, 60:7, 60:15, 61:22, 66:3, 67:4, 68:4, 68:7, 74:9, 75:22, 78:22, 78:24, 79:9, 123:20, 149:4
**RECEIVES** [1] - 110:10
**RECENTLY** [2] - 78:22, 175:15
**RECEPTOR** [1] - 186:7
**RECEPTORS** [1] - 91:2
**RECESS** [6] - 74:13, 74:14, 115:18, 115:19, 186:12, 186:15
**RECOGNIZE** [4] - 25:9, 161:1, 161:16, 167:13
**RECOGNIZED** [2] - 81:23, 180:7
**RECOLLECTION** [3] - 70:7, 116:17, 165:2
**RECOMMENDATION** [1] - 171:14
**RECONNECTED** [2] - 26:3, 35:19
**RECORD** [7] - 17:5, 38:9, 59:10, 74:21, 141:2, 144:16, 187:2
**RECORDED** [2] - 1:23, 162:21
**RECORDING** [1] - 100:9
**RECORDS** [1] - 129:14
**RECROSS** [1] - 188:2
**RECRUITED** [2] - 126:25, 127:3
**RECRUITS** [1] - 128:8
**RED** [4] - 89:14, 106:1, 110:4, 112:25
**REDIRECT** [3] - 15:5, 15:16, 188:2
**REDUCE** [1] - 182:13
**REDUCED** [7] - 113:9, 113:10, 114:10, 116:23, 120:3, 130:24, 183:10
**REDUCES** [1] - 182:15
**REDUCING** [1] - 86:20
**REDUCTION** [2] - 103:16, 182:16
**REFER** [1] - 65:18
**REFEREED** [1] - 82:16
**REFERENCE** [1] - 82:7

**REFERRED** [1] - 171:16
**REFERRING** [3] - 162:1, 162:3, 166:10
**REFLECTS** [1] - 111:19
**REFRESH** [1] - 116:16
**REGARD** [3] - 84:6, 84:20, 140:19
**REGARDING** [2] - 141:18, 142:11
**REGARDS** [1] - 116:17
**REGION** [11] - 95:15, 96:24, 100:2, 101:2, 103:13, 120:6, 123:7, 127:14, 182:16, 183:11
**REGIONS** [16] - 102:14, 103:12, 103:16, 108:5, 112:22, 113:8, 116:24, 119:8, 119:21, 126:24, 128:9, 155:10, 155:20, 170:5, 181:5, 182:11
**REGULAR** [2] - 138:16, 176:18
**REGULARLY** [1] - 78:9
**REIDERS** [1] - 2:9
**RELATE** [1] - 121:20
**RELATED** [5] - 5:2, 17:17, 39:8, 59:25, 127:15
**RELATES** [1] - 127:18
**RELATION** [1] - 183:25
**RELATIONSHIP** [11] - 16:12, 25:23, 31:4, 61:7, 61:21, 68:21, 71:8, 71:18, 72:11, 72:12, 103:4
**RELATIVE** [2] - 7:6, 106:6
**RELATIVELY** [2] - 76:21, 113:13
**RELAX** [1] - 94:22
**RELEASE** [1] - 89:16
**RELEASED** [1] - 118:4
**RELEVANT** [1] - 141:12
**RELIABILITY** [3] - 84:16, 123:14, 142:18
**RELIABLE** [1] - 142:11
**RELYING** [1] - 172:16
**REMAIN** [1] - 57:10

**REMAINED** [2] - 29:1, 44:8

**REMEMBER** [54] - 8:15, 8:21, 9:6, 10:4, 10:8, 10:10, 12:4, 12:7, 14:16, 16:7, 21:21, 21:24, 22:4, 23:11, 23:12, 24:23, 33:23, 40:5, 40:6, 40:10, 40:12, 40:14, 40:15, 40:22, 40:23, 40:25, 41:3, 43:1, 43:15, 48:7, 48:8, 51:5, 51:7, 52:4, 53:16, 54:7, 56:8, 56:17, 70:1, 72:18, 116:19, 116:20, 117:9, 138:5, 144:11, 144:21, 144:23, 145:4, 151:8, 163:16, 169:19, 179:9, 184:13

**REMEMBERED** [1] - 93:24

**REMOVE** [2] - 93:13, 93:15

**REMOVED** [2] - 93:12, 93:22

**REPEAT** [2] - 18:7, 177:18

**REPEATED** [1] - 167:1

**REPLACE** [1] - 123:24

**REPLICATE** [1] - 141:25

**REPLICATION** [1] - 109:1

**REPORT** [12] - 116:13, 116:16, 156:9, 157:1, 157:10, 158:4, 165:20, 165:23, 166:4, 169:20, 172:17, 173:18

**REPORTED** [2] - 171:12, 184:4

**REPORTER** [2] - 1:19, 187:7

**REPRESENT** [2] - 11:19, 126:17

**REPRESENTATION** [1] - 11:22

**REPRESENTED** [3] - 13:23, 160:10, 160:11

**REPRESENTS** [1] - 174:25

**REPTILE** [1] - 92:10

**REPUTATION** [2] - 51:12, 53:23

**REQUEST** [1] - 110:18

**REQUESTED** [1] - 166:12

**REQUIRED** [1] - 125:11

**REQUIREMENT** [3] - 142:18, 176:10, 178:10

**REQUIRES** [1] - 142:23

**RESEARCH** [18] - 77:7, 77:16, 77:17, 78:2, 78:16, 78:18, 78:19, 79:2, 79:19, 80:7, 81:15, 86:4, 148:19, 150:15, 150:20, 150:25, 152:3, 165:15

**RESEARCHER** [2] - 82:14, 148:17

**RESENTMENT** [1] - 71:21

**RESERVED** [1] - 41:8

**RESIDE** [2] - 38:18, 59:17

**RESIDENCE** [1] - 66:4

**RESIDENCY** [1] - 138:23

**RESIDENT** [1] - 163:24

**RESILIENCE** [1] - 86:15

**RESILIENCY** [1] - 87:3

**RESOLUTION** [4] - 101:14, 150:7, 150:9, 150:11

**RESONANCE** [4] - 99:4, 99:22, 99:23

**RESONATE** [1] - 99:20

**RESPECT** [3] - 32:22, 83:14, 107:3

**RESPECTABLE** [1] - 90:8

**RESPECTIVELY** [1] - 76:1

**RESPOND** [2] - 129:15, 133:7

**RESPONSE** [3] - 130:4, 130:5, 130:6

**RESPONSES** [1] - 130:3

**RESPONSIBILITIES** [1] - 77:12

**REST** [4] - 88:16, 98:21, 110:15, 119:18

**RESULT** [19] - 111:1, 116:21, 117:1, 118:3, 123:10, 124:5, 124:18, 124:21, 127:4, 131:18, 131:23, 131:24, 131:25, 132:3, 140:12, 156:20, 164:12

