UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA          :   CRIMINAL NUMBER


            V.


DAVID PAUL HAMMER                  :   4:96-CR-239


                          MONDAY, 6-23-14
                          COURTROOM 15B
                          PHILADELPHIA, PA 19106


_____
      BEFORE THE HONORABLE JOEL H. SLOMSKY, J.
_____

                          DAY 9


_____

APPEARANCES:

JOHN C. GURGANUS, JR., ESQUIRE       FOR THE GOVERNMENT
UNITED STATES ATTORNEYS OFFICE
MIDDLE DISTRICT OF PENNSYLVANIA
235 N. WASHINGTON STREET, SUITE 311
PO BOX 309
SCRANTON, PA 18501


            SUZANNE R. WHITE, RPR, FCRR, CM
               OFFICIAL COURT REPORTER
             FIRST FLOOR U. S. COURTHOUSE
                601 MARKET STREET
             PHILADELPHIA, PA 19106
                (215)627-1882


PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

CONTINUED APPEARANCES:

AMANDA HAINES, ESQUIRE                    FOR THE GOVERNMENT
UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL DIVISION
CAPITAL CRIMES SECTION
1331 F. STREET, N.W.
WASHINGTON, D.C. 20530

ANNE SAUNDERS, ESQUIRE                    FOR THE DEFENDANT
FEDERAL PUBLIC DEFENDER
MIDDLE DISTRICT OF PENNSYLVANIA
100 CHESTNUT STREET, SUITE 300
HARRISBURG, PA 17101

RONALD C. TRAVIS, ESQUIRE                 FOR THE DEFENDANT
REIDERS, TRAVIS, HUMPHREY,
HARRIS, WATERS & WAFFENSCHMIDT
161 WEST THIRD STREET
PO BOX 215
WILLIAMSPORT, PA 17703-0215

JAMES MORENO, ESQUIRE                     FOR THE DEFENDANT
JAMES MCHUGH, ESQUIRE
FEDERAL COMMUNITY DEFENDER
EASTERN DISTRICT OF PENNSYLVANIA
SUITE 540 - THE CURTIS CENTER
PHILADELPHIA, PA 19106

(THE CLERK OPENS COURT.)

MS. SAUNDERS:  YOUR HONOR, DR. HYDE WAS ON A TRAIN THAT WAS DELAYED COMING FROM BALTIMORE AND LAST I HEARD HE WAS IN A CAB ON HIS WAY.  THAT WAS ABOUT FIVE MINUTES AGO OR TEN MINUTES AGO.

THE COURT:  DO YOU HAVE A VERDICT SLIP?

MR. MORENO:  YOUR HONOR, WE JUST FINISHED OUR VERSION OF IT.  I JUST TALKED TO MR. GURGANUS ABOUT IT.  I WILL BE PROVIDING IT TO HIM TODAY.  IT ACTUALLY ENDED UP BEING A LOT MORE WORK THAN I HAD INITIALLY ANTICIPATED, BUT WE WILL BE PROVIDING IT TO THE GOVERNMENT TODAY.

MR. GURGANUS:  HOPEFULLY, JUDGE, BY TOMORROW MORNING WE WILL BE IN A SITUATION WHERE WE CAN PROVIDE IT TO YOU.

THE COURT:  OKAY.

WE ARE WAITING FOR THIS WITNESS.

MS. SAUNDERS:  YES, YOUR HONOR.  I APOLOGIZE.

THE COURT:  I WANT MR. HAMMER TO KNOW.

MS. SAUNDERS:  DR. HYDE WAS DELAYED ON THE TRAIN.  HE SHOULD BE HERE MOMENTARILY.  DID YOU HEAR THAT?

(PAUSE.)

YOUR HONOR, THE DEFENSE CALLS DR. HYDE.

THOMAS HYDE, PLAINTIFF'S WITNESS, SWORN.

THE CLERK:  STATE AND SPELL YOUR FULL NAME FOR THE RECORD, PLEASE.

THE WITNESS:  THOMAS M. HYDE, H-Y-D-E.

DIRECT EXAMINATION - QUALIFICATIONS

BY MS. SAUNDERS:

Q.    GOOD MORNING, DR. HYDE.

A.    GOOD MORNING.

Q.    HOW ARE YOU EMPLOYED, DR. HYDE?

A.    I AM CURRENTLY THE CHIEF OPERATING OFFICER OF THE WILL HE BE BETTER, L-I-E-B-E-R, INSTITUTE FOR BRAIN DEVELOPMENT IN BALTIMORE, MARYLAND.  I'M ALSO A FACULTY OF JOHNS HOPKINS UNIVERSITY SCHOOL OF MEDICINE AND I DO SOME PRIVATE CONSULTING WORK.

Q.    I AM SHOWING YOU WHAT HAS BEEN MARKED DEFENDANT'S EXHIBIT 125.

CAN YOU IDENTIFY THAT FOR ME, PLEASE, DOCTOR?

A.    YES, IT'S MY CURRICULUM VITAE.

Q.    WHERE DID YOU GO TO SCHOOL?

A.    I ATTENDED UNDERGRADUATE SCHOOL, GRADUATE SCHOOL AND MEDICAL SCHOOL AT THE UNIVERSITY OF PENNSYLVANIA HERE IN PHILADELPHIA.

Q.    AND DID YOU OBTAIN ANY ADVANCED DEGREES?

A.    YES.  I HAVE AN M.D. AND A PH.D.

Q.    AND THE PH.D. IS IN WHAT?

A.    IT WAS IN THE DEPARTMENT OF ANATOMY WITH A
SPECIALTY IN NEUROANATOMY AND NEUROSCIENCE.

Q.    AND ARE YOU CURRENTLY LICENSED TO PRACTICE
ANYWHERE?

A.    YES.  I HAVE LICENSES ACTIVELY IN MARYLAND AND
CALIFORNIA.

Q.    WHAT IS YOUR SPECIALTY?

A.    I'M A BEHAVIORAL NEUROLOGIST.

Q.    CAN YOU JUST FOR THE COURT IDENTIFY WHAT A
NEUROLOGIST IS OR WHAT THAT AREA INVOLVES?

A.    NEUROLOGY IS THE DISCIPLINE WHICH HANDLES
DISEASES OF THE BRAIN AND MUSCULAR SYSTEMS.

Q.    IN THE COURSE OF YOUR EXPERIENCE, HAVE YOU
WORKED AS -- HAVE YOU WORKED AS A PHYSICIAN IN OTHER
AREAS AS WELL?

A.    I HAVE DONE SOME GENERAL INTERNAL MEDICINE WORK
AS WELL AND SOME PSYCHIATRIC WORK AS WELL.

Q.    IN THE COURSE OF YOUR EXPERTISE DO YOU COMMONLY
RELY ON REPORTS AND RECORDS FROM OTHER PHYSICIANS WITH
REGARDS TO AN INDIVIDUAL'S MEDICAL CARE OR MEDICAL
STATUS?

A.    THEY ARE ESSENTIAL.

Q.    AND HAVE YOU BEEN QUALIFIED AS AN EXPERT IN
OTHER COURTS?

A.      YES, I HAVE.

Q.      AND WHAT COURTS HAVE YOU BEEN QUALIFIED IN?

A.      I HAVE BEEN QUALIFIED IN STATE AND FEDERAL COURT IN ARIZONA, FLORIDA, GEORGIA, NORTH CAROLINA, DISTRICT OF COLUMBIA, VIRGINIA, MARYLAND.  AND I'M TRYING TO REMEMBER IF I HAVE BEEN IN PENNSYLVANIA IN THE PAST.  I MAY HAVE BEEN FOR ONE CASE.

MS. SAUNDERS:  YOUR HONOR, I WOULD OFFER DR. HYDE AS AN EXPERT IN NEUROLOGY AND GENERAL MEDICINE.

MS. HAINES:  NO OBJECTION, YOUR HONOR.

THE COURT:  ALL RIGHT.  SO QUALIFIED.

DIRECT EXAMINATION

BY MS. SAUNDERS:

Q.      DR. HYDE, AT MY REQUEST I ASKED YOU TO REVIEW A NUMBER OF MR. HAMMER'S MEDICAL RECORDS.  IS THAT FAIR TO SAY?

A.      MANY MEDICAL RECORDS, IT'S FAIR TO SAY.

MS. SAUNDERS:  COURT'S INDULGENCE.

(PAUSE.)

BY MS. SAUNDERS:

Q.      I'M SHOWING YOU WHAT HAS BEEN MARKED AS DEFENDANT'S EXHIBIT NUMBER 126, DOCTOR.  DO YOU RECOGNIZE THAT?

A.      YES.  THAT WAS MY INITIAL REPORT ON MR. HAMMER.

Q.      AND DOES THAT REPORT LIST THE DOCUMENTS THAT YOU

RELIED ON IN REACHING YOUR CONCLUSIONS?

A.    YES.

Q.    THAT WOULD BE ON PAGE 1 AND CARRYING OVER TO PAGE 2?

A.    THAT'S CORRECT.

Q.    AFTER YOU CONDUCTED THE RECORDS REVIEW AND ISSUED THIS REPORT, DID THERE COME A TIME WHEN YOU THEN HAD AN IN-PERSON EVALUATION OF MR. HAMMER?

A.    YES, THIS SPRING.

Q.    WHEN WAS THAT, IF YOU RECALL?

A.    THIS SPRING.

Q.    I AM SHOWING YOU WHAT HAS BEEN MARKED AS DEFENDANT'S EXHIBIT 127, AND WHAT IS THAT?

A.    THIS WAS MY SUPPLEMENTAL REPORT AFTER I MET WITH MR. HAMMER ON MAY 6.

Q.    AND YOU CONDUCTED A NEUROLOGICAL IN-PERSON EVALUATION OF HIM AT THAT TIME?

A.    YES, I DID.

Q.    FINALLY, ONE MORE TIME, IN THE COURSE OF YOUR RECORDS REVIEW, DID COME ACROSS ANY BOP MEDICAL RECORDS THAT INVOLVED CLINICAL SUMMARIES OF THE STATUS OF MR. HAMMER'S MEDICAL CONDITION?

A.    YES, THERE WERE MANY.  THEY WERE ISSUED AT REGULAR INTERVALS THROUGHOUT HIS INCARCERATION.

Q.    I'M SHOWING YOU WHAT HAS BEEN MARKED AS

DEFENDANT'S EXHIBIT 128, DOCTOR.  CAN YOU IDENTIFY THAT DOCUMENT?

A.      YES.

Q.      AND WHAT IS IT?

A.      THIS IS A SUMMARY OF A CLINICAL ENCOUNTER WITH PRISON MEDICAL PERSONNEL FROM DECEMBER 23RD, 2013.

Q.      OKAY.  IF YOU CAN GO, PLEASE, TO PAGE 3 OF THAT DOCUMENT.  AND UNDER ASSESSMENT, WHAT DOES IT LIST THERE?

A.      IT LISTS ALL OF THE ACTIVE AND IMPORTANT CONDITIONS THAT THIS INMATE IS SUFFERING FROM.

Q.      I'M GOING TO GO THROUGH JUST A NUMBER OF THEM, SPECIFICALLY, IN SORT OF THREE DIFFERENT CATEGORIES. THE DOCUMENT LISTS -- THE SECOND ONE DOWN, CORONARY ATHEROSCLER.  IS THAT RIGHT?

A.      WELL, THAT IS A SHORTENED FORM.  THESE ARE SOME UNUSUAL ABBREVIATIONS THEY PUT IN HERE, BUT THEY'RE TALKING ABOUT CORONARY ARTERY ATHEROSCLEROSIS.

Q.      WHAT IS THAT?

A.      CORONARY ARTERY ATHEROSCLEROSIS IS A BUILDUP OF CHOLESTEROL PLAQUES ON THE ARTERIES OF THE HEART.  AND WHEN THEY SEAL OFF THE BLOOD VESSEL, AND THEY ARE TYPICALLY SEEN IN SOME OF THE MAJOR BLOOD VESSELS OF THE HEART, IT CAUSES A LACK OF BLOOD TO AN AREA OF THE HEART MUSCLE WHICH WE CALL A HEART ATTACK.

Q.      AND IN YOUR REVIEW OF MR. HAMMER'S RECORDS, DID YOU NOTE WHETHER OR NOT HE HAD BEEN HOSPITALIZED AS A RESULT OF THIS CONDITION?

A.      YES, HE HAS.

Q.      AND DID YOU NOTE WHETHER THEY HAD DONE ANY SPECIFIC TREATMENT TO ALLEVIATE THE SITUATION?

A.      WELL, THEY PUT A STENT IN, WHICH IS A PIECE OF METAL WHICH HOLDS OPEN THE ARTERY.  IT IS A LESS INVASIVE WAY OF DEALING WITH AN ARTERY WHICH IS ABOUT TO CLOSE UP AND CAUSE A HEART ATTACK.

Q.      ARE YOU AWARE WHICH ARTERY IT WAS THAT THEY PUT THE STENT IN?

A.      I WOULD HAVE TO LOOK AT THE RECORDS.  I THINK IT WAS THE LEFT ANTERIOR DESCENDING ARTERY, ALSO KNOWN AS A WIDOW MAKER, BECAUSE IF YOU INFARCT IT OFTENTIMES IT CAUSES DEATH, BUT I WOULD HAVE TO CHECK THE EXACT RECORD.

Q.      AFTER HE HAD THIS PARTICULAR STENT INSERTED, DID YOU NOTE WHETHER OR NOT THERE WERE SUBSEQUENT TIMES WHEN MR. HAMMER WAS HOSPITALIZED AS A RESULT OF CHEST PAINS OR OTHER SYMPTOMATOLOGY CONSISTENT WITH ARTERY DISEASE?

A.      YES, HE WAS HOSPITALIZED.

Q.      THE BOP RECORDS IN THIS DOCUMENT CLASSIFY THIS CONDITION AS:  CHRONIC; TREATMENT GOAL ATTAINED.

        DO YOU SEE THAT?

A.      YES.

Q.      DO YOU KNOW WHAT THAT MEANS?

A.      THAT MEANS THAT THEY THINK THAT HE IS NOT HAVING ACTIVE SYMPTOMS OF AN OCCLUDED OR VERY NARROWED ARTERY. SO THE TREATMENT GOAL WOULD GENERALLY THE ALLEVIATION OF WHAT WE CALL SUBSTERNAL OR UNDER THE BREAST BONE CHEST PAIN THAT IS ASSOCIATED WITH A LACK OF BLOOD FLOW OR ABSENCE OF BLOOD FLOW TO PARTS OF THE HEART.  WE CALL IT ANGINA.

Q.      DOES THAT MEAN THAT HE IS CURED OF HEART DISEASE?

A.      NO.

Q.      DOES HE NEED TO CONTINUE WITH CERTAIN TYPES OF TREATMENT IN ORDER TO MAINTAIN HIS CURRENT TREATMENT GOAL ATTAINED CLASSIFICATION?

A.      YES.  AND THAT WOULD INVOLVE KEEPING HIS BLOOD PRESSURE UNDER CONTROL, KEEPING HIS TRIGLYCERIDES AND CHOLESTEROL UNDER CONTROL, KEEPING HIS DIABETES UNDER CONTROL, BEING ON A PROPER DIET, A HEART HEALTHY DIET, AND ALSO GENERALLY PUT PEOPLE ON ASPIRIN OR SOME TYPE OF BLOOD THINNER.

Q.      THE SUMMARY ALSO INDICATES THAT MR. HAMMER SUFFERS FROM HYPERLIPIDEMIA.  DO YOU SEE THAT?

A.      YES, I DO.

Q.      WHAT IS HYPERLIPIDEMIA?

A.      IT MEANS YOU HAVE TOO MUCH TRIGLYCERIDES OR FAT CIRCULATING IN YOUR BLOODSTREAM AND THAT IS ASSOCIATED WITH A RISK OF PROGRESSION IN ATHEROSCLEROTIC DISEASE, PRIMARILY IN THE HEART.  IT CAN ALSO BE IN THE BRAIN, CAUSING A STROKE, OR IN THE KIDNEYS, CAUSING RENAL FAILURE.

Q.      OKAY.  THE BOP DOCUMENT IN THIS EXHIBIT INDICATES THAT THE CONDITION IS:  CURRENT, CHRONIC, NOT IMPROVED, SAME.  WHAT DOES THAT TELL YOU?

A.      IT MEANS THEY ARE HAVING A GREAT DEAL OF DIFFICULTY GETTING HIS TRIGLYCERIDES INTO A NORMAL RANGE WHICH WOULD BE ASSOCIATED WITH BETTER CONTROL OF THE PROGRESSION OF ATHEROSCLEROTIC DISEASE.

Q.      IF IT REMAINS OUT OF CONTROL OR RATHER NOT CONTROLLED, WHAT ARE THE POSSIBILITIES FOR MR. HAMMER?

A.      WELL, IN HIS CASE, SINCE WE ALREADY KNOW THAT HE HAS ACTIVE DISEASE IN THE HEART, IT'S PROBABLY GOING TO PROGRESS IN THE HEART AND THAT WILL LEAD TO EITHER HEART ATTACKS OR PROBABLY A NEED FOR SOME TYPE OF INTERVENTION, PERHAPS ANGIOPLASTY, PERHAPS ANOTHER STENT, MORE LIKELY A CORONARY ARTERY BYPASS AND GRAFT SURGERY.

Q.      THE DOCUMENT, DEFENDANT'S EXHIBIT 128 ASSESSMENT, ALSO INDICATES THAT MR. HAMMER SUFFERS FROM DIABETES MELLITUS TYPE II, ADULT ONSET.  DO YOU SEE

THAT?

A.    YES.

Q.    WHAT IS THAT?

A.    WELL, THERE ARE TWO TIMES OF DIABETES.  ONE IS CHILDHOOD ONSET, WHERE GENERALLY THERE IS SOME TYPE OF DISORDER OF THE PANCREAS WHICH CAUSES THE PANCREAS TO STOP PRODUCING INSULIN, AND THAT IS LESS COMMON THAN DIABETES TYPE II, WHICH IS USUALLY ADULT ONSET.  IT HAS GENETIC PROPENSITIES, BUT IS ALSO ASSOCIATED WITH OBESITY, AND DIETARY PROBLEMS.  AND GENERALLY WITH PEOPLE WITH TYPE II DIABETES, THEY EITHER DON'T PRODUCE ENOUGH INSULIN OR THEY HAVE WHAT WE CALL INSULIN RESISTANCE, MEANING THAT THE TISSUES ARE NOT SENSITIVE TO INSULIN SO THEY NEED ADDITIONAL MEDICATION AND/OR INSULIN SUPPLEMENTATION ALONG WITH DIETARY MANIPULATIONS.

Q.    THE BOP DOCUMENT INDICATES THAT THIS CONDITION IS:  CURRENT, CHRONIC, NOT IMPROVED, SAME.  WHAT DOES THAT TELL YOU?

A.    GENERALLY THAT PEOPLE ONCE THEY DEVELOP TYPE II DIABETES, THEY HAVE IT FOR THE REST OF THEIR LIFE.  AND IN HIS CASE, HIS APPEARS TO BE SOMETHING THAT IS ONGOING AND WILL BE ONGOING FOR THE FORESEEABLE FUTURE.  HE DOES NOT HAVE VERY GOOD CONTROL OF HIS BLOOD GLUCOSE, MEANING THAT HE IS SUSCEPTIBLE TO A VARIETY OF COMPLICATIONS

RELATED TO THIS DISORDER.

Q.        DID YOU NOTE IN THE RECORDS SOME INDICATION OF SOME COMPLICATIONS ALREADY BEGINNING WITH REGARDS TO MR. HAMMER?

A.        YES.

Q.        WHAT WERE THOSE COMPLICATIONS?

A.        WELL, WE ALREADY TOUCHED UPON THE ATHEROSCLEROTIC DISEASE OF THE HEART.  THERE MAY BE SOME EVIDENCE OF ATHEROSCLEROTIC DISEASE OF THE CEREBRAL ARTERIES, BUT WE HAVE NOT QUITE NAILED THAT YET, BUT HE HAS SOME WORRISOME SYMPTOMS.  HE HAS DIABETIC RETINOPATHY AND MACULAR EDEMA RELATED TO THIS.

Q.        WHAT IS DIABETIC RETINOPATHY?

A.        FOR SOME REASON THAT IS NOT ENTIRELY CLEAR, THE RETINA OF THE EYE IS PARTICULARLY SENSITIVE TO POORLY CONTROLLED DIABETES.  WHAT HAPPENS IS YOU GET LITTLE ANEURYSMS IN THE BLOOD VESSELS OF THE RETINA.  YOU CAN GET LITTLE OCCLUSIONS OF THE BLOOD VESSELS OF THE RETINA.  BASICALLY YOU GET LITTLE STROKES OF THE RETINA. AS YOU BLOCK OFF THESE BLOOD VESSELS, THEY NARROW.  THEN YOU GET A PROLIFERATION OF ADDITIONAL NEW BLOOD VESSELS TO MAKE UP FOR THOSE DEAD OR BLOCKED BLOOD VESSELS SO THE RETINA DOES NOT LOSE ALL ITS BLOOD SUPPLY.  BUT THOSE BLOOD VESSELS ARE VERY FRAGILE AND WE CALL THIS NEOVASCULARIZATION OR ANGIOGENESIS.  AND THOSE NEW

LITTLE BLOOD VESSELS ARE VERY PRONE TO RUPTURES.  SO YOU GET HEMORRHAGES IN THE EYE OR IN THE MACULA, WHICH IS THE NERVE GOING OUT OF THE EYE TO THE BRAIN.  SO THE END RESULT IS VISUAL LOSS AND BLINDNESS, THE LEADING CAUSE OF ACQUIRED BLINDNESS IN THIS COUNTRY.

Q.    HOW ABOUT MACULAR EDEMA?

A.    MACULAR EDEMA IS SWELLING OF THE NERVE AND THAT COMES GENERALLY FROM EITHER INSUFFICIENT BLOOD FLOW OR LITTLE HEMORRHAGES WITHIN THE MACULA ITSELF.

Q.    DOES THAT ALSO AFFECT VISION?

A.    YES.  THAT IS PARTICULARLY BAD BECAUSE THAT IS CENTRAL VISION.  AND THAT IS YOUR MOST FOCUSED ACCURATE VISION.  AND THE LACK OF THAT VISION IS REALLY TERRIBLE. SO YOU WILL SEE PEOPLE WHO HAVE HAD SEVERE MACULAR EDEMA SO THEY LOSE THEIR CENTRAL VISION.  THEY HAVE SOME PERIPHERAL VISION SO THEY CAN NAVIGATE A LITTLE BIT AND THEY CAN SEE LIGHT AND DARK.  BUT THEY REALLY CAN'T READ.  THEY HAVE DIFFICULTY RECOGNIZING FACES.  IT'S REALLY QUITE TERRIBLE.

Q.    THE BOP DOCUMENT THAT YOU HAVE IN FRONT OF YOU LISTS BOTH THE RETINOPATHY AND THE MACULAR EDEMA AS CHRONIC CONDITIONS FOR MR. HAMMER.  IS THAT FAIR TO SAY?

A.    YES.

Q.    DO THEY NOT ALSO LIST THAT THE CONDITION IS NOT IMPROVED AT THIS POINT?

A.      YES.   SEVERE NONPROLIFERATIVE DIABETIC RETINOPATHY, CHRONIC, CURRENT AND NOT IMPROVED.

Q.      ONCE AN INDIVIDUAL STARTS HAVING THE SYMPTOMS OR THE ISSUES WITH REGARDS TO RETINOPATHY, IS THERE A WAY TO REVERSE THE DAMAGE?

A.      WELL, YOU CAN ARREST IT.  THAT IS TO SAY YOU CAN STOP IT FROM PROGRESSING WITH VERY TIGHT CONTROL OF YOUR BLOOD GLUCOSE.  THERE ARE LASER TREATMENTS TO REMOVE SOME OF THESE PROLIFERATING BLOOD VESSELS THAT ARE PRONE TO HEMORRHAGE.  SO THERE ARE TREATMENTS FOR IT, BUT AT BEST, YOU CAN ARREST THE PROCESS.  AT THIS POINT WE DO NOT HAVE A WAY OF RESTORING VISION TO THOSE PARTS OF THE RETINA THAT HAVE ALREADY BEEN PERMANENTLY DAMAGED.

Q.      IN MR. HAMMER'S CASE IN YOUR REVIEW OF THE RECORDS HAS MR. HAMMER BEEN WHAT ONE MIGHT CALL COMPLIANT WITH HIS DOCTOR'S RECOMMENDATIONS WITH REGARDS TO MEDICATION, EXERCISE AND DIET?

A.      I WOULD SAY GENEROUSLY SPEAKING HE HAS BEEN INTERMITTENTLY COMPLIANT AT BEST, AND FREQUENTLY NONCOMPLIANT.

Q.      WERE THERE TIMES WHEN HE STOPPED TAKING ALL MEDICATION COMPLETELY?

A.      YES.

Q.      WERE THERE TIMES WHEN, AS A RESULT OF HIS NOT TAKING THE MEDICATION, HE SUFFERED SOME SETBACK WITH

REGARDS TO HIS DISEASES?

A.      YES.   WE HAVE SEEN -- PARTICULARLY WITH RESPECT TO HIS NEUROPATHY AND HIS RETINOPATHY WE HAVE SEEN A PROGRESSION OVER THE YEARS.

Q.      AND HAS HE AS A RESULT BEEN TAKEN TO OUTSIDE INDIANA EYE SPECIALISTS AND OTHER HOSPITALS, BASED ON YOUR RECORDS REVIEW?

A.      HE HAS SEEN MULTIPLE SPECIALISTS DURING HIS CARDIAC HOSPITALIZATIONS.  HE'S ALSO SEEN OPHTHALMOLOGICAL SPECIALISTS AT A VARIETY OF TIMES DUE TO A PROGRESSION IN HIS DIABETIC RETINOPATHY AND MACULAR EDEMA.

Q.      DOES THE ONSET OF DIABETES CAUSE OTHER ISSUES?

A.      YES, IT DOES.

Q.      WHAT OTHER ISSUES?

A.      WELL, IN HIS CASE THE NEUROPATHY IS ALMOST CERTAINLY ATTRIBUTABLE TO HIS DIABETES AND THE LACK OF CONTROL OF HIS DIABETES.

Q.      WHAT DO YOU MEAN BY NEUROPATHY?

A.      NEUROPATHY MEANS BASICALLY DAMAGE TO YOUR PERIPHERAL NERVES.  EVERY PART OF YOUR BODY HAS NERVES IN IT, ESPECIALLY YOUR EXTREMITIES.  WE RELY ON THOSE IN ORDER TO INTERACT WITH OUR ENVIRONMENT.  AND SO THERE ARE FIVE MODALITIES OF SENSATION THAT ARE CONDUCTED BY THESE PERIPHERAL NERVES.  VERY BRIEFLY THEY ARE:

POSITION SENSE, LIGHT TOUCH, VIBRATORY SENSE, PAIN AND TEMPERATURE.  AND THE LONGER THE NERVE IS IN THE BODY, THAT IS THE NERVES IN THE FEET WHICH ARE -- COME FROM YOUR SPINAL CORD, THAT IS THE LONGEST NERVES IN THE BODY, ARE MORE SUSCEPTIBLE TO DAMAGE FROM DIABETES.

Q.     IN YOUR REVIEW OF THE RECORDS OF MR. HAMMER DID YOU NOTE WHETHER OR NOT THERE WERE SUCH CONSEQUENCES?

A.     YES.  HE HAS SUFFERED FROM DAMAGE TO THE NERVES FROM DIABETES.

Q.     IN WHAT AREAS OF THE BODY HAVE YOU NOTED WHETHER OR NOT THERE WERE ISSUES WITH REGARD TO THAT?

A.     THEY STARTED IN HIS FEET AND THEY HAVE CONTINUED TO PROGRESS UP HIS LEGS.  NOW HE IS STARTING TO HAVE SYMPTOMS IN HIS FINGERTIPS AS WELL.

Q.     NOW, THE EYE ISSUES, THE RETINOPATHY, THE MACULAR EDEMA, AS WELL AS THE NEUROPATHY, HOW DOES THAT IMPACT MR. HAMMER'S MOBILITY?

A.     WELL, IT'S A BIG PROBLEM.  HE CAN'T SEE VERY WELL BECAUSE OF HIS RETINOPATHY.  SO HE IS FREQUENTLY NOT WATCHING THE SUBTLETIES OF HIS ENVIRONMENT VERY WELL.  HE HAS SOME WEAKNESS IN HIS LOWER EXTREMITIES. HE HAS ALMOST COMPLETE LACK OF SENSATION IN HIS FEET. AND SO BECAUSE OF THAT, HE IS VERY PRONE TO STUMBLING, FALLING, AND LOSING HIS BALANCE.

Q.     WHEN YOU SAW HIM IN MAY OF THIS YEAR, WERE YOU

ABLE TO EXAMINE HIM FOR SIGNS OF THAT -- OF THE PROGRESSION OF HIS NEUROPATHY?

A.    WELL, BECAUSE I DIDN'T SEE HIM AT INTERVALS, I CAN'T SAY PROGRESSION.  WHAT I CAN SAY IS THAT AT THE TIME I SAW HIM, HE HAD A MODERATELY SEVERE DISTAL SENSORY MOTOR DIABETIC NEUROPATHY.

Q.    AND THAT WOULD IMPACT HIS MOBILITY?

A.    HIS GAIT AND BALANCE ARE TERRIBLY AFFECTED BY THIS PROBLEM, AND THEY WILL CONTINUE TO BE AFFECTED BY THIS PROBLEM.

Q.    THAT WAS MY NEXT QUESTION.  IS THIS SOMETHING THAT CAN BE HEALED AND REVERSED?

A.    WE HAVE NO WAY OF REVERSING IT EFFECTIVELY AT THE CURRENT TIME.  AT BEST WE CAN ARREST OR SLOW ITS PROGRESS WITH VERY TIGHT CONTROL OF HIS DIABETES.  AND MAYBE THERE IS SOME BENEFIT FROM REGULAR EXERCISE.

Q.    DID THE RECORDS THAT YOU REVIEWED ALSO NOTE PROBLEMS MR. HAMMER RECENTLY HAS BEEN HAVING WITH FOOT ULCERS?

A.    YES.

Q.    AND IS THAT RELATED TO THE DIABETES?

A.    YES, IT IS.

Q.    AND WHAT DID YOU NOTE WITH REGARDS TO THE FOOT ULCERS?

A.    HE HAS HAD FOOT ULCERS FOR A NUMBER OF YEARS.

BASICALLY PEOPLE WITH DIABETES TEND TO GET CALLUSES ON THEIR FEET, PROBABLY BECAUSE THEIR GAIT GETS CHANGED SOMEWHAT AND THEY ALSO HAVE DECREASED BLOOD FLOW TO THEIR FEET.  OFTENTIMES THESE CALLUSES BECOME PAINFUL, THICKENED PIECES OF SKIN.  YOU CAN GET INFECTIONS UNDER THE CALLUSES.  SOMETIMES THE CALLUSES CRACK AND THEY ALSO CAUSE A LOT OF PAIN AND BLEEDING AND A SOURCE OF INFECTION.  BECAUSE OF THE CALLUSES THEY ARE OFTEN ANOTHER IMPEDIMENT TO PEOPLE WITH DIABETES WITH RESPECT TO THEIR GAIT AND BALANCE.

Q.      IN MR. HAMMER'S CASE, BASED ON YOUR INFORMATION AND THE RECORDS REVIEW AND YOUR EVALUATION OF HIM, IS HE SOMEONE WHO WOULD BE ABLE TO PARTICIPATE IN THE CARDIOVASCULAR TYPE OF EXERCISE NECESSARY IN ORDER TO KEEP HIS ARTERIES CLEAR?

A.      HE WOULD HAVE A GREAT DEAL OF DIFFICULTY BECAUSE OF HIS MULTIPLE PROBLEMS, ESPECIALLY HIS PAINFUL NEUROPATHY.  SO THE NEUROPATHY NOT ONLY IS ASSOCIATED WITH A LACK OF SENSATION AND WEAKNESS, ALSO AS THESE NERVES ARE DAMAGED, THEY SEND OFF ERRONEOUS PAIN SENSATIONS.  YOU GET A LOT OF BURNING OR ELECTRICAL SENSATIONS IN THE EXTREMITIES THAT ARE WORSENED BY EXERCISE.  JUST ABOUT THE ONLY EXERCISE WHICH IS COMFORTABLE FOR PEOPLE WITH DIABETIC NEUROPATHY IS SWIMMING AND I DON'T THINK THAT IS OFFERED AT THIS

INSTITUTION.  BUT RIDING A BICYCLE, DOING A STAIR CLIMBER OR EVEN JUST WALKING CAN BE VERY PAINFUL AND VERY DIFFICULT.

Q.      NOW, THE NEUROPATHY THAT YOU DISCUSSED AND THE ULCERS, THOSE ARE ALSO LISTED ON THIS BOP 128, IS THAT CORRECT?

A.      YES.

Q.      AND THAT WOULD BE THE POLYNEUROPATHY AND DIABETES AND THE ULCER OF THE OTHER PART OF THE FOOT?

A.      CORRECT.

Q.      DOCTOR, ON THE SAME FORM THERE IS ALSO -- IT ALSO LISTS A DEGENERATION OF LUMBAR OR LUMBOSACRAL INTERVERTEBRAL DISCS.  WHAT DOES THAT MEAN?

A.      IT SAYS:  DEGENERATION OF LUMBAR OR LUMBOSACRAL INTERVERTEBRAL DISCS.  IT MEANS BASICALLY HE HAS A LOT OF PROGRESSIVE ARTHRITIS IN THE LOWER SPINE, IN THE LOWER BACK, AND THAT IS DUE TO A DEGENERATION OF THE DISCS THAT HAS BEEN SUBSTANTIATED BY MRI SCAN.  AND SO BASICALLY WHAT YOU ARE HAVING IS, YOU ARE HAVING THICKENING OF THE LIGAMENTS.  YOU'RE GETTING BONE SPURS. THE DISCS ARE CRUNCHING DOWN.  BASICALLY YOUR LOWER SPINE IS BECOMING VERY DYSFUNCTIONAL AND ANATOMICALLY DISTORTED.

Q.      AND IN YOUR REPORT YOU MENTION SCIATICA AND OTHER ISSUES.  IS THAT -- IS THAT CONSISTENT WITH WHAT

YOU FOUND -- YOU FIND IN THIS PARTICULAR DOCUMENT?

A.     YES.

Q.     IS THAT THE SAME ISSUE WITH REGARDS TO THE SPINE AND THE DISCS?

A.     SO WHAT HAPPENS IS AS ALL OF THIS ARTHRITIS PROGRESSES YOU HAVE ALL THESE NERVES COMING OFF THE SPINAL CORD, AND THESE BONE SPURS AND THESE THICKENED LIGAMENTS AND THE ALTERED ARCHITECTURE OF THE LOWER BACK CAUSES PINCHING OF THOSE NERVES.  THAT PINCHING CAUSES REFERRED PAIN DOWN THE LEG, WHICH WE CALL SCIATICA.  IT ALSO CONTRIBUTES TO PAIN, WEAKNESS AND NUMBNESS IN THE LOWER EXTREMITIES.  ALSO SADLY, IF IT GETS REALLY BAD, IT CAN ALSO CAUSE PROBLEMS WITH BOWEL AND BLADDER FUNCTION.

Q.     DID YOU SEE INDICATIONS IN THE RECORDS OF MR. HAMMER HAVING ISSUES WITH BOWEL AND BLADDER ISSUES?

A.     HE'S HAD SOME.  HE'S HAD SOME.  IT'S A LITTLE WORRISOME.  IT'S NOT QUITE CLEAR IF IT'S RELATED TO THE DIABETIC NEUROPATHY OR HIS SPINAL STENOSIS AND LOWER BACK PROBLEMS.

Q.     NOW, THIS CONDITION WITH REGARDS TO HIS SPINE, IS THAT CURABLE?

A.     NOT REALLY.  SPINAL STENOSIS IS A VERY DEBILITATING PROCESS.  YOU CAN DO SOME EXTENSIVE SURGERIES AND BASICALLY TRY TO RECONSTRUCT THE WHOLE

LOWER BACK.  THOSE SURGERIES ARE VERY DIFFICULT AND PROBABLY RISKY IN SOMEBODY WHO ALREADY HAS CARDIAC DISEASE BECAUSE OF THE LENGTH OF THE SURGERIES AND THE POTENTIAL FOR CARDIAC COMPLICATIONS.

Q.     EVEN IF MR. HAMMER WERE TO COMPLETELY COOPERATE WITH WHATEVER TREATMENT IS RECOMMENDED BY THE PHYSICIANS AT THE BOP, WOULD THIS CONDITION IMPROVE?

A.     NO.

Q.     AND HOW DOES THIS CONDITION AFFECT MR. HAMMER'S MOBILITY?

A.     WELL, IT CAUSES A LOT OF SPASM IN THE MUSCLES IN HIS LOWER BACK, A LOT OF TIGHTNESS, DIFFICULTY BENDING. AS I SAID BEFORE, THERE IS CHRONIC PAIN, PARTICULARLY WITH ACTIVITY, ANY TYPE OF STRENUOUS ACTIVITY IN PARTICULAR, OR REGULAR EXERCISE.  SO IT'S SORT OF A DOUBLE WHAMMY BETWEEN HAVING THIS DEGENERATIVE PROBLEM WHICH LIMITS HIS EXERCISE AND HAVING HIS PROBLEMS WITH CARDIAC DISEASE AND DIABETES, WHICH WOULD BE BEST IF HE WAS ABLE TO EXERCISE REGULARLY.

Q.     THE SUMMARY ALSO INDICATES THAT MR. HAMMER SUFFERS FROM NERVE PAIN, NEURALGIA AND NEURITIS.  DOES THAT -- IS THAT SIMILAR TO WHAT YOU WERE JUST DISCUSSING OR IS THAT A DIFFERENT CONDITION ALTOGETHER?

A.     WELL, THE NERVE PAIN AND NEURALGIA, NEURITIS, COULD BE REFERRING TO THE PAIN FROM THE DIABETIC

NEUROPATHY, BUT ALSO COULD BE DUE TO THE PAIN OF THE PINCHING OF THE NERVE ROOTS AS THEY COME OFF THE SPINE. RADICULITIS SPECIFICALLY IS REFERRING TO INFLAMMATION AND PAIN ASSOCIATED WITH PINCHING OF NERVE ROOTS.

Q.     THIS PARTICULAR CONDITION -- WHEN YOU HAD YOUR EVALUATION WITH MR. HAMMER, DID HE INDICATE TO YOU WHETHER HE WAS STILL TAKING SOME TYPE OF MEDICATION?

A.     YES.  HE IS TAKING OVER-THE-COUNTER ANTIINFLAMMATORY MEDICATION ON A ALMOST DAILY BASIS FOR PROPHYLACTIC PAIN CONTROL.  IT HAS BEEN WORKING REASONABLY WELL FOR PAIN CONTROL, BUT IT DOESN'T REVERSE THE CONDITION.  IT JUST ALLEVIATES ONE OF THE SYMPTOMS.

MS. SAUNDERS:  COURT'S INDULGENCE.

(PAUSE.)

BY MS. SAUNDERS:

Q.     DOCTOR, AFTER YOU CONDUCTED YOUR IN-PERSON EVALUATION AND YOUR RECORDS REVIEW, DID YOU REACH A CONCLUSION TO A REASONABLE DEGREE OF MEDICAL CERTAINTY WITH REGARD TO MR. HAMMER'S CONDITION?

A.     YES, I DID.

Q.     WHAT WAS THAT CONCLUSION?

A.     THAT HE HAS SEVERAL CONDITIONS THAT ARE IRREVERSIBLE AND ALMOST ALWAYS PROGRESSIVE.  THESE INCLUDE THE SPINAL STENOSIS, THE DIABETIC NEUROPATHY AND THE DIABETIC RETINOPATHY.  THESE CONDITIONS WILL

PROBABLY AT LEAST BE PERMANENT IN THEIR CURRENT STATE AND WILL PROBABLY CONTINUE TO WORSEN WITH TIME.  IN THEIR CURRENT STATE THEY ALREADY IMPOSE MAJOR LIMITATIONS ON HIS ABILITY TO WALK AND OTHER MOTOR ACTIVITIES, INCLUDING BALANCE AND GAIT.  AND HE IS IN A MODERATELY IMPAIRED GENERAL PHYSICAL STATE AT THE CURRENT TIME.  AND I EXPECT THAT WILL ONLY GET WORSE WITH TIME.

Q.    DOCTOR, I HAVE SHOWN YOU WHAT HAS BEEN MARKED AS DEFENDANT'S EXHIBIT 129, A BUREAU OF PRISONS HEALTH SERVICES MEDICAL DUTY STATUS.  THIS WAS ONE OF THE RECORDS THAT YOU REVIEWED IN THE COURSE OF EVALUATING MR. HAMMER?

A.    YES.

Q.    AND IN THE COMMENTS WHAT DOES IT LIST AS FAR AS MR. HAMMER'S CARE LEVEL IS CONCERNED?

A.    CARE LEVEL 3.

Q.    DID YOU AT MY REQUEST REVIEW THE DOCUMENT THAT IS DEFENDANT'S EXHIBIT NUMBER 130, WITH REGARDS TO WHAT CARE LEVEL 3 MEANS IN THE BUREAU OF PRISONS?

A.    YES.

Q.    AND WHAT DOES IT MEAN WITH REGARDS TO THE BUREAU OF PRISONS?

A.    IT MEANS THAT THESE PEOPLE -- THEY CALL THEM FRAGILE, MEANING THAT THEY ARE UNSTABLE BASICALLY

MEDICALLY AND PRONE TO HAVING PROBLEMS THAT CAN OCCUR AT A MOMENT'S NOTICE ON A REGULAR BASIS.  THEY REQUIRE FREQUENT CONTACT WITH CLINICAL PERSONNEL DAILY TO MONTHLY AND THEY MAY REQUIRE SOME HELP WITH ACTIVITIES OF DAILY LIVING OR ASSISTIVE DEVICES BUT DO NOT REQUIRE DAILY NURSING CARE.  BECAUSE THEY ARE FRAGILE THEY ARE SUSCEPTIBLE TO PERIODIC HOSPITALIZATION WHEN THEIR CONDITIONS WORSEN.

Q.     DOCTOR, IF MR. HAMMER WERE TO COMPLETELY COMPLY WITH ALL THE DOCTORS' RECOMMENDATIONS WITH REGARD TO ALL OF THE CONDITIONS THAT HE HAS, WILL HE GET BETTER?

A.     NO.

Q.     IS THAT A NO?  I'M SORRY.

A.     I'M SORRY.  NO.

        MS. SAUNDERS:  COURT'S INDULGENCE.

        (PAUSE.)

        MS. SAUNDERS:  I HAVE NO FURTHER QUESTIONS.

        THE COURT:  CROSS EXAMINE.

        MS. HAINES:  MAY I PROCEED?

        THE COURT:  YES.

        MS. HAINES:  MAY I RETURN MS. SAUNDERS' GLASSES TO HER?

        MS. SAUNDERS:  SORRY.  THANK YOU.

        CROSS EXAMINATION

BY MS. HAINES:

Q.    GOOD MORNING, DR. HYDE.

A.    GOOD MORNING.

Q.    I'M MS. HAINES.  I'M GOING TO ASK YOU SOME QUESTIONS.  OKAY?

A.    PLEASE PROCEED.

Q.    MR. HAMMER IS 55, IS THAT CORRECT?

A.    LET ME CHECK HIS BIRTH DATE.

Q.    OR YOUR REPORT.  I THINK IT IS ON YOUR REPORT.

A.    YES.  YES.

Q.    AND HE IS ABOUT SIX FEET TALL?

A.    ROUGHLY.

Q.    HOW MUCH SHOULD A MAN OF MR. HAMMER'S HEIGHT AND AGE WEIGH?

A.    WELL, IT DEPENDS UPON WHICH SCALE YOU ARE USING. GENERALLY YOU LIKE TO SEE SOMEBODY AT THAT HEIGHT AND THAT AGE PROBABLY BE BETWEEN 175 AND 180 POUNDS.

Q.    AND DO YOU KNOW WHAT A BODY MASS INDEX IS?

A.    YES.

Q.    CAN YOU EXPLAIN THAT?

A.    BODY MASS INDEX IS A WAY OF FIGURING OUT FOR YOUR HEIGHT AND YOUR WEIGHT WHAT IS THE DISTRIBUTION OF THAT WEIGHT.  IT'S A SCALE THAT WE USE TO CLASSIFY PEOPLE AS BEING MORBIDLY OBESE, OBESE, NORMAL, OR THIN, UNDERWEIGHT.

Q.   SO HOW MUCH SHOULD A MAN OF MR. HAMMER'S AGE AND HEIGHT, WHAT SHOULD HIS BODY MASS INDEX BE?

A.   I WOULD HAVE TO REFER TO THE TABLES.

Q.   DOES 28 SOUND ABOUT RIGHT?

A.   I WOULD HAVE TO LOOK AT THE TABLES.

Q.   YOU WOULD AGREE THAT MR. HAMMER IS OVERWEIGHT?

A.   YES.

Q.   AND IN FACT FOUR YEARS AGO -- WELL, TODAY HE WEIGHS ABOUT 211.  IS THAT WHAT YOU RECALL?

A.   I RECALL SOMEWHERE AROUND THAT RANGE, YES.

Q.   WHICH IS A GOOD 30 POUNDS OVER WHAT YOU SAY HE SHOULD WEIGH?

A.   I WOULD LOVE TO SEE HIM UNDER 200.  GETTING HIM 190 IS GOING TO BE PRETTY HARD.

Q.   BECAUSE HE HAS NEVER BEEN UNDER 200, HAS HE?

A.   NOT FOR A LONG TIME.

Q.   IN FACT, BACK IN 2010, FOUR YEARS AGO, HE WEIGHED OVER 250 POUNDS, DIDN'T HE?

A.   YES, HE DID.

Q.   HIS BODY MASS INDEX WAS 34.3.

A.   IT WAS VERY HIGH.

Q.   WHAT WOULD YOU CLASSIFY THAT?  IS THAT MORBIDLY OBESE OR JUST --

A.   THAT IS ON THE HIGH END OF OBESE.  I WOULD HAVE TO LOOK AT THE CUTOFFS, BUT HE WAS GETTING THERE.

Q.      OKAY.  THAT IS BECAUSE EVEN THOUGH MR. HAMMER, HE HAS ACCESS TO A HEALTHY HEART DIET, BUT HE DOESN'T EAT THAT, DOES HE?

A.      HE EATS THAT DIET, BUT HE EATS OTHER THINGS ON TOP OF THAT.

Q.      RIGHT.  I GUESS YOU'RE REFERRING TO THE FACT THAT HE SUPPLEMENTS HIS MEALS WITH A TREMENDOUS AMOUNT OF JUNK FOOD, ISN'T THAT CORRECT?

A.      YES.  HE GOES TO THE COMMISSARY AND EATS FOODS THAT ARE SPECIFICALLY ILL-ADVISED FOR SOMEBODY WITH HEART DISEASE AND DIABETES.

Q.      VERY ILL-ADVISED FOR SOMEBODY IN HIS CONDITION, CORRECT?

A.      CORRECT.

Q.      BECAUSE I ASSUME YOU'VE LOOKED AT THE COMMISSARY PRINTOUTS OF WHAT HE IS EATING?

A.      I HAVE TALKED TO HIM ABOUT IT.  I DON'T KNOW IF I'VE LOOKED AT IT.  IT MAY HAVE BEEN IN THE RECORDS, BUT I HAVE TALKED TO HIM PERSONALLY ABOUT THAT.

Q.      WHAT DID YOU TELL HIM AS FAR AS HIS DIET AND WHAT HIS DIET IS DOING TO HIS DIABETES AND HEART PROBLEMS?

A.      I REINFORCED WHAT HE HAS BEEN PREVIOUSLY TOLD BY MULTIPLE MEDICAL PERSONNEL, AND THAT IS TO SAY THAT ESSENTIALLY THESE ARE THE EQUIVALENT OF POISON FOR HIM.

THEY ARE PUTTING FAT INTO HIS BLOODSTREAM AND HIGH LEVELS OF SUGAR INTO HIS BLOODSTREAM THAT WILL EVENTUALLY LEAD TO DAMAGE TO HIS BLOOD VESSELS AND WILL PUT HIM AT RISK FOR HEART ATTACKS, STROKES AND KIDNEY DYSFUNCTION AND WORSENING OF HIS NEUROPATHY.

Q.    SO IT'S FAIR TO SAY THAT BASED -- WHEN WAS THAT CONVERSATION THAT YOU HAD WITH HIM, DO YOU RECALL?

A.    THAT WAS EARLY MAY OF 2014.

Q.    HOW MANY TIMES HAVE YOU ACTUALLY MET WITH HIM?

A.    JUST ONCE.

Q.    I ASSUME THAT WAS BEHIND SOME SORT OF BARRICADE?

A.    NO.  IT WAS A MEDICAL VISIT, FACE-TO-FACE, HANDS ON.

Q.    FOR HOW LONG DID YOU MEET WITH HIM?

A.    SOMEWHERE BETWEEN TWO AND THREE HOURS.

Q.    SO MR. HAMMER, IT'S FAIR TO SAY, KNOWS THAT HE NEEDS TO STOP EATING FATTY FOODS, SUGARY FOODS AND SALT, BASED ON YOUR CONVERSATION WITH HIM?

A.    PARTICULARLY THE LATTER -- THE FORMER TWO.

Q.    I WANT TO SHOW YOU WHAT HAS BEEN MARKED AS GOVERNMENT EXHIBIT GC 15.

            THE COURT:  WHAT IS THE NUMBER?

            MS. HAINES:  GC 15, YOUR HONOR.

            THE COURT:  THANK YOU.

BY MS. HAINES:

Q.     DR. HYDE, I HAVE HANDED YOU UP MR. HAMMER'S COMMISSARY PURCHASES FROM JUNE 2012 UNTIL JUNE 16TH OF 2014, LAST WEEK.  AND I JUST WANT TO SHOW YOU THAT THE INMATE REGISTER NUMBER IS MR. HAMMER'S.  THAT IS ON THE FIRST PAGE.  THAT IS 24507077.  DO YOU SEE THAT?

A.     YES, MA'AM.

Q.     NOW, I WANT TO TURN TO -- I'M JUST GOING TO PICK A DATE.  YOU SAID YOU MET WITH HIM SOMETIME IN MAY?

A.     I THINK IT WAS AROUND -- IT'S ON MY REPORT, MAY 6TH OR MAY 9TH.

Q.     OKAY.  WELL, LET'S GO TO PAGE 42 IF YOU DON'T MIND, JUST A RANDOM PAGE, PAGE 42.  ARE YOU WITH ME, DOCTOR?

A.     YES, MA'AM.

Q.     ALL RIGHT.  THIS SHOWS MR. HAMMER'S PURCHASES AT THE COMMISSARY FROM APRIL 28TH TO MAY 12TH OF THIS YEAR, ABOUT THE TIME YOU MET WITH HIM, CORRECT?

A.     CORRECT.

Q.     AND JUST RUNNING DOWN THE LIST, THE SECOND ITEM IS SOUR CREAM CHIPS.  THAT IS NOT GOOD FOR HIS DIET, IS IT?

A.     NO.

Q.     THE THIRD ITEM IS 20 MEGA HONEY BUNS.  IS THAT WHAT A DIABETIC SHOULD BE EATING?

A.     PROBABLY ONE OF THE WORST THINGS HE COULD

POSSIBLY EAT.

Q.      THEN WE HAVE TWO PURCHASES OF HEAVENLY TRAIL MIX.  DO YOU SEE THAT?

A.      YES.

Q.      DROPPING DOWN, THERE IS HERR'S JALAPENO POPPERS. I BELIEVE THOSE ARE CREAM CREESE-FILLED JALAPENO PEPPERS.  IS THAT GOOD FOR MR. HAMMER?

A.      NO.

Q.      THEN WE HAVE DIET PEPSI.  PROBABLY NOT A GOOD IDEA.  NOBODY SHOULD DRINK SODA, RIGHT?

A.      WELL --

Q.      IT'S DIET.

A.      IT'S OKAY.

Q.      WE WILL GIVE HIM A PASS.

A.      I WOULD NEVER TELL A DIABETIC THAT THEY COULD NOT DRINK DIET PEPSI.

Q.      THE PEPSI IS OKAY.  BUT I'M SURE THE FOUR SALAMI SUMMER SAUSAGES IS NOT A GOOD IDEA?

A.      ANOTHER FAT-LADEN, SALT-LADEN DIETARY ELEMENT THAT I WOULD ASK HIM NOT TO EAT.

Q.      HE BUYS SALT.  I ASSUME TO USE SALT?

A.      YES.

Q.      THEN WE HAVE FIVE PEANUT BUTTER CUPS, 10 THREE MUSKETEERS.  I DON'T KNOW WHAT SWEET SUE CHICKEN IS, BUT THE CANDY BARS ARE NOT HEALTHY FOR HIM, IS THAT CORRECT?

A.        CORRECT.

Q.        TEN THINGS OF CREAM CHEESE, RED VELVET ICE CREAM, ORANGE SHERBET, ALL OF THOSE THINGS ARE NOT RECOMMENDED FOR DIABETICS OR PEOPLE WITH HEART CONDITIONS, CORRECT?

A.        THE ONLY THING I WOULD SAY ABOUT THE ORANGE SHERBET, THERE ARE ORANGE SHERBETS THAT HAVE NO SUGAR IN THEM.  SO THEY CAN BE FOR DIABETICS, BUT YOU HAVE TO LOOK AT THE COMMISSARY.  I DOUBT THAT THE PRISON COMMISSARY STOCKS THAT, BUT....

Q.        PROBABLY NOT, DIET.  IT DOES NOT SAY THAT ANYWAY, CORRECT?

A.        CORRECT.

Q.        THEN WE HAVE THE CREAM CHEESE FILLED JALAPENO POPPERS AGAIN, MORE JUNK FOOD, PRETZELS, CORN CHIPS, MOZZARELLA, THAT'S CHEESE, TWO OF THOSE.  THEN AGAIN, 10 HONEY BUN MEGAS -- 10 MEGA HONEY BUNS, WHICH YOU SAID IS ONE OF THE WORST THINGS HE COULD POSSIBLY EAT, CORRECT?

A.        CORRECT.

Q.        PEPPERMINT CANDY.  I'M NOT SURE ABOUT THE REFRIED BEANS, THREE MUSKETEERS, 12 THREE MUSKETEERS.  THAT IS JUST FOR ABOUT -- I DON'T KNOW, TWO OR THREE WEEKS, IS THAT CORRECT?

A.        SHORT PERIOD OF TIME.

Q.        YES.  HE IS ALSO NOT EXERCISING, IS THAT TRUE?

A.    CORRECT.

Q.    AND YOU SAY THAT HE HAS TOLD YOU HE CANNOT EXERCISE?

A.    THERE'S VERY LITTLE EXERCISE SOMEBODY WITH A NEUROPATHY AND SPINAL STENOSIS CAN DO IN COMFORT BESIDE SWIMMING.

Q.    SOME OF THAT IS SUBJECTIVE, DON'T YOU THINK, DOCTOR, BASED ON WHAT HE IS TELLING YOU, ISN'T THAT CORRECT?

A.    WELL, HAVING DEALT WITH A LOT OF PATIENTS OVER THE YEARS WITH DIABETIC NEUROPATHY, STANDING UP ON A TREADMILL, STANDING ON A STAIRMASTER, OR EVEN A STATIONARY BIKE OR A RECUMBENT BIKE IS REALLY JUST NOT FEASIBLE.  THE PAIN IS TOO INTENSE.

Q.    HOW ABOUT SOME MILD CALISTHENICS, COULD HE DO THAT?

A.    ONLY IF HE WAS LYING DOWN WITH HIS FEET UP AND THAT WOULD BE VERY LIMITED.

Q.    ALL RIGHT.  CAN HE WALK?

A.    HE CAN WALK WHEN HIS FOOT ULCERS ARE NOT TOO BAD AND IF HIS PAIN IS REASONABLY WELL CONTROLLED.  BUT GENERALLY PEOPLE WITH DIABETIC NEUROPATHY ONLY HAVE A LIMITED WINDOW AND AMOUNT OF TIME THAT THEY CAN WALK BEFORE THE PAIN STARTS GETTING WORSE.  THE PAIN TENDS TO GET WORSE LATER IN THE DAY.  SO USUALLY YOU WOULD HAVE

TO HAVE AN EXERCISE SHORTLY AFTER MORNING TIME, AND I DON'T KNOW IF THE PRISON SCHEDULE ALLOWS THAT.  BUT GIVEN HIS NEUROPATHY AND BALANCE PROBLEMS AND THE CHRONIC ULCERS ON HIS FEET, HIS ABILITY TO WALK IS FAIRLY IMPAIRED.  AND THEN THE LOWER BACK PROBLEM ALSO IS INFLUENCING HIS ABILITY TO WALK, BECAUSE STANDING UPRIGHT FOR LONG PERIODS OF TIME WORSENS THE LOWER BACK PAIN.

Q.    WELL, SPEAKING OF THE FOOT ULCERS, BASED ON YOUR REPORT IN MAY OF 2014, YOU SAID THOSE WERE LARGELY HEALED.  SO AS WE SIT HERE -- OR I STAND HERE AND YOU SIT HERE, THERE ARE NO FOOT ULCERS TODAY, IS THAT CORRECT?

A.    HE HAD BANDAGES ON HIS FEET WHICH I DID NOT ASK HIM TO TAKE OFF.  HE TOLD ME THAT THEY WERE LARGELY HEALED.  THE MEDICAL RECORDS INDICATE THAT THEY ARE LARGELY HEALED.  THAT BEING SAID, THIS IS A CHRONIC INTERMITTENT PROBLEM THAT CAN COME ON AND THEY TAKE MONTHS AND MONTHS AND MONTHS TO HEAL.  IT'S A BIG PROBLEM WITH DIABETICS WHO GET THEM.

Q.    BUT WHAT YOU WROTE IN YOUR REPORT IS THAT THE FOOT ULCERS WERE HEALED AT THIS TIME?

A.    CORRECT.

Q.    DID YOU TALK TO HIS ACTUAL TREATING PHYSICIAN?

A.    NO, I DIDN'T.

Q.    DID YOU TALK TO ANY OF THE NURSES THAT SEE HIM ON A DAY-TO-DAY BASIS?

A.    NO.  I JUST READ ALL THEIR NOTES.

Q.    WOULD YOU BE SURPRISED TO KNOW THAT NOT ANY OF THEM HAVE NOTICED ANY PROBLEMS WITH MR. HAMMER'S GAIT?

A.    I WOULD BE VERY SURPRISED.

Q.    DID YOU SEE SOMETHING IN THE NOTES ABOUT HIS HAVING PROBLEMS WITH HIS GAIT?

A.    NO, JUST ABOUT HIM FALLING DOWN.

Q.    THAT IS NOT -- HE IS NOT FALLING DOWN ALL THE TIME, IS HE?

A.    NO.  HE TRIES TO BE VERY CAREFUL.

Q.    AND THAT IS BASED ON HIS SUBJECTIVE DIALOGUE WITH YOU?

A.    YES.

Q.    BUT AS FAR AS SEEING HIM HAVE TROUBLE WALKING OR NOTICING HIM NEEDING A WHEELCHAIR, THERE IS NO NOTES OR ANYTHING TO THAT EFFECT, ARE THERE?

A.    NO.

Q.    NOW, MR. HAMMER, AS YOU MENTIONED -- I THINK YOU SAID HE WAS INTERMITTENTLY COMPLIANT WITH HIS MEDICATION.  HE ACTUALLY CHOOSES NOT TO TAKE HIS MEDICATION ON A PRETTY REGULAR BASIS, CORRECT?

A.    NO.  I WOULD DISAGREE WITH THAT CHARACTERIZATION.

Q.      ALL RIGHT.  YOU WOULD AGREE THAT HE REFUSES TO TAKE HIS MEDICATION WHEN HE HAS GOT ANOTHER AGENDA, RIGHT?

A.      SOMETIMES IT'S ANOTHER AGENDA, DEALING WITH ISSUES RELATED TO HIS MEDICAL CARE.  RECENTLY IN FEBRUARY I ASKED HIM ABOUT HIS NONCOMPLIANCE WITH MEDICATION AND HE TOLD ME IT'S BECAUSE HE WAS HAVING TROUBLE WITH A GASTROINTESTINAL PROBLEM.  THERE IT IS INDICATED FOR DIABETICS, IF YOU ARE NOT EATING, DON'T TAKE YOUR MEDICINE YOU COULD GO INTO HYPOGLYCEMIC CRISIS AND DIE.  SO THAT WAS AN ADAPTIVE RESPONSE TO WHAT HE WAS ENDURING AT THAT TIME FROM A MEDICAL PERSPECTIVE.

Q.      HE HAS ALSO SAID ON OCCASION THAT HE THINKS THE MEDICINE MAKES HIM FAT, NOT THE HONEY BUNS, BUT THE MEDICINE MAKES HIM FAT?

A.      SOME OF THE DIABETIC MEDICINES DO CAUSE YOU TO PUT ON WEIGHT, YES.

Q.      NOW, IN YOUR REPORT, YOUR FIRST REPORT, YOUR MARCH REPORT, YOU WENT THROUGH SOME DATES WHERE HE HAD REFUSED INSULIN OR BEEN ON A HUNGER STRIKE.  SO LET ME SHOW YOU WHAT HAS BEEN MARKED AS GOVERNMENT EXHIBIT GC 13.

        DOCTOR, I HAVE SHOWN YOU WHAT IS A LIST THAT WAS PREPARED BASED ON YOUR MARCH 2014 REPORT OF TIMES WHERE MR. HAMMER HAS REFUSED TO TAKE HIS INSULIN

OR REFUSED MEDICATION OR GONE ON A HUNGER STRIKE.  DOES THAT LOOK ABOUT RIGHT TO YOU?

A.    YES.

Q.    I WANT TO FOCUS YOU ON THE JANUARY TO JUNE, THAT TIME PERIOD, 2004.  DO YOU SEE THOSE TWO DATES?

A.    YES.

Q.    THAT COMES DIRECTLY OUT OF YOUR REPORT, CORRECT?

A.    CORRECT.

Q.    NOW LET ME SHOW YOU WHAT HAS BEEN MARKED AS GOVERNMENT EXHIBIT GC 14.

DO YOU RECOGNIZE THESE TYPES OF DOCUMENTS, DR. HYDE?

A.    YES.

Q.    WHAT ARE THESE CALLED?

A.    I DON'T KNOW THE EXACT -- THEY CALL IT SPECIAL HOUSING UNIT RECORD.  THESE ARE LOGS FROM THE PRISON ITSELF.

Q.    AND DID YOU LOOK AT THESE IN PREPARING YOUR FINDINGS FOR YOUR REPORT?

A.    I LOOKED AT INNUMERABLE MEDICAL DOCUMENTS AND PRISON DOCUMENTS.  I'M PRETTY SURE THAT THIS WAS IN THERE.

Q.    JUST FOR THE RECORD, THESE ARE -- THEY APPEAR TO BE SOME WAY OF KEEPING TRACK OF MR. HAMMER'S MEALS, EXERCISE, MEDICINES.  AND THEY RUN FROM FEBRUARY OF 2004

TO JUNE OF 2004.  IS THAT FAIR TO SAY?

A.      YES.

Q.      THEY ACTUALLY RUN IN REVERSE ORDER.  SO THE ONE THAT IS IN JUNE IS THE FIRST PAGE AND THE ONE THAT IS IN FEBRUARY IS THE LAST PAGE.

A.      RIGHT.

Q.      SO IF WE COULD TURN TO THE LAST PAGE, WHICH IS ACTUALLY FEBRUARY OF 2004.  DO YOU SEE THAT PAGE, DR. HYDE?

A.      THE LAST PAGE, YES.

Q.      AND DO YOU SEE WHERE IT SAYS THAT ON FEBRUARY 11TH MR. HAMMER WEIGHED 244 POUNDS?

A.      YES.

Q.      AND THEN IT HAS A BUNCH OF DATES AND COMMENTS WHERE IT SAYS:  ZERO WITH A SLASH, INSULIN.  DO YOU SEE THAT?

A.      YES.

Q.      I WOULD ASSUME -- WELL, YOU TELL ME.  WHAT DOES THAT MEAN TO YOU?

A.      WELL, IT MEANS THAT ON THE DAY SHIFT AT LEAST HE DID NOT TAKE HIS INSULIN.

Q.      ON THAT DAY THERE ARE THREE TIMES -- THAT WEEK, FROM THE 8TH TO THE 14TH, MR. HAMMER DID NOT TAKE HIS INSULIN ON THREE OCCASIONS?

A.      RIGHT.

Q.      AND IF WE JUST GO THROUGH, YOU CAN SEE IF YOU NOW MOVE FORWARD WITH ME, THE NEXT WEEK, THERE ARE THREE OCCASIONS WHERE MR. HAMMER DID NOT TAKE INSULIN?

A.      RIGHT.

Q.      THE WEEK AFTER THAT, THIS IS FEBRUARY 27TH TO FEBRUARY 28TH -- I'M SORRY, FEBRUARY 22ND TO FEBRUARY 28TH, THERE ARE FOUR TIMES WHERE HE DID NOT TAKE INSULIN AND SO ON AND SO FORTH.  YOU CAN SORT OF GET THE POINT.  IF YOU ACTUALLY COUNTED THESE UP WOULD YOU ACCEPT MY COUNTING THAT THERE ARE OVER 45 TIMES IN THIS PERIOD WHERE MR. HAMMER DID NOT TAKE HIS INSULIN AS HE WAS SUPPOSED TO?

A.      CORRECT.

Q.      OKAY.

NOW, MR. HAMMER HAS ALSO BEEN A SMOKER MOST OF HIS LIFE?

A.      HE WAS, YES.

Q.      AND THESE ARE MOSTLY LIFE-STYLE CHOICES, CORRECT, WHAT HE EATS, HOW MUCH SALT HE INTAKES, WHETHER HE TAKES THE MEDICATIONS HE IS PRESCRIBED.  THOSE ARE HIS CHOICES, CORRECT?

A.      THEY ARE HIS CHOICES.

Q.      I DON'T THINK YOU MENTIONED IT, BUT MR. HAMMER IS ON GABAPENTIN?

A.      YES.

Q.        AND THAT IS -- DO YOU KNOW WHAT DOSAGE HE IS ON OF THAT DRUG?

A.        I WOULD HAVE TO LOOK AT MY NOTES, BUT HE IS ON A SUBSTANTIAL DOSE.

Q.        DOES 3,000 MILLIGRAMS A DAY SOUND ABOUT RIGHT?

A.        LIKE I SAID BEFORE, HE IS ON A SUBSTANTIAL DOSE. I DON'T REMEMBER THE EXACT DOSE.

Q.        DO YOU KNOW WHAT THE MAXIMUM DOSE OF GABAPENTIN IS?

A.        IT'S AN INTERESTING MEDICATION BECAUSE IT'S REALLY HARD TO KNOW EXACTLY WHAT IS -- PEOPLE GENERALLY TRY AND KEEP IT UNDER 3600 MILLIGRAMS A DAY IN DIVIDED DOSES.

THE COURT:  WHAT IS IT FOR?

THE WITNESS:  GABAPENTIN IS A MEDICINE THAT WAS ORIGINALLY DEVISED AS AN ANTICONVULSANT, BUT WE USE IT FOR SEIZURES.  BUT IT'S USED ALSO FOR PAINFUL NEUROPATHY.  FOR SOME REASON, IT HELPS ALLEVIATE SOME OF THE PAIN OF THE NEUROPATHY.

BY MS. HAINES:

Q.        SO IF WE ACCEPT WHAT YOU ARE SAYING, THAT 3600 MILLIGRAMS IS ABOUT THE MAXIMUM DOSE AND MR. HAMMER'S ON ABOUT 3,000 MILLIGRAMS A DAY, HE IS CLOSE TO THE MAXIMUM FOR THAT DRUG, WHICH IS SUPPOSED TO CONTROL THE PAIN THAT YOU HAVE BEEN DISCUSSING, CORRECT?

A.      CORRECT.

Q.      BUT THE PAIN THAT YOU ARE DISCUSSING, THE NEUROPATHY AND MR. HAMMER'S VISION PROBLEMS ARE THE END RESULT OF MR. HAMMER'S CHRONIC NONCOMPLIANCE WITH HIS DIET AND HIS MEDICATIONS, WOULDN'T YOU AGREE?

A.      I WOULD DISAGREE BECAUSE THERE ARE LOTS OF INDIVIDUALS SADLY WHO ARE COMPLIANT WITH THEIR MEDICATIONS AND THEIR DIET WHO STILL GET DIABETIC RETINOPATHY AND NEUROPATHY FOR REASONS WE DON'T QUITE UNDERSTAND.  BUT IN GENERAL TO MINIMIZE THAT RISK, IT WOULD BE A MUCH LOWER RISK IF HE WAS TAKING HIS MEDICATION ON A DAILY BASIS, WAS FOLLOWING THE DIET THAT HAS BEEN PRESCRIBED RIGOROUSLY, AND TO WORK IN CLOSER COOPERATION WITH HIS MEDICAL PERSONNEL.

Q.      AND DOCTOR, DESPITE ALL THE MEDICAL ISSUES THAT YOU HAVE DISCUSSED TODAY, THE BUREAU OF PRISONS STILL VIEWS MR. HAMMER TO BE A DANGER TO STAFF AND OTHER INMATES, ISN'T THAT CORRECT?

A.      YES.

MS. HAINES:  I HAVE NOTHING FURTHER, YOUR HONOR.

MS. SAUNDERS:  MAY WE TAKE A SHORT BREAK BEFORE I DO REDIRECT.  MY CLIENT WISHES TO SPEAK WITH US.

THE COURT:  YES.  TAKE A FIVE-MINUTE

RECESS.

(BREAK TAKEN.)

THE COURT:  REDIRECT.

MS. SAUNDERS:  YES, YOUR HONOR, JUST A FEW QUESTIONS.

REDIRECT EXAMINATION

BY MS. SAUNDERS:

Q.     DOCTOR, THE PROSECUTOR WAS ASKING YOU ABOUT MR. HAMMER'S REFUSAL OF INSULIN DURING THE MONTHS, I BELIEVE, OF FEBRUARY OF 2004 THROUGH JUNE OF 2004.  DO YOU RECALL THOSE QUESTIONS?

A.     YES.

Q.     ARE YOU AWARE THAT MR. HAMMER WAS UNDER WARRANT AT THE TIME AND EXPECTING AN EXECUTION DATE AT THAT TIME?

A.     I KNEW THAT THERE WAS A LOT OF TUMULT.  I DON'T RECALL EXACTLY IF HE WAS UNDER THE WARRANT AT THAT TIME.

Q.     THE PROSECUTOR ALSO WENT THROUGH THE LIST OF COMMISSARY ITEMS THAT MR. HAMMER BUYS, HIGHLIGHTING THE HIGH SUGAR AND THE BAD STUFF.  THE CHRONIC CONDITION THAT MR. HAMMER HAS, EVEN IF MR. HAMMER WERE TO COOPERATE AND EAT EVERYTHING LIKE HE IS SUPPOSED TO, WOULD THOSE CHRONIC CONDITIONS IMPROVE OR NOT.

A.     PROBABLY NOT.  MOST LIKELY NOT.

Q.     WOULD THEY BECOME EVEN WORSE OVER TIME WITH HIM

NOT COMPLYING?

A.      NOT COMPLYING THEY ARE CERTAINLY GOING TO GET WORSE.  EVEN WITH COMPLIANCE, IT'S MORE LIKELY THAN NOT THEY WILL GRADUALLY WORSEN.

Q.      MS. HAINES ASKED YOU ABOUT HIS MOBILITY AND ABILITY -- TO WALK.  WHEN YOU EVALUATED HIM, WAS HE WEARING THE DIABETIC SHOES THAT HAD BEEN ISSUED TO HIM?

A.      I'M TRYING TO RECALL IF HE HAD THEM ON.  I THINK THAT HE DID, BUT I'M NOT POSITIVE.

Q.      WHAT ARE DIABETIC SHOES, THE PURPOSE OF DIABETIC SHOES?

A.      WELL, THEY ARE SPECIALLY DESIGNED TO AVOID PUTTING PRESSURE POINTS ON THE FEET BECAUSE THERE IS VERY POOR CIRCULATION IN THE FEET.  SO IF YOU GET PRESSURE IN CERTAIN AREAS, YOU GET ULCERS ALL OVER THE FEET, AND THEY CAN GET INFECTED, THEY HEAL VERY SLOWLY.  SO THEY'RE DESIGNED TO CUSHION THE FEET AND TO DISTRIBUTE WHAT WE CALL THE PRESSURE POINTS AROUND THE FOOT EQUALLY.

Q.      NOW, ARE YOU -- WERE YOU AWARE THAT IN 2012 WHEN MR. HAMMER WAS TRANSPORTED TO CANAAN, AT THAT TIME HE WAS IN A WHEELCHAIR?

A.      THERE WERE TIMES WHEN HE HAS BEEN TRANSPORTED IN A WHEELCHAIR.

Q.      IS THAT CONSISTENT WITH THE DISEASES OR THE

CONDITIONS THAT YOU FOUND HIM TO HAVE?

A.      WHEN THE ULCERS ARE BAD OR WHEN HIS GLUCOSE IS TOTALLY OUT OF WHACK OR THE NEUROPATHIC PAIN IS POORLY CONTROLLED OR HIS VISION HAS ACUTELY OR SUBACUTELY DETERIORATED, THERE WILL BE TIMES WHEN HE WILL BE TRANSPORTED IN A WHEELCHAIR.

Q.      THE LIST OF REFUSING MEDICATION OR NONCOMPLIANCE I DON'T KNOW THE EXHIBIT NUMBER, I APOLOGIZE, THAT THE GOVERNMENT PROVIDED TO YOU THAT STARTS ON SEPTEMBER 9TH, 1998 AND ENDS ON JUNE 27, 2011, THE LAST DATE IS THREE YEARS AGO.  IS THAT FAIR TO SAY?

A.      THAT IS THE ONE THAT I WAS ABLE TO GLEAN FROM MY REVIEW OF THE RECORDS.

                MS. SAUNDERS:  YOUR HONOR, I WOULD MOVE MY EXHIBITS IN.  AND OTHER THAN THAT I HAVE NO FURTHER QUESTIONS.

                THE COURT:  ANYTHING FURTHER?

                MS. HAINES:  WE WOULD JUST SEEK TO MOVE IN GC 13, GC 14 AND GC 15, YOUR HONOR.  NOTHING FURTHER.

                THE COURT:  ALL RIGHT.  THOSE EXHIBITS WILL BE RECEIVED, ALONG WITH D 125, D 126, D 127, D 128, D 129 AND D 130.

                MS. SAUNDERS:  I BELIEVE THAT IS 130, YOUR HONOR.  I APOLOGIZE IF MY HANDWRITING IS NOT GOOD. IT WAS 130, NOT 30.

THE COURT:  130.

MS. SAUNDERS:  I'M SORRY.  I MISHEARD YOU.

THE COURT:  I SAID 130.

(GOVERNMENT EXHIBITS GC 13, GC 14 AND GC 15 ADMITTED INTO EVIDENCE.)

(DEFENSE EXHIBITS 125, 126, 127, 128, 129 AND 130 ADMITTED INTO EVIDENCE.)

THE COURT:  YOU MAY STEP DOWN.

THE WITNESS:  THANK YOU, YOUR HONOR.

(WITNESS EXCUSED.)

SR. TESA FITZGERALD, DEFENSE WITNESS, SWORN.

THE CLERK:  STATE AND SPELL YOUR FULL NAME FOR THE RECORD, PLEASE.

THE WITNESS:  MY NAME IS SR. TESA FITZGERALD, T-E-S-A F-I-T-Z-G-E-R-A-L-D.

DIRECT EXAMINATION

BY MR. TRAVIS:

Q.    GOOD MORNING.

A.    GOOD MORNING.

Q.    ARE YOU AFFILIATED IN SOME WAY WITH AN ORGANIZATION CALLED HOUR, H-O-U-R, CHILDREN?

A.    YES, I AM.  I AM THE FOUNDER AND EXECUTIVE DIRECTOR OF HOUR CHILDREN.

Q.    HOW LONG HAS THAT ORGANIZATION BEEN IN EXISTENCE?

A.    WE ARE IN OUR 28TH YEAR OF SERVICE.

Q.    AND AT SOME POINT IN TIME DID THE ORGANIZATION START TO RECEIVE FINANCIAL DONATIONS THROUGH A CHRISTMAS CARD PROJECT?

A.    YES.  WE STARTED GETTING DONATIONS FROM THE -- FROM SR. CAMILLE D'ARIENZO IN 2003.

Q.    AND HAVE THE CONTRIBUTIONS, THE DONATIONS, CONTINUED FOR THE LAST 10, 11 YEARS?

A.    YES, THEY HAVE.

Q.    DO YOU HAVE AN APPROXIMATE FIGURE OF WHAT HOUR CHILDREN HAS RECEIVED DURING THAT PERIOD OF TIME?

A.    YES.  WE'VE RECEIVED APPROXIMATELY $4,400 FROM THAT PROJECT.

Q.    I'M GOING TO SHOW YOU AN ITEM I HAVE MARKED FOR IDENTIFICATION PURPOSES AS DEFENDANT'S EXHIBIT 224.  DO YOU RECOGNIZE THIS PAMPHLET?

A.    YES, I DO.

Q.    DOES THIS PAMPHLET ESSENTIALLY DESCRIBE THE TYPE OF SERVICES WHICH ARE PROVIDED BY HOUR CHILDREN?

A.    YES, IT DOES.

Q.    AND WITH RESPECT TO THE TYPE OF SERVICES, CAN YOU JUST GIVE US A BRIEF DESCRIPTION OF THE TYPE OF SERVICES YOUR ORGANIZATION PROVIDES?

A.      HOUR CHILDREN PROVIDES FAMILY SERVICE PROGRAMS INSIDE STATE CORRECTIONAL FACILITIES FOR WOMEN AND OUTSIDE IN THE COMMUNITY WE PROVIDE SEVEN HOMES FOR WOMEN UPON REENTRY WHEN THEY REUNIFY WITH THEIR CHILDREN.

Q.      AND THE APPROXIMATE $4,400 THAT YOU HAVE RECEIVED OVER THE LAST TEN YEARS, WAS THAT MONEY USED IN A SPECIFIC WAY?

A.      YES, IT WAS.  IT WAS TARGETED FOR OUR DAY CARE PROGRAM.  WE HAVE A LICENSED DAY CARE FOR CHILDREN WHO TYPICALLY COME OUT OF THE STATE PRISON NURSERY TO REUNIFY WITH THEIR MOTHERS.  THE MONEY THAT WAS GENERATED THROUGH THE DAVID HAMMER CARD PROJECT BOUGHT SUPPLIES FOR THE DAY CARE, TOYS, PUZZLES, ART SUPPLIES, WHATEVER WAS NEEDED ON A YEARLY BASIS.

Q.      DO YOU BELIEVE THAT THAT DONATED MONEY SERVES A SOCIETAL GOOD?

A.      OH, ABSOLUTELY.

Q.      IN WHAT WAY?

A.      WELL, IT CERTAINLY SERVES TO PROVIDE MUCH NEEDED SUPPLIES FOR THE PROGRAM ITSELF, BUT IT ALSO HAD AN ADDED COMPONENT THAT WHEN THE MONEY WOULD COME, I WOULD MAKE IT KNOWN TO THE STAFF, MY STAFF OF HOUR CHILDREN, MANY OF WHOM ARE FORMER EX-OFFENDERS, THAT THIS INDEED WAS COMING FROM A PERSON DOING WORK INSIDE A

CORRECTIONAL FACILITY.  AND THAT GAVE THEM GREAT MOTIVATION AND THEY WERE VERY TOUCHED BY THE FACT THAT SOMEBODY INSIDE WAS USING HIS TIME WELL TO DO GOOD FOR OTHERS.

Q.     AND IF MR. HAMMER WERE TO BE EXECUTED AND THAT FUNDING SOURCE WOULD DRY UP, WOULD IT HAVE A NEGATIVE IMPACT ON YOUR ORGANIZATION?

A.     DEFINITELY, BECAUSE FUNDS ARE HARD TO COME BY ESPECIALLY FOR TOYS AND SUPPLIES FOR OUR DAY CARE, BUT ALSO THE ADDED INCENTIVE OF MOTIVATING OUR WOMEN.

          MR. TRAVIS:  IF I MAY HAVE A MOMENT, YOUR HONOR.

BY MR. TRAVIS:

Q.     OH, EXCUSE ME.

          IN CONJUNCTION WITH HAVING RECEIVED DONATIONS, HAVE YOU SENT TO MR. HAMMER ANY CORRESPONDENCE CONCERNING RECEIPT OF THE DONATION?

A.     ABSOLUTELY.  EVERY TIME A CHECK WOULD COME, WE WOULD SEND A -- PROBABLY A FLIER OF PICTURES TO DAVID HAMMER, EXPRESSING OUR GRATITUDE AND EXPLAINING WHAT THE FUNDS WERE USED FOR.  AND THEN SOMETIMES IN THE COURSE OF THE YEAR, WE WOULD SEND HIM JUST A GENERAL THINKING OF YOU SENSE OF GRATITUDE.

          YES, THAT'S US.

Q.     I PLACED IN FRONT OF YOU AN ITEM I HAVE MARKED

FOR IDENTIFICATION AS DEFENDANT'S EXHIBIT D 208.  IS THAT ONE OF THE ITEMS WHICH WAS SENT TO MR. HAMMER IN THANKS FOR THE DONATION?

A.    YES, IT WAS.

Q.    IS THAT HANDWRITING YOUR HANDWRITING?

A.    IT SURE IS.

MR. TRAVIS:  IF I MAY HAVE A MOMENT, YOUR HONOR.

(PAUSE.)

BY MR. TRAVIS:

Q.    HOW LONG HAVE YOU BEEN A NUN?

A.    THIS IS MY 50TH YEAR.

Q.    CONGRATULATIONS.

A.    THANK YOU.

Q.    AND WHAT ORDER?

A.    I'M A SISTER OF ST. JOSEPH FROM BRENTWOOD, LONG ISLAND.

Q.    AND THE HOUR CHILDREN PROGRAM, WHERE IS THAT PHYSICALLY LOCATED?

A.    LOCATED IN QUEENS, NEW YORK, BUT IT SERVICES WOMEN IN ALL OVER NEW YORK STATE.

MR. TRAVIS:  COURT'S INDULGENCE, YOUR HONOR.

(PAUSE.)

MR. TRAVIS:  I HAVE NO OTHER QUESTIONS,

YOUR HONOR.

MR. GURGANUS:  YOUR HONOR, WE HAVE NO QUESTIONS.

THE COURT:  I HAVE THE BROCHURE HERE. JUST FOR THE RECORD, IT SAYS LONG ISLAND CITY.

THE WITNESS:  YES.  LONG ISLAND CITY WHICH IS QUEENS, NEW YORK, COUNTY OF QUEENS.

THE COURT:  COULD YOU TELL ME AGAIN, SPECIFICALLY WHAT DOES MR. HAMMER DO THAT RAISED THE FUNDS?

THE WITNESS:  MR. HAMMER DESIGNS CHRISTMAS CARDS AND GENERAL CARDS THAT ARE SOLD TO THE PUBLIC.  AND THE FUNDS FROM THAT PROJECT THROUGH SR. CAMILLE D'ARIENZO, WHO COORDINATES IT, ARE DIVVIED UP AMONG CHARITIES THAT WORK WITH UNDERPRIVILEGED CHILDREN OR CHILDREN SERVED BY THE CRIMINAL JUSTICE SYSTEM.

THE COURT:  ALL RIGHT.  I HAVE NO FURTHER QUESTIONS.

ANY OTHER QUESTIONS?

MR. GURGANUS:  NO, YOUR HONOR.

MR. TRAVIS:  NO, YOUR HONOR.

THE COURT:  ALL RIGHT.  THANK YOU.

THE WITNESS:  THANK YOU.

THE COURT:  YOU MAY STEP DOWN.

(WITNESS EXCUSED.)

MR. TRAVIS:  YOUR HONOR, AT THIS POINT IN TIME, SADLY, I HAVE TO ANNOUNCE TO THE COURT THAT OUR NEXT SCHEDULED WITNESS, WHO HAPPENS TO BE SR. CAMILLE, WILL NOT BE ARRIVING UNTIL APPROXIMATELY 1 O'CLOCK.  WE THOUGHT THAT DR. HYDE WOULD TAKE LONGER AND WE ALSO -- THERE WAS ONE OTHER WITNESS THAT WE THOUGHT WAS GOING TO BE AVAILABLE THIS MORNING.  AND SO WE ASKED SR. CAMILLE TO COME IN AT 1 O'CLOCK.

THE COURT:  IT'S NOW QUARTER TO 11.  WHAT WE WILL DO IS, WE WILL -- WE'LL TAKE A RECESS UNTIL 1:30.  ALL RIGHT.  BECAUSE THE COURT HAS SOMETHING ELSE TO DEAL WITH.  WHY DON'T WE TAKE A RECESS UNTIL 1:30 AND COME BACK.  HOW MANY WITNESSES DO YOU HAVE THIS AFTERNOON?

MR. TRAVIS:  JUST SR. CAMILLE. SR. FITZGERALD HAD SOMETHING SHE HAD TO GET BACK TO, SO WE TOOK HER OUT OF ORDER.  SR. CAMILLE WILL EXPLAIN TO THE COURT WHAT THE CARD PROJECT INVOLVES AND I WOULD ANTICIPATE THAT SHE PROBABLY WILL TAKE TWO HOURS.

THE COURT:  OKAY.

ALL RIGHT.  THEN WE WILL STAND IN RECESS AT THIS POINT.

ALL COUNSEL:  THANK YOU, YOUR HONOR.

THE DEFENDANT:  IF ONE OF YOU ALL WILL

GIVE ME A CALL --

MS. SAUNDERS:  WE SEE IT, DAVID.  WE WILL CALL YOU.

THE DEFENDANT:  THANKS.

(LUNCHEON RECESS.)

THE COURT:  PLEASE BE SEATED.

MR. TRAVIS:  I FORGOT TO MOVE INTO EVIDENCE THIS MORNING.

THE COURT:  ARE WE ON THE RECORD NOW? WHY DON'T WE WAIT UNTIL EVERYBODY GETS HERE.

(PAUSE.)

THE COURT:  WE ARE BACK ON THE RECORD IN UNITED STATES VERSUS HAMMER AND MR. HAMMER HAS BEEN WITH US THIS MORNING AND NOW BY A VIDEO FROM TERRE HAUTE.

AND MR. TRAVIS, DO YOU WANT TO MOVE SOME EXHIBITS IN?

MR. TRAVIS:  YES.  THIS MORNING SR. FITZGERALD IDENTIFIED D 208 AND 224.  I WOULD LIKE TO MOVE THOSE INTO EVIDENCE, YOUR HONOR.

THE COURT:  ANY OBJECTION?

MS. HAINES:  NO, YOUR HONOR.

THE COURT:  D 224 AND D 208 WILL BE RECEIVED INTO EVIDENCE.

(DEFENSE EXHIBITS 224 AND 208 ADMITTED INTO EVIDENCE.)

THE COURT:  THE NEXT WITNESS IS ON THE STAND SO WE CAN PROCEED.

SR. CAMILLE D'ARIENZO, DEFENSE WITNESS, SWORN.

THE WITNESS:  SR. CAMILLE D'ÁRIENZO.

THE COURT:  I'M SORRY.  THE LAST NAME IS.

THE WITNESS:  D'ARIENZO.  WOULD YOU WANT ME TO SPELL IT?  D'-A-R-I-E-N-Z-O.

THE COURT:  THANK YOU.

DIRECT EXAMINATION

BY MR. TRAVIS:

Q.     WHERE DO YOU RESIDE?

A.     I RESIDE IN GLENDALE, WHICH IS PART OF QUEENS, NEW YORK.

Q.     YOU INDICATED THAT YOU ARE A SISTER?  WHAT ORDER ARE YOU AFFILIATED WITH?

A.     I AM A SISTER OF MERCY OF THE INSTITUTE OF THE AMERICAS.

Q.     IS THAT AFFILIATED WITH THE CATHOLIC CHURCH?

A.     ABSOLUTELY.

Q.     HOW LONG HAVE YOU BEEN A SISTER OF MERCY?

A.     IT WILL BE 63 YEARS IN SEPTEMBER.

Q.     AND IN ORDER TO QUALIFY TO BECOME A SISTER, WHAT SORT OF EDUCATIONAL TRAINING DO YOU -- IS REQUIRED?

A.     WELL, WHEN I ENTERED THE COMMUNITY, WE HAD TO

HAVE A HIGH SCHOOL DIPLOMA.  BUT THEN WE WENT ON, WHILE WE WERE VERY YOUNG AND FOR THE NEXT MANY YEARS WE WERE GIVEN EDUCATION TO PREPARE US FOR THE CLASSROOM SO THAT MY EDUCATION TOOK PLACE FIRST AT FORDHAM UNIVERSITY AND THEN LATER ON AT THE UNIVERSITY OF MICHIGAN, WHERE I GAINED A MASTERS AND A DOCTORATE.

Q.      AND SO IT WAS TRAINING THROUGH THE CHURCH AS WELL AS EDUCATION?

A.      WELL, THE SISTERS OF MERCY ARE WHAT WE CALL A CANONICAL ORDER.  SO WE ARE TIGHTLY CONNECTED TO THE ROMAN CATHOLIC CHURCH, BUT WE ARE BASICALLY INDEPENDENT IN MANY WAYS.  WE DON'T HAVE A STRONG OVERSIGHT.  THERE IS AN ALLEGIANCE, BUT THERE'S NOT A MONITORING.

Q.      AND AFTER YOU HAD RECEIVED YOUR COLLEGE DEGREES, DID YOU TEACH FOR A WHILE?

A.      I DID.  I TAUGHT AT AN ELEMENTARY SCHOOL FOR 11 WONDERFUL YEARS, AND THEN I TAUGHT UNIVERSITY AT THE UNIVERSITY OF MICHIGAN AND THEN AT BROOKLYN COLLEGE FOR 20 YEARS.

Q.      AND WHEN YOU WERE TEACHING AT THE UNIVERSITY OF MICHIGAN, WHAT SUBJECT OR SUBJECTS WERE YOU TEACHING?

A.      PRIMARILY I AM A WRITER.  SO I TAUGHT SCRIPTWRITING.  THEN I TAUGHT TELEVISION CRITICISM, MASS MEDIA COURSES IN GENERAL, AND THINGS RELATED TO RADIO, TELEVISION AND FILM.

Q.      AND HOW ABOUT YOUR OTHER TEACHING EXPERIENCE, WHAT WERE YOU TEACHING?

A.      WELL, IN COLLEGE PRETTY MUCH THE SAME THING, BUT WHEN I TAUGHT ELEMENTARY SCHOOL, I TAUGHT EVERYTHING.

Q.      FOR WHAT PERIOD OF TIME DID YOU TEACH?

A.      11 YEARS ELEMENTARY SCHOOL.  THEN I WORKED IN EDUCATIONAL TELEVISION FOR THE DIOCESE OF BROOKLYN.  I WAS A PRODUCER AND A WRITER FOR THE DIOCESE OF BROOKLYN.  THEN I TAUGHT AT THE UNIVERSITY OF MICHIGAN IN SUMMERS, CAME BACK AND TAUGHT IN BROOKLYN COLLEGE FOR 20 YEARS AND WAS BROUGHT BACK MANY SUMMERS AND A FULL YEAR TO SERVE AS VISITING PROFESSOR AT THE UNIVERSITY OF MICHIGAN IN ANN ARBOR.

Q.      HAVE YOU HAD ANY OTHER TEACHING POSITIONS?

A.      I GUESS NOT OFFICIALLY, BUT I GIVE A LOT OF LECTURES, A LOT OF COURSES, A LOT OF TALKS TO EDUCATIONAL AND RELIGIOUS GROUPS.  I ALSO AM A WRITER, WHICH IS ONE OF THE WAYS THAT I CONTINUE THE TEACHING THAT I DO.

Q.      AT SOME POINT IN TIME DID YOU BECOME AWARE OF THE EXISTENCE OF AN INDIVIDUAL NAMED DAVID PAUL HAMMER?

A.      YES, I DID.

Q.      APPROXIMATELY WHEN WAS THAT?

A.      IT WAS 1998.

Q.      HOW DID YOU BECOME AWARE OF THE EXISTENCE OF

DAVID PAUL HAMMER?

A.       I'M A PART OF A GROUP THAT HAS SUPPORTED PEACEFUL EFFORTS OVER THE YEARS.  WE HAVE OPPOSED A VARIETY OF WARS AND WORKED VERY HARD FOR THE HUNGRY AND DISPOSSESSED AND HOMELESS.  AND THEN I -- STARTING IN 1993 WHEN GOVERNOR PATAKI WAS CAMPAIGNING TO COME IN AS GOVERNOR OF NEW YORK STATE, HE PROMISED TO BRING WITH HIM THE REACTIVATION OF THE DEATH PENALTY, WHICH WE DID NOT HAVE UNDER GOVERNOR MARIO CUOMO FOR 12 YEARS.  SO A GROUP OF US GOT TOGETHER, MEN AND WOMEN, LAY AND RELIGIOUS.  AND WE DECIDED THAT WE OUGHT TO DO SOMETHING TO RAISE OUR CONSCIOUSNESS, OUR OPPOSITION TO THE DEATH PENALTY.  AND ONE OF THE THINGS THAT WE PRODUCED, NOT REALLY PRODUCED BUT CIRCULATED, WAS CALLED A DECLARATION OF LIFE.  IT'S A NONLEGAL DOCUMENT.  IT'S NOT BINDING, BUT IT ALLOWS THE SIGNER TO SAY IN ESSENCE IF I AM MURDERED, I DO NOT WANT MY KILLER TO BE EXECUTED.  AND WE CARRY A CARD.  THOUSANDS HAVE SIGNED THIS THROUGH OUR PUBLICITY EFFORT.

AS I REMEMBER, SOMEONE RELATED TO DAVID IN OKLAHOMA SAW A NEWS ARTICLE BECAUSE THE ASSOCIATED PRESS SENT THIS MESSAGE AROUND THE WORLD, THE STORY.  I MEAN, WE HEARD FROM PEOPLE IN GERMANY, ENGLAND, AUSTRALIA ABOUT THIS EFFORT TO OPPOSE THE DEATH PENALTY. SO SOMEONE SENT IT TO DAVID HAMMER WHO WAS THEN IN

ALLENWOOD.  AND I RECEIVED A LETTER IN DECEMBER OF 1998 FROM MR. HAMMER SAYING THAT HE WAS SCHEDULED TO BE EXECUTED BY --

Q.        LET ME STOP YOU THERE.  I HAVE JUST PLACED IN FRONT OF YOU A DOCUMENT MARKED FOR IDENTIFICATION PURPOSES AS D 200.  IS THAT THE LETTER?

A.        THIS IS THE FIRST LETTER I RECEIVED FROM DAVID HAMMER.

Q.        ARE YOU ABLE TO READ THE HANDWRITING?

A.        ABSOLUTELY.

Q.        WOULD YOU BE KIND ENOUGH TO READ THAT INTO THE RECORD?

A.        SURE.  I WOULD BE GLAD TO DO SO.

HELLO, MY NAME IS -- THE DATE IS -- LET ME SEE NOW, DECEMBER 13TH, 1998.  HELLO.  MY NAME IS DAVID PAUL HAMMER.  I AM WRITING FOR SEVERAL REASONS AND HOPEFULLY SOMEONE THERE WILL PRAY FOR ME.  AT THE PRESENT TIME I'M SCHEDULED TO BE EXECUTED BY THE UNITED STATES GOVERNMENT ON JANUARY 14TH, 1999, AT 10:00 A.M.

I HAVE ELECTED NOT TO APPEAL MY SENTENCE OF DEATH.  HOWEVER, OTHERS ARE ATTEMPTING TO DO THIRD-PARTY APPEALS AS IT'S LIKELY -- SO IT'S LIKELY MY DATE TO DIE WILL BE POSTPONED UP TO 90 DAYS.

THE LAST FEDERAL EXECUTION OCCURRED OVER 35 YEARS AGO IN MARCH OF 1963.  SO THERE HAS BEEN SOME

MEDIA INTEREST IN MY CASE, BUT I HAVE YET TO SUBMIT TO ANY OF THE TV NEWS PROGRAMS' REQUESTS FOR -- I CAN'T READ THE WORD -- FOR INTERVIEWS.  I'M NOT FEELING THE POSSIBILITY OF MYSELF AS --

THE COURT:  I THINK IT SAYS I'M NOT SEEKING PUBLICITY.

THE WITNESS:  I AM NOT SEEKING PUBLICITY FOR MYSELF AS SOMETHING OUTGROWS A DESIRE FOR ALL THAT. I'M SEEKING A SPIRITUAL ADVISOR.  MY WRITTEN REQUESTS TO THE LOCAL CATHOLIC CHURCH IN WILLIAMSPORT, PENNSYLVANIA, 12 MILES FROM WHERE I'M CURRENTLY INCARCERATED, HAVE GONE UNANSWERED.

I HAVE ALSO MADE NUMEROUS REQUESTS THROUGH THE CHAPLAIN HERE, THAT IS THE CHAPLAIN GLEEN CROOK, AND THE PHONE NUMBER GIVEN AND EXTENSION.  HE HAS BEEN ATTEMPTING TO HELP ME OBTAIN A SPIRITUAL ADVISOR WHO CAN SPEND SOME TIME WITH ME PRIOR TO MY EXECUTION. SO FAR WE HAVE NOT FOUND ANYONE.

A FRIEND OF MINE FROM OKLAHOMA CITY SUGGESTED THAT I WRITE TO THE CHERISH LIFE CIRCLE.  I BELIEVE SHE OBTAINED YOUR ADDRESS AND INFORMATION OFF THE INTERNET, BUT I'M NOT SURE ABOUT THAT.  I'M WRITING TO ASK A FEW FOLKS WILL PRAY FOR ME AND IF -- AND FOR THE FAMILY OF MY VICTIM.  HIS NAME WAS ANDREW MARTI. HIS PARENTS ARE ROBERT AND PATRICIA MARTI.  HIS BROTHER

AND SISTER ARE MIKE AND PAM MARTI.  I HAVE CAUSED THESE PEOPLE SO MUCH PAIN AND SUFFERING.  THAT IS THE MAIN REASON I WANT TO BE EXECUTED PROMPTLY.  GIVING UP MY LIFE IS THE ONLY WAY I KNOW TO HELP EASE THEIR PAIN AND GRIEF.  GOD HAS FORGIVEN ME, BUT I FIND IT DIFFICULT TO FORGIVE MYSELF.

THANK YOU FOR YOUR TIME AND CONSIDERATION.  SINCERELY, DAVID PAUL HAMMER.

Q.      AND ALTHOUGH THE LETTER WAS ADDRESSED TO CHERISH LIFE CIRCLE WHEN IT MADE ITS WAY TO YOU, DID YOU REACT OR RESPOND TO IT?

A.      WELL, MY FIRST REACTION WAS ABSOLUTE SURPRISE. IT CAME IN WITH THE BILLS AND THE NOTICES OF COMMUNITY EVENTS.  I WAS THEN PRESIDENT OF MY COMMUNITY, THE BROOKLYN SISTERS OF MERCY.  I HAD NEVER BEEN TO A PRISON.  I HAD NEVER VISITED ANYONE, HAD NEVER CORRESPONDED WITH ANYONE.  SO IT CAME AS AN UNEXPECTED LETTER.

Q.      DID YOU RESPOND TO THAT LETTER?

A.      YES, I DID.  MY FIRST EFFORT WAS --

Q.      EXCUSE ME.

I JUST PLACED IN FRONT OF YOU WHAT HAS BEEN MARKED FOR IDENTIFICATION AS D 201.  IS THAT A LETTER OF RESPONSE FROM YOU TO MR. HAMMER?

A.      YES, BUT BEFORE I RESPONDED TO HIM, I TRIED TO

MAKE CONTACT WITH SOME OF THE ORGANIZATIONS IN PENNSYLVANIA BECAUSE HE WAS IN ALLENWOOD, WHERE I THOUGHT SOMEBODY LOCALLY COULD REPLY TO HIS REQUEST FOR A SPIRITUAL ADVISOR AND GO TO VISIT HIM IN THE LIMITED TIME THAT WE SAW BEFORE HIS EXECUTION.

HAVING NOT BEEN ABLE TO DO THAT BECAUSE IT WAS TOO CLOSE TO CHRISTMAS, I WAS TOLD, I DID SEND DAVID THIS LETTER.

Q.      WOULD YOU BE KIND ENOUGH TO READ INTO THE RECORD THAT LETTER?

A.      DECEMBER 16TH, 1998.  DEAR DAVID, YOUR WONDERFULLY WRITTEN LETTER WITH ITS REQUEST FOR PRAYERS AND A SPIRITUAL DIRECTOR REACHED ME TODAY.  TO SAY IT TOUCHED MY HEART WOULD BE AN UNDERSTATEMENT.  YOU CAN REST ASSURED THAT MY PRAYERS AND THOSE OF OTHERS WHO SHARE MY CONCERNS WILL BE WITH YOU.  AS FOR THE SPIRITUAL DIRECTOR, I WILL MAKE AN EFFORT TO FULFILL YOUR WISH.  FOR NOW I WILL SEND YOU SOME MATERIAL RELATED TO OUR EFFORTS TO INVITE PEOPLE TO THINK ABOUT THE DEATH PENALTY.  I HOPE TO BE IN TOUCH WITH YOU AGAIN SOON.  WHATEVER ANYONE SAYS TO YOU, DAVID, PLEASE KNOW THAT GOD WANTS YOUR REDEMPTION AND SALVATION.  I DON'T KNOW ANYTHING MORE THAN WHAT YOU WROTE TO ME.  HOWEVER, I RECOGNIZE THE VALUE OF SR. HELEN PREJEAN'S INSISTENCE THAT WE NOT JUDGE ANY HUMAN BEING BY THE WORST THING HE

HAS DONE AS IF IT WERE THE ONLY THING HE HAS DONE.

REMEMBER THE GOOD YOU HAVE DONE IN YOUR LIFE, NOT THE

LEAST OF WHICH IS YOUR ACCEPTANCE OF YOUR GUILT IN THE

CRIME YOU COMMITTED.  MAY GOD BE IN YOUR HEART THIS

CHRISTMAS.  SR. CAMILLE D'ÁRIENZO.

Q.     AFTER YOU HAD MAILED THAT LETTER, DID YOU

RECEIVE A RESPONSE FROM MR. HAMMER?

A.     MY GUESS IS THAT I DID, BUT I DON'T HAVE A COPY

OF IT, BUT YOU DO.

          THANK YOU, MR. TRAVIS.

Q.     I HAVE JUST PLACED IN FRONT OF YOU WHAT I HAVE

MARKED FOR IDENTIFICATION AS D 202.  DO YOU RECOGNIZE

THAT DOCUMENT?

A.     OH, I DO, YES, SIR.

Q.     AND IS THAT A LETTER RESPONSIVE TO THE ONE YOU

JUST READ?

A.     YES, IT IS.

Q.     WOULD YOU BE KIND ENOUGH TO READ THAT LETTER,

PLEASE?

A.     MONDAY EVENING, DECEMBER 21, 1998.

          DEAR SR. CAMILLE D'ÁRIENZO.  I WAS SO

BLESSED TO RECEIVE YOUR LETTER, INFORMATION AND

CHRISTMAS CARD WHEN THE MAIL WAS PASSED OUT THIS

EVENING.  THANK YOU SO MUCH FOR TAKING THE TIME TO WRITE

TO ME.  YOUR WORDS MEANT MORE THAN I KNOW HOW TO

EXPRESS.

I HAVE MUCH THAT I WANT AND NEED TO SHARE WITH SOMEONE.  THAT IS WHY I HAVE SOUGHT A SPIRITUAL ADVISOR.  SISTER, I'M SO FILLED WITH MIXED EMOTIONS AND CONFUSION OVER MY SITUATION.  EACH DAY I ASK GOD FOR HIS CONTINUED FORGIVENESS, UNDERSTANDING AND GUIDANCE.

YES, I WOULD VERY MUCH LIKE TO RECEIVE A VISIT FROM YOU.  HOWEVER, I DON'T BELIEVE DECEMBER 30TH IS A VISITING DAY HERE.  I AM ENCLOSING CHAPLAIN GLEEN CROOK'S PHONE NUMBER.  HE WILL KNOW WHAT, IF ANY, PRIOR ARRANGEMENTS MUST BE MADE PRIOR TO YOUR VISITING HERE.  ALSO, I WILL SEND A WRITTEN REQUEST TO JOHN F. FANELLO, WARDEN, AND REQUEST THAT HE ALLOW YOU TO VISIT ME.  HIS PHONE NUMBER IS THE SAME AS CHAPLAIN CROOK'S IF YOU CARE TO CALL HIM, NUMBER AND EXTENSION GIVEN.

THE REGULAR VISITING SCHEDULE HERE IS AS FOLLOWS:  THURSDAY, FRIDAY, SATURDAY, SUNDAY AND MONDAY FROM 8:30 A.M. TO 4 P.M., THE SAME FOR ALL FEDERAL HOLIDAYS.  I BELIEVE DECEMBER 30TH IS A WEDNESDAY.  IT IS.  I JUST CHECKED THE CALENDAR.  I DON'T RECEIVE MANY VISITS OTHER THAN FROM MY ATTORNEY.  SO ANY DAY YOUR SCHEDULE ALLOWS YOU TO VISIT IS FINE WITH ME.

SISTER, I WANT YOU TO KNOW THAT OUT OF THE MANY CHURCHES AND ORGANIZATIONS I HAVE WRITTEN TO REQUESTING PRAYER AND ASSISTANCE IN LOCATING A SPIRITUAL

ADVISOR, YOU ARE THE ONLY PERSON TO EXPRESS ANY INTEREST IN THE SPIRITUAL ADVISOR ASPECT OF MY MANY REQUESTS.

FATHER LEN PURCELL OF ST. PETERS CHURCH IN GLASGOW, SCOTLAND, HAS WRITTEN TO ME AND OFFERED TO BE MY FRIEND.  OF COURSE I WAS AND AM THRILLED, AND I HAVE NOT SOUGHT HIS ASSISTANCE WITH THE SPIRITUAL ADVISOR REQUEST.

GOD HAS SHOWN ME THROUGH SO MANY WAYS THAT PEOPLE DO CARE FOR AND ABOUT ME.  AT FIRST I WASN'T AT ALL CERTAIN HOW TO ACCEPT THAT MOST OF MY LIFE HAS BEEN SPENT ALONE, EVEN WHILE SURROUNDED BY HUNDREDS OF OTHER MEN.

I AM FAMILIAR WITH SR. HELEN PREJEAN'S BOOK, DEAD MAN WALKING.  EARLY ON IN MY LEGAL PROCEEDINGS ONE OF MY ATTORNEYS SENT IT TO ME AND REQUESTED THAT I READ IT.  I COULD NOT READ IT ALL AT ONCE BECAUSE OF THE EMOTION, MEMORIES AND FEELINGS IT CAUSED ME.  I HAVE NOW READ IT TWICE.  HER WORDS CARRY A POWERFUL MESSAGE.  YES, YOU ARE RIGHT, I HAVE DONE SOME GOOD IN MY LIFE, BUT, SR. CAMILLE, THE BAD SIDE OF THE EQUATION FAR OUTWEIGHS THE GOOD WHERE MY LIFE IS CONCERNED.  THIS HAUNTS ME CONSTANTLY.

PLEASE FIND ENCLOSED A PICTURE OF ME TAKEN A FEW YEARS AGO.  IT'S THE MOST RECENT ONE I HAVE.  THIS WAY YOU CAN PUT A FACE TO MY WORDS AND YOU WILL BE

ABLE TO RECOGNIZE ME WHEN YOU VISIT IN A NONCONTACT VISITING BOOTH BECAUSE OF MY HAVING A DEATH SENTENCE. SISTER, I MUST KEEP THIS LETTER SHORT FOR NOW IN ORDER FOR IT TO GO OUT IN THE MORNING MAIL.  THANK YOU AGAIN FOR YOUR WRITTEN WORDS AND FOR YOUR PRAYERS.  I'M DEFINITELY LOOKING FORWARD TO OUR BEING ABLE TO VISIT AND TO TALK.  IT'S AN ANSWER TO MY PRAYERS.  WISHING YOU THE SPIRIT OF CHRISTMAS ALWAYS.  SINCERELY, DAVID.

Q.      AND AFTER THAT SERIES OF EXCHANGE OF LETTERS, DID YOU IN FACT VISIT MR. HAMMER AT ALLENWOOD?

A.      YES, I DID.

Q.      AND ON THAT VISIT, DID YOU GO ALONE OR DID SOMEONE ACCOMPANY YOU?

A.      NO, I DID NOT GO ALONE.  IT WAS A VERY WINTERY TIME.  THE WEATHER HAD NOT BEEN SO GOOD.  I INVITED A FRIEND, A FORMER PRIEST, FATHER ED DOUGHERTY, TO COME WITH ME.  SO WE MADE THE TRIP TOGETHER.

Q.      DO YOU RECALL WHEN THAT WAS?

A.      I THINK IT WAS DECEMBER 30TH, 1998.

Q.      IS FATHER ED STILL ALIVE?

A.      NO.  HE PASSED AWAY, I THINK THREE YEARS AGO, EITHER TWO OR THREE YEARS AGO.

Q.      PRIOR TO TRAVELING TO ALLENWOOD FOR THE PURPOSE OF THE VISIT, DID YOU HAVE TO MAKE ARRANGEMENTS TO DO THAT?

A.      YES.   WHATEVER THE RECOMMENDED PROTOCOL WAS IS WHAT WE FOLLOWED AND SO WE HAD THE CLEARANCE TO GO.

Q.      AND WHEN YOU ARRIVED AT ALLENWOOD, DID YOU JUST SHOW UP AT THE FRONT DOOR AND GO WHERE YOU WANTED TO GO OR WHAT HAPPENED?

A.      NO.   IT WAS NOT THAT SIMPLE FOR US.   AS I REMEMBER, THERE WAS -- NOW I'M GOING BACK A LONG TIME, BUT AS I REMEMBER THERE WAS A PHONE OUTSIDE BY THE GATE THAT WE HAD TO CALL TO SAY WE WERE THERE.   AND THEN WE WERE -- WHEN WE GOT INSIDE, WE WERE ESCORTED TO WHAT I THOUGHT WAS GOING TO BE A NONCONTACT ROOM, COMPARABLE TO WHAT I EXPERIENCED WHEN I VISITED DAVID IN TERRE HAUTE IN THE PENITENTIARY THERE.   BUT IT WASN'T.   THE ROOM WAS -- IT WAS A SMALL ROOM WITH A TABLE IN IT AND SEVERAL CHAIRS.   AND FATHER ED AND I WERE SEATED AT OPPOSITE ENDS OF THE TABLE AND TO OUR ASTONISHMENT DAVID HAMMER WAS BROUGHT IN.   I BELIEVE THREE GUARDS ACCOMPANIED HIM AND HE HAD OF COURSE THE ORANGE JUMPSUIT AND THE CHAINS AROUND HIS BODY AND HIS HANDS AND HIS FEET.   AND WE STOOD UP AND HE PUT OUT HIS HANDS TO US. AND HE SAID, I'M DAVID PAUL HAMMER.   AND WE INTRODUCED OURSELVES.   AND HE SAID TO ME, WHY DID YOU COME?   I SAID BECAUSE I COULDN'T FIND ANYBODY ELSE TO DO IT.   SO THAT WAS OUR FIRST MEETING.

Q.      DID YOU HAVE TO GO THROUGH ANY SORT OF SECURITY

SCREENING TO GET FROM THE ENTRANCE TO THE VISITING ROOM?

A.      I'M SURE WE DID, BUT I DON'T SPECIFICALLY REMEMBER WHAT IT WAS.

Q.      IN ANY EVENT, YOU HAVE THE VISIT WITH MR. HAMMER AND IT'S A CONTACT VISIT, CORRECT?

A.      YES.  YES, MR. TRAVIS.

Q.      APPROXIMATELY HOW LONG DID THE VISIT LAST?

A.      I'M GUESSING THAT IT WAS CLOSE TO AN HOUR.

Q.      OKAY.  AT THE END OF THE HOUR, WAS THERE ANY SORT OF PLAN FORMULATED AS FAR AS FUTURE CONTACT BETWEEN YOU AND MR. HAMMER, MR. HAMMER AND FATHER ED OR --

A.      AT THE TIME OF THAT VISIT, DECEMBER 30TH, 1998, OUR EXPECTATION WAS THAT MR. HAMMER WAS GOING TO BE EXECUTED IN A LITTLE OVER TWO WEEKS.  WE DID NOT ANTICIPATE ANY FURTHER CONTACT.  HOWEVER, I MUST SAY THAT IN THE COURSE OF OUR CONVERSATION, MR. HAMMER BEGAN TO TELL US, REALLY TO TELL US THE WRONG THAT HE HAD DONE.  AND AT ONE POINT I SAID TO DAVID, DO YOU KNOW WHAT CONFESSION IS?  HE SAID, I KNOW IT FROM THE MOVIES, BECAUSE HE WAS NOT CATHOLIC.  I SAID TO FATHER ED, THIS SOUNDS TO ME LIKE CONFESSION MATERIAL.  MAY I STEP OUT?  SO I DID STEP OUT OF THE ROOM AND I WOULD SAY I WAS OUT THERE A GOOD HALF HOUR WHILE DAVID SPOKE TO THE PRIEST.

Q.      AND WHEN THE VISIT WAS OVER WITH MR. HAMMER, WERE YOU ESCORTED BACK OUT?

A.      YES.

Q.      AFTER THAT VISIT, WAS THERE ANY FURTHER CORRESPONDENCE BETWEEN YOURSELF AND MR. HAMMER?

A.      YES.  YES, THERE WAS.

Q.      AND DID YOU CREATE SOMETHING I WILL CALL A SUMMARY OF CORRESPONDENCE YOU HAD WITH MR. HAMMER AFTER THE VISIT?

A.      I DON'T REMEMBER DOING THAT, BUT YOU HAVE THE EVIDENCE.  I'M SORRY.  I MISUNDERSTOOD YOUR QUESTION, MR. TRAVIS.

Q.      I PLACED -- SISTER, I PLACED IN FRONT OF YOU WHAT I HAVE MARKED FOR IDENTIFICATION AS D 201.1, AND SEEING THAT TWO-PAGE DOCUMENT, DOES THAT REFRESH YOUR RECOLLECTION?

A.      YES, IT DOES.  THANK YOU.

Q.      AND WHAT DOES THAT DOCUMENT REPRESENT?

A.      WELL, IT REPRESENTS, FIRST OF ALL, GRATITUDE FOR FATHER ED AND MY VISIT.  AND THEN DURING THE COURSE OF THE CONVERSATION I HAD SPOKEN TO DAVID ABOUT A SERVICE FOR FAMILIES OF MURDER VICTIMS THAT WE HAD INITIATED SOME YEARS EARLIER, LONG BEFORE I EVER KNEW OF A DAVID HAMMER.  IT WAS -- I LIVED IN BROOKLYN.  IT'S NOT A CRIME-FREE AREA.  AND I WAS VERY MUCH AWARE OF THE SUFFERINGS OF PEOPLE WHO HAD LOST THEIR LOVED ONES TO MURDER.  SO THIS GROUP THAT I ESTABLISHED, WHICH WE CALL

THE CHERISH LIFE CIRCLE, HAD HELD -- I BELIEVE --
CERTAINLY BY 1997, MAYBE BEFORE THEN, WE HAD ANNUAL
SERVICES FOR FAMILIES OF MURDER VICTIMS.  DAVID -- I
GUESS I TOLD DAVID ABOUT THAT BECAUSE HE ALLUDES TO IT
IN THIS CORRESPONDENCE.

Q.      DO YOU HAVE THE ACTUAL LETTERS FROM WHICH THIS
SUMMARY WAS CREATED?

A.      NO.

Q.      ON THE SECOND PAGE OF THAT DOCUMENT, THERE IS
REFERENCED A DATE OF JANUARY 5, 1999, AND THERE IS --
THE SECOND PARAGRAPH OF THAT JANUARY 5 ENTRY.

A.      YES.

Q.      COULD YOU READ US THE PART THAT'S IN
PARENTHESES?

A.      YES.

                IN THE COURSE OF A FOUR-PAGE LETTER DAVID
ASKED ED TO CONTACT THE MURDER VICTIM'S FAMILY TO
EXPRESS DAVID'S REMORSE AND ASK IF THEY WOULD ACCEPT A
LETTER FROM HIM.  I THANK YOU FROM THE BOTTOM --

Q.      I JUST WANT THE PART THAT IS IN PARENTHESES.

A.      YES.

Q.      DID YOU ACTUALLY SEE THAT FOUR-PAGE LETTER THAT
MR. HAMMER HAD WRITTEN TO FATHER ED?

A.      I DON'T THINK I DID.  I THINK THAT WAS BETWEEN
THE TWO OF THEM.

Q.      DO YOU KNOW WHAT HAPPENED WITH RESPECT TO THAT EFFORT?

A.      I KNOW THAT FATHER ED CONTACTED OR TRIED TO CONTACT THE MARTI FAMILY AND WAS -- HE WAS MADE AWARE OF THE FACT THAT THE FAMILY HAD SUFFERED ENOUGH AND DID NOT WANT ANY REMINDERS AND DID NOT WANT ANY CONTACTS.

I HAD INTENDED TO WRITE MYSELF TO EXPRESS MY CONCERN AND MY SYMPATHY, BUT I DID NOT DO IT AFTER LEARNING OF THEIR FEELINGS.

Q.      SINCE THAT INITIAL MEETING IN LATE DECEMBER OF 1998 AND UP TO THE PRESENT TIME, HAVE YOU REMAINED IN CONTACT WITH MR. HAMMER?

A.      YES, I HAVE.

Q.      AND HAVE YOU BEEN SERVING IN THE CAPACITY OF SPIRITUAL ADVISOR?

A.      YES, I HAVE.

Q.      AFTER THE INITIAL MEETING WITH MR. HAMMER AT THE ALLENWOOD PENITENTIARY IN LATE DECEMBER OF 1998, WHEN WAS THE NEXT TIME THAT YOU PHYSICALLY VISITED HIM?

A.      HE WAS FIRST IN FLORENCE, COLORADO, AND I MADE ARRANGEMENTS TO VISIT THERE.  IT WAS PART OF A BUSINESS TRIP FOR MY COMMUNITY THAT I WAS INVOLVED IN THAT WAS NOT TOO FAR FROM THAT PLACE.  HOWEVER, THE DAY BEFORE I WAS TO VISIT HIM IN FLORENCE, COLORADO, I HEARD FROM THE CHAPLAIN THAT THAT MORNING ALL THE MEN SCHEDULED FOR

DEATH ROW HAD BEEN REMOVED AND TAKEN TO TERRE HAUTE.  SO THE NEXT TIME I SAW HIM WAS IN TERRE HAUTE.

Q.      AND DO YOU RECALL TIME WISE WHEN IT WAS THAT YOU WENT TO SEE HIM IN TERRE HAUTE?

A.      I BELIEVE IT WAS JANUARY 2000.

Q.      WAS HE AT THE COLORADO COMPLEX FOR AN EXTENDED PERIOD OF TIME?

A.      I DON'T THINK HE WAS THERE MORE THAN A YEAR, BUT I'M NOT SURE.

Q.      WHEN YOU WENT TO VISIT HIM IN TERRE HAUTE, DID FATHER ED ACCOMPANY?

A.      THE FIRST TIME HE DID, YES.

Q.      AND DO YOU HAVE ANY RECOLLECTION OF THE -- LET ME WITHDRAW THAT.

THE TERRE HAUTE LOCATION WHERE YOU VISITED HIM THE FIRST TIME, WAS THAT DIFFERENT FROM WHERE HE IS PRESENTLY HOUSED?

A.      THE BUILDING WAS DIFFERENT BECAUSE -- IT WAS THE SAME COMPLEX.

Q.      SAME COMPLEX BUT DID YOU INITIALLY SEE HIM IN WHAT I WILL CALL THE OLD UNITED STATES PENITENTIARY, TERRE HAUTE?

A.      YES, I DID.

Q.      AND HE HAS NOW HAS BEEN MOVED TO WHAT I WILL CALL THE NEW UNITED STATES PENITENTIARY AT TERRE HAUTE?

A.    YES, SIR.

Q.    AND DO YOU HAVE ANY RECOLLECTION OF THE SECURITY PROCESS YOU WENT THROUGH WHEN YOU WENT TO VISIT HIM AT TERRE HAUTE?

A.    WELL, IT WAS RIGOROUS, BUT IT WAS WHAT I EXPECTED.

Q.    DURING THE PERIOD THAT MR. HAMMER WAS AT THE OLD USP TERRE HAUTE, DID YOU COME TO LEARN THAT THERE WAS GOING TO BE A CONFIRMATION?

A.    YES.

Q.    DID YOU HAVE ANYTHING TO DO WITH THAT CONFIRMATION, OTHER THAN ATTENDING IT?

A.    NO.

Q.    DO YOU KNOW HOW THAT CONFIRMATION CAME TO BE?

A.    YES.  DURING THE YEAR 2000, POPE JOHN PAUL II HAD ASKED THE BISHOPS OF THE UNITED STATES AS PART OF THE JUBILEE YEAR, WHICH WAS 2000, TO VISIT PRISONS IN THEIR DIOCESE.  ARCHBISHOP -- I MET ARCHBISHOP BUECHLEIN AT A CONFERENCE OF THE LEADERSHIP CONFERENCE OF WOMEN RELIGIOUS, OF WHICH I WAS PRESIDENT AT THE TIME.  IT'S A NATIONAL ORGANIZATION OF CATHOLIC NUNS.  AND I SAID TO HIM IF HE PLANNED TO GO TO TERRE HAUTE TO FULFILL THE HOLY FATHER'S REQUEST, WOULD HE BE KIND ENOUGH TO LOOK UP DAVID HAMMER ON DEATH ROW.  AND HE DID.  AND IT WAS DAVID WHO, IN CONVERSATION WITH THE ARCHBISHOP, ASKED

HIM TO CONFIRM HIM.  WHEN DAVID TOLD ME THAT THIS WAS GOING TO HAPPEN ON OCTOBER 27TH, 2000, I SAID, DAVID, WHY IN THE WORLD WOULD YOU EVER DO THAT?  AND HE SAID TO ME, BECAUSE IN MY LIFE, THOSE WHO HAVE BEEN KINDEST TO ME HAVE BEEN CATHOLICS AND I WANT TO DIE ONE OF YOU.  HE WAS ANTICIPATING A NOVEMBER EXECUTION DATE AT THAT TIME.

Q.       SO THAT WOULD HAVE BEEN HIS SECOND SCHEDULED EXECUTION DATE?

A.       YES, SIR.

Q.       DO YOU RECALL IF THAT WAS LIKE NOVEMBER 15 OF 2000?

A.       ABOUT THAT.  IT WAS CERTAINLY THE MIDDLE OF NOVEMBER THAT IT WAS SUPPOSED TO OCCUR.

Q.       I HAVE PLACED IN FRONT OF YOU A DOCUMENT MARKED FOR IDENTIFICATION AS D 203.  DO YOU RECOGNIZE THAT PHOTOGRAPH?

A.       YES, I DO.

Q.       AND WHAT IS DEPICTED IN THAT PHOTOGRAPH?

A.       WELL, THIS SHOWS MR. HAMMER SEATED.  HIS HANDS ARE CUFFED AND ON ONE SIDE OF HIM IS ARCHBISHOP BUECHLEIN IN THE FULL CEREMONIAL DRESS THAT AN ARCHBISHOP WOULD WEAR AT THE CONFERRING OF THE SACRAMENT.  I AM STANDING NEXT TO MR. HAMMER AND SR. SR. RITA CLARE GERARDOT, SISTER OF PROVIDENCE, IS STANDING NEXT TO ME.  DAVID HAD BEEN CONFIRMED BY THE BISHOP IN A

DEATH ROW SETTING.  THERE WERE THREE OTHER MEN WHO WERE THERE FOR THAT CEREMONY.  ONE WAS A NONCATHOLIC WHO WANTED TO BE WHERE SOMETHING HOLY WAS HAPPENING.  THE SECOND CELL WAS DAVID.  THE THIRD CELL WAS JUAN GARZA, WHO WAS A CATHOLIC WHO -- AND I BELIEVE HE WAS THE FIRST MAN EXECUTED ON TERRE HAUTE'S DEATH ROW.  AND THE FOURTH PERSON WAS JEFF PAUL, WHO HAD RECEIVED SOME OF THE SACRAMENTS, BUT WHO HAD NEVER BEEN CONFIRMED.  SO MR. HAMMER AND MR. PAUL RECEIVED CONFIRMATION.  WE WERE PRESENT.  THERE WAS A FULL CATHOLIC MASS THAT THE ARCHBISHOP CELEBRATED WITH ALL THE FERVOR AND PIETY AND REVERENCE THAT WOULD HAVE OCCURRED HAD THEY BEEN IN THE CATHEDRAL IN INDIANAPOLIS.  THIS PHOTOGRAPH WAS TAKEN RIGHT AFTER THAT CEREMONY.

Q.    AND AS PART OF THE CEREMONY, WAS MR. HAMMER SEPARATED FROM YOU AND THE OTHER CIVILIANS WHO WERE THERE?

A.    WELL, THERE WERE FOUR CAGES.  THEY WERE EACH IN THEIR SEPARATE CAGES FOR THIS EVENT.  WE WERE OUTSIDE.

Q.    AND WHEN WAS THAT CONFIRMATION?

A.    OCTOBER 27TH, 2000.

Q.    AS PART OF THE CONFIRMATION PROCESS, DID YOU HAVE CREATED A CONFIRMATION CARD?

A.    CONFIRMATION, YES, I DID.

Q.    I HAVE HANDED TO YOU WHAT I HAVE MARKED FOR

IDENTIFICATION AS D 220.  DO YOU RECOGNIZE THOSE TWO PAGES?

A.    YES, I DO.

Q.    SO THERE IS NO MISTAKE, THOSE TWO PAGES LIKE THE FRONT AND BACK OF THE CARD.

A.    THAT'S CORRECT.

Q.    THAT IS A CARD THAT WAS CREATED FOR THIS CONFIRMATION, IS THAT CORRECT?

A.    YES.

Q.    SUBSEQUENT OR AFTER THE CONFIRMATION TOOK PLACE, DID YOU CONTINUE TO BE IN CONTACT WITH MR. HAMMER?

A.    YES.

Q.    DID THE CONTACT CONSIST OF VISITS?

A.    YES.

Q.    APPROXIMATELY ON A YEARLY -- ON A YEARLY BASIS, APPROXIMATELY HOW FREQUENTLY WOULD YOU VISIT?

A.    APPROXIMATELY TWICE A YEAR.  HOWEVER, IF BUSINESS OR COMMUNITY RESPONSIBILITIES BROUGHT ME INTO THAT AREA, THEN THE POSSIBILITY OF A THIRD, BUT ORDINARILY TWICE A YEAR.

Q.    IN ADDITION TO PERSONAL VISITS, DID YOU MAINTAIN CONTACT WITH MR. HAMMER IN ANY OTHER WAY?

A.    YES.  WE CORRESPONDED AND HE OCCASIONALLY IS ABLE TO CALL ME.

Q.    NOW, AS FAR AS THE CORRESPONDENCE IS CONCERNED,

IS IT YOUR UNDERSTANDING THAT HIS MAIL IS -- WHAT YOU MAIL TO HIM IS OPENED AND READ BEFORE HE RECEIVES IT?

A.      I LEARNED THAT IN ONE OF MY VERY, VERY FIRST LETTERS TO HIM IN WHICH I ENCLOSED A PERFECT LITTLE LEAF, AUTUMN LEAF WHICH I FOUND AT A RETREAT HOUSE WHERE I WAS.  AND IT CAME BACK TO ME IN A GIGANTIC FOLDER MARKED UNAUTHORIZED MATERIAL.  SO I LEARNED THEN THAT EVERYTHING BOTH WAYS IS READ.

Q.      AS FAR AS YOU UNDERSTAND, ARE THE PHONE CALLS MONITORED AND RECORDED?

A.      I BELIEVE THEY ARE.  I BELIEVE THEY ARE, AS FAR AS I UNDERSTAND.

Q.      NOW, IN ADDITION TO MR. HAMMER BEING HOUSED AT BOTH THE OLD U.S. PENITENTIARY AT TERRE HAUTE AND THE NEW U.S. PENITENTIARY AT TERRE HAUTE, THERE HAVE BEEN LIMITED PERIODS OF TIME WHEN HE WAS HOUSED AT LEWISBURG, UNITED STATES PENITENTIARY LEWISBURG, IN CONJUNCTION WITH HIS 2255.  ARE YOU AWARE OF THAT?

A.      YES.

Q.      AND DID YOU VISIT HIM THERE?

A.      YES, I DID.

Q.      AND THERE WAS A PERIOD OF TIME WHEN HE WAS -- I THINK IT WAS THREE OR FOUR MONTHS HELD AT UNITED STATES PENITENTIARY CANAAN, WHICH IS OUTSIDE OF SCRANTON.  DID YOU VISIT HIM THERE?

A.      WHAT I AM REMEMBERING IS WAYMART.  IS THAT THE SAME PLACE?

Q.      THAT IS THE TOWN IN WHICH CANAAN IS LOCATED.

A.      THEN I DID.  THE ANSWER IS YES.

Q.      SO HAVE YOU MAINTAINED REGULAR CONTACT WITH HIM SINCE 1998?

A.      YES, I HAVE.

Q.      DURING THE PERIOD OF TIME THAT YOU HAVE BEEN IN CONTACT WITH MR. HAMMER, HAVE YOU OBSERVED ANY SPIRITUAL GROWTH ON HIS PART?

A.      YES, I HAVE.

Q.      AND COULD YOU EXPLAIN TO THE JUDGE WHAT YOU HAVE OBSERVED AS FAR AS HIS SPIRITUAL GROWTH?

A.      WELL, I THINK -- AS FAR AS I KNOW, AND AS FAR AS HE HAS SHARED WITH ME, HE HAS CREATED A MORE REGULAR PERIOD OF PRAYER, PERSONAL PRAYER.  THE EXHIBIT -- THE LAST EXHIBIT THAT YOU HANDED ME, THE PRAYER OF ST. FRANCIS HAS BECOME HIS FAVORITE PRAYER.  BUT PRAYER IS MORE THAN THE WORDS THAT WE SAY WHEN WE THINK GOD NEEDS TO HEAR WHAT IS ON OUR MIND.  WE THINK OF IT AS BEING MORE AWARE OF GOD'S PRESENCE IN OUR LIFE.  AND THE CONVERSATIONS THAT DAVID AND I HAVE HAD OVER THE YEARS HAVE ABSOLUTELY CONVINCED ME THAT GOD -- THAT HE IS MORE AWARE OF GOD'S PRESENCE IN HIS LIFE, IN HIS RESPONSIBILITY TO BEHAVE IN A WAY THAT WOULD BE

REFLECTIVE OF THAT UNDERSTANDING.

Q.        AND DURING THE MULTIPLE CONTACTS THAT YOU HAVE HAD WITH MR. HAMMER SINCE DECEMBER OF 1998, HAS HE EXPRESSED TO YOU ANY REMORSE CONCERNING THE DEATH OF ANDREW MARTI?

A.        YES, HE HAS.

Q.        AND IN WHAT WAY?  HAS IT JUST BEEN VERBALIZED TO YOU?

A.        WELL, THROUGH WORDS BUT ALSO BECAUSE I THINK WE MENTIONED A LITTLE WHILE EARLIER, MR. TRAVIS, THAT THE LAST SUNDAY OF EVERY YEAR FOR MANY YEARS I HAVE HOSTED A SERVICE FOR FAMILIES OF MURDER VICTIMS.  FROM THE FIRST ONE ON, MR. HAMMER HAS ASKED ME THAT WE INSCRIBE ANDREW MARTI'S NAME IN THE LIST OF PEOPLE WHOSE NAMES ARE CALLED OUT.  AND THE PROCESS THAT WE HAVE IS THE FAMILIES OF MURDER VICTIMS MEET AT OUR CONVENT OF MERCY IN BROOKLYN ABOUT 3 O'CLOCK IN THE AFTERNOON.  THEY HAVE REFRESHMENTS.  EACH ONE IS INVITED TO WRITE THE NAME OF THE DECEASED.  WE WORK WITH SAFE HORIZON, WHICH IS A VICTIM SERVICE ORGANIZATION IN NEW YORK, TO WRITE THE NAME OF THE DECEASED ON A CARD AND TO WEAR IT AROUND -- TO PLACE IT AROUND ACROSS THEIR CHEST.  AND DAVID HAS ASKED THAT SOMEBODY WEAR ANDREW MARTI'S NAME.  AND WE HAVE -- JUST ABOUT EVERY YEAR WE HAVE GOTTEN SOMEONE WHO WAS WILLING TO WEAR THAT FOR THE PROCESSION.  AND WHEN

THE NAMES ARE CALLED, THEY GO INTO THE SANCTUARY OF THE CHURCH.  WE END UP HAVING MAYBE 40 OR 50 PEOPLE THERE.  IT'S A VERY MOVING CEREMONY.  AND THEN THE CONGREGATION EXTENDS A BLESSING ON ALL WHO ARE THERE.  AND ANDREW MARTI'S NAME IN MOST YEARS HAVE BEEN IN THAT SANCTUARY.

Q.      NOW, WE HEARD BRIEFLY THIS MORNING FROM SR. FITZGERALD ABOUT HOUR CHILDREN AND CONTRIBUTIONS THAT HAVE BEEN MADE.  AT SOME POINT IN TIME DID YOU HAVE A DISCUSSION WITH MR. HAMMER WHICH RESULTED IN THE CREATION OF WHAT I'LL CALL THE CHRISTMAS CARD PROJECT, FUNDRAISING PROJECT?

A.      YES.

Q.      CAN YOU TELL US APPROXIMATELY WHEN YOU FIRST HAD THAT CONVERSATION WITH HIM?

A.      WELL, I COULD GIVE YOU THE EXACT DATE IF YOU COULD TELL ME WHEN TIMOTHY MCVEIGH WAS EXECUTED.

Q.      I KNOW IT WAS JUNE 11TH BECAUSE THAT IS MY BIRTHDAY.

A.      IT WAS JUNE AND I WANT TO SAY 2000, BUT I'M NOT SURE.  I THINK IT WAS IN JUNE 2000.  IT WAS -- I HAD VISITED DAVID A FEW DAYS AFTER THAT EXECUTION AND HE WAS VERY SAD, NOT ONLY ABOUT WHAT MCVEIGH HAD DONE AND HIS -- ABOUT HIS PERSONAL -- DAVID'S PERSONAL INABILITY TO PERSUADE TIMOTHY MCVEIGH TO MAKE SOME EXPRESSION OF REMORSE AND TO ASK FOR FORGIVENESS BEFORE HE WAS

EXECUTED.  SO DAVID WAS SAD THAT HE HAD FAILED IN THAT EFFORT.  AND HE JUST SEEMED GENERALLY SAD.  AND HE SAID SOMETHING TO THE EFFECT OF -- SOMETHING TO THE EFFECT OF MY LIFE IS NOT WORTH ANYTHING.  AND THEN I THOUGHT -- IT WAS NOTHING I HAD PLANNED, BUT IT WAS AN IDEA THAT SPARKED AND I SAID DAVID, HOW WOULD YOU LIKE TO HELP POOR CHILDREN?  HE SAID WHAT ARE YOU TALKING ABOUT?  I SAID, WELL, YOU ARE AN ARTIST.  SUPPOSE THAT YOU WERE TO DESIGN THE ART FOR CHRISTMAS CARDS AND I DO THE TEXT AND WE MARKET THEM AND ANY MONEY THAT WE RAISE COULD GO TO HELP CHILDREN WHO ARE POOR AND AT RISK.  AND THAT IS WHEN THE CHRISTMAS CARD PROJECT STARTED.  WE HAD THEM READY FOR THAT COMING DECEMBER.

Q.    AND WAS THE FIRST PROFIT DISTRIBUTED IN 2000 -- 2001 AS YOU RECALL?

A.    YES.

Q.    AND SINCE 2001 HAVE THERE BEEN DISTRIBUTIONS ON A YEARLY BASIS?

A.    YES.

Q.    ONCE THE WHAT I'LL CALL THE SELLING SEASON FOR LACK OF A BETTER TERM IS OVER AND THE DETERMINATION IS MADE WITH RESPECT TO THE PROFIT FOR A PARTICULAR YEAR, HOW IS THE DETERMINATION MADE AS TO WHERE THE MONEY WILL BE ALLOCATED?

A.    WELL, FOR THE MOST PART SR. SR. RITA CLARE

GERARDOT, SISTER OF PROVIDENCE, AND MYSELF AND DAVID MANAGE TO COMMUNICATE ABOUT NEEDY ORGANIZATIONS THAT WE ARE CONVINCED ARE UTILIZING THEIR FUNDS FOR THE BENEFIT OF POOR AND AT-RISK CHILDREN.

ONE OF THE -- THE FIRST OF THE ORGANIZATIONS THAT CAME TO MY MIND WAS ONE THAT I HAD TO VISIT SEVERAL TIMES WHEN I WAS PRESIDENT OF MY COMMUNITY, AND IT IS THE ALPHA SCHOOL, ALPHA BOYS SCHOOL IN KINGSTON, JAMAICA, WEST INDIES. I HAD BEEN -- THERE ARE OVER A HUNDRED. THIS HAS BEEN RUN BY THE SISTERS OF MERCY FOR CLOSE TO 150 YEARS NOW. SO IT'S A REPUTABLE AND WELL-KNOWN ORGANIZATION. BUT THAT WAS ONE PLACE THAT I SAID COULD USE MONEY. WE CAME UP WITH LISTS AND SOME ARE THE SAME EVERY YEAR AND SOME DIFFERENT, DEPENDING ON WHAT WE HAVE. WE JUST KIND OF MADE A DECISION, WE WOULD GIVE THIS MUCH TO THAT AND WE JUST DID THE BEST WE COULD WITH WHAT WE HAD.

Q.    TO SOME DEGREE THE DONATIONS ARE DRIVEN BY THE PROFIT FOR THE YEAR. IS THAT A FAIR STATEMENT?

A.    YES.

Q.    SOMETIMES IT'S MORE. SOMETIMES IT'S LESS?

A.    YES, THAT'S CORRECT, SIR.

Q.    NOW, WITH RESPECT TO THE ALPHA BOYS SCHOOL/ST. JOHN BOSCO BOYS HOME IN JAMAICA --

A.    THEY ARE TWO SEPARATE PLACES. ONE IS -- THE

ALPHA SCHOOL IS IN KINGSTON, TO A PART OF KINGSTON THAT TOURISTS ARE NOT ALLOWED TO SEE.  THE OTHER IS IN THE MOUNTAIN AREA, I THINK, CALLED MANDEVILLE, THAT IS JOHN BOSCO.

Q.    I'M GOING TO GET TO THAT.  ARE BOTH OF THOSE PLACES RUN BY THE SISTERS OF MERCY?

A.    YES.

Q.    AND THE ONE IS, I'M GOING TO SAY DOWNTOWN FOR LACK OF A BETTER WORD?

A.    YES, SIR.

Q.    AND DO YOU KNOW WHAT TYPE OF STUDENTS -- PEOPLE ARE AT THAT HOME?

A.    I WAS THERE ONE TIME FOR MY COMMUNITY BUSINESS WHEN A POLICE CAR PULLED UP LATE AT NIGHT WITH A CHILD WHO HAD BEEN RESCUED FROM THE STREET AND DEPOSITED THERE.

MOST OF THE CHILDREN AS FAR AS I KNOW WERE EITHER VICTIMS OF ABUSE OR OF POVERTY OR WERE STREET KIDS OR WERE IN TROUBLE WITH THE LAW.

Q.    AND WITH RESPECT TO THE MONEY THAT HAS BEEN DONATED TO THOSE TWO PLACES, DO YOU HAVE AN ESTIMATE OF HOW MUCH HAS BEEN DONATED OVER THE 12 YEARS OF THE PROJECT, 13 YEARS OF THE PROJECT?

A.    I DO NOT.  I HAVE ALWAYS SAID I DO WORDS, NOT NUMBERS.  I DIDN'T KEEP FINANCIAL RECORDS.  I HAVE SEEN

ACCOUNTS.  I DON'T REMEMBER THEM, BUT THEY LOOKED ABOUT RIGHT.

THANK YOU.  WELL, WE DID VERY WELL HERE.

Q.    WHO HANDLES THE MONEY?

A.    WHEN -- I GUESS I DO.  YES.

Q.    I JUST SHOWED YOU A DOCUMENT MARKED FOR IDENTIFICATION AS D 204.  AND THE DOCUMENT D 204 HAS SOME NUMBERS ON IT.  IF YOU LOOK ACROSS THE TOP IT'S ALPHA BOYS SCHOOL, ST. JOHN BOSCO, IT HAS CERTAIN DOLLAR AMOUNTS?

A.    YES.

Q.    FROM LOOKING AT D 204 AND USING YOUR RECOLLECTION, DO THOSE DOLLAR AMOUNTS APPEAR TO YOU TO BE ACCURATE?

A.    YES, THEY DO.

Q.    OKAY.

AND WITH RESPECT TO THE ALPHA BOYS SCHOOL, DO YOU KNOW HOW THE MONEY THAT IS ALLOCATED TO THEM IS USED?

A.    WELL, I KNOW THAT SOME OF THE MONEY WAS USED FOR WOODWORKING EQUIPMENT.

Q.    AND AS FAR AS THE WOODWORKING EQUIPMENT IS CONCERNED, DO THEY USE THAT EQUIPMENT TO TRAIN THE PEOPLE WHO ARE THERE TO GIVE THEM JOB SKILLS?

A.    YES, THAT IS NOT THE ONLY TRADE.  IT IS AN

EDUCATIONAL, ACADEMIC AND TRADE SCHOOL.

Q.     DO YOU KNOW IF THEY ALSO USE THAT EQUIPMENT TO PRODUCE PRODUCT WHICH IS THEN AVAILABLE TO SELL?

A.     YES.  I REMEMBER RECEIVING AS A GIFT FROM THEM, A LAZY SUSAN FOR A DINING ROOM TABLE.

Q.     AS FAR AS ST. JOHN BOSCO, IS THAT A RESIDENTIAL PLACE AS WELL?

A.     YES, IT IS.

Q.     AND THAT IS IN MANDEVILLE, I BELIEVE YOU SAID?

A.     YES, IT IS.

Q.     WHAT SORT OF SERVICES DO THEY PROVIDE FOR THE RESIDENTS AT THAT FACILITY?

A.     WELL, ONCE AGAIN, IT'S EDUCATION AND IT'S JOB TRAINING.  AND THEY HAVE LIVESTOCK.  SO THE BOYS ARE TAUGHT HOW TO HANDLE AND TO SLAUGHTER LIVESTOCK.

Q.     WE HAVE A VIDEO, I BELIEVE, OF BOTH ALPHA AND ST. JOHN BOSCO THAT IS GOING TO BE PLAYED.

MR. TRAVIS:  ARE YOU ABLE TO PLAY THE VIDEO?

MS. SAUNDERS:  COURT'S INDULGENCE, YOUR HONOR.

THE COURT:  HOW LONG WILL THE VIDEO GO?

MR. MORENO:  SEVEN MINUTES.

MS. SAUNDERS:  SEVEN TO TEN MINUTES.

(PLAYING OF VIDEOTAPE.)

THE COURT:  CAN THE VOLUME BE TURNED UP?

BY MR. TRAVIS:

Q.     THE VIDEO THAT WE JUST SAW, IS THAT THE TWO PLACES IN JAMAICA THAT YOU HAVE PERSONALLY VISITED?

A.     YES.

Q.     THE PERSON WHO IS DOING THE TALKING, WAS THAT SR. SUSAN FRAZER?

A.     THAT'S RIGHT.

Q.     NOW, REFERENCE WAS MADE TO EXCHANGE OF CORRESPONDENCE?

A.     MR. TRAVIS, MAY I SAY SOMETHING?

Q.     SURE.

A.     THIS IS -- I HAD BEEN TO ALPHA BEFORE I EVER MET DAVID WHEN I WAS IN LEADERSHIP.  BUT SINCE I HAVE KNOWN DAVID I HAVE BEEN THERE TWICE.  ONE TIME WITH VERENA DOBNIK, WHO IS THE NEW YORK HEAD WRITER OF THE ASSOCIATED PRESS, WHO WAS INTERESTED IN THE STORY.  WE WENT DOWN TOGETHER AND SHE DID AN EXTENSIVE ARTICLE ABOUT HER FINDINGS, BOTH IN ALPHA, THE ALPHA SCHOOL IN KINGSTON AND IN JOHN BOSCO IN MANDEVILLE.  IT WAS A VERY POSITIVE AND INSPIRING ARTICLE.

Q.     SR. FRAZER HAD TALKED ABOUT SOME CORRESPONDENCE AND THERE IS A DOCUMENT MARKED FOR IDENTIFICATION AS D 205.  ARE YOU FAMILIAR WITH THAT LETTER?

A.     I AM NOW.

Q.   IS THAT A LETTER FROM SR. FRAZER TO MR. HAMMER?

A.   YES.

Q.   AND THEN THERE IS A GROUP OF DOCUMENTS THAT HAVE BEEN COLLECTIVELY MARKED AS D 206.  ARE THOSE -- THE D 206 ITEMS, ARE THOSE COPIES OF LETTERS THAT WERE SENT BY INDIVIDUALS FROM JAMAICA?

A.   YES.

Q.   I BELIEVE IN ADDITION TO LETTERS THERE MAY BE SOME DRAWINGS?

A.   YES.

Q.   YOU HAD TALKED ABOUT THE USE OF THE MONEY FOR THE WOODWORKING EQUIPMENT.  DO YOU HAVE ANY RECOLLECTION OF ANY OTHER TYPE OF EQUIPMENT THAT MAY HAVE BEEN PURCHASED THROUGH MONEY FROM THE CARD PROJECT?

A.   I KNOW THAT THERE WERE EDUCATIONAL MATERIALS FOR THE ALPHA SCHOOL IN KINGSTON.  I DON'T REMEMBER WHAT THEY WERE, OTHER THAN THAT THEY WERE PURCHASED WITH HIS DONATIONS.

Q.   DO YOU HAVE ANY RECOLLECTION OF MUSICAL INSTRUMENTS?

A.   I BELIEVE SO BECAUSE THE ALPHA SCHOOL IS KNOWN FOR ITS PRODUCTION OF SOME OF THE BEST JAMAICAN MUSICIANS.

Q.   NOW, ANOTHER ORGANIZATION WHICH IS ON THE LIST, DEFENDANT'S EXHIBIT 204, IS WOODS DAY CARE AND PRESCHOOL

CENTER.  ARE YOU FAMILIAR WITH THAT?

A.      YES, I AM.

Q.      AND WHAT IS THAT?

A.      WELL, THIS IS ON THE GROUNDS OF THE SISTERS OF PROVIDENCE, ST. MARY OF THE WOODS UNIVERSITY.  AND IT WAS EXACTLY WHAT IT SOUNDS LIKE, A DAY CARE CENTER FOR PRESCHOOL CHILDREN.  MY UNDERSTANDING IS IT IS NOW CLOSED.  IT JUST CLOSED THIS SUMMER, I BELIEVE, FOR LACK OF SUFFICIENT FUNDS TO KEEP IT GOING.

Q.      AND DO YOU HAVE ANY KNOWLEDGE OF HOW ANY OF THE CONTRIBUTIONS THAT WERE MADE THROUGH THE CARD PROJECT WERE USED AT THAT DAY CARE CENTER?

A.      I VISITED IT ONLY ONCE AND WAS SHOWN SOME EDUCATIONAL GAMES AND TOYS THAT HAD COME FROM THAT.  I'M SURE IT WAS NOT INCLUSIVE.  IT WAS JUST ONE MEETING THAT I HAD THERE.

Q.      I BELIEVE THAT A REPRESENTATIVE FROM MERCY MEDICAL MISSION IS APPEARING TOMORROW.

A.      SR. KAREN SCHNEIDER, WHO WORKS WITH JOHNS HOPKINS.

Q.      HOW ABOUT PROVIDENCE FOOD BANK?

A.      I KNOW ABOUT THIS.  I VISITED IT ONLY ONCE AND I KNOW THAT SR. RITA CLARE GERARDOT WOULD BE THE ONE TO ADDRESS THAT BECAUSE IT'S HER CONGREGATION.

Q.      IS THAT LOCATED IN TERRE HAUTE, INDIANA?

A.      I BELIEVE IT IS.

Q.      AND ESSENTIALLY DO THEY PROVIDE FOOD TO POOR PEOPLE?

A.      YES.

Q.      DO YOU HAVE ANY PERSONAL KNOWLEDGE HOW ANY OF THE DONATED FUNDS WERE USED FOR THAT?

A.      WELL, I KNOW ALL OF THE MONEY THAT WAS GIVEN AND THE LIST IS HERE IN FRONT OF YOU.  I COULD ADD IT UP FOR YOU, BUT I KNOW IT ALL WENT FOR FOOD.

Q.      INCIDENTALLY, WITH RESPECT TO THE WOODS DAY CARE AND THE MERCY MEDICAL MISSION AND PROVIDENCE FOOD BANK, DO THOSE AMOUNTS APPEAR TO YOU TO BE ACCURATE AS FAR AS WHAT WAS DONATED?

A.      YES, TO THE BEST OF MY MEMORY.

Q.      AND WE HAVE ALREADY HEARD FROM A REPRESENTATIVE OF HOUR CHILDREN.  HOW ABOUT THE DOROTHY BENNETT MERCY CENTER?

A.      I KNOW THAT VERY WELL.  I'M ON ITS BOARD OF DIRECTORS.  IT IS A TWO-STORY BUILDING THAT IS -- WAS BUILT IN THE GARDEN OF THE CONVENT OF MERCY IN THE FORT GREEN SECTION OF BROOKLYN.  MOST OF THE CHILDREN WHO COME THERE ARE CHILDREN OF MEXICAN IMMIGRANTS.  MOST OF THE CHILDREN HAVE PARENTS WHO ARE LEARNING ENGLISH OR DON'T SPEAK ENGLISH.  MANY ARE POOR.  IT IS NOT ONLY AN AFTER SCHOOL AND ENRICHMENT PROGRAM, BUT IT ALSO HAS

EDUCATIONAL OPPORTUNITIES AND JOB TRAINING FOR THEIR ADULTS, FOR THEIR PARENTS.  IT HAS IMMIGRANT SERVICES.  AND I KNOW THEY ARE OFF THIS SUMMER, BUT IT'S USUALLY A 12-MONTH OPERATION.

Q.     AND DO YOU KNOW IF THE DONATIONS THAT WENT TO THAT ORGANIZATION WENT TO ANY SPECIFIC PROJECT OR WERE THEY WHAT I'LL CALL GENERAL OPERATING?

A.     I THINK GENERAL OPERATING.

Q.     THERE'S A WOMEN AND CHILDREN OF RIKERS ISLAND THAT FOR A PERIOD OF FOUR YEARS RECEIVED DONATIONS.

A.     YES.

Q.     DO YOU KNOW ABOUT THAT?

A.     YES, I DO.

Q.     COULD YOU TELL US WHAT YOU KNOW ABOUT THAT?

A.     WELL, JUST THAT THERE ARE SISTERS THERE, A SISTER OF ST. JOSEPH AND THERE WERE SISTERS OF MERCY WHO WERE THERE.  AND WE DISTRIBUTED THE MONEY TO THEM, ESPECIALLY FOR THE USE OF WOMEN AND CHILDREN.  SOME OF THE WOMEN WERE ON PAROLE FROM RIKERS ISLAND.

Q.     AND DO YOU KNOW HOW THE MONEY WAS USED?

A.     FOR WHATEVER THEIR NEEDS WERE.

Q.     AND HOW ABOUT MERCY HOME?  ARE YOU FAMILIAR WITH THAT?

A.     I AM VERY FAMILIAR WITH MERCY HOME.

Q.     TELL US ABOUT MERCY HOME.

A.      MERCY HOME STARTED AS AN ORPHANAGE IN 1862. WITH THE CHANGING OF SYSTEMS AND NEEDS, IT IS NOW AN AGENCY RUN BY THE SISTERS OF MERCY.  IT HAS 13 RESIDENCES FOR DEVELOPMENTALLY DISABLED ADULTS AND MASSIVE PROGRAMS FOR AT-HOME DISABLED, MENTALLY DISABLED ADULTS WITH THEIR FAMILIES.  JUST THIS WEEKEND WE CAME THROUGH A REALLY VERY DIFFICULT TIME.  ONE OF THE RESIDENTS, A 44-YEAR OLD DOWN SYNDROME WOMAN, WENT MISSING.  AND SATURDAY AND SUNDAY THERE WAS A MASSIVE SEARCH, MEDIA SUPPORTED, AND SHE WAS FOUND, I'M HAPPY TO SAY, LAST NIGHT.  SHE HAD SOMEHOW FOUND HER WAY INTO THE BASEMENT OF A CHURCH AND WAS DISCOVERED THERE BY THE PRIEST, BROUGHT TO THE HOSPITAL AND SHE IS OKAY.

Q.      DO YOU KNOW HOW THE DONATIONS THAT WENT THERE WERE USED?

A.      TO MEET WHATEVER NEEDS -- WHATEVER NEEDS SEEMED MOST URGENT AT THE MOMENT.

Q.      SO GENERAL OPERATING FUND TYPE OF CONTRIBUTION?

A.      YES, I WOULD SAY SO.

Q.      HOW ABOUT THE KENYA MEDICAL EMERGENCY?

A.      JEAN SMITH IS A MEMBER OF THE CHERISH LIFE CIRCLE.  SHE IS AN ATTORNEY AND AN RN WHO HAS RELOCATED TO KENYA TO WORK WITH THE WOMEN WITH AIDS.  I KNOW HER VERY WELL BECAUSE SHE HAS WORKED WITH US FOR A GOOD TEN YEARS.  NOW SHE HAS BEEN IN KENYA I THINK FOR THE LAST

THREE OR FOUR.  AND SO WE SEND HER SOME MONEY TO HELP WITH HER WOMEN AND THEIR CHILDREN.

Q.    HOW ABOUT ST. BARTHOLOMEW'S FRIENDS OF HAITI?

A.    I REALLY CAN'T SPEAK TO THAT ONE.

THE ONE WHO KNOWS THAT I BELIEVE IS SARAH GRAY.  THIS IS LOCATED IN INDIANAPOLIS.  IT'S A PROJECT VERY WELL KNOWN TO DAVID THROUGH THE PEOPLE WHO HAVE BEEN IN TOUCH WITH HIM.

Q.    ST. BARTHOLOMEW, THAT IS A CHURCH?

A.    YES.  I BELIEVE -- I THINK IT'S A CATHOLIC CHURCH.

Q.    WHEN YOU WRITE THE CHECK, YOU SEND IT TO ST. BARTHOLOMEW'S?

A.    YES.  EITHER THAT -- I'M NOT SURE WHETHER I DO THAT OR WHETHER THAT IS THE ONE I WRITE TO SARAH GRAY. I'M NOT SURE BUT IT DEFINITELY IS ADDRESSED TO ST. BARTHOLOMEW'S.

Q.    DO YOU HAVE A GENERAL UNDERSTANDING WHAT THAT PROJECT IS ABOUT?

A.    JUST THAT THERE ARE MANY, MANY POOR CHILDREN IN HAITI.  AND I BELIEVE THAT THIS PARISH HAS ADOPTED SEVERAL AND HAS TRIED TO FINANCE THEIR EDUCATION AND THEIR WELFARE.

Q.    HOW ABOUT THE DAY LABORERS' CHILDREN?

A.    WE HAVE SISTERS WHO LIVE ON THE EASTERN END OF

LONG ISLAND WHERE THERE ARE MANY MIGRANT WORKERS WHO COME ILLEGALLY INTO THE AREA AND ARE HIRED BY THE WEALTHY PEOPLE OF THE MONTAUK AREA OF THE EASTERN END OF LONG ISLAND.  SOME OF THEM ARE TREATED WELL.  SOME OF THEM ARE NOT TREATED WELL AT ALL, PROMISED JOBS THAT THEY DON'T GET AND PAYCHECKS THAT THEY DON'T RECEIVE. WE HAVE SISTERS WHO WORKED -- WHO LIVED AND WORKED OUT IN THAT AREA AND SERVED AS THEIR ADVOCATES.  AND SOME OF THEM NEEDED SPECIAL HELP FOR FOOD, FOR HOUSING.  THAT IS THAT CONNECTION.

Q.    HOW ABOUT MIRACLE PLACE?

A.    MIRACLE PLACE.  LET ME SEE NOW.  THAT IS -- I BELIEVE IT'S IN INDIANAPOLIS.  THAT'S THE WORK OF THE SISTERS OF PROVIDENCE.  SO I'M NOT AS COMPETENT IN ADDRESSING THAT, EXCEPT THAT I KNOW IT'S FOR FOOD AND SOCIAL SERVICES.

Q.    HOW ABOUT THE GIBAULT CHILDREN'S SERVICES BACK IN 2001 WHEN YOU SERVED THE DONATION, RECEIVED 2,000 AND ALPHA BOYS RECEIVED 4,000.  ARE YOU FAMILIAR WITH THAT?

A.    YES, I VISITED THERE IN THE VERY BEGINNING WHEN WE WERE GIVING MONEY.  I THINK DAVID HAMMER HAD HEARD ABOUT THE PLACE, CALLED IT TO OUR ATTENTION.  AND SR. RITA CLARE AND I WENT THERE AND PRESENTED THAT CHECK AT THAT TIME.  I THINK OUR FEELING -- IT WAS NOT IN ANY WAY TO DENIGRATE THE WORK THEY DO, BUT WE THOUGHT OTHER

PLACES HAD GREATER NEEDS SO WE ONLY SERVED THEM THAT ONE YEAR.

Q.      AND AT THE TIME YOU INITIALLY PRESENTED THE CHECK, DID YOU TAKE WITH YOU ANY SORT OF MESSAGE?

A.      YES.  WE HAD ASKED DAVID HAMMER TO TELL US WHAT HE WOULD LIKE US TO SAY.  AND I REMEMBER THAT PART OF THAT WAS THAT THE BOYS WHO WERE THERE SHOULD RECOGNIZE THAT THEY HAD WHAT HE CALLED A SAFE HARBOR AND THEY SHOULD DO THE BEST THEY COULD TO MAKE USE OF THE SAFETY AND THE EDUCATION THAT WAS PROVIDED SO THAT THEY WOULD NOT END UP IN A PLACE LIKE THE ONE IN WHICH HE LIVED.

Q.      I AM SHOWING YOU A DOCUMENT MARKED FOR IDENTIFICATION AS D 209.  DO YOU RECOGNIZE THAT ITEM?

A.      YES, I DO.

Q.      AND WHAT IS THAT ITEM?

A.      I DESCRIBED THIS JUST A FEW MINUTES AGO.  THIS BEGAN AS AN AFTER-SCHOOL PROGRAM.  IT'S NOW A MULTI SERVICE OPERATION RUN BY THE SISTERS OF MERCY AND BUILT IN THE GARDEN OF THE CONVENT OF MERCY IN THE FORT GREEN SECTION OF BROOKLYN.  THE CHILDREN ALL COME FROM THE PUBLIC SCHOOLS.  IT IS NOT RELATED TO RACE OR RELIGION. THEY ARE ALL WELCOME AND THEY ARE GIVEN HOMEWORK HELP AND OTHER ENRICHING EXPERIENCES.

Q.      IS THAT AN ORGANIZATION OVER TIME WHICH HAS RECEIVED DONATIONS FROM THE CARD PROJECT?

A.      YES.  I ALSO SERVE ON ITS BOARD OF DIRECTORS SO I'M VERY CONSCIOUS OF THE GOOD THAT IT DOES.

Q.      I SHOW YOU AN ITEM THAT HAS BEEN MARKED FOR IDENTIFICATION AS D 210.  ARE YOU FAMILIAR WITH THAT?

A.      YES, I AM.

Q.      IS THAT A BROCHURE FOR ANOTHER ORGANIZATION THAT HAS OVER TIME RECEIVED DONATIONS?

A.      YES.  I ALLUDED TO THIS IN THE EARLIER PART OF MY TESTIMONY.  THIS IS MERCY HOME, WHICH STARTED AS AN ORPHANAGE IN 1862, AND IS NOW A SERIES OF RESIDENCES AND PROTECTIVE CARE FOR DEVELOPMENTALLY DISABLED ADULTS. AND THIS IS THE ORGANIZATION WHERE THE WOMAN WENT MISSING ON SATURDAY AND WAS DISCOVERED AND RETURNED LAST NIGHT.  I SERVE ON THIS BOARD OF DIRECTORS TOO.

Q.      YOU HAD MENTIONED AS PART OF YOUR TESTIMONY THE SISTERS OF PROVIDENCE, CORRECT?

A.      YES.

Q.      AND THE DOCUMENT I HAVE JUST PROVIDED TO YOU, I HAVE MARKED AS D 211.  IS THAT -- EXCUSE ME, I'M SORRY. D 211.  DO YOU RECOGNIZE D 211?

A.      I DO.

Q.      WHAT IS D 211?

A.      WELL, IT'S A LETTER THAT WAS WRITTEN TO DAVID HAMMER FROM SR. KAY CRUMLISH, WHO WAS THE EXECUTIVE DIRECTOR OF MERCY HOME, THE LAST ORGANIZATION THAT I

ALLUDED TO.

Q.      AND IS THAT ANOTHER ORGANIZATION THAT OVER TIME HAS RECEIVED DONATIONS?

A.      YES.  THIS IS A THANK YOU NOTE TO DAVID FROM THE EXECUTIVE DIRECTOR.  DO YOU WANT ME TO READ ANY PART OF THIS?

Q.      NO.

        I JUST PROVIDED YOU WITH A DOCUMENT MARKED FOR IDENTIFICATION AS D 212.  ARE YOU FAMILIAR WITH THAT DOCUMENT?

A.      I AM FAMILIAR WITH THE FRIENDS OF HAITI PROJECT OUT OF ST. BARTHOLOMEW'S, YES.

Q.      THAT IS THE PROJECT THAT IS RUN THROUGH ST. BARTHOLOMEW'S?

A.      YES.

Q.      YOU HAD TALKED ABOUT THAT HAITI PROJECT INVOLVING SPONSORSHIPS OF CHILDREN, IS THAT CORRECT?

A.      THAT IS TO THE BEST OF MY KNOWLEDGE.

Q.      I WILL SHOW YOU A DOCUMENT MARKED FOR IDENTIFICATION AS D 213.  ARE YOU FAMILIAR WITH THAT DOCUMENT?

A.      NO, I AM NOT.

Q.      DO YOU RECALL BACK IN JULY OF 2011 BEING IN TERRE HAUTE, INDIANA AND GIVING A STATEMENT UNDER OATH?

A.      YES.

Q.      DO YOU RECALL LOOKING AT THAT DOCUMENT AT THAT POINT IN TIME?

A.      I WISH I COULD SAY THAT I DO, BUT I DON'T RECALL IT.

Q.      OKAY.  IF YOU DON'T RECALL, YOU DON'T RECALL.

BEFORE I DISTRIBUTE THESE, LET ME HAVE YOU TAKE A LOOK AT THESE.

THE COURT:  MR. TRAVIS, MAYBE THIS WILL BE A GOOD TIME TO TAKE A FIVE-MINUTE BREAK?

MR. TRAVIS:  THAT IS FINE WITH ME, YOUR HONOR.

THE COURT:  LET'S TAKE A FIVE-MINUTE BREAK.

(BREAK TAKEN.)

THE COURT:  ALL RIGHT.  LET'S CONTINUE.

MR. TRAVIS:  THANK YOU, YOUR HONOR.

BY MR. TRAVIS:

Q.      YOU HAD AN OPPORTUNITY TO LOOK AT THOSE OTHER TWO E-MAILS I GAVE YOU?

THE COURT:  SPEAK INTO THE MIC.

MR. TRAVIS:  I'M SORRY.

BY MR. TRAVIS:

Q.      YOU HAD AN OPPORTUNITY TO LOOK AT THE OTHER TWO E-MAILS I SHOWED YOU?

A.      YES, I DID.

Q.       DO YOU RECOGNIZE EITHER OF THOSE?

A.       WELL, I RECOGNIZE THAT THESE WOULD BE RECIPIENTS OF SUPPORT -- FINANCIAL AND WRITTEN SUPPORT THAT DAVID HAS EXTENDED HIMSELF APART FROM ANYTHING, AND MY INVOLVEMENT TO THESE PEOPLE, I DO RECALL THAT NOW.

Q.       ARE THOSE THE CHILDREN IN HAITI?

A.       I BELIEVE SO.

Q.       AND ONE OF THE E-MAILS -- EACH OF THE E-MAILS, D 213, 213.1 AND 213.2 DEALS WITH THE THREE CHILDREN, IS THAT CORRECT?

A.       YES, AND THEIR PARENTS.

Q.       OKAY.

         SHOWING YOU A DOCUMENT MARKED D 214.  DO YOU RECOGNIZE THAT DOCUMENT?

A.       I DO RECOGNIZE IT.  THIS IS BY THE SISTERS OF PROVIDENCE.  IT IS UNDER THEIR CARE, MIRACLE PLACE INDIANAPOLIS.

Q.       I BELIEVE YOU MENTIONED THAT EARLIER IN YOUR TESTIMONY?

A.       YES, YES.

Q.       SHOWING YOU A DOCUMENT MARKED FOR IDENTIFICATION AS D 215.  DO YOU RECOGNIZE THAT DOCUMENT?

A.       YES, I DO.

Q.       AND WHAT IS THAT DOCUMENT?

A.       WELL, IT COMES FROM A ST. JOSEPH SOCIAL SERVICE

CENTER IN ELIZABETH, NEW JERSEY.  AND IT'S A LETTER FROM ONE OF THE EXECUTIVES THERE, A SR. JACINTA FERNANDES, THANKING US FOR $100 THAT WE GAVE TO THEM.

Q.     DO YOU KNOW WHAT TYPE OF SERVICES THEY PROVIDE?

A.     I KNOW IT'S SOCIAL SERVICES.  ONE OF OUR SISTERS IS A SOCIAL WORKER WHO WAS WITH THAT FOR A LONG TIME. AND IT IS CHILDREN WHO ARE IN DISTRESS BECAUSE THEIR FAMILIES ARE IN DISTRESS.

Q.     DOCUMENT MARKED FOR IDENTIFICATION AS 215.1 ON STATIONERY FROM ST. JOSEPH'S SOCIAL SERVICE CENTER.  IS THAT THE SAME ORGANIZATION?

A.     YES, IT IS.

Q.     A LETTER FROM A DIFFERENT SISTER?

A.     YES, SR. MARY ELEANOR THORNTON, WHO WORKS THERE. SHE IS A SOCIAL WORKER AND A SISTER OF MERCY.

Q.     I HAND YOU WHAT HAS BEEN MARKED AS 216.  ARE YOU FAMILIAR WITH THAT?

A.     WELL, I HAVE NEVER SEEN THIS, BUT I KNOW THE ORGANIZATION, SISTERS OF PROVIDENCE.  I KNOW SR. ANN CASPER, WHO WAS THE PERSON WHO WROTE THIS LETTER.  THIS DOES NOT MENTION ANYTHING ABOUT MONEY.  IT IS SIMPLY AN EXPRESSION OF SR. ANN CASPER OF APPRECIATION FOR DAVID'S INTEREST AND CONCERN FOR THE RENOVATIONS THAT WERE GOING ON AT ST. MARY OF THE WOODS.

Q.     ALL RIGHT.  LET'S TALK ABOUT THE SISTERS OF

PROVIDENCE.  DO YOU KNOW WHETHER MR. HAMMER HAS ANY AFFILIATION WITH THE SISTERS OF PROVIDENCE?

A.  WELL, CERTAINLY HE DOES, BECAUSE SR. SR. RITA CLARE GERARDOT IS THE ONE WHO VISITS HIM EVERY OTHER MONDAY, I BELIEVE, AND HAS SINCE THE YEAR 2000, BARRING TIME THAT IT WOULD BE IMPOSSIBLE TO DO SO.  AND SHE -- I WOULD SAY SHE IS DAVID'S PRIMARY SPIRITUAL ADVISOR NOW BECAUSE SHE IS ONSITE.  THE SISTERS OF PROVIDENCE HAVE THEIR MOTHER HOUSE THERE FOR OVER 150 YEARS AND THEY ALSO HAVE ST. MARY OF THE WOODS COLLEGE, WHICH IS ON THE CAMPUS.

AND THE OTHER CONNECTION THAT DAVID HAS WITH THE SISTERS OF PROVIDENCE IS THAT HE WAS ACCEPTED AS AN ASSOCIATE OF THAT COMMUNITY.  NOW, MANY OF OUR RELIGIOUS CONGREGATIONS, MY OWN INCLUDED, HAVE LAY PEOPLE WHO ARE INTERESTED IN THE MISSION AND THE PRAYER OF THAT COMMUNITY AND ASK TO BECOME KIND OF SPIRITUAL PARTNERS.  AND SOMETIMES IT HAS THE FINANCIAL COMPONENT AND OFTEN IT DOES NOT.  BUT DAVID IS AN ASSOCIATE OF THE SISTERS OF PROVIDENCE.  AND MY UNDERSTANDING IS THAT THAT HAPPENED THROUGH HIS INDUCTION AT A FORMAL CEREMONY WHILE IN TERRE HAUTE, IN THE PRISON.

Q.  WHAT DOES -- WHAT WOULD AN ASSOCIATE OF THE SISTERS OF PROVIDENCE DO?

A.  WELL, I THINK THE PRIMARY GOAL OF OUR VERY MANY

ASSOCIATES IS THAT THEIR ADMIRATION FOR THE CHARISM, THE SPIRIT AND THE OUTREACH OF THAT COMMUNITY ENCOURAGES THEM, FIRST AND FOREMOST, TO EXAMINE THEIR OWN LIVES AND SEE HOW THEY CAN BE MORE CARING AND MORE GENEROUS TO PEOPLE.  AND THERE'S OFTEN A PRAYER COMPONENT.  AND WHEN IT'S POSSIBLE, IT WOULD NOT BE POSSIBLE IN DAVID'S CASE, BUT MOST OF OUR COMMUNITIES HAVE DAYS THAT WHEN WE BRING TOGETHER OUR ASSOCIATES FOR CONVERSATION, FOR EDUCATION, FOR INFORMATION, FOR PRAYER AND ENCOURAGEMENT.  SO IT'S REALLY A SPIRITUAL LIAISON.  IN SOME INSTANCES, THE ASSOCIATES DETERMINE THEMSELVES TO MAKE FINANCIAL DONATIONS OR TO BE ON MAILING LISTS.  BUT THAT IS NOT NECESSARY.  IT SEEMS TO BE NORMAL, BUT IT'S NOT IMPOSED.

Q.      IN ORDER FOR ONE TO APPLY FOR -- IF THAT IS THE CORRECT TERM -- TO BECOME AN ASSOCIATE, WHAT DO THEY HAVE TO DO?

A.      WELL, FIRST OF ALL, THEY ARE -- THEY ARE ALWAYS IN CONTACT WITH ONE PARTICULAR MEMBER OF THAT CONGREGATION WITH WHOM THEY HAVE DEVELOPED A RELATIONSHIP, WHICH WOULD ENABLE THE SISTER TO HAVE A GOOD UNDERSTANDING AND APPRECIATION OF THAT PERSON'S DETERMINATION TO WANT TO EXPRESS IN HIS OR HER OWN LIFE THE VALUES THAT THE COMMUNITY PROMOTES.

Q.      I PUT IN FRONT OF YOU WHAT HAS BEEN MARKED FOR IDENTIFICATION AS D 221.  IT APPEARS TO BE A LETTER

SIGNED BY A SISTER JOSEPH.  ARE YOU FAMILIAR WITH WHO SHE IS?

A.      NO, I AM NOT.

Q.      YOU HAD EARLIER TALKED ABOUT DAVID HAVING AN EXECUTION DATE JUNE 14TH -- EXCUSE ME, JANUARY 14TH, 1999, AND ANOTHER ONE NOVEMBER 15, 2000.

        WAS THERE STILL A THIRD EXECUTION DATE, JUNE 8, 2004?

A.      YES.

Q.      AND DURING THE PERIOD OF TIME WHEN THAT THIRD EXECUTION DATE WAS IN PLAY, DID THE CARD PROJECT -- WAS IT ONGOING AND CONTINUING?

A.      YES.

Q.      AND WITH RESPECT TO THE EXECUTION SCHEDULE FOR JUNE 8, 2004, DID YOU HAVE A ROLE THAT YOU WERE GOING TO PLAY WITH RESPECT TO THAT?

A.      YES.  DAVID BELIEVED THAT THAT EXECUTION WAS IN FACT GOING TO OCCUR.  AND HE HAD CONTACTED ME IN ADVANCE BY A FEW WEEKS.  HE ASKED IF I WOULD GO TO INDIANA TO TERRE HAUTE AND STAY WITH THE SISTERS OF PROVIDENCE AS I ALWAYS DID AND SPEND AS MUCH TIME AS I COULD WITH HIM DURING THE LAST WEEK OF HIS LIFE TO PREPARE HIM FOR HIS DEATH, AND I DID THAT.

Q.      HOW DOES ONE GO ABOUT TRYING TO PREPARE SOMEONE FOR DEATH?

A.        IT'S NOT EASY.  I THINK YOU TRY TO ENCOURAGE THE FAITH THAT IS ALREADY LATENT AND TRY TO BRING IT FORWARD, TRY TO -- WE GO THROUGH THE SCRIPTURAL PROMISES.  FOR INSTANCE, IN ONE OF THE LETTERS, ONE OF THE EPISTLES, ST. PAUL SAYS -- I BELIEVE IT'S ST. PAUL -- I'M NOT A SCRIPTURE SCHOLAR.  BUT IN THE NEW TESTAMENT IT SAYS, EYE HAS NOT SEEN, EAR HAS NOT HEARD, NEITHER HAS IT ENTERED INTO THE HUMAN HEART TO KNOW WHAT JOYS GOD HAS PREPARED FOR THOSE WHO LOVE HIM.  SO TO EXTRACT FROM OUR SCRIPTURAL TRADITION AND OUR OWN, YOU KNOW, HISTORICAL MEMORY, THOSE PROMISES WHICH WE BELIEVE GOD MADE THROUGH HIS SERVANTS, AND THROUGH JESUS IN OUR CASE, TO KIND OF STRENGTHEN THE FAITH AND TRY TO ADD TO THE COURAGE OF A LOVING, FORGIVING GOD WHO KNOWS THE HEART AND RESPONDS TO THOSE WHO ARE REALLY SORRY FOR THE SINS OF THEIR LIVES.

Q.        AND APPROXIMATELY HOW LONG DID YOU SPEND WITH MR. HAMMER ON THAT OCCASION?

A.        WELL, A COUPLE OF DAYS.  AND THEN AS I RECALL, IT WAS SOMEWHAT OF A ROLLER COASTER BECAUSE THE DEATH DATE WAS REMOVED AND THEN IMPOSED WITHIN A 48-HOUR PERIOD.  SO I WAS THERE THE BETTER PART OF THAT WEEK. AND I WAS WITH HIM ON THE DAY HE WAS SUPPOSED TO BE EXECUTED AT 3 O'CLOCK IN THE AFTERNOON.  AND AT THAT TIME WHEN THE EXECUTION DID NOT TAKE PLACE WE SHARED A

PRAYER OF THANKSGIVING.

Q.      AND WAS THAT HIS LAST EXECUTION DATE?

A.      I THINK SO.

Q.      AND THE CARD PROJECT HAS BEEN ONGOING SINCE?

A.      YES.

Q.      NOW, AT SOME POINT IN YOUR RELATIONSHIP WITH MR. HAMMER, DID YOU COME TO LEARN THAT HE HAD A SON?

A.      YES.

Q.      AND YOU RECALL APPROXIMATELY WHEN IT WAS THAT YOU LEARNED THAT HE HAD A SON?

A.      IT SEEMS A LONG TIME AGO, MR. TRAVIS, BUT I DON'T REMEMBER EXACTLY.

Q.      IN ANY EVENT, WHEN THE SUBJECT OF HIS SON CAME UP, DID YOU HAVE OCCASION TO DISCUSS WITH HIM WHAT, IF ANYTHING, HE SHOULD DO OR TRY WITH RESPECT TO HIS SON -- WAS IT SCOTT WE ARE TALKING ABOUT?

A.      WE ARE TALKING ABOUT SCOTT.  I THINK THAT DAVID CAME UP WITH HIS OWN RECOGNITION OF WHAT NEEDED TO BE DONE.  IF I PLAYED A PART IN IT, I DON'T RECALL THAT.

Q.      HAS HE IN FACT ESTABLISHED A RELATIONSHIP WITH HIS SON?

A.      YES, HE HAS.

Q.      AND I BELIEVE HIS SON HAS A CHILD, ROBBIE.  AS FAR AS YOU UNDERSTAND, HAS MR. HAMMER ESTABLISHED A RELATIONSHIP WITH THE GRANDCHILD?

A.        AS FAR AS I KNOW, A DELIGHTFUL RELATIONSHIP, YES.

Q.        FROM YOUR INTERACTIONS WITH MR. HAMMER, DOES IT APPEAR TO YOU THAT THE RELATIONSHIP HE HAS WITH HIS SON AS WELL AS THE GRANDSON HAVE MEANING AND VALUE TO HIM?

A.        I BELIEVE SO.

Q.        ASIDE FROM THE DONATIONS THAT WE HAVE GONE OVER, ARE YOU AWARE OF A SITUATION INVOLVING A SISTER, I BELIEVE HER NAME WAS SR. JANE?

A.        JANE TALBOT?

Q.        WHO IS NOW DECEASED.

A.        YES, YES.

Q.        AND WAS MR. HAMMER INVOLVED IN SOME WAY WITH RESPECT TO SR. JANE WHO IS NOW DECEASED?

A.        I KNOW THAT THEY CORRESPONDED.  AND WHEN SR. JANE WAS -- SHE WAS A GOOD FRIEND OF MINE AND A WONDERFUL HUMAN BEING.  SHE DID A LOT OF WORK WITH THE POOR IN HER NEIGHBORHOOD.  AND I REMEMBER SHE BECAME -- AT ONE POINT, SHE BECAME INCAPACITATED.  SHE HAD NEUROPATHY AND OTHER AILMENTS.  AND SHE WAS NO LONGER ABLE TO CONTINUE HER MINISTRY AND IT BROKE HER HEART BECAUSE THAT IS WHAT SHE WANTED TO DO.  AND I KNOW THAT SHE CORRESPONDED WITH DAVID.  AND WHEN SHE WAS IN -- OH, IT WAS A FEW MONTHS BEFORE SHE DIED.  SHE WAS IN A HEALTHCARE FACILITY.  AND SHE SAID THAT THE GREATEST

CONSOLATION THAT SHE RECEIVED DID NOT COME FROM PRIESTS OR FROM SISTERS LIKE ME OR FROM FAMILY MEMBERS, BUT FROM DAVID HAMMER WHO UNDERSTOOD WHAT IT WAS NOT TO BE ABLE TO FOLLOW WHERE YOUR HEART WOULD LEAD YOU.

Q.    AND FROM YOUR INVOLVEMENT IN THE CHRISTMAS CARD PROJECT, IN YOUR OPINION, DOES THAT PROJECT HAVE SOCIETAL VALUE?

A.    WELL, IF FEEDING THE HUNGRY AND CLOTHING THE NAKED AND TEACHING THE IGNORANT HAVE SOCIETAL VALUE, IF ENCOURAGING PEOPLE WHO ARE WORKING WITH POPULATIONS THAT ARE ON THE MARGINS AND ARE IN NEED HAVE SOCIETAL VALUE, THIS HAS SOCIETAL VALUE.  IF IT ALSO SHOWS THE ABILITY OF A HUMAN BEING WHO HAS DONE DESPERATELY HORRIBLE THINGS TO TURN AROUND AND TO EXERT HIS TALENT AND ENERGY AND INFLUENCE ON DOING GOOD FOR OTHERS, THEN CERTAINLY IT HAS SOCIETAL VALUE.

Q.    AND ALTHOUGH THE TWO ALTERNATIVE SENTENCES WHICH THE JUDGE IS GOING TO HAVE TO CONSIDER IS DEATH OR LIFE IMPRISONMENT WITHOUT THE POSSIBILITY OF RELEASE, MEANING MR. HAMMER WILL NEVER WALK FREE IN SOCIETY, DO YOU BELIEVE THAT HIS LIFE HAS SOCIETAL VALUE?

A.    AS LONG AS A HUMAN BEING HAS THE LIFE THAT GOD HAS GIVEN THAT PERSON, THERE IS A POTENTIAL FOR SOCIETAL VALUE.

Q.    IF MR. HAMMER WERE TO BE EXECUTED, DO YOU

BELIEVE YOU WOULD SUFFER A LOSS?

A.        I BELIEVE THAT I WOULD SUFFER A LOSS AND THIS NATION WOULD SUFFER A SHAME.

Q.        AND HOW ABOUT THE VARIOUS CHILDREN WHO ARE RECEIVING SERVICES THROUGH THE DONATIONS THAT ARE MADE TO THESE VARIOUS AGENCIES, DO YOU BELIEVE THAT THEY WOULD SUFFER A LOSS IF MR. HAMMER WERE TO BE EXECUTED?

A.        CERTAINLY THOSE WHO KNOW OF HIM.  THEY WOULD LEARN THAT IT DOES NOT -- THAT REPENTANCE DOES NOT HAVE A VALUE IN THE LEGAL SYSTEM THAT CONTROLS SO MUCH OF WHAT WE THINK.  AND THE LEGAL SYSTEM IS A TEACHER AND I THINK IT WOULD BE A LESSON THAT IS UNFORTUNATELY DELIVERED.

                    MR. TRAVIS:  IF I MAY HAVE A MOMENT, YOUR HONOR.

                    (PAUSE.)

                    MR. TRAVIS:  I HAVE NO OTHER QUESTIONS, YOUR HONOR.

                    THE COURT:  CROSS EXAMINE.

                    CROSS EXAMINATION

BY MS. HAINES:

Q.        GOOD AFTERNOON, SISTER.

A.        GOOD AFTERNOON.

Q.        I'M MS. HAINES.  I WILL BE ASKING YOU SOME QUESTIONS.  I DON'T THINK I CAN FINISH TODAY, I

APOLOGIZE.

NOW, JUST TO GO BACK THROUGH SOME OF WHAT YOU SAID.  YOU SAID YOU MET MR. HAMMER IN 1998?

A.    YES, DECEMBER 30TH.

Q.    AND THAT HE WAS CONFIRMED IN OCTOBER OF 2000?

A.    YES.

Q.    AND AS MR. TRAVIS ALLUDED TO, YOU HAVE TESTIFIED IN THIS CASE BEFORE IN -- I BELIEVE IT WAS JULY OF 2011?

A.    YES.

Q.    THE PROSECUTOR ASKING YOU THE QUESTIONS AT THAT TIME WAS MR. MELLIN.  DO YOU REMEMBER MR. MELLIN?

A.    I DO.

Q.    I'M SURE YOU REMEMBER HIM.

A.    I DO.

Q.    YES.

AND AT THAT TIME, I DON'T THINK YOU SAID SO TODAY BUT AT THAT TIME YOU SAID THAT YOU ARE ALSO MR. HAMMER'S GODMOTHER?

A.    YES.  WHEN A PERSON IS CONFIRMED IN THE CATHOLIC CHURCH, THEY ARE EXPECTED TO HAVE WITNESSES WHO KIND OF STAND BY THEM AND WHO WILL ASSUME THE RESPONSIBILITY TO CONTINUE THEIR FAITH EDUCATION.  AND SO I WAS A GODMOTHER.

Q.    NOW, AGAIN, WHEN YOU TESTIFIED PREVIOUSLY AND I'M NOT SURE IT CAME UP TODAY, YOU DESCRIBED THAT

MR. HAMMER WENT THROUGH SOME INSTRUCTION BEFORE HE WAS CONFIRMED, DO I HAVE THAT CORRECT?

A.    YES, YOU DO.

Q.    AND WHAT DOES THE INSTRUCTION ENTAIL?  WHAT EXACTLY IS HE TAUGHT OR WHAT DOES HE NEED TO ABSORB BEFORE HE CAN BE CONFIRMED?

A.    WELL, FIRST OF ALL, SR. SR. RITA CLARE WAS THE ONE WHO PROVIDED THE INSTRUCTION.  AN UNDERSTANDING OF THE CATHOLIC FAITH THAT HE IS SAYING THAT HE WANTS TO BE PART OF.  WHAT EXPECTATIONS AND GIFTS AND REGULATIONS ARE, TO KNOW MORE ABOUT THE FAITH THAT HE SAYS HE WANTS TO JOIN.

Q.    AND DOES THAT INCLUDE TEACHING HIM HOW HE SHOULD LIVE HIS LIFE GOING FORWARD?

A.    YES.

Q.    AND DOES IT ALSO INCLUDE WHAT SORT OF VALUES ARE CONSIDERED GOOD VALUES TO HOLD?

A.    YES.

Q.    MIGHT IT INCLUDE THE WAY THAT HE SHOULD TREAT OTHER PEOPLE LIVING HIS LIFE?

A.    YES.

Q.    AND I THINK YOU SAID BEFORE WHEN YOU TESTIFIED THAT SOME SORT OF DECISION WAS MADE THAT MR. HAMMER HAD LEARNED ENOUGH OF THE TENETS OR VALUES OF THE CATHOLIC FAITH TO BE CONFIRMED.  AM I SAYING THAT CORRECTLY?

A.     YES.

Q.     NOW, I'M SURE THAT ONE OF THE THINGS THAT YOU AND YOUR FELLOW SISTERS TRIED TO INSTILL IN MR. HAMMER WAS THAT IT'S NOT A GOOD THING TO CONTINUE TO CON PEOPLE, CORRECT?

A.     I DON'T KNOW THAT WE SPECIFICALLY USED THAT LANGUAGE BUT DECEPTION IS NOT A GOOD THING.

Q.     BECAUSE I THINK ONE OF THE THINGS THAT YOU TALKED ABOUT BEFORE WAS THAT ONE OF YOUR BELIEFS IS THAT YOU SHOULD VALUE OTHER PEOPLE'S LIVES AND TREAT THEM WITH RESPECT.  IS THAT CORRECT?

A.     YES, OF COURSE.

Q.     AND DECEPTION DOES NOT FIT INTO THAT MODEL?

A.     RIGHT.

Q.     AND YOU KNOW THAT IN THE PAST MR. HAMMER HAS TAKEN ADVANTAGE OF PEOPLE AND FRAUDULENTLY CONVINCED THEM TO GIVE HIM MONEY.  YOU ARE AWARE OF THOSE TYPES OF BEHAVIOR ON HIS PART?

A.     YES.  YUP.  YES, I AM.

Q.     AND I WOULD ASSUME THAT LYING -- AS YOU SAID, DECEIT IS ALSO NOT SOMETHING THAT YOU WOULD ENCOURAGE OR EXPECT MR. HAMMER TO ENGAGE IN.

A.     CORRECT.

Q.     AND IN FACT, WHEN YOU TESTIFIED PREVIOUSLY, I THINK YOU SAID THAT HE HAS PUT THAT BEHIND HIM?

A.      PUT WHAT BEHIND HIM, PLEASE?

Q.      CONNING PEOPLE, DECEIT, LYING, THAT SORT OF BEHAVIOR.

A.      AS FAR AS I CAN JUDGE, YES.

Q.      AND I THINK YOU SAID SPECIFICALLY THAT TRICKING PEOPLE TO SEND HIM MONEY WAS A THING OF HIS PAST?

A.      IT WAS A THING OF HIS PAST, YES.

Q.      DID MR. HAMMER EVER MENTION THE NAME LYNN MASSENGILL TO YOU?

A.      I DON'T THINK SO.

Q.      MAYBE HE MENTIONED HIS TRUE AND FULL NAME, GERRY LYNN MASSENGILL.  DID THAT NAME EVER COME UP?

A.      I DON'T RECALL IT.

Q.      IF HE DID NOT MENTION HIS NAME, DID HE EVER TELL YOU THAT HE WAS CORRESPONDING WITH MR. MASSENGILL ABOUT TIMOTHY MCVEIGH?

A.      I DON'T RECALL THAT.

Q.      ALL RIGHT.

A.      BUT IT MAY BE A FAULTY MEMORY.  IT'S NOT AN OUTRIGHT DENIAL.  PLEASE UNDERSTAND THAT.

Q.      I APPRECIATE THAT YOU ARE TRYING TO BE FULLY RESPONSIVE TO THE QUESTIONS.  BUT AS YOU SIT HERE, DO YOU REMEMBER MR. HAMMER -- I WILL DIRECT YOUR ATTENTION TO THE YEAR, IN 2003, EVER CONFIDING OR SHARING WITH YOU THAT HE WAS CORRESPONDING WITH A HOMOSEXUAL MAN ABOUT

TIMOTHY MCVEIGH?

A.      I DON'T RECALL THAT.

Q.      NOW, YOU SAID THAT YOU ARE WELL AWARE OF WHO TIMOTHY MCVEIGH IS, IS THAT FAIR TO SAY?

A.      YES.

Q.      AND MR. MCVEIGH WAS ALSO SOMEONE WHO YOU ADVOCATED AGAINST THE DEATH PENALTY FOR, I BELIEVE?

A.      I ADVOCATE AGAINST THE DEATH PENALTY FOR ANY HUMAN BEING.

Q.      WAS MR. MCVEIGH SOMEONE IN PARTICULAR THAT YOU WORKED ON BEHALF OF?

A.      I DIDN'T WORK ON BEHALF OF HIM, BUT I DID WRITE AT LEAST ONE ARTICLE OPPOSING THE DEATH PENALTY IN HIS CASE AS I WOULD IN ANYONE'S CASE.

Q.      AND I BELIEVE YOU SAID THAT HIS EXECUTION DATE -- WELL, MR. TRAVIS SORT OF HELPED ON THIS, BUT I THINK YOU SAID IT WAS JUNE 11TH, 2000, IS IT ACTUALLY 2001?

A.      I DON'T DO NUMBERS.

Q.      SO DID MR. HAMMER -- YOU SAID YOU DON'T REMEMBER HIM TELLING YOU ABOUT HIS CORRESPONDENCE WITH MR. MASSENGILL OR THE FACT THAT HE WAS WRITING TO MR. MASSENGILL ABOUT TIMOTHY MCVEIGH.  DID MR. HAMMER EVER TELL YOU THAT HE WAS GIVING MR. MASSENGILL ITEMS THAT HE CLAIMED BELONGED TO TIMOTHY MCVEIGH?

A.      I DON'T RECALL.

Q.        LET ME SHOW YOU SOMETHING THAT MAYBE CAN HELP YOU.

MS. HAINES:  YOUR HONOR, I'M GOING TO GET INTO A SERIES OF DOCUMENTS.  I CAN KEEP GOING BUT --

THE COURT:  YEAH, KEEP GOING.

BY MS. HAINES:

Q.        I'M GOING TO SHOW YOU A SERIES OF DOCUMENTS, SISTER, THAT ARE MARKED GC 5 A THROUGH GC 9.

THE COURT:  I'M SORRY, ONE MORE TIME, GC --

MS. HAINES:  GC 5A, YOUR HONOR, THROUGH GC 9, AND WE ARE GOING TO GO THROUGH THESE INDIVIDUALLY.

AND IF WE COULD BRING UP THE FIRST ONE, WHICH IS GC 5A, BUT GC 5 FOR OUR PURPOSES?

MR. TRAVIS:  YOUR HONOR, IT SEEMS TO ME THAT THE WITNESS HAS TO EXPRESS SOME KNOWLEDGE OF INFORMATION OF THE EXHIBIT BEFORE SHE IS ASKED ABOUT THE EXHIBIT.  IF SHE HAS NEVER SEEN IT, SHE DOES NOT KNOW WHAT IT IS, ASKING QUESTIONS ABOUT SOMETHING SHE KNOWS NOTHING ABOUT SEEMS TO ME TO BE TOTALLY INAPPROPRIATE.

THE COURT:  WELL, YOU KNOW, IT SEEMS TO ME YOU HAVE TO ASK THE QUESTION, AND IF SHE DOES NOT RECOLLECT THEN YOU CAN SHOW HER ANY PIECE OF PAPER TO REFRESH HER MEMORY.  SO I'M ASSUMING THAT IS WHAT YOU ARE DOING.

BY MS. HAINES:

Q.       I BELIEVE, SISTER, YOU SAID YOU DID NOT RECOLLECT THIS?

A.       I'M TRYING TO SEE WHAT IT IS ABOUT.

THE COURT:  SPEAK INTO THE MIC.

THE WITNESS:  I'M SORRY, YOUR HONOR.

THE COURT:  THAT'S ALL RIGHT.

THE WITNESS:  I'M TRYING TO LOOK AT THE YELLOW HIGHLIGHTING HERE.  AND IT SEEMS TO ME THAT THIS ALLUDES TO TANGIBLE OBJECTS RELATED TO MCVEIGH THAT DAVID HAD IN HIS POSSESSION AND DISTRIBUTED.

MS. HAINES:  I'M GOING TO GET TO THE SUBSTANCE IN A MINUTE, IF YOU BEAR WITH ME, BUT MR. TRAVIS HAS RAISED AN OBJECTION.  AND I JUST WANT TO MAKE SURE THAT I UNDERSTOOD YOUR LAST ANSWER, WHICH I BELIEVE YOU SAID YOU DID NOT REMEMBER ANYTHING --

THE WITNESS:  WELL, THIS I WOULD REMEMBER.

MS. HAINES:  OKAY.

THE WITNESS:  THERE ARE THINGS THAT I WOULD FORGET.  THIS I WOULD NEVER FORGET.  THIS IS NOT ANYTHING I KNOW.

MS. HAINES:  MAY I PROCEED, YOUR HONOR?

THE COURT:  YES.

BY MS. HAINES:

Q.        SO SISTER, YOU HAVE DIRECTED YOURSELF TO THE HIGHLIGHTED PART.  AND LET ME JUST DIRECT EVERYONE ELSE TO WHAT I THINK YOU HAVE READ.  AND THIS IS ON THE SCREEN, I BELIEVE, AND I'M GOING TO DIRECT YOUR ATTENTION --

MR. TRAVIS:  YOUR HONOR, I WOULD OBJECT. I BELIEVE THE WITNESS SAID SHE HAS NEVER SEEN THAT.  SHE IS NOT FAMILIAR WITH THAT DOCUMENT.  SHE WOULD REMEMBER IF SHE HAD SEEN IT AND SHE HAS NEVER SEEN IT.  SO I DON'T KNOW HOW SHE IS GOING TO ASK ANY QUESTIONS -- ANSWER ANY QUESTIONS ABOUT SOMETHING SHE HAS NEVER SEEN AND DOES NOT KNOW ANYTHING ABOUT.

THE COURT:  WELL, I'M GOING TO OVERRULE THE OBJECTION JUST INITIALLY.  I THOUGHT I HEARD IN ONE INSTANCE I WOULD NOT FORGET IT.  IN ANOTHER INSTANCE I DON'T KNOW ANYTHING ABOUT IT.  SO LET'S SEE IF WE CAN CLARIFY IT, BECAUSE SHE DID SAY A FEW THINGS BEFORE.

MS. HAINES:  AND YOUR HONOR, JUST SO THE COURT UNDERSTANDS WHAT I'M TRYING TO ELICIT OR CONFRONT THE WITNESS WITH IS WHETHER HER OPINION OF MR. HAMMER WOULD CHANGE --

THE COURT:  I UNDERSTAND.

MS. HAINES:  THANK YOU.

THE COURT:  I UNDERSTAND THAT.  BUT YOU HAVE TO DO IT WITH -- IN A PROPER BASIS.

BY MS. HAINES:

Q.      SO SISTER, IN LIGHT OF THE COURT'S CLARIFICATION, COULD YOU TELL US -- I DON'T NEED YOU TO LOOK AT THOSE DOCUMENTS LINE BY LINE YET.  WE ARE GOING TO GET TO THAT.  BUT DO YOU -- AS YOU SIT HERE, IS IT THAT YOU WOULD KNOW THIS IF YOU HAD -- YOU WOULD REMEMBER THIS IF MR. HAMMER HAD EVER IN ANY WAY IMPARTED THIS INFORMATION TO YOU, OR YOU JUST DO NOT KNOW?  YOU DON'T REMEMBER?

THE COURT:  IN VIEW OF THE OBJECTION, CAN WE DO IT THIS WAY FIRST?

HAS THE WITNESS EVER SEEN GC 5A TO GC 9 BEFORE?

BY THE COURT:

Q.      HAVE YOU EVER SEEN THESE PIECES OF PAPER BEFORE?

A.      NO, I HAVE NOT.

Q.      ALL RIGHT.  COULD YOU TAKE YOUR TIME AND READ THEM AND LET US KNOW WHETHER OR NOT YOU HAVE ANY FAMILIARITY WITH THE CONTENT OF THESE LETTERS?

ALL RIGHT.

A.      I THINK I HAVE SEEN ENOUGH.

Q.      WHAT'S THE ANSWER TO THE QUESTION?

A.      MAY I HEAR THE QUESTION AGAIN, PLEASE.

Q.      YES.  DO YOU HAVE FAMILIARITY WITH WHAT --

A.      NO.

Q.       -- IS CONTAINED IN THESE LETTERS?

A.       NO, NONE WHATSOEVER.

Q.       THE SUBJECT MATTER, YOU HAVE NEVER DISCUSSED THE SUBJECT MATTER?

A.       NOT AT ALL.  NEVER.

                MS. HAINES:  MAY I PROCEED, YOUR HONOR?

                THE COURT:  WELL, IT'S NOW 26 AFTER.  WE ARE GOING TO LOSE MR. HAMMER IN THREE MINUTES.  SO I WILL GIVE YOU THE OPPORTUNITY TO CONSIDER THE QUESTIONS, THE FOLLOW-UP QUESTIONS THAT YOU WOULD ASK IN VIEW OF THIS TESTIMONY.  SO WHY DON'T WE TAKE A BREAK AT THIS POINT AND WE WILL RECESS UNTIL 9:30 TOMORROW MORNING.  ALL RIGHT.

                MS. HAINES:  THANK YOU, YOUR HONOR.

                THE COURT:  AND THE WITNESS IS UNDER CROSS EXAMINATION.  I'M SURE I DID NOT HAVE TO SAY THAT BUT I DID.  AND YOU MAY STEP DOWN.

                THE WITNESS:  THANK YOU.

                (WITNESS EXCUSED.)

                MR. MORENO:  THANK YOU.

                THE COURT:  WE STAND IN RECESS.

                (COURT ADJOURNED AT 3:30 P.M.)

I CERTIFY THAT THE FOREGOING IS A CORRECT

TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

ABOVE-ENTITLED MATTER.

DATE                          OFFICIAL COURT REPORTER

                              SUZANNE R. WHITE

INDEX

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| DR. THOMAS HYDE | | | | |
| BY MS. SAUNDERS | 4,6 | -- | 42 | -- |
| BY MS. HAINES | -- | 26 | -- | -- |
| SR. TESA FITZGERALD | | | | |
| MR. TRAVIS | 45 | -- | -- | -- |
| SR. CAMILLE D' ARIENZO | | | | |
| MR. TRAVIS | 53 | -- | -- | -- |
| MS. HAINES | -- | 105 | -- | -- |

| GOVERNMENT EXHIBITS | ADMITTED |
|---|---|
| GC 13, 14 AND 15 | 45 |

| DEFENSE EXHIBITS | ADMITTED |
|---|---|
| 125 THROUGH 130 | 45 |
| 224 AND 208 | 52 |

**$**

**$100** [1] - 97:3
**$4,400** [2] - 46:14, 47:6

**1**

**1** [3] - 7:3, 51:5, 51:9
**10** [4] - 31:23, 32:16, 32:17, 46:10
**100** [1] - 2:7
**105** [1] - 117:12
**10:00** [1] - 57:19
**11** [4] - 46:10, 51:10, 54:16, 55:6
**11TH** [3] - 38:12, 78:17, 110:17
**12** [4] - 32:21, 56:9, 58:11, 81:22
**12-MONTH** [1] - 88:4
**125** [4] - 4:16, 44:21, 45:7, 117:20
**126** [3] - 6:22, 44:21, 45:7
**127** [3] - 7:13, 44:21, 45:7
**128** [5] - 8:1, 11:23, 20:5, 44:21, 45:7
**129** [3] - 24:10, 44:22, 45:7
**12TH** [1] - 30:16
**13** [6] - 36:22, 44:19, 45:5, 81:23, 89:3, 117:16
**130** [8] - 24:19, 44:22, 44:23, 44:25, 45:1, 45:4, 45:8, 117:20
**1331** [1] - 2:4
**13TH** [1] - 57:15
**14** [4] - 37:10, 44:19, 45:5, 117:16
**14TH** [4] - 38:23, 57:19, 100:5
**15** [7] - 29:21, 29:23, 44:19, 45:6, 72:10, 100:6, 117:16
**150** [2] - 80:11, 98:9
**15B** [1] - 1:8
**161** [1] - 2:10
**16TH** [2] - 30:2, 60:11
**17101** [1] - 2:7
**175** [1] - 26:17
**17703-0215** [1] - 2:11
**180** [1] - 26:17
**18501** [1] - 1:17
**1862** [2] - 89:1, 93:10
**190** [1] - 27:14
**19106** [3] - 1:9, 1:21, 2:14

**1963** [1] - 57:25
**1993** [1] - 56:6
**1997** [1] - 68:2
**1998** [13] - 44:10, 55:24, 57:1, 57:15, 60:11, 61:20, 64:19, 66:12, 69:11, 69:18, 76:6, 77:3, 106:3
**1999** [3] - 57:19, 68:10, 100:6
**1:30** [2] - 51:12, 51:13

**2**

**2** [1] - 7:4
**2,000** [1] - 91:18
**20** [3] - 30:23, 54:19, 55:10
**200** [3] - 27:13, 27:15, 57:6
**2000** [13] - 70:5, 71:15, 71:17, 72:2, 72:11, 73:21, 78:19, 78:20, 79:14, 98:5, 100:6, 106:5, 110:17
**2001** [4] - 79:15, 79:17, 91:18, 110:17
**2003** [2] - 46:8, 109:24
**2004** [8] - 37:5, 37:25, 38:1, 38:8, 42:10, 100:8, 100:15
**201** [1] - 59:23
**201.1** [1] - 67:12
**2010** [1] - 27:17
**2011** [3] - 44:10, 94:23, 106:8
**2012** [2] - 30:2, 43:20
**2013** [1] - 8:6
**2014** [4] - 29:8, 30:3, 34:10, 36:24
**202** [1] - 61:12
**203** [1] - 72:15
**204** [4] - 82:7, 82:12, 85:25
**205** [1] - 84:24
**20530** [1] - 2:4
**206** [2] - 85:4, 85:5
**208** [5] - 49:1, 52:18, 52:22, 52:24, 117:21
**209** [1] - 92:13
**21** [1] - 61:20
**210** [1] - 93:4
**211** [5] - 27:9, 93:19, 93:20, 93:22
**212** [1] - 94:9
**213** [2] - 94:20, 96:9
**213.1** [1] - 96:9
**213.2** [1] - 96:9
**214** [1] - 96:13
**215** [2] - 2:10, 96:22

**215)627-1882** [1] - 1:21
**215.1** [1] - 97:9
**216** [1] - 97:16
**220** [1] - 74:1
**221** [1] - 99:25
**224** [5] - 46:17, 52:18, 52:22, 52:24, 117:21
**2255** [1] - 75:18
**22ND** [1] - 39:6
**235** [1] - 1:16
**23RD** [1] - 8:6
**244** [1] - 38:12
**24507077** [1] - 30:5
**250** [1] - 27:18
**26** [2] - 115:7, 117:7
**27** [1] - 44:10
**27TH** [3] - 39:5, 72:2, 73:21
**28** [1] - 27:4
**28TH** [4] - 30:16, 39:6, 39:7, 46:3

**3**

**3** [5] - 8:7, 24:17, 24:20, 77:17, 101:24
**3,000** [2] - 40:5, 40:23
**30** [2] - 27:11, 44:25
**300** [1] - 2:7
**309** [1] - 1:17
**30TH** [5] - 62:8, 62:19, 64:19, 66:12, 106:4
**311** [1] - 1:16
**34.3** [1] - 27:20
**35** [1] - 57:25
**3600** [2] - 40:12, 40:22
**3:30** [1] - 115:22

**4**

**4** [1] - 62:18
**4,000** [1] - 91:19
**4,6** [1] - 117:6
**40** [1] - 78:2
**42** [3] - 30:11, 30:12, 117:6
**44-YEAR** [1] - 89:8
**45** [4] - 39:10, 117:9, 117:16, 117:20
**48-HOUR** [1] - 101:21
**4:96-CR-239** [1] - 1:6

**5**

**5** [4] - 68:10, 68:11, 111:8, 111:14
**50** [1] - 78:2
**50TH** [1] - 49:12
**52** [1] - 117:21

**53** [1] - 117:11
**540** [1] - 2:14
**55** [1] - 26:7
**5A** [3] - 111:11, 111:14, 114:12

**6**

**6** [1] - 7:15
**6-23-14** [1] - 1:8
**601** [1] - 1:20
**63** [1] - 53:22
**6TH** [1] - 30:10

**8**

**8** [2] - 100:8, 100:15
**8:30** [1] - 62:18
**8TH** [1] - 38:23

**9**

**9** [4] - 1:12, 111:8, 111:12, 114:12
**90** [1] - 57:23
**9:30** [1] - 115:12
**9TH** [2] - 30:10, 44:9

**A**

**A.M** [2] - 57:19, 62:18
**ABBREVIATIONS** [1] - 8:17
**ABILITY** [5] - 24:4, 34:4, 34:6, 43:6, 104:12
**ABLE** [12] - 18:1, 19:13, 22:19, 44:12, 57:9, 60:6, 64:1, 64:6, 74:24, 83:18, 103:21, 104:3
**ABOVE-ENTITLED** [1] - 116:4
**ABSENCE** [1] - 10:8
**ABSOLUTE** [1] - 59:12
**ABSOLUTELY** [5] - 47:18, 48:18, 53:20, 57:10, 76:23
**ABSORB** [1] - 107:5
**ABUSE** [1] - 81:18
**ACADEMIC** [1] - 83:1
**ACCEPT** [4] - 39:10, 40:21, 63:10, 68:18
**ACCEPTANCE** [1] - 61:3
**ACCEPTED** [1] - 98:13
**ACCESS** [1] - 28:2
**ACCOMPANIED** [1] -

65:18
**ACCOMPANY** [2] - 64:13, 70:11
**ACCOUNTS** [1] - 82:1
**ACCURATE** [3] - 14:12, 82:14, 87:12
**ACQUIRED** [1] - 14:5
**ACTIVE** [3] - 8:10, 10:4, 11:17
**ACTIVELY** [1] - 5:6
**ACTIVITIES** [2] - 24:5, 25:4
**ACTIVITY** [2] - 22:14
**ACTUAL** [2] - 34:24, 68:6
**ACUTELY** [1] - 44:4
**ADAPTIVE** [1] - 36:11
**ADD** [2] - 87:8, 101:13
**ADDED** [2] - 47:22, 48:10
**ADDITION** [3] - 74:21, 75:13, 85:8
**ADDITIONAL** [2] - 12:14, 13:21
**ADDRESS** [2] - 58:21, 86:24
**ADDRESSED** [2] - 59:9, 90:16
**ADDRESSING** [1] - 91:15
**ADJOURNED** [1] - 115:22
**ADMIRATION** [1] - 99:1
**ADMITTED** [5] - 45:6, 45:8, 52:24, 117:15, 117:19
**ADOPTED** [1] - 90:21
**ADULT** [2] - 11:25, 12:8
**ADULTS** [4] - 88:2, 89:4, 89:6, 93:11
**ADVANCE** [1] - 100:18
**ADVANCED** [1] - 4:24
**ADVANTAGE** [1] - 108:16
**ADVISED** [2] - 28:10, 28:12
**ADVISOR** [9] - 58:9, 58:16, 60:4, 62:4, 63:1, 63:2, 63:7, 69:15, 98:7
**ADVOCATE** [1] - 110:8
**ADVOCATED** [1] - 110:7
**ADVOCATES** [1] - 91:8
**AFFECT** [2] - 14:10,

22:9

**AFFECTED** [2] - 18:8, 18:9

**AFFILIATED** [3] - 45:22, 53:16, 53:19

**AFFILIATION** [1] - 98:2

**AFTER-SCHOOL** [1] - 92:17

**AFTERNOON** [5] - 51:15, 77:17, 101:24, 105:22, 105:23

**AGE** [3] - 26:14, 26:17, 27:1

**AGENCIES** [1] - 105:6

**AGENCY** [1] - 89:3

**AGENDA** [2] - 36:2, 36:4

**AGO** [11] - 3:5, 27:8, 27:17, 44:11, 57:25, 63:24, 64:21, 64:22, 92:16, 102:11

**AGREE** [3] - 27:6, 36:1, 41:5

**AIDED** [1] - 1:24

**AIDS** [1] - 89:23

**AILMENTS** [1] - 103:20

**ALIVE** [1] - 64:20

**ALLEGIANCE** [1] - 54:13

**ALLENWOOD** [6] - 57:1, 60:2, 64:10, 64:23, 65:3, 69:18

**ALLEVIATE** [2] - 9:6, 40:18

**ALLEVIATES** [1] - 23:12

**ALLEVIATION** [1] - 10:5

**ALLOCATED** [2] - 79:24, 82:18

**ALLOW** [1] - 62:13

**ALLOWED** [1] - 81:2

**ALLOWS** [3] - 34:2, 56:16, 62:22

**ALLUDED** [3] - 93:8, 94:1, 106:7

**ALLUDES** [2] - 68:4, 112:10

**ALMOST** [4] - 16:16, 17:22, 23:9, 23:23

**ALONE** [3] - 63:11, 64:12, 64:14

**ALPHA** [13] - 80:8, 80:23, 81:1, 82:9, 82:17, 83:16, 84:13, 84:19, 85:16, 85:21, 91:19

**ALTERED** [1] - 21:8

**ALTERNATIVE** [1] - 104:17

**ALTOGETHER** [1] - 22:23

**AMANDA** [1] - 2:2

**AMERICA** [1] - 1:3

**AMERICAS** [1] - 53:18

**AMOUNT** [2] - 28:7, 33:23

**AMOUNTS** [3] - 82:10, 82:13, 87:12

**ANATOMICALLY** [1] - 20:22

**ANATOMY** [1] - 5:2

**ANDREW** [5] - 58:24, 77:5, 77:13, 77:23, 78:4

**ANEURYSMS** [1] - 13:17

**ANGINA** [1] - 10:9

**ANGIOGENESIS** [1] - 13:25

**ANGIOPLASTY** [1] - 11:20

**ANN** [3] - 55:13, 97:20, 97:22

**ANNE** [1] - 2:5

**ANNOUNCE** [1] - 51:3

**ANNUAL** [1] - 68:2

**ANSWER** [5] - 64:7, 76:4, 112:15, 113:11, 114:22

**ANTERIOR** [1] - 9:14

**ANTICIPATE** [2] - 51:20, 66:15

**ANTICIPATED** [1] - 3:11

**ANTICIPATING** [1] - 72:6

**ANTICONVULSANT** [1] - 40:16

**ANTIINFLAMMATORY** [1] - 23:9

**ANYWAY** [1] - 32:12

**APART** [1] - 96:4

**APOLOGIZE** [4] - 3:19, 44:8, 44:24, 106:1

**APPEAL** [1] - 57:20

**APPEALS** [1] - 57:22

**APPEAR** [4] - 37:23, 82:13, 87:12, 103:4

**APPEARANCES** [2] - 1:14, 2:1

**APPEARING** [1] - 86:18

**APPLY** [1] - 99:14

**APPRECIATE** [1] - 109:21

**APPRECIATION** [2] - 97:23, 99:21

**APPROXIMATE** [2] - 46:12, 47:6

**APRIL** [1] - 30:16

**ARBOR** [1] - 55:13

**ARCHBISHOP** [6] - 71:18, 71:25, 72:20, 72:22, 73:11

**ARCHITECTURE** [1] - 21:8

**AREA** [8] - 5:11, 8:24, 67:23, 74:19, 81:3, 91:2, 91:3, 91:8

**AREAS** [3] - 5:16, 17:10, 43:15

**ARIENZO** [1] - 117:10

**ARIZONA** [1] - 6:4

**ARRANGEMENTS** [3] - 62:11, 64:24, 69:21

**ARREST** [3] - 15:6, 15:11, 18:14

**ARRIVED** [1] - 65:3

**ARRIVING** [1] - 51:5

**ART** [2] - 47:14, 79:9

**ARTERIES** [3] - 8:21, 13:10, 19:15

**ARTERY** [9] - 8:18, 8:20, 9:8, 9:9, 9:11, 9:14, 9:21, 10:4, 11:21

**ARTHRITIS** [2] - 20:16, 21:5

**ARTICLE** [4] - 56:21, 84:18, 84:21, 110:13

**ARTIST** [1] - 79:8

**ASIDE** [1] - 103:7

**ASPECT** [1] - 63:2

**ASPIRIN** [1] - 10:20

**ASSESSMENT** [2] - 8:8, 11:24

**ASSISTANCE** [2] - 62:25, 63:6

**ASSISTIVE** [1] - 25:5

**ASSOCIATE** [4] - 98:14, 98:19, 98:23, 99:15

**ASSOCIATED** [8] - 10:7, 11:2, 11:12, 12:9, 19:18, 23:4, 56:21, 84:17

**ASSOCIATES** [3] - 99:1, 99:8, 99:11

**ASSUME** [6] - 28:15, 29:11, 31:21, 38:18, 106:21, 108:20

**ASSUMING** [1] - 111:24

**ASSURED** [1] - 60:15

**ASTONISHMENT** [1] -

65:16

**AT-HOME** [1] - 89:5

**AT-RISK** [1] - 80:4

**ATHEROSCLER** [1] - 8:15

**ATHEROSCLEROSIS** [2] - 8:18, 8:20

**ATHEROSCLEROTIC** [4] - 11:3, 11:13, 13:8, 13:9

**ATTACK** [2] - 8:25, 9:10

**ATTACKS** [2] - 11:19, 29:4

**ATTAINED** [2] - 9:24, 10:15

**ATTEMPTING** [2] - 57:21, 58:16

**ATTENDED** [1] - 4:21

**ATTENDING** [1] - 71:12

**ATTENTION** [3] - 91:22, 109:23, 113:5

**ATTORNEY** [2] - 62:21, 89:22

**ATTORNEYS** [2] - 1:15, 63:15

**ATTRIBUTABLE** [1] - 16:17

**AUSTRALIA** [1] - 56:24

**AUTUMN** [1] - 75:5

**AVAILABLE** [2] - 51:8, 83:3

**AVOID** [1] - 43:12

**AWARE** [13] - 9:11, 42:13, 43:20, 55:20, 55:25, 67:23, 69:4, 75:18, 76:21, 76:24, 103:8, 108:17, 110:3

## B

**BAD** [6] - 14:11, 21:12, 33:20, 42:20, 44:2, 63:20

**BALANCE** [5] - 17:24, 18:8, 19:10, 24:5, 34:3

**BALTIMORE** [2] - 3:3, 4:12

**BANDAGES** [1] - 34:14

**BANK** [2] - 86:21, 87:11

**BARRICADE** [1] - 29:11

**BARRING** [1] - 98:5

**BARS** [1] - 31:25

**BARTHOLOMEW** [1] -

90:9

**BARTHOLOMEW'S** [5] - 90:3, 90:13, 90:17, 94:12, 94:14

**BASED** [8] - 16:6, 19:11, 29:6, 29:18, 33:8, 34:9, 35:13, 36:24

**BASEMENT** [1] - 89:12

**BASIS** [9] - 23:9, 25:2, 35:2, 35:23, 41:12, 47:15, 74:15, 79:18, 113:25

**BEANS** [1] - 32:21

**BEAR** [1] - 112:13

**BECAME** [2] - 103:18, 103:19

**BECOME** [8] - 19:4, 42:25, 53:23, 55:20, 55:25, 76:18, 98:17, 99:15

**BECOMING** [1] - 20:22

**BEGAN** [2] - 66:16, 92:17

**BEGINNING** [2] - 13:3, 91:20

**BEHALF** [2] - 110:11, 110:12

**BEHAVE** [1] - 76:25

**BEHAVIOR** [2] - 108:18, 109:3

**BEHAVIORAL** [1] - 5:9

**BEHIND** [3] - 29:11, 108:25, 109:1

**BELIEFS** [1] - 108:9

**BELONGED** [1] - 110:24

**BENDING** [1] - 22:12

**BENEFIT** [2] - 18:16, 80:3

**BENNETT** [1] - 87:16

**BESIDE** [1] - 33:5

**BEST** [9] - 15:11, 15:19, 18:14, 22:18, 80:17, 85:22, 87:14, 92:9, 94:18

**BETTER** [6] - 4:11, 11:12, 25:11, 79:21, 81:9, 101:22

**BETWEEN** [6] - 22:16, 26:17, 29:15, 66:10, 67:3, 68:24

**BICYCLE** [1] - 20:1

**BIG** [2] - 17:18, 34:19

**BIKE** [2] - 33:13

**BILLS** [1] - 59:13

**BINDING** [1] - 56:15

**BIRTH** [1] - 26:8
**BIRTHDAY** [1] - 78:18
**BISHOP** [1] - 72:25
**BISHOPS** [1] - 71:16
**BIT** [1] - 14:16
**BLADDER** [2] - 21:13, 21:16
**BLEEDING** [1] - 19:7
**BLESSED** [1] - 61:22
**BLESSING** [1] - 78:4
**BLINDNESS** [2] - 14:4, 14:5
**BLOCK** [1] - 13:20
**BLOCKED** [1] - 13:22
**BLOOD** [21] - 8:22, 8:23, 8:24, 10:7, 10:8, 10:16, 10:21, 12:24, 13:17, 13:18, 13:20, 13:21, 13:22, 13:23, 13:24, 14:1, 14:8, 15:8, 15:9, 19:3, 29:3
**BLOODSTREAM** [3] - 11:2, 29:1, 29:2
**BOARD** [3] - 87:18, 93:1, 93:14
**BODY** [9] - 16:21, 17:2, 17:5, 17:10, 26:18, 26:21, 27:2, 27:20, 65:19
**BONE** [3] - 10:6, 20:20, 21:7
**BOOK** [1] - 63:14
**BOOTH** [1] - 64:2
**BOP** [7] - 7:20, 9:23, 11:7, 12:17, 14:20, 20:5, 22:7
**BOSCO** [6] - 80:24, 81:4, 82:9, 83:6, 83:17, 84:20
**BOTTOM** [1] - 68:19
**BOUGHT** [1] - 47:13
**BOWEL** [2] - 21:13, 21:16
**BOX** [2] - 1:17, 2:10
**BOYS** [8] - 80:8, 80:23, 80:24, 82:9, 82:17, 83:14, 91:19, 92:7
**BRAIN** [4] - 4:11, 5:13, 11:4, 14:3
**BREAK** [6] - 41:22, 42:2, 95:9, 95:13, 95:14, 115:11
**BREAST** [1] - 10:6
**BRENTWOOD** [1] - 49:16
**BRIEF** [1] - 46:24
**BRIEFLY** [2] - 16:25, 78:6

**BRING** [4] - 56:7, 99:7, 101:2, 111:13
**BROCHURE** [2] - 50:4, 93:6
**BROKE** [1] - 103:21
**BROOKLYN** [9] - 54:18, 55:7, 55:8, 55:10, 59:15, 67:22, 77:17, 87:21, 92:20
**BROTHER** [1] - 58:25
**BROUGHT** [4] - 55:11, 65:17, 74:18, 89:13
**BUECHLEIN** [2] - 71:18, 72:21
**BUILDING** [2] - 70:18, 87:19
**BUILDUP** [1] - 8:20
**BUILT** [2] - 87:20, 92:18
**BUN** [1] - 32:17
**BUNCH** [1] - 38:14
**BUNS** [3] - 30:23, 32:17, 36:14
**BUREAU** [4] - 24:10, 24:20, 24:22, 41:16
**BURNING** [1] - 19:21
**BUSINESS** [3] - 69:21, 74:18, 81:13
**BUT...** [1] - 32:10
**BUTTER** [1] - 31:23
**BUYS** [2] - 31:21, 42:19
**BYPASS** [1] - 11:21

## C

**CAB** [1] - 3:4
**CAGES** [2] - 73:18, 73:19
**CALENDAR** [1] - 62:20
**CALIFORNIA** [1] - 5:7
**CALISTHENICS** [1] - 33:15
**CALLUSES** [5] - 19:1, 19:4, 19:6, 19:8
**CAMILLE** [12] - 46:8, 50:14, 51:4, 51:8, 51:16, 51:18, 53:3, 53:5, 61:5, 61:21, 63:20, 117:10
**CAMPAIGNING** [1] - 56:6
**CAMPUS** [1] - 98:11
**CANAAN** [3] - 43:21, 75:24, 76:3
**CANDY** [2] - 31:25, 32:20
**CANNOT** [1] - 33:2
**CANONICAL** [1] -

54:10
**CAPACITY** [1] - 69:14
**CAPITAL** [1] - 2:3
**CAR** [1] - 81:14
**CARD** [17] - 46:6, 47:13, 51:19, 56:18, 61:23, 73:23, 74:5, 74:7, 77:21, 78:10, 79:12, 85:14, 86:11, 92:25, 100:11, 102:4, 104:5
**CARDIAC** [4] - 16:9, 22:2, 22:4, 22:18
**CARDIOVASCULAR** [1] - 19:14
**CARDS** [3] - 50:12, 79:9
**CARE** [18] - 5:21, 24:16, 24:17, 24:20, 25:6, 36:5, 47:9, 47:10, 47:14, 48:9, 62:14, 63:9, 85:25, 86:6, 86:12, 87:10, 93:11, 96:16
**CAREFUL** [1] - 35:12
**CARING** [1] - 99:4
**CAROLINA** [1] - 6:4
**CARRY** [2] - 56:18, 63:18
**CARRYING** [1] - 7:3
**CASE** [12] - 6:7, 11:16, 12:22, 15:14, 16:16, 19:11, 58:1, 99:6, 101:13, 106:8, 110:14
**CASPER** [2] - 97:20, 97:22
**CATEGORIES** [1] - 8:13
**CATHEDRAL** [1] - 73:13
**CATHOLIC** [11] - 53:19, 54:11, 58:10, 66:20, 71:21, 73:5, 73:10, 90:10, 106:19, 107:9, 107:24
**CATHOLICS** [1] - 72:5
**CAUSED** [2] - 59:1, 63:18
**CAUSES** [6] - 8:24, 9:16, 12:6, 21:9, 22:11
**CAUSING** [2] - 11:5
**CELEBRATED** [1] - 73:11
**CELL** [2] - 73:4
**CENTER** [7] - 2:14, 86:1, 86:6, 86:12, 87:17, 97:1, 97:10

**CENTRAL** [2] - 14:12, 14:15
**CEREBRAL** [1] - 13:9
**CEREMONIAL** [1] - 72:21
**CEREMONY** [5] - 73:2, 73:14, 73:15, 78:3, 98:21
**CERTAIN** [4] - 10:13, 43:15, 63:10, 82:9
**CERTAINLY** [8] - 16:17, 43:2, 47:20, 68:2, 72:12, 98:3, 104:15, 105:8
**CERTAINTY** [1] - 23:18
**CERTIFY** [1] - 116:2
**CHAINS** [1] - 65:19
**CHAIRS** [1] - 65:15
**CHANGE** [1] - 113:21
**CHANGED** [1] - 19:2
**CHANGING** [1] - 89:2
**CHAPLAIN** [5] - 58:14, 62:9, 62:14, 69:25
**CHARACTERIZATIO N** [1] - 35:25
**CHARISM** [1] - 99:1
**CHARITIES** [1] - 50:15
**CHECK** [6] - 9:16, 26:8, 48:18, 90:12, 91:23, 92:4
**CHECKED** [1] - 62:20
**CHEESE** [3] - 32:2, 32:14, 32:16
**CHERISH** [4] - 58:20, 59:9, 68:1, 89:21
**CHEST** [3] - 9:20, 10:6, 77:22
**CHESTNUT** [1] - 2:7
**CHICKEN** [1] - 31:24
**CHIEF** [1] - 4:10
**CHILD** [2] - 81:14, 102:23
**CHILDHOOD** [1] - 12:5
**CHILDREN** [32] - 45:23, 45:25, 46:13, 46:21, 47:1, 47:5, 47:10, 47:23, 49:18, 50:16, 78:7, 79:7, 79:11, 80:4, 81:17, 86:7, 87:16, 87:21, 87:22, 87:23, 88:9, 88:18, 90:2, 90:20, 90:24, 92:20, 94:17, 96:6, 96:9, 97:7, 105:4
**CHILDREN'S** [1] - 91:17
**CHIPS** [2] - 30:20,

32:15
**CHOICES** [3] - 39:18, 39:21, 39:22
**CHOLESTEROL** [2] - 8:21, 10:18
**CHOOSES** [1] - 35:22
**CHRISTMAS** [10] - 46:5, 50:12, 60:7, 61:5, 61:23, 64:8, 78:10, 79:9, 79:12, 104:5
**CHRONIC** [11] - 9:24, 11:8, 12:18, 14:22, 15:2, 22:13, 34:4, 34:17, 41:4, 42:20, 42:23
**CHURCH** [10] - 53:19, 54:7, 54:11, 58:10, 63:3, 78:2, 89:12, 90:9, 90:11, 106:20
**CHURCHES** [1] - 62:24
**CIRCLE** [4] - 58:20, 59:10, 68:1, 89:22
**CIRCULATED** [1] - 56:14
**CIRCULATING** [1] - 11:2
**CIRCULATION** [1] - 43:14
**CITY** [3] - 50:5, 50:6, 58:19
**CIVILIANS** [1] - 73:16
**CLAIMED** [1] - 110:24
**CLARE** [6] - 72:24, 79:25, 86:23, 91:23, 98:4, 107:7
**CLARIFICATION** [1] - 114:3
**CLARIFY** [1] - 113:17
**CLASSIFICATION** [1] - 10:15
**CLASSIFY** [3] - 9:23, 26:23, 27:22
**CLASSROOM** [1] - 54:3
**CLEAR** [3] - 13:14, 19:15, 21:18
**CLEARANCE** [1] - 65:2
**CLERK** [3] - 3:1, 4:2, 45:14
**CLIENT** [1] - 41:23
**CLIMBER** [1] - 20:2
**CLINICAL** [3] - 7:21, 8:5, 25:3
**CLOSE** [5] - 9:10, 40:24, 60:7, 66:8, 80:11
**CLOSED** [2] - 86:8

**CLOSER** [1] - 41:13
**CLOTHING** [1] - 104:8
**CM** [1] - 1:19
**COASTER** [1] - 101:20
**COLLECTIVELY** [1] - 85:4
**COLLEGE** [5] - 54:14, 54:18, 55:3, 55:10, 98:10
**COLORADO** [3] - 69:20, 69:24, 70:6
**COLUMBIA** [1] - 6:5
**COMFORT** [1] - 33:5
**COMFORTABLE** [1] - 19:24
**COMING** [4] - 3:3, 21:6, 47:25, 79:13
**COMMENTS** [2] - 24:15, 38:14
**COMMISSARY** [7] - 28:9, 28:15, 30:2, 30:16, 32:9, 32:10, 42:19
**COMMITTED** [1] - 61:4
**COMMON** [1] - 12:7
**COMMONLY** [1] - 5:19
**COMMUNICATE** [1] - 80:2
**COMMUNITIES** [1] - 99:7
**COMMUNITY** [13] - 2:13, 47:3, 53:25, 59:13, 59:14, 69:22, 74:18, 80:8, 81:13, 98:14, 98:17, 99:2, 99:23
**COMPARABLE** [1] - 65:11
**COMPETENT** [1] - 91:14
**COMPLETE** [1] - 17:22
**COMPLETELY** [3] - 15:22, 22:5, 25:9
**COMPLEX** [3] - 70:6, 70:19, 70:20
**COMPLIANCE** [1] - 43:3
**COMPLIANT** [4] - 15:16, 15:19, 35:21, 41:7
**COMPLICATIONS** [4] - 12:25, 13:3, 13:6, 22:4
**COMPLY** [1] - 25:9
**COMPLYING** [2] - 43:1, 43:2
**COMPONENT** [3] - 47:22, 98:18, 99:5

**COMPUTER** [2] - 1:23, 1:24
**COMPUTER-AIDED** [1] - 1:24
**CON** [1] - 108:4
**CONCERN** [2] - 69:8, 97:23
**CONCERNED** [4] - 24:16, 63:22, 74:25, 82:23
**CONCERNING** [2] - 48:17, 77:4
**CONCERNS** [1] - 60:16
**CONCLUSION** [2] - 23:18, 23:21
**CONCLUSIONS** [1] - 7:1
**CONDITION** [15] - 7:22, 9:3, 9:24, 11:8, 12:17, 14:24, 21:21, 22:7, 22:9, 22:23, 23:5, 23:12, 23:19, 28:12, 42:20
**CONDITIONS** [9] - 8:11, 14:22, 23:22, 23:25, 25:8, 25:11, 32:5, 42:23, 44:1
**CONDUCTED** [4] - 7:6, 7:16, 16:24, 23:16
**CONFERENCE** [2] - 71:19
**CONFERRING** [1] - 72:22
**CONFESSION** [2] - 66:19, 66:21
**CONFIDING** [1] - 109:24
**CONFIRM** [1] - 72:1
**CONFIRMATION** [10] - 71:9, 71:12, 71:14, 73:9, 73:20, 73:22, 73:23, 73:24, 74:8, 74:10
**CONFIRMED** [7] - 72:25, 73:8, 106:5, 106:19, 107:2, 107:6, 107:25
**CONFRONT** [1] - 113:19
**CONFUSION** [1] - 62:5
**CONGRATULATIONS** [1] - 49:13
**CONGREGATION** [3] - 78:3, 86:24, 99:19
**CONGREGATIONS** [1] - 98:15
**CONJUNCTION** [2] -

48:15, 75:17
**CONNECTED** [1] - 54:10
**CONNECTION** [2] - 91:10, 98:12
**CONNING** [1] - 109:2
**CONSCIOUS** [1] - 93:2
**CONSCIOUSNESS** [1] - 56:12
**CONSEQUENCES** [1] - 17:7
**CONSIDER** [2] - 104:18, 115:9
**CONSIDERATION** [1] - 59:8
**CONSIDERED** [1] - 107:17
**CONSIST** [1] - 74:13
**CONSISTENT** [3] - 9:21, 20:25, 43:25
**CONSOLATION** [1] - 104:1
**CONSTANTLY** [1] - 63:22
**CONSULTING** [1] - 4:14
**CONTACT** [14] - 25:3, 60:1, 66:5, 66:10, 66:15, 68:17, 69:4, 69:12, 74:11, 74:13, 74:22, 76:5, 76:9, 99:18
**CONTACTED** [2] - 69:3, 100:18
**CONTACTS** [2] - 69:6, 77:2
**CONTAINED** [1] - 115:1
**CONTENT** [1] - 114:19
**CONTINUE** [9] - 10:13, 18:9, 24:2, 55:18, 74:11, 95:15, 103:21, 106:22, 108:4
**CONTINUED** [4] - 2:1, 17:12, 46:10, 62:6
**CONTINUING** [1] - 100:12
**CONTRIBUTES** [1] - 21:11
**CONTRIBUTION** [1] - 89:18
**CONTRIBUTIONS** [3] - 46:9, 78:7, 86:11
**CONTROL** [12] - 10:17, 10:18, 10:19, 11:12, 11:14, 12:24, 15:7, 16:18, 18:15, 23:10, 23:11, 40:25

**CONTROLLED** [4] - 11:15, 13:16, 33:21, 44:4
**CONTROLS** [1] - 105:10
**CONVENT** [3] - 77:16, 87:20, 92:19
**CONVERSATION** [7] - 29:7, 29:18, 66:16, 67:19, 71:25, 78:14, 99:8
**CONVERSATIONS** [1] - 76:22
**CONVINCED** [3] - 76:23, 80:3, 108:16
**COOPERATE** [2] - 22:5, 42:22
**COOPERATION** [1] - 41:14
**COORDINATES** [1] - 50:14
**COPIES** [1] - 85:5
**COPY** [1] - 61:8
**CORD** [2] - 17:4, 21:7
**CORN** [1] - 32:15
**CORONARY** [4] - 8:14, 8:18, 8:20, 11:21
**CORRECT** [43] - 7:5, 20:6, 20:10, 26:7, 28:8, 28:13, 28:14, 30:17, 30:18, 31:25, 32:1, 32:5, 32:12, 32:13, 32:18, 32:19, 32:23, 33:1, 33:9, 34:13, 34:23, 35:23, 37:7, 37:8, 39:13, 39:19, 39:21, 40:25, 41:1, 41:18, 66:5, 74:6, 74:8, 80:22, 93:16, 94:17, 96:10, 99:15, 107:2, 108:5, 108:11, 108:23, 116:2
**CORRECTIONAL** [2] - 47:2, 48:1
**CORRECTLY** [1] - 107:25
**CORRESPONDED** [4] - 59:17, 74:23, 103:15, 103:23
**CORRESPONDENCE** [8] - 48:17, 67:3, 67:6, 68:5, 74:25, 84:10, 84:22, 110:20
**CORRESPONDING** [2] - 109:15, 109:25
**COUNSEL** [1] - 51:24
**COUNTED** [1] - 39:9
**COUNTER** [1] - 23:8

**COUNTING** [1] - 39:10
**COUNTRY** [1] - 14:5
**COUNTY** [1] - 50:7
**COUPLE** [1] - 101:19
**COURAGE** [1] - 101:14
**COURSE** [11] - 5:14, 5:19, 7:19, 24:12, 48:21, 63:5, 65:18, 66:16, 67:18, 68:16, 108:12
**COURSES** [2] - 54:24, 55:16
**COURT** [64] - 1:1, 1:19, 3:1, 3:6, 3:16, 3:20, 5:10, 6:3, 6:11, 25:19, 25:21, 29:22, 29:24, 40:14, 41:25, 42:3, 44:17, 44:20, 45:1, 45:4, 45:9, 50:4, 50:8, 50:18, 50:23, 50:25, 51:3, 51:10, 51:12, 51:19, 51:21, 52:6, 52:9, 52:12, 52:20, 52:22, 53:1, 53:6, 53:9, 58:5, 83:22, 84:1, 95:8, 95:12, 95:15, 95:20, 105:19, 111:5, 111:9, 111:21, 112:5, 112:7, 112:24, 113:13, 113:19, 113:22, 113:24, 114:10, 114:14, 115:7, 115:15, 115:21, 115:22, 116:8
**COURT'S** [6] - 6:18, 23:13, 25:15, 49:22, 83:20, 114:2
**COURTHOUSE** [1] - 1:20
**COURTROOM** [1] - 1:8
**COURTS** [2] - 5:25, 6:2
**CRACK** [1] - 19:6
**CREAM** [5] - 30:20, 31:6, 32:2, 32:3, 32:14
**CREATE** [1] - 67:5
**CREATED** [4] - 68:7, 73:23, 74:7, 76:15
**CREATION** [1] - 78:10
**CREESE** [1] - 31:6
**CREESE-FILLED** [1] - 31:6
**CRIME** [2] - 61:4, 67:23

**CRIME-FREE** [1] - 67:23
**CRIMES** [1] - 2:3
**CRIMINAL** [3] - 1:3, 2:3, 50:16
**CRISIS** [1] - 36:10
**CRITICISM** [1] - 54:23
**CROOK** [1] - 58:15
**CROOK'S** [2] - 62:10, 62:14
**CROSS** [6] - 25:19, 25:25, 105:19, 105:20, 115:16, 117:3
**CRUMLISH** [1] - 93:24
**CRUNCHING** [1] - 20:21
**CUFFED** [1] - 72:20
**CUOMO** [1] - 56:9
**CUPS** [1] - 31:23
**CURABLE** [1] - 21:22
**CURED** [1] - 10:10
**CURRENT** [8] - 10:14, 11:8, 12:18, 15:2, 18:14, 24:1, 24:3, 24:7
**CURRICULUM** [1] - 4:19
**CURTIS** [1] - 2:14
**CUSHION** [1] - 43:17
**CUTOFFS** [1] - 27:25

# D

**D'** [1] - 117:10
**D'-A-R-I-E-N-Z-O** [1] - 53:8
**D'ARIENZO** [4] - 46:8, 50:14, 53:3, 53:7
**D'ÁRIENZO** [3] - 53:5, 61:5, 61:21
**D.C** [1] - 2:4
**DAILY** [5] - 23:9, 25:3, 25:5, 25:6, 41:12
**DAMAGE** [5] - 15:5, 16:20, 17:5, 17:8, 29:3
**DAMAGED** [2] - 15:13, 19:20
**DANGER** [1] - 41:17
**DARK** [1] - 14:17
**DATE** [17] - 26:8, 30:8, 42:14, 44:10, 57:14, 57:23, 68:10, 72:6, 72:8, 78:15, 100:5, 100:7, 100:11, 101:21, 102:2, 110:15, 116:8
**DATES** [3] - 36:19, 37:5, 38:14

**DAVID** [53] - 1:6, 47:13, 48:19, 52:2, 55:21, 56:1, 56:20, 56:25, 57:7, 57:16, 59:8, 60:8, 60:11, 60:21, 64:8, 65:12, 65:16, 65:21, 66:18, 66:23, 67:19, 67:21, 68:3, 68:4, 68:16, 71:24, 71:25, 72:1, 72:2, 72:25, 73:4, 76:22, 77:22, 78:21, 79:1, 79:6, 80:1, 84:14, 84:15, 90:7, 91:21, 92:5, 93:23, 94:4, 96:3, 98:12, 98:19, 100:4, 100:17, 102:17, 103:23, 104:3, 112:11
**DAVID'S** [5] - 68:18, 78:23, 97:23, 98:7, 99:6
**DAY-TO-DAY** [1] - 35:2
**DAYS** [4] - 57:23, 78:21, 99:7, 101:19
**DEAD** [2] - 13:22, 63:14
**DEAL** [3] - 11:10, 19:16, 51:13
**DEALING** [2] - 9:9, 36:4
**DEALS** [1] - 96:9
**DEALT** [1] - 33:10
**DEAR** [2] - 60:11, 61:21
**DEATH** [19] - 9:16, 56:8, 56:12, 56:24, 57:21, 60:20, 64:2, 70:1, 71:24, 73:1, 73:6, 77:4, 100:23, 100:25, 101:20, 104:18, 110:7, 110:8, 110:13
**DEBILITATING** [1] - 21:24
**DECEASED** [4] - 77:19, 77:21, 103:11, 103:14
**DECEIT** [2] - 108:21, 109:2
**DECEMBER** [14] - 8:6, 57:1, 57:15, 60:11, 61:20, 62:8, 62:19, 64:19, 66:12, 69:10, 69:18, 77:3, 79:13, 106:4
**DECEPTION** [2] - 108:7, 108:13

**DECIDED** [1] - 56:11
**DECISION** [2] - 80:16, 107:23
**DECLARATION** [1] - 56:14
**DECREASED** [1] - 19:3
**DEFENDANT** [5] - 2:5, 2:8, 2:12, 51:25, 52:4
**DEFENDANT'S** [10] - 4:16, 6:22, 7:13, 8:1, 11:23, 24:10, 24:19, 46:17, 49:1, 85:25
**DEFENDER** [2] - 2:6, 2:13
**DEFENSE** [6] - 3:25, 45:7, 45:12, 52:24, 53:3, 117:19
**DEFINITELY** [3] - 48:8, 64:6, 90:16
**DEGENERATION** [3] - 20:12, 20:14, 20:17
**DEGENERATIVE** [1] - 22:16
**DEGREE** [2] - 23:18, 80:18
**DEGREES** [2] - 4:24, 54:14
**DELAYED** [2] - 3:3, 3:21
**DELIGHTFUL** [1] - 103:1
**DELIVERED** [1] - 105:13
**DENIAL** [1] - 109:20
**DENIGRATE** [1] - 91:25
**DEPARTMENT** [2] - 2:2, 5:2
**DEPICTED** [1] - 72:18
**DEPOSITED** [1] - 81:15
**DESCENDING** [1] - 9:14
**DESCRIBE** [1] - 46:20
**DESCRIBED** [2] - 92:16, 106:25
**DESCRIPTION** [1] - 46:24
**DESIGN** [1] - 79:9
**DESIGNED** [2] - 43:12, 43:17
**DESIGNS** [1] - 50:11
**DESIRE** [1] - 58:8
**DESPERATELY** [1] - 104:13
**DESPITE** [1] - 41:15
**DETERIORATED** [1] - 44:5

**DETERMINATION** [3] - 79:21, 79:23, 99:22
**DETERMINE** [1] - 99:11
**DEVELOP** [1] - 12:20
**DEVELOPED** [1] - 99:19
**DEVELOPMENT** [1] - 4:12
**DEVELOPMENTALLY** [2] - 89:4, 93:11
**DEVICES** [1] - 25:5
**DEVISED** [1] - 40:16
**DIABETES** [20] - 10:18, 11:25, 12:4, 12:8, 12:11, 12:21, 13:16, 16:13, 16:17, 16:18, 17:5, 17:9, 18:15, 18:21, 19:1, 19:9, 20:9, 22:18, 28:11, 28:21
**DIABETIC** [19] - 13:11, 13:13, 15:1, 16:11, 18:6, 19:24, 21:19, 22:25, 23:24, 23:25, 30:24, 31:15, 33:11, 33:22, 36:16, 41:8, 43:7, 43:10
**DIABETICS** [4] - 32:4, 32:8, 34:20, 36:9
**DIALOGUE** [1] - 35:13
**DIE** [3] - 36:11, 57:23, 72:5
**DIED** [1] - 103:24
**DIET** [15] - 10:19, 15:17, 28:2, 28:4, 28:20, 28:21, 30:20, 31:9, 31:12, 31:16, 32:11, 41:5, 41:8, 41:12
**DIETARY** [3] - 12:10, 12:15, 31:19
**DIFFERENT** [6] - 8:13, 22:23, 70:16, 70:18, 80:14, 97:13
**DIFFICULT** [4] - 20:3, 22:1, 59:5, 89:7
**DIFFICULTY** [4] - 11:11, 14:18, 19:16, 22:12
**DINING** [1] - 83:5
**DIOCESE** [3] - 55:7, 55:8, 71:18
**DIPLOMA** [1] - 54:1
**DIRECT** [8] - 4:5, 6:12, 45:18, 53:10, 109:23, 113:2, 113:4, 117:3
**DIRECTED** [1] - 113:1
**DIRECTLY** [1] - 37:7

**DIRECTOR** [5] - 45:25, 60:13, 60:17, 93:25, 94:5
**DIRECTORS** [3] - 87:19, 93:1, 93:14
**DISABLED** [4] - 89:4, 89:5, 93:11
**DISAGREE** [2] - 35:24, 41:6
**DISCIPLINE** [1] - 5:12
**DISCOVERED** [2] - 89:12, 93:13
**DISCS** [5] - 20:13, 20:15, 20:18, 20:21, 21:4
**DISCUSS** [1] - 102:14
**DISCUSSED** [3] - 20:4, 41:16, 115:3
**DISCUSSING** [3] - 22:22, 40:25, 41:2
**DISCUSSION** [1] - 78:9
**DISEASE** [10] - 9:21, 10:11, 11:3, 11:13, 11:17, 13:8, 13:9, 22:3, 22:18, 28:11
**DISEASES** [3] - 5:13, 16:1, 43:25
**DISORDER** [2] - 12:6, 13:1
**DISPOSSESSED** [1] - 56:5
**DISTAL** [1] - 18:5
**DISTORTED** [1] - 20:23
**DISTRESS** [2] - 97:7, 97:8
**DISTRIBUTE** [2] - 43:18, 95:6
**DISTRIBUTED** [3] - 79:14, 88:17, 112:11
**DISTRIBUTION** [1] - 26:22
**DISTRIBUTIONS** [1] - 79:17
**DISTRICT** [6] - 1:1, 1:2, 1:16, 2:6, 2:13, 6:4
**DIVIDED** [1] - 40:12
**DIVISION** [1] - 2:3
**DIVVIED** [1] - 50:14
**DOBNIK** [1] - 84:16
**DOCTOR** [12] - 4:18, 6:22, 8:1, 20:11, 23:16, 24:9, 25:9, 30:13, 33:8, 36:23, 41:15, 42:8
**DOCTOR'S** [1] - 15:16
**DOCTORATE** [1] - 54:6

**DOCTORS'** [1] - 25:10
**DOCUMENT** [34] - 8:2, 8:8, 8:14, 9:23, 11:7, 11:23, 12:17, 14:20, 21:1, 24:18, 56:15, 57:5, 61:13, 67:13, 67:16, 68:9, 72:14, 82:6, 82:7, 84:23, 92:12, 93:18, 94:8, 94:10, 94:19, 94:21, 95:1, 96:13, 96:14, 96:21, 96:22, 96:24, 97:9, 113:8
**DOCUMENTS** [8] - 6:25, 37:12, 37:20, 37:21, 85:3, 111:4, 111:7, 114:4
**DOLLAR** [2] - 82:9, 82:13
**DONATED** [5] - 47:16, 81:21, 81:22, 87:6, 87:13
**DONATION** [3] - 48:17, 49:3, 91:18
**DONATIONS** [15] - 46:5, 46:7, 46:9, 48:16, 80:18, 85:18, 88:5, 88:10, 89:14, 92:25, 93:7, 94:3, 99:12, 103:7, 105:5
**DONE** [10] - 5:17, 9:5, 61:1, 61:2, 63:19, 66:18, 78:22, 102:19, 104:13
**DOOR** [1] - 65:4
**DOROTHY** [1] - 87:16
**DOSAGE** [1] - 40:1
**DOSE** [5] - 40:4, 40:6, 40:7, 40:8, 40:22
**DOSES** [1] - 40:13
**DOUBLE** [1] - 22:16
**DOUBT** [1] - 32:9
**DOUGHERTY** [1] - 64:16
**DOWN** [13] - 8:14, 20:21, 21:10, 30:19, 31:5, 33:17, 35:9, 35:10, 45:9, 50:25, 84:18, 89:8, 115:17
**DOWNTOWN** [1] - 81:8
**DR** [13] - 3:2, 3:21, 3:25, 4:7, 4:9, 6:9, 6:14, 26:2, 30:1, 37:12, 38:9, 51:6, 117:5
**DRAWINGS** [1] - 85:9
**DRESS** [1] - 72:21
**DRINK** [2] - 31:10, 31:16

**DRIVEN** [1] - 80:18
**DROPPING** [1] - 31:5
**DRUG** [2] - 40:2, 40:24
**DRY** [1] - 48:6
**DUE** [3] - 16:10, 20:17, 23:1
**DURING** [10] - 16:8, 42:9, 46:13, 67:18, 71:7, 71:15, 76:8, 77:2, 100:10, 100:22
**DUTY** [1] - 24:11
**DYSFUNCTION** [1] - 29:5
**DYSFUNCTIONAL** [1] - 20:22

## E

**E-MAILS** [4] - 95:19, 95:24, 96:8
**EAR** [1] - 101:7
**EARLY** [2] - 29:8, 63:14
**EASE** [1] - 59:4
**EASTERN** [3] - 2:13, 90:25, 91:3
**EASY** [1] - 101:1
**EAT** [5] - 28:3, 31:1, 31:20, 32:18, 42:22
**EATING** [4] - 28:16, 29:17, 30:24, 36:9
**EATS** [4] - 28:4, 28:9, 39:19
**ED** [10] - 64:16, 64:20, 65:15, 66:11, 66:20, 67:18, 68:17, 68:23, 69:3, 70:11
**EDEMA** [7] - 13:12, 14:6, 14:7, 14:14, 14:21, 16:12, 17:16
**EDUCATION** [8] - 54:3, 54:4, 54:8, 83:13, 90:22, 92:10, 99:8, 106:22
**EDUCATIONAL** [7] - 53:24, 55:7, 55:17, 83:1, 85:15, 86:14, 88:1
**EFFECT** [3] - 35:18, 79:3
**EFFECTIVELY** [1] - 18:13
**EFFORT** [6] - 56:19, 56:24, 59:20, 60:17, 69:2, 79:2
**EFFORTS** [2] - 56:3, 60:19
**EITHER** [7] - 11:18, 12:11, 14:8, 64:22,

81:18, 90:14, 96:1
**ELEANOR** [1] - 97:14
**ELECTED** [1] - 57:20
**ELECTRICAL** [1] - 19:21
**ELEMENT** [1] - 31:19
**ELEMENTARY** [3] - 54:16, 55:4, 55:6
**ELICIT** [1] - 113:19
**ELIZABETH** [1] - 97:1
**EMERGENCY** [1] - 89:20
**EMOTION** [1] - 63:17
**EMOTIONS** [1] - 62:4
**EMPLOYED** [1] - 4:9
**ENABLE** [1] - 99:20
**ENCLOSED** [2] - 63:23, 75:4
**ENCLOSING** [1] - 62:9
**ENCOUNTER** [1] - 8:5
**ENCOURAGE** [2] - 101:1, 108:21
**ENCOURAGEMENT** [1] - 99:9
**ENCOURAGES** [1] - 99:2
**ENCOURAGING** [1] - 104:10
**END** [8] - 14:3, 27:24, 41:3, 66:9, 78:2, 90:25, 91:3, 92:11
**ENDED** [1] - 3:10
**ENDS** [2] - 44:10, 65:16
**ENDURING** [1] - 36:12
**ENERGY** [1] - 104:14
**ENGAGE** [1] - 108:22
**ENGLAND** [1] - 56:23
**ENGLISH** [2] - 87:23, 87:24
**ENRICHING** [1] - 92:23
**ENRICHMENT** [1] - 87:25
**ENTAIL** [1] - 107:4
**ENTERED** [2] - 53:25, 101:8
**ENTIRELY** [1] - 13:14
**ENTITLED** [1] - 116:4
**ENTRANCE** [1] - 66:1
**ENTRY** [1] - 68:11
**ENVIRONMENT** [2] - 16:23, 17:20
**EPISTLES** [1] - 101:5
**EQUALLY** [1] - 43:19
**EQUATION** [1] - 63:21
**EQUIPMENT** [6] - 82:21, 82:22, 82:23, 83:2, 85:12, 85:13

**EQUIVALENT** [1] - 28:25
**ERRONEOUS** [1] - 19:20
**ESCORTED** [2] - 65:10, 66:25
**ESPECIALLY** [4] - 16:22, 19:17, 48:9, 88:18
**ESQUIRE** [6] - 1:15, 2:2, 2:5, 2:8, 2:12, 2:12
**ESSENCE** [1] - 56:16
**ESSENTIAL** [1] - 5:23
**ESSENTIALLY** [3] - 28:25, 46:20, 87:2
**ESTABLISHED** [3] - 67:25, 102:20, 102:24
**ESTIMATE** [1] - 81:21
**EVALUATED** [1] - 43:6
**EVALUATING** [1] - 24:12
**EVALUATION** [5] - 7:8, 7:17, 19:12, 23:6, 23:17
**EVENING** [2] - 61:20, 61:24
**EVENT** [3] - 66:4, 73:19, 102:13
**EVENTS** [1] - 59:14
**EVENTUALLY** [1] - 29:3
**EVIDENCE** [8] - 13:9, 45:6, 45:8, 52:8, 52:19, 52:23, 52:25, 67:9
**EX** [1] - 47:24
**EX-OFFENDERS** [1] - 47:24
**EXACT** [4] - 9:16, 37:15, 40:7, 78:15
**EXACTLY** [5] - 40:11, 42:17, 86:6, 102:12, 107:5
**EXAMINATION** [8] - 4:5, 6:12, 25:25, 42:6, 45:18, 53:10, 105:20, 115:16
**EXAMINE** [4] - 18:1, 25:19, 99:3, 105:19
**EXCEPT** [1] - 91:15
**EXCHANGE** [2] - 64:9, 84:9
**EXCUSE** [4] - 48:14, 59:21, 93:19, 100:5
**EXCUSED** [3] - 45:11, 51:1, 115:19
**EXECUTED** [12] -

48:5, 56:17, 57:3, 57:18, 59:3, 66:14, 73:6, 78:16, 79:1, 101:24, 104:25, 105:7
**EXECUTION** [15] - 42:14, 57:24, 58:17, 60:5, 72:6, 72:8, 78:21, 100:5, 100:7, 100:11, 100:14, 100:17, 101:25, 102:2, 110:15
**EXECUTIVE** [3] - 45:24, 93:24, 94:5
**EXECUTIVES** [1] - 97:2
**EXERCISE** [12] - 15:17, 18:16, 19:14, 19:23, 22:15, 22:17, 22:19, 33:3, 33:4, 34:1, 37:25
**EXERCISING** [1] - 32:25
**EXERT** [1] - 104:14
**EXHIBIT** [19] - 4:16, 6:22, 7:13, 8:1, 11:7, 11:23, 24:10, 24:19, 29:21, 36:21, 37:10, 44:8, 46:17, 49:1, 76:16, 76:17, 85:25, 111:17, 111:18
**EXHIBITS** [8] - 44:15, 44:20, 45:5, 45:7, 52:16, 52:24, 117:15, 117:19
**EXISTENCE** [3] - 46:2, 55:21, 55:25
**EXPECT** [2] - 24:7, 108:22
**EXPECTATION** [1] - 66:13
**EXPECTATIONS** [1] - 107:10
**EXPECTED** [2] - 71:6, 106:20
**EXPECTING** [1] - 42:14
**EXPERIENCE** [2] - 5:14, 55:1
**EXPERIENCED** [1] - 65:12
**EXPERIENCES** [1] - 92:23
**EXPERT** [2] - 5:24, 6:9
**EXPERTISE** [1] - 5:19
**EXPLAIN** [3] - 26:20, 51:18, 76:12
**EXPLAINING** [1] - 48:20
**EXPRESS** [6] - 62:1,

63:1, 68:18, 69:7, 99:22, 111:16
**EXPRESSED** [1] - 77:4
**EXPRESSING** [1] - 48:20
**EXPRESSION** [2] - 78:24, 97:22
**EXTENDED** [2] - 70:6, 96:4
**EXTENDS** [1] - 78:4
**EXTENSION** [2] - 58:15, 62:15
**EXTENSIVE** [2] - 21:24, 84:18
**EXTRACT** [1] - 101:10
**EXTREMITIES** [4] - 16:22, 17:21, 19:22, 21:12
**EYE** [6] - 13:15, 14:2, 14:3, 16:6, 17:15, 101:7

## F

**F-I-T-Z-G-E-R-A-L-D** [1] - 45:17
**FACE** [3] - 29:12, 63:25
**FACE-TO-FACE** [1] - 29:12
**FACES** [1] - 14:18
**FACILITIES** [1] - 47:2
**FACILITY** [3] - 48:1, 83:12, 103:25
**FACT** [10] - 27:8, 27:17, 28:6, 48:2, 64:10, 69:5, 100:18, 102:20, 108:24, 110:21
**FACULTY** [1] - 4:12
**FAILED** [1] - 79:1
**FAILURE** [1] - 11:6
**FAIR** [9] - 6:15, 6:17, 14:22, 29:6, 29:16, 38:1, 44:11, 80:19, 110:4
**FAIRLY** [1] - 34:5
**FAITH** [6] - 101:2, 101:13, 106:22, 107:9, 107:11, 107:25
**FALLING** [3] - 17:24, 35:9, 35:10
**FAMILIAR** [13] - 63:13, 84:24, 86:1, 88:22, 88:24, 91:19, 93:4, 94:9, 94:11, 94:20, 97:17, 100:1, 113:8
**FAMILIARITY** [2] -

114:19, 114:24
**FAMILIES** [6] - 67:20, 68:3, 77:12, 77:16, 89:6, 97:8
**FAMILY** [6] - 47:1, 58:24, 68:17, 69:4, 69:5, 104:2
**FANELLO** [1] - 62:12
**FAR** [20] - 24:15, 28:20, 35:16, 58:18, 63:21, 66:10, 69:23, 74:25, 75:9, 75:11, 76:13, 76:14, 81:17, 82:22, 83:6, 87:12, 102:24, 103:1, 109:4
**FAT** [5] - 11:1, 29:1, 31:19, 36:14, 36:15
**FAT-LADEN** [1] - 31:19
**FATHER** [10] - 63:3, 64:16, 64:20, 65:15, 66:11, 66:20, 67:18, 68:23, 69:3, 70:11
**FATHER'S** [1] - 71:23
**FATTY** [1] - 29:17
**FAULTY** [1] - 109:19
**FAVORITE** [1] - 76:18
**FCRR** [1] - 1:19
**FEASIBLE** [1] - 33:14
**FEBRUARY** [10] - 36:6, 37:25, 38:5, 38:8, 38:12, 39:5, 39:6, 39:7, 42:10
**FEDERAL** [5] - 2:6, 2:13, 6:3, 57:24, 62:18
**FEEDING** [1] - 104:8
**FEELINGS** [2] - 63:17, 69:9
**FEET** [14] - 17:3, 17:12, 17:22, 19:2, 19:4, 26:11, 33:17, 34:4, 34:14, 43:13, 43:14, 43:16, 43:17, 65:20
**FELLOW** [1] - 108:3
**FERNANDES** [1] - 97:2
**FERVOR** [1] - 73:11
**FEW** [8] - 42:5, 58:23, 63:24, 78:21, 92:16, 100:19, 103:24, 113:17
**FIGURE** [1] - 46:12
**FIGURING** [1] - 26:21
**FILLED** [3] - 31:6, 32:14, 62:4
**FILM** [1] - 54:25
**FINALLY** [1] - 7:19
**FINANCE** [1] - 90:22

**FINANCIAL** [5] - 46:5, 81:25, 96:3, 98:18, 99:11
**FINDINGS** [2] - 37:19, 84:19
**FINE** [2] - 62:22, 95:10
**FINGERTIPS** [1] - 17:14
**FINISH** [1] - 105:25
**FINISHED** [1] - 3:7
**FIRST** [25] - 1:20, 30:5, 36:18, 38:4, 54:4, 57:7, 59:12, 59:20, 63:9, 65:24, 67:17, 69:20, 70:12, 70:16, 73:5, 75:3, 77:12, 78:13, 79:14, 80:5, 99:3, 99:17, 107:7, 111:13, 114:11
**FIT** [1] - 108:13
**FITZGERALD** [6] - 45:12, 45:17, 51:17, 52:18, 78:7, 117:8
**FIVE** [6] - 3:5, 16:24, 31:23, 41:25, 95:9, 95:12
**FIVE-MINUTE** [3] - 41:25, 95:9, 95:12
**FLIER** [1] - 48:19
**FLOOR** [1] - 1:20
**FLORENCE** [2] - 69:20, 69:24
**FLORIDA** [1] - 6:4
**FLOW** [4] - 10:7, 10:8, 14:8, 19:3
**FOCUS** [1] - 37:4
**FOCUSED** [1] - 14:12
**FOLDER** [1] - 75:6
**FOLKS** [1] - 58:23
**FOLLOW** [2] - 104:4, 115:10
**FOLLOW-UP** [1] - 115:10
**FOLLOWED** [1] - 65:2
**FOLLOWING** [1] - 41:12
**FOLLOWS** [1] - 62:17
**FOOD** [8] - 28:8, 32:15, 86:21, 87:2, 87:9, 87:11, 91:9, 91:15
**FOODS** [3] - 28:9, 29:17
**FOOT** [9] - 18:18, 18:23, 18:25, 20:9, 33:20, 34:9, 34:12, 34:22, 43:19
**FORDHAM** [1] - 54:4
**FOREGOING** [1] -

116:2
**FOREMOST** [1] - 99:3
**FORESEEABLE** [1] - 12:23
**FORGET** [3] - 112:21, 113:15
**FORGIVE** [1] - 59:6
**FORGIVEN** [1] - 59:5
**FORGIVENESS** [2] - 62:6, 78:25
**FORGIVING** [1] - 101:14
**FORGOT** [1] - 52:7
**FORM** [2] - 8:16, 20:11
**FORMAL** [1] - 98:21
**FORMER** [3] - 29:19, 47:24, 64:16
**FORMULATED** [1] - 66:10
**FORT** [2] - 87:20, 92:19
**FORTH** [1] - 39:8
**FORWARD** [4] - 39:2, 64:6, 101:3, 107:14
**FOUNDER** [1] - 45:24
**FOUR** [10] - 27:8, 27:17, 31:17, 39:7, 68:16, 68:22, 73:18, 75:23, 88:10, 90:1
**FOUR-PAGE** [2] - 68:16, 68:22
**FOURTH** [1] - 73:6
**FRAGILE** [3] - 13:24, 24:25, 25:6
**FRANCIS** [1] - 76:18
**FRAUDULENTLY** [1] - 108:16
**FRAZER** [3] - 84:7, 84:22, 85:1
**FREE** [2] - 67:23, 104:20
**FREQUENT** [1] - 25:3
**FREQUENTLY** [3] - 15:19, 17:19, 74:16
**FRIDAY** [1] - 62:17
**FRIEND** [4] - 58:19, 63:5, 64:16, 103:16
**FRIENDS** [2] - 90:3, 94:11
**FRONT** [11] - 14:20, 48:25, 57:5, 59:22, 61:11, 65:4, 67:11, 72:14, 74:5, 87:8, 99:24
**FULFILL** [2] - 60:17, 71:22
**FULL** [6] - 4:2, 45:14, 55:11, 72:21, 73:10, 109:11

**FULLY** [1] - 109:21
**FUNCTION** [1] - 21:14
**FUND** [1] - 89:18
**FUNDING** [1] - 48:6
**FUNDRAISING** [1] - 78:11
**FUNDS** [7] - 48:8, 48:21, 50:10, 50:13, 80:3, 86:9, 87:6
**FUTURE** [2] - 12:23, 66:10

## G

**GABAPENTIN** [3] - 39:24, 40:8, 40:15
**GAINED** [1] - 54:6
**GAIT** [6] - 18:8, 19:2, 19:10, 24:5, 35:5, 35:8
**GAMES** [1] - 86:14
**GARDEN** [2] - 87:20, 92:19
**GARZA** [1] - 73:4
**GASTROINTESTINAL** [1] - 36:8
**GATE** [1] - 65:8
**GC** [20] - 29:21, 29:23, 36:21, 37:10, 44:19, 45:5, 111:8, 111:10, 111:11, 111:12, 111:14, 114:12, 117:16
**GENERAL** [11] - 5:17, 6:9, 24:6, 41:10, 48:22, 50:12, 54:24, 88:7, 88:8, 89:18, 90:18
**GENERALLY** [10] - 10:5, 10:20, 12:5, 12:10, 12:20, 14:8, 26:16, 33:22, 40:11, 79:2
**GENERATED** [1] - 47:13
**GENEROUS** [1] - 99:4
**GENEROUSLY** [1] - 15:18
**GENETIC** [1] - 12:9
**GEORGIA** [1] - 6:4
**GERARDOT** [4] - 72:24, 80:1, 86:23, 98:4
**GERMANY** [1] - 56:23
**GERRY** [1] - 109:11
**GIBAULT** [1] - 91:17
**GIFT** [1] - 83:4
**GIFTS** [1] - 107:10
**GIGANTIC** [1] - 75:6
**GIVEN** [7] - 34:3, 54:3,

58:15, 62:15, 87:7, 92:22, 104:23
**GLAD** [1] - 57:13
**GLASGOW** [1] - 63:4
**GLASSES** [1] - 25:23
**GLEAN** [1] - 44:12
**GLEEN** [2] - 58:14, 62:9
**GLENDALE** [1] - 53:13
**GLUCOSE** [3] - 12:24, 15:8, 44:2
**GOAL** [4] - 9:24, 10:5, 10:15, 98:25
**GOD** [11] - 59:5, 60:22, 61:4, 62:5, 63:8, 76:19, 76:23, 101:9, 101:12, 101:14, 104:22
**GOD'S** [2] - 76:21, 76:24
**GODMOTHER** [2] - 106:18, 106:23
**GOVERNMENT** [10] - 1:15, 2:2, 3:12, 29:21, 36:21, 37:10, 44:9, 45:5, 57:19, 117:15
**GOVERNOR** [3] - 56:6, 56:7, 56:9
**GRADUALLY** [1] - 43:4
**GRADUATE** [1] - 4:21
**GRAFT** [1] - 11:21
**GRANDCHILD** [1] - 102:25
**GRANDSON** [1] - 103:5
**GRATITUDE** [3] - 48:20, 48:23, 67:17
**GRAY** [2] - 90:6, 90:15
**GREAT** [3] - 11:10, 19:16, 48:1
**GREATER** [1] - 92:1
**GREATEST** [1] - 103:25
**GREEN** [2] - 87:21, 92:19
**GRIEF** [1] - 59:5
**GROUNDS** [1] - 86:4
**GROUP** [4] - 56:2, 56:10, 67:25, 85:3
**GROUPS** [1] - 55:17
**GROWTH** [2] - 76:10, 76:13
**GUARDS** [1] - 65:17
**GUESS** [5] - 28:6, 55:15, 61:8, 68:4, 82:5
**GUESSING** [1] - 66:8

**GUIDANCE** [1] - 62:6
**GUILT** [1] - 61:3
**GURGANUS** [5] - 1:15, 3:8, 3:13, 50:2, 50:21

## H

**H-Y-D-E** [1] - 4:4
**HAINES** [30] - 2:2, 6:10, 25:20, 25:22, 26:1, 26:4, 29:23, 29:25, 40:20, 41:20, 43:5, 44:18, 52:21, 105:21, 105:24, 111:3, 111:6, 111:11, 112:1, 112:12, 112:19, 112:23, 112:25, 113:18, 113:23, 114:1, 115:6, 115:14, 117:7, 117:12
**HAITI** [5] - 90:3, 90:21, 94:11, 94:16, 96:6
**HALF** [1] - 66:23
**HAMMER** [112] - 1:6, 3:20, 6:24, 7:8, 7:15, 9:20, 10:22, 11:15, 11:24, 13:4, 14:22, 15:15, 17:6, 18:18, 21:16, 22:5, 22:20, 23:6, 24:13, 25:9, 26:7, 27:6, 28:1, 29:16, 31:7, 35:20, 36:25, 38:12, 38:23, 39:3, 39:11, 39:15, 39:23, 41:17, 42:13, 42:19, 42:21, 43:21, 47:13, 48:5, 48:16, 48:20, 49:2, 50:9, 50:11, 52:13, 55:21, 56:1, 56:25, 57:2, 57:8, 57:16, 59:8, 59:24, 61:7, 64:10, 65:17, 65:21, 66:4, 66:11, 66:13, 66:16, 66:24, 67:3, 67:6, 67:22, 68:23, 69:12, 69:17, 71:7, 71:24, 72:19, 72:23, 73:9, 73:15, 74:11, 74:22, 75:13, 76:9, 77:3, 77:13, 78:9, 85:1, 91:21, 92:5, 93:24, 98:1, 101:18, 102:7, 102:24, 103:3, 103:13, 104:3, 104:20, 104:25, 105:7, 106:3, 107:1, 107:23, 108:3,

108:15, 108:22, 109:8, 109:23, 110:19, 110:22, 113:20, 114:7, 115:8
**HAMMER'S** [21] - 6:15, 7:22, 9:1, 15:14, 17:17, 19:11, 22:9, 23:19, 24:16, 26:13, 27:1, 30:1, 30:4, 30:15, 35:5, 37:24, 40:23, 41:3, 41:4, 42:9, 106:18
**HAND** [1] - 97:16
**HANDED** [3] - 30:1, 73:25, 76:17
**HANDLE** [1] - 83:15
**HANDLES** [2] - 5:12, 82:4
**HANDS** [4] - 29:12, 65:19, 65:20, 72:19
**HANDWRITING** [4] - 44:24, 49:5, 57:9
**HAPPY** [1] - 89:10
**HARBOR** [1] - 92:8
**HARD** [4] - 27:14, 40:11, 48:8, 56:4
**HARRIS** [1] - 2:9
**HARRISBURG** [1] - 2:7
**HAUNTS** [1] - 63:22
**HAUTE** [18] - 52:14, 65:12, 70:1, 70:2, 70:4, 70:10, 70:15, 70:22, 70:25, 71:4, 71:8, 71:22, 75:14, 75:15, 86:25, 94:24, 98:22, 100:20
**HAUTE'S** [1] - 73:6
**HEAD** [1] - 84:16
**HEAL** [2] - 34:19, 43:16
**HEALED** [5] - 18:12, 34:11, 34:16, 34:17, 34:22
**HEALTH** [1] - 24:10
**HEALTHCARE** [1] - 103:25
**HEALTHY** [3] - 10:19, 28:2, 31:25
**HEAR** [3] - 3:22, 76:20, 114:23
**HEARD** [8] - 3:4, 56:23, 69:24, 78:6, 87:15, 91:21, 101:7, 113:14
**HEART** [24] - 8:21, 8:24, 8:25, 9:10, 10:8, 10:10, 10:19, 11:4, 11:17, 11:18, 13:8, 28:2, 28:11,

28:21, 29:4, 32:4, 60:14, 61:4, 101:8, 101:15, 103:21, 104:4
**HEAVENLY** [1] - 31:2
**HEIGHT** [4] - 26:13, 26:16, 26:22, 27:2
**HELD** [2] - 68:1, 75:23
**HELEN** [2] - 60:24, 63:13
**HELLO** [2] - 57:14, 57:15
**HELP** [9] - 25:4, 58:16, 59:4, 79:6, 79:11, 90:1, 91:9, 92:22, 111:1
**HELPED** [1] - 110:16
**HELPS** [1] - 40:18
**HEMORRHAGE** [1] - 15:10
**HEMORRHAGES** [2] - 14:2, 14:9
**HERR'S** [1] - 31:5
**HIGH** [5] - 27:21, 27:24, 29:1, 42:20, 54:1
**HIGHLIGHTED** [1] - 113:2
**HIGHLIGHTING** [2] - 42:19, 112:9
**HIMSELF** [1] - 96:4
**HIRED** [1] - 91:2
**HISTORICAL** [1] - 101:11
**HOLD** [1] - 107:17
**HOLDS** [1] - 9:8
**HOLIDAYS** [1] - 62:19
**HOLY** [2] - 71:23, 73:3
**HOME** [9] - 80:24, 81:12, 88:22, 88:24, 88:25, 89:1, 89:5, 93:9, 93:25
**HOMELESS** [1] - 56:5
**HOMES** [1] - 47:3
**HOMEWORK** [1] - 92:22
**HOMOSEXUAL** [1] - 109:25
**HONEY** [4] - 30:23, 32:17, 36:14
**HONOR** [38] - 3:2, 3:7, 3:18, 3:25, 6:8, 6:10, 29:23, 41:21, 42:4, 44:14, 44:19, 44:24, 45:10, 48:12, 49:8, 49:23, 50:1, 50:2, 50:21, 50:22, 51:2, 51:24, 52:19, 52:21, 83:21, 95:11, 95:16, 105:15, 105:18,

111:3, 111:11, 111:15, 112:6, 112:23, 113:6, 113:18, 115:6, 115:14
**HONORABLE** [1] - 1:10
**HOPE** [1] - 60:20
**HOPEFULLY** [2] - 3:13, 57:17
**HOPKINS** [2] - 4:13, 86:20
**HORIZON** [1] - 77:19
**HORRIBLE** [1] - 104:13
**HOSPITAL** [1] - 89:13
**HOSPITALIZATION** [1] - 25:7
**HOSPITALIZATIONS** [1] - 16:9
**HOSPITALIZED** [3] - 9:2, 9:20, 9:22
**HOSPITALS** [1] - 16:6
**HOSTED** [1] - 77:11
**HOUR** [13] - 45:23, 45:25, 46:12, 46:21, 47:1, 47:23, 49:18, 66:8, 66:9, 66:23, 78:7, 87:16
**HOURS** [2] - 29:15, 51:20
**HOUSE** [2] - 75:5, 98:9
**HOUSED** [3] - 70:17, 75:13, 75:16
**HOUSING** [2] - 37:16, 91:9
**HUMAN** [6] - 60:25, 101:8, 103:17, 104:13, 104:22, 110:9
**HUMPHREY** [1] - 2:9
**HUNDRED** [1] - 80:10
**HUNDREDS** [1] - 63:11
**HUNGER** [2] - 36:20, 37:1
**HUNGRY** [2] - 56:4, 104:8
**HYDE** [15] - 3:2, 3:21, 3:25, 4:1, 4:4, 4:7, 4:9, 6:9, 6:14, 26:2, 30:1, 37:12, 38:9, 51:6, 117:5
**HYPERLIPIDEMIA** [2] - 10:23, 10:25
**HYPOGLYCEMIC** [1] - 36:10

# I

**ICE** [1] - 32:2
**IDEA** [3] - 31:10, 31:18, 79:5
**IDENTIFICATION** [17] - 46:17, 49:1, 57:5, 59:23, 61:12, 67:12, 72:15, 74:1, 82:7, 84:23, 92:13, 93:4, 94:9, 94:20, 96:21, 97:9, 99:25
**IDENTIFIED** [1] - 52:18
**IDENTIFY** [3] - 4:17, 5:10, 8:1
**IGNORANT** [1] - 104:9
**II** [5] - 11:25, 12:8, 12:11, 12:20, 71:15
**ILL** [2] - 28:10, 28:12
**ILL-ADVISED** [2] - 28:10, 28:12
**ILLEGALLY** [1] - 91:2
**IMMIGRANT** [1] - 88:2
**IMMIGRANTS** [1] - 87:22
**IMPACT** [3] - 17:17, 18:7, 48:7
**IMPAIRED** [2] - 24:6, 34:5
**IMPARTED** [1] - 114:7
**IMPEDIMENT** [1] - 19:9
**IMPORTANT** [1] - 8:10
**IMPOSE** [1] - 24:3
**IMPOSED** [2] - 99:13, 101:21
**IMPOSSIBLE** [1] - 98:6
**IMPRISONMENT** [1] - 104:19
**IMPROVE** [2] - 22:7, 42:23
**IMPROVED** [4] - 11:9, 12:18, 14:25, 15:2
**IN-PERSON** [3] - 7:8, 7:16, 23:16
**INABILITY** [1] - 78:23
**INAPPROPRIATE** [1] - 111:20
**INCAPACITATED** [1] - 103:19
**INCARCERATED** [1] - 58:11
**INCARCERATION** [1] - 7:24
**INCENTIVE** [1] - 48:10
**INCIDENTALLY** [1] - 87:10
**INCLUDE** [4] - 23:24,

107:13, 107:16, 107:19
**INCLUDED** [1] - 98:15
**INCLUDING** [1] - 24:5
**INCLUSIVE** [1] - 86:15
**INDEED** [1] - 47:24
**INDEPENDENT** [1] - 54:11
**INDEX** [5] - 26:18, 26:21, 27:2, 27:20, 117:1
**INDIANA** [4] - 16:6, 86:25, 94:24, 100:19
**INDIANAPOLIS** [4] - 73:13, 90:6, 91:13, 96:17
**INDICATE** [2] - 23:6, 34:16
**INDICATED** [2] - 36:9, 53:15
**INDICATES** [5] - 10:22, 11:8, 11:24, 12:17, 22:20
**INDICATION** [1] - 13:2
**INDICATIONS** [1] - 21:15
**INDIES** [1] - 80:9
**INDIVIDUAL** [2] - 15:3, 55:21
**INDIVIDUAL'S** [1] - 5:21
**INDIVIDUALLY** [1] - 111:12
**INDIVIDUALS** [2] - 41:7, 85:6
**INDUCTION** [1] - 98:21
**INDULGENCE** [5] - 6:18, 23:13, 25:15, 49:22, 83:20
**INFARCT** [1] - 9:15
**INFECTED** [1] - 43:16
**INFECTION** [1] - 19:8
**INFECTIONS** [1] - 19:5
**INFLAMMATION** [1] - 23:3
**INFLUENCE** [1] - 104:15
**INFLUENCING** [1] - 34:6
**INFORMATION** [6] - 19:11, 58:21, 61:22, 99:9, 111:17, 114:8
**INITIAL** [3] - 6:24, 69:10, 69:17
**INITIATED** [1] - 67:20
**INMATE** [2] - 8:11, 30:4
**INMATES** [1] - 41:18

**INNUMERABLE** [1] - 37:20
**INSCRIBE** [1] - 77:13
**INSERTED** [1] - 9:18
**INSIDE** [4] - 47:2, 47:25, 48:3, 65:10
**INSISTENCE** [1] - 60:24
**INSPIRING** [1] - 84:21
**INSTANCE** [3] - 101:4, 113:15
**INSTANCES** [1] - 99:10
**INSTILL** [1] - 108:3
**INSTITUTE** [2] - 4:11, 53:17
**INSTITUTION** [1] - 20:1
**INSTRUCTION** [3] - 107:1, 107:4, 107:8
**INSTRUMENTS** [1] - 85:20
**INSUFFICIENT** [1] - 14:8
**INSULIN** [14] - 12:7, 12:12, 12:14, 12:15, 36:20, 36:25, 38:15, 38:21, 38:24, 39:3, 39:8, 39:11, 42:9
**INTAKES** [1] - 39:19
**INTENDED** [1] - 69:7
**INTENSE** [1] - 33:14
**INTERACT** [1] - 16:23
**INTERACTIONS** [1] - 103:3
**INTEREST** [3] - 58:1, 63:1, 97:23
**INTERESTED** [2] - 84:17, 98:16
**INTERESTING** [1] - 40:10
**INTERMITTENT** [1] - 34:18
**INTERMITTENTLY** [2] - 15:19, 35:21
**INTERNAL** [1] - 5:17
**INTERNET** [1] - 58:22
**INTERVALS** [2] - 7:24, 18:3
**INTERVENTION** [1] - 11:20
**INTERVERTEBRAL** [2] - 20:13, 20:15
**INTERVIEWS** [1] - 58:3
**INTRODUCED** [1] - 65:21
**INVASIVE** [1] - 9:9
**INVITE** [1] - 60:19
**INVITED** [2] - 64:15,

77:18
**INVOLVE** [1] - 10:16
**INVOLVED** [3] - 7:21, 69:22, 103:13
**INVOLVEMENT** [2] - 96:5, 104:5
**INVOLVES** [2] - 5:11, 51:19
**INVOLVING** [2] - 94:17, 103:8
**IRREVERSIBLE** [1] - 23:23
**ISLAND** [7] - 49:17, 50:5, 50:6, 88:9, 88:19, 91:1, 91:4
**ISSUE** [1] - 21:3
**ISSUED** [3] - 7:7, 7:23, 43:7
**ISSUES** [10] - 15:4, 16:13, 16:15, 17:11, 17:15, 20:25, 21:16, 36:5, 41:15
**ITEM** [7] - 30:19, 30:23, 46:16, 48:25, 92:13, 92:15, 93:3
**ITEMS** [4] - 42:19, 49:2, 85:5, 110:23
**ITSELF** [3] - 14:9, 37:17, 47:21

# J

**JACINTA** [1] - 97:2
**JALAPENO** [3] - 31:5, 31:6, 32:14
**JAMAICA** [4] - 80:9, 80:24, 84:4, 85:6
**JAMAICAN** [1] - 85:22
**JAMES** [2] - 2:12, 2:12
**JANE** [4] - 103:9, 103:10, 103:14, 103:16
**JANUARY** [6] - 37:4, 57:19, 68:10, 68:11, 70:5, 100:5
**JEAN** [1] - 89:21
**JEFF** [1] - 73:7
**JERSEY** [1] - 97:1
**JESUS** [1] - 101:12
**JOB** [3] - 82:24, 83:13, 88:1
**JOBS** [1] - 91:5
**JOEL** [1] - 1:10
**JOHN** [9] - 1:15, 62:12, 71:15, 80:24, 81:3, 82:9, 83:6, 83:17, 84:20
**JOHNS** [2] - 4:13, 86:19
**JOIN** [1] - 107:12

**JOSEPH** [4] - 49:16, 88:16, 96:25, 100:1
**JOSEPH'S** [1] - 97:10
**JOYS** [1] - 101:9
**JR** [1] - 1:15
**JUAN** [1] - 73:4
**JUBILEE** [1] - 71:17
**JUDGE** [5] - 3:13, 60:25, 76:12, 104:18, 109:4
**JULY** [2] - 94:23, 106:8
**JUMPSUIT** [1] - 65:18
**JUNE** [14] - 30:2, 37:4, 38:1, 38:4, 42:10, 44:10, 78:17, 78:19, 78:20, 100:5, 100:8, 100:15, 110:17
**JUNK** [2] - 28:8, 32:15
**JUSTICE** [2] - 2:2, 50:16

# K

**KAREN** [1] - 86:19
**KAY** [1] - 93:24
**KEEP** [7] - 19:15, 40:12, 64:3, 81:25, 86:9, 111:4, 111:5
**KEEPING** [4] - 10:16, 10:17, 10:18, 37:24
**KENYA** [3] - 89:20, 89:23, 89:25
**KIDNEY** [1] - 29:4
**KIDNEYS** [1] - 11:5
**KIDS** [1] - 81:19
**KILLER** [1] - 56:17
**KIND** [8] - 57:11, 60:9, 61:18, 71:23, 80:15, 98:17, 101:13, 106:20
**KINDEST** [1] - 72:4
**KINGSTON** [5] - 80:9, 81:1, 84:20, 85:16
**KNOWLEDGE** [4] - 86:10, 87:5, 94:18, 111:16
**KNOWN** [6] - 9:14, 47:23, 80:12, 84:14, 85:21, 90:7
**KNOWS** [4] - 29:16, 90:5, 101:14, 111:19

# L

**LABORERS'** [1] - 90:24
**LACK** [9] - 8:24, 10:7, 14:13, 16:17, 17:22, 19:19, 79:21, 81:9,

86:8
**LADEN** [2] - 31:19
**LANGUAGE** [1] - 108:7
**LARGELY** [3] - 34:10, 34:15, 34:17
**LASER** [1] - 15:8
**LAST** [20] - 3:4, 30:3, 38:5, 38:7, 38:10, 44:10, 46:10, 47:7, 53:6, 57:24, 66:7, 76:17, 77:11, 89:11, 89:25, 93:13, 93:25, 100:22, 102:2, 112:15
**LATE** [3] - 69:10, 69:18, 81:14
**LATENT** [1] - 101:2
**LATTER** [1] - 29:19
**LAW** [1] - 81:19
**LAY** [2] - 56:10, 98:15
**LAZY** [1] - 83:5
**LEAD** [3] - 11:18, 29:3, 104:4
**LEADERSHIP** [2] - 71:19, 84:14
**LEADING** [1] - 14:4
**LEAF** [2] - 75:5
**LEARN** [3] - 71:8, 102:7, 105:9
**LEARNED** [4] - 75:3, 75:7, 102:10, 107:24
**LEARNING** [2] - 69:9, 87:23
**LEAST** [4] - 24:1, 38:20, 61:3, 110:13
**LECTURES** [1] - 55:16
**LEFT** [1] - 9:14
**LEG** [1] - 21:10
**LEGAL** [3] - 63:14, 105:10, 105:11
**LEGS** [1] - 17:13
**LEN** [1] - 63:3
**LENGTH** [1] - 22:3
**LESS** [3] - 9:8, 12:7, 80:21
**LESSON** [1] - 105:12
**LETTER** [25] - 57:1, 57:6, 57:7, 59:9, 59:18, 59:19, 59:24, 60:8, 60:10, 60:12, 61:6, 61:15, 61:18, 61:22, 64:3, 68:16, 68:19, 68:22, 84:24, 85:1, 93:23, 97:1, 97:13, 97:21, 99:25
**LETTERS** [8] - 64:9, 68:6, 75:4, 85:5, 85:8, 101:4, 114:19, 115:1

**LEVEL** [3] - 24:16, 24:17, 24:20
**LEVELS** [1] - 29:2
**LEWISBURG** [2] - 75:16, 75:17
**LIAISON** [1] - 99:10
**LICENSED** [2] - 5:4, 47:10
**LICENSES** [1] - 5:6
**LIEBER** [1] - 4:11
**LIFE** [24] - 12:21, 39:16, 39:18, 56:15, 58:20, 59:4, 59:10, 61:2, 63:10, 63:20, 63:21, 68:1, 72:4, 76:21, 76:24, 79:4, 89:21, 99:22, 100:22, 104:18, 104:21, 104:22, 107:14, 107:20
**LIFE-STYLE** [1] - 39:18
**LIGAMENTS** [2] - 20:20, 21:8
**LIGHT** [3] - 14:17, 17:1, 114:2
**LIKELY** [5] - 11:21, 42:24, 43:3, 57:22
**LIMITATIONS** [1] - 24:4
**LIMITED** [4] - 33:18, 33:23, 60:4, 75:16
**LIMITS** [1] - 22:17
**LINE** [2] - 114:4
**LIST** [11] - 6:25, 8:8, 14:24, 24:15, 30:19, 36:23, 42:18, 44:7, 77:14, 85:24, 87:8
**LISTED** [1] - 20:5
**LISTS** [6] - 8:10, 8:14, 14:21, 20:12, 80:13, 99:12
**LIVE** [2] - 90:25, 107:14
**LIVED** [3] - 67:22, 91:7, 92:11
**LIVES** [3] - 99:3, 101:16, 108:10
**LIVESTOCK** [2] - 83:14, 83:15
**LIVING** [2] - 25:5, 107:20
**LOCAL** [1] - 58:10
**LOCALLY** [1] - 60:3
**LOCATED** [5] - 49:19, 49:20, 76:3, 86:25, 90:6
**LOCATING** [1] - 62:25
**LOCATION** [1] - 70:15
**LOGS** [1] - 37:16

**LONGEST** [1] - 17:4
**LOOK** [14] - 9:13, 27:5, 27:25, 32:9, 37:2, 37:18, 40:3, 71:23, 82:8, 95:7, 95:18, 95:23, 112:8, 114:4
**LOOKED** [4] - 28:15, 28:18, 37:20, 82:1
**LOOKING** [3] - 64:6, 82:12, 95:1
**LOSE** [3] - 13:23, 14:15, 115:8
**LOSING** [1] - 17:24
**LOSS** [4] - 14:4, 105:1, 105:2, 105:7
**LOST** [1] - 67:24
**LOVE** [2] - 27:13, 101:9
**LOVED** [1] - 67:24
**LOVING** [1] - 101:14
**LOWER** [12] - 17:21, 20:16, 20:17, 20:21, 21:8, 21:12, 21:19, 22:1, 22:12, 34:5, 34:7, 41:11
**LUMBAR** [2] - 20:12, 20:14
**LUMBOSACRAL** [2] - 20:12, 20:14
**LUNCHEON** [1] - 52:5
**LYING** [3] - 33:17, 108:20, 109:2
**LYNN** [2] - 109:8, 109:12

## M

**M.D** [1] - 4:25
**MA'AM** [2] - 30:6, 30:14
**MACULA** [2] - 14:2, 14:9
**MACULAR** [7] - 13:12, 14:6, 14:7, 14:14, 14:21, 16:11, 17:16
**MAIL** [4] - 61:23, 64:4, 75:1, 75:2
**MAILED** [1] - 61:6
**MAILING** [1] - 99:12
**MAILS** [4] - 95:19, 95:24, 96:8
**MAIN** [1] - 59:2
**MAINTAIN** [2] - 10:14, 74:21
**MAINTAINED** [1] - 76:5
**MAJOR** [2] - 8:23, 24:3
**MAKER** [1] - 9:15

**MAN** [5] - 26:13, 27:1, 63:14, 73:6, 109:25
**MANAGE** [1] - 80:2
**MANDEVILLE** [3] - 81:3, 83:9, 84:20
**MANIPULATIONS** [1] - 12:16
**MARCH** [3] - 36:19, 36:24, 57:25
**MARGINS** [1] - 104:11
**MARIO** [1] - 56:9
**MARKED** [31] - 4:15, 6:21, 7:12, 7:25, 24:9, 29:20, 36:21, 37:9, 46:16, 48:25, 57:5, 59:23, 61:12, 67:12, 72:14, 73:25, 75:7, 82:6, 84:23, 85:4, 92:12, 93:3, 93:19, 94:9, 94:19, 96:13, 96:21, 97:9, 97:16, 99:24, 111:8
**MARKET** [2] - 1:20, 79:10
**MARTI** [5] - 58:24, 58:25, 59:1, 69:4, 77:5
**MARTI'S** [3] - 77:14, 77:23, 78:5
**MARY** [4] - 86:5, 97:14, 97:24, 98:10
**MARYLAND** [3] - 4:12, 5:6, 6:5
**MASS** [6] - 26:18, 26:21, 27:2, 27:20, 54:23, 73:10
**MASSENGILL** [6] - 109:9, 109:12, 109:15, 110:21, 110:22, 110:23
**MASSIVE** [2] - 89:5, 89:9
**MASTERS** [1] - 54:6
**MATERIAL** [3] - 60:18, 66:21, 75:7
**MATERIALS** [1] - 85:15
**MATTER** [3] - 115:3, 115:4, 116:4
**MAXIMUM** [3] - 40:8, 40:22, 40:24
**MCHUGH** [1] - 2:12
**MCVEIGH** [11] - 78:16, 78:22, 78:24, 109:16, 110:1, 110:4, 110:6, 110:10, 110:22, 110:24, 112:10
**MEALS** [2] - 28:7, 37:24

**MEAN** [6] - 10:10, 16:19, 20:13, 24:22, 38:19, 56:23
**MEANING** [5] - 12:13, 12:24, 24:25, 103:5, 104:19
**MEANS** [9] - 10:2, 10:3, 11:1, 11:10, 16:20, 20:15, 24:20, 24:24, 38:20
**MEANT** [1] - 61:25
**MEDIA** [3] - 54:24, 58:1, 89:10
**MEDICAL** [21] - 4:22, 5:21, 6:15, 6:17, 7:20, 7:22, 8:6, 23:18, 24:11, 28:24, 29:12, 34:16, 36:5, 36:12, 37:20, 41:14, 41:15, 86:18, 87:11, 89:20
**MEDICALLY** [1] - 25:1
**MEDICATION** [14] - 12:14, 15:17, 15:22, 15:25, 23:7, 23:9, 35:22, 35:23, 36:2, 36:7, 37:1, 40:10, 41:12, 44:7
**MEDICATIONS** [3] - 39:20, 41:5, 41:8
**MEDICINE** [7] - 4:13, 5:17, 6:9, 36:10, 36:14, 36:15, 40:15
**MEDICINES** [2] - 36:16, 37:25
**MEET** [3] - 29:14, 77:16, 89:16
**MEETING** [4] - 65:24, 69:10, 69:17, 86:15
**MEGA** [2] - 30:23, 32:17
**MEGAS** [1] - 32:17
**MELLIN** [2] - 106:11
**MELLITUS** [1] - 11:25
**MEMBER** [2] - 89:21, 99:18
**MEMBERS** [1] - 104:2
**MEMORIES** [1] - 63:17
**MEMORY** [4] - 87:14, 101:11, 109:19, 111:24
**MEN** [4] - 56:10, 63:12, 69:25, 73:1
**MENTALLY** [1] - 89:5
**MENTION** [4] - 20:24, 97:21, 109:8, 109:14
**MENTIONED** [6] - 35:20, 39:23, 77:10, 93:15, 96:18, 109:11
**MERCY** [22] - 53:17,

53:21, 54:9, 59:15, 77:16, 80:11, 81:6, 86:17, 87:11, 87:16, 87:20, 88:16, 88:22, 88:24, 88:25, 89:1, 89:3, 92:18, 92:19, 93:9, 93:25, 97:15

**MESSAGE** [3] - 56:22, 63:19, 92:4

**MET** [7] - 7:14, 29:9, 30:8, 30:17, 71:18, 84:13, 106:3

**METAL** [1] - 9:8

**MEXICAN** [1] - 87:22

**MIC** [2] - 95:20, 112:5

**MICHIGAN** [5] - 54:5, 54:18, 54:21, 55:9, 55:13

**MIDDLE** [4] - 1:2, 1:16, 2:6, 72:12

**MIGHT** [2] - 15:15, 107:19

**MIGRANT** [1] - 91:1

**MIKE** [1] - 59:1

**MILD** [1] - 33:15

**MILES** [1] - 58:11

**MILLIGRAMS** [4] - 40:5, 40:12, 40:22, 40:23

**MIND** [3] - 30:12, 76:20, 80:6

**MINE** [2] - 58:19, 103:16

**MINIMIZE** [1] - 41:10

**MINISTRY** [1] - 103:21

**MINUTE** [4] - 41:25, 95:9, 95:12, 112:13

**MINUTES** [6] - 3:5, 83:23, 83:24, 92:16, 115:8

**MIRACLE** [3] - 91:11, 91:12, 96:16

**MISHEARD** [1] - 45:2

**MISSING** [2] - 89:9, 93:13

**MISSION** [3] - 86:18, 87:11, 98:16

**MISTAKE** [1] - 74:4

**MISUNDERSTOOD** [1] - 67:9

**MIX** [1] - 31:3

**MIXED** [1] - 62:4

**MOBILITY** [4] - 17:17, 18:7, 22:10, 43:5

**MODALITIES** [1] - 16:24

**MODEL** [1] - 108:13

**MODERATELY** [2] - 18:5, 24:6

**MOMENT** [4] - 48:11,

49:7, 89:17, 105:14

**MOMENT'S** [1] - 25:2

**MOMENTARILY** [1] - 3:22

**MONDAY** [4] - 1:8, 61:20, 62:17, 98:5

**MONEY** [21] - 47:7, 47:12, 47:16, 47:22, 79:10, 79:23, 80:13, 81:20, 82:4, 82:18, 82:20, 85:11, 85:14, 87:7, 88:17, 88:20, 90:1, 91:21, 97:21, 108:17, 109:6

**MONITORED** [1] - 75:10

**MONITORING** [1] - 54:13

**MONTAUK** [1] - 91:3

**MONTHLY** [1] - 25:4

**MONTHS** [6] - 34:19, 42:9, 75:23, 103:24

**MORBIDLY** [2] - 26:24, 27:22

**MORENO** [4] - 2:12, 3:7, 83:23, 115:20

**MORNING** [16] - 3:14, 4:7, 4:8, 26:2, 26:3, 34:1, 45:20, 45:21, 51:8, 52:8, 52:14, 52:17, 64:4, 69:25, 78:6, 115:12

**MOST** [12] - 14:12, 39:16, 42:24, 63:10, 63:24, 78:5, 79:25, 81:17, 87:21, 87:22, 89:17, 99:7

**MOSTLY** [1] - 39:18

**MOTHER** [1] - 98:9

**MOTHERS** [1] - 47:12

**MOTIVATING** [1] - 48:10

**MOTIVATION** [1] - 48:2

**MOTOR** [2] - 18:6, 24:4

**MOUNTAIN** [1] - 81:3

**MOVE** [6] - 39:2, 44:14, 44:18, 52:7, 52:15, 52:19

**MOVED** [1] - 70:24

**MOVIES** [1] - 66:19

**MOVING** [1] - 78:3

**MOZZARELLA** [1] - 32:16

**MRI** [1] - 20:18

**MULTI** [1] - 92:17

**MULTIPLE** [4] - 16:8, 19:17, 28:24, 77:2

**MURDER** [6] - 67:20,

67:25, 68:3, 68:17, 77:12, 77:16

**MURDERED** [1] - 56:17

**MUSCLE** [1] - 8:25

**MUSCLES** [1] - 22:11

**MUSCULAR** [1] - 5:13

**MUSICAL** [1] - 85:19

**MUSICIANS** [1] - 85:23

**MUSKETEERS** [3] - 31:24, 32:21

**MUST** [3] - 62:11, 64:3, 66:15

## N

**N.W** [1] - 2:4

**NAILED** [1] - 13:10

**NAKED** [1] - 104:9

**NAME** [17] - 4:3, 45:15, 45:16, 53:6, 57:14, 57:15, 58:24, 77:14, 77:18, 77:21, 77:23, 78:5, 103:9, 109:8, 109:11, 109:12, 109:14

**NAMED** [1] - 55:21

**NAMES** [2] - 77:14, 78:1

**NARROW** [1] - 13:20

**NARROWED** [1] - 10:4

**NATION** [1] - 105:3

**NATIONAL** [1] - 71:21

**NAVIGATE** [1] - 14:16

**NECESSARY** [2] - 19:14, 99:13

**NEED** [7] - 10:13, 11:19, 12:14, 62:2, 104:11, 107:5, 114:3

**NEEDED** [4] - 47:15, 47:20, 91:9, 102:18

**NEEDING** [1] - 35:17

**NEEDS** [7] - 29:17, 76:19, 88:21, 89:2, 89:16, 92:1

**NEEDY** [1] - 80:2

**NEGATIVE** [1] - 48:6

**NEIGHBORHOOD** [1] - 103:18

**NEOVASCULARIZAT ION** [1] - 13:25

**NERVE** [7] - 14:3, 14:7, 17:2, 22:21, 22:24, 23:2, 23:4

**NERVES** [9] - 16:21, 16:25, 17:3, 17:4, 17:8, 19:20, 21:6, 21:9

**NEURALGIA** [2] -

22:21, 22:24

**NEURITIS** [2] - 22:21, 22:24

**NEUROANATOMY** [1] - 5:3

**NEUROLOGICAL** [1] - 7:16

**NEUROLOGIST** [2] - 5:9, 5:11

**NEUROLOGY** [2] - 5:12, 6:9

**NEUROPATHIC** [1] - 44:3

**NEUROPATHY** [24] - 16:3, 16:16, 16:19, 16:20, 17:16, 18:2, 18:6, 19:18, 19:24, 20:4, 21:19, 23:1, 23:24, 29:5, 33:5, 33:11, 33:22, 34:3, 40:18, 40:19, 41:3, 41:9, 103:20

**NEUROSCIENCE** [1] - 5:3

**NEVER** [15] - 27:15, 31:15, 59:15, 59:16, 73:8, 97:18, 104:20, 111:18, 112:21, 113:7, 113:9, 113:11, 115:3, 115:5

**NEW** [13] - 13:21, 13:25, 49:20, 49:21, 50:7, 53:14, 56:7, 70:25, 75:15, 77:20, 84:16, 97:1, 101:6

**NEWS** [2] - 56:21, 58:2

**NEXT** [9] - 18:11, 39:2, 51:4, 53:1, 54:2, 69:19, 70:2, 72:23, 72:25

**NIGHT** [3] - 81:14, 89:11, 93:14

**NOBODY** [1] - 31:10

**NONCATHOLIC** [1] - 73:2

**NONCOMPLIANCE** [3] - 36:6, 41:4, 44:7

**NONCOMPLIANT** [1] - 15:20

**NONCONTACT** [2] - 64:1, 65:11

**NONE** [1] - 115:2

**NONLEGAL** [1] - 56:15

**NONPROLIFERATIV E** [1] - 15:1

**NORMAL** [3] - 11:11, 26:24, 99:13

**NORTH** [1] - 6:4

**NOTE** [8] - 9:2, 9:5, 9:19, 13:2, 17:7, 18:17, 18:23, 94:4

**NOTED** [1] - 17:10

**NOTES** [4] - 35:3, 35:7, 35:17, 40:3

**NOTHING** [4] - 41:20, 44:19, 79:5, 111:20

**NOTICE** [1] - 25:2

**NOTICED** [1] - 35:5

**NOTICES** [1] - 59:13

**NOTICING** [1] - 35:17

**NOVEMBER** [4] - 72:6, 72:10, 72:13, 100:6

**NUMBER** [13] - 1:3, 6:15, 6:22, 8:12, 18:25, 24:19, 29:22, 30:4, 44:8, 58:15, 62:10, 62:14, 62:15

**NUMBERS** [3] - 81:25, 82:8, 110:18

**NUMBNESS** [1] - 21:11

**NUMEROUS** [1] - 58:13

**NUN** [1] - 49:11

**NUNS** [1] - 71:21

**NURSERY** [1] - 47:11

**NURSES** [1] - 35:1

**NURSING** [1] - 25:6

## O

**O'CLOCK** [4] - 51:5, 51:9, 77:17, 101:24

**OATH** [1] - 94:24

**OBESE** [4] - 26:24, 27:23, 27:24

**OBESITY** [1] - 12:10

**OBJECT** [1] - 113:6

**OBJECTION** [5] - 6:10, 52:20, 112:14, 113:14, 114:10

**OBJECTS** [1] - 112:10

**OBSERVED** [2] - 76:9, 76:13

**OBTAIN** [2] - 4:24, 58:16

**OBTAINED** [1] - 58:21

**OCCASION** [3] - 36:13, 101:18, 102:14

**OCCASIONALLY** [1] - 74:23

**OCCASIONS** [2] - 38:24, 39:3

**OCCLUDED** [1] - 10:4

**OCCLUSIONS** [1] - 13:18

**OCCUR** [3] - 25:1, 72:13, 100:18
**OCCURRED** [2] - 57:24, 73:12
**OCTOBER** [3] - 72:2, 73:21, 106:5
**OFFENDERS** [1] - 47:24
**OFFER** [1] - 6:8
**OFFERED** [2] - 19:25, 63:4
**OFFICE** [1] - 1:15
**OFFICER** [1] - 4:10
**OFFICIAL** [2] - 1:19, 116:8
**OFFICIALLY** [1] - 55:15
**OFTEN** [3] - 19:8, 98:19, 99:5
**OFTENTIMES** [2] - 9:15, 19:4
**OKLAHOMA** [2] - 56:21, 58:19
**OLD** [4] - 70:21, 71:7, 75:14, 89:8
**ONCE** [8] - 12:20, 15:3, 29:10, 63:17, 79:20, 83:13, 86:13, 86:22
**ONE** [61] - 6:7, 7:19, 8:14, 12:4, 15:15, 23:12, 24:11, 30:25, 32:18, 38:3, 38:4, 44:12, 49:2, 51:7, 51:25, 55:18, 56:13, 61:15, 63:15, 63:24, 66:18, 72:5, 72:20, 73:2, 75:3, 77:13, 77:18, 80:5, 80:6, 80:12, 80:25, 81:8, 81:13, 84:15, 86:15, 86:23, 89:7, 90:4, 90:5, 90:15, 92:1, 92:11, 96:8, 97:2, 97:5, 98:4, 99:14, 99:18, 100:6, 100:24, 101:4, 103:19, 107:8, 108:2, 108:8, 108:9, 110:13, 111:9, 111:13, 113:14
**ONES** [1] - 67:24
**ONGOING** [4] - 12:22, 12:23, 100:12, 102:4
**ONSET** [4] - 11:25, 12:5, 12:8, 16:13
**ONSITE** [1] - 98:8
**OPEN** [1] - 9:8
**OPENED** [1] - 75:2
**OPENS** [1] - 3:1

**OPERATING** [4] - 4:10, 88:7, 88:8, 89:18
**OPERATION** [2] - 88:4, 92:18
**OPHTHALMOLOGICAL** [1] - 16:10
**OPINION** [2] - 104:6, 113:20
**OPPORTUNITIES** [1] - 88:1
**OPPORTUNITY** [3] - 95:18, 95:23, 115:9
**OPPOSE** [1] - 56:24
**OPPOSED** [1] - 56:3
**OPPOSING** [1] - 110:13
**OPPOSITE** [1] - 65:16
**OPPOSITION** [1] - 56:12
**ORANGE** [4] - 32:3, 32:6, 32:7, 65:18
**ORDER** [11] - 10:14, 16:23, 19:14, 38:3, 49:15, 51:18, 53:15, 53:23, 54:10, 64:3, 99:14
**ORDINARILY** [1] - 74:20
**ORGANIZATION** [17] - 45:23, 46:1, 46:4, 46:25, 48:7, 71:21, 77:20, 80:12, 85:24, 88:6, 92:24, 93:6, 93:12, 93:25, 94:2, 97:11, 97:19
**ORGANIZATIONS** [4] - 60:1, 62:24, 80:2, 80:6
**ORIGINALLY** [1] - 40:16
**ORPHANAGE** [2] - 89:1, 93:10
**OUGHT** [1] - 56:11
**OURSELVES** [1] - 65:22
**OUTGROWS** [1] - 58:8
**OUTREACH** [1] - 99:2
**OUTRIGHT** [1] - 109:20
**OUTSIDE** [5] - 16:5, 47:3, 65:8, 73:19, 75:24
**OUTWEIGHS** [1] - 63:21
**OVER-THE-COUNTER** [1] - 23:8
**OVERRULE** [1] - 113:13

**OVERSIGHT** [1] - 54:12
**OVERWEIGHT** [1] - 27:6
**OWN** [5] - 98:15, 99:3, 99:22, 101:10, 102:18

## P

**P.M** [2] - 62:18, 115:22
**PAGE** [16] - 7:3, 7:4, 8:7, 30:5, 30:11, 30:12, 38:4, 38:5, 38:7, 38:8, 38:10, 67:13, 68:9, 68:16, 68:22
**PAGES** [2] - 74:2, 74:4
**PAIN** [25] - 10:7, 17:1, 19:7, 19:20, 21:10, 21:11, 22:13, 22:21, 22:24, 22:25, 23:1, 23:4, 23:10, 23:11, 33:14, 33:21, 33:24, 34:8, 40:19, 40:25, 41:2, 44:3, 59:2, 59:4
**PAINFUL** [4] - 19:4, 19:17, 20:2, 40:17
**PAINS** [1] - 9:20
**PAM** [1] - 59:1
**PAMPHLET** [2] - 46:18, 46:20
**PANCREAS** [2] - 12:6
**PAPER** [2] - 111:23, 114:15
**PARAGRAPH** [1] - 68:11
**PARENTHESES** [2] - 68:14, 68:20
**PARENTS** [4] - 58:25, 87:23, 88:2, 96:11
**PARISH** [1] - 90:21
**PAROLE** [1] - 88:19
**PART** [22] - 16:21, 20:9, 53:13, 56:2, 68:13, 68:20, 69:21, 71:16, 73:15, 73:22, 76:10, 79:25, 81:1, 92:6, 93:8, 93:15, 94:5, 101:22, 102:19, 107:10, 108:18, 113:2
**PARTICIPATE** [1] - 19:13
**PARTICULAR** [7] - 9:18, 21:1, 22:15, 23:5, 79:22, 99:18, 110:10
**PARTICULARLY** [5] -

13:15, 14:11, 16:2, 22:13, 29:19
**PARTNERS** [1] - 98:18
**PARTS** [2] - 10:8, 15:12
**PARTY** [1] - 57:22
**PASS** [1] - 31:14
**PASSED** [2] - 61:23, 64:21
**PAST** [4] - 6:6, 108:15, 109:6, 109:7
**PATAKI** [1] - 56:6
**PATIENTS** [1] - 33:10
**PATRICIA** [1] - 58:25
**PAUL** [11] - 1:6, 55:21, 56:1, 57:16, 59:8, 65:21, 71:15, 73:7, 73:9, 101:5, 101:6
**PAUSE** [8] - 3:24, 6:19, 23:14, 25:16, 49:9, 49:24, 52:11, 105:16
**PAYCHECKS** [1] - 91:6
**PEACEFUL** [1] - 56:3
**PEANUT** [1] - 31:23
**PENALTY** [7] - 56:8, 56:13, 56:24, 60:20, 110:7, 110:8, 110:13
**PENITENTIARY** [8] - 65:13, 69:18, 70:21, 70:25, 75:14, 75:15, 75:17, 75:24
**PENNSYLVANIA** [8] - 1:2, 1:16, 2:6, 2:13, 4:22, 6:6, 58:10, 60:2
**PEOPLE** [33] - 10:20, 12:11, 12:20, 14:14, 19:1, 19:9, 19:24, 24:24, 26:24, 32:4, 33:22, 40:11, 56:23, 59:2, 60:19, 63:9, 67:24, 77:14, 78:2, 81:11, 82:24, 87:3, 90:7, 91:3, 96:5, 98:16, 99:5, 104:10, 107:20, 108:5, 108:16, 109:2, 109:6
**PEOPLE'S** [1] - 108:10
**PEPPERMINT** [1] - 32:20
**PEPPERS** [1] - 31:7
**PEPSI** [3] - 31:9, 31:16, 31:17
**PERFECT** [1] - 75:4
**PERHAPS** [2] - 11:20
**PERIOD** [13] - 32:24,

37:5, 39:11, 46:13, 55:5, 70:7, 71:7, 75:22, 76:8, 76:16, 88:10, 100:10, 101:22
**PERIODIC** [1] - 25:7
**PERIODS** [2] - 34:7, 75:16
**PERIPHERAL** [3] - 14:16, 16:21, 16:25
**PERMANENT** [1] - 24:1
**PERMANENTLY** [1] - 15:13
**PERSON** [10] - 7:8, 7:16, 23:16, 47:25, 63:1, 73:7, 84:6, 97:20, 104:23, 106:19
**PERSON'S** [1] - 99:21
**PERSONAL** [5] - 74:21, 76:16, 78:23, 87:5
**PERSONALLY** [2] - 28:19, 84:4
**PERSONNEL** [4] - 8:6, 25:3, 28:24, 41:14
**PERSPECTIVE** [1] - 36:12
**PERSUADE** [1] - 78:24
**PETERS** [1] - 63:3
**PH.D** [2] - 4:25, 5:1
**PHILADELPHIA** [4] - 1:9, 1:21, 2:14, 4:23
**PHONE** [5] - 58:15, 62:10, 62:14, 65:8, 75:9
**PHOTOGRAPH** [3] - 72:16, 72:18, 73:13
**PHYSICAL** [1] - 24:6
**PHYSICALLY** [2] - 49:19, 69:19
**PHYSICIAN** [2] - 5:15, 34:24
**PHYSICIANS** [2] - 5:20, 22:6
**PICK** [1] - 30:7
**PICTURE** [1] - 63:23
**PICTURES** [1] - 48:19
**PIECE** [2] - 9:7, 111:23
**PIECES** [2] - 19:5, 114:15
**PIETY** [1] - 73:11
**PINCHING** [4] - 21:9, 23:2, 23:4
**PLACE** [13] - 54:4, 69:23, 74:10, 76:2, 77:22, 80:12, 83:7,

91:11, 91:12, 91:22, 92:11, 96:16, 101:25

**PLACED** [7] - 48:25, 57:4, 59:22, 61:11, 67:11, 72:14

**PLACES** [5] - 80:25, 81:6, 81:21, 84:4, 92:1

**PLAINTIFF'S** [1] - 4:1

**PLAN** [1] - 66:10

**PLANNED** [2] - 71:22, 79:5

**PLAQUES** [1] - 8:21

**PLAY** [3] - 83:18, 100:11, 100:16

**PLAYED** [2] - 83:17, 102:19

**PLAYING** [1] - 83:25

**PO** [2] - 1:17, 2:10

**POINT** [13] - 14:25, 15:11, 39:9, 46:4, 51:2, 51:23, 55:20, 66:18, 78:8, 95:2, 102:6, 103:19, 115:12

**POINTS** [2] - 43:13, 43:18

**POISON** [1] - 28:25

**POLICE** [1] - 81:14

**POLYNEUROPATHY** [1] - 20:8

**POOR** [8] - 43:14, 79:7, 79:11, 80:4, 87:2, 87:24, 90:20, 103:18

**POORLY** [2] - 13:15, 44:3

**POPE** [1] - 71:15

**POPPERS** [2] - 31:5, 32:15

**POPULATIONS** [1] - 104:10

**POSITION** [1] - 17:1

**POSITIONS** [1] - 55:14

**POSITIVE** [2] - 43:9, 84:21

**POSSESSION** [1] - 112:11

**POSSIBILITIES** [1] - 11:15

**POSSIBILITY** [3] - 58:4, 74:19, 104:19

**POSSIBLE** [2] - 99:6

**POSSIBLY** [2] - 31:1, 32:18

**POSTPONED** [1] - 57:23

**POTENTIAL** [2] - 22:4, 104:23

**POUNDS** [4] - 26:17, 27:11, 27:18, 38:12

**POVERTY** [1] - 81:18

**POWERFUL** [1] - 63:19

**PRACTICE** [1] - 5:4

**PRAY** [2] - 57:17, 58:23

**PRAYER** [10] - 62:25, 76:16, 76:17, 76:18, 98:16, 99:5, 99:9, 102:1

**PRAYERS** [4] - 60:12, 60:15, 64:5, 64:7

**PREJEAN'S** [2] - 60:24, 63:13

**PREPARE** [3] - 54:3, 100:22, 100:24

**PREPARED** [2] - 36:24, 101:9

**PREPARING** [1] - 37:18

**PRESCHOOL** [2] - 85:25, 86:7

**PRESCRIBED** [2] - 39:20, 41:13

**PRESENCE** [2] - 76:21, 76:24

**PRESENT** [3] - 57:18, 69:11, 73:10

**PRESENTED** [2] - 91:23, 92:3

**PRESENTLY** [1] - 70:17

**PRESIDENT** [3] - 59:14, 71:20, 80:7

**PRESS** [2] - 56:22, 84:17

**PRESSURE** [4] - 10:17, 43:13, 43:15, 43:18

**PRETTY** [4] - 27:14, 35:23, 37:21, 55:3

**PRETZELS** [1] - 32:15

**PREVIOUSLY** [3] - 28:23, 106:24, 108:24

**PRIEST** [3] - 64:16, 66:23, 89:13

**PRIESTS** [1] - 104:1

**PRIMARILY** [2] - 11:4, 54:22

**PRIMARY** [2] - 98:7, 98:25

**PRINTOUTS** [1] - 28:16

**PRISON** [8] - 8:6, 32:9, 34:2, 37:16, 37:21, 47:11, 59:16, 98:22

**PRISONS** [5] - 24:10, 24:20, 24:23, 41:16, 71:17

**PRIVATE** [1] - 4:14

**PROBLEM** [8] - 17:18, 18:9, 18:10, 22:16, 34:5, 34:18, 34:20, 36:8

**PROBLEMS** [12] - 12:10, 18:18, 19:17, 21:13, 21:20, 22:17, 25:1, 28:22, 34:3, 35:5, 35:8, 41:3

**PROCEED** [5] - 25:20, 26:6, 53:2, 112:23, 115:6

**PROCEEDINGS** [3] - 1:23, 63:15, 116:3

**PROCESS** [5] - 15:11, 21:24, 71:3, 73:22, 77:15

**PROCESSION** [1] - 77:25

**PRODUCE** [2] - 12:11, 83:3

**PRODUCED** [3] - 1:24, 56:13, 56:14

**PRODUCER** [1] - 55:8

**PRODUCING** [1] - 12:7

**PRODUCT** [1] - 83:3

**PRODUCTION** [1] - 85:22

**PROFESSOR** [1] - 55:12

**PROFIT** [3] - 79:14, 79:22, 80:19

**PROGRAM** [5] - 47:10, 47:21, 49:18, 87:25, 92:17

**PROGRAMS** [2] - 47:1, 89:5

**PROGRAMS'** [1] - 58:2

**PROGRESS** [3] - 11:18, 17:13, 18:15

**PROGRESSES** [1] - 21:6

**PROGRESSING** [1] - 15:7

**PROGRESSION** [6] - 11:3, 11:13, 16:4, 16:11, 18:2, 18:4

**PROGRESSIVE** [2] - 20:16, 23:23

**PROJECT** [23] - 46:6, 46:15, 47:13, 50:13, 51:19, 78:10, 78:11, 79:12, 81:23, 85:14, 86:11, 88:6, 90:6,

90:19, 92:25, 94:11, 94:13, 94:16, 100:11, 102:4, 104:6

**PROLIFERATING** [1] - 15:9

**PROLIFERATION** [1] - 13:21

**PROMISED** [2] - 56:7, 91:5

**PROMISES** [2] - 101:4, 101:11

**PROMOTES** [1] - 99:23

**PROMPTLY** [1] - 59:3

**PRONE** [4] - 14:1, 15:9, 17:23, 25:1

**PROPENSITIES** [1] - 12:9

**PROPER** [2] - 10:19, 113:25

**PROPHYLACTIC** [1] - 23:10

**PROSECUTOR** [3] - 42:8, 42:18, 106:10

**PROTECTIVE** [1] - 93:11

**PROTOCOL** [1] - 65:1

**PROVIDE** [6] - 3:15, 47:3, 47:20, 83:11, 87:2, 97:4

**PROVIDED** [6] - 44:9, 46:21, 92:10, 93:18, 94:8, 107:8

**PROVIDENCE** [16] - 72:24, 80:1, 86:5, 86:21, 87:11, 91:14, 93:16, 96:16, 97:19, 98:1, 98:2, 98:8, 98:13, 98:20, 98:24, 100:20

**PROVIDES** [2] - 46:25, 47:1

**PROVIDING** [2] - 3:9, 3:11

**PSYCHIATRIC** [1] - 5:18

**PUBLIC** [3] - 2:6, 50:13, 92:21

**PUBLICITY** [3] - 56:19, 58:6, 58:7

**PULLED** [1] - 81:14

**PURCELL** [1] - 63:3

**PURCHASED** [2] - 85:14, 85:17

**PURCHASES** [3] - 30:2, 30:15, 31:2

**PURPOSE** [2] - 43:10, 64:23

**PURPOSES** [3] - 46:17, 57:6, 111:14

**PUT** [11] - 8:17, 9:7, 9:11, 10:20, 29:4, 36:17, 63:25, 65:20, 99:24, 108:25, 109:1

**PUTTING** [2] - 29:1, 43:13

**PUZZLES** [1] - 47:14

## Q

**QUALIFICATIONS** [1] - 4:5

**QUALIFIED** [4] - 5:24, 6:2, 6:3, 6:11

**QUALIFY** [1] - 53:23

**QUARTER** [1] - 51:10

**QUEENS** [4] - 49:20, 50:7, 53:13

**QUESTIONS** [18] - 25:18, 26:5, 42:5, 42:11, 44:16, 49:25, 50:3, 50:19, 50:20, 105:17, 105:25, 106:10, 109:22, 111:19, 113:10, 113:11, 115:9, 115:10

**QUITE** [4] - 13:10, 14:19, 21:18, 41:9

## R

**RACE** [1] - 92:21

**RADICULITIS** [1] - 23:3

**RADIO** [1] - 54:24

**RAISE** [2] - 56:12, 79:10

**RAISED** [2] - 50:9, 112:14

**RANDOM** [1] - 30:12

**RANGE** [2] - 11:11, 27:10

**RATHER** [1] - 11:14

**REACH** [1] - 23:17

**REACHED** [1] - 60:13

**REACHING** [1] - 7:1

**REACT** [1] - 59:10

**REACTION** [1] - 59:12

**REACTIVATION** [1] - 56:8

**READ** [17] - 14:18, 35:3, 57:9, 57:11, 58:3, 60:9, 61:16, 61:18, 63:16, 63:18, 68:13, 75:2, 75:8, 94:5, 113:3, 114:17

**READY** [1] - 79:13

**REALLY** [13] - 14:13, 14:17, 14:19, 21:12,

21:23, 33:13, 40:11, 56:14, 66:17, 89:7, 90:4, 99:10, 101:15

**REASON** [3] - 13:14, 40:18, 59:3

**REASONABLE** [1] - 23:18

**REASONABLY** [2] - 23:11, 33:21

**REASONS** [2] - 41:9, 57:16

**RECEIPT** [1] - 48:17

**RECEIVE** [6] - 46:5, 61:7, 61:22, 62:7, 62:20, 91:6

**RECEIVED** [18] - 44:21, 46:13, 46:14, 47:7, 48:15, 52:23, 54:14, 57:1, 57:7, 73:7, 73:9, 88:10, 91:18, 91:19, 92:25, 93:7, 94:3, 104:1

**RECEIVES** [1] - 75:2

**RECEIVING** [2] - 83:4, 105:5

**RECENT** [1] - 63:24

**RECENTLY** [2] - 18:18, 36:5

**RECESS** [7] - 42:1, 51:11, 51:13, 51:22, 52:5, 115:12, 115:21

**RECIPIENTS** [1] - 96:2

**RECOGNITION** [1] - 102:18

**RECOGNIZE** [16] - 6:23, 37:11, 46:18, 60:24, 61:12, 64:1, 72:15, 74:1, 92:7, 92:13, 93:20, 96:1, 96:2, 96:14, 96:15, 96:22

**RECOGNIZING** [1] - 14:18

**RECOLLECT** [2] - 111:23, 112:3

**RECOLLECTION** [6] - 67:14, 70:13, 71:2, 82:13, 85:12, 85:19

**RECOMMENDATIONS** [2] - 15:16, 25:10

**RECOMMENDED** [3] - 22:6, 32:4, 65:1

**RECONSTRUCT** [1] - 21:25

**RECORD** [11] - 4:3, 9:17, 37:16, 37:23, 45:15, 50:5, 52:9, 52:12, 57:12, 60:9, 116:3

**RECORDED** [2] -

1:23, 75:10

**RECORDS** [22] - 5:20, 6:15, 6:17, 7:6, 7:20, 9:1, 9:13, 9:23, 13:2, 15:15, 16:7, 17:6, 18:17, 19:12, 21:15, 23:17, 24:12, 28:18, 34:16, 44:13, 81:25

**RECROSS** [1] - 117:3

**RECUMBENT** [1] - 33:13

**RED** [1] - 32:2

**REDEMPTION** [1] - 60:22

**REDIRECT** [4] - 41:23, 42:3, 42:6, 117:3

**REENTRY** [1] - 47:4

**REFER** [1] - 27:3

**REFERENCE** [1] - 84:9

**REFERENCED** [1] - 68:10

**REFERRED** [1] - 21:10

**REFERRING** [3] - 22:25, 23:3, 28:6

**REFLECTIVE** [1] - 77:1

**REFRESH** [2] - 67:13, 111:24

**REFRESHMENTS** [1] - 77:18

**REFRIED** [1] - 32:21

**REFUSAL** [1] - 42:9

**REFUSED** [3] - 36:20, 36:25, 37:1

**REFUSES** [1] - 36:1

**REFUSING** [1] - 44:7

**REGARD** [3] - 17:11, 23:19, 25:10

**REGARDS** [10] - 5:21, 13:3, 15:4, 15:16, 16:1, 18:23, 21:3, 21:21, 24:19, 24:22

**REGISTER** [1] - 30:4

**REGULAR** [8] - 7:24, 18:16, 22:15, 25:2, 35:23, 62:16, 76:5, 76:15

**REGULARLY** [1] - 22:19

**REGULATIONS** [1] - 107:10

**REIDERS** [1] - 2:9

**REINFORCED** [1] - 28:23

**RELATED** [10] - 13:1, 13:12, 18:21, 21:18, 36:5, 54:24, 56:20, 60:19, 92:21, 112:10

**RELATIONSHIP** [6] - 99:20, 102:6, 102:20, 102:25, 103:1, 103:4

**RELEASE** [1] - 104:19

**RELIED** [1] - 7:1

**RELIGION** [1] - 92:21

**RELIGIOUS** [4] - 55:17, 56:11, 71:20, 98:15

**RELOCATED** [1] - 89:22

**RELY** [2] - 5:20, 16:22

**REMAINED** [1] - 69:11

**REMAINS** [1] - 11:14

**REMEMBER** [23] - 6:6, 40:7, 56:20, 61:2, 65:7, 65:8, 66:3, 67:8, 82:1, 83:4, 85:16, 92:6, 102:12, 103:18, 106:11, 106:13, 109:23, 110:19, 112:16, 112:18, 113:8, 114:7, 114:9

**REMEMBERING** [1] - 76:1

**REMINDERS** [1] - 69:6

**REMORSE** [3] - 68:18, 77:4, 78:25

**REMOVE** [1] - 15:8

**REMOVED** [2] - 70:1, 101:21

**RENAL** [1] - 11:5

**RENOVATIONS** [1] - 97:24

**REPENTANCE** [1] - 105:9

**REPLY** [1] - 60:3

**REPORT** [16] - 6:24, 6:25, 7:7, 7:14, 20:24, 26:9, 30:9, 34:10, 34:21, 36:18, 36:19, 36:24, 37:7, 37:19

**REPORTER** [2] - 1:19, 116:8

**REPORTS** [1] - 5:20

**REPRESENT** [1] - 67:16

**REPRESENTATIVE** [2] - 86:17, 87:15

**REPRESENTS** [1] - 67:17

**REPUTABLE** [1] - 80:11

**REQUEST** [8] - 6:14, 24:18, 60:3, 60:12, 62:12, 62:13, 63:7, 71:23

**REQUESTED** [1] - 63:16

**REQUESTING** [1] - 62:25

**REQUESTS** [4] - 58:2, 58:9, 58:13, 63:2

**REQUIRE** [3] - 25:2, 25:4, 25:5

**REQUIRED** [1] - 53:24

**RESCUED** [1] - 81:15

**RESIDE** [2] - 53:12, 53:13

**RESIDENCES** [2] - 89:4, 93:10

**RESIDENTIAL** [1] - 83:6

**RESIDENTS** [2] - 83:12, 89:8

**RESISTANCE** [1] - 12:13

**RESPECT** [14] - 16:2, 19:9, 46:23, 69:1, 79:22, 80:23, 81:20, 82:17, 87:10, 100:14, 100:16, 102:15, 103:14, 108:11

**RESPOND** [2] - 59:11, 59:19

**RESPONDED** [1] - 59:25

**RESPONDS** [1] - 101:15

**RESPONSE** [3] - 36:11, 59:24, 61:7

**RESPONSIBILITIES** [1] - 74:18

**RESPONSIBILITY** [2] - 76:25, 106:21

**RESPONSIVE** [2] - 61:15, 109:22

**REST** [2] - 12:21, 60:15

**RESTORING** [1] - 15:12

**RESULT** [6] - 9:3, 9:20, 14:4, 15:24, 16:5, 41:4

**RESULTED** [1] - 78:9

**RETINA** [6] - 13:15, 13:17, 13:19, 13:23, 15:13

**RETINOPATHY** [11] - 13:12, 13:13, 14:21, 15:2, 15:4, 16:3, 16:11, 17:15, 17:19, 23:25, 41:9

**RETREAT** [1] - 75:5

**RETURN** [1] - 25:22

**RETURNED** [1] -

93:13

**REUNIFY** [2] - 47:4, 47:12

**REVERENCE** [1] - 73:12

**REVERSE** [3] - 15:5, 23:11, 38:3

**REVERSED** [1] - 18:12

**REVERSING** [1] - 18:13

**REVIEW** [11] - 6:14, 7:6, 7:20, 9:1, 15:14, 16:7, 17:6, 19:12, 23:17, 24:18, 44:13

**REVIEWED** [2] - 18:17, 24:12

**RIDING** [1] - 20:1

**RIGOROUS** [1] - 71:5

**RIGOROUSLY** [1] - 41:13

**RIKERS** [2] - 88:9, 88:19

**RISK** [6] - 11:3, 29:4, 41:10, 41:11, 79:11, 80:4

**RISKY** [1] - 22:2

**RITA** [6] - 72:24, 79:25, 86:23, 91:23, 98:3, 107:7

**RN** [1] - 89:22

**ROBBIE** [1] - 102:23

**ROBERT** [1] - 58:25

**ROLE** [1] - 100:15

**ROLLER** [1] - 101:20

**ROMAN** [1] - 54:11

**RONALD** [1] - 2:8

**ROOM** [6] - 65:11, 65:13, 65:14, 66:1, 66:22, 83:5

**ROOTS** [2] - 23:2, 23:4

**ROUGHLY** [1] - 26:12

**ROW** [4] - 70:1, 71:24, 73:1, 73:6

**RPR** [1] - 1:19

**RUN** [7] - 37:25, 38:3, 80:10, 81:6, 89:3, 92:18, 94:13

**RUNNING** [1] - 30:19

**RUPTURES** [1] - 14:1

**S**

**SACRAMENT** [1] - 72:23

**SACRAMENTS** [1] - 73:8

**SAD** [3] - 78:22, 79:1, 79:2

**SADLY** [3] - 21:12, 41:7, 51:3
**SAFE** [2] - 77:19, 92:8
**SAFETY** [1] - 92:9
**SALAMI** [1] - 31:17
**SALT** [5] - 29:17, 31:19, 31:21, 39:19
**SALT-LADEN** [1] - 31:19
**SALVATION** [1] - 60:22
**SANCTUARY** [2] - 78:1, 78:5
**SARAH** [2] - 90:5, 90:15
**SATURDAY** [3] - 62:17, 89:9, 93:13
**SAUNDERS** [24] - 2:5, 3:2, 3:18, 3:21, 4:6, 6:8, 6:13, 6:18, 6:20, 23:13, 23:15, 25:15, 25:17, 25:24, 41:22, 42:4, 42:7, 44:14, 44:23, 45:2, 52:2, 83:20, 83:24, 117:6
**SAUNDERS'** [1] - 25:22
**SAUSAGES** [1] - 31:18
**SAW** [6] - 17:25, 18:5, 56:21, 60:5, 70:2, 84:3
**SCALE** [2] - 26:15, 26:23
**SCAN** [1] - 20:18
**SCHEDULE** [4] - 34:2, 62:16, 62:22, 100:14
**SCHEDULED** [5] - 51:4, 57:2, 57:18, 69:25, 72:7
**SCHNEIDER** [1] - 86:19
**SCHOLAR** [1] - 101:6
**SCHOOL** [20] - 4:13, 4:20, 4:21, 4:22, 54:1, 54:16, 55:4, 55:6, 80:8, 81:1, 82:9, 82:18, 83:1, 84:19, 85:16, 85:21, 87:25, 92:17
**SCHOOL/ST** [1] - 80:23
**SCHOOLS** [1] - 92:21
**SCIATICA** [2] - 20:24, 21:10
**SCOTLAND** [1] - 63:4
**SCOTT** [2] - 102:16, 102:17
**SCRANTON** [2] - 1:17, 75:24

**SCREEN** [1] - 113:4
**SCREENING** [1] - 66:1
**SCRIPTURAL** [2] - 101:3, 101:10
**SCRIPTURE** [1] - 101:6
**SCRIPTWRITING** [1] - 54:23
**SEAL** [1] - 8:22
**SEARCH** [1] - 89:10
**SEASON** [1] - 79:20
**SEATED** [3] - 52:6, 65:15, 72:19
**SECOND** [6] - 8:14, 30:19, 68:9, 68:11, 72:7, 73:4
**SECTION** [3] - 2:3, 87:21, 92:20
**SECURITY** [2] - 65:25, 71:2
**SEE** [29] - 9:25, 10:23, 11:25, 14:14, 14:17, 17:18, 18:3, 21:15, 26:16, 27:13, 30:5, 31:3, 35:1, 35:7, 37:5, 38:8, 38:11, 38:15, 39:1, 52:2, 57:15, 68:22, 70:4, 70:20, 81:2, 91:12, 99:4, 112:4, 113:16
**SEEING** [2] - 35:16, 67:13
**SEEK** [1] - 44:18
**SEEKING** [3] - 58:6, 58:7, 58:9
**SEIZURES** [1] - 40:17
**SELL** [1] - 83:3
**SELLING** [1] - 79:20
**SEND** [9] - 19:20, 48:19, 48:22, 60:7, 60:18, 62:12, 90:1, 90:12, 109:6
**SENSATION** [3] - 16:24, 17:22, 19:19
**SENSATIONS** [2] - 19:21, 19:22
**SENSE** [3] - 17:1, 48:23
**SENSITIVE** [2] - 12:13, 13:15
**SENSORY** [1] - 18:6
**SENT** [6] - 48:16, 49:2, 56:22, 56:25, 63:15, 85:5
**SENTENCE** [2] - 57:20, 64:2
**SENTENCES** [1] - 104:17
**SEPARATE** [2] - 73:19, 80:25

**SEPARATED** [1] - 73:16
**SEPTEMBER** [2] - 44:9, 53:22
**SERIES** [4] - 64:9, 93:10, 111:4, 111:7
**SERVANTS** [1] - 101:12
**SERVE** [3] - 55:12, 93:1, 93:14
**SERVED** [4] - 50:16, 91:8, 91:18, 92:1
**SERVES** [2] - 47:16, 47:20
**SERVICE** [8] - 46:3, 47:1, 67:19, 77:12, 77:20, 92:18, 96:25, 97:10
**SERVICES** [13] - 24:11, 46:21, 46:23, 46:25, 49:20, 68:3, 83:11, 88:2, 91:16, 91:17, 97:4, 97:5, 105:5
**SERVING** [1] - 69:14
**SETBACK** [1] - 15:25
**SETTING** [1] - 73:1
**SEVEN** [3] - 47:3, 83:23, 83:24
**SEVERAL** [5] - 23:22, 57:16, 65:15, 80:7, 90:22
**SEVERE** [3] - 14:14, 15:1, 18:5
**SHAME** [1] - 105:3
**SHARE** [2] - 60:16, 62:2
**SHARED** [2] - 76:15, 101:25
**SHARING** [1] - 109:24
**SHERBET** [2] - 32:3, 32:7
**SHERBETS** [1] - 32:7
**SHIFT** [1] - 38:20
**SHOES** [3] - 43:7, 43:10, 43:11
**SHORT** [3] - 32:24, 41:22, 64:3
**SHORTENED** [1] - 8:16
**SHORTLY** [1] - 34:1
**SHOW** [11] - 29:20, 30:3, 36:21, 37:9, 46:16, 65:4, 93:3, 94:19, 111:1, 111:7, 111:23
**SHOWED** [2] - 82:6, 95:24
**SHOWING** [7] - 4:15, 6:21, 7:12, 7:25,

92:12, 96:13, 96:21
**SHOWN** [4] - 24:9, 36:23, 63:8, 86:13
**SHOWS** [3] - 30:15, 72:19, 104:12
**SIDE** [2] - 63:20, 72:20
**SIGNED** [2] - 56:18, 100:1
**SIGNER** [1] - 56:16
**SIGNS** [1] - 18:1
**SIMILAR** [1] - 22:22
**SIMPLE** [1] - 65:6
**SIMPLY** [1] - 97:22
**SINCERELY** [2] - 59:8, 64:8
**SINS** [1] - 101:16
**SISTER** [23] - 49:16, 53:15, 53:17, 53:21, 53:23, 59:1, 62:4, 62:23, 64:3, 67:11, 72:24, 80:1, 88:16, 97:13, 97:15, 99:20, 100:1, 103:8, 105:22, 111:8, 112:2, 113:1, 114:2
**SISTERS** [25] - 54:9, 59:15, 80:10, 81:6, 86:4, 88:15, 88:16, 89:3, 90:25, 91:7, 91:14, 92:18, 93:16, 96:15, 97:5, 97:19, 97:25, 98:2, 98:8, 98:13, 98:20, 98:24, 100:20, 104:2, 108:3
**SIT** [4] - 34:11, 34:12, 109:22, 114:5
**SITUATION** [4] - 3:14, 9:6, 62:5, 103:8
**SIX** [1] - 26:11
**SKILLS** [1] - 82:24
**SKIN** [1] - 19:5
**SLASH** [1] - 38:15
**SLAUGHTER** [1] - 83:15
**SLIP** [1] - 3:6
**SLOMSKY** [1] - 1:10
**SLOW** [1] - 18:14
**SLOWLY** [1] - 43:16
**SMALL** [1] - 65:14
**SMITH** [1] - 89:21
**SMOKER** [1] - 39:15
**SOCIAL** [6] - 91:16, 96:25, 97:5, 97:6, 97:10, 97:15
**SOCIETAL** [8] - 47:17, 104:7, 104:9, 104:11, 104:12, 104:16, 104:21, 104:23
**SOCIETY** [1] - 104:20

**SODA** [1] - 31:10
**SOLD** [1] - 50:12
**SOMEONE** [10] - 19:13, 56:20, 56:25, 57:17, 62:3, 64:13, 77:24, 100:24, 110:6, 110:10
**SOMETIME** [1] - 30:8
**SOMETIMES** [6] - 19:6, 36:4, 48:21, 80:21, 98:18
**SOMEWHAT** [2] - 19:3, 101:20
**SOMEWHERE** [2] - 27:10, 29:15
**SON** [7] - 102:7, 102:10, 102:13, 102:15, 102:21, 102:23, 103:4
**SOON** [1] - 60:21
**SORRY** [12] - 25:13, 25:14, 25:24, 39:6, 45:2, 53:6, 67:9, 93:19, 95:21, 101:15, 111:9, 112:6
**SORT** [13] - 8:13, 22:15, 29:11, 39:8, 53:24, 65:25, 66:10, 83:11, 92:4, 107:16, 107:23, 109:2, 110:16
**SOUGHT** [2] - 62:3, 63:6
**SOUND** [2] - 27:4, 40:5
**SOUNDS** [2] - 66:21, 86:6
**SOUR** [1] - 30:20
**SOURCE** [2] - 19:7, 48:6
**SPARKED** [1] - 79:6
**SPASM** [1] - 22:11
**SPEAKING** [2] - 15:18, 34:9
**SPECIAL** [2] - 37:15, 91:9
**SPECIALISTS** [3] - 16:6, 16:8, 16:10
**SPECIALLY** [1] - 43:12
**SPECIALTY** [2] - 5:3, 5:8
**SPECIFIC** [3] - 9:6, 47:8, 88:6
**SPECIFICALLY** [7] - 8:13, 23:3, 28:10, 50:9, 66:2, 108:6, 109:5
**SPELL** [3] - 4:2, 45:14, 53:8

**SPEND** [3] - 58:17, 100:21, 101:17
**SPENT** [1] - 63:11
**SPINAL** [6] - 17:4, 21:7, 21:19, 21:23, 23:24, 33:5
**SPINE** [5] - 20:16, 20:22, 21:3, 21:21, 23:2
**SPIRIT** [2] - 64:8, 99:2
**SPIRITUAL** [15] - 58:9, 58:16, 60:4, 60:13, 60:17, 62:3, 62:25, 63:2, 63:6, 69:15, 76:9, 76:13, 98:7, 98:17, 99:10
**SPOKEN** [1] - 67:19
**SPONSORSHIPS** [1] - 94:17
**SPRING** [2] - 7:9, 7:11
**SPURS** [2] - 20:20, 21:7
**SR** [42] - 45:12, 45:16, 46:8, 50:14, 51:4, 51:8, 51:16, 51:17, 51:18, 52:18, 53:3, 53:5, 60:24, 61:5, 61:21, 63:13, 63:20, 72:23, 78:7, 79:25, 84:7, 84:22, 85:1, 86:19, 86:23, 91:23, 93:24, 97:2, 97:14, 97:20, 97:22, 98:3, 103:9, 103:14, 103:16, 107:7, 117:8, 117:10
**ST** [20] - 49:16, 63:3, 76:17, 82:9, 83:6, 83:17, 86:5, 88:16, 90:3, 90:9, 90:12, 90:16, 94:12, 94:13, 96:25, 97:10, 97:24, 98:10, 101:5
**STAFF** [3] - 41:17, 47:23
**STAIR** [1] - 20:1
**STAIRMASTER** [1] - 33:12
**STAND** [5] - 34:11, 51:22, 53:2, 106:21, 115:21
**STANDING** [5] - 33:11, 33:12, 34:6, 72:23, 72:24
**START** [1] - 46:5
**STARTED** [5] - 17:12, 46:7, 79:12, 89:1, 93:9
**STARTING** [2] - 17:13, 56:5

**STARTS** [3] - 15:3, 33:24, 44:9
**STATE** [10] - 4:2, 6:3, 24:1, 24:3, 24:6, 45:14, 47:2, 47:11, 49:21, 56:7
**STATEMENT** [2] - 80:19, 94:24
**STATES** [11] - 1:1, 1:3, 1:15, 2:2, 52:13, 57:19, 70:21, 70:25, 71:16, 75:17, 75:23
**STATIONARY** [1] - 33:13
**STATIONERY** [1] - 97:10
**STATUS** [3] - 5:22, 7:21, 24:11
**STAY** [1] - 100:20
**STENOSIS** [4] - 21:19, 21:23, 23:24, 33:5
**STENOTYPE** [1] - 1:23
**STENOTYPE-COMPUTER** [1] - 1:23
**STENT** [4] - 9:7, 9:12, 9:18, 11:21
**STEP** [5] - 45:9, 50:25, 66:21, 66:22, 115:17
**STILL** [5] - 23:7, 41:8, 41:16, 64:20, 100:7
**STOCKS** [1] - 32:10
**STOOD** [1] - 65:20
**STOP** [4] - 12:7, 15:7, 29:17, 57:4
**STOPPED** [1] - 15:21
**STORY** [3] - 56:22, 84:17, 87:19
**STREET** [7] - 1:16, 1:20, 2:4, 2:7, 2:10, 81:15, 81:19
**STRENGTHEN** [1] - 101:13
**STRENUOUS** [1] - 22:14
**STRIKE** [2] - 36:20, 37:1
**STROKE** [1] - 11:5
**STROKES** [2] - 13:19, 29:4
**STRONG** [1] - 54:12
**STUDENTS** [1] - 81:11
**STUFF** [1] - 42:20
**STUMBLING** [1] - 17:23
**STYLE** [1] - 39:18
**SUBACUTELY** [1] - 44:4
**SUBJECT** [4] - 54:21,

102:13, 115:3, 115:4
**SUBJECTIVE** [2] - 33:7, 35:13
**SUBJECTS** [1] - 54:21
**SUBMIT** [1] - 58:1
**SUBSEQUENT** [2] - 9:19, 74:10
**SUBSTANCE** [1] - 112:13
**SUBSTANTIAL** [2] - 40:4, 40:6
**SUBSTANTIATED** [1] - 20:18
**SUBSTERNAL** [1] - 10:6
**SUBTLETIES** [1] - 17:20
**SUE** [1] - 31:24
**SUFFER** [4] - 105:1, 105:2, 105:3, 105:7
**SUFFERED** [3] - 15:25, 17:8, 69:5
**SUFFERING** [2] - 8:11, 59:2
**SUFFERINGS** [1] - 67:24
**SUFFERS** [3] - 10:23, 11:24, 22:21
**SUFFICIENT** [1] - 86:9
**SUGAR** [3] - 29:2, 32:7, 42:20
**SUGARY** [1] - 29:17
**SUGGESTED** [1] - 58:20
**SUITE** [3] - 1:16, 2:7, 2:14
**SUMMARIES** [1] - 7:21
**SUMMARY** [5] - 8:5, 10:22, 22:20, 67:6, 68:7
**SUMMER** [3] - 31:18, 86:8, 88:3
**SUMMERS** [2] - 55:9, 55:11
**SUNDAY** [3] - 62:17, 77:11, 89:9
**SUPPLEMENTAL** [1] - 7:14
**SUPPLEMENTATION** [1] - 12:15
**SUPPLEMENTS** [1] - 28:7
**SUPPLIES** [4] - 47:14, 47:21, 48:9
**SUPPLY** [1] - 13:23
**SUPPORT** [2] - 96:3
**SUPPORTED** [2] - 56:2, 89:10
**SUPPOSE** [1] - 79:8

**SUPPOSED** [5] - 39:12, 40:24, 42:22, 72:13, 101:23
**SURGERIES** [3] - 21:25, 22:1, 22:3
**SURGERY** [1] - 11:22
**SURPRISE** [1] - 59:12
**SURPRISED** [2] - 35:4, 35:6
**SURROUNDED** [1] - 63:11
**SUSAN** [2] - 83:5, 84:7
**SUSCEPTIBLE** [3] - 12:25, 17:5, 25:7
**SUZANNE** [2] - 1:19, 116:9
**SWEET** [1] - 31:24
**SWELLING** [1] - 14:7
**SWIMMING** [2] - 19:25, 33:6
**SWORN** [3] - 4:1, 45:13, 53:4
**SYMPATHY** [1] - 69:8
**SYMPTOMATOLOGY** [1] - 9:21
**SYMPTOMS** [5] - 10:4, 13:11, 15:3, 17:14, 23:12
**SYNDROME** [1] - 89:8
**SYSTEM** [3] - 50:17, 105:10, 105:11
**SYSTEMS** [2] - 5:13, 89:2

## T

**TABLE** [3] - 65:14, 65:16, 83:5
**TABLES** [2] - 27:3, 27:5
**TAKING** [6] - 15:21, 15:25, 23:7, 23:8, 41:11, 61:24
**TALBOT** [1] - 103:10
**TALENT** [1] - 104:14
**TALKS** [1] - 55:16
**TALL** [1] - 26:11
**TANGIBLE** [1] - 112:10
**TARGETED** [1] - 47:9
**TAUGHT** [10] - 54:16, 54:17, 54:22, 54:23, 55:4, 55:9, 55:10, 83:15, 107:5
**TEACH** [2] - 54:15, 55:5
**TEACHER** [1] - 105:11
**TEACHING** [8] - 54:20, 54:21, 55:1, 55:2, 55:14, 55:18,

104:9, 107:13
**TELEVISION** [3] - 54:23, 54:25, 55:7
**TEMPERATURE** [1] - 17:2
**TEN** [5] - 3:5, 32:2, 47:7, 83:24, 89:24
**TEND** [1] - 19:1
**TENDS** [1] - 33:24
**TENETS** [1] - 107:24
**TERM** [2] - 79:21, 99:15
**TERRE** [19] - 52:14, 65:12, 70:1, 70:2, 70:4, 70:10, 70:15, 70:22, 70:25, 71:4, 71:8, 71:22, 73:6, 75:14, 75:15, 86:25, 94:24, 98:22, 100:20
**TERRIBLE** [2] - 14:13, 14:19
**TERRIBLY** [1] - 18:8
**TESA** [4] - 45:12, 45:16, 45:17, 117:8
**TESTAMENT** [1] - 101:7
**TESTIFIED** [4] - 106:7, 106:24, 107:22, 108:24
**TESTIMONY** [4] - 93:9, 93:15, 96:19, 115:11
**TEXT** [1] - 79:9
**THANKING** [1] - 97:3
**THANKSGIVING** [1] - 102:1
**THEMSELVES** [1] - 99:11
**THERE** [96] - 7:7, 7:23, 8:9, 9:19, 12:4, 12:5, 13:8, 15:4, 15:8, 15:10, 15:21, 15:24, 16:23, 17:7, 17:11, 18:16, 20:11, 22:13, 27:25, 31:5, 32:7, 34:12, 35:17, 35:18, 36:8, 37:22, 38:22, 39:2, 39:7, 39:10, 41:6, 42:16, 43:13, 43:23, 44:5, 51:7, 54:12, 57:4, 57:17, 57:25, 65:7, 65:8, 65:9, 65:13, 66:9, 66:23, 67:2, 67:4, 68:9, 68:10, 69:21, 70:8, 71:8, 73:1, 73:2, 73:10, 73:17, 73:18, 74:4, 75:15, 75:20, 75:22, 75:25, 78:2, 78:4,

79:17, 80:9, 81:13, 81:16, 82:24, 84:15, 84:23, 85:3, 85:8, 85:15, 86:16, 87:22, 88:15, 88:16, 88:17, 89:9, 89:12, 89:14, 90:20, 91:1, 91:20, 91:23, 92:7, 97:2, 97:14, 98:9, 100:7, 101:22, 104:23, 112:20

**THERE'S** [4] - 33:4, 54:13, 88:9, 99:5

**THEY'RE** [2] - 8:17, 43:17

**THICKENED** [2] - 19:5, 21:7

**THICKENING** [1] - 20:20

**THINKING** [1] - 48:22

**THINKS** [1] - 36:13

**THINNER** [1] - 10:21

**THIRD** [7] - 2:10, 30:23, 57:22, 73:4, 74:19, 100:7, 100:10

**THIRD-PARTY** [1] - 57:22

**THOMAS** [3] - 4:1, 4:4, 117:5

**THORNTON** [1] - 97:14

**THOUSANDS** [1] - 56:18

**THREE** [18] - 8:13, 29:15, 31:23, 32:21, 32:22, 38:22, 38:24, 39:2, 44:10, 64:21, 64:22, 65:17, 73:1, 75:23, 90:1, 96:9, 115:8

**THRILLED** [1] - 63:5

**THROUGHOUT** [1] - 7:24

**THURSDAY** [1] - 62:17

**TIGHT** [2] - 15:7, 18:15

**TIGHTLY** [1] - 54:10

**TIGHTNESS** [1] - 22:12

**TIMOTHY** [7] - 78:16, 78:24, 109:16, 110:1, 110:4, 110:22, 110:24

**TISSUES** [1] - 12:13

**TODAY** [9] - 3:9, 3:12, 27:8, 34:12, 41:16, 60:13, 105:25, 106:17, 106:25

**TOGETHER** [4] -

56:10, 64:17, 84:18, 99:8

**TOMORROW** [3] - 3:14, 86:18, 115:12

**TOOK** [3] - 51:18, 54:4, 74:10

**TOP** [2] - 28:5, 82:8

**TOTALLY** [2] - 44:3, 111:20

**TOUCH** [3] - 17:1, 60:20, 90:8

**TOUCHED** [3] - 13:7, 48:2, 60:14

**TOURISTS** [1] - 81:2

**TOWN** [1] - 76:3

**TOYS** [3] - 47:14, 48:9, 86:14

**TRACK** [1] - 37:24

**TRADE** [2] - 82:25, 83:1

**TRADITION** [1] - 101:10

**TRAIL** [1] - 31:2

**TRAIN** [3] - 3:3, 3:22, 82:23

**TRAINING** [4] - 53:24, 54:7, 83:14, 88:1

**TRANSCRIPT** [2] - 1:24, 116:3

**TRANSCRIPTION** [1] - 1:24

**TRANSPORTED** [3] - 43:21, 43:23, 44:6

**TRAVELING** [1] - 64:23

**TRAVIS** [39] - 2:8, 2:9, 45:19, 48:11, 48:13, 49:7, 49:10, 49:22, 49:25, 50:22, 51:2, 51:16, 52:7, 52:15, 52:17, 53:11, 61:10, 66:6, 67:10, 77:10, 83:18, 84:2, 84:11, 95:8, 95:10, 95:16, 95:17, 95:21, 95:22, 102:11, 105:14, 105:17, 106:7, 110:16, 111:15, 112:14, 113:6, 117:9, 117:11

**TREADMILL** [1] - 33:12

**TREAT** [2] - 107:19, 108:10

**TREATED** [2] - 91:4, 91:5

**TREATING** [1] - 34:24

**TREATMENT** [6] - 9:6, 9:24, 10:5, 10:14, 22:6

**TREATMENTS** [2] - 15:8, 15:10

**TREMENDOUS** [1] - 28:7

**TRICKING** [1] - 109:5

**TRIED** [4] - 59:25, 69:3, 90:22, 108:3

**TRIES** [1] - 35:12

**TRIGLYCERIDES** [3] - 10:17, 11:1, 11:11

**TRIP** [2] - 64:17, 69:22

**TROUBLE** [3] - 35:16, 36:8, 81:19

**TRUE** [2] - 32:25, 109:11

**TRY** [7] - 21:25, 40:12, 101:1, 101:2, 101:3, 101:13, 102:15

**TRYING** [7] - 6:5, 43:8, 100:24, 109:21, 112:4, 112:8, 113:19

**TUMULT** [1] - 42:16

**TURN** [3] - 30:7, 38:7, 104:14

**TURNED** [1] - 84:1

**TV** [1] - 58:2

**TWICE** [4] - 63:18, 74:17, 74:20, 84:15

**TWO** [21] - 12:4, 29:15, 29:19, 31:2, 32:16, 32:22, 37:5, 51:20, 64:22, 66:14, 67:13, 68:25, 74:1, 74:4, 80:25, 81:21, 84:3, 87:19, 95:19, 95:23, 104:17

**TWO-PAGE** [1] - 67:13

**TWO-STORY** [1] - 87:19

**TYPE** [17] - 10:20, 11:19, 11:25, 12:5, 12:8, 12:11, 12:20, 19:14, 22:14, 23:7, 46:20, 46:23, 46:24, 81:11, 85:13, 89:18, 97:4

**TYPES** [3] - 10:13, 37:11, 108:17

**TYPICALLY** [2] - 8:23, 47:11

---

# U

**U.S** [2] - 75:14, 75:15

**ULCER** [1] - 20:9

**ULCERS** [11] - 18:19, 18:24, 18:25, 20:5, 33:20, 34:4, 34:9,

34:12, 34:22, 43:15, 44:2

**UNANSWERED** [1] - 58:12

**UNAUTHORIZED** [1] - 75:7

**UNDER** [15] - 8:8, 10:6, 10:17, 10:18, 19:5, 27:13, 27:15, 40:12, 42:13, 42:17, 56:9, 94:24, 96:16, 115:15

**UNDERGRADUATE** [1] - 4:21

**UNDERPRIVILEGED** [1] - 50:15

**UNDERSTATEMENT** [1] - 60:14

**UNDERSTOOD** [2] - 104:3, 112:15

**UNDERWEIGHT** [1] - 26:25

**UNEXPECTED** [1] - 59:17

**UNFORTUNATELY** [1] - 105:12

**UNIT** [1] - 37:16

**UNITED** [11] - 1:1, 1:3, 1:15, 2:2, 52:13, 57:18, 70:21, 70:25, 71:16, 75:17, 75:23

**UNIVERSITY** [10] - 4:13, 4:22, 54:4, 54:5, 54:17, 54:18, 54:20, 55:9, 55:12, 86:5

**UNSTABLE** [1] - 24:25

**UNUSUAL** [1] - 8:17

**UP** [28] - 3:10, 9:10, 13:22, 17:13, 30:1, 33:11, 33:17, 39:9, 48:6, 50:15, 57:23, 59:3, 65:4, 65:20, 69:11, 71:24, 78:2, 80:13, 81:14, 84:1, 87:8, 92:11, 102:14, 102:18, 106:25, 109:12, 111:13, 115:10

**UPRIGHT** [1] - 34:7

**URGENT** [1] - 89:17

**USP** [1] - 71:8

**UTILIZING** [1] - 80:3

---

# V

**VALUE** [11] - 60:24, 103:5, 104:7, 104:9, 104:11, 104:12, 104:16, 104:21,

104:24, 105:10, 108:10

**VALUES** [4] - 99:23, 107:16, 107:17, 107:24

**VARIETY** [3] - 12:25, 16:10, 56:4

**VARIOUS** [2] - 105:4, 105:6

**VELVET** [1] - 32:2

**VERBALIZED** [1] - 77:7

**VERDICT** [1] - 3:6

**VERENA** [1] - 84:15

**VERSION** [1] - 3:8

**VERSUS** [1] - 52:13

**VESSEL** [1] - 8:22

**VESSELS** [10] - 8:23, 13:17, 13:18, 13:20, 13:21, 13:22, 13:24, 14:1, 15:9, 29:3

**VIBRATORY** [1] - 17:1

**VICTIM** [2] - 58:24, 77:20

**VICTIM'S** [1] - 68:17

**VICTIMS** [5] - 67:20, 68:3, 77:12, 77:16, 81:18

**VIDEO** [5] - 52:14, 83:16, 83:19, 83:22, 84:3

**VIDEOTAPE** [1] - 83:25

**VIEW** [2] - 114:10, 115:10

**VIEWS** [1] - 41:17

**VIRGINIA** [1] - 6:5

**VISION** [9] - 14:10, 14:12, 14:13, 14:15, 14:16, 15:12, 41:3, 44:4

**VISIT** [27] - 29:12, 60:4, 62:8, 62:13, 62:22, 64:1, 64:6, 64:10, 64:12, 64:24, 66:4, 66:5, 66:7, 66:12, 66:24, 67:2, 67:7, 67:18, 69:21, 69:24, 70:10, 71:3, 71:17, 74:16, 75:20, 75:25, 80:7

**VISITED** [9] - 59:16, 65:12, 69:19, 70:16, 78:21, 84:4, 86:13, 86:22, 91:20

**VISITING** [6] - 55:12, 62:9, 62:11, 62:16, 64:2, 66:1

**VISITS** [4] - 62:21, 74:13, 74:21, 98:4

**VISUAL** [1] - 14:4
**VITAE** [1] - 4:19
**VOLUME** [1] - 84:1

## W

**WAFFENSCHMIDT** [1] - 2:9
**WAIT** [1] - 52:10
**WAITING** [1] - 3:17
**WALK** [8] - 24:4, 33:19, 33:20, 33:23, 34:4, 34:6, 43:6, 104:20
**WALKING** [3] - 20:2, 35:16, 63:14
**WANTS** [3] - 60:22, 107:9, 107:11
**WARDEN** [1] - 62:13
**WARRANT** [2] - 42:13, 42:17
**WARS** [1] - 56:4
**WASHINGTON** [2] - 1:16, 2:4
**WATCHING** [1] - 17:20
**WATERS** [1] - 2:9
**WAYMART** [1] - 76:1
**WAYS** [4] - 54:12, 55:18, 63:8, 75:8
**WEAKNESS** [3] - 17:21, 19:19, 21:11
**WEALTHY** [1] - 91:3
**WEAR** [4] - 72:22, 77:21, 77:23, 77:25
**WEARING** [1] - 43:7
**WEATHER** [1] - 64:15
**WEDNESDAY** [1] - 62:19
**WEEK** [6] - 30:3, 38:22, 39:2, 39:5, 100:22, 101:22
**WEEKEND** [1] - 89:6
**WEEKS** [3] - 32:23, 66:14, 100:19
**WEIGH** [2] - 26:14, 27:12
**WEIGHED** [2] - 27:18, 38:12
**WEIGHS** [1] - 27:9
**WEIGHT** [3] - 26:22, 26:23, 36:17
**WELCOME** [1] - 92:22
**WELFARE** [1] - 90:23
**WELL-KNOWN** [1] - 80:12
**WEST** [2] - 2:10, 80:9
**WHACK** [1] - 44:3
**WHAMMY** [1] - 22:16
**WHATSOEVER** [1] -

115:2
**WHEELCHAIR** [4] - 35:17, 43:22, 43:24, 44:6
**WHITE** [2] - 1:19, 116:9
**WHOLE** [1] - 21:25
**WIDOW** [1] - 9:15
**WILLIAMSPORT** [2] - 2:11, 58:10
**WILLING** [1] - 77:25
**WINDOW** [1] - 33:23
**WINTERY** [1] - 64:14
**WISE** [1] - 70:3
**WISH** [2] - 60:18, 95:3
**WISHES** [1] - 41:23
**WISHING** [1] - 64:7
**WITHDRAW** [1] - 70:14
**WITNESS** [31] - 3:17, 4:1, 4:4, 40:15, 45:10, 45:11, 45:12, 45:16, 50:6, 50:11, 50:24, 51:1, 51:4, 51:7, 53:1, 53:3, 53:5, 53:7, 58:7, 111:16, 112:6, 112:8, 112:17, 112:20, 113:7, 113:20, 114:12, 115:15, 115:18, 115:19, 117:3
**WITNESSES** [2] - 51:14, 106:20
**WOMAN** [2] - 89:8, 93:12
**WOMEN** [11] - 47:2, 47:4, 48:10, 49:21, 56:10, 71:19, 88:9, 88:18, 88:19, 89:23, 90:2
**WONDERFUL** [2] - 54:17, 103:17
**WONDERFULLY** [1] - 60:12
**WOODS** [5] - 85:25, 86:5, 87:10, 97:24, 98:10
**WOODWORKING** [3] - 82:21, 82:22, 85:12
**WORD** [2] - 58:3, 81:9
**WORDS** [7] - 61:25, 63:18, 63:25, 64:5, 76:19, 77:9, 81:24
**WORKER** [2] - 97:6, 97:15
**WORKERS** [1] - 91:1
**WORKS** [2] - 86:19, 97:14
**WORLD** [2] - 56:22,

72:3
**WORRISOME** [2] - 13:11, 21:18
**WORSE** [5] - 24:7, 33:24, 33:25, 42:25, 43:3
**WORSEN** [3] - 24:2, 25:8, 43:4
**WORSENED** [1] - 19:22
**WORSENING** [1] - 29:5
**WORSENS** [1] - 34:7
**WORST** [3] - 30:25, 32:18, 60:25
**WORTH** [1] - 79:4
**WRITE** [8] - 58:20, 61:24, 69:7, 77:18, 77:20, 90:12, 90:15, 110:12
**WRITER** [4] - 54:22, 55:8, 55:17, 84:16
**WRITING** [3] - 57:16, 58:22, 110:21
**WRITTEN** [9] - 58:9, 60:12, 62:12, 62:24, 63:4, 64:5, 68:23, 93:23, 96:3
**WROTE** [3] - 34:21, 60:23, 97:20

## Y

**YEAR** [19] - 17:25, 30:16, 46:3, 48:22, 49:12, 55:11, 70:8, 71:15, 71:17, 74:17, 74:20, 77:11, 77:24, 79:22, 80:14, 80:19, 92:2, 98:5, 109:24
**YEARLY** [4] - 47:15, 74:15, 79:18
**YEARS** [30] - 16:4, 18:25, 27:8, 27:17, 33:11, 44:11, 46:10, 47:7, 53:22, 54:2, 54:17, 54:19, 55:6, 55:10, 56:3, 56:9, 57:25, 63:24, 64:21, 64:22, 67:21, 76:22, 77:11, 78:5, 80:11, 81:22, 81:23, 88:10, 89:25, 98:9
**YELLOW** [1] - 112:9
**YORK** [7] - 49:20, 49:21, 50:7, 53:14, 56:7, 77:20, 84:16
**YOUNG** [1] - 54:2
**YOURSELF** [2] - 67:3, 113:1

**YUP** [1] - 108:19

## Z

**ZERO** [1] - 38:15