IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

           Defendant.

CRIMINAL ACTION
NO. 96-239

## ORDER

AND NOW, this 24th day of July 2014, it is **ORDERED** that the sentencing of David Paul Hammer will be held on **August 20, 2014 at 2:30 p.m.** in Courtroom 5C, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. Defendant Hammer will participate in the sentencing through videoconferencing. The video conference will be conducted between Philadelphia, Pennsylvania and United States Penitentiary Terre Haute.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.