IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

Defendant.

CRIMINAL ACTION
NO. 96-239

## ORDER

**AND NOW**, this 20th day of August 2014, it is **ORDERED** that, by agreement of the parties, the Order of Judgment filed on July 17, 2014 (Doc. No. 1771) is **VACATED** in accordance with the reasons stated on the record at the sentencing of Defendant David Paul Hammer on August 20, 2014.

BY THE COURT:

JOEL H. SLOMSKY, J.