Case 4:96-cr-00239-JHS    Document 1386    Filed 09/10/14    Page 1 of 1

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

14-3823

USA v. David Hammer

4-96-cr-00239-001

## O R D E R

It appearing that the District Court has not issued a certificate of appealability or stated reasons why a certificate of appealability should not issue pursuant to Fed. R. App. P. 22(b) and 28 U.S.C. Section 2253 and that under 3rd Cir. LAR 22.2 the District Court is required to make a determination as to whether a certificate of appealability should issue at the time a final order is issued; it is hereby

ORDERED that the matter is remanded to the District Court for the sole purpose of either issuing a certificate of appealability or stating reasons why a certificate of appealability should not issue.

The appeal is stayed pending determination by the District Court.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: September 10, 2014

cc: All Counsel of Record

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk