IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

Defendant.

CRIMINAL ACTION
NO. 96-239

## ORDER

**AND NOW**, this 11th day of September 2014, it is **ORDERED** that a telephone

conference with counsel for the parties will be held on September 25, 2014 at 11:00 a.m.

Counsel for Defendant shall initiate the call to Chambers at (267) 299-7340.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.