IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

Defendant.

CRIMINAL ACTION
NO. 96-239

## ORDER

**AND NOW**, this 25th day of September 2014, following a telephone conference with counsel for all parties, it is **ORDERED** that Defendant will file a brief on whether this Court should issue a certificate of appealability by October 20, 2014. The Government shall file a response by November 3, 2014, and Defendant may file a reply by November 13, 2014.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.