**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

|                               |   |                              |
|-------------------------------|---|------------------------------|
| UNITED STATES OF AMERICA,     | : | No. 4:96-CR-239              |
|                               | : |                              |
| v.                            | : | Honorable Joel H. Slomsky    |
|                               | : |                              |
| DAVID PAUL HAMMER,            | : | Capital Case                 |
|                               | : |                              |
| Defendant                     | : |                              |
| _____ | : | _____ |

**DEFENDANT'S UNOPPOSED MOTION FOR A SEVEN DAY**
**EXTENSION OF TIME TO FILE HIS MEMORANDUM IN SUPPORT OF**
**A CERTIFICATE OF APPEALABILITY**

Defendant, David Paul Hammer, through undersigned counsel, submits his unopposed motion for a seven (7) day extension of time in which to file his Memorandum in Support of a Certificate of Appealability and, in support thereof, states the following:

1.     On April 13, 1996, Andrew Marti's body was found dead in the cell he had shared with Mr. Hammer.  The government pursued an indictment against Mr. Hammer for two counts of intentional murder, one involving a violation of 18 U.S.C. §1118.  See Doc. 1.  Section 1118 requires proof that the accused was "under a sentence for a term of life imprisonment" at the time of the murder.  18 U.S.C. §

1

1118(a).  On September 18, 1996, the Grand Jury returned an Indictment on both counts of intentional murder.  Id.  After obtaining an indictment, the government engaged in its capital authorization process and filed its Notice of Intent to seek a death sentence on April 9, 1997.  Doc. 93.

2.    The trial began on May 5, 1998.  On June 22, 1998, after the defense had rested and while the government was presenting its rebuttal case, Mr. Hammer entered a plea of guilty to the murder charge.  The penalty phase began on June 30, 1998.  In support of death, the government sought to prove the statutory intent factors, two statutory aggravating factors:  that the defendant committed the murder after substantial planning and premeditation, 18 U.S.C. §3592(c)(9), and that the defendant had previously been convicted of a state or federal offense punishable by a term of imprisonment of more than one year that involved the use, or attempted or threatened use, of a firearm against another person, 18 U.S.C. §3592(c)(2), and non-statutory aggravation.  On July 24, 1998 the jury returned a verdict of death.

3.    In September 2002, Mr. Hammer filed a petition for writ of habeas corpus collaterally attacking his conviction and sentence pursuant to 28 U.S.C. §2255.  The Court conducted an evidentiary hearing on his petition from July 14, 2005 through September 29, 2005.  On December 27, 2005, the Court issued its decision vacating the 1998 sentence of death.

4.      Following briefing and oral argument, the Third Circuit issued an opinion and order dismissing both the government and Mr. Hammer's appeals for lack of jurisdiction and remanding for resentencing.  United States v. Hammer, CA No. 06-9000, (3d Cir. *Order*, May 11, 2009), Doc. Number 00319601543.

5.      On April 2, 2014, Mr. Hammer filed his *Consolidated Fifth Amended/Supplemental Motion Pursuant to 28 U.S. C. § 2255 and Brief in Support* (Doc. 1642) raising seven claims arising from the government's pre-resentencing disclosures of newly discovered evidence.  On May 29, 2014, this Court issued a Memorandum Opinion and Order summarily denying Mr. Hammer's Motion.  Doc. 1711 at 32.

6.      On July 17, 2014, following the resentencing hearing, this Court issued its verdict concluding, after weighing aggravation and mitigation found, that the appropriate sentence is life without parole.  Doc. 1770 at 18.  Formal sentencing occurred on August 20, 2014.  On September 2, 2014, Mr. Hammer filed his Notice of Appeal from the adverse decisions in the Court's Orders issued on December 27, 2005 and May 29, 2014, denying Mr. Hammer's claims for relief pursuant to 28 U.S.C. § 2255.

7.      On September 10, 2014, the Third Circuit issued an order remanding the matter to the District Court for the purposed of either issuing a Certificate of

Appealability or state its reasons why a certificate should not be issued.

8.     On September 25, 2014, this Court issued an order directing Mr. Hammer to provide the Court with a brief regarding whether the Court should issue a Certificate of Appealability on or before October 20, 2014.

9.     Despite their best efforts, counsel will be unable to complete the memorandum and afford Mr. Hammer sufficient opportunity for review and consultation by the current due date.  Counsel have been diligently working on the memorandum but need a short extension of one week in order to fully consult with Mr. Hammer regarding the final document.

10.     Counsel have spoken with counsel for the government who has indicated that the government is not opposed to this request.

WHEREFORE, Defendant requests that this Court grant Mr. Hammer an additional seven (7) days in which to file his memorandum in support of a certificate of appealability.

Respectfully submitted,


/s/ ANNE SAUNDERS
Anne Saunders
Assistant Federal Defender
Federal Public Defender
Middle District Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
717-782-3843 (telephone)
717-782-3966 (facsimile)
anne_saunders@fd.org


/s/  RONALD C. TRAVIS
Ronald C. Travis
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
570-323-8711 (telephone)
570-323-4192 (facsimile)
rtravis@riederstravis.com

/s/ JAMES MORENO
James Moreno
James J. McHugh, Jr.
Federal Community Defender
Eastern District Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA 19106
215-928-1100 (telephone)
215-928-0826 (facsimile)
james_mchugh@fd.org
james_moreno@fd.org


Date: October 16, 2014

## CERTIFICATE OF SERVICE

I, Anne Saunders, Esquire, do hereby certify that on this date I served a copy of the foregoing by Electronic Case Filing, or by placing a copy in the United States mail, first class addressed to the following:

Amanda Haines, Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

John C. Gurganus, Jr. Esquire
United States Attorneys Office
Middle District of Pennsylvania
235 N. Washington Street, Suite 311
PO Box 309
Scranton, PA. 18501

/S/ANNE SAUNDERS
ANNE SAUNDERS
Assistant Federal Defender

Dated: October 16, 2014