# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID PAUL HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |

_____ : _____

## STATEMENT OF CONCURRENCE

Defendant, David Paul Hammer, through counsel, pursuant to Rule 7.1 of the Local Rules Of The  United States District Court For The Middle District Of Pennsylvania, respectfully states the following:

Undersigned counsel for Mr. Hammer hereby certifies that he has contacted Assistant United States Attorney John C. Gurganus, Jr., who informed counsel that the Government does not oppose Defendant's request for a seven day extension of time within which to file his *Memorandum in Support of Certificate of Appealability*.

Respectfully submitted,


/S/ ANNE SAUNDERS
Anne Saunders
Assistant Federal Defender
Federal Public Defender
Middle District Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
717-782-3843 (telephone)
717-782-3966 (facsimile)
anne_saunders@fd.org




Date: October 16, 2014

## CERTIFICATE OF SERVICE

I, Anne Saunders, Esquire, do hereby certify that on this date I served a copy of the foregoing by Electronic Case Filing, or by placing a copy in the United States mail, first class addressed to the following:

Amanda Haines, Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

John C. Gurganus, Jr. Esquire
United States Attorneys Office
Middle District of Pennsylvania
235 N. Washington Street, Suite 311
PO Box 309
Scranton, PA. 18501

/S/ANNE SAUNDERS
ANNE SAUNDERS
Assistant Federal Defender

Dated: October 16, 2014