# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID PAUL HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |
| _____ | : | _____ |

## ORDER

AND NOW, this        day of            , 2014, upon consideration of Mr.

Hammer's *Unopposed Motion For A Seven Day Extension To File Memorandum*

*in Support of Certificate of Appealability,* it is hereby ORDERED:

The Motion is GRANTED. Defendant shall file his *Memorandum in*

*Support of Certificate of Appealability* on or before October 27, 2014.


BY THE COURT


_____
JOEL H. SLOMSKY
United States District Judge