IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO.  4:96-CR-239 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID PAUL HAMMER, | ) | |
| | ) | (ELECTRONICALLY FILED) |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Third Circuit from this Court's Memorandum and Order vacating the death sentence, dated December 27, 2005, and by extension the Court's Judgment in a Criminal Case signed on August 20th and filed on August 21, 2014.

Respectfully submitted,

PETER J. SMITH
United States Attorney

Dated: October 17, 2014

/s/  Stephen R. Cerutti II
STEPHEN R. CERUTTI II
Assistant U.S. Attorney
228 Walnut Street, Suite 220
Harrisburg, PA 17108
Phone: (717) 221-4482

/s/ Charlie Kinsey
GWYNN-CHARLIE KINSEY
Deputy Chief
Capital Case Section
Criminal Division
Department of Justice
1331 F Street N.W.
Washington, DC  20530
202-353-9721

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO.  4:96-CR-239 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID PAUL HAMMER, | ) | |
| | ) | (ELECTRONICALLY FILED) |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.  That this October 17, 2014, he caused to be served a copy of the attached

## NOTICE OF APPEAL

by electronic filing and electronic mail to the email address listed below:
Ronald C. Travis, Esquire
rtravis@riederstravis.com

James J. McHugh, Jr., Esquire
James_McHugh@fd.org

James Moreno, Esquire
James_Moreno@fd.org

Anne Saunders, Esquire
Anne_Saunders@fd.org

 /s/ Cindy Long
CINDY LONG
United States Attorney's Office