UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA             :
                                     :
              -vs-                   :
                                     :      NO.    4:CR-96-239
DAVID PAUL HAMMER,                   :
                                     :
                 Defendant   :

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE A BRIEF IN RESPONSE TO DEFENDANT'S REQUEST FOR A GRANT OF A CERTIFICATE OF APPEALABILITY

The United States of America moves for an extension of time to file a response to the Defendant's request for a grant of a certificate of appealability.   The Defendant received an extension of time for filing his brief in support of that request.   The Defendant's 51-page brief in support of that motion was filed on October 27, 2014.   In light of the various issues involved, and other work commitments, Government counsel require additional time to prepare a complete and accurate response.   It is requested that the time for filing government's brief responding to the defendant's request be extended for a period of 14 days.

Counsel for the Defendant, James Moreno, Esquire, has concurred in this motion.

Respectfully submitted,

PETER J. SMITH
United States Attorney

/s/ John C. Gurganus, Jr.

JOHN C. GURGANUS, JR.
Assistant U.S. Attorney

Date: November 3, 2014

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on November 3, 2014, she served a copy of the attached:

GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE A
BRIEF IN RESPONSE TO DEFENDANT'S REQUEST FOR A GRANT
OF A CERTIFICATE OF APPEALABILITY

by electronic filing on counsel for the defendant.

Ronald C. Travis, Esquire
rtravis@riederstravis.com

James J. McHugh, Jr., Esquire
James_McHugh@fd.org

James Moreno, Esquire
James_Moreno@fd.org

Anne Saunders, Esquire
Anne_Saunders@fd.org


/s/ Donna Gard-Lengner

November 3, 2014

Date

Donna Gard-Lengner
Paralegal Assistant