UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :
                                :
            -vs-                :
                                :    NO.   4:CR-96-239
DAVID PAUL HAMMER,              :
            Defendant           :

## O R D E R

AND NOW, this _____ day of November, 2014, it is hereby ordered:

1.   The Government's motion for an extension of time is granted.

2.   The Government's brief responding to the defendant's request for a grant

of a certificate of appealability may be filed on or before November 17, 2014.


BY THE COURT


_____
JOEL H. SLOMSKY
UNITED STATES DISTRICT JUDGE