UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :
                                :
        -vs-                     :
                                :       NO.   4:CR-96-239
DAVID PAUL HAMMER,              :
            Defendant            :

## ORDER

AND NOW, this ___4th___ day of November, 2014, it is hereby ordered:

1.   The Government's motion for an extension of time is granted.

2.   The Government's brief responding to the defendant's request for a grant of a certificate of appealability may be filed on or before November 17, 2014.

BY THE COURT

_Joel Slomsky_

JOEL H. SLOMSKY
UNITED STATES DISTRICT JUDGE