# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | No. 4:96-CR-00239 |
| v. | : | |
| | : | JUDGE SLOMSKY |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant | : | |

## DEFENDANT'S CONCURRED IN MOTION FOR A THREE WEEK EXTENSION OF TIME TO FILE A REPLY MEMORANDUM TO THE GOVERNMENT'S OPPOSITION TO REQUEST FOR CERTIFICATE OF APPEALABILITY

Defendant, David Paul Hammer, through undersigned counsel, submits the Concurred In Motion for a three week extension of time in which to file Defense Reply to the Government's Opposition to the Request for a Certificate of Appealability, and in support thereof, states the following:

1. On November 17, 2014, the Government' filed its 46-page Brief in Opposition to the request for Certificate of Appealability.

2. Based on the Court's Order of September 25, 2014, the Defendant understands that the deadline for filing a Reply would be November 27, 2014.

3. As a result of the upcoming Thanksgiving holiday and other work commitments and existing deadlines, counsel for the Defendant requires additional time for the preparation of the Reply to be submitted.

4.    After consultation with the other defense attorneys it was determined that it would be appropriate to seek an extension of three weeks to enable the defense team to put together and file the Reply.

5.    James Moreno, Esquire, has conferred with AUSA Gurganus, and AUSA Gurganus has concurred in the request for the three week extension for the filing of the Reply.

6.    A three week extension for the filing of the Reply would carry the new time deadline to December 18, 2014.

WHEREFORE, Defendant requests that the Court grant the requested three week extension for the filing of the Reply, and reset the due date as on or before December 18, 2014.

RIEDERS, TRAVIS, HUMPHREY,
HARRIS, WATERS & DOHRMANN

/s/ Ronald C. Travis, Esquire

Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#:  08819
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

2

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :

         :  No. 4:96-CR-00239

   v.        :

         :  JUDGE SLOMSKY

DAVID PAUL HAMMER,   :

         :

  Defendant     :

### STATEMENT OF CONCURRENCE

Undersigned counsel certifies that he has been advised by James Moreno, Esquire, that AUSA Gurganus has concurred in counsel's request for the three week extension for the filing of the Reply Memorandum with respect to the Certificate of Appealability.

        RIEDERS, TRAVIS, HUMPHREY,
        HARRIS, WATERS & DOHRMANN

        /s/ Ronald C. Travis, Esquire
        Ronald C. Travis, Esquire
        Attorney for Defendant
        PA ID#:  08819
        161 West Third Street
        PO Box 215
        Williamsport, PA  17703-0215
        (570) 323-8711 (telephone)
        (570) 323-4192 (facsimile)
        rtravis@riederstravis.com

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | No. 4:96-CR-00239 |
| v. | : | |
| | : | JUDGE SLOMSKY |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant | : | |

### CERTIFICATE OF SERVICE

AND NOW, comes Ronald C. Travis, Esquire, attorney for Defendant Hammer, and certifies that a copy of the foregoing Defendant's Concurred In Motion for Three Week Extension of Time to File Reply Memorandum to the Government's Opposition to the Request for Certificate of Appealability, has been served upon all counsel of record via ECF this 21st day of November, 2014.

RIEDERS, TRAVIS, HUMPHREY,
HARRIS, WATERS & DOHRMANN

/s/ Ronald C. Travis, Esquire
Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#: 08819
161 West Third Street
PO Box 215
Williamsport, PA 17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com