## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    :

                              :       No. 4:96-CR-00239

        v.              :

                              :       JUDGE SLOMSKY

DAVID PAUL HAMMER,    :

                              :

        Defendant     :

## ORDER

AND NOW, this __ day of November, 2014, upon consideration of the Concurred In Motion seeking the three week extension to file the Reply Memorandum of the defense, it is hereby ORDERED:

1)    The continuance request is granted.

2)    The Defendant shall file the Memorandum in Reply to the Government's Memorandum in Opposition on or before December 18, 2014.

BY THE COURT:

_____

JOEL, H. SLOMSKY, USDJ