## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | No. 4:96-CR-00239 |
| v. | : | |
| | : | JUDGE SLOMSKY |
| DAVID PAUL HAMMER, | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 21ˢᵗ day of November, 2014, upon consideration of the Concurred In Motion seeking the three week extension to file the Reply Memorandum of the defense, it is hereby ORDERED:

1)    The continuance request is granted.

2)    The Defendant shall file the Memorandum in Reply to the Government's Memorandum in Opposition on or before December 18, 2014.

BY THE COURT:

*Joel Slomsky*

JOEL, H. SLOMSKY, USDJ