# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| | : | |
| v. | : | Honorable Joel H. Slomsky |
| | : | |
| DAVID PAUL HAMMER, | : | Capital Case |
| | : | |
| Defendant | : | |

_____:_____

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME UNTIL DECEMBER 31, 2014 TO FILE REPLY TO THE GOVERNMENT'S BRIEF IN OPPOSITION TO DEFENDANT'S MEMORANDUM IN SUPPORT OF A CERTIFICATE OF APPEALABILITY**

Defendant, David Paul Hammer, through undersigned counsel, moves for a extension of time to file his reply to the Government's brief in opposition to Defendant's memorandum in support of a certificate of appealability and, in support thereof, states the following:

1.      On September 10, 2014, the Third Circuit issued an order remanding the matter to the District Court for the purpose of either issuing a Certificate of Appealability or state its reasons why a certificate should not be issued.

2.      On October 27, 2014, Petitioner filed his *Memorandum in Support of a Certificate of Appealability.* Doc. 1801.  On November 17, 2014, the

Government filed its Brief in Opposition.  Doc. 1806.  On November 21, 2014, this Court granted Mr. Hammer's request for a three-week extension of time to file his reply memorandum.

3.    Despite their best efforts, counsel will be unable to complete the reply memorandum and afford Mr. Hammer sufficient opportunity for review and consultation by the current due date.  Counsel respectfully request a short extension, until December 31, 2014 in order to fully consult with Mr. Hammer and complete the reply brief.

4.    Attorney Moreno spoke with Assistant United States Attorney Gurganus who indicated that the government is not opposed to this request.

WHEREFORE, Defendant respectfully requests that this Court grant his request for an extension of time until December 31, 2014 in which to file his Reply Memorandum.

Respectfully submitted,

/s/  RONALD C. TRAVIS
Ronald C. Travis
Rieders, Travis, Humphrey, Harris,
Waters & Waffenschmidt
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
570-323-8711 (telephone)
570-323-4192 (facsimile)
rtravis@rierderstravis.com

/s/ JAMES MORENO
James Moreno
James J. McHugh, Jr.
Federal Community Defender
Eastern District Pennsylvania
Suite 540 – The Curtis Center
Philadelphia, PA 19106
215-928-1100 (telephone)
215-928-0826 (facsimile)
james_mchugh@fd.org
james_moreno@fd.org

/s/ ANNE SAUNDERS
Anne Saunders
Assistant Federal Defender
Federal Public Defender
Middle District Pennsylvania
100 Chestnut Street, Suite 300
Harrisburg, PA 17101
717-782-3843 (telephone)
717-782-3966 (facsimile)
anne_saunders@fd.org

Date: December 17, 2014

## CERTIFICATE OF SERVICE

I, Anne Saunders, Esquire, do hereby certify that on this date I served a copy of the foregoing by Electronic Case Filing, or by placing a copy in the United States mail, first class addressed to the following:

John C. Gurganus, Jr. Esquire
United States Attorneys Office
Middle District of Pennsylvania
235 N. Washington Street, Suite 311
PO Box 309
Scranton, PA. 18501

Amanda Haines, Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

/S/ANNE SAUNDERS, ESQUIRE
Anne L. Saunders, Esquire
Assistant Federal Public Defender