# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
|  | : |  |
| v. | : | Honorable Joel H. Slomsky |
|  | : |  |
| DAVID PAUL HAMMER, | : | Capital Case |
|  | : |  |
| Defendant | : |  |

## STATEMENT OF CONCURRENCE

Defendant, David Paul Hammer, through counsel, pursuant to Rule 7.1 of the Local Rules Of The  United States District Court For The Middle District Of Pennsylvania, respectfully states the following:

Undersigned counsel for Mr. Hammer hereby certifies that he has contacted Assistant United States Attorney John C. Gurganus, Jr., who informed counsel that the Government does not oppose Defendant's request for an extension of time until December 31, 2014 in which to file his Reply Memorandum.

Respectfully Submitted.

/s/James Moreno

James Moreno
Assistant Federal Defender
Federal Community Defender
Eastern District Pennsylvania
Suite 540 - The Curtis Center
Philadelphia, PA 19106
215-928-0520

Dated: December 17, 2014

## CERTIFICATE OF SERVICE

I, James Moreno, Esquire, do hereby certify that on this date I served a copy of the foregoing by Electronic Case Filing, or by placing a copy in the United States mail, first class addressed to the following:

Amanda Haines, Esquire
United States Department of Justice
Criminal Division, Capital Case Unit
1331 F. Street, N.W.
Washington, D.C. 20530

John C. Gurganus, Jr. Esquire
United States Attorneys Office
Middle District of Pennsylvania
235 N. Washington Street, Suite 311
PO Box 309
Scranton, PA. 18501

/S/ James Moreno

James Moreno, Esq.
Assistant Federal Defender

December 17, 2014