## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

FILED SCRANTON DEC 22 2014 PER _____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:96-CR-239 |
| v. | : | Honorable Joel H. Slomsky |
| DAVID PAUL HAMMER, | : | Capital Case |
| Defendant | : | |

## ORDER

AND NOW, this 22nd day of December, 2014, upon consideration of Mr. Hammer's *Unopposed Motion for an Extension of Time until December 31, 2014 to File Reply to the Government's Brief in Opposition to Defendant's Memorandum in Support of a Certificate of Appealability,* it is hereby ORDERED:

The Motion is GRANTED. Defendant shall file his *Reply Memorandum* on or before December 31, 2014.

BY THE COURT

JOEL H. SLOMSKY
UNITED STATES DISTRICT JUDGE