## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,  :
                             :    No. 4:96-CR-00239

      v.                   :

                             :    JUDGE SLOMSKY

DAVID PAUL HAMMER,      :

                             :

    Defendant          :

## STATEMENT OF CONCURRENCE

Undersigned counsel certifies that he was in contact with AUSA Gurganus on January 14, 2015, via telephone, and AUSA Gurganus advised Attorney Travis that the Office of the United States Attorney takes no position with respect to the instant motion.

RIEDERS, TRAVIS, HUMPHREY,
  WATERS & DOHRMANN

/s/ Ronald C. Travis, Esquire
_____
Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#: 08819
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com