## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,  :

                        :      No. 4:96-CR-00239

      v.              :

                        :      JUDGE SLOMSKY

DAVID PAUL HAMMER,     :

                        :

     Defendant        :

## ORDER

Pending before the Court is a Motion seeking to have Defendant Hammer continue to be housed at USP-Terre Haute while the current appeals in the Third Circuit Court of Appeals are litigated. After considering the position of the parties the Court finds this request to be meritorious and same will be granted.

NOW THEREFORE, this __ day of _____, 2015, is hereby ORDERED:

1)  The Federal Bureau of Prisons shall continue to house federal inmate David Paul Hammer, #24507-077, at United States Penitentiary Terre Haute until such time as the appeals currently pending in the Third Circuit Court of Appeals are decided.

BY THE COURT:

_____

SLOMSKY, J.