# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-4219

USA v. David Hammer

(Originating Case No. 4-96-cr-00239-001)

# O R D E R

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: February 24, 2015

cc:
Stephen R. Cerutti II Esq.
Gwynn X Kinsey Jr. Esq.
James J. McHugh Jr. Esq.
James Moreno Esq.
Anne L. Saunders Esq.
Ronald C. Travis Esq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.