**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA,　　：

　　　　　　　　　　　　　　　：　　No. 4:96-CR-00239

　　　　v.　　　　　　　　　　　：

　　　　　　　　　　　　　　　：　　JUDGE SLOMSKY

DAVID PAUL HAMMER,　　　　：

　　　　　　　　　　　　　　　：

　　　　　　Defendant　　　　：　　CAPITAL CASE

## MOTION TO WITHDRAW MOTION TO PRECLUDE TRANSFER, DOCKET NO. 1817

AND NOW, this 20th day of March, 2015, comes Defendant Hammer,

through counsel, and requests that the Court mark as withdrawn the Motion filed at

Docket No. 1817.

RIEDERS, TRAVIS, HUMPHREY,
WATERS & DOHRMANN

/s/ Ronald C. Travis, Esquire

Ronald C. Travis, Esquire
Attorney for Defendant
PA ID#:  08819
161 West Third Street
PO Box 215
Williamsport, PA  17703-0215
(570) 323-8711 (telephone)
(570) 323-4192 (facsimile)
rtravis@riederstravis.com

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,   :

                            :    No. 4:96-CR-00239

    v.                      :

                            :    JUDGE SLOMSKY

DAVID PAUL HAMMER,        :

                            :

    Defendant            :

### CERTIFICATE OF SERVICE

AND NOW, comes Ronald C. Travis, Esquire, attorney for Defendant Hammer, and certifies that a copy of the foregoing Motion to Withdraw Motion to Preclude Transfer, Docket No. 1817, has been served upon all counsel of record via ECF this 20th day of March, 2015.

> RIEDERS, TRAVIS, HUMPHREY,
> WATERS & DOHRMANN
>
> /s/ Ronald C. Travis, Esquire
> _____
> Ronald C. Travis, Esquire
> Attorney for Defendant
> PA ID#: 08819
> 161 West Third Street
> PO Box 215
> Williamsport, PA  17703-0215
> (570) 323-8711 (telephone)
> (570) 323-4192 (facsimile)
> rtravis@riederstravis.com