IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID HAMMER,

Defendant.

CIVIL ACTION
NO. 4:96-CR-239

## ORDER

AND NOW, this 20th day of March 2015, upon consideration of Defendant's Motion to Order the Bureau of Prisons Not to Transfer Defendant (Doc. No. 1817) and Defendant's Motion to Withdraw (Doc. No. 1822), it is **ORDERED** that Defendant's Motion to Withdraw is **GRANTED** and Defendant's Motion to Order the Bureau of Prisons Not to Transfer Defendant is **DENIED AS MOOT**.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.