IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DAVID PAUL HAMMER,

Defendant.

CRIMINAL ACTION
NO. 96-239

## ORDER

**AND NOW**, this 23rd day of July 2015, in accordance with the Order of the Third Circuit Court of Appeals (Doc. No. 1786) remanding this case for the sole purpose of either issuing a Certificate of Appealability or stating reasons why a Certificate of Appealability should not issue, it is **ORDERED** that a Certificate of Appealability will not be issued for reasons stated in the Opinion of this Court dated July 23, 2015.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.