BLD-065                                                         November 24, 2015
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **14-3823**

UNITED STATES OF AMERICA

    VS.

DAVID PAUL HAMMER, Appellant

    (M.D. Pa. Crim. No. 96-cr-00239-001)

Present:       FUENTES, KRAUSE and SCIRICA, Circuit Judges

          Submitted is Appellant's Motion for a Certificate of Appealability under 28 U.S.C. § 2253(c)(1);

    in the above-captioned case.

                     Respectfully,

                     Clerk

MMW/BNB/eal/pdb
_____ORDER_____

Appellant's application for a certificate of appealability is denied because Appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). In particular, jurists of reason would not debate that Appellant's claims lack merit, including those based on disclosures made in connection with his resentencing proceedings. See Miller-El v. Cockrell, 537 U.S. 322, 338 (2003); Massiah v. United States, 377 U.S. 201, 206 (1964); Strickler v. Greene, 527 U.S. 263, 281-82 (1999); Lott v. Hargett, 80 F.3d 161, 167 (5th Cir. 1996).

By the Court,


s/ Julio M. Fuentes
Circuit Judge

Dated: December 16, 2015
PDB/cc: All Counsel of Record



**A True Copy**

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.