

## U.S. Department of Justice
Federal Bureau of Prisons

Federal Correctional Complex
☑ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

5880 State Highway 67 South
P.O. Box 8500
Florence, CO 81226

June 14, 2019

Honorable Christopher C. Conner
Chief United States District Judge
Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

**FILED
SCRANTON**

JUL 15 2019

PER _____
DEPUTY CLERK

RE:    HAMMER, David Paul
       **Register Number: 24507-077**
       **Docket Number:  4:CR-96-239**
       **Oklahoma State Number: OK97302**

Dear Judge Conner:

I am writing to inform you of David Paul Hammer's death.  He was pronounced deceased on June 7, 2019, at 9:23 a.m., at Sangre de Cristo Hospice & Palliative Care, in Pueblo, Colorado. The preliminary cause of death is in-stage renal failure.

Inmate Hammer was sentenced in the Middle District of Pennsylvania, to a Life sentence for First Degree Murder.

We are bringing this matter to your attention in accordance with the Bureau of Prisons' policy regarding the death of prisoners.  If you have any questions or concerns, please contact me at 719-784-9464.

Sincerely,

Andre Matevousian
Complex Warden

cc: District Attorney's Office, Western District of Oklahoma; Director, Department of Corrections, State of Oklahoma; United States Attorney's Office, Middle District of Pennsylvania; Chief United States Probation Officer, Middle District of Pennsylvania; and Regional Director, North Central Regional Office

**U. S. Department of Justice**

Federal Bureau of Prisons

*United States Penitentiary, ADX*

P.O. Box 8500
Florence, CO 81226-8500

Official Business



02 1P
0001126318          JUL 08 2019
MAILED FROM ZIP CODE 81226

$ 000.50⁰

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300

RECEIVED
SCRANTON

JUL 1 5 2019

PER
DEPUTY CLERK

Honorable Christopher C. Conner
Chief United States District Judge
Middle District of Pennsylvania
William J. Nealon Federal Building &
U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503