**RESULTS** [27] - 104:20, 107:21, 110:22, 116:7, 116:11, 116:14, 117:2, 119:2, 119:3, 122:1, 122:20, 122:23, 124:14, 125:13, 128:19, 129:8, 131:2, 131:5, 135:16, 139:15, 141:10, 150:24, 151:23, 157:11, 158:1, 170:10, 183:20

**RESUME** [3] - 115:15, 115:22, 186:12

**RETAKES** [1] - 3:7

**RETIRED** [2] - 6:18, 6:19

**RETIREMENT** [1] - 6:23

**REVERSE** [1] - 139:23

**REVIEW** [8] - 79:17, 79:25, 80:6, 80:23, 81:24, 122:11, 153:1, 172:3

**REVIEWED** [19] - 79:20, 79:22, 81:3, 81:4, 81:15, 81:17, 81:20, 81:22, 82:4, 82:5, 83:8, 83:9, 83:14, 84:6, 84:25, 85:6, 124:15, 131:9, 169:24

**REVIEWING** [4] - 79:23, 80:9, 156:14, 164:9

**REVISED** [1] - 80:25

**REVISITING** [1] - 71:24

**REWARD** [1] - 121:21

**RIDE** [1] - 9:15

**RIDGE** [1] - 100:23

**RIGHT-HAND** [5] - 65:19, 141:8, 142:9, 143:9, 148:9

**RIGHTS** [1] - 145:4

**RIGS** [1] - 17:25

**RISK** [1] - 86:14

**ROBBED** [1] - 7:14

**ROBBERY** [1] - 37:13

**ROBBIE** [28] - 45:11, 45:12, 45:13, 45:14, 45:16, 62:7, 63:9, 63:20, 63:24, 64:3, 64:8, 64:9, 64:10, 64:11, 64:13, 64:18, 65:21, 65:25, 66:12, 67:2, 67:10, 67:25, 68:11, 72:1, 72:4, 72:17, 72:18, 72:25

**ROBBIE'S** [1] - 63:10

**ROLE** [3] - 91:24, 100:15, 100:20

**RON** [2] - 13:12, 53:19

**RONALD** [1] - 2:8

**RONNIE** [2] - 3:7, 188:3

**ROOM** [4] - 111:10, 112:2, 112:4, 165:17

**ROOT** [2] - 111:18, 130:4

**ROUGHLY** [1] - 25:12

**ROW** [12] - 3:22, 4:15, 4:19, 4:21, 4:23, 42:18, 44:13, 44:15, 47:16, 47:18, 71:1, 71:5

**RPR** [1] - 1:19

**RUB** [1] - 101:2

**RUBBER** [2] - 90:6, 90:7

**RUBEN** [5] - 74:18, 74:19, 74:22, 74:23, 188:15

**RULE** [3] - 142:17, 142:18, 159:4

**RULED** [2] - 141:17, 158:25

**RULING** [2] - 139:13, 139:21

**RUN** [1] - 134:25

**RUNNING** [2] - 64:3, 64:19

**RURAL** [1] - 98:22

---

## S

**SADOWSKY** [1] - 107:7

**SAFE** [4] - 21:6, 21:10, 21:11, 95:1

**SALARY** [3] - 78:1, 83:5, 83:6

**SAMPLE** [12] - 111:5, 111:12, 111:20, 176:16, 177:23, 178:1, 178:5, 180:11, 180:13, 180:15, 180:19, 183:12

**SAN** [2] - 136:15, 136:16

**SANCTIONS** [1] - 161:13

**SANDRA** [2] - 162:1, 162:13

**SANTA** [1] - 52:16

**SAUNDERS** [39] - 2:5, 74:17, 74:25, 75:3, 75:6, 85:5, 85:23, 86:2, 87:24, 88:4, 88:6, 88:10, 104:10, 104:12, 106:22, 107:1, 115:10, 115:17, 115:24, 115:25, 128:25, 129:4, 129:7, 135:24, 136:1, 137:1, 140:16, 146:14, 152:11, 152:24, 153:1, 153:3, 160:20, 163:25, 164:10, 165:2, 165:6, 167:17, 188:16

**SAW** [13] - 13:11, 18:21, 18:23, 22:11, 22:12, 24:7, 24:18, 32:25, 33:2, 48:21, 49:2, 51:6, 51:8

**SCALE** [1] - 101:21

**SCAN** [26] - 83:15, 103:10, 116:2, 116:5, 116:7, 116:8, 116:11, 116:22, 119:2, 140:14, 141:18, 154:6, 154:8, 167:14, 174:6, 174:8, 174:14, 175:23, 176:5, 177:4, 180:12, 181:2, 182:4, 182:5, 183:7

**SCANNER** [8] - 101:7, 126:22, 127:2, 133:6, 150:8, 175:23, 175:24

**SCANNING** [1] - 150:17

**SCANS** [12] - 85:19, 101:14, 116:8, 138:8, 139:1, 139:9, 142:11, 142:13, 149:22, 149:24, 150:1, 150:4

**SCARCE** [1] - 163:5

**SCARED** [3] - 94:16, 94:25

**SCARY** [1] - 94:25

**SCENARIO** [1] - 79:19

**SCHEMATIC** [1] - 123:6

**SCHEMES** [3] - 35:13, 52:25, 53:2
**SCHIZOPHRENIA** [1] - 79:2
**SCHOLARS** [1] - 77:14
**SCHOOL** [13] - 6:2, 27:6, 27:11, 27:23, 28:1, 28:9, 28:19, 31:21, 75:12, 76:6, 77:20, 78:10, 138:21
**SCIENCE** [2] - 79:15, 79:16
**SCIENTIFIC** [7] - 79:5, 81:25, 117:14, 142:20, 145:2, 145:19, 146:16
**SCIENTIFICALLY** [3] - 139:10, 142:24, 143:3
**SCIENTIST** [2] - 79:16, 82:17
**SCORE** [7] - 28:8, 105:6, 105:8, 112:17, 112:18, 113:2, 160:3
**SCORES** [1] - 112:17
**SCORING** [1] - 127:11
**SCOTT** [10] - 45:9, 45:13, 45:16, 59:7, 59:8, 59:11, 66:23, 68:1, 188:12
**SCRANTON** [1] - 1:17
**SCRATCH** [1] - 130:7
**SCREAM** [1] - 94:16
**SCREAMING** [3] - 22:24, 40:23, 40:25
**SCREEN** [11] - 25:7, 63:2, 63:5, 63:18, 88:20, 94:14, 119:12, 124:20, 124:22, 128:16, 185:10
**SCREENING** [1] - 185:9
**SCRIPT** [1] - 166:7
**SEA** [3] - 89:5, 92:23, 92:24
**SEAT** [4] - 9:1, 9:16, 22:23, 94:23
**SEATED** [2] - 3:2, 115:21
**SECOND** [4] - 55:2, 86:17, 97:2, 128:10
**SECTION** [6] - 2:3, 80:3, 80:8, 80:12, 80:17, 135:3
**SECTIONS** [2] - 80:2, 80:14
**SEE** [110] - 13:10,

13:13, 23:22, 24:1, 24:3, 24:4, 24:8, 24:15, 24:25, 25:5, 25:21, 26:2, 33:21, 35:25, 36:14, 41:1, 43:3, 58:3, 68:25, 69:2, 72:16, 72:17, 78:14, 88:19, 88:23, 89:14, 91:15, 91:18, 92:5, 92:18, 92:19, 94:14, 95:11, 95:25, 97:24, 100:2, 101:7, 101:10, 101:19, 102:9, 102:12, 102:20, 103:10, 103:15, 104:3, 104:5, 104:15, 104:17, 105:20, 106:1, 106:20, 107:11, 107:13, 107:17, 107:22, 107:25, 112:21, 113:4, 113:17, 114:1, 114:3, 114:4, 119:8, 119:19, 119:25, 120:14, 121:16, 124:11, 124:22, 125:12, 126:8, 126:9, 128:9, 130:10, 130:14, 130:23, 134:11, 136:17, 136:21, 141:14, 141:19, 142:1, 143:4, 143:13, 143:14, 143:15, 143:18, 143:19, 144:14, 148:8, 154:7, 155:20, 156:13, 157:16, 157:17, 160:23, 168:9, 168:11, 168:12, 169:6, 170:19, 170:22, 171:6, 171:17, 171:20, 172:9, 172:24, 173:24, 181:6
**SEEING** [2] - 8:15, 33:23
**SEEM** [3] - 20:23, 50:22, 123:22
**SEES** [1] - 128:16
**SEGMENT** [1] - 128:10
**SEGMENTATION** [2] - 84:17, 104:18
**SEGMENTED** [3] - 102:19, 104:2, 104:21
**SEIZURE** [1] - 171:13

**SEIZURES** [3] - 93:15, 172:5, 172:6
**SELECTED** [1] - 43:8
**SELF** [1] - 133:6
**SEND** [3] - 90:13, 90:15, 95:18
**SENDING** [1] - 52:2
**SENDS** [3] - 90:5, 91:3, 109:22
**SENSE** [5] - 49:12, 88:21, 91:24, 92:7, 115:13
**SENSITIVE** [2] - 110:2, 126:6
**SENSORO** [1] - 119:24
**SENSORO-MOTOR** [1] - 119:24
**SENSORY** [2] - 114:20
**SENSORY/MOTOR** [1] - 98:10
**SENT** [4] - 60:9, 73:18, 87:8, 162:9
**SENTENCE** [1] - 172:22
**SENTENCING** [1] - 1:12
**SEPARATE** [4] - 129:16, 129:17, 130:1, 130:13
**SEQUENTIALLY** [1] - 128:17
**SEQUESTER** [1] - 123:3
**SERIOUS** [4] - 13:24, 14:3, 14:6, 58:12
**SERVE** [2] - 77:3, 79:25
**SERVED** [4] - 37:17, 76:5, 80:13, 81:7
**SERVICE** [2] - 86:15, 86:18
**SERVING** [1] - 81:4
**SET** [7] - 20:13, 43:17, 115:12, 175:13, 175:19, 176:3, 179:17
**SEVEN** [1] - 128:10
**SEVERAL** [7] - 43:13, 77:21, 78:21, 80:13, 87:5, 90:1, 154:1
**SEVERE** [4] - 158:14, 158:17, 158:19, 158:22
**SEVERELY** [1] - 157:7
**SEWING** [2] - 28:14, 30:10
**SEX** [6] - 9:25, 78:4, 92:1, 105:7, 181:2, 181:4

**SEXUAL** [4] - 10:5, 12:17, 13:19, 14:22
**SEXUALLY** [4] - 9:18, 10:6, 10:11, 10:21
**SHADES** [1] - 95:20
**SHAPED** [2] - 92:22, 92:25
**SHARE** [1] - 45:4
**SHARED** [1] - 79:2
**SHELF** [1] - 151:2
**SHIRLEY** [1] - 50:2
**SHIRT** [2] - 133:9
**SHOCKED** [1] - 94:3
**SHOOT** [1] - 133:8
**SHOOTING** [2] - 37:8, 58:19
**SHOOTS** [3] - 89:12, 89:13, 89:14
**SHOP** [1] - 17:24
**SHORT** [3] - 89:10, 89:25, 99:14
**SHORTEN** [1] - 85:23
**SHORTER** [1] - 105:9
**SHORTLY** [2] - 28:19, 136:18
**SHOT** [1] - 55:24
**SHOW** [18] - 36:8, 41:1, 62:13, 64:24, 107:5, 114:24, 116:13, 116:16, 123:9, 125:16, 133:9, 141:11, 143:2, 152:12, 157:15, 170:17, 181:2
**SHOWED** [11] - 41:19, 104:1, 114:9, 114:10, 119:3, 129:8, 133:7, 133:8, 136:5, 142:13, 144:14
**SHOWING** [4] - 41:17, 91:16, 116:10, 176:22
**SHOWN** [1] - 183:6
**SHOWS** [11] - 103:22, 104:2, 104:19, 107:20, 109:2, 113:10, 119:2, 123:21, 125:17, 125:18
**SHRINKING** [1] - 155:24
**SHRIVEL** [1] - 108:7
**SIBLINGS** [1] - 36:17
**SIC)STREAM** [1] - 96:18
**SICK** [1] - 33:18
**SIDE** [17] - 9:8, 48:21, 69:2, 69:3, 79:24,

90:18, 90:19, 90:20, 93:16, 93:19, 93:20, 107:22, 114:15, 125:18, 134:16
**SIDES** [3] - 79:18, 114:13, 114:24
**SIGNALS** [2] - 118:22, 135:6
**SIGNED** [2] - 166:4, 166:5
**SIGNIFICANCE** [1] - 114:10
**SIGNIFICANT** [2] - 114:24, 145:8
**SIGNS** [1] - 66:15
**SIMILAR** [3] - 85:1, 132:4, 185:14
**SIMILARLY** [1] - 80:19
**SIMPLE** [2] - 93:5, 93:10
**SINCERE** [1] - 51:3
**SINGLE** [1] - 150:9
**SINUSES** [1] - 170:15
**SISTER** [11] - 5:6, 5:13, 5:14, 7:8, 8:2, 9:6, 17:18, 17:19, 27:15, 27:16, 49:5
**SISTERS** [1] - 39:11
**SIT** [6] - 10:11, 14:9, 94:13, 160:1, 168:15, 173:25
**SITS** [1] - 100:24
**SITTING** [2] - 9:7, 91:21
**SITUATION** [4] - 50:14, 87:13, 94:21, 113:21
**SITUATIONS** [3] - 106:16, 118:11, 135:12
**SIX** [7] - 6:22, 6:24, 6:25, 23:14, 25:13, 70:24, 103:23
**SIZE** [10] - 105:15, 106:2, 106:5, 113:5, 160:16, 163:8, 163:11, 166:1, 166:16, 170:6
**SKEPTICAL** [1] - 51:2
**SKEW** [1] - 110:9
**SKEWED** [1] - 135:4
**SKIN** [1] - 89:11
**SKIPPED** [1] - 159:18
**SKIPPING** [1] - 85:13
**SLEPT** [1] - 13:2
**SLICE** [2] - 101:17, 150:9
**SLIDE** [14] - 91:15, 98:25, 99:2, 99:3, 103:18, 103:20,

104:24, 105:2, 106:18, 116:10, 118:24, 118:25, 128:18, 147:19
**SLIDES** [3] - 106:23, 106:25, 147:18
**SLOMSKY** [1] - 1:10
**SLOW** [3] - 61:1, 61:8, 130:18
**SLOWLY** [3] - 60:25, 100:4, 100:18
**SMALL** [20] - 22:14, 31:24, 31:25, 39:17, 54:24, 76:22, 100:4, 155:8, 155:11, 155:12, 156:10, 157:2, 157:4, 157:11, 159:1, 159:4, 160:14, 160:17, 163:8, 163:11
**SMALLER** [10] - 39:17, 102:5, 105:14, 113:23, 155:16, 155:20, 161:19, 161:24, 180:19, 180:20
**SMALLEST** [1] - 100:5
**SMART** [1] - 98:15
**SMELL** [1] - 95:8
**SMELLS** [1] - 110:2
**SMOOTH** [1] - 100:22
**SNAKE** [3] - 92:5, 92:6, 92:9
**SNAPSHOT** [3] - 166:22, 167:5, 167:11
**SNEEZE** [1] - 101:1
**SNIFF** [1] - 95:12
**SO-CALLED** [2] - 77:23, 80:2
**SO...** [2] - 85:21, 177:16
**SOCIAL** [3] - 157:13, 158:3, 158:12
**SOCIETIES** [2] - 78:13, 79:5
**SODOMIZED** [1] - 13:3
**SOFTWARE** [2] - 123:11, 148:23
**SOLDIER** [1] - 86:17
**SOLICITED** [1] - 52:16
**SOM** [1] - 121:14
**SOMEONE** [13] - 3:22, 4:15, 42:25, 48:22, 66:22, 68:25, 114:3, 121:11, 124:1, 128:15, 132:20, 135:2, 163:9

**SOMEPLACE** [1] - 22:22
**SOMETIMES** [12] - 19:3, 23:6, 23:7, 23:9, 23:11, 30:5, 30:6, 31:10, 93:13, 98:22, 135:11
**SOMEWHERE** [1] - 25:2
**SON** [12] - 31:13, 45:8, 62:5, 62:8, 68:17, 68:19, 69:6, 72:1, 72:3, 72:9, 72:12, 73:20
**SON'S** [1] - 62:6
**SOON** [2] - 67:2, 68:1
**SOPHISTICATED** [1] - 150:5
**SORRY** [7] - 3:13, 11:24, 22:6, 85:16, 160:20, 161:12, 168:21
**SORT** [8] - 23:10, 82:20, 92:22, 102:7, 125:18, 141:7, 153:14, 184:12
**SORTS** [4] - 107:8, 113:22, 135:8, 185:22
**SOUND** [4] - 70:18, 96:7, 96:12, 129:1
**SOUNDED** [2] - 158:6, 158:20
**SOUTH** [1] - 107:17
**SPACE** [3] - 87:23, 128:11, 155:24
**SPAN** [1] - 109:3
**SPANISH** [2] - 108:20, 108:23
**SPATIAL** [3] - 114:21, 127:12, 130:24
**SPATIALLY** [1] - 121:5
**SPEAKING** [1] - 108:24
**SPEAKS** [2] - 64:13, 121:3
**SPECIAL** [1] - 66:22
**SPECIALTIES** [1] - 76:13
**SPECIFIC** [6] - 9:11, 139:16, 143:20, 163:12, 170:5, 173:21
**SPECIFICALLY** [2] - 4:16, 157:6
**SPEECH** [1] - 98:11
**SPEED** [7] - 129:11, 129:20, 130:2, 130:13, 130:14,

130:17, 130:18
**SPELL** [5] - 17:4, 31:22, 38:8, 59:9, 74:20
**SPEND** [9] - 18:24, 19:1, 19:2, 19:4, 19:6, 19:11, 19:12, 20:20, 87:8
**SPENT** [6] - 19:3, 19:14, 20:21, 39:18, 108:14, 130:19
**SPINAL** [14] - 84:18, 91:22, 91:23, 91:24, 92:2, 92:4, 92:6, 95:4, 100:12, 100:17, 100:19, 100:20, 102:8, 121:20
**SPOT** [1] - 82:22
**SPREAD** [2] - 97:22, 109:13
**SPREADS** [1] - 104:7
**SQUARE** [3] - 111:17, 111:18, 130:4
**SQUARED** [1] - 111:18
**STABLE** [1] - 130:6
**STAND** [11] - 3:7, 7:22, 70:5, 98:4, 99:19, 115:18, 115:22, 128:2, 134:10, 134:12, 145:11
**STANDARD** [22] - 82:13, 111:24, 111:25, 112:2, 112:6, 112:8, 112:16, 112:19, 112:20, 113:6, 119:4, 119:20, 120:11, 120:12, 128:7, 179:7, 179:9, 179:18, 179:19, 179:23
**STANDARDS** [1] - 81:24
**STANDS** [2] - 80:17, 128:4
**STANFORD** [1] - 76:3
**START** [8] - 33:15, 60:24, 77:17, 91:7, 134:14, 146:24, 153:11
**STARTED** [8] - 28:16, 33:12, 50:8, 60:18, 60:20, 61:13, 108:17, 134:9
**STARTING** [2] - 66:6, 151:16
**STARTS** [2] - 107:17,

108:1
**STATE** [11] - 17:4, 38:8, 42:6, 42:12, 59:9, 74:20, 75:25, 167:15, 167:18, 167:22, 167:23
**STATEMENT** [1] - 158:13
**STATES** [6] - 1:1, 1:3, 1:15, 2:2, 3:3, 141:3
**STATUS** [3] - 79:7, 79:10, 79:11
**STAY** [2] - 21:3, 87:17
**STAYED** [5] - 21:2, 28:11, 29:20, 35:16, 43:22
**STEM** [6] - 91:20, 91:21, 91:22, 92:4, 92:6
**STENOTYPE** [1] - 1:23
**STENOTYPE-COMPUTER** [1] - 1:23
**STEP** [6] - 16:19, 37:23, 38:1, 59:4, 73:24, 112:10
**STEPHEN** [2] - 171:4, 171:16
**STEPS** [1] - 98:5
**STICK** [1] - 40:18
**STILL** [18] - 43:17, 43:19, 57:1, 57:23, 92:13, 93:16, 100:19, 120:7, 132:11, 135:11, 136:9, 136:12, 139:5, 145:11, 145:13, 152:3, 158:17
**STOLEN** [1] - 34:17
**STOP** [7] - 22:9, 22:10, 91:8, 134:15, 134:18, 186:9, 186:10
**STOPPING** [1] - 134:9
**STORAGE** [1] - 93:11
**STORY** [4] - 35:7, 35:8, 50:16, 51:24
**STRAIGHT** [2] - 110:1, 158:4
**STRATEGIES** [1] - 130:22
**STREAM** [3] - 96:15, 96:16, 96:17
**STREAMS** [1] - 96:15
**STREET** [6] - 1:16, 1:20, 2:4, 2:7, 2:10, 7:13
**STRENGTH** [2] - 99:7,

99:8
**STRESS** [1] - 87:23
**STRETCH** [1] - 42:9
**STRIKE** [1] - 51:8
**STRIKING** [2] - 51:6, 51:7
**STRIP** [1] - 56:5
**STROKE** [6] - 153:24, 158:20, 158:22, 168:8, 170:2, 173:23
**STRONG** [1] - 99:6
**STRUCTURAL** [4] - 84:4, 84:5, 110:17, 170:13
**STRUCTURE** [1] - 99:4
**STRUCTURES** [6] - 91:17, 92:17, 92:21, 93:3, 119:13
**STUCK** [2] - 40:17, 98:22
**STUDENTS** [1] - 176:15
**STUDIES** [6] - 87:5, 107:6, 107:7, 126:20, 127:2, 184:8
**STUDY** [21] - 79:21, 80:2, 80:3, 80:8, 80:11, 80:14, 80:17, 84:15, 86:24, 87:1, 103:21, 105:16, 109:2, 123:1, 130:8, 161:22, 162:12, 163:4, 171:2, 172:16, 184:5
**STUDYING** [1] - 27:19
**STUFF** [5] - 20:15, 34:17, 51:10, 97:9, 170:15
**SUBCORTICAL** [4] - 116:25, 118:18, 119:14, 126:7
**SUBGENUAL** [2] - 182:16, 183:10
**SUBJECT** [4] - 81:9, 127:6, 128:11, 130:7
**SUBJECTIVE** [1] - 143:11
**SUBMISSION** [1] - 142:24
**SUBMIT** [3] - 80:19, 131:12, 164:17
**SUBMITTING** [1] - 81:2
**SUBPOENA** [3] - 164:3, 164:13, 165:3
**SUBSPECIALTY** [1] - 76:15
**SUBSTANCE** [1] - 157:19

**SUBSTANTIAL** [1] - 145:7
**SUBSTANTIALLY** [1] - 169:5
**SUBSTITUTIONS** [1] - 53:16
**SUBTLE** [5] - 94:11, 181:4, 182:12, 183:21, 184:4
**SUBTRACT** [1] - 111:13
**SUBTRACTION** [1] - 111:17
**SUCCESSFUL** [3] - 5:24, 36:18, 37:3
**SUDDEN** [1] - 130:7
**SUE** [2] - 38:10, 38:11
**SUFFERED** [4] - 5:12, 12:9, 157:25, 183:16
**SUFFICIENTLY** [3] - 89:9, 117:17, 177:23
**SUFFOCATED** [1] - 118:12
**SUGAR** [8] - 117:13, 117:17, 117:20, 117:23, 117:24, 118:1, 118:3
**SUGGEST** [4] - 172:6, 172:8, 173:10, 184:1
**SUICIDE** [2] - 86:14, 86:20
**SUITE** [3] - 1:16, 2:7, 2:14
**SULCAL** [3] - 156:4, 156:7, 156:8
**SUM** [1] - 111:17
**SUMMER** [4] - 19:4, 19:6, 19:8, 19:10
**SUPERIOR** [5] - 119:17, 119:22, 120:1, 120:2, 125:21
**SUPPLIES** [1] - 17:25
**SUPPLY** [2] - 100:17, 118:6
**SUPPORT** [6] - 122:16, 131:5, 131:7, 139:15, 143:10, 148:21
**SUPPORTS** [1] - 78:19
**SURGEON** [2] - 91:3, 91:12
**SURGERY** [7] - 90:24, 91:2, 93:23, 93:25, 94:1, 121:9
**SURPRISE** [2] - 178:19, 178:22
**SURPRISED** [1] - 26:10
**SURROUND** [1] -

99:25
**SURROUNDED** [1] - 89:2
**SURROUNDING** [3] - 89:18, 99:7, 102:6
**SURROUNDS** [4] - 90:6, 90:10, 100:14, 102:8
**SUSPECT** [1] - 91:11
**SUSTAIN** [1] - 146:18
**SUZANNE** [2] - 1:19, 187:8
**SWIM** [1] - 89:5
**SWORN** [4] - 17:3, 38:7, 59:8, 74:19
**SYNAGOGUES** [1] - 176:17
**SYNTHETIC** [2] - 117:16, 117:20
**SYNTHETICALLY** [1] - 121:6
**SYSTEM** [11] - 50:12, 92:20, 92:22, 95:7, 95:8, 98:10, 121:21, 127:3, 134:5, 134:20

# T

**TAB** [2] - 149:5, 175:11
**TAKING** [3] - 34:2, 34:13, 107:9
**TALKS** [3] - 45:14, 45:16, 176:16
**TALL** [1] - 112:5
**TAMMY** [1] - 55:2
**TASK** [1] - 126:25
**TASKS** [1] - 126:20
**TEACH** [5] - 27:22, 77:19, 77:25, 78:1, 78:5
**TEACHING** [1] - 77:12
**TEAM** [2] - 28:1, 28:5
**TECHNICAL** [1] - 148:21
**TECHNICALLY** [1] - 166:12
**TECHNOLOGIES** [1] - 151:1
**TECHNOLOGY** [7] - 83:10, 84:7, 84:14, 84:19, 85:1, 86:5, 150:12
**TEENAGE** [1] - 36:11
**TEENAGER** [2] - 22:14, 23:1
**TEENAGERS** [1] - 98:15
**TELEPHONE** [2] - 45:18, 45:22

**TEMPORAL** [20] - 96:4, 96:9, 96:11, 109:20, 112:23, 113:10, 113:13, 114:15, 114:18, 114:19, 115:9, 119:10, 120:2, 126:2, 127:15, 132:16, 133:23, 133:24
**TEMPORAL/ PARIETAL** [3] - 127:19, 130:25, 131:8
**TEN** [4] - 29:2, 44:4, 44:5, 44:6
**TEND** [3] - 132:24, 134:6, 183:24
**TENDS** [1] - 183:23
**TENURE** [2] - 75:17, 83:5
**TERM** [2] - 80:13, 167:4
**TERMINAL** [2] - 89:18, 89:22
**TERMINALS** [2] - 89:15, 89:16
**TERMINATED** [1] - 43:24
**TERMS** [5] - 80:13, 97:13, 97:14, 129:8, 172:4
**TERRE** [5] - 15:20, 42:16, 42:17, 42:21, 61:19
**TEST** [25] - 86:16, 87:20, 105:7, 122:22, 123:7, 123:9, 123:25, 126:16, 127:3, 127:5, 127:8, 127:10, 127:22, 128:5, 128:6, 128:13, 128:16, 129:8, 129:11, 129:13, 150:24, 151:23, 160:2, 184:11
**TESTED** [5] - 159:21, 159:24, 159:25, 175:22, 181:15
**TESTIFIED** [20] - 5:1, 15:18, 109:6, 120:7, 122:7, 137:18, 137:23, 139:3, 144:20, 146:21, 147:3, 147:5, 148:24, 149:6, 151:4, 156:21, 166:21, 176:4,

177:12, 177:25
**TESTIFY** [1] - 147:5
**TESTIFYING** [4] - 27:3, 144:24, 146:24, 147:11
**TESTIMONY** [21] - 3:4, 88:16, 115:23, 138:7, 139:8, 139:19, 139:22, 139:24, 141:9, 141:18, 142:11, 143:22, 144:9, 144:12, 145:24, 146:3, 152:20, 153:2, 168:15, 176:24, 179:16
**TESTING** [36] - 83:11, 84:25, 85:9, 87:6, 88:11, 110:23, 110:25, 115:13, 117:1, 122:3, 123:23, 124:13, 124:19, 124:24, 124:25, 125:7, 125:8, 126:12, 127:4, 127:13, 128:19, 128:20, 128:25, 129:3, 131:2, 131:5, 131:9, 132:10, 135:15, 135:19, 136:2, 136:3, 136:4, 149:16, 149:18, 166:7
**TESTINGS** [1] - 126:15
**TESTS** [15] - 86:25, 87:17, 105:6, 123:4, 123:5, 123:20, 125:11, 126:1, 126:6, 126:17, 126:25, 127:1, 128:17, 130:25, 179:5
**TEXT** [1] - 143:16
**THEATER** [2] - 94:13, 94:15
**THEMSELVES** [6] - 99:10, 99:13, 102:5, 123:15, 133:13, 154:22
**THEORY** [1] - 123:11
**THERE** [138] - 6:12, 6:15, 6:18, 6:19, 9:15, 18:13, 18:20, 18:25, 19:10, 25:3, 25:6, 25:7, 27:20, 28:9, 28:15, 30:14, 31:19, 31:20, 32:14, 32:18, 33:25, 34:4,

39:7, 42:3, 43:9, 43:11, 43:15, 47:9, 50:3, 51:11, 53:23, 55:7, 55:21, 57:21, 57:22, 60:15, 60:18, 60:23, 61:8, 61:20, 63:1, 63:2, 63:9, 65:16, 66:18, 67:24, 69:11, 71:16, 74:1, 76:5, 76:9, 79:23, 81:24, 82:6, 82:23, 83:13, 83:23, 84:5, 85:7, 85:9, 87:7, 87:9, 87:11, 89:22, 90:17, 90:21, 92:14, 94:23, 95:8, 95:25, 96:24, 97:13, 97:17, 97:21, 98:20, 99:14, 99:19, 103:4, 104:3, 104:4, 104:13, 105:7, 105:12, 108:13, 109:11, 110:8, 111:15, 112:9, 113:7, 117:18, 118:6, 119:11, 119:15, 120:8, 120:16, 120:18, 120:22, 123:15, 124:5, 124:11, 125:3, 125:20, 129:21, 131:3, 133:10, 135:7, 139:11, 143:19, 144:7, 144:11, 145:7, 146:15, 151:3, 153:4, 153:20, 160:1, 163:3, 167:8, 167:10, 167:14, 168:16, 170:2, 170:13, 170:14, 171:20, 172:22, 173:23, 178:10, 179:11, 180:6, 181:3, 184:1
**THERE'S** [3] - 43:16, 100:3, 109:25
**THEREABOUTS** [1] - 180:22
**THEREAFTER** [1] - 164:5
**THEREFORE** [2] - 4:22, 97:17
**THEY'RE** [1] - 102:3
**THICKNESS** [1] - 101:18
**THINKING** [4] - 55:21, 98:18, 98:21, 130:20
**THIRD** [3] - 2:10, 55:2, 109:1

**THIRDS** [2] - 111:24, 112:3
**THIRSTY** [1] - 92:1
**THOROUGHLY** [1] - 144:10
**THOUGHTS** [2] - 66:23, 67:23
**THOUSAND** [1] - 105:24
**THREATENED** [1] - 13:18
**THREATENING** [1] - 94:9
**THREE** [17] - 29:24, 29:25, 49:19, 55:24, 73:16, 80:8, 84:17, 101:11, 101:15, 103:23, 105:18, 105:24, 107:5, 112:8, 119:20, 160:5, 179:23
**THREE-DIMENSIONAL** [2] - 101:11, 101:15
**THRIVE** [2] - 114:5, 157:22
**THROUGHOUT** [3] - 87:17, 119:16, 159:14
**THROW** [1] - 92:3
**TICKLE** [1] - 97:18
**TIGER** [1] - 94:14
**TIP** [1] - 90:2
**TISSUE** [9] - 91:23, 92:13, 113:19, 113:20, 117:6, 154:10, 156:2, 156:3
**TODAY** [10] - 59:21, 61:23, 138:7, 145:25, 146:12, 156:19, 167:23, 182:21, 183:2
**TOE** [1] - 90:3
**TOGETHER** [11] - 13:2, 39:18, 54:2, 57:24, 58:2, 96:21, 98:3, 105:8, 105:12, 130:2, 162:16
**TOGETHERS** [1] - 48:13
**TOMBSTONE** [1] - 44:3
**TOMOGRAPHY** [1] - 117:16
**TOMORROW** [1] - 186:12
**TOOK** [8] - 29:20, 33:20, 35:6, 123:18, 145:14, 162:4, 167:2, 167:11

**TOOL** [3] - 150:16, 150:20, 152:3
**TOP** [9] - 21:19, 92:9, 92:10, 92:11, 92:12, 96:16, 100:24, 107:20, 109:17
**TOPIC** [1] - 163:7
**TOTALLY** [1] - 136:22
**TOUCH** [3] - 32:1, 32:6, 32:8
**TOWARD** [2] - 87:12, 150:2
**TOWARDS** [1] - 71:22
**TOWN** [3] - 31:24, 31:25
**TOXIC** [2] - 118:2, 118:5
**TRACK** [2] - 82:3, 97:3
**TRADITIONAL** [1] - 129:10
**TRAFFIC** [1] - 98:22
**TRAINING** [3] - 77:21, 123:1, 138:25
**TRANSCRIPT** [5] - 1:24, 151:16, 152:12, 176:20, 187:2
**TRANSCRIPTION** [1] - 1:24
**TRANSLATED** [1] - 101:20
**TRAUMA** [1] - 171:14
**TRAUMATIC** [2] - 172:8, 173:10
**TRAVEL** [1] - 106:14
**TRAVELS** [2] - 89:11, 96:9
**TRAVIS** [2] - 2:8, 2:9
**TREAT** [3] - 21:14, 31:13, 93:13
**TREATED** [3] - 31:14, 169:6, 181:21
**TREATING** [1] - 154:3
**TRIAL** [6] - 54:5, 122:8, 139:12, 139:19, 143:21, 144:5
**TRICK** [1] - 140:23
**TRIED** [3] - 146:11, 165:1, 181:22
**TRIP** [1] - 9:4
**TROUBLE** [4] - 24:11, 33:12, 34:8, 34:12
**TRUE** [17] - 4:24, 7:3, 8:16, 14:11, 14:12, 54:16, 54:17, 146:22, 149:6, 152:1, 152:4, 159:15, 160:17, 178:11, 183:18,

185:1, 185:12
**TRULY** [1] - 43:18
**TRUST** [1] - 135:11
**TRUTH** [1] - 25:20
**TRUTHFUL** [1] - 51:12
**TRY** [17] - 9:24, 47:9, 67:25, 79:19, 79:21, 79:22, 80:7, 86:18, 88:14, 97:21, 99:13, 124:13, 129:25, 130:21, 176:13, 176:17, 176:18
**TRYING** [5] - 9:22, 49:12, 54:9, 72:8, 140:23
**TUBE** [2] - 99:6
**TUMOR** [9] - 153:22, 154:7, 158:23, 159:7, 159:8, 168:8, 170:2, 170:14, 173:23
**TUMORS** [1] - 159:9
**TURN** [7] - 83:17, 84:23, 111:21, 119:11, 141:6, 142:8, 171:11
**TURNED** [3] - 22:23, 164:4, 164:11
**TURNING** [2] - 9:12, 153:10
**TURNS** [3] - 107:25, 111:21, 112:6
**TV** [2] - 20:12, 35:9
**TWICE** [5] - 8:1, 24:3, 44:14, 49:8, 49:9
**TWIN** [2] - 87:18, 87:19
**TWO** [49] - 20:6, 29:24, 30:18, 41:11, 47:21, 47:22, 49:17, 49:18, 49:19, 55:21, 63:15, 71:8, 78:22, 82:15, 92:17, 92:20, 92:21, 96:14, 102:10, 102:11, 111:24, 112:3, 112:6, 119:20, 120:11, 120:12, 120:21, 120:25, 121:8, 121:11, 121:14, 123:3, 129:16, 129:17, 129:19, 130:25, 141:7, 141:9, 148:3, 150:9, 152:2, 163:15, 164:8, 173:14, 179:7, 179:25, 184:8
**TWO-MILLIMETER** [1] - 150:9

**TWO-THIRDS** [2] - 111:24, 112:3
**TYPE** [18] - 12:16, 20:9, 39:21, 40:3, 40:4, 40:9, 41:1, 41:2, 77:25, 81:20, 84:3, 84:12, 86:5, 86:12, 86:22, 127:13, 131:19, 184:11
**TYPES** [1] - 93:7
**TYPICAL** [1] - 130:20

## U

**U.S** [1] - 108:15
**UGLY** [5] - 21:20, 21:21, 22:17, 22:18, 23:1
**UH** [6] - 28:2, 31:2, 32:5, 32:15, 32:21, 48:5
**ULTIMATELY** [1] - 143:8
**UM** [1] - 30:16
**UM-HUM** [1] - 30:16
**UNCLE** [4] - 13:11, 53:18, 53:19, 73:10
**UNDER** [7] - 90:25, 107:18, 109:25, 136:24, 140:20, 148:19, 186:15
**UNDERGOING** [1] - 90:23
**UNDERGRADUATE** [2] - 77:18, 78:4
**UNDERGRADUATES** [1] - 77:15
**UNDERLYING** [1] - 142:24
**UNFORTUNATELY** [1] - 151:12
**UNIFORMITY** [1] - 122:22
**UNIFORMLY** [1] - 184:3
**UNIQUELY** [1] - 92:12
**UNIT** [2] - 106:2, 106:5
**UNITED** [6] - 1:1, 1:3, 1:15, 2:2, 3:3, 141:3
**UNITS** [3] - 112:16, 112:17, 119:4
**UNIVERSITY** [15] - 75:12, 75:15, 75:23, 76:1, 76:4, 77:2, 77:13, 77:14, 78:10, 148:6, 162:13, 162:23, 175:4, 176:1
**UNLESS** [3] - 85:9, 168:4, 173:20

**UNLIKE** [2] - 129:10, 181:1
**UNLIKELY** [1] - 185:15
**UNMARKED** [1] - 43:2
**UNRELIABLE** [1] - 139:10
**UNUSUAL** [1] - 57:18
**UNUSUALLY** [1] - 162:19
**UP** [40] - 15:20, 18:18, 25:5, 31:6, 38:20, 38:21, 40:16, 44:7, 52:19, 59:14, 62:15, 63:18, 68:18, 68:20, 85:23, 87:13, 91:18, 98:4, 98:14, 101:9, 101:10, 107:24, 109:2, 111:15, 113:25, 116:10, 117:21, 124:20, 127:24, 128:14, 131:24, 133:8, 142:5, 147:17, 147:19, 148:8, 160:19, 162:4, 162:22
**UPBRINGING** [1] - 138:4
**UPDATE** [1] - 175:10
**UPDATED** [4] - 149:12, 149:16, 149:22, 175:15
**UPDATES** [2] - 149:15, 175:12
**UPDATING** [1] - 149:14
**UPPER** [1] - 107:22
**UPSIDE** [1] - 95:18
**USEFUL** [1] - 170:4
**USES** [3] - 82:10, 90:8, 185:19
**UTILIZING** [1] - 127:6

## V

**V.A** [2] - 6:24, 77:4
**VACANT** [1] - 40:12
**VALID** [2] - 142:25, 143:3
**VALIDATED** [1] - 83:2
**VALIDITY** [1] - 84:16
**VALUABLE** [2] - 68:14, 68:22
**VALUE** [8] - 46:7, 46:11, 46:16, 111:12, 112:15, 112:18, 139:18
**VALUES** [5] - 103:11, 113:2, 113:17,

118:12, 118:13
**VARIOUS** [4] - 24:11, 81:14, 92:8, 183:17
**VENOUS** [1] - 153:23
**VENTRAL** [1] - 96:16
**VENTRICLE** [1] - 156:6
**VENTRICLES** [9] - 100:15, 112:24, 113:15, 113:24, 114:2, 155:11, 155:20, 155:23, 156:1
**VENTRICULAR** [1] - 170:6
**VERBAL** [6] - 5:16, 5:17, 5:18, 93:19, 114:22, 121:3
**VERBALLY** [1] - 22:12
**VERDICT** [2] - 139:23, 139:24
**VERIFY** [1] - 148:18
**VERSED** [1] - 124:2
**VERSIONS** [1] - 127:10
**VERSUS** [7] - 3:4, 81:20, 104:20, 141:3, 146:16, 151:7, 176:25
**VERTICAL** [3] - 95:23, 95:24, 105:20
**VETERANS** [3] - 6:21, 77:4, 77:6
**VIABILITY** [1] - 108:9
**VIBRATE** [1] - 99:22
**VIBRATION** [1] - 99:22
**VIBRATIONS** [2] - 99:24, 100:1
**VIEW** [3] - 63:3, 71:18, 91:17
**VIGILANCE** [1] - 128:8
**VIOLENT** [1] - 185:6
**VIOLIN** [1] - 108:11
**VIOLINIST** [1] - 108:11
**VIRGINIA** [2] - 6:11, 6:24
**VISION** [2] - 95:12, 109:15
**VISIT** [5] - 8:1, 15:24, 36:2, 36:4, 44:12
**VISITED** [6] - 15:19, 16:15, 19:25, 44:14, 61:18, 94:1
**VISITS** [2] - 44:16, 44:17
**VISUAL** [10] - 93:20, 95:7, 95:9, 96:10, 109:11, 109:12,

109:18, 109:23, 114:21
**VITAE** [1] - 75:10
**VIVID** [1] - 8:19
**VOICE** [3] - 45:15, 96:12, 133:2
**VOLUME** [30] - 102:24, 103:2, 103:4, 103:5, 103:14, 103:16, 104:25, 105:5, 105:10, 105:16, 105:18, 105:21, 105:23, 106:3, 106:10, 107:3, 107:4, 107:23, 107:25, 108:1, 113:9, 113:10, 113:12, 113:16, 113:24, 114:2, 114:10, 170:5
**VOLUMES** [5] - 103:6, 111:3, 111:4, 113:14, 114:9
**VOTE** [1] - 80:10
**VOTED** [1] - 79:10
**VOXEL** [3] - 101:24, 102:16, 102:24
**VOXELS** [2] - 101:16, 101:24

### W

**WAFFENSCHMIDT** [1] - 2:9
**WAGONER** [3] - 38:19, 39:1, 39:7
**WAITED** [1] - 123:12
**WAIVED** [1] - 145:4
**WALK** [2] - 94:2, 98:4
**WALKED** [1] - 21:22
**WALKING** [2] - 134:14
**WALL** [1] - 134:15
**WANES** [1] - 183:16
**WANTS** [3] - 15:13, 128:15, 148:17
**WASHINGTON** [2] - 1:16, 2:4
**WATCHED** [1] - 20:12
**WATER** [3] - 100:6, 100:7, 136:24
**WATERS** [1] - 2:9
**WAXES** [1] - 183:16
**WAYS** [2] - 98:16, 121:11
**WEDDING** [1] - 50:3
**WEDNESDAY** [1] - 1:8
**WEEK** [2] - 19:6, 19:11
**WEEKEND** [1] - 19:4

**WEEKENDS** [3] - 19:3, 19:12, 19:15
**WEIGHED** [1] - 163:2
**WEIGHT** [7] - 105:11, 107:4, 107:9, 107:12, 107:13, 163:4, 163:6
**WEIGHTLESSNESS** [1] - 87:11
**WEIGHTS** [1] - 107:12
**WEST** [2] - 2:10, 108:15
**WESTERN** [1] - 30:13
**WHEREAS** [4] - 105:22, 106:4, 113:12, 121:4
**WHIPPING** [1] - 21:19
**WHITE** [26] - 1:19, 84:18, 101:21, 102:1, 102:2, 102:3, 102:4, 102:13, 102:17, 102:21, 102:25, 103:3, 103:7, 104:4, 104:6, 105:1, 105:19, 105:25, 106:4, 106:13, 107:23, 108:4, 109:2, 187:8
**WHOLE** [8] - 20:11, 87:8, 103:7, 105:17, 113:6, 127:10, 136:23, 183:18
**WIDTH** [1] - 101:16
**WIFE** [7] - 50:2, 79:3, 94:1, 163:18, 165:23, 166:5
**WIGGLE** [1] - 92:7
**WILBUR** [5] - 55:4, 55:7, 55:8
**WILLIAMSPORT** [1] - 2:11
**WILMA** [1] - 5:6
**WILSON** [2] - 172:2, 172:10
**WINDOW** [1] - 96:2
**WISE** [1] - 168:13
**WISH** [1] - 67:23
**WISHED** [1] - 43:4
**WITELSON** [2] - 162:2, 162:13
**WITNESS** [29] - 15:8, 15:12, 16:21, 16:22, 16:23, 16:25, 17:3, 17:6, 21:16, 37:24, 37:25, 38:5, 38:7, 38:10, 52:18, 59:6, 59:8, 59:11, 73:25, 74:16, 74:19, 74:22, 115:22, 129:2, 143:25, 153:5,

167:21, 186:14, 188:2
**WITNESSED** [1] - 21:18
**WOLFSON** [2] - 170:22, 172:15
**WONDERING** [1] - 85:8
**WONDERS** [1] - 98:15
**WOO** [7] - 163:21, 163:23, 165:24, 165:25, 166:4, 166:13, 170:13
**WOODEN** [1] - 21:25
**WORD** [5] - 97:4, 99:23, 133:25, 142:14, 153:25
**WORDS** [4] - 5:5, 12:6, 12:8, 84:13
**WORKS** [3] - 90:13, 91:15, 127:7
**WORLD** [8] - 22:25, 80:23, 92:16, 95:6, 121:1, 121:5, 121:12, 162:10
**WORLDWIDE** [1] - 82:2
**WORRIED** [1] - 94:24
**WORRYING** [1] - 181:3
**WORSE** [6] - 132:5, 132:8, 132:9, 168:22, 169:5
**WORSENED** [1] - 169:4
**WORTH** [1] - 181:2
**WRITING** [3] - 61:13, 66:19, 173:18
**WRITTEN** [2] - 53:12, 67:20
**WROTE** [6] - 14:11, 15:22, 24:20, 83:13, 166:7

### Y

**YEAR** [18] - 6:15, 23:25, 27:14, 27:15, 28:11, 28:12, 31:20, 49:8, 49:9, 63:25, 64:7, 80:8, 87:6, 87:9, 97:24, 98:2, 123:13
**YEARS** [64] - 6:12, 6:13, 6:14, 6:22, 6:25, 7:2, 7:10, 8:12, 8:23, 11:11, 11:21, 14:18, 16:7, 19:7, 22:13, 24:8, 24:25, 25:1, 25:21, 26:12,

29:1, 29:3, 30:14, 30:15, 32:7, 32:9, 36:11, 39:7, 44:4, 44:5, 44:6, 46:10, 47:13, 47:21, 47:22, 49:17, 49:18, 49:19, 49:25, 50:25, 51:1, 51:2, 56:22, 56:24, 60:17, 63:15, 70:24, 73:16, 77:18, 78:21, 80:13, 94:2, 108:14, 109:3, 109:4, 135:10, 157:24, 167:12, 175:10, 175:15, 179:20
**YELL** [1] - 8:16
**YELLING** [3] - 8:17, 9:12, 51:5
**YESTERDAY** [5] - 5:1, 8:11, 8:19, 12:8, 15:19
**YIELD** [4] - 153:14, 153:16, 154:21, 155:4
**YOUNG** [7] - 7:12, 22:14, 23:2, 26:11, 28:15, 36:9, 104:4
**YOUNGER** [7] - 18:11, 18:12, 18:17, 30:23, 39:16, 40:7, 56:17
**YOUNGEST** [1] - 30:21
**YOURSELF** [5] - 12:3, 14:5, 138:19, 167:4, 184:5

### Z

**ZERO** [3] - 107:14, 111:15, 112:18